AO 440 (rev. 10/93) Summons in a Civil Action

# United States District Court

         MIDDLE    DISTRICT OF         ALABAMA
                    NORTHERN Division

REGIONS ASSET COMPANY                    SUMMONS IN A CIVIL CASE

                    v.                   CASE NUMBER:

REGIONS UNIVERSITY, INC.                 2:06CV882-MHT

TO:   Regions University, Inc.
     1200 Taylor Road
     Montgomery, Alabama  36117-3553

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY ((name and address)

         Paul A. Clark
         BALCH & BINGHAM LLP
         Post Office Box 78
         Montgomery, Alabama  36101-0078
         Telephone: 334/269-3141
         Telecopier: 334/269-3115

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                         Sept. 29, 2006
CLERK                                      DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                  *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.