AO 440 (rev. 10/93) Summons in a Civil Action

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__
NORTHERN Division

REGIONS ASSET COMPANY

v.

REGIONS UNIVERSITY, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:06CV882-mHT

**RETURNED AND FILED**

OCT - 3 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

TO:  Regions University, Inc.
1200 Taylor Road
Montgomery, Alabama 36117-3553

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY ((name and address)

Paul A. Clark
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, Alabama 36101-0078
Telephone: 334/269-3141
Telecopier: 334/269-3115

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                Sept. 29, 2006
CLERK                                           DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 10-2-06 |
| NAME OF SERVER (PRINT) Leanne Massey | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Regions University, Inc. 1500 Taylor Rd. Montgomery AL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ANITA L. CROSBY
Anita J. Crosby

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/2/06
*Date*

*Signature of Server* Leanne Massey

*Address of Server* P.O. Box 78, Montgomery, AL 36101

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.