IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REGIONS ASSET COMPANY, | * | |
| Plaintiff, | * | |
| VS. | * | CIVIL ACTION NO. 2:06CV882-MHT |
| REGIONS UNIVERSITY, INC., | * | |
| Defendant. | * | |

**MOTION TO FILE CORPORATE DISCLOSURE STATEMENT**

Comes now defendant Regions University, Inc. and moves this Court for leave to file the attached corporate disclosure statement which defendant inadvertently failed to file at the time it filed its first pleading in this case.

Respectfully submitted,

s/ WILLIAM W. WATTS, III
[WATTW5095] bill@alabamatrial.com
VICTOR T. HUDSON
[HUDSV1684] tom@alabamatrial.com
HUDSON & WATTS, LLP
Post Office Box 989
Mobile, Alabama 36601
Phone: 251-432-7200

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

      I hereby certify that on October 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

    Charles B. Paterson, Esq.
    Paul A. Clark, Esq.
    BALCH & BINGHAM, LLP
    105 Tallapoosa Street, Suite 200
    Montgomery, Alabama  36104

                                                s/ WILLIAM W. WATTS, III

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REGIONS ASSET COMPANY, | * | |
| Plaintiff, | * | |
| VS. | * | CIVIL ACTION NO. 2:06CV882-MHT |
| REGIONS UNIVERSITY, INC., | * | |
| Defendant. | * | |

**CORPORATE DISCLOSURE STATEMENT**

Comes now defendant Regions University, Inc. and, pursuant to Rule 7.1, <u>Federal Rules of Civil Procedure</u>, and the Local Rules of this Court, files the following corporate disclosure statement:

Regions University, Inc. is a not for profit corporation which has no parent companies, subsidiaries or affiliates that have issued shares to the public.

Respectfully submitted,

s/ WILLIAM W. WATTS, III
[WATTW5095] bill@alabamatrial.com
VICTOR T. HUDSON
[HUDSV1684] tom@alabamatrial.com
HUDSON & WATTS, LLP
Post Office Box 989
Mobile, Alabama 36601
Phone: 251-432-7200

ATTORNEYS FOR DEFENDANT

2

CERTIFICATE OF SERVICE

  I hereby certify that on October 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

  Charles B. Paterson, Esq.
  Paul A. Clark, Esq.
  BALCH & BINGHAM, LLP
  105 Tallapoosa Street, Suite 200
  Montgomery, Alabama  36104

            <u>s/ WILLIAM W. WATTS, III</u>