IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. CV-06-882-MHT |
| | ) |
| REGIONS UNIVERSITY, INC., | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned attorney, Paul A. Clark, hereby respectfully moves the Court, pursuant to Local Rule 83.1(b), to admit *pro hac vice* Rachel M. Marmer, to practice before this Court in connection with the above-titled case. In support of this Motion, Mr. Clark asserts the following:

1. Petitioner resides at 1301 20th Street, N.W., Apartment 413, Washington, DC 20036.

2. Petitioner is an attorney and member of the law firm Steptoe & Johnson LLP, with offices at 1330 Connecticut Avenue, NW, Washington, DC 20036, (202) 429-3903.

3. Petitioner has been retained personally, or as a member of the above-named law firm, by Regions Asset Company to provide legal representation in connection with the above-styled matter now pending in this Court.

4.  Since 2005, Petitioner has been, and presently is a member of the Court of Appeals for the District of Columbia, where Petitioner regularly practices law. A Certificate of Good Standing from the District of Columbia Court of Appeals is attached hereto.

5.  Petitioner has also been admitted to practice before the Maryland Court of Appeals, since December 15, 2004. Petitioner is presently a member in good standing of the this court.

6.  Petitioner presently is not subject to any disbarment proceedings.

7.  Petitioner presently is not subject to any suspension proceedings.

8.  Petitioner never has been subject to any disbarment proceedings.

9.  Petitioner never has been subject to any suspension proceedings.

10. Petitioner never has had any certificate or privilege to appear and practice before any regulatory administrative body suspended or revoked.

11. The undersigned attorney, Paul A. Clark, is one of the local counsel of record for Regions Asset Company and is a member in good standing of the bar of this Court. Mr. Clark is a member of the firm of Balch & Bingham, LLP, 105 Tallapoosa Street, Montgomery, Alabama, 36104, (334) 834-6500.

12. The following accurately represents the names and addresses of each party in this matter, WHETHER OR NOT REPRESENTED BY THIS COUNSEL, and the names and addresses of each counsel of record who appeared for said parties:

**Attorneys for Plaintiff:** Regions Asset Company
Paul A. Clark, Esq. – Balch & Bingham LLP
Charles Patterson, Esq. – Balch & Bingham LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36101-0078

**Attorneys for Defendant:** Regions University, Inc.
Unknown

13. Petitioner agrees to comply with the Standards for Professional Conduct, and petitioner consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama.

14. Petitioner respectfully requests to be admitted to practice in this Court for <u>this</u> cause only.

Wherefore, premises considered, Mr. Clark respectfully moves this Court to admit Rachel M. Marmer *pro hac vice* in the above-styled matter pursuant to Local Rule 83.1(b) of the United States District Court for the Middle District of Alabama.

Respectfully submitted this 31st day of October, 2006.

                                              s/Paul A. Clark
                                              One of the Attorneys for Plaintiff
                                              Regions Asset Company

OF COUNSEL:

Charles B. Paterson (PAT018)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court and service will be perfected electronically upon the following this the 31st day of October, 2006:

William W. Watts, III, Esq.
Victor T. Hudson, Esq.
Hudson & Watts, LLP
Post Office Drawer 989
Mobile, Alabama 36601

                                              s/Paul A. Clark
                                              Of Counsel



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

RACHEL M. MARMER

was on the 8th day of July, 2005 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 20, 2006.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify

**RACHEL   MINDY   MARMER**

was, on the 6th day of November A.D. 2006 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 6th day of November A.D. 2006



**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
Deputy Clerk