**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 1, 2006

# NOTICE OF DEFICIENCY

**To:** Attorney Rachel M. Marmer

**From:** Clerk's Office

**Case Style:** Regions Asset Company v. Regions University, Inc.

**Case Number:** 2:06-cv-00882-MHT

**Referenced Pleading:** Motion for admission pro hac vice

**Docket Entry #** 8

You filed a motion to appear pro hac vice on October 31, 2006, however, the certificate of good standing is from a court other than a US District Court and is not acceptable. Please forward a current (less than six months old) Certificate of Good Standing from the US District Court for which you are admitted to practice to the clerk's office immediately.

*DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE, ALONG WITH A COPY OF THIS NOTICE.*