IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **REGIONS ASSET COMPANY,** )<br>)<br>Plaintiff, )<br>) | **CIVIL ACTION NO.** |
| v. )<br>) | **2:06cv882-MHT** |
| **REGIONS UNIVERSITY, INC.,** )<br>)<br>Defendant. ) | |

ORDER

It is ORDERED that the motion to file corporate disclosure statement (doc. no. 6) is granted.

DONE, this the 1st day of November, 2006.


                                             /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**