IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REGIONS ASSET COMPANY, | * | |
| Plaintiff, | * | |
| VS. | * | CIVIL ACTION NO. 2:06CV882-MHT |
| REGIONS UNIVERSITY, INC., | * | |
| Defendant. | * | |

**CORPORATE DISCLOSURE STATEMENT**

Comes now defendant Regions University, Inc. and, pursuant to Rule 7.1, <u>Federal Rules of Civil Procedure</u>, and the Local Rules of this Court, files the following corporate disclosure statement:

Regions University, Inc. is a not for profit corporation which has no parent companies, subsidiaries or affiliates that have issued shares to the public.

Respectfully submitted,

<u>s/ WILLIAM W. WATTS, III</u>
[WATTW5095] bill@alabamatrial.com
VICTOR T. HUDSON
[HUDSV1684] tom@alabamatrial.com
HUDSON & WATTS, LLP
Post Office Box 989
Mobile, Alabama 36601
Phone: 251-432-7200

ATTORNEYS FOR DEFENDANT

2

CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

>Charles B. Paterson, Esq.
>Paul A. Clark, Esq.
>BALCH & BINGHAM, LLP
>105 Tallapoosa Street, Suite 200
>Montgomery, Alabama  36104

                                    s/ WILLIAM W. WATTS, III