**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 8, 2006

# NOTICE OF CORRECTION

**From:**  Clerk's Office

**Case Style:**  Regions Asset Company v. Regions University, Inc.

**Case Number:**  #2:06-cv-00882-MHT-DRB

**Referenced Document:**  Document #7
Motion to Appear Pro Hac Vice
and
Document #8
Motion to Appear Pro Hac Vice

**This notice has been docketed to enter the correct Certificates of Good Standing for Rachel Mindy Marmer and William Grignard Pecau into the record as attachments to the referenced documents. The pdfs of the certificates of good standing are attached to this notice.**