**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                           TELEPHONE (334) 954-3600

November 8, 2006

# NOTICE OF CORRECTION

**From:**               Clerk's Office

**Case Style:**         **Regions Asset Company v. Regions University, Inc.**

**Case Number:**        **#2:06-cv-00882-MHT-DRB**

**Referenced Document:** **Document #7**
**Motion to Appear Pro Hac Vice**
**and**
**Document #8**
**Motion to Appear Pro Hac Vice**

**This notice has been docketed to enter the correct Certificates of Good Standing for Rachel Mindy Marmer and William Grignard Pecau into the record as attachments to the referenced documents. The pdfs of the certificates of good standing are attached to this notice.**

# UNITED STATES DISTRICT COURT
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify

## RACHEL   MINDY   MARMER

was, on the 6th day of November A.D. 2006 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 6th day of November A.D. 2006



**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
         Deputy Clerk

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**WILLIAM   GRIGNARD   PECAU**

was, on the  6th  day of  November  A.D.  2006  admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  6th  day of  November  A.D. 2006.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
Deputy Clerk

## **SCHEDULE A**

## COURT ADMISSIONS

Appellate Division of the Supreme Court of the State of New York, Second Department
March 30, 1977

Supreme Court of the State of California
November 20, 1995

Supreme Court of the United States of America
August 7, 1992

United States Court of Appeals, Federal Circuit
January 11, 1988

United States Court of Appeals, Second Circuit
1988

United States Court of Appeals, Fourth Circuit
March 29, 1991

United States Court of Appeals, Ninth Circuit
May 23, 1994

United States District Court, Western District of New York
March 8, 1991

United States District Court, Southern District of New York
February 28, 1978

United States District Court for the Eastern District of New York
February 28, 1978

United States District Court, Northern District of California
January 5, 1996

- 2 -

United States District Court, Eastern District of Wisconsin
March 7, 1996

United States District Court, District of Colorado
July 23, 1997

United States District Court, District of Connecticut
January 31, 2000

United States Court of Appeals for the District of Columbia
January 6, 2003

United States District Court for the District of Columbia
November 6, 2006