IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

REGIONS ASSET COMPANY,               *

     Plaintiff,                        *

VS.                                  *      CIVIL ACTION NO. 2:06CV882-MHT-DRB

REGIONS UNIVERSITY, INC.,            *

     Defendant.                        *

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned attorney, Victor T. Hudson, hereby respectfully moves the Court, pursuant to Local Rule 83.1(b), to admit *pro hac vice* James Edward Shlesinger, to practice before this court in connection with the above-titled case.  In support of this Motion, Mr. Hudson asserts the following:

1.  Petitioner resides at 3501 Riverwood Rd., Alexandria, Virginia  22309.

2.  Petitioner is an attorney and member of the law firm Shlesinger, Arkwright & Garvey, LLP, with offices at 1420 King Street, Suite 600, Alexandria, VA  22314, (703) 684-5600.

3.  Petitioner has been retained personally, or as a member of the above-named law firm, by Regions University, Inc. to provide legal representation in connection with the above-styled matter now pending in this Court.

4.  Since September 20, 1985, Petitioner has been, and presently is a member of the United States District Court for the Eastern District of Virginia, where Petitioner regularly practices law.  A Certificate of Good Standing from the United States District Court for the Eastern  District of Virginia is attached hereto.

5.  Petitioner has also been admitted before the United States Court of Appeals for the Federal Circuit since December 1, 1987.  Petitioner is presently a member in good standing of this court.

6.  Petitioner presently is not subject to any disbarment proceedings.

7.  Petitioner presently is not subject to any suspension proceedings.

8.  Petitioner has never been subject to any disbarment proceedings.

9.  Petitioner has never been subject to any suspension proceedings.

10.  Petitioner never has had any certificate or privilege to appear and practice before any regulatory administrative body suspended or revoked.

11.  The undersigned attorney, Victor T. Hudson, is one of the local counsel of record for Regions University, Inc. and is a member in good standing of the bar of this court.  Mr. Hudson is a member of the firm of Hudson & Watts, LLC, 1 St. Louis Street, Suite 2500, Mobile, AL  36602, (251) 432-7200.

Respectfully submitted,

s/ VICTOR T. HUDSON
[HUDSV1684]tom@alabamatrial.com
WILLIAM W. WATTS, III
[WATTW5095] bill@alabamatrial.com
HUDSON & WATTS, LLP
Post Office Box 989
Mobile, Alabama 36601
Phone:  251-432-7200

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Charles B. Paterson, Esq.
Paul A. Clark, Esq.
BALCH & BINGHAM, LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama  36104

s/ VICTOR T. HUDSON

✎ AO 136 (Rev. 9/98) Certificate of Good Standing

## UNITED STATES DISTRICT COURT

_____Eastern_____ **DISTRICT OF** _____Virginia_____

**CERTIFICATE OF
GOOD STANDING**

I, _____Fernando Galindo_____ , *Acting Clerk of this Court,*

*certify that* _____James E. Shlesinger_____ , *Bar #* 22952 _____ ,

*was duly admitted to practice in this Court on*

_____September 20, 1985_____ , *and is in good standing*
       *DATE*

*as a member of the Bar of this Court.*

*Dated at* _____Alexandria, VA_____ *on* _____November 6, 2006_____ .
      *LOCATION*            *DATE*



Fernando Galindo                          
*ACTING CLERK*                        *DEPUTY CLERK*