IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REGIONS UNIVERSITY, INC.<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:06-cv-882-MHT<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Regions Asset Company hereby enters the following corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and Civil Misc. No. 3047.

**I.    Parent Corporation**

The parent corporation, and only publicly traded parent, subsidiary or affiliate, of Regions Asset Company is Regions Financial Corporation, a Delaware corporation with an address at 417 20th Street North, Birmingham, Alabama 35203.

**II.   Publicly Traded Corporations Owning 10% or More of Regions' Stock**

There is no such corporation.

174163.1

Respectfully submitted this 20th day of November, 2006.

/s/Paul A. Clark
One of the Attorneys for Plaintiff Regions Asset Company

**OF COUNSEL:**

Charles B. Paterson (PAT018)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
pclark@balch.com

William G. Pecau
Rachel M. Marmer
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202)429-6244
Facsimile: (202)429-3902
wpecau@steptoe.com

174163.1

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court and service will be perfected electronically upon the following this the 20th day of November, 2006:

Victor T. Hudson
William W. Watts, III
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601-0989

and by placing a copy thereof in the United States Mail, postage prepaid, and properly addressed to them on this the 20th day of November, 2006:

James E. Shlesinger
Shlesinger, Arkwright & Garvey LLP
1420 King Street
Suite 600
Alexandria, Virginia 22314

/s/Paul A. Clark
Of Counsel

174163.1