**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

_____

| | |
|---|---|
| REGIONS ASSET COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 2:06-cv-882-MHT |
| | ) |
| REGIONS UNIVERSITY, INC. | ) |
| | ) |
| Defendant. | ) |

_____

## NOTICE OF SERVICE OF DISCOVERY

I hereby certify that I have on this date served counsel for all parties to this action with a copy of the following material, to-wit:

1.  Defendant Regions University, Inc.'s Answers to Plaintiff's First Set of Interrogatories on Defendant Regions University; and

2.  Defendant Regions University, Inc.'s Responses to Plaintiff's First Set of Requests for Production of Documents and Things on Defendant Regions University.

I hereby certify that I electronically filed this Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing and served a copy of the foregoing pleading by mailing same by United States Mail, properly addressed and postage prepaid, to the office of counsel

Civil Action No. 2:06-cv-882-MHT

as noted on the Certificate of Service on this the 5th day of March, 2007.

                              Respectfully submitted,


                              s/WILLIAM W. WATTS, III
                              [WATTW5095]
                              bill@alabamatrial.com
                              VICTOR T. HUDSON
                              [HUDSV1684]
                              tom@alabamatrial.com

OF COUNSEL:

Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601
Phone:  251-432-7200

James E. Shlesinger
Shlesinger, Arkwright &  Garvey LLP
1420 King Street, Suite 600
Alexandria, Virginia 22314


                              ATTORNEYS FOR DEFENDANT



                    CERTIFICATE OF SERVICE

William G. Pecau                Charles B. Paterson, Esq.
Rachel M. Marmer                Paul A. Clark, Esq.
STEPTOE & JOHNSON LLP           BALCH  & BINGHAM, LLP
1330 Connecticut Ave., NW       105 Tallapoosa St., Suite 200
Washington, DC 20036            Montgomery, Alabama  36104


                              s/WILLIAM W. WATTS, III