IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-cv-882-MHT |
| ) | |
| REGIONS UNIVERSITY, INC. ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXTEND DEADLINES IMPOSED
UNDER UNIFORM SCHEDULING ORDER**

Comes now the Plaintiff Regions Asset Company and respectfully moves the Court for an order granting the following relief:

1.  Amending Section 8 of the Uniform Scheduling Order to extend the deadlines by 30 days so that the Plaintiff's expert designation will be due July 15, 2007 and the Defendant's expert designation will be due August 15, 2007.

2.  Amending Section 2 of the Uniform Scheduling Order by extending the dispositive motion cut-off date for 30 days from July 17, 2007 to August 17, 2007.

As grounds for this motion, the Plaintiff represents to the Court that this motion is being submitted by agreement of all parties and that all parties consent to and seek the relief requested herein. Plaintiff further shows unto the Court that neither the October 15, 2007 pretrial hearing date nor the November 26, 2007 trial date will be negatively impacted by this request.

Respectfully submitted this the 11th day of May, 2007.

/s/ Charles B. Paterson
One of the Attorneys for Plaintiff, Regions Asset Company

180854.1

OF COUNSEL:

Charles B. Paterson (PAT018)
Paul A. Clark (CLA076)
Balch & Bingham LLP
105 Tallapoosa Street, Suite 200
P.O. Box 78 (36101-0078)
Montgomery, AL 36104
Tel: (334) 269-3143
Fax: (334) 269-3115

William G. Pecau, Esq. (DC Bar # 478341)
Rachel M. Marmer, Esq. (DC Bar # 489606)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court and service will be perfected electronically upon the following this the 11th day of May, 2007:

Victor T. Hudson
William W. Watts, III
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601-0989

James E. Shlesinger
Shlesinger, Arkwright & Garvey LLP
1420 King Street
Suite 600
Alexandria, Virginia 22314

/s/ Charles B. Paterson
Of Counsel

180854.1