IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **REGIONS ASSET COMPANY,** | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:06cv882-MHT |
| | ) | |
| **REGIONS UNIVERSITY, INC.,** | ) | |
| | ) | |
|     Defendant. | ) | |

ORDER

It is ORDERED that the motion to extend deadlines (Doc. No. 32) is denied. The expert-witness deadlines set forth in the uniform scheduling order (Doc. No. 19) were not only accepted by the parties, they were suggested by the parties in their Rule 26(f) report (Doc. No. 16).

DONE, this the 16th day of May, 2007.

                                                    /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE