**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                TELEPHONE (334) 954-3600

June 26, 2007


# NOTICE OF CORRECTION


**From:**               **Clerk's Office**

**Case Style:**         **Regions Asset Company v. Regions University, Inc.**

**Case Number:**        **#2:06-cv-00882-MHT**

**Referenced Document:** **Document #37**
                         **Order**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf contained a document captioned in another case. The corrected pdf is attached to this notice.**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO. 2:06-CV-882-MHT-TFM |
| ) | |
| REGIONS UNIVERSITY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of Defendant's *Motion for Protective Order* (Doc. 36, filed June 25, 2007), it is

**ORDERED** that Plaintiff show cause why this motion should not be granted on or before **July 3, 2007**.

DONE this 26th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE