IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
_____
                           )
REGIONS ASSET COMPANY, et al.,)
                           )
        Plaintiffs,        )
                           )
                           ) Civil Action No. 2:06-cv-882-MHT
                           )
REGIONS UNIVERSITY, INC.   )
                           )
        Defendant.         )
_____)
```

**MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERTS**

COMES NOW the defendant Regions University, Inc. and respectfully requests an additional seven days, to and including July 22, 2007, within which to disclose any experts and their reports to the plaintiff. As and for grounds for said motion, defendant would show this Honorable Court as follows:

1. In the Court's Uniform Scheduling Order entered in this cause on November 15, 2006 (DOC. 19), plaintiff was to disclose the identity of any retained experts and provide the reports of such experts on or before June 15, 2007.

2. Although the expert report of the plaintiff was apparently placed in the mail on June 15, 2007, the undersigned counsel had no notice of that expert disclosure or of a copy of his forty page report until one week later, on June 22, 2007, when it arrived at the undersigned counsel's office. A copy

arrived at the offices of defendant's co-counsel, Shlesinger, Arkwright & Garvey, LLP, on Thursday, June 21, 2007.

    3.   Pursuant to the Uniform Scheduling Order, defendant is given until July 15, 2007 to disclose any experts and their reports. The delayed disclosure of plaintiff's expert report has shortened the timeframe within which defendant must digest plaintiff's forty page expert report, determine what experts it may need in response to said report, retain those experts, and obtain an expert report from those experts. Defendant believes that the remaining 23 days within which to accomplish this task is insufficient.

    4.   Pursuant to Section 9(B) of the Court's Uniform Scheduling Order, the undersigned has informed plaintiff's counsel of their desire to obtain an additional week for the disclosure of defendant's experts but plaintiff's counsel has not responded to said request and therefore the undersigned can only assume that plaintiff's counsel opposes this extension request.

    WHEREFORE, the premises considered, defendant respectfully requests an additional seven days, to and including July 22, 2007, within which to disclose any retained experts and their reports.

        Respectfully submitted,

        /s/ VICTOR T. HUDSON
        [HUDSV1684]
        tom@alabamatrial.com
        WILLIAM W. WATTS, III
        [WATTW5095]
        bill@alabamatrial.com
        Hudson & Watts, LLP
        Post Office Box 989
        Mobile, Alabama 36601

        JAMES E. SHLESINGER
        Shlesinger, Arkwright &
            Garvey LLP
        1420 King Street, Suite 600
        Alexandria, Virginia 22314

        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that on June 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

    William G. Pecau, Esq.
    Rachel M. Marmer, Esq.
    STEPTOE & JOHNSON LLP
    1330 Connecticut Avenue, NW
    Washington, DC 20036

    Charles B. Paterson, Esq.
    Paul A. Clark, Esq.
    BALCH & BINGHAM, LLP
    105 Tallapoosa Street, Suite 200
    Montgomery, Alabama  36104

        /s/ VICTOR T. HUDSON