IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, REGIONS FINANCIAL CORPORATION and REGIONS BANK )<br>)<br>)<br>) | |
| Plaintiffs, ) | Civil Action No. 2:06-cv-882-MHT |
| v. ) | |
| REGIONS UNIVERSITY, INC. ) | |
| Defendant. ) | |

**PLAINTIFFS' OPPOSITION TO MOTION FOR EXTENSION OF
TIME TO DISCLOSE EXPERTS**

Defendant moved on June 26, 2007, for an extension of time to disclose its expert(s) and serve its expert reports. The parties on May 11, 2007 previously had sought an extension of time to file their respective expert reports. The Court refused their joint motion on May 16, 2007.

Plaintiffs served their expert report on time. Defendant's counsel in Alexandria received it on June 21, 2007, and Defendant's counsel in Alabama received it on June 22, 2007.

Plaintiffs oppose Defendant's motion for extension of time to disclose its expert(s) and serve its expert report(s).

Respectfully submitted,

/s/Charles B. Paterson
One of the Attorneys for Plaintiff Regions Asset Company

**OF COUNSEL:**

Charles B. Paterson (PAT018)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
pclark@balch.com

William G. Pecau
Rachel M. Marmer
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202)429-6244
Facsimile: (202)429-3902
wpecau@steptoe.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 5th day of July, 2007:


Victor T. Hudson
William W. Watts, III
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601-0989

James E. Shlesinger
Shlesinger, Arkwright & Garvey LLP
1420 King Street
Suite 600
Alexandria, Virginia 22314

        /s/ Charles B. Paterson
        Of Counsel