IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
REGIONS ASSET COMPANY,        )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )        2:06cv882-MHT
                              )
REGIONS UNIVERSITY, INC.,     )
                              )
    Defendant.                )
```

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 39) is granted.

DONE, this the 9th day of July, 2007.

```
            /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE
```