IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CASE NO. 2:06-CV-882-MHT-TFM |
| | ) |
| REGIONS UNIVERSITY, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon referral of this case to the undersigned for discovery issues, it is for good cause

**ORDERED** that the parties shall convene on **July 19, 2007 at 2:30 p.m.** for a **HEARING** on Defendant's *Motion for Protective Order* (Doc. 36, filed June 25, 2007). The hearing shall be heard in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The hearing shall be attended by at least one of the attorneys representing each of the parties.

It is further **ORDERED** that the deposition of James Shlesinger is **STAYED** until such time.

DONE this 9th day of July, 2007.

      /s/Terry F. Moorer
      TERRY F. MOORER
      UNITED STATES MAGISTRATE JUDGE