IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| REGIONS ASSET COMPANY, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:06cv882-MHT |
| | ) | |
| REGIONS UNIVERSITY, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

ORDER

It is ORDERED that the motions for admission pro hac vice (Doc. Nos. 7 and 8) are granted.

DONE, this the 12th day of July, 2007.


      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE