```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

```
_____
                                )
REGIONS ASSET COMPANY, et al.,  )
                                )
          Plaintiffs,           )
                                )
                                ) Civil Action No. 2:06-cv-882-MHT
                                )
REGIONS UNIVERSITY, INC.        )
                                )
          Defendant.            )
_____ )
```

**<u>MOTION FOR SUMMARY JUDGMENT</u>**

COMES NOW Regions University, Inc., defendant in the above-styled cause and, pursuant to Rule 56, *Federal Rules of Civil Procedure*, moves this Court for the entry of summary judgment in its favor on the grounds that no genuine issue of material fact exists and defendant is entitled to judgment as a matter of law.

This motion is based upon the brief and affidavits and all other evidence filed concurrently herewith and all other pleadings and documents on file herein.

                                              Respectfully submitted,

                                              <u>/s/ WILLIAM W. WATTS</u>
                                              WILLIAM W. WATTS, III
                                              [WATTW5095]
                                              bill@alabamatrial.com
                                              [HUDSV1684]
                                              tom@alabamatrial.com
                                              Hudson & Watts, LLP
                                              Post Office Box 989
                                              Mobile, Alabama 36601

```
                              JAMES E. SHLESINGER
                              Shlesinger, Arkwright &
                                 Garvey LLP
                              1420 King Street, Suite 600
                              Alexandria, Virginia 22314

                              ATTORNEYS FOR DEFENDANT
```

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

```
    William G. Pecau, Esq.
    Rachel M. Marmer, Esq.
    STEPTOE & JOHNSON LLP
    1330 Connecticut Avenue, NW
    Washington, DC 20036

    Charles B. Paterson, Esq.
    Paul A. Clark, Esq.
    BALCH & BINGHAM, LLP
    105 Tallapoosa Street, Suite 200
    Montgomery, Alabama  36104


                              /s/ WILLIAM W. WATTS
```