IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

---

REGIONS ASSET COMPANY, et al.,)
                            )
        Plaintiffs,    )
                            )
                            ) Civil Action No. 2:06-cv-882-MHT
                            )
REGIONS UNIVERSITY, INC.    )
                            )
        Defendant.    )
                            )

---

## NOTICE OF FILING

COMES NOW the defendant Regions University, Inc. and gives notice of the filing of the following:

1.    Excerpts from the deposition of Dr. Rex Turner at pp. 22, 24, 25, 31-34, 38-40, 54, 60, 65-71, 73-74, 80, 81, 87-91, 97-99, 102, 104, 105, 109, 111-114, 116-118, 123, 136, 137, 143, 150, 151, 155-160, 162, 164, 165, 167-177, 179-180, 187-190, 193-196, 199, 202, 203, 222, and 236.

2.    Excerpts from the deposition of Laina Costanza at pp. 10, 15, 107, 115, 127, 132, and 136.

3.    Excerpts from the deposition of Anita Crosby at pp. 19, 20, and 89-95.

4.    Excerpts from the deposition of Hope Mehlman at pp. 58, 86, 87, 136, and 137.

5.    Excerpts from the deposition of Russell Dunman at pp. 36, 39-45, 83-90, and 96.

6.   Excerpts from the deposition of Mike Pollard at pp. 17, 19, 31, 33, 34, and 96.

7.   Excerpts from the deposition of Scott Peters at pp. 90, 92, 115-118, and 129-130.

8.   Plaintiffs' responses to Regions University's Requests for Admission.

9.   Defendant's response to Interrogatory No. 13.

10.  Regions History (RAC 270).

11.  Regions Fact Sheet (RAC 2229).

12.  Exhibit 2: Regions Bank sign (RAC 10061).

13.  Exhibit 3: Regions Bank signature formats (RAC 2058-2061).

14.  Exhibit 17: Regions University enrolled students (RU 1908).

15.  Exhibit 18: Southern Christian University under-graduate expense (RU 1374-1375).

16.  Exhibit 19: Regions University ad in Gospel Advocate and Christian Chronicle (RU 216).

17.  Exhibit 20: Board of Regents meeting minutes dated 9-26-05 (RU 109-111).

19.  Exhibit 22: Board meeting minutes dated 12-16-05 (RU 117-119).

19.  Exhibit 23: Board meeting minutes dated 3-17-06 (RU 133-135).

20.  Exhibit 24: Board resolution dated 3-17-06 (RU 137-139).

21.  Exhibit 25: Team meeting minutes dated 7-6-06 (RU 146-148).

22.  Exhibit 26: USPTO Office Action re: Masters University (RU 140-145).

23.  Exhibit 27: Team meeting minutes dated 7-27-06 (RU 149-151).

24.  Exhibit 28: Shlesinger email dated 7-27-06 (RU 178-179).

25.  Exhibit 31: Resolution dated 7-28-06 (RU 25-27).

26.  Exhibit 32: Regions University Team Meeting Minutes dated 7-31-06 (RU 152).

27.  Exhibit 33: Name change letter dated 8-8-06 (RU 46).

28.  Exhibit 34: Name change letter dated 8-16-06(RU 58-59).

29.  Exhibit 35: Email inquiries (RU 1909-1911).

30.  Exhibit 36: History, Mission and Organization of Regions University (RU 80-108).

31.  Exhibit 44: Regions University commercials (RU 208-212).

32.  Exhibit 47: Regions University billboards (RU 1617-1619).

33.  Exhibit 68: Regions University logos (RU 227-232).

34.    Exhibit 69: Regions University billboards (RU 237, 1628-1630).

35.    Exhibit 70: Regions University ad in Christianity Today.

36.    Exhibit 71: Regions University ad in Military Times.

37.    Exhibit 72: Peterson's entry for Regions University.

38.    Exhibit 75: Regions University logos (RU 185, 190, 203, and 234-236).

39.    Exhibit 103: Regions logo (RAC 32250).

40.    Exhibit 109: 3-2-99 letter to Regions Propane from Sam Upchurch.

41.    Affidavit of Jean E. Paterson.

42.    Affidavit of Pauline Holder re: Corporate/LLC Registrations.

43.    Affidavit of Pauline Holder re: Domain Names.

44.    Affidavit of Stephen J. Stricklin.

45.    Pending USPTO Application Serial No. 76/678,650, Mark: REGIONS SPECIALTY COFFEE, for coffee.

46.    Pending USPTO Application Serial No. 77/066,517, Mark: REGIONS FOUNDRY, for faucets; shower and tub fixtures, etc.


Respectfully submitted,


/s/ VICTOR T. HUDSON
[HUDSV1684]
tom@alabamatrial.com
WILLIAM W. WATTS, III

[WATTW5095]
bill@alabamatrial.com
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601

JAMES E. SHLESINGER
Shlesinger, Arkwright &
        Garvey LLP
1420 King Street, Suite 600
Alexandria, Virginia 22314

ATTORNEYS FOR DEFENDANT


<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on July 17, 2007, I electronically
filed the foregoing with the Clerk of the Court using the CM/ECF
system which will send notification of such filing to:

        William G. Pecau, Esq.
        Rachel M. Marmer, Esq.
        STEPTOE & JOHNSON LLP
        1330 Connecticut Avenue, NW
        Washington, DC 20036

        Charles B. Paterson, Esq.
        Paul A. Clark, Esq.
        BALCH & BINGHAM, LLP
        105 Tallapoosa Street, Suite 200
        Montgomery, Alabama  36104


                            <u>/s/ VICTOR T. HUDSON</u>

Deposition of Rex Turner, Ed.D.
May 15, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


REGIONS ASSET COMPANY,

     Plaintiff,

Vs.

REGIONS UNIVERSITY, INC.,

     Defendant.

CIVIL ACTION NO.
2:06CV882-MHT


\* \* \* \* \* \* \* \* \* \* \* \*


DEPOSITION OF REX A. TURNER, JR., Ed.D,
taken pursuant to stipulation and agreement before
Lisa J. Nix, Registered Professional Reporter and
Commissioner for the State of Alabama at Large, in
the Law Offices of Balch & Bingham, Suite 200, 105
Tallapoosa Street, Montgomery, Alabama on Tuesday,
May 15, 2007, commencing at approximately 9:00 a.m.


\* \* \* \* \* \* \* \* \* \* \* \*

Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 22

1    A. Advancement is simply raising money, and we
2       try to move among churches. They will give
3       to the Bible program. We move among
4       individuals and try to get them to remember
5       the institution in their wills.
6    Q. And when you say work among churches, are
7       there any particular kind of churches that
8       you focus your fundraising efforts on?
9    A. Yes. We are a Church of Christ affiliated
10      institution, and I would like to emphasize
11      that the board of regents of the university
12      has the sole authority. The Churches of
13      Christ do not have any ruling authority
14      upon the institution. They do not have an
15      organization at all -- Each church is
16      autonomous, and -- but we very much work
17      among the Churches of Christ.
18         I would like to say that of our
19      enrollment, a majority of our enrollment --
20      70 percent -- that are not members of the
21      Churches of Christ.
22   Q. In terms of the -- You mentioned the board
23      of directors, I think.

Page 23

1    A. Yes.
2    Q. How many members are there of the board of
3       directors?
4    A. I'm sorry. I do not have that figure on my
5       mind. If you want that exact, we can pull
6       the document -- our documentation. It's in
7       our documentation. That's there.
8    Q. Okay. And are all the members to your
9       knowledge of the board of directors a
10      member of a Church of Christ?
11   A. Yes, to my knowledge, all of the board of
12      regents are members of the Churches of
13      Christ.
14   Q. Now, you said that the -- I believe you
15      described the school as a Church of Christ
16      affiliated institution.
17   A. (Witness nods head up and down.)
18   Q. What do you mean by affiliated?
19   A. What I mean is that the practices of the
20      Churches of Christ, those tenets are tenets
21      that we teach in our Bible classes and
22      courses that we offer at the institution.
23   Q. So does that mean that the driving spirit

Page 24

1       of the courses that you teach follow the
2       practices of the Church of Christ?
3          MR. HUDSON: Object to the form of
4          the question.
5    A. Do you want to restate it?
6    Q. Yeah. I hope I can do better than that.
7       In fact, I'll ask the question later.
8          You described your role as president of
9       the university as overseeing all of the
10      institution. Has that been your role since
11      1987?
12   A. Yes.
13   Q. Now, Regions University, does it have any
14      campuses?
15   A. We own nine acres right on I-85 and Taylor
16      Road right by Auburn University. It's
17      very --
18         MR. HUDSON: He just asked you if
19         you owned any property.
20         THE WITNESS: Oh, I'm sorry.
21   A. Yeah.
22   Q. Okay. And a campus -- in terms of
23      campuses, do you have just that one campus

Page 25

1       on I-85?
2    A. What do you mean by campus?
3    Q. Well, a place where students go.
4    A. Yes.
5    Q. Do you have any campuses in any other
6       states than Alabama?
7    A. We have a physical campus that -- which we
8       are renting in the city of Nashville,
9       Tennessee.
10   Q. How long have you been renting that
11      facility?
12   A. I do not remember the exact date. It is
13      when we began our licensure process, and we
14      became licensed to operate in the state of
15      Tennessee and we had to have a physical
16      address.
17   Q. Now, that physical address, do any students
18      attend any classes at that physical
19      address?
20   A. Presently, no.
21   Q. Have any students ever attended any classes
22      at that physical address?
23   A. If I recollect correctly, we had one class,

Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 30

1    with marked records.
2    Q.  Is there an auditorium?
3    A.  No, there is not.  Large classroom.
4    Q.  How many classrooms are in the building?
5    A.  There are three classrooms, and then we use
6        two offices for classrooms.
7    Q.  Is there a bookstore at the --
8    A.  No.
9    Q.  I assume that there are no sports teams; is
10       that correct?
11   A.  No.  That's right.
12   Q.  And you don't have a mascot?
13   A.  Well, we have not officially, but it's
14       probably going to be a lion.
15   Q.  Are there any dormitories?
16   A.  No.
17   Q.  So all the folks that attend the classes at
18       the campus live around the Montgomery area;
19       is that correct?
20   A.  No, sir.
21   Q.  How many commuting students do you have
22       from the Montgomery area?
23   A.  I really do not know.  It's not going to be

Page 31

1    many.  And they will be a part of our Ph.D.
2    degree programs and which they have to come
3    to campus to get their residency, fulfill
4    their residency requirements.
5    Q.  Other than the folks that are in these
6        Ph.D. programs, are there any other
7        students that attend classes at Regions
8        University?
9    A.  There will be some, but very few.
10       MR. PECAU:  Mark this as Exhibit
11           17, please.
12           (Exhibit 17 was marked for
13           identification.)
14   Q.  I'm going to show you what's been marked as
15       Exhibit 17.  Do you recognize that?
16   A.  Yes.
17   Q.  And tell me what it is.
18   A.  A student count by state.
19   Q.  Do you know for what academic year that was
20       for?
21   A.  According to this, it was fall 2006 through
22       regular spring 2007.
23   Q.  Do you believe that's an accurate count of

Page 32

1    the students at Regions University?
2    A.  Yes, at that time, that would be accurate.
3        Might miss it by one, but that would be
4        accurate.
5    Q.  So how many students are there?
6    A.  875 on this sheet of paper.
7    Q.  And are those all full-time students?
8    A.  I would not know.
9    Q.  So when we're talking about students, as
10       far as you know, those are all the students
11       that are attending Regions University; is
12       that correct?
13   A.  That semester.
14   Q.  Those two semesters?
15   A.  Enrolled students from regular fall 2006
16       through regular spring 2007.  I guess that
17       would be two semesters.
18   Q.  And how many students are those -- I'm
19       sorry.  I asked you that question already.
20       I apologize.
21           And how many of those students,
22       approximately, are online?  Do you know?
23   A.  All of them.  And let me also emphasize

Page 33

1    here that even resident students who are
2    taking resident courses would also be
3    online.
4        So each and every semester, all
5    students are online, but if they have
6    residency required, then they would have to
7    come to campus to fulfill residency
8    requirements.
9    Q.  And your online courses began in 1999; is
10       that correct?
11   A.  In 1999, we were chosen by the U.S.
12       Department of Education --
13           MR. HUDSON:  He just asked you a
14           yes or no question.
15           THE WITNESS:  Oh, okay.
16   A.  Okay.  Yes.
17           THE WITNESS:  But that's really
18           not totally --
19           MR. HUDSON:  Well, then, answer
20           it.  I'm sorry.
21           THE WITNESS:  -- what all I wanted
22           to say.
23           MR. HUDSON:  Go ahead.

Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 34

1  A. We were chosen by the U.S. Department of
2     Education to be a part of a demonstration
3     program. And within the Southern
4     Association, we were chosen along with
5     Florida State University of the Southern
6     Association of Colleges and Schools, and we
7     were the first of about eight that later
8     became a little over 15 schools.
9        In the whole history of Alabama
10    Christian School of Religion and Southern
11    Christian University, we have been an
12    institution that either went from one place
13    to another to teach a class or to -- in
14    '93, we did a video-based program and which
15    we sent out videotapes, and that was
16    approved by the Southern Association of
17    Colleges and Schools.
18 Q. So --
19 A. So we've been in distance learning, and
20    it's just according to how you define
21    distance learning.
22 Q. Okay. So before 1999, you didn't have any
23    online educational services; is that

Page 35

1     correct?
2  A. That's correct.
3  Q. You said in 1993, the school sent out
4     videotapes?
5  A. Yes.
6  Q. Were there correspondence courses as well
7     in 1993?
8  A. Describe what you mean by correspondence.
9  Q. Well, correspondence, the way I understand
10    it, is that you send out a pack of
11    materials to a student. They do
12    whatever -- They read the materials; they
13    do tests; they send the stuff back; they
14    get credit for it. Did you do that?
15 A. Everything that was done, they had to do it
16    within the framework of a semester. It was
17    not a correspondence -- I understand
18    correspondence to be you go do it, you can
19    finish it in six months. This was not the
20    case.
21       And they had to do whatever
22    assignments. They had to listen to the
23    videos. They had to turn in their term

Page 36

1     papers. They had to take their tests.
2     They had to do everything that a student is
3     required to do in any major university.
4        And, in fact, we looked at Tulane
5     University and Auburn University in '92,
6     '93 as a pilot example of what we did in
7     '93. And we carried that through a
8     substantive change with the Southern
9     Association of Colleges and Schools.
10 Q. In 1999, prior to going online, how many
11    students were at Southern Christian
12    University?
13 A. I'm sorry. I do not remember that exact
14    total. I want to think that it was
15    something like 200 students or 175,
16    something like that.
17 Q. And how long have you been in the 800 range
18    of students? 875; is that right?
19 A. Well, actually, we will be probably -- when
20    you look at three semesters, we will have
21    head count over 1,000 students.
22 Q. Is that today?
23 A. (Witness nods head up and down.)

Page 37

1  Q. So that's in 2007?
2  A. Yes.
3  Q. So in 2006, you had 875; is that correct?
4  A. Well, if I understand this printout, this
5     is two semesters.
6  Q. So 2006-2007, you had 875?
7  A. Right, but, see, you're looking at two
8     semesters. But if you add a full academic
9     year, it's three semesters. So if you --
10    you look at three semesters, then you're
11    looking at 1,000 approximately.
12       And I do not recollect when we began to
13    have 1,000 students, but it's been more
14    than two years in a row, and that includes
15    three semesters.
16 Q. How does that work? I mean, if I go to
17    school in the fall of 2007 and I have 875
18    students, those would be all the students
19    that would be at the school at that
20    particular time; is that correct?
21 A. That's right. I'm talking about head
22    count.
23 Q. So at any one time, has the head count been

Case 2:06-cv-00882-MHT-TFM    Document 50-2    Filed 07/17/2007    Page 5 of 36
Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 54

1   A.  The last total given to me was 93.
2   Q.  And you don't recall how many of those
3       were --
4   A.  No.
5   Q.  -- full or part-time?
6   A.  (Shakes head from side to side.)
7   Q.  Do all these 93 faculty members actually
8       show up at the campus?
9   A.  No, they do not.
10  Q.  How do they teach their courses?
11  A.  Online.
12  Q.  How many are in the Montgomery area?
13  A.  I do not know that total.
14  Q.  How many are in Alabama?
15  A.  I do not know that total.
16  Q.  You said there were -- you didn't say this,
17      but I'll ask you.  How many schools are
18      part of the university?
19  A.  Well, let's see if I can name them off.
20      There's Eternal School of Theology.  There
21      is the School of Human Services.  There's
22      the College of Business.  There's the
23      College of General Studies.  And I may be

Page 55

1       missing one.  I'm not sure, but that's
2       approximately it.
3   Q.  Now, the College of Business and
4       Leadership, I assume business courses are
5       taught.
6   A.  Yes.
7   Q.  And the College of General Studies, is that
8       like a liberal arts program?
9   A.  Yes.
10  Q.  Are there any Shakespeare courses taught at
11      the College of General Studies?
12  A.  I'm not aware of any Shakespeare courses.
13  Q.  How about any modern language?  Is there
14      any modern language that's taught at the
15      College of General Studies?
16  A.  I'm not aware of any.
17  Q.  You offer --
18  A.  Let me --
19  Q.  Sure.
20  A.  -- take that back.  We do teach Spanish.
21      I'm sorry.  I apologize.
22  Q.  And how long has the school taught Spanish?
23  A.  A good ... I don't know the years, but

Page 56

1       several years.
2   Q.  On the undergraduate level, I think you
3       referred -- I think that your course -- let
4       me start over again.
5           You offer some BA and some BS degrees
6       on the undergraduate level; is that
7       correct?
8   A.  Yes.
9   Q.  What's the difference between those two?
10  A.  Education has changed over the years.  I
11      can remember as a young man, a BA would
12      indicate the arts where there would be
13      languages that would occur.  However, with
14      computers and various things like that,
15      that has changed.
16          And a lot of times now, it's more of
17      the hours that is taught either on a
18      bachelor's level or a master's level to say
19      an MA relative -- as compared to a master
20      of science.  A master of science would have
21      less hours.  An MA would have more hours.
22          But you will find as you go from
23      university to university that that is going

Page 57

1       to be different in just about every
2       situation.
3   Q.  Well, how does Regions determine whether
4       they're going to offer a degree as a
5       bachelor of arts or a bachelor of science?
6   A.  Well, of course, I have the vice-president
7       of academic affairs who is over that and
8       our director for institutional research,
9       and they -- they look at the subject
10      material, what should be taught, and they
11      make the appropriate decisions thereby.
12      That's the best way I could describe it.
13          Basically, the more hours, it would end
14      up being an MA or a BA.
15  Q.  Now, is the purpose of the College of
16      General Studies, broadly speaking, to
17      provide instruction/training for Christian
18      ministers and religious workers?
19          MR. HUDSON:  Object to the form of
20          the question.
21  A.  Ask it one more time.
22  Q.  Could you read it back.
23          (The following was read:

Page 58

1    Question: Now, is the purpose of
2        the College of General
3        Studies, broadly speaking, to
4        provide instruction/training
5        for Christian ministers and
6        religious workers?)
7    A.  No, it is not just for Christian workers or
8        whatever. It would be for anybody who
9        would want to receive a liberal arts
10       education, whether a minister, plumber, a
11       social worker or a mother who's in her home
12       that wants to attain a bachelor's degree.
13   Q.  Does Regions University have an endowment?
14   A.  Yes, but very limited.
15   Q.  Do you know approximately how much?
16   A.  I do not have that ... it is between 250
17       and $500,000.
18   Q.  Now, most of the income -- well, let's do
19       it as a pie chart. You get a certain
20       amount of cash coming into the school every
21       year. What percentage of that is tuition?
22   A.  I would say that it is -- approximately 97
23       percent is tuition and fees.

Page 59

1    Q.  And the other three percent you obtain
2        through the advancements?
3    A.  Yes.
4    Q.  So that's money coming in. The money going
5        out, what percentage of that goes to paying
6        your faculty?
7    A.  I do not know that total.
8    Q.  Well, what about faculty and
9        administrative --
10   A.  I don't have those figures.
11   Q.  So what are the major expenses that the
12       university has?
13   A.  Administration, faculty and staff; the
14       production of our online program and all of
15       the things that are involved in that;
16       advertising; general upkeep of the
17       institution. We have spent some money on
18       some land that we've -- which is 185 acres
19       about 15 miles up from our location.
20       MR. PECAU: I'd like to mark this
21           as the next exhibit.
22       (Exhibit 19 was marked for
23       identification.)

Page 60

1    Q.  Show you what's been marked as Exhibit 19.
2        Can you tell me what that is?
3    A.  It's an advertisement that Regions
4        University did. It's got down at the
5        bottom Gospel Advocate, February, March of
6        this -- 2007, and the Christian Chronicle,
7        February, March 2007. And it has a picture
8        of the world. Has on there A Christian
9        University, Teaching Christ --
10       MR. HUDSON: We can all see what's
11           on there. You don't have to
12           describe all of that.
13   Q.  When it says A Christian University, what
14       does that mean?
15   A.  Just means that the university has
16       Christian standards. We try to have people
17       who profess Christ teaching in the various
18       academic areas. We try to promote good
19       will and so forth.
20   Q.  When you said people who profess Christ,
21       what do you mean by that?
22   A.  People who believe in Christ.
23   Q.  Do you know what percentage of your faculty

Page 61

1    members are members of the Fellowship of
2    the Churches of Christ?
3    A.  I do not know that.
4    Q.  Do you know if you have any Jewish faculty
5        members?
6    A.  No, but we have some Baptist, Methodist,
7        and I'm not just so sure what all they are.
8    Q.  So is it Christian in the same sense that
9        Notre Dame would consider itself to be a
10       Christian institution?
11   A.  Notre Dame started on a Christian basis.
12       Vanderbilt started on a Christian basis.
13       Fisk started on a Christian basis.
14       We offer programs now more in a school
15       for the biblical part, but that does not
16       mean that the Christian principles would
17       not permeate the institution. We have
18       counseling programs that deal with the home
19       and the family which I would not on one
20       hand consider a Bible class, but on the
21       other hand I would consider it important
22       Christian principles.
23   Q.  I'm just trying to get this a little

Deposition of Rex Turner, Ed.D.

May 15, 2007

---

Page 66

1    ex-officio member.
2    Q.  You're still a member of the board?
3    A.  I'm an ex-officio member.  That means I
4        have no voting rights.  And according to
5        Southern Association standards, I can't be
6        a president and be a member of the board of
7        regents.
8    Q.  Are any of the other members of the board
9        of regents relatives of yours?
10   A.  E. J. Turner who is listed there is my
11       dad's brother, and he has been on the board
12       for ...
13           MR. HUDSON:  He just asked you if
14           he was a relative.
15   A.  Yes.
16   Q.  Any other relatives on the board of
17       directors?
18   A.  Not listed here.
19   Q.  Any that are not listed here?
20   A.  There's a Donny Turner who is -- there's a
21       Donny Turner.
22   Q.  And what relation does he have to you?
23   A.  He is my first cousin.

---

Page 67

1    Q.  Let's go to page two, which also is marked
2        as RU-110.  Do you see that?
3    A.  Yes.
4    Q.  Before we get there, page one refers to
5        Southern Christian University, master
6        plan.  Can you tell me what that is?
7    A.  That is a document that we try to do on an
8        either annual or every-three-years basis,
9        accordingly, that lays out the future plans
10       of the institution, and it even broadens
11       out to, say, a ten-year plan.  And these
12       are just goals.  We may not attain them,
13       but it's overall objectives of the
14       university for the future.
15   Q.  Well, the master plan that was in place on
16       September 26, 2005, does that refer to a
17       possible change of the name of the
18       institution?
19   A.  Where is that so marked?
20   Q.  Well, the reference to Southern Christian
21       University master plan --
22           MS. MARMER:  Page three.
23   Q.  I'm sorry.  It's on page RU-111.  I

---

Page 68

1    apologize.
2    A.  I don't recollect whether it is in the
3        master plan or not.  I had presented this
4        concept to them at this meeting, and I do
5        not remember if it's in the master plan or
6        not.
7    Q.  When you say this concept, what are you
8        referring to?
9    A.  All the things listed on page two.
10   Q.  The concept was the enrollment trend and
11       rationale for considering a name change?
12   A.  Yes, and I mentioned courses online in
13       China.  It's not specifically stated here,
14       but our going to other states.
15   Q.  The first bullet point says needed to
16       increase enrollment in areas such as
17       business in order to support our degrees in
18       Turner School of Theology.  What does that
19       mean?
20   A.  Well, our degree programs are providing the
21       financial resources to help us to promote
22       the Turner School of Theology.  It all --
23       The Turner School of Theology has limited

---

Page 69

1    enrollment.
2    Q.  How many folks are enrolled in the Turner
3        School of Theology?
4    A.  I could not address that accurately.
5    Q.  Well, when you said limited enrollment,
6        what does limited enrollment mean to you?
7    A.  Probably 50 to 75 students.
8    Q.  And does the Turner School of Theology have
9        50 to 75 students?
10   A.  If that much.
11   Q.  So it might have less than 50 to 75?
12   A.  Yes.
13   Q.  Do you think it does have less than 50?
14   A.  It could possibly.
15   Q.  And who would know the number of students
16       who are attending the Turner School of
17       Theology?
18   A.  Our director of institutional research,
19       Dr. John White, would have all of those
20       figures.
21   Q.  Okay.  You had raised the possibility of
22       changing the institution to Masters
23       University; is that correct?

---

Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 70

1  A.  Yes.
2  Q.  That would be changing the name of the
3      entire institution from Southern Christian
4      University to Masters University; is that
5      correct?
6  A.  Yes.
7  Q.  Who chose the name Masters University?
8  A.  Would you mind repeating that, because --
9      are we talking about at what point?
10 Q.  Well, who thought of the name Masters
11     University?
12 A.  Dr. White and I had discussed the name
13     Masters, and it had been talked among a few
14     other administrators.  So we presented the
15     name -- I presented the name, and it was a
16     name that I had thought well of.
17 Q.  At what point in time did you discuss with
18     Dr. --
19         Is it Dr. White?
20 A.  Yes.
21 Q.  What point in time did you speak to him
22     about Masters University as being a
23     possible new name for the institution?

Page 71

1  A.  Well, it would have just been casual.  We
2      were working on our accreditation in 2005,
3      our re-affirmation with the Southern
4      Association of Colleges and Schools.  And
5      the name came up, and that's about all it
6      was at that time.
7  Q.  And you said you spoke about it with other
8      members of the administration.  What folks
9      were those?
10 A.  It was not many.  I don't really
11     recollect.  I may have mentioned it to
12     Dr. Patterson, but other than that, it
13     would not -- I mean, it was not mentioned
14     to many people.
15 Q.  You said you thought well of the name.  Why
16     did you think well of the name Masters?
17 A.  I thought well of it because I could see in
18     it a Christian concept, Jesus, the Master
19     Teacher.
20 Q.  So why didn't you choose Master as opposed
21     to Masters?
22 A.  I don't really know that.
23 Q.  Did it have any other Christian

Page 72

1      connotation?  I mean, Christ is the
2      Master.  Does Masters, itself, have a
3      Christian connotation?
4  A.  Jesus, the Master Teacher, Masters.
5  Q.  Any other connotation you thought was
6      favorable for the name of the institution?
7  A.  Well, I'm dealing with a Christian
8      community and I'm dealing with a university
9      community, and it just seemed to be
10     appropriate.
11 Q.  Okay.  The last bullet point on page
12     RU-110, do you see that?
13 A.  Okay.
14 Q.  Quote:  This highlights our need, dash, we
15     need a for-profit type of name.
16         Now, was Masters a for-profit type of
17     name?
18 A.  Let me see if I -- you said at the bottom
19     of 110?
20     MR. HUDSON:  Right here.
21 A.  Okay.  I was taking this last bullet ...
22 Q.  Do you want me to read that --
23     MR. HUDSON:  He can read it to

Page 73

1      himself.
2  Q.  I'll give it to you then.  The last bullet
3      point under President Turner discussed
4      enrollment trends there, do you see that on
5      RU-110?
6  A.  Uh-huh.  (Positive response.)
7      MR. HUDSON:  Yes.
8  A.  Yes.
9  Q.  Yes.  Thank you.
10         This highlights our need, dash, we need
11     a for-profit type of name.  Is Masters in
12     your mind a for-profit type of name?
13 A.  Yes.
14 Q.  Okay.  Why is it a for-profit type of name?
15 A.  It takes away the burden of a business
16     degree with Christian in the name.
17 Q.  And why did you need -- why did -- Strike
18     that.
19         Why did Southern Christian University
20     need a for-profit type of name?
21 A.  We are a university to more than just a
22     Christian community, and we're offering --
23     we're now as of this, we're offering

Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 74

1    business degrees.
2         And there are those who don't object to
3    a Christian university, but if they have a
4    business degree hanging on their wall, they
5    would rather it not say Christian. And so
6    anything without the Christian in it would
7    better represent in their minds a degree.
8    Q. Now, why would somebody prefer not to have
9       Christian in the name of the school with a
10      business degree?
11   A. Well, they just do.
12   Q. You don't know why they do?
13   A. Because they go into these corporations and
14      they hang their diplomas up for others to
15      see, and they had rather have a Masters
16      University rather than a Masters Christian
17      University there for a bachelors in
18      information systems.
19   Q. Has anyone ever told you that they have
20      that preference?
21   A. Yes.
22   Q. Did they explain to you what negative
23      connotation might arise from the use of

Page 75

1    Christian in the name of a Christian
2    university?
3    A. I just told you their preference.
4    Q. Did you ask them why they had that
5       preference?
6    A. Well, I don't think I had to ask them,
7       because they stated it.
8    Q. You weren't interested why someone would
9       have that preference?
10   A. Well, I could understand why someone would
11      rather have a name without Christian in it
12      in order to better promote their degree
13      within the business that they're in. I
14      understood that. I understood the
15      explanation.
16   Q. So what is your understanding why it would
17      be better to have a business degree without
18      the word Christian in it for an institution
19      that provides a business degree that calls
20      itself a Christian university?
21   A. Well, as the university expands, just like
22      a Vanderbilt or a Fisk or a Notre Dame, the
23      reasons become more and more apparent. As

Page 76

1    new academic degree programs -- which we
2    want to add a nursing degree program.
3    We're right now doing our prospectus for
4    it.
5         This process all lays the groundwork
6    for the growth of a university. We have
7    within our institution a school within that
8    university that represents a theological
9    institution.
10   Q. So getting back to my question, what
11      negative connotation is it to have
12      Christian as a part of the name of a
13      university that calls itself a Christian
14      university?
15   A. We're not talking about a negative
16      connotation. We're talking about a
17      preference for jobs and their relationship
18      with a community that they come in contact
19      with. They have nothing against
20      Christian. They just prefer it not to be
21      on their diploma.
22   Q. And there's no reason for that preference
23      to your understanding?

Page 77

1    A. I've stated it about as accurate as I know
2       how.
3    Q. Okay. Going back to the bullet point, it
4       refers to a broad name. Do you know what
5       is meant by a broad name in that context?
6    A. There are so many bullet points, where are
7       we talking about?
8    Q. The one we were just talking about here.
9       It refers to a broad name. Do you see that
10      on RU-110 in Exhibit 20?
11   A. That is a broad name?
12   Q. Yes.
13   A. It's the very thing I've been trying to say
14      about a university. We're broadening our
15      academic -- the academics of the university
16      as time passes.
17   Q. The next sentence says: This would bring
18      in students that would help fund the
19      degrees in the Turner School of Theology.
20      Now, how is that?
21   A. As the university grows, it will help the
22      Turner School of Theology to be able to
23      better operate because it will not have the

Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 86

1    name of the institution at that time to
2    Masters University; is that correct?
3    A.  Just give me a moment, please.
4    Q.  Sure.  To speed things up, you might want
5        to look at the last paragraph on RU-114.
6    A.  You're talking about the last paragraph,
7        item six, name change?
8    Q.  Yeah.
9    A.  Yeah.  Okay.  Ask the question.
10   Q.  On September 29, 2005, you were considering
11       changing the name of the institution; is
12       that correct?
13   A.  Yes, at least it was being discussed.
14   Q.  And the name that was being discussed at
15       that time was Masters University; is that
16       correct?
17   A.  I was bringing that to their attention, and
18       I believe that that is after our meeting
19       with the board.
20   Q.  Were there any other names considered
21       around September 29th, 2005?
22   A.  No.
23          MR. PECAU:  Let's mark the next

Page 87

1          exhibit Exhibit 22.
2          (Exhibit 22 was marked for
3          identification.)
4    Q.  Let me show you what's been marked as
5        Exhibit 22.  Can you tell me what that is?
6    A.  This is a board meeting conducted by the
7        board of regents on December the 16th,
8        2005.
9    Q.  Is this the entire board of regents of
10       Regions University that's shown on Exhibit
11       22?
12   A.  No, it's not the entire board.
13   Q.  How many folks are missing?
14   A.  How many what?
15   Q.  How many people are missing?
16   A.  I do not have that total.  I could get you
17       the total.
18   Q.  Who's Carl Barker?
19   A.  Carl Barker has been on the board a long
20       time.  He lived in Eclectic -- He lives in
21       Eclectic.  He was -- been a long-time board
22       member.
23   Q.  He's never been employed by Regions Bank,

Page 88

1    has he, to your knowledge?
2    A.  To my knowledge, I don't -- I'm not aware
3        that he was.  He was president of the bank
4        of Eclectic, if I recall, and he's been out
5        of that position for a long time.  And, in
6        fact, he's not doing well physically at
7        this time, and, in fact, he had ...
8    Q.  Okay.  On RU-118 of Exhibit 22 --
9        that's the second page -- there's a
10       reference to Turner University.  Around
11       December 16th, 2005, was Turner University
12       one of the names that were considered for
13       the new university?
14   A.  It was mentioned.  And as I have stated,
15       there are those who very much love and
16       appreciate my father and all of the
17       sacrifice that he had made through the
18       years.
19   Q.  Who prepares the minutes of these board
20       meetings?  Do you know?
21   A.  Yes.  Anita Crosby sits in our meetings,
22       and she does the final preparation.
23   Q.  And at the beginning of each board meeting,

Page 89

1    the minutes of the prior board meeting are
2    approved, aren't they?
3    A.  Yes.
4    Q.  This document suggests that some folks
5        thought that Turner University would
6        suggest to others that Ted Turner was a
7        founder of the university; is that correct?
8    A.  Well, the connotation of Ted Turner and his
9        lifestyle run amok with our university and
10       its Christian principles, and they worried
11       about that relationship.
12   Q.  I mean, as far as you know, nobody has ever
13       thought that the Turner School of Theology
14       had any relationship to Ted Turner; is that
15       correct?
16   A.  No.  The Turner School of Theology is a
17       part of the university, and the Turner
18       School of Theology would not be construed
19       in that light to be Ted Turner.
20   Q.  Why did anyone think that there might be a
21       connection of Ted Turner with a Turner
22       University whose main campus is in
23       Montgomery, Alabama?

Deposition of Rex Turner, Ed.D.

May 15, 2007

---

Page 90

1    A.  Well, we're in 50 states.  We have students
2        in 50 states.  Not just looking at
3        Montgomery, Alabama.
4    Q.  So why do you think people would think
5        there is a connection with Ted Turner and a
6        Turner University?
7    A.  I don't know why they would, but I think
8        that they think that -- you know, he's, you
9        know, from Atlanta and well-known.  I don't
10       think he's living in Atlanta now,
11       but ... it was just something that was
12       mentioned.
13   Q.  So you never took seriously, though, that
14       somebody would be confused between Turner
15       University and Ted Turner; is that correct?
16   A.  Time takes care of a lot of things.
17   Q.  But you never thought that anybody would
18       really confuse Turner University with Ted
19       Turner; isn't that correct?
20   A.  I don't think I personally did.
21   Q.  At this board meeting, the board voted to
22       go ahead with Masters; is that correct?
23   A.  Well, in this meeting, they made a motion

---

Page 91

1        to seek to have Masters University
2        trademark-registered, and I think that they
3        were sitting back and making sure that
4        maybe that could occur at this point in
5        time.  But that's all they gave.  They
6        didn't give the whole -- they didn't give
7        everything that would come later.
8    Q.  So basically, you were given the authority
9        to get a registration for Masters
10       University; is that correct?
11   A.  That's correct.
12   Q.  In addition to Masters University and
13       Turner University, were there any other
14       names that were discussed in this board
15       meeting on December 16th, 2005 that you
16       recall?
17   A.  I'm not aware of any other names.
18           MR. HUDSON:  Let's go to RU-133.
19           (Exhibit 23 was marked for
20           identification.)
21   Q.  Let me show you Exhibit 23.  Do you
22       recognize that?
23   A.  Board meeting of March 17, yes.

---

Page 92

1    Q.  And you attended that board meeting?
2    A.  Yes.
3    Q.  Page RU-34 --
4           MR. HUDSON:  34?
5           MR. PECAU:  I'm sorry.  134.
6           MR. HUDSON:  I'm looking at the
7           wrong thing.  I'm sorry.
8    Q.  In this board meeting, were you given
9        approval to choose when to officially make
10       the name change to Masters University?
11   A.  Yes.
12   Q.  And then in the second -- well, the first
13       full paragraph -- well, maybe it's the
14       second paragraph.  In the second paragraph
15       on page RU-134 of Exhibit 23, it says,
16       quote:  We will not officially change our
17       name until we have a trademark, end quote.
18       What does that mean?
19   A.  Do you want me to answer all of the
20       sentence, or do you want me to answer just
21       the last thing?
22   Q.  Just the last sentence.  What does it mean
23       when it says we will not officially change

---

Page 93

1        our name until we have a trademark?
2    A.  Well, I think it just means what it means.
3    Q.  Well, when you say we have a trademark, are
4        you referring to the registration of a
5        trademark or the use of a trademark?  What
6        does that mean?
7    A.  I don't think at that time that we
8        understood what we understand today about
9        trademarks.
10   Q.  So putting your mind back then, what do you
11       think was meant when --
12   A.  I would say that at the point that it would
13       be registerable.
14   Q.  And that's registerable -- I should be able
15       to pronounce that.  Do you mean that --
16       When you said that, it would be
17       registerable, you mean registerable on the
18       register of the patent and trademark
19       office?
20   A.  Yes.  In other words, that the attorney
21       would have at least put us up to the point
22       that it would go for publication.
23   Q.  And then before the official change, it was

---

Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 94

1    understood that you would change the signs
2    on the building; is that correct?
3  A.  I think that that was just a general
4    discussion, that when we made the changes,
5    that we would try to have the sign and all
6    of the things done.
7  Q.  So that before the official change, you
8    would change the sign on your building,
9    your e-mails, your advertising, et cetera?
10  A.  I don't think that it was saying that we
11    would have everything done the day we
12    announced the name.
13  Q.  But you would have some of those things
14    done --
15  A.  Some of those things --
16  Q.  She can't take both of us at the same
17    time.  She can't take both of us at the
18    same time.
19      So are you finished answering the
20    question?
21  A.  I'm sorry.  Go ahead.
22  Q.  I apologize as well.  My question is, was
23    it the intent to change the sign on the

Page 95

1    building before the official name change?
2  A.  No.  I think our intent would be to get our
3    name done.  The sign takes time to plan and
4    to draw and to get it done right.
5      We did proceed with getting the
6    e-mails, .edu e-mails kind of in order.
7    But other than that, that's all we did.
8  Q.  What?  Did you prepare any advertising for
9    the change to Masters University?
10  A.  If we did, I'm not really aware of any
11    because we were just on a wait-see, and
12    there was no need to do something until we
13    kind of knew what we were going to -- what
14    was going to happen.
15      MR. PECAU:  Let's mark this as
16    Exhibit 24, please.
17      (Exhibit 24 was marked for
18    identification.)
19  Q.  Let me show you what's been marked as
20    Exhibit 24.  Is this the resolution that
21    was adopted on March 17th, 2006 in
22    connection with the March 17, 2006 board
23    meeting?

Page 96

1  A.  This is the resolution that came as a
2    result of the board meeting on March 17.
3  Q.  And was it the resolution of the board that
4    it believed that the use of Masters
5    University would increase its -- the
6    school's attractiveness to potential
7    students?
8  A.  Well, I think that they would surely think
9    that they would hope so.
10  Q.  And was it the board's belief that changing
11    the institution's name to Masters
12    University would assist the university in
13    projecting itself as a nationally-
14    recognized university of prominence?
15      MR. HUDSON:  Are you reading
16    Exhibit 24?
17      MR. PECAU:  Yes.
18      MR. HUDSON:  I was trying to find
19    where you were reading from.
20      MR. PECAU:  The third Whereas.
21      MR. HUDSON:  Thanks.
22  A.  You know, we're just talking about dreams
23    and beliefs --

Page 97

1      MR. HUDSON:  He just asked you if
2    it says that.
3  A.  Oh, did you ask does it say it?  Yes, it
4    says it.
5  Q.  Well, I asked you if it was the board's
6    belief that changing the institution's name
7    would also assist the university in
8    projecting itself as a nationally-
9    recognized university of prominence.
10  A.  Yes, in time.
11  Q.  Does the university -- Well, in 2006 when
12    this resolution was passed, did the
13    university attempt to project itself as a
14    nationally-recognized university of
15    prominence?
16  A.  I don't think so.  That comes in time.
17  Q.  Well, today, does the university attempt to
18    project itself as a nationally-recognized
19    university of prominence?
20  A.  I know that we are known in 50 states, and
21    I know that we are recognized in Iraq and
22    Germany and a lot of places.  But to
23    compare it as a national research

Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 98

1  institution like a Vanderbilt or a Notre
2  Dame, no.
3  Q.  Now, when you say you know that Regions
4  University is known in 50 states, what do
5  you base that on?
6  A.  Students in 50 states.
7  Q.  Now, when you say there are students in 50
8  states, do you mean at some time in the
9  university's history, there have been
10  students from all 50 states?
11  A.  We will pretty well average from 45 to 50
12  states in which we have students in each of
13  those states.
14  Q.  Well, what about in the 2006 -- fall 2006
15  and spring 2007 semesters?  Did the
16  university have students from all 50
17  states?
18  A.  I counted 50 here on this sheet, the
19  Exhibit 17.  And it would go along with
20  what I said, between 45 and 50.  And, of
21  course, D.C. is listed here, which is not a
22  state, so that's going to pretty well fall
23  in that category.

Page 99

1  Q.  Minnesota isn't there, is it?
2  A.  Minnesota is M what?
3  Q.  MN.
4       MR. HUDSON:  He's asking you is
5       Minnesota listed on Exhibit
6       17.
7  A.  I don't see an MN.
8  Q.  What about Massachusetts?  Is that listed?
9  A.  Massachusetts is what?
10       MR. HUDSON:  He wants to know if
11       it's on Exhibit 17.
12       THE WITNESS:  I know.
13  A.  But Massachusetts is M what?
14  Q.  MA.
15  A.  I don't see MA.
16  Q.  New Hampshire?
17  A.  And that's what?  N --
18  Q.  NH.
19  A.  I don't see it on this list.
20  Q.  What about North Dakota?
21  A.  And that's what?
22  Q.  ND.
23  A.  I don't see it listed.

Page 100

1       MR. PECAU:  RU-146.
2       (Exhibit 25 was marked for
3       identification.)
4  Q.  Show us what's been marked as Exhibit 25.
5  Can you tell me what that is?
6  A.  It's a policy review team meeting on July
7  the 6th, 2006.
8  Q.  Let's go to page three of Exhibit 25 on
9  RU-148.
10       First of all, this is an SCU team
11  meeting that was in July 6 of 2006; is that
12  correct?
13  A.  Yes.
14  Q.  And between 3-17-06, which was the board
15  meeting which authorized you to go ahead
16  with the Masters University, and this
17  meeting on July 6, 2006, what steps did you
18  do to secure the Masters University mark?
19  A.  Do you mind repeating that question?
20  Q.  Sure.  Between March 17th, 2006 when you
21  had the board meeting that resolved for you
22  to go ahead to secure the Masters
23  University name and use it and July 7 -- I

Page 101

1  mean, July 6, 2006 when you had this team
2  meeting, what steps did you undertake to
3  secure the name Masters University?
4       MR. HUDSON:  Hold on just one
5       second.
6       Okay.  Go ahead.  I'm
7       sorry.
8  A.  I just want to remind you that in December,
9  the board gave us approval to proceed with
10  registration, and we followed suit
11  thereafter -- in December of 2005.  So the
12  name had been in its process, working
13  through the trademark office.
14       We got to a point of -- in March -- I
15  believe it's 17, we got a more definitive
16  ruling from the board as to the name
17  change.  And then in July, we get a
18  statement back from Masters University, if
19  I recall -- relative to Masters University
20  from the trademark attorney, and as I
21  recall, he viewed Masters, M-A-S-T-E-R-S,
22  as representing -- which was descriptive --
23  representing a master's degree.

Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 102

1  Q. And that was the examining attorney in the
2     patent and trademark office; is that
3     correct?
4  A. Yes. And I was alluding to this fact in
5     the policy review committee meeting.
6  Q. It doesn't refer to any office action by
7     the examiner on page RU-148.
8  A. I understand that, but I don't -- there
9     wasn't any attempt to hide it.
10 Q. So that was the problem that you thought
11    you had in July 6, 2006?
12 A. I know that -- I'd have to see -- do you
13    have the Masters document from the
14    registration office? I'd like to be
15    accurate on that, if y'all have that.
16 Q. Certainly.
17        MR. PECAU: Let's mark this as the
18        next exhibit, which is 26.
19        (Exhibit 26 was marked for
20        identification.)
21 Q. Show you what's been marked as Exhibit 26.
22    Can you tell me what that is?
23 A. This is office action, as best I understand

Page 103

1     it, from the U. S. Patent and Trademark
2     Office, and they give us some statements
3     about the descriptive nature of this name.
4     I think you understand what it says better
5     than I do.
6  Q. So the first thing it says there, see a
7     search of office records?
8  A. Yes.
9  Q. It says: The examining attorney searched
10    the office records and found no similar
11    registered or pending mark which would bar
12    registration under the Trademark Act. What
13    did you understand that to mean?
14 A. I just understand that there was no other
15    mark that had Masters University trademark
16    at that time.
17 Q. And when you say trademark, do you mean
18    registered --
19 A. Yes. Yes. You will have to help me with
20    that.
21 Q. Now, let's take a look back at RU-148,
22    which is Exhibit 25, the third page of
23    Exhibit 25.

Page 104

1  A. RU-148?
2        MR. HUDSON: This page right here.
3        THE WITNESS: Oh, I'm sorry.
4  A. Okay.
5  Q. Do you see under item 11, Masters
6     University? Do you see that?
7  A. Yes.
8  Q. It says Dr. Rex. And you're Dr. Rex?
9  A. Yes.
10 Q. Is that how you're generally referred to?
11 A. Yeah. Yes. That's the way they do it.
12 Q. Well, at least that's not too --
13 A. Okay.
14 Q. In any event, it says, quote: Dr. Rex
15    reported that we have run into a problem
16    with Masters University. We have a patent
17    attorney in Washington. There's another
18    university that has Masters in its title.
19        Now, is the problem that you refer to
20    here on Exhibit 25 different than
21    descriptiveness?
22        MR. HUDSON: Object to the form.
23 Q. Do you understand the question?

Page 105

1  A. I don't know that I do.
2  Q. Okay. I'll rephrase it. Item 11 refers to
3     another university that has Masters in its
4     title. Was that a concern?
5  A. Well, that is an inaccurate statement, that
6     there is another university that has
7     Masters in its title. That is an
8     inaccurate statement.
9  Q. Is there a Bible school that has Masters in
10    its title?
11 A. Yes.
12 Q. What?
13 A. Yes. Masters College of Bible in
14    California.
15 Q. And was that a concern to you in July of
16    2006?
17 A. It had not been a concern. They had not
18    sought any registration whatsoever. Jeff
19    Foshee, who is our education attorney, and
20    Dr. John White had reviewed this. We had
21    not used a patent attorney on this process,
22    and we had just redone Southern Christian
23    University. A period of time had evolved

Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 106

1  and we had to re-file it, and so that
2  process had occurred at this time. And it
3  was just mentioned that this could be
4  another problem in this, so ...
5      And if you look at all of the 2006
6  Higher Education Directories, you observe a
7  lot of names there, and they have similar
8  names. Some will be a college with the
9  same first name and there will be others
10 who will have university, and so there will
11 be a lot of, you know, changes.
12     And so the 2006 Higher Education
13 Directory did note Masters College of
14 Bible.
15 Q.  So you weren't concerned about the Masters
16 College of Bible as being too close to your
17 Masters University?
18 A.  I don't think that it was determined so by
19 Jeff Foshee and John White back in December
20 of 2005.
21 Q.  So the patent attorney that you refer to in
22 Washington, who was he?
23 A.  That would be James Shlesinger.

Page 107

1  Q.  Did he tell you that Masters Bible College
2  was a concern?
3      MR. HUDSON: Hold on just a
4      minute. Let's go off the
5      record.
6      (Off-the-record discussion.)
7      MR. PECAU: Let's go back on the
8      record and just say that we're
9      going to leave the question
10     pending, subject to a
11     determination of whether the
12     question falls within -- well,
13     the answer falls within the
14     attorney-client privilege.
15     MR. HUDSON: Sure.
16 Q.  Now, it says here that -- on the last
17 sentence in the paragraph we were looking
18 at, under item 11, Masters University, the
19 last sentence --
20 A.  Is this Exhibit 26?
21 Q.  25.
22 A.  Okay.
23 Q.  The last sentence says:  This will probably

Page 108

1  add two months to the process. This will
2  delay our roll-out. Why would it delay the
3  roll-out of the name Masters University?
4  A.  The descriptive nature of the trademark
5  attorney caused us some real concerns and,
6  also, the concern of Masters College of
7  Bible, and so we just -- it was just simply
8  a statement that this was going to be a
9  delay.
10 Q.  Okay. At some point, you decided to choose
11 another name; is that correct?
12 A.  That is correct.
13 Q.  And what caused that determination to
14 choose another name?
15 A.  I'm going to let you repeat it again.
16 Q.  Actually, I'll show you another exhibit and
17 ask you another question.
18     MR. PECAU: Let's mark this as 27.
19     (Exhibit 27 was marked for
20     identification.)
21 Q.  Let me show you what's been marked as
22 Exhibit 27. Do you see that, and can you
23 tell me what that is?

Page 109

1  A.  I'll just read it. There was a discussion
2  concerning Masters University. It was
3  reported that we were about to announce the
4  name change about a week ago. It was then
5  brought to the attention of our trademark
6  attorney that there was a Masters College
7  of Bible. Our trademark attorney, Jim
8  Shlesinger, recommended that we not change
9  to Masters University. He indicated that
10 they could contest it and that could pose a
11 serious problem.
12 Q.  Is that what happened?
13 A.  Yes.
14 Q.  And this was a meeting of July 27th, 2006;
15 is that correct?
16 A.  That's correct.
17 Q.  Is this approximately when the real concern
18 about Masters University arose?
19 A.  It had occurred approximately two weeks
20 before that, and I'm saying approximately.
21 Q.  Okay. It says here it was then -- Who
22 brought it to your -- to Mr. Shlesinger's
23 attention that there was a Masters College

Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 110

1    of Bible?
2    A.  I did.
3    Q.  And how did you find out there was a
4        Masters College of Bible?
5    A.  I was aware of it.  I was aware of it from
6        the beginning.  And that is in the 2006
7        Higher Education -- they're listed there.
8            But as you go through and you look at
9        all of the higher educations, there's --
10       let's just take, for instance, Heritage.
11       There's a Heritage University, a Heritage
12       College, a Heritage Christian University.
13       There's a Lincoln College; there's a
14       Lincoln University.  There are schools that
15       have the same name that exist in the United
16       States that are not the same institution.
17           And so, you know, this is just a
18       concept.  And at the point of this -- and I
19       want to emphasize that Jim Shlesinger was
20       not in the beginning at all involved in
21       Masters University.  This was with Jeff
22       Foshee and John White.  He was not
23       involved.

Page 111

1            We were about to announce the roll-out,
2        and he just mentioned, you know, hey, this
3        is something that you might would want to
4        look at.  And it was at that point and the
5        description that we said enough is enough.
6    Q.  And then what did you decide to do?
7    A.  Look at some more possible names.
8    Q.  And what were the names that you came up
9        with?
10   A.  I have listed them.  I think they're
11       available, the names that came up that were
12       mentioned -- that were considered:
13       Graystone, Providence, Regions, Regal.
14       You'll have to give me a document.  I'll
15       have to have some help with some of the
16       names.  It's listed in the interrogatories.
17           MR. HUDSON:  Based on the
18               understanding that you-all
19               will not contend that's a
20               waiver of the attorney-client
21               privilege with regard to
22               communications between
23               Mr. Shlesinger and Dr. Turner

Page 112

1                concerning Masters
2                University -- or that topic
3                will not constitute or be
4                contended to constitute a
5                waiver of any other aspect of
6                attorney-client privilege,
7                we'll let him go ahead and
8                answer about communications
9                with Mr. Shlesinger.
10           MR. PECAU:  That's understood.
11   Q.  Let me show you the answers to
12       defendant's -- to plaintiff's first set of
13       interrogatories, and in particular I'm
14       going to show you the response --
15   A.  Royal was one of them.
16           MR. HUDSON:  He's going to show
17               you the list.
18   Q.  I'm just going to show this to you to
19       refresh your recollection.  I'm not going
20       to put it into evidence.
21   A.  Okay.  These listed are Masters, Rex
22       University, Turner University, Regions
23       University, Graystone University, Royal

Page 113

1        University, Providence University, and
2        Regal University.
3    Q.  Did you come up with all these names?
4    A.  Providence -- not Providence.  Graystone
5        was mentioned by somebody else.  I never
6        liked it.
7    Q.  And the other --
8    A.  All of these others were names that I kind
9        of favorably considered and, you know,
10       those -- these were the primary ones.
11   Q.  Okay.  So Rex University, what was the
12       benefit of that name?
13   A.  Well, it's the name of my father who is a
14       founder of the school, so that's why Rex
15       University.
16   Q.  Does it have any Christian connotation that
17       was favorable?
18   A.  Only a founder's relationship that I know
19       of.  Of course, the name Rex in Latin means
20       king, but it has -- only from the founder,
21       and the same would be true of Turner
22       University.
23   Q.  And neither one of those has any

Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 114

1    geographical connotation, does it?
2    A.  I'm not aware that they do.
3    Q.  And Graystone, was there any favorable
4        connotation to that?
5    A.  No.  I thought of a housing project with
6        Graystone.
7    Q.  And Royal University, what was the
8        favorable connotation about that?
9    A.  There were some R's that came up, if I
10       can -- there were some R's that came up.
11       In Royal and Regal and Regions, those names
12       came up and were looked at from meanings.
13       Regal and Royal and Regions all have some
14       emphasis, you know, of prominence.
15   Q.  What do you mean by some emphasis of
16       prominence?
17   A.  I'm sorry.  I have forgotten the exact
18       meanings of each one, but Regal has a good
19       connotation from the dictionary.  Royal
20       would have a good connotation.  Regions
21       expresses the theme of our Christian calls
22       of going into all the world or into all the
23       regions of the world.

Page 115

1    Q.  Did you consider Region alone?
2    A.  I don't recollect doing so.  I did a
3        trademark search and saw that there were --
4        you know, if you do Region, you see a lot.
5        I remember when you do Regions, you see a
6        good bit, and as I remember, you know, 300
7        and something.  I can't remember the
8        totals, but ...
9    Q.  Why didn't you consider Region alone?
10   A.  I think Regions expressed the fact that we
11       would go into all regions of the world, and
12       it would be many and not one.  And when you
13       begin to think about the 50 states, those
14       would be regions.  Then when you think
15       about it nationwide, then you're thinking
16       about the United States of America and
17       Canada and Mexico, then those would be
18       regions.  And the word regions has a far
19       extensive viewpoint and meaning with the
20       'S' on it.
21   Q.  So as far as you're concerned, the
22       difference between regions and region or
23       regions and regional is significant?

Page 116

1        MR. HUDSON:  Object to the form.
2    A.  Regions better expresses the totality of
3        the world.  Region would express maybe a
4        location and not the totality.  That's to
5        my way of thinking.  Now, I could be wrong,
6        but I don't think I am.
7    Q.  And regional would have the same problem
8        that region alone would have in terms of
9        the connotation that you refer to?
10   A.  I don't think regional was ever considered.
11   Q.  Okay.  You said you did a search.  What
12       kind of search did you do?
13   A.  Well, I'll tell you.  I depended on other
14       people doing this, and I just got to the
15       point and I'm having to look at it -- we
16       should have already changed our name seven
17       or eight months ago.
18       And I just had a practice.  Just went
19       in -- I was going through that Higher
20       Education -- 2006 Higher Education
21       Directory looking at names.  Then I would
22       go out and I would do a check of the U.S.
23       Patent and Trademark Office on those names,

Page 117

1        which I did on all of those listed, and see
2        the availability of trademarks in the area
3        of the total name, like Regal University or
4        Regions University.
5        To my knowledge, I did not, except for
6        Regal -- let me see the list if you don't
7        mind.  Except for Regal, I did not find a
8        single trademark of these others, such as
9        Providence University or such as Royal
10       University, so I did not find those
11       trademarks -- or Regions University or
12       Turner University or Rex University or
13       Masters.
14   Q.  Did you limit your search just to Regions
15       University?
16   A.  (Shakes head from side to side.)
17   Q.  Did you look for Regions alone?
18   A.  I looked at all of them.  I looked at
19       Region.  I looked at Regions.
20   Q.  And when you were looking at Regions, did
21       you see any other marks that appeared just
22       with the word Regions in it?
23   A.  I think I'm going to need for you to --

Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 118

1    because we're talking about trademarks, I
2    need for you to --
3    Q.  You said you did a search on the United
4        States Patent and Trademark Office Web
5        site.
6    A.  Yes, online.
7    Q.  Did you type in the word Regions alone to
8        see what would came up?
9    A.  Yes.
10   Q.  And did any other names come up?
11   A.  Sure, about 300 -- I want to say about 300
12       names.  I could be totally wrong by 300.
13   Q.  With the word Regions alone?
14   A.  Had Regions and had another additional
15       part, like Regions Cafe, Regions Hospital,
16       Regions Air, denoting a different service.
17       Regions ...
18           I'm sorry.  I'm kind of blank at this
19       point.  I'll think of another one at
20       another time.
21   Q.  Did you keep a copy of this search that you
22       did?
23   A.  I did a check, and to my recollection I did

Page 119

1    not print out a copy.
2    Q.  All right.  Now, in addition to doing that,
3        did you check, for example, the White
4        Pages, the Montgomery White Pages, the
5        telephone directory to see if there were
6        any other Regions business names?
7    A.  I didn't -- I didn't check any -- the White
8        Pages.
9    Q.  Now, when you first thought of the name
10       Regions, did you talk to anybody about it
11       prior to this July 27th meeting?
12   A.  The most significant person that I talked
13       to was James Shlesinger.
14   Q.  Well, did you talk to anyone other than
15       Mr. Shlesinger about the name Regions prior
16       to this July 27th meeting?
17   A.  No one of the committee of the policy
18       review team that I recall or recollect.
19   Q.  Other than Regions, a financial --
20   A.  Now, that's the committee members.
21           MR. HUDSON:  He asked you who you
22       talked to.  Tell him who you
23       talked to.

Page 120

1    A.  I talked to my wife and I talked to my
2        sister, and that's about the only two
3        people I remember talking to.
4    Q.  Okay.
5    A.  And my sister happened to be there because
6        my mother-in-law had just passed away and
7        we had buried her that week.  Aleta Parker
8        was her name.
9    Q.  Aside from Regions, the financial
10       institution, back on July 27th, 2006, were
11       you aware of any other use of the name
12       Regions with the plural by any other
13       business or institution?
14   A.  Prior to July 27th?
15   Q.  Yeah.
16   A.  Are you just saying Regions, or are you
17       describing a service?
18   Q.  Regions.  Regions.
19   A.  I remember a Regions For Wine.
20   Q.  And what was that?
21   A.  It's a registration out there.  I don't
22       know if they have put it into use, but it's
23       gone all the way through opposition as I

Page 121

1    understand it.
2    Q.  What I'm asking you is, were you aware of
3        any business institution actually using the
4        name Regions as part of its name or its
5        trademark prior to July 27th, 2006 other
6        than the Regions financial institution?
7    A.  Well, I would think it's a fair
8        statement --
9            COURT REPORTER:  I'm sorry?
10           THE WITNESS:  Huh?
11           MR. HUDSON:  Wait.  Let me look at
12       that question.
13   A.  When we talk about --
14           MR. HUDSON:  Wait just a minute.
15       Okay.  Go ahead.
16           MR. PECAU:  Do you want to restate
17       the question?  It's been a
18       little bit --
19           MR. HUDSON:  I was just --
20           MR. PECAU:  No, that's all right.
21           MR. HUDSON:  The question excluded
22       the bank, and I thought that's
23       what you were doing.  I just

31 (Pages 118 to 121)

Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 122

1  wanted to be sure that was the
2  way he was answering it.
3  MR. PECAU:  Right.  It does
4  exclude the bank.
5  MR. HUDSON:  Yeah, I just wanted
6  to be sure.  That's the way
7  he's answering -- I just
8  wanted to be sure.
9  MR. PECAU:  Do you want to restate
10  the question, please.
11  (The following was read:
12  Question:  What I'm asking you is,
13  were you aware of any business
14  institution actually using the
15  name Regions as part of its
16  name or its trademark prior to
17  July 27th, 2006 other than the
18  Regions financial
19  institution?)
20  A.  I have named them.
21  Q.  Which one?
22  A.  Regions Cafe, Regions Hospital, Regions
23  Air, and there's a Regions Serve

Page 123

1  and ... I'm aware of those.
2  Q.  Okay.  Now, in terms of the Regions Cafe,
3  where is that located?
4  A.  It is going to vary, but I've seen it on
5  the Web site.  That's all I know.
6  I want y'all to understand.  I did a
7  spot check.  I did not do a full research
8  like doing a dissertation.  I did this and
9  then I called our attorney, a trademark
10  attorney, who understands and knows
11  research, and he then researched the names
12  Rex and Turner and Regions.
13  Q.  Okay.  What I'm asking you is, on July
14  27th, 2006, before you spoke to your
15  attorney -- no, let's strike that.
16  Before you spoke to your attorney
17  concerning his search for -- concerning --
18  Well, before you spoke to your attorney to
19  have him do research concerning the name
20  Regions, were you aware of the actual use
21  of the term Regions in connection with any
22  institution other than Regions financial
23  institution?

Page 124

1  A.  I'm telling you from the trademark, I
2  understood that those were in existence.
3  Q.  And when you say that you understood from
4  the trademark, you understood from the
5  what?
6  A.  From looking at it at the U. S. Patent and
7  Trademark Office.
8  Q.  Aside from the United States Patent and
9  Trademark Office register, are you aware of
10  any use of the term Regions for any
11  institution other than the Regions
12  financial institution prior to the time you
13  talked to your attorney to do a search?
14  A.  I'm aware of them, but for me to go and
15  name to you -- I know that there are some
16  Regions Realty, Regions --
17  MR. HUDSON:  At what point in time
18  are we talking about?
19  THE WITNESS:  Well, I mean, the
20  time ... what are you asking?
21  MR. HUDSON:  I can't get in the
22  middle of this.  Y'all go
23  ahead.

Page 125

1  A.  What were you asking?
2  Q.  I'm asking, when you thought of the name
3  Regions, were you aware of any other
4  institution that used the name Regions with
5  an 'S' other than Regions financial
6  company?
7  A.  And I've told you how I knew of those.
8  Now, I did a check, and then I gave it to
9  our attorney.
10  Q.  And I'm asking you -- Okay.  Let's start
11  before you did the check.  When you first
12  thought of the name Regions, were you aware
13  of any other institution other than Regions
14  financial institution that used the name
15  Regions in its name?
16  A.  I'm telling you the ones that I knew.
17  Q.  You knew those before doing any search or
18  before you even thought of the name
19  Regions?
20  A.  I did the search, and that's what I
21  understood.
22  Q.  And I'm asking before you did the search.
23  All right?  Do we have the point in time

Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 134

1    registered?
2    A. Give me an example.
3    Q. Well, Masters Bible College is not a
4    registered mark. There are means of
5    searching marks that aren't registered
6    marks. Did you ask him to do that kind of
7    search?
8    A. I do not recollect any discussion of that.
9    I think he understood the import because of
10   the names and the potential thereof, and so
11   that's all I know. That's all I can speak
12   to.
13   Q. Do you recall discussing with him the price
14   of different kinds of searches?
15   A. You know, I don't -- he told me
16   approximately about how much it would be.
17   But, you know, I don't even -- I never saw
18   the bill. I do not know how much he
19   charged and ...
20   Q. Did you tell him that there was a time
21   limit when you needed his opinion by?
22   A. I did not give him a timeline.
23   Q. Prior to talking to Mr. Shlesinger, did you

Page 135

1    talk to any of the other administrators
2    about these three names?
3    A. Well, obviously, Turner and Rex have been
4    out there and have been understood out
5    there and have been out there for -- you
6    know, but I don't know that --
7         Now, Turner University has been, but
8    Rex University, in no special way had it
9    really been discussed because it was not
10   even up for consideration, and the same is
11   true of Regions.
12   Q. So do you recall discussing with anyone
13   prior to speaking to Mr. Shlesinger
14   about -- I mean, in addition to your wife
15   and your sister about the possibility of
16   adopting Regions as a mark?
17   A. No, I did not talk to anybody else.
18   Q. Did your wife or your sister mention the
19   bank when you said the name Regions
20   University?
21   A. I do not recollect. I don't recollect that
22   they did. They may have, but they -- I
23   don't recollect that.

Page 136

1    Q. When you spoke to -- Now, you know Regions
2    is the largest bank in Montgomery, right?
3    A. Well, I didn't know that personally. No
4    one has told me about that. Colonial has a
5    mighty big presence here in this city with
6    their having their headquarters here. I
7    know that Regions is prominent, but I also
8    know that there are other banks here that
9    are just as prominent as well.
10   Q. Prior to speaking to Mr. Shlesinger, do you
11   remember in that summer, stories on
12   television and in newspapers about the
13   merger of AmSouth and Regions?
14   A. Yes, I knew about that, and I also -- you
15   need to know that I said to Mr. Shlesinger
16   on that Monday morning, there is a Regions
17   Bank here.
18   Q. So you made him aware that Regions was a
19   prominent bank in your community?
20   A. I didn't say --
21        MR. HUDSON: Object to the form of
22        the question.
23   A. I didn't say prominent. I just said

Page 137

1    there's a Regions Bank.
2    Q. Did you describe how big Regions was to
3    Mr. Shlesinger at all?
4    A. Huh-uh. (Negative response.)
5    Q. Did he ask you anything about the bank?
6    A. Well, his comment was, well, I don't know
7    anything about them up here in Virginia.
8    Q. So what did you tell him about people's
9    knowledge of Regions in Montgomery?
10   A. That was not discussed.
11   Q. Well, did you tell him it was a well-known
12   bank in Alabama?
13   A. Regions Bank, Regions University, Troy
14   Bank & Trust, Troy University, Tuskegee
15   University, First Tuskegee Savings, Regal
16   Bank, Regal University -- it's service, and
17   those are my concepts.
18   Q. Did you tell him that Regions was a
19   well-known bank in Alabama when you spoke
20   to him?
21   A. No, I just said there's a Regions Bank.
22   Q. So as far as you know, Mr. Shlesinger
23   didn't know that Regions was the largest

Page 142

1    y'all have any recommendations.  And they
2    all to a person that I know of in the
3    meeting wanted Regions University.
4            MR. HUDSON:  Let the Record
5            reflect the witness was
6            referring to Exhibit 28.
7            THE WITNESS:  Okay.  To 28.  Thank
8    you.
9    Q.  And the meeting notes were reflected in
10   Exhibit 27; is that correct?
11   A.  Yes.
12   Q.  All right.  Now, with regard to Regions,
13   was there any discussions about the name?
14   A.  There was discussion that it would reflect
15   our mission.  You know, the mission goes
16   back to really -- really the beginning of
17   the Bible.  Regions are mentioned all the
18   way through.  And there was emphasis that
19   this would represent our going into all the
20   world and our emphasis of trying to not
21   only be in the United States, but to
22   ultimately be in foreign countries and so
23   forth and have an impact for good around

Page 143

1    the world.
2    Q.  Did anyone mention Regions, a financial
3    institution, when you mentioned this name
4    to them?
5    A.  I'm just going to be truthful with you.  I
6    do not recollect anyone mentioning it.
7    Now, they may have and you may be able to
8    call these people in to question them, but
9    I don't remember, any recollection.
10   Q.  Now, on July 26th -- let's look at RU-180.
11           (Exhibit 30 was marked for
12           identification.)
13   Q.  Who's Rick Johnson?
14   A.  He is the director of enrollment
15   management.
16   Q.  And he knew that you were trying to think
17   of additional names -- names in addition to
18   Masters University on July 26?
19   A.  Yes.  We had -- You know, names had been
20   discussed.  Like I had pointed out to you,
21   Graystone had been mentioned by somebody
22   else.  And this was a mention from him, and
23   I looked at it and I didn't -- did not

Page 144

1    personally think well of it.
2            MR. HUDSON:  Let the Record
3            reflect Exhibit 30 refers to
4            Mark University.
5    Q.  Do you think that Regions is a for-profit
6    type of name?
7    A.  From a university concept and the mission
8    of the school and our intentions, I do not
9    think it is a for-profit.
10   Q.  So you don't think Regions is a for-profit
11   type of name?
12   A.  Not from a university concept.
13   Q.  Well, is it -- now, why would Masters
14   University be a for-profit type of name and
15   Regions University not be a for-profit type
16   of name?
17   A.  Because I think that you are trying to take
18   words of for-profit and -- you've got to
19   understand that when we talk about Masters
20   University and we talk about Regions
21   University, I don't see any for-profit in
22   any of that.  The points are that the only
23   profit is not necessarily a financial

Page 145

1    profit except that we may be able to appeal
2    to students who would attend our
3    university.  That would increase the size
4    of the university.  Now, that's not
5    financial -- that's profit, but that's not
6    financial as such.
7        And I want to also go on and say, there
8    is no real profit that I can really find in
9    Christian education, any financial profit.
10   It is tough.  I have been in it now 33
11   years.  I have been president 20 years, and
12   I have found no profit in any name or in
13   any circumstances when you're trying to
14   keep a school -- an accredited school with
15   Ph.D. professors, trying to keep it
16   accredited.  There is no financial profit.
17   The profit is the good that you do for
18   humanity.
19   Q.  Okay.  If you recall, in Exhibit 20, you
20   said that the school needs a for-profit
21   type of name that is a broad name.  Do you
22   recall that?
23   A.  I recall, and I was just answering that.

Page 150

1    MR. HUDSON: I just hate memory
2       tests. If you get it wrong,
3       it doesn't serve any ...
4    (Exhibits 31 and 32 were marked for
5       identification.)
6    MR. PECAU: Okay. Let's go back.
7    THE WITNESS: That's the board of
8       regents.
9    MR. HUDSON: What date?
10   THE WITNESS: That's on Friday,
11      the 28th.
12   Q. Exhibit 31 is a resolution. Was that a
13      resolution of the board of directors or the
14      board of regents?
15   A. Board of regents. I assume so. I know it
16      was signed by our board chair, Roger Dill.
17      And Dan Myers is our secretary.
18   Q. And on July 28th of 2006, you do recall a
19      meeting of the board of regents?
20   A. Yes. I wish we had it here, but anyway, we
21      met that day -- that afternoon. We met, if
22      I recall correctly, at approximately two
23      o'clock, and I presented to them James

Page 151

1    Shlesinger's letter. I presented to them a
2    background on Masters University and the
3    need for us to look at another name. And,
4    of course, I discussed with them Rex and
5    Turner and Regions because that is James
6    Shlesinger's -- what he did his trademark
7    on.
8       And there was discussion. There were
9    some board members who were very much
10   interested in remembering the founder of
11   the institution. They, however, quickly
12   saw from his opinion that Turner University
13   could have some possibilities of naming
14   registration issues. And the choice more
15   or less was left between Rex and Regions,
16   and they preferred Regions.
17   Q. So the concern with Turner University was
18      that -- was this the Ted Turner concern
19      again?
20   A. No. I think that he highlighted some
21      issues. I would have to go back to his
22      document. He highlighted some things that
23      I knew nothing about which would be -- he

Page 152

1    cited Turner, for television programming;
2    Turner Learning, for the production of
3    educational programs designed for school
4    use; Turner South, for entertainment and
5    education services; and he said that was --
6    an expired mark, Turner Adventure Learning,
7    for education and entertainment.
8       I had no knowledge and I was totally
9    unaware of any of that. And I think when
10   they saw that, it had nothing to do with
11   Ted Turner.
12   Q. But those are the reasons that they thought
13      that there was a problem with Turner, that
14      there would be -- that your attorney told
15      you that there was a likelihood of
16      confusion with these marks?
17            MR. HUDSON: Object to the form.
18   A. I don't think he was saying confusion at
19      all. I think he was talking about
20      registration naming issues, not confusion.
21   Q. Well, let me point out the second paragraph
22      on Exhibit 28. Do you see starting, Based
23      on the results? Do you see that?

Page 153

1    A. Yes, I do.
2    Q. And one of the reasons they might reject it
3       is on the grounds of likelihood of
4       confusion as to sponsorship or affiliation
5       with one or more --
6    A. Okay.
7    Q. Is it your understanding that's a reason to
8       reject the use of a mark?
9    A. Mr. Pecau, you're looking at someone who
10      has no real knowledge of trademarks and at
11      best, I'm totally inadequate and I must
12      leave this to the trademark attorneys and
13      so forth and so on. I just know that when
14      you're talking to a board who has no more
15      background than I would have and would have
16      less background of trademarks, that all
17      these things stated are going to be
18      important to them because it has come from
19      somebody who is in the trademark industry.
20   Q. So the ground of likelihood of confusion
21      has no meaning to you? Is that what you're
22      saying?
23   A. As to my -- You know, when we talk about

Deposition of Rex Turner, Ed.D.                                    May 15, 2007

Page 154

1    confusion here, I don't know what all he
2    means by likelihood of confusion as to the
3    sponsorship.
4    Q.  Okay.  Now, with regard to Mr. Shlesinger's
5       e-mail, did he ever send you a letter
6       following up this e-mail, Exhibit 28?
7    A.  I don't recall whether he did or not.
8    Q.  Do you recall ever seeing the results of
9       the search that he might have done that
10      supported the things that he states in
11      Exhibit 28?
12   A.  I do not remember.  I'll have to ask him.
13   Q.  So in terms of Regions University, he
14      doesn't refer to any other Regions marks in
15      his response, does he?
16   A.  Well, this e-mail and this documentation is
17      as it is.  I mean, I can't add to or take
18      away from what he's expressed here.
19   Q.  And he doesn't identify any Regions marks
20      in his --
21   A.  If he has beyond this or whatever, we would
22      have to ask him.
23   Q.  Did you have a telephone call with

Page 155

1       Mr. Shlesinger on July 27th?
2    A.  If I recall correctly, as he was closing
3       the day on the 26th, he either called or I
4       called and he just basically gave me a
5       synopsis of what he'd discovered.  And I
6       asked him when he was going to send this,
7       and he said I will try to send it in the
8       morning, and that's what he did.
9    Q.  Now, you said that the July 28th meeting of
10      the board of regents started at 2:00.  How
11      long did that meeting last?
12   A.  I didn't time that.
13   Q.  Two hours?  Three hours?  Half an hour?
14   A.  I would say it was within an hour time
15      frame.
16   Q.  Okay.  Was there any mention of the
17      Regions -- the financial institution in
18      that meeting that you recall?
19   A.  I do not recall, but I do not want to sit
20      here and say somebody did not mention it.
21      I do not recollect.
22   Q.  Now, with respect to Exhibit 31, the three
23      whereas clauses, do you see that in the

Page 156

1       resolution?
2    A.  Yes.
3    Q.  Was it a part of the board's resolution
4       that the name Regions University would help
5       increase the institution's attractiveness
6       to potential students?
7    A.  We have been in the process of making
8       application to the State of Arizona.  We
9       recently here about a month or two sent a
10      4000 book to them, trying to make
11      application to the State of Arizona.  When
12      I go out there and they say Southern is
13      just not going to do well out here in
14      Arizona and I meet with the Chinese
15      ambassador and Christian is a problem,
16      where we have an Italian missionary who did
17      a lot of work in Italy and he looks at me
18      and he says, Rex, Southern is going to be a
19      real problem in Italy, you know, this is
20      the ramifications of attractiveness.  We
21      don't like to have a turnoff with a name,
22      and that's where this is coming from.
23   Q.  Okay.  So Regions -- So it was the board's

Page 157

1       resolution that Regions University, the
2       name, would increase the attractiveness to
3       potential students; is that correct?
4    A.  Yes, from the point that it would not be a
5       turnoff, obviously, because of the locale.
6       When we are operating in Southern states
7       and we have students in 50 states, Southern
8       just does not do very well there.  And so
9       to me, anytime you can take the ugly off of
10      something, it becomes attractive.
11   Q.  Okay.  And the ugly you were taking off
12      were the words Southern and Christian; is
13      that what you're saying?
14   A.  I think Southern Christian is a wonderful
15      name, but when I go to Arizona, it's not so
16      wonderful.  When we try to advertise in the
17      state of -- I'm sorry, state.  When we try
18      to advertise in the city of New York -- and
19      let me clarify.
20         We are -- We're not licensed to operate
21      there, but because we are an accredited
22      institution, we can advertise there.  And
23      we can offer our programs and we can

Deposition of Rex Turner, Ed.D.                                    May 15, 2007

Page 158

1  advertise there.  We can do that in the
2  state of Virginia.  We can do that in the
3  state of Texas.  We can do that in the
4  state of Florida.  We can advertise there.
5      Now, if we went and set our foot into
6  the state of Florida, we would have to go
7  through an application process.  But to go
8  to the state of Tennessee, you can't go
9  there one way or the other without having a
10  license to operate, not to advertise -- and
11  you cannot do that in Arizona.  So every
12  state is individually different, so we have
13  to deal with that.
14      And that attractiveness of Southern
15  Christian was not attractive at all in New
16  York and it's not attractive in Chicago,
17  Illinois.  So every time we turn around,
18  there's something hitting at us that is a
19  problem, and we were trying to deal with a
20  problem.
21  Q.  Okay.  And so the name Regions University
22  would help the university in projecting
23  itself as a nationally-recognized

Page 159

1  university of prominence; is that correct?
2      MR. HUDSON:  Object to the form.
3      Asked and answered.
4  A.  Well, when -- what do you mean by
5  nationally?
6  Q.  Well, let's take a look at the whereas
7  clause three.  Do you see that in front of
8  you?
9  A.  Okay.
10  Q.  Let me ask you in a different way.  How
11  would changing your institution's name to
12  Regions University assist the university in
13  projecting itself as a nationally-
14  recognized university of prominence?
15  A.  When you think of national, you're thinking
16  of the academic framework of, say, a Notre
17  Dame or a Vanderbilt.  But when we think of
18  national, we're thinking about the ability
19  of this university to be able to go into
20  China, to be able to go into any of the
21  European countries, into Canada and most
22  anyplace throughout the world and be
23  recognized by its name.

Page 160

1      In 1990, right before the wall -- the
2  curtain wall fell, I had the good pleasure
3  with several of our faculty to go into
4  Russia.  This was before the walls fell.
5  Southern Christian was a constant gnawing
6  effect for us as we journeyed all through
7  that country.
8      As we came back, for the next ten
9  years, the fact that we had Christian in
10  our name constantly created a roadblock for
11  us that was totally uncalled for, because
12  if we had a name that reflected a good
13  purpose and that name was two names as a
14  university, they would accept us more in
15  the framework of a university but would
16  allow us to be an academic institution in
17  business or whatever if we were in China,
18  and we were limited to that.  But if we're
19  in another country like Italy, then we can
20  teach the Bible and feel very free to do
21  so.
22      So as Daddy always said, we would like
23  to have our cake and eat it, too.

Page 161

1  Q.  So on July 28th, 2006, the board adopted
2  the name?
3  A.  July the 28th.
4  Q.  July 28th, the board adopted the name.
5      When it adopted the name Masters
6  University, it resolved that you had to get
7  a trademark before you were going to use
8  it.  You didn't do this this time, did you?
9  A.  No, we did not.
10  Q.  And why is that?
11  A.  We proceeded with an in-use mark, and the
12  reason is because we did not think, number
13  one, that we could wait another ten or 12
14  months.  And in-use marks, the intent to
15  use to my way of thinking -- well, it
16  doesn't make any difference what my
17  thinking is.
18      We just decided that we should do an
19  in-use -- in other words, at the point we
20  changed our name, that's the very day that
21  we started using that name and that's
22  exactly what we did.
23  Q.  And just take your chances to see if anyone

Page 162

1    objected to it; is that correct?
2    A.  This day and time with litigation, you
3        would never know what somebody would
4        oppose.
5    Q.  All right.  Now, you sent out the next --
6        was it the next week you sent out a letter
7        to -- an e-mail to the students?
8    A.  Yes, approximately.  I can't remember what
9        date, but it was the next week.
10   Q.  And before that, you had a meeting of the
11       executive leadership team; is that correct?
12   A.  The executive leadership team, if I recall
13       correctly, met on a Monday morning.
14   Q.  Let me show you what's been marked as
15       Exhibit 32.
16   A.  Of course, you understand this is before we
17       officially changed our name on the 2nd
18       because the board gave me the authority to
19       change the name; in other words, at the
20       point that I so chose.
21           In other words, they made the decision
22       on the 28th for Regions University,
23       formerly Southern Christian, but they gave

Page 163

1    me the authority to announce when.  It
2    could have been another week.  It could
3    have been another two weeks.
4    Q.  All right.
5    A.  And this meeting here was a meeting of our
6        executive leadership team, which is the
7        president's cabinet, and we were having a
8        meeting that morning.
9    Q.  So basically the meetings that you had were
10       on July 27th, you had the meeting of --
11   A.  Policy review team.
12   Q.  Right.  And then on July 28th, you had the
13       meeting of the board of directors?
14   A.  Board of regents.
15   Q.  Board of regents.
16           And then on July 31st, you had your
17       executive leadership team; is that correct?
18   A.  That is exactly correct.
19   Q.  And there are six -- seven people on the
20       executive leadership team, is that correct,
21       or six?
22   A.  Yes.
23   Q.  Six people?

Page 164

1    A.  Yes.
2    Q.  All right.  And there was -- the meeting
3        was all about Regions University, right?
4    A.  Yes, it was.  We were -- I was informing
5        them of the board's decision on that
6        Friday.
7    Q.  Now, somebody mentioned Regions Bank in
8        that meeting; is that correct?
9    A.  That is correct.  Dr. Stanley Patterson,
10       who is the vice-president of academic
11       affairs, alluded to the fact that he
12       thought that there was a Regions University
13       within the bank, internal within the bank.
14   Q.  At least some people knew about Regions
15       University outside the bank; is that
16       correct?
17           MR. HUDSON:  Object to the form.
18   A.  That's confusing.  What do you mean outside
19       the bank?
20   Q.  Well, Dr. Patterson isn't a member of
21       Regions Bank, is he?
22   A.  I don't know.  He is the vice-president of
23       academic affairs.

Page 165

1    Q.  And he was aware of Regions University of
2        the bank?
3    A.  He was the -- a dean at Trenholm here in
4        town before he came -- became
5        vice-president of academic affairs with
6        us.  And he received an employment
7        application from somebody from Regions
8        Bank, and they put on there that they had
9        attended Regions University.
10           He became alarmed by that because he
11       didn't know anything about a Regions
12       University.  And, of course, here he is as
13       dean looking at an application or a resume
14       with Regions University on it and he's
15       saying, well, now, how is this like a
16       University of Alabama or an Auburn
17       University or a Troy University?
18           And so then he has to go back to this
19       person who made the application, and he
20       then discovers that it's an internal thing
21       and not an accredited university.
22   Q.  So he was aware of Regions University at
23       that point?

Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 166

1  A.  We were all made aware at that point.
2  Q.  Did he get the resume that day?
3  A.  Well, he had -- you understand, he had
4     worked prior at Trenholm, formerly
5     Patterson Tech here in town.  He was a dean
6     for a long time.  And he retired from the
7     State and came with us and has been an
8     excellent vice-president of academic
9     affairs.  Probably one of the best
10    decisions I've ever made.
11 Q.  So he was aware of Regions University from
12    his other employment is what you're saying?
13 A.  That's exactly right.
14 Q.  And then at this meeting, everybody knew
15    who Regions Bank was, didn't they, at the
16    meeting?
17 A.  Sure.  Everybody knows who Regions Bank is.
18 Q.  And he said that Regions Bank had an
19    internal Regions University?
20 A.  He just said, folks, I have remembered --
21    and this is the first time he had mentioned
22    it.  Said, this is my remembrance, and so
23    he said that -- I think there's a Regions

Page 167

1     University within the bank.
2  Q.  Now, did he tell it to you in this meeting
3     or did he tell it to you before July 31st?
4  A.  No, sir.  He told us at this meeting, and
5     there was no mention at all and there was
6     no effort on his part to keep it from us.
7  Q.  Now, the next paragraph says:  Dr. White --
8     And what's Dr. White's position at the
9     university?
10 A.  He is the director for institutional
11    research.
12 Q.  Dr. White contacted the trademark
13    attorney's office to ensure that this would
14    not pose a problem.
15    Now, the trademark attorney's office is
16    Mr. Shlesinger?
17 A.  Yes.
18 Q.  Did he contact him during the meeting?
19 A.  No, he did not, but he contacted -- if you
20    want the complete explanation, James
21    Shlesinger left on that Friday to go on
22    vacation.  Dan Earl, who is also in that
23    attorney's office, he said if there's any

Page 168

1     contact that needed to be made, contact Dan
2     Earl.
3        And so I asked Dr. White, I said, would
4     you please get in touch with Dan Earl in
5     the office and bring this to him.
6  Q.  Okay.  Now, you contact --
7  A.  Dr. White made the contact.  I didn't.
8  Q.  I'm just trying to get the timing here.  So
9     you have this -- so you had the meeting,
10    and then it was part of the meeting you
11    guys told Dr. White to contact the
12    trademarks attorney to ensure that Regions
13    University would not pose a problem to your
14    adoption of Regions University?
15 A.  That's right.
16 Q.  And did he do that?
17 A.  I asked him -- yes, he did.
18 Q.  And what did he tell you?
19 A.  He contacted Dan Earl.  From just my
20    knowledge of the events, Dan Earl checked
21    Regions Bank's Web site.  He could not find
22    anything of Regions University at all on
23    the Web site.  And after a complete review

Page 169

1     by him, then on the following day he called
2     us and he said that this is internal within
3     the bank; therefore, this would not pose a
4     registration issue.
5  Q.  Now, when you said he called the next day,
6     that was on August 1st he called?
7  A.  That would have been Tuesday.  What day
8     would that have been?
9  Q.  This meeting was July 31st.
10 A.  That's a Monday.
11 Q.  So Earl called you on --
12 A.  Right.  He got back with us on the next
13    day, which is the 1st.
14        MR. HUDSON:  Is this a good time
15        to take a short break?
16        MR. PECAU:  Yes.
17        (Brief recess was taken.)
18        (Exhibits 33 and 34 were marked for
19        identification.)
20 Q.  Dr. Turner, I want to show you what's been
21    marked as Exhibit 33.  Is that the first
22    public announcement of the name change?
23 A.  No, sir.

Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 170

1  Q. What was the first public announcement?
2  A. The day we changed our name, we told
3     everybody there at the school that we had
4     changed our name. And we started giving
5     instructions to -- We started brochures and
6     started disseminating that information out,
7     even told our phone operators to begin to
8     answer Regions University, formerly
9     Southern Christian University.
10        And then at the appropriate time -- you
11    understand that here we are, and there was
12    not a whole lot of planning in every
13    process that we were able to do, to go and
14    the day you announce something, everything
15    is all done. But we did make sure that we
16    had an in-use trademark on the 2nd.
17 Q. All right. Now, with respect to August
18    2nd, you said -- how did you make the
19    announcement at the school? I mean, there
20    are not many folks at the school, are
21    there?
22 A. Not that many, but, you know, we started
23    making the announcement. I don't know that

Page 171

1     there's a rule of how many people at one
2     time.
3  Q. In terms of the students, was August 8th
4     the first time that the students were -- I
5     mean, a wide group of the students that you
6     have were told about the change of name?
7  A. It was the day that everybody that was
8     enrolled got the official announcement.
9     Many of them already knew through various
10    means, but it was the day in which that was
11    sent out. Let's see. That was on August
12    the 8th. I can't remember. Was that on a
13    Tuesday or a Wednesday? I can't recall.
14 Q. Wednesday.
15 A. Wednesday?
16 Q. And the first bit of confusion occurred on
17    August 9th; is that right?
18        MR. HUDSON: Object to the form of
19        the question.
20 A. I think you would have to produce whatever
21    documents you have. I did not deal with
22    that, and I'm not so sure there was
23    confusion as much as there was affiliation

Page 172

1     concerns as between, you know, is Regions
2     University in some way affiliated. Other
3     than that, as far as confusion --
4        There was ample distinction between
5     university and a bank. But all I can do is
6     refer you to the documents as to what
7     actually happened. If you want to pull
8     those out, we'll be glad to discuss those.
9        MR. PECAU: Do you want to mark
10       that as Exhibit 35, please.
11       (Exhibit 35 was marked for
12       identification.)
13 Q. Let me show you what's been marked as
14    Exhibit 35. Do you know who Dr. Wilson
15    Luquire is?
16 A. Yes, sir, I know him real well.
17 Q. Who is he?
18 A. I don't know if he is the dean, but he is
19    at the University of Alabama in
20    Huntsville.
21       Regions University has a contract with
22    UAH. We are able to provide through our
23    contract with them and other contracts we

Page 173

1     have -- particularly, we have a contract
2     with Brigham Young University, and we
3     provide over 10 million books accessible to
4     our students. And he knew and -- He was
5     gigging us if you want to know the truth.
6  Q. Now, you sent him -- he's replying to an
7     e-mail that you sent him; is that correct?
8  A. Well, we informed him of our name change
9     because, understand, when you come into our
10    Web site, if you click on university, that
11    portion was prepared by the University of
12    Alabama-Huntsville, prepared in-house by
13    them. And we have a contract that we pay
14    them on an annual basis. So they had to
15    change it from Southern Christian
16    University to Regions University. And you
17    would just have to know Dr. Luquire.
18 Q. At the end, he says --
19 A. But let me say this. He knows the
20    difference in an accredited university. He
21    knows that we're accredited with the
22    Southern Association of Colleges and
23    Schools. In fact, we went through a year

Deposition of Rex Turner, Ed.D.

May 15, 2007

---

Page 174

1    before their process -- I know that there
2    was communication with Dr. White and him,
3    and so he knows very well. He's not
4    confused at all.
5    Q. He sent you this e-mail on August 9th; is
6    that correct?
7    A. (Witness nods head up and down.)
8    Q. And on the second to last paragraph, do you
9    see the sentence beginning, Good luck with
10   Regions?
11   A. Yes.
12   Q. And is that -- is Regions referring to your
13   name change?
14   A. It's referring to us as Regions University.
15   Q. But he's referring to you as Regions alone;
16   is that correct?
17   A. He did here.
18   Q. The next sentence says, is this related to
19   the bank? Do you know what bank -- What
20   bank did you think he was referring to?
21   A. Well, I think you know. I think he's
22   saying Regions Bank. And then he goes on
23   and he says: And if so, I applaud you with

---

Page 175

1    double congratulations. In other words,
2    he's saying, oh, you're getting money from
3    them, and he knows that is not the case at
4    all.
5    Q. Did you speak to him after he sent -- Did
6    you send him an e-mail back after he sent
7    this to you?
8    A. No. And you see, he's saying we are up to
9    our eyeballs in projects and issues and
10   problems and staffing and anything else
11   that you could name. And what he was
12   saying was, we don't have time to change
13   this Web site from Southern Christian
14   University to Regions University, and he
15   was complaining about it.
16   Q. Okay. So you didn't respond to this
17   e-mail?
18   A. Oh, no.
19   Q. Did you call him up?
20   A. It was not sent -- Well, he did send it to
21   me and to Dr. White, but it was also sent
22   to some other people in-house at the
23   school -- or at least it was conveyed.

---

Page 176

1        I didn't say anything to him. I knew
2    what he was saying, and I knew what he was
3    trying to do.
4    Q. And how did you know that?
5    A. I just know Dr. Luquire.
6    Q. So that's what you inferred from this
7    e-mail in which he asked you if the name
8    change to Regions was related to the bank?
9    A. You could call Dr. Luquire and ask him if
10   he thought we were a part of Regions Bank.
11   And except for anything that might be in
12   the way of -- that y'all gave us a bunch of
13   money to become that, he knows quite well
14   that we are not in any way nothing more
15   than a university.
16   Q. So you never spoke to him to ask him what
17   your understanding was of when he asked if
18   you were related to the bank?
19   A. No.
20   Q. Okay. Now, with --
21   A. Because I know that he knows. He was
22   playing a pun on us.
23   Q. But you never confirmed that? You're just

---

Page 177

1    inferring that?
2    A. You're welcome to call.
3    Q. I'm just asking you a question, sir.
4    A. I'm just telling you that that's my
5    understanding of -- I know Dr. Luquire.
6    Q. Okay. Okay. That's been asked and
7    answered.
8        Now, with respect to affiliation
9    between Regions, the financial institution,
10   and Regions University, prior to August
11   9th, did anyone raise the question of
12   affiliation to your knowledge?
13   A. I'm not aware they did. Of course, you
14   know, we've tried to provide you the
15   documentation. I'm not in contact with,
16   you know, all the people. Presidents
17   sometimes are not necessarily out where
18   everybody is, but I'm not aware of any.
19   Q. Now, at the bottom of the e-mail is
20   something that says 8-9-06, David P. Morrow
21   wrote. Now, what is that? Is that an
22   e-mail?
23   A. David is the guy who is -- I say guy. He

---

Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 178

1　　is an employee of UAH, and that's his
2　　e-mail.
3　Q.　And who did he send the e-mail to?
4　A.　Well, David's comments are at 3:37, I
5　　assume, on the 9th, and Dr. Luquire's is
6　　3:59.
7　　　So David -- And I do not deal with
8　　David Moore. Dr. White does. And he was
9　　informing them of the name change and that
10　we need to get Regions University on that
11　portion of our Web site that deals with the
12　library.
13　Q.　Shouldn't --
14　A.　And all I can say is what's here, because I
15　made no -- I had no contact at all with
16　Wilson Luquire or with David. And I'm sure
17　Dr. White had contact with David, and I
18　doubt if he did with Daniel, but he may
19　have had some with Daniel to work up the
20　site. But that's basically what it had to
21　do with.
22　Q.　Did Dr. White forward you this e-mail from
23　David Moore?

Page 179

1　A.　I don't know. Evidently, I received --
2　　let's see here. There's several people
3　　involved up there, copies to. You know,
4　　that was all sent to those people. And I
5　　got this. I remember seeing it. But I'm
6　　just telling you that I did not respond to
7　　Dr. Luquire or to David.
8　Q.　Now, is this e-mail from David Moore the
9　　first one that raised a possible conflict
10　with the Regions financial institution?
11　A.　I don't know. I don't know who -- who did
12　what first. We would have to ask them or
13　ask Dr. White as to the process by which
14　this was done.
15　Q.　Now, in your conversations with people
16　explaining to them that you're adopting
17　this new Regions University name, did any
18　folks inquire as to affiliation between
19　Regions University and Regions, the
20　financial institution that you recall?
21　A.　Not other than the documentation that we
22　have given you that I am aware of any
23　affiliation. People -- You know how people

Page 180

1　　will do. They'll come up and tell you, oh,
2　　y'all must have gotten some money or
3　　something. And they know good and well
4　　that Regions Bank is one thing and Regions
5　　University, an accredited school, is
6　　another. They love to put a pin in you.
7　Q.　So some people have come up to you and
8　　kidded you that Regions Bank must have
9　　given you some money and that's why you
10　chose the name?
11　A.　Well, you know, it has occurred in one --
12　one or two occasions.
13　Q.　Well, why don't you tell me about those
14　occasions. Do you recall --
15　A.　I don't remember any. That's exactly what
16　he's doing right here, Dr. Luquire is.
17　Q.　That's what you're inferring?
18　A.　That's what I read into it.
19　Q.　Incidentally, in the year prior to August
20　2, 2006, Southern Christian University, did
21　it have any TV advertising?
22　A.　Prior to when?
23　Q.　August 2, 2006.

Page 181

1　A.　What kind of TV advertising?
2　Q.　You know, like a 60-second TV commercial
3　　saying come to Southern Christian
4　　University.
5　A.　I'm sure we had commercials. Let's see.
6　　At this time, we were probably letting --
7　　we had let the contracts for the fall. In
8　　other words, we were in that process of --
9　　and they were already playing at that
10　time. I would say, yes, we were playing
11　Southern Christian University ads.
12　Q.　So you had Southern Christian University
13　television ads?
14　A.　Yes.
15　Q.　Did you have Southern Christian University
16　radio ads in 2005 and 2006?
17　A.　I really do not know. I could be wrong. I
18　do not think so, but we kind of have a
19　general feel -- most of the time, it is
20　television ads, certain print ads.
21　　And I know that it has been the
22　position of the advertising group that they
23　prefer the TV ads over the radio ads,

Deposition of Rex Turner, Ed.D.                                    May 15, 2007

Page 186

1    Association of Colleges and Schools, they
2    make sure that the board of regents is the
3    main authority. And they are, in essence,
4    the owners. They can fire me in a moment.
5    They can fire anybody in that school
6    anytime they want to. They are the
7    authority.
8        Now, if the school dissolved, that
9    would have to be taken to a court and they
10   would have to determine that to take -- if
11   there are any proceeds to go to wherever.
12   Q. It says it does not constitute a change in
13   the statement of faith. What's the
14   statement of faith?
15   A. It's in our catalog. It's called a
16   positive statement of faith.
17   Q. And it's online as well, right?
18   A. Yes, sir, it's online.
19   Q. And this positive statement of faith, how
20   is that germane to your institution?
21   A. How is it germane?
22   Q. Yeah. What's the importance of the
23   statement of faith to Southern Christian

Page 187

1    University, now Regions University?
2    A. Do you want to provide me that and let me
3    share that in a more specific way with you,
4    or do you want --
5    Q. Well, why don't you just -- if you can tell
6    me generally why it's important to the
7    institution, we could start there.
8    A. I would hope that in a very positive way,
9    it would state the basic belief that we
10   have; as well, it would also state in a
11   very positive way as a closing that we
12   accept people of all faith and that we're
13   happy to have anybody of any faith to
14   attend our institution.
15       (Exhibit 36 was marked for
16       identification.)
17   Q. RU-84 in Exhibit 36.
18   A. Okay.
19   Q. This has a section beginning positive
20   biblical faith. Is that the statement of
21   faith that you're referring to --
22   A. Yes.
23   Q. -- in Exhibit 33?

Page 188

1    A. In Exhibit 33, yes.
2    Q. In this -- the third sentence begins:
3        However, certain key positions are firmly
4        established by biblical evidence and we
5        believe should be upheld. Do you see that
6        part?
7    A. Yes.
8    Q. What are those key positions? Are those
9        the things that are set out on the
10       following pages?
11   A. Yes.
12   Q. Is this positive biblical faith a part of
13       the institution's identity in your
14       viewpoint?
15       MR. HUDSON: Object to the form.
16   A. Let me see if I understand your question.
17       When you say identity ...
18   Q. Of who Southern Christian University, now
19       Regions University is.
20   A. I think that this positive statement of
21       faith expresses the basic belief of its
22       board of regents, of its president, and of
23       its Bible faculty as to what the Bible

Page 189

1    believes.
2        I would like to emphasize that there
3    are those of various religious faiths and
4    even of the Churches of Christ who would
5    not necessarily follow each and every one
6    of these categories. I'm not going to
7    mention it specifically, but I can think of
8    one Bible faculty member right now who
9    would not agree with one or two of the
10   statements that are herein expressed. But
11   this is a basic general belief of the board
12   and of the president.
13       And then, of course, I would like to
14   also bring out ... let's see. In the first
15   paragraph, it says: Regions University
16   students are from various religious
17   faiths. Students are free to formulate
18   individual positions. No one is required
19   to sign a credal statement of belief.
20       There are institutions -- accredited
21   institutions that require people to sign a
22   credal statement of belief. We do not do
23   that in any way. And Regions University is

Deposition of Rex Turner, Ed.D.                          May 15, 2007

Page 190

1       happy to have students from various
2       religious backgrounds enrolled in our
3       courses.
4    Q. Let me show you what's been marked as
5       Exhibit 34. Do you recognize this Exhibit
6       34?
7    A. Yes, I do.
8    Q. Did you write this?
9    A. Yes, I did. I did write it. I had some
10      people to correct it for grammar, but I
11      wrote the letter.
12   Q. Okay. And you sent this out on August
13      16th, '07?
14   A. That is correct.
15   Q. And then on August 18th -- I'm sorry.
16      August 16th, '06 you sent it out; is that
17      correct?
18   A. Yes, 16th of August.
19   Q. And then on August 18th, you got the first
20      protest letter from Regions; is that
21      correct?
22   A. That doesn't measure up in time.
23         (Exhibit 37 was marked for

Page 191

1          identification.)
2    A. Okay. Up at the top here, I believe that
3       it was delivered on August the 20th, that
4       evening, but I do not know why it was
5       delivered at the phones. It was not opened
6       until August the 21st, that morning of the
7       21st.
8    Q. So the day you got it and you opened it and
9       looked at it, it was --
10   A. August the 21st, yes.
11   Q. Now, prior to getting this letter, do you
12      recall getting any phone calls from any
13      people asking about affiliation between
14      Regions University and Regions?
15   A. No, sir. We have given you, I think, the
16      documentation on communication, and I don't
17      have it in front of me. And I'd rather
18      that that documentation speak ...
19   Q. Okay. Interrogatory number 13 asked for
20      each instance in which a person directed a
21      communication meant for Regions, the
22      defendant, who inquired as to the
23      relationship, association, or connection of

Page 192

1       Regions or Regions' mark, service or
2       business of Regions with defendant or its
3       businesses or services and each person
4       having knowledge thereof.
5          It refers to a telephone call
6       concerning degree programs and inquiring as
7       to affiliation of university with Regions
8       Bank. Do you see that? And your name is
9       identified as a person having knowledge of
10      that telephone call.
11   A. Well, only knowledge in that somebody else
12      told me about it.
13   Q. So somebody else told you about that
14      telephone call?
15   A. I mean, I didn't get the call.
16   Q. All right.
17   A. And, in fact -- Go ahead. I'm sorry.
18   Q. And what do you recall about what you were
19      told about that telephone call?
20   A. They called about the degree programs and
21      they just wanted to ask if there was any
22      affiliation with Regions Bank. They did
23      not call and say, is this Regions Bank?

Page 193

1    Q. All right. Now, are you aware of any other
2       telephone calls to Regions University
3       asking about an affiliation between Regions
4       Bank and Regions University?
5    A. I think we have disclosed everything to
6       you. I'd rather that that disclosure be
7       what we've said.
8    Q. Well, I understand the preference, sir, but
9       I'm asking you in addition to that
10      telephone call that's referred to there,
11      are you aware of any other telephone calls
12      to Regions University that asked about an
13      affiliation between Regions University and
14      Regions, the financial institution?
15   A. I'm not aware of any. There may have been
16      some. I'm not aware of any. But there's a
17      lot of difference between somebody asking
18      about an affiliation and somebody confusing
19      that this is a bank. And nobody to my
20      knowledge has called us and asked us, how
21      much is in my checking account?
22   Q. All right. Actually, I'm more interested
23      in the question, in any -- let me go back.

Deposition of Rex Turner, Ed.D.                                    May 15, 2007

Page 194

1   Are there any other instances in which
2   you've been approached and which someone
3   has asked you about an affiliation between
4   Regions, the financial institution, and
5   Regions University?
6   A. No, and it's just like Dr. Luquire. It's
7   all to them kind of -- well, I guess you
8   got a lot of money, and it's just a joke to
9   them.
10  Q. All right.
11  A. Another difference.
12  Q. You indicated before that there are two
13  instances that occurred and you thought
14  that they were joking.
15     Now, have any of your -- have any of
16  the people that report to you indicated
17  that they've had -- had people approach
18  them and ask them if there's an affiliation
19  between Regions University and Regions, the
20  financial institution?
21  A. I want you to understand. We went and
22  asked everybody in the school, what has
23  been reported to you? What has been

Page 195

1   reported? You know, I can't go beyond what
2   has been reported.
3   Q. Right. But we're in deposition now and I'm
4   asking you questions, so I'm asking to the
5   best of your memory. If you don't know of
6   any other instances, then tell me.
7   A. I'm telling you that we've given you that
8   documentation.
9   Q. Other than documentation, are you aware of
10  any instances that people who report to you
11  have asked about affiliation between
12  Regions University -- let me start the
13  question over.
14     Have any of the people who report to
15  you at the school indicated to you that
16  people have approached them and asked them
17  about an affiliation between Regions
18  University and Regions, the financial
19  institution?
20  A. I've asked them. They have reported to us,
21  and I have given you that.
22  Q. I'm asking what you remember right now. Do
23  you remember anything else?

Page 196

1   A. I do not.
2   Q. Okay. Let's go back to Exhibit 35. And
3   I'm referring to page number RU-1910 which
4   says at the top right-hand corner it's one
5   of two.
6   A. Okay.
7   Q. This is -- Why don't you tell me what this
8   is.
9   A. Randy Gore is a good person. He is a
10  minister. And to put it bluntly, he was
11  absolutely upset that we changed our name
12  from Southern Christian University to any
13  other name, and he was upset about it.
14     And upon his getting this e-mail --
15  well, I say e-mail. Well, it was mailed
16  out, but I -- somebody sent him this. I
17  may have sent him. But once he read this
18  letter, he even -- he understood. He just
19  didn't like it.
20  Q. And he asked --
21  A. If you've ever been a part of a church,
22  brethren have a way of loving each other,
23  but they sure do have a way of not

Page 197

1   agreeing.
2   Q. And he asked in his e-mail, quote, did
3   Regions Bank make a donation, end quote.
4   Do you see that?
5   A. Yeah. He knew that one. He was punching-
6   and-a-jabbing.
7   Q. Did you speak to him after he sent you --
8   after this was sent to Regions University?
9   A. I asked him to call me. He would not call
10  me. He did not want to talk to me because
11  after he got my letter, he understood what
12  the school was having to deal with. He
13  knew he didn't want to talk -- he didn't
14  want to talk with me.
15  Q. So let me get this straight. He got the
16  letter before August 31, 2006; is that
17  correct?
18  A. Which letter are you speaking of? You're
19  talking about my letter that I sent out on
20  the 16th?
21  Q. Right.
22  A. No. Let me explain. The letter on the
23  16th -- we have so many e-mails that are in

Deposition of Rex Turner, Ed.D.                                    May 15, 2007

Page 198

1   our repertoire. He is a former student of
2   '93, and a lot of people were doing well to
3   have e-mails back in those days. And we
4   sure don't have his e-mail and -- that I
5   know of. Now, maybe we do, and I could be
6   wrong.
7       But the point is that when he finds out
8   about it, he finds out about it from
9   someplace as far as I know, and then we
10  send him this letter. Now, that's the way
11  I remember the facts.
12  Q. So you didn't speak to him after this
13  e-mail was sent to Regions University; is
14  that correct?
15  A. If I remember correctly, I asked that he
16  call me.
17  Q. You left him a message on the phone?
18  A. This is Rick Johnson, the director of
19  enrollment management. And I don't know if
20  he contacted him or just what, but he asked
21  him to call me. And he very well may have
22  sent him the letter. I'm not sure who sent
23  him the letter.

Page 199

1   Q. So you didn't communicate directly with
2   Mr. Gore at all; is that correct?
3   A. To my knowledge, I do not remember any
4   personal communication with him. It would
5   have been through someone else who would
6   have sent him the letter. And I think they
7   may have conveyed to him for him to call
8   me, and he did not call me.
9   Q. Did you tell Rick Johnson to have this
10  Mr. Gore call you?
11  A. I want to qualify that I do not totally
12  remember who I asked to have contact him,
13  but I would say based upon this e-mail that
14  Rick Johnson did contact him. But to say
15  in a definitive way, I don't remember any
16  communication with him. I asked him to
17  call me.
18  Q. To your knowledge, has anyone else asked
19  Regions University whether Regions Bank has
20  made a donation to it?
21  A. I think this would be it. If it's not in
22  the documentation, that would be it.
23      (Exhibits 38 and 39 were marked for

Page 200

1       identification.)
2   Q. Let me show you what's been marked as
3   Exhibits 38 and 39. Can you tell me what
4   they are?
5   A. 38 is a letter that we sent out in the
6   month of December, the first part of
7   December. I'm not sure. Action in Mailing
8   mailed it out. It went to well over 20,000
9   people, homes. It is the same letter of
10  August the 16th except for some
11  modification and changes -- slight.
12      I discovered later that Harding
13  University that was mentioned in 16 -- on
14  the 16th of August did not have one of its
15  founders named after him -- Harding was not
16  named after its founder, and so I corrected
17  that.
18      It says here in the fifth paragraph:
19  The board naturally reviewed naming the
20  institution after its founders, Rex and
21  Opal Turner. History records that two of
22  our sister Christian institutions, David
23  Lipscomb University and Freed-Hardeman

Page 201

1   University, were most appreciative of their
2   founders' biblical knowledge, example, and
3   sacrifice, and as a result named their
4   institution after the founders. This board
5   gave similar genuine consideration and
6   appreciation for Turner University, but was
7   diverted upon learning that Ted Turner's
8   corporations post trademark registration
9   naming issues.
10  Q. So in terms of the statements that are in
11  exhibits -- except for that one statement,
12  the statements in Exhibits 34, 38 and 39
13  are the same?
14  A. I would not say that in total. There may
15  be some -- This letter of December 2006 was
16  better worded for a letter and was the most
17  accurate letter. And I do not know as far
18  as the Web site -- look at it kind of --
19  let's see here.
20      It appears to be more of the letter of
21  August the 16th, the one on the Web site.
22  Those two seem to be more in sync with each
23  other. But the letter in December which

Page 202

1    went out to the people that we were seeking
2    contributions from had been amended
3    appropriately.
4  Q.  So that Exhibit 38, it was your intent that
5    all statements in Exhibit 38 were true?
6  A.  To the best of my knowledge, yes.
7  Q.  And that means that you made all the
8    statements in Exhibit 38 as accurate as you
9    could possibly make them; is that correct?
10 A.  As accurate as I could possibly make them.
11 Q.  On page RU-1282 in Exhibit 38 ...
12 A.  Exhibit 38.
13        MR. HUDSON:  That's the next page,
14        page two.
15 A.  Okay.  1282.  Okay.
16 Q.  Do you see a sentence beginning, quote: To
17    preach the gospel in all regions beyond
18    you, end quote?  It's in the first
19    paragraph.
20 A.  Yes.
21 Q.  Now, the quotations mean that that's a
22    precise quote of what appears in
23    2 Corinthians 10:16; is that correct?

Page 203

1  A.  As far as I know, it is accurate.  It's
2    either the American Standard or the King
3    James Version.  I believe that's correct.
4    I would have to pull out a Bible and check
5    it.
6  Q.  You mentioned the King James Bible.
7  A.  Yes, as one of the versions.
8        MR. PECAU:  Let's mark this as the
9        next exhibit.
10 A.  I don't know which one it was, either the
11    King James or the American Standard
12    Version.
13        (Off-the-record discussion.)
14        (Exhibit 40 was marked for
15        identification.)
16 A.  And I'm assuming -- I'd have to bring my
17    Bible, but ...
18        Is this a New King James here?
19 Q.  It's straight King James.  This is off the
20    Church of Christ Web site.
21 A.  Well, if it's taken here to preach the
22    gospel, there is the word all -- in all
23    regions beyond you.  Here it's got to

Page 204

1    preach the gospel in the regions beyond
2    you.
3  Q.  So they're not exactly the same?
4  A.  Not according to this.  And I would want to
5    check the other versions that I might have
6    gotten it from.
7  Q.  All right.
8  A.  You know, I mean, if I made an error, I
9    made an error.  That's about as easy as you
10    can ... but I'll just have to check the
11    Bible.
12 Q.  Well, let's do the American Standard Bible
13    since we're talking about this.
14        MR. HUDSON:  Before I do something
15        with this, is that the
16        properly marked exhibit there?
17    MR. HUDSON:  Yes.
18    MR. PECAU:  Yes.
19        MR. HUDSON:  Thank you.
20        (Exhibit 41 was marked for
21        identification.)
22 Q.  Here is Exhibit 41.
23 A.  Sure had a lot of proofreaders.  I can name
       you about eight people who read this thing.

Page 205

1  Q.  So --
2  A.  I learned as president to let everybody
3    read something and then when I sign my name
4    on it, it sounds so good that it makes me
5    look so much better.
6        MR. HUDSON:  Which one of these
7        pages is it?
8        THE WITNESS:  I don't know which
9        page it is.
10        MR. PECAU:  It's 10:16 as well.
11        MR. HUDSON:  10:16?
12        MR. PECAU:  Yeah.  It's page six
13        of eight.
14        MR. HUDSON:  Six of eight.
15        Thanks.
16 A.  So as to preach the gospel even unto the
17    parts beyond you.
18 Q.  All right.
19 A.  May be a mistake.  May not be.  I don't
20    know.
21 Q.  So the American Standard Bible doesn't
22    refer to regions, is that correct, in
23    2 Corinthians 10:16?

Deposition of Rex Turner, Ed.D.

May 15, 2007

Page 222

1    was a mock-up. Now you're
2    telling me something
3    different.
4        THE WITNESS: I'm still talking
5    about the first one.
6        MR. HUDSON: Okay. I'm sorry.
7   A. I mean, the only one that we have done is
8    the first one.
9   Q. So the first page of Exhibit 44 is what
10   folks sometimes call a photoboard; is that
11   correct?
12  A. It is a photoboard.
13  Q. And it's a photoboard of a commercial that
14   Regions University ran; is that correct?
15  A. That's right. The pictures -- of course,
16   the world, the world turning, all of that
17   is there, but these pictures that are on
18   the photoboard are not exactly as it
19   appeared on the commercial.
20      This was just -- the words were checked
21   and I think the words are -- they may have
22   been in some way changed, but other than
23   that, I don't think they were. There may

Page 223

1    have been slight variations of words on the
2    first one.
3   Q. Now, the storyboard -- the storyboard for
4    this TV commercial -- you said there's only
5    one actual television commercial.
6   A. That has been produced and advertised.
7   Q. How much does the production of this
8    commercial shown in Exhibit 44 cost,
9    approximately?
10  A. I do not know that. We have reported that
11   to you. We've given you -- I've looked
12   through the documentation. We've given you
13   the bills and the basic cost of what those
14   things cost.
15  Q. So as you're sitting here now, you don't
16   know approximately how much --
17  A. I don't know how much that cost to do
18   that. I know that there was some special
19   work that was done to create that world to
20   evolve, and it was sent off somewhere
21   else. I thought I noticed a bill for it
22   when I was looking at some of the
23   documents.

Page 224

1   Q. In Exhibit 44, there's no mention of a
2    Christian university as describing Regions
3    University. What's the reason for that?
4   A. Well, these were -- these were layouts
5    here. But on the one that actually was
6    played, it has a Christian university on
7    the back slide.
8   Q. On the last panel?
9   A. Yes.
10  Q. Do you know how long that panel is showed,
11   how many seconds?
12  A. I don't know. You're talking about 30
13   seconds for the whole thing, and it's the
14   last one.
15  Q. So it would just be a couple of seconds?
16      MR. HUDSON: Object to the form.
17  Q. Is there anything in the voice-over that
18   refers to Regions University as a Christian
19   university?
20  A. I don't think that it does. It conveys
21   it -- a lot of times we have to do that
22   because you just cannot get all the words
23   in.

Page 225

1   Q. Is there any reference to Southern
2    Christian University in Exhibit 44?
3   A. No, not that I'm aware of.
4   Q. Is there a reason why there isn't any
5    reference to Southern Christian University
6    in Exhibit 44?
7   A. Well, we changed our name on August the
8    2nd. We had already let the advertising.
9    We got a letter from the bank, from you,
10   Mr. Pecau. We, of course, were naturally
11   concerned, but we had already let our
12   advertising as Southern Christian
13   University. It played until the end of
14   December. That was for the fall semester.
15      When the spring semester began -- we
16   have about a week window, and I can't
17   remember in 2007, but we're dealing with
18   the second or third -- I can't remember.
19   But it was at that time that we and the --
20   I don't think the TV ad was all done. It
21   takes time to do this.
22      And we immediately did radio spots
23   because that was something that was easy to

Deposition of Rex Turner, Ed.D.                                    May 15, 2007

Page 234

1    A. Yes.
2    Q. So you don't expect much of an attention
3       span for either your 30-second TV or your
4       radio commercials, do you?
5              MR. HUDSON: Object to the form.
6    A. I don't expect what?
7    Q. Much attention span from the listeners, do
8       you?
9    A. Well, we have many calls, and they got
10      something from the advertisement.
11   Q. Do you keep a log of the number of calls
12      that you get?
13   A. The recruiters, we have had -- we had a
14      ticketing format that we used called
15      Parature, and we're just now going on some
16      new programs called SCT PowerCAMPUS, so
17      we're in that process. And basically
18      within it, when somebody makes a request
19      for information -- we call it an RFI -- we
20      have that information. They're able to
21      come in on the Web site --
22         We have a unique situation with our
23      RFI. The potential student could be in the

Page 235

1       state of Washington. If they clicked on,
2       say, business information systems, they
3       would within just a minute receive a
4       brochure by the Web in Washington at their
5       house or wherever they are working using
6       the computer.
7          But, yes, we do keep a record of those,
8       and we try to make notes.
9    Q. Now, do these -- what did you call them?
10      Recruiters?
11   A. Well, I try to refer -- I prefer a better
12      word than that, and that's advisers.
13   Q. Advisers. Do they get paid just by the
14      hour?
15   A. No, they're paid -- well, we have one
16      person who's paid by the hour. We have --
17      Most all of them are on contract and are
18      paid a set amount for the month.
19   Q. Do they have a script that they use when
20      they answer the phone?
21   A. No. They have done it so many times --
22      it's according to why they're calling. And
23      I'm sure that they learn their words, and

Page 236

1       it takes -- it is a process for a person to
2       become a recruiter.
3              MR. PECAU: Let's mark this as the
4          next exhibit, please.
5          (Exhibit 47 was marked for
6          identification.)
7    Q. Show you what's been marked as Exhibit 47.
8       Can you tell me what that is?
9    A. Yes, sir. That is the billboard, from what
10      I can tell. Now, I never saw this one
11      live. This one is advertised on Lamar, and
12      they have these digital boards. I call it
13      that. There may be another better word for
14      that.
15         I never saw number two at all, RU-1618,
16      I never saw that one. These all -- in
17      fact, I never saw one of these. These may
18      have been mock-ups. It kind of changed.
19      But basically, it's just too much material
20      on one of those boards. And I remember it
21      saying offering 33 online degrees. I
22      remember a Christian university. I
23      remember now enrolling for spring.

Page 237

1          And so these kind of got modified, and
2       it did not -- they did not have the world
3       because it just was too busy. I think they
4       got changed.
5    Q. Did they have a picture or any sort of
6       graphic element?
7    A. The one I saw there on the -- at Taylor
8       Road and the interstate, I-85, I do not
9       remember the world on there at all. Some
10      of these are produced --
11         And let me also say relative to the
12      boards, you can change them easily.
13      They're Internet connected. And so you see
14      it one day and then you go and improve it
15      the next day.
16   Q. Who knows the most about these billboards?
17   A. Laina Castanza.
18         (Exhibit 48 was marked for
19         identification.)
20   Q. Let me show you what's been marked Exhibit
21      48. Show you what's been marked as Exhibit
22      48. Do you recognize this?
23   A. Yes. This is Regions University media

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


REGIONS ASSET COMPANY,

     Plaintiff,

Vs.                                    CIVIL ACTION NO.
                                       2:06CV882-MHT

REGIONS UNIVERSITY, INC.,

     Defendant.


\* \* \* \* \* \* \* \* \* \* \* \*


DEPOSITION OF LAINA COSTANZA, taken
pursuant to stipulation and agreement before Lisa
J. Nix, Registered Professional Reporter and
Commissioner for the State of Alabama at Large, in
the Law Offices of Balch & Bingham, Suite 200, 105
Tallapoosa Street, Montgomery, Alabama on
Wednesday, May 16, 2007, commencing at
approximately 9:00 a.m.


\* \* \* \* \* \* \* \* \* \* \* \*

Deposition of Laina Costanza                                        May 16, 2007

| | Page 10 |
|---|---|

1    A. Yes.
2    Q. Do you live in Montgomery?
3    A. I do.
4    Q. And where is your residence?
5    A. It's 161 Watson Circle.
6    Q. And do you have any current employers?
7    A. Regions University.
8    Q. Employed by anyone else?
9    A. Armanda Costanza, Incorporated.
10       A-R-M-A-N-D-A, C-O-S-T-A-N-Z-A,
11       Incorporated.
12   Q. Do you have any relationship with the Blue
13       Group?
14   A. Blue Group Advertising is the company that
15       I own. I think of it more, I guess, in
16       being paid, like a W-2, but, yes, I guess
17       since I get paid by Blue Group Advertising.
18   Q. So let's just go through these things.
19       What is your position at Regions
20       University?
21   A. I am the Web site designer.
22   Q. And how long have you had that position?
23   A. Since 2001.

| | Page 11 |
|---|---|

1    Q. Prior to that time, did you work at
2        Southern Christian University?
3    A. Before 2001?
4    Q. Yes.
5    A. No.
6    Q. And Amanda --
7    A. Armanda Costanza.
8    Q. Armanda Costanza. I'm never going to
9        pronounce that correctly.
10   A. We call ourselves AC, Inc.
11   Q. Okay. Good. What business is that?
12   A. It is a Camera Rental House in Nashville,
13       Tennessee, and I am the majority owner of
14       that company.
15   Q. A Camera Rental House?
16   A. Yes. We provide motion picture and video
17       cameras for music videos in Nashville,
18       Tennessee, all over, you know, the
19       Southeast, even in California, everywhere.
20   Q. How long have you been involved in AC,
21       Inc.?
22   A. Since 2004. We purchased it from the
23       family.

| | Page 12 |
|---|---|

1    Q. And when you say we, who are you referring
2        to?
3    A. Michael Costanza is my husband, and he and
4        I share ownership.
5    Q. Has Regions University or Southern
6        Christian University taken advantage of the
7        services offered by the Camera Rental
8        House?
9    A. Well, aside from this, Blue Horizon
10       Pictures is a company that my husband owns,
11       and it is a production company. And in
12       doing commercials, he would rent a camera
13       from Armanda Costanza, Incorporated. And,
14       actually, that occurred prior to us owning
15       the company. He would rent cameras from
16       there. And now, obviously, we own it, and
17       he still rents cameras.
18   Q. Now, Blue Horizon Pictures is a production
19       company; is that correct?
20   A. It is.
21   Q. And Regions or Southern Christian
22       University has used that production company
23       in the past for its commercials?

| | Page 13 |
|---|---|

1    A. Yes.
2    Q. TV commercials or other media?
3    A. TV commercials is what Blue Horizon does
4        for Regions University.
5    Q. Where is Blue Horizon Pictures located?
6    A. Well, we work out of two locations. 161
7        Watson is the home base, and then we have
8        500 Eastern Boulevard, Suite 117.
9    Q. Okay. Then the Blue Group Advertising,
10       now, that you own solely?
11   A. As an LLC, yes. I don't know why we did
12       that, but -- I own the Blue Group, and
13       Michael owns Blue Horizon.
14   Q. And how long have you owned Blue Group?
15   A. I would be guessing. 2002 or 2003.
16   Q. And Blue Group Advertising, where is that
17       located?
18   A. Same places: 161 Watson Circle, and then
19       500 Eastern Boulevard.
20   Q. Does Blue Group Advertising have a Web
21       site?
22   A. It does, be bluegroupadvertising.com.
23   Q. And how long has it had that Web site?

Deposition of Laina Costanza                                    May 16, 2007

---

Page 14

1   A.  I just put it up probably in the past three
2       weeks.
3   Q.  And who are the principal clients of Blue
4       Group?
5   A.  Reinhardt Lexus in Montgomery.  We have
6       Courtesy Auto slash -- we do the EZ-Go
7       products.  And Regions University.  We also
8       do, obviously, our own -- like Armanda
9       Costanza, Incorporated, I do all of -- you
10      know, anything that would be marketing for
11      them.  And for Blue Horizon, I do their Web
12      site or print ads.
13  Q.  Now, with regard to Regions University, you
14      said you were employed by them.  You get a
15      W-2 from Regions University; is that
16      correct?
17  A.  Yes.
18  Q.  What is the basis for payment, for your
19      payment?
20  A.  I do the Web site.  I do all their
21      brochures, anything related to graphics
22      that they would need.  They'll call me to
23      get me to do something for them.

Page 15

1   Q.  Are you a full-time employee of Regions
2       University?
3   A.  Yes.
4   Q.  And in terms of the work the Blue Group
5       does for Regions University, do you get
6       paid through the Blue Group?
7   A.  We place the advertising for Regions
8       University, so anytime an agency places
9       media, they get a 15 percent off of that.
10      So if Regions University went and did their
11      own advertising, they would not get the 15
12      percent.  So as an agency, that's, in
13      essence, your payment for placing the
14      media.
15  Q.  Okay.
16  A.  That is what we get from -- we get 15
17      percent of the media.
18  Q.  All right.  Just to make that a little bit
19      clearer at least in my mind, let's say that
20      you have a TV commercial in the can
21      and they decide to spend $600,000 on
22      media.  You would get 15 percent in
23      addition to -- you'd get 15 percent of that

Page 16

1       $600,000?
2   A.  Yes.
3   Q.  And that's just a typical agency fee,
4       right?
5   A.  Yes.
6   Q.  Does the Blue Group have a business
7       license?
8   A.  It does.
9   Q.  And are you a member of the Chamber of
10      Commerce?
11  A.  No.
12  Q.  And in terms of billings in 2006, what was
13      your largest client in 2006?
14  A.  Regions University.
15  Q.  And do you know approximately what your
16      billings were in 2006 to Regions
17      University?
18  A.  Around 800,000 approximately.
19  Q.  And you got 15 percent of that 800,000; is
20      that correct?
21  A.  Yes.
22  Q.  Does the Blue Group have any employees
23      other than yourself?

Page 17

1   A.  Employees that I pay, like --
2   Q.  Yes.
3   A.  -- through that company?  No, I don't pay
4       myself through that company.  There are no
5       W-2's.  It's not set up that way.  I don't
6       pay taxes or anything through that company,
7       employment taxes.
8   Q.  You're the 100 percent shareholder of that
9       company; is that correct?
10  A.  Yes.
11          (Exhibit 57 was marked for
12          identification.)
13  Q.  Let me show you what's been marked as
14      Exhibit 57.  This is a page from
15      universities.ac.  Are you familiar with
16      that site at all?
17  A.  No.
18  Q.  It lists you as chief public relations
19      officer for Southern Christian University.
20  A.  Okay.
21  Q.  Have you ever done any public relations for
22      Southern Christian University?
23  A.  No.

Deposition of Laina Costanza                                    May 16, 2007

Page 106

1    which is AUM, is starting to offer online
2    classes.
3    Q.   Anyone else?
4    A.   Not that I know of, not that I've heard of
5    yet.
6              (Exhibit 67 was marked for
7              identification.)
8    Q.   Let me show you what's been marked as
9    Exhibit 67 which is a group of invoices.
10   Can you tell me what these things are?
11   A.   The first page is a tablecloth for if you
12   were going to an expo or something that
13   would -- a tablecloth that would cover a
14   table.  It has Regions University printed
15   on it.
16             These are the promotional items from
17   branders.
18   Q.   And that's RU-1661; is that correct?
19   A.   1661 and 1660, 1658, 1659, 1669, 1668,
20   1667, 1666 and 1665 are all promotional
21   items that have Regions University printed
22   on them.
23   Q.   Did you order all of these items on behalf

Page 107

1    of the school?
2    A.   I did.
3    Q.   And does Blue Group get a percentage of the
4    cost of these things?
5    A.   No.
6              (Exhibit 68 was marked for
7              identification.)
8    Q.   Let me show you Exhibit 68.  Can you tell
9    me what that is?
10   A.   These are the pictures of the items that
11   correspond back to the invoices from
12   Exhibit 67.
13   Q.   Did you prepare the graphics for these
14   items?
15   A.   I did.
16   Q.   Is the font that's used on the first page
17   of Exhibit 68, is that the font that's used
18   now for Regions University?
19   A.   It is.
20   Q.   The V in that -- is this known as a Harvard
21   font?
22   A.   It's called B-E-L-W-E.  I don't know if you
23   call it bell-we or bell standard light.

Page 108

1    It is a font that I purchased off Adobe's
2    site.
3    Q.   Is this similar to the font that Harvard
4    uses?  Do you know?
5    A.   I have no idea.
6    Q.   What were the considerations that went into
7    choosing this particular font?
8    A.   Dr. Turner and I looked through different
9    fonts to see what we liked because we had
10   never sat down and looked at any.  I came
11   up with probably 15 fonts for him to look
12   at.  He likes to see it.  So this is the
13   one we came up with.
14   Q.   Let me show you what's been previously
15   marked as Exhibit 44.  Do you recognize
16   Exhibit 44?
17   A.   I do.
18   Q.   Can you tell me what's shown in Exhibit 44?
19   A.   There are five storyboards for five
20   different commercials for Regions
21   University.
22   Q.   And storyboards are also known as
23   photoboards; is that correct?

Page 109

1    A.   They could be.  That's not what I call
2    them, but they could be known as that.
3    Q.   Well, have you heard the term photoboard
4    before?
5    A.   That's not how we use it.  We just use
6    storyboard.  So, no, I've never heard of
7    photoboard.
8    Q.   And who prepared Exhibit 44, the first
9    page?
10   A.   I put it all together.  I asked Magnetic
11   Dreams -- it's a company.  It's a 3-D
12   imaging company out of Nashville, Tennessee
13   to help me come up with storyboards.  So
14   they did this mock-up, put the world and
15   how they would revolve it.  And they put
16   the pictures in, the ones that are in the
17   balls.  And then I went to Comstock and put
18   in other pictures that kind of would relate
19   back to what the name of the degree was so
20   it wouldn't seem -- because I didn't like
21   all their pictures, so ...
22             Then I added the wording underneath it
23   to kind -- just so you could read along and

Deposition of Laina Costanza                                    May 16, 2007

Page 114

1    in your radio ads?
2    A.  No -- well, was there any discussion.
3        Think back.  No, we just moved forward with
4        Regions University.
5    Q.  Okay.  The TV and the radio ads have a
6        reference to the Regions toll free number.
7        Is that toll free number in all of the
8        media advertising done by Regions?
9    A.  Is it in all of it?
10   Q.  Yes.
11   A.  It's on the commercials.  I'm not sure if
12       it's in all the print.  It's on TV.  It's
13       on billboards.  I'm not sure if it's on all
14       the print.  I believe it is.
15           But that's the only number that I have
16       to use for prospective students.  It's the
17       only number I would use in my advertising.
18       That's the number I've been given.
19   Q.  Does the TV advertising represented by the
20       first page of Exhibit 44 and the radio
21       advertising, Exhibit -- that's shown by
22       Exhibits 45 and 46, do you consider these
23       to have any theme?

Page 115

1    A.  I would say a worldwide theme.
2    Q.  And Exhibit 47, let me show you that.
3            (Exhibit 69 was marked for
4            identification.)
5    Q.  I also place in front of you Exhibit 69.
6        Do you see Exhibit 69?
7    A.  Yes, I do.
8    Q.  Can you tell me what Exhibit 69 is?
9    A.  This first image is the layout I gave Zane
10       Williams for the tablecloth.
11   Q.  Okay.
12   A.  That's RU-237.
13   Q.  And 1628, what's shown there?
14   A.  There is a billboard that we placed in
15       February.
16   Q.  Now, on the billboard that you placed in
17       February that's shown in Exhibit 69 on
18       RU-1628, were any changes made to what's
19       shown on page 1628 from what actually
20       appeared on the billboard to your
21       knowledge?
22   A.  I only gave them these files, so this is
23       what was on the billboard.

Page 116

1        MR. HUDSON:  She's indicating
2        additional pages to 1628.
3    A.  I gave them a lot of different -- I have
4        different size graphics that I have to give
5        them for small billboards and the larger
6        billboards, but these are the graphics that
7        I gave Lamar.
8    Q.  Okay.  And those were the graphics that are
9        shown on pages 1628, 1629, 1630 of Exhibit
10       69; is that correct?
11   A.  Yes, that's correct.
12   Q.  Now, Exhibit -- I mean pages 1628, 1629 and
13       1630 each refer to, quote, a Christian
14       university, end quote.  Do you see that?
15   A.  Yes.
16   Q.  Do you know why that statement appears in
17       these billboards but does not appear in the
18       voice-over or on the radio commercials that
19       are shown in Exhibits 44, 45, and 46?
20   A.  The honest answer would be so I don't have
21       to redo it.  I don't put enrollment dates.
22       I don't put anything -- even on the
23       commercial, you'll notice that it doesn't

Page 117

1    say specifically at the end Regions
2    University, you know, with a tagline
3    because I don't want to redo it.
4        Maybe that would -- you wouldn't
5    consider that a smart thing.  But if I'm
6    trying to get commercials out, I don't need
7    any limitations to them.  I don't mean that
8    it's a limitation.  I just don't -- I just
9    don't want to go back and touch it again
10   and change it and have the school say,
11   okay, can you get this done by tomorrow?
12   It's not easy.  It's a process.
13   Q.  So in terms of the billboard ads, there
14       isn't anything about the target audience
15       that -- in the billboard ad as opposed to
16       the target audience of the TV and radio ad
17       to cause one to have a Christian university
18       and the other not; is that correct?
19       MR. HUDSON:  Object to the form.
20   A.  I don't understand what you mean.
21   Q.  The billboard ads refer to a Christian
22       university.
23   A.  Okay.

30  (Pages 114 to 117)

Deposition of Laina Costanza                                    May 16, 2007

Page 126

1  A.  We bought a national spot on Fox.
2  Q.  And how often did it run?
3  A.  I think it probably ran twice.
4  Q.  And what show did it run on Fox?
5  A.  O'Reilly.
6  Q.  O'Reilly?
7  A.  Uh-huh. (Positive response.)
8  Q.  And why did you pick O'Reilly?
9  A.  That's just where we decided to place it.
10  Q.  And when did those spots run in 2005?
11  A.  I'm not sure.
12  Q.  Other than those two times on O'Reilly, has
13     Southern Christian University advertised in
14     television or radio ads or billboards
15     outside the South that you're aware of?
16  A.  Well, we advertised television in New York
17     besides O'Reilly. We did cable television
18     because it's very expensive to place ABC,
19     NBC, CBS, so we did some cable advertising
20     in New York.
21  Q.  Was that in 2005 as well?
22  A.  I think it's 2005. I'm not sure of the
23     year.

Page 127

1  Q.  Do you know what the expenditure on that
2     was?
3  A.  I'm not sure.
4  Q.  Let me show you what's been marked as
5     Exhibit 19. Can you tell me what that is?
6  A.  It is an ad that ran in the Gospel
7     Advocate, Christian Chronicle.
8        (Exhibit 70 and 71 were marked for
9        identification.)
10  Q.  Let me show you what was marked as Exhibits
11     70 and 71. Can you tell me what they are?
12  A.  Exhibit 70 is an ad that appeared in
13     Christianity Today. It is a Christian
14     magazine.
15  Q.  And Exhibit 71, what's that?
16  A.  71 is for the Military Times, black and
17     white ad.
18  Q.  Now, in your -- well, in the budget, there
19     was a provision for an ad in Montgomery
20     Times. Do you remember that that was
21     Exhibit 48? On the last page -- actually,
22     it was on the first and the last page that
23     there's a reference -- I'm sorry.

Page 128

1     Montgomery Advertiser.
2  A.  There's the Military Times underneath that.
3  Q.  Right. I'm asking you about the Montgomery
4     Advertiser.
5  A.  Okay.
6  Q.  Did the advertisement that appeared in the
7     Montgomery Advertiser, was that similar to
8     Exhibit 71?
9  A.  No. What appeared in the Advertiser was --
10     it was a special insert that was for the
11     colleges and universities.
12  Q.  Do you recall what the content of the ad
13     was?
14  A.  No, I don't recall. You're talking about,
15     like, what was the writing of it, I
16     believe?
17  Q.  Yeah. I mean, did it -- well, it obviously
18     referred to Regions University; is that
19     correct?
20  A.  Yes.
21  Q.  It had the 800 -- the toll free number; is
22     that correct?
23  A.  Yes.

Page 129

1  Q.  Do you recall anything else about the ad?
2  A.  No.
3  Q.  The tagline that appears on Exhibit 71 and
4     other places is where traditional and
5     online education merge. What does that
6     mean?
7  A.  It was a tagline that the university came
8     up with, meaning where a traditional --
9     where traditional study -- going to a
10     school, where that traditional study and
11     online education come together, like a new
12     way of learning is what it means to me.
13  Q.  So when you say -- traditional education in
14     this context means going to a campus?
15  A.  Just in my opinion, that's how I read it.
16     I didn't come up with the tagline, wasn't
17     involved in it when they did it. I don't
18     know when they came up with it, but that's
19     how I read it.
20  Q.  For Southern Christian University, did it
21     use a globe in any of its advertising?
22  A.  No. Southern Christian?
23  Q.  Right.

33 (Pages 126 to 129)

Deposition of Laina Costanza                        May 16, 2007

Page 130

1    A. No.
2    Q. The television commercials in 2006 for
3       Southern Christian University, what was the
4       theme of those commercials?
5    A. Probably just a theme of online education,
6       learning about it through -- I think we had
7       them -- a waitress, somebody wrote the
8       number down for her; another one, a man
9       walks into a school and he sits down, but
10      he sees online learning. Just basically an
11      online experience through education.
12              (Exhibit 72 was marked for
13              identification.)
14   Q. Show you what's been marked as Exhibit 72.
15      Do you recognize any of Exhibit 72?
16   A. I've not seen it before.
17   Q. And that's the first page --
18   A. Just the first page.
19   Q. What about the pages beginning 1381?
20   A. This is a document that Peterson's -- this
21      is part of that $3500. You put up a
22      description of your school, and this is the
23      document that they send to us every year.

Page 131

1       We've given them a document prior, but they
2       send us this document. Then we go and make
3       changes as far as how many students we now
4       have or if we have any degree changes.
5       This is that document, I guess, where she
6       deleted, you know --
7              MR. HUDSON: Don't guess.
8    A. I receive this document too. So she makes
9       the changes. I get it from Peterson's. I
10      give it to Anita. She makes the changes,
11      and then I send it back to Peterson's.
12      They put it up as a PDF.
13   Q. Do you proof it at all?
14   A. No.
15   Q. So your only responsibility in connection
16      with this is the logo; is that correct?
17   A. And to make sure that she does -- she does
18      the changes, and then I give it back.
19   Q. Do you know if the content on -- starting
20      on 1381, is that approved by Dr. Turner
21      before it goes out?
22   A. I don't know. It's been -- I've seen this
23      format for probably five years, the same

Page 132

1    format with this information. I don't read
2    it, so I don't know how it's changed.
3    Q. From August 16th to today, have you spoken
4       to anyone outside the school concerning
5       Regions University that the conversations
6       refer to Regions Bank?
7    A. Have I mentioned Regions Bank in a
8       conversation?
9    Q. Well, has anyone else mentioned Regions
10      Bank in a conversation to you about Regions
11      University?
12   A. No.
13   Q. After the beginning of 2006 when you
14      started advertising using media that
15      referred to Regions University, have you
16      heard of anyone inquiring as to affiliation
17      between Regions Bank and Regions
18      University?
19   A. No one has asked me.
20   Q. Have you heard of anyone asking any of the
21      folks at Regions University about an
22      affiliation between Regions and Regions
23      University?

Page 133

1    A. I have not. I do not see them to have
2       conversations like that.
3              MR. PECAU: Let's take a
4          five-minute break, and then I
5          think we can wrap it up.
6       (Brief recess was taken.)
7              MR. PECAU: Primarily, what we're
8          going to do is just identify
9          documents so I have them
10         identified. Hopefully, this
11         will go very quickly. I'll
12         try to restrain myself from
13         asking a lot of questions.
14         (Exhibit 73 was marked for
15         identification.)
16   Q. Let me show you what's been marked as
17      Exhibit 73. Can you tell me what that is?
18   A. This is like a contract you receive from an
19      advertiser to say, okay, well, we
20      understand that you're going to place a
21      print ad -- this is for a print ad, a print
22      ad at this particular time, and this is the
23      price for it. And they send it in advance

Page 134

1    of the run date.
2    Q.  And what publications would Exhibit 73
3        represent to you?
4    A.  This is the Christianity Today.
5    Q.  Let me just ask you to -- can you tell me
6        what that is?
7    A.  This is Blackboard, inside of Blackboard.
8        This is a student's course.  Well, it's a
9        quiz within a course within Blackboard.
10   Q.  And you prepared the look of the
11       Blackboard; is that correct?
12   A.  No.  It comes standard to every school.
13       You can change the names of the tabs, et
14       cetera.  There are a few different people
15       at the university that do that.  I don't do
16       this part.
17   Q.  Did you have any contribution to that
18       exhibit?
19   A.  At the beginning, I gave them this logo.
20   Q.  Is that the logo that's currently used on
21       the Blackboard?  Do you know?
22   A.  I think it's still there.
23           MR. PECAU:  Let's mark the next

Page 135

1           one.
2           (Exhibit 74 was marked for
3           identification.)
4    Q.  Let me show you what's been marked as
5        Exhibit 74.  Is this the home page of
6        Southern Christian University prior to
7        changing to its current home page?
8    A.  No.  This is the -- it doesn't say which
9        one it is, but it's ... it's the message
10       from the president page, I believe.  It's
11       not the home page.
12   Q.  And this message from the president, do you
13       know when this was posted on the Southern
14       Christian University Web site?
15   A.  I don't know the exact date.  Between the
16       1st and the 21st, I guess.
17   Q.  Of August of 2006?
18   A.  Yes.
19           (Exhibit 75 was marked for
20           identification
21   Q.  Let me show you what's been marked as
22       Exhibit 75.  Can you tell me what is shown
23       in these pages?

Page 136

1    A.  Exhibit 75, RU-185 is what I call a logo
2        sheet.  I give that to the university.
3            There are different ways that we've put
4        the logo together.  I don't know that we've
5        settled on -- I mean, there's five
6        different ones.  We primarily use the two
7        logos here that are within the print ad
8        section.
9    Q.  Which two logos are you referring to?
10   A.  Where it says use, standard two-color
11       letterhead, there's three logos.
12   Q.  Right.
13   A.  Those are the primary three logos that we
14       use.
15   Q.  And have you used the logos up here on the
16       top of page 185 of Exhibit 75?
17   A.  We have, but it works better for a gold
18       foil.  The world is gold foil, and it just
19       works better if you have the dots and those
20       types of things.  But when you go printing
21       all those dots on letterhead, envelopes,
22       you don't want to do gold foil, so we have
23       a simpler version of the world for that.

Page 137

1            The next, RU-190 is a letterhead.  That
2        is -- was our first kind of attempt on the
3        evolution of the world and how we wanted to
4        use it.  And that is a letterhead that I
5        printed off of my computer for use, because
6        it was color.  We had not yet gone and
7        printed our letterhead.
8            The next is the registration form.
9    Q.  That's RU-203?
10   A.  RU-203.  And this was given to them early
11       on.  That was part of that e-mail from the
12       beginning about the U being a V, and this
13       was the first attempt at the logo.
14   Q.  RU-234?
15   A.  RU-234 is the seal that we're using now.
16       We have not printed it on anything yet, but
17       it will be printed on the diploma.
18   Q.  So has this seal been approved for use?
19   A.  Yes.
20   Q.  And Dr. Turner approved the use of the seal
21       shown in RU-234?
22   A.  Yes.
23   Q.  Does it appear on things in addition to the

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


REGIONS ASSET COMPANY,

      Plaintiff,

Vs.                           CIVIL ACTION NO.
                               2:06CV882-MHT

REGIONS UNIVERSITY, INC.,

      Defendant.



\* \* \* \* \* \* \* \* \* \* \*


DEPOSITION OF ANITA CROSBY, taken pursuant to
stipulation and agreement before Pamela A. Wilbanks,
Registered Professional Reporter and Commissioner for
the State of Alabama at Large, in the Law Offices of
Balch & Bingham, 105 Tallapoosa Street, Suite 200,
Montgomery, Alabama, on Friday, July 13, 2007,
commencing at approximately 1:00 p.m.


\* \* \* \* \* \* \* \* \* \* \* \*

Deposition of Anita Crosby                                    July 13, 2007

## Page 18

1  Q. That's your understanding?
2  A. Yes.
3  Q. Let me show you Exhibit 17 which you folks
4     produced. Do you recognize this?
5  A. Yes, I do.
6  Q. Is this something you ran off?
7  A. Yes.
8  Q. It shows student count by state?
9  A. Yes.
10 Q. And that's for the period the regular fall
11    2006 through regular spring 2007?
12 A. Yes.
13 Q. And in the summer you have another summer
14    session, right?
15 A. Correct.
16 Q. And what time period does that run from?
17 A. We're in summer right now. It ends in
18    August. It would have started May. It would
19    have started May.
20 Q. So approximately May through August is the
21    summer session?
22 A. Yes.
23 Q. How many students attend the summer session

## Page 19

1     approximately right now?
2  A. When you say attend, do you mean register?
3     Since we have distance learning, some don't
4     actually come on campus.
5  Q. I mean registering or paying tuition.
6  A. We had approximately 560 this summer. This
7     report is actually just our distance learning
8     students. It doesn't include our on-campus
9     students.
10 Q. And the on-campus students are who?
11 A. Those are students that have to physically
12    come to campus to take their classes. They
13    will still have access to course materials
14    online. But to meet residency requirements in
15    particular programs, they have to come on
16    campus.
17 Q. And approximately how many students are those?
18 A. I would have to do the math. 95 percent
19    approximately of our students are online only
20    students. So it would be 5 percent. If I
21    were to run a report that showed all the
22    students from fall '06 through summer of '07,
23    it would be approximately 1,000. I think it's

## Page 20

1     990 actually.
2  Q. Now, those are the folks in the Turner School
3     of Theology?
4  A. Yes.
5  Q. Anybody else?
6  A. I don't recall if there's any residency
7     requirements in other programs. There may be
8     some in the Ph.D. in family therapy that are
9     required to come to campus, but I'm not a
10    hundred percent sure on that. I would need to
11    look in the catalog.
12 Q. You folks produced for us this document, which
13    we'll mark as Exhibit 121.
14       (Exhibit 121 marked for
15        identification.)
16 Q. Do you see that?
17 A. Yes.
18 Q. Is that something else you ran off?
19 A. Yes.
20 Q. Can you tell me what's shown in here?
21 A. These are the degrees that were offered by
22    term.
23 Q. What do the numbers in the middle column mean?

## Page 21

1  A. That's just an internal designation to
2     distinguish from one degree to another. B.A.
3     1 means bachelor of arts. B.S. 1 means
4     bachelor of science, ministry/Bible. It's
5     just so the computer can keep up with the
6     degrees.
7  Q. Now, 5 percent of a thousand is 50; is that
8     right?
9  A. Sounds right.
10 Q. So when you add 50 to 875, what did you come
11    to, 925?
12 A. Correct. And then you would need to add the
13    summer students that were unduplicated.
14 Q. So this 875, are these -- are there 875
15    students that were in the fall semester?
16 A. No.
17 Q. How many were in the fall semester?
18 A. Approximately 730.
19 Q. And approximately how many people would be in
20    the spring semester?
21 A. Approximately 720 or 30.
22 Q. And then in the summer you said it was about
23    575?

Deposition of Anita Crosby                    July 13, 2007

Page 86

1    somebody asked the relationship between
2    Regions University and Regions Financial
3    Institution?
4    A.  No.  I was not aware until I started gathering
5        the documentation.
6    Q.  The second page, I think, of Exhibit 35, if I
7        recall, is a -- contains an e-mail from a
8        Randy --
9    A.  Gore.
10   Q.  -- Gore -- thank you -- asking if there was a
11       connection between the change of name and
12       Regions, the bank.
13           Had you seen that prior to the time that
14       you gathered the documents?
15   A.  I don't believe so.
16   Q.  Do you recall any discussions about inquiries
17       concerning the relationship between Regions
18       Bank and Regions University prior to the time
19       you gathered those documents?
20   A.  I don't recall any.
21   Q.  Let me show you what's Exhibit 39.  Can you
22       tell me what that is?
23   A.  I believe that is the two-page letter that was

Page 87

1    posted to the Web site -- to our home page or
2    our Web site.
3           MR. HUDSON:  Let's take a break.
4           (Brief recess.)
5    Q.  (Continuing by Mr. Pecau) Let me show you
6        what's been marked as Exhibit 38, please.  Do
7        you recognize that letter?
8    A.  Yes.
9    Q.  Did you review that letter as well --
10   A.  Yes.
11   Q.  -- or prior to it being sent out?
12   A.  Yes.
13   Q.  What sort of review did you have of this
14       letter?
15   A.  It would have been the same type: reviewing
16       for grammatical.
17           MR. PECAU:  Now, let's mark this as
18       the next exhibit.
19       (Exhibit 126 marked for
20       identification.)
21   Q.  Exhibit 126?
22   A.  Yes.
23   Q.  Tell me what it is.

Page 88

1    A.  This is a list of institutions that we've
2        notified by date, I believe, of our name
3        change.
4    Q.  Do you know what letter went out to the folks
5        on this list?
6    A.  It's just a short letter that says this is to
7        notify you that our name has been changed.  I
8        believe we've provided that.
9           MR. PECAU:  Let's mark this as next
10       exhibit.
11       (Exhibit 127 marked for
12       identification.)
13   Q.  Is that the -- I'm showing you Exhibit 127.
14       Do you recognize that letter?
15   A.  Yes.
16   Q.  And what letter is that?
17   A.  That is the letter that was sent to these
18       institutions in Exhibit 126.
19   Q.  The interrogatory answers in this case
20       indicate you have some knowledge of telephone
21       calls concerning persons calling the school
22       and asking about a relationship with Regions,
23       the financial institution.

Page 89

1    A.  Right.
2    Q.  Are you aware of such phone calls?
3    A.  I became aware of them when I was gathering
4        the response to the interrogatories.
5    Q.  Well, the response to Interrogatory Number 13
6        refers to a telephone call concerning degree
7        programs and inquiring as to the affiliation
8        of the university with Regions Bank.  I'll let
9        you take a look at it.
10          Do you know approximately when that
11       telephone call was?
12   A.  It was approximately in January or February.
13   Q.  Of ...
14   A.  2007.
15   Q.  And the first person listed there, Patsy
16       Fulghum --
17          How do you spell that?
18   A.  It's actually F-U-L-G-H-U-M, but this says
19       A-M.
20   Q.  Who is she?
21   A.  She is the interim director of student
22       services.
23   Q.  And what does the director of student services

Deposition of Anita Crosby                                    July 13, 2007

## Page 90

1  do?
2  A.  Well, in her role as director of student
3     services, she does things related to student
4     services, but she also answers the phone for
5     us when our regular operators cannot answer.
6     So it was in that role that she received that
7     call.
8  Q.  Did she tell you what the caller asked?
9  A.  She just said that they asked about our degree
10    programs and then if we were affiliated with
11    Regions Bank.  She told them we were not, and
12    that was the end of the call.  They did not
13    give their name or number or anything like
14    that.
15 Q.  Did she ask why the person might think that
16    the school was associated with Regions, the
17    bank?
18 A.  I don't believe so.
19 Q.  Did you ask her if she asked that person?
20 A.  I don't remember if I did or not.  Nothing
21    sticks out in my memory that that conversation
22    occurred.
23 Q.  The interrogatory also refers to another

## Page 91

1     telephone call concerning degree programs and
2     inquiring as to the affiliation of the
3     university with Regions Bank, and you're
4     identified as one having knowledge of that.
5  A.  Right.  And it was -- I, again, learned of it
6     when I was gathering this information.
7  Q.  Now, in the prior phone call with Ms. Fulghum,
8     it also refers to Dr. Turner's knowledge of
9     the phone call.
10 A.  Right.
11 Q.  Did you ever discuss this phone call with
12    Dr. Turner?
13 A.  We learned about it at the same time.  We both
14    went to her at the same time, heard the
15    information at the same time.
16 Q.  So you went to her, and what did you ask her?
17 A.  If she had received any phone calls concerning
18    Regions Bank, if there was any confusion or
19    any affiliation questions or any questions at
20    all.  And she said, no, I have not gotten
21    anybody as far as anybody being confused, but
22    I did receive a phone call asking if we were
23    affiliated.

## Page 92

1  Q.  The next --
2  A.  Carolyn Hughes?
3  Q.  Right.  Who is she?
4  A.  She works in admissions.  She's an advisor.
5     She also answers the phone when our operators
6     are not available to answer the phone.  It
7     rolls over to her and Patsy.
8  Q.  And did both you and Dr. Turner ask her if she
9     was aware of any instances in which someone
10    asked whether there was an affiliation between
11    the bank and the university?
12 A.  Yes.
13 Q.  And what did she say?
14 A.  She said that she received a phone call where
15    an individual asked about our degree programs
16    and if we were affiliated with Regions Bank.
17 Q.  And did she ask that individual why she wanted
18    to know if there was an affiliation?
19 A.  I'm not aware that she did.
20 Q.  Did you personally ask the advisors -- the
21    other advisors who answer the telephone
22    whether they had gotten inquiries?
23 A.  Yes.

## Page 93

1  Q.  And what were their responses?
2  A.  At that time?
3  Q.  Yes.
4  A.  There were none.  There were no instances of
5     confusion and no misdirection.  Nobody had
6     asked about affiliation.
7  Q.  Now, subsequent to that time, have you spoken
8     to any advisors, recruiters, to see if anyone
9     had asked whether there was an affiliation
10    between the university and Regions?
11 A.  Yes.
12 Q.  And when was that?
13 A.  I was gathering the documentation for this
14    latest batch so it would have been in the last
15    month, somewhere in there.
16 Q.  And had any of those folks gotten inquiries?
17 A.  One.
18 Q.  And what was the nature of the inquiry?
19 A.  It was from a blocked call, and it was
20    somebody asking if we had any affiliation with
21    Regions Bank.  He replied, no affiliation
22    whatsoever.  The individual kept questioning:
23    Are you funded by Regions Bank?  Are you owned

24  (Pages 90 to 93)

Page 94

1    by Regions Bank? And he had already said no,
2    and so I don't even consider it a legitimate
3    call because it was a blocked call. She
4    wouldn't give her name or number or anything
5    like that.
6    Q. Have you personally in conversations with
7        people that you know ever gotten any inquiries
8        as to whether the bank gave the university any
9        money?
10   A. No.
11   Q. And any inquiries whether there was any
12       relationship between the bank and the
13       university?
14   A. Not that I remember.
15   Q. Anyone asking why Regions University adopted
16       the same name as the bank?
17   A. No.
18   Q. How many recruiters, advisors, are there?
19   A. I believe there's seven or eight.
20   Q. Are they full-time or part-time?
21   A. Full-time.
22   Q. And do you have more people answering the
23       phones when you're advertising than when you

Page 95

1    don't advertise?
2    A. I don't think so.
3    Q. I think that -- Have any other employees of
4        Regions University indicated that they've had
5        people ask them about the relationship between
6        the bank and the university that you've spoken
7        to?
8    A. I don't recall any.
9    Q. Does the Nashville campus have a telephone?
10   A. Yes.
11   Q. 617 number?
12   A. I really don't know what the number is, but it
13       does have a number.
14   Q. And if somebody calls that, who answers the
15       telephone?
16   A. I don't think I've ever met the person that
17       answers the phone, and I don't know her name.
18   Q. Do you know if somebody in Tennessee answers
19       the phone or does the number bounce somewhere
20       else?
21   A. I believe it's somebody in Tennessee.
22   Q. How many employees does Regions University
23       have in Tennessee? Do you know?

Page 96

1    A. In Tennessee?
2    Q. Right.
3    A. A handful. Five.
4    Q. Five people?
5    A. Approximately.
6    Q. And are they teachers?
7    A. Yes.
8    Q. And do they offer courses from their homes?
9    A. What exactly do you mean by that?
10   Q. Well, do they sit at their desk at home and do
11       whatever folks do when they are offering
12       courses over the Internet?
13   A. Yes.
14   Q. In addition to those teachers, does Regions
15       University have any other employees in the
16       state of Tennessee?
17   A. There may be one that I can think of that
18       would have a dual role that would be partly
19       involved in our counseling programs -- I don't
20       remember a specific role -- and also a faculty
21       member.
22   Q. What are your counseling programs?
23   A. Family therapy, professional counseling,

Page 97

1    pastoral counseling.
2    Q. And that's part of the course offerings that
3        Regions University has; is that correct?
4    A. Correct.
5    Q. So Regions University doesn't have any
6        non-academic employees in Tennessee; is that
7        correct?
8    A. There may be that one that has a dual role.
9    Q. Well, one role is counseling. What's a
10       non-academic role?
11   A. Well, he might have a purpose in the
12       counseling program other than a teaching role.
13   Q. So what's the counseling program that's
14       different than the teaching role of the school
15       as a whole?
16   A. Well, I wish I could think of his title, but
17       we have people that may be a dean of an
18       academic program or school. I would call that
19       non-academic. You might call it academic only
20       because that's not his teaching function;
21       that's his administrative function in the
22       academic area. So maybe we're -- I'm
23       misunderstanding what you mean by academic.

IN THE UNITED STATES DISTRICT COURT

FOR   THE

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


REGIONS ASSET COMPANY,            *
                                  *
        Plaintiff,                *
                                  *
                                  *
Vs.                               *   CIVIL ACTION NUMBER
                                  *
REGIONS UNIVERSITY, INC.,         *      2:06cv882-MHT
                                  *
        Defendant.                *


* * * * * * * * * * * * * * * * * * * *

     Rule 30(b)(6) deposition of Regions Asset
Company, taken through the witness,  HOPE D.
MEHLMAN, before David Michael Camp, Commissioner,
in the law offices of Balch & Bingham, LLP, 105
Tallapoosa Street, Suite 200, Montgomery, Alabama,
on June 28th, 2007, commencing at approximately
9:10 o'clock a.m.

Hope Mehlman                                                    Tom Hudson

16 (Pages 58 to 61)

Page 58

1    THE WITNESS:
2        Okay. That's it. That's the org
3    chart.
4    BY MR. HUDSON:
5    Q    Ms. Mehlman, I'll show you Exhibit
6    One-O-eight that's been marked for identification
7    and ask you if you could tell us what that is.
8    A    It's Thomson & Thomson watch reports,
9    together with correspondence.
10   Q    "Correspondence" is correspondence
11   generated by your then office, Adams & Reese/Lange
12   Simpson, to the bank?
13   A    Yes. But there is -- yes. I believe
14   that was all the correspondence that was there.
15   Q    Okay. Had you reviewed them prior to today
16   all of those watch service reports?
17   A    I believe. I can't say a hundred
18   percent. But, yes, I do believe.
19   Q    And was it your practice to review them
20   contemporaneously with their receipt?
21   A    Yes. Generally, yes.
22   Q    Okay. And after you reviewed them, what
23   action did you take?

Page 59

1    A    Again, it depended. I mean, we would
2    generally send them to people at the bank so that
3    they could have a copy, and then advise them that
4    we -- if we had concerns, we'd advise them about
5    concerns.
6    Q    From looking at that Exhibit One-O-
7    eight, it looked to me like all, if not
8    substantially all, were sent to the bank, together
9    with a cover letter that essentially said, here it
10   is, and said nothing else. Am I correct in that?
11   A    That's what the correspondence said.
12   But we did have telephone conversations with --
13   Q    I understand. I'm just trying to take
14   it a step at a time.
15   A    Yes.
16   Q    Okay. And in addition to that, what
17   would occur? In addition to just sending the copy
18   to the bank, what would occur as a matter of
19   practice?
20   A    We would discuss the watch reports.
21   Q    All right. And with whom would you
22   discuss it?
23   A    The people at the bank. It would

Page 60

1    depend.
2    Q    Tell me who those people would have
3    been. This may be a simple way to get that. The
4    letters are addressed to various people at the
5    bank. Would you expect that the people that you
6    discussed the watch service reports with would
7    correspond to the addressees of those letters?
8    A    Yes. Most of the time, yes.
9    Q    And can you think of somebody else that
10   you may have discussed the watch service report
11   with other than the addressees of the letters?
12   A    Yes.
13   Q    And who would that have been?
14   A    Parker Steele in the department.
15   Q    Parker?
16   A    Steele. S-T-E-E-L-E.
17   Q    Okay. And what was his function?
18   A    He was in-house counsel.
19   Q    For Regions?
20   A    Yes.
21   Q    And did he hold substantially the same
22   position that you hold today? Let me ask it
23   another way.

Page 61

1    A    Yeah.
2    Q    Did he have substantially the same
3    intellectual property responsibilities that you
4    have today?
5    A    Yes. Before I came to the bank, yes.
6    Q    Where is he today?
7    A    He's in-house with Regions.
8    Q    Does he still have intellectual property
9    responsibility?
10   A    No.
11   Q    Was there anyone else with whom you
12   discussed it that you can recall?
13   A    Discussed?
14   Q    The watch service reports.
15   A    May have from time to time discussed
16   with Alan Deer.
17   Q    And who is he?
18   A    He's the former general counsel.
19   Q    Okay. Anyone else?
20   A    We may have discussed it -- and I don't
21   recall. Maybe sometimes with Bill Askew.
22   Q    All right. And what is his position?
23   A    Head of Consumer Banking.

Page 86

1    Q   Any --
2    A   I mean -- yes. Regions University, for
3  one. We sent a cease-and-desist letter and they
4  were --
5    Q   We certainly know about Regions
6  University and Regions Acceptance Corporation. Is
7  there anybody else?
8    A   Regions -- it was a domain name, regions
9  info, regions.info.
10   Q   Regions what?
11   A   .info.
12   Q   Okay. Anybody else?
13   A   Not -- if you show me something, I may
14 remember. But I can't recall off the top of my
15 head.
16   Q   Okay. And what were the circumstances
17 of regions.info refusing to change?
18   A   Well, there's a distinction between a
19 domain name versus a trademark. Our concern -- I
20 don't recall what the circumstances were. But --
21 I'm sorry. Can you ask the question again?
22 Because I don't recall the circumstance, if that's
23 what the question is.

Page 87

1    Q   Okay. Who was the owner of
2  regions.info?
3    A   I don't recall his name but it's -- the
4  registrant -- I can't remember his name off the
5  top of my head but it's a Greek-sounding name.
6    Q   What business were they in,
7  regions.info?
8    A   If I recall, it was travel but -- I
9  don't remember off the top of my head.
10   Q   Do you recall whether or not they had a
11 name other than the domain name? By that I mean,
12 that -- you know, your name might be ABC Cleaners
13 but your domain name might be Cleaners.
14   A   Just the registrant's name.
15   Q   And that was the Greek name?
16   A   Yes.
17   Q   Do you remember or recall where the
18 registrant was located?
19   A   Overseas, I think.
20   Q   Okay. Do you recall whether or not they
21 did business in the United States?
22   A   No, I don't -- I don't recall.
23   Q   Now, was there anybody who you monitored

Page 88

1  and continued to monitor other than regions.info?
2    A   There are a few of them.
3    Q   Who are they?
4    A   I don't know. I'd have to go back and
5  look.
6    Q   Okay. Where do we go look to find that
7  out?
8    A   I believe we provided you with a
9  correspondence from Charles Pinkney at Adams &
10 Reese.
11   Q   Charles who?
12   A   Pinkney with Adams & Reese.
13   Q   I got Charles, is all.
14   A   P-I-N-C-K-N-E-Y.
15   Q   In New Orleans?
16   A   No. He's in Birmingham. Birmingham.
17   Q   Birmingham? Was there anybody else
18 besides him?
19   A   No. Anybody else besides -- I'm sorry.
20   Q   Well, I've got some correspondence that
21 deals with Regions Propane and some correspondence
22 that --
23   A   Right.

Page 89

1    Q   -- deals with Regions 2020.
2    A   That's right. Those are the other ones
3  that we continued to monitor.
4    Q   Well, are there three that you continued
5  to monitor, this Charles Pinkney being one of the
6  three?
7    A   No. He was a lawyer. I think Regions
8  Propane, Regions 2020 and -- I can't remember the
9  other one. It was Regions Home or something like
10 that.
11   Q   It's what? I don't have a third one.
12   A   Well, maybe it's just those two.
13   Q   Who do you think the third one might be?
14   A   Maybe Regions Home.
15   Q   Regions Home?
16   A   Something like that.
17   Q   Okay. There is a Regions Home? Do you
18 recall, in fact, there is? I recall there is.
19   A   I believe there is one.
20   Q   Okay. Now, I also saw a Regions Real
21 Estate in Mobile a J.D. Baxter had some
22 association with. Does that ring a bell with you?
23   A   Yes.

Page 134

1    A   Okay.
2    Q   My question was just whether you've seen
3  it before.
4    A   Okay.
5    Q   Have you seen it before?
6    A   I've seen this, yes.
7    Q   Okay.  Do you recall when you saw it
8  approximately?
9    A   This document?
10   Q   Yes.
11   A   I guess before it was --
12   Q   No.  That's ours.
13   A   That's yours.  Oh.  I guess it had to
14  have been after you filed it.
15   Q   Have you reviewed that list of names
16  that's before you?
17   A   I've looked at the document, yes.
18   Q   Were there any names on that list that
19  you have seen prior to the time that you saw that
20  document?
21   A   Some of them, yes.
22   Q   Which you please tell me which ones?
23   A   Regions 2020, Regions Homes, Regions --

Page 135

1  all the Regions Propane ones.  I think Regions
2  Construction Company, Regions -- Region Realty.  I
3  probably have seen these all in some form or
4  fashion.  But --
5    Q   Prior to seeing that list?
6    A   Maybe.  Maybe.  I mean, I don't -- some
7  of them look familiar.  Some of them don't.  But
8  -- I mean, I know Vaughn Regional Medical Center.
9    Q   Do you understand that's a list of
10  companies in Alabama?
11   A   Okay.  Yes, I understand.
12   Q   Would you please identify on that list
13  any that you can recall that the Regions entities
14  wrote a cease-and-desist letter to or otherwise
15  contacted and had any discussion with about the
16  use of their name?
17   A   I know that there is discussions with
18  Regions 2020.  Regions Home.  All the Propane
19  ones.  I believe Regions Real Estate.  That's all
20  I could -- that's all I can recall.
21   Q   Who is Sam Upchurch?
22   A   Sam Upchurch was an employee of
23  Regions.  He's no longer with Regions.

Page 136

1    Q   When did that change?  Was that a
2  function of the merger?
3    A   Yeah.  It was a function of the merger.
4    Q   He was general counsel at one point?
5    A   Yeah, he was general counsel at one
6  point.
7    Q   When he left, was he the general counsel
8  or some other position?
9    A   No.  He was head of the banks or
10  something.  He was in an executive business
11  position.
12   Q   Was he in a higher or lower position?
13   A   Higher.
14   Q   Immediately before he left, was he
15  functioning in a managerial as opposed to a legal
16  position?
17   A   Yes.
18   Q   You went to work for Lange Simpson in
19  2000?
20   A   Uh-huh.  Yes.
21   Q   I have marked as Exhibit One-O-nine a
22  letter that was produced to us, and I'll ask you
23  if you can identify it.

Page 137

1    A   Yes.
2    Q   What is it?
3    A   It's a letter from Sam Upchurch to a Mr.
4  Jordan.
5    Q   Is that a letter that you gathered or
6  helped gather in response to discovery in this
7  case?
8    A   Probably, yes.  Yeah.
9    Q   I mean, it's part of the business
10  records of Regions, isn't it?
11   A   Yes.
12   Q   Obviously, you weren't there in 1999.
13  You weren't at Lange Simpson in 1999 so you
14  couldn't have any personal knowledge about this
15  letter.
16   A   Right.
17   Q   And I'm not asking you about personal
18  knowledge.  But have there been any discussions
19  about this letter except with your counsel?
20   A   I think at some point when I was at
21  Lange Simpson or Adams & Reese, there was
22  discussion about this letter.
23   Q   And is that a discussion that you

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR   THE

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


REGIONS ASSET COMPANY,          *

        Plaintiff,              *
                                *
Vs.                             *    CIVIL ACTION NUMBER
                                *
REGIONS UNIVERSITY, INC.,       *      2:06cv882-MHT
                                *
        Defendant.              *


*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *


Rule 30(b)(5) deposition of Regions Asset

Company, taken through the witness, RUSSELL S.

DUNMAN, before David Michael Camp, Commissioner,

in the law offices of Balch & Bingham, LLP, 105

Tallapoosa Street, Suite 200, Montgomery, Alabama,

on May 9th, 2007, commencing at approximately

        a.m.

9:17

**Russell Dunman**                                          **James Shlesinger**

10 (Pages 34 to 37)

Page 34

```
 1      I object to the form of the
 2   question.
 3      THE WITNESS:
 4      Trying to recall all those would be
 5   futile on my part. But an example
 6   would be -- for example, our check
 7   supplier may be out of Atlanta.
 8   Harland Check Company may come and
 9   talk about a new check offering that
10   we would be offering to our
11   customers.
12   BY MR. SHLESINGER:
13      Q   Okay. What efforts, if you know, have
14   been taken by Regions Bank to enforce its name
15   against other companies?
16      A   I know of -- I know of no specific
17   instances.
18      Q   Okay. You're aware of this proceeding.
19   Correct?
20      A   Yes, sir, correct. This one. Beyond
21   this one.
22      Q   Aside from this one, you're not aware of
23   any?
```

Page 35

```
 1      A   No, sir.
 2      Q   Okay. Are you aware of anyone using the
 3   name "Region" or "Regions" other than the bank or
 4   Regions University?
 5      A   No, sir. Other than involved in this
 6   case.
 7      Q   Okay. So you're not aware of any
 8   businesses that use the name "Region" or "Regions"
 9   other than Regions Bank and Regions University?
10      A   No, sir.
11      Q   Would you expect that someone would
12   bring that to your attention if they became aware
13   of that?
14      MR. PECAU:
15      I object to the form of the
16   question.
17      THE WITNESS:
18      Not necessarily, no.
19   BY MR. SHLESINGER:
20      Q   Okay. It's not one of your duties?
21      A   No, sir.
22      Q   That would be someone in Birmingham that
23   would have that responsibility, if you know?
```

Page 36

```
 1      A   Yes, sir. That's what I would assume.
 2      Q   Do you know who that would be?
 3      A   I mentioned the name Bill Askew, would
 4   be the individual that I would go to.
 5      Q   Okay. Would you briefly describe the
 6   types of services that the bank provides?
 7      A   Basic banking services; checking
 8   accounts, savings accounts or time deposit type
 9   accounts. Loans. That would be the area that I
10   have most responsibility for, the wide range of
11   services, including trust, investment services,
12   real estate mortgage services, construction
13   lending, real estate lending, private banking
14   would be the majority.
15      Q   All right. Does the bank provide any
16   insurance services?
17      A   I'm sorry. Insurance services, yes,
18   sir.
19      Q   Any other services that the bank
20   provides? You've mentioned, of course, basic
21   banking, checking, loans, trusts, trust accounts,
22   investment services, real estate services,
23   lending, construction lending, and then insurance
```

Page 37

```
 1   services. Did I miss anything?
 2      A   I don't think so. That sounds like the
 3   list.
 4      Q   Okay. And do you know whether all of
 5   these services are identified under the name
 6   "Regions?"
 7      A   They have Regions attached to them, yes,
 8   sir.
 9      Q   Are there other names that the bank uses
10   to identify these services?
11      A   In a hyphenated basis, I can only think
12   of one.
13      Q   What's that?
14      A   That would be Morgan Keegan, which would
15   be our investment service. And that is a Regions-
16   Morgan Keegan Investments.
17      Q   And does the Regions-Morgan Keegan
18   Investments also cover only the sixteen states in
19   which Regions does business?
20      A   Yes, sir, I think so.
21      Q   What types of insurance services does
22   the bank provide?
23      A   The ones that I'm familiar with would
```

Page 38

1    include credit insurance or credit life type
2    insurance, term life insurance. Others I'm not
3    familiar with because they are not typically dealt
4    with on the consumer side of the bank.
5        Q   I see. And who would be responsible for
6    or who would have the knowledge with respect to
7    the insurance part of the business?
8        A   I don't have a name for you at the
9    corporate location. Again, it would be in
10   Birmingham.
11       Q   Have you always worked in Montgomery
12   County?
13       A   Yes, sir.
14       Q   Mr. Dunman, let's go through the
15   category of customers that the bank services. For
16   basic banking services, who are your customers?
17       A   Anyone that can get to or call or work
18   on the internet to the bank, to Regions.
19       Q   So there's no restriction as to who
20   would be a customer of the bank?
21       A   None, whatsoever. No, sir.
22       Q   Could a minor be a customer?
23       A   With a parent's consent, yes, sir.

Page 39

1        Q   Would the same apply to checking
2    accounts?
3        A   Yes, sir.
4        Q   And loans?
5        A   Correct.
6        Q   What about investment services?
7        A   Anyone -- yes, sir. Anyone that's
8    eligible to request the service.
9        Q   You mentioned real estate lending. What
10   is that?
11       A   Primarily the commercial side of the
12   bank that deals with that would be loans for
13   construction of new housing, new homes, commercial
14   buildings, office buildings of all sorts.
15   Property development loans.
16       Q   Okay. Are you familiar with the bank's
17   Regions University?
18       A   Yes, sir, I am.
19       Q   Have you participated in that bank -- in
20   the bank's program?
21       A   Yes, sir, I have.
22       Q   When have you participated in that
23   program?

Page 40

1        A   It was an entity that was there that we
2    all used to carry on our ongoing internal
3    educational requirements. That is what we call
4    our educational arm of the company.
5        Q   So when you were first employed by the
6    bank, did you go through the Regions University
7    program?
8        A   That -- the Regions University was
9    nonexistent thirty-four years ago. So --
10       Q   Okay. When did it start up as an
11   institution?
12       A   I can't give you a date. Within the
13   last five years, I would say, is when that name
14   became part of our vocabulary here.
15       Q   When do you recall you first experienced
16   the Regions University service?
17       A   At the point that the company adopted --
18   changed its name of its training program from
19   whatever it was to Regions University, we were all
20   introduced to Regions University as where we would
21   go for corporate training that we would encounter.
22       Q   And do you recall when that was?
23       A   No, sir, I don't. I don't remember the

Page 41

1    date.
2        Q   Do you recall the name prior to adopting
3    that name?
4        A   No, sir.
5        Q   Okay. How often have you used the
6    corporate training program?
7        A   A lot. It's almost a -- it's almost a
8    daily ritual to look and see what courses are
9    required.
10       Q   And is that ritual through online?
11       A   Yes, sir. Most is online.
12       Q   But there is some that's not online?
13       A   There is face-to-face training involved,
14   as well, yes, sir.
15       Q   Okay. For the online training, is it
16   necessary to have some sort of access code to get
17   to that training service?
18       A   You have to sign on to your computer so
19   you use your password to get into your computer.
20   And then there may be additional passwords
21   required for registration purposes.
22       Q   So you have to have a password in order
23   to access the training program?

**Russell Dunman**                                                   **James Shlesinger**

12 (Pages 42 to 45)

| Page 42 |
|---|
| 1   A   The computer, yes, sir. |
| 2   **Q**   Okay. And then you mentioned there are |
| 3   some off-line parts of this service, as well. |
| 4   A   Yes, sir. |
| 5   **Q**   And what are those? |
| 6   A   It would be classroom instruction that |
| 7   the company has deemed a requirement rather than |
| 8   online, where you face to face with an instructor |
| 9   in a classroom setting. |
| 10   **Q**   Okay. And where would the classroom |
| 11   instruction take place? |
| 12   A   Anywhere that the company sends an |
| 13   instructor or invites the students. It can be at |
| 14   any location. There aren't specific locations for |
| 15   those classes. |
| 16   **Q**   Have you attended any of those? |
| 17   A   Yes, sir. |
| 18   **Q**   Where would you have attended those? |
| 19   A   Primarily in Birmingham would be where, |
| 20   but Montgomery also hosts a number of those for |
| 21   our area here. |
| 22   **Q**   What type of programs are involved with |
| 23   Regions University? |

| Page 43 |
|---|
| 1   A   For the online or the face to face? |
| 2   **Q**   Let's start with the online. |
| 3   A   It virtually goes from banking 101, if |
| 4   you will. The day you're hired, you're introduced |
| 5   to Regions University as the place you go to get |
| 6   basic courses. And it goes through advanced |
| 7   courses of all sorts, product specific, line of |
| 8   business specific. It's where we all go for our |
| 9   training. |
| 10   **Q**   And with respect to the classroom |
| 11   instruction, does that also include the basic |
| 12   banking 101? |
| 13   A   Yes, sir, it could. Some of those |
| 14   classes are also basic banking courses. |
| 15   **Q**   So it's fair to say the classroom |
| 16   training would also cover the full gamut of the |
| 17   services under this Regions University? |
| 18   A   Yes, sir, correct. |
| 19   **Q**   Do you know whether every employee is |
| 20   required to go through a training program of this |
| 21   type with the bank? |
| 22   A   There are courses that require every |
| 23   employee to enroll and complete the course, yes, |

| Page 44 |
|---|
| 1   sir. |
| 2   **Q**   And do you know what courses those are? |
| 3   A   One specific is what we call a Bank |
| 4   Security Act and an anti money laundering course |
| 5   that all of our bank associates are required to |
| 6   take. |
| 7   **Q**   Is there any type of ethics course that |
| 8   the employees are required to take? |
| 9   A   Correct, ethics courses. Business |
| 10   Ethics is one also. |
| 11   **Q**   You mentioned the Bank Security Act. |
| 12   A   Yes, sir. |
| 13   **Q**   What does that mean? |
| 14   A   The Bank Security Act is a federal law |
| 15   requiring banks to take certain action before and |
| 16   during the account opening process. |
| 17   **Q**   And the money laundering is also a |
| 18   federal law? |
| 19   A   Yes, sir. |
| 20   **Q**   And so you're basically educating your |
| 21   employees as to the requirements or parameters |
| 22   involved with money laundering? |
| 23   A   Correct. |

| Page 45 |
|---|
| 1   **Q**   Do you know whether the bank provides |
| 2   these services to people not employed by the bank? |
| 3   A   Not to my knowledge, no. |
| 4   **Q**   So to the best of your knowledge, you |
| 5   don't know -- it's strictly employees of the bank |
| 6   that receive this training? |
| 7   A   That's correct. |
| 8   **Q**   For the corporate training, whether it |
| 9   be the 101 type of training, the basic courses, or |
| 10   even the specific courses having to do with bank |
| 11   security or ethics, whatnot, it's all strictly |
| 12   employees of the bank that are enrolled in these |
| 13   programs. Correct? |
| 14   A   Yes, sir. |
| 15   **Q**   And to the best of your knowledge, no |
| 16   one outside of the bank attends these programs. |
| 17   Is that true? |
| 18   A   That's correct. |
| 19   **Q**   Does the bank offer any products to the |
| 20   consuming public? |
| 21   A   Yes, sir. |
| 22   **Q**   What types of products? |
| 23   A   Checking accounts, savings accounts, |

Russell Dunman                                          James Shlesinger

22 (Pages 82 to 85)

| Page 82 |
|---|

1  that correct?
2      A   Correct, yes, sir.
3      Q   And this would be a typical sign at one
4  of the branches.  Is that correct?
5      A   Yes.
6          MR. PECAU:
7          Object to the form of the question.
8  BY MR. SHLESINGER:
9      Q   Well, is it a sign at one of the
10  branches, if you know?
11     A   I don't know that specifically.
12         MR. HUDSON:
13         Is it typical of the signs used by
14         the bank?
15         MR. PECAU:
16         Again, I'm going to object.  No time
17         frame.
18  BY MR. SHLESINGER:
19     Q   Did you review this document prior to
20  the deposition?
21     A   Yes, sir.  I think I've seen this.
22     Q   Now, looking at the use of the term
23  "Regions" in this particular document, it has a

| Page 83 |
|---|

1  fanciful way of showing the letter G.  Do you know
2  the reason or purpose for that?
3      A   As a distinctive mark in the logo for
4  Regions Bank, yes.
5      Q   Do you know the reason why that
6  distinctive logo was adopted?
7      A   To make it distinctive and to highlight
8  the fact that Regions Bank was a part of the
9  community.  It just is distinctive for Regions.
10     Q   Do you recall when this particular
11  version of the term "Regions" was adopted?
12     A   This was our original logo from 19 --
13  forgive me of the date.  I think about 1993 when
14  we changed our name to Regions.
15     Q   That was the change from First Alabama
16  Bank, if I recall.
17     A   Yes, sir, that's correct.
18     Q   So it's your recollection that this
19  particular stylization of the term "Regions" was
20  the first adoption of the term "Regions" following
21  the change of name.  Is that correct?
22     A   Yes, sir.
23     Q   And when you say that the letter G was

| Page 84 |
|---|

1  to distinguish Regions Bank, what do you mean by
2  that?  To distinguish it from other banks?
3          MR. PECAU:
4          Again, I object to the form of the
5          question.
6  BY MR. SHLESINGER:
7      Q   What do you mean by it was adopted to
8  distinguish Regions Bank?
9      A   To make the name stand out as other than
10  just block letters on a sign.
11     Q   Do you know who was involved with
12  adopting this particular version of the name
13  "Regions?"
14     A   As a general group, yes, sir, I know who
15  was involved.
16     Q   Who was that?
17     A   That would have been the Corporate
18  Marketing function.
19     Q   And do you know the person that was
20  involved with that?
21     A   Again, at that time, the head of the
22  corporate marketing area was Bill Askew.
23     Q   Mr. Dunman, I'm going to hand you

| Page 85 |
|---|

1  Defendant's Exhibit Three and ask you if you can
2  identify that.
3      A   Yes, sir.
4      Q   Okay.  What is it?
5      A   This is the description or the style of
6  our logo that was adopted subsequent to our merger
7  with Union Planters Bank.
8      Q   Okay.  When did Regions Bank merge with
9  Union Planters Bank?
10     A   I think that announcement was made mid
11  spring, sometime in the spring of 2004.
12     Q   So following that announcement, a
13  decision was made to change the manner in which
14  the Regions name was displayed?
15     A   Correct.
16     Q   And this is the display that was
17  chosen.  Is that correct?
18         MR. PECAU:
19         Object to the form.
20  BY MR. SHLESINGER:
21     Q   Prior to that display, was the display
22  of the bank shown in Defendant's Exhibit Two?
23     A   Yes, sir.

Page 86

1    Q   Now, this particular display includes
2  color in it. Do you know the reason for adopting
3  the particular colors in this particular new logo?
4      MR. PECAU:
5      Object to the form of the question.
6  BY MR. SHLESINGER:
7    Q   Well, let me ask you this. The term
8  "Regions" in this particular display is shown in
9  gold. Is that correct?
10   A   Yes, sir, I think so. Yes, sir.
11   Q   Okay. I see that there's also a Regions
12 in green. Looking at the first display here,
13 Regions, and then there's a logo following it,
14 what is the color -- because this is a black and
15 white copy. What is the color of the word
16 "Regions" if you know?
17   A   Regions would have been in white in this
18 logo, if my recollection is right. I'm trying to
19 visualize this in color.
20   Q   Okay. And the logo then would have been
21 in color. Is that correct?
22   A   That's correct.
23   Q   And what was the reason, if you know,

Page 87

1  for the bank to adopt gold and green as their
2  color?
3      MR. PECAU:
4      Again, I object to the form of the
5      question.
6  BY MR. SHLESINGER:
7    Q   You can answer the question.
8    A   I don't have any idea.
9    Q   Okay. That would be Mr. Askew that
10 would be in charge of this?
11   A   That's correct. Yes, sir.
12   Q   What is your understanding as to why
13 colors were used in this logo?
14     MR. PECAU:
15     Object to the form of the question.
16 BY MR. SHLESINGER:
17   Q   You can answer the question.
18   A   To make it stand out, to give it some
19 distinctive style, to give it some distinctive
20 color.
21   Q   And to stand out from what?
22   A   To stand out from everything around it,
23 if you will, on the street with a sign, on a

Page 88

1  business card, whatever, to give it some
2  personality.
3    Q   Let's turn to page four of this
4  document. And it has different representative
5  displays of the Regions logo. Are you familiar
6  with each of these displays?
7      MR. PECAU:
8      You're referring to the signature on
9      this page?
10     THE WITNESS:
11     The misuse page.
12     MR. SHLESINGER:
13     Yes.
14     THE WITNESS:
15     I'm familiar with this document,
16     yes.
17 BY MR. SHLESINGER:
18   Q   So from what I understand of this page
19 four, these are manners in which the logo should
20 not be displayed. Is that correct?
21   A   That's correct.
22   Q   Okay. And the only ways in which this
23 logo should be displayed are shown on pages one,

Page 89

1  two and three. Is that correct?
2    A   Yes, sir. That appears to be the case.
3    Q   Do you know the reason why the logo
4  should not be displayed in these manners on page
5  four?
6    A   The strength of the logo is consistency.
7    Q   Did someone advise you of that?
8    A   This document, yes, sir.
9    Q   And was this part of the training
10 program that you had with Regions?
11   A   At the time we had the change in name or
12 the change in logo, yes, sir. We all were given
13 this instruction.
14   Q   Did anyone advise you as to the reason
15 for the change?
16   A   Yes, sir. They communicated that.
17   Q   And what were the reasons for the change
18 from the one logo?
19   A   From this logo on Exhibit Two to the
20 Exhibit Three?
21   Q   That's correct.
22   A   We had, at that time, merged with
23 another bank and we wanted to incorporate the

Russell Dunman                                              James Shlesinger

24 (Pages 90 to 93)

Page 90

1   symbol of the other bank or some recognition of
2   the -- the other bank into this logo.
3       Q   And what symbol was from the other bank
4   that you incorporated?
5       A   The pyramid with the plant in the
6   center.
7       Q   And do you recall whether the bank that
8   you merged with also had the colors green and gold
9   in their pyramid?
10      A   I don't recall that, no, sir.
11      Q   Do you know what the purpose of adopting
12  green and gold was?
13      A   No, sir.
14      Q   Mr. Dunman, aside from the change in
15  Exhibit Two to Exhibit Three, have there been any
16  other changes in the logo by the bank?
17      A   There is one under way at this point.
18      Q   And are you familiar with that proposed
19  change?
20      A   Yes, sir.
21      Q   Okay.  And what is that change?
22      A   To a different shade of green and a
23  different pyramid design.

Page 91

1       Q   Now, when you say "a different shade of
2   green," a different shade of green within the
3   logo?
4       A   Yes, sir.
5       Q   The vegetation portion?
6       A   Wherever green appears would be changing
7   to a different green.
8       Q   Okay.  Does the new logo maintain the
9   triangle feature?
10      A   Yes, sir.
11      Q   And so it's fair to say the change is
12  only in the vegetation portion?
13      A   The content of the pyramid changes.
14      Q   Okay.
15      A   From the plant.
16      Q   From the plant to what, if you know?
17      A   I would call it a sunburst, if you
18  will.  That's my word.
19      Q   And would Mr. Askew be the one in charge
20  with the change from this present logo to the
21  proposed one?
22      A   That would be who I would contact, yes,
23  sir.

Page 92

1       Q   Okay.  And do you have any knowledge as
2   to why the change is being made from a plant to a
3   sunburst?
4       A   Only to make it distinctive again
5   because of an additional merger taking place.
6       Q   Okay.  And what merger is that?
7       A   With AmSouth Bank.
8       Q   And the merger with AmSouth, has it
9   already occurred?
10      A   A legal merger has occurred.
11      Q   Okay.  And when did that take place?
12      A   November of 2006.
13      Q   And what is your understanding of the
14  geographic territory of AmSouth?
15      A   I can't define where they were.  Regions
16  will remain in the sixteen-state area where we --
17  where we are.
18      Q   All right.  What was the territory of
19  AmSouth prior to the merger, if you know?
20      A   I don't know.
21      Q   Are they in any area outside of the
22  sixteen-state region?
23      A   No, sir.

Page 93

1       Q   Aside from these three logos that we're
2   looking at, is there any other variation of the
3   Regions logo that you're aware of?
4       A   Not to my knowledge.
5       Q   Okay.
6       MR. PECAU:
7       Can we just take a short break?
8       MR. HUDSON:
9       Sure.
10  WHEREUPON, A RECESS WAS TAKEN.
11  BY MR. SHLESINGER:
12      Q   Mr. Dunman, we were talking about your
13  recollection of conversations you had with other
14  people involving inquiries as to the use of
15  Regions University.  And we talked about the two
16  in late last year, early this year, and then one
17  with a person whom you met at church.
18      We didn't get into the others following
19  that.  And so I want to discuss that with you
20  now.  What additional communications have you had
21  orally involving the use of the term
22  "Regions University" by the school?
23      A   Basically the question, the discussion

Page 94

1   would center around, what is the relationship or
2   why is there a relationship or why are y'all
3   opening a school or university.
4       Q   Who did you have a conversation with as
5   to why are you opening a school or a university?
6       A   Again, I don't recall specific people.
7   This was conversations in a public venue, if you
8   will, in a public meeting or -- not a bank meeting
9   but a community meeting or something like that. I
10  don't recall individuals.
11      Q   Do you recall the community meeting that
12  was part of this?
13      A   One would have been at a Chamber of
14  Commerce event that I can recall.
15      Q   And when was that?
16      A   I'd have to look at my calendar. But it
17  was in April.
18      Q   Okay. And specifically, what Chamber of
19  Commerce event?
20      A   They have a Business After Hours. Is
21  that what they call it? It's a function, a
22  gathering after hours at a business here in town
23  open to general membership or to the public.

Page 95

1       Q   Okay. And who raised the question as to
2   why was the bank getting involved in operating a
3   school?
4       A   The question was asked of me.
5       Q   Right. By whom, if you know?
6       A   I -- yeah. It was -- Jack Gallasini
7   would be the name that I received that question
8   from. That would be my --
9       Q   G-A-L-L-I-S-I-N-I?
10      A   That's -- that's close, yes, sir.
11          MR. PATERSON:
12          G-A-L-L-A-S-I-N-I.
13  BY MR. SHLESINGER:
14      Q   And who is Jack Gallasini?
15      A   He's a businessman here in town.
16      Q   And what did he ask you?
17      A   Basically, Regions University, what --
18  what area -- is that something new the bank is
19  doing. It would have been a question of that
20  nature.
21      Q   So as you recall he specifically asked
22  you, is Regions University something that the bank
23  is doing?

Page 96

1       A   Yes, sir.
2       Q   How did you respond to him?
3       A   The answer was no, that's not our -- not
4   affiliated with us, the bank.
5       Q   Did he make any other comment or
6   question in follow-up?
7       A   Conversation around what is it. My
8   response was, it's not part of the bank.
9       Q   Okay. Was this a topic of discussion at
10  the Chamber of Commerce event?
11      A   No. It was one-on-one.
12      Q   I see. So that was one of the half
13  dozen communications that you mentioned you've
14  had. Is that correct?
15      A   Yes, sir.
16      Q   What was the next communication that you
17  had?
18      A   That's the only specific conversation
19  that I remember the person involved --
20      Q   Okay.
21      A   -- beyond that, and -- and recalling the
22  name.
23      Q   And those other conversations where you

Page 97

1   don't recall the person that we haven't identified
2   yet, when did they happen?
3       A   These conversations occurred between the
4   first of the year and late April, during that time
5   frame. I don't have dates specific at all.
6       Q   You don't have the whereabouts or the
7   location or what had happened?
8       A   I recall the one at Sunday School, at
9   church, and the one at the Chamber. That's the
10  two that I specifically remember. The others, I
11  don't.
12      Q   So aside from those, you have no
13  recollection?
14      A   No.
15          MR. HUDSON:
16          I've marked as Exhibit Four some
17          documents that Messrs. Paterson and
18          Pecau were kind enough to produce
19          this morning. And we have
20          previously marked as Exhibit One
21          another group produced this
22          morning.
23          MR. PATERSON:

Page 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION


REGIONS ASSET COMPANY,              *
                                    *
      Plaintiff,                    *
                                    *
Vs.                                 *    CIVIL ACTION NUMBER
                                    *
REGIONS UNIVERSITY, INC.,           *    2:06cv882-MHT
                                    *
      Defendant.                    *



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Rule 30(b)(5); 30(b)(6) deposition of Regions

Asset Company, taken through the witness, EMMETT

M. POLLARD, before David Michael Camp,

Commissioner, in the law offices of Balch &

Bingham, LLP, 105 Tallapoosa Street, Suite 200,

Montgomery, Alabama, on May 10th, 2007, commencing

at approximately 8:59 o'clock a.m.

| Page 14 | Page 16 |
|---|---|
| 1   layman would understand what a Director of | 1   models for? |
| 2   Organization Development and Learning is? | 2      A   At last count, it was about sixty jobs |
| 3      A   It had the responsibility for | 3   that covered eighty percent of what we'd call high |
| 4   understanding the skill development needs of the | 4   incumbent positions. |
| 5   workforce and working on putting programs in place | 5      Q   What positions? |
| 6   to address those skill needs, responsibilities for | 6      A   High incumbent.  It would be the jobs |
| 7   understanding the systems that were needed out of | 7   that you had the most folks in.  So tellers, |
| 8   HR, to provide management with information on | 8   customer service representatives, assistant branch |
| 9   performance and talent. | 9   managers, branch managers, group sales managers, |
| 10      Q   And provide -- I got systems needed out | 10   relationship bankers, commercial bankers, trust |
| 11   of HR.  And then what was the next thing you said? | 11   administrators, IT systems programmers, HR |
| 12      A   Information on performance and talent. | 12   managers, accountants, auditors.  I don't think we |
| 13      Q   If you left out the systems part, would | 13   got into the legal force though. |
| 14   what you were doing be to identify the skills that | 14      Q   They are hard to train, aren't they? |
| 15   you needed to train your workforce to be able to | 15         MR. PECAU: |
| 16   accomplish and then develop a method of training | 16         Like cats. |
| 17   your workforce to accomplish those skills? | 17   BY MR. HUDSON: |
| 18         MR. PECAU: | 18      Q   Was it your job attempt to improve, |
| 19         I object to the form of the | 19   through training, the competency of variably all |
| 20         question.  Go ahead and answer if | 20   of the Regions employees? |
| 21         you can. | 21      A   I would classify that as management's |
| 22         THE WITNESS: | 22   job.  I supported management in that effort. |
| 23         I don't know how you can do that.  I | 23      Q   And was the training that you oversaw, |

| Page 15 | Page 17 |
|---|---|
| 1         don't know. | 1   coordinated or whatever you did with respect to |
| 2   BY MR. HUDSON: | 2   that training designed specifically to increase |
| 3      Q   Well, when you say that you wanted to | 3   the competency of the Regions workforce? |
| 4   identify the skills needed, what does that mean? | 4      A   Yes, sir. |
| 5      A   Well, what we did was develop competency | 5      Q   Was it designed for any other purpose? |
| 6   models on positions, understand the competency | 6      A   No. |
| 7   requirements of jobs.  We would go in and study | 7      Q   Okay.. Was Regions University purely a |
| 8   then those competencies to understand high | 8   corporate training program? |
| 9   performer behaviours. | 9      A   I'm not sure what you mean by "corporate |
| 10      And then we would develop our training | 10   training program". |
| 11   programs to try to replicate what a person needed | 11      Q   Well, you had used that term earlier and |
| 12   to learn to be a high performer. | 12   told us, as I remember, of a man who now has come |
| 13      Q   Okay.  How would you develop the | 13   over from AmSouth and was in charge of their |
| 14   competency models? | 14   corporate training program. |
| 15      A   We developed a process that would take | 15      A   You can, you know, kind of use corporate |
| 16   about three months per model.  It began with basic | 16   training to -- I just want to make sure we didn't |
| 17   job analysis work, where you would go out in the | 17   say corporate training is just over the corporate |
| 18   field, talk to folks to try to determine, you | 18   part of the bank.  "Corporate" in this case would |
| 19   know, the -- | 19   mean the whole bank. |
| 20      Q   I'm going to interrupt you only because | 20      Q   The whole bank. |
| 21   I asked a question that I don't need an answer to | 21      A   Yes. |
| 22   and it's going to require a lot of time.  Which | 22      Q   And is that purely what this program |
| 23   jobs within Regions did you develop competency | 23   was, was a bank training program for bank |

Emmett M. Pollard

Victor Hudson

6 (Pages 18 to 21)

Page 18

1 employees?
2    A    That's right.
3    Q    And has Regions University ever offered
4 any training or service of any kind or nature to
5 anyone who is not an employee of the bank?
6    A    There would be various outreaches from
7 the organization that would provide training.
8    Q    Okay.
9    A    Not out of my area though.  This would
10 just be individuals that were asked to, you know,
11 step into a civic responsibility and provide a
12 program to a local school or to an organization
13 that wanted to know more information about
14 banking.
15    Q    Maybe this is an unfair
16 characterization.  But it seems to me that's more
17 sort of a show-and-tell kind of presentation.  Is
18 that correct?
19        MR. PECAU:
20        I object to the form of the
21        question.
22        THE WITNESS:
23        No.  I think it was -- I don't know

Page 19

1        how to answer that.
2 BY MR. HUDSON:
3    Q    Okay.  Would it be your testimony that
4 Regions University would actually go out into the
5 public and use the name Regions University and
6 offer educational training services to the public?
7    A    No.  That was not the purpose of it.
8    Q    Is Regions University accredited in any
9 state as an educational institution?
10    A    I don't believe so.
11    Q    Has Regions University applied for and
12 received an exemption from any state in order to
13 conduct its affairs?
14        MR. PECAU:
15        Object.  I object to the form of the
16        question.
17        THE WITNESS:
18        I don't know how to answer that.
19 BY MR. HUDSON:
20    Q    Well, to your knowledge, has Regions
21 University applied for and obtained an exemption
22 from any authority in any state in order to
23 conduct its business?

Page 20

1        MR. PECAU:
2        Objection, form.
3 BY MR. HUDSON:
4    Q    You can answer the question.
5    A    I don't know.
6    Q    Okay.  At the time that you were the
7 Director of Organization Development and Learning
8 in 2003, if it were necessary for Regions
9 University to obtain an exemption from any state
10 in order to conduct its business, would it have
11 been your responsibility to obtain that
12 exemption?
13        MR. PECAU:
14        That's a long question.  Could you
15        read that back?
16        THE REPORTER:
17        "At the time that you were the
18        Director of Organization Development
19        and Learning in 2003, if it were
20        necessary for Regions University to
21        obtain an exemption from any state
22        in order to conduct its business,
23        would it have been your

Page 21

1        responsibility to obtain that
2        exemption?"
3        MR. PECAU:
4        I object to the form.
5        THE WITNESS:
6        In 2003, Regions University -- it
7        didn't take shape until 2004.
8 BY MR. HUDSON:
9    Q    Okay.  And in 2004, did you still hold
10 the position as Director of Organization
11 Development and Learning?
12    A    Yes, sir.
13    Q    And did you hold that position when
14 Regions University took shape?
15    A    Yes.
16    Q    At that time, if an exemption were
17 required from any state in order for Regions
18 University to conduct its business, would it have
19 been your responsibility to obtain that
20 exemption?
21        MR. PECAU:
22        Objection as to form.
23        THE WITNESS:

| Page 30 |
| --- |

1    Q    Your testimony, as I recall it, is that
2 in preparation for your deposition today, you
3 looked at your files. And I've shown you Exhibit
4 Four. And my question is, is Exhibit Four the
5 entirety of the file that you looked at before you
6 came here to testify today?
7    A    Yes, sir.
8    Q    Okay.
9    A    These are the files I looked at.
10    Q    Okay. And did you look at anything else
11 before you came here to testify today in
12 preparation for your testimony?
13    A    No, sir.
14    Q    Did you discuss your testimony, your
15 proposed testimony or any aspect of your testimony
16 with anyone except your lawyers?
17    A    No, sir.
18    Q    Is there any plan or proposal to market
19 Regions University outside of the bank?
20    MR. PECAU:
21    I object to the form of the
22    question.
23    THE WITNESS:

| Page 31 |
| --- |

1    I don't know.
2 BY MR. HUDSON:
3    Q    If there is, you don't know about it?
4    A    I don't know what you really mean by
5 "market" outside the bank.
6    Q    Is there any plan or proposal to use
7 Regions University for anything except the bank's
8 internal corporate training program?
9    A    Not that I'm aware of.
10    Q    Do you advertise in any way the
11 existence or services of Regions University?
12    A    Would you define the word "advertise?"
13    Q    I don't know if I can. What I would do
14 is ask you what your understanding of the word
15 "advertising" is. And you can tell me that and
16 then we can work with that.
17    A    If it's to communicate and display
18 information about the bank in order to attract
19 individuals to join the bank, the answer would be
20 yes.
21    Q    All right. And how do you do that and
22 where do you do that?
23    A    There are brochures that are used by

| Page 32 |
| --- |

1 recruiters as they, you know, market the bank to
2 prospective candidates for hire.
3    Q    I'll mark these in a moment. But just
4 to get us on the same track, are these examples of
5 the sort of brochures you're speaking of?
6    A    I don't see what I was speaking of in
7 here.
8    Q    Would you describe the brochures that
9 you're speaking of so that we can ask for them to
10 be produced, as well? If we just called them
11 brochures, would that be enough?
12    MR. PECAU:
13    Well, they have been produced.
14    MR. HUDSON:
15    Have they?
16    MR. PECAU:
17    Yeah.
18    MR. HUDSON:
19    And I didn't recognize them. Okay.
20 BY MR. HUDSON:
21    Q    Then would you describe to me the
22 brochures?
23    A    It's been so long since I've seen those

| Page 33 |
| --- |

1 -- I remember on the phone --
2    MR. PECAU:
3    Let's go off the record.
4 WHEREUPON, THERE WAS AN OFF-THE-RECORD
5 DISCUSSION.
6 BY MR. HUDSON:
7    Q    Mr. Pollard, to your knowledge, has
8 Regions ever been approved by a regional
9 accrediting body recognized by the U.S. Secretary
10 of Education or the U.S. Department of Education?
11    A    Not to my knowledge.
12    Q    To your knowledge, has Regions ever
13 filed for recognition or exemption under the post
14 secondary education laws of any particular state
15 to use the term "Regions University" or to operate
16 it's program for Regions University?
17    A    Not to my knowledge.
18    Q    To your knowledge, has Regions ever
19 sought or obtained authorization from any state to
20 use the term "university" for its training
21 program?
22    A    Not to my knowledge.
23    Q    To your knowledge, has Regions ever

Emmett M. Pollard                                              Victor Hudson

10 (Pages 34 to 37)

| Page 34 | Page 36 |
|---|---|
| 1 sought or obtained authorization from any state to | 1 word "university" outside of recruiting. |
| 2 publish the use of the term "university" as it | 2    Q   Outside of trying to attract new hires? |
| 3 apparently has done in Exhibits Nine, Ten and | 3    A   To my knowledge. |
| 4 Eleven? | 4    Q   Okay.  Now, please, if you will, |
| 5    A   Would you repeat that question, please? | 5 identify for us Exhibits Nine, Ten and Eleven. |
| 6    Q   Sir? | 6    A   Nine is a recruiting brochure.  Ten is a |
| 7    A   Would you repeat the question? | 7 brochure, I believe, that's used in new employee |
| 8    Q   To your knowledge, has Regions ever | 8 orientation. |
| 9 obtained authority from any state to authorize it | 9    Q   In what? |
| 10 to publish the term "university" as it apparently | 10    A   In new employee orientation. |
| 11 has done in Exhibits Nine, Ten and Eleven? | 11    Q   So Ten would not be publicly |
| 12    A   Not to my knowledge. | 12 disseminated.  That would be used within the bank? |
| 13    Q   Okay.  In fact, do Exhibits Nine, Ten | 13    A   My knowledge is that it was used for |
| 14 and Eleven reflect that Regions Asset Company | 14 orientation programs.  It could have been used for |
| 15 and/or Regions Financial Corporation have | 15 something else but I'm not aware of it. |
| 16 published to the public the fact that it is using | 16    Q   All right, sir.  But Nine would have |
| 17 the term "university?" | 17 been used publicly? |
| 18    A   If that question is to mean by the fact | 18    A   Yes. |
| 19 that those brochures are passed out to non-bank | 19    Q   Okay. |
| 20 people in an effort to solicit, you know, them to | 20    A   And Eleven is a copy of a web page. |
| 21 consider joining the bank, making them public | 21    Q   And is that publicly available? |
| 22 solicitations and awareness, then, yes. | 22    A   Yes. |
| 23    Q   Has the bank made any effort to limit | 23    Q   Okay.  Now, your attorney was kind |

| Page 35 | Page 37 |
|---|---|
| 1 its publication of its use of the term | 1 enough to give us Nine, Ten and Eleven because I |
| 2 "university" such as is reflected in Exhibits | 2 didn't have them here this morning, and |
| 3 Nine, Ten and Eleven, or elsewhere, to trying to | 3 represented that this may or may not be all of the |
| 4 attract new employees to the bank? | 4 brochures that were distributed outside the bank. |
| 5    MR. PECAU: | 5    In your recollection, were there brochures |
| 6    I object to the form of the | 6 distributed outside the bank touting the existence |
| 7    question. | 7 of Regions University other than Exhibit Nine? |
| 8    THE WITNESS: | 8    A   I believe that there have been other |
| 9    I don't understand the question. | 9 brochures that I have seen over the last three or |
| 10 BY MR. HUDSON: | 10 four years that communicate, you know, Regions |
| 11    Q   To the extent that the bank has made | 11 University, especially in its connection with |
| 12 public its use of the term "university", has the | 12 careers at the company.  And they could have been |
| 13 use of that been limited to its attempt to attract | 13 used for recruiting. |
| 14 new hires? | 14    Q   Could have been?  Sir? |
| 15    A   I don't know. | 15    A   Could have been used for recruiting. |
| 16    Q   Do you know of any other reason that the | 16    Q   Okay.  And if they were used in any |
| 17 bank has made public its use of the word | 17 respect, in conjunction with somebody who is not |
| 18 "university" except in an attempt to attract new | 18 an employee of the bank, the purpose would have |
| 19 hires as is reflected in Exhibits Nine, Ten and | 19 been recruiting.  Is that correct? |
| 20 Eleven? | 20    A   Yes, to my knowledge. |
| 21    A   That would be what I would think would | 21    Q   Okay.  Now, when I'm looking at Exhibit |
| 22 be -- that would be what I'm aware of.  I'm not | 22 Nine, the reference I see -- and there may be |
| 23 aware of any other efforts that they've used the | 23 more.  I just skimmed it.  The reference I see to |

Page 94

1  A  No, sir.
2  Q  Do you have a pass/fail system?
3  A  In some courses.
4  Q  So is there any testing associated with
5  many of the courses?
6  A  Courses where you have to prove
7  proficiency, for example, compliance, there's a
8  pass/fail cutoff score that's established. But
9  those are few, compared to all that are offered.
10  Q  And would you please tell me which those
11  are?
12  A  There's a series of, you know,
13  regulation law courses. I can't tell you
14  specifically all of them.
15  Q  But they're all required as part of the
16  bank's compliance with regulatory requirements?
17  A  Yes, sir.
18  Q  Do you teach in Spanish?
19  A  We have converted some of our course-
20  ware to Spanish to recognize some of the markets
21  that we're in.
22  Q  Do you offer any courses in English to
23  Hispanic speakers?

Page 95

1  A  No, sir.
2  Q  And the English language I'm speaking
3  of.
4  MR. PECAU:
5  I object to the form.
6  BY MR. HUDSON:
7  Q  Do you teach Spanish-speaking people how
8  to speak English?
9  A  Nó, sir.
10  Q  And vice versa. Do you teach English-
11  speaking people how to speak Spanish?
12  A  We have had some self-study courses in
13  the past on languages, Spanish being one of them,
14  on a volunteer basis.
15  Q  And have you done that under the
16  auspices of Regions University?
17  A  The materials were delivered by Regions
18  University, yes, sir.
19  Q  And from whom did you obtain the
20  materials? You don't need to tell me the name of
21  the company. Was it an outside vendor?
22  A  Outside vendor, yes.
23  Q  I'm going to show you Exhibits Fifteen

Page 96

1  and Sixteen that I've marked for identification.
2  And I want to ask you about something in
3  particular about them. Each of them has at the
4  bottom "https". Do you see that?
5  A  Yes, sir.
6  Q  In the web address or whatever you call
7  that. Is that the "S" that you referred to as a
8  secure site?
9  A  Yes, sir.
10  Q  And so both Fifteen and Sixteen would be
11  available only to bank employees who had a
12  password in order to access it?
13  A  Yes, sir.
14  MR. HUDSON:
15  Thank you, sir.
16  MR. PECAU:
17  I have no questions.
18
19  FURTHER, DEPONENT SAITH NAUGHT.
20  * * * * * * * *
21
22
23

Page 97

1  CERTIFICATE
2
3  STATE OF ALABAMA:
4  COUNTY OF MOBILE:
5  I, David Michael Camp, a Notary Public in
6  and for the State of Alabama at Large, hereby
7  certify that the within-named witness, EMMETT, M.
8  POLLARD, who was made known to me, was, by me,
9  first duly sworn to speak the truth, the whole
10  truth, and nothing but the truth in the case
11  aforesaid; that the testimony then given by said
12  witness was, by me, reduced to shorthand in the
13  presence of said witness, afterwards transcribed;
14  and that the foregoing is a true and correct
15  transcription of the testimony so given by the
16  witness as aforesaid.
17  I further certify that this deposition was
18  taken at the time and place as specified in the
19  foregoing caption and was completed without
20  adjournment.
21  I further certify that I am not a relative,
22  counsel or attorney for either party, or otherwise
23  interested in the outcome of this action.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE

## MIDDLE DISTRICT OF ALABAMA

## NORTHERN DIVISION

REGIONS ASSET COMPANY,                *
                                      *
        Plaintiff,                    *
                                      *
                                      *
Vs.                                   *   CIVIL ACTION NUMBER
                                      *
REGIONS UNIVERSITY, INC.,             *     2:06cv882-MHT
                                      *
        Defendant.                    *


* * * * * * * * * * * * * * * * * * * * * *

Rule 30(b)(6) deposition of Regions Asset Company, taken through the witness, SCOTT M. PETERS, before David Michael Camp, Commissioner, in the law offices of Balch & Bingham, LLP, 105 Tallapoosa Street, Suite 200, Montgomery, Alabama, on June 27th, 2007, commencing at approximately 9:07 o'clock a.m.

Scott Peters                                      Tom Hudson

24 (Pages 90 to 93)

Page 90

1       Okay.
2    BY MR. HUDSON:
3       Q   I'll show you what's been marked as
4    One-O-three and was recently produced to me, which
5    I understand to be the new logo for Regions Bank
6    after the merger. Am I correct in that
7    understanding?
8       A   That's correct.
9       Q   Is it being used now?
10      A   In some -- it is being used now. Not
11   comprehensively.
12      Q   But you're in transition?
13      A   Correct.
14      Q   And I'll show you previously what was
15   marked as Exhibit Three to Mr. Dunman's
16   deposition, and represent to you that it was his
17   testimony that that was the previous logo used by
18   Regions Bank. Is that correct?
19      A   That's correct.
20      Q   Has any other logo been used except
21   those depicted in Exhibits Three and One-O-three?
22      A   I don't know the answer to that. I do
23   -- yeah. Actually, I do know of the logo

Page 91

1    treatment of the G which was prior to the Union
2    Planters merger, and was used.
3       Q   With the stylized G?
4       A   Correct.
5       Q   And after the Union Planters merger, was
6    the logo adopted as depicted in Exhibit Three?
7       A   Yes.
8       Q   Okay.
9       A   Although the other logo is still widely
10   in use.
11      Q   With the stylized G?
12      A   Yes.
13      Q   And except for those, are there any
14   other logos that you're aware of?
15      A   Not that I know of.
16      Q   Have you participated in any meeting or
17   discussion with management in which there was any
18   discussion, whatsoever, about the new logo?
19      A   Yes.
20      Q   Tell me what the reasons were for the
21   choice of the new logo depicted in One-O-three as
22   they were communicated to you.
23      A   What we wanted to do was retain the

Page 92

1    brand equity of the Regions name and familiarity
2    with that while just kind of contemporizing it,
3    updating it. And some of it was --
4       Q   When you say "updating," you mean
5    updating the logo as it appeared in Exhibit Three?
6       A   One-O-three? This one?
7       Q   No. From Exhibit Three to One-O-three.
8       A   To the new one, yes. And also, there
9    was, in the earlier logo, a direct tie to Union
10   Planters based on the triangle and the plant.
11      Q   That's the Exhibit Three?
12      A   That's correct.
13      Q   That shows the little plant.
14      A   That's correct. And we wanted it to be
15   focused on Regions and not try to tie together
16   multiple legacy institutions like AmSouth and
17   Union Planters at a high level.
18      Q   So that was the reason for keeping the
19   little triangle but stylizing the leaves?
20      A   That's correct.
21      Q   I'm sorry but I'm going to have to look
22   over your shoulder on these. I only have one
23   copy.

Page 93

1       A   That's okay.
2       Q   Let me show you what has been marked as
3    Exhibit One-O-four and ask if you could identify
4    that.
5       A   Yes. I'm familiar with the BQSI.
6       Q   What is it?
7       A   It was an ongoing study, research study
8    for individuals who went into branches at Regions
9    to assess their satisfaction with the experience.
10      Q   Now, were you with Regions Bank at the
11   time that study was made?
12      A   No.
13      Q   Do you have any knowledge of it except
14   what is contained within the four corners of the
15   document, itself?
16      A   No.
17      Q   Okay. Generally, what is the purpose
18   for a quality satisfaction study?
19      A   To keep your finger on the pulse of the
20   satisfaction of your customers to understand what
21   makes them happy, what makes them sad, and to the
22   extent you're doing things that they don't like to
23   try to take corrective action in your

Page 114

1    have you advertised on?
2        A   Yahoo. The one that has -- I don't want
3    to get this wrong. Some of the home pages -- is
4    it -- the one owned by MSN -- excuse me. MSN.
5    And various other ones. I'd have to check on
6    that. But basically, we work with our media
7    buying firm and they recommend the sites that are
8    going to give us good reach.
9        Q   And are these sites that you appear on
10   the home page as opposed to giving some
11   preferential treatment like Google, over on the
12   right side, a pop-up?
13       A   I'm sorry. I didn't understand the
14   question.
15       Q   If I Google "socks", it will list ten
16   billion different people that sell socks but on
17   the right-hand side, it will pick out some
18   favorite people and put them up there. Is that
19   the sort of advertising you do or is it different
20   than that?
21       A   No. Typically, we'll do banners or
22   highlights on sites that might be topical or we
23   think are going to reach a broad base of the

Page 115

1    population we're trying to attract.
2        Q   When I was looking at your documents, I
3    thought I saw some discussion about buying cable
4    TV. And the discussion essentially said that you
5    were doing that rather than buying in the specific
6    states because it was cheaper overall to buy it on
7    cable TV. Do you recall that?
8        A   Yes.
9        Q   Except for cable TV buys like that, do
10   you advertise outside of the bank's sixteen-state
11   area?
12       MR. PECAU:
13       I object to the form of the
14       question. Go ahead.
15       THE WITNESS:
16       I guess it depends on -- when you
17       say "advertise", we market broadly.
18       For instance, we purchase
19       sponsorships to give us exposure and
20       media exposure outside. So, yeah,
21       outside of media, we do.
22   BY MR. HUDSON:
23       Q   Except for the sponsorships, do you

Page 116

1    advertise outside of your sixteen-state area?
2        A   Well, on the web, I would say we
3    advertise worldwide.
4        Q   As does everybody on the web, I
5    suppose. The sponsorships you're speaking of are
6    things like the SEC, the Sun Belt, the University
7    of Indiana, that sort of thing.
8        A   Uh-huh. Yes.
9        Q   And those people that are interested in
10   a sports team that you sponsor may live in some
11   area other than the state in which it's located.
12   Is that the sort of thing you're talking about?
13       A   That is, although I don't think the
14   audience is just people interested in that team.
15   For instance, the SEC --
16       Q   Is what?
17       A   I don't think the audience is just
18   people interested in that team, for instance. The
19   SEC is an extremely strong and visible conference
20   so that there's lots of folks who live in various
21   places who have no affiliation who have some
22   interest in it.
23       Q   Well, for instance, do you buy

Page 117

1    advertising and invest advertising dollars in
2    states like Alaska?
3        A   Not directly just in Alaska, but to the
4    extent they get hit by the other advertising.
5        Q   There might be somebody in Alaska that's
6    interested in the SEC and knows that you're a
7    sponsor.
8        A   Or sees our advertisements. Part of our
9    sponsorships are -- are media.
10       Q   And how would they see your
11   advertisement?
12       A   They're watching the game.
13       Q   During the course of the game, if you're
14   the bank of the SEC?
15       A   Yeah. Actually, there's -- we sponsor
16   some of the colleges, as well, and we get media in
17   kind as part of the sponsorship. So we would run
18   advertisements on that media.
19       Q   Now, radio. Do you buy satellite radio
20   coverage?
21       A   Right now, I do not believe we're
22   purchasing satellite.
23       Q   Have you done it before?

Page 118

1    A   Not to my knowledge.
2    Q   The radio -- in what states have you
3    bought radio coverage?
4    A   I'd have to check on all the states.
5    Q   Have you bought any radio coverage
6    outside of the sixteen states in which you
7    operate?
8    A   Other than sponsorship media, again, the
9    answer would be the reach has been outside of our
10   sixteen states, but the stations would largely be
11   in the sixteen.
12   Q   With the exception of the cable TV ads
13   that we talked about a moment ago, have you bought
14   any television advertisement outside of the
15   sixteen states in which you operate?
16   A   Again, the sponsorships.  And that would
17   be both radio and television.
18   Q   Do you place outdoor advertising in
19   states other than the sixteen in which you do
20   business?
21   A   Not to my knowledge, no.
22   Q   Have you utilized merchandising in any
23   of the sixteen states outside of those in which

Page 119

1    you do business?
2         MR. PECAU:
3         Object to the form of the question.
4         MR. HUDSON:
5         Excuse me?
6         MR. PECAU:
7         I just objected to the form of the
8         question.  I don't think you meant
9         it to be the way it came out.
10        MR. HUDSON:
11        Well, let me restate it.
12   BY MR. HUDSON:
13   Q   Have you used merchandising outside of
14   the sixteen states in which you have your banking
15   presence?
16   A   Merchandising is largely on the site of
17   our offices.  So I would think not.
18   Q   You haven't used cinema in the past?
19   A   I'm sorry?
20   Q   Have you used cinema in the past?
21   A   I believe it may have been used in the
22   UP/Regions merger.
23   Q   Do you know whether it was or not?

Page 120

1    A   I don't know for sure.
2    Q   Do you have a belief about whether or
3    not it was used outside of the sixteen-state area
4    where the bank does business?
5    A   I don't know the answer to that.
6    Q   What are the tentative plans for the use
7    of cinema in the future?
8    A   Well, in the near future is really the
9    only plans we have currently, which is when we're
10   doing name changes and putting our signs up in
11   conversion markets, is to use cinema as part of
12   the media mix.
13   Q   That's in a theater?
14   A   Correct.
15   Q   When you go in and you wait for the
16   movie to start, it says "Regions Realty" or
17   something?
18   A   No.  You may have seen this before.  But
19   they run commercials.  They'll run commercials in
20   the cinemas now.
21   Q   Okay.
22   A   Prior to the previews coming on.
23   Q   Okay.  Does the bank have a presence in

Page 121

1    Canada?
2    A   No, not to my knowledge.
3    Q   Does it have any international presence?
4    A   Not physical presence, no.  And my
5    previous answer on Canada was physical presence,
6    is what I was answering to.
7    Q   Is the bank licensed to operate in
8    Alabama?
9    A   Yes.
10   Q   Is it licensed to operate in all of the
11   fifty states?
12        MR. PECAU:
13        I think that's asking for a legal
14        opinion.  That's outside what the
15        witness has been brought up for.
16   BY MR. HUDSON:
17   Q   I would still like an answer to the
18   question.
19   A   I don't know the specific answer to that
20   and I'm not an expert on licensing.
21   Q   Okay.  Have you done any -- has the bank
22   done any studies with regard to brand awareness
23   other than the studies that you've produced and

Page 126

1    Q   All I'm trying to get to is --
2  regardless of where the money comes from -- is a
3  comprehensive list of all of the sponsorships by
4  the bank.
5    A   And that was the other list that I
6  directed to you first, which was more
7  comprehensive.
8    Q   And that would be what?
9    A   The one that was in your hand.
10   MR. PECAU:
11   Eighty-six?
12   MR. HUDSON:
13   No.  He's talking about the one that
14   had all the tickets on it.
15   THE WITNESS:
16   Yes, had the tickets, as well as the
17   sponsorships.
18 BY MR. HUDSON:
19   Q   Eighty-seven.
20   A   Eighty-seven.
21   Q   So between Eighty-six and Eighty seven,
22 we've got all the sponsorships?
23   A   Yeah.  And the corporate ones are likely

Page 127

1  in there, as well.  That should be a more
2  comprehensive list.
3    MR. PECAU:
4    And he was referring to Exhibit
5    Eighty-seven.
6  BY MR. HUDSON:
7    Q   Has the bank, or anyone on the bank's
8  behalf, done any studies or made any determination
9  of how broad the reach of the advertisement that
10 is associated with sponsorships in Exhibit
11 Eighty-six and Eighty-seven is?
12   A   No.
13   Q   When you say that you believe that those
14 sponsorships may constitute advertisement outside
15 of the sixteen-state area in which the bank does
16 business, is that speculation on your part?
17   A   No.
18   Q   What is the basis for you saying that?
19   A   If a game is run on national television,
20 picked up by a major network, it's run around the
21 country.
22   Q   And can you give me an instance of that
23 happening?

Page 128

1    A   I don't know the schedule of games in
2  the SEC that were picked up nationally.
3    Q   Well, for instance, we've got the Dallas
4  Cowboys listed on Eighty-seven.
5    A   Uh-huh.
6    Q   If the bank has sponsored the Dallas
7  Cowboys -- okay?
8    A   I think what you have there is tickets.
9    Q   How would that come up during a Dallas
10 Cowboys football game?
11   A   Tickets would not come up.  So that's
12 not a good example.
13   Q   Okay.  So that's one that you just
14 bought tickets.
15   A   We sponsor Lincoln Financial Network for
16 the SEC and the individual SEC schools.  We get
17 media during those games and during the LFS or
18 Lincoln Financial Sports network telecast.
19   Q   Now, when a University of Alabama
20 football game is telecast, for instance, what
21 would I expect to see as part of your sponsorship?
22   A   Depending on the game, you get certain
23 rights to either advertising time or recognition

Page 129

1  as a sponsor.
2    Q   And you make an election?  Do you make
3  the election of which you want?
4    A   No.  It's part of --
5    Q   It's in the contract?
6    A   It's part of a contract, that's correct.
7    Q   And typically, how are those contracts
8  phrased?  How are those decisions made about the
9  game?
10   A   I haven't examined all the contracts.
11 They're all different for the different schools.
12   Q   In those instances when you don't have
13 advertising, when you have sponsorship, how is the
14 sponsorship portrayed typically so the TV viewer
15 would see it?
16   A   Typically, that would be a mention of a
17 sponsor of the broadcast or a team.  So it would
18 be in the name of our company, potentially a
19 tag-on type thing.
20   Q   And it would say typically something
21 like "Bank of the Southeastern Conference", or
22 what would it say?
23   A   It probably would say "Regions" or the

Scott Peters                                                        Tom Hudson

34 (Pages 130 to 131)

Page 130

1   tag line now would be, "It's time to expect
2   more." And, yeah, they would probably --
3       Q   Tag line would be what?
4       A   Our new tag line is "It's time to expect
5   more." And then we would probably say "The
6   official bank of the Southeast Conference."
7       Q   Whatever type of message you're trying
8   to get out at the time. That's the tag line
9   you're trying to get out now.
10      A   Yeah. You tend to be consistent with
11  that.
12      Q   Okay.
13      A   But we could modify the mention if we
14  chose to do so.
15      Q   And is the Regions Bank logo portrayed
16  in these?
17      A   Typically, yes.
18          MR. HUDSON:
19          We're through.
20          MR. PECAU:
21          I have no questions. Thanks.
22  FURTHER, DEPONENT SAITH NAUGHT.
23          * * * * * * * * *

Page 131

1           CERTIFICATE
2
    STATE OF ALABAMA:
3   COUNTY OF MOBILE:
4       I, David Michael Camp, a Notary Public in and
    for the State of Alabama at Large, hereby certify
5   that the within-named witness, SCOTT M. PETERS,
    who was made known to me, was, by me, first duly
6   sworn to speak the truth, the whole truth, and
    nothing but the truth in the case aforesaid; that
7   the testimony then given by said witness was, by
    me, reduced to shorthand in the presence of said
8   witness, afterwards transcribed; and that the
    foregoing is a true and correct transcription of
9   the testimony so given by the witness as
    aforesaid.
10
        I further certify that this deposition was
11  taken at the time and place as specified in the
    foregoing caption and was completed without
12  adjournment.
13      I further certify that I am not a relative,
    counsel or attorney for either party, or otherwise
14  interested in the outcome of this action.
15      IN WITNESS WHEREOF, I have hereunto set my
    hand and affixed my seal at Mobile, Alabama on
16  this, the 1st day of July, 2007.
17
18
19          _____
            David Michael Camp
            Notary Public in and
20          for Alabama at Large.
21
22  My Commission expires February 20, 2008.
23

5009 Aldebaran Way West       Camp & Associates        Mobile, Alabama   36693
Phone (888) 661-8833         www.campandassociates.com    Fax (888) 661-8844

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| REGIONS ASSET COMPANY, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06-cv-882-MHT |
| | ) | |
| REGIONS UNIVERSITY, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFFS' RESPONSES TO
## DEFENDANT'S REQUESTS FOR ADMISSIONS

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiffs, Regions Asset Company, Regions Financial Corporation and Regions Bank ("Regions"), respond and object to the Set of Requests for Admission (the "Requests") served by Defendant, Regions University, Inc., dated May 23, 2007, as follows.

Regions makes the objections and responses herein (collectively, the "Responses") based solely on its current knowledge, understanding, and belief as to the facts and the information available to it as of the date of the Responses. Additional discovery and investigation may lead to changes to, additions to, or modification of these Responses. Regions has not completed its investigation of all the facts relating to this proceeding and has not completed its preparation for trial. Thus, the Responses are given without prejudice to Regions' right to produce subsequently discovered information and to introduce such subsequently discovered information at the time of any trial in this action. Regions does not waive any objection made in these Responses.

## GENERAL OBJECTIONS

The following General Objections apply to, and are incorporated by reference in, the Response to each and every Request. In addition to these General Objections, Regions has stated specific objections to Requests where appropriate, including objections that are not generally applicable to all Requests. Regions' specific objections to any of the Requests do not preclude, supersede, or withdraw any of the General Objections to that Request.

Regions objects to Defendant's definition of "documents" as being overbroad, oppressive and unduly burdensome. Regions defines "documents" as it is used under the Federal Rules of Civil Procedure Rule 34: "writings, drawings, graphs, charts, photographs, phonorecords, and other data compilations from which information can be obtained, translated, if necessary, by the respondent through detection devices into reasonably usable form."

Regions objects to Defendant's definition of "describe" as being overbroad and unduly burdensome. This definition is not reasonably calculated to lead to the discovery of admissible information but rather is all-encompassing and beyond the scope of discovery under Fed. R. Civ. P. 33.

In responding to the Requests, Regions does not concede that any of the information sought or provided is relevant, material, admissible in evidence, or reasonably calculated to lead to the discovery of admissible evidence.

## RESPONSES TO REQUESTS

### REQUEST NO. 1

Admit that you are not licensed or approved by any state agency in the state in which you do business to operate a postsecondary educational institution.

### RESPONSE TO REQUEST NO. 1

Admitted.

2

## REQUEST NO. 2

Admit that you have not applied for or received an exemption from the licensure requirements for postsecondary educational institutions in any state in which you do business.

## RESPONSE TO REQUEST NO. 2

Admitted.

## REQUEST NO. 3

Admit that, in connection with the operation of your employee training program, you have not applied for or received an exemption from any state agency regulating the operation of postsecondary educational institutions in any state in which you do business.

## RESPONSE TO REQUEST NO. 3

Admitted.

## REQUEST NO. 4

Admit that you are not authorized under your governing charter or articles of incorporation to operate a school providing educational services to the general public.

## RESPONSE TO REQUEST NO. 4

Regions objects to this Request on the grounds that it is vague and incapable of precise understanding as to the meaning of "authorized," and, to the extent it seeks an interpretation of Plaintiffs' articles of incorporation, it is seeking a legal conclusion. Rule 36 of the Federal Rules of Civil Procedure allows a party to request admissions that relate to statements or opinions of fact or of the application of law to fact. This Request neither relates to statements or opinions of fact nor the application of law to fact. Plaintiffs will produce its articles of incorporation in response to the corresponding document request.

## REQUEST NO. 5

Admit that, under the laws and regulations governing your operation and furnishing of banking services in the states in which you do business, you are not authorized to operate a school providing educational services to the general public.

3

**RESPONSE TO REQUEST NO. 5**

Regions objects to this Request on the grounds that it is vague and incapable of precise

understanding as to the meaning of "authorized," and, to the extent it seeks an interpretation of

banking laws, it appears to be seeking a legal conclusion. Rule 36 of the Federal Rules of Civil

Procedure allows a party to request admissions that relate to statements or opinions of fact or of

the application of law to fact. This Request neither relates to statements or opinions of fact nor

the application of law to fact.

**REQUEST NO. 6**

Admit that your employee training program identified by the mark "Regions University"
has not been approved by any regional accrediting body recognized by the U. S. Secretary of
Education or the U. S. Department of Education.

**RESPONSE TO REQUEST NO. 6**

Admitted.

**REQUEST NO. 7**

Admit that you have not received authorization from any state agency in any state in
which you do business to use the word "university" in the operation of your employee training
program.

**RESPONSE TO REQUEST NO. 7**

Regions objects to this Request on the grounds that in the context of this Request the

word "authorization" makes no sense and the request is meaningless and that it suggests that

"authorization" from some governmental authority would be necessary to use the common word

"university" for an employee training program, particularly when such term is commonly used

for such programs.

Except as objected to, Regions admits that it has not sought a license or obtained

4

governmental permission to use the word "university" for its Regions University program.

Respectfully submitted this 25th day of June, 2007.

One of the Attorneys for Plaintiffs Regions Asset
Company, Regions Financial Company and Regions
Bank

**OF COUNSEL:**

Charles B. Paterson (PAT018)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
pclark@balch.com

William G. Pecau
Rachel M. Marmer
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202)429-6244
Facsimile: (202)429-3902
wpecau@steptoe.com

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing PLAINTIFFS' RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION on counsel for Defendant by U.S. Mail on this 25th day of June, 2007 properly addressed to them:

Victor T. Hudson
William W. Watts, III
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601-0989

James E. Shlesinger
Shlesinger, Arkwright & Garvey LLP
1420 King Street
Suite 600
Alexandria, Virginia 22314

*Rachel M. Marner*



**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

REGIONS ASSET COMPANY,              )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )       Civil Action No. 2:06-cv-882-MHT
                                    )
REGIONS UNIVERSITY, INC.            )
                                    )
        Defendant.                  )
                                    )

### DEFENDANT, REGIONS UNIVERSITY, INC.'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES ON DEFENDANT REGIONS UNIVERSITY

Defendant, Regions University, Inc. ("Defendant"), by and through its attorneys, and subject to the general objections noted below, answers the interrogatories of Plaintiff, Regions Asset Company ("Plaintiff"), as follows:

### General Objections

1.    Defendant objects generally to Plaintiff's First Set of Interrogatories on Defendant, Regions University ("Plaintiff's Interrogatories") to the extent that they seek information and documents that are protected by the Attorney-Client Privilege, the Work Product Doctrine, or any other applicable privilege or immunity. Any inadvertent production or

Civil Action No. 2:06-cv-882-MHT

## INTERROGATORY NO.13:

Identify each instance in which a person directed a communication meant for Regions to Defendant or who inquired as to the relationship, association or connection of Regions or a REGIONS mark, service or business of Regions with the Defendant or its business or services and each person having knowledge thereof.

### RESPONSE:

Subject to and without waiving the foregoing general objections, Defendant identifies the following:

Telephone call concerning degree programs and inquiring as to affiliation of University with Regions Bank, Defendant identifies:

> Patsy Mott Fulgham
> Interim Director of Student Services
> Regions University
> 62 Wateree Key Drive
> Winnsboro, SC  29180, and,
>
> Dr. Rex A. Turner, Jr.,
> President
> Regions University
> 1200 Taylor Road
> Montgomery, AL  36117, and,
>
> Anita L. Crosby
> Chief Accountant and Special Projects Coordinator
> Regions University
> 1200 Taylor Road
> Montgomery, AL  36117

Telephone call concerning degree programs and inquiring as to affiliation of University with Regions Bank, Defendant identifies:

      Carolin Hughes,
      Admissions,
      Regions University
      72 Military Road
      Marion, AR 72364, and,

      Dr. Rex A. Turner, Jr.,
      President
      Regions University
      1200 Taylor Road
      Montgomery, AL  36117, and,

      Anita L. Crosby
      Chief Accountant and Special Projects Coordinator
      Regions University
      1200 Taylor Road
      Montgomery, AL  36117

E-mail from Dr. Wilson Luquire inquiring as to relationship between Regions University and Regions Bank. Defendant identifies:

      Dr. Rex A. Turner, Jr.,
      President
      Regions University
      1200 Taylor Road
      Montgomery, AL  36117, and,

      Dr. John H. White,
      Director, Center for
         Institutional Research
      Regions University
      1200 Taylor Road
      Montgomery, AL  36117, and,

Civil Action No. 2:06-cv-882-MHT

Clayton F. Schmidt,
Director of Computer Operations
Regions University
1200 Taylor Road
Montgomery, AL  36117

## INTERROGATORY NO.14:

State each fact upon which Defendant relies for its claims
of illegality, unclean hands, laches, estoppel or acquiescence
in Defendant's Affirmative Defenses of its Answer.

### RESPONSE:

Defendant specifically objects to Interrogatory No. 14 on

grounds that this Interrogatory seeks information protected by

the Work-Product Doctrine.  Defendant further objects to this

interrogatory as overly broad and unduly burdensome.  Subject to

and without waiving this objection and the foregoing general

objections, Plaintiff is not licensed to use the term, REGIONS

UNIVERSITY, and is otherwise prohibited by law from operating or

holding itself out as a "university" and has not enforced its

alleged rights in the term.

## INTERROGATORY NO.15:

State each fact upon which Defendant relies for its claim
that Regions' use of the mark REGIONS UNIVERSITY is unlawful.

17

Civil Action No. 2:06-cv-882-MHT

experts.  Defendant's experts will be identified as required by the Pre-Trial Order.

                              REGIONS UNIVERSITY, INC.


                              By:  _____
                              Its: _____

STATE OF _____
COUNTY OF _____

      I,_____, a Notary Public in and for said county in said state, hereby certify that _____, whose name is signed to the foregoing Answers To Plaintiff's First Set Of Interrogatories On Defendant Regions University, and who is known to me, acknowledged before me on this day that he has read the foregoing responses to interrogatories, and knows the contents thereof and that said responses are true and correct to the best of his knowledge, information, and belief.

      Given under my hand and official seal this _____ day of March, 2007.


(seal)                        _____
                              Notary Public
                              My Commission Expires:



                              Respectfully submitted,

                              _____
                              WILLIAM W. WATTS, III
                              [WATTW5095]
                              bill@alabamatrial.com
                              VICTOR T. HUDSON
                              [HUDSV1684]
                              tom@alabamatrial.com
                              Hudson & Watts, LLP

                                    20

# Regions History

## Our Beginning

The history of Regions Financial Corporation includes impressive growth and a solid commitment to customers.

The 139 - year history of Regions begins as a story of three separate Alabama banks. The First National Bank of Huntsville – although it originally had other names – has had a continuous charter since 1865. The First National Bank of Montgomery opened its doors in 1871, near the end of Reconstruction. And in 1928, Birmingham's Exchange Bank opened with $3,000 in capital raised by the Birmingham Exchange Club (hence the name of the first bank) whose members thought Birmingham's Five Points South area needed a bank. In the 1940s, it merged with Security Commercial and became Exchange Security. It was the first bank in Birmingham to have a bank parking lot — and the first bank in Alabama to have a drive-in teller facility.

In 1970, bankers and businessmen from all three banking companies got together and proposed a daring plan — the formation of the first multi-bank holding company in Alabama. Before their plan could be put into action, these banking pioneers had to overcome legal and regulatory hurdles as well as strong opposition from the banking industry in Alabama. But finally, in 1971 the Huntsville, Montgomery and Birmingham banks joined together to form Alabama's first multi-bank company, called First Alabama Bancshares, Inc. In 1994 the company became Regions Financial Corp. to better reflect its growing presence throughout the South.

## Today

As a regional force in banking and financial services, Regions works to help customers and communities realize their dreams by anticipating, understanding and meeting financial needs through effective solutions. Regions Financial Corporation and you - better together from the start.

The company had some $85.3 billion in assets as of June 30, 2005. Serving some 5 million customers throughout the South, Midwest and Texas, Regions is a full-service provider of retail and commercial banking, securities brokerage, mortgage, and insurance products and services.

Regions common stock is traded on the New York Stock Exchange under the symbol RF. Regions is ranked in both the *Fortune 500* and the *Forbes 500* listing of America's largest companies. For the latest information, visit our Internet Website at www.regions.com.

RAC: 00270

# Regions Fact Sheet Continued







## History:

Regions Bank began as three separate Alabama-based banks: The First National Bank of Huntsville (chartered in 1856), the First National Bank of Montgomery (opened in 1871) and the Exchange Security Bank of Birmingham (opened in 1928), all of which enjoyed success from the very beginning.

In 1971, the presidents of the three banks saw a need for a multi-bank holding company, and united under the name First Alabama Bancshares. A year later, the new bank entered into the mortgage business with the acquisition of Real Estate Financing. In 1987, First Alabama crossed state lines with an acquisition in Milton, Fla. By 1994, its footprint had expanded to cover seven states, and the more appropriate Regions name was adopted.

Since then, the growth has continued. By 2001, Regions made several other acquisitions, including Rebsamen Insurance and Morgan Keegan & Co.

More recently, in 2004, Regions Bank and Tennessee-based Union Planters Bank, announced a merger. Today, Regions provides everyday confidence to five million customers throughout a 16-state footprint.

## Regions Vision:

To help its customers and communities realize their dreams by anticipating, understanding and meeting financial needs through responsive associates — who have the ability to build effective solutions.

## Our Values:

- Sound financial management that optimizes shareholder value
- Collaborative thinking
- Consistent and ever-improving quality of service
- Growth and learning opportunities for performance-oriented associates
- Respect for all individual associates and customers
- Work/Life balance

## Subsidiaries

- Regions Bank
- Morgan Keegan & Co.
- Regions Morgan Keegan Trust
- Morgan Asset Management
- Regions Mortgage & EquiFirst
- Regions Insurance Group



President and CEO, Jack Moore



© 2006 Regions Bank. Member FDIC.

Everyday confidence.





RAC00010061

## SIGNATURE FORMATS

There are two approved formats for the Regions Financial Corp. signature.

**Format A** is preferred and used for horizontally restrictive space.

**Format B** is used for horizontally restrictive space. Do not alter the relationships of the signature elements. Use only approved reproduction artwork.

A



B

## SIGNATURE COLOR

The Regions signature colors are referred to as Regions Metallic Gold, Regions Gold, and Regions Green. These colors should appear the same regardless of application medium. The equivalent formulas for CMYK, PANTONE®, RGB and websafe execution of these colors are shown below.

*In lieu of the specified Regions colors, you may use the equivalents shown. The standards for PANTONE® colors are as shown in the current edition of the PANTONE Color Formula Guide.

The colors shown on these pages have not been evaluated by PANTONE, Inc., for accuracy and may not match the PANTONE Color Standards. PANTONE® is a registered trademark of PANTONE, Inc.

Note that Websafe equivalents are approximations of the Regions colors. Monitors can display only a limited palette, so it is not possible to match the desired colors exactly.



| Regions Metallic Gold | PANTONE® 873 | Cyan - 40% Magenta - 43% Yellow - 84% Black - 8% | Red - 141 Green - 110 Blue - 38 | Websafe: N/A |
|---|---|---|---|---|



| Regions Gold | PANTONE® 1245 | Cyan - 0% Magenta - 28% Yellow - 100% Black - 18% | Red - 209 Green - 152 Blue - 0 | Websafe: CC9900 |
|---|---|---|---|---|

| Regions Green | PANTONE® 3305 | Cyan - 100% Magenta - 0% Yellow - 60% Black - 51% | Red - 0 Green - 71 Blue - 55 | Websafe: 00584A |
|---|---|---|---|---|

RAC00002058

## SIGNATURE COLOR USE

Consistent signature appearance is important in maintaining the strength of our identity. Therefore, only the signature color formats shown here may be used. The full color version of the Region signature is preferred for both positive (on light-valued backgrounds) and reverse (on dark colored backgrounds) applications. The colors for each of the signature components are indicated to the right for both positive and reversed applications.

### Positive

**Two-Color** - Preferred



The logotype appears in Regions Green. The symbol appears in Regions Metallic Gold.

**Two-Color** - Alternative



The logotype appears in Regions Green. The symbol appears in Regions Gold.

**One-Color** - Preferred



All signature components appear in Regions Green.

**One-Color Black** - Preferred

**REGIONS**

The logotype appears in black. The symbol appears in 40% black.

**One-Color Black** - alternate

**REGIONS**

All signature components appear in Black.

### Reverse

**Two-Color** - Preferred

**REGIONS**

The logotype appears in White. The symbol appears in Regions Metallic Gold.

**Two-Color** - Alternative

**REGIONS**

The logotype appears in White. The symbol appears in Regions Gold.

**One-Color** - Preferred



All signature components appear in Regions Gold.

**One-Color Black** - Preferred

**REGIONS**

The logotype appears in white. The symbol appears in 40% black.

**One-Color** - Alternative

**REGIONS**

All signature components appear in White.

RAC00002059

## SIGNATURE AREA OF ISOLATION

To ensure clear legibility and presentation of the corporate signature, a clear space equal to or greater then the height of the "R" in Regions must surround the signature. This space remains free of any imagery including typography, background patterns and/or page trim. This is only the minimum distance. Ample "white space" is always preferred.

The area of isolation for the horizontal (format A) and vertical (format B) signatures is illustrated to the right.



## SIGNATURE SIZING

To ensure clear legibility and to prevent poor signature reproduction, sizes less than 1" should be avoided. These standards apply to Regions Financial Corp. and all subsidiaries that use the Regions signature.

Minimum size 1"



RAC00002060

## SIGNATURE MISUSE

Preserving the integrity of our signatures is essential to their legal protectability. Inaccurate use may cause deterioration of this protection. To the right are just a few potential misuses of our signatures. These misuses must always be avoided.

**Do not** typeset our name in attempt to recreate the signature.



**Do not** display the signature in an unapproved colors.



**Do not** alter the proportion of the signature in attempt to fit it into a display area.

**Do not** not move or alter the scale of individual graphic elements.



**Do not** display the signature on a visually active background.



**Do not** display the signature on a background with insufficient contrast to the signature.



**Do not** apply drop shadows or other stylized elements to the signature.



**Do not** use the signature in a sentence, headline or body copy.



**Do not** use gradients to color the signature.



RAC00002061

```
02/17/07                          REGIONS UNIVERSITY                    STUL11
11:16:23 AM                    Student Count by State              Page    1

        Enrolled Students from Regular Fall 2006 through Regular Spring 2007
              --      2
              AE      5
              AK      3
              AL    240
              AP      5
              AR     26
              AZ     10
              CA     25
              CO      9
              CT      6
              DC      1
              DE      2
              FL     35
              GA     73
              HI      2
              IA      2
              ID      5
              IL      9
              IN      9
              KS      1
              KY      7
              LA     13
              MD     17
              ME      4
              MI     14
              MO      7
              MS     37
              MT      4
              NC     24
              NE      2
              NJ      3
              NM      6
              NV      5
              NY     16
              OH     20
              OK     15
              OR      5
              PA     10
              PR      1
              RI      1
              SC     11
              SD      2
              TN     44
              TX     75
              UT      4
              VA     33
              VT      1
              WA     12
              WI      5
              WV      6
              WY      1
                   =====
       Total:    875
```

**RU 1908**

EXHIBIT

17

PENGAD 800-631-6989

## Southern Christian University 8604
## EXPENSES: UNDERGRADUATE EXPENSE

**EX1. FULL-TIME TUITION, FEES, ROOM AND BOARD** List the typical tuition, required fees, and room and board for a full-time undergraduate student for the FULL 2006-07 academic year. A full academic year refers to the period of time generally extending from September to June; usually equated to two semesters or trimesters, three quarters, or the period covered by a four-one-four plan. **Required fees** include only charges that all full-time students must pay that are *not* included in tuition (e.g., registration, health, or activity fees.) Do *not* include optional fees (e.g., parking, laboratory use). Expenses reported last year by your institution have been preprinted in the grids below. Please be sure to report the most recent full- and part-time tuition and fees and housing data.

Please feel free to attach a complete tuition and fee schedule in lieu of updating this question.

**a.** If 2006-07 official expense figures are not yet available, on what date will they be available?

**b.** Specify the typical number of units (i.e., credits, courses) taken by a full-time undergraduate student in a FULL academic year: **24 credits**

**c.** If undergraduate charges are not reported in U.S. dollars, specify the applicable currency:

### d. TYPICAL UNDERGRADUATE FULL-TIME TUITION [CDS G1]

|  | 2006-07 | 2005-06 |
|---|---|---|
|  | Full Academic Year | Full Academic Year |
| PRIVATE INSTITUTIONS: | 6,000 | 9,600 |
| PUBLIC INSTITUTIONS In-district: |  |  |
| In-state (out-of-district): |  |  |
| Out-of-state: |  |  |
| INTERNATIONAL STUDENTS: (nonresident aliens) |  |  |

### e. TYPICAL UNDERGRADUATE FULL-TIME REQUIRED FEES [CDS G1]

|  | 2006-07 | 2005-06 |
|---|---|---|
| FULL-TIME: (full academic year) |  | 800 |

### f. UNDERGRADUATE HOUSING [CDS G1]

|  | 2006-07 | 2005-06 |
|---|---|---|
| ROOM AND BOARD: |  |  |
| ROOM ONLY: |  |  |



EXHIBIT
*18*
*Tucker*

**RU 1374**

**g.** In addition to tuition, fees, and estimated expenses listed above, if your institution charges an additional, one-time required fee, specify the amount:
**2005-6:** __ **2006-7:** __

| h. ESTIMATED EXPENSES[ CDS G6] | | | |
|---|---|---|---|
| **2006-07** | Residents | Commuters (living at home) | Commuters (not living at home) |
| Books and supplies | 360 | 360 | 360 |
| Room only | | | |
| Board only | | | |
| Transportation | | | |
| Other | 1070 | 1070 | 1070 |

**i.** If your institution charges a comprehensive fee (covering tuition, fees, room and board) please specify the fee: [CDS G1]: **2005-06:** __ __ **2006-07:** __

**EX2. PART-TIME TUITION AND FEES** List the typical per-unit charge paid by part-time students.

**a. UNDERGRADUATE PART-TIME TUITION  [CDS G5]**

| | 2006-07 | 2005-06 |
|---|---|---|
| PRIVATE INSTITUTIONS: | 250 per semester hour | 400 per semester hour |
| PUBLIC INSTITUTIONS In-district: | _____ per _____ | _____ per _____ |
| In-state (out-of-district): | _____ per _____ | _____ per _____ |
| Out-of-state: | _____ per _____ | _____ per _____ |

**f. TYPICAL REQUIRED FEES FOR PART-TIME STUDENTS**

| | | |
|---|---|---|
| Per-credit fees: | _____ per _____ | _____ per _____ |
| Per-term fees: | _____ per _____ | _____ per _____ |

**EX3.** Check the appropriate boxes below to indicate reasons for variance in full-time tuition, part-time tuition, and room and board:

**a. TUITION AND FEES VARY ACCORDING TO:**

| | FULL-TIME | PART-TIME |
|---|---|---|
| Academic program | ( ) | ( ) |
| Campus/location | ( ) | ( ) |
| Class time (day, evening, etc.) | ( ) | ( ) |
| Course/credit load | (X) | ( X ) |
| Course level (100, 200, etc.) | ( ) | ( ) |
| Degree level (associate's, bachelor's) | ( ) | ( ) |
| Reciprocity agreements | ( ) | ( ) |
| Student level (freshman, sophomore, etc.) | ( ) | ( ) |

**RU 1375**



# REGIONS UNIVERSITY
### Where Traditional and Online Education Merge



## A Christian University
## Teaching Christ in all Regions of the World

### 33 Academic Degree Programs!

**www.regionsuniversity.edu | 1.888.790.8080**

FORMERLY SCU ♦ SOUTHERN CHRISTIAN UNIVERSITY

Regions University is accredited by the Commission on Colleges of the
Southern Association of Colleges and Schools (1866 Southern Lane, Decatur,
Georgia 30033-4097; Telephone number 404.679.4501) to award Associate of Arts,
Bachelor of Arts, Bachelor of Science, Master of Arts, Master of Science, Master of
Divinity, Doctor of Ministry, and Doctor of Philosophy degrees.

RU 216

Gospel Advocate   Feb, Mar 07 / Christian Chronicle   Feb, Mar 07

# Board of Regents Meeting

## Southern Christian University
Fiscal Year July 1, 2005 to June 30, 2006

**Date of Meeting: September 26, 2005**

## A Call to Order:

- Chairman Roger Dill called the meeting to order.

- Chairman Roger Dill led a special prayer for the Hugh Wyatt family in the loss of Jean

- Roll Call—those in attendance:
  Roger Dill, Dan Myers, Martin Anderson, Byron Benson, S.G. Gray, Don Pate, Jesse Russell, Bobby Terrell, E. J. Turner, Rex Turner, Jr., Hugh Wyatt

- A quorum was present for the meeting.

- Anita Crosby read the minutes for the secretary Brother Dan Myers for the spring May 27, 2005 meeting. The minutes were approved by the regents as read.

## Anita Crosby, chief accountant, presented the following:

- Fiscal Year 2005 Audited Financial Statements

- Fall enrollment growth reports.



EXHIBIT
20
Turner

## President Turner Gave An Overview of the University:

- President Turner reported on the evolution of the university. He discussed the following:

  - Our distance learning program began in 1993 through the use of video

1

**RU 109**

- 1999—SCU was selected as one of fifteen initial participants in the Distance Education Demonstration Program by the United States Department of Education

- Progress on our 185 acres

- President Turner discussed enrollment trends and rationale for considering a name change
  - Needed to increase enrollment in areas such as business in order to support our degrees in the Turner School of Theology:
  - Discussion concerning offering courses online in China. The Chinese Embassy would not grant permission because we had "Christian" in our name
  - The name "Christian" does not serve our business degrees well. We have two and a half years remaining on our Title III grant—after that the salaries that are currently being paid out of the grant will be paid out of our operating budget
  - There is a possibility of beginning an online law school in California. This would be approved through an exemption in the law
  - President Turner discussed the feasibility of changing our name to Masters University within Southern Christian University. The Turner School of Theology would continue to exist as a school within the university. We would not change our mission.
  - This highlights our need—we need a for-profit type name that is a broad name. This would bring in students that would help fund the degrees in the Turner School of Theology

- President Turner assured the Board that he was totally committed to the PhD in Biblical Studies—a name change would help make the PhD in Biblical Studies a success. He reported that he has discussed the possibility of a name change with the PhD in Biblical Studies faculty. President Turner reminded the Board of his stand on baptism being essential for salvation. He believes that if we just teach the Bible, the rest will take care of itself.

- President Turner updated the Board on new computer programs Southern Christian University is purchasing for Student Information Systems. We will be writing a check for $260,000 to SCT for computer programs this week. We are purchasing PowerCampus (Microsoft-based), PowerFAIDS for Financial Aid and Great Plains for bookkeeping. It will also cost approximately $250,000 for installation this year. In addition, there will be a $55,000 per year charge for maintenance.

2

**RU 110**

- Dr. White is currently working with recruiting
- We will be making application in Arizona—thousands of students are leaving Arizona to go to faith-based universities
- We are considering a fundraiser from York College who has done an excellent job in raising money
- Dr. Alford is working on a substantive change for an Associate of Arts degree
- We are considering offering a PhD in Business Leadership

- President Turner presented the University's Mission Statement, Goals, and Purposes

- President Turner presented the University Master Plan

## Board of Regent Comments:

- Beau Greer indicated that he favored a name change. He understood that there were limitations with our current name. If we could broaden our non-Biblical programs, this will help us to broaden our Biblical programs. We need to consider what will be the future of this institution if we do not change our name
- S.G. Gray stated that he felt that Southern Christian University was limiting
- President Turner reported that no official action is to be taken by the Board at this time—he is just making them aware that we need to consider a name change in the near future
- Beau Greer reported on the mining
- Martin Anderson stated that we should consider James Watkins as a Board Member—it was discussed that the Board Policy must be followed
- Hugh Wyatt expressed his appreciation for the outpouring of love for Jean and the family from the Board members.

## Board of Regents Discussed, Reviewed and/or Approved the Following:

- Minutes from the May 27, 2005 Board of Regents meeting
- Audited SCU Financial Statements July 1, 2004 to June 30, 2005
- SCU's Mission S-tatement Goals, and Purposes
- Southern Christian University Master Plan

3

# Board Meeting

## December 16, 2005
### Friday 2pm

**In Attendance:**

Dan Myers
Bobby Terrell
Jesse Russell
Raymond Elliott
Roger Dill
Don Pate
E.J. Turner
Byron Benson
Beau Greer
Rex Turner
<u>By Conference phone</u>:
Martin Anderson
Hugh Wyatt
Donnie Turner
Carl Barker
S.G. Gray

## Discussion

There was a lengthy discussion of the feasibility, need, and rationale for changing the name of Southern Christian University.  Some of the reasons cited were:  (1) A lot of colleges and universities have South or Southern in their name; (2) We have South University which is a local

1



**RU 117**

University which causes confusion; (3) SCU is planning to go to Arizona and Nevada and the Southern Christian University name will not work well in that region; and (4) We have run into problems with such countries as China and Russia with *Christian* in our name—we wanted to teach business courses in China.

The Board of Regents also cited that they understood the need, but felt that some might not like taking "Christian" out of the name. An observation was, however, made that several of our Christian universities have already done so—such as David Lipscomb University and Freed Hardeman University.

Some of the Regents felt that *Turner University* should be considered, but it was noted that some might think that it was named after Ted Turner rather than the founders Rex and Opal Turner. *Masters University* had been mentioned as the name, and after much discussion it was ultimately recognized by the majority as being the best name presented—knowing that this is not an easy decision!

After three hours of discussion Beau Greer made a motion as follows: "That the Board of Regents on this day has formally given approval to the president of Southern Christian University to proceed with getting the *Masters University* name officially registered, and that when this is accomplished the Board of Regents will reconvene to make a final decision to rename the institution to *Masters University*." Raymond Elliot seconded the motion and all

2

RU 118

g to

(4)

ıa

favorably, except E.J. Turner. The motion was
ed.

he

ın"

that

so—

nan

d be

at it

Rex

oned

ely

!

iotion

las

ters

this is

o make

ıd all

# Board Meeting

# March 17, 2006

## In Attendance:

Dan Myers
Bobby Terrell
Jesse Russell
Raymond Elliott
Roger Dill
Donnie Turner
Don Pate
E.J. Turner
Byron Benson
Beau Greer
Rex Turner
<u>By Conference phone</u>:
Martin Anderson
Hugh Wyatt
Carl Barker
S.G. Gray

## Discussion

Jesse Russell led the opening prayer.

The minutes of the December 16, 2005 meeting were read.

1



RU 133

President Turner reported that we made a request to register the name *Masters University* in December. This will take seven to eight months—there is a backlog in Washington.

President Turner read the resolution that our attorney prepared. He reported that we are not ready to officially change our name, but Board approval is needed so that we can secure email and a domain. The resolution will give the President approval to choose when to officially make the name change. It will not become official until we change our incorporation and send notice to the *Southern Association of Colleges and Schools*. We will not officially change our name until we have a trademark.

It was discussed that many things will need to be done before the official change: sign on the building, emails, advertising, etc. In addition, if we run into any problems, the name will not be changed.

There was also a discussion on our application with Arizona. Arizona requires the Social Security Numbers of all of our Board members. Some Board members stated some concern over providing this information. President Turner reported that he had Dr. John White contact the state of Arizona to verify that all Social Security Numbers had to be provided. They indicated that they would not grant a license if we failed to provide one number. It was discussed that since 9/11, the providing of information has changed. President Turner reported that the state of Arizona was obligated to protect our information and that

2

RU 134

we had no choice but to provide it.  All board members stated that they would provide the information.

There was further discussion concerning changing our name.  Some board members indicated that they wished we didn't have to change our name, but at the same time understood the need to do so.

It was discussed that "Southern" in our name was also limiting.  Not only are we online in all states, but we are pursuing a physical presence in other states such as Arizona and Nevada.

President Turner stated his appreciation for some board members indicating that the name of the university should be Turner in honor of his parents, but didn't think that this would be the best decision in the scheme of things.  He indicated that we could recognize Rex and Opal Turner when we move to the new campus.

Hugh Wyatt stated that he felt the new name was a good idea.  He wanted to make sure that our mission would not change.  President Turner stated that our mission was not changing.  Masters University represents Jesus, the Master teacher.

It was discussed that *Turner School of Theology* will still exist.  We will still own the name *Southern Christian University*.

3

RU 135

we had no choice but to provide it. All board members stated that they would provide the information.

There was further discussion concerning changing our name. Some board members indicated that they wished we didn't have to change our name, but at the same time understood the need to do so.

It was discussed that "Southern" in our name was also limiting. Not only are we online in all states, but we are pursuing a physical presence in other states such as Arizona and Nevada.

President Turner stated his appreciation for some board members indicating that the name of the university should be Turner in honor of his parents, but didn't think that this would be the best decision in the scheme of things. He indicated that we could recognize Rex and Opal Turner when we move to the new campus.

Hugh Wyatt stated that he felt the new name was a good idea. He wanted to make sure that our mission would not change. President Turner stated that our mission was not changing. Masters University represents Jesus, the Master teacher.

It was discussed that *Turner School of Theology* will still exist. We will still own the name *Southern Christian University*.

RU 135

## RESOLUTION

WHEREAS, Southern Christian University, Inc., has for some years operated under the name Southern Christian University; and,

WHEREAS, it is important that Southern Christian University increase its attractiveness to potential students, not just regionally, but also nationally and internationally, and thereby maximize educational opportunities and achievements; and,

WHEREAS, changing the institution's name will also assist the University in projecting itself as a nationally recognized university of prominence;

NOW THEREFORE BE IT RESOLVED THAT Southern Christian University, Inc. does hereby resolve that the name of the University is changed to "Masters University, Inc.";

BE IS FURTHER RESOLVED THAT this name change shall become effective on or before December 31, 2006, as determined by the President and evidenced by the President's letter to the Chairperson of the Board, to be recorded in the minutes of the Board meeting next occurring thereafter;

BE IT FURTHER RESOLVED THAT President Rex Turner, Jr. is hereby authorized to, acting on behalf of the Corporation and its Board, cause the proper State and County authorities to be notified of this name change, register (with or without the additional signature(s) of Board officers) the new name with the appropriate governmental officials and offices, protect the University's use of the new name from infringement and use by others, and take such other action he deems appropriate and consistent with the University's best interests; and,

BE IT FUTHER RESOLVED THAT President Turner is also hereby authorized to, for a period of one year after the name change becomes effective, take such action as he deems necessary or proper in order to effectuate a smooth transition in the use of University names, including but not limited to the use of either or both names in ongoing agreements, registrations, or otherwise.

DONE this the _17th_ day of _MARCH_, 2006.


IN WITNESS WHEREOF, the Chairman and Secretary of the Southern Christian University, Inc. Board of Trustees, as well as the President of Southern Christian University, Inc., have signed their names below as confirmation that, there being first assembled a quorum of the aforesaid Board of Trustees members, the aforesaid Resolution was duly consented to, agreed upon, approved, and adopted by a majority of the voting members of said Board of Trustees on this the _17th_ day of, _MARCH_, 2006.

EXHIBIT
24
Turner
PENGAD 800-631-6989

RU 137

_ROGER DILL_

_Roger Dill_____, As Chairman,
Board of Trustees of
Southern Christian University, Inc.

**STATE OF ALABAMA**     )
**MONTGOMERY COUNTY**  )

    Before me, _Elaine Jarence_ a Notary Public in and for the State of Alabama, personally appeared _Roger Dill_____, who being by me first duly sworn, states that he is over nineteen years of age, that he is a member of the Southern Christian University, Inc. Board of Trustees, that he is the duly elected Chairman of said Board of Trustees, and that in said capacity he confirms that, there being first assembled a quorum of the aforesaid Board of Trustees members, the aforesaid Resolution was duly consented to, agreed upon, approved, and adopted by a majority of the voting members of said Board of Trustees on the above-stated date.

    This the _17th_ day of, _March_____, 2006.

    (SEAL)

                                _Elaine Jarence_
                                Notary Public
                                My Commission Expires: _1-10-07_

_DAN MYERS_

_Dan Myers_____, As Secretary,
Board of Trustees of
Southern Christian University, Inc.

**STATE OF ALABAMA**     )
**MONTGOMERY COUNTY**  )

    Before me, _Elaine Jarence_ a Notary Public in and for the State of Alabama, personally appeared _Dan Myers_____, who being by me first duly sworn, states that he is over nineteen years of age, that he is a member of the Southern Christian University, Inc. Board of Trustees, that he is the duly elected Secretary of said Board of Trustees, and that in said capacity he confirms that, there being first assembled a quorum of the aforesaid Board of Trustees members, the aforesaid Resolution was duly consented to, agreed upon, approved, and adopted by a majority of the voting members of said Board of Trustees on the above-stated date.

    This the _17th_ day of, _March_____, 2006.

    (SEAL)

                                  _Elaine Jarence_
                                Notary Public
                                My Commission Expires: _1-10-07_

RU 138

Rex Turner, Jr., As President,
Southern Christian University, Inc.

**STATE OF ALABAMA**                    )
**MONTGOMERY COUNTY**             )

Before me, _Elaine Jarence_ a Notary Public in and for the State of Alabama, personally appeared _Rex A. Turner, Jr._, who being by me first duly sworn, states that he is over nineteen years of age, that he is a the President of Southern Christian University, and that in said capacity he confirms that, there being first assembled a quorum of the aforesaid Board of Trustees members, the aforesaid Resolution was duly consented to, agreed upon, approved, and adopted by a majority of the voting members of said Board of Trustees on the above-stated date.

This the _17th_ day of, _March_, 2006.

(SEAL)

_Elaine Jarena_
Notary Public
My Commission Expires: _1-10-07_

RU 139

### SOUTHERN CHRISTIAN UNIVERSITY
**Minutes of Team Meeting**
**July 06, 2006**

**Team Name:** Policy Review Team

**Meeting Location:** Boardroom

**Meeting Start Time:**                    **Meeting End Time:**

**Committee Members Present:**
Dr. Rex, Dr. Patterson, Dr. White, Clayton Schmidt, Rick Johnson, Ed Smith, Rosemary Kennington, Elaine Tarence, Terence Sheridan, Anita Crosby

**Committee Members Not Present:**
Kay Newman

**Other SCU Employees or Visitors:**

**Minutes:**

*Item 1--Reinstatement*

*There was a discussion concerning when reinstatement is required. It was discussed that a student that was out over a year must be reinstated to the university. The student will then be placed into a current degree program. A reinstatement is done to ensure that any new requirements are met by the student. A student should not be placed in an old degree program, but should be placed in a current degree program.*

*Item 2—International Students*

*There was a discussion concerning whether or not students needed an I-20 if they remained in the home country (for example, China).*

*It was discussed that the INS rules only applied to students that would be coming to the United States to study.*

*It was stated that we needed to be absolutely sure we interpreted the INS rules correctly before we started registering students from other countries.*

*Decision: Dr. White will check will our attorney for a ruling.*

PENGAD 800-631-6989

EXHIBIT
25
Turner

Minutes of Team Meeting

*Item 3—Discussion of Associate of Arts degree, certificate.*

*There was a discussion concerning a 48 hour degree in Conflict Resolution.*

*Dr. White stated that we may not need to submit this to SACS. This degree was worthy of discussion.*

*Item 4—Asterisk grade policy*

*There was a discussion concerning the new asterisk grade policy. This needs to be in place Fall semester. Dr. White will work with Anita, Dr. Patterson and Laina on a form. Rick Johnson will get with Elaine Tarence to make sure that the new policy is in the syllabi. There will be an SCU Coordinating Office. A form needs to be online and in the syllabi. The withdrawal policy also needs to be in the syllabi.*

*Item 5—Half-time*

*There was discussion concerning how we state half-time for the undergraduate programs.*

*Decision: We will state half-time as being 6 semester hours. We may add 1 or 2 hour courses.*

*Item 6—3.0 requirement*

*There was discussion concerning the ATS requirements. Dr. White reported that ATS does not have specific requirements in this area.*

*Decision: the 3.0 requirement for the M.A. in Behavioral Leadership in Management, the M.A. in Biblical Studies and the M.A. in Practical Theology will pertain only to the counseling courses.*

*Item 7—Concentrations*

*There was a discussion concerning concentrations.*

*Decision: We do not have any concentrations. All reference to concentrations will be removed from the catalog.*

*Item 8—ATS Residency Requirements*

*There was a discussion concerning ATS residency requirements. We will need to change to 1-year and 2-year residency, rather than 18 hours, etc. The new requirement states that a majority must be in residency.*

**Minutes of Team Meeting**

**RU 147**

**Decision:** *We will make the appropriate changes when we submit our self-study. We may need to create another college.*

**Item 9—New Courses**

**Dr. Patterson submitted proposed new courses: Archadian Grammar (Graduate); Archadian Reading (Graduate); Speech (Undergraduate); Hieroglyphics.**

**Also, Dr. Patterson proposed moving Spanish courses from SP to FD.**

**Decision:** *Above recommendations were approved.*

**Item 10—Catalog**

**Decision:** *The catalog was approved.*

**Item 11—Masters University**

**Dr. Rex reported that we have run into a problem with Masters University. We have a patent attorney in Washington. There is another university that has Masters in its title. There could be an appeal to the patent office. This will probably add 2 months to the process—this will delay our roll-out.**

**Item 12—GPA**

**Rosemary Kennington reported that our current program calculates the gpa using 4 digits. PowerFAIDS only holds 2 digits. Rosemary proposed that we change our gpa policy to be rounded to the nearest 100th, calculating from fall forward. This would be the same for academic and financial aid.**

**Decision:** *The policy was approved as proposed.*

**Minutes of Team Meeting**

**RU 148**

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:**    78/775959

**APPLICANT:**    Southern Christian University

JUN 22 2006

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**CORRESPONDENT ADDRESS:**
SOUTHERN CHRISTIAN UNIVERSITY
1200 TAYLOR ROAD
MONTGOMERY, AL 36117-3553

**MARK:**    MASTERS UNIVERSITY

**CORRESPONDENT'S REFERENCE/DOCKET NO:**  N/A

**CORRESPONDENT EMAIL ADDRESS:**

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

# OFFICE ACTION

**RESPONSE TIME LIMIT:** TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

**MAILING/E-MAILING DATE INFORMATION:** If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

RE: Serial Number 78/775959 – MASTERS UNIVERSITY

The assigned examining attorney has reviewed the referenced application and determined the following.

## SEARCH OF OFFICE RECORDS

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d).  TMEP section 1105.01.

## MARK IS MERELY DESCRIPTIVE

The examining attorney refuses registration on the Principal Register because the proposed mark merely describes the services.  Trademark Act Section 2(e)(1), 15 U.S.C. Section 1052(e)(1); TMEP section 1209 *et seq.*



EXHIBIT
26
Farrer

RU 140

A mark is merely descriptive under Trademark Act Section 2(e)(1), 15 U.S.C. 1052(e)(1), if it describes an ingredient, quality, characteristic, function, feature, purpose or use of the relevant goods or services. *In re Gyulay*, 820 F.2d 1216, 3 USPQ2d 1009 (Fed. Cir. 1987); *In re Bed & Breakfast Registry*, 791 F.2d 157, 229 USPQ 818 (Fed. Cir. 1986); *In re MetPath Inc.*, 223 USPQ 88 (TTAB 1984); *In re Bright-Crest, Ltd.*, 204 USPQ 591 (TTAB 1979); TMEP section 1209.01(b).

The examining attorney must consider whether a mark is merely descriptive in relation to the identified services, not in the abstract. *In re Omaha National Corp.*, 819 F.2d 1117, 2 USPQ2d 1859 (Fed. Cir. 1987); *In re Abcor Development Corp.*, 588 F.2d 811, 200 USPQ 215 (CCPA 1978); *In re Venture Lending Associates*, 226 USPQ 285 (TTAB 1985). It is not necessary that a term describe all of the purposes, functions, characteristics or features of the services to be merely descriptive. It is enough if the term describes one attribute of the services. *In re H.U.D.D.L.E.*, 216 USPQ 358 (TTAB 1982); *In re MBAssociates*, 180 USPQ 338 (TTAB 1973).

The applicant has applied to register the mark MASTERS UNIVERSITY in standard character form for use in connection with "education at the university level." See the attached dictionary evidence retrieved from the Internet

Based upon this evidence and the legal standards as set forth above, the examining attorney concludes that the proposed mark is merely descriptive of the applicant's services. It appears that the applicant is a masters university. Accordingly, the mark is refused registration on the Principal Register under Section 2(e)(1) of the Trademark Act.

If the applicant is *not* a masters university and the idea conveyed by the mark is false but plausible, then the mark is deceptively misdescriptive and also unregistrable under Trademark Act Section 2(e)(1), 15 U.S.C. Section 1052(e)(1). *In re Woodward & Lothrop Inc.*, 4 USPQ2d 1412 (TTAB 1987); *In re Ox-Yoke Originals, Inc.*, 222 USPQ 352 (TTAB 1983).

Although the examining attorney has refused registration, the applicant may respond to the refusal to register by submitting evidence and arguments in support of registration. If the applicant chooses to respond to the refusal to register, the applicant must also respond to the following informalities.

## INFORMALITIES

### Recitation of Services

The recitation of services is unacceptable as indefinite. TMEP section 1402.11. The applicant must amend the recitation to clarify the exact nature of the services. The applicant may adopt the following recitation, if accurate:

Educational services in the nature of courses at the university level, in INT. CLASS 41.

To the extent the recitation of services suggested above is incomplete or inaccurate, the applicant is advised that the *Trademark Acceptable Identification of Goods and Services Manual* is accessible via the USPTO homepage at the following address: <http://www.uspto.gov/web/offices/tac/doc/gsmanual/>.

Please note that, while an application may be amended to clarify or limit the recitation, additions to the recitation are not permitted. 37 C.F.R. Section 2.71(a); TMEP section 1402.06. Therefore, the applicant may not amend to include any services that are not within the scope of the services recited in the present recitation.

## Request for Additional Information

The nature of the services is not clear from the present record. In order to allow proper examination of the application and to determine whether all or part of the wording in the mark is merely descriptive in relation to the services, the applicant must submit samples of advertisements or promotional materials for the services or services of the same type.

If such materials are not available, the applicant must indicate so for the record and describe in detail the nature, purpose and channels of trade of the services on which the applicant has asserted a bona fide intent to use the mark. 37 C.F.R. Section 2.61(b); TMEP sections 1103.04 and 1105.02.

Trademark Rule 2.61(b) states "The examiner may require the applicant to furnish such information and exhibits as may be reasonably necessary to the proper examination of the application". The Trademark Trial and Appeal Board has upheld a refusal of registration based on the applicant's failure to provide information requested under this rule. *In re Babies Beat Inc.*, 13 USPQ2d 1729 (TTAB 1990)(failure to submit patent information regarding configuration).

## APPLICANT MAY WISH TO SEEK TRADEMARK COUNSEL

The applicant may wish to hire a trademark attorney because of the technicalities involved in the application. The Patent and Trademark Office cannot aid in the selection of an attorney.

## TELEPHONE FOR ASSISTANCE

If the applicant has any questions or needs assistance in responding to this Office action, please telephone the assigned examining attorney.

/Alicia P. Collins/
Trademark Examining Attorney
U.S. Patent and Trademark Office
Law Office 115
(571) 272-9147
(571) 273-9147 (fax)

## HOW TO RESPOND TO THIS OFFICE ACTION:

- ONLINE RESPONSE: You may respond using the Office's Trademark Electronic Application System (TEAS) Response to Office action form available on our website at http://www.uspto.gov/teas/index.html. If the Office action issued via e-mail, you must wait

RU 142

72 hours after receipt of the Office action to respond via TEAS. **NOTE: Do not respond by e-mail. THE USPTO WILL NOT ACCEPT AN E-MAILED RESPONSE.**

* REGULAR MAIL RESPONSE: To respond by regular mail, your response should be sent to the mailing return address above, and include the serial number, law office number, and examining attorney's name. **NOTE: The filing date of the response will be the *date of receipt in the Office*,** not the postmarked date. To ensure your response is timely, use a certificate of mailing. 37 C.F.R. §2.197.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending applications can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.**

Serial Number 78775959     Attachment # 1 masters     Page 1 Of 1



Serial Number 78775959          Attachment # 2 university          Page 1 Of 1



## SOUTHERN CHRISTIAN UNIVERSITY
### Minutes of Team Meeting
### July 27, 2006

**Team Name:** <u>Policy Review Team</u>

**Meeting Location:** <u>Boardroom</u>

**Meeting Start Time:**                    **Meeting End Time:**

<u>**Committee Members Present:**</u>

Dr. Rex, Dr. Patterson, Dr. Alford, Clayton Schmidt, Rick Johnson, Ed Smith, Rosemary Kennington, Elaine Tarence, Anita Crosby

<u>**Committee Members Not Present:**</u>

Dr. White, Kay Newman, Terence Sheridan

<u>**Other SCU Employees or Visitors:**</u>

Barbara Turner, Laina Turner

<u>**Minutes:**</u>

### Name Change

*There was a discussion concerning Masters University. It was reported that we were about to announce the name change about a week ago. It was then brought to the attention of our trademark attorney that there was a Masters College of Bible. Our trademark attorney, Jim Schlesinger, recommended that we not change to Masters University. He indicated that they could contest it and that could pose a serious problem.*

*Our trademark was then asked to research the registerability of three possible names: (1) Turner University, Rex University and Regions University. A copy of the research is attached.*

*Turner University was mention in honor of the founders. There was some doubt as to the registerability of this name for educational purposes.*

*Rex University was registerable—Dr. Rex indicated that this would not be the best name for the institution.*

*Regions University was registerable. This went along with our mission of going into all the regions of the world to preach the gospel. Acts 13:49 was mentioned.*

Minutes of Team Meeting

PENGAD 800-631-6989

EXHIBIT
27
Turner

*All agreed that this name would be appropriate for two reasons:  one for our heritage and mission of going into all the world; the other is due to the fact that we are a distance learning institution and are in all regions of the United States and are going into other regions of the world.*

**Adjournment:**

TBD

**Next Meeting of the Audit Committee:**  TBD

**Minutes of Team Meeting**

**RU 150**

## LISTING OF ATTACHMENTS

1. Service Mark searches—Turner University, Rex University, Regions University

**Minutes of Team Meeting**

RU 151

## Rex Turner

**From:**    Jim Shlesinger [jim@saglip.com]
**Sent:**    Thursday, July 27, 2006 9:59 AM
**To:**      Rex Turner
**Subject:** Service Mark searches–TURNER UNIVERSITY, REX UNIVERSITY and REGIONS UNIVERSITY

Dear Dr. Turner:

Pursuant to your request, we conducted searches of the United States Patent and Trademark Office (USPTO) records in an effort to determine registrability of each of the above identified marks, for use in association with educational services at the post-secondary level. The searches were performed on our about July 26, 2006, and at the time the searches were conducted, the USPTO records were current through July 12, 2006.

A full report, including copies of the references developed will be mailed to you. Please be advised as follows:

TURNER UNIVERSITY

The references developed include multiple registrations issued to companies associated with Ted Turner for a wide range of products and services, including TURNER, for television programing; TURNER LEARNING, for the production of educational programs designed for school use; TURNER SOUTH, for entertainment and education services; and an expired mark, TURNER ADVENTURE LEARNING, for education and entertainment.

Based on the results, there exists the possibility that the USPTO may refuse registration of your proposed mark on grounds of a likelihood of confusion as to sponsorship or affiliation with one or more of the marks noted above. While there are good arguments which may be presented in favor of the registrability of your proposed mark, there remains some doubt concerning the ability to register TURNER UNIVERSITY, for educational services in light of the registrations developed.

REX UNIVERSITY

Our search did not find any conflicting marks. The closest registration developed is the mark, REX READER, for educational services, namely, providing elementary level reading activities. We believe we can distinguish this mark from your proposed mark. Accordingly, the mark, REX UNIVERSITY, appears to be registrable at this time.

REGIONS UNIVERSITY

The search developed variations of the term "regions" for various educational services. These include the following:

1. REGION 4 EDUCATED SOLUTIONS–for conducting educational training for educators at primary and secondary level schools;

2. REGIONAL CONNECTS–for conducting events for career development services for executive women in the food service industry;

3. NORTH CENTRAL REGIONAL EDUCATIONAL LABORATORY–for education services;

4. REGIONAL LEADERSHIP INSTITUTE–for providing classes, seminars, etc in the field of leadership;

5. REGIS UNIVERSITY–educational services (university level);

6. REGENT UNIVERSITY–educational services (university level);

7/27/2006



EXHIBIT
28
Turner

RU 178

7. REGAL UNIVERSITY—educational services (university level); and

8. REGENTS OF THE UNIVERSITY OF MINNESOTA—educational services (university level).

The records suggest that your proposed mark is registerable. The term "region" is used in a geographic context in the first four marks listed above, *suggesting weakness in the strength of these marks*. The remaining marks evidence weakness in marks which are otherwise different in spelling, pronunciation, or meaning.

The sophistication of the consumer or user of higher educational services reduces the likelihood that confusion would result from the concurrent use of the marks in question. Based on the results of the search, we are of the opinion that the mark, REGIONS UNIVERSITY, is registerable for educational services, namely, providing instruction at the university level.

In conclusion, the marks, REX UNIVERSITY, and REGIONS UNIVERSITY, appear to be registrable. Please consider filing applications for one or both of these marks at this time.

Very Truly Yours,

James E. Shlesinger
Shlesinger, Arkwright & Garvey LLP
1420 King Street, Suite 600
Alexandria, VA 22314
703-684-5600 phone
703-836-5288 fax
jim@sagllp.com

Warning: The information contained in this transmission is privileged and confidential and intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, disclosure or taking of any action in reliance on the contents of this transmission is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of privilege. If you have received this transmission in error, please notify us immediately and delete the original transmission.

RU 179

7/27/2006

## RESOLUTION

WHEREAS, Southern Christian University, Inc., has for some years operated under the name Southern Christian University; and,

WHEREAS, it is important that Southern Christian University increase its attractiveness to potential students, not just regionally, but also nationally and internationally, and thereby maximize educational opportunities and achievements; and,

WHEREAS, changing the institution's name will also assist the University in projecting itself as a nationally recognized university of prominence;

NOW THEREFORE BE IT RESOLVED THAT Southern Christian University, Inc. does hereby resolve that the name of the University is changed to "Regions University, Inc.";

BE IS FURTHER RESOLVED THAT this name change shall become effective on or before December 31, 2006, as determined by the President and evidenced by the President's letter to the Chairperson of the Board, to be recorded in the minutes of the Board meeting next occurring thereafter;

BE IT FURTHER RESOLVED THAT President Rex A. Turner, Jr. is hereby authorized to, acting on behalf of the Corporation and its Board, cause the proper State and County authorities to be notified of this name change, register (with or without the additional signature(s) of Board officers) the new name with the appropriate governmental officials and offices, protect the University's use of the new name from infringement and use by others, and take such other action he deems appropriate and consistent with the University's best interests; and,

BE IT FUTHER RESOLVED THAT President Turner is also hereby authorized to, for a period of one year after the name change becomes effective, take such action as he deems necessary or proper in order to effectuate a smooth transition in the use of University names, including but not limited to the use of either or both names in ongoing agreements, registrations, or otherwise.

DONE this the 28th day of July, 2006.

IN WITNESS WHEREOF, the Chairman and Secretary of the Southern Christian University, Inc. Board of Regents, as well as the President of Southern Christian University, Inc., have signed their names below as confirmation that, there being first assembled a quorum of the aforesaid Board of Regents members, the aforesaid Resolution was duly consented to, agreed upon, approved, and adopted by a majority of the voting members of said Board of Regents on this the 28th day of July, 2006.

EXHIBIT
31
*Tucker*

PENGAD 800-631-6989

RU 025

_____, As Chairman,
ROGER DILL
Board of Regents of
Southern Christian University, Inc.

STATE OF ALABAMA          )
MONTGOMERY COUNTY         )

Before me, _Elaine Jarence_ a Notary Public in and for the State of Alabama, personally appeared _Roger Dill_, who being by me first duly sworn, states that he is over nineteen years of age, that he is a member of the Southern Christian University, Inc. Board of Trustees, that he is the duly elected Chairman of said Board of Trustees, and that in said capacity he confirms that, there being first assembled a quorum of the aforesaid Board of Trustees members, the aforesaid Resolution was duly consented to, agreed upon, approved, and adopted by a majority of the voting members of said Board of Trustees on the above-stated date.

This the 28th day of July, 2006.

(SEAL)

_____
Notary Public
My Commission Expires: _1-10-07_

_____, As Secretary,
DAN MYERS
Board of Regents of
Southern Christian University, Inc.

STATE OF ALABAMA          )
MONTGOMERY COUNTY         )

Before me, _Elaine Jarence_ a Notary Public in and for the State of Alabama, personally appeared _Dan Myers_, who being by me first duly sworn, states that he is over nineteen years of age, that he is a member of the Southern Christian University, Inc. Board of Trustees, that he is the duly elected Secretary of said Board of Trustees, and that in said capacity he confirms that, there being first assembled a quorum of the aforesaid Board of Trustees members, the aforesaid Resolution was duly consented to, agreed upon, approved, and adopted by a majority of the voting members of said Board of Trustees on the above-stated date.

This the 28th day of July, 2006.

(SEAL)

_____
Notary Public

Page 2 of 3

RU 026

My Commission Expires: *1-10-07*

_[signature]_

Rex A. Turner, Jr., As President,
Southern Christian University, Inc.

STATE OF ALABAMA          )
MONTGOMERY COUNTY         )

    Before me, _Elaine Jarence_ a Notary Public in and for the State of Alabama, personally appeared _Rex A. Turner, Jr._, who being by me first duly sworn, states that he is over nineteen years of age, that he is a President of Southern Christian University, and that in said capacity he confirms that, there being first assembled a quorum of the aforesaid Board of Trustees members, the aforesaid Resolution was duly consented to, agreed upon, approved, and adopted by a majority of the voting members of said Board of Trustees on the above-stated date.

    This the 28th day of July, 2006.

    (SEAL)

_[signature]_
Notary Public
My Commission Expires: *1-10-07*

RU 027

# SOUTHERN CHRISTIAN UNIVERSITY
## Minutes of Team Meeting
### July 31, 2006

**Team Name:** Executive Leadership Team

**Meeting Location:** Boardroom

**Meeting Start Time:**                    **Meeting End Time:** TBD

**Committee Members Present:**

Dr. Rex, Dr. Patterson, Dr. White, Anita Crosby

**Committee Members Not Present:**

Dr. Temple, Dr. Alford

**Other SCU Employees or Visitors:**

**July 31, 2006 Minutes:**

**Item 1 – Regions University**

Dr. Rex reported that the Board of Regents approved the name change on Friday, July 28th. It was brought up that Regions Bank has an internal "Regions University".

Dr. White contacted the trademark attorney's office to ensure that this would not pose a problem. We were assured that the industries provided different services, and that the bank's "Regions University" was not a public university, and that this would not be a problem.

We would proceed this week with the filing of appropriate documents relative to the name change.

**Minutes of Team Meeting**

**RU 152**

EXHIBIT

32

Dear Students, Faculty and Staff

I am happy to announce that on August 2, 2006 the Board of Regents of *Southern Christian University* changed the institution's name to **REGIONS UNIVERSITY**. This name change was made, in part, as a result of the university's increased presence in the global higher education market and the institution's Christian mission.

This new name does not constitute a change in the university's nonprofit status, ownership, Statement of Faith, accreditation, management, institutional mission, or program offerings. The Board of Regents of the university, after reviewing its global plans for the institution, determined that a name change would enhance the institution's opportunities as it expands its educational and religious heritage of *Going into all the world.*

Sincerely Yours,

Rex A. Turner, Jr., Ed.D.
President
*Regions University* [Formerly named Southern Christian University]

EMAILED  TO  STUDENTS  AUGUST 8, 2006

RU 046

EXHIBIT
33
Turner
PENGAD 800-631-6989

*Emailed to*
*students*
*8·16·06*

## NAME CHANGE LETTER

On August 2, 2006, the Board of Regents of *Southern Christian University* changed the institution's name to *REGIONS UNIVERSITY*. They determined that this name would enhance the university's opportunities and would complement the purpose and vision of this university as it accelerates its educational and religious heritage of *Going into all the regions of the world.*

The vision of this university is to expand its operations throughout the United States and internationally. The university is licensed and operating in the State of Tennessee and is in the process of seeking licensure in Arizona, Nevada, South Carolina, and North Carolina. An online Bible teaching program is presently being implemented for the people of Italy in the Italian language, and similar strategies are now being considered for other foreign countries.

The name *Southern* has been restrictive due to its geographical and political restraints. The university's regions of influence and operation are minimized within the western and northern United States and internationally. In foreign countries, *Southern* poses unique naming problems. On many occasions our faculty experienced the limiting access of the name as they taught in the regions of the former Communist Russia.

As you may know, changing the name of an accredited university is thought provoking and monumental. A trademark attorney was retained to assist in this process and to help determine the trademark registrability of several potential university names. The Board of Regents used this critical information in its deliberations.

The board naturally reviewed naming the institution after its founders, Rex and Opal Turner. History records that several of our sister Christian institutions, such as: *Lipscomb University, Freed-Hardeman University,* and *Harding University* were most appreciative of their founders' biblical knowledge, example, and sacrifice, and as a result named their institutions after the founders. This board gave similar genuine consideration and appreciation for *Turner University,* but was diverted upon learning that Ted Turner's corporations posed trademark registration naming issues.

*Regions University* was also considered. The attorney's trademark search revealed: *"we are of the opinion that the mark, Regions University, is registerable for educational services, namely, providing instruction at the university level."* As well, a search for email domains positively disclosed the availability of www.regions.edu and www.regionsuniversity.edu.

One important consideration, with the board, was that this name reflects the founders' vision and goal of having a *"school without walls"* that could provide accredited quality academic and Christian education to all regions of the world. The founders spent a

RU 058

EXHIBIT

34

*Turner*

PENGAD 800-631-6989

lifetime in service, traveling to all regions of the United States *"To preach the gospel in all regions beyond you . . ."* 2 Corinthians 10: 16. In appreciation for Rex and Opal Turner's lifetime service, you should know that in 1999 the board named one of the university schools *Turner School of Theology.*

The word *Regions* is used over seventy times in the Bible, and it corresponds to the institution's mission to go into all the regions of the world with the message of Christ. The university has 33 academic degree programs and annually enrolls over 1000 students who reside in all of the regions of the 50 United States. The university's expansion into the international global higher education markets will provide an open door opportunity in restrictive foreign countries, like China.

In light of all favorable information presented, the board approved renaming the institution to *Regions University* and authorized the creation of a new seal bearing an etched image of its founders and the new words *Regions University.* The board approached this decision with a united commitment to implement its institutional plans.

The university is entering its 40th year of operation and this name change does not alter its ownership, accreditation, institutional mission, or commitment for its *Positive Statement of Faith.* The fact that this institution is the first university among the fellowship of the Churches of Christ to offer an <u>accredited</u> *Ph.D. degree in Biblical Studies* speaks volumes about this institution's commitment to continue the founders' example of training laborers who make known the gospel of Christ in all regions of the world.

The purpose for which this university was founded will now have a better opportunity to expand into all regions of the world with the *Regions University* name. The university has the accreditation, the technology, the leadership, the faculty, the student body, and a well-built infrastructure to implement and accomplish this task!

*Regions University* has no debt and has valuable commercial property, a total of 195 acres, in two Alabama locations in Macon and Montgomery Counties on interstate I-85. To implement the vision before us, it will necessitate the cooperation, involvement and united support of the board, alumni, administration, staff, faculty, students, and friends.

Your interest in and support of *Southern Christian University* in the past is deeply appreciated, and your continued prayers and support of this university are respectfully solicited as we endeavor to maintain and expand its mission under the new banner, *Regions University.* Please, continue your moral and financial support for this important cause!

Sincerely Yours,


Rex A. Turner, Jr., Ed.D.
President


RU 059

**Rex Turner**

| | |
|---|---|
| **From:** | Dr. Wilson Luquire [luquirew@uah.edu] |
| **Sent:** | Wednesday, August 09, 2006 3:59 PM |
| **To:** | John White; Rex Turner |
| **Cc:** | Jack Drost; Sarah Garrett; 'Lee Ann Nobles'; mooredp@email.uah.edu |
| **Subject:** | Re: SCU Changing Names! |

Dear Dr. White and Dr. Turner:

Thanks for the info. And good luck with Regions.

I am quite surprised at the total shock of such a massive change with no advance warning here for us as it regards our services and support. We will do what we can as soon as we can please.

We are up to our eyeballs in projects, issues, problems, staffing, and anything else that you could name. We are concerned about the quick date that you gave us as regards both the Website changes and particularly the student ID/format changes.
We will, of course, work to help you as much and as soon as we can.
But with our semester opening in less than 2 weeks here at UAH in addition to many other pressing matters, I am not certain how many more priorities I can put on top of the dozens of existing ones that I have already assigned!
Good luck with Regions. Is this related to the Bank and if so may I applaud you with double congratulations!!!!!

I wish us all well as we begin the term.
We will be in touch.

Wilson Luquire


At 03:37 PM 8/9/2006 -0500, David P. Moore wrote:
>John White just informed me that SCU is now Regions University. I
>didn't ask about possible conflict with the bank of the same name!
>
>See more here:
>
>http://www.southernchristian.edu/regionsname.htm
>
>Jack (and Lee Ann), the SCU download has "scu" as an ID prefix, and
>this will change for the fall semester, beginning August 23rd. Any
>foreseeable problems?
>
>John will send me new logo info tomorrow. We will need Daniel to work
>up a new site, I guess.
>
>David
>

**RU 1909**

1

PENGAD 800-631-6989

EXHIBIT
35

## Rick Johnson

**From:** Gamecock4Jesus [Gamecock4Jesus@bellsouth.net]
**Sent:** Thursday, August 31, 2006 12:09 AM
**To:** Rick Johnson
**Subject:** Re: Regions University - Bible Programs

Mr. Johnson:

thanks for your e-mail but as an alumnus of S.C.U. I really hate to hear that the name has been changed - again. The continual changing of names may cause doubt in the minds of the public as to the legitimacy of our degrees. Furthermore, as much of the Church of Christ brotherhood has often not understood just who/what our school is, if they even realize it exists as a Church of Christ school, this name change will make that situation even worse because alums such as myself will now have to explain yet another variable in the mix of ACSR/SCU/ and now RU????

Also, this new name demonstrates nothing about the school being a seminary or Christian institution. Why was "Regions" chosen? Did Regions Bank make a donation? I certainly hope something that shallow is not the reason. This school needs to be serious about being a Christian institution of biblical scholarship first rather than being a business first that continually seeks a new marketing gimmick/label.

sincerely,

Randy Gore
SCU M.S. '93

----- Original Message -----
**From:** Rick Johnson
**To:** gamecockbcm@sc.rr.com ; jon.dando@uscm.org ; frebyr@aol.com ; xareeves@yahoo.com ; Gamecock4Jesus@bellsouth.net ; hillelso@gwm.sc.edu ; lcmatusc@earthlink.net ; wallbrodie@aol.com ; jdeal131@hotmail.com ; protopop@yahoo.com ; jcook@shandonpres.org ; mlucas@firstprescolumbia.org ; tlijewski@aol.com ; Garrettis@gmail.com ; jbrewer@gwm.sc.edu ; csoehl@gwm.sc.edu ; lucht@sc.edu ; evans-carl@sc.edu ; kevin@sc.edu ; cutsinger@sc.edu
**Sent:** Wednesday, August 30, 2006 4:56 PM
**Subject:** Regions University - Bible Programs

Dear Sir or Madam,

We've received your contact information from the Career Center Program Manager Liaison to the College of Arts & Sciences and the Honors College University of South Carolina.

Attached you will find a brochure for each of our programs in Bible – undergraduate through Ph.D. We hope you will share this information with students who are seeking degrees in Bible.

Anyone interested may inquire about these programs by going to our homepage… http://www.regions.edu. Once there, have them just fill out the form found at the Request for Information link, on the homepage. Two things will then occur: First, the prospective student will immediately receive the requested brochures; and second, contact information from an advisor will be given for addressing additional questions.

*Respectfully,*

Rick Johnson
Director of Enrollment Management
Regions University
1-800-351-4040 ext. 7513
1-334-387-3878 (fax)

John 10:10

**RU 1911**

## History, Mission and Organization of Regions University

The accrediting organizations require that a member institution state its Mission, and define its Purposes and educational Goals. The institutional Mission with its Purposes and Goals must address all components of an institution, including research and public service. An institution's practice must coincide with its official posture described in its official publications. It is incumbent upon each institution to study its purpose in light of its internal changes and the changing needs of its educational market.

The "quality of education" is of primary concern. The old assumption, that if an institution has certain resources and uses certain processes, quality will occur, is not accurate. Research studies have shown that quality does not come from just resources and processes. Quality is identified when an institution evaluates the result of its educational program and uses its findings to make improvements.

In accordance with the results of these studies, the successful use of its faculty, educational support services, physical plant and fiscal resources will help Regions University in achieving its established goals. Careful planning, continuous study of Regions University's mission, purposes, policies, procedures and programs, and analysis of the evaluation process are of central importance in the development and improvement of the University's educational programs and services.

## Mission, Purposes, and Goals

### REGIONS UNIVERSITY MISSION STATEMENT

Regions University is an independent, coeducational institution dedicated to the spirit of its Christian ideals and heritage. Regions University's mission is to prepare men and women, through a commitment to academic excellence and spiritual vitality at the undergraduate and graduate levels, for a lifetime of learning, leadership, and service to the professions, society, church, and family.

**RU 080**

**INSTITUTIONAL PURPOSE**

In keeping with its Christian heritage, Regions University provides educational opportunities through five schools: (1) College of Business and Leadership, (2) College of General Studies, (3) School of Human Services, (4) Turner School of Theology, and (5) School of Continuing Education. Each of these schools has its own special purpose within the overall purpose and institutional goals of the University.

### Purpose of the College of Business and Leadership

The purpose of the College of Business and Leadership is to provide instruction and training on the undergraduate and graduate levels as well as prepare students for careers and professions that provide support and services for the well-being of individuals, family, or society. Within this purpose, the College of Business and Leadership provides bachelor-level degree programs that include the Bachelor of Science in Business Administration – General Business Concentration, Bachelor of Science in Business Administration – Information Communication Concentration, and the Bachelor of Science in Business Administration – Information Systems Management Concentration as well as graduate-level degree programs that include the Master of Science in Leadership and Management and the Master of Arts in Behavioral Leadership and Management. All of these programs are designed within the mission of the University for preparing men and women, through a commitment to academic excellence and spiritual vitality, so that they can serve in their chosen vocations in the church, community, or society. Also, the programs in the College of Business and Leadership provide a foundation that prepares undergraduate students for graduate study and graduate students for advanced study.

Additionally, the University provides a program of continuing education, through the Regions University School of Continuing Education, for those who are not pursuing degrees.

### Purpose of the College of General Studies

The purpose of the College of General Studies is to provide instruction and training on the undergraduate level for Christian ministers and religious workers as well as prepare students for careers and professions that provide support and services for the well-being of individuals, family, and society. Within this purpose the College of General Studies provides degree programs in a variety of areas including Associate of Arts in Liberal Studies, Bachelor of Science in Ministry/Bible, Bachelor of Science in Biblical Studies, Bachelor of Science in Management Communication, Bachelor of Science in Public Safety and Criminal Justice, Bachelor of Science in Public Safety and Homeland Security, Bachelor of Science in Public

Safety and Business/Organization Security, Bachelor of Science in Liberal Studies, Bachelor of Science in Human Development, and the Bachelor of Science in Human Resource Leadership, . All of these programs are designed within the mission of the University for preparing men and women, through a commitment to academic excellence and spiritual vitality at the undergraduate level, so that they can serve in their chosen vocations in the church, community, or society. Also the programs in the College of General Studies provide a foundation that prepares students for graduate or advanced study. Many of the Regions University graduates of the College of General Studies choose to continue their studies at the Regions University School of Human Services or the Regions University Turner School of Theology.

Additionally, the University provides a program of continuing education, through the Regions University School of Continuing Education, for those who are not pursuing degrees.

**Purpose of the School of Human Services**

The purpose of the School of Human Services is to prepare students for careers and professions that are dedicated to providing support and services for the well-being of individuals, family, church, and society in the spirit of Christian services. This purpose will be accomplished by providing students with an interdisciplinary learning and serving experience with core courses and focused knowledge and skills in several disciplines that include, but will not be limited to, family therapy, business, and human communications. Degrees offered include the Master of Science in Pastoral Counseling, Master of Science in Ministerial Leadership, Master of Arts in Marriage and Family Therapy, Master of Arts in Professional Counseling, Master of Divinity in Marriage and Family Therapy, Master of Divinity in Professional Counseling, Master of Divinity in Pastoral Counseling, Master of Divinity in Ministerial Leadership, Doctor of Ministry in Family Therapy I, Doctor of Ministry in Family Therapy II, Doctor of Philosophy in Marriage and Family Therapy, and Doctor of Philosophy in Professional Counseling.

Additionally, the University provides a program of continuing education, through the Regions University School of Continuing Education, for those who are not pursuing degrees.

**Purpose of the Turner School of Theology**

The Regions University Board of Regents chartered the Turner School of Theology in 1999 in profound appreciation of Rex and Opal Turner, founders of the University. The Board deemed it appropriate to establish a School of Theology in their name to honor and recognize the personal labors and sacrifices made by Rex and Opal Turner for the cause of Christ. Dr. Rex Turner, Sr. was an avid student of the word of God and well known for his biblical scholarship, administrative acumen, tireless efforts, and commitment to training church leaders, ministers, and Bible teachers for a world that needs Christ.

The purpose of the Turner School of Theology is to provide for the educational development of qualified persons to be effective Christian ministers, church leaders, teachers, and scholars who will use their gifts and knowledge in proclaiming the gospel, strengthening the church, and serving humanity. To accomplish this purpose, the School seeks to prepare students for the ministerial and teaching professions and for effective voluntary Christian service through both academic and practical studies on the graduate level. The programs of instruction are biblical in orientation, scholarly in intellectual preparation, and relevant to contemporary life in application. These programs include a strong emphasis in biblical studies, supported by studies in such fields as biblical languages, church history, systematic theology, homiletics and communication, religious education, professional ministerial studies, and missiology.

Degrees offered include the Master of Arts in Biblical Studies, Master of Arts in Practical Theology, Master of Divinity, Doctor of Ministry, and the Doctor of Philosophy in Biblical Studies.

Additionally, the University provides a program of continuing education, through the Regions University School of Continuing Education, for those who are not pursuing degrees.

**Purpose of the School of Continuing Education**

The purpose of the School of Continuing Education is to provide participating students with quality and timely continuing education experiences for professional development and life enrichment purposes. These programs will be developed and presented by faculty and specialists related to programs and offerings provided by Regions University as well as for professionals and other individuals in areas of interest to the Regions University community and communities served.

**Institutional Goals**

Regions University has a history of providing its students with quality education and teaching excellence. By virtue of this history and its focused mission, Regions University strives to continue this tradition through the adoption and implementation of holistic educational and institutional goals. The institutional goals are student-centered and are directly related to the University's mission to prepare men and women, through a commitment to academic excellence and spiritual vitality at the undergraduate and graduate levels, for a lifetime of learning, leadership, and service to the professions, society, and family. Also, these goals are designed to help ensure the provision of quality programs and services which will help lead to the stability and continued growth of the University so that it can continue to meet its educational goals.

- Regions University will attract, retain, and contribute to the continued professional development of faculty dedicated to providing quality teaching and active scholarship and committed to the mission and purposes of the University.

- Regions University will maintain and develop facilities and learning environments, which are conducive to the learning process.

- Regions University will develop and implement careful planning and continuous study of the University's mission, purpose, goals, procedures, and programs as well as an analysis of the evaluation process in the interest of continuous quality improvement of its programs and services.

## A POSITIVE BIBLICAL FAITH

In accordance with its stated purpose and its concern for truth, Regions University is firmly committed to furthering the teaching and practice of Christianity. The University presents fairly all significant viewpoints on major issues and promotes freedom of inquiry. However, certain key positions are firmly established by Biblical evidence, and we believe should be upheld. Regions University's students are from various religious faiths. Students are free to formulate individual positions. No one is required to sign a credal statement of belief. Regions University is happy to have students from various religious backgrounds enrolled in its courses.

The University's understanding of the Christian religion includes the following tenets about its source of authority, central doctrines, polity and worship of the church, and the conduct of the Christian life.

Both the Old and New Testaments have been given by divine revelation and are the standard of authority in religious matters.

The Old Testament prepared the way for Christ, and the New Testament fulfills and supersedes it, making the New Testament the final authority for those who have lived since Christ's death on the cross.

There is one God, who is the creator and sustainer of the universe and who takes a direct interest in every human being. The Godhead consists of God the Father; Christ the Son; and the Holy Spirit, the Comforter. Christ was born of a virgin, died on the cross to make atonement for man's sins, arose bodily from the tomb, and ascended into heaven, where he presently reigns. There is a heaven to be enjoyed by the faithful and a hell to be endured by the disobedient.

God created all people with a need for fellowship with him and the ability to choose to obey his commands. Man cannot earn salvation from sin but can qualify to receive it as a gift of grace through submission to the will of God. The scripturally appointed means for receiving this gift is faith in Christ, repentance, confession of faith, and baptism (immersion). The transformation in character, conduct, and relationship with God that man experiences in this process is the new birth (regeneration). Christians are expected to live in accordance with the teachings of the New Testament.

Christ established the church for the mutual encouragement, instruction, and assistance of Christians and for the evangelization of the world through the proclamation of His gospel. Jesus prayed for unity among his disciples and commanded love for one another as the means to maintain it. The church was originally organized so that, once the apostles passed away, individual congregations would be independent of any central human authority and would be guided solely by the unchanging standard of Scripture. Congregations are to be bound together by common purpose and cooperative effort.

Each congregation is to assemble for worship on every first day of the week according to the teachings of the New Testament. In contrast to the elaborate temple ritual of the Old Testament, worship in the Christian age is to be in spirit and truth. Accordingly, the worship of the New Testament church consists of teaching God's word, offering prayers and thanksgiving from the heart, singing praise to God and encouragement to one another with

the human voice, voluntary giving as a means of expressing appreciation to God for his blessings and sharing them with others, and partaking of the Lord's Supper in commemoration of Christ's death. Genuine charismatic gifts, such as prophecy, speaking in foreign languages, and miraculous healing, were exercised in the first century but not perpetuated afterward.

On the basis of principles established at creation, the New Testament assigns roles of leadership in public worship and supervision of the local congregation to male Christians. The scriptural organization of the local congregation consists of a plurality of elders (also called bishops or shepherds), who have oversight of the church; deacons, who assist the elders in ministering to the needs of members; and evangelists, who proclaim the gospel and teach under the authority of the elders. The offices of apostle and prophet ended with the passing of the miraculous age of charismatic gifts. Women are a powerful force in the church through the influence of their character and spiritual insights and through their efforts in teaching other women and children, helping the needy, and engaging in personal evangelism.

Christianity as taught by Christ and the apostles provides for the needs of the individual, the family, and society. An understanding of God's sacrificial love enables each person to recognize his worth and potential in the sight of God, relieves his guilt and anxiety, and motivates him to conduct his life according to the highest standards. The example of Christ fosters humility, submission to authority, and service to others. Through its teaching, its communal worship, its fellowship, and its mission of evangelism and benevolence, the church strengthens both individuals and families and has a strong impact for good wherever its efforts and influence reach. [Written by Lawrence E. Barclay, Faculty Member, the Regions University Turner School of Theology]

## PURPOSE OF THE COLLEGE OF BUSINESS AND LEADERSHIP

The purpose of the College of Business and Leadership is to provide instruction and training on the undergraduate and graduate levels as well as prepare students for careers and professions that provide support and services for the well-being of individuals, family, or society. Within this purpose, the College of Business and Leadership provides bachelor-level degree programs that include the Bachelor of Science in Business Administration with a General Business Concentration, Bachelor of Science in Business Administration with an Information Communication Concentration, and the Bachelor of Science in Business Administration with an Information Systems Management Concentration as well as graduate-

level degree programs that include the Master of Science in Organizational Leadership and the Master of Arts in Organizational and Behavioral Leadership. All of these programs are designed within the mission of the University for preparing men and women, through a commitment to academic excellence and spiritual vitality, so that they can serve in their chosen vocations in the church, community, or society. Also, the programs in the College of Business and Leadership provide a foundation that prepares undergraduate students for graduate study and graduate students for advanced study.

Additionally, the University provides a program of continuing education, through the Regions University School of Continuing Education, for those who are not pursuing degrees.

## UNDERGRADUATE EDUCATIONAL GOALS OF THE COLLEGE OF BUSINESS AND LEADERSHIP

To provide educational opportunity to students at the undergraduate level through a carefully planned and implemented program of study.

1.    To provide scheduled and effectively utilized distance learning technologies to foster the ability for students to learn anytime and anywhere.

2.    To provide foundation programs of study to undergraduate students that complement the University's graduate programs and encourage students to further their studies for careers and professions to serve in the church, community, and/or society.

3.    To recruit, retain, and promote professional development of qualified faculty, staff, and administrators.

4.    To develop and maintain periodic internal evaluation to ensure that all programs are operating within a manner consistent with the mission of Regions University.

5.    To provide students with instruction on the use of the latest technologies used in the fields associated with their respective program of study.

6.    To provide and maintain learning resources and an environment conducive for student learning, scholarly research, and quality teaching in the 21st Century.


## GRADUATE EDUCATIONAL GOALS OF THE COLLEGE OF BUSINESS AND LEADERSHIP

To provide educational opportunity to students in leadership programs at the graduate level through a carefully planned and implemented program of study.

1.    Each student will acquire a basic core of knowledge of leadership, related disciplines, and practical methods as a foundation for a productive professional life.

2.    Each student will develop intellectual capacities for critical thinking and problem solving, for analyzing and utilizing information, and for reasoning ethically and morally in decision-making.

3.    Each student will develop skills for research, human relations, leadership, and oral and written communication appropriate to that student's profession.

4.  Through gaining essential knowledge, developing proper attitudes, and acquiring important skills, each student will be prepared for more advanced studies, for employment in a chosen profession, and/or for life-long learning.

5.  To provide students with instruction on the use of the latest technologies used in the fields associated with their respective program of study.

6.  Through developing proper attitudes and values and through acquiring skills in communication and human relations, each student will be prepared to function responsibly and effectively in the familial, social, and civic arenas of life.

## PURPOSE OF THE COLLEGE OF GENERAL STUDIES

The purpose of the College of General Studies is to provide instruction and training on the undergraduate level for Christian ministers and religious workers as well as prepare students for careers and professions that provide support and services for the well-being of individuals, family, and society. Within this purpose, the College of General Studies provides bachelor-level degree programs in a variety of areas including Biblical Studies, Ministry/Bible, Liberal Studies, Human Resource Leadership, Human Development, Public Safety and Criminal Justice, and Management Communication. All of these programs are designed within the mission of the University for preparing men and women, through a commitment to academic excellence and spiritual vitality at the undergraduate level, so that they can serve in their chosen vocations in the church, community, or society. Also, the programs in the College of General Studies provide a foundation that prepares students for graduate or advanced study. Many of the Regions University graduates of the College of General Studies choose to continue their studies at the Regions University School of Human Services or the Regions University Turner School of Theology.

Additionally, the University provides a program of continuing education, through the Regions University School of Continuing Education, for those who are not pursuing degrees.

## EDUCATIONAL GOALS OF THE COLLEGE OF GENERAL STUDIES

1.  To provide educational opportunity to students at the undergraduate level through a carefully planned and implemented program of study.

2.  To provide scheduled and effectively utilized distance learning technologies to foster the ability for students to learn anytime and anywhere.

3. To provide foundation programs of study to undergraduate students that complement the University's graduate programs and encourage students to further their studies for careers and professions to serve in the church, community, and/or society.

4. To recruit, retain, and promote professional development of qualified faculty, staff, and administrators.

5. To develop and maintain periodic internal evaluation to ensure that all programs are operating within a manner consistent with the mission of Regions University.

6. To provide and maintain learning resources and an environment conducive for student learning, scholarly research, and quality teaching in the 21st Century.

## PURPOSE OF THE SCHOOL OF HUMAN SERVICES

In keeping with the Christian heritage of Regions University, the purpose of the School of Human Services is to prepare students for careers and professions that are dedicated to providing support and services for the well-being of individuals, family, the church, and society in the spirit of Christian services. This purpose will be accomplished by providing students with an interdisciplinary learning and serving experience with core courses and focused knowledge and skills in a major which may include, but will not be limited to, family therapy, business, and human communications.

Additionally, the University provides a program of continuing education, through the Regions University School of Continuing Education, for those who are not pursuing degrees.

## EDUCATIONAL GOALS OF THE SCHOOL OF HUMAN SERVICES

1. Each student will acquire a basic core of knowledge of psychology, counseling, related disciplines, and practical methods as a foundation for a productive professional life.

2. Each student will develop intellectual capacities for critical thinking and problem solving, for analyzing and utilizing information, and for reasoning ethically and morally in decision making.

3. Each student will develop skills for scientific research, human relations, leadership, and oral and written communication appropriate to that student's profession.

**RU 090**

4.  Through gaining essential knowledge, developing proper attitudes, and acquiring important skills, each student will be prepared for more advanced studies, for employment in a chosen profession, and/or for life-long learning.

5.  Through developing proper attitudes and values and through acquiring skills in communication and human relations, each student will be prepared to function responsibly and effectively in the familial, social, and civic arenas of life.

## PURPOSE OF THE TURNER SCHOOL OF THEOLOGY

The Regions University Board of Regents chartered the Turner School of Theology in 1999 in profound appreciation of Rex and Opal Turner, founders of the University. The Board deemed it appropriate to establish a School of Theology in their name to honor and recognize the personal labors and sacrifices made by Rex and Opal Turner for the cause of Christ. Dr. Rex Turner, Sr., was an avid student of the word of God and well known for his biblical scholarship, administrative acumen, tireless efforts, and commitment to training church leaders, ministers, and Bible teachers for a world that needs Christ.

The purpose of the Turner School of Theology is to provide for the educational development of qualified persons to be effective Christian ministers, church leaders, teachers, and scholars who will use their gifts and knowledge in proclaiming the gospel, strengthening the church, and serving humanity. To accomplish this purpose, the School seeks to prepare students for the ministerial and teaching professions and for effective voluntary Christian service through both academic and practical studies on the graduate level. The programs of instruction are biblical in orientation, scholarly in intellectual preparation, and relevant to contemporary life in application. These programs include a strong emphasis in biblical studies, supported by studies in such fields as biblical languages, church history, systematic theology, homiletics and communication, religious education, professional ministerial studies, and missiology.

Degrees offered include the Master of Arts (M.A.), Master of Divinity (M.Div.), Doctor of Divinity (D.Min.), and Doctor of Philosophy (Ph.D.).

Additionally, the University provides a program of continuing education, through the Regions University School of Continuing Education, for those who are not pursuing degrees.

## EDUCATIONAL GOALS OF THE TURNER SCHOOL OF THEOLOGY

The Regions University Turner School of Theology provides programs and services through six educational goals. These goals are as follows:

1. Each student will acquire advanced knowledge of the Bible, related disciplines, and practical methods of ministry as a foundation for a life of Christian service.

2. Each student will develop intellectual capacities for critical thinking and problem solving to enable one to analyze, evaluate, organize, and synthesize information and use it constructively and creatively.

3. Each student will develop attitudes and values appropriate to a life of Christian faith and practice.

4. Each student will develop skills for religious research, human relations, and oral and written communication appropriate for Christian ministry.

5. Through gaining essential knowledge, developing proper attitudes, and acquiring important skills, each student will be prepared for more advanced employment in the area of Christian ministries, and/or for life-long learning.

6. Through developing Christian attitudes and values and through acquiring skills in communication and human relations, each student will be prepared to function responsibly and effectively in the familial, social, and civic arenas of life.

## PURPOSE OF THE SCHOOL OF CONTINUING EDUCATION

The purpose of the School of Continuing Education is to provide participating students with quality and timely continuing education experiences for professional development and life enrichment purposes. These programs will be developed and presented by faculty and specialists related to programs and offerings provided by Regions University as well as by professionals and other individuals in areas of interest to the Regions University community and communities served.

## EDUCATIONAL GOALS OF THE SCHOOL OF CONTINUING EDUCATION

The Regions University School of Continuing Education provides programs and services through three educational goals. These goals are as follows:

**RU 092**

1.  Each student will have the opportunity to acquire the knowledge and skills in accordance with the learning objectives specified in the syllabus of the respective continuing education course;

2.  The University will strive to provide continuing education programs and services related to Regions University program offerings and designed to meet the education and training needs of participants in terms of professional development and/or certification, licensure, and licensure renewal; and

3.  The University will strive to provide continuing education programs and services in accordance with the interests of the Regions University community and communities severed by Regions University.

**Note:** Regions University is an academic institution, not a church. Classes at Regions University are not worship or devotional services, but an educational environment for interaction between student and teacher.

### Effectiveness Process

The institution must demonstrate that it is doing what it says that it is doing, and that the University is effectively carrying out its Mission. The Commission on Colleges of the Southern Association of Colleges and Schools requires Regions University to *"engage in ongoing, integrated and institution-wide research-based planning and evaluation processes that incorporate a systematic review of programs and services that: (1) results in continuing improvement; and (2) demonstrates that the institution is effectively accomplishing its mission."*

The University has identified important areas which must be analyzed with a broad-based planning, review, and evaluation process which will help Regions University to determine if it is achieving a satisfactory level of institutional effectiveness.

There are four elements of a viable institutional effectiveness program:

1.  A clearly defined statement of purpose.
2.  A set of assessable institutional goals.
3.  A procedure for evaluating achievement of those goals.
4.  A process by which evaluation results are considered in overall institutional planning.

The results developed in Step Four are fed back into Step One to form a continuous process of planning, implementation, and assessment. These four elements, along with a fifth element

**RU 093**

that is involved when new academic programs are established — namely, development process and implementation process of the program -- have been incorporated as follows: (1) Establish institutional purpose; (2) Develop goals; (3) Plan outcomes assessment; (4) Develop and validate program; and (5) Implement and evaluate program.  Each of these processes must have constant feedback and interaction within the context and constraints of the University's Mission.

### Institutional Effectiveness Model



## INSTITUTIONAL EFFECTIVENESS MODEL

### University Model of Operation

Regions University organization operates under the belief that as the institution is presented with new problems, newly identified results suggesting a need for institution change must have the mechanisms and model whereby identified problems, outcomes, or needs may be recognized, adequately discussed, and reviewed by representative administrators, faculty, and students to determine if known or newly identified data, needs, or problems impose a necessity for change. This result sets in motion an official process by which a new acknowledged policy change is

immediately enacted. A genuine review for change is extremely important, and correction and change should occur in a timely fashion so the University can sustain and create new growth. Effectiveness comes with a timely genuine representative institutional review coupled with a meaningful policy change—not a long delayed process!

### Principal Organization

The University consists of the following principal organization. (1) The *Board of Regents* as the definitive controlling body by which all policy is established; (2) The *President* as the Chief Executive Officer who directs the institutional processes; (3) The *Executive Leadership Team*—as the president's cabinet approves the final decisions and actions of the *Policy Review Team* and submits requests to the Board of Regents for their approval; (4) The *Policy Review Team* serves as an important decision making body made up of all the leaders of Regions University's *University Teams*; and (5) The *University Teams* represent all constituents—specifically the faculty and students of the University.

### Self-Study Research Organization

Formal and informal planning and evaluation work is done by administrators, faculty committees, team committees, subcommittees, and focus group reviews as they perform their regular duties throughout the course of the year. The University has established a monthly working practice which complements and balances the official weekly and yearly actions, requirements, and work of each department of the institution with an ongoing review and evaluation process conducted by special focus group committees and survey studies conducted by the *Center for Institutional Research.*

This holistic institution wide process is designed to produce a pattern of evidence from the following measures/indicators: (1) student satisfaction indices; (2) bench mark comparisons with other similar institutions; (3) diverse survey data; (4) trend data; (5) national norms of student learning outcomes results; (6) verification competencies in major field of study; (7) licensure/certification rates; and (8) focus group findings.

One of the major concerns of most self-study processes is that data collected, needs for change, and identified problems are not properly reported and reviewed objectively by the primary institutional decision makers. The *Policy Review Team* on a daily, weekly, and monthly basis is at the center of the institution's important decision making process incorporating the needs, problems, data/reviews deficiencies, and concerns of the administrators, staff, faculty, and students. This activity culminates in a monthly reporting, planning, and improvement in short-

term and long-term objectives, new goals and plans, and a change and improvement in out of date policies and procedures.

## Evaluation and Review Methods

The University administration has given much attention to developing and maintaining an ongoing, integrated and institution-wide research-based planning and evaluation process that incorporates a monthly systematic review of programs and services of the University, which will culminate in continuing improvement and demonstrate that the institution is effectively accomplishing its Mission.

In order to outline and portray the University's methods and processes, the institution has created a monthly seven point cyclic chart that portrays a yearly cycle of planning, evaluation, and action through the *Policy Review Team*, *Executive Leadership Team*, and *Board of Regents*. This process provides a summing up of the actions of all teams and their subcommittees as to all data/reviews reports, all problems, and all needs reported and addressed. This Institutional Effectiveness Cycle is demonstrated as each review is addressed, contrasted, compared, evaluated, and balanced in relationship to the seven focused parameters, as follows:

1. University Review—institutional wide analysis of problems, data, and outcomes.
2. University Discussion—identified need and action for change.
3. University Mission—all encompassing relationship with its Mission.
4. University Goals—attaining and creating new goals and plans.
5. University Budget—budget needs versus budget control.
6. University Success—were focused changes successful—Loop Check.
7. University Needs—Change and growth brings new needs.

## Origin and History of Regions University

Regions University is one of three educational institutions that have their roots in Montgomery Bible School, which was founded just over a half century ago. In 1942 Rex A. Turner, Sr., Leonard Johnson, and Joe Greer became co-founders of Montgomery Bible School in Montgomery, Alabama. This institution, which originally offered both high school and first year college courses, was quickly developed into a junior college with an elementary and secondary department. In 1949 the curricula were expanded to include a third year of Bible and related

courses, and in 1953 the first bachelor's degrees were granted. In 1954 the name of the school was changed to Alabama Christian College.

In 1966 the governing board of Alabama Christian College voted to discontinue the upper-level program in religious studies in order that the college might seek accreditation as a junior college. At the same time, it recommended that a separate corporation be formed to assume the upper-level program. In 1967 the new corporation was formed under the name Alabama Christian School of Religion, and classes were offered in the new facilities of the College Church of Christ.

As a result of growth and years of expansion of the old Montgomery Bible College, the original high school department is now *Alabama Christian Academy*, a regionally accredited elementary and secondary school. The original college department, Alabama Christian College, has become *Faulkner University*. Although the pioneering effort in Christian education has become three separate corporations, each owning its own property and operating under its own board of directors, these three complement one another in their respective areas of service and cooperate together in various ways for the common good.

Dr. Turner, Sr., who had served as co-president and then president of Alabama Christian College from its beginning, continued to serve both institutions, Alabama Christian College and Alabama Christian School of Religion, as president until 1973—a total of thirty-one years. At that time, Dr. Turner, Sr. began to devote his full energies to administration and teaching in the Alabama Christian School of Religion—now *Regions University.*

Regions University originated in an upper-division undergraduate program training people for ministerial causes. The Churches of Christ had a strong need for people to know the Bible, but it was also established that to just know the Bible was not sufficient for these times. There was a need to have trained workers who are strong in English, Science, History, Christian counseling, human development skills, communication skills, leadership skills, and competency in community public/safety services, such as prison ministry and victims of crime. This was reflected in the words of Christ when He encouraged all Christians to visit the fatherless, widows, and those in prison.

The institutions founder, who had a law degree and erudite biblical knowledge, emphasized the basic inherent moral principle of God's justice and that for God to be a true just God all sin demands penalty, and that there was one single way that God's justice could be requited. Justice could be requited only through the blood bought grace of Christ. The need for man to obey

Christ is the mission of this institution, to train followers of Christ to go and share this important gospel message of redemption to the entire world.

As a result of these needs, the rationale of this institution was liberal in scope, not just a pastor system approach, but a method that is established through well-prepared people who are well trained to serve in dissimilar community settings in today's world. The Christian ministerial cause must be adapted for a changing world community. This Christian cause, especially in the United States, must address a well-educated society, and for this reason the church needs well trained articulate Christian men and women who can serve in several communities. Individuals are needed who are well trained to address the intellectual apprehension and unbelief of a prosperous society, but also to lift up a hurting humanity. Thus, Regions University students need various options of training in one or more academic areas such as: the basic arts, communication skills, family counseling, community public/safety services, human behavioral leadership, and, of course, biblical knowledge. In 1972 the institution extended the academic areas beyond the undergraduate program to include graduate degree programs.

This was followed by a move in 1974 to new facilities jointly purchased by Alabama Christian School of Religion and the Landmark Church of Christ at 6020 Atlanta Highway in Montgomery. In 1977 Alabama Christian School of Religion expanded its curricula to include a three-year graduate program terminating in the Master of Theology degree. To conform to standard nomenclature and practice, in 1988 the school replaced the M.Th. degree with the Master of Divinity degree, which is generally recognized as the first professional degree in ministry.

Over several years of development, Alabama Christian School of Religion outgrew its facilities. The school sold its interest in the jointly owned property to the Landmark Church of Christ and built its own new facilities on nine acres of land well situated on Interstate 85 contiguous with the campus of Auburn University at Montgomery. The School of Religion moved to this new campus in the summer of 1987.

In 1985 the Board of Regents made a commitment to seek accredited membership in the Southern Association of Colleges and Schools. In 1989 the institution received accreditation by the Commission on Colleges (COC) of the Southern Association of Colleges and Schools (SACS) to grant degrees at the bachelor's and master's levels.

On October 25, 1991, the Board of Regents officially approved the change of the name of the institution from Alabama Christian School of Religion to Southern Christian University. The

**RU 098**

new name reflected the widened geographical area served by the institution and emphasized the academic level and the emerging direction of the institution.

In its meeting on May 25, 1992, the Board of Regents approved an expansion in the curricula of the University, and in 1994 Southern Christian University was reaffirmed by the Commission on Colleges of the Southern Association of Colleges and Schools with two substantive changes: (1) the Doctor of Ministry Degree; and (2) the distance learning program.

The period of the nineties served as an era of tremendous change for the University. The fall of communism opened the way for the bible faculty to go teach the Bible in the former communist Russia. The impact of this spiritual contact had enormous effect on the institution: (1) many friends of the University used the institution's educational contacts to go throughout Russia; and (2) the University gained many new friends and new donors as a result.

The close of the nineties ushered in two important events: (1) The State of Alabama enacted for the first time a new family therapy counseling licensure law; and (2) The United States Department of Education chose several institutions of higher education to be pilot Distance Education Demonstration Program Participants to assess distance education and its effect on financial aid.

Since Southern Christian University had received a substantive change in distance education with the Commission on Colleges of the Southern Association of Colleges and Schools in 1994, the University had fine-tuned its distance education program and as a result was one of fifteen institutions originally chosen in 1999 to serve in a groundbreaking pilot Distance Education Demonstration Program. This recognition, which had no financial grant considerations, had a major impact on the growth of Southern Christian University. It forced the institution in the context of distance learning to review, reconfigure, and fine-tune its academic programs. Distance education was beginning to be an accepted academic practice and the Commission on Colleges of the Southern Association of Colleges and Schools asked all of its member schools to report if they were teaching by distance education and if so what degree programs they were teaching.

The rapid student growth of the University can be traced to three important events: (1) substantive change in distance education in 1994 with SACS; (2) being chosen by the United States Department of Education for the Distance Education Demonstration Program; and (3) the new State of Alabama licensure law in Family Therapy.

The new State of Alabama licensure law in Family Therapy grand-fathered the institution into a new opportunity, which caused a review and a reconfiguring of Southern Christian University's

counseling program. Counseling is such an important part of ministry and of the University's mission, and the new requirements for licensure had a compelling impact on the institution both in increased student enrollment and in expanding its courses. The influence of the new licensure law on the institutions academic program ultimately caused the University to reflect on the need for a Ph.D. degree program in Family Therapy, and caused the University to make a formal request to the Commission on Colleges of the Southern Association of Colleges and Schools for a substantive change for this new degree program. This request was approved and the University began its Ph.D. degree program in Family Therapy fall semester 2003.

In the fall semester 2005, the University was authorized by the Commission on Colleges of the Southern Association of Colleges and Schools to offer Bachelor of Science in Business Administration – General Business, Bachelor of Science in Business Administration – Information Communication, and Bachelor of Science in Business Administration – Information Systems Management degrees.

Also, December 2006, the University's accreditation was reaffirmed by the Commission on Colleges (COC) of the Southern Association of Colleges and Schools (SACS) for another 10-year period.

In 2005, the University was authorized by the Commission on Colleges of the Southern Association of Colleges and Schools to offer the Doctor of Philosophy in Biblical Studies degree. The following year, 2006, the University was authorized to offer the Associate of Arts degree.

Finally, on August 2, 2006 the Board of Regents officially approved the change of the name of the institution from Southern Christian University to Regions University. The Board of Regents determined that this name would enhance the university's opportunities and would complement the purpose and vision of this university as it accelerates its educational and religious heritage of Going into all the regions of the world.

### Administrative Organization

Regions University is governed by a Board of Regents (Board) as a private non-profit institution of higher education. The Board consists of from fifteen to fifty regents, elected for life unless removed for cause or by personal volition. This is a self-perpetuating board, and all members serve without pay. The Board elects members to accept responsibility for the operation of Regions University and to serve as representatives of the public interest within the Churches of Christ.

## General Powers of the Board of Regents

The Board of Regents has the following general powers:

1. Has the responsibility for determining basic general policies of the institution and for giving general direction in the execution of these policies. It exercises control over Regions University through the President, who is the chief executive officer of the institution.

2. Has major responsibility in providing the financial resources necessary for maintaining and further developing Regions University as an institution of higher education.

3. Has responsibility for preparing long-range plans for academic growth, student services, financial support, and campus development.

## Specific Powers and Duties of the Board of Regents

In addition to the general powers for determination of general policies governing Regions University, the Board of Regents has the following specific duties and powers to provide the means from implementation of its major responsibilities:

1. The Board of Regents shall hold a minimum of two meetings each year. Under normal circumstances, the meetings shall be held in the spring of the Year (January through May), and in the fall of the year (September through December), but in the event there should be a major conflict in either of the said months, the Chairperson of the Board of Regents shall so inform the members of the Board and thereby set an earlier or later date for the semi-annual meeting.

2. To select a chief executive officer.

3. To develop and/or adopt general overall policies for the administration of the Institution.

4. To authorize the programs of education and the kind of academic degrees, diplomas and certificates to be conferred.

5. To advise with the chief executive officer, thereby affording a group judgment, on his recommendations for extensions or re-adjustments of the scope of educational activities.

**RU 101**

6. To pass upon and/or authorize, after debate and any changes have been substituted, the annual budget as commissioned and submitted by the chief executive officer.

7. To debate and pass upon the recommendations of the chief executive officer for additional capital outlay, particularly as pertains to the construction of buildings, building sites, and building improvements and/or renovations.

8. To pass upon architectural plans for authorized buildings and/or building renovations, as submitted by the chief executive officer.

9. To discreetly deal with communications and criticism, written or oral, from patrons, alumni, elders, and other church members relative to the organization, administration, and policies of the Institution. University administrators, faculty, and staff are expected to communicate about University-related matters to and through the President, and not directly with the Board of Regents, except when communication is initiated and made by an individual Regent. Regents are normally to communicate and interact with the University (its administration, faculty, and staff) through the President.

10. To visit Regions University, including all of its departments, so as to observe and/or investigate the efficiency of the management of the Institution, and the quality of instruction that is being given.

11. To elect officers for the Board, including a Chairman, a Vice Chairman, and a Secretary, and to appoint committees and ad hoc officers as needed to facilitate the work of the Board.

12. To appoint officers pro tem for the Board of Regents in the event of vacancy, absence, or incapacity of regularly elected officers to fulfill their responsibilities.

13. To serve as a final board of appeal in cases of due process appeals by faculty members or administrators directly responsible to the President of Regions University.

14. To authorize and direct all expenditures involved in the operation of the institution. The Board has power to regulate the business policies of the University. It has full charge and control of all properties, effects, and assets of the corporation, with full power to regulate use and control the same for the benefit of the University. It has full power to invest and use the finances, properties, and assets in such manner as seems best for the greater benefit of the corporation.

15. To regulate the academic policies, determine the general curricula to be offered, and establish policies and regulations necessary for the government and direction of the officers, faculty, employees, and students of Regions University. In determining these policies, it considers the recommendations of the President of the University.

16. To formulate policies and regulations for student services which assure a maximum effort to help each student develop spiritually, emotionally, physically, and intellectually.

17. To authorize criteria and policies for admissions, degree programs, degree requirements, student service needs, and graduation requirements which will serve the best interests of the institution.

18. To dismiss any employee, following due process procedures, of the institution who fails to follow the policies and expressed wishes of the Board of Regents.

## Responsibilities of the President

The President of Regions University is elected by the Board of Regents as the Chief Executive Officer of the University and is responsible for leadership of the institution.

### President's Administrative Responsibilities

The President shall serve as the Chief Executive Officer, and he shall have the overall responsibility for the administration of the Institution, including all authorized departments and/or activities. The said President shall be charged with the following specific responsibilities:

1. The President shall serve as the Chief Executive Officer, and he shall have the overall responsibility for the administration of the Institution, including all authorized departments and/or activities. The said President shall be charged with the following specific responsibilities:

2. The President shall serve as a special advisor to the Board of Regent; and as an authority or expert in school administration, he shall keep the said Board advised on matters that constitute good Board policy: on matters of current issues and trends in the field of education; on matters or problems that are likely to arise within the scope of the Regions University's operation; and on matters that are calculated to provide protection from or solutions to the anticipated problems.

**RU 103**

3. He shall prepare the agenda for Board of Regents meetings, with said agenda including matters which he regards as being pertinent for the Board's consideration and adoption. His recommendations shall stem from his firm conviction, as the Chief Executive Officer, of those matters which will be best for the Institution. Further, his recommendations shall be made without fear or favor.

4. He serves as the Chief Executive Officer of Regions University under the Board of Regents and has responsibility for the direction and control of the institution, its policies, its officers, its faculty, and its students.

5. He shall serve as the liaison officer between the Board of Regents and the assistant administrators, the faculty members, and other personnel.

6. He shall be ultimately responsible for all disciplinary action against students and shall take measures to guarantee each student the provision for due process.

7. He shall be responsible for the overall moral, financial, and academic welfare of all departments of the Institution.

8. He shall sign all appropriate instruments and documents as head of the corporation, as authorized by the Board of Regents in the bylaws.

9. He shall execute the policies of the Board of Regents in the operation of Regions University.

10. He shall serve by virtue of office as a member of the Board of Regents.

11. He conveys official communications between the faculty and the Board.

12. He serves as the chief administrator to whom all faculty and staff members are responsible within appropriate lines of authority.

13. He coordinates the various functions of Regions University in keeping with institutional objectives and in accordance with policies developed to implement the academic administration, business administration, student administration, and institutional development functions of the University.

14. He provides the Chairman of the Board of Regents with all significant information pertaining to the operation of the University, the progress made on campus development, and the status of other projects authorized by the Board.

15. He makes himself available for appropriate conferences under reasonable circumstances with members of the Board, administrative personnel, faculty members, and student representatives.

16. He delegates appropriate responsibility to other administrative officers with authority to act in accord with the stated institutional objectives and policies of the Board.

17. He defines the responsibilities of institutional officers who are directly responsible to the President.

18. He requires annual and special reports from administrative heads for information and policy recommendations.

19. He makes all new appointments, reappointments, and promotions of faculty and staff members after cooperative selection or consideration with the proper administrative officers.

20. He has the privilege of attending and speaking at any or all meetings of the committees of the Board, meetings of the faculty, and meetings of the committees of the faculty.

21. He promotes and maintains high academic and spiritual standards within the University.

22. He serves as the agent through whom the Board of Regents, upon recommendation of the faculty, awards degrees, diplomas, or certificates.

23. He arranges, in consultation with the *Executive Leadership Team*, for speakers for baccalaureate, commencement, and other occasions sponsored by Regions University.

24. He approves outside speakers sponsored by any Regions University organization.

25. He has ultimate responsibility for the direction and management of the business of the University and makes full reports to the Board annually or when requested to do so by the Chairman of the Board or chairmen of official committees of the Board.

26. He prepares the annual budget in coordination with the business office and submits it to the Board for approval.

**President's Fundraising Responsibilities**

The President performs the following fundraising functions:

1. He supervises the University Office of Advancement as to its policies, purposes, and procedures of all annual and special fund drives on behalf of the University.

2. He uses his official position to assist the officers of advancement in special visits of donors to encourage special or estate gifts.

3. He sees that all gifts and donations to the University are acknowledged by letter.

**President's Planning and Policy Making Responsibilities**

The President performs the following policy-making functions:

1. He assists the Board of Regents in preparing long-range plans for academic growth, student services, financial support, and campus development, after consultation with administrative advisors.

2. He develops short-term plans and recommends to the Board specific courses of action for implementation of the long-range plans of the University.

3. He keeps informed on new developments in Christian higher education and institutional administration that should be considered in making plans and policies for Regions University.

4. He makes recommendations, as deemed appropriate to the Board of Regents, faculty, or administration pertaining to the work and success of the University.

5. He transmits to the Board of Regents all requests from the administration or the faculty for new policies or changes in present policies with recommendations for approval, modification, or rejection.

**RU 106**

### President's Public Relations Responsibilities

To the university public the President performs the following functions:

1. Fosters a wholesome morale among the faculty, students, staff and administration.

2. Fosters a concern for the spiritual, educational, social, and physical well being of faculty and students.

3. Fosters a respect for constituted authority among faculty, students, staff, and administration.

4. Supervises all campus publications.

5. Supervises the public relations program of the University.

6. He meets with advisory groups from the alumni, Christian organizations, and the Montgomery community to stimulate interest in the future growth and development of the University.

7. He represents Regions University in church, educational, alumni, and community meetings.

8. He sees that the University is officially represented in appropriate national, regional, and state organizations of institutions of higher education.

9. He is available as a representative speaker for public meetings.

10. He gives due publicity to campus activities, academic program, faculty and student achievements, and other newsworthy matters.

**Other Responsibilities** The President as well will assume other work-related responsibilities as assigned by the Board of Regents.

### University Organizational Function

The University consists of the following principal organization. (1) The *Board of Regents* as the definitive controlling body by which all policy is established; (2) The *President* as the Chief Executive Officer who directs the institutional processes; (3) The *Executive Leadership Team*— as the president's cabinet approves the final decisions and actions of the *Policy Review Team* and submits requests to the Board of Regents for their approval; (4) The *Policy Review Team* serves as an important decision making body made up of all the leaders of Regions University's

**RU 107**

*University Teams*; and (5) The *University Teams* represent all constituents—specifically the faculty and students of the University.

RU 108

Regions University World Wide Commercial

  

How far are you willing to go for the Education you need?

  

Why not start with the university that brings the world to you. A school without walls

  

With 33 Academic Degree Programs, Regions University is an accredited institution with the faculty

  

and the technology to bring you the on-line education that works for you. Visit regionsuniversity.edu or

  

Call 1-888.790.8080. With Regions University, you can get there from here. Are you ready for your future?

RU 208

Regions University World Business

  

How far are you willing to go for the Education you need?

  

Why not start with a degree in Business with a university that brings the world to you.

  

Regions University offers Bachelors and Masters Degree Programs in
Business, Leadership and Information Systems Management.

  

Regions University is an accredited institution with 33 Academic Degree Programs.

  

RU 209

Visit us Online at regionsuniversity.edu or call 1-888.790.8080.
With Regions University, you can get there from here. Are you ready for your future?

Regions University General Studies

  

How far are you willing to go for the Education you need?

  

Why not start with a degree in Management Communication with a university that brings the world to you.

  

Regions University offers Bachelors Degree Programs in Human Resources, Liberal Studies and Criminal Justice

  

Regions University is an accredited institution with 33 Online Academic Degree Programs.

  

RU 210

Visit us Online at regionsuniversity.edu or call 1-888.790.8080.
With Regions University, you can get there from here. Are you ready for your future?

Regions University Counseling

  

How far are you willing to go for the Education you need?

  

Why not start with a degree in Counseling with a university that brings the world to you.

  

Regions University offers Masters and Doctoral Degree Programs in
Professional Counseling and Marriage and Family Therapy

  

Regions University is an accredited institution with 33 Online Academic Degree Programs.

  

RU 211

Visit us Online at regionsuniversity.edu or call 1-888.790.8080.
With Regions University, you can get there from here. Are you ready for your future?

Regions University Bible

  

How far are you willing to go for the Education you need?

  

Why not start with a degree in Biblical Studies with a university that brings the world to you.

  

Regions University offers Bachelors, Masters and PhD Degree Programs in
Biblical Studies and Practical Theology

  

Regions University is an accredited institution with 33 Online Academic Degree Programs.

  

RU 212

Visit us Online at regionsuniversity.edu or call 1-888.790.8080.
With Regions University, you can get there from here. Are you ready for your future?



RU 1617

RU 1618



RU 1619

SILKSCREEN

ARTIST: R.E.D.

WHITE

**REGIONS UNIVERSITY**
www.regionsuniversity.edu
1.888.790.8080

0    ½    1    ½    2

**ACTUAL SIZE:** 1.5"W x 0.4"H

at 200%

**REGIONS UNIVERSITY**
www.regionsuniversity.edu
1.888.790.8080

Product Image:



**RU 227**

**IMPRINT SIZE:** 4.5"W x 2.0"H

PAD PRINT

ARTIST: R.E.D.

■ MAROON 201 - STOCK COLOR

# REGIONS UNIVERSITY

## www.regionsuniversity.edu

## 1.888.790.8080

Product Image:



**RU 228**

SILKSCREEN

ARTIST: R.E.D.

WHITE

**REGIONS UNIVERSITY**
www.regionsuniversity.edu
1.888.790.8080

0     ½     1     ½     2

**ACTUAL SIZE:** 1.5"W x 0.4"H

at 200%

# REGIONS UNIVERSITY
www.regionsuniversity.edu
1.888.790.8080

Product Image:



**RU 229**

SILKSCREEN

ARTIST: R.E.D.

■ BLACK

REGIONS UNIVERSITY
www.regionsuniversity.edu
1.888.790.8080

| 0 | ½ | 1 | ½ | 2 |

**ACTUAL SIZE:** 2.5"W x 0.6"H

at 200%

# REGIONS UNIVERSITY
www.regionsuniversity.edu
1.888.790.8080

Product Image:



**RU 230**

SILKSCREEN

■ BLACK

ARTIST: R.E.D.



REGIONS UNIVERSITY
www.regionsuniversity.edu
1.888.790.8080

0    ½    1    ½    2

**ACTUAL SIZE:** 1.36" W x 0.37"H

at 200%

# REGIONS UNIVERSITY
www.regionsuniversity.edu
1.888.790.8080

Product Image:



RU 231

SILKSCREEN

ARTIST: R.E.D.

WHITE

**REGIONS UNIVERSITY**
www.regionsuniversity.edu
1.888.790.8080

0    ⅓    1    ½    2

**ACTUAL SIZE:** 1.75"W x 0.47"H

at 200%

# REGIONS UNIVERSITY
## www.regionsuniversity.edu
## 1.888.790.8080

Product Image:



**RU 232**

# REGIONS UNIVERSITY

Where Traditional and Online Education Merge

www.regionsuniversity.edu

RU 237



RU 1628



RU 1629



RU 1630

*Christianity Today March '07*



# REGIONS UNIVERSITY
### Where Traditional and Online Education Merge

A Christian University
Teaching Christ in all Regions of the World

## Turner School of Theology

Master of Arts in Biblical Studies

Master of Arts in Practical Theology

Master of Divinity

Doctor of Ministry

Doctor of Philosophy in Biblical Studies

## Earn Your Degree Online!

regionsuniversity.edu | 1.888.790.8080 or 334.387.7000

RU 218

Military Times
Mar, Aug,Nov 07



RU 215

## Anita Crosby

**From:** Margolin, Dan [Dan.Margolin@thomson.com]
**Sent:** Thursday, August 17, 2006 9:24 AM
**To:** Anita Crosby
**Subject:** RE: Thomson Peterson's Annual Tuition Update is attached - Thank you - Dan Margolin

Thank you Anita. Appreciate the update. Name change should appear on petersons.com tomorrow.

Regards

Dan

-----Original Message-----
**From:** Anita Crosby [mailto:anitacrosby@southernchristian.edu]
**Sent:** Wednesday, August 16, 2006 3:55 PM
**To:** Margolin, Dan
**Subject:** RE: Thomson Peterson's Annual Tuition Update is attached - Thank you - Dan Margolin

Dan,

Attached is our survey.

Please note that Southern Christian University is now Regions University. This name change was effective August 2, 2006 and does not constitute a change in nonprofit status, ownership, accreditation, Statement of Faith, management, institutional mission, or program offerings. The University is in the process of updating the Academic Catalog and associated materials to reflect the name change.

Anita L. Crosby
Regions University, formerly Southern Christian University
1200 Taylor Road
Montgomery, AL 36117
800.351.4040, ext. 7575

---

**From:** Margolin, Dan [mailto:Dan.Margolin@thomson.com]
**Sent:** Thursday, July 13, 2006 3:51 PM
**To:** Anita Crosby
**Subject:** Thomson Peterson's Annual Tuition Update is attached - Thank you - Dan Margolin

**RU 1380**

Call your Client Relations Representative:
800-338-3282 ext. 5333 (toll-free)



**REGIONS UNIVERSITY**
Where Traditional and Online Education Merge

# Montgomery, Alabama

## The University

Founded in 1967, Regions University is an independent, nonsectarian, coeducational institution dedicated to the spirit of its ideals and Christian heritage. All of Regions University programs are taught from a Christian perspective. REGIONS UNIVERSITY is the home of one of the nation's leading universities, offering distance learning programs and services to adults nationally. Adding to the prestige of the University is its recent designation as a Distance Education Demonstration Program Institution by the U.S. Department of Education. One of fifteen initial participants in the nation, Southern Christian University is partnering with the U.S. Department of Education to serve as a national model to help chart the future of distance learning.

Accredited by the Southern Association of Colleges and Schools, Regions University grants bachelor's, master's, and doctoral degrees, all available via a distance learning format. Graduate degrees are awarded in counseling/family therapy, organizational leadership, and religious studies. These degrees foster leadership, counseling and family therapy skills, knowledge, and biblical and Christian ministry skills. The counseling degrees are designed to help prepare students for licensure. Doctoral degrees include Doctor of Ministry and Doctor of Philosophy degrees. These are advanced professional degrees for community

Deleted: Regions University

Formatted: Font: Arial, 24 pt, Bold, Font color: Dark Red

Deleted: CREST¶



SCU Crest 1¶

Deleted: Southern Christian University

Deleted: (SCU)

Deleted: SCU's

Deleted: SCU

Deleted: Southern Christian University

Deleted: 517421-1.doc

To access your information online, go to
http://www.thomsonpetersons.com/services

RU 1381

organization and church-related vocations, with a concentration designed to prepare participants to counsel families and individuals.

The policy of Regions University is to provide reasonable accommodation for persons who are handicapped or disabled as designated in Section 504 of the Rehabilitation Act of 1973 and the Americans with Disabilities Act of 1990. Although the Morgan W. Brown building is not equipped with an elevator, the needs of the physically challenged can be met from the first floor. These include registration, counseling, library facilities, classroom facilities, rest rooms, break room facilities, and others. Ample parking is provided.

**Deleted:** Southern Christian University

## Location

Regions University is located in Montgomery, Alabama, the capital city of the state. Strategically located in the central part of the state between Huntsville and Mobile and Atlanta, Georgia, Montgomery is one of the fastest-growing cities in the state and the region. The city is clean and modern, with beautiful residential areas, parks and playgrounds, and fine schools and universities. Students and families can also enjoy its museums, zoo, and capital facilities. Montgomery has two major U.S. Air Force installations: Maxwell Air Force Base and Gunter Annex. Maxwell is where the Air War College is located and is a strategic center for education. The city has a population of more than 245,000 citizens. There are many churches and educational institutions. The city has an abundance of good housing in addition to other advantages. Employment can be found easily in Montgomery.

**Deleted:** Southern Christian University

## Majors and Degrees

Undergraduate degrees are awarded in Biblical studies, business, human development, human resource management, liberal studies, management

**Deleted:** 517421-1.doc

**RU 1382**

communication, and public safety and human justice. These degrees promote biblical and Christian ministry skills, human development skills, knowledge in the arts, and management communication skills. REGIONS UNIVERSITY students are fully matriculated students of Regions University with full student privileges, rights, and responsibilities.

**Deleted:** SCU

**Deleted:** Southern Christian University

## Academic Programs

REGIONS UNIVERSITY is primarily a distance learning institution, although there are many classes offered on campus. The academic year consists of three semesters: fall, spring, and summer. A student must fulfill the required semester hours in a major as well as the basic requirements of the core curriculum. All core and major requirements can be received from the University. REGIONS UNIVERSITY programs have a traditional structure. Distance education is approved by the Southern Association of Colleges and Schools and the U.S. Department of Education, ensuring that distance education students receive the same high-quality education as on-campus students. Faculty and student services for students on campus are available to distance learners. REGIONS UNIVERSITY ensures that students have regular contact with faculty and staff members via e-mail and telephone. No residency is required for undergraduates. In addition to offering distance learning to a diverse array of individuals, REGIONS UNIVERSITY is participating in the expansion of eArmyU colleges and universities. eArmyU is the army's popular e-learning virtual university, offering more than 55,000 enrolled soldiers the opportunity to earn a college degree during their enlistment. With the flexibility of eArmyU, soldier-students continue their education uninterrupted, completing their degrees in a timely manner while they serve.

**Deleted:** SCU

**Deleted:** SCU

**Deleted:** SCU

**Deleted:** SCU

**Deleted:** 517421-1.doc

**RU 1383**

**PETERSON'S**
A ⓝⓔⓛⓝⓔⓣ COMPANY

*Peterson's Four-Year Colleges*

Call your Client Relations Representative:
800-338-3282 ext. 5333 (toll-free)

## Academic Facilities

Regions University sits stately on a 9-acre campus, adjoining Auburn University
at Montgomery and Interstate 85. A beautiful building houses the administration
offices, classrooms, and Library Resource Center.

**Deleted:** Southern Christian University

## Costs

Undergraduate tuition per semester hour is approximately $400. Full-time
undergraduates receive a 50 percent scholarship. A comprehensive fee of $400
per semester is required of all students.

## Financial Aid

Aid from institutionally generated funds is provided on the basis of academic
merit, financial need, and other criteria. A limited number of scholarships are
available. Priority is given to early applicants. Federal funding available for
undergraduates includes Federal Pell Grants, Federal Supplemental Educational
Opportunity Grants (FSEOG), the Federal Work-Study Program, and FFEL
subsidized and unsubsidized loans. Eighty percent of students receive financial
aid.

## Faculty

The instructional faculty members total 78. Sixty-four percent of the full-time
faculty members hold doctoral degrees, 100 percent hold master's degrees, and
100 percent hold terminal degrees. Faculty members specialize in their areas
and have exceptional training in distance learning delivery.

## Student Government

Student volunteers serve as members of the Student Advisory Committee.
Volunteers are appointed by the Student Services Team, with recommendations

**Deleted:** 517421-1.doc

To access your information online, go to
http://www.thomsonpetersons.com/services

RU 1384

**PETERSON'S**
A **N e l n e t** COMPANY

*Peterson's Four-Year Colleges*

Call your Client Relations Representative:
800-338-3282 ext. 5333 (toll-free)

from the deans. The committee meets on a regular term basis and is reorganized on a yearly basis. Concerns, recommendations, and requests are presented directly from the committee to the appropriate University area.

## Admission Requirements

Regions University is open to all persons who are of good character and who are academically qualified. The University has developed a streamlined admissions process to help potential students complete the process in a timely manner so they can begin their studies. As new technologies and processes become available, REGIONS UNIVERSITY makes every effort to adopt and use the latest technologies to help the admissions process. Transfer students in good academic standing are invited to apply to REGIONS UNIVERSITY. Prospective students must submit a $50 nonrefundable fee along with the completed application for admission.

| **Deleted:** Southern Christian University |

| **Deleted:** SCU |

| **Deleted:** SCU |

## Application and Information

For further information, students may contact:

Rick Johnson
Regions University
1200 Taylor Road
Montgomery, Alabama 36117
United States
Phone: 334-387-7513
        800-351-4040 Ext. 7513 (toll-free)
Fax: 334-387-3878
E-mail: admissions@regionsuniversity.edu
Web site: http://www.regions.edu

| **Deleted:** 517421-1.doc |

© 2006 Peterson's, a Nelnet company

To access your information online, go to
http://www.thomsonpetersons.com/services

**RU 1385**

Current 2007 Logos

Font: Belwe Std Light



Use:
Presidential Stationery
and Envelopes

Web Site Logos



Use:
Standard 2 color Letterhead
and Envelopes

Print Ads





**RU 185**

Letterhead 2 06



**REGIONS UNIVERSITY**
Where Traditional and Online Education Merge

RU 190



# REGIONS UNIVERSITY

1200 TAYLOR ROAD
MONTGOMERY, AL 36117-3553
(334) 387-3877
1-800-351-4040

**REGISTRATION FORM**

REGISTRATION REQUIREMENTS:
1. The catalog is the student/institution contract as to all academic requirements and procedures - please consult RU catalog.
2. Tuition and fees are due upon registration!
3. Your student ID number is very important, please use this number when referring to anything that pertains to your academic records.
4. It is the responsibility of each student to immediately notify the Registrar's Office of a withdrawal or a drop and add of courses.

STUDENT NO.                    DATE                REGISTRATION NO.

NAME                                   CAMPUS
ADDRESS                                 PHONE       HOME
                                                    OFFICE

SOCIAL SECURITY NO.                     DEGREE / SEEKING
CHURCH AFFILIATION                      STATUS
                                        VETERAN

| CAMPUS | DEPT. | COURSE # | SEC | TITLE/INSTRUCTOR | HRS. | C/A | MTWTFS | FEE | TIME | ROOM |
|--------|-------|----------|-----|------------------|------|-----|--------|-----|------|------|
|        |       |          |     |                  |      |     |        |     |      |      |
|        |       |          |     |                  |      |     |        |     |      |      |
|        |       |          |     |                  |      |     |        |     |      |      |
|        |       |          |     |                  |      |     |        |     |      |      |
|        |       |          |     |                  |      |     |        |     |      |      |

TOTAL HOURS

**PAYMENT OF TUITION AND FEES**

FEES:                                   LESS
  COURSE FEES
  CREDIT/AUDIT TUITION & FEES
  GENERAL COMPREHENSIVE FEE
  LATE FEE

                                        AMOUNT OF PAYMENT
                                        CHECK NO.

TOTAL TUITION & FEES                    REMAINING BALANCE

8.0
2006

REFLEX
BLUE

-1ST PROOF-

**RU 203**



RU 234

# Regions University

To all to whom these presents shall come, Greetings in the Lord:

*Be it known that the Board of Regents in recognition of successful completion
of the regular Course of Study and fulfillment of all other prescribed conditions, is
pleased on the recommendation of the faculty of the
School of Human Services of Regions University to confer upon*

## Jane Doe

*the degree of*

## Master of Science
### Professional Counseling

*with all the rights, privileges, honors and marks of distinction thereunto appertaining.
In Testimony Whereof, the seal of this University and the signatures of the duly
authorized officers are hereunto affixed in the city of Montgomery in the
state of Alabama on this **3rd day of June, two thousand and seven**.*



Rex A. Turner, Jr.
President of the University

Roger Wells
Chairperson, Board of Regents

S. Donald Patterson
Vice President for Academic Affairs

Jerry E. Gunnells
Dean of School of Leadership and Human Services

RU 235



RU 236

RAC00032250

RETURN TO REGIONS.COM

 **REGIONS**      HOME PAGE          DETAIL PAGE          BRANDING

## Our Promise

Regions and AmSouth are merging to create the new Regions. It is time to expect more. Yes, we are in the business of banking. But we are also in the business of life. And while our financial solutions will help you get more from your money, it is our mission to help you get more out of life.

## Watch for the new Regions logo.



**The sign of good things to come!**

Starting immediately, you'll see our new logo just about everywhere:

**Throughout the new Regions.com**, you will notice the new Regions logo and the new life green color, designed to reflect our new brand.

**In advertising** to highlight new account offerings and unusual values.

**On your new credit cards and CheckCards** as a symbol of extra benefits and expanded convenience to come.

**On your branches and ATMs.** We'll let you know when our combined banking network will become available to you.

## Here's why you'll like the new Regions

**More Convenience:** After our companies are fully combined, you'll have access to more than 1,900 branches and 2,400 ATMs in 16 states. Plus, you'll have expanded service online, by phone and in person.

**Easy Transition:** You can keep the same accounts, checks, PINs and more.

**More Choices:** Right now, you can open any of our great new accounts and add special benefits and rewards.

**Renewed Commitment To You:** You're the focus of everything we do. At the new Regions, we're dedicated to making



DEFENDANT'S
EXHIBIT
107



Financial Corp.

SAMUEL E. UPCHURCH, JR.
Executive Vice President,
General Counsel & Secretary

March 2, 1999

Mr. Joseph D. Jordan
Regions Propane
P. O. Box 248
Centre, Alabama   35960

Dear Mr. Jordan:

I recently learned that you have opened a new business, called Regions Propane. I wanted to touch base with you and inform you of Regions Bank's position on the use of "Regions" by your company. As I'm sure you know, Regions Financial Corporation has registered the trademark "Regions" and must be vigilent to protect against unauthorized use. Although Regions doesn't operate in that area of business, we feel that we would be entitled to use "Regions" should we endeavor to become involved in the propane business in the future. "Regions" is a registered trademark of this company, and we have taken great care in assuring that it is reserved for Regions Bank. At the present time, however, I do not foresee any problems with your company's use of "Regions" in the name of your business. I just want you to be informed that Regions Bank believes that it would have the ability to enforce its rights to "Regions" should it ever enter into the propane business.

Best of luck to you and your new company. If you have any questions or if I can be of any assistance, please do not hesitate to call me at (205)326-7860.

Very truly yours,

Samuel E. Upchurch, Jr.

SEU:nsm

cc:   Tim Williams

Post Office Box 10247    Birmingham, Alabama 35202    Telephone 205 326-7680    Fax 205 326-7751

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

REGIONS ASSET COMPANY, ET AL. :
                     :
      Plaintiffs,    :
                     :
  v.                 :  Civil Action No. 2:06-cv-882-MHT
                     :
                     :
REGIONS UNIVERSITY, INC.    :  **AFFIDAVIT OF JEAN E. PATERSON**
                     :
      Defendant.    :
                     :

I, Jean E. Paterson, doing business as Trademark, Patent and Copyright Research Services, and residing at 3102 South High Street, Arlington, Virginia 22202, to the best of my knowledge, information and belief, formed after reasonable inquiry, hereby declare:

    1.   I am of mature age and mental capacity to make this statement.

    2.   I am self-employed and my duties include conducting research and investigation of the trademark records at the United States Patent and Trademark Office (USPTO research).

    3.   I have been employed in the field of USPTO research for 17 years.

Civil Action No. 2:06-cv-882-MHT
Affidavit of Jean E. Paterson

4.    I have reviewed the trademark file history for application Serial No. 78/944,966 for the mark REGIONS UNIVERSITY, filed on August 4, 2006, in the name of Regions University, Inc.  Specifically, I have reviewed the Examiner's search strategy, dated December 28, 2006, set forth in the file history for the application.  I am familiar with this type of search strategy.

a.    Search strategy No. 7 is a search of the term "Region" or "Regions" of the records in the USPTO search data base.

b.    Search strategy No. 8 is a search of all marks in International Classes 9, 16, 41, 42, Certification Classes a and b, and Collective Membership Class 200.

c.    Search strategy No. 9 is a combination of both Search Strategy No. 7 and Search Strategy No. 8, which results in a finding of 78 trademarks, 38 of which are 'dead' marks.

d.    The strategy reveals that the Examining Attorney reviewed the 40 'live' marks associated with the combination of search strategies 7 and 8 in Search Strategy No. 9.

2

Civil Action No. 2:06-cv-882-MHT
Affidavit of Jean E. Paterson

    5.   On July 12, 2007, I performed the same search strategy as the Trademark Examining Attorney. The strategy reveals that as of July 12, 84 total marks were developed, of which 45 marks were 'live'. I have reviewed the 45 live marks. The reason 45 listings were developed in my search, as opposed to the 40 listings developed by the Trademark Examining Attorney in the search performed on December 28, 2006, is because five applications were filed subsequent to the December 28 search date. These include the following applications:

        a.   REGIONS UNIVERSITY, Serial No. 77/098922 filed February 5, 2007;

        b.   ALWAYS ON REGION, Serial No. 77/202431 filed June 11, 2007;

        c.   SERIES SOUTHEAST … Serial No. 77/206924 filed June 15, 2007;

        d.   CAPITAL REGION LIVING, Serial No. 77/169434, filed April 30, 2007; and

        e.   BAIDU, Serial No. 77/127,948, filed March 12, 2007.

    6.   Of the 45 live trademark registrations and applications developed from utilization of the search strategy set forth by the Trademark Examining Attorney in the REGIONS UNIVERSITY application, the following marks owned by Regions Asset Corporation were developed:

3

Civil Action No. 2:06-cv-882-MHT
Affidavit of Jean E. Paterson

        a.   REGIONSBANK, Registration No. 1,918,496, and,

        b.   REGIONS CHARITY CLASSIC, application Serial No. 77/098922.

    7.  It is clear to me from the search strategy employed by the Trademark Examining Attorney on December 28, 2006, that the two marks noted above in the name of Regions Asset Corporation were reviewed by the Examining Attorney in making a finding whether to approve or disapprove application Serial No. 78/944,966 for the mark, REGIONS UNIVERSITY.

    8.  I have also reviewed the trademark file history for application Serial No. 77/098,922 for the mark, REGIONS UNIVERSITY, filed on February 5, 2007, in the name of Regions Asset Company.  Specifically, I have reviewed the Examiner's search strategy, dated March 11, 2007, set forth in the file history for the application.  Again, I am familiar with this type of search strategy.

        a.   Search strategy No. 3 is a search directed to a phonetic search of the term "region" or "regions", of the records in the USPTO search data base.

        b.   Search strategy No. 20 is a search of a term which encompasses the word "university" in the USPTO search data base.

Civil Action No. 2:06-cv-882-MHT
Affidavit of Jean E. Paterson

c.    Search strategy No. 21 is a combination of both search strategy No. 3 and search strategy No. 20, which results in a finding of eight (8) trademarks, all of which are live marks.

d.    The strategy reveals that the Examining Attorney reviewed the 8 'live' marks associated with the combination of search strategies 3 and 20 in search strategy No. 21.

9.    I performed the same search strategy of the Trademark Examining Attorney on July 15, 2007.  The strategy revealed that as of July 15, 2007, 8 marks were developed, all of which were live.  I reviewed the 8 live marks.  Of the 8 live trademark registrations and applications developed from utilization of the search strategy set forth by the Trademark Examining Attorney in the Regions University application in the name of Regions Asset Company, set forth above, the following marks owned by Regions University, Inc., were developed:

a.    REGIONS UNIVERSITY, application Serial No. 78/944,966, and,

b.    REGIONS UNIVERSITY PRESS, application Serial No. 78/942,915.

10.  It is clear to me from the search strategy employed by the Trademark Examining Attorney on March 11, 2007,

Civil Action No. 2:06-cv-882-MHT
Affidavit of Jean E. Paterson

that the two marks noted above in the name of Regions University,

Inc., were reviewed by the Examining Attorney in making a finding

whether to approve or disapprove application Serial No.

77/098,922, for the mark, REGIONS UNIVERSITY.

        I DECLARE under penalty of perjury that the foregoing

is true and correct according to my personal knowledge and the

best of my information, knowledge and belief.

        FURTHER SAYETH NOT.


        Signed at:  Alexandria, Virginia, this 16th day of
July, 2007.


                                        _Patterson_____
                                        JEAN E. PATERSON

Given under my hand and official seal this 16th day of July,

2007.


                        _James Clark___ 360922
                        NOTARY PUBLIC in and for the
                        State of Virginia,
                        Residing at _3947 S. Glebe Rd_
                        _Arlington VA_
                        My appointment expires: _July 27, 2009_

6

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REGIONS ASSET COMPANY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | Civil Action No. 2:06-cv-882-MHT |
| | ) | |
| REGIONS UNIVERSITY, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

AFFIDAVIT OF PAULINE HOLDER RE: CORPORATE/LLC REGISTRATIONS

Comes now Pauline Holder, who being duly sworn, doth depose and say as follows:

1.    My name is Pauline Holder and I am employed by Hudson & Watts, LLP as a paralegal.

2.    I am submitting this affidavit in support of the Motion for Summary Judgment filed by Defendant, Regions University, Inc.

3.    Attached to this affidavit as Ex. A are true and complete copies of website pages from the Arkansas Secretary of State which reflect registrations of corporations or LLCs that use the word "Region" or "Regions" without referring to a specific geographic.  The entities are: Regions Beyond, Inc.; Regions Commercial Park, LLC; Regions Contractors, Inc.; Regions Development Group, LLC; Regions Forest Services, LLP; and Region Reporting, PLC (inactive).

4.    Attached to this affidavit as Ex. B are true and complete copies of website pages from the Florida Secretary of State which reflect registrations of corporations or LLCs that use the word "Region" or "Regions" without referring to a specific geographical area.  The entities are: Region Appraisals & Consulting Solutions, Inc.; Region America, Inc. (inactive); Regionatlantic Realty, LLC; Region Capital Resources, Inc. (inactive); Region Construction, LLC; Regionet Wireless Operations, LLC (inactive); Region Extreme All Stars, Inc.; The Region Group, LLC; Region Management Corp. (inactive); The Region Marketing Group, Inc.; The Region Marketing Group, LLC (inactive); Region

Med Corporation (inactive); Region Realty, Inc. (inactive); Regions Inc. (inactive); Regions, Inc.; Regions Aloft, LLC; Regions Beyond International, Inc.; Regions Beyond Ministries, Inc.; Regions Capital, LLC; Regions Capital Mortgage, Inc. (inactive); Regions Construction Co. (inactive); Regions Contractors, Inc.; Regions Development Ltd. Co.; Regions Facility Services, Inc.; Regions Financial Services, LLC (name changed to Mortgagerich, LLC on April 19, 2007); Regions Financial Tower, LLLP; Regions Hospitality, LLC; Regions Insurance Consultants, Inc.; Regions Investment Group, Inc.; Regions Land Group, LLC; Regions Mortgage Inc. (inactive); Regions Mortgage & Financial Services, Corp.; Regions Oil & Gas. (name changed to F.U. T. P., Inc, Inc. on July 9, 2007); Regions Properties, LLC; Regions Publication Inc. (name changed to Worldcap Media Network, Inc. on October 23, 2006); Region Realty, Inc. (inactive); Regions Realty, LLC; Region South Enterprises, Inc.; Region South GA., Inc. (inactive); Regions Title, LLC; Region Trucking Service, Inc. (inactive); Region Trust Inc.; Regions Van Lines, Inc.; and Regions Way, Inc.

5.    Attached to this affidavit as Ex. C are true and complete copies of website pages from the Georgia Secretary of State which reflect registrations of corporations or LLCs that use the word "Region" or "Regions" without referring to a specific geographical area. The entities are: Regionsair, Inc.; Regions Beyond 2000 Ministries, Inc.; Regions Beyond Ministries, Inc.; Regions Club, Inc. (inactive); Regions Development, Inc.; Regions Development Group, LLC; Regions Hospitality, LLC; Regions Land & Investments, Inc.; Regions North, Inc. (inactive); Regions Properties, LLC; Regions Security and Investigations, Inc.; Region Sales Agency, Inc. (inactive); Region South GA., Inc. (inactive); and Regions South, LLC.

6.    Attached to this affidavit as Ex. D are true and complete copies of website pages from the Illinois Secretary of State which reflect registrations of corporations or LLCs that use the word "Region" or "Region" without referring to a specific geographical area. The entities are: Region Auto Sales, LLC (inactive); Regions Air, Inc. (inactive); Region Claims Service, Inc.; Region Construction Company

(inactive); Region Consulting Services, Ltd. (inactive); Region Fence Sales, Inc.; Region Metal, Inc. (inactive); Region Realty, LLC; and Regions Title Corporation.

 7. Attached to this affidavit as Ex. E are true and complete copies of website pages from the Indiana Secretary of State which reflect registrations of corporations or LLCs that use the word "Region" or "Regions" without referring to a specific geographical area. The entities are: Region, Inc.; Region Basketball, Inc.; Region Builders, Inc. (inactive); Region Chem-Dry I & II, Inc.; Region Communications Inc.; Region Construction Corp. (inactive); Region Cuppy S LLC; Region Datacom, LLC; Region Design Group, Inc. (inactive); Region Destroyers, Inc.; Region Electric Corp. (name changed to Sharlen Electric Co. on February 2, 2005); Region Electric, Inc. (inactive); The Region Enterprises Limited Partnership; Region Extreme All Stars, Inc.; Region Freight Lines, Inc.; Region Home Inspection, Inc.; Region Idol; The Designer Outlet & Region Liquidators Inc.; Region Mall, Inc.; Region Motors Inc. (inactive); Region Pools, Inc.; Region Properties, LLC; Region Rats Baseball Club, Inc. (inactive); Region Real Estate, Inc.; Region Realty Co. Inc.; Region Renovations, Inc; Region Renovations, LLC (inactive); Region Roofing, Inc. (inactive); Region Roundball Foundation, Inc.; Region Signs, Inc.; Region Title, LLC (inactive); Region Sports Network, LLC;

 8. Attached to this affidavit as Ex. F is a true and complete copy of a website page from the Iowa Secretary of State which reflects registration of a corporation that uses the word "Regions" without referring to a specific geographical area. The entity is: Regionsair, Inc.

 9. Attached to this affidavit as Ex. G is a true and complete copy of a website page from the Kentucky Secretary of State which reflects registration of a corporation that uses the word "Regions" without referring to a specific geographical area. The entity is: Regionsair, Inc.

 10. Attached to this affidavit as Ex. H are true and complete copies of website pages from the Louisiana Secretary of State which reflect registrations of corporations or LLCs that use the word "Region" or "Regions" without referring to a specific geographical area. The entities are: All Regions Services, Inc.; Regions Community Behavioral Health Center, Inc.; Regions Community Behavioral

3

Health Center of Baton Rouge, Inc.; Regions Community Behavioral Health Center of Houma, Inc.; Regions Contractors, Inc.; Region Electric, LLC; Region Insulation Co., Inc.; Region Farm, LLC; Regions Land & Timber, LLC; Regions Plumbing & Mechanical Co., LLC (inactive); Region Realty; Regions Security Insurance; Region Security Protection Agency, Inc. (inactive); Region Truck Parts and Service, Inc. (inactive); and Regions Wholesale Battery LLC;

11.     Attached to this affidavit as Ex. I are true and complete copies of website pages from the Mississippi Secretary of State which reflect registrations of corporations or LLCs that use the word "Region" or "Regions" without referring to a specific geographical area. The entities are: Regions Auto Sales, LLC; Regions Contractors, Inc.; and Regions Realty Group, Inc. (name changed to Phelps Realty Group, Inc.).

12.     Attached to this affidavit as Ex. J are true and complete copies of website pages from the Missouri Secretary of State which reflect registrations of corporations or LLCs that use the word "Region" or "Regions" without referring to a specific geographical area. The entities are: Regionsair, Inc.; Region Land Survey, Inc.; Region Medical Equipment LLC; Regions Realty, LLC; Regions Survey, Inc. (inactive); Region Welding, Inc.; and Region Welding of Missouri, Inc.

13.     Attached to this affidavit as Ex. K are true and complete copies of website pages from the North Carolina Secretary of State which reflect registrations of corporations or LLCs that use the word "Region" or "Regions" without referring to a specific geographical area. The entities are: Regions Claim Management Group, LLC; Region Construction, Inc.; Regions Development, LLC; Regions Propane – North Carolina, LLC (name changed to ThomsonGas-North Carolina, LLC); Region's Real Estate Services, Inc.; and Region South Construction & Development, Inc.

14.     Attached to this affidavit as Ex. L are true and complete copies of website pages from the South Carolina Secretary of State which reflect registrations of corporations or LLCs that use the word "Region" or "Regions" without referring to a specific geographical area. The entities are: Region's, Inc.; Region Airlink, Inc. (inactive); Regions Construction LLC; Regions Construction and

4

Maintenance, LLC; Regions Propane-South Carolina, LLC; Region Properties, LLC; and Region South Realty, LLC.

15.    Attached to this affidavit as Ex. M are true and complete copies of website pages from the Tennessee Secretary of State which reflect registrations of corporations or LLCs that use the word "Region" or "Regions" without referring to a specific geographical area.  The entities are: Regionsair, Inc.; Regions Contractors, Inc.; Regions Development Group, LLC; Regions Hospitality, LLC; Regions Propane – Tennessee, LLC; and Regions Realty, LLC.

16.    Attached to this affidavit as Ex. N are true and complete copies of website pages from the Texas Secretary of State which reflect registrations of corporations or LLCs that use the word "Region" or "Regions" without referring to a specific geographical area.  The entities are: Regions Christian Center, Inc.; Regions Consulting Group, Inc.; Region Development, Inc. (inactive); Regions Diversified Capital-Howell LLC (fictitious name of Diversified Capital-Howell LLC assumed on September 28, 2006); Region Enterprises, Inc.; Regions Express Corporation (inactive); Region Health Care, Inc.; Region Insulation Co., Inc.; Regions Oil and Gas, Inc.; Region Parts, LLC (inactive); Regions Skin Care (fictitious name of Beautiful Lunatic Productions, LLC, assumed on December 15, 2006); Regions of Texas Land Co., LLC; and Regions Tower Partners, LP.

Further, affiant saith not.

Signed at: Mobile, Alabama, this _16th_ day of July, 2007.


_Pauline Holder_
Pauline Holder

STATE OF ALABAMA:

COUNTY OF MOBILE:

I, _Melodie D. McGehee_, the undersigned Notary Public, in and for said State and County, do hereby certify that PAULINE HOLDER, whose name is signed to the foregoing instrument,

and who is known to me, acknowledged before me on this day that she had read the foregoing Affidavit and knows the contents thereof, that the same are true to the best of her knowledge, information and belief, and that she executed the same voluntarily on the day the same bears date.

Given under my hand and seal this the 16th day of _____July_____ ,2007.

_____
Notary Public, State of Alabama
My Commission Expires: _____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: May 12, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

Arkansas Secretary of State: Business/ Commercial Services <span style="float:right">Page 1 of 1</span>



**SECRETARY OF STATE**  Arkansas  *Business Commercial Servic*

| SEARCH | |



Home
About the Office
Elections
Business /
Commercial Services
Capitol Grounds
News
Educational Materials
Tours

*State Capitol, Rm 256*
*Little Rock, AR 72201*
*501-682-1010*
*Email*

## Search Incorporations, Cooperatives, Banks and Insurance Companies

| | |
|---|---|
| Corporation Name | REGIONS BEYOND, INC. |
| Fictitious Names | N/A |
| Filing # | 100145217 |
| Filing Type | Non-Profit Corporation |
| Filed under Act | Dom Nonprofit Corp; 1147 of 1993 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | DR. ROY HARRIS |
| Agent Address | 3211 NORTH FIRST STREET |
| | JACKSONVILLE, AR 72076 |
| Date Filed | 03/13/1997 |
| Officers | N/A |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

**Purchase a Certificate of Good Standing for this Entity**

**Pay Franchise Tax for this corporation**

Use your browser's back button to return to the Search Results

Begin New Search

Site Map | Accessibility Policy | Privacy Statement | Security Statement

Arkansas Secretary of State: Business/ Commercial Services                    Page 1 of 1



**Arkansas**
**SECRETARY OF STATE**                    *Business Commercial Service*

Home

About the Office

Elections

Business /
Commercial Services

Capitol Grounds

News

Educational Materials

Tours



*State Capitol, Rm 256*
*Little Rock, AR 72201*
*501-682-1010*
*Email*

## Search Incorporations, Cooperatives, Banks and Insurance Companies

| | |
|---|---|
| Corporation Name | REGIONS COMMERCIAL PARK, LLC |
| Fictitious Names | N/A |
| Filing # | 100212400 |
| Filing Type | Limited Liability Company |
| Filed under Act | Domestic LLC; 1003 of 1993 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | JOHN D. ALFORD |
| Agent Address | 6301 CLIFF DR. |
| | FORT SMITH, AR 72903 |
| Date Filed | 04/24/2002 |
| Officers | RICHARD CRAFT , Managing Member |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

**Purchase a Certificate of Good Standing
for this Entity**

**Pay Franchise Tax for this corporation**

Use your browser's back button to return to the Search Results

Begin New Search

Site Map | Accessibility Policy | Privacy Statement | Security Statement

Arkansas Secretary of State: Business/ Commercial Services



## Arkansas SECRETARY OF STATE
*Business Commercial Service*

**SEARCH**

- Home
- About the Office
- Elections
- Business / Commercial Services
- Capitol Grounds
- News
- Educational Materials
- Tours



State Capitol, Rm 256
Little Rock, AR 72201
501-682-1010
Email

### Search Incorporations, Cooperatives, Banks and Insurance Companies

| | |
|---|---|
| Corporation Name | REGIONS CONTRACTORS, INC. |
| Fictitious Names | N/A |
| Filing # | 800047300 |
| Filing Type | Foreign For Profit Corporation |
| Filed under Act | For Bus Corp; 958 of 1987 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | BOB G. ROBERTS |
| Agent Address | 810 OAK CREST ROAD |
| | SILOAM SPRINGS, AR 72761 |
| Date Filed | 12/07/2004 |
| Officers | KAREN L. GAMMON , Incorporator/Organizer |
| | KAREN GAMMON , Controller |
| | STEPHEN R GAMMON , President |
| | JASON ROBERTS , Vice-President |
| | CHRISTOPHER ROBERTS , Secretary |
| | KAREN GAMMON , Treasurer |
| | KIRSCHNER & ASSOCIATES, P.C., Tax Preparer |
| | KAREN GAMMON , Controller |
| | STEPHEN R GAMMON , President |
| | JASON ROBERTS , Vice-President |
| | CHRISTOPHER ROBERTS , Secretary |
| | KAREN GAMMON , Treasurer |
| | KIRSCHNER & ASSOCIATES, P.C., Tax Preparer |
| Foreign Name | N/A |
| Foreign Address | 1580 CRAWFORDSVILLE HWY |
| | CRAWFORDVILLE, FL 32327 |
| State of Origin | FL |

**Purchase a Certificate of Good Standing
for this Entity**

**Pay Franchise Tax for this corporation**

Use your browser's back button to return to the Search Results

Arkansas Secretary of State: Business/ Commercial Services    Page 1 of 1



## Arkansas SECRETARY OF STATE    *Business Commercial Service*

SEARCH

Home
About the Office
Elections
Business
Commercial Services
Capitol Grounds
News
Educational Materials
Tours



State Capitol, Rm 256
Little Rock, AR 72201
501-682-1010
Email

### Search Incorporations, Cooperatives, Banks and Insurance Companies

| | |
|---|---|
| Corporation Name | REGIONS DEVELOPMENT GROUP, LLC |
| Fictitious Names | N/A |
| Filing # | 800095118 |
| Filing Type | Foreign Limited Liability Company |
| Filed under Act | Foreign LLC; 1003 of 1993 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | KENNETH L BURDEN |
| Agent Address | 6113 FRIENDLY HOPE CV. |
| | JONESBORO, AR 72404 |
| Date Filed | 10/09/2006 |
| Officers | SEE FILE, Incorporator/Organizer |
| Foreign Name | N/A |
| Foreign Address | 195 S. CENTER STREET COLLIERVILLE, TN 38017 |
| State of Origin | TN |

**Purchase a Certificate of Good Standing for this Entity**

**Pay Franchise Tax for this corporation**

Use your browser's back button to return to the Search Results

Begin New Search

Site Map | Accessibility Policy | Privacy Statement | Security Statement

**Arkansas Secretary of State: Business/ Commercial Services**



**Arkansas**
**SECRETARY OF STATE**    *Business Commercial Service*

SEARCH

Home
About the Office
Elections
Business /
Commercial Services
Capitol Grounds
News
Educational Materials
Tours



**State Capitol, Rm 256**
**Little Rock, AR 72201**
**501-682-1010**
**Email**

## Search Incorporations, Cooperatives, Banks and Insurance Companies

| | |
|---|---|
| Corporation Name | REGIONS FOREST SERVICES, LLP |
| Fictitious Names | N/A |
| Filing # | 800028247 |
| Filing Type | Limited Liability Partnership |
| Filed under Act | Domestic LLP; 1518 of 1999 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | GRANT PACE |
| Agent Address | 818 HWY 83 SOUTH |
| | MONTICELLO, AR 71655 |
| Date Filed | 02/25/2004 |
| Officers | WESLEY LAWSON , Incorporator/Organizer |
| | JOEL PACE , Incorporator/Organizer |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

### Purchase a Certificate of Good Standing for this Entity

### Pay Franchise Tax for this corporation

Use your browser's back button to return to the Search Results

Begin New Search

Site Map | Accessibility Policy | Privacy Statement | Security Statement



## Arkansas
## SECRETARY OF STATE
*Business/Com*

Home
About the Office
Elections
Business /
Commercial Services
Capitol Grounds
News
Educational Materials
Tours



**Search Incorporations, Cooperatives, Banks and Insurance Companies**

| | |
|---|---|
| Corporation Name | REGION REPORTING, PLC |
| Fictitious Names | N/A |
| Filing # | 100186696 |
| Filing Type | Limited Liability Company |
| Filed under Act | Domestic LLC; 1003 of 1993 |
| Status | Revoked 12/31/2001 |
| Principal Address | |
| Reg. Agent | SUSAN MICHELLE BARCLAY |
| Agent Address | 67 CR 345 |
| | JONESBORO, AR 72401 |
| Date Filed | 06/22/2000 |
| Officers | N/A |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |



State Capitol, Rm 256
Little Rock, AR 72201
501-682-1010
Email

LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search



FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List

No Events    No Name History

Entity Name Search

## Detail by Entity Name

### Florida Profit Corporation

REGION APPRAISALS & CONSULTING SOLUTIONS, INC.

### Filing Information

| | |
|---|---|
| Document Number | P05000047366 |
| FEI Number | 202587776 |
| Date Filed | 03/29/2005 |
| State | FL |
| Status | ACTIVE |
| Effective Date | NONE |

### Principal Address

1031 IVES DAIRY RD
228
MIAMI FL 33179 US

Changed 06/20/2007

### Mailing Address

1031 IVES DAIRY RD
228
MIAMI FL 33179 US

Changed 06/20/2007

### Registered Agent Name & Address

MONIQUE TRONCONE, CPA P.A.
55 NE 5TH AVENUE
SUITE 501
BOCA RATON FL 33432-5500 US

Name Changed: 03/18/2007

Address Changed: 06/20/2007

### Officer/Director Detail

Name & Address

Title PSTD

AMERIS, PAUL
1031 IVES DAIRY RD # 228
MIAMI FL 33179 US

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2006 | 07/05/2006 |
| 2007 | 03/18/2007 |
| 2007 | 06/20/2007 |

### Document Images

06/20/2007 -- ANNUAL REPORT

03/18/2007 -- ANNUAL REPORT

07/05/2006 -- ANNUAL REPORT

03/29/2005 -- Domestic Profit

Note: This is not official record. See documents if question or conflict.

Home   Contact us   Document Searches   E-Filing Services   Forms   Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.



## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

| Previous on List | Next on List | Return To List | |
| Events | Name History | | Entity Name Search |

## Detail by Entity Name

### Florida Profit Corporation

REGION AMERICA, INC.

### Filing Information

| | |
|---|---|
| Document Number | P95000088137 |
| FEI Number | 650623189 |
| Date Filed | 11/15/1995 |
| State | FL |
| Status | INACTIVE |
| Effective Date | NONE |
| Last Event | VOLUNTARY DISSOLUTION |
| Event Date Filed | 04/03/1998 |
| Event Effective Date | NONE |

### Principal Address

4360 NORTHLAKE BLVD SUITE 205
PALM BEACH GARDENS FL 33410

### Mailing Address

4360 NORTHLAKE BLVD SUITE 205
PALM BEACH GARDENS FL 33410

### Registered Agent Name & Address

WASHOFSKY, MARTIN E
4360 NORTHLAKE BLVD SUITE 205
PALM BEACH GARDENS FL 33410 US

### Officer/Director Detail

**Name & Address**

Title PD

YURIN, OLEG
4360 NORTHLAKE BLVD SUITE 205
PALM BEACH GARDENS FL 33410

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 1996 | 04/25/1996 |
| 1997 | 05/19/1997 |
| 1998 | 03/26/1998 |

### Document Images

04/03/1998 -- Voluntary Dissolution

03/26/1998 -- ANNUAL REPORT

05/19/1997 -- ANNUAL REPORT

04/25/1996 -- ANNUAL REPORT

| Note: This is not official record. See documents if question or conflict. |

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List     Next on List        Return To List

Events               No Name History

**Entity Name Search**

## Detail by Entity Name

**Florida Limited Liability Company**

REGIONATLANTIC REALTY, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L05000015588 |
| **FEI Number** | N/AE |
| **Date Filed** | 02/10/2005 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | NONE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 10/07/2005 |
| **Event Effective Date** | NONE |

**Principal Address**

4250 CORDGRASS INLET DRIVE
JACKSONVILLE BEACH FL 32250

**Mailing Address**

PO BOX 50756
JACKSONVILLE BEACH FL 32240

Changed 03/30/2007

**Registered Agent Name & Address**

MAYNARD, W. JACKSON JR
3520 THOMASVILLE ROAD, SUITE 200
TALLAHASSEE FL 32309 US

**Manager/Member Detail**

**Name & Address**

Title MGRM

COOPER, ROGER P
4250 CORDGRASS INLET DRIVE
JACKSONVILLE BEACH FL 32250

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2006 | 04/27/2006 |
| 2007 | 03/30/2007 |

**Document Images**

03/30/2007 -- ANNUAL REPORT

04/27/2006 -- ANNUAL REPORT

10/07/2005 -- Amendment

02/10/2005 -- Florida Limited Liabilites

| **Note:** This is not official record. See documents if question or conflict. |

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

## Florida Department of State
## Division of Corporations

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|------|-----------|-------------------|-------------------|-------|------|

| Previous on List | Next on List | Return To List | |
|------------------|--------------|----------------|--|
| Events | No Name History | | Entity Name Search |

### Detail by Entity Name

**Florida Profit Corporation**

REGION CAPITAL RESOURCES, INC.

**Filing Information**

| | |
|--|--|
| **Document Number** | P94000047388 |
| **FEI Number** | 650520401 |
| **Date Filed** | 06/24/1994 |
| **State** | FL |
| **Status** | INACTIVE |
| **Effective Date** | NONE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 08/23/1996 |
| **Event Effective Date** | NONE |

**Principal Address**

3191 CORAL WAY
SUITE 115
MIAMI FL 33145

**Mailing Address**

3191 CORAL WAY
SUITE 115
MIAMI FL 33145

**Registered Agent Name & Address**

GOMEZ-MOYA, JAIME S
3191 CORAL WAY
SUITE 115
MIAMI FL 33145

**Officer/Director Detail**

**Name & Address**

Title DP

GOMEZ-MOYA, JAIME S
3191 CORQAL WAY STE 12
MIAMI FL

Title ST

MARTIN, J ROD
3191 CORAL WAY STE 112
MIAMI FL

**Annual Reports**

| **Report Year** | **Filed Date** |
|-----------------|----------------|
| 1995 | 08/18/1995 |

**Document Images**

No Images are available for this filing.

Note: This is not official record. See documents if question or conflict.

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

*sunbiz*

## Detail by Entity Name

**Florida Limited Liability Company**

REGION CONSTRUCTION, LLC

### Filing Information

**Document Number** L07000017265
**FEI Number** NONE
**Date Filed** 02/14/2007
**State** FL
**Status** ACTIVE
**Effective Date** NONE

### Principal Address

6060 W 21 COURT, STE 604
HIALEAH FL 33016

### Mailing Address

6060 W 21 COURT, STE 604
HIALEAH FL 33016

### Registered Agent Name & Address

LAMONT NEIMAN INTERIAN & BELLET, P.A.
ONE BISCAYNE TOWER, 3550
TWO SOUTH BISCAYNE BOULEVARD
MIAMI FL 33131 US

### Manager/Member Detail

**Name & Address**

Title MGR

LEDESMA, LUIS
6060 W 21 COURT, STE 604
HIALEAH FL 33016

### Annual Reports

**No Annual Reports Filed**

### Document Images

02/14/2007 -- Florida Limited Liability

**Note:** This is not official record. See documents if question or conflict.

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

| Previous on List | Next on List | Return To List | |
| Events | No Name History | | Entity Name Search |

## Detail by Entity Name

**Foreign Limited Liability Company**

REGIONET WIRELESS OPERATIONS, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | M99000000499 |
| **FEI Number** | 330839698 |
| **Date Filed** | 03/15/1999 |
| **State** | DE |
| **Status** | INACTIVE |
| **Effective Date** | NONE |
| **Last Event** | REVOKED FOR ANNUAL REPORT |
| **Event Date Filed** | 10/04/2002 |
| **Event Effective Date** | NONE |

**Principal Address**

3700 CAMPUS DRIVE, SUITE 100
NEWPORT BEACH CA 92660

**Mailing Address**

453 E. PARK PLACE
JEFFERSONVILLE IN 47130

Changed 08/14/2001

**Registered Agent Name & Address**

BALL, JESS C
600 OCEAN DRIVE #10A
JUNO BEACH FL 33408 US

**Manager/Member Detail**

**Name & Address**

Title MGR

DANIEL, FRED
3700 CAMPUS DRIVE, SUITE 100
NEWPORT BEACH CA 92660

Title MGR

HEYDEN, PAUL VANDER
3700 CAMPUS DRIVE, SUITE 100
NEWPORT BEACH CA 92660

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2000 | 04/30/2000 |
| 2001 | 08/14/2001 |

**Document Images**

08/14/2001 -- ANNUAL REPORT

04/30/2000 -- ANNUAL REPORT

03/15/1999 -- Foreign Limited

| Note: This is not official record. See documents if question or conflict. |

**FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS**

*sunbiz*

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

| Previous on List | Next on List | Return To List | |
| No Events | No Name History | | Entity Name Search |

## Detail by Entity Name

**Florida Profit Corporation**

REGION EXTREME ALL STARS, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P04000057040 |
| **FEI Number** | 200956104 |
| **Date Filed** | 04/01/2004 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | 04/01/2004 |

**Principal Address**

10124 CANOPY TREE CT
ORLANDO FL 32836

**Mailing Address**

10124 CANOPY TREE CT
ORLANDO FL 32836

**Registered Agent Name & Address**

JOHNSON, SCOTT S
MORAN & SHAMS, P.A.
111 N ORANGE AVE, STE 1200
ORLANDO FL 32801 US

**Officer/Director Detail**

**Name & Address**

Title D

HALES, JILL
10124 CANOPY TREE CT
ORLANDO FL 32836

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2005 | 04/21/2005 |
| 2006 | 05/01/2006 |

**Document Images**

05/01/2006 -- ANNUAL REPORT

04/21/2005 -- ANNUAL REPORT

04/01/2004 -- Domestic Profit

Note: This is not official record. See documents if question or conflict.

**FLORIDA DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS**

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

**Previous on List**       **Next on List**       **Return To List**

**No Events**              **No Name History**

Entity Name Search

## Detail by Entity Name

**Florida Limited Liability Company**

THE REGION GROUP LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L06000037079 |
| **FEI Number** | 204623815 |
| **Date Filed** | 04/07/2006 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | NONE |

**Principal Address**

13544 AVISTA DR
TAMPA FL 33624

**Mailing Address**

13544 AVISTA DR
TAMPA FL 33624

**Registered Agent Name & Address**

BOGART, CREIGH A
13544 AVISTA DR
TAMPA FL 33624

**Manager/Member Detail**

**Name & Address**

Title MGRM

BOGART, CREIGH A
13544 AVISTA DR
TAMPA FL 33624

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| **2007** | 01/29/2007 |

**Document Images**

01/29/2007 -- ANNUAL REPORT

04/07/2006 -- Florida Limited Liability

| Note: This is not official record. See documents if question or conflict. |

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|------|-----------|-------------------|-------------------|-------|------|

| Previous on List | Next on List | Return To List | |
|------------------|--------------|----------------|--|
| Events | No Name History | | Entity Name Search |

## Detail by Entity Name

### Florida Profit Corporation

REGION MANAGEMENT CORP.

### Filing Information

| | |
|---|---|
| **Document Number** | P05000058817 |
| **FEI Number** | NONE |
| **Date Filed** | 04/20/2005 |
| **State** | FL |
| **Status** | INACTIVE |
| **Effective Date** | NONE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/15/2006 |
| **Event Effective Date** | NONE |

### Principal Address

5556 SW 8TH ST
MIAMI FL 33134

### Mailing Address

5556 SW 8TH ST
MIAMI FL 33134

### Registered Agent Name & Address

RAMIREZ, RAUL
4720 NW 4TH TERR
MIAMI FL 33126 US

### Officer/Director Detail

### Name & Address

Title PD

RAMIREZ, RAUL
4720 NW 4TH TERR
MIAMI FL 33126

### Annual Reports

### No Annual Reports Filed

### Document Images

04/20/2005 -- Domestic Profit

Note: This is not official record. See documents if question or conflict.

## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

*sunbiz*

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

| Previous on List | Next on List | Return To List | |
| No Events | No Name History | | Entity Name Search |

## Detail by Entity Name

**Florida Profit Corporation**

THE REGION MARKETING GROUP, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P05000015261 |
| **FEI Number** | 743138820 |
| **Date Filed** | 01/28/2005 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | 01/28/2005 |

**Principal Address**

7204 HARNEY ROAD
TAMPA FL 33617

**Mailing Address**

7204 HARNEY ROAD
TAMPA FL 33617

**Registered Agent Name & Address**

CAMPISI, ISABELLA
7204 HARNEY ROAD
TAMPA FL 33617 US

**Officer/Director Detail**

**Name & Address**

Title P

CAMPISI, ISABELLA
7204 HARNEY ROAD
TAMPA FL 33617 US

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| **2006** | 04/21/2006 |
| **2007** | 04/12/2007 |

**Document Images**

04/12/2007 -- ANNUAL REPORT

04/21/2006 -- ANNUAL REPORT

01/28/2005 -- Domestic Profit

Note: This is not official record. See documents if question or conflict.

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

| Previous on List | Next on List | Return To List | | Entity Name Search |
| Events | No Name History | | | |

## Detail by Entity Name

**Florida Limited Liability Company**

THE REGION MARKETING GROUP, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L04000048048 |
| **FEI Number** | NONE |
| **Date Filed** | 06/28/2004 |
| **State** | FL |
| **Status** | INACTIVE |
| **Effective Date** | 06/27/2004 |
| **Last Event** | VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 03/28/2005 |
| **Event Effective Date** | NONE |

**Principal Address**

7204 HARNEY ROAD
TAMPA FL 33617

**Mailing Address**

7204 HARNEY ROAD
TAMPA FL 33617

**Registered Agent Name & Address**

CAMPISI, ISABELLA G
7204 HARNEY ROAD
TAMPA FL 33617 US

**Manager/Member Detail**

**Name & Address**

Title MGR

CAMPISI, ISABELLA G
7204 HARNEY ROAD
TAMPA FL 33617

Title MGR

MENARD, JOEL M
7204 HARNEY ROAD
TAMPA FL 33617

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

03/28/2005 -- Voluntary Dissolution

06/28/2004 -- Florida Limited Liability

Note: This is not official record. See documents if question or conflict.

**FLORIDA DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS**

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|------|-----------|-------------------|-------------------|-------|------|

Previous on List    Next on List    **Return To List**

Events    No Name History

Entity Name Search

## Detail by Entity Name

**Florida Profit Corporation**

REGION MED CORPORATION

**Filing Information**

| | |
|---|---|
| **Document Number** | P95000000995 |
| **FEI Number** | NONE |
| **Date Filed** | 01/05/1995 |
| **State** | FL |
| **Status** | INACTIVE |
| **Effective Date** | NONE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 08/23/1996 |
| **Event Effective Date** | NONE |

**Principal Address**

7936 S.W. 8TH STREET
SUITE 32
MIAMI FL 33144

**Mailing Address**

7936 S.W. 8TH STREET
SUITE 32
MIAMI FL 33144

**Registered Agent Name & Address**

GEREZ, NORBERTO
7936 S.W. 8TH STREET
SUITE 32
MIAMI FL 33144 US

**Officer/Director Detail**

**Name & Address**

Title PSTD

GEREZ, NORBERTO
7936 S.W. 8TH ST. #32
MIAMI FL 33144

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

**No images are available for this filing.**

Note: This is not official record. See documents if question or conflict.

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

| Previous on List | Next on List | Return To List | |
| Events | Name History | | |

Entity Name Search

## Detail by Entity Name

**Florida Profit Corporation**

REGION REALTY, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P05000141231 |
| **FEI Number** | NONE |
| **Date Filed** | 10/14/2005 |
| **State** | FL |
| **Status** | INACTIVE |
| **Effective Date** | NONE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/15/2006 |
| **Event Effective Date** | NONE |

**Principal Address**

21301 PANAMA CITY BEACH PARKWAY
PANAMA CITY BEACH FL 32413

**Mailing Address**

PO BOX 611518
ROSEMARY BEACH FL 32461

**Registered Agent Name & Address**

WILLIAMS, JAMES C
240 E PARK PLACE AVE
PANAMA CITY BEACH FL 32413 US

**Officer/Director Detail**

**Name & Address**

Title P

BRUSILOW, EVAN
121 RIVIERA DR.
PANAMA CITY BEACH FL 32413

Title ST

HOLLINGSWORTH, KRISTAL
111 ISLAND COVE CT.
PANAMA CITY BEACH FL 32413

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

03/10/2006 -- Amendment and Name Change

10/14/2005 -- Domestic Profit

Note: This is not official record. See documents if question or conflict.

## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|------|-----------|-------------------|-------------------|-------|------|

Previous on List    Next on List    Return To List

Events    No Name History

**Entity Name Search**

## Detail by Entity Name

**Florida Profit Corporation**

REGIONS INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P96000076497 |
| **FEI Number** | 650707503 |
| **Date Filed** | 09/13/1996 |
| **State** | FL |
| **Status** | INACTIVE |
| **Effective Date** | NONE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 10/16/1998 |
| **Event Effective Date** | NONE |

### Principal Address

20475 BISCAYNE BLVD.
#11 & 12
AVENTURA FL 33180

Changed 08/13/1997

### Mailing Address

20475 BISCAYNE BLVD.
#11 & 12
AVENTURA FL 33180

Changed 08/13/1997

### Registered Agent Name & Address

FROBUCCINO, MARILYN
20415 BISCAYNE BLVD., STE. 11 & 12
AVENTURA FL 33180 US

### Officer/Director Detail

**Name & Address**

Title DPST

FROBUCCINO, MARILYN
20475 BISCAYNE BLVD., STE. 11 & 12
AVENTURA FL 33180

Title DV

ROSELL, LINDA
20475 BISCAYNE BLVD., STE. 11 & 12
AVENTURA FL 33180

### Annual Reports

| Report Year | Filed Date |
|-------------|-----------|
| 1997 | 08/13/1997 |

### Document Images

08/13/1997 -- ANNUAL REPORT

Note: This is not official record. See documents if question or conflict.

Home   Contact Us   Document Searches   E-Filing Services   Forms   Help
Copyright and Privacy Policies
Copyright © 2002 State of Florida, Department of State

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

*Sunbiz*

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List

No Events    No Name History

Entity Name Search

## Detail by Entity Name

**Florida Profit Corporation**

REGIONS, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P04000122432 |
| **FEI Number** | 201556425 |
| **Date Filed** | 08/24/2004 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | NONE |

**Principal Address**

8426 FENWICK AVE
TAMPA FL 33647 US

Changed 04/08/2006

**Mailing Address**

8426 FENWICK AVE
TAMPA FL 33647 US

Changed 04/08/2006

**Registered Agent Name & Address**

SCHWABE, WENDELL S
8426 FENWICK AVE
TAMPA FL 33647 US

Name Changed: 04/08/2006

Address Changed: 04/08/2006

**Officer/Director Detail**

**Name & Address**

Title PRES

SCHWABE, WENDELL S
8426 FENWICK AVE
TAMPA FL 33647 US

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2005 | 02/10/2005 |
| 2006 | 04/08/2006 |

**Document Images**

04/08/2006 -- ANNUAL REPORT

02/10/2005 -- ANNUAL REPORT

08/24/2004 -- Domestic Profit

Note: This is not official record. See documents if question or conflict.

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

*sunbiz*

## Detail by Entity Name

### Florida Limited Liability Company

REGIONS ALOFT, LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L06000111925 |
| **FEI Number** | 205912465 |
| **Date Filed** | 11/17/2006 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | NONE |

### Principal Address

1281 KASS CIRCLE
SPRING HILL FL 34606

### Mailing Address

1281 KASS CIRCLE
SPRING HILL FL 34606

### Registered Agent Name & Address

WILHITE, RONALD T
1281 KASS CIRCLE
SPRING HILL FL 34606

### Manager/Member Detail

### Name & Address

Title MGRM

WILHITE, RONALD T
1281 KASS CIRCLE
SPRING HILL FL 34606

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2007 | 02/05/2007 |

### Document Images

02/05/2007 -- ANNUAL REPORT

11/17/2006 -- Florida Limited Liability

Note: This is not official record. See documents if question or conflict.

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|------|-----------|-------------------|-------------------|-------|------|

| Previous on List | Next on List | Return To List | |
|------------------|--------------|----------------|--|
| No Events | No Name History | | Entity Name Search |

## Detail by Entity Name

**Florida Non Profit Corporation**

REGIONS BEYOND INTERNATIONAL INC.

### Filing Information

| | |
|--|--|
| **Document Number** | N96000002963 |
| **FEI Number** | 593407780 |
| **Date Filed** | 05/31/1996 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | NONE |

### Principal Address

4047 DEVLIN CT
TALLAHASSEE FL 32309 US

Changed 05/19/2007

### Mailing Address

P.O. BOX 12549
TALLAHASSEE FL 32317

Changed 03/11/2007

### Registered Agent Name & Address

RUSSI, PATRICK K
4047 DEVLIN CT
TALLAHASSEE FL 32309 US

Name Changed: 05/19/2007

Address Changed: 05/19/2007

### Officer/Director Detail

### Name & Address

Title PD

MCDONALD, BRUCE D
4047 DEVLIN CT
TALLAHASSEE FL 32309

Title VD

MCDONALD, BRUCE D III
4047 DEVLIN CT
TALLAHASSEE FL 32309

Title SD

RUSSI, PATRICK K

2031 SUNNY DALE DR
TALLAHASSEE FL 32312

Title D

CABELL, THOMAS N
9026 S DARLINGTON AV
TULSA OK 74137

Title VD

MCDONALD, REBECCA
4047 DEVLIN CT
TALLAHASSEE FL 32309

**Annual Reports**

| Report Year | Filed Date |
|-------------|------------|
| **2006**    | 03/08/2006 |
| **2007**    | 03/11/2007 |
| **2007**    | 05/19/2007 |

**Document Images**

05/19/2007 -- ANNUAL REPORT

03/11/2007 -- ANNUAL REPORT

03/08/2006 -- ANNUAL REPORT

02/09/2005 -- ANNUAL REPORT

03/08/2004 -- ANNUAL REPORT

02/25/2003 -- ANNUAL REPORT

02/14/2002 -- ANNUAL REPORT

02/03/2001 -- ANNUAL REPORT

02/07/2000 -- ANNUAL REPORT

02/17/1999 -- ANNUAL REPORT

02/18/1998 -- ANNUAL REPORT

02/19/1997 -- ANNUAL REPORT

**Note:** This is not official record. See documents if question or conflict.

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

**Previous on List**    **Next on List**    **Return To List**

**No Events**    **No Name History**

Entity Name Search

## Detail by Entity Name

**Florida Non Profit Corporation**

REGIONS BEYOND MINISTRIES INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | N06000000847 |
| **FEI Number** | NONE |
| **Date Filed** | 01/26/2006 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | NONE |

**Principal Address**

490 NORTH NORMANDALE AVE
ORLANDO FL 32835

**Mailing Address**

490 NORTH NORMANDALE AVE
ORLANDO FL 32835

**Registered Agent Name & Address**

UNITED STATES CORPORATION AGENTS, INC.
1111 LINCOLN RD
SUITE 400
MIAMI BEACH FL 33139 US

Name Changed: 05/19/2006

Address Changed: 05/19/2006

**Officer/Director Detail**

**Name & Address**

Title D

APONE, JEFFREY
490 NORTH NORMANDALE AVE
ORLANDO FL 32835

Title D

APONE, MARGARET
490 NORTH NORMANDALE AVE
ORLANDO FL 32835

Title D

MORGAN, ROGER
490 NORTH NORMANDALE AVE
ORLANDO FL 32835

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

01/26/2006 -- Domestic Non-Profit

Note: This is not official record. See documents if question or conflict.

**FLORIDA DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS**

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

**Previous on List**    **Next on List**    **Return To List**

**No Events**    **No Name History**

Entity Name Search

## Detail by Entity Name

**Florida Limited Liability Company**

REGIONS CAPITAL, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L06000116561 |
| **FEI Number** | APPLIED |
| **Date Filed** | 12/06/2006 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | NONE |

**Principal Address**

1281 KASS CIRCLE
SPRING HILL FL 34606

**Mailing Address**

1281 KASS CIRCLE
SPRING HILL FL 34606

**Registered Agent Name & Address**

WILHITE, RONALD T
1281 KASS CIRCLE
SPRING HILL FL 34606

**Manager/Member Detail**

**Name & Address**

Title MGRM

WILHITE, RONALD T
1281 KASS CIRCLE
SPRING HILL FL 34606

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2007 | 02/05/2007 |

**Document Images**

02/05/2007 -- ANNUAL REPORT

12/06/2006 -- Florida Limited Liability

Note: This is not official record. See documents if question or conflict.

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

| Previous on List | Next on List | Return To List | Entity Name Search |
| Events | No Name History | | |

## Detail by Entity Name

### Florida Profit Corporation

REGIONS CAPITAL MORTGAGE, INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P05000116963 |
| **FEI Number** | NONE |
| **Date Filed** | 08/22/2005 |
| **State** | FL |
| **Status** | INACTIVE |
| **Effective Date** | NONE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/15/2006 |
| **Event Effective Date** | NONE |

### Principal Address

8255 CHEARRINGTON FOREST BLVD
TALLAHASSEE FL 32312

### Mailing Address

2180 SARA ASHLEY WAY
LITHONIA GA 20005

### Registered Agent Name & Address

GORDON, ERNEST
8255 CHEARRINGTON FOREST BLVD
TALLAHASSEE FL 32312 US

### Officer/Director Detail

### Name & Address

NONE

### Annual Reports

### No Annual Reports Filed

### Document Images

08/22/2005 -- Domestic Profit

Note: This is not official record. See documents if question or conflict.

**FLORIDA DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS**

Home    Contact Us    E-Filing Services    Document Searches    Forms    Help

Previous on List    Next on List    Return To List
Events    No Name History

Entity Name Search

## Detail by Entity Name

**Florida Profit Corporation**

REGIONS CONSTRUCTION CO.

**Filing Information**

| | |
|---|---|
| **Document Number** | P98000034103 |
| **FEI Number** | 593552451 |
| **Date Filed** | 04/13/1998 |
| **State** | FL |
| **Status** | INACTIVE |
| **Effective Date** | NONE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 10/01/2004 |
| **Event Effective Date** | NONE |

**Principal Address**

304 SOUTH WILLOW AVE.
TAMPA FL 33606

**Mailing Address**

304 SOUTH WILLOW AVE.
TAMPA FL 33606

**Registered Agent Name & Address**

GONZALEZ, JOE M
304 SOUTH WILLOW AVE.
TAMPA FL 33606

**Officer/Director Detail**

**Name & Address**

Title DPST

GONZALEZ, JOE M
304 SOUTH WILLOW AVE.
TAMPA FL 33606

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2001 | 07/05/2001 |
| 2002 | 05/07/2002 |
| 2003 | 02/17/2003 |

**Document Images**

02/17/2003 -- ANNUAL REPORT

05/07/2002 -- ANNUAL REPORT

07/05/2001 -- ANNUAL REPORT

05/24/2000 -- ANNUAL REPORT

09/16/1999 -- ANNUAL REPORT

04/13/1998 -- Domestic Profit

| Note: This is not official record. See documents if question or conflict. |
|---|

Home  Contact Us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State



FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|------|-----------|-------------------|-------------------|-------|------|

Previous on List     Next on List     Return To List

No Events     No Name History

[ Entity Name Search ]

### Detail by Entity Name

**Florida Profit Corporation**

REGIONS CONTRACTORS, INC.

**Filing Information**

**Document Number** P03000059411
**FEI Number** 352207186
**Date Filed** 05/30/2003
**State** FL
**Status** ACTIVE
**Effective Date** NONE

**Principal Address**

41 FELI WAY
CRAWFORDVILLE FL 32327

Changed 12/22/2005

**Mailing Address**

41 FELI WAY
CRAWFORDVILLE FL 32327

Changed 12/22/2005

**Registered Agent Name & Address**

LOVETT, JOHN C
106 E COLLEGE AVE SUITE 1200
TALLAHASSEE FL 32301 US

**Officer/Director Detail**

**Name & Address**

Title P

GAMMON, STEPHEN R
41 FELI WAY
CRAWFORDVILLE FL 32327

Title P

ROBERTS, JASON A
41 FELI WAY
CRAWFORDVILLE FL 32327

Title P

ROBERTS, CHRISTOPHER S
41 FELI WAY
CRAWFORDVILLE FL 32327

Title ST

GAMMON, KAREN L
41 FELI WAY
CRAWFORDVILLE FL 32327

**Annual Reports**

**Report Year   Filed Date**
2005          01/10/2005
2006          01/06/2006
2007          03/26/2007

**Document Images**

03/26/2007 -- ANNUAL REPORT

01/06/2006 -- ANNUAL REPORT

01/10/2005 -- ANNUAL REPORT

03/19/2004 -- ANNUAL REPORT

05/30/2003 -- Domestic Profit

Note: This is not official record. See documents if question or conflict.

Home   Contact us   Document Searches   E-Filing Services   Forms   Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

| Previous on List | Next on List | Return To List |
| No Events | No Name History |

Entity Name Search

## Detail by Entity Name

**Florida Limited Liability Company**

REGIONS DEVELOPMENT LTD. CO.

**Filing Information**

| | |
|---|---|
| **Document Number** | L04000066968 |
| **FEI Number** | 201645114 |
| **Date Filed** | 09/10/2004 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | NONE |

**Principal Address**

41 FELI WAY
CRAWFORDVILLE FL 32327 US

Changed 01/05/2006

**Mailing Address**

41 FELI WAY
CRAWFORDVILLE FL 32327 US

Changed 01/05/2006

**Registered Agent Name & Address**

CARTER, MIKE ATTY
3047 CRAWFORDVILLE HIGHWAY
CRAWFORDVILLE FL 32327

**Manager/Member Detail**

**Name & Address**

Title MGRM

GAMMON, STEPHEN R
39 AUCILLA STREET
PANACEA FL 32346

Title MGRM

ROBERTS, JASON A
615 OAK WOOD TR. N.
CRAWFORDVILLE FL 32327

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2005 | 01/10/2005 |
| 2006 | 01/05/2006 |
| 2007 | 03/23/2007 |

**Document Images**

03/23/2007 -- ANNUAL REPORT
01/05/2006 -- ANNUAL REPORT
01/10/2005 -- ANNUAL REPORT
09/10/2004 -- Florida Limited Liabilites

Note: This is not official record. See documents if question or conflict.

## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

| Previous on List | Next on List | Return To List | |
| No Events | No Name History | | Entity Name Search |

## Detail by Entity Name

**Florida Profit Corporation**

REGIONS FACILITY SERVICES, INC.

**Filing Information**

| | |
|---|---|
| Document Number | P03000096966 |
| FEI Number | 200193175 |
| Date Filed | 09/04/2003 |
| State | FL |
| Status | ACTIVE |
| Effective Date | NONE |

**Principal Address**

1281 KASS CIRCLE
SPRING HILL FL 34606

Changed 09/13/2005

**Mailing Address**

1281 KASS CIRCLE
SPRING HILL FL 34606

Changed 09/13/2005

**Registered Agent Name & Address**

WILHITE, RONALD T
1281 KASS CIRCLE
SPRING HILL FL 34606

Name Changed: 09/13/2005

Address Changed: 09/13/2005

**Officer/Director Detail**

**Name & Address**

Title D

WILHITE, RONALD T
1281 KASS CIRCLE
SPRING HILL FL 34606

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2005 | 09/13/2005 |
| 2006 | 01/05/2006 |
| 2007 | 01/29/2007 |

**Document Images**

01/29/2007 -- ANNUAL REPORT

01/05/2006 -- ANNUAL REPORT

09/13/2005 -- ANNUAL REPORT

07/02/2004 -- ANNUAL REPORT

09/04/2003 -- Domestic Profit

**Note:** This is not official record. See documents if question or conflict.

Home | Contact Us | E-Filing Services | Document Searches | Forms | Help

Previous on List    Next on List    Return To List

Events    Name History

Entity Name Search

## Detail by Entity Name

**Florida Limited Liability Company**

MORTGAGERICH, LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L06000087371 |
| **FEI Number** | 205500553 |
| **Date Filed** | 09/05/2006 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | NONE |
| **Last Event** | LC NAME CHANGE |
| **Event Date Filed** | 04/19/2007 |
| **Event Effective Date** | NONE |

### Principal Address

1825 MAIN STREET
WESTON FL 33326

### Mailing Address

1825 MAIN STREET
WESTON FL 33326

### Registered Agent Name & Address

MATA, JOSE A
384 CAMERON DR.
WESTON FL 33326 US

### Manager/Member Detail

**Name & Address**

Title MGRM

MATA, JOSE A
384 CAMERON DR
WESTON FL 33326

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2007 | 02/07/2007 |

### Document Images

04/19/2007 -- LC Name Change

02/07/2007 -- ANNUAL REPORT

10/23/2006 -- LC Amendment

09/05/2006 -- Florida Limited Liability

Note: This is not official record. See documents if question or conflict.

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

REGIONS FINANCIAL SERVICES, LLC
<div align="center">(Present Name)<br>(A Florida Limited Liability Company)</div>

**FIRST:**  The Articles of Organization were filed on  SEPT 5TH, 2006  and assigned document number  L06000087371 .

**SECOND:**  This amendment is submitted to amend the following:

Effective to date change of Limited Liability Company name to :

MORTGAGERICH, LLC

FILED
2007 APR 19 P 1: 42
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Dated  April, 18th  2007

<div align="center">Signature of a member or authorized representative of a member</div>

Jose A. Mata
<div align="center">Typed or printed name of signee</div>

**Filing Fee: $25.00**



Home     Contact Us     E-Filing Services     Document Searches     Forms     Help

Previous on List     Next on List     Return To List
Events     Name History

Entity Name Search

## Detail by Entity Name

Florida Limited Partnership

REGIONS FINANCIAL TOWER, LLLP

### Filing Information

| | |
|---|---|
| **Document Number** | A04000001740 |
| **FEI Number** | 593788226 |
| **Date Filed** | 11/05/2004 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | NONE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 12/03/2004 |
| **Event Effective Date** | NONE |

### Principal Address

1555 PALM BEACH LAKES BOULEVARD
SUITE 1100
WEST PALM BEACH FL 33401 US

### Mailing Address

C/O FLORIDA MANAGEMENT COMPANY
P.O. BOX 3267
WEST PALM BEACH FL 33402

Changed 10/03/2005

### Registered Agent Name & Address

1555 OPERATING COMPANY
1555 PALM BEACH LAKES BOULEVARD
SUITE 1100
WEST PALM BEACH FL 33401 US

### General Partner Detail

**Name & Address**

Document Number P04000150393

1555 OPERATING COMPANY
1555 PALM BEACH LAKES BOULEVARD, #1100
WEST PALM BEACH FL 33401 US

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2005 | 06/20/2005 |
| 2006 | 04/24/2006 |
| 2007 | 03/19/2007 |

### Document Images

03/19/2007 -- ANNUAL REPORT

04/24/2006 -- ANNUAL REPORT

06/20/2005 -- ANNUAL REPORT

12/03/2004 -- Amendment

11/10/2004 -- CORAPSTQUL

11/05/2004 -- Domestic LP

Note: This is not official record. See documents if question or conflict.

Home   Contact Us   Document Searches   E-Filing Services   Forms   Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.



FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List

Events    No Name History    [Entity Name Search]

**Detail by Entity Name**

**Foreign Limited Liability Company**

REGIONS HOSPITALITY, LLC

**Filing Information**

Document Number    M00000002576
FEI Number    582533419
Date Filed    12/13/2000
State    GA
Status    ACTIVE
Effective Date    NONE
Last Event    REINSTATEMENT
Event Date Filed    12/09/2002
Event Effective Date    NONE

**Principal Address**

332 WASHINGTON STREET
SUITE 204
GAINESVILLE GA 30501

Changed 03/10/2005

**Mailing Address**

332 WASHINGTON STREET
SUITE 204
GAINESVILLE GA 30501

Changed 03/10/2005

**Registered Agent Name & Address**

SHAW III, E. CLAY
912 EAST BROWARD BLVD., STE B
FT LAUDERDALE FL 33301 US

**Manager/Member Detail**

**Name & Address**

Title MGR

MERCER, DAVID G
332 WASHINGTON STREET NW, STE 204
GAINESVILLE GA

Title MGR

MERCER, BRETT A
332 WASHINGTON STREET NW, STE 204
GAINESVILLE GA

Title MGR

PARKER, JOSEPH B
332 WASHINGTON STREET NW, STE 204
GAINESVILLE GA

**Annual Reports**

Report Year    Filed Date
2005    03/10/2005
2006    04/03/2006
2007    03/28/2007

**Document Images**

03/28/2007 -- ANNUAL REPORT
04/03/2006 -- ANNUAL REPORT
03/10/2005 -- ANNUAL REPORT
03/10/2004 -- ANNUAL REPORT
07/18/2003 -- ANNUAL REPORT
12/09/2002 -- ANNUAL REPORT
02/08/2001 -- ANNUAL REPORT
12/13/2000 -- Foreign Limited

Note: This is not official record. See documents if question or conflict.

Home    Contact Us    Document Searches    E-Filing Services    Forms    Help
Document and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

**Previous on List**   **Next on List**   **Return To List**

**No Events**   **No Name History**

Entity Name Search

## Detail by Entity Name

**Florida Profit Corporation**

REGIONS INSURANCE CONSULTANTS, INC.

**Filing Information**

**Document Number** P07000029469
**FEI Number**       208593107
**Date Filed**       03/06/2007
**State**            FL
**Status**           ACTIVE
**Effective Date**   NONE

**Principal Address**

10585 SW 109TH CT. SUITE 207
MIAMI FL 33176

Changed 05/08/2007

**Mailing Address**

10585 SW 109TH CT. SUITE 207
MIAMI FL 33176

Changed 05/08/2007

**Registered Agent Name & Address**

SARDINAS, NORBERTO
13630 SW 98TH ST.
MIAMI FL 33186 US

**Officer/Director Detail**

**Name & Address**

Title PD

SARDINAS, NORBERTO
13630 SW 98TH ST.
MIAMI FL 33186

Title VD

MARTINEZ, DIAGORAS
13630 SW 98TH ST.
MIAMI FL 33186

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

03/06/2007 -- Domestic Profit

Note: This is not official record. See documents if question or conflict.

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

| Previous on List | Next on List | Return To List |
| Events | No Name History | |

Entity Name Search

## Detail by Entity Name

**Florida Profit Corporation**

REGIONS INVESTMENT GROUP, INC.

### Filing Information

| | |
|---|---|
| Document Number | P06000007397 |
| FEI Number | NONE |
| Date Filed | 01/18/2006 |
| State | FL |
| Status | ACTIVE |
| Effective Date | NONE |
| Last Event | AMENDMENT |
| Event Date Filed | 04/19/2007 |
| Event Effective Date | NONE |

### Principal Address

2760 SW 14TH STREET
MIAMI FL 33145

### Mailing Address

2760 SW 14TH STREET
MIAMI FL 33145

### Registered Agent Name & Address

TABARES, JORGE L
2760 SW 14TH STREET
MIAMI FL 33145 US

### Officer/Director Detail

**Name & Address**

Title PD

TABARES, JORGE L
2760 SW 14TH STREET
MIAMI FL 33145

Title SD

TABARES, LUIS
2760 SW 14TH STREET
MIAMI FL 33145

Title TD

CORRALES, ERNESTO
2760 SW 14TH STREET
MIAMI FL 33145

### Annual Reports

**No Annual Reports Filed**

### Document Images

04/19/2007 -- Amendment

01/18/2006 -- Domestic Profit

Note: This is not official record. See documents if question or conflict.

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

| Previous on List | Next on List | Return To List |
| No Events | No Name History |

[ Entity Name Search ]

### Detail by Entity Name

**Florida Limited Liability Company**

REGIONS LAND GROUP, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L05000014102 |
| **FEI Number** | 202325466 |
| **Date Filed** | 02/10/2005 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | NONE |

**Principal Address**

8210 LAKEWOOD RANCH BLVD
BRADENTON FL 34202 US

**Mailing Address**

8210 LAKEWOOD RANCH BLVD
BRADENTON FL 34202 US

**Registered Agent Name & Address**

SCHIER, JAMES R
8210 LAKEWOOD RANCH BLVD
BRADENTON FL 34202 US

**Manager/Member Detail**

**Name & Address**

Title MGR

NEAL, PATRICK K
8210 LAKEWOOD RANCH BLVD
BRADENTON FL 34202 US

Title MGR

SCHIER, JAMES R
8210 LAKEWOOD RANCH BLVD
BRADENTON FL 34202 US

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2006 | 04/10/2006 |
| 2007 | 04/02/2007 |

**Document Images**

04/02/2007 -- ANNUAL REPORT

04/10/2006 -- ANNUAL REPORT

02/10/2005 -- Florida Limited Liability

**Note:** This is not official record. See documents if question or conflict.

Home   Contact Us   Document Searches   E-Filing Services   Forms   Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List

Events    No Name History

Entity Name Search

## Detail by Entity Name

**Florida Profit Corporation**

REGIONS MORTGAGE INC.

**Filing Information**

| | |
|---|---|
| Document Number | P05000136416 |
| FEI Number | NONE |
| Date Filed | 10/05/2005 |
| State | FL |
| Status | INACTIVE |
| Effective Date | NONE |
| Last Event | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| Event Date Filed | 09/15/2006 |
| Event Effective Date | NONE |

**Principal Address**

21414 SUNSET AVE
PANAMA CITY BEACH FL 32413

**Mailing Address**

PO BOX 611518
ROSEMARY BEACH FL 32461

**Registered Agent Name & Address**

WILLIAMS, JAMES
240 EAST PARK PLACE AVE
PANAMA CITY BEACH FL 32413 US

**Officer/Director Detail**

**Name & Address**

Title P

EDMOND, ZLOTEA
130 TELFORD PL
DOTHAN AL 36305

Title VP

WILLIAMS, JAMES C
240 EAST PARK PLACE AVE
PANAMA CITY BEACH FL 32413

Title SEC

WILLIAMS, JAMES C
240 EAST PARK PLACE AVE
PANAMA CITY BEACH FL 32413

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

10/05/2005 -- Domestic Profit

Note: This is not official record. See documents if question or conflict.

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|---|---|---|---|---|---|

Previous on List    Next on List    Return To List

Events    No Name History

Entity Name Search

## Detail by Entity Name

**Florida Profit Corporation**

REGIONS MORTGAGE & FINANCIAL SERVICES, CORP.

**Filing Information**

| | |
|---|---|
| Document Number | P06000056202 |
| FEI Number | 510585856 |
| Date Filed | 04/20/2006 |
| State | FL |
| Status | ACTIVE |
| Effective Date | 05/01/2006 |
| Last Event | AMENDMENT |
| Event Date Filed | 01/05/2007 |
| Event Effective Date | NONE |

**Principal Address**

3152 JACKSON AVENUE
COCONUT GROVE FL 33133

**Mailing Address**

3152 JACKSON AVENUE
COCONUT GROVE FL 33133

**Registered Agent Name & Address**

HABOUD, ABDALLAH
3152 JACKSON AVENUE
COCONUT GROVE FL 33133 US

Name Changed: 01/05/2007

**Officer/Director Detail**

**Name & Address**

Title P

HABOUD, ABDALLAH
3152 JACKSON AVENUE
COCONUT GROVE FL 33133

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2007 | 05/02/2007 |

**Document Images**

05/02/2007 -- ANNUAL REPORT

04/04/2007 -- Off/Dir Resignation

01/05/2007 -- Amendment

04/20/2006 -- Domestic Profit

Note: This is not official record. See documents if question or conflict.

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|------|-----------|-------------------|-------------------|-------|------|

| Previous on List | Next on List | Return To List | |
|------------------|--------------|----------------|---|
| Events | Name History | | Entity Name Search |

### Detail by Entity Name

**Florida Profit Corporation**

F.U.T.P. INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P06000056892 |
| **FEI Number** | NONE |
| **Date Filed** | 04/20/2006 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | NONE |
| **Last Event** | NAME CHANGE AMENDMENT |
| **Event Date Filed** | 07/09/2007 |
| **Event Effective Date** | NONE |

**Principal Address**

15851 DALLAS PKWY., STE. 105
ADDISON TX 75001

Changed 09/22/2006

**Mailing Address**

15851 DALLAS PKWY., STE. 105
ADDISON TX 75001

Changed 09/22/2006

**Registered Agent Name & Address**

CAPITOL CORPORATE SERVICES, INC.
155 OFFICE PLAZA DR.
SUITE A
TALLAHASSEE FL 32301 US

Address Changed: 11/09/2006

**Officer/Director Detail**

**Name & Address**

Title D

DARTEZ, GREG
15851 DALLAS PKWY., STE. 105
ADDISON TX 75001

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

09/22/2006 -- Amendment

09/12/2006 -- Amendment and Name Change

05/30/2006 -- Name Change

04/20/2006 -- Domestic Profit

| Note: This is not official record. See documents if question or conflict. |
|---|

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

**Articles of Amendment**
**to**
**Articles of Incorporation**
**of**



Regions Oil & Gas, Inc.
_____

(Name of corporation as currently filed with the Florida Dept. of State)

P06000056892
_____

(Document number of corporation (if known))

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

**NEW CORPORATE NAME (if changing):**

F.U.T.P. Inc.
_____

(Must contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or "Co.")
(A professional corporation must contain the word "chartered", "professional association," or the abbreviation "P.A.")

**AMENDMENTS ADOPTED- (OTHER THAN NAME CHANGE)** Indicate Article Number(s) and/or Article Title(s) being amended, added or deleted: (BE SPECIFIC)

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Attach additional pages if necessary)

If an amendment provides for exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself: (if not applicable, indicate N/A)

_____

_____

_____

(continued)

**The date of each amendment(s) adoption:** June 25, 2007

**Effective date if <u>applicable</u>:** June 25, 2007

<div align="center">(no more than 90 days after amendment file date)</div>

**Adoption of Amendment(s)**          **(CHECK ONE)**

☐ The amendment(s) was/were approved by the shareholders. The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient for approval by

_____ ."

<div align="center">(voting group)</div>

☑ The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

☐ The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

Signature *Greg Dartez*

<div align="center">(By a director, president or other officer - if directors or officers have not been selected, by an incorporator - if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)</div>

Greg Dartez

<div align="center">(Typed or printed name of person signing)</div>

Director

<div align="center">(Title of person signing)</div>

**FILING FEE: $35**



Home    Contact Us    E-Filing Services    Document Searches    Forms    Help

Previous on List    Next on List    Return To List

Events    No Name History    Entity Name Search

**Detail by Entity Name**

**Foreign Limited Liability Company**

REGIONS PROPERTIES, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | M04000002671 |
| **FEI Number** | 200559626 |
| **Date Filed** | 07/06/2004 |
| **State** | GA |
| **Status** | ACTIVE |
| **Effective Date** | NONE |
| **Last Event** | CANCEL ADM DISS/REV |
| **Event Date Filed** | 09/11/2006 |
| **Event Effective Date** | NONE |

**Principal Address**

147 N TYNDALL PKWY
PANAMA CITY FL 32404

**Mailing Address**

500 WESTPARK DRIVE
SUITE 140
PEACHTREE CITY GA 30269

Changed 09/11/2006

**Registered Agent Name & Address**

SEYMOUR, SCOTT
107 N 38TH ST
MEXICO BEACH FL 32410 US

**Manager/Member Detail**

**Name & Address**

Title M

SEYMOUR, SCOTT
500 WESTPARK DR, STE 140
PEACHTREE CITY GA 30269

Title M

BAKER, TIM
500 WESTPARK DRIVE, STE 140
PEACHTREE CITY GA 30269

Title M

BROOKS, CATHY
500 WESTPARK DR, STE 140
PEACHTREE CITY GA 30269

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2005 | 09/11/2006 |
| 2006 | 09/11/2006 |

**Document Images**

09/11/2006 -- REINSTATEMENT

07/06/2004 -- Foreign Limited

Note: This is not official record. See documents if question or conflict.

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

www.sunbiz.org - Department of State
Case 2:06-cv-00662-MHT-TFM     Document 50-43     Filed 07/17/2007     Page 51 of 184
Page 1 of 1

## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

| Previous on List | Next on List | Return To List |
| Events | Name History |

**Entity Name Search**

## Detail by Entity Name

**Florida Profit Corporation**

WORLDCAP MEDIA NETWORK, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P05000075452 |
| **FEI Number** | 205699908 |
| **Date Filed** | 05/20/2005 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | NONE |
| **Last Event** | AMENDMENT AND NAME CHANGE |
| **Event Date Filed** | 10/23/2006 |
| **Event Effective Date** | NONE |

**Principal Address**

17160 SW 94TH AVE - # 604
MIAMI FL 33157

**Mailing Address**

17160 SW 94TH AVE - # 604
MIAMI FL 33157

**Registered Agent Name & Address**

WEST, HERVAL E
17160 SW 94TH AVE - # 604
MIAMI FL 33157 US

**Officer/Director Detail**

**Name & Address**

Title PD

WEST, HERVALE E
17160 SW 94TH AVE - # 604
MIAMI FL 33157

Title S

CAWLEY, DUDLEY
2977 TRIANGLE RD
SE PALM BAY FL 32909

Title T

WEST, DWIGHT
17160 SW 94TH AVENUE #604
MIAMI FL 33157

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2006 | 10/12/2006 |

**Document Images**

10/23/2006 -- Amendment and Name Change

10/12/2006 -- REINSTATEMENT

05/20/2005 -- Domestic Profit

Note: This is not official record. See documents if question or conflict.

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

Home        Contact Us        E-Filing Services        Document Searches        Forms        Help

## Events

**WORLDCAP MEDIA NETWORK, INC.**

| | |
|---|---|
| Document Number | P05000075452 |
| Date Filed | 05/20/2005 |
| Effective Date | None |
| Status | Active |

| Event Type | Filed Date | Effective Date | Description |
|---|---|---|---|
| AMENDMENT AND NAME CHANGE | 10/23/2006 | | OLD NAME WAS : REGIONS PUBLICATION INC. |

**Note:** This is not official record. See documents if question or conflict.

10/23/2006  15:01    3056756100                    FAB CONSULTANTS, INC              PAGE  02
    850-205-0381                    10/19/2006 3:10    PAGE 001/001   Florida Dept of State

October 19, 2006

FLORIDA DEPARTMENT OF STATE
Division of Corporations

REGIONS PUBLICATION INC.
17160 SW 94TH AVE - # 604
MIAMI, FL  33157

SUBJECT: REGIONS PUBLICATION INC.
REF: P05000075452

We received your electronically transmitted document. However, the
document has not been filed. Please make the following corrections and
refax the complete document, including the electronic filing cover sheet.

Amendments for Florida profit corporations are filed in compliance with
section 607.1006, Florida Statutes. Please see the enclosed information.

The current name of the entity is as referenced above. Please correct
your document accordingly.

Please return your document, along with a copy of this letter, within 60
days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please
call (850) 245-6916.

Carol Mustain                      FAX Aud. #: H06000256067
Document Specialist                Letter Number: 306A00062355

RECEIVED
06 OCT 23 AM 8:00
DIVISION OF CORPORATION

P.O BOX 6327 ~ Tallahassee, Florida 32314

**ARTICLES OF AMENDMENT**
**TO**
**ARTICLES OF INCORPORATION**
**OF**
**REGIONS PUBLICATION, INC.**

Pursuant to Section 607.1006 of the General Statutes of Florida, the undersigned nonprofit corporation hereby submits the following Articles of Amendment for the purpose of amending its Articles of Incorporation.

The text of each amendment adopted is as follows:

1. The name of the corporation would be :
WORLDCAP MEDIA NETWORK. INC.

2. The names and addresses of the Board of directors are:

| NAME | ADDRESS |
|---|---|
| Hervale E. West President | 17160 SW 94TH Avenue #604 Miami FL 33157 |
| Dwight West Treasurer | 17160 SW 94th Avenue #604 Miami FL 33157 |
| Dudley Cawley Secretary | 2977 Triangle Rd SE palm Bay FL 32909 |

The Board of Directors has adopted a resolution setting forth this amendment of the Articles of Incorporation. Said resolution was submitted to a vote at a special meeting of all the members of the Corporation entitled to vote theron. The Amendment of the Articles of Incorporation was adopted unanimously by all of the members at such meeting on August 9th, 2006

This amendment shall be effective upon filing with the Secretary of State of Florida.

Signed this *19*$^{th}$ day of *October* 2006.

Herval E. West, Director

FILED
06 OCT 23 PM 12: 07
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

*sunbiz*

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

**Previous on List**   **Next on List**   **Return To List**

**Events**   **Name History**

**Entity Name Search**

## Detail by Entity Name

**Florida Profit Corporation**

REGION REALTY, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P05000141231 |
| **FEI Number** | NONE |
| **Date Filed** | 10/14/2005 |
| **State** | FL |
| **Status** | INACTIVE |
| **Effective Date** | NONE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/15/2006 |
| **Event Effective Date** | NONE |

**Principal Address**

21301 PANAMA CITY BEACH PARKWAY
PANAMA CITY BEACH FL 32413

**Mailing Address**

PO BOX 611518
ROSEMARY BEACH FL 32461

**Registered Agent Name & Address**

WILLIAMS, JAMES C
240 E PARK PLACE AVE
PANAMA CITY BEACH FL 32413 US

**Officer/Director Detail**

**Name & Address**

Title P

BRUSILOW, EVAN
121 RIVIERA DR.
PANAMA CITY BEACH FL 32413

Title ST

HOLLINGSWORTH, KRISTAL
111 ISLAND COVE CT.
PANAMA CITY BEACH FL 32413

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

03/10/2006 -- Amendment and Name Change

10/14/2005 -- Domestic Profit

Note: This is not official record. See documents if question or conflict.

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|------|-----------|-------------------|-------------------|-------|------|

| Previous on List | Next on List | Return To List | | Entity Name Search |
| No Events | No Name History | | | |

## Detail by Entity Name

**Florida Limited Liability Company**

REGIONS REALTY LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L05000103543 |
| **FEI Number** | 061785239 |
| **Date Filed** | 10/20/2005 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | 10/20/2005 |

**Principal Address**

4175 DAVIE ROAD
SUITE #110
DAVIE FL 33314 US

**Mailing Address**

4175 DAVIE ROAD
SUITE #110
DAVIE FL 33314 US

**Registered Agent Name & Address**

MOHAN, CAROLINE
4175 DAVIE ROAD
SUITE 110
DAVIE FL 33314 US

**Manager/Member Detail**

**Name & Address**

Title MGR

MOHAN, CAROLINE
4175 DAVIE ROAD
DAVIE FL 33314 US

**Annual Reports**

| Report Year | Filed Date |
|-------------|-----------|
| 2006 | 07/17/2006 |

**Document Images**

07/17/2006 -- ANNUAL REPORT

10/20/2005 -- Florida Limited Liability

Note: This is not official record. See documents if question or conflict.

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.



## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List

No Events    No Name History

Entity Name Search

## Detail by Entity Name

**Florida Profit Corporation**

REGION SOUTH ENTERPRISES, INC.

**Filing Information**

**Document Number** 627467
**FEI Number** 591916815
**Date Filed** 07/01/1979
**State** FL
**Status** ACTIVE
**Effective Date** NONE

**Principal Address**

1070 BUNNELL ROAD
ALTAMONTE SPRINGS FL 32714

Changed 02/12/1987

**Mailing Address**

1070 BUNNELL ROAD
ALTAMONTE SPRINGS FL 32714

Changed 02/12/1987

**Registered Agent Name & Address**

WURST, ARNOLD
113 GREENLEAF LANE
ALTAMONTE SPRINGS FL 32701 US

**Officer/Director Detail**

**Name & Address**

Title PD

WURST, ARNOLD
113 GREENLEAF LANE
ALTAMONTE SPRGS, FL

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2005 | 03/08/2005 |
| 2006 | 05/04/2006 |
| 2007 | 03/01/2007 |

**Document Images**

03/01/2007 -- ANNUAL REPORT

05/04/2006 -- ANNUAL REPORT

03/08/2005 -- ANNUAL REPORT

02/23/2004 -- ANNUAL REPORT

02/03/2003 -- ANNUAL REPORT

02/26/2002 -- ANNUAL REPORT

03/14/2001 -- ANNUAL REPORT

01/25/2000 -- ANNUAL REPORT

01/23/1999 -- ANNUAL REPORT

01/28/1998 -- ANNUAL REPORT

01/14/1997 -- ANNUAL REPORT

05/01/1996 -- ANNUAL REPORT

02/01/1995 -- ANNUAL REPORT

Note: This is not official record. See documents if question or conflict.

Home    Contact us    Document Searches    E-Filing Services    Forms    Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

Home    Contact Us    E-Filing Services    Document Searches    Forms    Help

Previous on List    Next on List    Return To List

Events    No Name History

Entity Name Search

## Detail by Entity Name

### Florida Profit Corporation

REGION SOUTH GA., INC.

### Filing Information

| | |
|---|---|
| Document Number | V32327 |
| FEI Number | 593121844 |
| Date Filed | 04/27/1992 |
| State | FL |
| Status | INACTIVE |
| Effective Date | 04/24/1992 |
| Last Event | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| Event Date Filed | 09/26/1997 |
| Event Effective Date | NONE |

### Principal Address

1070 BUNNELL RD.
ALTAMONTE SPRINGS FL 32714

### Mailing Address

1070 BUNNELL RD.
ALTAMONTE SPRINGS FL 32714

### Registered Agent Name & Address

WURST, ARNOLD
1070 BUNNELL RD.
ALTAMONTE SPRINGS FL 32714 US

### Officer/Director Detail

Name & Address

Title D

WURST, ARNOLD
1070 BUNNELL RD.
ALTAMONTE SPRINGS FL

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 1994 | 01/20/1994 |
| 1995 | 02/02/1995 |
| 1996 | 05/01/1996 |

### Document Images

05/01/1996 -- ANNUAL REPORT

02/02/1995 -- ANNUAL REPORT

Note: This is not official record. See documents if question or conflict.

Home Contact us Document Searches E-Filing Services Forms Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.



FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List

Events    No Name History

Entity Name Search

## Detail by Entity Name

**Florida Profit Corporation**

REGION TRUCKING SERVICE, INC.

**Filing Information**

| | |
|---|---|
| Document Number | P05000021068 |
| FEI Number | 202299489 |
| Date Filed | 02/09/2005 |
| State | FL |
| Status | INACTIVE |
| Effective Date | 02/08/2005 |
| Last Event | VOLUNTARY DISSOLUTION |
| Event Date Filed | 12/19/2006 |
| Event Effective Date | NONE |

**Principal Address**

83 WEST 19TH ST.
HIALEAH FL 33010

**Mailing Address**

83 WEST 19TH ST.
HIALEAH FL 33010

**Registered Agent Name & Address**

RODRIGUEZ, JULIO C
75 WEST 19TH STREET
HIALEAH FL 33010 US

**Officer/Director Detail**

**Name & Address**

Title P

RODRIGUEZ, JULIO C
75 WEST 19TH STREET
HIALEAH FL 33010

Title VP/S

RODRIGUEZ, MARIA E
83RD WEST 19TH ST
HIALEAH FL 33010

**Annual Reports**

**Report Year    Filed Date**
2006            04/20/2006

**Document Images**

12/19/2006 -- Voluntary Dissolution

04/20/2006 -- ANNUAL REPORT

02/09/2005 -- Domestic Profit

Note: This is not official record. See documents if question or conflict.

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

## Detail by Entity Name

**Florida Profit Corporation**

REGION TRUST INC.

**Filing Information**

| | |
|---|---|
| Document Number | P07000046595 |
| FEI Number | NONE |
| Date Filed | 04/16/2007 |
| State | FL |
| Status | ACTIVE |
| Effective Date | NONE |

**Principal Address**

2402 SEACREST BLVD
DELRAY BEACH FL 33444

**Mailing Address**

P. O. BOX 413
BOYNTON BEACH FL 33425

**Registered Agent Name & Address**

ARSALI, NICHOLAS
2402 SEACREST BLVD
DELRAY BEACH FL 33444 US

**Officer/Director Detail**

**Name & Address**

Title P

ARSALI, NICHOLAS
P. O. BOX 413
BOYNTON BEACH FL 33425

Title VP

ARSALI, A
P. O. BOX 413
BOYNTON BEACH FL 33425

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

04/16/2007 -- Domestic Profit

Note: This is not official record. See documents if question or conflict.



FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

| Previous on List | Next on List | Return To List | |
| Events | Name History | | Entity Name Search |

## Detail by Entity Name

**Florida Profit Corporation**

REGIONS VAN LINES, INC.

**Filing Information**

| | |
|---|---|
| Document Number | P04000164305 |
| FEI Number | 510531326 |
| Date Filed | 12/03/2004 |
| State | FL |
| Status | ACTIVE |
| Effective Date | 11/25/2004 |
| Last Event | AMENDMENT AND NAME CHANGE |
| Event Date Filed | 01/02/2007 |
| Event Effective Date | NONE |

**Principal Address**

16600 NW 54TH AVE BAY 18
MIAMI FL 33014

Changed 04/29/2007

**Mailing Address**

P.O. BOX 190536
MIAMI BEACH FL 33119

Changed 08/18/2005

**Registered Agent Name & Address**

MENAHEM, NOAM
1508 BAY ROAD SUITE 725
MIAMI BEACH FL 33139 US

Address Changed: 01/02/2007

**Officer/Director Detail**

**Name & Address**

Title D

MENAHEM, NOAM
1610 LENOX AVE. #503
MIAMI BEACH FL 33139

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2005 | 08/18/2005 |
| 2006 | 07/11/2006 |
| 2007 | 04/29/2007 |

**Document Images**

04/29/2007 -- ANNUAL REPORT
01/02/2007 -- Amendment and Name Change
01/02/2007 -- Reg. Agent Change
07/11/2006 -- ANNUAL REPORT
08/18/2005 -- ANNUAL REPORT
12/03/2004 -- Domestic Profit

Note: This is not official record. See documents if question or conflict.

Home Contact Us Document Searches E-Filing Services Forms Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

**FLORIDA DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS**

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

**Previous on List**  **Next on List**  **Return To List**

**No Events**  **No Name History**

[ Entity Name Search ]

## Detail by Entity Name

**Florida Profit Corporation**

REGIONS WAY, INC.

**Filing Information**

| | |
|---|---|
| Document Number | P07000055503 |
| FEI Number | NONE |
| Date Filed | 05/08/2007 |
| State | FL |
| Status | ACTIVE |
| Effective Date | NONE |

**Principal Address**

151 REGIONS WAY
SUITE 1-C
DESTIN FL 32541 US

**Mailing Address**

151 REGIONS WAY
SUITE 1-C
DESTIN FL 32541 US

**Registered Agent Name & Address**

PLEAT, DAVID B
4477 LEGENDARY DRIVE
SUITE 202
DESTIN FL 32541 US

**Officer/Director Detail**

**Name & Address**

Title P

HEWITT, MICHAEL B
151 REGIONS WAY, SUITE 1-C
DESTIN FL 32541 US

Title VP

LEWIS, SCOTTY
1466 EMERALD BAY DRIVE WEST
DESTIN FL 32541 US

Title SEC

GAMBARELLA, LOVENCIE
P.O. BOX 3298
HOUMA LA 70361 US

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

05/08/2007 -- Domestic Profit

Note: This is not official record. See documents if question or conflict.

Home  Contact Us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.



# SECRETARY OF STATE
## Karen Handel
*. . . advancing the e-government revolution*

▸ **HOME**  ▸ **CONTACT**  ▸ **SEARCH**
▸ **ARCHIVES**
▸ **CORPORATIONS**
▸ **ELECTIONS**
▸ **PROFESSIONAL LICENSURE**
▸ **SECURITIES**
▸ **STATE CAPITOL**

---

Search
▸ By Business Name
▸ By Control No
▸ By Officer
▸ By Registered Agent
Verify
▸ Verify Certification
New Filing
▸ Click here to file online for:
▸ New Limited Liability Company (LLC)
▸ New Business Corporation
▸ New Non-Profit Corporation
▸ New Professional Corporation (PC)
Annual Registration
▸ Annual Registration
Name Reservation
▸ File Name Reservation
Online
Online Orders
▸ Register for Online
Orders
▸ Order Certificate of Existence
▸ Order Certified Documents

**Date:** 7/10/2007

## View Filed Documents
(Annual Registration History etc.)

---

## File Annual Registration Online
### or
## Print A Paper Annual Registration Form

---

**PLEASE NOTE:** To download your Annual Registration forms you will need Adobe Reader to view and/or print. If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website.



---

### Business Name History

| Name | Name Type |
|------|-----------|
| REGIONSAIR, INC. | Current Name |

---

**Profit Corporation - Foreign - Information**

| | |
|---|---|
| **Control No.:** | K724211 |
| **Status:** | Active/Owes Current Year AR |
| **Entity Creation Date:** | 5/13/1997 |
| **Jurisdiction:** | TN |
| **Principal Office Address:** | 693 FITZHUGH BLVD<br>SMYRNA TN 37167-2092 |
| **Last Annual Registration Filed Date:** | 1/26/2006 |
| **Last Annual Registration Filed:** | 2006 |

---

**Registered Agent**

| | |
|---|---|
| **Agent Name:** | C T CORPORATION SYSTEM |
| **Office Address:** | 1201 PEACHTREE STREET, NE<br>ATLANTA GA 30361 |
| **Agent County:** | FULTON |

---

**Officers**

| **Title:** | CEO |
|---|---|
| **Name:** | DOUGLAS J CALDWELL |
| **Address:** | 693 FITZHUGH BLVD<br>SMYRNA TN 37167 |

| **Title:** | CFO |
|---|---|
| **Name:** | FRED S BREEDEN |
| **Address:** | 693 FITZHUGH BLVD<br>SMYRNA TN 37167 |

| **Title:** | Secretary |
|---|---|
| **Name:** | JEFFREY L HOWARD |
| **Address:** | 693 FITZHUGH BLVD<br>SMYRNA TN 37167 |



# SECRETARY OF STATE
# *Karen Handel*

. . . *advancing the e-government revolution*

▸ **HOME** ▸ **CONTACT** ▸ **SEARCH**
▸ **ARCHIVES**
▸ **CORPORATIONS**
▸ **ELECTIONS**
▸ **PROFESSIONAL LICENSURE**
▸ **SECURITIES**
▸ **STATE CAPITOL**

| | |
|---|---|
| Search<br>▸ By Business Name<br>▸ By Control No<br>▸ By Officer<br>▸ By Registered Agent<br>Verify<br>▸ Verify Certification<br>New Filing<br>▸ Click here to file online for:<br>▸ New Limited Liability Company (LLC)<br>▸ New Business Corporation<br>▸ New Non-Profit Corporation<br>▸ New Professional Corporation (PC)<br>Annual Registration<br>▸ Annual Registration<br>Name Reservation<br>▸ File Name Reservation<br>Online<br>Online Orders<br>▸ Register for Online<br>Orders<br>▸ Order Certificate of Existence<br>▸ Order Certified Documents | **Date:** 7/10/2007  **View Filed Documents**<br>(Annual Registration History etc.) |

**View Filed Documents**
(Annual Registration History etc.)

---

**File Annual Registration Online**

**or**

**Print A Paper Annual Registration Form**

---

**PLEASE NOTE:** To download your Annual Registration forms you will need Adobe Reader to view and/or print. If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website.



---

### Business Name History

| Name | Name Type |
|---|---|
| REGIONS BEYOND 2000 MINISTRIES, INC. | Current Name |

---

**Non-Profit Corporation - Domestic - Information**

| | |
|---|---|
| **Control No.:** | 06108689 |
| **Status:** | Active/Owes Current Year AR |
| **Entity Creation Date:** | 11/6/2006 |
| **Jurisdiction:** | GA |
| **Principal Office Address:** | 5022 MONTEGO DR<br>Columbus GA 31909 |
| **Last Annual Registration Filed Date:** | |
| **Last Annual Registration Filed:** | |

---

**Registered Agent**

| | |
|---|---|
| **Agent Name:** | Lawson, Tammra D |
| **Office Address:** | 27 Panter Drive<br>Suite C<br>Dahlonega GA 30533 |
| **Agent County:** | |



# SECRETARY OF STATE
## Karen Handel
*. . . advancing the e-government revolution*

▸ **HOME**  ▸ **CONTACT**  ▸ **SEARCH**
▸ **ARCHIVES**
▸ **CORPORATIONS**
▸ **ELECTIONS**
▸ **PROFESSIONAL LICENSURE**
▸ **SECURITIES**
▸ **STATE CAPITOL**

---

Search
▸ By Business Name
▸ By Control No
▸ By Officer
▸ By Registered Agent
    Verify
▸ Verify Certification
    New Filing
▸ Click here to file online for:
▸ New Limited Liability Company (LLC)
▸ New Business Corporation
▸ New Non-Profit Corporation
▸ New Professional Corporation (PC)
    Annual Registration
▸ Annual Registration
    Name Reservation
▸ File Name Reservation
    Online
    Online Orders
▸ Register for Online
    Orders
▸ Order Certificate of Existence
▸ Order Certified Documents

**Date:** 7/10/2007

### View Filed Documents
(Annual Registration History etc.)

---

### File Annual Registration Online
or
### Print A Paper Annual Registration Form

---

**PLEASE NOTE:** To download your Annual Registration forms you will need Adobe Reader to view and/or print. If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website.



---

### Business Name History

| Name | Name Type |
| --- | --- |
| REGIONS BEYOND MINISTRIES, INC. | Current Name |

---

#### Non-Profit Corporation - Domestic - Information
| | |
| --- | --- |
| **Control No.:** | K834587 |
| **Status:** | Active/Noncompliance |
| **Entity Creation Date:** | 5/4/1998 |
| **Jurisdiction:** | GA |
| **Principal Office Address:** | 6217 LYNRIDGE AVE COLUMBUS GA 31909-3646 |
| **Last Annual Registration Filed Date:** | 1/31/2005 |
| **Last Annual Registration Filed:** | 2005 |

---

#### Registered Agent
| | |
| --- | --- |
| **Agent Name:** | JAMES N. DONAHUE |
| **Office Address:** | 6217 LYNRIDGE AVENUE COLUMBUS GA 31909 |
| **Agent County:** | Muscogee |

---

#### Officers
| | |
| --- | --- |
| **Title:** | CEO |
| **Name:** | JAMES N. DONAHUE |
| **Address:** | 6217 LYNRIDGE AVENUE COLUMBUS GA 31909 |

| | |
| --- | --- |
| **Title:** | CFO |
| **Name:** | SANDRA G. DONAHUE |
| **Address:** | 6217 LYNRIDGE AVENUE COLUMBUS GA 31909 |

| | |
| --- | --- |
| **Title:** | Secretary |
| **Name:** | JOYCE DONAHUE |
| **Address:** | # 12 CHIVES AVENUE COLUMBUS GA 31909 |



# SECRETARY OF STATE
# *Karen Handel*
*. . . advancing the e-government revolution*

▸ **HOME** ▸ **CONTACT** ▸ **SEARCH**
▸ **ARCHIVES**
▸ **CORPORATIONS**
▸ **ELECTIONS**
▸ **PROFESSIONAL LICENSURE**
▸ **SECURITIES**
▸ **STATE CAPITOL**

---

**Search**
▸ By Business Name
▸ By Control No
▸ By Officer
▸ By Registered Agent
　　　　Verify
▸ Verify Certification
　　　New Filing
▸ Click here to file online for:
▸ New Limited Liability Company (LLC)
▸ New Business Corporation
▸ New Non-Profit Corporation
▸ New Professional Corporation (PC)
　　　Annual Registration
▸ Annual Registration
　　　Name Reservation
▸ File Name Reservation
　Online
　　　Online Orders
▸ Register for Online
　Orders
▸ Order Certificate of Existence
▸ Order Certified Documents

**Date:** 7/10/2007    ### View Filed Documents
(Annual Registration History etc.)

**Business Name History**

| Name | Name Type |
|------|-----------|
| REGIONS CLUB, INC. | Current Name |

**Profit Corporation - Domestic - Information**

| | |
|---|---|
| **Control No.:** | K406238 |
| **Status:** | Automated Administrative dissolution/Revocation |
| **Entity Creation Date:** | 3/14/1994 |
| **Dissolve Date:** | 8/6/1996 |
| **Jurisdiction:** | GA |
| **Principal Office Address:** | 1500 54TH ST COLUMBUS GA 31904-4412 |

**Registered Agent**

| | |
|---|---|
| **Agent Name:** | ROBERT R. LOMAX |
| **Office Address:** | 318 11TH STREET COLUMBUS GA 31901 |
| **Agent County:** | Muscogee |

**Officers**

| Title: | CEO |
|--------|-----|
| **Name:** | **EDWARD T SHEA** |
| **Address:** | 1500 54TH ST COLUMBUS GA 31904 |

| Title: | CFO |
|--------|-----|
| **Name:** | **PAT H MCKEE** |
| **Address:** | 704 ROBINS NEST CT COLUMBUS GA 31909 |

| Title: | Secretary |
|--------|-----------|
| **Name:** | **PAT H MCKEE** |
| **Address:** | 704 ROBINS NEST CT COLUMBUS GA 31909 |



# SECRETARY OF STATE
# Karen Handel

*. . . advancing the e-government revolution*

▸ **HOME** ▸ **CONTACT** ▸ **SEARCH**
▸ **ARCHIVES**
▸ **CORPORATIONS**
▸ **ELECTIONS**
▸ **PROFESSIONAL LICENSURE**
▸ **SECURITIES**
▸ **STATE CAPITOL**

---

Search
▸ By Business Name
▸ By Control No
▸ By Officer
▸ By Registered Agent
    Verify
▸ Verify Certification
    New Filing
▸ Click here to file online for:
▸ New Limited Liability Company (LLC)
▸ New Business Corporation
▸ New Non-Profit Corporation
▸ New Professional Corporation (PC)
    Annual Registration
▸ Annual Registration
    Name Reservation
▸ File Name Reservation
    Online
    Online Orders
▸ Register for Online
    Orders
▸ Order Certificate of Existence
▸ Order Certified Documents

**Date:** 7/10/2007

### View Filed Documents
(Annual Registration History etc.)

### File Annual Registration Online
### or
### Print A Paper Annual Registration Form

**PLEASE NOTE:** To download your Annual Registration forms you will need Adobe Reader to view and/or print. If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website.



---

## Business Name History

| Name | Name Type |
|------|-----------|
| REGIONS DEVELOPMENT, INC. | Current Name |

### Profit Corporation - Domestic - Information

| | |
|---|---|
| **Control No.:** | K738260 |
| **Status:** | Active/Compliance |
| **Entity Creation Date:** | 10/27/1997 |
| **Jurisdiction:** | GA |
| **Principal Office Address:** | 2611 CANOPY LANE<br>Marietta GA 30066 |
| **Last Annual Registration Filed Date:** | 6/14/2007 |
| **Last Annual Registration Filed:** | 2007 |

### Registered Agent

| | |
|---|---|
| **Agent Name:** | RALPH W. WALKER, III |
| **Office Address:** | 2611 CANOPY LANE<br>MARIETTA GA 30066 |
| **Agent County:** | Cobb |

### Officers

| | |
|---|---|
| **Title:** | CEO |
| **Name:** | RALPH W WALKER III |
| **Address:** | 2611 CANOPY LANE<br>MARIETTA GA 30066 |

| | |
|---|---|
| **Title:** | CFO |
| **Name:** | RALPH W. WALKER III |
| **Address:** | 2611 CANOPY LANE<br>MARIETTA GA 30066 |

| | |
|---|---|
| **Title:** | Secretary |
| **Name:** | KATHRYN L. ARNETT |
| **Address:** | 1431 RIVERSTONE PKWY #130<br>CANTON GA 30114 |



# SECRETARY OF STATE
## Karen Handel
*. . . advancing the e-government revolution*

▸ **HOME**  ▸ **CONTACT**  ▸ **SEARCH**
▸ **ARCHIVES**
▸ **CORPORATIONS**
▸ **ELECTIONS**
▸ **PROFESSIONAL LICENSURE**
▸ **SECURITIES**
▸ **STATE CAPITOL**

Search
▸ By Business Name
▸ By Control No
▸ By Officer
▸ By Registered Agent
Verify
▸ Verify Certification
New Filing
▸ Click here to file online for:
▸ New Limited Liability Company (LLC)
▸ New Business Corporation
▸ New Non-Profit Corporation
▸ New Professional Corporation (PC)
Annual Registration
▸ Annual Registration
Name Reservation
▸ File Name Reservation
Online
Online Orders
▸ Register for Online
Orders
▸ Order Certificate of Existence
▸ Order Certified Documents

**Date:** 7/10/2007

### View Filed Documents
(Annual Registration History etc.)

### File Annual Registration Online
**or**
### Print A Paper Annual Registration Form

**PLEASE NOTE:** To download your Annual Registration forms you will need Adobe Reader to view and/or print. If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website.



## Business Name History

| Name | Name Type |
| --- | --- |
| REGIONS DEVELOPMENT GROUP, LLC | Current Name |

Limited Liability Company - Foreign - Information
**Control No.:** 0698372
**Status:** Active/Owes Current Year AR
**Entity Creation Date:** 11/13/2006
**Jurisdiction:** TN
**Principal Office Address:** 195 CENTER STREET
Collierville TN 38017
**Last Annual Registration Filed Date:**
**Last Annual Registration Filed:**

Registered Agent
**Agent Name:** CURTIS, JIM
**Office Address:** 256 SCHOOL HOUSE ROAD
Calhoun GA 30801

**Agent County:**



# SECRETARY OF STATE
# Karen Handel

*... advancing the e-government revolution*

▸ **HOME**  ▸ **CONTACT**  ▸ **SEARCH**
▸ **ARCHIVES**
▸ **CORPORATIONS**
▸ **ELECTIONS**
▸ **PROFESSIONAL LICENSURE**
▸ **SECURITIES**
▸ **STATE CAPITOL**

---

**Search**
▸ By Business Name
▸ By Control No
▸ By Officer
▸ By Registered Agent
Verify
▸ Verify Certification
New Filing
▸ Click here to file online for:
▸ New Limited Liability Company (LLC)
▸ New Business Corporation
▸ New Non-Profit Corporation
▸ New Professional Corporation (PC)
Annual Registration
▸ Annual Registration
Name Reservation
▸ File Name Reservation Online
Online Orders
▸ Register for Online Orders
▸ Order Certificate of Existence
▸ Order Certified Documents

**Date:** 7/10/2007

**View Filed Documents**
(Annual Registration History etc.)

**File Annual Registration Online**
or
**Print A Paper Annual Registration Form**

**PLEASE NOTE:** To download your Annual Registration forms you will need Adobe Reader to view and/or print. If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website.



**Business Name History**

| Name | Name Type |
|---|---|
| REGIONS HOSPITALITY, LLC | Current Name |

**Limited Liability Company - Domestic - Information**
**Control No.:** K809297
**Status:** Active/Compliance
**Entity Creation Date:** 2/18/1998
**Jurisdiction:** GA
**Principal Office Address:** 332 WASHINGTON ST STE 204
GAINESVILLE GA 30501-8518
**Last Annual Registration Filed Date:** 1/24/2007
**Last Annual Registration Filed:** 2007

**Registered Agent**
**Agent Name:** DAVID G. MERCER
**Office Address:** 332 WASHINGTON ST., STE. 204
GAINESVILLE GA 30501
**Agent County:** Hall

---



# SECRETARY OF STATE
# Karen Handel
### ... advancing the e-government revolution

‣ **HOME** ‣ **CONTACT** ‣ **SEARCH**
‣ **ARCHIVES**
‣ **CORPORATIONS**
‣ **ELECTIONS**
‣ **PROFESSIONAL LICENSURE**
‣ **SECURITIES**
‣ **STATE CAPITOL**

---

Search
‣ By Business Name
‣ By Control No
‣ By Officer
‣ By Registered Agent
       Verify
‣ Verify Certification
       New Filing
‣ Click here to file online for:
‣ New Limited Liability Company (LLC)
‣ New Business Corporation
‣ New Non-Profit Corporation
‣ New Professional Corporation (PC)
       Annual Registration
‣ Annual Registration
       Name Reservation
‣ File Name Reservation
  Online
       Online Orders
‣ Register for Online
  Orders
‣ Order Certificate of Existence
‣ Order Certified Documents

**Date:** 7/10/2007    **View Filed Documents**
(Annual Registration History etc.)

---

**File Annual Registration Online**
or
**Print A Paper Annual Registration Form**

---

**PLEASE NOTE:** To download your Annual Registration forms you will need Adobe Reader to view and/or print. If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website.



---

**Business Name History**

| Name | Name Type |
|------|-----------|
| REGIONS LAND & INVESTMENTS, INC. | Current Name |

**Profit Corporation - Domestic - Information**

| | |
|---|---|
| **Control No.:** | K716870 |
| **Status:** | Active/Compliance |
| **Entity Creation Date:** | 1/16/1997 |
| **Jurisdiction:** | GA |
| **Principal Office Address:** | 42 N. Fourth St. Colbert GA 30628 |
| **Last Annual Registration Filed Date:** | 5/30/2007 |
| **Last Annual Registration Filed:** | 2007 |

**Registered Agent**

| | |
|---|---|
| **Agent Name:** | CARROL M BEAVERS |
| **Office Address:** | 640 RIVERHILL DR. BOWMAN GA 30624 |
| **Agent County:** | Elbert |

**Officers**

| | |
|---|---|
| **Title:** | CEO |
| **Name:** | CARROL M. BEAVERS |
| **Address:** | 640 RIVERHILL DR. BOWMAN GA 30624 |

| | |
|---|---|
| **Title:** | CFO |
| **Name:** | CARROL M. BEAVERS |
| **Address:** | 640 RIVERHILL DR. BOWMAN GA 30624 |

| | |
|---|---|
| **Title:** | Secretary |
| **Name:** | VIRGINIA K. BEAVERS |
| **Address:** | 640 RIVERHILL DR. BOWMAN GA 30624 |



# SECRETARY OF STATE
# *Karen Handel*

*. . . advancing the e-government revolution*

▸ **HOME** ▸ **CONTACT** ▸ **SEARCH**
▸ **ARCHIVES**
▸ **CORPORATIONS**
▸ **ELECTIONS**
▸ **PROFESSIONAL LICENSURE**
▸ **SECURITIES**
▸ **STATE CAPITOL**

---

Search
▸ By Business Name
▸ By Control No
▸ By Officer
▸ By Registered Agent
    Verify
▸ Verify Certification
    New Filing
▸ Click here to file online for:
▸ New Limited Liability Company (LLC)
▸ New Business Corporation
▸ New Non-Profit Corporation
▸ New Professional Corporation (PC)
    Annual Registration
▸ Annual Registration
    Name Reservation
▸ File Name Reservation
  Online
    Online Orders
▸ Register for Online
  Orders
▸ Order Certificate of Existence
▸ Order Certified Documents

**Date:** 7/10/2007     **View Filed Documents**
(Annual Registration History etc.)

**Business Name History**

| Name | Name Type |
|---|---|
| REGIONS NORTH, INC. | Current Name |

**Profit Corporation - Domestic - Information**

| | |
|---|---|
| **Control No.:** | K428220 |
| **Status:** | Automated Administrative dissolution/Revocation |
| **Entity Creation Date:** | 11/14/1994 |
| **Dissolve Date:** | 8/6/1996 |
| **Jurisdiction:** | GA |
| **Principal Office Address:** | 1500 54TH ST COLUMBUS GA 31904-4412 |

**Registered Agent**

| | |
|---|---|
| **Agent Name:** | ROBERT R. LOMAX |
| **Office Address:** | 318 11TH STREET COLUMBUS GA 31901 |
| **Agent County:** | Muscogee |



# SECRETARY OF STATE
# *Karen Handel*

. . . *advancing the e-government revolution*

▸ **HOME** ▸ **CONTACT** ▸ **SEARCH**
▸ **ARCHIVES**
▸ **CORPORATIONS**
▸ **ELECTIONS**
▸ **PROFESSIONAL LICENSURE**
▸ **SECURITIES**
▸ **STATE CAPITOL**

Search
▸ By Business Name
▸ By Control No
▸ By Officer
▸ By Registered Agent
   Verify
▸ Verify Certification
   New Filing
▸ Click here to file online for:
▸ New Limited Liability Company (LLC)
▸ New Business Corporation
▸ New Non-Profit Corporation
▸ New Professional Corporation (PC)
   Annual Registration
▸ Annual Registration
   Name Reservation
▸ File Name Reservation
  Online
   Online Orders
▸ Register for Online
  Orders
▸ Order Certificate of Existence
▸ Order Certified Documents

**Date:** 7/10/2007

**View Filed Documents**
(Annual Registration History etc.)

**File Annual Registration Online**
**or**
**Print A Paper Annual Registration Form**

**PLEASE NOTE:** To download your Annual Registration forms you will need Adobe Reader to view and/or print. If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website.



### Business Name History

| Name | Name Type |
|------|-----------|
| REGIONS PROPERTIES, LLC | Current Name |

**Limited Liability Company - Domestic - Information**

| | |
|---|---|
| **Control No.:** | 0404162 |
| **Status:** | Active/Owes Current Year AR |
| **Entity Creation Date:** | 1/16/2004 |
| **Jurisdiction:** | GA |
| **Principal Office Address:** | 500 WESTPARK DR, STE. 140 PEACHTREE CITY GA 30269 |
| **Last Annual Registration Filed Date:** | 10/18/2006 |
| **Last Annual Registration Filed:** | 2006 |

**Registered Agent**

| | |
|---|---|
| **Agent Name:** | PHILLIP E BROOKS |
| **Office Address:** | 500 WESTPARK DR, STE. 140 PEACHTREE CITY GA 30269 |
| **Agent County:** | Fayette |



# SECRETARY OF STATE
# *Karen Handel*
. . . *advancing the e-government revolution*

▸ **HOME**  ▸ **CONTACT**  ▸ **SEARCH**
▸ **ARCHIVES**
▸ **CORPORATIONS**
▸ **ELECTIONS**
▸ **PROFESSIONAL LICENSURE**
▸ **SECURITIES**
▸ **STATE CAPITOL**

---

Search
▸ By Business Name
▸ By Control No
▸ By Officer
▸ By Registered Agent
    Verify
▸ Verify Certification
    New Filing
▸ Click here to file online for:
▸ New Limited Liability Company (LLC)
▸ New Business Corporation
▸ New Non-Profit Corporation
▸ New Professional Corporation (PC)
    Annual Registration
▸ Annual Registration
    Name Reservation
▸ File Name Reservation
   Online
    Online Orders
▸ Register for Online
   Orders
▸ Order Certificate of Existence
▸ Order Certified Documents

**Date:** 7/10/2007

### View Filed Documents
(Annual Registration History etc.)

### File Annual Registration Online
or
### Print A Paper Annual Registration Form

**PLEASE NOTE:** To download your Annual Registration forms you will need Adobe Reader to view and/or print. If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website.



---

### Business Name History

| Name | Name Type |
|------|-----------|
| REGIONS SECURITY AND INVESTIGATIONS, INC. | Current Name |

---

Profit Corporation - Domestic - Information
**Control No.:** K843856
**Status:** Active/Noncompliance
**Entity Creation Date:** 11/30/1998
**Jurisdiction:** GA
**Principal Office Address:** 4388 SEMINOLE DR. ACWORTH GA 30101-5465
**Last Annual Registration Filed Date:** 6/3/2005
**Last Annual Registration Filed:** 2005

---

Registered Agent
**Agent Name:** LINDA ROSSER
**Office Address:** 4388 SEMINOLE DR. ACWORTH GA 30101
**Agent County:** Cobb

---

Officers
**Title:** CEO
**Name:** LINDA ROSSER
**Address:** P.O. BOX 998 ACWORTH GA 30101

**Title:** CFO
**Name:** LINDA ROSSER
**Address:** P.O. BOX 998 ACWORTH GA 30101

**Title:** Secretary
**Name:** LINDA ROSSER
**Address:** P.O. BOX 998 ACWORTH GA 30101



# SECRETARY OF STATE
## *Karen Handel*

*. . . advancing the e-government revolution*

▸ **HOME**  ▸ **CONTACT**  ▸ **SEARCH**
▸ **ARCHIVES**
▸ **CORPORATIONS**
▸ **ELECTIONS**
▸ **PROFESSIONAL LICENSURE**
▸ **SECURITIES**
▸ **STATE CAPITOL**

---

Search
▸ By Business Name
▸ By Control No
▸ By Officer
▸ By Registered Agent
  Verify
▸ Verify Certification
  New Filing
▸ Click here to file online for:
▸ New Limited Liability Company (LLC)
▸ New Business Corporation
▸ New Non-Profit Corporation
▸ New Professional Corporation (PC)
  Annual Registration
▸ Annual Registration
  Name Reservation
▸ File Name Reservation
  Online
  Online Orders
▸ Register for Online
  Orders
▸ Order Certificate of Existence
▸ Order Certified Documents

**Date:** 7/10/2007        **View Filed Documents**
                        (Annual Registration History etc.)
Business Name History

| Name | Name Type |
|------|-----------|
| REGION SALES AGENCY, INC. | Current Name |

Profit Corporation - Domestic - Information
**Control No.:**                    H306064
**Status:**                         Automated Administrative
                                    dissolution/Revocation
**Entity Creation Date:**           7/25/1973
**Dissolve Date:**                  1/15/2001
**Principal Office Address:**       [Address Not Available]

Registered Agent
**Agent Name:**
**Office Address:**                 No Address
**Agent County:**                   No County



# SECRETARY OF STATE
# *Karen Handel*
*. . . advancing the e-government revolution*

▸ **HOME** ▸ **CONTACT** ▸ **SEARCH**
▸ **ARCHIVES**
▸ **CORPORATIONS**
▸ **ELECTIONS**
▸ **PROFESSIONAL LICENSURE**
▸ **SECURITIES**
▸ **STATE CAPITOL**

Search
▸ By Business Name
▸ By Control No
▸ By Officer
▸ By Registered Agent
          Verify
▸ Verify Certification
          New Filing
▸ Click here to file online for:
▸ New Limited Liability Company (LLC)
▸ New Business Corporation
▸ New Non-Profit Corporation
▸ New Professional Corporation (PC)
          Annual Registration
▸ Annual Registration
          Name Reservation
▸ File Name Reservation
  Online
          Online Orders
▸ Register for Online
  Orders
▸ Order Certificate of Existence
▸ Order Certified Documents

**Date:** 7/10/2007

## View Filed Documents
(Annual Registration History etc.)

**Business Name History**

| Name | Name Type |
|---|---|
| REGION SOUTH GA., INC. | Current Name |

### Profit Corporation - Foreign - Information

**Control No.:** K209932
**Status:** Automated Administrative dissolution/Revocation

**Entity Creation Date:** 5/18/1992
**Dissolve Date:** 7/5/1998
**Jurisdiction:** FL
**Principal Office Address:** 1070 BUNNELL RD
ALTAMONTE SPRINGS FL 32714-3871

### Registered Agent

**Agent Name:** RICHARD HUBERT
**Office Address:** 1400 HARRIS ST/233 PTREE ST NE
ATLANTA GA 30303

**Agent County:** Fulton

### Officers

**Title:** CEO
**Name:** ARNOLD WURST
**Address:** 1070 BUNNELL ROAD
ALTAMONTE SPRINGS FL 32714

**Title:** Secretary
**Name:** ARNOLD WURST
**Address:** 1070 BUNNELL ROAD
ALTAMONTE SPRINGS FL 32714



# SECRETARY OF STATE
## *Karen Handel*

. . . *advancing the e-government revolution*

▸ **HOME**  ▸ **CONTACT**  ▸ **SEARCH**
▸ **ARCHIVES**
▸ **CORPORATIONS**
▸ **ELECTIONS**
▸ **PROFESSIONAL LICENSURE**
▸ **SECURITIES**
▸ **STATE CAPITOL**

---

Search
▸ By Business Name
▸ By Control No
▸ By Officer
▸ By Registered Agent
     Verify
▸ Verify Certification
     New Filing
▸ Click here to file online for:
▸ New Limited Liability Company (LLC)
▸ New Business Corporation
▸ New Non-Profit Corporation
▸ New Professional Corporation (PC)
     Annual Registration
▸ Annual Registration
     Name Reservation
▸ File Name Reservation
   Online
     Online Orders
▸ Register for Online
   Orders
▸ Order Certificate of Existence
▸ Order Certified Documents

**Date:** 7/10/2007

### View Filed Documents
(Annual Registration History etc.)

---

### File Annual Registration Online
### or
### Print A Paper Annual Registration Form

---

**PLEASE NOTE:** To download your Annual Registration forms you will need Adobe Reader to view and/or print. If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website.



---

### Business Name History

| Name | Name Type |
|------|-----------|
| REGIONS SOUTH, LLC | Current Name |

---

Limited Liability Company - Domestic - Information

| | |
|---|---|
| **Control No.:** | 0339532 |
| **Status:** | Active/Compliance |
| **Entity Creation Date:** | 7/18/2003 |
| **Jurisdiction:** | GA |
| **Principal Office Address:** | 831 FAIRWAYS CT STOCKBRIDGE GA 30281 |
| **Last Annual Registration Filed Date:** | 3/28/2007 |
| **Last Annual Registration Filed:** | 2007 |

---

Registered Agent

| | |
|---|---|
| **Agent Name:** | MARK A CONNER |
| **Office Address:** | 831 FAIRWAYS CT STOCKBRIDGE GA 30281 |
| **Agent County:** | Henry |



SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | REGION AUTO SALES, LLC | **File Number** | 00864382 |
| **Status** | INVOLUNTARY DISSOLUTION | **On** | 07/30/2004 |
| **Entity Type** | LLC | **Type of LLC** | Domestic |
| **File Date** | 02/19/2003 | **Jurisdiction** | IL |
| **Agent Name** | MICHELL LANGE | **Agent Change Date** | 02/19/2003 |
| **Agent Street Address** | 414 N ORLEANS STE 312 | **Principal Office** | 3747 N KEDZIE AVE CHICAGO 60618 |
| **Agent City** | CHICAGO | **Management Type** | MGR |
| **Agent Zip** | 60610 | **Dissolution Date** | |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | 2004 |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | REGIONS AIR, INC. | **File Number** | 61014683 |
| **Status** | NOT GOOD STANDING | | |
| **Entity Type** | CORPORATION | **Type of Corp** | FOREIGN BCA |
| **Qualification Date (Foreign)** | 04/17/2000 | **State** | TENNESSEE |
| **Agent Name** | C T CORPORATION SYSTEM | **Agent Change Date** | 04/17/2000 |
| **Agent Street Address** | 208 SO LASALLE ST, SUITE 814 | **President Name & Address** | JEFFREY L HOWARD 693 FITZHUGH BLVD SMYRNA TN 37167 |
| **Agent City** | CHICAGO | **Secretary Name & Address** | JEFFREY L HOWARD SAME |
| **Agent Zip** | 60604 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | 2007 |
| **Old Corp Name** | 04/27/2005 - CORPORATE AIRLINES, INC. | | |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



## CORPORATION FILE DETAIL REPORT

| Entity Name | REGION CLAIMS SERVICE, INC. | File Number | 63444286 |
|---|---|---|---|
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 03/25/2004 | State | ILLINOIS |
| Agent Name | DALE A ANDERSON | Agent Change Date | 03/25/2004 |
| Agent Street Address | 18225 BURNHAM AVE STE 4 | President Name & Address | GERALD ROBEY 17932 RIDGEWOOD LANSING 60438 |
| Agent City | LANSING | Secretary Name & Address | KAREN ROBEY SAME |
| Agent Zip | 60438 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2007 |

Return to the Search Screen                    Purchase Certificate of Good Standing

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



## CORPORATION FILE DETAIL REPORT

| Entity Name | REGION CONSTRUCTION COMPANY | File Number | 57976233 |
|---|---|---|---|
| Status | DISSOLVED | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 09/12/1994 | State | ILLINOIS |
| Agent Name | NATU M COHIL | Agent Change Date | 09/08/1995 |
| Agent Street Address | 8026 N LAWNDALE | President Name & Address | NATU GOHIL 7922 ARCADIA MORTONGROVE 60053 |
| Agent City | SKOKIE | Secretary Name & Address | INVOLUNTARY DISSOLUTION 02 01 97 |
| Agent Zip | 60076 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 1996 |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



## CORPORATION FILE DETAIL REPORT

| Entity Name | REGION CONSULTING SERVICES, LTD. | File Number | 59943235 |
|---|---|---|---|
| Status | DISSOLVED | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 05/13/1998 | State | ILLINOIS |
| Agent Name | BRUNO F TASSONE | Agent Change Date | 05/13/1998 |
| Agent Street Address | 8102 W 119TH ST STE 300 | President Name & Address | ROGER C SCHAUFEL 38128 N ACADEMY DR LAKE VILLA 60046-5105 |
| Agent City | PALOS PARK | Secretary Name & Address | INVOLUNTARY DISSOLUTION 10 01 04 |
| Agent Zip | 60464 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2004 |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | REGION FENCE SALES, INC. | **File Number** | 52020859 |
| **Status** | GOODSTANDING | | |
| **Entity Type** | CORPORATION | **Type of Corp** | DOMESTIC BCA |
| **Incorporation Date (Domestic)** | 04/01/1980 | **State** | ILLINOIS |
| **Agent Name** | LAWRENCE R GRYSZEWSKI | **Agent Change Date** | 04/17/2006 |
| **Agent Street Address** | 1100 RAVINIA PLACE | **President Name & Address** | CAROL M VANDERGRIFF 5203 W 167TH ST OAK FOREST IL 60452 |
| **Agent City** | ORLAND PARK | **Secretary Name & Address** | NONE |
| **Agent Zip** | 60462 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 03/28/2007 | **For Year** | 2007 |

**Return to the Search Screen**

**Purchase Certificate of Good Standing**
**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



SERVICES      PROGRAMS      PRESS      PUBLICATIONS      DEPARTMENTS      CONTACT

## CORPORATION FILE DETAIL REPORT

| Entity Name | REGION METAL, INC. | File Number | 55662436 |
|---|---|---|---|
| Status | DISSOLVED | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 09/13/1989 | State | ILLINOIS |
| Agent Name | HARRY SPUNDER | Agent Change Date | 09/13/1989 |
| Agent Street Address | 108 E CHICAGO AVE | President Name & Address | MICHAEL SPUNDER 5441 N EAST RIVER D CHICAGO 60656 |
| Agent City | WESTMONT | Secretary Name & Address | INVOLUNTARY DISSOLUTION 02 02 04 |
| Agent Zip | 60559 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2003 |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | REGION REALTY, LLC | **File Number** | 02184028 |
| **Status** | GOODSTANDING | **On** | 04/19/2007 |
| **Entity Type** | LLC | **Type of LLC** | Domestic |
| **File Date** | 04/19/2007 | **Jurisdiction** | IL |
| **Agent Name** | COFFEY LAW FIRM, P.C. | **Agent Change Date** | 04/19/2007 |
| **Agent Street Address** | 125 N BUCHANAN PO BOX 247 | **Principal Office** | 2008 VANDALIA COLLINSVILLE 62234 |
| **Agent City** | EDWARDSVILLE | **Management Type** | MBR |
| **Agent Zip** | 62025 | **Dissolution Date** | PERPETUAL |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | |
| **Assumed Name** | ACTIVE - REGION REALTY GROUP | | |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**

**Purchase Certificate of Good Standing**
**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



## CORPORATION FILE DETAIL REPORT

| Entity Name | REGIONS TITLE CORPORATION | File Number | 65385082 |
|---|---|---|---|
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 02/07/2007 | State | ILLINOIS |
| Agent Name | MICHAEL A RANKINS | Agent Change Date | 02/07/2007 |
| Agent Street Address | 1288 RICKERT DR STE 205 | President Name & Address | |
| Agent City | NAPERVILLE | Secretary Name & Address | |
| Agent Zip | 60540 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | |

**Return to the Search Screen**

**Purchase Certificate of Good Standing**
**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

*Name Searched On:*
**REGION, INC. (Legal)**

<div align="center">**Current Information**</div>

*Entity Legal Name:*
**REGION, INC.**

*Entity Address:*
**263 Webb St., HAMMOND, IN 46320**

**General Entity Information:**

Control Number: **1991080980**
Status: **Active**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **8/23/1991**
Entity Date to Expire:
Entity Inactive Date:

**This entity is past due on its Business Entity Report(s)**. Click here to file the Business Entity Report.

**There are no other names on file for this Entity.**

**Additional Services Available:**

| | |
|---|---|
| **GO** | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
| **GO** | **Generate an official Certificate of Existence/Authorization**. There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
| **GO** | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

**NEW SEARCH**

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site

*Name Searched On:*
**REGION, INC. (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION BASKETBALL, INC.**

*Entity Address:*
**6915 W 130TH PL, CEDAR LAKE, IN 46303**

**General Entity Information:**

Control Number: **1999071352**
Status: **Active**
Entity Type: **Non-Profit Domestic Corporation**

Entity Creation Date: **7/23/1999**
Entity Date to Expire:
Entity Inactive Date:

**The Business Entity Report(s) is(are) due for this entity by 07/31/2007** . Click here to file the Business Entity Report.

**There are no other names on file for this Entity.**

**Additional Services Available:**

| | |
|---|---|
| (GO) | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
| (GO) | **Generate an official Certificate of Existence/Authorization**. There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
| (GO) | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

(NEW SEARCH)

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site

*Name Searched On:*
**REGION, INC. (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION BUILDERS, INC.**

*Entity Address:*
**, IN**

**General Entity Information:**

Control Number: **1997041518**
Status: **Admin Dissolved**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **4/18/1997**
Entity Date to Expire:
Entity Inactive Date: **3/18/2003**

**There are no other names on file for this Entity.**

**Additional Services Available:**

**This Business Entity is not eligible to receive a Certificate of Existence/Authorization.**

| | |
|---|---|
|  | **View additional information for the entity,** including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due).** There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

**(NEW SEARCH)**

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site

*Name Searched On:*
**REGION, INC. (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION CHEM-DRY I & II, INC.**

*Entity Address:*
**7511 KNICKERBOCKER PKWY, HAMMOND, IN 46323**

**General Entity Information:**

Control Number: **2006041400061**
Status: **Active**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **4/6/2006**
Entity Date to Expire:
Entity Inactive Date:

**This entity is current with Business Entity Report(s)**.

**There are no other names on file for this Entity**.

**Additional Services Available:**

| | |
|---|---|
|  | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Generate an official Certificate of Existence/Authorization**. There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
| | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

**NEW SEARCH**
If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site

*Name Searched On:*
**REGION, INC. (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION COMMUNICATIONS INC.**

*Entity Address:*
**7590 EAST 109TH STREET, CROWN POINT, IN 46307**

**General Entity Information:**

Control Number: **2002020800037**
Status: **Active**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **2/4/2002**
Entity Date to Expire:
Entity Inactive Date:

**This entity is current with Business Entity Report(s).**

**There are no other names on file for this Entity.**

**Additional Services Available:**

| | |
|---|---|
|  | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Generate an official Certificate of Existence/Authorization**. There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
|  | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

**[NEW SEARCH]**

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site

*Name Searched On:*
**REGION (Legal)**

### Current Information

*Entity Legal Name:*
**REGION CONSTRUCTION CORP.**

*Entity Address:*
**, IN**

**General Entity Information:**

Control Number: **1998100263**
Status: **Admin Dissolved**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **10/5/1998**
Entity Date to Expire:
Entity Inactive Date: **7/1/2002**

**There are no other names on file for this Entity.**

**Additional Services Available:**

**This Business Entity is not eligible to receive a Certificate of Existence/Authorization.**

| | |
|---|---|
|  | **View additional information for the entity,** including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

**( NEW SEARCH )**

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

*Name Searched On:*
**REGION (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION CUPPY S LLC**

*Entity Address:*

**General Entity Information:**

Control Number: **2007012900335**
Status: **Active**
Entity Type: **Domestic Limited Liability Company (LLC)**

Entity Creation Date: **1/25/2007**
Entity Date to Expire:
Entity Inactive Date:

**This entity is current with Business Entity Report(s).**

**There are no other names on file for this Entity.**

**Additional Services Available:**

| | |
|---|---|
|  | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Generate an official Certificate of Existence/Authorization.** There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
| | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

« Back to the SOS Web site

*Name Searched On:*
**REGION DATACOM (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION DATACOM, LLC**

*Entity Address:*
**1737 WESTFIELD CT, GRIFFITH, IN 46319**

**General Entity Information:**

Control Number: **2004081000042**
Status: **Active**
Entity Type: **Domestic Limited Liability Company (LLC)**

Entity Creation Date: **8/9/2004**
Entity Date to Expire:
Entity Inactive Date:

**This entity is current with Business Entity Report(s).**

**There are no other names on file for this Entity.**

**Additional Services Available:**

| | |
|---|---|
|  | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Generate an official Certificate of Existence/Authorization**. There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
|  | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

**(NEW SEARCH)**

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

‹ Back to the SOS Web site

*Name Searched On:*
**REGION DESIGN GROUP (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION DESIGN GROUP, INC.**

*Entity Address:*
**8205 MEADOW LANE, MUNSTER, IN 46321**

**General Entity Information:**

Control Number: **2002111100017**
Status: **Voluntarily Dissolved**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **11/4/2002**
Entity Date to Expire:
Entity Inactive Date: **7/10/2006**

**There are no other names on file for this Entity.**

**Additional Services Available:**

**This Business Entity is not eligible to receive a Certificate of Existence/Authorization.**

| | |
|---|---|
|  | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

**(NEW SEARCH)**

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site

*Name Searched On:*
**REGION DESTROYERS (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION DESTROYERS, INC.**

*Entity Address:*
**7801 HOHMAN AVE., MUNSTER, IN 46321**

**General Entity Information:**

Control Number: **2004031500209**
Status: **Active**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **3/10/2004**
Entity Date to Expire:
Entity Inactive Date:

**This entity is past due on its Business Entity Report(s)**. Click here to file the Business Entity Report.

**There are no other names on file for this Entity.**

**Additional Services Available:**

| | |
|---|---|
|  | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
| GO | **Generate an official Certificate of Existence/Authorization**. There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
| GO | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

NEW SEARCH
If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site

*Name Searched On:*
**REGION (Former)**

<div align="center">

**Current Information**

</div>

*Entity Legal Name:*
**SHARLEN ELECTRIC CO.**

*Entity Address:*
**3850 GRANT STREET, GARY, IN 46404**

**General Entity Information:**

Control Number: **2002081400086**
Status: **Active**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **7/29/2002**
Entity Date to Expire:
Entity Inactive Date:

**This entity is current with Business Entity Report(s).**

**Other Names for this Entity:**

| Date | Name (Type) |
|------|-------------|
| 2/22/2005 | REGION ELECTRIC CORP.  (Former) |

**Additional Services Available:**

| | |
|---|---|
| (GO) | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
| (GO) | **Generate an official Certificate of Existence/Authorization.** There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |

Case 2:06-cv-00883-MHT-TFM   Document 50-42   Filed 01/10/2007   Page 90 of 98

# More Information

« Back to the SOS Web site

*Name Searched On:*
**REGION ELECTRIC (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION ELECTRIC, INC.**

*Entity Address:*
**11542 W 50TH N, WESTVILLE, IN 46391**

**General Entity Information:**

Control Number: **1995020031**
Status: **Voluntarily Dissolved**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **2/1/1995**
Entity Date to Expire:
Entity Inactive Date: **10/27/2004**

**There are no other names on file for this Entity.**

**Additional Services Available:**

**This Business Entity is not eligible to receive a Certificate of Existence/Authorization.**

| | |
|---|---|
|  | **View additional information for the entity,** including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due).** There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

(NEW SEARCH)

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site

*Name Searched On:*
**REGION (Legal)**

<div align="center">

**Current Information**

</div>

*Entity Legal Name:*
**THE REGION ENTERPRISES LIMITED PARTNERSHIP**

*Entity Address:*
**1740 W Michigan St., INDIANAPOLIS, IN 46222**

***General Entity Information:***

Control Number: **LP93050003**
Status: **Active**
Entity Type: **Domestic Limited Partnership (LP)**

Entity Creation Date: **5/4/1993**
Entity Date to Expire: **2/19/2029**
Entity Inactive Date:

**This entity is current with Business Entity Report(s).**

**There are no other names on file for this Entity.**

**Additional Services Available:**

| | |
|---|---|
| | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
| | **Generate an official Certificate of Existence/Authorization**. There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
| | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

*Name Searched On:*
**REGION FREIGHT LINES (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION FREIGHT LINES INC**

*Entity Address:*
**PO BOX 10, SCHERERVILLE, IN 46375**

**General Entity Information:**

Control Number: **198212-706**
Status: **Active**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **12/17/1982**
Entity Date to Expire:
Entity Inactive Date:

**This entity is current with Business Entity Report(s).**

**There are no other names on file for this Entity.**

**Additional Services Available:**

| | |
|---|---|
|  | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Generate an official Certificate of Existence/Authorization**. There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
|  | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

(NEW SEARCH)

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

< Back to the SOS Web site

*Name Searched On:*
**REGION HOME INSPECTION (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION HOME INSPECTION, INC.**

*Entity Address:*
**3511 FRANKLIN ST, HIGHLAND, IN 46322**

**General Entity Information:**

Control Number: **2002092400012**
Status: **Active**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **9/23/2002**
Entity Date to Expire:
Entity Inactive Date:

**This entity is past due on its Business Entity Report(s).** Click here to file the Business Entity Report.

**There are no other names on file for this Entity.**

**Additional Services Available:**

| | |
|---|---|
|  | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Generate an official Certificate of Existence/Authorization**. There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
|  | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

**NEW SEARCH**

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site

## State of Indiana
## Office of the Secretary of State
## CERTIFICATE OF TRADEMARK REGISTRATION

I, Todd Rokita, Secretary of State of Indiana, hereby certify that in accordance with the application filed in this office on behalf of the following:

L.C., LTD.                                              Corporation
1110 MERRILLVILLE RD.
CROWN POINT, IN        46307 USA

The TRADEMARK described below has been duly registered in this office pursuant to Indiana Code 24-2-1-1 et seq.

### REGION IDOL

This mark is used in connection with the following: **THE SERVICE OF PROVIDING ENTERTAINMENT IN A CONTEST WHEREBY AN INITIAL GROUP OF AMATEUR ENTERTAINERS THERE IS A GRADUAL ELEMINATION BY JUDGES OF THE LESSER TALENTED ENTERTAINERS UNTIL A FINAL SELECTION OF THE MOST TALENTED ENTERTAINER IS MADE.**

DISCLAIMER:

Class of Merchandise: **60**                    FILE No.: **2005-0434**
Date of Registration: **08/12/2005**            Date of Expiration: **08/11/2015**
Date of first use in the United States: **03/15/2005**    Date of first use in Indiana: **03/15/2005**



In Witness Whereof, I have hereunto set my hand and affixed the seal of the State of Indiana, at the City of Indianapolis, on February 02, 2007

Todd Rokita                                    Secretary of State

*Name Searched On:*
**REGION (Legal)**

<div align="center">

**Current Information**

</div>

*Entity Legal Name:*
**THE DESIGNER OUTLET & REGION LIQUIDATORS INC.**

*Entity Address:*
**10885 GREEN PLACE, CROWN POINT, IN 46307**

### General Entity Information:

Control Number: **2003012700714**
Status: **Active**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **1/24/2003**
Entity Date to Expire:
Entity Inactive Date:

**This entity is past due on its Business Entity Report(s).** Click here to file the Business Entity Report.

**There are no other names on file for this Entity.**

**Additional Services Available:**

| | |
|---|---|
|  | **View additional information for the entity,** including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due).** There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Generate an official Certificate of Existence/Authorization.** There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
|  | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

*Name Searched On:*
**REGION MALL INC (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION MALL, INC.**

*Entity Address:*
**P.O. Box 16082, EVANSVILLE, IN 47716**

**General Entity Information:**

Control Number: **1999101104**
Status: **Active**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **10/14/1999**
Entity Date to Expire:
Entity Inactive Date:

**This entity is current with Business Entity Report(s).**

**There are no other names on file for this Entity.**

**Additional Services Available:**

| | |
|---|---|
| **GO** | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due).** There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
| **GO** | **Generate an official Certificate of Existence/Authorization.** There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
| **GO** | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

**NEW SEARCH**

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site

*Name Searched On:*
**REGION (Legal)**

<div align="center">

**Current Information**

</div>

*Entity Legal Name:*
**REGION MOTORS INC**

*Entity Address:*
**4905 COLUMBIA, HAMMOND, IN 46327**

**General Entity Information:**

Control Number: **198409-137**
Status: **Admin Dissolved**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **9/6/1984**
Entity Date to Expire:
Entity Inactive Date: **8/3/1995**

**There are no other names on file for this Entity.**

**Additional Services Available:**

**This Business Entity is not eligible to receive a Certificate of Existence/Authorization.**

| | |
|---|---|
|  | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

**NEW SEARCH**

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

*Name Searched On:*
**REGION POOLS INC (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION POOLS, INC.**

*Entity Address:*
**926 150TH, HAMMOND, IN 46327**

**General Entity Information:**

Control Number: **2006032300487**
Status: **Active**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **3/14/2006**
Entity Date to Expire:
Entity Inactive Date:

**This entity is current with Business Entity Report(s).**

**There are no other names on file for this Entity.**

**Additional Services Available:**

| | |
|---|---|
|  | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Generate an official Certificate of Existence/Authorization**. There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
|  | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

NEW SEARCH
If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site

---

*Name Searched On:*
**REGION PROPERTIES LLC (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION PROPERTIES, LLC**

*Entity Address:*

**General Entity Information:**

Control Number: **2003120100548**
Status: **Active**
Entity Type: **Domestic Limited Liability Company (LLC)**

Entity Creation Date: **12/1/2003**
Entity Date to Expire: **12/31/2043**
Entity Inactive Date:

**This entity is past due on its Business Entity Report(s)**. Click here to file the Business Entity Report.

**There are no other names on file for this Entity.**

**Additional Services Available:**

| | |
|---|---|
|  | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Generate an official Certificate of Existence/Authorization**. There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
| (GO) | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

(NEW SEARCH)

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

‹ Back to the SOS Web site

*Name Searched On:*
**REGION RATS (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION RATS BASEBALL CLUB, INC.**

*Entity Address:*
**2534 VICTORIA RD., INDIANAPOLIS, IN 46375**

**General Entity Information:**

Control Number: **2001051100296**
Status: **Admin Dissolved**
Entity Type: **Non-Profit Domestic Corporation**

Entity Creation Date: **5/7/2001**
Entity Date to Expire:
Entity Inactive Date: **4/14/2005**

**There are no other names on file for this Entity.**

**Additional Services Available:**

**This Business Entity is not eligible to receive a Certificate of Existence/Authorization.**

| | |
|---|---|
|  | **View additional information for the entity,** including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

(NEW SEARCH)

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

≪ Back to the SOS Web site

*Name Searched On:*
**REGION REAL ESTATE INC (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION REAL ESTATE, INC.**

*Entity Address:*
**9300 WALNUT, MUNSTER, IN 46324**

**General Entity Information:**

Control Number: **2002040800017**
Status: **Active**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **4/5/2002**
Entity Date to Expire:
Entity Inactive Date:

**This entity is current with Business Entity Report(s).**

**There are no other names on file for this Entity.**

**Additional Services Available:**

| | |
|---|---|
|  | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Generate an official Certificate of Existence/Authorization**. There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
|  | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

NEW SEARCH

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site

*Name Searched On:*
**REGION (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION REALTY CO INC**

*Entity Address:*
**20 E. U.S. Highway 30 #1, SCHERERVILLE, IN 46375**

**General Entity Information:**

Control Number: **198304-915**
Status: **Active**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **4/29/1983**
Entity Date to Expire:
Entity Inactive Date:

**The Business Entity Report(s) is(are) due for this entity by 04/30/2007** . Click here to file the Business Entity Report.

**Other Names for this Entity:**

| Date | Name (Type) |
|------|-------------|
| 4/29/1983 | COLDWELL BANKER - REGION REALTY  (Assumed / Lake County ) |

**Additional Services Available:**

|  | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|------|-------------|
|  | **Generate an official Certificate of Existence/Authorization**. There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |

NEW SEARCH

**If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.**
**If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.**

« Back to the SOS Web site

*Name Searched On:*
**REGION (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION RENOVATIONS, INC.**

*Entity Address:*
**203 Kennedy Ave., SCHERERVILLE, IN 46375**

**General Entity Information:**

Control Number: **1995090553**
Status: **Active**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **9/1/1995**
Entity Date to Expire:
Entity Inactive Date:

**This entity is current with Business Entity Report(s).**

**There are no other names on file for this Entity.**

**Additional Services Available:**

| | |
|---|---|
| [GO] | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
| [GO] | **Generate an official Certificate of Existence/Authorization**. There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
| [GO] | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

**More Information**

**NEW SEARCH**

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.

If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site

*Name Searched On:*
**REGION (Legal)**

## Current Information

*Entity Legal Name:*
**REGION RENOVATIONS LLC**

*Entity Address:*
**5272 Hohman Ave, HAMMOND, IN 46320**

**General Entity Information:**

Control Number: **1998051150**
Status: **Voluntarily Dissolved**
Entity Type: **Domestic Limited Liability Company (LLC)**

Entity Creation Date: **5/15/1998**
Entity Date to Expire:
Entity Inactive Date: **7/6/1999**

**There are no other names on file for this Entity.**

**Additional Services Available:**

**This Business Entity is not eligible to receive a Certificate of Existence/Authorization.**

| | |
|---|---|
|  | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

[NEW SEARCH]

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site

*Name Searched On:*
**REGION ROOFING (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION ROOFING INC**

*Entity Address:*
**P.O. Box 4618, GARY, IN 46404**

**General Entity Information:**

Control Number: **196903-418**
Status: **Admin Dissolved**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **3/24/1969**
Entity Date to Expire:
Entity Inactive Date: **3/18/2003**

**There are no other names on file for this Entity.**

**Additional Services Available:**

**This Business Entity is not eligible to receive a Certificate of Existence/Authorization.**

| | |
|---|---|
|  | **View additional information for the entity,** including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due).** There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

**NEW SEARCH**

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site

*Name Searched On:*
**REGION (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION ROUNDBALL FOUNDATION, INC.**

*Entity Address:*
**1747 REDWOOD, MUNSTER, IN 46321**

**General Entity Information:**

Control Number: **2005120600398**
Status: **Active**
Entity Type: **Non-Profit Domestic Corporation**

Entity Creation Date: **11/28/2005**
Entity Date to Expire:
Entity Inactive Date:

**This entity is past due on its Business Entity Report(s).** Click here to file the Business Entity Report.

**There are no other names on file for this Entity.**

**Additional Services Available:**

| | |
|---|---|
|  | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Generate an official Certificate of Existence/Authorization**. There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
| **GO** | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

**NEW SEARCH**

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site

*Name Searched On:*
**REGION (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION SIGNS, INC.**

*Entity Address:*
**1345 119TH ST, WHITING, IN 46394**

**General Entity Information:**

Control Number: **2003022400103**
Status: **Active**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **2/7/2003**
Entity Date to Expire:
Entity Inactive Date:

**This entity is current with Business Entity Report(s).**

**There are no other names on file for this Entity.**

**Additional Services Available:**

| | |
|---|---|
|  | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Generate an official Certificate of Existence/Authorization**. There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
| (GO) | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

(NEW SEARCH)
If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site

*Name Searched On:*
**REGION (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION TITLE, LLC**

*Entity Address:*
**1544 45TH ST, MUNSTER, IN 46321**

**General Entity Information:**

Control Number: **2004032500005**
Status: **Expired**
Entity Type: **Domestic Limited Liability Company (LLC)**

Entity Creation Date: **3/22/2004**
Entity Date to Expire: **3/22/2007**
Entity Inactive Date:

**There are no other names on file for this Entity.**

**Additional Services Available:**

**This Business Entity is not eligible to receive a Certificate of Existence/Authorization.**

| | |
|---|---|
|  | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
|  | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

**NEW SEARCH**

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site

*Name Searched On:*
**REGION (Legal)**

**Current Information**

*Entity Legal Name:*
**REGION SPORTS NETWORK, LLC**

*Entity Address:*
**9219 INDIANAPOLIS BLVD., HIGHLAND, IN 46322**

**General Entity Information:**

Control Number: **2003090301496**
Status: **Active**
Entity Type: **Domestic Limited Liability Company (LLC)**

Entity Creation Date: **9/2/2003**
Entity Date to Expire:
Entity Inactive Date:

**This entity is past due on its Business Entity Report(s).** Click here to file the Business Entity Report.

**There are no other names on file for this Entity.**

**Additional Services Available:**

| | |
|---|---|
| (GO) | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due)**. There is a fee of $1.00 for *accessIndiana* subscribers and a fee of $2.04 for credit card users for this additional information. NOTE: Amendments filed prior to 1987 DO NOT appear in the transaction history. |
| (GO) | **Generate an official Certificate of Existence/Authorization.** There is a total fee of $20.00 for *accessIndiana* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
| (GO) | **Place orders for copies of Business Entity documents** with the Secretary of State's Business Services Division. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule |

(NEW SEARCH)

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

← Back to the SOS Web site

Site Map | Contact Us

[GO]

## Michael A. Mauro

Business Services

Search Databases

Online Filing

Voter/Elections

Notaries

Nonprofits

Youth/Civic Events

Press/Media

Publications

About the Office

Useful Links

Contact Us

Home → Search Databases → Iowa Corporations → Summary

## Search Databases

Addresses    Agents    Filings    Names    Officers    Stock    Summary    Search Again

### Summary

Searched: **regions**

Print Certificate of Standing

| Corp No. | Legal Name | Status |
|---|---|---|
| 240144 | REGIONSAIR, INC. | Active |
| Type | State of Inc. | Modified |
| Legal | TN | No |
| Expiration Date | Effective Date | Filing Date |
| PERPETUAL | Apr 04, 2000 | Apr 04, 2000 |
| Chapter | | |
| CODE 490 FOREIGN PROFIT | | |

### Names (viewing 3 of 3)

| Type | Status | Modified | Name |
|---|---|---|---|
| Legal | Active | No | REGIONSAIR, INC. |
| Fictitious name | Active | No | TRANSWORLD EXPRESS |
| Legal | Inactive | No | CORPORATE AIRLINES, INC. |

### Registered Agent or Reserving Party

| Full Name | CT CORPORATION SYSTEM |
|---|---|
| Address | 2222 GRAND AVE |
| City, ST, Zip | DES MOINES, IA, 50312 |

### Home Office

| Full Name | |
|---|---|
| Address | 693 FITZHUGH BLVD |
| City, ST, Zip | SMYRNA, TN, 37167 |



**BUSINESS SERVICES**
KENTUCKY SECRETARY OF STATE
Trey Grayson

| New Search | Show Activities Below | Show List of Microfilm Below | Hide Images |

| File Amended Annual Report | Print Amended Annual Report | Statement of Change of Reg. Agent/Office (PDF) |

| Statement of Change of Principal Office (PDF) |

☐ Printable Version of this page

| | |
|---|---|
| **Organization Number** | 0512646 |
| **Name** | REGIONSAIR, INC. |
| **Profit or Non-Profit** | P - Profit |
| **Company Type** | FCO - Foreign Corporation |
| **Status** | A - Active |
| **Standing** | G - Good |
| **State** | TN |
| **File Date** | 3/20/2001 |
| **Authority Date** | 3/20/2001 |
| **Last Annual Report** | 3/20/2007 |
| **Principal Office** | 693 FITZHUGH BLVD. SMYRNA, TN 37167 |
| **Registered Agent** | CT CORPORATION SYSTEM KENTUCKY HOME LIFE BUILDING LOUISVILLE, KY 40202 |

| | |
|---|---|
| **Current Officers** | |
| **President** | DOUGLAS J CALDWELL |
| **Vice President** | Fred S Breeden |
| **Secretary** | Jeffrey L Howard |
| **Director** | RICHARD STORY |
| **Director** | ANTONI SANTINI |
| **Director** | Douglas J Caldwell |

### This organization has no assumed names

**Previous Names**
CORPORATE AIRLINES, INC.

**Images Available Online**
Documents filed with the Office of the Secretary of State on September 15, 2004 or thereafter are available as scanned images or PDF documents. Documents filed prior to September 15, 2004 will become available as the images are created.

| | | | | |
|---|---|---|---|---|
| 3/20/2007 | 1 page | tiff | PDF | Annual Report |
| 1/30/2006 | 1 page | | PDF | Annual Report |
| 3/18/2005 | 2 pages | tiff | PDF | Articles of Amendment |
| 2/14/2005 | 1 page | | PDF | Annual Report |
| 9/9/2004 | 1 page | tiff | PDF | Annual Report |
| 10/7/2003 | 1 page | tiff | PDF | Annual Report |
| 6/26/2003 | 1 page | | PDF | Annual Report |
| 12/13/2002 | 1 page | tiff | PDF | Annual Report |
| 6/18/2002 | 1 page | | PDF | Annual Report |
| 3/20/2001 | 2 pages | tiff | PDF | Application for Certificate of Authority |

**Certificates Available**
Profit Foreign Certificate of Authorization
Certificate of Registered Agent (Domestic and Foreign)

Click on a certificate title to purchase it. Certificates are $10.00, payable by credit card or prepaid account. They are stored and returned as PDF documents. You must have Adobe PDF Reader to print the document.

| Show Activities Above | Show List of Microfilm Above | Hide Images | New Search |



## Louisiana Secretary of State
# COMMERCIAL DIVISION
### Corporations Database



### *Louisiana Secretary of State*
### *Detailed Record*

Charter/Organization ID: 34813716D

Name: ALL REGIONS SERVICES, INC.

Prior Name: ALL REGIONS FORESTRY INC. (11/07/2003)

Type Entity: Business Corporation

Status: Active

Annual Report Status: In Good Standing      **Add Certificate of Good Standing to Shopping Cart**

Last Report Filed on 09/07/2006

2007 Annual Report is required at this time      **Print Annual Report Form For Filing**

Mailing Address: C/O LORENZO TUNEK, 1410 SLIGO ROAD, BOSSIER CITY, LA 71112

Domicile Address: 1410 SLIGO RD., BOSSIER CITY, LA 71112

File Date: 07/13/1999

Registered Agent (Appointed 7/13/1999): LORENZO TUNEK, 1410 SLIGO ROAD, BOSSIER CITY, LA 71112

Registered Agent (Appointed 9/07/2006): DIANA TUNEK, 1410 SLIGO RD., BOSSIER CITY, LA 71112

President: DIANA C. TUNEK, 1410 SLIGO ROAD, BOSSIER CITY, LA 71112

Director: LORENZO TUNEK, 1410 SLIGO RD., BOSSIER CITY, LA 71112

Amendments on File
DISCLOSURE OF OWNERSHIP (03/03/2006)
NAME CHANGE (11/07/2003)
DISCLOSURE OF OWNERSHIP (05/22/2002)
DOMICILE, AGENT CHG OR RESIGN OF AGT (12/20/2001)

New Search      View Cart



## COMMERCIAL DIVISION
### Corporations Database



### *Louisiana Secretary of State*
### *Detailed Record*

Charter/Organization ID: 35476172D

Name: REGIONS COMMUNITY BEHAVIORAL HEALTH CENTER OF BATON ROUGE,

INC.

Type Entity: Business Corporation

Status: Active

Annual Report Status: In Good Standing      **Add Certificate of Good Standing to Shopping Cart**

Last Report Filed on 03/30/2007

Mailing Address: C/O JOHN J. MORGAN, 171 BELLE TERRE BOULEVARD, COVINGTON, LA 70433

Domicile Address: 171 BELLE TERRE BOULEVARD, COVINGTON, LA 70433

File Date: 05/05/2003

Registered Agent (Appointed 5/05/2003): JOHN J. MORGAN, 171 BELLE TERRE BOULEVARD, COVINGTON, LA 70433

Director: JOHN J. MORGAN, 171 BELLE TERRE BOULEVARD, COVINGTON, LA 70433

Director: SARAH (SALLY) TOUPS MORGAN, 171 BELLE TERRE BOULEVARD, COVINGTON, LA 70433

New Search      View Cart



**Louisiana Secretary of State**
# COMMERCIAL DIVISION
Corporations Database



### *Louisiana Secretary of State*
### *Detailed Record*

Charter/Organization ID: 36412849D

Name: REGIONS COMMUNITY BEHAVIORAL HEALTH CENTER OF HOUMA, INC.

Type Entity: Business Corporation

Status: Active

Annual Report Status: In Good Standing        **Add Certificate of Good Standing to Shopping Cart**

Mailing Address: C/O JOHN J. MORGAN, 171 BELLE TERRE BLVD., COVINGTON, LA 70433

Domicile Address: 171 BELLE TERRE BLVD., COVINGTON, LA 70433

File Date: 03/26/2007

Registered Agent (Appointed 3/26/2007): JOHN J. MORGAN, 171 BELLE TERRE BLVD., COVINGTON, LA 70433

Director: JOHN J. MORGAN, 171 BELLE TERRE BLVD., COVINGTON, LA 70433

Director: SARAH TOUPS MORGAN, 171 BELLE TERRE BLVD., COVINGTON, LA 70433

New Search    View Cart



# COMMERCIAL DIVISION
## Corporations Database



### *Louisiana Secretary of State*
### *Detailed Record*

Charter/Organization ID: 36401123F

Name: REGIONS CONTRACTORS, INC.

Type Entity: Business Corporation (Non-Louisiana)

Status: Active

Annual Report Status: In Good Standing    **Add Certificate of Good Standing to Shopping Cart**

Mailing Address: 41 FELI WAY, CRAWFORDVILLE, FL 32327

Domicile Address: 41 FELI WAY, CRAWFORDVILLE, FL 32327

Principal Office: 41 FELI WAY, CRAWFORDVILLE, FL 32327

Principal Bus. Est. in Louisiana: 1280 CLAUSEL ST., MANDEVILLE, LA 70448

Qualified: 03/08/2007

Registered Agent (Appointed 3/08/2007): NATIONAL REGISTERED AGENTS, INC., 1280 CLAUSEL STREET, MANDEVILLE, LA 70448

Director: STEPHEN R. GAMMON, 39 AUCILLA ST., PANACEA, FL 32346

Director: JASON A. ROBERTS, 615 OAK WOOD TR., N., CRAWFORDVILLE, FL 32327

Director: CHRISTOPHER S. ROBERTS, 219 MULBERRY CIRCLE, CRAWFORD, FL 32327

Additional officers may exist on document

New Search    View Cart



**COMMERCIAL DIVISION**
Corporations Database



### *Louisiana Secretary of State*
### *Detailed Record*

Charter/Organization ID: 35364322K

Name: REGION ELECTRIC, LLC

Type Entity: Limited Liability Company

Status: Active

Annual Report Status: In Good Standing       **Add Certificate of Good Standing to Shopping Cart**

Last Report Filed on 09/19/2006

Mailing Address: C/O KENNETH ORLANDO, 136 DIANE AVE., RIVER RIDGE, LA 70123

Domicile Address: 136 DIANE AVE., RIVER RIDGE, LA 70123

File Date: 10/29/2002

Registered Agent (Appointed 10/29/2002): KENNETH ORLANDO, 136 DIANE AVE., RIVER RIDGE, LA 70123

Member: KENNETH ORLANDO, 136 DIANE AVE., NEW ORLEANS, LA 70126

[ New Search ]   [ View Cart ]



Louisiana Secretary of State
COMMERCIAL DIVISION
Corporations Database



### *Louisiana Secretary of State*
### *Detailed Record*

Charter/Organization ID: 34575300F

Name: REGION INSULATION CO., INC.

Type Entity: Business Corporation (Non-Louisiana)

Status: Active

Annual Report Status: In Good Standing        **Add Certificate of Good Standing to Shopping Cart**

Last Report Filed on 09/25/2006

Mailing Address: P. O. BOX 69652, ODESSA, TX 79761

Domicile Address: 724 SOUTH GRANDVIEW, ODESSA, TX 79761

Principal Office: 724 SOUTH GRANDVIEW, ODESSA, TX 79761

Principal Bus. Est. in Louisiana: 8550 UNITED PLAZA BLVD., BATON ROUGE, LA 70809

Qualified: 10/21/1997

Registered Agent (Appointed 10/21/1997): C T CORPORATION SYSTEM, 8550 UNITED PLAZA BLVD., BATON ROUGE, LA 70809

President: JESUS VALENSUELA, 714 S. SAM HOUSTON, ODESSA, TX 79762

Director: JESUS VALENSUELA, 714 S. SAM HOUSTON, ODESSA, TX 79762

Vice President: RHONDA GRISHAM, 4225 ROCKVIEW CT., FORT COLLINS, CO 80526

Director: RHONDA GRISHAM, 4225 ROCKVIEW CT., FORT COLLINS, CO 80526

Treasurer: JOSE J. BURSIAGA, 2814 SAN FERNANDO, ODESSA, TX 79764

Director: JOSE J. BURSIAGA, 2814 SAN FERNANDO, ODESSA, TX 79764

Additional officers may exist on document

New Search     View Cart



## Louisiana Secretary of State
## COMMERCIAL DIVISION
### Corporations Database



### *Louisiana Secretary of State*
### *Detailed Record*

Charter/Organization ID: 36462733K

Name: REGION FARM, L.L.C.

Type Entity: Limited Liability Company

Status: Active

Annual Report Status: In Good Standing        **Add Certificate of Good Standing to Shopping Cart**

Mailing Address: C/O BOBBIE R. MATHIEU, 2905 CAMERON ST., MONROE, LA 71201

Domicile Address: 2905 CAMERON ST., MONROE, LA 71201

File Date: 05/31/2007

Registered Agent (Appointed 5/31/2007): BOBBIE R. MATHIEU, 2905 CAMERON ST., MONROE, LA 71201

Member: BOBBIE R. MATHIEU, 2905 CAMERON ST., MONROE, LA 71201

New Search     View Cart



# COMMERCIAL DIVISION
## Corporations Database



### *Louisiana Secretary of State*
### *Detailed Record*

Charter/Organization ID: 35830497K

Name: REGIONS LAND & TIMBER, L.L.C.

Type Entity: Limited Liability Company

Status: Active

Annual Report Status: In Good Standing        **Add Certificate of Good Standing to Shopping Cart**

Last Report Filed on 11/06/2006

Mailing Address: C/O CHRISTOPHER N. REPPOND, 176 WATERSIDE DRIVE, STERLINGTON, LA 71280

Domicile Address: 176 WATERSIDE DRIVE, STERLINGTON, LA 71280

File Date: 12/07/2004

Registered Agent (Appointed 12/07/2004): CHRISTOPHER N. REPPOND, 176 WATERSIDE DRIVE, STERLINGTON, LA 71280

Member: CHRISTOPHER N. REPPOND, 176 WATERSIDE DRIVE, STERLINGTON, LA 71280

New Search        View Cart

•



Louisiana Secretary of State

# COMMERCIAL DIVISION
Corporations Database



## *Louisiana Secretary of State*
## *Detailed Record*

Charter/Organization ID: 34494810K

Name: REGIONS PLUMBING & MECHANICAL CO., LLC

Type Entity: Limited Liability Company

Status: Not Active (Action by Secretary of State)

2007 Annual Report/Reinstatement form is required in order to reinstate     **Print Annual Report/Reinstatement**
**Form For Filing**

Mailing Address: C/O WILL LEE HUTN, 7620 MCKENZIE ST., NEW ORLEANS, LA 70128

Domicile Address: 7620 MCKENZIE ST., NEW ORLEANS, LA 70128

File Date: 05/24/1995

Registered Agent (Appointed 5/24/1995): WILL LEE HUNT, 7620 MCKENZIE ST., NEW ORLEANS, LA 70128

Member: WILL LEE HUNT, 7620 MCKENZIE ST., NEW ORLEANS, LA 70128

Member: BRANDY SHAY HUNT, 7620 MCKENZIE ST., NEW ORLEANS, LA 70128

Member: TIFFANY SHREE HUNT, 7620 MCKENZIE ST., NEW ORLEANS, LA 70128

Amendments on File
REVOKED (08/16/2005)

New Search    View Cart



Louisiana Secretary of State
COMMERCIAL DIVISION
Corporations Database



### *Louisiana Secretary of State*
### *Trade Name Detailed Record*

Type(s) Registered: TRADE NAME

Registered Name: REGION REALTY

Applicant: JOHN KOMIDOR, 1291 DOVE PARK ROAD, COVINGTON, LA 70433-0000

Current Status: ACTIVE

Type of Business: REAL ESTATE

Classes: 00 00 00 00 00 00 00 00 00 00

First Used: 03/01/1984

First Used in LA: 03/01/1984

Reg. Date: 03/05/1991

Exp. Date: 03/05/2011

New Search    View Cart



**Louisiana Secretary of State**
**COMMERCIAL DIVISION**
Corporations Database



### *Louisiana Secretary of State*
### *Trade Name Detailed Record*

Type(s) Registered: TRADE NAME

Registered Name: REGIONS SECURITY INSURANCE

Applicant: PRIME HOLDING, L.L.C., 4664 WHITEHAVEN, BATON ROUGE, LA 70808-0000

Current Status: ACTIVE

Type of Business: INSURANCE

Classes: 00 00 00 00 00 00 00 00 00 00

First Used: 02/06/2006

First Used in LA: 07/15/1996

Reg. Date: 06/21/2007

Exp. Date: 06/21/2017

New Search    View Cart



# COMMERCIAL DIVISION
## Corporations Database



### *Louisiana Secretary of State*
### *Detailed Record*

Charter/Organization ID: 35088502D

Name: REGION SECURITY PROTECTION AGENCY, INC.

Type Entity: Business Corporation

Status: Not Active (Action by Secretary of State)

Last Report Filed on 05/28/2002

2007 Annual Report/Reinstatement form is required in order to reinstate Form For Filing

**Print Annual Report/Reinstatement**

Mailing Address: 6430 JEFFERSON HWY., STE. B, HARAHAN, LA 70123

Domicile Address: 6430 JEFFERSON HWY., STE. B, HARAHAN, LA 70123

File Date: 05/14/2001

Registered Agent (Appointed 5/14/2001): LARRY LEE BLACKMON, 136 XAVIER DRIVE, AVONDALE, LA 70094

Director: LARRY LEE BLACKMON, 6430 JEFFERSON HWY., STE. B, HARAHAN, LA 70123

Amendments on File
REVOKED (08/16/2005)

| New Search | View Cart |



# COMMERCIAL DIVISION
## Corporations Database



### *Louisiana Secretary of State*
### *Detailed Record*

Charter/Organization ID: 34421274D

Name: REGION TRUCK PARTS AND SERVICE, INC.

Type Entity: Business Corporation

Status: Not Active (Action by Secretary of State)

Last Report Filed on 09/23/1994

2006 Annual Report/Reinstatement form is required in order to reinstate    **Print Annual Report/Reinstatement**
**Form For Filing**

Mailing Address: C/O STERLING GUILLOT, 5745 JEFFERSON HWY., JEFFERSON, LA 70123

Domicile Address: 5745 JEFFERSON HIGHWAY, JEFFERSON, LA 70123

File Date: 11/30/1992

Registered Agent (Appointed 11/30/1992): R. COLLINS VALLEE, 3350 RIDGELAKE DRIVE, STE. 108, METAIRIE, LA 70002

Registered Agent (Appointed 9/23/1994): STERLING GUILLOT, 5745 JEFFERSON HIGHWAY, JEFFERSON, LA 70123

President: VINCENT J. MARTELLO, 3212 TEXAS AVENUE, KENNER, LA 70065

Treasurer: VINCENT J. MARTELLO, 3212 TEXAS AVENUE, KENNER, LA 70065

Director: VINCENT J. MARTELLO, 3212 TEXAS AVENUE, KENNER, LA 70065

Vice President: STERLING P. GUILLOT, 6525 KAWANEE AVENUE, METAIRIE, LA 70003

Secretary: STERLING P. GUILLOT, 6525 KAWANEE AVENUE, METAIRIE, LA 70003

Director: STERLING P. GUILLOT, 6525 KAWANEE AVENUE, METAIRIE, LA 70003

Amendments on File
REVOKED (02/15/2000)

New Search    View Cart



# COMMERCIAL DIVISION
## Corporations Database



### *Louisiana Secretary of State*
### *Detailed Record*

Charter/Organization ID: 35076716K

Name: REGIONS WHOLESALE BATTERY LLC

Type Entity: Limited Liability Company

Status: Active

Annual Report Status: In Good Standing        **Add Certificate of Good Standing to Shopping Cart**

Last Report Filed on 06/12/2007

Mailing Address: 6215 AILINE HWY., BATON ROUGE, LA 70805

Domicile Address: 6215 AILINE HWY., BATON ROUGE, LA 70805

File Date: 04/20/2001

Registered Agent (Appointed 4/20/2001): IVORY JAMES WIGGINS, 3575 LORRAINE ST., BATON ROUGE, LA 70805

Member or Manager: IVORY JAMES WIGGINS, 3575 LORRAINE ST., BATON ROUGE, LA 70805

| New Search | View Cart |



**MISSISSIPPI**
SECRETARY OF STATE
**Business Services**

**Date:** 7/11/2007    <u>**View Filed Documents**</u>
Name History

Search
• <u>By Business Name</u>
• <u>By Business ID</u>
• <u>By Officer Name</u>
• <u>By Registered Agent</u>
• <u>New Corporations</u>
    Annual Report
• <u>File Online</u>
    Verification
• <u>Verify Certification</u>
    Online Orders
• <u>Register for Online Orders</u>
• <u>Order Good Standing</u>
    Fee Schedules
• <u>Corporations</u>
• <u>Limited Partnerships</u>
• <u>Limited Liability</u>
  <u>Partnerships</u>
• <u>Limited Liability</u>
  <u>Companies</u>
    Miscellaneous
• <u>Registered Agents</u>
• <u>Download Corporate</u>
  <u>Forms and Instructions</u>
• <u>Look Up an SIC</u>
    Contact
• <u>Corporations Unit</u>

| Name | Name Type |
| --- | --- |
| REGIONS AUTO SALES, LLC | Legal |

**Limited Liability Company - Domestic - Information**

| | |
| --- | --- |
| **Business ID:** | 901106 |
| **Status:** | Good Standing |
| **Creation Date:** | 10/25/2006 |
| **State of Incorporation:** | MS |
| **Principal Office Address:** | No Address |
| **Principal Mailing Address:** | 1087 I-20 WEST, SOUTH FRONTAGE RD Jackson MS 39204 |
| **Listing Address:** | No Address |

**Registered Agent**

| | |
| --- | --- |
| **Agent Name:** | <u>**Threatt, Wynn**</u> |
| **Office Address:** | 1087 I-20 West, South Frontage Rd |
| | Jackson MS 39204 |
| **Mailing Address:** | |

**Officers & Directors**

**Business**

**Home**

Home | Accessibility Policy | Contact Us | E-mail Us | Links | Search

Copyright © 2007 Mississippi Secretary of State. All rights reserved.
Due to the use of DHTML and Java, this Web site is optimized for Microsoft Internet Explorer 5+ or Netscape 6+.



**MISSISSIPPI**
SECRETARY OF STATE
Business Services

**Date:** 7/11/2007    **View Filed Documents**
Name History

Search
- **By Business Name**
- **By Business ID**
- **By Officer Name**
- **By Registered Agent**
- **New Corporations**
  Annual Report
- **File Online**
  Verification
- **Verify Certification**
  Online Orders
- **Register for Online Orders**
- **Order Good Standing**
  Fee Schedules
- **Corporations**
- **Limited Partnerships**
- **Limited Liability Partnerships**
- **Limited Liability Companies**
  Miscellaneous
- **Registered Agents**
- **Download Corporate Forms and Instructions**
- **Look Up an SIC**
  Contact
- **Corporations Unit**

| Name | Name Type |
|------|-----------|
| Regions Contractors, Inc | Legal |

### Business Corporation - Foreign - Information

**Business ID:** 877978
**Status:** Good Standing
**Creation Date:** 9/15/2005
**State of Incorporation:** FL
**Principal Office Address:** 41 Feli Way
Crawfordville FL 32327
**Principal Mailing Address:** 1580 Crawfordville Hwy
Crawfordville FL 32327
**Listing Address:** No Address
**Last Annual Report Filed Date:** 5/23/2006
**Last Annual Report Filed:** 2006
**Annual Report Month:** January

### Registered Agent

**Agent Name:**  **NATIONAL REGISTERED AGENTS INC**
**Office Address:** 840 TRUSTMARK BLDG 248 E CAPITOL ST
JACKSON MS 39201

**Mailing Address:**

### Officers & Directors

Home  |  Accessibility Policy  |  Contact Us  |  E-mail Us  |  Links  |  Search

Copyright © 2007 Mississippi Secretary of State. All rights reserved.
Due to the use of DHTML and Java, this Web site is optimized for Microsoft Internet Explorer 5+ or Netscape 6+.



**MISSISSIPPI**
**SECRETARY OF STATE**
**Business Services**

Date: 7/11/2007    **View Filed Documents**

Name History

| Name | Name Type |
|------|-----------|
| Phelps Realty Group, Inc. | Legal |
| Regions Realty Group, Inc | Prev Legal |

## Business Corporation - Domestic - Information

**Business ID:** 881381
**Status:** Good Standing
**Creation Date:** 11/14/2005
**State of Incorporation:** MS
**Principal Office Address:** No Address
**Principal Mailing Address:** No Address
**Listing Address:** No Address
**Last Annual Report Filed Date:** 4/26/2007
**Last Annual Report Filed:** 2007
**Annual Report Month:** January

## Registered Agent

**Agent Name:** **Phelps, Robert G, Jr**
**Office Address:** 619 Broad Street
Columbia MS 39429

**Mailing Address:**

## Officers & Directors

### Search
- **By Business Name**
- **By Business ID**
- **By Officer Name**
- **By Registered Agent**
- **New Corporations**
  Annual Report
- **File Online**
  Verification
- **Verify Certification**
  Online Orders
- **Register for Online Orders**
- **Order Good Standing**
  Fee Schedules
- **Corporations**
- **Limited Partnerships**
- **Limited Liability Partnerships**
- **Limited Liability Companies**
  Miscellaneous
- **Registered Agents**
- **Download Corporate Forms and Instructions**
- **Look Up an SIC**
  Contact
- **Corporations Unit**

**Business**

**Home**

Home | Accessibility Policy | Contact Us | E-mail Us | Links | Search

Copyright © 2007 Mississippi Secretary of State. All rights reserved.
Due to the use of DHTML and Java, this Web site is optimized for Microsoft Internet Explorer 5+ or Netscape 6+.

# Missouri Secretary of State, Robin Carnahan

SOS Home :: Business Services :: Business Entity Search

Search
By Business Name
By Charter Number
By Registered Agent
For New Corporations
Verify
Verify Certification
Annual Report
File Online
    File Fictitious Name
    Registration
File Online
    File LLC Registration
File Online
    Online Orders
Register for Online
Orders
Order Good Standing
Order Certified Documents

**Date:** 7/11/2007

## Filed Documents
(Click above to view filed
documents that are available.)

NEW! **File Annual Report Online, click here.**

**For a blank Annual Registration Report, click here.**

## Business Name History

| Name | Name Type |
|------|-----------|
| REGIONSAIR, INC. | Legal |
| CORPORATE AIRLINES, INC. | Prev Legal |

## General Business - Foreign - Information

| | |
|---|---|
| **Charter Number:** | F00482443 |
| **Status:** | Good Standing |
| **Entity Creation Date:** | 4/14/2000 |
| **State of Business.:** | TN |
| **Expiration Date:** | Perpetual |
| **Last Annual Report Filed Date:** | 4/10/2006 |
| **Last Annual Report Filed:** | 2006 |
| **Annual Report Month:** | January |

## Registered Agent

| | |
|---|---|
| **Agent Name:** | C T CORPORATION SYSTEM |
| **Office Address:** | 120 SOUTH CENTRAL AVENUE CLAYTON MO 63105 |
| **Mailing Address:** | |

Missouri Secretary of State
Page 1 of 1

# Missouri Secretary of State, Robin Carnahan

SOS Home :: Business Services :: Business Entity Search

Search
By Business Name
By Charter Number
By Registered Agent
For New Corporations
Verify
Verify Certification
Annual Report
File Online
File Fictitious Name
Registration
File Online
File LLC Registration
File Online
Online Orders
Register for Online
Orders
Order Good Standing
Order Certified Documents

**Filed Documents**
**Date:** 7/11/2007    (Click above to view filed
documents that are available.)

NEW! **File Annual Report Online, click here.**

**For a blank Annual Registration Report, click here.**

## Business Name History

| Name | Name Type |
| --- | --- |
| REGION LAND SURVEY, INC. | Legal |

## General Business - Domestic - Information

| | |
| --- | --- |
| **Charter Number:** | 00646774 |
| **Status:** | Good Standing |
| **Entity Creation Date:** | 3/14/2005 |
| **State of Business.:** | MO |
| **Expiration Date:** | Perpetual |
| **Last Annual Report Filed Date:** | 5/9/2006 |
| **Last Annual Report Filed:** | 2006 |
| **Annual Report Month:** | March |

## Registered Agent

| | |
| --- | --- |
| **Agent Name:** | Jodts, Victor R. |
| **Office Address:** | 800 NW Blossom Court<br>Blue Springs MO 64015 |
| **Mailing Address:** | |

# Missouri Secretary of State, Robin Carnahan

SOS Home :: Business Services :: Business Entity Search

Search
By Business Name
By Charter Number
By Registered Agent
For New Corporations
        Verify
Verify Certification
        Annual Report
File Online
        File Fictitious Name
        Registration
File Online
        File LLC Registration
File Online
        Online Orders
Register for Online
        Orders
Order Good Standing
Order Certified Documents

## Filed Documents

**Date:** 7/11/2007    (Click above to view filed documents that are available.)

## Business Name History

| Name | Name Type |
|------|-----------|
| REGION MEDICAL EQUIPMENT LLC | Legal |

## Limited Liability Company - Domestic - Information

| | |
|------|------|
| **Charter Number:** | LC0071804 |
| **Status:** | Active |
| **Entity Creation Date:** | 10/7/2002 |
| **State of Business.:** | MO |
| **Expiration Date:** | 01/01/2073 |

## Registered Agent

| | |
|------|------|
| **Agent Name:** | EDDY MITCHELL |
| **Office Address:** | 225 N MAIN ST. PARIS MO 65275 |
| **Mailing Address:** | |

## Organizers

| | |
|------|------|
| **Name:** | **DEBORAH MITCHELL** |
| **Address:** | 19349 MONROE COUNTY RD. 971 HOLLIDAY MO 65258 |

| | |
|------|------|
| **Name:** | **EDDY MITCHELL** |
| **Address:** | 19349 MONROE COUNTY RD. 971 HOLLIDAY MO 65258 |

| | |
|------|------|
| **Name:** | **MARY E. MITCHELL** |
| **Address:** | ROUTE 1, HIGHWAY 24 HOLLIDAY MO 65258 |

# Missouri Secretary of State, Robin Carnahan

SOS Home :: Business Services :: Business Entity Search

Search
By Business Name
By Charter Number
By Registered Agent
For New Corporations
    Verify
Verify Certification
    Annual Report
File Online
    File Fictitious Name
    Registration
File Online
    File LLC Registration
File Online
    Online Orders
Register for Online
    Orders
Order Good Standing
Order Certified Documents

## Filed Documents

**Date:** 7/11/2007    (Click above to view filed
documents that are available.)

## Business Name History

| Name | Name Type |
| --- | --- |
| Regions Realty, L.L.C. | Legal |

## Limited Liability Company - Domestic - Information

| | |
| --- | --- |
| **Charter Number:** | LC0655452 |
| **Status:** | Active |
| **Entity Creation Date:** | 4/21/2005 |
| **State of Business.:** | MO |
| **Expiration Date:** | 04/21/2055 |

## Registered Agent

| | |
| --- | --- |
| **Agent Name:** | Hugenot, Verle R |
| **Office Address:** | 708 Sue St |
| | Paris MO 65275 |
| **Mailing Address:** | |
| **[Name Not Available]** | [Address Not Available] |

# Missouri Secretary of State, Robin Carnahan

SOS Home :: Business Services :: Business Entity Search

<div style="float:left">

Search
 By Business Name
 By Charter Number
 By Registered Agent
 For New Corporations
    Verify
 Verify Certification
    Annual Report
 File Online
    File Fictitious Name
    Registration
 File Online
    File LLC Registration
 File Online
    Online Orders
 Register for Online
    Orders
 Order Good Standing
 Order Certified Documents

</div>

**Filed Documents**
**Date:** 7/11/2007    (Click above to view filed
documents that are available.)

## Business Name History

| Name | Name Type |
| --- | --- |
| REGIONS SURVEY, INC. | Legal |

## General Business - Domestic - Information

| | |
| --- | --- |
| **Charter Number:** | 00472673 |
| **Status:** | Dissolved |
| **Entity Creation Date:** | 8/3/1999 |
| **State of Business.:** | MO |
| **Expiration Date:** | Perpetual |
| **Last Annual Report Filed Date:** | 2/16/2001 |
| **Last Annual Report Filed:** | 2001 |
| **Annual Report Month:** | January |

## Registered Agent

| | |
| --- | --- |
| **Agent Name:** | JAKE KEARNEY |
| **Office Address:** | 6400 MAIN ST., SUITE C<br>GRANDVIEW MO 64030 |
| **Mailing Address:** | |

# Missouri Secretary of State, Robin Carnahan

SOS Home :: Business Services :: Business Entity Search

| Search | **Filed Documents** |
| --- | --- |

**By Business Name**
**By Charter Number**
**By Registered Agent**
**For New Corporations Verify**
**Verify Certification**
**Annual Report**
**File Online**
    File Fictitious Name Registration
**File Online**
    File LLC Registration
**File Online**
    Online Orders
**Register for Online Orders**
**Order Good Standing**
**Order Certified Documents**

## Filed Documents

**Date:** 7/11/2007        (Click above to view filed documents that are available.)

### Business Name History

| Name | Name Type |
| --- | --- |
| REGION WELDING, INC. | Legal |

### General Business - Domestic - Information

| | |
| --- | --- |
| **Charter Number:** | 00252037 |
| **Status:** | Good Standing |
| **Entity Creation Date:** | 5/10/1983 |
| **State of Business.:** | MO |
| **Expiration Date:** | Perpetual |
| **Last Annual Report Filed Date:** | 3/5/2007 |
| **Last Annual Report Filed:** | 2007 |
| **Annual Report Month:** | January |

### Registered Agent

| | |
| --- | --- |
| **Agent Name:** | DANIEL DONNER |
| **Office Address:** | #4 TRUMAN CT. UNION MO 63084 |
| **Mailing Address:** | |

# Missouri Secretary of State, Robin Carnahan

SOS Home :: Business Services :: Business Entity Search

| Search | **Filed Documents** |
|--------|---------------------|
| By Business Name | **Date:** 7/11/2007    (Click above to view filed documents that are available.) |

**Date:** 7/11/2007    (Click above to view filed documents that are available.)

Search
- By Business Name
- By Charter Number
- By Registered Agent
- For New Corporations
  Verify
- Verify Certification
  Annual Report
- File Online
  File Fictitious Name
  Registration
- File Online
  File LLC Registration
- File Online
  Online Orders
- Register for Online
  Orders
- Order Good Standing
- Order Certified Documents

## Business Name History

| Name | Name Type |
|------|-----------|
| Region Welding of Missouri, Inc. | Legal |

## General Business - Domestic - Information

| | |
|---|---|
| **Charter Number:** | 00562297 |
| **Status:** | Good Standing |
| **Entity Creation Date:** | 1/8/2004 |
| **State of Business.:** | MO |
| **Expiration Date:** | Perpetual |
| **Last Annual Report Filed Date:** | 3/5/2007 |
| **Last Annual Report Filed:** | 2007 |
| **Annual Report Month:** | January |

## Registered Agent

| | |
|---|---|
| **Agent Name:** | DANIEL DONNER |
| **Office Address:** | #4 TRUMAN CT. <br> UNION MO 63084 |
| **Mailing Address:** | |



*Elaine F. Marshall*
*Secretary*

North Carolina
# DEPARTMENT OF THE SECRETARY OF STATE

PO Box 29622 Raleigh, NC 27626-0622 (919)807-2000

Date: 7/11/2007

## CORPORATIONS

Corporations Home
Search By Corporate Name
Search For New Corporation
Search By Registered Agent
Important Notice
Corporations FAQ
Tobacco Manufacturers
Dissolution Reports
Non-Profit Reports
Verify Certification
Online Annual Reports

## LINKS & LEGISLATION

KBBE B2B Annual Reports
SOSID Number Correction
2001 Bill Summaries
1999 Senate Bills
Annual Reports 1997
Corporations 1997
Register for E-Procurement
Dept. of Revenue

## ONLINE ORDERS

Start An Order
New Payment Procedures

## CONTACT US

Corporations Division
Secretary of State's web site

## TOOLS

Secretary of State Home
Secretary of State Site Map
Printable Page

Click here to:

**View Document Filings |**
📄**Print apre-populated Annual Report Form | Annual Report Count | File an Annual Report |**

## Corporation Names

| Name | Name Type |
|------|-----------|
| **NC** Regions Claim Management Group, LLC | Legal |

## Limited Liability Company Information

| | |
|------|------|
| **SOSID:** | 0871566 |
| **Status:** | Current-Active |
| **Date Formed:** | 10/11/2006 |
| **Citizenship:** | Domestic |
| **State of Inc.:** | NC |
| **Duration:** | Perpetual |

## Registered Agent

| | |
|------|------|
| **Agent Name:** | Crisp, Jay S. |
| **Registered Office Address:** | 1400 Tomberlin Road Monroe NC 28110 |
| **Registered Mailing Address:** | 1400 Tomberlin Road Monroe NC 28110 |
| **Principal Office Address:** | 1400 Tomberlin Road Monroe NC 28110 |
| **Principal Mailing Address:** | 1400 Tomberlin Road Monroe NC 28110 |

For questions or comments about the Secretary of State's web site, please send e-mail to **Webmaster**.



*Elaine F. Marshall*
*Secretary*

North Carolina

# DEPARTMENT OF THE SECRETARY OF STATE

PO Box 29622 Raleigh, NC 27626-0622 (919)807-2000

Date: 7/11/2007

## CORPORATIONS

Corporations Home
Search By Corporate Name
Search For New Corporation
Search By Registered Agent
Important Notice
Corporations FAQ
Tobacco Manufacturers
Dissolution Reports
Non-Profit Reports
Verify Certification
Online Annual Reports

### LINKS & LEGISLATION

KBBE B2B Annual Reports
SOSID Number Correction
2001 Bill Summaries
1999 Senate Bills
Annual Reports 1997
Corporations 1997
Register for E-Procurement
Dept. of Revenue

### ONLINE ORDERS

Start An Order
New Payment Procedures

### CONTACT US

Corporations Division
Secretary of State's web site

### TOOLS

Secretary of State Home
Secretary of State Site Map
Printable Page

Click here to:

**View Document Filings |**
**Print apre-populated Annual Report Form | Annual Report Count | File an**
**Annual Report |**

## Corporation Names

| Name | Name Type |
|------|-----------|
| **NC** Region Construction, Inc. | Legal |

## Business Corporation Information

| | |
|---|---|
| **SOSID:** | 0783860 |
| **Status:** | Current-Active |
| **Date Formed:** | 5/23/2005 |
| **Citizenship:** | Domestic |
| **State of Inc.:** | NC |
| **Duration:** | Perpetual |

## Registered Agent

| | |
|---|---|
| **Agent Name:** | Hezar, Mahmood |
| **Registered Office Address:** | 9311 Culcairn Road Huntersville NC 28078 |
| **Registered Mailing Address:** | 9311 Culcairn Road Huntersville NC 28078 |
| **Principal Office Address:** | 9311 Culcairn Road Huntersville NC 28078 |
| **Principal Mailing Address:** | 9311 Culcairn Road Huntersville NC 28078 |

## Stock

| Class | Shares | No Par Value | Par Value |
|-------|--------|--------------|-----------|
| Common | 100000 | Yes | N/A |

For questions or comments about the Secretary of State's web site, please send e-mail to **Webmaster**.



Elaine F. Marshall
Secretary

North Carolina

# DEPARTMENT OF THE SECRETARY OF STATE

PO Box 29622 Raleigh, NC 27626-0622 (919)807-2000

**CORPORATIONS**

Corporations Home
Search By Corporate Name
Search For New Corporation
Search By Registered Agent
Important Notice
Corporations FAQ
Tobacco Manufacturers
Dissolution Reports
Non-Profit Reports
Verify Certification
Online Annual Reports

**LINKS & LEGISLATION**

KBBE B2B Annual Reports
SOSID Number Correction
2001 Bill Summaries
1999 Senate Bills
Annual Reports 1997
Corporations 1997
Register for E-Procurement
Dept. of Revenue

**ONLINE ORDERS**

Start An Order
New Payment Procedures

**CONTACT US**

Corporations Division
Secretary of State's web site

**TOOLS**

Secretary of State Home
Secretary of State Site Map
Printable Page

Date: 7/11/2007

Click here to:

**View Document Filings |**
📄**Print apre-populated Annual Report Form | Annual Report Count | File an Annual Report |**

## Corporation Names

| Name | Name Type |
|------|-----------|
| **NC** Regions Development, LLC | Legal |

## Limited Liability Company Information

| | |
|---|---|
| **SOSID:** | 0545390 |
| **Status:** | Current-Active |
| **Date Formed:** | 4/20/2000 |
| **Citizenship:** | Domestic |
| **State of Inc.:** | NC |
| **Duration:** | perpetual |

## Registered Agent

| | |
|---|---|
| **Agent Name:** | Wallace, Gary |
| **Registered Office Address:** | 673 Brookview Dr Chapel Hill NC 27514 |
| **Registered Mailing Address:** | 673 Brookview Dr Chapel Hill NC 27514 |
| **Principal Office Address:** | 673 Brookview Dr Chapel Hill NC 27514 |
| **Principal Mailing Address:** | 673 Brookview Dr Chapel Hill NC 27514 |

For questions or comments about the Secretary of State's web site, please send e-mail to **Webmaster**.



*Elaine F. Marshall*
*Secretary*

North Carolina

# DEPARTMENT OF THE SECRETARY OF STATE

PO Box 29622 Raleigh, NC 27626-0622 (919)807-2000

Date: 7/11/2007

## CORPORATIONS

Corporations Home
Search By Corporate Name
Search For New Corporation
Search By Registered Agent
Important Notice
Corporations FAQ
Tobacco Manufacturers
Dissolution Reports
Non-Profit Reports
Verify Certification
Online Annual Reports

## LINKS & LEGISLATION

KBBE B2B Annual Reports
SOSID Number Correction
2001 Bill Summaries
1999 Senate Bills
Annual Reports 1997
Corporations 1997
Register for E-Procurement
Dept. of Revenue

## ONLINE ORDERS

Start An Order
New Payment Procedures

## CONTACT US

Corporations Division
Secretary of State's web site

## TOOLS

Secretary of State Home
Secretary of State Site Map
Printable Page

Click here to:

**View Document Filings |**
**Print apre-populated Annual Report Form | Annual Report Count | File an Annual Report |**

## Corporation Names

| Name | Name Type |
|---|---|
| **NC** ThompsonGas-North Carolina, L.L.C. | Legal |
| **NC** REGIONS PROPANE - NORTH CAROLINA, L.L.C. | Prev Legal |

## Limited Liability Company Information

| | |
|---|---|
| **SOSID:** | 0494039 |
| **Status:** | Current-Active |
| **Date Formed:** | 5/11/1999 |
| **Citizenship:** | Foreign |
| **State of Inc.:** | AL |
| **Duration:** | Perpetual |

## Registered Agent

| | |
|---|---|
| **Agent Name:** | CT Corporation System |
| **Registered Office Address:** | 225 Hillsborough Street Raleigh NC 27603 |
| **Registered Mailing Address:** | 225 Hillsborough Street Raleigh NC 27603 |
| **Principal Office Address:** | 144 Woodpecker Place Ringgold GA 30736 |
| **Principal Mailing Address:** | C/o Joseph Jordan P.O. Box 28316 Chattanooga TN 37424 |

For questions or comments about the Secretary of State's web site, please send e-mail to **Webmaster**.



**Elaine F. Marshall**
*Secretary*

North Carolina
# DEPARTMENT OF THE SECRETARY OF STATE

PO Box 29622 Raleigh, NC 27626-0622 (919)807-2000

Date: 7/11/2007

**CORPORATIONS**

Corporations Home
Search By Corporate Name
Search For New Corporation
Search By Registered Agent
Important Notice
Corporations FAQ
Tobacco Manufacturers
Dissolution Reports
Non-Profit Reports
Verify Certification
Online Annual Reports

**LINKS & LEGISLATION**

KBBE B2B Annual Reports
SOSID Number Correction
2001 Bill Summaries
1999 Senate Bills
Annual Reports 1997
Corporations 1997
Register for E-Procurement
Dept. of Revenue

**ONLINE ORDERS**

Start An Order
New Payment Procedures

**CONTACT US**

Corporations Division
Secretary of State's web site

**TOOLS**

Secretary of State Home
Secretary of State Site Map
Printable Page

Click here to:

**View Document Filings** |
**Print apre-populated Annual Report Form** | **Annual Report Count** | **File an Annual Report** |

## Corporation Names

| Name | Name Type |
|------|-----------|
| **NC** REGION'S REAL ESTATE SERVICES, INC. | Legal |

## Business Corporation Information

| | |
|---|---|
| **SOSID:** | 0485940 |
| **Status:** | Current-Active |
| **Date Formed:** | 2/23/1999 |
| **Citizenship:** | Domestic |
| **State of Inc.:** | NC |
| **Duration:** | Perpetual |

## Registered Agent

| | |
|---|---|
| **Agent Name:** | Gordon Jr, C Paisley |
| **Registered Office Address:** | 9032 Crump Rd Pineville NC 28134 |
| **Registered Mailing Address:** | 9032 Crump Rd Pineville NC 28134 |
| **Principal Office Address:** | 9032 Crump Road Pineville NC 28134 |
| **Principal Mailing Address:** | No Address |

## Stock

| Class | Shares | No Par Value | Par Value |
|-------|--------|--------------|-----------|
| COMMON | 100000 | Yes | N/A |

For questions or comments about the Secretary of State's web site, please send e-mail to **Webmaster**.



Elaine F. Marshall
*Secretary*

North Carolina

# DEPARTMENT OF THE SECRETARY OF STATE

PO Box 29622 Raleigh, NC 27626-0622 (919)807-2000

Date: 7/11/2007

## CORPORATIONS

Corporations Home
Search By Corporate Name
Search For New Corporation
Search By Registered Agent
Important Notice
Corporations FAQ
Tobacco Manufacturers
Dissolution Reports
Non-Profit Reports
Verify Certification
Online Annual Reports

## LINKS & LEGISLATION

KBBE B2B Annual Reports
SOSID Number Correction
2001 Bill Summaries
1999 Senate Bills
Annual Reports 1997
Corporations 1997
Register for E-Procurement
Dept. of Revenue

## ONLINE ORDERS

Start An Order
New Payment Procedures

## CONTACT US

Corporations Division
Secretary of State's web site

## TOOLS

Secretary of State Home
Secretary of State Site Map
Printable Page

**Click here to:**

**View Document Filings |**
**Print apre-populated Annual Report Form | Annual Report Count | File an Annual Report |**

## Corporation Names

| Name | Name Type |
|------|-----------|
| **NC** Region South Construction & Development, Inc. | Legal |

## Business Corporation Information

| | |
|---|---|
| **SOSID:** | 0739314 |
| **Status:** | Current-Active |
| **Date Formed:** | 8/17/2004 |
| **Citizenship:** | Domestic |
| **State of Inc.:** | NC |
| **Duration:** | Perpetual |

## Registered Agent

| | |
|---|---|
| **Agent Name:** | Greene, Howard D. |
| **Registered Office Address:** | 5808 Kenville Green Circle Kernersville NC 27284 |
| **Registered Mailing Address:** | 5808 Kenville Green Circle Kernersville NC 27284 |
| **Principal Office Address:** | 5808 Kenville Green Circle Kernersville NC 27284 |
| **Principal Mailing Address:** | 5808 Kenville Green Circle Kernersville NC 27284 |

## Stock

| Class | Shares | No Par Value | Par Value |
|-------|--------|--------------|-----------|
| Common | 100000 | Yes | N/A |

For questions or comments about the Secretary of State's web site, please send e-mail to **Webmaster**.



# Secretary of State
# Search
## Mark Hammond's Office

| Main Page | What's New | Forms | Fee Schedule | Office Directory | Where Do I Find? | Search | Feedback |

**Office of the South Carolina Secretary of State**

Business Filings Division

Information for:    **REGION'S, INC.**                                    <u>Check Charities Database</u>

Note*** This online database was last updated on 07/11/2007 see our Disclaimer

**DOMESTIC / FOREIGN:**        Domestic
**STATUS:**                    Good Standing
**STATE OF INCORPORATION /**   SOUTH CAROLINA
**ORGANIZATION:**

### REGISTERED AGENT INFORMATION

**REGISTERED AGENT NAME:**     GUNDA M LABIB
**ADDRESS:**                   153 MARSHLAND ROAD
**CITY:**                      HILTON HEAD ISLAND
**STATE:**                     SC
**ZIP:**                       29926
**SECOND ADDRESS:**

**FILE DATE:**                 09/01/2006
**EFFECTIVE DATE:**            09/01/2006
**DISSOLVED DATE:**

| CORPORATION HISTORY RECORDS | | | |
|---|---|---|---|
| Code | File Date | Comment | Document |
| INCORPORATION (DOMESTIC) | 09/01/2006 | INC | FILM |

**Return to Previous Page**



# Secretary of State
# Search
## Mark Hammond's Office

| Main Page | What's New | Forms | Fee Schedule | Office Directory | Where Do I Find? | Search | Feedback |

**Office of the South Carolina Secretary of State**
Business Filings Division

Information for:     **REGION AIRLINK, INC.**                    Check Charities Database

Note*** This online database was last updated on 07/11/2007 see our Disclaimer

| | |
|---|---|
| **DOMESTIC / FOREIGN:** | Domestic |
| **STATUS:** | Forfeiture |
| **STATE OF INCORPORATION / ORGANIZATION:** | SOUTH CAROLINA |
| | **For Profit** |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| **REGISTERED AGENT NAME:** | GERALD COLEMAN |
| **ADDRESS:** | 805 OLD AUGUSTA RD |
| **CITY:** | GREENVILLE |
| **STATE:** | SC |
| **ZIP:** | 29605 0000 |
| **SECOND ADDRESS:** | |

| | |
|---|---|
| **FILE DATE:** | 12/01/1992 |
| **EFFECTIVE DATE:** | 12/01/1992 |
| **DISSOLVED DATE:** | 11/26/1996 |

| CORPORATION HISTORY RECORDS | | | |
|---|---|---|---|
| Code | File Date | Comment | Document |
| FORFEITURE | 11/26/1996 | FORFEITURE #2 | FILM |
| INCORPORATION (DOMESTIC) | 12/01/1992 | INCORPORATION | FILM |

**Return to Previous Page**



# Secretary of State
# Search
## Mark Hammond's Office

| Main Page | What's New | Forms | Fee Schedule | Office Directory | Where Do I Find? | Search | Feedback |
|---|---|---|---|---|---|---|---|

**Office of the South Carolina Secretary of State**
Business Filings Division

Information for:      **REGIONS CONSTRUCTION LLC**                    Check Charities Database

Note*** This online database was last updated on 07/12/2007 see our Disclaimer

| | |
|---|---|
| DOMESTIC / FOREIGN: | Domestic |
| STATUS: | Good Standing |
| STATE OF INCORPORATION / ORGANIZATION: | SOUTH CAROLINA |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| REGISTERED AGENT NAME: | CHAD HEWETT |
| ADDRESS: | 301 CHALLEDON CT. |
| CITY: | COLUMBIA |
| STATE: | SC |
| ZIP: | 29212 |
| SECOND ADDRESS: | |

| | |
|---|---|
| FILE DATE: | 09/08/2005 |
| EFFECTIVE DATE: | 09/08/2005 |
| DISSOLVED DATE: | |

| CORPORATION HISTORY RECORDS | | | |
|---|---|---|---|
| Code | File Date | Comment | Document |
| DOMESTIC LIMITED LIABILITY COMPANY | 09/08/2005 | AT WILL | FILM |

Return to Previous Page



# Secretary of State
## Search
# Mark Hammond's Office

| Main Page | What's New | Forms | Fee Schedule | Office Directory | Where Do I Find? | Search | Feedback |

**Office of the South Carolina Secretary of State**
Business Filings Division

Information for:      **REGIONS CONSTRUCTION AND MAINTENANCE, LLC**      <u>Check Charities Database</u>

Note*** This online database was last updated on 07/12/2007 see our Disclaimer

| | |
|---|---|
| **DOMESTIC / FOREIGN:** | Domestic |
| **STATUS:** | Good Standing |
| **STATE OF INCORPORATION / ORGANIZATION:** | SOUTH CAROLINA |
| | **For Profit** |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| **REGISTERED AGENT NAME:** | CHAD HEWETT |
| **ADDRESS:** | 301 CHALLEDON CT |
| **CITY:** | COLUMBIA |
| **STATE:** | SC |
| **ZIP:** | 29212 0000 |
| **SECOND ADDRESS:** | |

| | |
|---|---|
| **FILE DATE:** | 06/17/2002 |
| **EFFECTIVE DATE:** | 06/17/2002 |
| **DISSOLVED DATE:** | |

| CORPORATION HISTORY RECORDS | | | |
|---|---|---|---|
| Code | File Date | Comment | Document |
| DOMESTIC LIMITED LIABILITY COMPANY | 06/17/2002 | DOMESTIC LIMITED LIABILITY CO(AT WILL) | FILM |

<u>Return to Previous Page</u>



# Secretary of State Search
## Mark Hammond's Office

| Main Page | What's New | Forms | Fee Schedule | Office Directory | Where Do I Find? | Search | Feedback |

**Office of the South Carolina Secretary of State**

Business Filings Division

Information for:    **REGIONS PROPANE-SOUTH CAROLINA, L.L.C.**    <u>Check Charities Database</u>

Note*** This online database was last updated on 07/11/2007 see our Disclaimer

| | |
|---|---|
| **DOMESTIC / FOREIGN:** | Foreign |
| **STATUS:** | Good Standing |
| **STATE OF INCORPORATION / ORGANIZATION:** | ALABAMA |
| | **For Profit** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| **REGISTERED AGENT NAME:** | C T CORPORATION SYSTEM |
| **ADDRESS:** | 75 BEATTIE PLACE |
| **CITY:** | GREENVILLE |
| **STATE:** | SC |
| **ZIP:** | 29601 0000 |
| **SECOND ADDRESS:** | TWO INSIGNIA FINANCIAL PLAZA |

| | |
|---|---|
| **FILE DATE:** | 05/25/1999 |
| **EFFECTIVE DATE:** | 05/25/1999 |
| **DISSOLVED DATE:** | |

| CORPORATION HISTORY RECORDS | | | |
|---|---|---|---|
| Code | File Date | Comment | Document |
| FOREIGN LIMITED LIABILITY COMPANY | 05/25/1999 | FOREIGN LIMITED LIABILITY CO(AT WILL) | FILM |

**Return to Previous Page**



# Secretary of State Search
## Mark Hammond's Office

| Main Page | What's New | Forms | Fee Schedule | Office Directory | Where Do I Find? | Search | Feedback |

**Office of the South Carolina Secretary of State**

Business Filings Division

Information for:  **REGION PROPERTIES, LLC**

Check Charities Database

Note*** This online database was last updated on 07/11/2007 see our Disclaimer

| | |
|---|---|
| **DOMESTIC / FOREIGN:** | Domestic |
| **STATUS:** | Good Standing |
| **STATE OF INCORPORATION / ORGANIZATION:** | SOUTH CAROLINA |
| | **For Profit** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| **REGISTERED AGENT NAME:** | GARY W CRAWFORD |
| **ADDRESS:** | 510 S COIT ST |
| **CITY:** | FLORENCE |
| **STATE:** | SC |
| **ZIP:** | 29501 0000 |
| **SECOND ADDRESS:** | |

| | |
|---|---|
| **FILE DATE:** | 03/20/2003 |
| **EFFECTIVE DATE:** | 03/20/2003 |
| **DISSOLVED DATE:** | |

| CORPORATION HISTORY RECORDS | | | |
|---|---|---|---|
| Code | File Date | Comment | Document |
| DOMESTIC LIMITED LIABILITY COMPANY | 03/20/2003 | DOMESTIC LIMITED LIABILITY CO(AT WILL) | FILM |

**Return to Previous Page**



# Secretary of State
# Search
## Mark Hammond's Office

| Main Page | What's New | Forms | Fee Schedule | Office Directory | Where Do I Find? | Search | Feedback |

**Office** of the **South Carolina Secretary of State**

Business Filings Division

Information for:     **REGION SOUTH REALTY, LLC**          <u>Check Charities Database</u>

Note*** This online database was last updated on 07/11/2007 see our Disclaimer

| | |
|---|---|
| **DOMESTIC / FOREIGN:** | Domestic |
| **STATUS:** | Good Standing |
| **STATE OF INCORPORATION / ORGANIZATION:** | SOUTH CAROLINA |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| **REGISTERED AGENT NAME:** | DAVID W FOWLER |
| **ADDRESS:** | 145 STONE RIDGE DRIVE |
| **CITY:** | CHESNEE |
| **STATE:** | SC |
| **ZIP:** | 29323 |
| **SECOND ADDRESS:** | |

| | |
|---|---|
| **FILE DATE:** | 06/10/2005 |
| **EFFECTIVE DATE:** | 06/10/2005 |
| **DISSOLVED DATE:** | |

| CORPORATION HISTORY RECORDS | | | |
|---|---|---|---|
| Code | File Date | Comment | Document |
| DOMESTIC LIMITED LIABILITY COMPANY | 06/10/2005 | AT WILL | FILM |

<u>Return to Previous Page</u>



# Secretary of State
# Business Information Search

| Secretary of State Web Site | Instructions |

| Name | I.D. Number |
|---|---|
| REGIONSAIR, INC. | 0327443 |

| | |
|---|---|
| **Business Type*:** | CORPORATION |
| **Profit/Nonprofit:** | FOR PROFIT |
| **Status*:** | ACTIVE |
| **Date of Formation/Qualification:** | 03/05/1997 |
| **Domestic/Foreign:** | DOMESTIC |
| **Place of Incorporation/Organization:** | DAVIDSON |
| **Duration:** | PERPETUAL |
| **FYC**(Fiscal Year Closing) **Month:** | DECEMBER |

**Principal Office:**

| | |
|---|---|
| **Address Line 1:** | 693 FITZHUGH BLVD. |
| **Address Line 2:** | |
| **City:** | SMYRNA |
| **State:** | TN |
| **Zip:** | 37167 |
| **Other than USA:** | |

**Registered Agent:**

| | |
|---|---|
| **Name:** | DOUGLAS J. CALDWELL |
| **Address Line 1:** | 693 FITZHUGH BLVD. |
| **Address Line 2:** | |
| **City:** | SMYRNA |
| **State:** | TN |
| **Zip:** | 37167 |

## Business Filing History

\* Important Note: Business filing History includes information about (1) the basis for an inactive status and (2) the current true name and filing status of a business with an assumed name or a changed status.

Note: This information is current as of three working days prior to today's date.

Search Again

Report a Technical Issue



## Secretary of State
## Business Information Search

| Secretary of State Web Site | Instructions |
|---|---|

| Name | I.D. Number |
|---|---|
| REGIONS CONTRACTORS, INC. | 0495914 |

**Business Type\*:** CORPORATION
**Profit/Nonprofit:** FOR PROFIT
**Status\*:** ACTIVE
**Date of Formation/Qualification:** 06/13/2005
**Domestic/Foreign:** FOREIGN
**Place of Incorporation/Organization:** FL
**Duration:** PERPETUAL
**FYC(Fiscal Year Closing) Month:** DECEMBER

**Principal Office:**
**Address Line 1:** 41 FELI WAY
**Address Line 2:**
**City:** CRAWFORDVILLE
**State:** FL
**Zip:** 32327
**Other than USA:**

**Registered Agent:**
**Name:** NATIONAL REGISTERED AGENTS, INC.
**Address Line 1:** 1900 CHURCH STREET
**Address Line 2:** STE 400
**City:** NASHVILLE
**State:** TN
**Zip:** 37203

### Business Filing History

\* **Important Note: Business filing History includes information about (1) the basis for an inactive status and (2) the current true name and filing status of a business with an assumed name or a changed status.**

Note: This information is current as of three working days prior to today's date.

Search Again

Report a Technical Issue



# Secretary of State
# Business Information Search

| Secretary of State Web Site | Instructions |

| | |
|---|---|
| **Name** | **I.D. Number** |
| REGIONS DEVELOPMENT GROUP, LLC | 0456700 |

| | |
|---|---|
| **Business Type\*:** | LIMITED LIABILITY COMPANY |
| **Profit/Nonprofit:** | FOR PROFIT |
| **Status\*:** | ACTIVE |
| **Date of Formation/Qualification:** | 10/30/2003 |
| **Domestic/Foreign:** | DOMESTIC |
| **Place of Incorporation/Organization:** | SHELBY |
| **Duration:** | PERPETUAL |
| **FYC(Fiscal Year Closing) Month:** | DECEMBER |

**Principal Office:**

| | |
|---|---|
| **Address Line 1:** | 195 S. CENTER STREET |
| **Address Line 2:** | |
| **City:** | COLLIERVILLE |
| **State:** | TN |
| **Zip:** | 38017 |
| **Other than USA:** | |

**Registered Agent:**

| | |
|---|---|
| **Name:** | JIM A. CURTIS |
| **Address Line 1:** | 195 S. CENTER STREET |
| **Address Line 2:** | |
| **City:** | COLLIERVILLE |
| **State:** | TN |
| **Zip:** | 38017 |

### Business Filing History

**\* Important Note: Business filing History includes information about (1) the basis for an inactive status and (2) the current true name and filing status of a business with an assumed name or a changed status.**

Note: This information is current as of three working days prior to today's date.

Search Again

Report a Technical Issue



## Secretary of State
## Business Information Search

| Secretary of State Web Site | Instructions |
|---|---|

| Name | I.D. Number |
|---|---|
| REGIONS HOSPITALITY, LLC | 0511862 |

**Business Type\*:** LIMITED LIABILITY COMPANY

**Profit/Nonprofit:** FOR PROFIT

**Status\*:** ACTIVE

**Date of Formation/Qualification:** 01/26/2006

**Domestic/Foreign:** DOMESTIC

**Place of Incorporation/Organization:** MADISON

**Duration:** PERPETUAL

**FYC(Fiscal Year Closing) Month:** DECEMBER

**Principal Office:**

**Address Line 1:** 535 WILEY PARKER RD

**Address Line 2:**

**City:** JACKSON

**State:** TN

**Zip:** 38358

**Other than USA:**

**Registered Agent:**

**Name:** BHADRESH PATEL

**Address Line 1:** 535 WILEY PARKER RD

**Address Line 2:**

**City:** JACKSON

**State:** TN

**Zip:** 38358

### Business Filing History

\* Important Note: Business filing History includes information about (1) the basis for an inactive status and (2) the current true name and filing status of a business with an assumed name or a changed status.

Note: This information is current as of three working days prior to today's date.

Search Again

Report a Technical Issue



# Secretary of State
# Business Information Search

| Secretary of State Web Site | Instructions |
|---|---|

| **Name** | **I.D. Number** |
|---|---|
| REGIONS PROPANE-TENNESSEE, L.L.C. | 0370104 |

| | |
|---|---|
| **Business Type\*:** | LIMITED LIABILITY COMPANY |
| **Profit/Nonprofit:** | FOR PROFIT |
| **Status\*:** | CHANGED |
| **Date of Formation/Qualification:** | 04/30/1999 |
| **Domestic/Foreign:** | FOREIGN |
| **Place of Incorporation/Organization:** | AL |
| **Duration:** | PERPETUAL |
| **FYC(Fiscal Year Closing) Month:** | DECEMBER |

**Principal Office:**

| | |
|---|---|
| **Address Line 1:** | 161 MULL ROAD |
| **Address Line 2:** | |
| **City:** | BENTON |
| **State:** | TN |
| **Zip:** | 37307 |
| **Other than USA:** | |

**Registered Agent:**

| | |
|---|---|
| **Name:** | C T CORPORATION SYSTEM |
| **Address Line 1:** | 800 S. GAY STREET |
| **Address Line 2:** | SUITE 2021 |
| **City:** | KNOXVILLE |
| **State:** | TN |
| **Zip:** | 379299710 |

## Business Filing History

\* **Important Note: Business filing History includes information about (1) the basis for an inactive status and (2) the current true name and filing status of a business with an assumed name or a changed status.**

Note: This information is current as of three working days prior to today's date.

Search Again

Report a Technical Issue



# Secretary of State
# Business Information Search

| Secretary of State Web Site | Instructions |
|---|---|

| **Name** | **I.D. Number** |
|---|---|
| REGIONS REALTY, LLC | 0526113 |

**Business Type\*:**     LIMITED LIABILITY COMPANY

**Profit/Nonprofit:**     FOR PROFIT

**Status\*:**     ACTIVE

**Date of Formation/Qualification:**     07/28/2006

**Domestic/Foreign:**     DOMESTIC

**Place of Incorporation/Organization:**     DAVIDSON

**Duration:**     PERPETUAL

**FYC(Fiscal Year Closing) Month:**     DECEMBER

**Principal Office:**

**Address Line 1:**     2838 WELLESLEY TRACE

**Address Line 2:**

**City:**     NASHVILLE

**State:**     TN

**Zip:**     37215

**Other than USA:**

**Registered Agent:**

**Name:**     MALCON TAYLOR

**Address Line 1:**     2838 WELLESLEY TRACE

**Address Line 2:**

**City:**     NASHVILLE

**State:**     TN

**Zip:**     37215

### Business Filing History

\* Important Note: Business filing History includes information about (1) the basis for an inactive status and (2) the current true name and filing status of a business with an assumed name or a changed status.

Note: This information is current as of three working days prior to today's date.

Search Again

Report a Technical Issue



**Texas Secretary of State**
**Roger Williams**

SOSD

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 133651701 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | December 5, 1994 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 00000000000 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | REGIONS CHRISTIAN CENTER | | |
| **Address:** | [ADDRESS NOT PROVIDED] | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Name Status | Name Type | Name Inactive Date | Consent Filing # |
|---|---|---|---|---|
| WAMBA BAPTIST CHURCH | Prior | Legal | June 13, 2006 | 0 |
| REGIONS CHRISTIAN CENTER | In use | Legal | | 0 |

Order    Return to Search

---

Instructions:
● To place an order for additional information about a filing press the 'Order' button.



**UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout**

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800425919 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | December 15, 2004 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32016368998 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Regions Consulting Group, Inc.

**Address:** 660 PRESTON FOREST CENTER SUITE 107
DALLAS, TX 75230 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| December 15, 2004 | Sue Akber | Director | 660 PRESTON FOREST CENTER, Suite 107 Dallas, TX 75230-2718 USA |

[Order]     [Return to Search]

Instructions:
* To place an order for additional information about a filing press the 'Order' button.



**Texas Secretary of State**
**Roger Williams**

SOSD

UCC | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 138425200 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | January 18, 1996 | **Entity Status:** | Voluntarily dissolved |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17526364694 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** REGION DEVELOPMENT, INC.
**Address:** 7200 EVERGREEN RD
Fort Worth, TX 76118-5131 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| N/A | 6686073 | Articles Of Incorporation | January 18, 1996 | January 18, 1996 | No | N/A |
| N/A | 6686074 | Articles Of Dissolution | December 27, 2000 | December 27, 2000 | No | N/A |

[ Order ]    [ Return to Search ]

---

Instructions:
⦿ To place an order for additional information about a filing press the 'Order' button.



## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800713089 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | September 27, 2006 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32020712272 | **FEIN:** | 223711436 |

| | |
|---|---|
| **Name:** | Diversified Capital-Howell LLC |
| **Address:** | 1614 SIDNEY BAKER ST KERRVILLE, TX 780282640 USA |
| **Fictitious Name:** | Regions Diversified Capital-Howell LLC |
| **Jurisdiction:** | NJ, USA |
| **Foreign Formation Date:** | February 26, 2000 |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| **Last Update** | **Name** | **Title** | **Address** |
|---|---|---|---|
| September 27, 2006 | Joseph Rosenbaum | Governing Person | 1125 Ocean Ave. Lakewood, NJ 08701 USA |

Order    Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

**Form 503**
**(Revised 01/06)**

Return in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
**Filing Fee: $25**



**Assumed Name Certificate**

This space reserved for office use.

**FILED**
**In the Office of the**
**Secretary of State of Texas**

SEP 2 8 2008

**Corporations Section**

---

## Assumed Name

The assumed name under which the business or professional service is, or is to be, conducted or rendered is:   **Regions Diversified Capital-Howell LLC**

---

## Entity Information

The name of the entity filing the assumed name is:

**Diversified Capital-Howell LLC**

State the name of the entity as currently shown in the records of the secretary of state or on its certificate of formation, if not filed with the secretary of state.

The filing entity is a: (Select the appropriate entity type below.)

☐ For-profit Corporation                                   ☐ Professional Corporation

☐ Nonprofit Corporation                                  ☐ Professional Limited Liability Company

☐ Cooperative Association                               ☐ Professional Association

☒ Limited Liability Company                            ☐ Limited Partnership

☐ Other _____
            Specify type of entity if there is no check box applicable.

The file number, if any, issued to the filing entity by the secretary of state is:   **800713089**

The state, country, or other jurisdiction of formation is:   **New Jersey**

The registered or similar office of the entity in the jurisdiction of formation is:

*500 Second Stree, Lakewood, NJ 087018*

---

☒ The entity is required to maintain a registered office and agent in Texas. The address of its registered office in Texas and the name of the registered agent at such address is:
**1614 Sidney Baker Street, Kerrville, TX 78028 and National Registered Agents, Inc. is its agent**

---

The address of the principal office of the entity (if not the same as the registered office) is:

1125 Ocean Avenue, Lakewood, NJ 08701

☐ The entity is not required to maintain a registered office and agent in Texas. Its office address in

**RECEIVED**

Form 503    SEP 2 8 2006                                        4

Secretary of State

in Texas is: _____

☒ The entity is not incorporated, organized or associated under the laws of Texas.  The address of the principal place of business in this state is:   1614 Sidney Baker Street, Kerrville, TX 78028

The office address of the entity is: _____

| Period of Duration |
| --- |

☒ The period during which the assumed name will be used is 10 years from the date of filing with the secretary of state.
**OR**
☐ The period during which the assumed name will be used is _____ years from the date of filing with the secretary of state (not to exceed 10 years).
**OR**
☐ The assumed name will be used until _____ (not to exceed 10 years).
                                                    *mm/dd/yyyy*

| County or Counties in which Assumed Name Used |
| --- |

The county or counties where business or professional services are being or are to be conducted or rendered under the assumed name are:

☒ All counties

☐ All counties with the exception of the following counties: _____

☐ Only the following counties: _____

| Execution |
| --- |

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.  If the undersigned is acting in the capacity of an attorney in fact for the entity, the undersigned certifies that the entity has duly authorized the undersigned in writing to execute this document.

Date: *September 28, 2006*

*Joseph Rosenbaum, Member*

Signature and title of authorized person(s) (see instructions)

 

**Texas Secretary of State**
**Phil Wilson**

UCC | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 15783400 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | July 30, 1959 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17510211711 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** REGION ENTERPRISES, INC.
**Address:** 7200 EVERGREEN
FORT WORTH, TX 76118-5131 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| **Name** | **Address** | **Inactive Date** |
|---|---|---|
| Earl D Region | 7016 BROOKS STREET Fort Worth, TX USA | |

[Order]  [Return to Search]

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

# Texas Secretary of State
## Phil Wilson

**SOSD**irect

UCC | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 142115600 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | November 4, 1996 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 30119035126 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | REGIONS EXPRESS CORPORATION | | |
| **Address:** | 457 MONTICELLO PARK Conroe, TX 77302 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | **Address** | | | **Inactive Date** | |
| Nollie Agee | 334 MONTICELLO PARK Conroe, TX 77302 USA | | | | |

[ Order ]    [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

**Texas Secretary of State**
**Phil Wilson**

SOSDirect

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800610687 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | February 8, 2006 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32019103624 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** REGION HEALTH CARE, INC

**Address:** 322 N BICENTENNIAL BLVD STE D
MCALLEN, TX 78501 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| Marisol Ozuna | 4601 Ponds Edge Palmhurst, TX 78573 USA | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.



**Texas Secretary of State**
**Phil Wilson**

SOSDirect

<>UCC | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | Logout</>

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 140409300 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | June 17, 1996 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17526575323 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:**       REGION INSULATION CO. INC.
**Address:**    PO BOX 69562
                ODESSA, TX 79769-0562 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| **Name** | **Address** | **Inactive Date** |
|---|---|---|
| Jesus Jose Valenzuela | 708 S. SAM HOUSTON Odessa, TX 79761 USA | |

[Order]   [Return to Search]

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

 

**Texas Secretary of State**
**Phil Wilson**

**SOSD**irect

UCC | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800345542 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | May 25, 2004 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32015110532 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Regions Oil and Gas, Inc | | |
| **Address:** | 15851 DALLAS PARKWAY SUITE 105 ADDISON, TX 75001 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| **Name** | **Address** | **Inactive Date** |
|---|---|---|
| Gregory O. Dartez | 404 Leameadow Drive Allen, TX 75002 USA | |

Order    Return to Search

Instructions:
● To place an order for additional information about a filing press the 'Order' button.




# Texas Secretary of State
## Phil Wilson

**SOSDirect**

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800364146 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | July 12, 2004 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32015406807 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Region Parts, LLC | | |
| **Address:** | 4400 GLENN CURTISS DR STE 202 Addison, TX 750015427 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| F. T. Wachendorfer Jr | 4400 Glenn Curtiss Dr., Ste. 202 Addison, TX 75001 USA | |

[Order]   [Return to Search]

Instructions:
● To place an order for additional information about a filing press the 'Order' button.



UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800721974 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | October 17, 2006 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32021138097 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | BEAUTIFUL LUNATIC PRODUCTIONS, L.L.C. |
| **Address:** | 6709 W ELIZABETH LN APT 119 FORT WORTH, TX 761167103 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ☑ | 148141660002 | Certificate of Formation | October 17, 2006 | October 17, 2006 | No | 2 |
| ☑ | 154462390002 | Certificate of Assumed Business Name | December 15, 2006 | December 15, 2006 | No | 2 |

[Order] [Return to Search]

---

Instructions:
* To place an order for additional information about a filing press the 'Order' button.

**Form 503**
**(Revised 01/06)**

Return in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
**Filing Fee: $25**

**Assumed Name Certificate**

This space reserved for office use.

**FILED**
In the Office of the
Secretary of State of Texas

DEC 15 2006

**Corporations Section**

The assumed name under which the business or professional service is, or is to be, conducted or rendered is:    **Regions Skin Care**

The name of the entity filing the assumed name is:

Beautiful Lunatic Productions, L.L.C.

State the name of the entity as currently shown in the records of the secretary of state or on its certificate of formation, if not filed with the secretary of state.

The filing entity is a: (Select the appropriate entity type below.)

☐ For-profit Corporation                     ☐ Professional Corporation

☐ Nonprofit Corporation                     ☐ Professional Limited Liability Company

☐ Cooperative Association                   ☐ Professional Association

☒ Limited Liability Company              ☐ Limited Partnership

☐ Other _____
        Specify type of entity if there is no check box applicable.

The file number, if any, issued to the filing entity by the secretary of state is: **800721974**

The state, country, or other jurisdiction of formation is:   **Texas**

The registered or similar office of the entity in the jurisdiction of formation is:

6709 West Elizabeth #119  Fort Worth, Texas 76116

☒ The entity is required to maintain a registered office and agent in Texas.  The address of its registered office in Texas and the name of the registered agent at such address is:

**6709 West Elizabeth #119    Fort Worth, Texas 76116**

The address of the principal office of the entity (if not the same as the registered office) is:

☐ The entity is not required to maintain a registered office and agent in Texas.  Its office address in

DEC. 15. 2006 2:14PM

No. 5692  P. 2

in Texas is: _____

☐ The entity is not incorporated, organized or associated under the laws of Texas. The address of the principal place of business in this state is: _____

The office address of the entity is:  6709 West Elizabeth #119  Fort Worth, Texas 76116

☒ The period during which the assumed name will be used is 10 years from the date of filing with the secretary of state.

OR

☐ The period during which the assumed name will be used is _____ years from the date of filing with the secretary of state (not to exceed 10 years).

OR

☐ The assumed name will be used until _____ (not to exceed 10 years).

*mm/dd/yyyy*

The county or counties where business or professional services are being or are to be conducted or rendered under the assumed name are:

☒ All counties

☐ All counties with the exception of the following counties: _____

_____

☐ Only the following counties: _____

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument. If the undersigned is acting in the capacity of an attorney in fact for the entity, the undersigned certifies that the entity has duly authorized the undersigned in writing to execute this document.

Date:  12-14-06

_Tiffany Dishon_

President

Signature and title of authorized person(s) (see instructions)

Form 503

5



**Texas Secretary of State**
**Roger Williams**

SOSD

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800503342 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | June 8, 2005 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 11137610025 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | REGIONS OF TEXAS LAND CO., L.L.C. |
| **Address:** | 108 KENDALL LN<br>BOERNE, TX 780158330 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| June 8, 2005 | Thomas M. Carpenter Jr | Member | 108 Kendall Ln.<br>Boerne, TX 78015 USA |
| June 8, 2005 | Timothy Clarence Malloy | Member | 6022 Lyndhurst<br>San Angelo, TX 76901 USA |

[Order]    [Return to Search]

Instructions:
• To place an order for additional information about a filing press the 'Order' button.



**Texas Secretary of State**
**Roger Williams**

SOSD

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800712447 | **Entity Type:** | Domestic Limited Partnership (LP) |
| **Original Date of Filing:** | September 26, 2006 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Regions Tower Partners, L.P. | | |
| **Address:** | 1125 Ocean Ave. Lakewood, NJ 08701 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| September 26, 2006 | DIVERSIFIED CAPITAL - HOWELL | General Partner | 1125 Ocean Ave. Lakewood, NJ 08701 USA |

[Order]    [Return to Search]

---

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| REGIONS ASSET COMPANY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) Civil Action No. 2:06-cv-882-MHT | |
| | ) | |
| REGIONS UNIVERSITY, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### AFFIDAVIT OF PAULINE HOLDER RE: DOMAIN NAMES

COMES now Pauline Holder, who being duly sworn, doth depose and say as follows:

1.     My name is Pauline Holder and I am employed by Hudson & Watts, LLP as a paralegal.

2.     I am submitting this affidavit in support of the Motion for Summary Judgment filed by Defendant, Regions University, Inc.

3.     Attached to the affidavit as Ex. A is a list of websites I have located containing "region" or "regions" in the domain name.

3.     Attached to this affidavit as Ex. B are copies of the home pages from the websites listed on Ex. A.

4.     On July 12 and 13, 2007, I visited these websites and confirmed that they still exist.

5.     Of the websites listed in Ex. A, the following organizations or businesses are identified: Regions Van Lines (regionsvanlines.com); Eregions.com (eregions.com); Regions Beyond Publications (regbeyond.com); Regions Air, Inc. (regionsair.com); Regions Beyond International (regionsbeyond.org, regionsbeyond.net, regionsbeyondoutreach.org); Regions Car Loans (regionscarloans.com); Regions Contractors, Inc. (regionscontractors.com); Regions Hospital (regionshospital.com, regionsem.org); Regions Facility Services, Inc. (regionsfacilityservices.com); Regions Consulting Group, Inc. (regionsgroup.com); Regions Oil and Gas (regionsoil.com); Regions Sports Network (regionsports.com,

regionsportsnetwork.com); Regions Real Estate (regionsre.com); Regions Realty (regionsrealty.com); Regions Title (regionstitle.com); Regions.RU-News Federation (regions.ru); Region 2020 (region2020.org); Region Appraisals & Consulting Solutions, Inc.(regionappraisals.com); Region Communications, Inc. (region-communications.com); Region DataCom, LLC (regiondatacom.com); Region Design Group, Inc. (regiondesign.com); Region Fence Sales (regionfence.com); Region Five Development Commission (regionfive.org); Region Idol (regionidol.com); Region Magazine (regionmagazine.com); Region Roundball Foundation (regionroundballfoundation.org); Region Signs Inc. (regionsigns.com); Regionsoft (regionsoft.com); Region Land Survey Company, Inc. (regionsurvey.com); Region (regionusa.com); Region Signs Inc. (regionsigns.com); Region Welding of Missouri, Inc. (regionwelding.com); RegionWise (regionwise.com); Seasons & Regions (seasonsandregions.com); The Port Authority of NY and NJ (accesstotheregionscore.com); Airport Regions Conference (airportregions.org); Hampton Roads Partnership (americasfirstregion.com); American Society of Heating, Refrigeration, and Air-Conditioning Engineers (ashraeregions.org); Day's Inn (audubonregions.com); Network of Automotive Regions (automotive-regions.com); Bangor Region Chamber of Commerce (bangorregion.com); Montana State University (bioregions.org); Blue Region Scuba, Inc. (blueregionscuba.com); California Center for Regional Leadership (calregions.org); Capital Region Safe Kids Coalition (capitalregionsafekids.org); Capital Region's CW (capitalregionscw.com); Capital Region Soccer (capitalregionsoccer.com); Capital Region Spine (capitalregionspine.com); Capital Region Sports (capitalregionsports.com); Capital Region USA (capitalregionusa.org); Catskill Region Tourism (catskillregiontoday.com); CityRegions.com – US World and World City News, Newswire and Press Release Service (cityregions.com); Coal Region Enterprises (coalregion.com); Cold Regions Bibliography Project (coldregions.com); Dark Regions Press (darkregions.com); Delta Sigma Theta Sorority, Inc. (dstsouthernregion.org); eHealth (ehealthforregions.net); English Regions Network (ern.smartregion.org.uk); Five Regions of the Future (fiveregionsofthefuture.com); Florida Region Sports Car Club of America (floridaregionscca.com); Virginia's Gateway Region (gatewayregion.com);

OneGeorgia Authority (georgiaregions.com); GMO-Free Europe (gmo-free-regions.org); Gore Mountain Region Chamber of Commerce (goremtnregion.org); Gulf Coast Region Sports Car Club of America (gulfcoastregionscca.org); The Capital Region USA (capitalregionusa.org); High Schools That Work (hstwohioregions.org); Infinite Regions (infiniteregions.com); Innovating Regions in Europe (innovating-regions.org); Iowa Region Sports Car Club of America (iowaregionscca.org); Network of Local Authorities for the Information Society (it4all-regions.org); Kansas Region Sports Car Club of America (kansasregionscca.org); Kentucky Department of Travel (kyderbyregion.com); Lake Regions Storage (lakeregionstorage.com); Vacation New Hampshire Lakes Region (lakesregion.org); Day's Inn (lincolnregions.com); National Model Railroad Association Lone Star Region (lonestarregion.com); Lost Regions (lostregions.com); Oregon Zoo (metro-region.org); Michigan Association of Regions (miregions.org); Oil Region Alliance (oilregion.org); Ozarks Mountains Region (ozarkmountainregion.com); Hershey Harrisburg Regional Visitors Bureau (pacapitalregions.com); Region 10 League for Economic Assistance and Planning, Inc. (region10.net); Region 10 Education Service Center (region10.org); US Youth Soccer Region II (region2.com); Virginia's Region 2000 Partnership (region2000.org); Region Atlantic Realty (regionatlanticrealty.com); London 2012 Olympic Games and Paralympic Games (regions.london-2012.co.uk); Sundance Spas (regionsalesdata.com); Marriott International, Inc. (regionsite.com); Private Career Colleges & Schools (regionspccs.com); Region 10 Community Services Board (regionten.org); River Region Health System (riverregion.com); Sacramento Area Council of Governments (sacregion511.org); and Soroptimist International of the Americas (sifounderregion.org).

Further affiant saith not.

Signed at: __Mobile, AL_____, this _16th_ day of July, 2007.


_Pauline Holder_

Pauline Holder

3

STATE OF ALABAMA:

COUNTY OF MOBILE:

I, Melodie D. McGehee, the undersigned Notary Public, in and for said State and County, do hereby certify that PAULINE HOLDER, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that she had read the foregoing Affidavit and knows the contents thereof, that the same are true to the best of her knowledge, information and belief, and that she executed the same voluntarily on the day the same bears date.

Given under my hand and seal this the 16th day of _____,2007.

_____
Notary Public, State of Alabama
My Commission Expires: _____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: May 12, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

4

| |
|---|
| 1800regions.com |
| accesstotheregionscore.com |
| airportregions.org |
| AlaskaRegions.com |
| allregions.com |
| all-regions.com |
| americasfirstregion.com |
| Arabregions.com |
| arcticalaskaregionscca.com |
| arcticregions.com |
| ashraeregions.org |
| audubonregions.com |
| automotive-regions.org |
| autoregions.com |
| autoscop3regions.com |
| azregions.com |
| baltic-region.net |
| bangorregion.com |
| bankregion.com |
| bioregions.org |
| blueregionscuba.com |
| brestregion.com |
| byregion.net |
| calregions.org |
| capitalregionsafekids.org |
| capitalregionscw.com |
| capitalregionsingles.com |
| capitalregionsoccer.com |
| capitalregionspine.com |
| capitalregionsports.com |
| capitalregionusa.org |
| capitolregionswb.com |
| catskillregiontoday.com |
| cityregions.com |
| city-regions.de |
| climateregions.com |
| coalregion.com |
| coldregions.org |
| columbusregions.com |
| darkregions.com |
| dstsouthernregion.org |
| ecoregions.com |
| ehealthforregions.net |
| eregions.com |
| ern.smartregion.org.uk |
| fireregionsix.com |
| fiveregionsofthefuture.com |
| floridaregionscca.com |
| frenchwineregions.com |
| french-wine-regions.com |
| gatewayregion.com |
| gayregions.com |
| geographicregions.com |
| georgiaregions.com |
| globalregions.com |
| gmo-free-regions.org |
| goremtnregion.org |
| gulfcoastregionscca.org |

**EXHIBIT A**

Domain Names

| |
|---|
| heritageregions.com |
| heritageregions.net |
| heritageregions.org |
| hersheyregionstore.com |
| hstwohioregions.org |
| indianregions.com |
| infiniteregions.com |
| innovating-regions.org |
| intermountainregions.com |
| iowaregionscca.org |
| it4all-regions.org |
| italianregions.com |
| kansasregionscca.com |
| kansasregionscca.org |
| kyderbyregion.com |
| lakeregionstorage.com |
| lakesregion.org |
| landregions.com |
| lincolnregions.com |
| lonestarregion.com |
| lostregions.com |
| mediterraneanregions.com |
| memphisregions.com |
| metro-region.org |
| miregions.com |
| morenovalleyregions.com |
| myregions.com |
| naturalregions.com |
| oilregion.org |
| onlineregions.com |
| outterregions.com |
| ozarkmountainregion.com |
| pacapitalregions.com |
| partnerregions.org |
| partyoftheregions.org.ua |
| physicalregions.com |
| piedmontregions.com |
| polarregions.com |
| reactive-regions.com |
| regbeyond.com |
| region10.net |
| region10.org |
| region2.com |
| region2000.org |
| region2020.org |
| regionappraisals.com |
| regionatlanticrealty.com |
| regionbank.info |
| region-bank.info |
| regionbank.net |
| regionbanks.com |
| region-capital.com |
| region-communications.com |
| regiondatacom.com |
| regiondesign.com |
| regionfence.com |
| regionfive.org |
| regionfreedvd.net |

regionidol.com
regionmagazine.com
regionroundballfoundation.com
regions.ca
regions.cmg.org
regions.london-2012.co.uk
regions.ru
regions1source.com
regionsair.com
regionsalesdata.com
regionsback.com
regionsbak.com
regionsbamk.com
regions-bank.com
regionsbankingonline.com
regionsbankmortgage.com
regionsbeyond.net
regionsbeyond.org
regionsbeyondoutreach.org
regionsbnak.com
regionscarloans.com
regionscontractors.com
regionscreditcard.com
regionsearchcenter.com
regionseek.com
regionsem.org
regionsequity.com
regionser.com
regionservicecenter.com
regionsfacilityservices.com
regionsgroup.com
regionshealth.com
regionshealthcare.com
regionshome.com
regionshospital.com
regionshospitals.com
regionshospitol.com
regionshosptial.com
regionsigns.com
regionsinc.com
regionsite.com
regionsl.com
regionsloans.com
regionsmartgage.com
regionsmls.com
regionsmorgankeegan.net
regionsmortgagecompany.com
regionsmortgages.com
regionsnet.net
regionsnetonlinebanking.com
regionsoft.com
regionsoftexas.com
regionsoftexaslandco.com
regionsoftheunitedstates.com
regionsoftheworld.com
regionsofvirginia.com
regionsoil.com
regionsonlinebank.com

regionspccs.com
regionsports.com
regionsportsnet.com
regionsprep.com
regionsprep.org
regionsproject.com
regionsre.com
regionsrealestate.com
regionsrealty.com
regionsroadplanner.com
regionss.com
regionssecurity.com
regionstitle.com
regionstours.com
regionstrauma.com
regionsurvey.com
regionsvanlines.com
regionten.org
regionusa.com
regionwelding.com
regionwise.com
riverregion.com
sacregion511.org
seasonsandregions.com
sifounderregion.org
sunshineregion.org
sustainable-euregions.net
sustainableregions.gov
sustainableregions.net
teleregionsnetwork.org
varegion.org
waterburyregion.com
watervillevalleyregion.com
whitefaceregion.com
wine-region-tour.com
writingtheregion.com

## Welcome to **1800regions.com**

**Region**

**Homes for Sale**

**Apartments**

**Dating Services**

**Chat Rooms**

**Airline Tickets**

**Travel Guides**

**Las Vegas**

**Hawaii**

**Used Cars**

**Car Accessories**



VACATION    TECHNOLOGY    HEALTH & BEAUTY    GIFTS    PERSONAL FINANCE    HOME

**EXHIBIT B**



**Trans-Hudson Express**

# THE Tunnel

A Project in Association with the Access to the Region's Core
Draft Environmental Impact Statement



Site Last Updated 4/18/07                                                                 Search

| The DEIS | **Project News** | **Draft Environmental Impact Statement** |
| THE Tunnel | | |
| Get Involved | DEIS Released | View the DEIS Chapters |
| News & Events | Public Outreach Effort to | |
| FAQs | Continue Through 2007 | Public Hearing Materials |
| Library | | |
| Links | | Información en Español |
| Contacts | **Get Involved** | **Project Purpose** |
| Site Map | | *Expanding Trans-Hudson Rail Capacity to Midtown Manhattan* |
| | ☎ Join Our **Mailing List** | *THE Tunnel is critical to alleviating growing congestion and attracting jobs and population to New York and New Jersey.* |



**The ARC DEIS is sponsored by NJ TRANSIT - In Partnership with The Port Authority of New York & New Jersey**



**NJ TRANSIT**        **THE PORT AUTHORITY** OF NY & NJ

Copyright 2006. Access to the Region's Core DEIS. All Rights Reserved.
Site Design by InGroup, Inc. and SYSTRA Consulting, Inc.

**ARC**
AIRPORT REGIONS CONFERENCE

<< home    | about arc | contacts | news | interest groups | publications | links | members area

**News**

The Airport Regions Conference is an association of European cities, regional and local authorities hosting international airports.

The main concern of ARC and its members is to benefit from economic growth and balance environmental impacts resulting from airport activity for the benefit of our citizens.

ARC represents 30 European regions and cities with over 30 international airports and about 100 million citizens.

**Join ARC**



Most Loaded Traffic Day In Europe

**News for ARC Members**



Catalogue
ARC members 2007



- **Important meeting dates**
  June - December 2007: available on the Members section
- **ARC Newsletter June 2007 :** available on the Members section
- **ARC members catalogue 2007 -** now to be found on the members pages
- **Draft minutes from the AGM and EC meeting in Oslo 24 January -** now on the web

...More

11 July 2007
**EP Public Hearing on Airport Charges, 18 September 2007**
European Parliament, Brussels. Download the draft programme and the practical info

6 July 2007
**European Aviation: a framework for driving Performance improvement -** Report of the High Level Group for the future European Aviation Regulatory Framework, July 2007

4 July 2007
**Quality of Life project: a clear step forward!**
The QLAIR project benefits now from a clear framework adopted by its partner regions. Read the QLAIR News Release

11 May 2007
**ADSTAR: a European study on structures for aircraft noise.** The Administrative Structures in Airport Regions (ADSTAR) study was officially launched by the Airport Regions Conference on 11 May 2007.
- More.

More news



**ARC in Europe**

**AlaskaRegions.com is For Sale!**

# AlaskaRegions.com



Alaska History | Alaska Marine | Alaska Purchase | Alaska USA | Guard Alaska

## ALASKA REGIONS Web Sites - Sponsored Listings

### Alaska Limousine Service
Anchorage/Whittier - start $28, Seward-Denali. Limo bus tours.
www.alaskalimoweb.com/

### Alaska Land
Browse a huge selection now. Find exactly what you want today.
www.ebay.com/

### Meet Alaska Singles
Attractive Alaska Singles Online US and Canada Residents Only
www.true.com/

### Alaska Discount Coupons
Visit us today to obtain your copy of the Northern Lights Coupon Book!
www.alaska-discounts.com/

### Alaska Trip
Alaska Vacation Information Check Out Special Online Offers
alaskatrip.biz/

**Related Links**

Alaska History

Alaska Marine

Alaska Purchase

Alaska USA

Guard Alaska

Nome Alaska

Fairbanks Alaska

Alaska Employment

Alaska Magazine

Alaska MLS

Alaska Railroad

Seward Alaska

Alaska Fishing Guide

State Of Alaska

Alaska Inn

Copyright © 2007 AlaskaRegions.com. All Rights Reserved

**AlaskaRegions.com is For Sale!**

# Long-Range Weather Forecasts

## United States

**THE 2004 OLD FARMER'S ALMANAC** contains long-range weather forecasts from November 2003, through October 2004. As a courtesy to our Web site visitors we provide the detailed forecasts for this month and next here on Almanac.com. An exception is that we provide the forecast for the entire period for Alaska and Hawaii.

To obtain the complete 12-month forecasts, please purchase a copy of the Almanac at your local retailer: grocery store, drug store, mass merchandiser (eg. K-Mart or Wal-Mart), or bookstore. Or order single copies on-line or subscribe for the next three years and save!

For the long-range weather forecast through next month, click on the map or number of the region you want to view. Or select from **seven Canadian regions**. You may also view the **5-day weather forecast** for Boston or a city of your choice.

**How** *The Old Farmer's Almanac* **Weather Forecasts Are Made**



U.S. Regions: 1 ~ 2 ~ 3 ~ 4 ~ 5 ~ 6 ~ 7 ~ 8 ~ 9
10 ~ 11 ~ 12 ~ 13 ~ 14 ~ 15 ~ 16 ~ 17 ~ 18

Our weather forecasts are determined by the use of a secret formula (devised in 1792 by the founder of this Almanac, Robert B. Thomas), enhanced by the most modern scientific calculations based on solar activity, particularly sunspot cycles. We also analyze weather records for particular locales. We believe nothing in the universe occurs haphazardly; there is a cause-and-effect pattern to all phenomena, including weather. It follows, therefore, that we believe weather is predictable.

Modesty requires, however, that we add this caveat: It is obvious that neither we nor anyone else has as yet gained sufficient insight into the mysteries of the universe to predict weather long-range with anything resembling total accuracy.

Concerned about information you submit via e-mail? Read our Privacy Policy.

Case 2:06-cv-00882-MHT-TFM          Document 50-46          Filed 07/17/2007          Page 6 of 106

*2 clicks and you're in the neighborhood!*



## Welcome to AllRegions.com!

When you are looking for local information, it is often difficult to tell if a site is regionally based by its Internet address. AllRegions.com solves the problem! We are an index of internet sites organized by state. Check us out and see if sites containing information for your area is listed. If not, send us a recommendation for a web portal in your state.

**Click on the map to enter**



ABOUT AFR    The CAMPAIGN    AFR TOOLKIT    NEWSROOM

A Project of the Hampton Roads Partnership and other progressive
organizations and individuals across Southeastern Virginia.

# HAMPTON ROADS
## America's First Region

» Home
» Contact Us
» AFR Partners

## Hampton Roads Responds to New Regional Brands

When Farm Fresh President Ron Dennis learned that the Hampton Roads Partnership was branding Hampton Roads as America's First Region, he jumped at the chance to align his area-wide company with the new theme.

»Read more

**Select Category**

- What is Hampton Roads?
- Hampton Roads Firsts
- The HR Partnership
- The HR Compact



**▸ Know the History**

It all started at Cape Henry in Virginia Beach on April 26, 1607.

»more



**▸ Watch the Video**

Find out what people are saying about the region and the campaign.

»more



**▸ Get Your AFR Sticker**

Show your pride in Hampton Roads with a new static sticker..

»more

Copyright 2006 © Hampton Roads Partnership

# Arabregions.com
**What you need, when you need it**

Search [                    ] ›

| Main | | | Popular |
|------|---|---|---------|
| » **Crab** | | | **Arab** « |
| » **Region** | | | **Art** « |
| » **Ge** | | | **Abs** « |
| » **Lion** | | | **Cgi** « |
| » **Ion** | | | **Inn** « |
| » **Iron** | | | **Ins** « |

**Arabregions.com** favorites:  Aries I Zion I Rose I Og I Irs I Rad

© Arabregions.com 2006 | Bookmark this page | Make this your homepage



# Welcome to **arcticregions.com**

**For resources and information on Arctic and Polar Regions**

Related Searches

- ➲ **Arctic**
- ➲ **Polar Regions**
- ➲ **European River Cruises**
- ➲ **Arctic Circle**
- ➲ **European cruise**
- ➲ **Arctic plants**
- ➲ **Europe cruise**
- ➲ **Polar Research**
- ➲ **Danube river cruises**
- ➲ **Rhine river cruises**
- ➲ **Europe river cruises**

### More Related Searches

| | | |
|---|---|---|
| ▸ **Scandinavian cruises** | ▸ **Cruise and Northern Europe** | ▸ **Baltic sea cruise** |
| ▸ **Russian river cruises** | ▸ **Ireland cruises** | ▸ **Blue Danube** |
| ▸ **Arctic Trips** | ▸ **Norway cruise** | ▸ **Rhine cruises** |
| ▸ **Arctic Cruise** | ▸ **Arctic Discoveries** | ▸ **Cruise France In River** |

**more related searches**    Haven't found what you're looking for? Then search here: _____    **Search**

Baltic cruises  |  France river cruise  |  Arctic People  |  France cruise  |  Arctic fox

© 2007 arcticregions.com. All Rights Reserved. Contact Us

# arcticalaskaregionscca.com

Search

Sponsored Links

## Polar Bears Of Churchill
3-12 day adventures by Tundra Buggy Hotel, Train or Tundra Buggy Lodge
www.cregoradventures.com

## Alaska Rental Car
Sort Rental Cars by Price, Type and Company. Compare Deals on ORBITZ!
www.ORBITZ.com

## Alaska Canada Sail Cruise
See Whales and Bears. Go with us! Experience Native Culture
www.BluewaterAdventures.ca

## Alaska Love
1000s of Alaska photo profiles Search our entire database free
www.mate1.com

## Alaska Small Group Tours
Guided 14 day camping circle tour via Denali and the Arctic Circle.
www.midnightsuntravel.com

## Get Close To Polar Bears
Churchill Polar Bear tours - See Polar bears where they live
www.lazybearlodge.com

## Alaska Limousine Service
Anchorage/Whittier - start $28, Seward-Denali. Limo bus tours.
www.alaskalimoweb.com

## Alaska Rentals
Search thousands of AK listings. Apartment Hunting Tips & Resources.
www.Move.com

## Alaska Discount Coupons
Visit us today to obtain your copy of the Northern Lights Coupon Book!
www.alaska-discounts.com

## Alaska's National Parks
Hike, kayak, raft and explore. Small groups. Alaskan adventures!
www.AlaskaAlpineAdventures.com

**Related Categories**

Arctic Village

Alaska

Arctic Polar

Bears

Alaska Wildlife

Arctic Region

Arctic Circle

The Arctic

Arctic Temperature

Arctic Weather

Arctic Warming Science

Arctic Getaway

Ice Polar

Arctic Ocean Trip

Polar Cap

Ice Melting

Ice Sheets

**Haven't found what you're looking for? Try searching here:**    Search

# ASHRAE REGIONS
## Engineering for the World We Live In

## Welcome to ASHRAE Regions Web Site

ASHRAE Regions can now create and post web pages using a server and templates created especially for them.

All it takes is an html editor, some ftp software and a little know how. We provide templates that you can edit to reflect your Region's specific information and instructions so that you can post them to our server.

Contact Emily Sigman at esigman@ashrae.org or 404-636-8400, to get started.

### Some Helpful Documents

HINT: To save PDF files (files with an extension of **.pdf**) to your hard drive, right-click the document title, click **Save Target As** in Microsoft® Internet Explorer or **Save Link As** in Netscape / Mozilla, and specify a location on your hard drive.

ASHRAE Web Policy

Request Form For Region Web Sites on ASHRAE-Provided Server

Region Web Site Documentation

### Current Region Web Sites

- Region I
- Region II
- Region III
- Region IV
- Region V
- Region VI
- Region VII
- Region VIII
- Region IX
- Region X
- Region XI
- Region XII
- Region XIII
- Region At Large
- Regions I-XII

© 2005 **ASHRAE**. All Rights Reserved.



**Home**  **Overview**  **Amenities**  **Hotel Info**  **Rates & Reservations**  **Directions**  **Restaurants**  **Attractions**  **Contact Us**

# Network of AutomotiveRegions

Home        Project        Partners        Industry        Calendar        Library        Press

## Calendar



| | | | | | | 1 |
|---|---|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

<< <    Jul 2007    > >>

### Next events

*26-28/09/2007*
[+] Network events in
Antwerp
*07/11/2007*
[+] Network Steering
Committe meeting /
Turin (I)
*08-09/11/2007*
Final Conference / Turin
(I)

## Home

A pan-European network has been established to support car manufacturers and suppliers in facing globalisation of the automotive industry, the evolution of the car market and the delocalisation of industrial activities.

Sixteen public authorities, coming from eleven regions that are highly dependent upon the car manufacturing supply industry and spread over seven countries, have joined forces within the Interreg IIIC project 'Network of Automotive Regions' to develop solutions to the economic, social, environmental challenges facing the automotive industry and find ways to adapt to new realities.

Automotive Regions aims to help different regional decision-makers work together to develop approaches to strengthen the competitive position of the existing automotive industry. When regions anticipate or face the closure or downsizing of a car plant or have to manage its consequences, this involves formulating measures to ease the social and economic effects of such an event. In the long term, regions should strive for diversification of the regional economy and learn from one another.

## Partners

| | |
|---|---|
| Limburg Development Agency (POM-Limburg) | Belgium/Has |
| Regional Economic Development Agency of Castilla y Leon | Spain/Vallad |
| Department of Innovation, Industry and Commerce Galician Government | Spain/Santiago de Compos |
| Comunimprese SCARL | Italy/Arese |
| European Association of Development Agencies - EURADA | Belgium/Bruss |
| Stuttgart Region Economic Development Corporation (WRS) | Germany/Stuttg |
| Economic Development Agency of Pays de Montbéliard | France/Montbéli |
| Luton-Borough Council | United Kingdom/Lu |
| Regional Development Agency for East Flanders | Belgium/G |
| City of Gent (Economic Service - Employment and Economic Department) | Belgium/G |
| City of Genk | Belgium/G |
| Regional Development Authority Antwerp | Belgium/Antwerp |
| Limburg Development Company LIOF | Netherlands/Maastr |
| City of Sittard-Geleen | Netherlands/Sittard-Gele |
| Province of Turin | Italy/To |
| City of Antwerp | Belgium/Antw |

Copyright Network of Au





Tuesday, 1. May 2007

[ choose Region ]   ▼

**Please choose a continent**

**Germany**

**Slovenia**

**Turkey**

**USA**

Partner: My-Autoindustry I Made-in-Germany.Com I Searchmeister GmbH

**PHP Version 5.0.4**

## PHP Credits

## Configuration

### PHP Core

(detailed configuration directive table — illegible at this resolution)

### bcmath

| BCMath support | enabled |
| --- | --- |

### ctype

| ctype functions | enabled |
| --- | --- |

### curl

| CURL support | enabled |
| --- | --- |
| CURL Information | libcurl/7.14.0 OpenSSL/0.9.7g zlib/1.2.3 libidn/0.5.13 |

### domxml

| DOM/XML | enabled |
| --- | --- |
| DOM/XML API Version | 20031107 |
| libxml Version | 20621 |
| HTML Support | enabled |
| XPath Support | enabled |
| XPointer Support | enabled |
| DOM/XSLT | enabled |
| libxslt Version | 1.1.15 |
| libxslt compiled against libxslt Version | 2.5.36 |
| DOM/EXSLT | enabled |
| libexslt Version | 1.1.14 |

Sponsored Links

**(0.044778 seconds**

### HME Billing Software
by Pacware Software Development ANSI appr all regions online demo
www.pacware.com

### Fly Qantas To Queensland
Visit Cairns, Plus 2 Other Stops In Queensland. Starting at $1299.
Qantas.com/queensland

### The California Wine Club
Artisan Wines to Your Door. Hard-to-Find Wines. Great Value.
www.cawineclub.com

### Regions Financial Corp
Get rates today and start saving. No Obligation. Bad Credit Ok!
Refinance.Low.com

### Italian Walking Tours
Tour the famous regions of Tuscany, Amalfi &amp; Cinque Terre.
www.CiclismoClassico.com

### Online Banking
Online Banking Info. Fast &amp; Easy
www.BankAccountsOnline.info

### eCTD Project Cloning
Manage Multiple Regions, Dosages, &amp; Indications From Single Submission.
www.mission3.com

### 100% Home Financing
Find the Right Loan for Your Needs. No Lender Fees. Bad Credit OK.
www.eloan.com

### Open Checking Acc today
2nd Chance Banking + MasterCard No Chexsystems or Credit Check
www.Get-Bank-Account-Today.com

### Premium Specialty Coffees
100% Arabica from Costa Rica&#39;s top regions: Tarrazu, Tres Rios, Poas.
www.cafebritt.com

**Related Categories**

Lower Regions
Nether Regions
Shanghai Regions
DVD Regions
Regions Mortgage
Regulatory Regions
Economic Regions
Brain Regions
Regions Online
Banking
Europa Regions

Search



---

**Sites for information on environment in the Baltic Sea Region:**

- **HELCOM**, the Baltic Marine Environment Protection Comission
- **Baltic 21**, the Baltic Agenda 21 for sustainable development
- **VASAB 2010**, Vision and Strategies around the Baltic Sea 2010
- **CCB**, Coalition Clean Baltic -- Environmental NGO co-operation

**BALLERINA mailing-list**

This service provides a forum for announcements and discussions on anything related to environment, sustainable development or natural resources in the Baltic Sea region. Read more about subscribing, or browse the archives of postings.

---

Last Modified: 2007-May-29
Website maintained by UNEP/GRID-Arendal



**Bangor Region**
Chamber of Commerce

Home    Member List    Regional Calendar    Chamber Events    Contact Us    Login

Live and Work    Visiting    The Chamber

Home

# Welcome to the Region

search...    Search

### The Chamber

The Bangor Region Chamber of Commerce is a **membership** organization with many area professionals working to promote and advance a healthy, vital business environment.

### Live and Work

Welcome to the Bangor Region. Everyone recognizes Maine as this country's "Vacationland", however, we are proud of the fact that the Bangor Region is a great place to live and to work. Bangor has been recognized not only as a great small city, but also a safe place to live.

### Visiting

The Bangor Region is located in the heart of Maine, just one hour from the great northern Maine wilderness, beautiful Moosehead Lake, majestic Mount Katahdin, and the world reknown Acadia National Park.



Did you know the toothpick and snowplow were both invented in Bangor?

**Explore the Region**



### Programs

The Chamber programs enhance the business community as well as the region. The programs included:

**Bangor Region Wellness Council**

**Bangor Region Leadership Institute**

**Building Bridges**

**Fusion**

### Relocation

Bangor is the largest city in the lower Penobscot Valley region. It sustains a population of around 33,000 residents. It was settled in the 1760s, gaining fame during the 19th century as "the lumber capital of the world."

### Events

The Chamber events are designed to provide our members and the community with an opportunity to come together in an enjoyable fashion. The Chamber events include our annual Golf Tournament, the Riverside Flea Market, the Annual Dinner – this region's largest professional gathering.

2007, Bangor Region Chamber of Commerce

519 Main St. Bangor ME 04401 ~ (207) 947-0307
Contact Us   Terms of Service

# BioRegions

BioRegions International and the
BioRegions Program at Montana State
University work in close partnership.
This bridge between the on-the-ground
needs and academia allows us to
connect local people with the
knowledge, resources and research
necessary to implement appropriate,
sustainable projects.



### BioRegions International
works to empower the nomadic cultures of Mongolia to survive in a rapidly-
changing world. We support holistic, locally-based projects that promote: public
health, environmental preservation, education, and sustainable economic
development.

### The BioRegions Program at Montana State University
uses research and education to build bioregional awareness and help sustain
balances of natural, social and economic wealth.

# Blue Region Scuba, Inc.

## The Diving Mecca of the Universe



**26 Carolina East Centre   ~   Greenville, NC   ~   (252) 321-2670**

Learn to Dive the SAFE and FUN way at Blue Region Scuba



MASTER DIVER CHALLENGE 2007

*:k Here to Enter Our Underwater Adventureland*

**thern Florida Reef Adventure   ~   April 2007**

**R        Paradise ~ Bonaire Adventure June 23rd - June 30th, 2007**

**Tu        Caicos Adventure ~ September 22nd-29th, 2007**

**Australia - June 28-July 11, 2008**

Changing your ATTITUDE.........

**BLUE REGION SCUBA**

......and your LATITUDES

for 2 Decades

**Store Hours:  11 am to 6 pm   Tue - Fri   Saturday 11 am  - 5 pm Sat**

**Closed Sunday and Monday**



Back   List   Renamed   Disapeared   Rules   History   Messages   Forum   Pictures   Links   Guestbook   End



# Brest Region Map

The Brest region is situated in the south-west of the Republic of Belarus. This region was formed on December 4, 1939. The modern boundaries were established after the January 1954 merging of all districts of the Baranovichi region and 4 districts of the Pinsk region. The area of Brest region is 32,300 km² (12,500 miles²). Population is about 1,5 million people.

○ Web  ○ www.brestregion.com

Google Search

**List**
List of all the towns and villages. By clicking them you will get to an appropriate part of the region map.

**Renamed**
Some of the towns and villages were renamed.

**Disappeared**
Some of villages have dissapeared for different reasons.

**Spelling rules**
Spelling of the names may differ in various sources.

**History**
Brief history of the region.

**Messages**
Very few people in Belarus have the internet. But they are looking for their relatives too!

**Forum**

**Links**

**Guestbook**
All the "looking for" messages posted to forum or guestbook will be translated to Russian and placed at the Russian message board.

**Pictures   New!**
Pictures from the Best region.

mytrix

Brest region consists of 16 districts:

- Baranovichi dst
- Beryoza dst
- Brest dst
- Drogichin dst

- Gantsevichi dst
- Ivanovo dst
- Ivatsevichi dst
- Kamenets dst

- Kobrin dst
- Luninets dst
- Lyakhovichi dst
- Malorita dst

- Pinsk dst
- Pruzhany dst
- Stolin dst
- Zhabinka dst

The greater part of the territory is taken up by lowlands: Brest Polesie in the Southwest and Pripyat Polesie in the East of the region. The Zagorie Plain is located between them. The Pribugsky Plain is in the West, Baranovichi Plain and a part of Novogrudok Hills are in the North of the region. The Pripyat is the main river of the region, with these tributaries: Pina, Yaselda, Bobrik, Tsna, Lan, Sluch on the left, and Styr, Goryn, Stviga on the right. The Shchara, a tributary of the Neman River is in the North. The Bug River with Mukhavets and Lesnaya tributaries are in the West. One of the oldest national parks Belovezhskaya Pushcha is situated in the Northwest of Brest region.

**Zeeland Region Weekends**
Compare Zeeland Region hotels, short breaks and special offers

**Hill Country River Land**
Picturesque Hill Country Homesites. 1-10 Acres. Build Your Dream Home.

Back   List   Renamed   Disapeared   Rules   History   Messages   Forum   Pictures   Links   Guestbook   up

2000-2007 Sergei Zhukovich sergei@brestregion.com



Login | Contact

Home | Directory | Network | Newsletters | MyRegion | Services | MarketPlace | Join

View eNewsletters | Add Your Newsletter | eNewsletter Marketing |

Quick Search
[          ] Go
Advanced Search

Submit your information
listings, events, programs

Newsletter Sign up
[-email address-] Go

## Search by Region & Category

**Select Region**

| World > NorthAmerica > US |
|---|
| Alabama |
| Alaska |
| Arizona |
| Arkansas |
| California |
| Colorado |
| Connecticut |



**Select Category**

| CommunityPages    HealerPages    ArtistPages |
|---|
| All Categories |
| Artist Pages |
| Healer Pages |
| Alternative Living |
| Arts and Entertainment |
| Automotive |
| Business To Business |



**Search**

### HEALERPAGES

**A place for healers and anyone interested in healing their body and mind in a healthy way**

- Holistic Practitioners
- Naturopaths, Acupuncturists, Midwives
- Bodyworkers
- Body-Mind-Spirit

»» Submit your own listing

### ARTISTPAGES

**From painters to trumpet players to dancers to poetry readings, find what you're looking for on our artist pages**

- Musicians
- Performing Artists and Venues
- Services and Products - Creative Arts
- Visual Artists
- Written Word

### COMMUNITYPAGES

**Find your community of like-minded people**

- Alternative Living
- Education and Instruction
- Food and Restaurants
- Health and WellBeing
- Home and Garden
- Real Estate
- Travel and Transportation

### EVENTS

| | |
|---|---|
| Online Events | Northwest Events |
| Retreats and Travel Events | Rocky Mountain Events |
| Great Lakes Events | Midwest Events |
| Mid-Atlantic Events | New England Events |
| New York Events | Southwest Events |
| Southeast Events | Hawaii Events |
| Florida Events | »» **Submit Events** |
| California Events | »» **Search all events** |

States



# CALIFORNIA CENTER FOR REGIONAL LEADERSHIP

HOME
ABOUT CCRL
CALREGIONS E-NEWSLETTER
CCRL PRESS RELEASES
PUBLICATIONS

PROGRAMS
REGIONAL CIVIC MOVEMENT
STATE POLICY
REGIONAL PUBLIC SECTOR

Search the CCRL site:
[          ] Go

200 Pine St, Suite 400
San Francisco, CA 94104
Phone (415) 445-8975
Fax (415) 445-8976

## CCRL MISSION

The California Center for Regional Leadership is a statewide nonprofit organization, established to support, facilitate, and promote innovative regional solutions for the state's major economic, environmental, and society challenges, to help achieve a more sustainable California.

## CCRL & THE REGIONAL CIVIC MOVEMENT

**The 2006 CCRL Regional Growth Dialogues**
Working to improve the state's infrastructure and quality of life.



**2006 Civic Entrepreneur Summit**
On September 24, 25, and 26, CCRL convened civic entrepreneurs from across the state in San Francisco to come together to network, share success stories, and shape the State's 2006 / 2007 policy and leadership agenda.



**Indicators: The California Regional Progress Report**
Regional Quality of Life Indicators are valuable tools to track community trends.

## CCRL & STATE POLICY

**Economic Vitality and Strategy**
CCRL is working with several state agencies and initiatives to help them to craft an appropriate role that builds on "state-of-the-art" economic development practices, and create new partnerships based on the idea that economic performance is a shared responsibility.

**Better Planning for Growth in California**
CCRL engages regional leaders, the Legislature, and state agencies in moving forward a unified set of land-use and infrastructure goals for the state government that are aligned with regional needs.

### Blueprint Learning Network - 2006 Workshop Sessions

| ▶ Sacramento | (May 12, 2006) |
| ▶ Oakland | (Sept 13-14, 2006) |
| ▶ Anaheim | (Nov 29-30, 2006) |

### 2006 Regional Growth Dialogues

▶ Read more about the 2006 Regional Growth Dialogues. (1 MB, PDF)

### The California Regional Network

Click the map to learn about the latest activities in the regions

▶ Read the latest issue of the CalRegions Email Newsletter.

### Archived Partner Information

▶ Click here to view past reports on our Partners

### Archived CCRL Information

▶ Please click here to review





**About Safe Kids**

**Upcoming Events**

**Safety Tips**

**Laws**

**Links**

**Coalition Members**

**Contact Us**

Welcome to the Capital Region Safe Kids website.
This website is a link between us and you, the community,
providing valuable information to protect your children.



Capital Region Safe Kids Coalition, Albany, New York



   





Search:  ○ Site  ● Web  [                    ]  GO   powered by Google

Home | Taste of the Capital Region | Shows | Movie Reviews | TV Listings | Contact Us | Contests | Events

## TOP HEADLINE



**A boy and his dragon - "Eragon" and "Blood Diamond" top DVD releases for the week.**

"Eragon" - It'd be tempting to pass off this fantastical dragon movie at just some kids' flick, but if you did that you'll miss out on one of the most original and best-looking fantasies to come about in some time.

March 25, 2007 - 12:41AM

Full Story

## Movie Review



**Sociopath redux. Anthony Hopkins brings back his Lecter-esque best in 'Fracture'.**

By CRAIG OUTHIER - Freedom News Service

"Wanted: Actor/Oscar winner needed to portray homicidal mastermind in big-budget crime thriller; 55-70 years of age.
Full Review

## Mets Baseball



Check our Game Schedule Here.


CAPITAL REGION PROMOTION
Enter our "Design Your Own Dream Vacation" Contest


ALFRED UNIVERSITY Spring Visit Day 4.28.07 www.alfred.edu INDIVIDUALS. INSPIRED.

PIZZA HUT

Play Games at WB KIDS.COM

5 DAY FORECAST  DODGE

TULIP FEST

## Taste of the Capital Region



Enjoy an exquisite meal and outstanding service at Ichiban Japanese & Chinese Restaurant. Calming ambiance and convenient locations make it a favorite place for the oriental cuisine lovers.



A great place to enjoy your favorite bands and eat great, plentiful food! The BAYOU is reeling and rockin' with the greatest live music around! Check out the huge stage in Albany with a killer sound system and lights.



Philly Bar & Grill

"A Taste of South Philly served in New York Capital Region." With a proud heritage of Philadelphia served in New York's Capital Region. All of Philly's sandwiches are prepared with choice rib eye and housed in a soft chewy hoagie roll combined with your choice of cheese and veggie toppings.



PEARL restaurant & lounge

Great place to go to and relax and enjoy an amazing meal prepared by some of area's best chefs. Pearl Restaurant offers the best fine dining experience in downtown Albany.

KOTO Japanese Steakhouse: An ocean away , right in your neighborhood, where Hibachi never


THAT'S HOW YOU ROLL.
Enroll Now
Make a reservation online
National  Green means go.

TellUsMore Your Connection To Local Businesses

Tell Us More is your online resource for local based businesses. Click Here!

# Capitalregionsingles.com
*What you need, when you need it*

Search

*Main*
- » **Dating Site**
- » **Online Dating Site**
- » **Women**
- » **Personal Ads**
- » **Single**
- » **Personals**

---

**Capitalregionsingles.com** favorites:

© Capitalregionsingles.com 2006 | Bookmark this page | Make this your homepage





banquet | forum | links | photos | ref's corner | schedule | sectionals | standings | states | statistics | voting booth

Preference: none edit
CapitalRegionSoccer.com

**Thursday, April 26, 2007**

## Latest News:

Watch this space during the season...

• **...for recent game reports.**

Don't forget to check out our site news toward the bottom of the main page...

recent results - new window.

⊞ **League Champions:**
Adirondack League:
**Fort Ann** details

Big Ten Conference:
**LaSalle** details

Central Hudson Valley League:
**Berlin** details

Colonial Council:

⊞ **Featured Poll:**

**Featured Poll**

**Which of these highly seeded sectional soccer teams is the most likely to win their Class in Sectionals in '06?**

○ Shen
○ Galway
○ Maple Hill
○ Fort Ann

# Capital Region Soccer .com



Your resource to Capital Region

Soccer is live at CapitalRegionSoccer.com. This is your only source for up to the minute reports on Boys Varsity Soccer in the Capital Region.

brought to you by:

**SPORTS PLEX**
of Halfmoon
Please click on our ad.



**Congratulations to Maple Hill - New York State Champions 2006!!!
Tribute! - click here**

Most Recent Forum Topics: Juniors of 07    Players of the Pat

**Congratulations to Sectional Champions Bethlehem, Burnt Hills, Schalmont, Galway, Maple Hill, and Fort Ann.**



**Now is the time!
Here's your chance...
Check out the
CRS Fantasy League
here**

• **Bethlehem Hooligan Tribute 2006 -- click here**

• **The Shen State**

## Upcoming Games:

Watch this space during the season...

• ...for upcoming games.

Don't forget to check out the recent forum topics:
**Most Recent Forum Topics:**
• Juniors of 07
• Players of the Patroon
• UAlbany scrimmages April 14, 21, & 25
• top players in each class

upcoming games - new window.
⊞ **Tournaments**
Want to keep up with all the local tournaments? Check here to see tourneys, times, and scores!
Tournaments
⊞ **Check the Weather**
You can't always depend on the weather, but it can't hurt to check it:
Today's Weather
⊞ **Seasons in Review**
Revisit recent seasons to see which
teams prevailed!

2005 Season    2002 Season
2004 Season    2001 Season
2003 Season    2000 Season
⊞ **Season Preview**
The CRS season preview for 2004 is available!
Preview for 2004
⊞ **FAQ**
View our list of Frequently Asked Questions. (You'll also be able to view some of our statistical hit counts.)
FAQ



**CapitalRegionSoccer.com Merchandising!!!**
Show your support today.





# CAPITAL REGION SPINE

For physicians
For case managers

Tour our facility 🖐

📥 **DOWNLOAD**
a mini brochure

**About us ▶**
**Symptoms**
**Anatomy library**
**Conditions ▶**
**Treatment ▶**
**Exercise library ▶**

## Our physicians

NONSURGICAL SPINE CARE

  Andrew Dubin, MD

  Anjum Iqbal, MD

SPINE SURGEONS

  Allen Carl, MD

  Robert A Cheney, MD

PHYSICAL THERAPY

  Joyce Bettinger, MSPT

  Ryan Pezzano, BSPT

## Location



1367 Washington Ave.
Albany, NY 12206

**Phone:** 518.618.1111

## CENTER OF EXCELLENCE

Capital Region Spine puts fellowship-trained spine surgeons, physical medicine physicians, spine specialized physical therapists and spine diagnostics all under one roof for the benefit of the back and neck pain sufferer.

What do symptoms mean?

How do I choose a quality physician?

How do I relieve back or neck pain?

Home remedy exercises to relieve pain

How can I prevent back or neck pain?

How can I lift without pain or strain?

About nonsurgical pain relief

About spine surgery

**Anatomy Lesson**
Illustrations and descriptions to help you understand what causes back or neck pain.

**Exercise Library**
A collection of exercises suitable for work or home to help prevent back and neck pain.



Back

Neck



Strength



Home Page | Albany Patroons | River Rats | Valley Cats Page | Metro Mallers | Albony Conquest | Photo Gallery
NY Giants Camp | Saratoga | ESPN News | Contact Us | Motorsports

Thursday, April 26, 2007 4:56:10 PM



**2001 Central Insurance Agency**

**Teams & Headlines**



## Bears Oust Rats In Five
### Hershey Wins Series 4-1

**April 25, 2007** - GLENS FALLS, NY -- Mike Green had a goal and an assist and Frederic Cassivi made 32 saves to lead the Hershey Bers to a series-clinching 4-2 victory over the Albany River Rats Wednesday at the Glens Falls Civic Center.

<u>Read the full story>>></u>



"Rats To Play In Glens Falls"



AF2 2007 East Division Preview

<u>Conquest Photos Added</u>



## Conquest Plow Through Blizzard 75-27

April 21, 2007 - ALBANY, NY — Ryan Hart tied a franchise record with eight touchdown passes and wide receiver Antwun Williams had five touchdowns including four on receptions to lead the Albany Conquest to a 75-27 victory over the Green Bay Blizzard Saturday night at Times Union Center.



Get your up to date sporting news courtesy of ESPN

## Out of Season

Deutsch    English    Español    Français    Portugués

# Washington, DC & THE
# Capital Region USA☆
### Virginia · DC · Maryland

**Press Room**
**Features**
**Calendar**
**Attractions**
**Getting Around**
**Itineraries**
**Links**
**Maps**
**Book A Hotel**
**About Us**
**Contact**
**Travel Guide**
**Survey**
**Home**

★ Maryland
★ Virginia
★ Washington DC



## Capital Region USA News

**Modernism: Designing a New World at Washington's Corcoran Gallery of Art**

**Pamper Yourself at a Virginia Spa or Winery**

**What's New in Maryland Spring-Summer 2007**

**A Sampling of Maryland's Romantic Getaways**

**Washington, DC's 2007 National Cherry Blossom Festival**

**View all press releases**



TAKE A VIDEO TOUR

## Features

### Think Spring in the Capital Region USA



A favorite Springtime event in Virginia is Historic Garden Week, known as "America's Largest Open House." More than 250 of the state's most beautiful private houses, gardens and historic landmarks are open to the public April 21-28.

**Read More**

Civil War | Summer | Winter | Aviation | Spring

## Upcoming Events

View All...

SEND THIS PAGE TO A FRIEND

The Capital Region USA is a tourism marketing organization representing Washington, DC, Virginia and Maryland.

○○○○○○○  Creative & technical services provided by ASAA Multimedia  ○○○○○○○









▸ DELAWARE COUNTY      ▸ GREENE COUNTY      ▸ SULLIVAN COUNTY      ▸ ULSTER COUNTY

Official Tourism Site of the Catskill Region

CityRegions.Com: U.S. and world city news. Newswire and press release service    Page 1 of 3

Case 2:06-cv-00821-MHT-TFM    Document 30-46    Filed 07/17/2007    Page 33 of 106

# CityRegions.Com ™ - U.S. and World City News; Newswire and Press Release Service

Amazon.com


Africa the Scavenger
James Earl Jones, ...
New $12.99
Best $7.74

J.K. Lasser's The New
Bankruptcy Law...
Nathalie Martin, S...
New $11.01
Best $3.99


Press Releases Are Not a PR
Strategy...
Linda B. Vandeveld...
Best $14.80
Privacy Information


Real Estate
Business
Council Real Estat...
New $34.99
Best $34.99


U.S. History Bundle
Fogware
Publishing...
Best $19.99


Cosmopolitan -
South Africa
Associated
Magazin...
New $134.19
Best $134.19


Acronis True Image
Backup 9.0
Dreamcatcher
Inter...
New $49.99
Best $14.94


Africa Geographic
Black Eagle Publis...
New $85.00
Best $85.00

**:: Advertise Here: :: Add Press Release :: Subscribe to News :: Contact Us :: Submit Website to Search Engines**

## U.S. and World City News

Select Region, Read News ▾ | go | London | any ▾ | Go

Search City News by: ⦿ Date ○ Relevance

Unlimited
Press Release
Distribution $499/YR
"With Guaranteed Results"
EMAILWIRE.COM

**Related Newswires:**

- **Africa Newswire**
- **Asia Newswire**
- **Australia Newswire**
- **Europe Newswire**
- **Canada Newswire**
- **Arab Newswire**
- **Hungary Newswire**

## groupweb emailWire.com

### Emailwire.com -- Industry News Headlines

Daily industry news and press releases published from companies around the world

### American Emu Association Plans Booth at American Oil Chemists Society Convention

1 May 2007 at 8:31am

( EMAILWIRE.COM, May 01, 2007 )  San Angelo, TX - -The American Emu Association (AEA) announced plans this month to provide a booth for the 8th straight year at the American Oil Chemist Society (AOCS) Meeting and Expo. The event will be held this year in Quebec City, Quebec, Canada on May 13-16, 2007.

Privacy Information

### TOWER AUTOMOTIVE Bankruptcy News, Issue No. 60

1 May 2007 at 8:30am

( EMAILWIRE.COM, May 01, 2007 )  FAIRLESS HILLS, Pa. -- Bankruptcy Creditors' Service, Inc., published Issue No. 60 of TOWER AUTOMOTIVE BANKRUPTCY NEWS today. The 8-page newsletter contains stories with these headlines:

[00744] DEBTORS' 9TH MOTION TO EXTEND EXCLUSIVE PERIODS

### GRANITE BROADCASTING Bankruptcy News, Issue No. 19

1 May 2007 at 8:29am

( EMAILWIRE.COM, May 01, 2007 )  FAIRLESS HILLS, Pa. -- Bankruptcy Creditors' Service, Inc., published Issue No. 19 of GRANITE BROADCASTING BANKRUPTCY NEWS today. The 10-page newsletter contains stories with these headlines: [00141] CONFIRMATION TRIAL ON GRANITE'S AMENDED PLAN BEGINS

### ASARCO Bankruptcy News, Issue No. 45

1 May 2007 at 8:29am

( EMAILWIRE.COM, May 01, 2007 )  FAIRLESS HILLS, Pa. -- Bankruptcy Creditors' Service, Inc., published Issue No. 45 of ASARCO BANKRUPTCY NEWS today. The 25-page newsletter contains stories with these headlines:

[00749] DEBTORS' MOTION TO ESTIMATE ENVIRONMENTAL LIABILITIES

### WINSTAR Bankruptcy News, Issue No. 79

1 May 2007 at 8:28am

( EMAILWIRE.COM, May 01, 2007 )  FAIRLESS HILLS, Pa. -- Bankruptcy Creditors' Service, Inc., published Issue No. 79 of WINSTAR BANKRUPTCY NEWS today. The 4-page newsletter contains stories with these headlines:

[00914] HERRICK-IMPALA'S MOTION TO SETTLE WITH CREDIT SUISSE LOAN

### SAINT VINCENT Bankruptcy News, Issue No. 52

1 May 2007 at 8:27am

( EMAILWIRE.COM, May 01, 2007 )  Springfield, MO -- DataTrade, a banking application software company, announced that Merchants Bank N.A. of Winona, MN, has selected DataTrade?s Merchant Capture? system for its remote deposit capture solution.

### ALLIED HOLDINGS Bankruptcy News, Issue No. 47

1 May 2007 at 8:26am

**This project explores the role of city regions as sub-state political entities within the context of contemporary globalization processes. Since these processes are uneven in their spread and impact, our analysis aims to look beyond the effects of globalization at the traditional state level and to explore new issue areas.**

**Our project intends to provide new insights into the relationship between globalization and governance. It focuses on two different but interrelated issues pertaining to the emergence of city regions. With respect to the nation-state, we ask how the "making" of global city regions has increased their autonomy from national institutions and regulations. And looking closely at selected areas of urban governance, we examine the extent to which a shift from the public to the private sector has taken place. The city regions we have chosen to focus on were Johannesburg in South Africa, Mumbai in India, São Paulo in Brazil, and Shanghai in China.**

**The outcomes will be published in 2005.**

**The project has been conducted on a comparative basis and in cooperation with local partners in the respective city regions. It was financed by the <u>Volkswagen Foundation</u>.**



# climateregions.com

May 1, 2007

| Home | Anemometer | Atomic Clocks | Barometers | Environment |

**Most Relevant Link:** <u>Weather Instruments</u>

**Other Relevant Links:**

Anemometer
Atomic Clocks
Barometers
Environment
Environmental
Environmental
Management

Heat
Sun Shades
Temperature
Temperature
Measurements
Temperature Probes
Temperature Sensors

Ultraviolet
UV
Weather Equipment

Weather
Instruments
Weather Radios
Weather Stations

### Related Links

▶Climate Region
▶Climate
▶Federal Income Tax
▶Current.com
▶Information

▶Term Insurance Rate
▶Information System
▶Adam
▶Country Code
▶Prudential Insurance CO

▶Public Information
▶401k Max Contribution
▶What Time is It
▶Recycling Information
▶Information Sharing

**Popular Links:**

**Vacation**
Cruise
Hotel
Cheap Flight
Travel Agent
Golf Vacations

**Gifts**
Books
DVD
Engagement Ring
Chocolate
CD

**Technology**
Digital Camera
Plasma Television
Mobile Phone
Laptop
Web Hosting

**Personal Finance**
Credit Cards
Debt Consolidation
Financial Advisor
Loans
Credit Report

**Health & Beauty**
Weight Loss
Fitness
Plastic Surgery
Skin Care
Pregnancy

**Home**
Home Improvement
Recipe
Family
Home Decorating
Pets

## News/information Categories



**Weather**
Thermometers
Wireless Weather
Barometers
Weather Radio



**News**
Press Releases
Newsgroups
News
Newspapers



**Look Up**
Address Find
Yellow Pages
White Pages
Find People



**Phone Numbers**
Cell Phone Search
Phone Books
Phone Numbers
Phone Number Search



**Information**
Health Information
Travel Information
Census Data
Time



**Calendars**
Calendar Creators
Online Calendars
Calendar Software
Pregnancy Calendar

**Search the Web** [_____]  Search

Bookmark This Page | Set Your Homepage

# Welcome to the Coal Region !

Home of the **CoalSpeak** dictionary, **Recipes**, **Patch Towns**, famous **CoalCrackers** , the Coal Region **Guestbook**, **Message Board** and lots more!

---

**Guestbook is back online**

---

Webmaster recommends: **Baker Towers** A great coal region novel!

---



*Locust Summit Breaker, Locust Summit, PA*
*(near the Merrian Patch, outside Locust Dale; torn down in October, 2002)*

This web site is a collection of nostalgia and regionalisms from the Anthracite Coal Region of Pennsylvania. The region is made up of Schuylkill, Carbon, Lackawanna, Luzerne, Northumberland, and Columbia counties, and also the northernmost reaches of Dauphin county. The Coal Region owes its heritage to the varied cultures of the people who settled there, as well as to the bygone days of coal mining.

### Search CoalRegion.com

Search

We hope you enjoy this site. Please e-mail any feedback to the Coal Region **webmaster**.

---

Recipes    CoalSpeak    Top Ten Lists    Coal Crackers    Links    Coal Bin
Guestbook    Patches    Coal Chat    Bookstore    Message Board    Pictures    Home

Copyright © 1995-2006 by **Coal Region Enterprises**. All Rights Reserved.



  

**COLD REGIONS
BIBLIOGRAPHY
PROJECT**

*Your access to the most comprehensive
bibliography of Cold Regions*

Another information service of the American Geological Institute

| | |
|---|---|
| **Antarctic Bibliography** | # Recent Highlights |

**Antarctic Bibliography**

About the Database

**Bibliography on Cold Regions Science and Technology**

Search the Database
Basic | Advanced

View the April Antarctic Alert which highlights bibliographic citations recently added to the Antarctic Bibliography database.

View the most recent Cold Regions Alert highlighting current literature from the Cold Regions Research and Engineering Laboratory's Virtual Library.

**Bibliography on Cold Regions Science and Technology**

### International Polar Year 2007-2008 Publications

About the Database

View International Polar Year 2007-2008 publications added to the Bibliography on Cold Regions Science and Technology and the Antarctic Bibliography that are based on International Polar Year 2007-2008 projects, or view all IPY 2007-2008 publications by visiting the International Polar Year Publications Database.

Search the Database
Basic | Advanced

**Combined Bibliographies**

### Document Delivery Services

Search the Database
Basic | Advanced

Documents cited in the Antarctic Alert, the Cold Regions Alert and the International Polar Year 2007-2008 Publications list can be ordered online through AGI's GeoRef Document Delivery Service or by calling (703)379-2480, extension 234.

**Instructions and Help**

## Other News and Highlights

How to Use the Databases

### International Polar Year Publications Database NEW

**Additional Information**

The International Polar Year Publications Database (IPYPD) is now available.

Submitting Publications

Cold Regions Calendar

The IPYPD will attempt to identify and describe all publications that result from, or are about, the International Polar Year (IPY) 2007-2008 and the three previous IPYs. The IPYPD currently describes 60 publications. This number is expected to grow to approximately 20,000 publications ten years from now.

Cold Regions Links

Our Partners

The IPYPD will be updated four times per year. The records in the IPYPD contain citations, detailed subject and geographic indexing terms, abstracts, and, in most cases, links to the online full text of the publications.

Contact Us

The IPYPD has been created by the Arctic Science and Technology Information System (ASTIS), the Cold Regions Bibliography Project (CRBP), the Scott Polar Research Institute (SPRI) Library, the Discovery and Access of Historic Literature of the IPYs (DAHLI) project and National Information Services Corporation (NISC). Other polar bibliographic databases and libraries are welcome to contribute.

For additional details, please see the "About" tab on the IPYPD website.

### Cold Regions Calendar of Events Updated NEW

The updated Cold Regions Calendar of Events now lists upcoming symposia through 2008. Please contact us if you would like to submit a meeting announcement.

### Database Update NEW

# Www.columbusregions.com

**Search**

**Columbus, Debt Relief, Debt Management, Debt Free, Debt Solut**
Debt Help, Get out of Debt, Debt Reduction, Pay Off Bills, How to Get out of Debt

| | | |
|---|---|---|
| Vacation | Cruise | Hotel |
| Technology | Digital Camera | Plasma Television |
| Health & Beauty | Weight Loss | Fitness |
| Gifts | Books | DVD |
| Personal Finance | Credit Cards | Debt Consolidation |
| Home | Home Improvement | Recipe |

Copyright © 2007 Vortal Interactive All rights reserved. Terms of Service - Advertise on this network



**New Books:**

**News**

We are publishers of fine Horror, Fantasy and Science Fiction.

New Books for 2007: Doomsdays by Jeffrey Thomas    Tango In The Ninth Circle





### Delta Sigma Theta Sorority, Inc.
### Southern Region

*Cynthia R. Boyd*
**Regional Director**

*Nykeah Cohen*
**Regional Representative**

*Friday 07-13-2007*



| Home | History | Leadership | Restricted | States | Photos | FYI | Contact Us |

## Welcome to the Dynamic Southern Region!

### Condolences

It is with sadness that I share with you that Sandra Horton's father (Charles Horton) passed away at 3:30AM today (6/19).. She and her siblings are making funeral arrangements which are tentatively set for Saturday, but they will confirm within the next day or so. Below is the contact information:

The Horton Family
320 North Terrell Street
Metter, GA 30439

Whitaker Funeral Home
25 North Kennedy Street
Metter, GA 30439

Please be prayerful for her family through this difficult time.



*Southern Regional Conference*
*June 28, 2007 - July 1, 2007*
*Chattanooga, Tennessee*

ΔΣΘ ΔΣΘ ΔΣΘ
ΔΣΘ ΔΣΘ ΔΣΘ ΔΣΘ

**Regional Shirt**

**Regional Choir Info**

**StepShow Guidelines**

**Regional Awards**

**Collegiate Awards**

On behalf of the 216 chapters of the Southern Region, Nykeah and I greet you with sisterly love and affection. The Southern Region is the largest region in Delta and we are doing great things in the community. Whether it is working with young ladies to better themselves through Delta Academy or with Hurricane Disaster Relief, we are epitomizing our mission of public service

Please enjoy your time on our web site and whether you are a Delta or a Non-Delta, we hope that you find the web site informative. We are happy that you have taken the time to visit our site and hope that you will visit again and again. Happy Browsing!

Sisterly,

**Cynthia and Nykeah**



## "Continuing the Legacy of Success"

# Network Solutions.

**Popular Categories**   Travel • Financial Planning • E Commerce • Lifestyle • Real Estate



**Buy a domain name
as low as $14.99**

- [✓] .com  [✓] .net  [ ] .org
- [ ] .us  [ ] .biz  [ ] .info
- [ ] .eu  [ ] .tv  [ ] .name
- [ ] Select all

[ Search ]



Sponsored Listings

**Athabasca University**
Move your career forward with an accredited online degree!
**www.CourseAdvisor.com**

**Online University Courses**
Find university Earn your Online degree easily.
**www.theCampusGuide.com**

**Best Online University**
Find university Earn your Online degree easily.
**www.CampusFind.com**

**Best Online University**
Find Top Online University Courses Learn & Earn Online
Degree
**Your.OnlineDegreeDirect.com**

**Toronto College**
High School College University Technology Business ESL IT
**www.torontocollege.com**

**Mcgill University**
Scholarships, Grants, Financial Aid Get instant access to free
aid
**www.MyFreeDegree.com**

**Taylor University College**
Bachelor of Arts -3 & 4 yr. degrees Quality Christian
University Canada
**www.taylor-edu.ca**

**Arogsy University**
Learn about an online degree from Argosy University Online.
**ArgosyU-Online.com**

**Attend Ottawa University**
Request Ottawa University training info and begin earning
your degree!
**Ottawa.College-Info.net**

**Canadian Rockies $995**
8 Days: Glaciers, Lakes & Mountains Since 1952. Free 28
Page Brochure.
**Caravan.com**

**Search again**

[ Search ]

Related Categories

- CA Athabasca University
- Athabasca University MBA
- Athabasca University com
- Of Athabasca University
- Athabasca University
Students Union
- Distance Education
Athabasca University
- Athabasca University Alberta
- Athabasca University Calgary
- Athabasca University
Edmonton
- Athabasca University Canada
- Athabasca University Online
- Acadia University Canada
- Brandon University Canada
- Brock University Canada
- Dalhousie University Canada

 **Build**
Your Business

- Special web site hosting offer
- Forward visitors to your web
site

My**Corporation**.com

- Incorporate Your Business
- Trademark Your Company's
Name

**Popular Categories**   Travel • Financial Planning • E Commerce • Lifestyle • Real Estate

**Trademark Free Zone | Review our Privacy Policy | Service Agreement | Legal Notice**
Copyright 2007 Network Solutions. All rights reserved.

Home | Contact | Imprint | L

**Project   Partner   News   Press   Publications   Results**

# Welcome

"eHealth will open the door to more easily accessible and better quality health care. It can reduce errors, speed up treatment and offer important cost savings." the Commission of the European Communities

It is in this spirit that "eHealth for Regions" pioneers a common Baltic Sea eHealth Area. The project brings together relevant actors from all the regions and involves those who are concerned with health systems as well as regional development. "eHealth for Regions" goal is to improve the quality of health in the regions of the Baltic Sea Area by the application of information and communication technologies.

# What we achieved so far

The project partners have carried out many activities in the last two years, for example a Regional Need Analysis in five countries asking decision makers, health care actors and patients about their eHealth acceptance and awareness. Furthermore the network partners defined concrete co-operation like eCardiology, eRadiology and cross-border exchange of patient information, in which they work together finding common solutions. As support of the project a Political Strategic Board was formed which consists of representatives of the highest political levels in the partner regions.
More information you find in our results section, i.e. a video about ECG devices at home (HemEKG)


This project is part-financed by the European Union
(European Regional Development Fund)
within the BSR INTERREG III B NP programme

 **PRINTVERSION**



# *eregions.com*

Search : 

**Region    E    A E    Vitamin E    Vitamin E Oil    Natural Vitamin E**

We specialize in Vitamin E Gel, Benefit Of Vitamin E Oil, Vitamin E Selenium, Dry Vitamin E and an array of other products and services.



### Site Menu

Liquid Vitamin E

Vitamin E Side Effects

Vitamin E Skin

Vitamin E For Dog

Cancer E Vitamin

Food With Vitamin E

Unique Vitamin E

Sam E Vitamin

| Region | E | A E |
|---|---|---|
| Orlando Resort | Liquid Vitamin E | Liquid Vitamin E |
| Caribbean Resorts | Vitamin E Side Effects | Vitamin E Side Effects |
| Las Vegas Resorts | Vitamin E Skin | Vitamin E Skin |
| Belize Resorts | Vitamin E For Dog | Vitamin E For Dog |

Get More Info On...

**Benefit Of Vitamin E**



**Pure Vitamin E Oil**



**Vitamin E For Hair**



**Vitamin E Ointment**



Copyright © 2007 eregions.com. All Rights Reserved.

Disclaimer: The registrant of this domain maintains no relationship with third party advertisers that may appear on this website. Reference to or the appearance of any particular service or trade mark is not controlled by registrant and does not constitute or imply its association, endorsement or recommendation.

▶ Text Version
▶ Accessibility



**English Regions Network**

Working with Regional Assemblies          Welcome

**Search** [_____] GO

- Home
- About ERN
- About Regional Assemblies
- Regional Accountability
- Publications ▾
- Events ▾
- Links ▾
- Contact Us

   

The English Regions Network (ERN) is the umbrella organisation for England's eight partnership Regional Assemblies:

**East of England Regional Assembly**          **East Midlands Regional Assembly**

**London Mayor's Office**          **North East Assembly**

**North West Regional Assembly**          **South East England Regional Assembly**

**South West Regional Assembly**          **West Midlands Regional Assembly**

**Yorkshire and Humber Assembly**

Regional arrangements in London are different and whilst London works with ERN on some issues it is not a full member of the Network.

Regional Assemblies are responsible for:

- preparing a statutory Regional Spatial Strategy, including the Regional Transport Strategy
- scrutinising their regional development agency
- integrating policy development and enhancing partnership working at the regional level across the social, economic and environmental policy agenda
- being the 'voice of the region' and speaking out on behalf of the whole of the region at a national and international level.

The role of ERN is threefold:

- to represent the collective views of Regional Assemblies to Government and other key national and European institutions
- to encourage new thinking and research on the regional agenda
- to share best practice and facilitate inter regional networking amongst Assemblies.

Page updated by **Emma Bird**
on 28 June 2007

©2007 English Regions Network all rights reserved
Privacy Policy | Disclaimer | Site Map



# Welcome to **fireregionsix.com**

**For resources and information on Fire and Fire department**

Related Searches

➤ **Fire**

➤ **Fire department**

➤ **Fire fighter**

➤ **Fire truck**

➤ **Fire place**

➤ **Fire extinguisher**

➤ **Fire home proof safe**

➤ **Fire pit**

➤ **Fire protection**

➤ **Fire safety**

➤ **Fire equipment**

More Related Searches

▸ **FDNY**         ▸ **Sheriff**         ▸ **Fire Region**
▸ **Region**

**more related searches**   Haven't found what you're looking for? Then search here: [          ]   Search

Cop  |  Orange County jail  |  Fire Fighter Decal  |  Fire hose  |  Fire pump

© 2007 fireregionsix.com. All Rights Reserved. Contact Us

# Five Regions of the Future™

## Welcome to the Five Regions of the Future™

Please take a survey to measure your technological inclinations.

Scott and Joel are pleased that you have taken your precious time to come and visit. You will find a constantly updating celebration of humanity's intelligence and cleverness as it tries to make the world a better place through the use of technologies from the Five Regions.

If you have read our book, you already understand what this site is all about.

If you haven't yet read our book, this site can be approached several ways. You can scroll down this page and read about the latest technologies that we have identified as important to the future of our world. You can go to the background section and read about the basic tenets of each region. You can go to the section that focuses on one particular region and see what technologies are cataloged there.

Visit the Five Regions of the Future Knowledge Gallery Exhibit



This online self-learning exhibit summarizes the key points of the **FIVE REGIONS OF THE FUTURE book,** introducing you to five distinctive technologies that will help you see *the new pathways leading to* a positive future for your business, community, your life and our planet. Includes 3-part podcast interview with Joel Barker and Scott Erickson.

From this site you can also connect to:

- Joel Barker's videos

- Joel's Implications Wheel strategic tool

- Joel's speeches

Vitamin D May Protect from Infection

An accidental discovery by John J. Cannell, a psychiatrist, has led researchers to conclude that Vitamin D plays a major role in the human immune system. Because so many humans are low in Vitamin D, especially those in northern climates or with very dark skin, this deficiency could explain many disease reactions. For instance, high levels of vitamin D make it much harder for TB to find a purchase. It also reduces the likelihood of fungal diseases, as well and bacterial and viral infections. In particular, it seems to greatly strengthen resistance to flu. How does vitamin D do this? By increasing the body's production of cathledicidin which punches holes in the walls of our single-celled enemies.

*Given the waiting game for Avian Bird Flu, it looks like we should all take more Vitamin D as a general protection.*





## Welcome to the Florida Region Sports Car Club of America

Home
Club Racing
Solo
Rally
Results
Entry Forms
Workers
Membership
Meetings
Contests
Calendar
Torque
Merchandise
Photo Gallery
Classifieds
Misc Forms
Links

Remember when you were a kid playing with your hot wheels and had a dream that someday you could and would be involved in racing? Well, you are in the right place!!! The Florida Region of the SCCA is 1700+ members strong all involved in the sport of road racing, solo, rally, SCCA pro racing, flagging and communication. You could be in the seat of a race car, holding the checkered flag, lining up the cars in the hot pits, or talking to a driver about track hazards and yellow flags. These are only a few of the exciting aspects of the Florida Region SCCA.

Our borders are the southern most tip of Key West, Florida to the Gulf of Mexico on the West, the Atlantic Ocean on the East and North including the counties of Broward, Collier, Dade, Hendry, Monroe, and Palm Beach in the Sunshine State of Florida. That's why we are called the "Sand 'n Shoes Region." We are never far from the ocean, tropical breezes and race tracks. Our home tracks are Moroso Motorsports Park in West Palm Beach, Florida and Homestead-Miami Speedway in Homestead, Florida.



Just about everything you will need to Get Started in motorsports can be found here. So, start your engine, ease the clutch out and **RACE**.

Click HERE to add your name to the Region's E-mail list and get E-mail about events and news.



For complete results of all Florida Region races please visit www.mylaps.com

....

POINT STANDINGS - National, ECR, SARRC points, rules, schedules and other relevant information can be found on the SE Division Racing Web Site



### Happening On Pit Straight

Check Here For the Latest News & Announcements



**The 5th ANNUAL KUMHO TIRES TROPICAL 12 HOURS OF HOMESTEAD IS IN THE RECORD BOOKS...**

CLICK HERE FOR RESULTS

**A SPECIAL THANK YOU GOES OUT TO EVERYONE THAT HELPED WITH THIS GREAT EVENT**

A NEW section was added to the web site on 3/23/07 titled Misc. Forms

This section will contain - Misc. Forms. For example: 2007 Check Request or Request For Reimbursement Form

The Official Florida Region SCCA Online Photogallery

**http://flscca.smugmug.com**

NEW GALLERIES ADDED
Jan. Nat. Homestead - 4/12/2007
Oct. 28-29 Homestead - 4/12/2007

Please Note: If you are or will be in possession of event photos - please contact the web site staff for possible uploading to the Official Florida Region Photogallery. TY

# FrenchWineRegions.com



French Wine Rack | Wine Auction | Screwed Wine | Wine Label | Italian Wine Regions

## FRENCH WINE REGIONS Web Sites - Sponsored Listings

### The California Wine Club
Artisan Wines to Your Door. Hard-to-Find Wines. Great Value.
www.cawineclub.com/

### Buy highly-rated wines
Rare access to wines rated 90 - 100 by W. Spectator.
www.porthos.com/

### Wine.com - Official Site
90+ Rated Wines for Under $20. Shop By Type, Region or Winery
wine.com/

### Wine Franchise
America's Most Enjoyable Franchise 100 Great wines For 25$ or Less
www.vino100.com/

### Shoppers Discount Wine
20% Discount on case or more Excluding sale items. Great Prices!
www.shopperswines.com/

**Related Links**

French Wine Rack

Wine Auction

Screwed Wine

Wine Label

Italian Wine Regions

Marsala Wine

Wine Descriptions

Wine List

Learn Wine

Wine Info

Wine Information

Wine Tastings

Wine Buying

Wine Guides

Boxed Wine

Copyright © 2007 FrenchWineRegions.com. All Rights Reserved

 

# French Wine Regions

# Discover the French Wine Regions ... enjoy their peaceful, romantic settings

Discover the beauty and romance of the French Wine Regions -- their history, characteristics, tours of the wine regions, and of course, their marvelous wines.

Even in poetry, the French Wine Regions hold a special place in the hearts of many:

*Give me a glass that I may see,*
*The splendid Sauvignon in thee,*
*The Riesling grape within your eyes,*
*Your Chardonnay and Pinot skies.*
*Give me a glass that I may see*
*Beyond sweet mediocrity...*

- Anonymous

We can be sure that whoever wrote those lines was not only a great philosopher and poet, but a lover of wines as well. We may never know if they were talking to a lover, or merely to life itself, but it is certainly poignant to note that the most famous of the French grape varieties are mentioned in this passionate expression of thought and emotion.

For centuries, French wines have been heralded as some of the finest in the world. Connoisseurs around the world swear by them; merchants place a high premium on their quality; and thousands of people go on tours of the French Wine Regions every year. On this site, you will find information, comparisons and histories of the various regions.

France's long-standing reputation as a leader among wine producers is not without good reason. It is said that France is the perfect place on earth to grow wine. The combination of cool climates and rich soil has led to the cultivation of over one million hectares of vineyards in the country. To that end, there are eight predominant regions in France that are renowned for their production of world-famous French wines.

### Bordeaux Wine Region
The Bordeaux Wine Region, situated in the south west of France, is one of the largest and most important wine producing regions in the world.

### Burgundy Wine Region
The Burgundy Wine Region consists of many small farms and private cellars. Burgundy wines are renowned for their affordability and high quality.

**Bordeaux**
**Burgundy**
**Champagne**
**Languedoc-Roussillon**
**Alsace**
**Provence**
**Loire Valley**
**Rhone Valley**

Ads by Google

**California Wine Club**
Award-Winning Wines to Your Door America's most trusted for 17 years
www.cawineclub.com

**The Italian Experience**
Cultural Travel, Cuisine, History Regional Tours for Small Groups
www.nadasitaly.com

**Wine Tours in France**
Explore the wine roads throughout Alsace, Burgundy and Champagne.
http://www.abcoffrance.c

**Wine**
Browse a huge selection now. Find exactly what you want today.
www.eBay.com





## Access Is Everything

**Virginia's Gateway Region offers something few places in the United States can match - unparalleled access.**

Virginia's Gateway Region includes the cities of Colonial Heights, Hopewell and Petersburg, and Chesterfield, Dinwiddie, Prince George, Surry and Sussex counties.

### Site Selection Center

Available Properties

Fast Facts

Resource Links


Destination Map

### Media Center

Press Releases

Accolades

Success Stories

**Video Testimonials**

Transportation
Business Environment
Labor

International Business
Existing Industry Portal
Consulting Services

Investors Directory
Become an Investor
Online Resources



**Award Winning Website**
2006 IEDC Awards

**Opportunity Regions**
RETAIL & COMMERCIAL DEVELOPMENT

**Join the TEAM**
EMPLOYMENT OPPORTUNITIES

Home    Legal Disclaimers    Copyright

Who We Are   Media Center   Data Center   Site Selection Center   Business Services   Site Map   Contact Us

All contents copyright © 2006 Virginia's Gateway Region. Call us Toll Free at 1-800-386-8925. All rights reserved.
Site design by **Oliver Creative**.

## Welcome to **gayregions.com**



**Gay Photo**

**Gay Male**

**Gay Search**

**Region**

**Gay**

**Gay.com**

**Gay Personals**

**Gay Resource**

**Gay Web**

**Gay Web Site**

**Search**

VACATION    TECHNOLOGY    HEALTH & BEAUTY    GIFTS    PERSONAL FINANCE    HOME

WHY AM I SEEING THIS WEB SITE?

# www. *geographicregions* .com
*Your Popular Source on the Net*

Related Searches
Mortgage | Lesbians | Geographic Regions | Map Of The U.s | Georgia

 Mother's Day Gifts & Gift Ideas

## Sponsored Listings

**Geographic**
Products and information about Geographic.
eBay.com

**Regions Bank**
Find Answers & Useful Links On Regions Bank
blurtit.com

**GIS Certificate**
Online Graduate Level Program Degree Completely Online
www.universitycollege.du.edu

**National Geographic 10X42**
$93 For National Geographic Read Reviews & Buy Online at Mpire
Mpire.com

**Satellite Maps of Earth**
3D and Satellite Maps of Your House or Paris or Maui - With Directions!
Map.Earth.GooglePages.com

### Related Searches

Lower Regions

Shanghai Regions

Nether Regions

Italy Regions Map

Regulatory Regions

Regions Online Banking

Brain Regions

Maldives Regions

Norway Regions

Tasmania Regions

Iceland Regions

Economy of the United States

Mars Geographic

Nat Geographic

New Geographic



For more information on the **OneGeorgia Authority**, click here.

What's New Around the Region - To be completed later.



# Welcome to **globalregions.com**

**For resources and information on Global and Verizon wireless**
**Inquire about globalregions.com**

Related Searches

🌀 **Global**

🌀 **Verizon wireless**

🌀 **Global regents**

🌀 **Cingular**

🌀 **Nextel**

🌀 **Verizon**

🌀 **Cingular wireless**

🌀 **Verizon Phone**

🌀 **U.S. cellular**

🌀 **Boost Mobile**

🌀 **Nextel phone**

More Related Searches

▸ **T Mobile phone**                     ▸ **Alltel wireless**                     ▸ **10 World Regions**
▸ **Regents Exam Answer Key**      ▸ **Virginia National Park Service**   ▸ **Soil Degradation In North America**
▸ **Environmental Issues of North America**

**more related searches**    Haven't found what you're looking for? Then search here: [                    ]    [ Search ]

Sprint PCs  |  Cingular Cell Phone  |  Nextel cell phone  |  Metro PCs  |  Alltel

© 2007 globalregions.com. All Rights Reserved. Contact Us



Home / GMO-free Regions by Country

WORLD SUMMIT 2008
CONFERENCE 2007
**GMO-FREE REGIONS BY COUNTRY**
  EUROPEAN UNION
  Austria
  Belgium
  Bulgaria
  Cyprus
  Czech Republic
  Denmark
  Estonia
  Finland
  France
  Georgia
  Germany
  Greece
  Hungary
  Iceland
  Ireland
  Italy
  Japan
  Latvia
  Lithuania
  Luxembourg
  Malta
  Mexico
  Netherlands
  Poland
  Portugal
  Romania
  Russia
  Serbia & Montenegro
  Slovakia
  Slovenia
  Spain
  Sweden
  Switzerland
  Turkey
  United Kingdom
  United States
NEWS
POLITICAL DISCUSSION & EVENTS
CONFERENCE 2006
CONFERENCE 2005
GLOSSARY



### Please help us compile the new list of GMO-Free Regions

We have prepared an updated map and a list of the European GMO-Free Regions.

Please have a look at this list and send us any additional information and hints on GMO-Free Regions, areas and municipalities, not yet included. In order to include them in this list, a contact is required.


**GENET**
NGO Network on Genetic Engineering


Zukunftsstiftung
Landwirtschaft
Foundation of future farming


The Greens - European Free Alliance
in the European Parliament

Fondation pour une
Terre Humaine


grassroots
foundation



About Us • Calendar of Events • Things to Do
Places to Stay • Places to Eat • Our Members
Directions • Contact the Chamber

**Welcome to the Gore Mountain Region!**
Let us assist you in planning a memorable
getaway to enjoy all of our Adirondack Region
events and activities. Indulge yourself in the
year-round wonders of our area:

**Summer...** Take a scenic ride on the **Upper
Hudson River Railroad**, uncover a new
treasure on a tour of the **Barton Garnet
Mines**, rise to new heights on a gondola ride.
Golf, shopping, boating, hiking, and biking
await. In August, pick up a fiddle during our
annual **Bluegrass Festival** ... >>

• **2005 Citizen of the Year Award Form**
  - click above link to download form...



History • Town Officials • Community Info • Events
Town News • Town Board • Local Businesses
Planning & Zoning • Directions • Contact the Town

**Welcome to the quaint Adirondack
Town of Johnsburg.** We strive to make
residents and visitors alike feel at home in our
beautiful and friendly community, while
providing services that make your days here
more enjoyable. The Town of **Johnsburg**
includes the hamlets of Bakers Mills,
Johnsburg, North Creek, North River,
Riparius, and Wevertown.

Find out what's going on in our town on the
**Town News** page or check out up coming
**Events**

Design, Development and Search Engine Marketing Services by Mannix Marketing, Inc.




| Home | Event Results | Online Registration | Newsletters ▼ | Classifieds | Links | Forum | About Region 12 |

---

### Coming Events:

### Sunday April 22, 2007

### SOLO EVENT!

### Sunny South Speedway

### Grand Bay AL.

---

## Important Notice about registration for 4/22/07 Solo event at Sunny South Speedway:

**We will only accept the first 50 entries that have <u>pre registered on-line</u>**

<u>Here</u> **is a map to the track.**

Sunday April 15, 2007

## April Newsletter Posted

You can find it <u>here</u> or at the newsletter link above

Friday March 23, 2007

**We now have a discussion board forum. Go <u>here</u> to let the bench racing begin!**

## 2007 Meeting Schedule:

| February 22 | March 22 |
|---|---|
| April 19 | May 24 |
| June 21 | July 19 |
| August 23 | September 20 |
| October 25 | November 15 |

**Dinner starts at 7:00**
**Meeting starts at 8:00**

**Meeting's will be at Fire Mountain restaurant located on Hwy 29 N in Pensacola. It is located in the NW corner of the WalMart Shopping Center parking lot. It is between I 10 and 9 Mile Rd. (Hwy 90) just south of 9 Mile Rd on the E side of the road.**

Capital Region USA



# Washington, DC & the Capital Region USA
Virginia · DC · Maryland

DEUTSCH  ENGLISH  ESPAÑOL  FRANÇAIS  PORTUGUÉS

 TRIP PLANNER     VIEW VIDEO    [          ] Search

HOME    TRIP IDEAS    TRAVEL GUIDE    EVENTS    TRANSPORTATION    MAP    LINKS    BOOK A HOTEL    PHOTO GALLERY



**Ride or Glide Along the George Washington Memorial Parkway**
Just west of Washington, the George Washington Memorial Parkway snakes alongside the Potomac River 25 miles south to first U.S. President George Washington's Mount Vernon estate.
...more



**View our interactive e-Guide!**

## SPECIAL EVENTS

Thu, Jul 12 **The Liquid Summer Festival**, Baltimore City, MD

Jul 12 - 15 **Baltimore County 4-H Fair**, Timonium, MD

Jul 12 - Aug 23 **Bonfires & Story Hour on the Beach**, Ocean City, MD

Fri, Jul 13 **"Happy Birthday Rhonda Vincent!"** Concert, Buena Vista, VA

...more



**Water, Water Everywhere**
The Capital Region USA, kissed by the Atlantic Ocean and fed by the Chesapeake Bay and its tributaries, hosts some of the world's top water events. Here you can enjoy everything from beaches to sailing lessons to lighthouse tours and ocean bound racing events. River cruises and kayaking trips make great sightseeing excursions, too.

**Washington, DC**
Take a leisurely break from sightseeing at Fletcher's Boat House along the Potomac River, offering outstanding fishing, biking and boating in a picturesque setting just minutes from downtown. ...more.

**Maryland**
Lose yourself in the quaint seaport village of Annapolis. The vibe is laid-back, the scenery is awe-inspiring and the local fare is seasoned with the flavors of the Chesapeake Bay. ...more

**Virginia**
There's variety in Virginia's beaches — from the action-packed shores of Virginia Beach to the uninhabited sands of Assateague Island and the hideaways of Virginia's tidal rivers — and all cater to family fun! ...more.



Reagan National and Washington Dulles International Washington's Airports Helping to Make the Most of Your Time.

...more

ABOUT US  |  CONTACT  |  TRAVEL TRADE  |  PRESS ROOM  |  PRIVACY POLICY  |  NEWSLETTER

WASHINGTON, DC  |  MARYLAND  |  VIRGINIA

The Capital Region USA is a tourism marketing organization representing Washington, DC, Virginia and Maryland.

OOOOOOOO  Creative & technical services provided by ASAA Multimedia  OOOOOOOO

NetworkSolutions.

**Coming Soon!**
This site is under construction.

**Popular Categories**    Travel • Financial Planning • E Commerce • Lifestyle • Real Estate

**Buy a domain name**
**as low as $14.99**

[ ]

☑ .com    ☑ .net    ☐ .org
☐ .us    ☐ .biz    ☐ .info
☐ .eu    ☐ .tv    ☐ .name
☐ Select all

[ Search ]



Sponsored Listings

**Heritage Institute**
Request free Heritage Institute career training information today!
**Heritage.College-Info.net**

**NC's Largest Vineyard**
Shop for fine wines at Hinnant Family Vineyards & Winery.
**www.hinnantvineyards.com**

**Regions Bank Info**
Regions Bank Mortgage Info and free online home loan quotes.
**Finance9.com**

**Regions Financial Execs**
Buy business contact lists now Cost effective B2B sales leads
**www.netprospex.com**

**Harley-Davidson® Heritage**
Take The Next Step Toward A Harley. Learn More Now. Official H-D® Site
**www.harley-davidson.com**

**Heritage Hardware**
Heritage Hardware 35% off. Solid brass with patina finishes.
**www.DoorHardwareSupply.com**

**Regions Online Banking**
Get Great Results Now For Regions Online Banking
**fiveresults.com**

**Certified Gold Exchange**
Direct Supplier of Gold Coins to US Dealers and Household Investors.
**www.certifiedgoldexchange.com**

**Heritage inn**
Get Our Best Price Guarantee on All Hotels Across the Nation at Expedia
**www.Expedia.com**

**Colorado Heritage Tourism**
Learn Colorado Springs' history on your next trip. Order Free Guide
**ColoradoSprings.travel**

**Search again**

[ ]

[ Search ]

Related Categories

• Lower Regions
• Shanghai Regions
• Europa Regions
• Heritage Building
• Tasmania Regions
• Heritage Area
• Heritage Corridor
• Heritage Development
• Italian Wine Regions
• Hispanic Heritage
• Latino Heritage
• Regions Mortgage Company
• Marsala Wine
• Wine Descriptions
• Wine List

**Build**
Your Business
• Special web site hosting offer
• Forward visitors to your web site

MyCorporation.com

• Incorporate Your Business
• Trademark Your Company's Name

**Popular Categories**    Travel • Financial Planning • E Commerce • Lifestyle • Real Estate

Trademark Free Zone | Review our Privacy Policy | Service Agreement | Legal Notice
Copyright 2007 Network Solutions. All rights reserved.



NetworkSolutions.

**Coming Soon!**
This site is under construction.

**Popular Categories**    Travel • Financial Planning • E Commerce • Lifestyle • Real Estate

**Buy a domain name
as low as $14.99**

☑ .com  ☑ .net  ☐ .org
☐ .us  ☐ .biz  ☐ .info
☐ .eu  ☐ .tv  ☐ .name
☐ Select all

**Search**



**Domain Name**
Certified Offer Service
Get the domain name you really want
Learn More ▶

**FREE Domains!**
Get a FREE domain name with annual purchase!
Learn More ▶

Sponsored Listings

**Heritage Institute**
Request free Heritage Institute career training information today!
**Heritage.College-Info.net**

**NC's Largest Vineyard**
Shop for fine wines at Hinnant Family Vineyards & Winery.
**www.hinnantvineyards.com**

**Regions Bank Info**
Regions Bank Mortgage Info and free online home loan quotes.
**Finance9.com**

**Regions Financial Execs**
Buy business contact lists now Cost effective B2B sales leads
**www.netprospex.com**

**Harley-Davidson® Heritage**
Want A Harley-Davidson Motorcycle? Find Out How At Official H-D® Site.
**www.harley-davidson.com**

**Heritage Hardware**
Heritage Hardware 35% off. Solid brass with patina finishes.
**www.DoorHardwareSupply.com**

**Home Wine Cellar Storage**
Beautiful, Quality Wine & Liquor Storage Furniture. Find A Dealer!
**www.HowardMiller.com**

**Regions Online Banking**
Get Great Results Now For Regions Online Banking
**fiveresults.com**

**Certified Gold Exchange**
Direct Supplier of Gold Coins to US Dealers and Household Investors.
**www.certifiedgoldexchange.com**

**Heritage inn**
Get Our Best Price Guarantee on All Hotels Across the Nation at Expedia
**www.Expedia.com**

**Search again**

Search

Related Categories

• Lower Regions
• Shanghai Regions
• Europa Regions
• Heritage Building
• Tasmania Regions
• Heritage Area
• Heritage Corridor
• Heritage Development
• Italian Wine Regions
• Hispanic Heritage
• Latino Heritage
• Regions Mortgage Company
• Marsala Wine
• Wine Descriptions
• Wine List

 **Build**
Your Business
• Special web site hosting offer
• Forward visitors to your web site

MyCorporation.com

• Incorporate Your Business
• Trademark Your Company's Name

**Popular Categories**    Travel • Financial Planning • E Commerce • Lifestyle • Real Estate

**Trademark Free Zone** | **Review our Privacy Policy** | **Service Agreement** | **Legal Notice**
Copyright 2007 Network Solutions. All rights reserved.

NetworkSolutions.



**Coming Soon!**
This site is under construction.

**Popular Categories**    Travel • Financial Planning • E Commerce • Lifestyle • Real Estate

Buy a domain name
as low as $14.99



☑ .com    ☑ .net    ☐ .org
☐ .us     ☐ .biz    ☐ .info
☐ .eu     ☐ .tv     ☐ .name
☐ Select all

[ Search 🔍 ]



Sponsored Listings

**Heritage Institute**
Request free Heritage Institute career training information today!
**Heritage.College-Info.net**

**Heritage Volkswagen**
Great Deals on New/Used Cars! Heritage VW Owings Mills Auto Group
**www.HeritageWV.com/VW**

**Regions Financial Execs**
Buy business contact lists now Cost effective B2B sales leads
**www.netprospex.com**

**NC's Largest Vineyard**
Shop for fine wines at Hinnant Family Vineyards & Winery.
**www.hinnantvineyards.com**

**Heritage Hardware**
Heritage Hardware 35% off. Solid brass with patina finishes.
**www.DoorHardwareSupply.com**

**Express your sympathy**
Sympathy tokens delivered daily to Heritage Funeral home since 1950
**www.starclaireflorist.com**

**Certified Gold Exchange**
Direct Supplier of Gold Coins to US Dealers and Household Investors.
**www.certifiedgoldexchange.com**

**Get Free Maps Now**
Instant access to maps & directions on your desktop! Free and easy.
**www.Starware.com/Maps**

**Harley-Davidson® Heritage**
Learn How To Get On A Harley Today Sign Up For Info. Official Site.
**www.harley-davidson.com**

**Colorado Heritage Tourism**
Learn Colorado Springs' history on your next trip. Order Free Guide
**ColoradoSprings.travel**

**Search again**

[ Search 🔍 ]

Related Categories

• Lower Regions
• Shanghai Regions
• Europa Regions
• Heritage Building
• Tasmania Regions
• Heritage Area
• Heritage Corridor
• Heritage Development
• Italian Wine Regions
• Hispanic Heritage
• Latino Heritage
• Regions Mortgage Company
• Marsala Wine
• Wine Descriptions
• Wine List

 **Build**
Your Business

• Special web site hosting offer
• Forward visitors to your web site

MyCorporation.com

• Incorporate Your Business
• Trademark Your Company's Name

**Popular Categories**    Travel • Financial Planning • E Commerce • Lifestyle • Real Estate

**Trademark Free Zone | Review our Privacy Policy | Service Agreement | Legal Notice**
Copyright 2007 Network Solutions. All rights reserved.

www.hersheyregionstore.com



# This site is under construction.

Why am I seeing this page? Learn more.

Are you the owner of this domain? Find out how to replace this page.

**Search the Web:**

[                    ]  [ Search the Web ]

### Try these searches related to www.hersheyregionstore.com:

- Hershey Store
- Com Hershey
- Com Region
- Hershey
- Hershey Chocolate
- Hershey Park

- Hershey Park PA
- Day Inn Hershey
- Comfort Inn Hershey
- Hershey Park Hotel
- Hershey Lodge
- Hershey Pennsylvania

- Hershey Restaurant
- Day Inn Hershey PA
- Florist Hershey
- Giant Center Hershey PA
- Hershey Park Pennsylvania
- Hotel In Hershey Pennsylvania

- Hershey Hotel
- Hershey PA Hotel
- Hershey PA
- Hotel In Hershey PA
- Hershey Gift
- Hershey Real Estate

- The Suite at Hershey
- Hershey Chocolate Gift
- Hershey Giant Center
- Boarding Hershey School
- Hershey Jobs
- Hotel Near Hershey Park

- Spring Hill Suite Hershey
- Hershey Penn
- Hershey Spa
- Hershey Park PA Hotel
- Flower Hershey
- Hershey Bear

### Popular searches:

**Vacation**
Cruise
Hotel
Cheap Flight
Travel Agent
Golf Vacations

**Health & Beauty**
Weight Loss
Fitness
Plastic Surgery
Skin Care
Pregnancy

**Personal Finance**
Credit Cards
Debt Consolidation
Financial Advisor
Loans
Credit Report

**Technology**
Digital Camera
Plasma Television
Mobile Phone
Laptop
Web Hosting

**Gifts**
Books
DVD
Engagement Ring
Chocolate
CD

**Home**
Home Improvement
Recipe
Family
Home Decorating
Pets





**HSTW OHIO REGIONS**



Workshops &
Registration

Event Calendar

HSTW Overview

MMGW Overview

Ohio Regions
Overview

Ohio School
Improvement
Institute 2006
Resources

Ohio School
Improvement
Institute 2007

TAV/TRV

Resources

WHAT'S NEW?

**HSTW Mission:** *High Schools That Work* is all about raising student achievement - with research and data to prove that it works!

**Program Scope:** *High Schools That Work* (*HSTW*) is the first large-scale national effort to engage states, districts and schools in improving student success for the world of work and for further education. *HSTW* is a framework that provides direction for schools to improve academic and career-technical instruction.

Ohio is the 22nd state to adopt the *HSTW* school-improvement model in partnership with the Southern Regional Education Board (SREB). Participating states and schools agree to accelerate student achievement by creating the supportive framework required for teachers and school leaders to implement *HSTW* goals, key improvement conditions, and practices.

*Copyright © 2005 HSTW Ohio Regions*
*All Rights Reserved*
*MC&D*

# IndianRegions.com

## INDIAN REGIONS Web Sites - Sponsored Listings

### The DNA Ancestry Project
Discover your ancestry with DNA. Find ethnic and geographic origins.
www.dnaancestryproject.com/

### Native American Ancestry
Apache? Chippewa? Salish? Discover Your Roots for Only $199
www.dnatribes.com/

### Indian
Browse a huge selection now. Find exactly what you want today.
www.ebay.com/

### Minority Business Grants
Free money for your business from gov't & foundation sources. (GK1)
www.equalitygrants.com/

### Native American Students
In less than 3 minutes, you'll have access to 1.3 Million Scholarships
www.fastweb.com/

### Related Links

Indian Ceremonies
Indian Territories
Louisiana Indian Tribe
Indian Native American
Pawnee Indian
History Of Indian
Indian Pics
Indian River
Indian Language
Desi Indian
Indian Astrology
Indian Chief
Indian Cooking
Indian Cricket
Indian Cuisine

Copyright © 2007 IndianRegions.com. All Rights Reserved





Mr Olympia Expo 2004 - Booth 919

**Health is infinite and expansive in mode, and reaches out to be filled with the fullness of the world...** *Oliver Sacks, Awakenings, 1973*

Site Topics

🌑 Nutrition is the key to success in so many aspects of our lives. Unfortunately we often starve our bodies of the essential ingredients they need. Even though we strive to eat properly, dieting and stress steal away precious nutrients as thieves of our health.  Learn about supplements that can help !

🌑 Sometimes just exercising doesn't do enough to help us reach our weight and fitness goals. We need to be taught and coached through a lifestyle change to reach our full potential.  Learn about personal trainers !

🌑 Art is the therapy of the mind. It helps us express ourselves and sooth away the stress from out lives. I have included works of art from San Diego area artists. Enjoy !



[Company][Products][News][Support][Contact Us]

Copyright (c) 2004 My Company. All rights reserved.

support@infiniteregions.com.com

 

# Innovating Regions in Europe

**Print Version**

SITE: [Go]

Home
IRE Network
IRE Network Services
Regional Innovation Strategies
News and Events
Find a Document
IRE Articles
Search the Network
Forums
Schemes
IRE Award
Mutual Learning Platform
IRE Working Groups

## Welcome to the
## Innovating Regions Website

*Strengthening the global competitiveness of European regions by promoting innovation policies, and providing a unique platform for regions to cooperate and learn from each other.*



### Map Search
**Click the map !**

## Network directory

- Regions
- Who's who
- IRE Working Groups
- Impact Assessment and Benchmarking

- Thematic Networks
- Regions of Knowledge
- Steering Group
- IRE Secretariat
- European Commission

To find experts, partners and good practices, contact us

## Schemes

**Starterzentrum encourages future entrepreneurs on the Saarland University campus**
Starterzentrum aims to create a culture of self employment through a positive change in the attitudes towards entrepreneurship, allowing technology- or science-based firms to launch their business ideas on campus. The centre offers, among other things, studies for future entrepreneurs and a coaching programme.

[read more]

**Centres of Industrial Collaboration**
The Centres of Industrial Collaboration aim to create collaboration between companies and regional universities with first-class research. The objective to make the centres self-sustaining on commercial income ensures that their work corresponds to companies' real needs.

[read more]

**Innovation Assessment Methodology Lower Austria**
Lower Austria's Innovation Assessment Methodology is a tool that provides systematic information about the outcome and impact of regional innovation policy interventions. This allows regional decision makers to continuously adapt policy measures to actual needs.

[read more]



## Latest News

- **OECD REVIEW ON GLOBALISATION AND RE**
  OECD has published a review on how region globalisation.

- **MINUTES OF KNOWLEDGE TRANSFER WORI**
  The knowledge transfer working group met

- **MINUTES OF THE REGIONAL INNOVATION GROUP**
  The minutes of the last meeting of this IRE now available.

## Highlighted Article

**Regional innovation systems: key to gro**
Expansion presents both challenges and opp for the EU as a whole, as a larger market for indigenous suppliers of goods and services i bigger target for the lower-wage economies. the Lisbon strategy of building a competitive the exploitation of knowledge is vital.

**>>MORE ARTICLES**

## Upcoming events

- Meeting of the Focus Group 'Clusters and In - 5/10/2007 (Miskolc, HU)
  Shortage of innovation financing, in parti stage of the innovation process, is recogr main barriers for innovation in Europe. Th funding for start-up and spin-off compani for many EU countries, not least in Centr Europe.

- Meeting of the IRE working group 'Knowledg universities and enterprises' - 25 - 26/10/20 SE)

- EU Interregional Cooperation Forum 2007: C IIIC – Launching INTERREG IVC - 20 - 21/9/
  The event marks the launch of INTERREG programme for interregional cooperation, INTERREG IIIC is already helping Europe together and improve regional developme Danuta Hübner, European Commissioner and Francisco Nunes Correia, Portuguese Environment, Spatial Planning and Regioi

**>> M(**

# Www.intermountainregions.com

**Search**

**Intermountain, Region, Homes for Sale, Apartments, Dating Serv**
Chat Rooms, Airline Tickets, Travel Guides, Las Vegas, Hawaii

| | | |
|---|---|---|
| Vacation | Cruise | Hotel |
| Technology | Digital Camera | Plasma Television |
| Health & Beauty | Weight Loss | Fitness |
| Gifts | Books | DVD |
| Personal Finance | Credit Cards | Debt Consolidation |
| Home | Home Improvement | Recipe |

Copyright © 2007 Vortal Interactive All rights reserved. Terms of Service - Advertise on this network



# Iowa Region SCCA

## **Home**

Home

Schedule of Events

Calendar

News

Results

Links

Contact Us

Welcome to the Iowa Region SCCA homepage. Anyone with an interest in SOLO II competition will find something of interest at this site, although the main purpose of this site is to provide information to drivers interested in competing in an Iowa Region event. We have a schedule of events for each season and results for previous events are posted as they become available.

Read the article about us that appeared in the May 29, 2004 issue of the Gazette.

Be sure to sign up for the calendar to be notified of upcoming events.

Check out the new News section **(Last updated 2007-03-27)** for updates from the SCCA, as well as news and invitations from other regions.

Update: The May 20th TBA event has been cancelled.





ENGLISH · ESPAÑOL · FRANÇAIS

[                    ] SEARCH

Web map | FAQ | Links| Contact

| THE WORLD SUMMIT | IT4ALL | PLAN OF ACTION | PARTNERS AND MEMBERS | HOW TO PARTICIPATE | DOCUMENTS |

home

**NEWS**

· Workshop on Digital Local Agenda in Durban, South Africa held on the 16-18 April 2007.
02/05/2007 - 12:50

· Digital local agenda: main subject in EISCO 2007
16/04/2007 - 09:43

· "E-GOVERNANCE" Digital Local Agenda Awareness Raising Workshop 12 – 14 March, 2007 Piock, Poland
22/03/2007 - 11:24

· European recognition of the role of local authorities in the achievement of the MDGs – Schapira Report-
22/03/2007 - 10:44

· eGovernance Digital Local Agenda Awareness Raising Workshop in CIFAL Shanghai (28-20 March 2007)
28/02/2007 - 16:01

**IT4ALL - Network of Local Authorities for the Information Society** is a Network of local authorities of worldwide reach aiming to define and obtain a common position for Local Authorities all over the world towards the World Summit on Information Society (December 2003, Geneva and November 2005, Tunisia).

The IT4ALL Network is a valid instrument to garantee the effective cooperation between Local Authorities (cities, regions and local governments)to access Information Society, basic sphere for their social and economic development.

The Network is coordinated and animated from the Centre CIFAL BILBAO , assigned to the CIFAL Programme (International Training Centre for Local Authorities/Actors) from UNITAR (United Nations Institute for Training and Research).



**II WORLD SUMMIT OF CITIES AND LOCAL AUTHORITIES ON THE INFORMATION SOCIETY**
Bilbao, 9, 10 and 11 November 2005

**PRIVATE AREA**

Allows Members of the IT4ALL Network to autodiagnose and access the good practices identified around the world.

**DIGITAL LOCAL AGENDA**

- Ten principles of Bilbao
- 
- Plan of Action of Bilbao
- Collaborators:
  - United Cities and Local Governments
  - Global Alliance for ICT and Development (GAID)
  - United Nations Institute for Training and Research(UNITAR)





CIFAL BILBAO

**CENTRO CIFAL BILBAO**
Parque Tecnológico de Bizkaia
Kanala Bidea edif. 103 2ª
48170 Zamudio BIZKAIA
TEL.: +34 94 431 71 21
FAX: +34 94 431 71 22
info@cifalbilbao.org



# Welcome to **italianregions.com**

**For resources and information on Umbria and Tour of Italy**

Related Searches

- Umbria
- Tour of Italy
- Tuscany
- Italy
- Piedmont
- Europe
- Italian
- Apartment Italy
- Travel and Italy
- Rome
- Italy accommodations

More Related Searches

| | | |
|---|---|---|
| ▸ Tuscany Italy | ▸ Italy tourism | ▸ Liguria |
| ▸ Rental car in Italy | ▸ Italy weddings | ▸ Italy vacation rental |
| ▸ Italian Villa Rentals | ▸ Italy tour packages | ▸ Italian flag |
| ▸ Lombardy hotel | ▸ Italy villa | ▸ Sicily |

more related searches    Haven't found what you're looking for? Then search here: [          ]   Search

Campania  |  Italy Hoteles  |  Italy vacation  |  Amalfi coast  |  Map

© 2007 italianregions.com. All Rights Reserved. Contact Us | Advertiser Info

kansasregionscca.com



# Welcome to **kansasregionscca.com**

**For resources and information on Kansas speedway and Atlanta motor speedway tickets**

Related Searches

- **Kansas speedway**
- **Atlanta motor speedway tickets**
- **Corvette museum**
- **Phoenix international raceway**
- **C5 corvette**
- **Pocono Raceway Tickets**
- **Classic corvette**
- **Corvette for Sale**
- **Talladega tickets**
- **Race Tickets**
- **Richmond raceway**

## More Related Searches

| | | |
|---|---|---|
| ▸ South Boston speedway | ▸ Corvette picture | ▸ Race packages |
| ▸ Racing tickets | ▸ Speedway In | ▸ Las Vegas motor speedway |
| ▸ Talladega race | ▸ Kansas Raceway | ▸ Lowes motor speedway |
| ▸ Phoenix motor speedway | ▸ Chicagoland Speedway Tickets | ▸ Abilene hotel |

**more related searches**   Haven't found what you're looking for? Then search here: [        ]  **Search**

Corvette sting ray  |  Dirt Race Track  |  Corvette c6  |  Used corvette for sale  |  Speedway Indiana

© 2007 kansasregionscca.com. All Rights Reserved. Contact Us | Advertiser Info



# KANSAS REGION SCCA

### "Grassroots Motorsports Capital of the World"

**HOME**
**Schedule**
**Results**
**Club Racing**
**Solo II**
**Road Rally**
**Track Events**
**Photos**
**Links**
**Contact Us**
**GET STARTED!**

Visit the
**The Kansas Region
Solo II Yahoo Group**















## UPCOMING EVENTS

### KANSAS REGION:

**May 5-6 - Regional Double Header - HPT** - Online Registration Now Open

**May 16 - Board Meeting -** Location TBA

**June 9-10 - Regional Double Header - HPT**

**June 16-17 - National Races - HPT**

### MIDWEST DIVISION:

**April 28/29 -** Regional/ National/IT Tour - Gateway

**May 5 - Crash Fire Rescue School**

**May 19/20 -** Regional/ National/IT Tour - MAM

....**Midiv Calendar**

## LATEST NEWS

Click Here For National SCCA
News & Information

NEW **04/15 Solo Results Online**

NEW **HPT Road Course Configuration Change**

**Meet in the Middle Rally Results now online**

**Kansas Region Solo Schedule Finalized - Finally!**

**Welcome!** The Kansas Region of the Sports Car Club of America (**SCCA**) serves, very roughly, the Eastern quarter of Kansas. We have over 300 members, whose principal interest, oddly enough, is tossing mostly small cars around large paved surfaces, or alternatively, watching or helping others do so. The Kansas Region is the home of the **SCCA National Headquarters** and **Heartland Park Topeka**. We annually host the **Solo II National Championships**, the largest participant motorsports event in the world and the **Club Racing National Championship Runoffs**, commonly referred to as the Olympics of Motorsports. Get off of the sidelines and come join the fun!

**Ready to Get Started?**

**START**

All Club Racing events at Heartland Park held in conjunction with:







**Places To See**          **Things To Do**          **Recreation**          **Events**





You have heard of the most exciting 2 minutes in sports.
In Kentucky's Derby Region, Louisville is your starting
gate to a region of unmatched adventure.

THE KENTUCKY DERBY REGION...
WE'RE FURLONGS AHEAD IN TRAVEL.





Copyright 2006
Kentucky Department of Travel
Developed By:
Hammond Communications Group



**Lake Region Storage: Serious storage. Serious security.**

At Lake Region Storage, we don't put a value on the property you store here because we treat everything as if it's our own. State-of-the-art security, climate control, door alarms and an on-site manager are some of the ways we protect your belongings, maintain their existing condition and give you peace of mind.

With locations in Brainerd and Duluth, we offer convenience for those who want to de-clutter their garage, house or storage shed. And we provide a valuable service for businesses that want to store office furniture, inventory, equipment or valuable records.

Lake Region Storage is serious storage. And serious security.

**Brainerd**
16231 State Highway 371 N.
Brainerd, MN 56401
Telephone: 218-822-3222
Email: LRSon371@uslink.net

**Duluth**
3210 West Michigan Street
Duluth, MN 55806
Telephone: 218-624-3333
Email: LRSon135@uslink.net

Home | Personal Storage | Business Storage | Vehicle Storage | Serious Security | Brainerd Facility | Duluth Facility

Wednesday, May 02, 2007



Cottage Place on Squam Lake

**LRA/Home**    **Activities**    **Where To Play**    **Where to Dine**    **Where to Shop**    **Where To Stay**    **Real Estate**    **Where to Ask**    **Services**

LRA/Home

Register  Login

Welcome to our new online reservations system. For even more lodging choices, please visit our **Where To Stay** pages.

**Free Vacation Guides**





**Travel Deals!**

Romance • Adventure • Family Fun
Golf • Shopping • Arts & More...



| **Accommodations** | **Cars** | **Flights** |

Check In: mm/dd/yyyy    Check Out: mm/dd/yyyy    Rooms: 1    Adults: 1    Children: 0    **Search**



**Subscribe Now!**


Stay in Touch

Email Newsletter

**Vacation Packages**



**Virtual Tours**

***\* Upcoming Event Highlights \****

Want more? We have tons of great events from arts and cultural performances to athletic and recreational events to summer NASCAR to enrichment programs. Take a look!

To Submit your Events Click Here
March | April | May | Annual Event Calendar
(Calendar View)

**May 2007**

| S | M | T | W | T | F | S |
| --- | --- | --- | --- | --- | --- | --- |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

**Thurs-Sat, May 3 - 12 - Tamworth**

**Slow Dance with a Hot Pick at the Barnstormers Theatre**
This exciting brand
new musical explores
the phenomenon of marathon contests and the people who are involved in them. Relationships develop, clouded dreams of a better life diminish, inner strength is tested. A funny and poignant look into a world all its own! Be sure not to miss this exciting world premier!  read more...

**Friday, May 4 - Franklin**
**Buckets and Tap Shoes at the Franklin Opera House**
Live and Out Loud!

## What's New - Lakes Region, New Hampshire

**ICE OUT on Lake Winnipesaukee!**
"ICE OUT" on Lake Winnipesaukee occurred at 3:17 pm on April 23rd, 2007. The official "ICE OUT" was declared by Dave Emerson of Emerson Aviation of Gilford. Observers have maintained a close watch of the disintegrating ice over the past several days. This weekend's winds and high temperatures helped move out the remaining strongholds.  read more...



**Teen Retailer Aéropostale Opens New Store in Tilton**
Aéropostale, the premier destination for teen fashions, is coming soon to a mall near you! On April 28, 2007, Aéropostale opens their new concept store at the Tanger Outlets. "Our innovative teen-friendly stores continue to delight our customers providing the perfect balance of casual comfortable apparel at reasonable prices," said Tom Johnson, Aéropostale's Executive Vice-President and Chief Operating Officer.  read more...



**Meadowbrook Venue Makes Short List for 42nd Annual Academy of Country Music Awards**
The Academy of Country Music has announced its nominations for the 42nd Annual Academy of Country Music Awards. Meadowbrook Musical Arts Center finds a place on the short list of venues nominated for the "Venue of the Year" award. Other venues included in this category are the Grand Ole Opry in Nashville and Harrah's North Kansas City.  read more...



**Open-Water Fishing Starts April 1 for Lake Trout, Salmon**
Enthusiastic anglers will be out in force this Sunday, April 1, for the true start of spring for sportsmen and women -- the launch of the open-water fishing season on landlocked salmon/lake trout-managed lakes.  read more...

**Chocorua Camping Village Selected As National Park of the Year**
Chocorua Camping Village, located in Tamworth N.H., was recently recognized by the National Association of RV Parks and Campgrounds, (ARVC), during its 2006 National Convention in Orlando FL as the mid-sized Park of the Year. The Board of Directors of ARVC, which represents over 4000 member campgrounds and RV (Recreational Vehicle) Parks across the country, selects each year one campground to receive, this, the most prestigious national award in the Campground & RV Park Industry.  read more...



**Group Travel Site**

landregions.com



# Welcome to **landregions.com**

**For resources and information on Land and Land for sale**

Related Searches

- Land
- Land for sale
- Tennessee land for sale
- Costa Rica land for sale
- Land auction
- Lake Hartwell property
- Acreage for Sale
- Land contract
- Land for sale by owner
- Land financing
- Land development

### More Related Searches

- ▶ Austin Texas Real Estate for Sale        ▶ Buy land                    ▶ Land Investment
- ▶ Cheap land

**more related searches**   Haven't found what you're looking for? Then search here: [                    ]   Search

Sell land  |  Hunting land for sale  |  Hunting land  |  Flipping properties  |  Land for sale in Costa Rica

© 2007 landregions.com. All Rights Reserved. Contact Us



Home   Overview   Amenities   Hotel Info   Rates & Reservations   Directions   Restaurants   Attractions   Contact Us

FOR CONVENTION & SHOW INFORMATION
CLICK HERE

## WELCOME TO THE
## LONE STAR REGION

DIVISIONS

LSR CARS

MEMBERSHIP INFO

OFFICERS/DEPARTMENTS

GALLERY

CLINICS

LINKS

Hello and welcome to the LSR website!

It is my pleasure to welcome you to our NMRA Region. Whether you live in
Louisiana or Texas, you will find that the Lone Star Region is very active in our
great hobby of model railroading. Of course, as with any hobby, the more you
participate in it, the more you will enjoy it. As President of the LSR, I would like
to encourage you to be active in those areas that most appeal to you.

You might find your greatest interest is in a local club, your Division, or the
Region activities. Contests, building structures, layout construction, model
scratch building, collecting, operating or viewing prototypes are other areas of
involvement. There are also NMRA special interest groups such as Layout
Design and Operations, not to mention the annual NMRA convention.

Above all, nothing will replace the friendships gained in the
hobby. It is always a wonderful feeling to both share and receive help and
guidance from fellow model railroaders. Although we come from all walks of
life we share a common interest, the love of TRAINS.

A major part of the LSR's activity centers around an annual convention in June.
The convention alternates between Houston, San Antonio, Dallas/Ft. Worth and,
occasionally, other areas. The conventions offer a great many opportunities.
Experts in all fields give clinics. Local layouts (club & home) are on tour, and
"operating" sessions take place. Contests, auctions and displays are included.
Tours are available to local prototype points of interest, and, of course, there are
clinics, tours, lunches, etc. for all the Non Rails. To complete the enjoyment,
there is always a banquet, guest speaker and Sunday breakfast which includes the
general membership meeting.

As a member of the LSR, you will receive a quarterly publication that we call
**The Marker Lamp**. This gives you a good picture of what is happening in each
of the Region's 8 divisions and where to find local activities. The NMRA
sponsors a truly unique Achievement Program. Qualified members are willing to
help those interested in obtaining certification of achievement in the various
categories offered.

As a member of NMRA, you are also automatically a member of the LSR and the
Division in your area. You will receive **The Marker Lamp** every quarter and be
eligible for all activities including the annual LSR convention. This website or the
NMRA website will provide you with the membership application to join the
NMRA.

Again, let me welcome you to the NMRA/LSR. I hope you will call on any of us
listed in **The Marker Lamp** to further your enjoyment in the Lone Star Region.

Jerry Schoenberg, MMR
President, Lone Star Region

Click here to see the map of the LSR.

## Don't Just Belong...Participate!

Remember...click on any LSR logo to come to the home page...
The LSR website is optimized for 1024 x 768.

Please send any pictures, articles or tips to:
Duane Richardson, MMR - LSR Webmaster

Welcome aboard...you are the   0 0 1 3 4 6 4   passenger on the LSR.

Last modification 04/24/2007 21:48:26 01/01/2004 10:56:39 by Duane Richardson, MMR
© 2004 lonestarregion.com design by Uncle Dude's Web Shop

Home    Contact    News    Links

search...

NEWSFLASH

Welcome to lostregions.de

The guide to install ISPconfig
on gentoo Servers

Have fun

Martin

MAIN MENU

Home

News

Wiki

Links

Contact

Search

Link-Register

LOGIN FORM

Username

Password

☐ Remember me

Login

Lost Password?

SYNDICATE

RSS 0.91
RSS 1.0
RSS 2.0
ATOM 0.3
OPML SHARE IT!

PAYPAL DONATE

PayPal Donation

Enter Amount:

$    USD ▾

Donate Now

Asterisk Based PBX $699
Intuitive GUI - Running in 30 min. Free
Trial Download-Turnkey Systems

Asterisk Book
Learn to install, configure, deploy secure
and maintain Asterisk

Ads by Google

Powered by
Joomla!
Version 1.0

Home

## ISPconfig Version 2.2.9 released

Monday, 18 December 2006
ISPConfig 2.2.9 released

This ISPConfig release adds support for OpenSuSE 10.2 and Debian 4.0 (Etch), ClamAV was updated to 0.88.7 and several minor bugs were fixed. The Russian translation of the control panel interface was added.

For a detailed list of changes please read the changelog.

The current stable release 2.2.9 is available for download here .

## ISPconfig 2.2.8 released

Thursday, 23 November 2006
You can get it here:

http://www.ispconfig.org/downloads.htm

The Changelog:

- Update: PHP to version 5.2.0
- Update: ClamAV to version 0.88.6
- Update: SpamAssassin to version 3.1.7
- Update: Unzip to version 5.5.2

There are no new functions, only package updates.

## Wiki for Gentoo/ISPconfig

Friday, 01 September 2006
Just released a howto-for Gentoo/ISPconfig installation.
Check it out, you find it in the mainmenu "wiki"

## Mysql 5 on Gentoo

Tuesday, 07 November 2006
Since 6. Nov. 2006 MySQL 5 is available for Gentoo on x86 machines.

I have written a short upgrade-guide for all gentoo/ispconfig Users.

Here is the upgrade-guide

## Welcome to lostregions.de

Tuesday, 04 July 2006
Hi there,

this is my brandnew Webpage. Today there is not much you can see, i will got some content over the next days.

The next steps are to get some wiki running...

Have fun.

(C) 2007 Lostregions
Joomla! is Free Software released under the GNU/GPL License.

# Mediterraneanregions.com

Finding what your looking for online can be daunting at times, but when you have someone in your corner, you might be pleasantly suprised at just how easy and fun searching online can be.

### Mediterranean Restaurants
Helpful Links For Mediterranean Restaurants.
www.Shopica.com

### Mediterranean Restaurants
Learn About Mediterranean Restaurants.
http://www.ToseekA.org

### Mediterranean Regions
Learn About Mediterranean Regions
http://www.ToseekA.org

Interested in this site and want to know more about the subject matter? We specialize is culling the best of the internet and offering it on one convenient page.

### Region
Learn About Region
http://www.Shopica.com

### Mediterranean+regions
Buy Mediterranean+regions At Ebay Stores. More Of What You Love!
http://www.eBayStores.com

Couldn't find what you're looking for? Our apologies, use the search box below to find it!

 **Submit**

# memphisregions.com
*Your Entertainment Resource*

Home    Music Download    Las Vegas    MP3    Photography    Event Tickets    Broadway Ticket

## Related Links

Memphis
Memphis Hotel
Memphis Real Estate
University Of Memphis
Hotel In Memphis TN

Memphis Attorney
Memphis Used Car
Real Estate Memphis
Tennessee
Lexus Of Memphis
Memphis Doctor

Memphis Tennessee
Memphis TN
Downtown Memphis
Hotel
Memphis Grizzlies
Memphis Apartment

## Entertainment Categories



**Music**
MP3
Music Downloads
CD Labels
MP3 Players



**Movies**
Movie Theaters
Movie Times
Download Movies
DVD Rentals



**Nightlife**
Bars
Clubs
Restaurants
Dancing



**Recreation**
Sporting Events
Theater Tickets
Museums
Art Galleries

## Favorite Categories

**Autos**
Car Insurance
Used Cars
Auto Repair

**Financial Services**
Debt Consolidation
Credit Cards
Mortgage

**Lifestyle**
Personals
Fitness
Pets

**Education**
Online Education
School Loan
Home School

**Entertainment**
Television
Music
MP3

**Shopping**
Electronics
Flowers
Gifts

**Business**
E-Commerce
Home Business
MBA

**Health**
Medical Insurance
Weight Loss
Diet

**Technology**
Web Hosting
Computers
Laptops

**Employment**
Employment Services
Work at Home
Job Search

**Home**
Home Security
Refinancing
Real Estate

**Travel**
Car Rental
Airlines
Hotels



Victims of
Hurricane Katrina Need
Your Help Now

**Donate Now**

Or call to donate at
1 800 HELP NOW

 

Search: [                    ]  [ Search ]

Bookmark This Page | Set Your Homepage

© 2007 MDNH, Inc.| Terms Of Use

Advertise on this network



SITE MAP | CONTACT

QUICKLINKS ▼

SEARCH
**ADVANCED SEARCH**

CALENDAR | PUBLIC COMMENT
NEWS | JOBS | CONTRACTS

## Highlights »

Brownfields recycling
workshop May 31
A free, half-day workshop on
everything you need to know to
begin recycling a po...

Get Centered! Vancouver BC
June 7-9 2007
Key information about the June
7-9, 2007 study tour to
Vancouver BC

2007 Economic development
speaker series
The Metro Council has
partnered with other leading
institutions to sponsor the s...

New Look at Regional Choices
New Look at Regional Choices
is the Metro Council's
collaborative effort to find...

2035 Regional Transportation
Plan update: A new look at
transportation
The first significant update to
the region's transportation plan
in six years is...

Go by van – vanpool
resources in the region
New incentives are available to
support vanpools in the
Portland, Oregon region....

Vehicle miles of travel 1990–
2005
The most recent data available
is for 2005* and was released
on Dec. 6, 2006 by...

**Metro protects open space and parks, plans for land use
and transportation, and manages garbage disposal and
recycling for 1.3 million residents in three counties and
25 cities in the Portland, Oregon, region.**
More about Metro...



Nature in
Neighborhoods

### Nature in Neighborhoods

Metro works to keep nature in neighborhoods by
acquiring and restoring natural areas, protecting
fish and wildlife habitat, providing parks and
natural areas, supporting volunteer
stewardship, teaching natural gardening, and
operating the Oregon Zoo, which has many acclaimed conservation
programs. Visit Metro's calendar to find activities in your neighborhood
and opportunities to get involved.

### Regional planning

Metro's 2040 growth concept
guides the region's transportation and land-use planning. Metro
manages the urban growth boundary and provides planning expertise
and maps and data to local governments, businesses and citizens.
Metro sets the region's transportation funding priorities and plans and
implements transportation improvements. Metro's programs help
developers build vibrant downtowns and centers and livable streets.



### Garbage, recycling and waste prevention

Metro manages the region's
solid waste system and can
help you recycle and reduce
waste, find a recycler or
garbage hauler and identify and reduce use of hazardous waste.
Residents can dispose of trash and recycling at a Metro waste facility.
Metro provides recycling help for work places and schools. Metro sells
recycled MetroPaint and can help you donate surplus food.

### Oregon Zoo



Metro owns and operates the Oregon Zoo,

## Metro Council


President
David
Bragdon


Deputy
President
Rod Park,
district 1


Brian
Newman,
district 2


Carl
Hosticka,
district 3


Kathryn
Harrington,
district 4


Rex
Burkholder,
district 5


Robert
Liberty,
district 6

Who is my Councilor?

Council meetings,
agendas and packets

## Metro Auditor


Suzanne
Flynn

Chief Operating
Officer Michael
Jordan

Budget and financial
information

Public comment
opportunities and
advisory committees

# MICHIGAN ASSOCIATION OF REGIONS

MEMBERSHIP DIRECTORY     MAP OF REGIONS



HOME

ABOUT MAR

ECONOMIC DEVELOPMENT

TRANSPORTATION PLANNING

ENVIRONMENTAL PLANNING

COMMUNITY DEVELOPMENT

CONFERENCE / MEETINGS

RELATED LINKS

# Michigan Association of Regions (MAR)

## ...promoting excellence in regional cooperation in Michigan.

The Michigan Association of Regions (MAR) is a membership organization representing the fourteen (14) state planning and development regions; and is involved in advocacy and service to its members.

# Www.morenovalleyregions.com

| | Search |

**Moreno Valley, Moreno Valley Real Estate, Riverside County Rea**
Southern California Travel, Moreno Valley School, Moreno Valley Hotel, Moreno Valley

| | | |
|---|---|---|
| Vacation | Cruise | Hotel |
| Technology | Digital Camera | Plasma Television |
| Health & Beauty | Weight Loss | Fitness |
| Gifts | Books | DVD |
| Personal Finance | Credit Cards | Debt Consolidation |
| Home | Home Improvement | Recipe |

Copyright © 2007 Vortal Interactive All rights reserved. Terms of Service - Advertise on this network




2:09 pm May 1, 2007     # Welcome back to myregions.com

**Search the Web** ████

## Related Categories

Hawaii
Shanghai Regions
Nether Regions
Italy Regions Map
Regions Bank
Economic Regions

Lower Regions
Regions Mortgage
Dvd Regions
Regulatory Regions
Regions Online Banking

## Popular categories:

**Hawaii**
Hawaii Vacation
Maui
Hawaii Hotel
Hawaii Cruises
Hawaii Travel Package

**Shanghai**
Hong Kong Hotel
China Visa
China Tour
Hong Kong
China

**Region Mortgage**
Loan
Mortgage
Home Loan
Mortgage Loan
Mortgage Lead

**Dvd Region**
Consumer Electronics
Discount Electronics
Electronics Store
Portable Dvd Player
Satellite Dish

**Italy Map Region**
Region Of Italy
Italy Tour
Rome Hotel
Italy Vacation
Travel Italy

**Regulatory**
Government
Federal Government
State Government
Congress
Legislation

**Search the Web** ████

Bookmark this page

# naturalregions.com

Search the Web: [        ] Go

Natural Regions    Natural    Gas    Oil    Acetyl    Freeze Dried    Breast Enhancement

## Natural Regions

Natural

Gas

Oil

Acetyl

Freeze Dried

Breast Enhancement

Natural Beauty

Breast Growth

Nordic Naturals

Weight



### Gas

Gas Pumps
Gallium
Energy
Gasoline

### Oil

Synthetic Oil
Natural Gas
Motor Oil
Emu Oil Products

### Vacation

Cruise
Hotel
Cheap Flight
Travel Agent
Golf Vacations

©2007 naturalregions.com All rights reserved.



- Economic Development
- Tourism
- Oil Region Alliance
- Heritage
- Contact
- Store
- Home



Click here for Festival Registration



Whether you are starting a new business or searching for a new location for an existing business, Pennsylvania's Oil Region is a place where you can succeed and prosper.

A superior quality of life awaits you in western Pennsylvania's Oil Region...

# onlineregions.com

**May 01, 2007**

*Welcome!*

**Search** [_____]    **Search**

RELATED SEARCHES:

- » Online Masters Degree
- » Online Online Adult Education
- » Online Graduate School
- » Online Certificate Courses
- » University Online Business

- » Online Education College Degree Sparks
- » Bachelor Degree
- » School Counseling Online Degree Programs
- » Distance Learning University Degree
- » Online PHD Computer

- » Rhode University School
- » Education Medical School
- » Associate Degree in Accounting Online
- » Accredited Online College and University
- » Online College Program

Copyright © 2007 onlineregions.com. All Rights Reserved.



Music | Photography | Writings | Digital Art | Thoughts | Synchronicity | Make Contact



Things To Do  Outdoors & Sports  Fishing  Lakes & Rivers  Lodging  Retirement & Relocation

Vacation Packages
Maps, Weather & Transportation
Video Gallery
Contact Us
Related Links
Search

Enter Email Address  GO
(Sign up for our FREE e-newsletter!)



Cabins on the White River



Lodge / Fish / Nature on the White



Gold Star Awarded



Gaston's Resort on the White River

Members Login



**Discover The Ozarks** - the Mountains Are Calling

Imagine a place where giant clear-water lakes feed sparkling mountain rivers, ancient towering bluffs rise above rushing waters, magnificent underground caverns are preserved forever, record breaking trout play in cool mountain streams, abundant wildlife roam in mountain forests, the night sky shines with the brilliance of the heavens.



*Vacation in the Ozarks* - where you and your family can enjoy year round adventures: world-class trout fishing, clear water boarding and skiing, horseback riding, ballooning in the Grand Canyon of the Ozarks, float trips on America's First National River, golfing on pristine courses, shopping in mountain villages, relaxing in beautiful resorts, secluded cabins or family lodges.


FREE Vacation Planning Guide
click here ▸


Watch Our Videos
click here



ARKANSAS
Ozark MOUNTAINS

Things to Do | Outdoors & Sports | Fishing | Lakes & Rivers
Lodging | Retirement & Relocation | Vacation Packages
Maps, Weather & Transportation | Contact Us
Related Links | Search | Privacy Policy
Site Map

**First Published: April 2001**

**This site is paid for with a combination of state funds and private regional association funds.**

Arkansas

Copyright ©2001-2007 Ozark Mountains Region
All Rights Reserved

Web Services by Aristotle Web Design



## Hershey Harrisburg
REGIONAL VISITORS BUREAU



**W**elcome to the Heart of PA™ region a destination alive with activity! Comprised of Dauphin and Perry counties, the Hershey Harrisburg Region has it all—from family-friendly HERSHEYPARK to historic downtown Harrisburg and everything in between.

While you may be familiar with Hershey, America's favorite chocolate town, or Harrisburg, Pennsylvania's beautiful capital city—you may have never even realized how close the Heart of PA™ region is to Gettysburg, Amish Country and York or how quiet and untouched our pristine wilderness truly is. When you visit, you'll find that we truly do have it all—warm hospitality, exciting attractions, outdoor adventure, comfortable accommodations and an array of dining options.

### The City of Harrisburg



Each year almost 100 family-oriented events are hosted in Harrisburg. Young and old, there's something for everyone!
harrisburgevents.com

### Hershey, PA



There is something for everyone in Hershey – THE SWEETEST PLACE ON EARTH®. Attractions abound 12 months a year!
hersheypa.com

### Events Calendar

**MODERN MASTERS**
05/01/2007 – 05/01/2007

**PA FARMER'S OPEN-AIR MARKET**
05/01/2007 – 11/20/2007

**JEFFREY GAINES**
05/04/2007 – 05/04/2007

**2007 HERSHEY VINTAGE HILLCLIMB**
05/05/2007 – 05/06/2007

**CHRISTIAN HOMESCHOOL CONVENTION**
05/11/2007 – 05/12/2007

**RIVER NORTH**
05/14/2007 – 05/14/2007

**PHOTOGRAPHY AS FINE ART II**
05/17/2007 – 09/09/2007

**DON VAPPIE & THE CREOLE JAZZ SERENADERS**
05/18/2007 – 05/18/2007

More Events

**pennsylvania**
STATE OF INDEPENDENCE



Copyright © 2007 Hershey Harrisburg Regional Visitors Bureau. All Rights Reserved.
Home | About Us | Events

# Partner Regions
### the world now...

the world. tomorrow.

Global Issues   Environmental Issues   Social Issues   International Politics   War & Genocide

SPONSORED LINKS

Ads by Google

# Global Issues, Global Warming Debate, Threats, Poverty, Definition Of Genocide and The War On Terror

**Global Warming**
Global Warming is
really happening.
Learn what you can
do - Live Earth!
LiveEarth.msn.com

Your Ad Here
**Advertise on this site**



Рус    Eng

PARTINFORM

TOP



Viktor Yanukovych "We have to do everything in order to protect democracy in Ukraine and do not let to brake out the civil conflict"

11.07.2007, 13:57
FREEDOM OF SPEECH ONLY TO "ORANGES"?
Open Letter to the Committee of Voters of Ukraine from Party of Regions' Press-Centre



06.07.2007, 19:30
Aleksey Radzievskiy: Those who begun the criminal game, have to know – they will carry responsibility.



06.07.2007, 19:21
Ludmila Kirichenko: "The delegates realized that the political processes in Ukraine are not simple and its far from resolving it within the legal frames".



Find

06.07.2007, 19:08
Vadim Kolesnichenko: "Ukrainian language was recognized as regional by three European states. It doesn't mean that its dying language"

Viktor Yanukovych. Personal Information Server
Parliament Fraction "Regions of Ukraine"
Youth of Ukraine's Regions Union
Raisa Bogatyryova People's Deputy Information Server



06.07.2007, 19:04
Elena Bondarenko: Ukraine moves towards dictatorship – suspects lists is been made for Yuschenko



06.07.2007, 15:42
Mikhail Razgonyaev: "They try to realize total like-mindedness and uniformity scenario in Ukraine"



06.07.2007, 14:43
Viktor Yanukovych: "We have to be an example of democracy and priority of human values"



05.07.2007, 17:29
Ivan Popesku: "The Presidents Secretariat is having "Issuing the unconstitutional edict" complex"



05.07.2007, 16:21
Vladislav Zabarskiy: "The approach towards deciding the problematic issues has to be based on the law"



05.07.2007, 14:24
The deputy Anna German: "Our self-defense" – from whom?



05.07.2007, 12:53
Aleksey Plotnikov: "The economical growth is current Government achievement"



# physicalregions.com



May 1, 2007

| Home | Earth Science | Edi Mapping | Geology | Glacier Parks |

**Most Relevant Link:** Earth Science

**Other Relevant Links:**

Earth Science
Edi Mapping
Geology
Glacier Parks
GPS Mapping
Learning Centers

Mapping
Mapping Data
Mountain Guides
Mountain Vacations
North Carolina Mountains
Ocular Science

Pocono Mountains
Rock Gem
Rocks
Rocks And Minerals
Science
Science Education

**Popular Links:**

**Vacation**
Cruise
Hotel
Cheap Flight
Travel Agent
Golf Vacations

**Technology**
Digital Camera
Plasma Television
Mobile Phone
Laptop
Web Hosting

**Health & Beauty**
Weight Loss
Fitness
Plastic Surgery
Skin Care
Pregnancy

**Gifts**
Books
DVD
Engagement Ring
Chocolate
CD

**Personal Finance**
Credit Cards
Debt Consolidation
Financial Advisor
Loans
Credit Report

**Home**
Home Improvement
Recipe
Family
Home Decorating
Pets

**Related Links**

▶ Physical
▶ Region
▶ Homes for Sale
▶ Apartments
▶ Dating Services

▶ Chat Rooms
▶ Airline Tickets
▶ Travel Guides
▶ Las Vegas
▶ Hawaii

▶ Used Cars
▶ Car Accessories
▶ Cellular Accessories
▶ Cell Phone Deals
▶ Download Ringtones

## Science Categories



**Space**
Astrology
Astronomy
Telescopes
Space Posters



**Plants**
Plants
House Plants
Hydroponics
Tropical Plants



**Anatomy**
Biology
DNA Testing
Reproduction
Psychology



**Math**
Learn Math
Math Software
Mathematics
Algebra



**Chemicals**
Textbooks
Chemistry Books
Beakers
Lab Equipment



**Inventions**
Technology
Patents
Lawyers
Trademarks

**Search the Web** [_____] Search

Bookmark This Page | Set Your Homepage

# Www.piedmontregions.com

| | | Search |

**Piedmont, Region, Homes for Sale, Apartments, Dating Services**
Chat Rooms, Airline Tickets, Travel Guides, Las Vegas, Hawaii

| | | |
|---|---|---|
| Vacation | Cruise | Hotel |
| Technology | Digital Camera | Plasma Television |
| Health & Beauty | Weight Loss | Fitness |
| Gifts | Books | DVD |
| Personal Finance | Credit Cards | Debt Consolidation |
| Home | Home Improvement | Recipe |

Copyright © 2007 Vortal Interactive All rights reserved. Terms of Service - Advertise on this network

# polarregions.com

May 1, 2007

| Home | Active Travel | Adventure Tours | Adventure Travel | Adventure Travel Companies |

**Most Relevant Link: Antarctica**

**Other Relevant Links:**

| | | |
|---|---|---|
| Active Travel | Arctic | Travel Health |
| Adventure Tours | Arctic Circle | Trips To Antarctica |
| Adventure Travel | Arctic Tours | Tundra |
| Adventure Travel | Global Travel | Wilderness Travel |
| Companies | Online Travel | Women's Adventure |
| Antarctic Tour | Overseas Adventure | Travel |
| Antarctica Cruises | Travel | |

**Popular Links:**

**Vacation**
Cruise
Hotel
Cheap Flight
Travel Agent
Golf Vacations

**Technology**
Digital Camera
Plasma Television
Mobile Phone
Laptop
Web Hosting

**Health & Beauty**
Weight Loss
Fitness
Plastic Surgery
Skin Care
Pregnancy

**Gifts**
Books
DVD
Engagement Ring
Chocolate
CD

**Personal Finance**
Credit Cards
Debt Consolidation
Financial Advisor
Loans
Credit Report

**Home**
Home Improvement
Recipe
Family
Home Decorating
Pets

## Related Links

▶ Polar Region
▶ Region
▶ Polar
▶ Polar Heart Rate Monitor
▶ Polar Watch

▶ Polar Fleece
▶ Polar Bear
▶ Bi Polar
▶ Arctic Cruise
▶ Heart Monitor

▶ Arctic
▶ Antarctica
▶ Health Product
▶ Homes for Sale
▶ Apartments

## Travel Categories



**Airline Tickets**
First Class Airfare
Business Class Airfare
Airline Ticket Prices
Discount Airline Tickets



**Hotels**
Luxury Hotels
Time Shares
Hotel Deal
Hotel Reservations



**Cruises**
Cruise Vacations
Discount Cruises
Family Cruises
European Cruises



**Rental Cars**
Truck Rental
Luxury Car Rental
Rental Car Company
Economy Car Rental



**Destinations**
India Travel
Hawaii Travel
Caribbean Travel
Australia Travel



**Packages**
Spa Packages
Honeymoon Packages
Vacation Packages
Ski Packages

**Search the Web** [                    ] Search

Bookmark This Page | Set Your Homepage

# reactive-regions.com

**Related Searches**

Reactive

Reactive Arthritis
Symptom

Reactive Attachment
Disorder

Lower Regions

Physical Regions

Nether Regions

Black Light Reactive

Shanghai Regions

Reactive Power Divider

Biogeographic Regions

Reactive Hypoglycemia
Treatment

Reactive Airway Disease

**Search**

[          ] [Go]

Sponsored Links

## Reactive Arthritis Relief
Reactive Arthritis Treatment Info. Your Home for Health & Balance™
RevolutionHealth.com

## Pituitary Tumor Treatment
Minimally invasive endoscopic surgery at the Skull Base Institute
www.skullbaseinstitute.com

## Reactive Depression
Reactive Depression directory Find Reactive Depression
Depression.listinglynx.com

## EDI Training Nationwide
Electronic Data Interchange Courses Multiple Regions Multiple Dates
www.ediacademy.com

## Cystic Mesothelioma
Cystic Mesothelioma Information Cystic Mesothelioma Treatment
MesotheliomaTreatmentHelpCenter.com

## Proactive
Top 5 Sites for Proactive Compare, choose, buy!
www.smoothfinder.com

## Reactive Depression
Reactive Depression guide Find Reactive Depression
Depression.LitMoth.com

## Tumor
Find tumor articles , FAQs, diet tips & more on Prevention.com!
www.Prevention.com

## Soapstone Cookware
A superior cooking material, non-stick and non-reactive.
www.beyond-wine.com



**Regions Beyond Publications**

815 Chateau Drive • Rogers, AR 72758
(479) 531-8694

Home
About Us
Bookstore
Church Growth
Materials
Sunday School
Materials
Children's Books
Helpful Bonus
Pastoral
Past Issues
Downloads
Refund Policy
Sunday School Helps
Church Growth
Heritage Baptist Bible
Co.
Missions
Tim Copeland, Mexico
Tim Whitehits,
Tanzania
Tim Pastors, Guyana
SA
Samples
View Cart
E-Books

### Welcome to Regions Beyond!

Where can I find Church Growth material?

[www.RegBeyond.com/Bookstore.html](www.RegBeyond.com/Bookstore.html)

Where can I find great Sunday School material?

[www.RegBeyond.com/Bookstore.html](www.RegBeyond.com/Bookstore.html)

Where can I find great Childrens material?

[www.RegBeyond.com/Bookstore.html](www.RegBeyond.com/Bookstore.html)

Where can I find great Childrens material?

[www.RegBeyond.com/Bookstore.html](www.RegBeyond.com/Bookstore.html)

Where can I find great pastoral helps?

[www.RegBeyond.com/Bookstore.html](www.RegBeyond.com/Bookstore.html)

**You will want to receive FULL ACCESS to our web-site!**

**For pastors, full-time Christian workers, Sunday School teachers ... anyone interested in serving the Lord!**

- Access to all of our password protected pages . .
- Hard-copies of the *Regions Beyond Papers* . . .
- In our *"Subscribers"* section you'll have access to weekly ministry helps!

**Get your On-Line Subscription TODAY!!**

[www.RegBeyond.com/Bookstore.html](www.RegBeyond.com/Bookstore.html)

**You will want to receive our FREE WEEKLY NEWSLETTER!**

To Subscribe to our Newsletter ... [www.RegBeyond.com/Newsletter.html](www.RegBeyond.com/Newsletter.html)

- Enter e-mail address
- Agree to our Privacy Policy
- Click "Subscribe" button
- Respond to confirmation e-mail

[www.RegBeyond.com/Bookstore.html](www.RegBeyond.com/Bookstore.html)

#### The P.E.A.R Formula

1. A *"planned"* effort to reach others for Bible study.
2. The assignment of a *"bite sized task"* to reach large numbers.
3. A *"balanced"* system for consistent growth.
4. Growth that is *"consistent"* with Sunday School Growth Laws.
5. An *"organized"* method to expand the Sunday School organization.
6. The development of an *"effective structure"* that provides a place for every person.
7. The *"creation"* of additional classes and departments so that natural growth can occur.

---

#### The Sunday School Kit

**The Sunday School Kit** gives you the materials you need to not only
plan a powerful organization strategy, but provides what you need
to train your people to carry out that strategy.

[http://www.regbeyond.org/stores.com/stores/catalog/item/8663860387968.htm](http://www.regbeyond.org/stores.com/stores/catalog/item/8663860387968.htm)

---

#### *"Try God Faith-Builder Program"*

**The Try God ,"Faith Builder" Program** is an idea that God gave me about 12 years ago. It is a powerful, Faith
building, fun method to raise special monies for any project that you may have. It can powerfully be used to raise
finances, of all kinds, every week until the Lord returns.
   I believe this program can be called the *"twin brother"* to *Faith-Promise Milestone*. I wish God had given me this
program earlier in my pastorate. The *"Try God" Program* came about because I did not always have the money for
church needs or to help when a missionary sent out a plea -- *"not enough money"*.

[www.RegBeyond.com/ChurchIssues/stages.htm](www.RegBeyond.com/ChurchIssues/stages.htm)

---

<img src="http://FundamentalTop500.com/h500.php3?id=65794" height="38" width="124" border="0" alt="The
Fundamental Top 500">

Powered by ClickMap.com



**An Alliance of Business, Community and Government**

Home I Contact Us I More Information I Area Calendar I Newsletters I Site Index

*ABOUT REGION 10*

*BUSINESS SERVICES*

*COMMUNITY SERVICES*

*SENIOR SERVICES*

*DATA AND INFO*

### Welcome to Region 10 online

Region 10 League for Economic Assistance and Planning serves as the economic, community and senior programs leader for six, western Colorado counties. The Region 10 staff, together with its membership, assists local governments, businesses and residents in facilitating and implementing programs that will benefit our economy, community and quality of life.

We have created this one-stop source to stimulate communication, cooperation and common purpose among government, businesses and residents. It is designed to inspire programs that can enrich our lives and allow us to pursue our dreams. We appreciate your interest in Region 10. Call or email us. We'd be happy to help you in any way we can.

Copyright © 2003-2007, Region 10 League for Economic Assistance and Planning, Inc.
300 North Cascade, Suite #1, Montrose, Colorado 81401
Ph: (970) 249-2436    Fax: (970) 249-2488    E-mail: info@region10.net

Site design by Hill & Company



# ◨ REGION 10
## EDUCATION SERVICE CENTER

Home    Contacts    Search

Administrators    Teachers    Parents    Students    Community    Support Staff    Special Populations    Login

➡ About Region 10

➡ Products and Services

➡ Professional Development

➡ Jobs/Certifications

➡ News

➡ Help

### Reaching Goals Changing Lives

**Region 10 Education Service Center** is one of 20 regional service centers established by the Texas State Legislature in 1967 for the purpose of providing services to the school districts within this defined geographic region.

## Events At A Glance
*what's next on the Calendar*

At Region 10

Adult/Child/Infant CPR (R10'S OT'S & PT'S STAFF ONLY)

Bridging II TAKS Module 2: Using Tools to Explore Matte for Grades 4-5

Navigating Change in Demanding Times - ALT

## Quick Links

- Workshop Registration
- Online Products
- Online Learning Center
- Surveys

- Teacher Preparation and Certification
- EMPOWER Data Warehouse
- Special Events / Conferences
- TAESC Conference

- Blackboard
- Texas Education Agency
- R10 Staff Resources
- Employment Opportunities

Region 10 Education Service Center 400 E. Spring Valley Rd. Richardson, Texas 75083-1300 I 972.348.1700

Wednesday May 2, 2007



# US Youth Soccer Region II

| Coaching | ODL | ODP | Programs | Referee | Regionals | Region II States | Calendar |

Go!





**Quick Links:**
- Marketing Partners
- Resource Library
- Region II Calendar
- Staff Directory
- Soccer Links
- Site Map

US Youth Soccer Region II News...

**Region II Family Mourns Loss**
Please join us in offering support to the Rolfing family of Sioux Falls, South Dakota. Rex Rolfing, a long-time volunteer and recent Local Organizing Committee Chair for the US Youth Soccer Region II Championships, was recently informed that his son, Staff Sgt. Robb L. Rolfing, 29, died Saturday in Baghdad from enemy small-arms fire, according to the Department of Defense.

Rolfing was assigned as a special forces engineer to Bravo Company, 2nd Battalion, 10th Special Forces Group (Airborne), in Fort Carson, Colo. He was a member of the inaugural Sioux Falls SpitFire soccer team during the 2001 season in the Premier Development League, according to news reports from that year.

Our thoughts and prayers extend to the Rolfing family and all of those impacted by those protecting our country across the world.

Click here for the link to the story on Argus Leader.

**Region II Teams Punch Tickets to the 2007 US Youth Soccer National Championships**
The 2007 US Youth Soccer Region II Championships are now in the history books.
Champions and finalists have been crowned and teams are making travel plans to the US Youth Soccer National Championships...

**Visit the 2007 US Youth Soccer Region II Championships website for final scores...**



**National Youth License Course in Wisconsin**
We are pleased to announce that Wisconsin Youth Soccer Association, together with Illinois Youth Soccer Association will host a USYS National Youth License Coaching School this summer. The course will be held July 31st through August 5th at Uihlein Soccer Park in Milwaukee.

The National Youth License is a course specifically designed to educate coaches on instructing young players. Youth coaches have a tremendous influence on the development of a child's life-long passion for the game, and the National Youth License was created with that in mind. Click here for an application and more information.

Please contact Melissa Vukovic at 888.328.9972 ext 105 with any questions. Additional information about the USYS Coaching Schools Program is also available on the United States Youth Soccer website at www.usyouthsoccer.org.

Midwest Region II '91 and '92 Girls Visit Costa Rica



The US Youth Soccer Midwest Region II Girls Olympic Development Program 1991 and 1992 combined team travels to Costa Rica to compete in a tournament against teams from Mexico, Chile, Panama and Costa Rica. Click here to read a few players will offer commentary on the trip experiences and game results.



- 2007 US Youth Soccer National Championships Schedule Announced
- MLS Announces All Star Roster
- Region III Punches Final Twelve Tickets to the 2007 US Youth Soccer National Championships
- Region I Punches Tickets to the 2007 US Youth Soccer National Championships
- Region II Punches Tickets to the 2007 US Youth Soccer National Championships
- Region IV Punches Tickets to the 2007 US Youth Soccer National Championships
- From 10,000 teams to just over 900
- U.S. Women's National Soccer Team Player Association Invites Local Soccer Fans to "Meet the Players"
- US Youth Soccer NCS Blog
- US Youth Soccer National League



## Technology Council 2007 Awards Banquet Information





# region 2020
## what's possible



- Home
- Greenspace Project
- Initiatives
- The Book
- Community Counts
- Contact Us

Thank you for visiting Region 2020's website. We are in the process of updating our site and encourage you to check back soon for more improvements.



**region 2020: what's possible**

Region 2020 is a leading advocate for regional cooperation and citizen involvement in Central Alabama. The organization seeks to dramatically improve quality of life in areas such as the environment, education, affordable housing, transportation, and the arts.

In 1997, Region 2020 asked citizens across a 12-county region in Central Alabama how they would envision their region in the year 2020. They answered with a vision of a region that:

- values and preserves its natural resources;

- promotes cultural diversity;

- provides superior educational opportunities;

- offers quality affordable housing;

- has an efficient, reliable transportation network linking the region;

- is rich in diverse, safe and beautiful neighborhoods;

- is a leader in economic development and job creation;

- fosters cooperation;

- promotes efficiencies and engages in regional issues while maintaining local identity.

Honoring that vision, Region 2020 developed a roadmap for change and is working on regional projects that move our region forward and closer to the citizens' vision.

**Learn more about Region 2020's 34 goals and our current efforts to bring about change in Central Alabama.**

**REGION APPRAISALS & CONSULTING SOLUTIONS, INC.**

Music - on / off
YOUR VALUATION SOLUTION!!!

| Services | Client Login | Contact Us | Order an Appraisal | Payment Options | New FNMA Forms |

- Home
- PALM BEACH/BROWARD/MIAM
- Staff Profiles ▸
- Why Order Online?
- Relocation Appraisal
- Appraisal Info
  - Why an appraisal?
  - Appraiser Ethics
  - Three Approaches to Value
- Our Technology ▸
- Appraisal Video ▸
- Residential Investment
- Pre-Listing Appraisals
- Partial Interest Valuation
- Out of State Appraisals
- Sell Your Home
- Mortgage Calculators ▸

*Welcome to RegionAppraisals.com. We are a leading provider of real estate valuations for the mortgage lending marketplace. With many years of experience in the business, we have a proven track record of reducing lenders time, efforts and costs in managing the appraisal process.*

## Short Turn-Around Times

## Highest-Quality Appraisal Reports

## On-line Order Status Reports

## Online Ordering

## Competitive Pricing

*Our investment in <u>training and technology</u> has helped our customers greatly reduce their workload. By offering on-line appraisal ordering, automatic report status updates, and electronic delivery of the final product, we are able to eliminate the run around and phone tag hassles associated with this process. And since this process saves us money as well, we can keep our rates competitive with anybody in the industry.*

*Through this web site, you can perform a number of tasks. <u>Ordering an appraisal is just a click of a button away.</u> Or, spend some time and find out a bit more about the appraisal business. The more you know, the better decision you can make.*

*Check back frequently, as our site is always being updated.*

**Today's Top Real Estate News:**

Provided by Inman News.
Friday, July 13, 2007

<u>Foreclosure damage to be worse than expected</u>

<u>Pro's guide to painting houses</u>

<u>That dog's barking drove me to sue</u>

<u>Burglars won't come around here anymore</u>

<u>Best way to acquire elderly neighbor's house</u>

<u>More news...</u>



Mobile Notification

Click here

REGION APPRAISALS & CONSULTING SOLUTIONS, INC. 1031 Ives Dairy Rd Suite 228 Miami, FL 33179-2538
Phone: (305) 914-3757 Cell: (305) 343-7815 Fax: 1(305) 359-5170 E-mail: regionappr@bellsouth.net

Staff Profiles | Contact Us | Appraisal Info | Client Login | Order an Appraisal | Our Technology |
Why an appraisal? | Services | Home | Why Order Online? | Residential Investment

Copyright © 2007 REGION APPRAISALS & CONSULTING SOLUTIONS, INC.
Portions Copyright © 2007 a la mode, inc.
Another XSite by a la mode, inc. | Admin Login| Terms of Use| Site Map

regionatlanticrealty.com - Home
Page 1 of 2
Case 2:06-cv-00882-MHT-TFM    Document 50-46    Filed 07/17/2007    Page 105 of 106

Region Atlantic Realty



You're here: Home

## Get Up to 1.5% Rebate at Closing (904) 982 7620

**Hire a Buyer's Broker and Receive 1/2 of the Sell Side Real Estate Fees on Any Property**

**Jacksonville Beach   Ponte Vedra   Atlantic Beach   Neptune Beach**

**Listed with any Compay!**

Roger Cooper is a Licensed Real Estate Broker since 1996. He has been involved in the industry since 1991 and is a member of the North East Florida Board of Realtors.

Being a Broker in Florida means I can execute the entire brokerage function on my own. I have no one to split my fee with, therefore I choose to split it with you ... the buyer, in exchange for your loyalty through the process. No agreements to sign, no fees to pay ... just cash back to you at closing.

Full service! From location of property and negotiation to contract to close including all the services in between. Plus Big cash back at closing!

How? Why? Good Questions ...

I live on the water in the Jacksonville area and run my Real Estate Brokerage from my home office. My overhead is extremely low. I don't overextend myself, so that service is never compromised. Fees in our area for the sell side of brokerage (built into the listings that are on the Market) range from 2-3% ... most of which are the later, so if a final negotiated sales price is $600,000 with RegionAtlantic the closing table price could be as low as $591,000! That's a substantial savings.

I do this for 2 reasons: I like the Buyer's side of the equation, including all service activities that go with it. And because I can.

**Proud Member of:**



## NORTHEAST FLORIDA
## ASSOCIATION OF REALTORS

Read more...

Case 2:06-cv-00882-MHT-TFM   Document 50-46   Filed 07/17/2007   Page 106 of 106

### regionbank.info

| Region bank | Business | Lawyer | Loans | Management | Marketing | Money | Online Marketing | Online Trading | Stocks |

For region bank try these sponsored results:



## SEARCH

Search the Web

## POPULAR SEARCHES

| Region bank | Business | Lawyer |
Loans | Management | Marketing |
Money | Online Marketing | Online
Trading | Stocks |



## BUY THIS DOMAIN

The owner of **regionbank.info** is offering it
for sale for an asking price of 60 $US!

**More details...**

## FREE CHECKING ACCOUNT
Enroll 100% Online in 3 Easy Steps! Free Checks, Online Bill Pay & More
**www.Wamu-Free-Checking.com**

## ONLINE BANK ACCOUNTS
The Top 6 Ranked Online Bank Accounts. Save Time Searching.
**bankaccount-online.net**

## BANK
Find Banks & ATMs in Seattle Maps, directions, & local listings
**Maps.Live.com**

## REGIONS BANK
Manage Your Bank Accounts Online. Sign Up Today - Regions bank
**www.BeverlyBank.com**

## BANK
Find Free Bank Account, Higher Savings Rates, & Banking Info!
**www.info.com/Bank**

## GULFSOUTH PRIVATE BANK
Meeting All You Banking Needs! Online, Personal & Business Service
**GulfsouthPrivateBank.com/**

## REGION BANK MORTGAGE
$150k loan for $381/month Save $1000's - Apply Now!
**Refinance.Low.com**

## OPEN CHECKING ACC TODAY
2nd Chance Banking + MasterCard No Chexsystems or Credit Check
**www.Get-Bank-Account-Today.com**

## VISIT SINGAPORE
Quality conferences and exhibitions Call +65 6736 2000 for more info
**visitsingapore.com/businessevents**

## BUSINESS FUNDING W/O BANK
Grow Your Business Without a Bank! Must Accept Credit Cards To Qualify
**www.AmericanCapitalAdvance.com**

| Region bank| Business| Lawyer! Loans| Management| Marketing| Money| Online Marketing| Online Trading| Stocks|

This page provided to the domain owner **free** by Sedo's Domain Parking . Disclaimer: Domain owner and Sedo maintain no relationship with third party advertisers. Reference to any specific service or trade mark is not controlled by Sedo or domain owner and does not constitute or imply its association, endorsement or recommendation.

Buy Domains  | Sell Domains  | Premium Domains  | Domain Appraisal  | Domain Names for Sale  | Domain Parking  | Domain Transfer  | Domain Auction  | Domain Name

# Welcome to **region-bank.info**

**Region Bank**

**Chase Bank**

**Banks**

**Orchard Bank**

**Wachovia Bank**

**National City**

**Ingdirect.com**

**Sovereign Bank**

**Bank Check**

**Compass Bank**

**Washington Mutual Bank**



FINANCIAL AID AND GRANTS   COLLECTION SERVICES   CREDIT, LOANS AND
DEBT   INVESTMENT   INSURANCE   ACCOUNTING AND TAXES

WHY AM I SEEING THIS WEB SITE?

# REGIONBANK.NET

**The more a man has, the more he wants**

Online Trading | Mutual Funds | Fixed Income | Annuities | Identity Fraud | Student Loans | Auto Loans | Assets Management

SAVINGS ACCOUNT

CHECKING ACCOUNT

IRA

ROTH IRA

NO LOAD MUTUAL FUNDS

CREDIT CARDS

LOANS



High quality professional service for all of your residential and commercial financial needs. High quality of service and creative client solutions.

Related Topics:  Investing | Credit Repair | Income Tax Help | Life Insurance | Credit Report | Car Insurance

 Search

Offshore Banking | Offshore Trusts | Home Loans | Commercial Loans | Insurance | Debt Reduction | Incorporation

Disclaimer

» Bookmark this page

# Regionbanks.com
*find something interesting*

Search [Enter Keyword] [GO]

Regional Office

Lowest Mortgage Rates

Mortgage Rates

Home Equity Rates

Interest Savings Account

High Interest Savings Account

Checking Account

Business Checking Account



## Are you interested in:

Commercial Financing

Business Cash Advance

Certificate Of Deposit Rates

Certificates Of Deposit



Student Loans    Personal Investing        Online Bill Pay    Money Markets

### About Us
We empower individuals, organizations and businesses by providing unique up-to-date information. Our dedicated team of professionals strives to gather the most relevant content for our users.

**We specialize in** Regional Office , Lowest Mortgage Rates , Mortgage Rates , Home Equity Rates , Interest Savings Account , and an array of other products and services.



Search:
[Enter Keyword]
[GO]

## Resources:

Online Banking

Small Business Bank Account

Small Business Banking

| Best Home Equity Rates | Free Online Bill Pay | Business Investment | Retirement | Lowest Home Equity Rates |

Copyright © 2006 Regionbanks.com All Rights Reserved.

## region-capital.com

Region Capital    Capital    Independent School    Warner Cable    Trade Center    Venture Capital    Working Capital

### Region Capital

Capital
Independent School
Warner Cable
Trade Center
Venture Capital
Working Capital
Funding
Capital Management
Raising Capital
Capital Growth



### Capital

Washington Dc
Venture Capital
Seed
Fiberglass

### Working Capital

Invoice Factoring
Accounts Receivable
Line Of Credit
Accounts Receivable Factoring

### Funding

Equity
Funding Sources
Education Funding
Federal Funding

©2007 region-capital.com All rights reserved.



# Home

- Home
- About Us
- Services
- Portfolio
- Testimonials
- Products
- Press
- Links
- Contact Us

Region DataCom, LLC is a local company that is a leader in a driving and important market of telecommunications. With offices in Griffith and East Chicago Indiana, Region DataCom excels in providing quality services to Northwest Indiana Region and the greater Chicago-land area.

Region DataCom prides itself in providing the best customer service in the area, on par with bigger companies that cost more. We believe in doing it right, doing it right the first time, and exceeding our customers' needs and expectations.

Region DataCom, LLC designs the most appropriate system for your needs, whether it is for 10, 100, or 1,000 users in a business/corporate environment, or just for your personal home requirements. Through a complete interview process to gain understanding of our clients' needs, we tailor a telecommunications solution that is right for you.

Region DataCom provides the following telecommunication services:

· Residential Service
o New Home Construction Wiring/Cabling
o Existing Home Wiring/Cabling
o Intercom System Installations
o Electrical
o Generator Installs
o Lighting Controls
o HVAC Controls
o Audio / Surround Sound


· Commercial Services
o Telecommunications Project Management Services
o Voice/Data Infrastructures
o Network Design (Phone & Computer)
o Telephone Installations
o Security Camera installations
o Electrical
o Generator Installs

Region DataCom only installs and maintain systems of the highest caliber using the latest in up-to-date technology: Avaya Telephone Systems, Nortel Telephone Systems, OnQ Technologies Home Networking System, and Generac Powers Systems Generators. We believe that you are making an investment for the betterment of your business. Region DataCom will not risk that investment by installing lower quality alternatives, even though they might save a few dollars in the short-term.

Region DataCom also provides the training clients need in order to fully utilize their systems. Onsite training seminars are offered for network administrators, computer technicians, and system end-users.

Region DataCom owner Luis Roldan has over 15 years of experience working with high-tech technology. Mr. Roldan has a degree in Computer Technology and is certified in the following: Avaya Installation, Avaya Systimax, MCSE (Microsoft Certified System Engineer), Facilities Management, Citrix, and more.

**Call Us Today At : (219) 793-4350**



**Website created and hosted by Doppler Internet**
© 2005 All rights reserved.
Any reproduction of this material is prohibited unless authorized



Region Design Group, Inc. Page 1 of 1



Website Design / Administration / Hosting
Graphics - Logos / Database Administration
E-Commerce / Domain Names

Customer Login

Contact Us

Ph. 219-836-4060

**Region Design,** providing affordable internet solutions to businesses large and small. Our services include affordable hosting, design, graphics, e-commerce, database design and administration, consulting, search engine submission and domain registration. We provide our customers quality service and honest advice. Let us help your business grow.

We believe that the key to a successful business starts with customer service. And we are committed to providing the highest level of service to all our clients.

We understand the needs of a small business, so our pricing is designed to fit into any advertising budget.

Home          Clients          Design          Contact          About          Hosting

Home          Products/Services          Photo Gallery          Contact Us          Directions

**Welcome To Our Web Site!**

PVC vinyl, chain link, custom wood, and iron–fencing for residential, commercial, and industrial properties–**Region Fence Sales** has right materials and the expert knowledge to meet all your expectations in a fencing sales, service and repair company. For 32 years we have provided quality fencing service to the entire Orland, Palos, and Homer township areas. We are ready to help you take on any job that you bring to us, whether you want your fence installed by us or your looking for support of a do-it-yourself job, let us prove to you that we're the best.



PVC & Industrial Fencing
Residential - Commercial - Industrial
Installed Or Do-It-Yourself
Emergency Service & Repairs

**Region Fence Sales**

1175 Hamilton Ave
University Park, IL 60466
Phone: 708.560.0510
Toll-free: 800.427.5822

E-mail: regionfencesales@aol.com

 VISA

Master Card

Discover
Financing Available * Easy Credit Terms

**PVC & Industrial Fencing**
**Residential - Commercial - Industrial**
Home  |  Products/Services  |  Photo Gallery  |  Contact Us  |  Directions  |  Dave Cokin



**Region Five**
DEVELOPMENT COMMISSION

ABOUT US ►
TRANSPORTATION ►
COMMUNITY PLANNING ►
ECONOMIC DEVELOPMENT ►
HOUSING ►
DATA & RESOURCES ►
CALENDAR
PUBLICATION LIBRARY
PARTNERS & LINKS
FORUMS
CONTACT US
HOME

**REGION FIVE**                    *Five Counties, One Vision, One Source.*

Region Five Development Commission serves communities, organizations, and individuals in Cass, Crow
Wing, Morrison, Todd and Wadena Counties of Central Minnesota.

## News and Updates

### Region Five Development Commission Invites you to attend the following Regional Legislative Forum:

# Friday, June 15, 2007
# 6:00- 8:00 pm
# Morrison County; Little Falls, *Initiative Foundatin*



Cass County
Crow Wing County
Morrison County
Todd County
Wadena County

Agenda
**6:00-6:30 Social Hour**
**6:30-6:45 Welcome**
**6:45-8:00 Moderated Panel Discussion of "Status"**

Legislator Topic: Legislative accomplishments, report plans for wrap-up of session
Public: Ask questions, identify assistance of action items

Purpose is to engage citizens and legislators in a meaningful discussion of issues and opportunities affecting
the region (which includes Cass, Crow Wing, Morrison, Todd, and Wadena Counties).

The following legislators have been invited to attend:

Senator Mary Olson * Senator Paul Koering * Senator Bill Ingebrigtsen * Senator Dan Skogen

Senator Betsy Wergin * Representative Larry Howes * Representative Mary Ellen Otremba

Representative Frank Moe * Representative Dean Simpson * Representative John Ward * Representative Al
Doty

Representative Sondra Erickson

- **Soo Line Trail puts Bowlus on tourism map; might lead to national recognition**
  Matt Perkins, Morrison County Record - June 2007

  Bikers were lined up in the streets of Bowlus Tuesday morning...

  Read the entire article by clicking here.

- **We've Moved!**
  The Region Five Development Commission recently moved into its new office located in the former Lakewood
  Clinic building at 403 Prairie Ave NE in Staples. The Region Five staff and Commission members are excited
  about the change and welcome you to stop by and visit. Click here for directions and a map.

- **Five Year Performance Assessment**
  During 2006, the Region Five Development Commission (R5DC) conducted a performance assessment
  to determine how well it had performed during the preceding 5 years. Because of certain past
  difficulties in Region Five the survey conducted was a blind survey that was seeking honest responses to
  questions about the programs currently offered. This assessment was performed as required by
  Minnesota Statute 462.393 Subd.2, which states "In 2001 and every five years thereafter the
  commission shall review its activities and issue a report assessing its performance in fulfilling the
  purposes of the Regional Development Act. The report shall address whether the existence of the
  commission is in the public welfare and interest."

  You can view this assessment by clicking here.

- **Region Five Provides Needed Services**
  Tuesday, February 28, 2006
  In a commencement speech at the University of Michigan in 1964, President Lyndon Johnson set the
  framework for a progressive, unprecedented set of programs designed to improve the quality-of-life in
  America's rural communities. In that speech, President Johnson outlined his vision for our future. "In

# REGION FREE DVD PLAYER

We carry the largest selection of code and region free dvd players. All our players will play different region coded movies from anywhere in the world. All players are modified to be region free and will play all zone pal and ntsc dvd discs. Regionfreedvd.net is dedicated in suppling Region free dvd players that Will play dvd movies from any region. All region dvd player, Code free dvd player, All code DVD players, Multi region dvd player, Zone Free dvd players are available. All makes and models, JVC region free, Sony code region free, Panasonic region free, Pioneer region free, plus many many more.

## Please scroll down for all makes and models



REGION CODE FREE DVD PLAYERS

Now you can play any DVD on any TV guaranteed!!!

Lets all be region free

**ABOUT US** | **CODE FREE DVD PLAYERS** | **SHIPPING** | **ORDERING/INFO** | **INT'L ORDERS** | **CONTACT US** | **TESTIMONIALS**

Please scroll down to see all players,
WE NOW CARRY CODE FREE PLAYERS WITH HDMI AND DVI OUTPUTS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**ALL PLAYERS ARE MODIFIED TO BE REGION FREE, CODE FREE, MULTI ZONE, MULTI REGION AND WILL PLAY ANY REGION DVD 0,1,2,3,4,5,6,7.... Guaranteed!!!**
**Scroll down to see all players!**

## HUGE Region Free DVD Player SALE THIS WEEK



All items are Code Free and Region free

ControlScan
SECURED ☑ .com
SITE
RegionCodeFreeDVD



CLICK HERE TO SEE ALL CODE FREE DVD PLAYERS

Let's all be Region Free: Region free dvd players are becoming very popular these days as consumers from different parts of the world desire to watch

| | **Code Free DVD Player SPECIALS this week:** |
|---|---|
| **Toshiba SD-760** <br><br> **Sale Price $99** <br> **Excellent Value** | **Toshiba SD-K760 Progressive Scan Code Free DVD Player** <br> **Play Any DVD on ANY NTSC (USA) TV Guaranteed.** <br> **Progressive scan** out offers excellent picture quality. **16MB** Built in video converter from Pal to NTSC allows you to play all discs with no special TV or additional equipment required. Plays almost all format of discs including DVD+-r/rw, VCD, cd, divx, and much more. |
| **Our #1 recommended player!!** <br><br> **Toshiba SD-4990 High Definition HDMI** <br><br> **New Sale Price $139** <br> **Best DVD for Plasma, LCD, DLP, HD, or HD ready TV.** | **Toshiba SD-4990 HDMI OUTPUT High Definition Upconverting DVD Player** <br> **Plays any region dvd movie and converts Pal to NTSC with a 16mb converter built in. Modified using our ICOS chipset, for perfect playback of any region PAL or NTSC movie, on a regular TV or a HD TV.** Upconverts to 1080i and 720P, can be used with HDMI or DVI inputs. Excellent DVD for Plasma, LCD, DLP, HD, & HD-Ready TVs. Can also be used on normal NON HD TVs as well. Play Any region Movie, From anywhere in the world, on a TV in the USA. Plays MPEG 4, DIVX, CD, plus much much more. Best 16MB Pal to NTSC converter for crystal clear picture when playing pal discs. **Free $59 Valued HDMI Cable with purchase.** |



Website created and hosted by Doppler Internet
© 2006 All rights reserved.
Any reproduction of this material is prohibited unless authorized



Home

search...

**Main Menu**

**Home**
**News**
**Public News**
**Links**
**Contact Us**
**Search**
**RSS News Feeds**
**FAQs**
**Classifieds**
**Events**

**Login Form**

Username

Password

☐ Remember me
[Login]
**Lost Password?**
No account yet?
**Register**

**OSM Home**
**Administrator**

**UFO's ??**

**1941 UFO crash**
Read more...

**Darwin Awards**

2004 Darwin Award Nominee
Confirmed True by Darwin
Read more...

**Meteor Crash**

**Meteor Shower Scary,
Stunning &**

**'Kind Of Exciting'**

**Scientists Call For All
Meteor Fragments**
Read more...

More...

- **Welcome to Region Magazine!**
  << Start < Prev 1 **2** Next > End >>

  Results 1 - 4 of 5

**Latest News**

Darwin Awards
2005 Darwin Award
Meteor Crash
UFO's ??
Crash and Burn

**Home    Contact Us    News    Links**

# OpenSourceMatters
### home of Joomla!





Home | Schedule.Roster



## Welcome to our web site

Sponsored By:

CAPS PG Michael Bizoukas verbals to DePaul University ! and

- Home
- News
- Profiles
- Sponsorship
- Pictures
- Contact Us







In our inaugural season ,CAPS All Stars had great success as an organization.

Our teams at all levels competed in some of the most prestigious tournaments in the nation. Many of our players followed up a great spring /summer with a tremendous high school season.



Mike Bizoukas finished a stellar career at Munster High School accepting a scholarship to DePaul University and was also named to the Indiana All Star Team.

Angel Garcia led his East Chicago Central Cardinals to the Indiana State Championship where he was named MVP of the game after posting a dominating performance .



Brandon Wood had a great senior year and accepted a scholarship to Southern Illinois.

Steve Luptak was offered a scholarship to American University in Washington D.C.



The success of our organization is a testament to the dedication of the players as

well as our entire staff. Our mission is to develop each and every player in the

program to his maximum potential.

*We look forward to continued success in the 2007 season.*

Yours In sport,

Eric Cole

## Canadian Regional Directory

Search The Directory [            ]   [ Search ]

| More Detailed Directories by Province |
|---|
| British Columbia |
| Alberta |
| Saskathcewan |
| Manitoba |
| Ontario |
| Quebec |
| New Brunswick |
| Nova Scotia |
| PEI |
| Newfoundland |
| Nunavut |
| NWT |
| Yukon |
| Canada Roads |

**Alberta (148)**
Counties and Districts  Metro Areas  Regions ...

**British Columbia (1130)**
Islands  Metro Areas  Regional Districts  Regions ...

**Manitoba (41)**
Metro Areas  Regions ...

**New Brunswick (27)**
Counties  Localities  Metro Areas ...

**Newfoundland and Labrador (46)**
Metro Areas  Offshore Islands  Regions ...

**Northwest Teritories (139)**
Localities ...

**Nova Scotia (227)**
Counties  Metro Areas  Offshore Islands  Regions ...

**Nunavut (28)**
Localities  Regions ...

**Ontario (1287)**
Counties and Districts  Metro Areas  Regions ...

**Prince Edward Island (309)**
Counties  Localities ...

**Quebec (40)**
Metro Areas  Regions ...

**Saskatchewan (12)**
Metro Areas  Regions ...

**Yukon (288)**
Localities ...

**Maps of Ontario**
Planning a Vacation to Ontario. Or Just Lost? Find Maps Here!
ontariostreetmap.com

**Canada Map**
Map Out Your Vacation & Get Insider Picks on Where to Stay, Eat & Play!
Concierge.com/Travel/Canada

**EDI Training Nationwide**
Electronic Data Interchange Courses Multiple Regions Multiple Dates
www.ediacademy.com

**Free Road Maps**
Instant Access to Maps & Directions with the Free and Easy Maps Toolbar
Maps.Starware.com

Ads by Google

**Another Web Directory from Stay Net Services Ltd.**

Automated By: Website Promotion
With Thanks: Website Directory | Website Directory | Vermicomposting

# ARM Working Group

## Mission Statement

*The purpose of the ARM API is to enable applications to provide information to measure business transactions from an end user perspective and the contributing components of response time in distributed applications. This information can be used to support service level agreements and to analyze response time across distributed systems.*

ARM 3.0 has been adopted as a standard of The Open Group. All documentation and SDK implementations are available at the following link: http://www.opengroup.org/management/arm.htm

## ARM SDK 2.0 Data Sheet

## Download ARM 2.0 SDK

## Download ARM 2.0 SDK Patches

## Internationalizing ARM

## Frequently Asked Questions

## White Papers

- The Application Response Measurement API, Version 2
    - HTML Format
    - PDF Format (118kb)
- Service Management Using the ARM API Without Source Code Modification
    - HTML Format
    - PDF Format

## Working Group Member List

## Press Releases

- Initial ARM Announcement
- ARM Updates Announced
    - Accompanying Slide Set

You are: Home | Getting involved | Nations and Regions | Nations and Regions

**News**   **Our city**   **Our country**   **Our vision**   **Getting involved**   **Search**   [        ]   **Go**



UK-wide benefits

**Countdown to London 2012**

| Five Years |
| 0 Months |
| 14 Days |
| Seven Hours |
| 47 Minutes |

To register to receive London 2012's e-newsletter
Click here ▶

What does 2012 mean for me?

Our new blog ▶

**The 2012 Games will benefit all the Nations and Regions of the UK.**

**Find out more**

**There will be a range of opportunities created by the Games:**

**Business**

From construction to catering... Read more

**Sport**

From grassroots to the elite... Read more

**Tourism**

Every area of the UK will be on show... Read more

**Culture**

Cultural programmes and ceremonies... Read more

**Volunteering**

We'll need 70,000 volunteers from around the UK... Read more

---

Link To Us    Site Map    FAQ    Accessibility    Privacy Policy    Terms and Conditions    Contact Us

The official site of the London 2012 Olympic Games and Paralympic Games



# НОВОСТИ ФЕДЕРАЦИИ

- Mount Shipka old name may return
- The Altaic Cave 10 people missing
- In flying from St. Petersburg to Turkey aircraft got passengers
- Brazilian court issued a warrant for the arrest of Boris Berezovsky
- In fact CHP to a prosecutor's review Transsibe
- In Krasnoyarsk region in the colony hanged prisoner
- Viktor Tolokonsky approved by the Governor of Novosibirsk region
- Georgia detained a Russian film crew

**HOME**

**POLICY**

The Federation Council
Duma
Public Chamber
The parties and movements

Governors
Election
Legislation
Power departments
Interviews and
Commentary

**MULTINATIONAL RUSSIA**

News peoples of Russia
Orthodox
Islam
Religious News

**ECONOMY**

Finance and taxes
TEK
Transportation
Relationship
Agriculture
Construction
Utilities, municipalities

**SOCIETY**

Social Sphere
Education, science
Healthcare
Ecology
Events
Culture
Sports
Auto
Travel, leisure
Drug addiction and AIDS
Äri

**TATNEFT**

**CENTRAL FO**

**FAR FO**

**PRIVOLZHSKY FO**

**MISAPPROPRIATED FO**

**NUTS FO**

**URALS FO**

**SOUTH FO**

**FEDERAL GOVERNMENT**

## CORRUPTION TORMOZIT DEVELOPMENT IN RUSSIA

Parliamentarians agree that corruption in Russia has reached epidemic proportions, and this is a serious obstacle to the full development of the country. They are convinced that joint efforts should now be concentrated on the fight against corruption.







- Soft isolation vagrants
- Banking crisis in Russia will not be in TSB-all under control
- Confidence is good and robust mistrust -

- The situation in Chechnya through the eyes of parliamentarians
- In the struggle against extremism all means are good
- Seven Wonders of the World

**NEWS**

**19:53**  Alexander Kravets : The of the SDA, but raise the
Parliamentarians comment

**19:05**  Viktor Shudegov : Increas
Parliamentarians comment

**19:02**  Mount Shipka old name n

**18:34**  On sorted edge kolesit mo

**18:33**  Eugene Royzman : The A users
Parliamentarians comment

**18:30**  Women Tatarstan active i

**18:23**  Anatoly Lyskov : Raise fin
Parliamentarians comment

**17:59**  Vladimir Fedorov : Fines s
Parliamentarians comment

**17:56**  Nikolai Tonkov : The situa integrated
Parliamentarians comment

**17:51**  Abdul-Hakim Sultygov : N assessment

**17:38**  In Rostov resident arreste

**17:26**  In Warne Jehovah's Witn

**17:24**  The other day it was discl Seymskogo

**17:19**  Sanford check belgorodsk

**17:18**  Complete ice Palace in Ku

**17:14**  At the last meeting of the

**17:13**  In Zagreb Pride tried to tr
Sexual Minorities



# Welcome to **regions1source.com**

**For resources and information on Source and WinZip**

Related Searches

- 🔵 **Source**
- 🔵 **WinZip**
- 🔵 **Quicken**
- 🔵 **Free song**
- 🔵 **Data analysis**
- 🔵 **Active X**
- 🔵 **Speed Up Computer**
- 🔵 **Calendar template**
- 🔵 **PDF file**
- 🔵 **Sound effects**
- 🔵 **Document control**

More Related Searches

▸ **Browser**        ▸ **Goldmine software**        ▸ **Region**
▸ **Bittorrent**

**more related searches**    Haven't found what you're looking for? Then search here: ⬚    [ Search ]

Bid Management  |  Paragon  |  MRP  |  Active X Control  |  Create PDF file

© 2007 regions1source.com. All Rights Reserved. Contact Us

**Corporate Offices**
(615) 223-5644
Fax: (615) 223-8631

# *REGIONSAIR*



`pilot-resume@regionsair.com`

**Your Authorization Attempt Failed**

If you are Sundance Spas Sales Employee and do not yet have a PIN code to access this site,
you can call 909 606-7733 and contact Beverly McCune at x1359 or Gabriel Adame x1430 to
get your PIN code

*Reattempt Log On*

Sponsored Links

(0.268994 seconds

## Comprehensive Chiro Care
Dr. Watins Cares About You. Serving NYC for Over 15 Years!
www.WatinsChiro.com

## Regions Bank
Find Answers &amp; Useful Links On Regions Bank
blurtit.com

## Posture Solution
New research that will change gait, stance, posture, and your life.
www.pcopco.com/posture.html

## Curved Spine?
Surgical and non-surgical treatment child through adult specialists
www.consultingorthopedists.com

## Need Chiropractic Care?
We Want To Help You! Mobile - Call Us Today
www.AdvancedHealthAL.com

## Spinal Support Pillows
Fully Adjustable &amp; Easily Portable Get A 60 Day Special Trial Offer!
www.BedLounge.com

## John Thalgott, M.D.
Center For Disease &amp; Surgery Of The Spine. Serving Las Vegas
www.cdsslv.com

## Regions Online Banking
Get Great Results Now For Regions Online Banking
fiveresults.com

## Back Surgery
Information On Back Surgery. Find Back Surgery Here.
SpineSurgeryListings.info

## Collins Chiropractic
Better Posture And Alignment. Better Health, Naturally.
www.collinschiropractic.info

**Related Categories**

Back Surgeon
Back Surgery Recovery
Low Back and Spine Surgery
Bad Back
Laser Surgery Lower Back Pain Relief
Spinal Back Pain
Back Muscle Problems
Back Specialist
Back Surgeries and Spinal Fluid Leak
Painful Back

| Search |

soluciones@MarketingTotalsa.com

## Sponsored Links

(0.207644 seconds

**Related Categories**

### Online Banking
No Fee, No Minimum balance Online Banking accounts.
BankAccountsOnline.info

### Regions Bank
Find Answers &amp; Useful Links On Regions Bank
blurtit.com

### Regions Online Banking
Get Great Results Now For Regions Online Banking
fiveresults.com

### CD Rates by Bank
Search highest CD Rates Laddering calc, tips, more!
Bankrate.com/CDs

### Savings bank
Looking for Savings bank? Find - Savings bank
www.AllOnlineBankAccounts.com

### Regions bank
Manage Your Bank Accounts Online. Sign Up Today - Regions bank
www.BeverlyBank.com

### Online Bank Accounts
The Top 6 Ranked Online Bank Accounts. Save Time Searching.
bankaccount-online.net

### Regions bank morgage
$150k loan for $381/month Save $1000&#39;s - Apply Now!
Refinance.Low.com

### Open Checking Acc today
2nd Chance Banking + MasterCard No Chexsystems or Credit Check
www.Get-Bank-Account-Today.com

### Bank
Find Better Banking Solutions Online. Search - Bank
www.ValueBank.com

Regions Bank
Refinance
Regionsbank
Regions Mortgage
Offers
Regions MTG Isaoa
Regions MTG Inc
Richard Kilgore
Alabama
Regions
Regions Business
Refinancing
Regions Refi Loan
US Bank Home
Mortgages
Refinance Home
Mortgage Loans

Search

Link - information@WebAdvertisingCorp.co

# Welcome to **regionsbamk.com**

**Region Bank**

**Bank of America**

**Banks**

**ING**

**Orchard Bank**

**Ingdirect.com**

**Banking**

**US Bank**

**High Interest Rate**

**Chase Bank**

**Nationwide**



FINANCIAL AID AND GRANTS    COLLECTION SERVICES    TAX    CREDIT    FINANCE CALCULATORS    CREDIT, LOANS AND DEBT

WHY AM I SEEING THIS WEB SITE?



# Welcome to **regions-bank.com**

**For resources and information on Bank and Free merchant account**

Related Searches

➲ **Bank**

➲ **Free merchant account**

➲ **Savings Banks**

➲ **News**

➲ **Merchant account**

➲ **Merchant services**

➲ **Merchant processing**

➲ **Bankers**

➲ **Business merchant accounts**

➲ **Yellow pages**

➲ **Instant merchant accounts**

More Related Searches

| | | |
|---|---|---|
| ▶ **Merchant accounts** | ▶ **Industry** | ▶ **Cheap merchant accounts** |
| ▶ **Low cost merchant account** | ▶ **Best merchant accounts** | ▶ **Creditcard processing** |
| ▶ **Msps** | ▶ **Accept credit cards** | ▶ **Credit card acceptance** |
| ▶ **Credit card processor** | ▶ **Merchant account providers** | ▶ **Savings and loan** |

**more related searches**    Haven't found what you're looking for? Then search here: [          ]    Search

Phonebook  |  Merchant service  |  Business  |  Merchant account services  |  Industries

© 2007 regions-bank.com. All Rights Reserved. **Contact Us**

# Regionbanking.com
*find something interesting*

Search  Enter Keyword  [GO]

All Region Dvd Player

All Region Dvd Players

All Region Portable Dvd
Player

Cord Blood Bank

Dvd Player Multi Region

Multi Region

Region Free Dvd

Region Free Dvd Player

**Search:**
Enter Keyword  [GO]





Alpine Bank          America United Bank
Bank



### Resources:
Amusement Park
Backwater
Ballston Spa National Bank

**Are you interested in:**

Umbilical Cord Blood Bank

1st National Bank Of South
Florida

Abn Amro Bank

All Region Dvd

American Bank Center          American First National

**About Us**
We empower individuals, organizations and
businesses by providing unique up-to-date
information. Our dedicated team of professionals
strives to gather the most relevant content for our
users.

**We specialize in** All Region Dvd Player , All Region
Dvd Players , All Region Portable Dvd Player ,
Cord Blood Bank , Dvd Player Multi Region and an
array of other products and services.

Bank Advertising   |   Bank Band   |   Bank Of California   |   Bank Statement   |   Barnett Bank

Copyright © 2007 Regionbanking.com All Rights Reserved.

# Regionsbankingonline.com

*find something interesting*

Tuesday, May 01, 2007

## Find what you're looking for

Banking Law

Banking Systems

Compass Banking

European Banking

Home Banking

Hsbc Online Banking

Personal Banking

Private Banking

Regions Bank Online

Suntrust Banking

**Recommended Links**
365 Banking, All Region Dvd, All Region Dvd Player

Search  Enter Keyword 





**Start your search here** 

### Today's most Visited links

**All Region Dvd Players**
**All Region Portable Dvd Player**
**Arcade**
**Arcade Classic Games**

### Popular Destination

| | |
|---|---|
| Arcade Games Sales | Backwater |
| Arcade Lab | Band |
| Arcade Machines | Bank Merchandising |
| Arcade Online Games | Banking Crises |

**About Us**
We empower individuals, organizations and businesses with our unique services. Diversification being our core strategy; we specialize in Banking Law , Banking Systems , Compass Banking and an array of other services. Our mission is to provide quality resources.

Banking Sector  |  Banking Software  |  Bowling Arcade Games  |  Bureau Motor Vehicles  |  Business Banking

Copyright © 2006, Regionsbankingonline.com - Bookmark this page  |  Make this your Homepage

# regionsbankmortgage.com

Search the Web: [          ] [Go]

Mortgage    Mortgage Interest Rates    Commercial Mortgage    Home Loans    California Mortgage    Refinance
Mortgage Broker

## Mortgage

Mortgage Interest Rates
Commercial Mortgage
Home Loans
California Mortgage
Refinance
Mortgage Broker
Mortgage Services
Mortgage Programs
Online Mortgage
Mortgage Leads



### Mortgage Interest Rates

Mortgage Home Equity
Low Mortgage Rates
Adjustable Rate Mortgage
Michigan Mortgage

### Commercial Mortgage

Mortgage Financing
Lenders
Real Estate Loans
Commercial Real Estate Loan

### Home Loans

Home Loan Mortgages
Equity Home Loan
Home Loan Mortgage
Mortgage Home Loans

©2007 regionsbankmortgage.com All rights reserved.



**HOME**
Home
Donations
**THE MINISTRY**
The Ministry
The Compassion
Ministry Videos
Read a Newsletter
Give to the Ministry
Ministry Calendar
Join Email Updates
**RBI FAMILY**
The McDonald's
The RBI Family
**DOWNLOADS**
RBI Screensaver
Desktop Images

*Give a one-time donation:*



$ [        ]

DONATE

*or*

*Set-up monthly donation:*

$ [        ] *for*

[12] *months.*

DONATE

# Special Message from Timbuktu



Click Here to access the message.

## Going to where few others dare to tredge

Regions Beyond International is dedicated to evangelism though every means possible and to training pastors. As you browse our website you will experience our evangelism crusades, the pastors conferences and worship in many cultures. It is in these settings that Bruce is consumed in a passion for souls.



It is said that there are reasons some areas are still not reached, and although we concur with this saying, doors are being opened to previously unreached areas and countries. Regions Beyond has recently ministered in several regions that are predominately or completely Islamic. In both instances the spiritual foundation of a new church has been started.

## Ministry: Beating Floods and Bullets



This past year Mission Aviation Fellowship (MAF) published a story about Regions Beyond International in their newsletter. Recounting the difficulties faced in reaching the unreached, they article speaks to the how important the help of others in when going into the areas that Bruce and Becky work in. To read the artcle, *click here.*

**Regions Beyond International © 2007**
**webmaster@regionsbeyond.org**



enlarged photo

**HOME**
Home
Donations
**THE MINISTRY**
The Ministry
The Compassion
Ministry Videos
Read a Newsletter
Give to the Ministry
Ministry Calendar
Join Email Updates

**RBI FAMILY**
The McDonald's
The RBI Family

**DOWNLOADS**
RBI Screensaver
Desktop Images

*Give a one-time donation:*

$ [_____]



DONATE

---

*or*

---

*Set-up monthly donation:*

$ [_____] *for*

[12] *months.*




DONATE

# *Special Message from Timbuktu*



Click Here to access the message.

# *Going to where few others dare to tredge*

Regions Beyond International is dedicated to evangelism though every means possible and to training pastors. As you browse our website you will experience our evangelism crusades, the pastors conferences and worship in many cultures. It is in these settings that Bruce is consumed in a passion for souls.

It is said that there are reasons some areas are still not reached, and although we concur with this saying, doors are being opened to previously unreached areas and countries. Regions Beyond has recently ministered in several regions that are predominately or completely Islamic. In instances the spiritual foundation of a new church has been started.



Regions Beyond ™

Bruce & Becky McDonald
Regions Beyond International
www.RegionsBeyond.org

© Bruce McDonald

---

# *Ministry: Beating Floods and Bullets*



This past year Mission Aviation Fellowship (MAF) published a story Regions Beyond International in th newsletter. Recounting the difficul faced in reaching the unreached, th article speaks to the how important help of others in when going into the that Bruce and Becky work in. To rea artcle, ***click here.***







# RCEM
Rubens Cunha Evangelistic Ministries

 Home

*Add to Favorites*



 Our Vision

 About us

*Announcing the Gospel*

*Proclaiming Miracles*

*Providing Hope*

 Evangelism

Pictures

Video

 Newsletter

Itinerary

 Contact us



 Donate

## Free
## Newsletter!

 SUBSCRIBE

*"Jesus Christ is the Same Yesterday, Today and Forever" Heb. 13:8*

Sponsored Links

(**0.278331** seconds)

## Regions Online Banking
Get Great Results Now For Regions Online Banking
fiveresults.com

## Online Banking
No Fee, No Minimum balance Online Banking accounts.
BankAccountsOnline.info

## HME Billing Software
by Pacware Software Development ANSI appr all regions online demo
www.pacware.com

## Internet Bank
No need to change banks Earn 4.50% APY at ING DIRECT
www.ingdirect.com

## De Free Checking Bank
Get Free Fraud and Identity Theft Protection - Open an Account Today.
www.Wachovia.com

## Find a bank or ATM
Search accurate, updated listings by address, opening hours &amp; more.
www.dexonline.com

## Savings bank
Looking for Savings bank? Find - Savings bank
www.AllOnlineBankAccounts.com

## Cheap Queensland Flight
Visit the official Qantas website to plan your Queensland vacation.
Qantas.com/queensland

## Free Checking Account
Enroll 100% Online in 3 Easy Steps! Free Checks, Online Bill Pay &amp; More
www.Wamu-Free-Checking.com

## Regions Bank
Thinking of banking with Regions? Free guide to rates, fees, accounts
Banking-Directory.net

**Related Categories**

Regions Bank com
Regions Bank
Company
Regions Bank Firm
Regions Bank Loan
Regions Bank Loans
Regionsbank
Regions Bank
Refinance
Regions Bank
Refinancing
Regions Bank
Refinancing
Mortgage
Regions

Search

Link - information@WebAdvertisingCorp.co

**REGIONS BRAND WORKS USER LOGIN**

Welcome to Regions Brand Works. Please enter your username, which should be your email, and your password. If this is your first time to login please enter the password that was provided to you; after you submit you will be able to change your password to your personal password.

Email:

Password:

Click to Login

Forgot Password?

© 2007 Regions

# Regions Car Loans

Home :: About Us :: Contact Us :: FAQs :: For Car Dealers :: Resources



**National Credit** Amnesty Program

**Get Approved Fast Easy & Free**

**99% Acceptance Rate Nationwide**

| Car Loan Application | Bad Credit Car Loan | Online Car Loans | New Car Loans | Used Car Loans | Fast Car Loans |

**Car Loans**

- ☑ Auto Loans
- ☑ Bad Credit Auto Loans
- ☑ Car Loans
- ☑ For Car Dealers
- ☑ Car Refinance
- ☑ Car Loan Calculator



## Used Car Loans

Everyday, thousands of people are applying for **used car loans**! So you have also joined their league. Don't worry! You can have a good deal too! With Regionscarloans.com this is possible! We provide the best services for borrowers looking for car loans. We help borrowers in getting the car they want in all 50 states irrespective of their credit and financial circumstances.

What do you want for your car loan? A competitive rate, a flexible repayment period, affordable installments! If so then, you've come to the right place, where you will get all the above advantages for your new or used car loan. Regionscarloans.com understands your needs.

If you have bad credit, no credit, bankruptcy or repossession in your credit history, don't wait to apply! The solution is at your fingertips! **Apply online for FREE** on our secured car loan application form to the right. Get approved now!



**Start Here**
"Fast, Free & Easy"

First Name: _____

Middle Name: _____

Last Name: _____

Home Phone: ___ ___ ___

E-mail: _____

Zip Code: _____

☑ YES, I would like to receive offers and helpful tips related to financial and credit products.

**Submit**

**Partner Sites:** Poor Credit Car Loan I Car Loans
© 2007 , www.regionscarloans.com
Privacy Policy :: Sitemap

This site is currently under construction.

Please check back shortly for company information....

REGIONS

CONTRACTORS

41 Feli Way

Crawfordville, FL 32327

(850) 926-5088

(C) 2005 Regions Contractors Inc.

Sponsored Links

(0.294808 seconds

## Credit Card Offers
Visa, MasterCard, AMEX &amp; Discover. Compare Offers &amp; Apply online.
www.CreditCards.com

## Accept Credit Card
Find Accept credit card. See our credit cards site.
Guide2CreditCards.com

## American Express® Blue
0% Intro APR, No Annual Fee, Free Rewards Program. Apply Now!
www.americanexpress.com

## Instant Approval Cards
Instant Credit Card Applications Compare Offers &amp; Apply Online
www.requestcredit.com

## Power Rewards Business
No Annual Fee or Cap on Points! Get Rewarded for All your Purchases
www.BankofAmerica.com

## Credit Card Rewards
Top 6 Websites For Credit Card Rewards
www.Top6picks.com

## 100 Great Credit Cards
Top 10 Credit Card Applications Bad-No Credit? No Problem.Apply!
www.BestCreditOffers.com/cards

## Credit Card Info
Get Info on Credit Card from 14 search engines in 1.
www.info.com/CreditCard

## Card for Bad or No Credit
Apply for the Imagine Gold Card All Applications are Accepted
www.goldimaginecard.com

## Credit Card
Rebuild Credit with Our MasterCard Apply Online Now -Instant Decisions
www.OrchardBank.com

**Related Categories**

Peoples Bank Credit
Card
Regions
Regions Bank
Mortgage
Regions Online
Banking
Regionsbank
Union Planters Bank
Regions MTG Isaoa
Regions MTG Inc
Richard Kilgore
Alabama
Regions Business
Refinance
Regions Commercial
Refinancing

[ Search ]

Our Site : Contactir

center search business small opportunity at regionsearchcenter.com

## Welcome to **regionsearchcenter.com**

Center Search

Center

Business

Small Business

Business Opportunity

Business Plan

Business to Business

Marketing

Home Business

Business Consulting

Business Service



VACATION    TECHNOLOGY    HEALTH & BEAUTY    GIFTS    PERSONAL FINANCE    HOME

Regionseek.com - The Best region seek Resources and Information. This website is for sale! Page 37 of 106 Page 1 of 1

Case 2:06-cv-00882-MHT-TFM    Document 30-47    Filed 07/17/2007



**regionseek.com**

| MP3s | Loans | Jobs | Music | Internet | Flowers | Shopping | Fitness | E[_____]

For region seek try these sponsored results:

## ALL REGION DVD PLAYER
Over 80 region less dvd players in stock. We ship world wide
**www.world-import.com**

## MULTI REGION DVD PLAYER
Buy Region Free Code DVD Player At Low Prices and Fast Shipping.
**www.popularelect.com**

### SEARCH
Search the Web



## NH LAKES REGION PROPERTY
Prudential Spencer-Hughes Realtor NH Lakes Region Property.
**www.SpencerHughes.com**

## METALLICA RINGTONES
Get Seek And Destroy ringtones by Metallica instantly!
**GetPhoneTones.com/Metallica**

### POPULAR SEARCHES
| MP3s | Loans | Jobs | Music |
Internet | Flowers | Shopping |
Fitness | Education | DSL |

## DVD RW MEDIA
Blank DVD-RW & Media at low prices. Same day shipping. Buy now & save!
**www.TigerDirect.com**

### BUY THIS DOMAIN
domain **regionseek.com** may be for sale
by its owner!
**More details...**

## DVD REGION PLAYER
Don't pay too much! Save now up to 75% on DVD Player.
**www.price-burner.com/dvd-players**

## FREE DVD PLAYER REGION
Guides, Tips and Listings. Region free dvd player
**www.megasearching.info**

## RIOSCAN SCANSEEK SOFTWARE
Great Prices, Free Tech Support. Buy Online or Call 1-888-875-7373
**www.BarcodePlanet.com**

## NEED A NEW DVD PLAYER?
Find Region Free Dvd Players Online Search All Region Free Dvd Links
**www.info.com/RegionFreeDVD**

## LAKES REGION REAL ESTATE
New Hampshire Lakes Region Real Estate: vacation homes
**www.AdamDow.com**

| MP3s| Loans| Jobs| Music| Internet| Flowers| Shopping| Fitness| Education| DSL|

**sedo**

This page provided to the domain owner **free** by Sedo's Domain Parking . Disclaimer: Domain owner and Sedo maintain no relationship with third party advertisers. Reference to any specific service or trade mark is not controlled by Sedo or domain owner and does not constitute or imply its association, endorsement or recommendation.

Buy Domains  | Sell Domains  | Premium Domains  | Domain Appraisal  | Domain Names for Sale  | Domain Parking  | Domain Transfer  | Domain Auction  | Domain Name

*Emergency Medicine*
*at*
*Regions Hospital*

## Institution                    Faculty

## Educational Program            Residents

## Student Program                Research

Application Information

🔲 **Regions Hospital**®

This page parked FREE by

Make a .com
name with us!

➢ Search: _____    [ Search ]

# Welcome to
# www.regionsequity.com

**Not what you're looking for? Try these related sponsored links:**

▸ **Refinance Home Equity**
Rates at 5.5% Fixed. $300,000 home loan: $719/mo - Get 4 free quotes!
www.lendgo.com

▸ **Countrywide® Home Loans**
Less-Than-Perfect Credit Expertise From Countrywide®, 4 of 5 Approved!
www.Countrywide.com

▸ **Refinance AL Home Equity**
90 seconds to apply for free and affordable lender quotes. $100k min
www.BestLenderFinder.com

▸ **Bad Credit? Refi Today**
Homeowner In Debt? Need Cash Now? Fast Home Refi. Low Payments**
www.FullSpectrumLending.com

▸ **See Todays Mortgage Rates**
$310,000 Mortgage Under $999/mo. Featured on Oprah - Find Low Rates!
www.Mortgage-Rates.lowermybills.com

▸ **$100K Cash Out- 125% Loan**
600+ FICO - No Closing Costs Fast Approval. $100K Cash in Days!
www.quick-approval-expert.com

▸ **Home Refinancing Loans**
Home Refinance, Bad Credit OK. Get mortgage refinancing quotes now
www.homeloan-credit.com

▸ **Commercial Mortgages**
Find Commercial Mortgage Brokers In your Local Area. Start Here.
www.SuperPages.com

▸ **125% Home Mortgage Loan**
Fair Credit Required-$50K Cash Out Get the Lowest Refi Rates Today!
www.instant-approve.com

▸ **Pay Off Your Home Faster**
Pay off your Home in 10-20 years without increasing monthly expenses
www.SydneyFinancialGroup.com



**LIMITED-TIME OFFER**
$1⁹⁹* No Qty Limit **Domains**
Now, with any non-domain purchase!

FREE with every domain name:
▸ NEW! Hosting with Web builder
▸ NEW! Quick Blog
▸ Complete Email
▸ AND MORE!

*Find a domain name now:*

 .com [GO]

Advanced Search    [ICANN ACCREDITED]

*Plus ICANN fee of 22 cents per domain name year.

---

**Fast, Reliable, Secure**
## Web Hosting

▸ 99.9% Guaranteed Uptime
▸ No Setup Fee or Annual Commitment
▸ Generous Storage & Bandwidth
▸ Free, Expert 24/7 Support
▸ And MUCH More!
   **Flexible plans as low as $3.19/mo!**
   Learn more...

---

**Related Searches**

▸ Home Equity Mortgage Loan
▸ Mortgage
▸ Equity Line Mortgage Info
▸ No Equity 2nd Mortgage
▸ Company Equity Mortgage One
▸ Equity Accelerator

---

## Popular Searches

▸ **Travel**
Airline
Car Rental
Hotels
Cruises
Vacations

▸ **Lifestyle**
Fitness
Dating
Singles
Education
Degrees

▸ **Business**
Bankruptcy
Business Cards
Affiliate Programs

▸ **Financial Planning**
Loans
Credit Cards
Debt Consolidation
Stocks
Payday Loans

▸ **Real Estate**
Mortgages
Refinancing
Home Equity Loans
For Sale by Owner
Credit Score

▸ **Legal Help**
DUI Lawyers
Accident Lawyers
Bankruptcy Lawyers

▸ **E Commerce**
VoIP
Broadband
Domain Names
Web Hosting
Web Design

▸ **Insurance**
Car Insurance
Travel Insurance
Health Insurance
Home Insurance
Life Insurance

▸ **Personal Finances**
Investments
Student Loans
Work from Home



# Welcome to **regionser.com**

**Your online information and resource portal**

Popular Categories

- ⊕ **Dating**
- ⊕ **Cars**
- ⊕ **Entertainment**
- ⊕ **Education**
- ⊕ **Jobs**
- ⊕ **Finance**
- ⊕ **Internet**
- ⊕ **Electronics**
- ⊕ **Business**
- ⊕ **Travel**
- ⊕ **Legal**

popular categories    Haven't found what you're looking for? Then search here: [            ]  [ Search ]

Dating | Cars | Entertainment | Education | Jobs | Finance | Internet | Electronics | Business | Travel | Legal

© 2007 regionser.com. All Rights Reserved. Contact Us

# Welcome to **regionservicecenter.com**

Service Center

Model

Modeling Agency

Business

Secret Shopper

Tutor

Taxidermy

Voice Over

Casting Call

Test Equipment

Postage Stamp



VACATION    TECHNOLOGY    HEALTH & BEAUTY    GIFTS    PERSONAL FINANCE    HOME



# Regions Facility Services, Inc.



**username:**
N/A

**password:**

☐ remember
[ Sign IN ]

**Regions Facility Services, Inc.**
**1281 Kass Circle**
**Spring Hill, FL 34606**

**Office: (352) 683-0688**
**FAX: (352) 683-0198**

Web Site Hosting by Pinellas Business Solutions, Inc.



HOME

| HOME |
| SERVICES |
| ABOUT US |
| CONTACT US |
| JOBS |

Regions Consulting Group (RCG) provides a wide range of information technology services from proposal development to production environment management. Whether you need resources or turn key application, our services are designed to help you succeed, satisfy your business needs, and deliver professional work with guaranteed results.

We are highly experienced in delivering effective solutions and we do not shy away from the toughest challenges. If you have an IT need, you have come to the right place. Our experts will work with you from start to finish employing talents, methodologies, practices, and technologies to insure successful completion of your project.

Copyright © 2004 Regions Consulting Group, Inc. All rights reserved

**Error 403 - Forbidden**

You tried to access a document for which you don't have privileges.

**Error 403 - Forbidden**

You tried to access a document for which you don't have privileges.

# regionshome.com

**May 01, 2007**

*Welcome!*

**Search** [                    ] **Search**

RELATED SEARCHES:

| | | |
|---|---|---|
| » Ventura Home Search | » Home for Rent | » Connecticut Home |
| » Cheap Home | » Idaho Home | » Washington Home |
| » Orchard Homes Home | » Winnetka Home | » Ashburn Home Sales |
| » Milltown Home | » Manchester Houses for Sale | » Salinas Home Builders |
| » Real Estate Homes for Sale | » Manchester Real Estate | » Manchester Homes |

Copyright © 2007 regionshome.com. All Rights Reserved.

## Regions Hospital*

**Welcome to Regions Hospital**

About Regions Hospital

Patients and Visitors

Specialty Services and Programs

Health Care Providers

Nursing

Foundation and Volunteers

News and Events

Research

Career Opportunities

Regions Hospital is a leader in healing. That is why our commitment is to treat you as an individual, to keep you informed about your health care and to give you choices whenever possible. Our promise is to provide you with a safe environment and treat you and your family with the utmost respect and dignity.



## What's Happening at Regions Hospital

Regions Hospital planning major expansion, renovation project
All departments are open during construction! Follow the on-campus signage for directions. Enter the Emergency Room on Jackson Street.

Join the Regions Patient Advisory Council and tell us what you think!If you are a past patient or family member, please join the council to share your experience. Our council meets once a month and has a 1 year commitment. Dinner, parking and a $50 meeting stipend will be provided to each council member.

Favorite Place to Receive a Mammogram
We are proud to announce the Breast Health Center at Regions Hospital was recently voted as the "Favorite Place to Receive a Mammogram" by readers of Minnesota Womens Press.

CaringBridge® offers a way to stay in touch with family and friends
CaringBridge® offers free personalized Web sites to those wishing to stay in touch with family and friends during significant life events. The CaringBridge experience is unique for both authors and visitors in its immediacy, intimacy and wide-reaching impact.

Level I Cardiac Program Begins
The program gives cardiac patients direct access to life-saving procedures.

Regions Heart Surgeons Among First in the Nation to use New Compact Circulatory Support System
Regions heart surgeons among the first in the nation to utilize this innovative system.



# Welcome to **regionshospitals.com**

**For resources and information on Hospital gown and Hospital Cart**

Related Searches

- Hospital gown
- Hospital Cart
- Hospital furniture
- Flower Hospital
- Hospital Table
- General Hospital
- Hospital list
- Veteran Hospital
- Kaiser Hospital
- Child hospital
- Kaiser medical

More Related Searches

▶ **Kaiser permanente home page**    ▶ **Kaiser permanente hospital**    ▶ **Region Hospital**
▶ **Hospital**

**more related searches**    Haven't found what you're looking for? Then search here: [          ]    Search

Ward  |  VA Hospital  |  Hospital uniform  |  Hospital Chicago  |  Florida hospital college of health science

© 2007 regionshospitals.com. All Rights Reserved. Contact Us

Sponsored Links

Sponsored Links

(0.311058 seconds

## Children&#39;s Hospitals MN
Children&#39;s of Minnesota, 319-bed hospital. We know children here.
www.childrensmn.org

## St. Paul Hospitals
Local Hospitals in St. Paul MN. Website, address, maps &amp; more.
Dexonline.com

## Health Partners Minnesota
Get A Free HealthPartners Quote. Start Today With HealthPartners.
www.HealthInsuranceProviders.net

## Minneapolis Jobs
Apply to Great Part-Time and Hourly Jobs at Minneapolis&#39;s Top Companies
www.SnagAJob.com

## View All Twin City Homes
Search MLS listings, notification of new listings by email is free.
thbuyers.com

## HealthPartners Quotes
MN Health Insurance Network 20 yr of Local professional service
www.mnhealthnetwork.com

## MN Minneapolis Job
View Jobs That Are Near You. Apply Directly to the Employer.
www.GetTheJob.com

## Minnesota Health Policy
Free Instant Minnesota Health Insurance Quote. Apply now.
Minnesota.HealthPlans.us.com

## Need Minnesota Painters?
30 years of painting experience Call now for a Free Consultation
www.CollegePro.com

## Minneapolis Minnesota
Photos, Customer Ratings &amp; Reviews. Save on Trips to Minneapolis, MN
www.Expedia.com

### Popular Categories

**Travel**
Airline
Car Rental
Hotels

**Financial Planning**
Loans
Credit Cards
Debt Consolidation

**E Commerce**
VoIP
Broadband
Domain Names

**Lifestyle**
Fitness
Dating
Singles

**Real Estate**
Mortgages
Refinancing
Home Equity Loans

[ Search ]

# Welcome to **regionshosptial.com**

**For resources and information on Hospital gown and Hospital Cart**

Related Searches

- 🔄 **Hospital gown**
- 🔄 **Hospital Cart**
- 🔄 **Hospital furniture**
- 🔄 **Flower Hospital**
- 🔄 **Hospital Table**
- 🔄 **General Hospital**
- 🔄 **Hospital list**
- 🔄 **Veteran Hospital**
- 🔄 **Kaiser Hospital**
- 🔄 **Child hospital**
- 🔄 **Kaiser medical**

More Related Searches

▸ **Kaiser permanente home page**     ▸ **Kaiser permanente hospital**     ▸ **Region Hospital**
▸ **Hospital**

| more related searches | Haven't found what you're looking for? Then search here: | | Search |

Ward  |  VA Hospital  |  Hospital uniform  |  Hospital Chicago  |  Florida hospital college of health science

© 2007 regionshosptial.com. All Rights Reserved. Contact Us



**Signs**    **Vinyl Graphics**    **Promotional Items**
**Trophies/Awards**    **Engraving**    **Banners**

 Home

 Contact

 Portfolio

 Links

 Feedback

## Offering the Best SAFETY SIGNS in the REGION

**Region Signs Inc.** is a company specializing in the design and manufacturing of custom signage and identification. **Located conveniently in downtown Whiting** and established in **2003** by **Carolyn Sarvanidis** and **Tim & Debbie King**, our goal is always to maintain giving our customers the best in products, service, and selection.



We currently service and promptly deliver to the following companies: **MITTAL STEEL USA, Praxair, Unilever, Valporaiso University, Chicago Heights Steel, UGN Inc., Horseshoe Casino, Strack and VanTil's, Municipalities, plus additional Chicagoland and Northwest Indiana customers.**

**Region Signs Inc.** is also a distributor for **Stonehouse Signs, Gill Line, Marking Services, and NABCO.** We are also an ASI company with thousands of promotional companies ready to supply any of your identification needs.
*With our state of the art equipment we have the capabilities of producing....*

- Banners
- Safety Signs
- Event Signs
- Decals
- Pipe Identification
- 
- Vehicle & Boat Lettering
- Window Lettering
- Rubber Stamps
- Promotional Items
- Engraved Tags & Nameplates
- Hard Hat Labels

**If you require additional information, please call us at 219-473-1616** or fax us at **219-473-9905**. You can also contact us via **e-mail** at <u>mailto:regionsigns@aol.com</u>. *We look forward to hearing from you soon.*

**Carolyn Sarvanidis, President**
**Tim King, Vice President**
**Debbie King, Secretary/Treasurer**



**The Web Site Is**

Under Construction

# ⟪ **Marriott**



© 2007 Marriott International, Inc. All rights reserved. Marriott Proprietary Information.    Terms of Use  |  Internet Privacy Statement



# Welcome to **regionsl.com**

**For resources and information on Domain and History**

Related Searches

- **Domain**
- **History**
- **Publications**
- **Business**
- **Health**
- **Travel**
- **Computer**
- **United States**
- **Europe**
- **Regional**

Haven't found what you're looking for? Then search here: [ _____ ]  [ Search ]

© 2007 regionsl.com. All Rights Reserved. Contact Us

# Network Solutions.

**Coming Soon!**
This site is under construction.

**Popular Categories**   Travel • Financial Planning • E Commerce • Lifestyle • Real Estate



**Buy a domain name as low as $14.99**

☑ .com  ☑ .net  ☐ .org
☐ .us   ☐ .biz  ☐ .info
☐ .eu   ☐ .tv   ☐ .name
☐ Select all

**Search**

Sponsored Listings

**Bad Credit Mortgage Loans**
Looking for a bad credit mortgage loan? Browse our directory.
**badcreditloanformortgage.info**

**Liquidity Solutions Now**
Active buyer RE-backed loans. Resi & comm, 1st liens. 1-866-473-3027
**www.BayviewFinancial.com**

**Refinance AL 2nd Mortgage**
90 seconds to apply for free and affordable lender quotes. $100k min
**www.BestLenderFinder.com**

**Mortgage Rates Fall Again**
$310,000 Mortgage Under $999/mo. Featured on Oprah - Find Low Rates!
**www.Mortgage-Rates.lowermybills.com**

**Home Refinancing Loans**
Home Refinance, Bad Credit OK. Get mortgage refinancing quotes now
**www.homeloan-credit.com**

**Bad Credit? No problem.**
Connect directly to lenders with bad credit mortgage programs.
**www.greatloannetwork.com**

**Indiana Refinance Loans**
Rates at 5.5% Fixed. $300,000 home loan: $719/mo - Get 4 free quotes!
**www.lendgo.com**

**Countrywide® Home Loans**
Refi ARM Loan to Low Fixed Rate at Countrywide. 4 of 5 Approved!
**www.Countrywide.com**

**50 year mortgage low rate**
Larger loans with lower payments. Interest only options. 50 year term
**www.50-yr-mortgage.com**

**Mortgage Loan**
Search Across US For Top Loans. Find The Right Offer Now & Save!
**www.eAgent.com**

**Search again**

[Search]

Related Categories
- Indiana Refinance Mortgage Loans
- Mortgage Loans of America
- Mortgage Loans Bad Credit
- 20 Year Mortgage Loans
- City Mortgage Home Loans
- Teacher Loans
- Land Loans
- Heartland Loans
- Arc Loans
- Subprime Construction Loans
- Mortgage Loans for Dummies
- Countryside Loans
- Union Planters Mortgage
- Mortgage Rates
- Investor Loans

 **Build** Your Business
- Special web site hosting offer
- Forward visitors to your web site

 MyCorporation.com
- Incorporate Your Business
- Trademark Your Company's Name

**Popular Categories**   Travel • Financial Planning • E Commerce • Lifestyle • Real Estate

**Trademark Free Zone | Review our Privacy Policy | Service Agreement | Legal Notice**
Copyright 2007 Network Solutions. All rights reserved.

Sponsored Links

(0.151321 seconds

## Mortgages at Countrywide®
Fast Home Refi, Good Credit Or Not. Countrywide® 4 out of 5 approved!
www.Countrywide.com

## Bad Credit? Refi Today
Homeowner In Debt? Need Cash Now? Call Full Spectrum®. Low Payments**
www.FullSpectrumLending.com

## The VA Mortgage Center
$0 Down and up to $417,000. Save money with VA Mortgages.
www.VaMortgageCenter.com

## Boise Mortgage Company
Buying or Refinancing, We Can Do It Let us Find The Loan you Deserve!
IdahoMortgageServices.net

## Lender Mortgage Loan
Get rates today and start saving. No Obligation. Bad Credit Ok!
Refinance.Low.com

## Mortgage Home Loan
Five Great Suppliers Of Mortgage Home Loan
www.fiveresults.com

## Mortgage Marketing Tips
Hog All The Leads For Yourself Free Report Explains Everything
www.100kExtremeMakeover.com

## Business Mortgage Capital
Mortgage Loans Up To $250,000! Repay With Future Credit Card Sales
www.AmericanCapitalAdvance.com

## Home Mortgage Loans
Compare Up To 4 Fast Offers Online. Rates Are Low. Bad Credit OK.
www.easLending.com

## Megazee Mortgage, Waco TX
Leading Lenders In The Industry. Customized Loans to Meet Your Needs
www.Megazee.com

**Related Categories**

Regions Bank
Mortgage Company
Regions MTG
Mortgage com
First Mortgage
Second Mortgage
Regions Bank Home
Loans
Lead Loan Mortgage
Mortgage
Mortgage People
Mortgage Shop
Mortgage Source
Mortgage Specialists

[ Search ]

WanFu / Mail we

# regionsmls.com
*Your Home and Garden Resource*

Home    Mortgage    Real Estate    Mover    Apartment    Window    Furniture

## Related Links

| | | |
|---|---|---|
| MLS | Buying A Home | Real Estate School |
| Real Estate | Real Estate Listing | Real Estate License |
| Commercial Real Estate | Real Estate Agent | Real Estate Marketing |
| Buy House | Real Estate Investing | Real Estate Appraiser |
| Home For Sale | Oceanfront Real Estate | Real Estate Loan |

## Favorite Categories

**Autos**
Car Insurance
Used Cars
Auto Repair

**Financial Services**
Debt Consolidation
Credit Cards
Mortgage

**Lifestyle**
Personals
Fitness
Pets

**Education**
Online Education
School Loan
Home School

**Entertainment**
Television
Music
MP3

**Shopping**
Electronics
Flowers
Gifts

**Business**
E-Commerce
Home Business
MBA

**Health**
Medical Insurance
Weight Loss
Diet

**Technology**
Web Hosting
Computers
Laptops

**Employment**
Employment Services
Work at Home
Job Search

**Home**
Home Security
Refinancing
Real Estate

**Travel**
Car Rental
Airlines
Hotels

### Search Results          Advertise here

**COLDWELL BANKER**
Find real estate listings and realty
information you can trust.
www.coldwellbanker.com

**List Your Own Home**
Now You Can List Your Own Home On
The MLS. List Your Own Home Today.
www.www4salebyowner.com

**Mls**
Save up to 50% on Mls. Search over
15,000 sites with one click. Your source
for everything under the sun!.
FindStuff.com

## Home and Garden Categories



**Furniture**
Sofas
Rustic Furniture
Mantels
Beds



**Real Estate**
Luxury Homes
House for Rent
Apartment Rentals
For Sale By Owner



**Gardening**
Lawn Care
Flowers
Trees
Fences



**Home Remodel**
Hardwood Floors
Carpeting
Roofing
Windows



## Victims of Hurricane Katrina Need Your Help Now

**Donate Now**
Or call to donate at
1 800 HELP NOW





# NetworkSolutions.

**Coming Soon!**
This site is under construction.

**Popular Categories**   Travel • Financial Planning • E Commerce • Lifestyle • Real Estate

Buy a domain name
as low as $14.99

[ ]

☑ .com   ☑ .net   ☐ .org
☐ .us    ☐ .biz   ☐ .info
☐ .eu    ☐ .tv    ☐ .name
☐ Select all

**Search** ⇒



Sponsored Listings

**Morgan Stanley Hiring**
Find your new career here. Local and National Job Search.
**www.JobsOnline.net**

**Free Fixed Income Book**
Learn how to balance your portfolio and protect against
market risk
**www.1dbdirect.com**

**High Yield Investments**
Looking for high yield investments? Work with top financial
firms.
**highinvestmentyield.net**

**Regions bank**
$150k loan for $381/month Save $1000's - Apply Now!
**Refinance.Low.com**

**Morgan Stanley**
Research Morgan Stanley in Portfolio's Corporate Database.
**Portfolio.com**

**Union Planters Mortgage**
Comprehensive, Objective And Free Online Mortgage
Resource!
**www.Bankrate.com**

**Invest in Spectra Fund**
30 Years Growth Investing, No Load. Access Prospectus.
**SpectraFund.com**

**Morgan Stanley Careers**
Over 100,000 new jobs listed daily. Find your new career
today.
**www.indeed.com**

**Visit E*TRADE Securities**
Over 7,000 Mutual Funds including low expense ratio Index
Funds
**ETRADE.com**

**Union Planters Bank Info**
Union Planters Bank Info and free online home loan quotes.
**Finance9.com**

**Search again**

[ ]

**Search** ⇒

Related Categories

• Union Planters Bank Online
• Morgan Stanley
• Income Fund Outlook
• A Growth Mutual Fund
• Regions Bank com
• Bank Equity First Home
Union
• Regionsbank
• Fund Company
• Fund Shares
• Regions
• Fund Industry
• Regions Online Banking
• Dynamic Funds
• Templeton India Equity
Income Fund
• UK Growth and Income Fund



**Build**
Your Business
• Special web site hosting offer
• Forward visitors to your web
site

MyCorporation.com

• Incorporate Your Business
• Trademark Your Company's
Name

---

**Popular Categories**   Travel • Financial Planning • E Commerce • Lifestyle • Real Estate

**Trademark Free Zone | Review our Privacy Policy | Service Agreement | Legal Notice**
Copyright 2007 Network Solutions. All rights reserved.



# Welcome to
# **regionsmortgagecompany.com**

**For resources and information on Financial aid and Reverse mortgage**

Related Searches:

- 🔵 **Financial aid**
- 🔵 **Reverse mortgage**
- 🔵 **Mortgage Loan**
- 🔵 **Home equity loan**
- 🔵 **Refinance mortgage**
- 🔵 **Mortgage company**
- 🔵 **Cash loan**
- 🔵 **Debt consolidation loan**
- 🔵 **Second mortgage**
- 🔵 **Mortgage lender**
- 🔵 **Debt consolidation**

### More Related Searches

▸ **Lender**                    ▸ **Financial advisor**                    ▸ **Fast cash loan**
▸ **Region Mortgage Company**

**more related searches**     Haven't found what you're looking for? Then search here: [                    ]   [ Search ]

Mortgage  |  Lowest mortgage rate  |  Loan  |  Online loan  |  Mortgage broker

© 2007 regionsmortgagecompany.com. All Rights Reserved. **Contact Us**

# regionsmortgages.com

Search the Web: [                    ] Go

Regions Mortgages | Mortgage | Mortgages | Cheap Mortgage | Lending | Mortgage Credit | Home Loans

Sponsored Results for Region Mortgage



## Compare **Region Mortgage** Rates
Purchase, refinance, home equity, debt consolidation. Compare competitive **mortgage** rates. Up to 4 free quotes.
mortgage loan-m.com

## Free **Mortgage** Quote
Get a quote fast to lower payments and save money on a **mortgage**.
www.bills.com

## **Mortgages** - Lendingtree
Refinance $200,000 For Only $667/Month. Refinance Offers, Qualify Online.
www.LendingTree.com

## Low Rate **Mortgages**
Fast & easy. What you expect from E*TRADE. Get preapproved now.
ETRADE.com

## MetLife Bank **Mortgage**
Quick online loan decisions, often in as few as 20 minutes.
www.MetLifeBank.com

## Countrywide® Home Loans
Fast refi for most credit types from Countrywide®, 4 of 5 approved.
www.Countrywide.com

## **Region Mortgage** - Compare Quotes
Review information about **Region** or Union Planter **mortgage** and compare **mortgage**, refinance home loan rates from competing companies.
mortgage.amazing-quotes.com

## E-Loan ® - Official Site
**Mortgage**, Refinance, Home Equity. No Lender Fees. Fast Approval.
www.eloan.com/mortgage

## Free **Mortgage** Quotes - Apply Now
Free personal online **Mortgage** evaluation. We compare rates among some of the country's top **Mortgage** lenders, Fast and simple online application process. Read about **Regions Mortgage**.
www.mortgageshavers.com

## **Region Mortgage**
Free **Region Mortgage** quotes online. Low rates available now.
www.rateslower.com

### Related Searches

- Regions Mortgages
- Mortgage
- Mortgages
- Cheap Mortgage
- Lending
- Mortgage Credit
- Home Loans
- Reverse Mortgage
- Second Mortgage
- Refinance
- California Mortgage
- Commercial Mortgage
- Online Mortgage
- Residential Mortgage
- Equity Loans

©2007 regionsmortgages.com All rights reserved.

# Welcome to **regionsnet.net**

**Region Net**

**Regionsnet**

**Net Region**

**Region**

**Net**

**Online Casino**

**Streaming Video**

**Legging**

**Net Meeting**

**Emoticon**

**Internet Filter**



VACATION    TECHNOLOGY    HEALTH & BEAUTY    GIFTS    PERSONAL FINANCE    HOME

WHY AM I SEEING THIS WEB SITE?

 **Find:it**

For information about this
domain name click here

Sponsored Listings

**Related Searches**

Bank Montreal Online Banking
National City Online Banking
Net Banking Software
Banking
Banking Internet Online UK
Small Business Online Banking

**Favorite Links**

Regions Banking

**Search:**

### Internet Banking
Manage Your Bank Accounts Online. Sign Up Today - Internet
banking
www.BeverlyBank.com

### Free Checking Account
Enroll 100% Online in 3 Easy Steps! Free Checks, Online Bill Pay
& More
www.Wamu-Free-Checking.com

### Online Banking
No Fee, No Minimum balance Online Banking accounts.
BankAccountsOnline.info

### Internet Banking
Find a Bank Account Online. Apply for an Online Account Today.
www.bankaccountonlineGuide.com

### Regions Online Banking
Get Great Results Now For Regions Online Banking
fiveresults.com

### Crown Banking
Full Service & Benefits Checking Account w/Interest - Apply
Online.
Wachovia.com

### Online Banking
Private Banking Services & Trusts. Global Investment Solutions!
www.MLNBank.com

### Bank Account Guide
Compare banks and find the best checking or savings account
for you
www-bankaccount.info

### Offshore Bank Account
Looking for an offshore account? No incorporations fees.
www.bluholdings.com

### Banking Online
Save your time by banking online Pay bills, mortgages, loans,
etc
BankingOnline.homestead.com

For information about this
domain name click here





## Formulario de Contacto

Nombre: _____ *

Apellido: _____ *

Empresa: _____ *

E-mail: _____ *

Teléfono: _____

Asunto: _____ *

Mensaje: _____ *

**INFORMACIÓN DE CONTACTO**

Argentina
Vignolo 357
Mar del Plata, Buenos Aires
C.P. B7611BUG
Teléfono: +54 0223 482-7047

USA
Irvine, California
CA 92618
Teléfono: +1.818.624.7985

\* Campos obligatorios.          › Borrar    › Enviar

## Proximamente Ud. podrá acceder a toda nuestra información

› COPYRIGHT © REGIONSOFT 2007



# RegionsOfTexas.com

  

Map Of Central Texas | Texas Geography | Texas Republic | Texas Antiques | Maps

## REGIONS OF TEXAS Web Sites – Sponsored Listings

### HME Billing Software
by Pacware Software Development ANSI appr all regions online demo
www.pacware.com/

### Get Free Maps Now
Instant access to maps & directions on your desktop! Free and easy.
www.starware.com/maps/

### Texas Map
Map Out Your Vacation & Get Insider Picks on Where to Stay, Eat & Play!
www.concierge.com/

### Texas veterans home loans
$150k loan for $381/month Save $1000's - Apply Now!
refinance.low.com/

### William Bradford
We Buy William Bradford paintings Madison Avenue Gallery
www.godelfineart.com/

**Related Links**

Map Of Central Texas

Texas Geography

Texas Republic

Texas Antiques

Maps

Iraan Texas Hotel Map

Texas City Texas

Oklahoma

Cities In Texas

College Of The Mainland Texas City

Goliad Texas Local Hotels

Map Of South Asia

Map Of U S

Maps Of Middle East

Hotels Near Iraan TX

| First Name | Last Name | Address | Apt# | Zip |
|---|---|---|---|---|

| Email Address | Phone | Internet Connection |
|---|---|---|
| | | - Select - |

| Location | # Lines | Internet Provider | | |
|---|---|---|---|---|
| - Select - | | - Select - | Submit | Privacy Policy |

Copyright © 2007 RegionsOfTexas.com. All Rights Reserved

Fabulous Domains    NEED A BETTER ONLINE ADDRESS?    BUY DOMAINS AT    FABULOUSDOMAINS.COM

Search our Catalogue for more Domains

Welcome to **regionsoftexaslandco.com**



**Texas Real Estate**

**Texas Region**

**Texas Defensive Driving**

**Texas Divorce**

**Blue Cross Blue Shield of Texas**

**Texas**

**Texas Real Estate Schools**

**Texas Longhorns**

**Texas Defensive Driving Course**

**Defensive Driving Online Texas**

**Texas DWI Attorney**

VACATION    TECHNOLOGY    HEALTH & BEAUTY    GIFTS    PERSONAL FINANCE    HOME



# regionsoftheunitedstates.com



Add Linkz.com to

May 1, 2007

| Home | America | American Babies | American Banners | American Citizenship |

**Most Relevant Link:** **American History**

**Other Relevant Links:**

| | | |
|---|---|---|
| America | American Studies | Information |
| American Babies | American Universities | Latin Woman |
| American Banners | Americans | United States |
| American Citizenship | Blacks | United States Passports |
| American Demographics | Citizenship | USA |
| American history | Hispanics | USA Citizenship |

**Popular Links:**

| **Bermuda** | **Mexico** | **Greenland** |
|---|---|---|
| Bermuda Cruise | Mexico Real Estate | Greenland |
| Bermuda | Mexico Vacation | North Face Greenland |
| Bermuda Hotel | Mexico | Greenland Travel |
| Bermuda Vacation | Club Med | Greenland Vacation |
| Boston to Bermuda Cruise | Mexico Insurance | Greenland Flag |

| **Canada** | **St Pierre and Miquelon** | **Bermuda** |
|---|---|---|
| Canadian Pharmacy | St Pierre | Bermuda Cruise |
| Air Canada | Hotel St Pierre | Bermuda |
| Canada Pharmacy | Hotel Saint Pierre | Bermuda Hotel |
| Canada Drug | Saint Pierre and Miquelon | Bermuda Vacation |
| Canadian Drug | Auberge Saint Pierre | Boston to Bermuda Cruise |

**Related Links**

▶ Region of the United State
▶ US Passport
▶ United State Flag
▶ US Post Office
▶ Great Plain

▶ USA Flag
▶ United State Military Academy
▶ USA Jobs
▶ United State Marine Corps
▶ United State

▶ Made In USA
▶ Cheap Flight USA
▶ University In USA
▶ Map of the United State of America
▶ US Air Force

## History/culture/politics Categories



**History**
Islam History
Art History
History
American History



**Culture**
Corporate Culture
Culture
Jewish Culture
Japanese Culture



**Politics**
Republicans
Democrats
Conservative
Politics



**Military**
Army
US Air Force
Military
Marine Corps



**Flags**
US Flag
Flags
Flag Holders
Flag Poles



**Law**
Law Enforcement
Lawyers
Law School
Employment Law

**Search the Web** [_____]    [ Search ]

Bookmark This Page | Set Your Homepage



# Welcome to **regionsoftheworld.com**

**For resources and information on World and International**

Related Searches

🔄 **World**

🔄 **International**

🔄 **World news**

🔄 **World Market**

🔄 **Flag of the world**

🔄 **World book**

🔄 **World religion**

🔄 **World history**

🔄 **Long distance**

🔄 **Calling card**

🔄 **Travel web site**

More Related Searches

▸ Travel Guide                ▸ **Region of the World**                ▸ **Region**

**more related searches**    Haven't found what you're looking for? Then search here: [_____]   [ Search ]

Cruise  |  Budget travel  |  Airline ticket  |  Travel package  |  Travel agent

© 2007 regionsoftheworld.com. All Rights Reserved. Contact Us

# REGIONSOFVIRGINIA.COM

Here are some related sites for: regionsofvirginia.com

search

**Sponsored Links**

### Virginia Travel Guide
Free Map and 2007 Virginia Guide Attractions, Events, Lodging & more
www.virginia.org

### Virginia New Home Search
iNest guide to new homes & home builders. 1% buyer rebate program.
www.iNest.com

### Culinary Institute Of VA
Get Cooking On Your New Career; Visit Us Now For More Information!
www.chefva.com

### Virginia single
1000s of Virginia photo profiles Search our entire database free
www.mate1.com

### Virginia Realtor
Search by Location, Size, Price & More. Find Properties in Virginia.
WashingtonPost.com/RealEstate

### Virginia Vacation Rentals
Great Rates On Vacation Rentals In Smith Mountain Lake. Reserve Today!
www.CBrentals.com/Virginia

### Virginia
Browse a huge selection now. Find exactly what you want today.
www.eBay.com

### Map Of The United States
View Map Of The United States site Top Map Of The United States info
Find10Sites.com

### Virginia Vacation
Looking for vacations in Virginia? See our vacations Virginia guide.
VacationsInVirginia.info

### Virginia Beach Properties
Find the Value of your Home Online. Get Free Sales Reports in Your Area
www.Realtor.com/HomeValue

**Related Searches**

State of Virginia

Virginia Facts

Virginia Historical

Virginia History

Virginia Timeline

Park Richmond Virginia

Old Virginia Candle

Virginia Mega Millions

Virginia Tech Football

Roanoke VA

**Popular Categories**

| Travel | Financial Planning | E Commerce | Lifestyle | Real Estate |
|---|---|---|---|---|
| Airline | Loans | VoIP | Fitness | Mortgages |
| Car Rental | Credit Cards | Broadband | Dating | Refinancing |
| Hotels | Debt Consolidation | Domain Names | Singles | Home Equity Loans |

Search

○ Web  ● www.regionsoil.com

**HOME  ABOUT US  NEWS  PROJECTS     INVESTOR INFORMATION     CONTACT US**

# Welcome

**Regions Oil and Gas** is a company with a philosophy and strategy of "Bringing New Life to Old Forgotten Fields". The fields in question were generally produced in the early 1900's with the mind set and technology created during the industries infancy. As a result, these wells have large amounts of oil still in reserves. With today's technology these fields are proving to be very productive.

A U.S. Department of Energy publication in 2004 stated that only approximately 1/3rd of the oil reserves have been recovered out of the old fields. These fields are known today as "Marginal" oil fields. After researching the topic, "Marginal" takes on a whole new meaning. To us it means "Success". With the proper techniques these fields can be just as productive as initial production! In other words, if we go into these fields, and use the latest technology, we can produce these fields just as they did when first drilled!

**Regions Oil and Gas** has organized and trained a crew of industry experts to service our operations, eliminating the need for third parties. We have strategic partners with the necessary equipment (drilling rigs, pulling unit, etc.) to maintain our properties and drill new wells in a timely manner. Add a world class sales team, and we have the ability to economically "Bring New Life to Old Forgotten Fields".

**Regions News:**
*Updated: 12/12/06*





© Regions Oil and Gas. All Rights Reserved.

Web design and development by Rags To Stitches Productions.

Sponsored Links

(**0.252564** seconds)

## Open Checking Account
Ask Questions &amp; Get Answers About Open Checking Account Online
blurtit.corn

## Online Banking
Online Banking Info. Fast &amp; Easy
www.BankAccountsOnline.info

## Compare to CDs
5.05% APY*, No Minimum Balance Unlike CDs, No Withdrawal Penalties
HSBCdirect.com

## Online Bank
Private Banking Services &amp; Trusts. Global Investment Solutions!
www.MLNBank.com

## WaMu banking
Discover WaMu Free Checking. It&#39;s free redefined!
www.wamu.com

## Bank
Manage Your Bank Accounts Online. Sign Up Today - Bank
www.BeverlyBank.com

## Bank Online Info
Get Info on Bank Online from 14 Search Engines in 1.
www.info.com/BankOnline

## Free Checking Account
Enroll 100% Online in 3 Easy Steps! Free Checks, Online Bill Pay &amp; More
www.Wamu-Free-Checking.com

## Internet Banks
Create A Internet Bank Account. Easy Access To Your Money Online.
www.Internet-Banks.biz

## FNBA Online Check Deposit
No Bank Courier required. Use FNBA Online Check Scanning &amp; Deposit.
RunAroundaPhobia.com

**Related Categories**

Union Planters Bank
Regions Bank Loans
Regions
Regionsbank
Bank America Online
Regions Online
Banking
National City Bank
Online Banking
Bank NY Locations
Mellon Bank
Branches
Bank of New York

Search



# Welcome to the Regions PCCS Website.

Thank you for coming to the Conferences in 2006.
Please click on your state for more information, or any of the bottons on the left for more complete information on any of the Regions events and agenda's.

| Regions VII & VIII PCCS | Region IV PCCS | Regions I, II & III PCCS | Region V PCCS | Financial Aid Training |
|---|---|---|---|---|
| January 22, 23, 24 2007 Kansas City | March 26, 27, 28 2007 Atlanta | APRIL 16, 17, 18 2007 Philadelphia | MAY 21, 22, 23 2007 Chicago | August 20, 21, 22 2007 Kansas City |

**We are the home page for the Regions I, II, & III, Region IV, Region V and Regions VII & VIII Private Career Colleges & Schools . In the spirit of partnership, the Private Career Colleges & Schools and the United States Department of Education have agreed that there is a need for CONFERENCES specifically for private career school owners and financial aid administrators. Our Goal is to provide a common ground to meet and exchange ideas in Education, Business and Compliance Issues.**

Please click on your state for more information, or any of the bottons on the left for more complete information on any of the Regions events and agenda's.

<u>Click here for Flyer in MSword printable for handouts at your meetings</u>

(ALL   CONFERENCES ARE STARTING ON MONDAY AT NOON ENDING WED. AT NOON)







Centier **PLAYER** of the **GAME**
Announced at the conclusion of each live RSN game broadcast

**To Listen to Exciting High School Baseball Action Click Here!**



RSN Home
RSN Internet Radio
RSN Video
RSM Headlines
RSM Classics
Region Sports Monthly

**PLAYER** of the
**Centier GAME**

Players Of The Game
Region Football
Region Baseball
Pleasant View Peak
Performer



Region Basketball
Region Wrestling
Wrestler of the Week

**GCR**

Driver's Edge Award
RSN Photogallery
Regionscores.com
MESSAGEBOARD

**all star Citizens**

Academic All-Star
Broadcast Schedule
Join RSN Newsletter
RSN Links
RSN Archives
RFCU Top Ten
Community Info

**REGIONAL**
federal credit union



Sign-up
Members Login
Programming
Contact Info
About us
Advertise with us

## Messageboard Now Open!

### Click Here for the BRAND NEW
### RSN Photo Page

### On Demand: The Chris & Chris Region
### Baseball Special from 4/25/07

### 2007 NFL Draft Preview!
RSN Correspondent Nathan Laird breaks down
Saturday's NFL Draft!

### RSN Softball Top Ten
April 23, 2007

## Click Here for All Games On
## Demand!
### 2006 Baseball Replays Too!



### REGION SPORTS VIDEO
**Video Help Wanted! Click To Find Out More**

### BASEBALL SEASON IS HERE!
**(Highlights Now Available)**
- Munster vs. Highland from 4/23
- Crown Point vs. LaPorte from 4/20
- Griffith vs. Andrean from 4/18
- Munster vs. Griffith from 4/13

### Region Basketball Highlights
**(Still Available On-Demand)**
- East Chicago 06-07 Season Recap
Video
- EC vs. North Central (State Finals)
- EC vs. Marion (Semi-State Highlights)
- EC vs. Valpo (Regional Highlights)
- Wirt vs. Western (Regional Highlights)
- Clark vs. Plymouth (Regional
Highlights)
- EC vs. MUN (Sectional Highlights)
- Valpo vs. MER (Sectional Highlights)
- MER vs. CHS (Complete OT w/ Audio)

**RSM April 2007 Edition**



**Find Region Sports Monthly
@ over 200 locations**





Click Ad For Fresh Meat



# *www.* **Region Sports Network** *.com*
## *Sports Info from "NW Indiana" ~~ "The Region"*

### *Synonomous for 50 Years!*

























## Welcome to www.regionsprep.com

**Search**

### Top Searches

- **Region**
- **Apartments**
- **Airline Tickets**
- **Hawaii**
- **Cellular Accessories**

- **Prep**
- **Dating Services**
- **Travel Guides**
- **Used Cars**
- **Cell Phone Deals**

- **Homes for Sale**
- **Chat Rooms**
- **Las Vegas**
- **Car Accessories**
- **Download Ringtones**

### Also Try

Region

Prep

Homes For Sale

Apartments

Dating Services

Chat Rooms

Airline Tickets

Travel Guides

Las Vegas

Hawaii

### Popular Links

#### Travel
Airline Tickets, Hotels, Car Rental, Discount Travel, Cruises, Travel Insurance

#### Finance
Free Credit Report, Online Payment, Credit Card Application, Car Insurance, Health insurance, Debt Consolidation

#### Services
Car Insurance, Mortgage, Life Insurance, Health Insurance, Personal Injury Lawyer, Personal Finance

#### Entertainment
Games, Casino, Music, Cell Phones, Free Ringtones, Music Downloads

**Search the Web:**

**Search**

Our Privacy Policy, and our Terms of Service.

**Regionsprep.org**
*What you need, when you need it*

| Math Tutor Tutoring | Global History | Living Environment | Global Studies | Earth Science | Math Game | Online Math |

---

| Math Tutor |
| Global History |
| Living Environment |
| Global Studies |
| Earth Science |
| Math Game |
| Online Math Tutoring |
| Flash Cards |
| Math Games |
| Mathematics |

**Popular Categories**

**Math Tutor**
**Global Studies**
**Online Math Tutoring**
**Mathematics**

**Newyorkregionstest Region**

**Global History**
**Earth Science**
**Flash Cards**
**Science And Environment**

**Math**
**Educational**

**Living Environment**
**Math Game**
**Math Games**
**Math A**
**Geography**
**Cultural Geography**

**Favorite Categories**

**Travel**
Airline tickets
Hotels
Car rental
Flights
South Beach Hotels

**Business**
Employment
Work from home
Reorder Checks
Used Cars
Business Opportunities

**Finance**
Free credit report
Online Payment
Credit Card Application
Car Insurance
Health insurance

**Entertainment**
Games
Casino
Music
Cell Phones
Ringtones

**Home**
Foreclosures
Houses For Sale
Mortgage
People Search
Real Estate Training

**Lifestyle**
Dating
Christian Singles
Jewish Singles
Engagement Rings
Chat

Search [          ]  [Search]



# Welcome to **regionsproject.com**

**For resources and information on Certificate and Green**

Related Searches

🔿 **Certificate**

🔿 **Green**

🔿 **Wine country maps**

🔿 **Geography**

🔿 **Homework help**

🔿 **National geographic subscription**

🔿 **Wine maps**

🔿 **Climate**

🔿 **Geography of the Soul**

🔿 **Map of Canada**

🔿 **Project**

### More Related Searches

| | | |
|---|---|---|
| ▸ **Encarta** | ▸ **Ms project** | ▸ **Ms Word** |
| ▸ **Wine regions** | ▸ **Microsoft Great Plain** | ▸ **Microsoft Security Update** |
| ▸ **Climate change** | ▸ **Geographic Books** | ▸ **Palladium** |
| ▸ **Microsoft word download** | ▸ **Microsoft word program** | ▸ **Microsoft word software** |

**more related searches**    Haven't found what you're looking for? Then search here: [_____]    [ Search ]

ISO 9000  |  Frontpage  |  Pocket PC  |  Great Plain  |  Window update

© 2007 regionsproject.com. All Rights Reserved. Contact Us | Advertiser Info

- Home
- Real Estate
- Land
- Contact
- Links

Regions Real Estate Services, Inc.

**Commercial Real Estate Services**

For all your Commercial Real Estate needs

in the Charlotte North Carolina MSA contact us at

9032 Crump Rd

Pineville, NC 28134

(704) 552-9544

For Properties please go to the link below and click on Properties

http://nc.ciepro.com/C.Gordon



Created with 1&1 WebsiteBuilder

Sponsored Links

(0.375616 seconds

## Real Estate
Looking for Real Estate? Find Real Estate by City or Zip
www.realestatebycityorzip.com

## Search MLS Listings
Search the MLS for Homes for Sale, Listings Updated daily.
MLSonline.com

## Real Estate Values
Free Property Valuation Service. Our Estimates are Fast &amp; Accurate.
www.HouseValues.com

## Real Estate Appraisal
Find out how much your home is worth &amp; find Local Realtors to Sell
www.homescape.com

## Real Estate Agents
Find local Real Estate Agents Real Estate Agents by city or zip
www.realestateagentsbyzip.com

## Free Real Estate List
Free Search in Alabama Comprehensive List of Foreclosures.
www.USHUD.com

## Real Estate Loans
Purchase loan financing programs real estate mortgages bad credit ok
lenders-compete.net

## Real Estate In Your Area
Free - View Real Estate Listings in Your City or State!
All-Real-Estate-Homes.com

## Real Estate for Sale
Find Homes for Sale in Cleveland. View Photos, Browse Listings Today!
RealtyOne.RealLiving.com

## Spanish Property
Over 2000 properties for sale throughout coastal Spain
prestigeproperty.co.uk/spain

**Related Categories**

Real Estate Property
Scottsdale Real
Estate Home Sale
Realtors
Coldwell Banker
Reality Estate
Century 21
Board of Realtors
Commercial Estate
San Diego Real
Estate MLS
South Sioux City
Real Estate

[ Search ]

North Georgia Real Estate for Sale by Regions Realty, Virginia Beavers

# Northeast Georgia Real Estate

**Homes**    **Land**    **Commercial**    **Company Featured Listings**    **Your Home's Value**    **Contact Us**

## Regions Realty

**Email Me**



Welcome to your one-stop source for real estate services covering North East Georgia. Real estate is one of the most exciting investments one can make, and it should be a fun and rewarding experience. Here you'll find everything you'll need to buy or sell real estate, as well as learn about the market value. It is our goal to provide you with superior service at all times, so please tell us more about you! **Learn About Us.**

### Featured Home



**South Creek - The Ferdinand - $249,900**
Hull, GA 30646
$239,900

**Privacy Policy**    **Agent Login**    **Site Map**    **REALTOR ® Website Design** Z57 Inc.
Copyright © 2007 Regions Realty. All rights reserved.

regionsroadtripplanner.com

# NetworkSolutions.

**Coming Soon!**
This site is under construction.

**Popular Categories**   Travel • Financial Planning • E Commerce • Lifestyle • Real Estate

Buy a domain name
as low as $14.99

- ☑ .com  ☑ .net  ☐ .org
- ☐ .us  ☐ .biz  ☐ .info
- ☐ .eu  ☐ .tv  ☐ .name
- ☐ Select all

[ Search » ]

**Domain Name**
**Certified Offer Service**
Get the domain name you really want!
[ Learn More ▶ ]

**FREE Domains!**
Get a FREE domain name with annual purchase!
[ Learn More ▶ ]

Sponsored Listings

**Road Trip Safety**
Insurance & Coverage Details. Save w/ Free Online Quotes & More!
www.Cars-Insured.net

**100's of Grills on Sale**
Top Rated Portable & Camping Grills Site. Low Prices & 30% Off Sale!
www.GrillsDirect.com

**Saskatchewan Vacations**
Saskatchewan's Official Travel Site Complete Database, Free Guides.
www.travelsask.com

**Road Trip Planner**
Plan the Perfect Road Trip w/ Info & Ideas - Visit Now & Learn More.
www.BudgetTravelOnline.com

**roadtrip**
Plan Your Roadtrip In The Rockies Free Information, Updates & More
www.DriveCanadianRockies.com

**Party Planner**
Save Time Searching. We Have The Top 5 Sites For Event Planning
eventplaning.net

**California Trip Planner**
Hyatt - Official Site. View Rates, Book Rooms & Get Online Specials.
www.Hyatt.com

**Disney® Resort Vacation**
Order a Free Vacation Planning DVD. See All the Magic of Disney Parks!
www.DisneyVacation.com

**Corporate Event Planner,**
Full Service Meeting and Event Planning Services
www.meetingscorporate.com

**Be a Wedding Planner**
Book shows you how to become a Professional Wedding Planner
www.FabJob.com/WeddingPlanner

**Search again**

[ Search » ]

Related Categories

- AAA Road Trip Planner
- Planning a Road Trip
- Trip Planner to Israel
- Round the World Trip Planner
- RoadTrip USA
- America RoadTrip
- Route 66
- RoadTrip Florida
- Texas RoadTrip
- California Travel Planner
- Baseball RoadTrip
- Cross Country Road Trip
- Direction for Road Trip
- Trip Planner Driving Directions
- Road Trip the Movie

 **Build**
Your Business

- Special web site hosting offer
- Forward visitors to your web site

**MyCorporation.com**

- Incorporate Your Business
- Trademark Your Company's Name

**Popular Categories**   Travel • Financial Planning • E Commerce • Lifestyle • Real Estate

**Trademark Free Zone | Review our Privacy Policy | Service Agreement | Legal Notice**
Copyright 2007 Network Solutions. All rights reserved.

# Regionss.com
*find something interesting*

Tuesday. May 01, 2007



# Find what you're looking for

**All Region Dvd**

**All Region Dvd Player**

**All Region Dvd Players**

**All Region Portable Dvd Player**

**Amusement Park**

**Attor**

**Backwater**

**Bob Hope Dvd**

**Brasil**

**Brasil Russia India China**

Start your search here  `Go`



### Today's most Visited links

**Cestas SÃo Paulo**
**Clothing Optional Resorts**
**Curitiba**
**Dvd Genie**

## Popular Destination

| | |
|---|---|
| Dvd Zone 1 | Location |
| Easter Island | Multi Region |
| Film | Multi Region Dvd Players |
| Igreja Positivista Do Brasil | Power Dvd Player |

**Recommended Links**
Brasil Sul, Brasil Sul Activewear, Brasil Sul Wear

**About Us**
We empower individuals, organizations and businesses with our unique services. Diversification being our core strategy; we specialize in All Region Dvd , All Region Dvd Player , All Region Dvd Players and an array of other services. Our mission is to provide quality resources.

Search `Enter Keyword` `Go`

Powerdvd Player  |  Pulp Fiction Dvd  |  Recension  |  Recife  |  Recife Brazil

Copyright © 2006, Regionss.com -  Bookmark this page  |  Make this your Homepage

 **Regionssecurity.com**

Enter Keyword    Search!

**top searches:**

**Code Free Dvd Player**

**Security Systems**

**Security System**

**Home Security Alarm**

**Retail Security**

**recommended listings:**

**Business Security**

**Home Security Systems**

**Regions Banks**

**Adt Security System**

**Security Services**

**featured listing**



Location
Powerpoint Maps
Adt Home Security
Security Video

Disney World Resort
Security Equipment
Security Alarm System
Italy Maps

**popular topics**

| | | |
|---|---|---|
| Home Alarm | Home Alarms | Vacation Spots |
| Vacation Resorts | Dvd Uk | Surveillance System |
| Resorts | Home Security Alarms | Residential Security |
| Security Alarms | Vacation Spot | Code Free Dvd |
| Security Cameras | Geographic Maps | Home Security Alarm Systems |

Enter Keyword    Search!



## TITLE ORDER FORM

© 2005 Regions Title, LLC. All Rights Reserved.

# Welcome to **regionstours.com**

Region

Tour

Hotel

Travel

Airline Ticket

Vacation

Adventure Travel

Alaska Tour

Travel Agency

Europe Tour

Travel Deal



VACATION    TECHNOLOGY    HEALTH & BEAUTY    GIFTS    PERSONAL FINANCE    HOME

WHY AM I SEEING THIS WEB SITE?

## Next Multidisciplinary Trauma Conference
**Management of Complex Abdominal Wall Defects**
**Richard Miller MD, Vanderbilt University**
**5/2/2007 - Amphitheater - 3rd Floor**

## Next Trauma Committee Meeting
**6/19/2007 - North Bldg Room 381**

## Next Trauma PI Committee Meeting
**5/17/2007 - North Bldg Room 381**

Region Land Survey Company Inc,
*Surveying the Region*

## Reliable Land Surveying Services

Our goal is to provide the best service, at a reasonable cost as quickly as possible. Whether it is a Mortgage Inspection that closes today or topography for several acres Region Survey will work to meet the timeline you need at a cost that is acceptable.

## Serving Missouri and Kansas Since 1999

Since 1999 Region Land Survey has been provided fast, relialbe Land Surveying Services for the Greater Kansas City Metroplotian area.

Contact us for more info



©Copyright 2005 Region Survey All Rights Reserved
For more information feel free to Contact Us

Region Land Survey Inc.



GET ESTIMATE    SERVICES    PREPARATION    CONTACT US



## WELCOME
### TO REGIONS VAN LINES ONLINE!

From the very first time we answer the phone, our customers notice a difference. it's in how we treat them-- how we anticipate their needs...

› read more

 **OUR MISSION**

At Regions, we place a strong emphasis on staying ahead of the curve, in order to improve customer experiences across the board...

› read more

## Looking for
### the right mover?



## WELCOME
### TO A HIGHER LEVEL OF MOVING SERVICES

**Our promise is simple -- like every good promise should be.**
Some of you may already know the outstanding level of service we provide from having used our services in the past, and others of you will experience this for the very first time when you call us.

### GET AN ESTIMATE

Your move is coming soon, and you need an estimate. Regions knows you want accurate and complete information, so all of our relocation specialists are carefully trained to perform a precise and comprehensive analysis of your needs.

› get an estimate now!

### FEATURED SERVICES

residential moves
corporate moves
international moves
storage services

## CUSTOMER
**PHONE SUPPORT**
1 (888) REGION8



**Tel:**
+1 888 REGIONS

Copyright © Regions Van Lines, 2007.
Privacy Policy



**FOR THE COMMUNITIES OF CHARLOTTESVILLE. ALBEMARLE. FLUVANNA. GREENE. LOUISA AND NELSON**

ABOUT US      SERVICES      CAREERS      FOR OUR STAFF      BOARD UPDATES      RELATED LINKS      CONTACT US

800 Preston Ave
Charlottesville, VA 22903
434-972-1800
Toll Free 866-694-1605
TTY 434-220-2842

Your Community Services Board, providing mental health, mental retardation and substance addiction services for the City of Charlottesville and the counties of Albemarle, Fluvanna, Greene, Louisa and Nelson

Page Last Updated 03/15/06 Site Produced by Region Ten CSB webmaster



view shopping bag | check out

ABOUT US    |    GALLERY    |    NEWS/EVENTS    |    COMMUNITY    |    GIFT CARD

Shop :::

tops
tee shirts
bottoms
dresses
accessories
limited edition
clearance sale

Customer Info :::

size chart
privacy policy
info / help

E-Newsletter :::

name

email address

join!



SUMMER SALE!

ALL T-SHIRTS

$20

Regionusa.com



**#4 TRUMAN CT.**
**Union, Missouri 63084**
**636-583-4110**
**Fax 636-583-6508**
info@regionwelding.com

| Home | Product Menu | Trade Show | Information |

*Region Welding of Missouri, Inc., a family owned business established in 1983, is the leader in the design and fabrication of quality, American made products such as:*

- Hitches
- Utility Beds
- Trailers
- Engine Hoists
- Tool Boxes
- Concrete Form Baskets

- Propane Cabinets
- Tarp Systems
- Kettle Corn Poppers
- Grills
- Decorative Railing and Gates
- TruckGear® Accessories

We take great pride in the craftsmanship of all our products, from custom made trailers and haulers to tarp systems.....pride that's easy to see in the quality of our products. And our philosophy is simple. Our products are built on a foundation of common sense principles. Principles like better materials and sturdier construction, which mean longer product life. And that just makes good sense!

We invite you to browse our products online. We're proud to display them and are happy to talk with you about them if you should need additional information. Enjoy your visit to our site and please come back again soon. We update the site regularly to help keep you informed.

**CONTACT US FOR MORE INFORMATION**

*Region Welding of Missouri, Inc. is a member of:*

**American Rental Association**    

    *True Value.*     IAAPA



> ► SEARCH [                    ] Go  Search Tips

## People Taking Stock, People Taking Action

July 13, 2007   Register | Login

- → WELCOME!
- OUR GOALS
- PEOPLE TAKING ACTION
- FORUM
- IN THE NEWS
- PUBLICATIONS
- REGIONAL DATA LINKS
- COMMUNITIES OF INTEREST
- COMMUNITY CALENDAR
- ABOUT US
- CONTACT US

## OUR GOALS

 **Children Prepared for Life**
 **Social Justice & Racial Equality**
 **People Safe & Healthy**
 **Economic Security & Opportunity**
 **Enriched & Vital Lives**

### IN THE NEWS    ► VIEW ALL



**FOCUS ST. LOUIS–"WHAT'S RIGHT WITH THE REGION!" 2007 AWARDS**

On Thursday, May 10, 2007 FOCUS St. Louis honored 20 organizations, individuals, and initiatives that have made a profound difference ...

| READ ARTICLE

**International Adoptions: Development and Relationships**
There is a Chinese proverb about a magical red thread that connects those who are destined to meet. Regardless of ...

| READ ARTICLE

**Getting with the FLOW**
If you don't believe that today's young people would get up early on Saturday mornings to learn about such grown-up ...

| READ ARTICLE

**FOCUS ST. LOUIS–"WHAT'S RIGHT WITH THE REGION!" 2006 AWARDS**

The Ninth annual FOCUS St. Louis "What's Right With The Region!" awards celebration was held on May 11th, ...

| READ ARTICLE

**Idle-Free Schools Campaign**
In the fight against spiraling fuel costs, budget-strapped schools may find help just a switch away. In fact, switching ...

| READ ARTICLE

**FOCUS St. Louis 2005 Honorees: What's Right with the Region**
The eighth annual FOCUS St. Louis "What's Right With The Region!" awards celebration was held on May 5th, 2005 ...

| READ ARTICLE

**Assessing Impact of the DRIE (Dismantling Racism Institute for Educators)**
**Issue Statement**
Summer 2005

The National Conference for Community and Justice (NCCJ) has operated the Dismantling Racism Institute (DRI) annually since ...

| READ ARTICLE

**The St. Louis Metropolitan Research Exchange (STLMRE) Moves to RegionWise Website**
RegionWise welcomes a new partner, The St. Louis Metropolitan Research Exchange (STLMRE), a consortium ...



## One region.

### EXPLORE THE REGION'S PROGRESS!

*One Region* is an annual publication which explores the region's progress in meeting five quality of life goals.



**The Wheel of Progress**

► LEARN MORE

## Metropolitan St. Louis Area



► VIEW ENLARGED MAP



RIVER REGION
HEALTH SYSTEM

Contact Us | eCard | Web Nursery | Home

Search for... [GO]



| Our Services | Community Programs | Our Physicians | Patient Information | Health Resources | Careers | About Us |



**New 64-Slice CAT Scan Available at RRMC**

River Region Medical Center is home to a new 64-Slice LightSpeed Volume CAT Scan- the latest innovation in CAT Scans. The 64-Slice offers spectacular views to aid in diagnosis. Read more.



**Accredited Chest Pain Center - First in Mississippi**

River Region Medical Center received full accreditation from the Society of Chest Pain Centers by demonstrating its expertise and commitment to quality patient care. Read more.



**Give Your Baby a Beautiful Start at The Birthplace**

At The Birthplace at River Region you'll find highly trained physicians, some of the latest technology, and a team of compassionate professionals. Read more.

## The Care You Need Is Here

Welcome to the River Region Health System Web site, providing a source of health-related topics and information for the communities we serve.

**The mission** of River Region Health System is to improve and deliver quality, compassionate healthcare aligned with the needs of the communities we serve.

**Our vision** is to be the health system of choice for patients, physicians, employees, and to be nationally recognized as a premier healthcare provider.

**River Region will be Tobacco Free on Independence Day**

River Region Health System has joined hospitals across Mississippi in a statewide effort to become Tobacco Free. Every River Region location will become Tobacco Free on Independence Day - July 4th.

Privacy Statement | Accessibility | Site Map | Terms & Conditions Of Use

2100 Highway 61 North • Vicksburg, Mississippi 39183 • 601-883-5000

Copyright © 2007 River Region Health System, All Rights Reserved.

Powered by MyHospitalWebSite.com.



| Traffic | Transit | Rideshare | Bicycling |

## 511: Comprehensive Sacramento Region Travel Information

Travelers in the Sacramento region and beyond can now dial one easy-to-remember telephone number for complete, comprehensive traveler information: 511.



511 provides access to information about all modes of travel: traffic conditions for commuters, bus and light rail information for more than 20 transit agencies, paratransit services for the elderly and disabled, ridesharing information and information on commuting by bike. The telephone service is available in English and Spanish.

Sacramento Region 511 serves El Dorado, Placer, Sacramento, Sutter, Yolo and Yuba counties. The number also links callers to 511 services in the Bay Area, Nevada and Oregon, as well as Butte and Glenn counties.

In conjunction with the phone service, this Web site can help users plan their daily commute, access transit providers, find a carpool partner, and learn about bicycling as a commute option. With the traffic information on this site, you can check your commute options and know the road before you go. Once behind the wheel, you can call 511 for traffic updates.

Remember, if you want to know about traffic, transit, rideshare, and bicycling, call 511 or visit www.sacregion511.org.

**Welcome to sacregion511.org**

Your Source For Sacramento Region Travel Information

**Visit www.511.org**

For Bay Area Travel Information



Sacramento Area Council of Governments and Caltrans

1415 L Street, Sacramento, CA 95814  •  tel: 916.321.9000  fax: 916.321.9551  tdd: 916.321.9550  •  e-mail: sacregion511@sacog.org







Home
Breakfast
Lunch
Vegetarian
Dinner
Desserts
Wine and Spirits
Cheap Food Menu
Kid's Menu
Directions
Raves

## Seasons & Regions... damn they're tasty.

### Bringing the Ocean's Harvest Home.



Fresh Nortwest seafood and shellfish, transformed into world class creations and served by friends. Relax into our dining room and make the next meal you order the best you ever had.

Use our Personal Chef service to find out about our daily specials and soup choices. You'll receive an email every time our special or soup changes. Only want to know the next time we have Clam Chowder? Just choose your favorite soups from our list, and we'll let you know when they're available.

With the Personal Chef you'll never miss your favorite meal at Seasons and Regions again.

6660 SW Capitol Highway
Portland, OR 97219
503.244.6400

### Today's Specials

**Hazelnut Pork Loin & Apricot Brandy Sauce** - Hazelnut breaded Oregon pork loin topped with mushrooms, onions and apricot brandy demi-glaze. Served with mashed sweet potatoes and broccoli alfredo. - $16.95

**Pacific Seafood and Saffron Risotto** - Alaskan halibut, salmon and Oregon bay shrimp, sauteed with artichoke hearts, sugar snap peas, red peppers and onion. Served with saffron risotto. - $16.75

**Southern Shrimp and Grits** - Gulf white shrimp sauteed with red and green peppers and onions in a creamy Cajun shriimp sauce. Served over yellow corn grits. - $16.50

View All Specials

### Soup of the Day

**Tomato Basil Soup** - By popular demand we feature tomato basil soup everyday! Rich and creamy with lots of fresh herbs; and it also happens to be vegetarian!

**Caribbean Chicken Soup** - Flame grilled jerk chicken simmered with black beans, onions & roasted red peppers in a spicy chicken stock and topped with tortilla strips. This is one of my favorite soups! THE SOUP JEDI

### Personal Chef

Username:

Password:

Login

What's the personal chef?





**"CREATING MAGIC THROUGH SOROPTIMIST SERVICE"**

# Founder Region
## Soroptimist International of the Americas

**2006-2008**
**Sue Finch, Governor**
Amelia Benko, Governor-Elect

MEMBER RESOURCES

Home-SIFOUNDERREGION.ORG

Service Programs

About Founder Region

Club Resources

Region Awards

What's New On Site

SOROPTIMIST
INTERNATIONAL

SOROPTIMIST
INTERNATIONAL OF THE
AMERICAS

**"Founder Region"** is where Soroptimist International, the world's largest classified volunteer service organization for women in business, management, and the professions, began on October 3, 1921... **MORE**

The clubs of Soroptimist International strive for human rights for all, equality, development and peace through international understanding and friendship.Soroptimist International of the Americasis one of four federations working in six adopted programs of service:

- Economic & Social Development
- Education
- Environment
- Health
- Human Rights / Status of Women
- International Goodwill & Understanding

In addition to other programs, the region's permanent identifying project is Founder Region Fellowship. This effort offers $20,000.00 in fellowships and grants to women enrolled in graduate schools within the boundaries of Founder Region who are in the last year of their doctoral studies... **MORE**

## Mission Statement

**Founder Region** will continue to be a far sighted, action-oriented, cohesive region, achieving excellence through dedication, innovation, expansion, flexibility and the development of

March 1, 2007

Dear Members of Founder Region:

The board just completed its third meeting - it is amazing that more



SUE FINCH
GOVERNOR
FOUNDER REGION

than a quarter of the biennium has gone by. The following is a sampling of the activity currently going on around the region:

- We are in the midst of planning the region's 31st annual conference that will be held at the San Ramon Marriott May 4-6.
- We are also coordinating region caucuses in District VI and Districts I-V.
- The directors have round tables scheduled for the club presidents.
- Region committee members are working diligently to complete the judging of three awards:
  - the Women's Opportunity Award,
  - Violet Richardson Award, and
  - Making a Difference for Women Award applicants.
- The SIA Programs Fundraising Committee is promoting the baskets for conference - don't forget to buy your tickets at your next club meeting!
- more »

Cheers,



# Welcome to the Cyberspace Home of Sunshine Region
## of the National Model Railroad Association



Home          About Us          NMRA          Model Railroad Links          SSR Members

---

**Welcome to the Cyberspace home of the Sunshine Region of the National Model Railroad Association**

### The Best Region Under the Sun



July 22 - July 29, 2007

Welcome to the New Sunshine Region.org!

**Letter from the SSR President**



**Click to subscribe to the Sunshine Region Discusion Group at Yahoo Groups**

**Join the NMRA! - Membership Forms**

**Sunshine Region Divisions**
**Northern Division**
**Eastern Division**
**Western Division**
**Southern Division**

**Upcoming Events**
**Great Lakes Express**
**7/22/2007 - Detroit, MI**

**Western Division Mini Meet**
**8/11/2007 - Plant City, FL**

**South Florida Railroad Museum Open House & Swap Mt**
**10/20/2007 - Deerfield Beach, FL**

**Western Division Fall Meeting**
**10/20/2007 - North Ft Myers, FL**

**The North Pole Express**
**12/8/2007 - Palmetto, FL**

---

Copyright ©2007 Sunshine Region of the NMRA, Inc. All rights reserved.

## SSR Members - Request Login Information



SUSTAINABLE EUROPEAN REGIONS

home  what is ser ?  events  working topics & downloads  contacts  links

SER
"If something is sustainable, it means we can go on doing it indefinitely. If it isn't, we can't"
(Jonathon Porritt)

**Quick Links**

The Network Reports are Here

The first phase reports (SERN project) are here:
Executive Summary
Executive Full Report


Final Report of the SERN - Download here

## welcome to SER

**SER - Sustainable European Regions** is a series of regular events providing leadership and bringing together sustainable development expertise on a common platform to discuss best available practice and develop new SD policies and solutions.


Download our new brochure

- Want to work with us towards a sustainable future and long-lasting regional prosperity?
- Looking for a way to improve policies, strategies and relevant working culture to ensure sustainability in your region?
- Want to help raise awareness of sustainable development issues?
- Interested in acting as a voice for European regions – driving the sustainable development agenda?
- Interested in working with other European initiatives and organisations on sustainable development?

- **read more**


Download the first phase Final Report EXECUTIVE SUMMARY


Click here for first phase SERN reports

Also in this area you will find Reports, Policy Studies, Case Studies, Seminars & Exchange Visits from the first phase network members.

Download the first phase Final Report FULL REPORT

Copyright © 2006 SER

home | what is SER | events | working topics & downloads | contacts | links
Welsh Assembly Government

# SUSTAINABLE REGIONS PROGRAMME

The Sustainable Regions Programme is the major initiative under the **Stronger Regions, A Stronger Australia** Statement announced by the former Deputy Prime Minister and Minister for Transport and Regional Services, the Hon John Anderson MP, on 29 August 2001.

The Sustainable Regions Programme assists regional communities to address priority issues they have themselves identified. The Programme offers a planned, integrated approach to regions facing economic, social and environmental change. Assistance under the programme will initially be provided to ten regions.

**Local Advisory Committees** provide advice to the Australian Government on issues associated with the regions, including recommendations on project funding.

## Click on a Region for further information

- **Darling Matilda Way**
- **Northern Rivers and North Coast NSW**

- **Atherton Tablelands QLD**
- **Campbelltown-Camden NSW**
- **Cradle Coast TAS**
- **Far North East NSW**
- **Gippsland VIC**
- **Kimberley WA**
- **Playford/Salisbury SA**
- **Wide Bay Burnett QLD**



Last Updated: 7 September, 2006



# SUSTAINABLE REGIONS

**About Sustainable Regions Wales**

**TASK Welsh Innovative Actions Programme**

**Observatory of Innovation**

**Book: Making SD Work in Regional Economies**

**Sustainable Regions Conference**

**SR: Survey Results**

**Newsletters**

**Best Practice**

**Events**

**SD News**

**People**

**Research & Papers**

**SD Links**

**EU Policy-Inforegio**

**OSKeti**

**LANDMAP+**

**SCEnE**

**Contact Us**

**Search this site**



Welcome to Sustainable Regions, Wales

**Testing new knowledge based approaches to Welsh regional sustainable development**

**www.sustainableregions.net is a website dedicated to exploring and sharing information on the ways in which regions can pursue their development objectives in ways which are economically, socially and environmentally sustainable.**



This site is maintained by:

## Observatory of Innovation

Contact Andrew Osborne

The www.sustainableregions.net website takes as its starting point the recognition by the European Union that Europe's regions need to respond to meet the changing requirements and opportunities available in a global economy without damaging the economic, environmental and social fabric of their region. www.sustainableregions.net will explore and disseminate information about new approaches and development responses ranging from issues such a waste recycling to institutional attitudes to sustainable development.



**Book: Sustainable Regions: Making Sustainable Development Work in Regional Economies**

The objectives of www.sustainableregions.net are to:

- Promote and evaluate new innovative approaches to sustainable development at a regional level

- Report on and disseminate research and best practices in the area of sustainability practices in regions

- Provide a forum for trans-regional discussion and sharing of experience on sustainable development

- Disseminate information on approaches to sustainable development to politicians, policy makers, academics, business leaders and the general public

**www.sustainableregions.net has been created as part of the programme, "Towards a Sustainable Knowledge based Region"** that is supported by the EC's Innovative Actions Programme" and the National Assembly for Wales. www.sustainableregions.net is hosted by the "Observatory for a Sustainable Knowledge based Region" at Cardiff Business School, Cardiff University.



**Networking at The Sustainable Regions Conference**

This website contains the following information and sources:

- For information regarding Towards a Sustainable Knowledge based Region programme (TASK) and it's various projects - go to the TASK information page

- To access and download research papers, previous newsletters and other source materials - go to the Research section

- To view other interesting websites relating to sustainability and sustainable development - go to the SD Links page

- To view and register for important and relevant events associated with Sustainable Development - click here Events page

back to top

## Latest News

**End to weekly bin pick up looming**

**RESOLVE TO REDUCE, REUSE AND RECYCLE IN 2006**

**Recyclers' rubbish dumped abroad**

**Assembly Fuels Wood Energy Expansion Plans**

**Eco-aware shower recycles water**

**BBC: Food movement 'harms environment'**

**Welsh businesses to be given 'food for thought'**

**Identifying products with the greatest potential for environmental improvement**

**Wind farms 'must take root in UK'**

**Prime Minister launches new UK SD strategy**

Newsletter



Sustainable Regions - V2, Iss 7



Search The Site



  

# Tele Network



□ Welcome to www.teleregionsnetwork.org

□ About TRN Network

□ Agenda

□ Members

□ How To Join

□ Projects

□ Contact

□ TRN History

□ Newsletter

🔍 Search Site

📧 **Subscribe** to our Newsletter

Name

Surname

Email

## NEWS:

**Best Practise:** TRN ask you to send us your best practices of promoting and linking Innovation, ICT and SMEs in your Region. To develop and share these experiences is our main objective in the short term. TRN has started the preparation of a proposal to be submitted in the ICT PSP call in CIP. For more information contact Mr Francisco Loras

**New Secretary General:** Mr. Francisco Loras, InnoSME project Manager, has recently been appointed as TRN Secretary General. His main task will be extending the stakeholders support network created in InnoSME to all European Regions.

**Meeting with the European Commission:** TRN will participate in a meeting promoted by the new Unit "New Infrastructure Paradigms and Experimental Facilities" in DG INFSO – with the aim to share information about the objectives of running projects, the achievements reached so far, and to derive synergies and potential issues for collaboration, including further development of research areas.

**Report:** EU Regions and Networking

TRN hands in Report to the European Commission – Directorate General Regional Policy and Directorate General for Information Society and Media:

"EU REGIONS AND NETWORKING
Improving Interregional Cooperation and Best Practice Exchange in ICT"
Follow-up to the Gothenburg Ministerial Conference:
"Towards a Knowledge Society – The Nordic Experience"
(14-15 November 2005, Gothenburg, Sweden)

More information to be published soon

**Project:** INNOSME

The new INNOSME webiste and on-line tools launched

www.innosme.eu

New partner in the INNOSME project:

InfoBalt, Vilnius, Lithuania

The following organisations has already joined the INNOSME project

Chamber of Commerce of Romania, Bucharest, Romania
INNOVA North Great Plain Regional Innovation Agency, Debrecen, Hungary
High-Technology Business Incubator, Varna, Bulgaria
Science and Technology Park of Szczecin, Szczecin, Poland
Hungarian Industrial Association, Budapest, Hungary
Regional Centre for Information Society, Varna, Bulgaria
MGYOSZ - Confederation of Hungarian Employers and Industrialists, Hungary
Regional Development Agency of Liberec Region, Czech Republic

- More Information

New project: INNOSME
Promoting Participation of Innovative SMEs in the ICT Sector in FP7 and CIP through
National and Regional Networking

- More Information

# Virginia Region Caving Organizations

**Navigation Links**
Virginia Region Caving
VAR home page

**VAR Events**
Grand Caverns
Spring VAR
Fall VAR
Regional Events & Surveys
Host a VAR!

**VAR Business**
VAR Awards
VAR Officers
VAR Meeting Minutes
VAR Charter
VAR Grant Guidelines
Region History

**Communications**
VAR Listserv
The Region Record

**Conservation**
POND LICK MT, WV
Cave Bucks
Cave Conservancies
Closed Cave Lists
Cave Laws
Pigeon, Mt. GA

**Links to**
VAR Grottos and
Organizations
Caving Equipment
Suppliers
Links To Other Sites
Site Map



## The Virginia Region Home Page

### The Grottos and Organizations of VAR

and their contacts:

- **Baltimore Grotto**
  Jennifer Neemann
  Dr_Jen@comcast.net

- **Battlefield Area Troglodyte Society (BATS)**
  Meredith Hall Johnson
  merecaver@yahoo.com

- **Blue Ridge Grotto**
  Mary Sue Socky
  sockymss@cox.net

- **Bubble Cave LLC**
  John Deubler
  jfdeubler@earthlink.net

- **Cave Conservancy of the Virginias**

  - **Charleston Grotto**
    Mark Botkin
    casscave@aol.com

  - **Charlottesville Grotto**
    Bill Murray
    wbmurray@adelphia.net

- **Commander Cody Caving Club**
  Kirk Holzapfel
  cccc@dol.net

  - **DC Grotto**
    Bob Hoke
    Bob@Hoke.net

  - **ESSO Grotto**
    Dave Junker
    djunker@dragg.net

- **Fairfax Underground Network (FUN)**
  Gary Moss
  FUNgrotto@myrealbox.com

  - **Eight Rivers Grotto**
    Ben Brannon
    bbrannon@meer.net

  - **Flittermouse Grotto**
    scott@swaygogear.com

  - **Frederick Grotto**
    Bryan Snyder
    gnomedude@yahoo.com

  - **Front Royal Grotto**
    Janet Tinkham
    janete@shentel.net

- **Germany Valley**
  Devin Kouts
  devinkouts@yahoo.com

- **Grapevine Grotto**
  George Gates
  gjgates@yahoo.com

- **Greater Randolph Organization for Speleological Science (GROSS)**
  Johnny Parsons
  john@exeterequity.com

  - **James River Grotto**
    Mike Frazier
    director374296@aol.com

  - **K.A.R.S.T.**
    Lynn Ferguson
    caveman@longwood.edu

- **Madison University Student Grotto**
  Carl Droms
  carl@cedar.math.jmu.edu

  - **Mid-Virginia Underground**
    Terry Adams
    tadams@rica.net

  - **Monogahela Grotto**
    Don Humphrey
    wvcaver@aol.com

  - **Monroe County Cavers**
    Ed Saugstad
    suunto@yahoo.com

  - **Mountain Empire Grotto**
    Paul Gaskin
    megrotto@yahoo.com

  - **Mountain State Grotto**
    James van Gundy
    jvg@dne.edu

  - **New River Valley Grotto**
    Don Anderson
    donandr@usit.net

- **Nicholas County Cavers Association**

- **Parkersburg Area Grotto**
  Steve Mosberg
  cavedoc@charter.net

- **Pine Mountain Grotto**
  Jim West
  oyellowhat@yahoo.com

- **Potomac Speleological Club (PSC)**
  Bob Robins
  bob@cavingclub.org

- **Richmond Area Speleolocial Society (RASS)**
  E-mail RASS
  rasscavers@hotmail.com

- **Shenedoah Valley Grotto**

  - **Sligo Grotto**
    Jim McConkey
    mcjames@myrealbox.com

  - **Tidewater Grotto**
    Alan Stubbe
    astubbe@gte.net

  - **Tri-State Grotto**
    Bob Bennett
    Gimpycaver@wmconnect.com

  - **Triangle Troglodytes**
    Pete James
    prjames@mindspring.com

- **Virginia Speleological Survey (VSS)**
  vssinfo@virginiacaves.org

  - **VPI Cave Club**
    Philip Schuchardt
    president@vpicaveclub.org

  - **Western Maryland**
    Kathy Stairs
    battycaver@lightsp.com

  - **WV Assoc. Cave Studies**

- **West Virginia Speleological Survey (WVASS)**

- **West Virginia University Student Grotto**
  Ben Mirabile
  bum_wad@hotmail.com

This page was last updated on 26.Apr.2007. Please send all corrections, updates and changes to **webmaster@varegion.org**.

# Connecticut's



**Meeting Planner**    **Tour Planner**    **Visiting the Area**

Calendar    Links    What's Hot    Virtual Tour    Lodging    Postcard    CT Site    Weather    Contact

Match [Any Term ▾] in Search Index: [[ All ] ▾]

[                              ]    [ Search ]

**21 Church Street, Waterbury, CT 06702**
**(203) 597-9527**
**Out of State 1-888-588-7880**

© Copyright 1999-2005 WRCVB - All Rights Reserved

Waterville Valley Region Chamber of Commerce





## Welcome to the
## Waterville Valley Region:

- *The perfect place to stay for the best of the lakes and mountains*
- *An unspoiled land, a place of small villages and endless recreation*
- *A central location with easy access to I-93 - ALL of the White Mountains and Lakes Region attractions are just minutes away!*

**Looking for last minute bargains? Click here for Hot Deals**

Photos by Cheryl Johnson

**Home**
**Classifieds**
**Travel Services** ■
**Member Services** ■
**Relocation Services** ■
**Business Directory**
**Events Calendar**
**Locator Maps**

Stop by our convenient information center just off of exit 28. We can provide you with...

Maps
Guides
Brochures
Lodging & Dining Information
Forest Service Parking Passes
Snowmobile/ATV Registration
Hunting/Fishing Licenses
Maple Syrup
Souvenirs
and . . .
Bathrooms!



**THE VALLEY INN**
Waterville Valley's Full Service Resort
1-800-343-0969
**The Valley Inn**



*Check This Out!*
**Get Away Packages**

## *Traveler's Quick Links*
## *Lodging   Camping   Dining   Recreation*



**Got Weather? Click Here**

## *Local Businesses*

- Antiques/Historical
- Art/Photography
- Associations

- Attractions/Recreation
- Banks & Institutions
- Banquet/Conference Facilities
- Beauty & Massage
- Camping
- Catering
- Computers/Electronics
- Contractors/Builders
- Convenience Stores/Service Stations
- Cooperative Partners
- Dining
- Entertainment
- Equipment Rental
- Gifts/Apparel
- Gifts/Books/Apparel

- Golf/Driving Ranges
- Healthcare
- Home & Garden/Appliances/Hardware
- Insurance
- Legal/Professional
- Lodging
- Mailing Lists/Databases
- Municipal
- Printing/Signs/Graphics
- Property Maintenance
- Real Estate
- Services
- Social Members
- Specialty Foods/Grocery
- Sporting Goods & Rentals
- TV/Radio/Media
- Utilities



*Waterville Valley Region Chamber & Information Center*

**Info@WatervilleValleyRegion.com**

| Home | Newsletter | Classifieds | Business Directory |
| Member Benefits | Member Application | Member Webpage Samples |
| Get Away Packages | Visitor's Guide | Reservations | Attractions | Covered Bridges |
| Dining | Lodging | Camping | Locator Maps | Realtors | Events Calendar |

# SUMMER IN THE MOUNTAINS
## NEW YORK'S WHITEFACE REGION

**Town of Wilmington**





... STILL REMAIN

## FREE Adirondack Collectors Pins
### click here

## Win a Whiteface Region Getaway Vacation

Enter to win a vacation for two in the gorgeous Whiteface Region.

## Search Whiteface Region Events Calendar

Find out what's happening next, from our famous fall festivals to Almost Springfest.

## Whiteface Region e-brochures

View or download our selection of Whiteface Region e-brochures.

## E-News Sign Up

Receive emails announcing events and special package deals.

## Tour the Adirondack Regions

# Wine Region Tour



home :: wine region tour

· Ads by Google    Wine Regions    Wine Touring    Wine Cellar    Napa Wine    Wine Posters

**Main Topics**

**Wine Regions**
**Wine Tours**
**Wine Storage**
**Wine Books**
**Wine Posters**
**Wine Games**

**Wine articles**
**Wineries**

[ Google Search ]

Ads by Google

**Visit Sonoma County, CA**
America's Premier Wine, Spa & Coastal Destination. Book Today!
www.SonomaCounty.com

**Prestige Limo's Wine Tour**
Luxurious way to enjoy the wineries w/ dependable & affordable service.
www.prestigelimousineinc

**Napa Valley Tours Daily**
Scenic & Romantic Wineries - $65 w/ Picnic & Cave Tour
707-631-0757
www.NapaValley.Platypus

**Sonoma County Wine Tours**
A hands-on, fun-filled, guided tour in the company of experts! Just $75
www.TerrificTours.com

## Welcome to *Wine Region Tour*!



INSIDER WINE TOURS
Down-To-Earth
**Wine Vacations**
Local Experts take you to our domains in Bordeaux, Burgundy, Tuscany, and the Rhône Valley. Visit our web site.
www.insiderwinetours.com    Ads by Gooooogle

The wine industry is growing and changing. New wine regions are being discovered. Great quality wine is getting more affordable and a lot of people have a growing interest into learning about wine.

At home, people are adding wine accessories and storage facilities (like wine cellars, wine racks...). And a new type of vacation is developing where wine amateurs book wine tours in order to discover the prestigious wineries of the world.

Wine Region Tour contains useful information concerning wine in general. The website is organized into several main sections.

### Top Wine Articles

- NEW! Take your group on a bus wine tour
- NEW! Luxury wine tours show the true meaning of wine and dine
- NEW! Taking a wine cruise
- NEW! Taking a private wine tour
- NEW! Drive the wine routes to explore wineries
- Wine touring options...
- Hot Air Balloons in Wine Regions
- Limousine Wine Tours, Experience in Luxury!
- Enjoy Wine Country With Bike Wine Tours
- Train Wine Tours Great Way to Tour Wine Country
- Enjoying oregon wine country
- The exquisite wine in california
- Visiting the Temecula wineries
- Sonoma wineries
- Paso Robles wine country: a hidden gem
- more wine articles...

### Recommended Wine Online Merchants

- Wine.com
  Gifts for the wine lover
- The Wine Enthusiast
  Wine cellars, wine accessories and more.

| Wine Posters | Wine Magazine |
|---|---|
|  Wine Tasting II Art Print Beach, Jan Shade Buy for $7.95 Framed  Mounted |  |

home :: wine regions :: wine tours :: storing wine :: wine books :: wine posters :: wine games
resources :: wineries :: privacy statements :: submit your site :: link to us

Add to Favorites | Add to del.icio.us | © 2006-2007 Copyright | All Rights Reserved.

# Writing the Region

A Writers Workshop Honoring Marjorie Kinnan Rawlings



Workshop Information
Schedule
Registration
Faculty
Publish your book
Hotel Accommodations
Gainesville Association for the Creative Arts

## Eleventh Annual Writers Workshop
## July 25-29th, 2007

Download Brochure

Download Registration Form

Writing the Region is pleased to announce that Katharine Sands of the Sarah Jane Freymann Literary Agency will be the agent at our 2007 session.

More information on the agent and associated workshops

Please contact SarahBewley@sarahbewley.com or Toll Free: 888-917-7001, should you have any questions.

Thank you!

Sarah Bewley
Writers Programs Coordinator

Pulitzer Prize winning author Marjorie Kinnan Rawlings, who made Cross Creek, Florida, her home for many years, successfully expressed her love and understanding of Florida's human and physical environment in her many books. She was a regional writer who spoke to people everywhere. Her example inspires this Writers Workshop.

For more information on the five-day series of workshops please call 888-917-7001, or Sarah Bewley 352-373-1879 and leave a message or write:

Gainesville Association for the Creative Arts
P.O. Box 12246
Gainesville, FL 32604
E-mail: SarahBewley@sarahbewley.com

## Writing the Region

A new coordinator, new and returning faculty, and a wide variety of workshops and programs are part of Writing the Region this year.

Norma Homan has retired, and under her tutelage, I have taken over as coordinator.

This year we'll have a night of poetry readings by Peter Meinke, Melanie Almeder, and Joe Haldeman, Michael Knight reading from his amazing fiction, and the Sunwall Prize winning new comedy play - "The Morning After the Night Before" as a staged reading for our participants and the public!

Of course, we will also have our annual trip to Cross Creek and the home of Marjorie Kinnan Rawlings, along with an old-fashioned fish fry for dinner.

Join us for five days of inspiration, perspiration and aspirations - as we work hard, find our voices, and become better and published writers.

Sarah Bewley
Writers Programs Coordinator

## About Our Sponsor

### The Gainesville Association for the Creative Arts

The Marjorie Kinnan Rawlings Writers Workshop is one of the many activities and programs of the Gainesville Association for the Creative Arts. Serving the area for almost 40 years, the GACA also offers workshops in the arts to young people, age 2 to 18. The "arts" include everything from art to dance, from drama to piano. With its year-round program involving over 3000 students and 70 teachers, the GACA, along with hosting the Writers Workshop, sponsors a variety of related activities, such as: "Shakespeare, Summer, and Kids," where young people experience Shakespeare by staging his plays; workshops on "Writing for Children"; and improvisational theatrical groups for at-risk students.

The GACA's Edmea Settimelli Scholarship fund provides scholarships for hundreds of children each year. For more information or questions, please call or write: The Gainesville Association for the Creative Arts, P.O. Box 12246, Gainesville, FL 32604 1-888-917-7001 or 1-352-378-9166.

Permission to use Marjorie Kinnan Rawlings name is granted by The Norton Baskin Literary Trust, John Sundeman, Trustee, 100 Arricola Avenue, St. Augustine, Florida 32080-4514.

This workshop is funded in part by the Alachua County Tourist Development Tax (www.visitgainesville.net), from the Alachua County Board of Commissioners, in conjunction with the Alachua County Tourist Development Council. The City of Gainesville Department of Cultural Affairs, the Arts Association of Alachua County, Friends of the Library and the Alachua County Library District, and the Gainesville Branch of the National League of American Pen Women. The program is sponsored in part by the State of Florida, Department of State, Division of Cultural Affairs, and the Florida Arts Council.

      

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

REGIONS ASSET COMPANY, et al.,)

        Plaintiffs,     }

                       Civil Action No.2:06-cv-882-MHT

    v.             )

REGIONS UNIVERSITY, INC.   )  **AFFIDAVIT OF STEPHEN J. STRICKLIN**

        Defendant.   )

 

I, Stephen J. Stricklin, residing at 3560 Arlington Oaks Drive, Mobile, Alabama 36695, to the best of my knowledge, information and belief, formed after reasonable inquiry, hereby declare:

1.   I am over the age of 21 and have personal knowledge of the matters herein declared.

2.   I am submitting this Affidavit in support of the Motion for Summary Judgment, filed by Defendant, Regions University, Inc.

3.   I have a Bachelor of Arts degree, magna cum laude, from the University of South Alabama in Criminal Justice Administration and an Associate of Arts degree, highest distinction, from Vincennes University in Indiana for Paralegal.

- 1 -

I was a paralegal and investigator for Victor T. Hudson, Esq. for approximately eighteen years.

      4.   I have so far investigated businesses with trade names that include the word "Region" or "Regions" in the following states: Alabama, Arkansas, Florida, Georgia, Illinois, Indiana, Iowa, Louisiana, Mississippi, Missouri, North Carolina, South Carolina, Tennessee and Texas. Except Alabama, in all states I have confined my search to businesses and organizations which use the word "Regions" or "Region" without reference to a particular geographical region (such as "Southern Region" or "Region IX". I began my investigation by searching the various state Secretary of State records and then identified the business names. I utilized various sources, including, but not limited to, internet business information pages such as yellowpages.com, 411.com, superpages.com and manta.com. After identifying the businesses in each state, I attempted to contact each business or organization by telephone number obtained for that particular business or organization to determine whether the business was still in existence; whether the business still used the term "Region" or Regions" in the name of the business or organization or whether the business ever used the term "Region" of "Regions" in the name of the business or organization. I also sought the following information: 1) The name of the business; 2) identity of the owner or agent of the business; 3) whether the business was an on-going operation or

- 2 -

whether it no longer conducted business; 4) how long the
business operated under the name "Region" or "Regions"; 5) how
many employees the business had and how many offices it operated
from; 6) the nature of the business; 7) its estimated annual
sales figures; 8) whether or not Regions Bank or anyone
representing themselves as associated with Regions Bank ever
contacted them, orally or in writing, concerning their operation
and/or their company name; 9) whether it ever received anything
from any court concerning Regions Bank; 10) the region, area,
city or state where they did business; and 11) if they
advertised their business, then in what media (i.e. newspapers,
magazines, Yellow Pages, etc.).

   5.   The following is a summary of the contacts I have been
able to make to date.  There are a number of additional
businesses I have located and contacted but I am still waiting
to hear from them, I will supplement this affidavit as
additional information in obtained.

<div align="center">**ALABAMA**</div>

   6.  In the state of Alabama, I was able to confirm the
following information about the following businesses and/or
organizations:

a.)  Regions Propane   (Centre,AL) I called a telephone listing
for Regions Propane and the person with whom I spoke, J. Randall
"Randy" Thompson, identified himself as the owner of Thompson

Gas LLC. He stated that he bought Regions Propane in 2003 and operated under that name for approximately 1 year before changing the name to Thompson Gas in 2004. Mr. Thompson said that Regions Propane had operated under the name "Regions Propane" from 1997 until the sale in 2003. Mr. Thompson said that the business is a propane gas distributorship. They have twenty-five employees and six branches located in Alabama, Georgia, Tennessee and North Carolina.

b.)  Regions Real Estate        (Foley,AL)

I called a telephone listing for Regions Real Estate and the person with whom I spoke, Roy D. Wigfield, identified himself as the owner of Regions Real Estate (formerly known as "Regions Real Estate, Inc.). He said that he operated under the incorporated name from August 2005 until September 2005. He said that he still operates the business as Regions Real Estate and he is a broker and real estate agent that sells homes. He has no employees and his business is located in Foley. His sales area is in Baldwin County. He stated that his approximate annual sales were $170,000.00. He said that he has never been contacted by Regions Bank. He has advertised in seven Baldwin County newspapers and in real estate magazines. Mr. Wigfield said that he has a business account at Regions Bank.

c.)  Regions Construction Company, LLC  (Harvest,AL)

I called a telephone listing for Regions Construction Company, LLC and the person with whom I spoke, Peter Ifeka,

stated that he was the owner of Regions Construction Company, LLC. He still does business as "Regions Construction Company" as a home builder. He operated as Regions Construction Company, LLC for two years and then, at the request of an attorney for Regions Bank, dropped the Limited Liability Company (LLC) from the name. After he complied, he never heard from Regions Bank again. He said he has one employee and one office.  He stated that his company's annual sales amounted to approximately $300,000.00.  He does business in Madison County and does not advertise.

d.)  <u>Regions Pest Control</u>  (Trafford,AL)

I called a telephone listing for Regions Pest Control and the person with whom I spoke, Mary Staton, identified herself and her husband as the owners of Regions Pest Control. She said they have operated under this name for ten years and still conduct operations. She said they provide pest control services and their approximate annual sales are in the $300,000 to $400,000 range.  Mrs. Staton advised that they have never been contacted by Regions Bank.  They conduct operations in Blount, Shelby, Jefferson and Walker Counties.  Mrs. Staton told me that their business has a business bank account with Regions Bank.

e.)  <u>Region Computer Services, Inc.</u>  (Mobile,AL)

I called a telephone listing for Region Computer Services, Inc. and the person with whom I spoke, Timothy Cruitt, stated that he was the owner of the company and that he operated under

- 5 -

Region Computer Services, Inc. for one year.  He stopped using the name approximately 1997 or 1998.  He said that he was never contacted by Regions Bank.

7.  In the State of Alabama, there are numerous other companies using "Region" or "Regions" with reference to a certain geographical area. I was able to confirm the following information about the following Alabama businesses and/or organizations using the word "Region" or "Regions" with a geographical reference:

a.)  <u>Gulf Region Information Technology Services, LLC</u>(Mobile,AL)

     I called a telephone listing for Gulf Region Information Technology Services, LLC and the person with whom I spoke, Christopher Smith, identified himself as the managing consultant for Gulf Region Information Technology Services, LLC.  Mr. Smith advised me that the company provided information technology (I.T.)services and has done so under this name for two years. They have one office.  Mr. Smith advised that the company's approximate annual sales are $250,000.00.  The business operates in Alabama as well as those areas between Houston, Texas and Panama City, Florida.  They advertise in the Yellow Pages. He said that the company has never been contacted by Regions Bank to his knowledge. Mr. Smith said that the company has a business account with Regions Bank.

b.)    <u>River Regions Realty, LLC</u>   (Prattville,AL)

I called a telephone listing for River Regions Realty, LLC
and the person with whom I spoke, George P. Walthall, Jr.,
identified himself as the owner of River Regions Realty, LLC.
Mr. Walthall advised that he operated this company with this
name for ten years.  He buys and sells real estate.  He has one
office and one employee.  He said that his approximate annual
sales are $100,000.00.  He said that he has never been contacted
by Regions Bank.  The company does business in Montgomery,
Autauga and Elmore counties.  They utilize signs for
advertisement.

c.)    <u>River Regions Developers, LLC</u>   (Prattville,AL)

I called a telephone listing for River Regions Developers,
LLC and the person with whom I spoke, John "Jack" D. Colson,
III, identified himself as the owner of River Regions
Developers, LLC.  Mr. Colson advised that he is involved in the
development of residential real estate.  He has operated his
business under this name since September 2000.  He has one
office and no employees. He said that he has never been
contacted by Regions Bank.  The company does business in the
Prattville vicinity.  He does not advertise his company.

d.)    <u>River Region Veterinary Services, P.C.</u> (Prattville,AL)

I called a telephone listing for River Region Veterinary
Services, P.C. and the person with whom I spoke, Amy Myers,
identified herself as the owner of River Region Veterinary

Services, P.C.. She said that they provide veterinary services. She said the company has operated with this name for nineteen months and that she has one office with three employees. She said that she has never been contacted by Regions Bank. They advertise by radio and newspaper ads.

e.)  River Region Home Inspections, LLC    (Pike Road,AL)

I called a telephone listing for River Region Home Inspections, LLC and the person with whom I spoke, William R. Garrett, identified himself as the owner of River Region Home Inspections, LLC and has operated with this name since April 2006. He performs home inspections. He operates from his home. He estimated his annual revenues at approximately $7,500.00 per year. He operates in Montgomery, Elmore and Autauga counties. He said that he has never been contacted by Regions Bank. He advertises the business in the Yellow Pages.

f.)  River Region Productions, Inc.    (Leeds,AL)

I called a telephone listing for River Region Productions, Inc. and the person with whom I spoke, Jerry Willis, identified himself as the agent for River Region Production, Inc. He said that they do automobile shows and June 2006 was their last one. He said that they operated under the name River Region Productions, Inc. for four years. Any profit they make from the automobile shows they donate it to charity. He said they operate in Elmore County, AL. He has never been contacted by Regions Bank.

g.)  <u>River Region Hospital, LLC</u>   (Hartselle,AL)

I called a telephone listing for River Region Hospital,LLC and the person with whom I spoke, Rick Buckelew, identified himself as the owner of River Region Hospital, LLC.  He said the company builds psychiatric hospitals and is a partnership with Baptist Hospital.  Mr. Buckelew said that he has operated with this name for twelve months.  He has one hundred-fifty employees and two offices.  He said that Regions Bank has never contacted him.

h.)  <u>River Region Appraisals, LLC</u>     (Montgomery,AL)

I called a telephone listing for River Region Appraisals, LLC. and the person with whom I spoke, Brooks Autry, identified himself as the owner of River Region Appraisals, LLC.  He did now wish to answer any questions, but rather, referred me to his attorney, Richard Hartley,Esq., who has not called me.

**<u>ARKANSAS</u>**

8.  In the state of Arkansas, I have been able to confirm the following businesses and/or organizations.

a.)  <u>Regions Contractors, Inc.</u>     (Crawfordville,FL)

This company is the same company as 9.b and 18.e below that was incorporated in Florida and is authorized to operate in the State of Arkansas and Tennessee. Please refer to 9.b and 18.e

- 9 -

below for information relevant to this corporation. The company web page is located at: www.regionscontractors.com.

## FLORIDA

9.   In the state of Florida, I was able to confirm the following information about the following businesses and/or organizations:

     a.)  Regions Beyond International, Inc.    (Tallahassee,FL)

     I called a telephone listing for Regions Beyond International, Inc. and the person with whom I spoke, Steven R. Vickery, identified himself as the director of Regions Beyond International, Inc., an evangelistic religious organization.  He stated that the organization has used this name for at least fifteen years.  He said that they have two employees and one office.  He stated that their mission statement was to establish Christian churches overseas.  He said that they have never been contacted by Regions Bank.  Their business office is located in Leon County, Florida.  Mr. Vickery stated that "Regions Beyond International" is a registered Mark issued by the United States Patent and Trademark office. Mr. Vickery sent me a copy of the Trademark.  They have a web page located at:

www.regionsbeyond.org.

b.)   Regions Contractors, Inc.      (Crawfordville,FL)

I called a telephone listing for Regions Contractors, Inc. and the person with whom I spoke, Steve Gammon, identified himself as the owner of Regions Contractors, Inc.  He also identified himself as the owner of Regions Development Ltd. Co.. Mr. Gammon referred me to his attorney, John McManus, Esq. of Atlanta, Georgia at telephone number 678-387-1010.  I spoke with Mr. McManus and he, acting as Mr. Gammon's spokesperson, advised me in a letter dated July 12, 2007 that Regions Contractors, Inc. has operated under this name since May 2003 and has twenty-two employees.  Mr. McManus stated that Regions Bank has never contacted the company about its name.  The company web page is located at: www.regionscontractors.com.  Mr. McManus' letter is attached herewith as EXHIBIT "A".

c.)   Region Appraisal and Consulting Solutions, Inc. (Miami,FL)

I called a telephone listing for Region Appraisal and Consulting Solutions, Inc. and the person with whom I spoke, Paul Ameris, identified himself as the owner of Region Appraisal and Consulting Solutions, Inc.  He said that the company performs real estate appraisals.  The business has operated under this name for two years.  He has one employee and utilizes the services of three or four contractors.  The business covers the state of Florida with a primary focus on Miami.  He said that he has never been contacted by Regions Bank. His company has a web page at: www.regionappraisals.com.

- 11 -

d.)  <u>Regionatlantic Realty, LLC</u>     (Jacksonville Beach,FL)

I called a telephone listing for Regionatlantic Realty, LLC
and the person with whom I spoke, Roger R. Cooper, identified
himself as the owner of Regionatlantic Realty, LLC and he
advised that he is a real estate broker.  He has operated with
this name for two years.  He works out of his home. He said that
his approximate annual sales figures were under $30,000.00.  He
does business in the Jacksonville area.  He said that he has
never been contacted by Regions Bank.  He has a web page at:
<u>www.regionatlanticrealty.com</u>.

e.)  <u>The Region Group, LLC</u>     (Tampa,FL)

I called a telephone listing for The Region Group, LLC and
the person with whom I spoke, Creigh Bogart, identified himself
as the owner of The Region Group, LLC which performs automobile
sales advertising. His company does marketing for car
dealerships. He has used the company name for approximately one
year.  He said that their approximate annual sales were
$100,000.00 last year.  He said that he has never been contacted
by Regions Bank.

f.)  <u>Regions Aloft, LLC</u>    (Spring Hill,FL)

I called a telephone listing for Regions Aloft, LLC and the
person with whom I spoke, Ronald Wilhite, identified himself as
the owner of Regions Aloft, LLC which is a holding company for
an airplane as well as Regions Facility Services, Inc. and

- 12 -

Regions Capital, LLC.  He has used the name Regions Aloft, LLC
since November 2006.  He said that he has never been contacted
by Regions Bank.

g.)  Regions Facility Services, Inc.    (Spring Hill,FL)

I called a telephone listing for Regions Facility Services,
Inc. and the person with whom I spoke, Ronald Wilhite,
identified himself as the owner of Regions Facility Services,
Inc. which performs service to the restaurant industry and labor
for repairs in restaurants.  He has used the name Regions
Facility Services, Inc. since 2003.  He has 20 plus employees
and two offices.  His annual sales are $3,000,000.00.  His
business includes the Southeast United states and particularly,
Alabama, Florida, Georgia, North Carolina, Tennessee, and South
Carolina.  The company advertises its services by the "RFS" logo
placed on its fleet of service trucks.  He said that he has
never been contacted by Regions Bank.  Mr. Wilhite said that he
had contacted Regions Bank about two or three years ago to
inquire if his company could perform facility maintenance and
repairs for Regions Bank.

h.)  Regions Capital, LLC    (Spring Hill,FL)

I called a telephone listing for Regions Capital,LLC and
the person with whom I spoke, Ronald Wilhite, identified himself
as the owner of Regions Capital, LLC which will be leasing a
building which is under construction.  He has operated under the

- 13 -

name Regions Capital,LLC since January 2007.  He said that he
has never been contacted by Regions Bank.

i.)  <u>Regions Insurance Consultants, Inc.</u>    (Miami,FL)

    I called a telephone listing for Regions Insurance

Consultants, Inc. and the person with whom I spoke, Lazara

Sardinas, identified herself as the wife of the owner, Norberto

Sardinas.  Mrs. Sardinas said her husband does not speak English

but that she could answer my questions.  She said that Norberto

was the owner of Regions Insurance Consultants, Inc. which is an

insurance company.  He has operated Regions Insurance

Consultants, Inc. since March 2007.  Mr. Sardinas has one office

and sells insurance products.  Mr. Norberto does business in

Miami.  Mrs. Sardinas said that they have never been contacted

by Regions Bank.

j.)  <u>Region Trust, Inc.</u>    (Delray Beach,FL)

    I called a telephone listing for Region Trust, Inc. and the

person with whom I spoke, Nickolas Arsali, identified himself as

the owner of Region Trust, Inc.  He said that he is involved in

real estate investment.  He has one office and has operated

under the name Region Trust, Inc. since April 2007.  He operates

in the Palm Beach Florida area.  He said that Regions Bank has

never contacted him.

k)  <u>Regions Van Lines, Inc.</u>    (Miami,FL)

    I called a telephone listing for Regions Van Lines, Inc.

and the person with whom I spoke, Noam Menahem, identified

- 14 -

himself as the owner of Regions Van Lines, Inc. in Miami.  He
said the business is involved in moving and storage.  He said
that his business has been operating a few months.  He has
fifteen employees and one office.  His annual sales are
$100,000.00.  He does business in the Miami-Dade County area.
He said that Regions Bank has never contacted him.

### GEORGIA

10.  In the state of Georgia, I have been able to confirm the
following information about the following businesses and/or
organizations:

a.)  Regions Hospitality, LLC        (Gainsville,GA)

     I called a telephone listing for Regions Hospitality, LLC
and the person with whom I spoke, David Mercer, identified
himself as Regions Hospitality, LLC managing partner and advised
that they are in the business of hospitality management at
hotels.  They have operated the business under this name for
less than five years.  They have approximately 250 employees and
one office.  He said that the company operates in the states of
Georgia, Florida, South Carolina and Arkansas. He stated that
Regions Bank has never contacted him about the companies. Mr.
Mercer said that the business has a checking account and various
loans with Regions Bank.

- 15 -

b.)   <u>Regions Beyond Ministries, Inc.</u>   (Columbus,GA)

I called a telephone listing for Regions Beyond Ministries, Inc. and the person with whom I spoke, James Donahue, identified himself as Region Beyond Ministries, Inc. president.  Regions Beyond 2000 Ministries, Inc. is a Christian mission outreach for the Sunshine Acres Church of God or Prophesy in Columbus, Georgia.  They have operated  under this name since the beginning of 2007.  For the previous seven years, Regions Beyond 2000 Ministries, Inc. operated as Regions Beyond Ministries. Mr. Donahue advised that Regions Bank has never contacted him about the organization's name.  Mr. Donahue stated that the organization has an account with Regions Bank.

c.)   <u>Regions Land and Investments, Inc.</u>   (Colbert,GA)

I called a telephone listing for Regions Land and Investments, Inc. and the person with whom I spoke, Carol Beavers, identified herself as the owner of Regions Land and Investments, Inc.  She said that the company does business as "Regions Realty" and they have operated with this name since approximately 1996.  They are real estate brokers with one office and no employees.  He said that he has never been contacted by Regions Bank.  They do business in Northeast Georgia.  As for advertising the business, Mr. Beavers said they use real estate ads and they have a web page at:

<u>www.regionsrealty.com</u>.

d.)  Regions Development, Inc.   (Woodstock,GA)

I called a telephone listing for Regions Development, Inc.
and the person with whom I spoke, Adrien Matt, identified
himself as the owner of Regions Development, Inc.  Mr. Matt said
that he is no longer in business but that he used the name
Regions Development, Inc. for the past five years.  He said he
operated in Cherokee County, GA.  He said that he was never
contacted by Regions Bank.

11.  In the state of Illinois, I was able to confirm the
following information about the following businesses and/or
organizations:

## ILLINOIS

a.)  Region Fence Sales, Inc.   (University Park,IL)

I called a telephone listing for Region Fence Sales, Inc.
and the person with whom I spoke, a secretary, referred me to
the owner's son, Eric.  Eric stated that his mother, Carol
Vandergriff, was the owner of Region Fence Sales, Inc. and that
she was out-of-town.  I have not made contact with Ms.
Vandergriff.

b.)  Region Realty, LLC   (Edwardsville,IL)

I called a telephone listing for Region Realty, LLC and the
person with whom I spoke, John McCraken, Esq., identified
himself as the agent and attorney for the owner of Region
Realty, LLC.  Mr. McCraken stated that the owner was on vacation

- 17 -

and that he would give him a message to call.  I have not made contact with the owner of Region Realty, LLC.


### INDIANA


12.  In the state of Indiana, I have been able to confirm the following information about the following businesses and/or organizations:

a.)  Regions Communications, Inc.   (Crown Point,IN)

I called a telephone listing for Regions Communications, LLC and the person with whom I spoke, Mike Gooldy, identified himself as the owner of Regions Communications, Inc.  Mr. Gooldy said that they have used the company name since February 2002. The company prints publication material.  They have one office and no employees. Mr. Gooldy stated that the company's estimated annual sales were under $300,000.00.  He said that the company does business in Lake County, Indiana.  He advertises his business through the local chamber of commerce and through magazine ads.  He said that he has never been contacted by Regions Bank.  The company web page is at: www.region-communications.com.

b.)  Region Datacom, LLC   (Griffith,IN)

I called a telephone listing for Region Datacom, LLC and the person with whom I spoke, Luis Roldan, identified himself as the owner of Region Datacom, Inc.  Mr. Roldan said that advised

- 18 -

that he operated Region Datacom, Inc. with this name for three years. The company provides telecommunications services. He has a home office and no employees. His approximate annual sales were $20,000.00. He said that the company does business in Northwest Indiana and Chicago, IL. He said that he has never been contacted by Regions Bank.

c.)  Region Pools, Inc.    (Hammond,IN)

I called a telephone listing for Region Pools, Inc. and the person with whom I spoke, Doug George, identified himself as the owner of Region Pools, Inc. Mr. George advised that he operated Region Pools,Inc. with this name for ten years. He has two employees and one office. He said that the company does business in Northwest Indiana. He said that he has never been contacted by Regions Bank.

d.)  Region Properties, LLC    (Lake Village,IN)

I called a telephone listing for Region Properties, LLC and the person with whom I spoke, Brian Oliver, identified himself as co-owner of Region Properties, LLC. Mr. Oliver advised that he operated Region Properties, LLC with this name for two years. He said that his approximate annual sales were $50,000.00. He did business in Lake and Newton Counties, IN. He said that he has never been contacted by Regions Bank.

e.)  Region Real Estate, Inc.    (Munster,IN)

I called a telephone listing for Region Real Estate, Inc. and the person with whom I spoke, Lia Eawson, identified herself

as the owner of Region Real Estate, Inc.  Ms. Eawson advised
that she has operated Region Real Estate, Inc. with this name
for six years.  She said that the company does business in
Northwest Indiana.  She said that he has never been contacted by
Regions Bank.

f.) <u>The Designer Outlet & Region Liquidators,Inc.</u>(CrownPoint,IN)

I called a telephone listing The Designer Outlet & Region
Liquidators, Inc. and the person with whom I spoke, Walter
Woldt, identified himself as co-owner of The Designer Outlet &
Region Liquidators, Inc., along with his wife.  Mr. Woldt
advised that the company was a clothing boutique and that they
no longer do business.  The used the name The Designer Outlet &
Region Liquidators, Inc. for two years.  They had a couple part-
time employees and a small shop.  The annual sales were under
$100,000.00.  Mr. Woldt advised that they operated in Northwest
Indiana.  Mr. Woldt said that they have never been contacted by
Regions Bank.

g.) <u>Region Chem-Dry</u>      (Hammond,IN)

I called a telephone listing for River Region Productions,
Inc. and the person with whom I spoke identified herself as the
owner of Region Chem_Dry but did not give her name.  She said
she would have to talk with her attorney before answering any
questions.

h.   <u>Region Idol</u>      (Crown Point,IN)

I called a telephone listing for Region Idol and the person with whom I spoke, Joi Struebig, identified himself as co-owner of Region Idol along with her husband.  She said that they are a charitable organization in association with the National Multiple Sclerosis Society. Mrs. Struebig said that three years ago she and her husband applied for a State of Indiana trade mark for the name "Region Idol" and it was granted.

<center>**<u>LOUISIANA</u>**</center>

13.  In the state of Louisiana, I have been able to confirm the following information about the following businesses and/or organizations:

a.)  <u>Region Realty of St. Tamany</u>  (Covington,LA)

I called a telephone listing for Region Realty of St. Tamany and the person with whom I spoke, John Komidor, identified himself as the owner of Region Realty of St. Tamany. He said that the company was formerly named "Region Realty, Inc." and used that name from 1980 until the name changed to the present one in 2007.  His business is in real estate sales and appraisals.  He has two or three employees and one office. He has signs posted in St. Tamany Parish for real estate sales. Mr. Komidor stated that he has never been contacted by Regions Bank about his company's name.

<center>- 21 -</center>

b.)   Region Insulation Co., Inc.    (Baton Rouge,LA)

I called the telephone listing for Region Insulation Co., Inc. and the person with whom I spoke, Jesus Valenzuela, identified himself as a part-owner of Region Insulation Co., Inc.. Mr. Valenzuela said that they have used the company name for eleven years. They provide industrial insulation services. The company has 25 employees and has two offices. He stated that their approximate annual sales are $1,500,000.00. Mr. Valenzuela advised that the company operates in the states of Louisiana, Colorado, Wyoming, Texas, Montana and Oklahoma. They advertise the business in the yellow pages. Mr. Valenzuela stated that they have never been contacted by Regions Bank about their company name.

c.)   Regions Wholesale Battery, LLC   (Baton Rouge,LA)

I called a telephone listing for Regions Wholesale Battery, LLC and the person with whom I spoke, James Wiggins, identified himself as the owner of Regions Wholesale Battery, LLC. He said they sell and/or buy used batteries. They have one employee and one office. He stated that their approximate annual gross sales are $62,000.00. He said that he does business in Baton Rouge and advertise's in the Yellow Pages. Mr. Wiggins said that he has never been contacted by Regions Bank about his company's name.

- 22 -

d.)   <u>Region Security Insurance</u>      (Denham Springs,LA)

      I called a telephone listing for Region Security Insurance

and the person with whom I spoke, Garth Cook, identified himself

as the owner of Region Security Insurance.  Mr. Cook sells home

and automobile insurance.  He said he has used the name Region

Security Insurance for one year.  He has four employees and once

office.  His business operates in the Baton Rouge- New Orleans

area.  He advertises in the newspaper and the Yellow Pages.  Mr.

Cook told me that he understands that Regions Bank had

previously contacted the former owner of Region Security

Insurance, Richard Betancourt, and that Regions Bank made an

inquiry into the business name.  Mr. Cook said they never

changed the name of Region Security Insurance.  Mr. Cook has a

bank account with Regions Bank.

e.)   <u>Region Security Protection Agency, Inc.</u>  (Harahan,LA)

      I called a telephone listing for Region Security Protection

Agency, Inc. and the person with whom I spoke, Larry Blackmon,

identified himself as the owner of Region Security Protection

Agency, Inc..  Mr. Blackmon said that he is no longer in

business.  Mr. Blackmon said he used the name Region Security

Protection Agency, Inc. for one or two years.  He operated out

of his home and his annual sales were $3,000.00 or $4,000.00.

He operated his business in Jefferson Parish, LA.  Mr. Blackmon

said that he approached Regions Bank to try to sell them a

contract for security services.  He has not been contacted by
Regions Bank.

f.)  <u>All Regions Services, Inc.</u>    (Bossier City,LA)

I called a telephone listing for All Regions Services, Inc.
and the person with whom I spoke, Lorenzo Tunek, identified
himself as the co-owner of All Regions Services, Inc. along with
his wife.  The business was formerly known as All Regions
Forestry, Inc.  Mr. Tunek said he used the name All Regions
Forestry, Inc. from 1999 until November 2003 when he changed the
name to All Regions Services, Inc.  His business is involved
with the planting of trees and nursery work.  He has between one
hundred and two hundred employees and his annual sales are
between $500,000 and $600,000.00.  He does business in Texas,
Arkansas, Mississippi, Louisiana, Maine and Wisconsin.  He has
never been contacted by Regions Bank


## **<u>MISSISSIPPI</u>**

14.  In the state of Mississippi, I have been able to confirm
the following information about the following businesses and/or
organizations:

a.)  <u>Regions Realty Group, Inc.</u>    (Foxworth,MS)

I called a telephone listing for Regions Realty Group, Inc.
and the person with whom I spoke, Robbie Phelps, identified
himself as the owner of Phelps Realty Group, Inc. which had

- 24 -

previously operated under the name "Regions Realty Group, Inc.". His business is the sale of real estate. According to public records of the Mississippi Secretary of State, Regions Realty Group, Inc. was formed on November 14, 2005. Since purchasing Regions Realty Group, Inc. he changed its name and he has operated as Phelps Realty Group, Inc. for less than one year. He utilizes independent contractors for the sale of real estate. He operates the business in Columbia, MS (Marion County). He advised that he has never been contacted by Regions Bank.

b.    <u>Regions Construction</u>    (Madison,MS)

I called a telephone listing for Regions Construction and the person with whom I spoke, Rickie Regions, identified himself as the owner of Regions Construction. He said he has used the name Regions Construction for fifteen years. His business involved the construction of swimming pools. He utilized sub-contractors and he has one office. His business operates in Madison and Rankin Counties in Mississippi and he also does business in Louisiana and Tennessee. Mr. Regions said that twice Regions Bank had the telephone company disconnect his telephone service. Mr. Regions said he contacted Regions Bank and the problem was resolved by having his cell telephone number changed to a personal account instead of a business account.

<div align="center"><b><u>MISSOURI</u></b></div>

15.  In the state of Missouri, I have been able to confirm the

- 25 -

following information about the following businesses and/or
organizations:

a.)   Region Welding, Inc.

      Region Welding & Manufacturing, Inc.      (Union,MO)

      I called a telephone listing for Region Welding &
Manufacturing, Inc. and the person with whom I spoke, Daniel
Donner, who identified himself as the owner of Region Welding,
Inc. and Region Welding & Manufacturing, Inc.. Mr. Donner said
that Region Welding, Inc. is also known as "Region Welding of
Missouri, Inc." and the company is a metal fabrication shop.
The business has operated with these names since 1983.  He has
nineteen employees and one office.  Mr. Donner advised that
their approximate annual sales figures are between $3,000,000.00
and $4,000,000.00.  He said that they do business across the
entire United States with their major operations in Missouri.
They also provide the U.S. military with material which is used
over-seas.  He said that they advertise through flyers and
industry-specific magazines. Mr. Donner advised that he has
never been contacted by Regions Bank about his company names.
The company web page is at: www.regionwelding.com.

b.)   Region Land Survey, Inc.  (Blue Springs,MO)

      I called a telephone listing for Region Land Survey, Inc.
and the person with whom I spoke, Victor Jodts, identified
himself as the owner of Region Land Survey, Inc.  He said that
the company has operated with this name for 3 years and they

- 26 -

perform land surveying.  He has four employees and one office.
The company's approximate annual sales are $250,000.00.  His
business operates in Missouri and Kansas and he advertises in
the Yellow Pages.  He has a web page at: www.regionsurvey.com.
Mr. Jodts stated that he has never been contacted by Regions
Bank about his company's name.

## NORTH CAROLINA

16.  In the state of North Carolina, I have been able to confirm
the following information about the following businesses and/or
organizations:

a.)  Regions Claim Management Group, LLC   (Charlotte,NC)

    I called a telephone listing for Regions Claim Management
Group, LLC and the person with whom I spoke, Jim Johnson,
identified himself as co-owner of Regions Claim Management
Group, LLC.   Mr. Johnson advised that the business is a claim
adjustment company.  They have operated under this name since
October 2006. They have two employees and two offices.  Mr.
Johnson stated that their approximate annual sales are
$100,000.00. Mr. Johnson said that their business covers a total
of thirty counties in both North and South Carolina.  He stated
that he has never been contacted by Regions Bank about the name
of his company.

b.)  Region Construction, Inc.    (Huntersville,NC)

I called a telephone listing for Region Construction, Inc.
and the person with whom I spoke, Mike Mahmood-Hezar, identified
himself as the owner of Region Construction, Inc. The business
is involved with project management operations and has used this
company name between two and two and one-half years.  He is the
only employee and he has two offices.  His operation is in
Irdall County, North Carolina.  Mr. Mahmood-Hezar stated that he
has never been contacted by Regions Bank.


### SOUTH CAROLINA


17.  In the state of South Carolina, I have been able to confirm
the following information about the following businesses and/or
organizations:

a.)  Region Properties, LLC  (Florence,SC)

I called a telephone listing for Region Properties, LLC and
the person with whom I spoke, Gary W. Crawford, Esq., identified
himself as the owner of Region Properties, LLC.  The business
owns, rents and develops real estate.  He said that the company
has used this name for three or four years.  There are no
employees and no office.  He said that the approximate annual
sales are $18,000.00.  He said that the business operates in
Florence County, South Carolina.  Mr. Crawford stated that he

has never been contacted by Regions Bank about the name of the company.

<div align="center">**TENNESSEE**</div>

18.  In the state of Tennessee, I have been able to confirm the following information about the following businesses and/or organizations:

a.)  <u>Regions Development Group, LLC</u>    (Collierville,TN)

I called a telephone listing for Regions Development Group, LLC and the person with whom I spoke, Jim Curtis, identified himself as a partner in Regions Development Group, Inc.  The business is involved with real estate development.  He said that the business has used this name for two and one-half years. They have one office.  He stated that their approximate annual sales are between $18,000,000.00 and $20,000,000.00.  They do business in the southeastern United States.  Mr. Curtis stated that he has never been contacted by Regions Bank about the company name.  Mr. Curtis said that he has previously used Regions Bank for his financing needs.

b.)  <u>Region First Realty</u>    (Clinton,TN)

I called a telephone listing for Region First Realty and the person with whom I spoke, Larry Disney, identified himself as the owner of Region First Realty. He said they sell real estate and have used this name for seven or eight years.  They have one employee and one office.  He stated that the company's

- 29 -

approximate annual sales are $1,200,000.00. He said that they do business in Anderson and Campbell counties. They advertise through the newspaper. Mr. Disney stated that he has never been contacted by Regions Bank about the company name. Mr. Disney advised me that the company has had a checking account with Regions Bank since 1989.

c.)  Regions Hospitality, LLC    (Jackson,TN)

I called a telephone listing for Regions Hospitality, LLC and the person with whom I spoke, Bhadresh Patel, identified himself as the owner of Regions Hospitality, LLC which is doing business as "Quality Inn By Choice Hotel". They have operated under this name since February 2006. They have between fourteen and twenty employees. They have one office. His hotel is located in Jackson, TN. Mr. Patel stated that Regions Bank has never contacted him about his company's name.

d.)  Region Realty Group, LLC    (Jacksboro,TN)

I called a telephone listing for Region Realty Group, LLC and the person with whom I spoke, Carolyn Wilson, identified herself as the owner of Region Realty Group, LLC. She said that they sell real estate and have operated with this name for two and one-half years. They have nine agents and one office. They operate in Campbell County, TN and advertise by ads in magazines and newspapers and by signs. Ms. Wilson stated that she has never been contacted by Regions Bank about the company name.

e.)  Regions Contractors, Inc.   (Crawfordville,FL)

This company is the same company as 8.a and 9.b above that was incorporated in Florida and is authorized to operate in the State of Arkansas and Tennessee. Please refer to 8.a and 9.b below for information relevant to this corporation. The company web page is located at: www.regionscontractors.com. Mr. McManus' letter is attached herewith as EXHIBIT "A".


### TEXAS


19.  In the state of Texas, I have been able to confirm the following information about the following businesses and/or organizations:

a.)  Region Enterprises, Inc.   (Fort Worth,TX)

I called a telephone listing for Region Enterprises, Inc. and the person with whom I spoke, Lucille Region, identified herself as being an owner, along with her husband, of Region Enterprises, Inc.  Mrs. Region advised that they own a motel in downtown Fort Worth.  She said they have operated the business under this name for twenty-five years.  She said they have one employee and three offices.  Mrs. Region stated that they have never been contacted by Regions Bank about their company name.

b.  Regions Christian Center   (Texarkana,TX)

I called a telephone listing for Regions Christian Center and the person with whom I spoke (unidentified) said that the

- 31 -

pastor for Regions Christian Center, Pastor Ken, would be informed that I called and wanted to speak with him. I have not made contact with the pastor.

### REGION CARPET

20. During the course of my investigation I became aware of a modular tile carpet flooring product bearing the "Region" name manufactured by Mannington. I spoke with a Mannington representative named "Mona" who stated that Mannington's Region commercial carpet is a specific commercial product for sale to architects and building designers. I have attached to my affidavit a copy of Mannington's product literature for "Region" carpeting as Exhibit "B", true and correct copy.

    Further affiant sayeth not.

        Signed at: __Mobile, Alabama__ , this __17th__ day of __July__, 2007.

                            _____
                            STEPHEN J. STRICKLIN

STATE OF ALABAMA:

COUNTY OF MOBILE:

    I, __Pauline C. Holder__ , the undersigned Notary Public, in and for said State and County, do hereby certify that

- 32 -

STEPHEN J. STRICKLIN, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that he had read the foregoing Affidavit and knows the contents thereof, that the same are true to the best of her knowledge, information and belief, and that he executed the same voluntarily on the day the same bears date.

Given under my hand and seal this the _17<u>th</u>_ day of _July_ ,2007.

_Pauline C. Holsh_

Notary Public, State of Alabama
My Commission Expires: _____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Aug 8, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS



LAW OFFICES
# McMANUS & WARLICK, LLP
AN ASSOCIATION OF PROFESSIONAL CORPORATIONS
Palisades Office Park
5901-A Peachtree Dunwoody Road
Suite 510
ATLANTA, GEORGIA 30328

---

TELEPHONE 678.397.1010
FACSIMILE 678.397.1015

*jcm@jcmpc.com*

**John C. McManus**
Direct Dial:
678.397.1010

July 12, 2007

*via facsimile*

Mr. Steve Stricklin
Facsimile:     251.639.8196

    Re:    Regions Contractors, Inc

Dear Mr. Stricklin:

In response to your inquiry of June 13, 2007, I offer the following:

My client, Regions Contractors, Inc., has been incorporated in Florida under its current name since May 30, 2003. It operates as a general contractor in the state of Florida. It has 22 employees, has not been contacted by Regions Bank and has not received any "cease and desist" order. I have included a copy of Mr. Steve Gammon's business card with other pertinent details.

Please make any further inquiry through my office.

Sincerely yours,

McManus & Graham, LLP

John C. McManus

/sat
Enclosure
cc:    Mr. Steve Gammon

**REGIONS**
CONTRACTORS, INC.
QUALITY • PLANNING • RESULTS

Steve Gammon

850-926-5088 Office          850-251-2555 Mobile
850-926-5506 FAX             steveg@regionscontractors.com

41 Feli Way • Crawfordville, Florida 32327

TOPOGRAPHY
Color SECTION

REGIONS
Color SECTION

MANNINGTON | REGIONS
COMMERCIAL. | TOPOGRAPHY

07/17/07    15:44
07/17/2007  15:35    2516398196                    STRICKLIN                    PAGE  04

# SUBTLE, RANDOM & TIMELESS

The studied quality of design gives way to randomness in Regions and Topography. Modular carpet that is non-direc in pattern can be arranged in any configuration, with a consistent overall effect.

Primarily linear in design, Regions falls into an unstructured grid, while Topography is underscored with delicate curve organic shapes. In both styles, the interaction of complex tonal elements produces an interesting interplay of colors tha visual depth and enhances the sense of texture.

Regions and Topography install easily. As modular tiles, they are designed to fit into a space with very little wasted mo and the random configuration makes these products more efficient. No mistake, no worries—Regions and Topography designed to work any way they are arranged.

Stained or damaged tiles can be replaced one tile at a time, increasing the overall life of the installation. High traffic ar can be refreshed with ease.

## REGIONS   Each color is shown with 4 tiles "shuffled" together.  Pattern visual will appear more subtle in lighter colors.



CHARTS (CHAR)          TERRITORY (TETO)         TERRAIN  (TERR)          ELEVATION (ELEV)

TRACT (TRAC)           GEOGRAPHY (GEOG)         SECTION (SECT)           MAPS (MAPS)

ZONE (ZONE)            PROVINCE (PROV)          DOMAIN (DOMA)            AERIAL (AERI)

07/17/07    15:45                                                    PAGE  05
07/17/2007  15:35    2516398196                STRICKLIN

# TOPOGRAPHY  Each color is shown with 4 tiles "shuffled" together. Pattern visual will appear more subtle in lighter colors.



CHARTS (CHAR)        TERRITORY (TETO)        TERRAIN (TERR)        ELEVATION (ELEV)

TRACT (TRAC)        GEOGRAPHY (GEOG)        SECTION (SECT)        MAPS (MAPS)

ZONE (ZONE)        PROVINCE (PROV)        DOMAIN (DOMA)        AERIAL (AERI)

- Random, non-directional placement
- Installation is quick and easy
- Infinity® Modular backing contains recycled content and carries a Limited Lifetime Warranty
- Infinity® Modular carpet tiles are shipped using recyclable plastic shrink-wrap versus cardboard. Recycled plastic shrink-wrap uses 90% less materials by weight than cardboard boxes.
- Antron Lumena® provides unsurpassed stain resistance and cleanability; along with outstanding soil resistance and color fastness.
- Antron Lumena® has been certified by Scientific Certification as an Environmentally Preferable Product.
- DuraTech® Soil Resistant Technology enhances carpet's soil resistant and stain release properties
- CRI Green Label Plus certified

## VISIT OUR MODULAR CONFIGURATOR AT WWW.DESIGNLINE.MANNINGTON.COM.

**DesignLine Online** is an innovative online workshop of our carpet and resilient flooring products to help streamline the design process and unleash creativity in flooring configurations. An electronic palette of color schemes and patterns, along with the **Modular Configurator** that enables users to electronically experiment with an endless variety of modular flooring combinations, both with an instant view and in virtual end-use applications.



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 16, 2007

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE TRADEMARK FILE WRAPPER AND
CONTENTS OF:

TRADEMARK APPLICATION: *76/678,650*
FILING DATE: *June 25, 2007*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. MONTGOMERY
Certifying Officer

# 76678650

TRADEMARK APPLICATION SERIAL NO. --------------------

## U.S. DEPARTMENT OF COMMERCE
## AND PATENT AND TRADEMARK OFFICE
## FEE SHEET

6/26/2007 SWILSON1 00000001 76678650

01 FC:6001                    375.00 OP

libPDF - www.fastio.com

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark: **REGIONS SPECIALTY COFFEE & design**

Class: **Intl. Class 30**

To the Assistant Commissioner for Trademarks:

Applicant Name:         **Food Services of America, Inc.**
Applicant Address:      **8501 Pricess Dr.,  Ste. 200**
                        **Scottsdale, AZ  85255-5482**

State of Incorporation:   **Delaware**

## Goods and/or services

Applicant requests registration of the above-identified trademark ( **X** ) service mark (  ) shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 USC 1051 et seq., as amended) for the following goods/services:

**Coffee sold in whole bean and ground form  Int'l Cl 30**

## Basis for Application

Check one, but not both, and supply requested information:

___ Applicant is using the mark in commerce on or in connection with the above-identified goods/services. (15 USC 1051(a), as amended).  One specimen showing the mark as used in commerce are submitted with this application.

- Date of first use by Applicant or its predecessor of the mark anywhere:

- Date of first use by Applicant or its predecessor of the mark in commerce which the U.S. Congress may  regulate:

- Specify the type of commerce:

(e.g., interstate, between U.S. and a specified foreign country)

libPDF · www.fastio.com

- Specify the manner or mode of use of mark on or in connection with the goods/services:

(e.g., trademark is applied to labels, service mark is used in advertisements)

__X__ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above- identified goods/services. (15 USC 1051(b), as amended).

Specify intended manner or mode of use of mark on or in connection with the goods/services:

**The mark will be displayed on the labeling affixed to the containers/packaging for the goods, and will be displayed at point of sale, and in other ways customary to the trade.**

**A check is enclosed in the amount of $375 to cover the filing fees.**

**Applicant disclaims "COFFEE" apart from the mark as shown.**

### Declaration

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 USC 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 USC 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Applicant appoints Rebecca Nittle  whose postal address is: 221 E. Marconi Ave, Phoenix, AZ 85022  its attorney to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration; said Rebecca Nittle (telephone No. 602-564-1200) to have, in addition, power of substitution and revocation.

June 20, 2007
**(Date)**

Name: Rebecca Nittle,
**Attorney for Applicant**
**221 E. Marconi Ave**
**Phoenix, AZ 85022**
**602/564-1200**

libPDF - www.fastio.com

## CERTIFICATE OF MAILING

I hereby certify that this paper Trademark Application, with drawing, check for filing fees and receipt post card for mark **REGIONS SPECIALTY COFFEE & design,** are being deposited with the United States Postal Service as first class mail in an envelope addressed to:

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

on the _20th_ day of June, 2007.

Rebecca Nittle
Attorney

_June 20, 2007_
Date of Signature

0PDF · www.fastio.com

| | |
|---|---|
| Applicant Name: | **Food Services of America, Inc.** |
| Applicant Address: | **8501 E. Princess Dr.**<br>**Ste. 200**<br>**Scottsdale, AZ  85255-5482** |
| Goods and/or Services: | **Coffee sold in whole bean and ground form Int'l Cl  30** |

06-25-2007

U.S. Patent & TMOfc/TM Mail Rcpt Dt #51



U.S. Patent & TM Ofc/TM

**76678650**

PDF - www.fastio.com

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

Applicant Name:          **Food Services of America, Inc.**

Applicant Address:       **8501 E. Princess Dr.**
                         **Ste. 200**
                         **Scottsdale, AZ  85255-5482**

Goods and/or Services:   **Coffee sold in whole bean and ground form Int'l Cl  30**

06-25-2007
U.S. Patent & TMOfc/TM Mail Rcpt Dt #51



SPECIALTY COFFEE

U.S. Patent & TM Ofc/TM


# 76678650

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

## FILING RECEIPT FOR TRADEMARK APPLICATION

Jul 6, 2007

This acknowledges receipt on the FILING DATE of the application for registration for the mark identified below. The FILING DATE is contingent upon all minimum filing date requirements being met. Your application will be considered in the order in which it was received. Please review the status of your application every six months from the filing date of your application. You can check the status of your application on-line at http://tarr.uspto.gov/ or by contacting the Trademark Assistance Center at 1-800-786-9199. Also, documents in the electronic file for pending applications can be viewed and downloaded at http://www.uspto.gov/.

REBECCA NITTLE
221 E MARCONI AVE
PHOENIX, AZ 85022-3019

**ATTORNEY
REFERENCE NUMBER**

---

### PLEASE REVIEW THE ACCURACY OF THE FILING RECEIPT DATA.

A request for correction to the filing receipt should be submitted within 30 days. Such requests may be submitted by mail to: COMMISSIONER FOR TRADEMARKS, P.O. BOX 1451, ALEXANDRIA, VIRGINIA 22313-1451; by fax to 571-273-9913; or by e-mail to tmfiling.receipt@uspto.gov. The USPTO will review the request and make corrections when appropriate.

---

SERIAL NUMBER:          76/678650
FILING DATE:            Jun 25, 2007
REGISTER:               Principal
MARK:                   REGIONS SPECIALTY COFFEE
MARK TYPE(S):           Trademark
DRAWING TYPE:           Stylized words, letters, or numbers
FILING BASIS:           Sect. 1(b) (Intent to Use)

ATTORNEY:   Rebecca Nittle

OWNER:      Food Services of America, Inc. (DELAWARE, Corporation)
            8501 Pricess Dr., Ste. 200
            Scottsdale , ARIZONA 852555482

FOR:    Coffee sold in whole bean and ground form
        INT. CLASS:  030
        FIRST USE:  NONE        USE IN COMMERCE:  NONE

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

---

OTHER DATA

DISCLAIMER: No claim is made to the exclusive right to use COFFEE, apart from the mark as shown.

COLOR(S) CLAIMED: Color is not claimed as a feature of the mark.

---

ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS

Copy provided by USPTO from the TICRS Image Database on 07/10/2007



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
### United States Patent and Trademark Office

July 16, 2007

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE TRADEMARK FILE WRAPPER AND
CONTENTS OF:

TRADEMARK APPLICATION:  *77/066,517*
FILING DATE:  *December 18, 2006*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*W. Montgomery*

W. MONTGOMERY
Certifying Officer

PTO Form 1478 (Rev 9/2006)

OMB No. 0851-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 77066517
### Filing Date: 12/18/2006

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77066517 |
| **MARK INFORMATION** | |
| *MARK | REGIONS FOUNDRY |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | REGIONS FOUNDRY |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | American Faucet & Coatings Corporations |
| *STREET | 3280 Corporate View |
| *CITY | Vista |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 92081 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Nevada |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 011 |
| | Faucets; shower and tub fixtures, namely, |

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

| | |
|---|---|
| DESCRIPTION | shower heads, shower head sprayers, hand-held shower heads; plumbing fittings, namely, valves, thermostatic valves and shower control valves |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 06/01/2006 |
| FIRST USE IN COMMERCE DATE | At least as early as 06/01/2006 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT\IMAGEOUT\7 70\665 \77066517\xml1\APP0 003.JPG |
| SPECIMEN DESCRIPTION | ceramic button displaying mark which is applied to the products |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| INTERNATIONAL CLASS | 012 |
| DESCRIPTION | Kitchen and bath accessories, namely, towel bars, toilet paper holders, towel rings and soap dishes |
| FILING BASIS | SECTION 1(b) |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Peter K. Hahn |
| ATTORNEY DOCKET NUMBER | 25691-1/T10 |
| FIRM NAME | Luce, Forward, Hamilton & Scripps, LLP |
| STREET | 600 West Broadway, Suite 2600 |
| CITY | San Diego |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 92101 |
| PHONE | 619-699-2585 |
| FAX | 619-446-8243 |
| EMAIL ADDRESS | phahn@luce.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Katherine M. Hoffman |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Peter K. Hahn |

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

| FIRM NAME | Luce, Forward, Hamilton & Scripps, LLP |
|---|---|
| STREET | 600 West Broadway, Suite 2600 |
| CITY | San Diego |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 92101 |
| PHONE | 619-699-2585 |
| FAX | 619-446-8243 |
| EMAIL ADDRESS | phahn@luce.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 650 |
| **SIGNATURE INFORMATION** | |
| * SIGNATORY FILE | \\TICRS\EXPORT\IMAGEOUT\770\665\77066517\xml1\APP0004.JPG |
| SIGNATORY'S NAME | Charles C. Butler |
| SIGNATORY'S POSITION | Founder |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Mon Dec 18 15:32:07 EST 2006 |
| TEAS STAMP | USPTO/BAS-63.145.243.253-20061218153207313937-7706 6517-360736c81412f1e506ea 95025f6be44889a-CC-201-20 061218144656475962 |

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

PTO Form 1478 (Rev 9/2006)

OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77066517**
**Filing Date: 12/18/2006**

## To the Commissioner for Trademarks:

**MARK:** REGIONS FOUNDRY (Standard Characters, see <u>mark</u>)
The literal element of the mark consists of REGIONS FOUNDRY. The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, American Faucet & Coatings Corporations, a corporation of Nevada, having an address of 3280 Corporate View, Vista, California, United States, 92081, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

International Class 011: Faucets; shower and tub fixtures, namely, shower heads, shower head sprayers, hand-held shower heads; plumbing fittings, namely, valves, thermostatic valves and shower control valves

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 011, the mark was first used at least as early as 06/01/2006, and first used in commerce at least as early as 06/01/2006, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) ceramic button displaying mark which is applied to the products.
<u>Specimen File1</u>

International Class 012: Kitchen and bath accessories, namely, towel bars, toilet paper holders, towel rings and soap dishes
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints Peter K. Hahn and Katherine M. Hoffman of Luce, Forward, Hamilton & Scripps, LLP, 600 West Broadway, Suite 2600, San Diego, California, United States, 92101 to submit this application on behalf of the applicant. The attorney docket/reference number is 25691-1/T10.

Correspondence Information: Peter K. Hahn
600 West Broadway, Suite 2600
San Diego, California 92101

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

619-699-2585(phone)
619-446-8243(fax)
phahn@luce.com (authorized)

A fee payment in the amount of $650 will be submitted with the application, representing payment for 2 class(es).

## Declaration

Signatory's Signature: signatory file
Signatory's Name: Charles C. Butler
Signatory's Position: Founder

RAM Sale Number: 201
RAM Accounting Date: 12/19/2006

Serial Number: 77066517
Internet Transmission Date: Mon Dec 18 15:32:07 EST 2006
TEAS Stamp: USPTO/BAS-63.145.243.253-200612181532073
13937-77066517-360736c81412f1e506ea95025
f6be44889a-CC-201-20061218144656475962

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

Trademark/Service Mark Application, Principal Register

Page 3 of 6

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Signature Section**

Signature: _Charly C Butler   Founder_

Date Signed: _12-12-06_

Signatory's Name: Charles C. Butler

Signatory's Position: Founder

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page **must** include both the signature information **and** the boilerplate declaration language. Do **not** include the entire application, but do ensure that the boilerplate declaration language actually appears; *a signature by itself will not be acceptable*. If, due to browser limitations, the boilerplate declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.

http://teas.uspto.gov/forms/xslt.service?xsl=hsign&stamp=USPTO/BAS-63.145.243.253-2006120...   12/6/2006

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

# REGIONS FOUNDRY



Copy provided by USPTO from the TICRS Image Database on 07/10/2007

# REGIONS FOUNDRY

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

*** User:ebelenker ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | 77066517[SN] |
| 02 | 1 | 0 | 1 | 1 | P/0:01 | "american faucet & coatings"[ow] |
| 03 | 822 | N/A | 0 | 0 | P/0:01 | "region" |
| 04 | 200 | 104 | 1 | 1 | P/0:01 | "foundry" |
| 05 | 1 | 0 | 1 | 1 | P/0:01 | 3 and 4 |
| 06 | 14 | 5 | 9 | 6 | P/0:01 | regions[fm] |
| 07 | 8 | 2 | 4 | 2 | P/0:03 | 4 and ("011" "021" a b "200")[ic] |
| 08 | 35 | 16 | 19 | 7 | P/0:02 | foundry[ds] |
| 09 | 18 | 6 | 12 | 6 | P/0:03 | 3 and ("011" "021" a b "200")[ic] |
| 10 | 441 | 194 | 247 | 192 | P/0:01 | 3 and ("011" "021" a b "200")[cc] |

Session started 4/11/2007 4:38:30 PM
Session finished 4/11/2007 4:51:39 PM
Total search duration 0 minutes 15 seconds
Session duration 13 minutes 9 seconds
Defaut NEAR limit=1 ADJ limit=1

Sent to TICRS as Serial Number: 77066517

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

| To: | American Faucet & Coatings Corporation (phahn@luce.com) |
| --- | --- |
| Subject: | TRADEMARK APPLICATION NO. 77066517 - REGIONS FOUNDRY - 25691-1/T10 |
| Sent: | 4/13/2007 4:13:00 PM |
| Sent As: | ECOM111@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO: 77/066517

APPLICANT:    American Faucet & Coatings Corporation

# *77066517*

CORRESPONDENT ADDRESS:
  PETER K. HAHN
  LUCE, FORWARD, HAMILTON & SCRIPPS, LLP
  600 W BROADWAY STE 2600
  SAN DIEGO, CA 92101-3372

RETURN ADDRESS:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

*If no fees are enclosed, the address should include the words "Box Responses - No Fee."*

MARK:    REGIONS FOUNDRY

CORRESPONDENT'S REFERENCE/DOCKET NO:   25691-1/T10

CORRESPONDENT EMAIL ADDRESS:
  phahn@luce.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and email address.

Serial Number  77/066517

## EXAMINER'S AMENDMENT

**ADVISORY – AMENDMENTS TO GOODS/SERVICES**: If the identification of goods and/or services has been amended below, any future amendments must be in accordance with 37 C.F.R. §2.71 (a) and TMEP §1402.07(e).

**AMENDMENT(S) AUTHORIZED**: No telephone call is required for the amendment listed below. *If applicant disagrees with or objects to any of the amendments below, please notify the undersigned trademark examining attorney immediately.* Otherwise, no response is necessary. TMEP §707.

file://D:\p2mp\temp\html\OEMS.htm                                                     7/10/2007

**This examiner's amendment is supplemental to the examiner's amendment also sent to the applicant's attorney on April 13, 2007.**

Classification of Services
The application is amended to classify the goods filed in Class 12 in **International Class 21.** 37 C.F.R. §2.85; TMEP §1401.03(b).
The decision as to the proper classification of goods or services is a purely administrative matter which is within the sole discretion of the Patent and Trademark Office. *In re Tee-Pak, Inc.*, 164 USPQ 88 (TTAB 1969).

/Esther A. Belenker/
Trademark Examining Attorney
Law Office 111
Tel: 571/272-9125
Fax: 571/273-9125

**NOTICE OF NEW PROCEDURE FOR E-MAILED OFFICE ACTIONS**: In late spring 2007, for any applicant who authorizes e-mail communication with the USPTO, the USPTO will no longer directly e-mail the actual Office action to the applicant. Instead, upon issuance of an Office action, the USPTO will e-mail the applicant a notice with a link/web address to access the Office action using Trademark Document Retrieval (TDR), which is located on the USPTO website at http://portal.uspto.gov/external/portal/tow. The Office action will not be attached to the e-mail notice. Upon receipt of the notice, the applicant can then view and print the actual Office action and any evidentiary attachments using the provided link/web address. TDR is available 24 hours a day, seven days a week, including holidays and weekends. This new process is intended to eliminate problems associated with e-mailed Office actions that contain numerous attachments.

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

| To: | American Faucet & Coatings Corporations (phahn@luce.com) |
| --- | --- |
| Subject: | TRADEMARK APPLICATION NO. 77066517 - REGIONS FOUNDRY - 25691-1/T10 |
| Sent: | 4/13/2007 4:03:57 PM |
| Sent As: | ECOM111@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO: 77/066517

APPLICANT:    American Faucet & Coatings Corporations

# *77066517*

CORRESPONDENT ADDRESS:
PETER K. HAHN
LUCE, FORWARD, HAMILTON & SCRIPPS, LLP
600 W BROADWAY STE 2600
SAN DIEGO, CA 92101-3372

RETURN ADDRESS:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

If no fees are enclosed, the address should include
the words "Box Responses - No Fee."

MARK:    REGIONS FOUNDRY

CORRESPONDENT'S REFERENCE/DOCKET NO:   25691-1/T10

CORRESPONDENT EMAIL ADDRESS:
phahn@luce.com

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
4. Your telephone number and email
   address.

Serial Number  77/066517

## EXAMINER'S AMENDMENT

**OFFICE RECORDS SEARCH**:  The Office records have been searched and no similar registered or pending mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d).  TMEP §704.02.

**ADVISORY – AMENDMENTS TO GOODS/SERVICES**:  If the identification of goods and/or services has been amended below, any future amendments must be in accordance with 37 C.F.R. §2.71 (a) and TMEP §1402.07(e).

file://D:\p2mp\temp\html\OEMS.htm

7/10/2007

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

**AMENDMENT(S) AUTHORIZED**: As authorized by the applicant's attorney, Peter K. Hahn, on April 12, 2007, the application is amended as noted below. *If applicant disagrees with or objects to any of the amendments below, please notify the undersigned trademark examining attorney immediately.* Otherwise, no response is necessary. TMEP §707.

Disclaimer
The following disclaimer statement is added to the record:

No claim is made to the exclusive right to use "FOUNDRY" apart from the mark as shown.

15 U.S.C. §1056; TMEP §§1213, 1213.03(a) and 1213.08(a)(i).

A disclaimer does *not* physically remove the disclaimed matter from the mark, but rather is a written statement that applicant does not claim exclusive rights to the disclaimed wording and/or design separate and apart from the mark as shown in the drawing.

Correction of Applicant's Name
The applicant's name is American Faucet & Coatings Corporation.

The "s" which was listed at the end of Corporation by the applicant has been deleted.

/Esther A. Belenker/
Trademark Examining Attorney
Law Office 111
Tel: 571/272-9125
Fax: 571/273-9125

**NOTICE OF NEW PROCEDURE FOR E-MAILED OFFICE ACTIONS**: In late spring 2007, for any applicant who authorizes e-mail communication with the USPTO, the USPTO will no longer directly e-mail the actual Office action to the applicant. Instead, upon issuance of an Office action, the USPTO will e-mail the applicant a notice with a link/web address to access the Office action using Trademark Document Retrieval (TDR), which is located on the USPTO website at http://portal.uspto.gov/external/portal/tow. The Office action will not be attached to the e-mail notice. Upon receipt of the notice, the applicant can then view and print the actual Office action and any evidentiary attachments using the provided link/web address. TDR is available 24 hours a day, seven days a week, including holidays and weekends. This new process is intended to eliminate problems associated with e-mailed Office actions that contain numerous attachments.

Copy provided by USPTO from the TICRS Image Database on 07/10/2007



## UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

Jun 20, 2007

## NOTICE OF PUBLICATION UNDER 12(a)

1.  Serial No.:
    77/066,517

2.  Mark:
    REGIONS FOUNDRY
    Standard Character Mark

3.  International Class(es):
    11, 21

4.  Publication Date:
    Jul 10, 2007

5.  Applicant:
    American Faucet & Coatings Corporation

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

Correspondence Address:

PETER K. HAHN
LUCE, FORWARD, HAMILTON & SCRIPPS, LLP
600 W BROADWAY STE 2600
SAN DIEGO, CA 92101-3372

TMP&I

file://D:\p2mp\temp\html\OEMS.htm

7/10/2007

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

**Trademark Snap Shot Publication & Issue Review Stylesheet**
(Table presents the data on Publication & Issue Review Complete)

## OVERVIEW

| SERIAL NUMBER | 77066517 | FILING DATE | 12/18/2006 |
|---|---|---|---|
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | BELENKER, ESTHER ANN | L.O. ASSIGNED | 111 |

## PUB INFORMATION

| RUN DATE | 05/04/2007 |
|---|---|
| PUB DATE | N/A |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 05/03/2007 |
| LITERAL MARK ELEMENT | REGIONS FOUNDRY |

| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
|---|---|---|---|
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

file://D:\p2mp\temp\html\OEMS.htm                                        7/10/2007

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

## MARK DATA

| STANDARD CHARACTER MARK | YES |
|---|---|
| LITERAL MARK ELEMENT | REGIONS FOUNDRY |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | American Faucet & Coatings Corporation |
| ADDRESS | 3280 Corporate View<br>Vista, CA 92081 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Nevada |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 011 |
|---|---|
| DESCRIPTION TEXT | Faucets; shower and tub fixtures, namely, shower heads, shower head sprayers, hand-held shower heads; plumbing fittings, namely, valves, thermostatic valves and shower control valves |
| INTERNATIONAL CLASS | 021 |
| DESCRIPTION TEXT | Kitchen and bath accessories, namely, towel bars, toilet paper holders, towel rings and soap dishes |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 011 | FIRST USE DATE | 06/01/2006 | FIRST USE IN COMMERCE DATE | 06/01/2006 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 021 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DISCLAIMER W/PREDETER TXT | FOUNDRY |

file://D:\p2mp\temp\html\OEMS.htm

7/10/2007

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|------|--------|----------|-------------|---------|
| 05/03/2007 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 013 |
| 05/03/2007 | ALIE | A | ASSIGNED TO LIE | 012 |
| 04/13/2007 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 04/13/2007 | XAEC | 1 | EXAMINER'S AMENDMENT ENTERED | 010 |
| 04/13/2007 | GNEA | O | EXAMINERS AMENDMENT E-MAILED | 009 |
| 04/13/2007 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 008 |
| 04/13/2007 | ZZZX | Z | PREVIOUS ALLOWANCE COUNT WITHDRAWN | 007 |
| 04/13/2007 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 006 |
| 04/13/2007 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 005 |
| 04/13/2007 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 004 |
| 04/13/2007 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 003 |
| 04/11/2007 | DOCK | D | ASSIGNED TO EXAMINER | 002 |
| 12/21/2006 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| | |
|---|---|
| ATTORNEY | Peter K. Hahn |
| CORRESPONDENCE ADDRESS | PETER K. HAHN<br>LUCE, FORWARD, HAMILTON & SCRIPPS, LLP<br>600 W BROADWAY STE 2600<br>SAN DIEGO, CA 92101-3372 |
| DOMESTIC REPRESENTATIVE | NONE |

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

# REGIONS FOUNDRY

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77066517 | FILING DATE | 12/18/2006 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | BELENKER, ESTHER ANN | L.O. ASSIGNED | 111 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 04/14/2007 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 04/13/2007 |
| LITERAL MARK ELEMENT | REGIONS FOUNDRY |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

file://\D:\p2mp\temp\html\OEMS.htm                                      7/10/2007

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | REGIONS FOUNDRY |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | American Faucet & Coatings Corporation |
| ADDRESS | 3280 Corporate View<br>Vista, CA 92081 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Nevada |

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 011 |
| DESCRIPTION TEXT | Faucets; shower and tub fixtures, namely, shower heads, shower head sprayers, hand-held shower heads, plumbing fittings, namely, valves, thermostatic valves and shower control valves |
| INTERNATIONAL CLASS | 021 |
| DESCRIPTION TEXT | Kitchen and bath accessories, namely, towel bars, toilet paper holders, towel rings and soap dishes |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 011 | FIRST USE DATE | 06/01/2006 | FIRST USE IN COMMERCE DATE | 06/01/2006 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 021 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| DISCLAIMER W/PREDETER TXT | FOUNDRY |

file://D:\p2mp\temp\html\OEMS.htm

7/10/2007

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|------|--------|----------|-------------|---------|
| 04/13/2007 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 04/13/2007 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 010 |
| 04/13/2007 | GNEA | O | EXAMINERS AMENDMENT E-MAILED | 009 |
| 04/13/2007 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 008 |
| 04/13/2007 | ZZZX | Z | PREVIOUS ALLOWANCE COUNT WITHDRAWN | 007 |
| 04/13/2007 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 006 |
| 04/13/2007 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 005 |
| 04/13/2007 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 004 |
| 04/13/2007 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 003 |
| 04/11/2007 | DOCK | D | ASSIGNED TO EXAMINER | 002 |
| 12/21/2006 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Peter K. Hahn |
|----------|---------------|
| CORRESPONDENCE ADDRESS | PETER K. HAHN<br>LUCE, FORWARD, HAMILTON & SCRIPPS, LLP<br>600 W BROADWAY STE 2600<br>SAN DIEGO, CA 92101-3372 |
| DOMESTIC REPRESENTATIVE | NONE |

file://D:\p2mp\temp\html\OEMS.htm

7/10/2007

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

# REGIONS FOUNDRY

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77066517 | FILING DATE | 12/18/2006 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | BELENKER, ESTHER ANN | L.O. ASSIGNED | 111 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 04/14/2007 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 04/13/2007 |
| LITERAL MARK ELEMENT | REGIONS FOUNDRY |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

file://D:\p2mp\temp\html\OEMS.htm                                    7/10/2007

Copy provided by USPTO from the TICRS image Database on 07/10/2007

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | REGIONS FOUNDRY |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | American Faucet & Coatings Corporation |
| ADDRESS | 3280 Corporate View<br>Vista, CA 92081 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Nevada |

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 011 |
| DESCRIPTION TEXT | Faucets; shower and tub fixtures, namely, shower heads, shower head sprayers, hand-held shower heads; plumbing fittings, namely, valves, thermostatic valves and shower control valves |
| INTERNATIONAL CLASS | 021 |
| DESCRIPTION TEXT | Kitchen and bath accessories, namely, towel bars, toilet paper holders, towel rings and soap dishes |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 011 | FIRST USE DATE | 06/01/2006 | FIRST USE IN COMMERCE DATE | 06/01/2006 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 021 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| DISCLAIMER W/PREDETER TXT | FOUNDRY |

file://D:\p2mp\temp\html\OEMS.htm    7/10/2007

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|------|--------|----------|-------------|---------|
| 04/13/2007 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 04/13/2007 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 010 |
| 04/13/2007 | GNEA | O | EXAMINERS AMENDMENT E-MAILED | 009 |
| 04/13/2007 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 008 |
| 04/13/2007 | ZZZX | Z | PREVIOUS ALLOWANCE COUNT WITHDRAWN | 007 |
| 04/13/2007 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 006 |
| 04/13/2007 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 005 |
| 04/13/2007 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 004 |
| 04/13/2007 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 003 |
| 04/11/2007 | DOCK | D | ASSIGNED TO EXAMINER | 002 |
| 12/21/2006 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Peter K. Hahn |
|----------|---------------|
| CORRESPONDENCE ADDRESS | PETER K. HAHN<br>LUCE, FORWARD, HAMILTON & SCRIPPS, LLP<br>600 W BROADWAY STE 2600<br>SAN DIEGO, CA 92101-3372 |
| DOMESTIC REPRESENTATIVE | NONE |

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

# REGIONS FOUNDRY



Copy provided by USPTO from the TICRS Image Database on 07/10/2007