**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

---

| | |
|---|---|
| REGIONS ASSET COMPANY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) Civil Action No. 2:06-cv-882-MHT |
| | ) |
| REGIONS UNIVERSITY, INC. | ) |
| | ) |
| Defendant. | ) |

---

**<u>NOTICE OF FILING</u>**

COMES NOW the defendant Regions University, Inc. and gives notice of the filing of the attached certificates of the Secretary of State for the State of Alabama with respect to the following corporations or limited liability companies:

| Name of Organization | Date of Organization/ Incorporation | Date of Dissolution |
|---|---|---|
| Regions Real Estate, Inc. | 08/08/2005 | 09/20/2005 |
| Regions Construction Company, LLC | 01/30/2004 | |
| Regions Homes, Inc. | 01/28/1999 | |
| Regions Propane-Alabama, LLC | 01/26/1999 | |
| Regions Propane-Chattanooga, LLC | 02/03/2004 | |
| Regions Propane-South Carolina LLC | 01/26/1999 | |
| River Regions Realty, LLC | 09/24/1997 | |

| | | |
|---|---|---|
| River Regions Photography, LLC | 12/12/2006 | |
| Coastal Regions ICF, LLC | 12/15/2005 | |
| River Regions Developers, LLC | 09/07/2000 | |
| River Regions, LLC | 02/28/2001 | |
| South Regions Minority Business Council, Inc. | 01/25/1985 | |
| RegionSouth Properties, LLC | 03/15/2000 | |
| Region 2020, Inc. | 07/25/1997 | |
| Region Builders Construction Services, Inc. | 12/06/2005 | |
| Region Computer Services, Inc. | 01/18/2000 | |
| Region Enterprises, Inc. | 06/23/1970 | 11/03/1977 |
| Region III of National Medical Association, Inc. | 07/17/1985 | |
| Region III of the Ancient Egyptian Arabic Order Nobles of the Mystic Shrine of North and South America, Inc. | 02/22/1988 | |
| Southern Region Coal Transport, Inc. | 07/27/1970 | |
| Southern Region Volleyball Association | 11/15/1989 | |
| Southeast Region Association ADTSEA | 08/09/1999 | |
| Missile Region VIP Club, Inc. | 06/29/1993 | 03/14/1995 |
| Region IV Individual and Family Support Council | 01/31/1994 | |
| Region I Regional Support Council | 02/11/1994 | |
| Region I Regional Support Council | 02/17/1994 | |

Region V Regional Support Council   02/28/1994

Vegetarian Society of Alabama,
North Alabama Region                04/21/1995        07/26/2004

The Colonial Bank – Gulf Coast
Region                              03/23/1987        03/29/1990

Gulf Region Construction, Inc.      01/11/1991

A. D. Wells Cable Construction-
Gulf Coast Region, Inc.             11/30/1994        08/09/1999

Gulf Region Information
Technology Services, Inc.           02/11/2000

South Region Properties, Inc.       05/06/2002

River Region Security, Inc.         07/15/2004

River Region Holdings, Inc.         06/28/2005

River Region Management, Inc.       07/14/2005

River Region Cardiology
Associates, P.C.                    11/15/2005

River Region Veterinary Services,
P.C.                                02/01/2006

River Region Guide Service, Inc.    04/07/2006

River Region Events, Inc.           06/14/2006

Gulf Region Properties, Inc.        12/20/2006

River Region Research, LLC          03/14/2005

River Region Medical Equipment
and Supply, LLC                     04/19/2005

River Region Productions, LLC       06/08/2005

River Region Consulting, LLC        07/15/2005

River Region Builders, LLC          07/21/2005

Gulf Region Information
Technology Services, LLC          09/20/2005

Gulf Region Home Builders and
Remodeling, LLC                   10/18/2005

River Region Properties, LLC      11/08/2005

River Region Hospital, LLC        01/31/2006

River Region Home Inspection, LLC 03/01/2006

River Region Mortgage and
Financial Services, LLC           03/17/2006

River Region Real Estate
Closing Services, LLC             03/17/2006

South Region Finance, LLC         03/15/2006

River Region Homes, LLC           08/04/2006

River Region Properties, LLC      11/21/2006

River Region Lithotripsy, LLC     04/04/2007

Deep South Region of the Antique
Automobile Club of America        12/07/2000

River Region Advanced
Practitioners, Inc.               04/02/2002

River Region Advanced
Practitioners, Inc.               08/14/2002

Alabama Sunrise Region, Inc.      08/19/2002

Alabama River Region
Preservation Trust                01/05/2005

George E. Clark/Region 10
APMA Scholarship, Inc.            03/30/2006

River Region Youth Football
and Cheerleading League, Inc.     08/08/2006

| | |
|---|---|
| River Region Soccer Club, Inc. | 04/03/2007 |
| Dixie Region, LLC | 01/13/1994 |
| Newmark Southern Region, LLC | 07/11/2002 |
| AN East Central Region Management, LLC | 05/16/2006 |
| Southern Region Heavy Equipment Training Center, LLC | 11/21/2001 |
| River Region Appraisals, LLC | 11/30/2002 |
| Lake Region Land Company | 07/07/1926 |
| "Dixie" Region of the Sports Car Club of America | 02/20/1961 |
| Gulf Region Association for Church Extension Independent Mission | 06/08/1980 |
| Gulf Region Company, Inc. | 04/21/1978 |
| The Gulf Region Lumber Company | 05/17/1926 |
| Gulf Region Mfg. Co. | 04/07/1928 |
| Independent Carriers of America- Mobile Region, Inc. | 07/06/1973 |
| International Plant Propagators' Society Southern Region, Inc. | 11/15/1978 |
| Montgomery Region, Sports Car Club of America | 06/08/1960 |
| Sweet Adelines Region # 23, Inc. | 04/22/1983 |
| The Wiregrass Region of the Sports Car Club of America, Inc. | 05/03/1974 |
| The White Lung Association, Gulf Coast Region, Inc. | 02/10/1982 |
| Sports Car Club of Americas | |

| | | |
|---|---|---|
| Tennessee Valley Region, Inc. | 01/24/1975 | |
| The Alabama River Region Solid Waste Authority | 10/02/2001 | |
| Southwest Region, LP | 03/06/2003 | 02/14/2006 |
| Conecuh Region Capital Improvement Cooperative District | 04/17/2006 | |
| Southern Region Industrial Realty, Inc. | 01/02/1906 | |
| Southern Region Developers | 04/09/1992 | |
| Southern Region Motor Transport, Inc. | 09/13/1946 | 01/12/1987 |
| South Central Region, Inc. | 01/06/1977 | 12/31/1980 |
| R. W. Southeast Region, Inc. | 09/14/1981 | 12/12/1999 |
| Sun Region Land Group, Inc. | 09/22/1983 | 10/03/1999 |
| IHS River Region Hospital of Vacherie, Louisiana, Inc. | 07/28/1989 | 03/21/1996 |
| Dixie Region, Inc. | 11/15/1990 | 04/23/1999 |
| Camelot Southeast Region, Inc. | 04/29/1998 | 02/12/2001 |
| Financial Resources and Assistance of the Lakes Region, Inc. | 11/19/2003 | |
| Southern Region Consulting, Inc. | 12/05/2005 | |

Respectfully submitted,


/s/ VICTOR T. HUDSON
[HUDSV1684]
tom@alabamatrial.com
WILLIAM W. WATTS, III
[WATTW5095]

```
                          bill@alabamatrial.com
                          Hudson & Watts, LLP
                          Post Office Box 989
                          Mobile, Alabama 36601

                          JAMES E. SHLESINGER
                          Shlesinger, Arkwright &
                              Garvey LLP
                          1420 King Street, Suite 600
                          Alexandria, Virginia 22314

                          ATTORNEYS FOR DEFENDANT
```

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

```
        William G. Pecau, Esq.
        Rachel M. Marmer, Esq.
        STEPTOE & JOHNSON LLP
        1330 Connecticut Avenue, NW
        Washington, DC 20036

        Charles B. Paterson, Esq.
        Paul A. Clark, Esq.
        BALCH & BINGHAM, LLP
        105 Tallapoosa Street, Suite 200
        Montgomery, Alabama  36104


                          /s/ VICTOR T. HUDSON
```

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that Regions Real Estate, Inc. incorporated in
Baldwin County, Elberta, Alabama on August 8, 2005. I
further certify that the records do disclose that said
Regions Real Estate, Inc. was dissolved on September 20,
2005.

**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007

**Date**



_Beth Chapman_

**Beth Chapman**

**Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporate records on file in this office
disclose that Regions Construction Company, LLC organized in
the office of the Judge of Probate of Madison County on
January 30, 2004. I further certify that the records do not
disclose that said Regions Construction Company, LLC has been
dissolved.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation  records  on  file  in  this  office
disclose that Regions Homes,  Inc.  incorporated  in  Baldwin
County,  Mobile,  Alabama on  January  28,  1999.  I  further
certify that the records do  not  disclose  that said Regions
Homes, Inc. has been dissolved.

In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007
_____
**Date**

*Beth Chapman*
_____
**Beth Chapman**                    **Secretary of State**



**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporate records on file in this office disclose that Regions Propane - Alabama, L.L.C. organized in the office of the Judge of Probate of Cherokee County on January 26, 1999. I further certify that the records do not disclose that said Regions Propane - Alabama, L.L.C. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporate records on file in this office
disclose that Regions Propane-Chattanooga, L.L.C. organized
in the office of the Judge of Probate of Etowah County on
February 3, 2004. I further certify that the records do not
disclose that said Regions Propane-Chattanooga, L.L.C. has
been dissolved.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                                              **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporate records on file in this office
disclose that Regions Propane-South Carolina, L.L.C.
organized in the office of the Judge of Probate of Cherokee
County on January 26, 1999. I further certify that the
records do disclose that said Regions Propane-South Carolina,
L.L.C. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 29, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                                    **Secretary of State**

**Beth Chapman**
Secretary of State

**P.O. Box 5616**
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporate records on file in this office
disclose that River Regions Realty, L.L.C. organized in the
office of the Judge of Probate of Autauga County on September
24, 1997. I further certify that the records do not disclose
that said River Regions Realty, L.L.C. has been dissolved.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007

**Date**

_Beth Chapman_

**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporate records on file in this office
disclose that River Regions Photography, L.L.C. organized in
the office of the Judge of Probate of Elmore County on
December 12, 2006. I further certify that the records do not
disclose that said River Regions Photography, L.L.C. has been
dissolved.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007

Date

**Beth Chapman**                                   **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporate records on file in this office disclose that Coastal Regions ICF, L.L.C. organized in the office of the Judge of Probate of Baldwin County on December 15, 2005. I further certify that the records do not disclose that said Coastal Regions ICF, L.L.C. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporate records on file in this office disclose that River Regions Developers, L.L.C. organized in the office of the Judge of Probate of Autauga County on September 7, 2000. I further certify that the records do not disclose that said River Regions Developers, L.L.C. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007
_____
**Date**

*Beth Chapman*
_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporate records on file in this office disclose that River Regions, LLC organized in the office of the Judge of Probate of Shelby County on February 28, 2001. I further certify that the records do not disclose that said River Regions, LLC has been dissolved.

**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**



June 28, 2007

**Date** _____

_Beth Chapman_

**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

l, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office disclose that South Regions Minority Business Council, Inc., a non-profit corporation, incorporated in Mobile County, Mobile, Alabama on January 25, 1985. I further certify that the records do not disclose that said South Regions Minority Business Council, Inc. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007

**Date**

_Beth Chapman_ 

**Beth Chapman**                                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporate records on file in this office disclose that RegionSouth Properties, L.L.C. organized in the office of the Judge of Probate of Houston County on March 15, 2000. I further certify that the records do not disclose that said RegionSouth Properties, L.L.C. has been dissolved.

**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**



June 28, 2007
_____
**Date**

*Beth Chapman*

_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office disclose that Region 2020, Inc., a non-profit corporation, incorporated in Jefferson County, Birmingham, Alabama on July 25, 1997. I further certify that the records do not disclose that said Region 2020, Inc. has been dissolved.



In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.

June 28, 2007
_____
**Date**

_Beth Chapman_ (signature)
_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporation records on file in this office disclose that Region Builders Construction Services, Inc. incorporated in Baldwin County, Foley, Alabama on December 6, 2005. I further certify that the records do not disclose that said Region Builders Construction Services, Inc. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                                     **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporation records on file in this office
disclose that Region Computer Services, Inc. incorporated in
Mobile County, Mobile, Alabama on January 18, 2000. I
further certify that the records do not disclose that said
Region Computer Services, Inc. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007

**Date**

_Beth Chapman_

**Beth Chapman**

**Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the foreign corporation records on file in this office
disclose that Region Enterprises, Inc., an Arkansas
corporation, qualified in the State of Alabama on June 23,
1970. I further certify that the records do disclose that
said Region Enterprises, Inc. was withdrawn on November 3,
1977.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007
_____
**Date**

_Beth Chapman_

_____
**Beth Chapman**                          **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that Region III of National Medical Association,
Inc., a non-profit corporation, incorporated in Mobile
County, Mobile, Alabama on July 17, 1985. I further certify
that the records do not disclose that said Region III of
National Medical Association, Inc. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that Region III of the Ancient Egyptian Arabic Order
Nobles of the Mystic Shrine of North and South America
Incorporated, a non-profit corporation, incorporated in
Mobile County, Mobile, Alabama on February 22, 1988. I
further certify that the records do not disclose that said
Region III of the Ancient Egyptian Arabic Order Nobles of the
Mystic Shrine of North and South America Incorporated has
been dissolved.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                              **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that Southern Region Coal Transport, Inc.
incorporated in Colbert County, Tuscumbia, Alabama on July
27, 1970. I further certify that the records do not disclose
that said Southern Region Coal Transport, Inc. has been
dissolved.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007

Date _____

Beth Chapman                    Secretary of State

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that Southern Region Volleyball Association, a
non-profit corporation, incorporated in Etowah County,
Gadsden, Alabama on November 15, 1989. I further certify that
the records do not disclose that said Southern Region
Volleyball Association has been dissolved.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007

Date

*Beth Chapman*

Beth Chapman                                    Secretary of State

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office disclose that Southeast Region Association ADTSEA, a non-profit corporation, incorporated in Limestone County, Athens, Alabama on August 9, 1991. I further certify that the records do not disclose that said Southeast Region Association ADTSEA has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007
_____
**Date**

_Beth Chapman_

_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that Missile Region V.I.P. Club, Inc., a non-profit
corporation, incorporated in Houston County, Dothan, Alabama
on June 29, 1993. I further certify that the records do
disclose that said Missile Region V.I.P. Club, Inc. was
dissolved on March 14, 1995.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007

**Date**

_Beth Chapman_

**Beth Chapman**

**Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that Region IV Individual and Family Support
Council, a non-profit corporation, incorporated in Montgomery
County, Montgomery, Alabama on January 31, 1994. I further
certify that the records do not disclose that said Region IV
Individual and Family Support Council has been dissolved.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007

Date _____

_Beth Chapman_

**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporation records on file in this office disclose that Region I Regional Support Council, a non-profit corporation, incorporated in Madison County, Huntsville, Alabama on February 17, 1994. I further certify that the records do not disclose that said Region I Regional Support Council has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007

**Date**

_Beth Chapman_

**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporation records on file in this office
disclose that Region II: Regional Support Council, a
non-profit corporation, incorporated in Tuscaloosa County,
Cottondale, Alabama on February 11, 1994. I further certify
that the records do not disclose that said Region II:
Regional Support Council has been dissolved.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 29, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that Region V Regional Support Council, a non-profit
corporation, incorporated in Jefferson County, Birmingham,
Alabama on February 28, 1994. I further certify that the
records do not disclose that said Region V Regional Support
Council has been dissolved.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 29, 2007

**Date**

_Beth Chapman_

**Beth Chapman**                              **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that Vegeterian Society of Alabama, North Alabama
Region (VSA-NAR), a non-profit corporation, incorporated in
Madison County, Huntsville, Alabama on April 21, 1995. I
further certify that the records do disclose that said
Vegeterian Society of Alabama, North Alabama Region (VSA-NAR)
was dissolved on July 26, 2004.

In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.



June 28, 2007
_____

**Date**

_Beth Chapman_

_____

**Beth Chapman**                                  **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that The Colonial Bank - Gulf Coast Region
incorporated in Baldwin County, Foley, Alabama on March 23,
1987. I further certify that the records do disclose that
said The Colonial Bank - Gulf Coast Region was dissolved on
March 29, 1990.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 29, 2007

_____
**Date**

_Beth Chapman_

_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporation records on file in this office disclose that Gulf Region Construction, Inc. incorporated in Mobile County, Saraland, Alabama on January 11, 1991. I further certify that the records do not disclose that said Gulf Region Construction, Inc. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporation records on file in this office disclose that A.D. Wells Cable Construction - Gulf Coast Region, Inc. a close corporation incorporated in Mobile County, Theodore, Alabama on November 30, 1994. I further certify that the records do disclose that said A.D. Wells Cable Construction - Gulf Coast Region, Inc. a close corporation was dissolved on August 9, 1999.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007
_____
**Date**

_Beth Chapman_
_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporation records on file in this office disclose that Gulf Region Information Technology Services, Inc. incorporated in Baldwin County, Foley, Alabama on February 11, 2000. I further certify that the records do not disclose that said Gulf Region Information Technology Services, Inc. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007
_____
**Date**

_Beth Chapman_
_____
**Beth Chapman**                              **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that South Region Properties, Inc. incorporated in
Jefferson County, Dolomite, Alabama on May 6, 2002. I
further certify that the records do not disclose that said
South Region Properties, Inc. has been dissolved.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**

**Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office disclose that River Region Security, Inc. incorporated in Tallapoosa County, Montgomery, Alabama on July 15, 2004. I further certify that the records do not disclose that said River Region Security, Inc. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007
_____
**Date**

*Beth Chapman*
_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that River Region Holdings, Inc. incorporated in
Autauga County, Prattville, Alabama on June 28, 2005. I
further certify that the records do not disclose that said
River Region Holdings, Inc. has been dissolved.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007
_____
**Date**

*Beth Chapman* (signature)
_____
**Beth Chapman**                              **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that River Region Management, Inc. incorporated in
Elmore County, Titus, Alabama on April 14, 2005. I further
certify that the records do not disclose that said River
Region Management, Inc. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007
—————————————————————————
**Date**

*Beth Chapman* 
—————————————————————————
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that River Region Cardiology Associates, P.C.
incorporated in Montgomery County, Montgomery, Alabama on
November 15, 2005. I further certify that the records do not
disclose that said River Region Cardiology Associates, P.C.
has been dissolved.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007
_____
**Date**

*Beth Chapman*
_____
**Beth Chapman**                          **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporation records on file in this office disclose that River Region Veterinary Services, P.C. incorporated in Autauga County, Prattville, Alabama on February 1, 2006. I further certify that the records do not disclose that said River Region Veterinary Services, P.C. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                              **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office disclose that River Region Guide Service, Inc. incorporated in Elmore County, Millbrook, Alabama on April 7, 2006. I further certify that the records do not disclose that said River Region Guide Service, Inc. has been dissolved.



In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.

June 28, 2007

_____
Date

_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that River Region Events, Inc. incorporated in
Montgomery County, Montgomery, Alabama on June 14, 2006. I
further certify that the records do not disclose that said
River Region Events, Inc. has been dissolved.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007

_____

**Date**

*Beth Chapman*

_____

**Beth Chapman**                                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that Gulf Region Properties, Inc. incorporated in
Baldwin County, Foley, Alabama on December 20, 2006. I
further certify that the records do not disclose that said
Gulf Region Properties, Inc. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007

**Date**



**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporate records on file in this office
disclose that River Region Research, L.L.C. organized in the
office of the Judge of Probate of Elmore County on March 14,
2005. I further certify that the records do not disclose that
said River Region Research, L.L.C. has been dissolved.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007

**Date**

Beth Chapman

**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

the domestic corporate records on file in this office disclose that River Region Medical Equipment & Supply L.L.C. organized in the office of the Judge of Probate of Autauga County on April 19, 2005. I further certify that the records do not disclose that said River Region Medical Equipment & Supply L.L.C. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007

_____
**Date**

_Beth Chapman_

_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporate records on file in this office
disclose that River Region Productions, LLC organized in the
office of the Judge of Probate of Jefferson County on June 8,
2005. I further certify that the records do not disclose that
said River Region Productions, LLC has been dissolved.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

the domestic corporate records on file in this office disclose that River Region Consulting, LLC organized in the office of the Judge of Probate of Autauga County on July 15, 2005. I further certify that the records do not disclose that said River Region Consulting, LLC has been dissolved.

In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.



June 28, 2007

Date ─────────────────────────────

*Beth Chapman*

**Beth Chapman**                    Secretary of State

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

the domestic corporate records on file in this office disclose that River Region Builders, LLC organized in the office of the Judge of Probate of Autauga County on July 21, 2005. I further certify that the records do not disclose that said River Region Builders, LLC has been dissolved.



In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporate records on file in this office
disclose that Gulf Region Information Technology Services LLC
organized in the office of the Judge of Probate of Mobile
County on September 20, 2005. I further certify that the
records do not disclose that said Gulf Region Information
Technology Services LLC has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007
_____
**Date**

*Beth Chapman*
_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporate records on file in this office
disclose that Gulf Region Home Builders & Remodeling LLC
organized in the office of the Judge of Probate of Baldwin
County on October 18, 2005. I further certify that the
records do not disclose that said Gulf Region Home Builders &
Remodeling LLC has been dissolved.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007

Date

Beth Chapman                    Secretary of State

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

the domestic corporate records on file in this office disclose that River Region Properties, LLC organized in the office of the Judge of Probate of Elmore County on November 8, 2005. I further certify that the records do not disclose that said River Region Properties, LLC has been dissolved.



In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.

June 28, 2007
——————————————————————————
**Date**

*Beth Chapman*
——————————————————————————
**Beth Chapman**                        **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporate records on file in this office
disclose that River Region Hospital, LLC organized in the
office of the Judge of Probate of Morgan County on January
31, 2006.  I further certify that the records do not disclose
that said River Region Hospital, LLC has been dissolved.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007
--------------------------------------------------
**Date**

*Beth Chapman*

--------------------------------------------------
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporate records on file in this office
disclose that River Region Home Inspection, LLC organized in
the office of the Judge of Probate of Montgomery County on
March 1, 2006. I further certify that the records do not
disclose that said River Region Home Inspection, LLC has been
dissolved.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporate records on file in this office
disclose that River Region Mortgage and Financial Services,
LLC organized in the office of the Judge of Probate of
Montgomery County on March 17, 2006. I further certify that
the records do not disclose that said River Region Mortgage
and Financial Services, LLC has been dissolved.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007
_____
**Date**

_____
**Beth Chapman**                          **Secretary of State**

**Beth Chapman**                                    **P.O. Box 5616**
Secretary of State                          **Montgomery, AL 36103-5616**

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporate records on file in this office disclose that River Region Real Estate Closing Services, LLC organized in the office of the Judge of Probate of Montgomery County on March 17, 2006. I further certify that the records do not disclose that said River Region Real Estate Closing Services, LLC has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007
_____
**Date**

_Beth Chapman_

_____
**Beth Chapman**                              **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporate records on file in this office disclose that South Region Finance, LLC organized in the office of the Judge of Probate of Autauga County on March 15, 2006. I further certify that the records do not disclose that said South Region Finance, LLC has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007
_____
**Date**

_Beth Chapman_
_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporate records on file in this office disclose that River Region Homes, LLC organized in the office of the Judge of Probate of Autauga County on August 4, 2006. I further certify that the records do not disclose that said River Region Homes, LLC has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007
_____
**Date**

_Beth Chapman_

_____
**Beth Chapman**                           **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporate records on file in this office
disclose that River Region Properties, LLC organized in the
office of the Judge of Probate of Autauga County on November
21, 2006. I further certify that the records do not disclose
that said River Region Properties, LLC has been dissolved.

In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.



June 28, 2007
_____
**Date**

_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporate records on file in this office
disclose that River Region Lithotripsy, LLC organized in the
office of the Judge of Probate of Montgomery County on April
4, 2007. I further certify that the records do not disclose
that said River Region Lithotripsy, LLC has been dissolved.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007

**Date**

**Beth Chapman**                                    Secretary of State

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that Deep South Region Of The Antique Automobile
Club Of America, a non-profit corporation, incorporated in
Mobile County, Mobile, Alabama on December 7, 2000. I further
certify that the records do not disclose that said Deep South
Region Of The Antique Automobile Club Of America has been
dissolved.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007

**Date**

Beth Chapman

**Beth Chapman**                                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that River Region Advanced Practitioners, Inc., a
non-profit corporation, incorporated in Montgomery County,
Montgomery, Alabama on April 1, 2002. I further certify that
the records do not disclose that said River Region Advanced
Practitioners, Inc. has been dissolved.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007
_____
**Date**

*Beth Chapman*
_____
**Beth Chapman**                                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that River Region Advanced Practitioners, Inc., a
non-profit corporation, incorporated in Montgomery County,
Montgomery, Alabama on August 14, 2002. I further certify
that the records do not disclose that said River Region
Advanced Practitioners, Inc. has been dissolved.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007

Date

*Beth Chapman*

**Beth Chapman**                                    Secretary of State

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that Alabama Sunrise Region, Inc., a non-profit
corporation, incorporated in Clay County, Ashland, Alabama on
August 19, 2002. I further certify that the records do not
disclose that said Alabama Sunrise Region, Inc. has been
dissolved.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007

_____
**Date**

_Beth Chapman_

_____
**Beth Chapman**                          **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that Alabama River Region Preservation Trust, a
non-profit corporation, incorporated in Elmore County,
Wetumpka, Alabama on January 5, 2005. I further certify that
the records do not disclose that said Alabama River Region
Preservation Trust has been dissolved.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007
_____
**Date**

*Beth Chapman*
_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that George E. Clark/Region 10 APMA Scholarship,
Inc., a non-profit corporation, incorporated in Jefferson
County, Birmingham, Alabama on March 30, 2006. I further
certify that the records do not disclose that said George E.
Clark/Region 10 APMA Scholarship, Inc. has been dissolved.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007

**Date**

**Beth Chapman**                    Secretary of State

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that River Region Youth Football and Cheerleading
League, Inc., a non-profit corporation, incorporated in
Elmore County, Deatsville, Alabama on August 8, 2006. I
further certify that the records do not disclose that said
River Region Youth Football and Cheerleading League, Inc. has
been dissolved.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 29, 2007

_____
**Date**

_Beth Chapman_

_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office disclose that River Region Soccer Club, Inc., a non-profit corporation, incorporated in Autauga County, Prattville, Alabama on April 3, 2007. I further certify that the records do not disclose that said River Region Soccer Club, Inc. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the foreign corporate records on file in this office disclose
that Dixie Region, L.L.C., a Kansas limited liability
company, registered in the State of Alabama on January 13,
1994. I further certify that the records do not disclose
that a certificate of cancellation has been filed with this
office on behalf of Dixie Region, L.L.C..



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                                        **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

the foreign corporate records on file in this office disclose that Newmark Southern Region, L.L.C., a Georgia limited liability company, registered in the State of Alabama on July 11, 2002. I further certify that the records do not disclose that a certificate of cancellation has been filed with this office on behalf of Newmark Southern Region, L.L.C..



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007
_____
Date

*Beth Chapman*
_____
**Beth Chapman**                                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the foreign corporate records on file in this office disclose that AN East Central Region Management, LLC, a Delaware limited liability company, registered in the State of Alabama on May 16, 2006. I further certify that the records do not disclose that a certificate of cancellation has been filed with this office on behalf of AN East Central Region Management, LLC.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporate records on file in this office
disclose that Southern Region Heavy Equipment Training Center
LLC organized in the office of the Judge of Probate of
Montgomery County on November 21, 2001. I further certify
that the records do not disclose that said Southern Region
Heavy Equipment Training Center LLC has been dissolved.

**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007

**Date** _____



_____

**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporate records on file in this office
disclose that River Region Appraisals, LLC organized in the
office of the Judge of Probate of Montgomery County on
November 20, 2002. I further certify that the records do not
disclose that said River Region Appraisals, LLC has been
dissolved.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporation records on file in this office disclose that Lake Region Land Company incorporated in Montgomery County, Montgomery, Alabama on July 7, 1926. I further certify that the records do not disclose that said Lake Region Land Company has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office disclose that "Dixie" Region of the Sports Car Club of America, a non-profit corporation, incorporated in Houston County, Dothan, Alabama on February 20, 1961. I further certify that the records do not disclose that said "Dixie" Region of the Sports Car Club of America has been dissolved.



In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.

June 28, 2007
_____
**Date**

*Beth Chapman*

_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office disclose that Gulf Region Association for Church Extension Independent Mission, a non-profit corporation, incorporated in Shelby County, Birmingham, Alabama on June 9, 1980. I further certify that the records do not disclose that said Gulf Region Association for Church Extension Independent Mission has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007

——————————————————————
**Date**

*Beth Chapman*

——————————————————————
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

**P.O. Box 5616**
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the foreign corporation records on file in this office disclose that Gulf Region Company, Inc., a Delaware corporation, qualified in the State of Alabama on April 21, 1978. I further certify that the records do not disclose that said Gulf Region Company, Inc. has been withdrawn.

**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**



June 28, 2007
_____
**Date**

_Beth Chapman_

_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporation records on file in this office disclose that The Gulf Region Lumber Co. incorporated in Henry County, Headland, Alabama on May 17, 1926. I further certify that the records do not disclose that said The Gulf Region Lumber Co. has been dissolved.

**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**



June 28, 2007
_____
**Date**

*Beth Chapman*

_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that Gulf Region Mfg. Co. incorporated in Henry
County, Headland, Alabama on April 7, 1928. I further
certify that the records do not disclose that said Gulf
Region Mfg. Co. has been dissolved.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007
_____
**Date**

_Beth Chapman_

_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporation records on file in this office disclose that Independent Carriers of America-Mobile Region, Inc. incorporated in Mobile County, Mobile, Alabama on July 6, 1973. I further certify that the records do not disclose that said Independent Carriers of America-Mobile Region, Inc. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                          **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporation records on file in this office disclose that The International Plant Propagators' Society, Southern Region, Inc., a non-profit corporation, incorporated in Mobile County, Mobile, Alabama on November 15, 1978. I further certify that the records do not disclose that said The International Plant Propagators' Society, Southern Region, Inc. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007

**Date** _____

Beth Chapman

**Beth Chapman**                                **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office
disclose that Montgomery Region, Sports Car Club of America,
a non-profit corporation, incorporated in Montgomery County,
Montgomery, Alabama on June 8, 1960. I further certify that
the records do not disclose that said Montgomery Region,
Sports Car Club of America has been dissolved.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

June 28, 2007
_____
**Date**

*Beth Chapman* (signature)
_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporation records on file in this office disclose that Sweet Adelines Region # 23, Inc., a non-profit corporation, incorporated in Mobile County, Mobile, Alabama on April 22, 1983. I further certify that the records do not disclose that said Sweet Adelines Region # 23, Inc. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporation records on file in this office disclose that The Wiregrass Region of the Sports Club Car of America, Inc., a non-profit corporation, incorporated in Coffee County, Enterprise, Alabama on May 3, 1974. I further certify that the records do not disclose that said The Wiregrass Region of the Sports Club Car of America, Inc. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007

**Date**

_Beth Chapman_

**Beth Chapman**                                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporation records on file in this office disclose that The White Lung Association, Gulf Coast Region, Inc., a non-profit corporation, incorporated in Mobile County, Mobile, Alabama on February 10, 1982. I further certify that the records do not disclose that said The White Lung Association, Gulf Coast Region, Inc. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007
_____
**Date**

*Beth Chapman*
_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporation records on file in this office disclose that Sports Car Club of America's Tennessee Valley Region, Inc., a non-profit corporation, incorporated in Madison County, Huntsville, Alabama on January 24, 1975. I further certify that the records do not disclose that said Sports Car Club of America's Tennessee Valley Region, Inc. has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporation records on file in this office disclose that The Alabama River Region Solid Waste Authority, a non-profit corporation, incorporated in Tallapoosa County, Tallassee, Alabama on October 2, 2001. I further certify that the records do not disclose that said The Alabama River Region Solid Waste Authority has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007
_____
**Date**

_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the records on file in this office disclose that Genezen Healthcare Southwest Region, L.P., a Texas limited partnership, registered in the office of the Secretary of State of Alabama on March 6, 2003. I further certify that the records do disclose that a certificate of cancellation has been filed in this office on behalf of was on February 14, 2006.

**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**



June 28, 2007

—————————————————————
**Date**

*Beth Chapman*

—————————————————————
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the domestic corporation records on file in this office disclose that Conecuh Region Capital Improvement Cooperative District, a non-profit corporation, incorporated in Conecuh County, Evergreen, Alabama on April 17, 2006. I further certify that the records do not disclose that said Conecuh Region Capital Improvement Cooperative District has been dissolved.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007

**Date** _Beth Chapman_

**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

the foreign corporation records on file in this office disclose that Southern Region Industrial Realty, Inc., a Georgia corporation, qualified in the State of Alabama on January 2, 1906. I further certify that the records do not disclose that said Southern Region Industrial Realty, Inc. has been withdrawn.



In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.

June 28, 2007

**Date**

Beth Chapman

**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

the domestic corporation records on file in this office disclose that Southern Region Developers, Inc. incorporated in Mobile County, Semmes, Alabama on April 9, 1992. I further certify that the records do not disclose that said Southern Region Developers, Inc. has been dissolved.



In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.

June 28, 2007
_____
**Date**

_Beth Chapman_
_____
**Beth Chapman**                                **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the foreign corporation records on file in this office
disclose that Southern Region Motor Transport, Inc., a
Georgia corporation, qualified in the State of Alabama on
September 13, 1946. I further certify that the records do
disclose that said Southern Region Motor Transport, Inc. was
withdrawn on January 12, 1987.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007

Date

*Beth Chapman*

**Beth Chapman**                          **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the foreign corporation records on file in this office disclose that South Central Region, Inc., a Delaware corporation, qualified in the State of Alabama on January 6, 1977. I further certify that the records do disclose that said South Central Region, Inc. was withdrawn on December 31, 1980.

**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**



June 28, 2007
_____
**Date**

_Beth Chapman_

_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

the foreign corporation records on file in this office disclose that R. W. Southeast Region, Inc., a Georgia Corporation, qualified in the State of Alabama on September 14, 1981. I further certify that the records do disclose that the certificate of authority to transact business in Alabama of said R. W. Southeast Region, Inc. was revoked as of December 12, 1999.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

06/29/07

_____

**Date**

_Beth Chapman_

_____

**Beth Chapman**                          **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the foreign corporation records on file in this office disclose that Sun Region Land Group, Inc., a Mississippi Corporation, qualified in the State of Alabama on September 22, 1983. I further certify that the records do disclose that the certificate of authority to transact business in Alabama of said Sun Region Land Group, Inc. was revoked as of October 3, 1999.

**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

06/29/07



**Date**

_Beth Chapman_

**Beth Chapman**                                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the foreign corporation records on file in this office
disclose that IHS River Region Hospital of Vacherie,
Louisiana, Inc., a Delaware corporation, qualified in the
State of Alabama on July 28, 1989. I further certify that
the records do disclose that said IHS River Region Hospital
of Vacherie, Louisiana, Inc. was withdrawn on March 21,
1996.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007
_____
**Date**

*Beth Chapman*
_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the foreign corporation records on file in this office disclose that Dixie Region, Inc., a Mississippi Corporation, qualified in the State of Alabama on November 15, 1990. I further certify that the records do disclose that the certificate of authority to transact business in Alabama of said Dixie Region, Inc. was revoked as of April 23, 1999.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

06/29/07

**Date**

**Beth Chapman**                    Secretary of State

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that

the foreign corporation records on file in this office
disclose that Camelot Southeast Region, Inc., a Delaware
corporation, qualified in the State of Alabama on April 29,
1998. I further certify that the records do disclose that
said Camelot Southeast Region, Inc. was withdrawn on
February 12, 2001.



In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.

June 28, 2007

**Date**

*Beth Chapman*

**Beth Chapman**                          **Secretary of State**



**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the foreign corporation records on file in this office disclose that Financial Resources and Assistance of the Lakes Region, Inc., a New Hampshire corporation, qualified in the State of Alabama on November 19, 2003. I further certify that the records do not disclose that said Financial Resources and Assistance of the Lakes Region, Inc. has been withdrawn.

**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**



June 28, 2007
_____
**Date**

*Beth Chapman*
_____
**Beth Chapman**                    **Secretary of State**

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the foreign corporation records on file in this office disclose that Southern Region Consulting, Inc., a Mississippi corporation, qualified in the State of Alabama on December 5, 2005. I further certify that the records do not disclose that said Southern Region Consulting, Inc. has been withdrawn.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

June 28, 2007
_____
**Date**

*Beth Chapman*
_____
**Beth Chapman**                **Secretary of State**