**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

_____

REGIONS ASSET COMPANY, et al.,)
                              )
          Plaintiffs,         )
                              )
                              ) Civil Action No. 2:06-cv-882-MHT
                              )
REGIONS UNIVERSITY, INC.      )
                              )
          Defendant.          )
_____)

### NOTICE OF FILING

COMES NOW the defendant Regions University, Inc. and gives notice of the filing of the attached certified copies of registrations issued by the United States Patent and Trademark Office with respect to the following:

| Name of Mark | Registration Number | Date of Registration |
|---|---|---|
| Regions Beyond International | 3,103,534 | 6-13-2006 |
| RegionsAir | 3,047,007 | 1-17-2006 |
| CARE IN REGIONS | 2,960,732 | 6-7-2005 |
| THE REGION'S HOME PAGE | 2,821,459 | 3-9-2004 |
| REGIONS | 2,175,755 | 7-21-1998 |
| REGIONS HOSPITAL | 2,164,789 | 6-9-1998 |
| Regions Café A World Of Dining | 1,502,627 | 8-30-1988 |
| REGIONSERV | 3,001,159 | 9-27-2005 |
| REGION | 2,583,861 | 6-18-2002 |

```
BLUE REGION              3,120,186        7-25-2006

REGIONWISE               3,076,478        4-4-2006
```

Defendant Regions University, Inc. gives notice of the filing of the attached certified copies of the trademark file wrapper and contents of the following trademark applications:

Application No. 78/944,966 filed on 8-4-2006 by Regions University.

Application No. 77/098,922 filed on 2-5-2007 by Regions Asset Company.

Respectfully submitted,

/s/ VICTOR T. HUDSON
[HUDSV1684]
tom@alabamatrial.com
WILLIAM W. WATTS, III
[WATTW5095]
bill@alabamatrial.com
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601

JAMES E. SHLESINGER
Shlesinger, Arkwright &
    Garvey LLP
1420 King Street, Suite 600
Alexandria, Virginia 22314

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

William G. Pecau, Esq.
Rachel M. Marmer, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Charles B. Paterson, Esq.
Paul A. Clark, Esq.
BALCH & BINGHAM, LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama  36104


/s/ VICTOR T. HUDSON



1603493

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

April 27, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,103,534* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM  *June 13, 2006*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

L. EDELEN
Certifying Officer



Int. Cl.: 45

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,103,534
Registered June 13, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# Regions Beyond
# International

REGIONS BEYOND INTERNATIONAL (FLORI-
DA NON-PROFIT CORPORATION)
10024 N. NATURAL WELLS DRIVE
TALLAHASSEE, FL 32311

FOR: MISSIONARY SERVICES, NAMELY, MIN-
ISTERIAL SERVICES PROVIDED IN AFRICA,
EASTERN EUROPE AND ASIA, IN CLASS 45 (U.S.
CLS. 100 AND 101).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1999.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-595,768, FILED 3-27-2005.

ANDREA K. NADELMAN, EXAMINING ATTOR-
NEY



1603493

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

April 27, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 3,047,007 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *January 17, 2006*

*AMENDMENT/CORRECTION/NEW CERT(SEC7) ISSUED*
SAID RECORDS SHOW TITLE TO BE IN:
   *REGIONSAIR, INC.*
   *A TENNESSEE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

**L.  EDELEN**
Certifying Officer



Int. Cl.: 39

Prior U.S. Cls.: 100 and 105

**United States Patent and Trademark Office**

Corrected

Reg. No. 3,047,007

Registered Jan. 17, 2006

OG Date May 30, 2006

## SERVICE MARK
## PRINCIPAL REGISTER

# RegionsAir

REGIONSAIR, INC. (TENNESSEE COR-
PORATION)
693 FITZHUGH BLVD.
SMYRNA, TN 37167

THE MARK CONSISTS OF STAN-
DARD CHARACTERS WITHOUT CLAIM
TO ANY PARTICULAR FONT, STYLE,
SIZE, OR COLOR.

FOR: AIR TRANSPORTATION OF
PERSONS, PROPERTY AND MAIL, IN
CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 12-31-2004; IN COMMERCE
3-3-2005.

SER. NO. 78-433,822, FILED 6-11-2004.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on May 30, 2006.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cl.: 39

Prior U.S. Cls.: 100 and 105

**United States Patent and Trademark Office**

Reg. No. 3,047,007
Registered Jan. 17, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# RegionsAir

CORPORATE AIRLINES, INC. (TENNESSEE CORPORATION)
693 FITZHUGH BLVD.
SMYRNA, TN 37167

FOR: AIR TRANSPORTATION OF PERSONS, PROPERTY AND MAIL, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 12-31-2004; IN COMMERCE 3-3-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-433,822, FILED 6-11-2004.

RONALD MCMORROW, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

April 27, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,960,732* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *June 07, 2005*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

**L. EDELEN**
**Certifying Officer**



Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,960,732
Registered June 7, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

## CARE IN REGIONS

THRIVENT FINANCIAL FOR LUTHERANS (WISCONSIN FRATERNAL BENEFIT SOCIETY)
625 FOURTH AVENUE SOUTH
MINNEAPOLIS, MN 55415

FOR: CHARITABLE FUNDRAISING SERVICES, NAMELY, RAISING DONATIONS FOR CHARITIES AND NON-PROFIT EDUCATIONAL, HEALTH, HUMAN SERVICE, HUNGER RELIEF, CULTURAL ARTS, HOUSING AND RESIDENTIAL IMPROVEMENT, AND COMMUNITY SERVICE PROGRAMS AND ORGANIZATIONS; CHARITABLE SERVICES, NAMELY, MAKING GRANTS AND MONETARY DONATIONS FOR EDUCATION, HEALTH AND HUMAN SERVICE, HUNGER RELIEF, CULTURAL ARTS, HOUSING AND RESIDENTIAL IMPROVEMENT AND COMMUNITY SERVICE AND OUTREACH PROGRAMS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-17-2003; IN COMMERCE 1-17-2003.

SN 78-155,434, FILED 8-19-2002.

DORITT L. CARROLL, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS, SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 02, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,821,459* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *March 09, 2004*

SAID RECORDS SHOW TITLE TO BE IN:
  *KR U.S.A., INC.*
  *A DE CORP*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER

Certifying Officer

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,821,459
Registered Mar. 9, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## THE REGION'S HOME PAGE

KNIGHTRIDDER.COM, INC. (DELAWARE COR-
PORATION)
50 WEST SAN FERNANDO ST.
SUITE 700
SAN JOSE, CA 95113

FOR: ONLINE COMPUTER SERVICES, NAMELY,
CREATING INDEXES OF INFORMATION, SITES,
AND OTHER RESOURCES AVAILABLE ON COM-
PUTER NETWORKS; PROVIDING INFORMATION
AT THE SPECIFIC REQUEST OF END-USERS BY
MEANS OF GLOBAL COMPUTER NETWORKS;
PROVIDING ONLINE WEBSITES FEATURING IN-
FORMATION IN A WIDE VARIETY OF FIELDS
GENERALLY FOUND IN DAILY NEWSPAPERS
AND ALSO INCLUDING FIELDS SUCH AS NEWS,
POLITICS, POLICY, SPORTS, BUSINESS, TECHNOL-
OGY, ENTERTAINMENT, ARTS, LEISURE, TRA-
VEL, GAMES, TRIVIA CONTESTS, REFERENCE
MATERIALS, AND CLASSIFIED ADVERTISING;
PROVIDING GENERAL AND CUSTOMIZED IN-
FORMATION AT THE SPECIFIC REQUEST OF
OTHERS IN A WIDE VARIETY OF FIELDS IN-
CLUDING INFORMATION IN THE FIELDS OF

NEWS, POLITICS, POLICY, SPORTS, BUSINESS,
TECHNOLOGY, ENTERTAINMENT, ARTS, LEI-
SURE, AND TRAVEL; COMPUTER SERVICES,
NAMELY, DESIGNING, CREATING AND MAIN-
TAINING WEBSITES FOR OTHERS; HOSTING THE
WEB SITES OF OTHERS ON A COMPUTER SERVER
FOR A GLOBAL COMPUTER NETWORK; TECHNI-
CAL CONSULTATION SERVICES IN THE FIELD OF
ONLINE WEBSITES; AND TECHNICAL SUPPORT
SERVICES, NAMELY, TROUBLESHOOTING OF
COMPUTER HARDWARE AND SOFTWARE PRO-
BLEMS RELATING TO ONLINE COMMERCE WEB-
SITES , IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "HOME PAGE", APART FROM
THE MARK AS SHOWN.

SN 76-008,383, FILED 3-22-2000.

KATHERINE STOIDES, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 02, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,175,755* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *July 21, 1998*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
  *REGIONS HOSPITAL*
  *A MINNESOTA CORP*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



M. K.  CARTER
Certifying Officer



Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,175,755

## United States Patent and Trademark Office

Registered July 21, 1998

### SERVICE MARK
### PRINCIPAL REGISTER

## REGIONS

HEALTHPARTNERS, INC. (MINNESOTA COR-
   PORATION)
8100 34TH AVENUE SOUTH
P.O. BOX 1309
MINNEAPOLIS, MN 554401309 HEALTH-
   PARTNERS, INC. (MINNESOTA CORPORA-
   TION)

8100 34TH AVENUE SOUTH
P.O. BOX 1309
MINNEAPOLIS, MN 554401309

FOR: MEDICAL SERVICES, NAMELY,
HEALTH CARE SERVICES, HOSPITAL SERV-
ICES, AND IN-PATIENT, OUT-PATIENT AND
SURGERY ROOM CARE, IN CLASS 42 (U.S.
CLS. 100 AND 101).
   FIRST USE 9-15-1997; IN COMMERCE
9-15-1997.

   SN 75-283,429, FILED 4-29-1997.

MICHAEL LEVY, EXAMINING ATTORNEY



1603505

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 02, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,164,789 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *June 09, 1998*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
  *REGIONS HOSPITAL*
  *A MINNESOTA CORP*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER
Certifying Officer

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

### United States Patent and Trademark Office

Reg. No. 2,164,789
Registered June 9, 1998

## SERVICE MARK
### PRINCIPAL REGISTER

## REGIONS HOSPITAL

HEALTHPARTNERS, INC. (MINNESOTA COR-
   PORATION)
8100 34TH AVENUE SOUTH
P.O. BOX 1309
MINNEAPOLIS, MN 554401309

FOR: MEDICAL SERVICES, NAMELY,
HEALTH CARE SERVICES, HOSPITAL SERV-
ICES, AND IN-PATIENT, OUT-PATIENT AND
SURGERY ROOM CARE, IN CLASS 42 (U.S.
CLS. 100 AND 101).

FIRST USE 9-15-1997; IN COMMERCE
9-15-1997.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "HOSPITAL", APART FROM
THE MARK AS SHOWN.

SN 75-283,405, FILED 4-29-1997.

MICHAEL LEVY, EXAMINING ATTORNEY



1603505

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS, SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 02, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,502,627* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *August 30, 1988*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
   *PRIME HOSPITALITY CORP.*
   *A DE CORP*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



M. R. CARTER
Certifying Officer

Int. Cl.: 42

Prior U.S. Cl.: 100

## United States Patent and Trademark Office

Reg. No. 1,502,627
Registered Aug. 30, 1988

### SERVICE MARK
### PRINCIPAL REGISTER



HOWARD JOHNSON MOTOR LODGES, INC. (DELAWARE CORPORATION), DBA RE-GIONS CAFE
P.O. BOX 2700
700 ROUTE 46 EAST
FAIRFIELD, NJ 070072700

FOR: RESTAURANT SERVICES, IN CLASS 42 (U.S. CL. 100).

FIRST USE 9-1-1986; IN COMMERCE 9-1-1986.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAFE", APART FROM THE MARK AS SHOWN.

SER. NO. 680,082, FILED 8-24-1987.

G. MAYERSCHOFF, EXAMINING ATTORNEY



1631193

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 06, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,001,159* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *September 27, 2005*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN

Certifying Officer



Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

## United States Patent and Trademark Office

Reg. No. 3,001,159
Registered Sep. 27, 2005

### SERVICE MARK
### PRINCIPAL REGISTER

# REGIONSERV

BELLSOUTH INTELLECTUAL PROPERTY COR-
PORATION (DELAWARE CORPORATION)
SUITE 901
824 MARKET STREET
WILMINGTON, DE 19801

FOR: TELECOMMUNICATIONS SERVICES FOR
BUSINESS AND RESIDENTIAL CUSTOMERS,
NAMELY, LOCAL AND LONG DISTANCE TRANS-
MISSION OF VOICE AND DATA TELECOMMUNI-
CATION BY MEANS OF TELEPHONE,
TELEGRAPHIC, CABLE, AND SATELLITE TRANS-
MISSIONS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 7-1-1988; IN COMMERCE 7-1-1988.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-373,599, FILED 2-25-2004.

IRA J. GOODSAID, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 06, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,583,861* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *June 18, 2002*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,583,861
Registered June 18, 2002

## TRADEMARK
### PRINCIPAL REGISTER



# REGION

REGION DESIGN STUDIO, INC. (NEW YORK CORPORATION)
134 WEST 113TH STREET
SUITE 5F
NEW YORK, NY 10026

FOR: CLOTHING, NAMELY, APRONS, BASE-BALL CAPS, BELTS, BOTTOMS, CAFTANS, CAPES, CAPS, CARDIGANS, CHEMISES, COATS, COLLARS, CORSETS, COVERALLS, COVER-UPS, CULOTTES, DRESSES, DRESSING GOWNS, DUNGAREES, DUSTERS, EVENING GOWNS, FUR COATS, FUR JACKETS, GLOVES, GOWNS, HALTER TOPS, HATS, HEAD WEAR, HOODS, JACKETS, JEANS, JERSEYS, KNIT SHIRT, LEATHER COATS, LEATHER JACKETS, LINGERIE, LOUNGE WEAR, MINISKIRTS, NECK WEAR, NEGLIGEES, NIGHT GOWNS, OVERALLS, OVERCOATS, PANTS, PANT-SUITS, POLO SHIRTS, PULLOVERS, SARONGS, SASHES, SCARVES, SHAWLS, SHIRTS, SHORTS, SHOULDER PADS FOR CLOTHING, SKIRTS, SLACKS, SLIPS, SPORT SHIRTS, SUIT COATS, SUITS, SWEATSHIRTS, SWEATERS, T-SHIRTS, TANK TOPS, NECKTIES, TOPCOATS, TOPS, TROUSERS, TUNICS, TURBANS, TURTLENECK SWEATERS, TURTLENECKS, TUXEDOS, UNDERGARMENTS, V-NECK SWEATERS, VEILS, VESTS, WEDDING GOWNS, WRAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-5-2000; IN COMMERCE 12-5-2000.

THE DESIGN PORTION OF THE MARK IS LOOSELY BASED UPON A GHANAIAN SYMBOL WHICH MEANS "INITIATIVE" OR "VERSATILITY".

SN 78-037,098, FILED 11-29-2000.

M. B. BODSON, EXAMINING ATTORNEY



1631992

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 10, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,120,186* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *July 25, 2006*

SAID RECORDS SHOW TITLE TO BE IN:
  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

**United States Patent and Trademark Office**

Reg. No. 3,120,186
Registered July 25, 2006

**SERVICE MARK**
**PRINCIPAL REGISTER**

# BLUE REGION

CENTENNIAL COMMUNICATIONS CORP. (DE-
LAWARE CORPORATION)

3349 RTE. 138, BLDG. A

WALL, NJ 07719

   FOR: WIRELESS TELEPHONE SERVICES, IN
CLASS 38 (U.S. CLS. 100, 101 AND 104).

   FIRST USE 8-1-2004; IN COMMERCE 8-1-2004.

   THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

   NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "REGION", APART FROM THE
MARK AS SHOWN.

   SER. NO. 78-680,567, FILED 7-28-2005.

HOWARD FRIEDMAN, EXAMINING ATTORNEY



1631992

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

**July 10, 2007**

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,076,478* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM  *April 04, 2006*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**



**P. SWAIN**
**Certifying Officer**

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

## United States Patent and Trademark Office

**Reg. No. 3,076,478**
**Registered Apr. 4, 2006**

### SERVICE MARK
### PRINCIPAL REGISTER

# REGIONWISE

SAINT LOUIS UNIVERSITY (MISSOURI CHARI-
TABLE, NON-PROFIT CORPORATION)
DUBOURG HALL 219
221 NORTH GRAND BOULEVARD
SAINT LOUIS, MO 63103

FOR: PUBLIC POLICY RESEARCH SERVICES, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-2001; IN COMMERCE 1-1-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-602,814, FILED 4-6-2005.

GEOFFREY FOSDICK, EXAMINING ATTORNEY



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

February 28, 2007

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE TRADEMARK FILE WRAPPER AND
CONTENTS OF:

TRADEMARK APPLICATION:  *78/944,966*
FILING DATE:  *August 04, 2006*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER

Certifying Officer

Trademark/Service Mark Application, Principal Register

PTO Form 1478 (Rev 6/2005)

OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 78944966
### Filing Date: 08/04/2006

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | REGIONS UNIVERSITY |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | REGIONS UNIVERSITY |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Regions University |
| STREET | 1200 Taylor Road |
| CITY | Montgomery |
| STATE | Alabama |
| ZIP/POSTAL CODE | 36117-3553 |
| COUNTRY | United States |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | NON-PROFIT CORPORATION |
| STATE/COUNTRY UNDER WHICH ORGANIZED | Alabama |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 041 |
| | Educational Services, namely, providing |

file://D:\p2nip\temp\htmlEOEMS.htm

2/12/2007

Copy provided by USPTO from the TICRS Image Database on 02/12/2007

Trademark/Service Mark Application, Principal Register

| | |
|---|---|
| DESCRIPTION | courses and programs of instruction at the higher education level and granting Certificates, Associate of Arts, Bachelor of Arts, Bachelor of Science, Master of Arts, Master of Science, Master of Divinity, Doctor of Ministry, and Doctor of Philosophy Degrees; Vocational Educational Training; and development, publication, and distribution of religious, biblical, ministerial, education, business, and medical publications, videos, and other formats of research and educational materials. |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 08/04/2006 |
| FIRST USE IN COMMERCE DATE | At least as early as 08/04/2006 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT4\IMAGEOUT4\789\449\78944966\xml1\AP P0003.JPG |
| | \\TICRS\EXPORT4\IMAGEOUT4\789\449\78944966\xml1\AP P0004.JPG |
| SPECIMEN DESCRIPTION | Promotional brochures. |
| **SIGNATURE SECTION** | |
| SIGNATURE | /dte/ |
| SIGNATORY NAME | Daniel T. Earle |
| SIGNATORY DATE | 08/04/2006 |
| SIGNATORY POSITION | Attorney for Applicant |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 325 |
| TOTAL AMOUNT | 325 |
| PAYMENT METHOD | DA |
| **ATTORNEY** | |
| NAME | Daniel T. Earle |
| FIRM NAME | Shlesinger, Arkwright & Garvey, LLP |
| STREET | 1420 King Street, Suite 600 |
| | |

Copy provided by USPTO from the TICRS Image Database on 02/12/2007

Trademark/Service Mark Application, Principal Register                    Page 3 of 5

| CITY | Alexandria |
|---|---|
| STATE | Virginia |
| ZIP/POSTAL CODE | 22314 |
| COUNTRY | United States |
| PHONE | 703-684-5600 |
| FAX | 703-836-5288 |
| EMAIL | danearle@sagllp.com |
| AUTHORIZED EMAIL COMMUNICATION | No |
| ATTORNEY DOCKET NUMBER | R-5534 |
| OTHER APPOINTED ATTORNEY(S) | Shlesinger, Arkwright & Garvey, LLP |
| **CORRESPONDENCE SECTION** | |
| NAME | Daniel T. Earle |
| FIRM NAME | Shlesinger, Arkwright & Garvey, LLP |
| STREET | 1420 King Street, Suite 600 |
| CITY | Alexandria |
| STATE | Virginia |
| ZIP/POSTAL CODE | 22314 |
| COUNTRY | United States |
| PHONE | 703-684-5600 |
| FAX | 703-836-5288 |
| EMAIL | danearle@sagllp.com |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **FILING INFORMATION** | |
| SUBMIT DATE | Fri Aug 04 11:49:39 EDT 2006 |
| TEAS STAMP | USPTO/BAS-6816391242-2006 0804114939703771-78944966 -200e836e19dbca9c585adadf 436f57747-DA-1382-2006080 4114624282678 |

file://D:\p2mp\temp\html\OEMS.htm                                        2/12/2007

Copy provided by USPTO from the TICRS Image Database on 02/12/2007

Trademark/Service Mark Application, Principal Register

FTO Form 1478 (Rev 6/2005)

OMB No. 0651-0009 (Exp xx/xx/xxxx)

## Trademark/Service Mark Application, Principal Register

### Serial Number: 78944966
### Filing Date: 08/04/2006

### To the Commissioner for Trademarks:

**MARK:** (Standard Characters, see mark)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of REGIONS UNIVERSITY.

The applicant, Regions University, a NON-PROFIT CORPORATION organized under the laws of Alabama, residing at 1200 Taylor Road, Montgomery, Alabama, United States, 36117-3553, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

The applicant, or the applicant's related company or licensee, is using the mark in commerce, and lists below the dates of use by the applicant, or the applicant's related company, licensee, or predecessor in interest, of the mark on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

International Class 041: Educational Services, namely, providing courses and programs of instruction at the higher education level and granting Certificates, Associate of Arts, Bachelor of Arts, Bachelor of Science, Master of Arts, Master of Science, Master of Divinity, Doctor of Ministry, and Doctor of Philosophy Degrees; Vocational Educational Training; and development, publication, and distribution of religious, biblical, ministerial, education, business, and medical publications, videos, and other formats of research and educational materials.

In International Class 041, the mark was first used at least as early as 08/04/2006, and first used in commerce at least as early as 08/04/2006, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Promotional brochures..

Specimen - 1
Specimen - 2

The applicant hereby appoints Daniel T. Earle and Shlesinger, Arkwright & Garvey, LLP of Shlesinger, Arkwright & Garvey, LLP, 1420 King Street, Suite 600, Alexandria, Virginia, United States, 22314 to submit this application on behalf of the applicant. The attorney docket/reference number is R-5534.

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

Copy provided by USPTO from the TICRS Image Database on 02/12/2007

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /dtc/   Date: 08/04/2006
Signatory's Name: Daniel T. Earle
Signatory's Position: Attorney for Applicant


Mailing Address:
    Daniel T. Earle
    1420 King Street, Suite 600
    Alexandria, Virginia 22314

RAM Sale Number: 1382
RAM Accounting Date: 08/04/2006

Serial Number: 78944966
Internet Transmission Date: Fri Aug 04 11:49:39 EDT 2006
TEAS Stamp: USPTO/BAS-6816391242-2006080411493970377
1-78944966-200e836e19dbca9c585adadf436f5
7747-DA-1382-20060804114624282678

Copy provided by USPTO from the TICRS Image Database on 02/12/2007





Copy provided by USPTO from the TICRS Image Database on 02/12/2007



# REGIONS UNIVERSITY

PTO Form 1957 (Rev 9/05)

OMB No. 0651-0050 (Exp. 04/2009)

# Response to Office Action

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78944966 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **MARK SECTION (no change)** | |
| **OWNER SECTION (no change)** | |
| **LEGAL ENTITY SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| INTERNATIONAL CLASS | 041 |
| DESCRIPTION | |
| Educational Services, namely, providing courses and programs of instruction at the higher education level and granting Certificates, Associate of Arts, Bachelor of Arts, Bachelor of Science, Master of Arts, Master of Science, Master of Divinity, Doctor of Ministry, and Doctor of Philosophy Degrees; Vocational Educational Training; and development, publication, and distribution of religious, biblical, ministerial, education, business, and medical publications, videos, and other formats of research and educational materials | |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 08/04/2006 |
| FIRST USE IN COMMERCE DATE | At least as early as 08/04/2006 |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| INTERNATIONAL CLASS | 041 |
| DESCRIPTION | |
| EDUCATIONAL SERVICES, NAMELY, PROVIDING COURSES AND PROGRAMS OF INSTRUCTION AT THE HIGHER EDUCATION LEVEL AND GRANTING CERTIFICATES, BACHELOR OF ARTS, BACHELOR OF SCIENCE, MASTER OF ARTS, MASTER OF SCIENCE, MASTER OF DIVINITY, DOCTOR OF MINISTRY AND DOCTOR OF PHILOSOPHY DEGREES | |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 08/04/2006 |
| FIRST USE IN COMMERCE DATE | At least as early as 08/04/2006 |
| **ADDITIONAL STATEMENTS SECTION** | |

| DISCLAIMER | "No claim is made to the exclusive right to use UNIVERSITY apart from the mark as shown." |
|---|---|
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | The filing Attorney has elected not to submit the signed declaration, believing no supporting declaration is required under the *Trademark Rules of Practice*. |
| RESPONSE SIGNATURE | /jes/ |
| SIGNATORY'S NAME | James E. Shlesinger |
| SIGNATORY'S POSITION | Attorney of Record |
| DATE SIGNED | 01/25/2007 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Jan 25 17:02:32 EST 2007 |
| TEAS STAMP | USPTO/ROA-68.163.91.242-2 0070125170232986962-78944 966-360e60162bca6f267416d e1209236bc2-N/A-N/A-20070 125165013593684 |

PTO Form 1957 (Rev 9/05)

OMB No. 0651-0050 (Exp. 04/2009)

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. 78944966 has been amended as follows:
**Classification and Listing of Goods/Services**

**Applicant hereby amends the following class of goods/services in the application as follows:**
Current: Class 041 for Educational Services, namely, providing courses and programs of instruction at the higher education level and granting Certificates, Associate of Arts, Bachelor of Arts, Bachelor of Science, Master of Arts, Master of Science, Master of Divinity, Doctor of Ministry, and Doctor of Philosophy Degrees; Vocational Educational Training; and development, publication, and distribution of religious, biblical, ministerial, education, business, and medical publications, videos, and other formats of research and educational materials
Original Filing Basis: 1(a).
Proposed: Class 041 for EDUCATIONAL SERVICES, NAMELY, PROVIDING COURSES AND PROGRAMS OF INSTRUCTION AT THE HIGHER EDUCATION LEVEL AND GRANTING CERTIFICATES, BACHELOR OF ARTS, BACHELOR OF SCIENCE, MASTER OF ARTS, MASTER OF SCIENCE, MASTER OF DIVINITY, DOCTOR OF MINISTRY AND DOCTOR OF PHILOSOPHY DEGREES
Filing Basis: 1(a).
**Additional Statements**

"No claim is made to the exclusive right to use UNIVERSITY apart from the mark as shown."

**Declaration Signature**
I hereby elect to bypass the submission of a signed declaration, because I believe a declaration is not required by the rules of practice. I understand that the examining attorney could still, upon later review, require a signed declaration.
**Response Signature**
Signature: /jes/    Date: 01/25/2007
Signatory's Name: James E. Shlesinger
Signatory's Position: Attorney of Record

Serial Number: 78944966
Internet Transmission Date: Thu Jan 25 17:02:32 EST 2007
TEAS Stamp: USPTO/ROA-68.163.91.242-2007012517023298
6962-78944966-360e60162bca6f267416de1209
236bc2-N/A-N/A-20070125165013593684

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 78944966 | FILING DATE | 08/04/2006 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | FRYE, KIMBERLY | L.O. ASSIGNED | 113 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 01/29/2007 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 01/26/2007 |
| LITERAL MARK ELEMENT | REGIONS UNIVERSITY |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |

| LITERAL MARK ELEMENT | REGIONS UNIVERSITY |
|---|---|
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Regions University, Inc. |
| ADDRESS | 1200 Taylor Road<br>Montgomery, AL 361173553 |
| ENTITY | 99-NON-PROFIT CORPORATION |
| CITIZENSHIP | Alabama |

### GOODS AND SERVICES

| INTERNATIONAL CLASS | 041 |
|---|---|
| DESCRIPTION TEXT | EDUCATIONAL SERVICES, NAMELY, PROVIDING COURSES AND PROGRAMS OF INSTRUCTION AT THE HIGHER EDUCATION LEVEL AND GRANTING CERTIFICATES, BACHELOR OF ARTS, BACHELOR OF SCIENCE, MASTER OF ARTS, MASTER OF SCIENCE, MASTER OF DIVINITY, DOCTOR OF MINISTRY AND DOCTOR OF PHILOSOPHY DEGREES |

### GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 041 | FIRST USE DATE | 08/04/2006 | FIRST USE IN COMMERCE DATE | 08/04/2006 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

### MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DISCLAIMER W/PREDETER TXT | "UNIVERSITY" |

### PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 01/26/2007 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 008 |
| 01/25/2007 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 007 |
| 01/25/2007 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 006 |
| 01/03/2007 | CNRT | F | NON-FINAL ACTION MAILED | 005 |
| 12/30/2006 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |

| 12/28/2006 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 12/12/2006 | PARI | I | TEAS PRELIMINARY AMENDMENT RECEIVED | 002 |
| 08/08/2006 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Daniel T. Earle |
|---|---|
| CORRESPONDENCE ADDRESS | DANIEL T. EARLE<br>SHLESINGER, ARKWRIGHT & GARVEY, LLP<br>1420 KING ST STE 600<br>ALEXANDRIA, VA 22314-2750 |
| DOMESTIC REPRESENTATIVE | NONE |

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 78944966 | FILING DATE | 08/04/2006 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | FRYE, KIMBERLY | L.O. ASSIGNED | 113 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 02/06/2007 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 02/03/2007 |
| LITERAL MARK ELEMENT | REGIONS UNIVERSITY |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |

| LITERAL MARK ELEMENT | REGIONS UNIVERSITY |
|---|---|
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Regions University, Inc. |
| ADDRESS | 1200 Taylor Road<br>Montgomery, AL 361173553 |
| ENTITY | 99-NON-PROFIT CORPORATION |
| CITIZENSHIP | Alabama |

### GOODS AND SERVICES

| INTERNATIONAL CLASS | 041 |
|---|---|
| DESCRIPTION TEXT | EDUCATIONAL SERVICES, NAMELY, PROVIDING COURSES AND PROGRAMS OF INSTRUCTION AT THE HIGHER EDUCATION LEVEL AND GRANTING CERTIFICATES, BACHELOR OF ARTS, BACHELOR OF SCIENCE, MASTER OF ARTS, MASTER OF SCIENCE, MASTER OF DIVINITY, DOCTOR OF MINISTRY AND DOCTOR OF PHILOSOPHY DEGREES |

### GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 041 | FIRST USE DATE | 08/04/2006 | FIRST USE IN COMMERCE DATE | 08/04/2006 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

### MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DISCLAIMER W/PREDETER TXT | "UNIVERSITY" |

### PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 02/03/2007 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 009 |
| 01/26/2007 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 008 |
| 01/25/2007 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 007 |
| 01/25/2007 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 006 |
| 01/03/2007 | CNRT | F | NON-FINAL ACTION MAILED | 005 |

| 12/30/2006 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 12/28/2006 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 12/12/2006 | PARI | I | TEAS PRELIMINARY AMENDMENT RECEIVED | 002 |
| 08/08/2006 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Daniel T. Earle |
| CORRESPONDENCE ADDRESS | DANIEL T. EARLE<br>SHLESINGER, ARKWRIGHT & GARVEY, LLP<br>1420 KING ST STE 600<br>ALEXANDRIA, VA 22314-2750 |
| DOMESTIC REPRESENTATIVE | NONE |

PTO Form 1966 (Rev 5/2006)

OMB No. 0651-0050 (Exp. 04/2009)

# Preliminary Amendment

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78944966 |
| **MARK SECTION (no change)** | |
| **OWNER SECTION (current)** | |
| NAME | Regions University |
| STREET | 1200 Taylor Road |
| CITY | Montgomery |
| STATE | AL |
| ZIP/POSTAL CODE | 361173553 |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | Regions University, Inc. |
| STREET | 1200 Taylor Road |
| CITY | Montgomery |
| STATE | Alabama |
| ZIP/POSTAL CODE | 361173553 |
| COUNTRY | United States |
| **LEGAL ENTITY SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION (no change)** | |
| **SIGNATURE SECTION** | |
| SIGNATURE | /DTE/ |
| SIGNATORY NAME | DANIEL T. EARLE |
| SIGNATORY POSITION | ATTORNEY AND AGENT FOR APPLICANT |
| DATE SIGNED | 12/12/2006 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Tue Dec 12 10:03:00 EST 2006 |

| TEAS STAMP | USPTO/PA-6816391242-20061<br>212100300416005-78944966-<br>2001570d7f60763591464ea3e<br>ac665df4-N-N-200612120959<br>53708011 |

PTO Form 1966 (Rev 5/2006)

OMB No. 0651-0050 (Exp. 04/2009)

## Preliminary Amendment

## To the Commissioner for Trademarks:

Application serial no. **78944966** is amended as follows:

### Procedural Matters/Informalities
**Applicant proposes to amend the following:**
Original: Regions University a(n) NON-PROFIT CORPORATION organized under the laws of
AL, having an address of 1200 Taylor Road Montgomery, AL United States 361173553.
Proposed: Regions University, Inc., NON-PROFIT CORPORATION organized under the laws of
AL, having an address of 1200 Taylor Road Montgomery, Alabama United States 361173553.

### Preliminary Amendment Signature

Signature: /DTE/    Date Signed: 12/12/2006
Signatory's Name: DANIEL T. EARLE
Signatory's Position: ATTORNEY AND AGENT FOR APPLICANT

Serial Number: 78944966
Internet Transmission Date: Tue Dec 12 10:03:00 EST 2006
TEAS Stamp: USPTO/PA-6816391242-20061212100300416005
-78944966-2001570d7f60763591464ea3eac665
df4-N-N-20061212095953708011

*** User:kfrye1 ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | 78942915[SN] |
| 02 | 4 | 0 | 3 | 3 | 0:01 | "regions university"[on] |
| 03 | 806 | N/A | 0 | 0 | 0:01 | *region*[bi,ti] |
| 04 | 9005 | N/A | 0 | 0 | 0:01 | *univer*[bi,ti] |
| 05 | 22825 | N/A | 0 | 0 | 0:01 | *press*[bi,ti] |
| 06 | 14 | 2 | 12 | 11 | 0:01 | 3 and (4 or 5) |
| 07 | 328 | N/A | 0 | 0 | 0:01 | (region regions)[bi,ti] |
| 08 | 1627870 | N/A | 0 | 0 | 0:07 | (009 016 041 042 a b 200)[ic] |
| 09 | 78 | 38 | 40 | 22 | 0:01 | 7 and 8 |
| 10 | 57 | 25 | 16 | 5 | 0:01 | 4 and 5 |
| 11 | 8 | 0 | 8 | 5 | 0:01 | regions[fm] |

Session started 12/28/2006 5:21:38 PM
Session finished 12/28/2006 5:48:04 PM
Total search duration 0 minutes 17 seconds
Session duration 26 minutes 26 seconds
Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 78944966

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:**     78/944966

**APPLICANT:**    Regions University

**CORRESPONDENT ADDRESS:**
     DANIEL T. EARLE
     SHLESINGER, ARKWRIGHT & GARVEY, LLP
     1420 KING ST STE 600
     ALEXANDRIA, VA 22314-2750

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**MARK:**     REGIONS UNIVERSITY

**CORRESPONDENT'S REFERENCE/DOCKET NO:**  R-5534

**CORRESPONDENT EMAIL ADDRESS:**

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

# OFFICE ACTION

**RESPONSE TIME LIMIT**: TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

**MAILING/E-MAILING DATE INFORMATION:**  If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

**TELEPHONE RESPONSE:** Applicant is encouraged to telephone the trademark examining attorney to resolve the issues raised below.

Serial Number  78/944966

The assigned examining attorney has reviewed the referenced application and determined the following:

**Search Results**
The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d).  TMEP section 704.02.

Nevertheless, the applicant's mark cannot be approved for publication unless and until the following issues are satisfactorily addressed:

**Identification of Services**
The identification of services is not acceptable.  First, the applicant must provide the subject matter of the vocational training services.  In addition, the identification includes the indefinite wording "medical publications, videos and other formats of research and educational materials".  The

applicant must more specifically identify the items that are published, such as books and video tapes. In addition, "development" of one's own goods is not a recognized service, as it is part and parcel of providing the goods. Product development for others is in Class 42. Development of educational materials for others is properly classified in Class 41, but the applicant must clarify the nature of the services. Finally, the wording "distribution" is not acceptable because it merely refers to the act of moving goods in commerce. The applicant may substitute "dissemination", if accurate.

The applicant must amend the application to adopt an acceptable identification of services. TMEP §1402.01. The applicant may amend to adopt the following identification, if accurate:

INTERNATIONAL CLASS 41: Educational services, namely, providing courses and programs of instruction at the higher education level and granting Certificates, Associate of Arts, Bachelor of Arts, Bachelor of Science, Master of Arts, Master of Science, Master of Divinity, Doctor of Ministry, and Doctor of Philosophy Degrees; Vocational Educational Training **in the fields of [indicate fields of training; e.g., information technology, electronics repair]**; publication, development **and dissemination** of the educational materials **of others** in the nature of religious, biblical, ministerial, business, education and medical **books [or provide type of other publications]**, video tapes **[or indicate on-line videos], and [list other formats of research and educational materials; e.g., DVDs, brochures, pamphlets, manuals].**

Please note that, while the identification of services may be amended to clarify or limit the services, adding to the services or broadening the scope of the services is not permitted. 37 C.F.R. §2.71(a); TMEP §1402.06. Therefore, applicant may not amend the identification to include services that are not within the scope of the services set forth in the present identification.

**Disclaimer Required**
Applicant must disclaim the descriptive wording "UNIVERSITY" apart from the mark as shown because it merely describes features of the applicant's services, which include courses of instruction at the university level. Trademark Act Section 6, 15 U.S.C. §1056; TMEP §§1213 and 1213.03(a).

The computerized printing format for the Office's *Trademark Official Gazette* requires a standardized format for a disclaimer. TMEP §1213.08(a)(i). The following is the standard format used by the Office:

No claim is made to the exclusive right to use "UNIVERSITY" apart from the mark as shown.

*See In re Owatonna Tool Co.*, 231 USPQ 493 (Comm'r Pats. 1983).
**Clarification of Applicant's Name**
The application lists the applicant as "Regions University". The applicant filed a preliminary amendment changing the applicant's name to "Regions University, Inc.". As this amendment reflects the correction of a clerical error, it is acceptable, and the new name has been made of record.

If the applicant has any questions or needs assistance in responding to this Office Action, please contact the assigned examining attorney.

/Kimberly Frye/
Trademark Examining Attorney
Law Office 113
(571) 272-9430 (Phone)
(571) 273-9430 (Fax)

**HOW TO RESPOND TO THIS OFFICE ACTION:**
- ONLINE RESPONSE: You may respond using the Office's Trademark Electronic Application System (TEAS) Response to Office action form available on our website at http://www.uspto.gov/teas/index.html. If the Office action issued via e-mail, you must wait 72 hours after receipt of the Office action to respond via TEAS. **NOTE: Do not respond by e-mail. THE USPTO WILL NOT ACCEPT AN E-MAILED RESPONSE.**
- REGULAR MAIL RESPONSE: To respond by regular mail, your response should be sent to the mailing return address above, and include the serial number, law office number, and examining attorney's name. **NOTE: The filing date of the response will be the *date of receipt in the Office*,** not the postmarked date. To ensure your response is timely, use a certificate of mailing. 37 C.F.R. §2.197.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending applications can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.**



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

March 27, 2007

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE TRADEMARK FILE WRAPPER AND
CONTENTS OF:

TRADEMARK APPLICATION:  *77/098,922*
FILING DATE:  *February 05, 2007*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS

Certifying Officer

Trademark/Service Mark Application, Principal Register

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77098922**
**Filing Date: 02/05/2007**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77098922 |
| **MARK INFORMATION** | |
| *MARK | <u>REGIONS UNIVERSITY</u> |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | REGIONS UNIVERSITY |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Regions Asset Company |
| *STREET | 3501 Silverside Road |
| INTERNAL ADDRESS | Suite 209 |
| *CITY | Wilmington |
| *STATE (Required for U.S. applicants) | Delaware |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 19810 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 041 |

Copy provided by USPTO from the TICRS Image Database on 03/23/2007

Trademark/Service Mark Application, Principal Register

| | |
|---|---|
| DESCRIPTION | Educational services, namely, employee training programs and courses in the field of banking services, and distribution of course materials in connection therewith. |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/00/2005 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/00/2005 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\770\989 \77098922 \xml1\APP0003.JP G |
| SPECIMEN DESCRIPTION | page from brochure |
| **ADDITIONAL STATEMENTS SECTION** | |
| PRIOR REGISTRATION(S) | The applicant claims ownership of U.S. Registration Number(s) 1881600, 1914267, and 3119462. |
| **ATTORNEY INFORMATION** | |
| NAME | Rachel M. Marmer |
| ATTORNEY DOCKET NUMBER | 15548.1092 |
| FIRM NAME | Steptoe & Johnson LLP |
| STREET | 1330 Connecticut Avenue, NW |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20036 |
| PHONE | 202-429-3000 |
| FAX | 202-429-3902 |
| EMAIL ADDRESS | rmarmer@steptoe.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | William G. Pecau; Stephanie Morris Carmody |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Rachel M. Marmer |
| FIRM NAME | Steptoe & Johnson LLP |
| STREET | 1330 Connecticut Avenue, NW |

Copy provided by USPTO from the TICRS Image Database on 03/23/2007

Trademark/Service Mark Application, Principal Register                    Page 3 of 5

| CITY | Washington |
|---|---|
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20036 |
| PHONE | 202-429-3000 |
| FAX | 202-429-3902 |
| EMAIL ADDRESS | rmarmer@steptoe.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /janet armitage/ |
| SIGNATORY'S NAME | Janet Armitage |
| SIGNATORY'S POSITION | President |
| DATE SIGNED | 02/05/2007 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Mon Feb 05 10:02:59 EST 2007 |
| TEAS STAMP | USPTO/BAS-63.88.112.229-2 0070205100259467294-77098 922-3601874278816bfb471df 2e4d1ddc38f78-DA-1526-200 70201162133967917 |

Copy provided by USPTO from the TICRS Image Database on 03/23/2007

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 77098922**
**Filing Date: 02/05/2007**

### To the Commissioner for Trademarks:

**MARK:** REGIONS UNIVERSITY (Standard Characters, see <u>mark</u>)
The literal element of the mark consists of REGIONS UNIVERSITY. The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Regions Asset Company, a corporation of Delaware, having an address of Suite 209, 3501 Silverside Road, Wilmington, Delaware, United States, 19810, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

International Class 041: Educational services, namely, employee training programs and courses in the field of banking services, and distribution of course materials in connection therewith.

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 041, the mark was first used at least as early as 01/00/2005, and first used in commerce at least as early as 01/00/2005, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) page from brochure.
Specimen File1
The applicant claims ownership of U.S. Registration Number(s) 1881600, 1914267, and 3119462.

The applicant hereby appoints Rachel M. Marmer and William G. Pecau; Stephanie Morris Carmody of Steptoe & Johnson LLP, 1330 Connecticut Avenue, NW, Washington, District of Columbia, United States, 20036 to submit this application on behalf of the applicant. The attorney docket/reference number is 15548.1092.

Correspondence Information: Rachel M. Marmer
1330 Connecticut Avenue, NW
Washington, District of Columbia 20036
202-429-3000(phone)
202-429-3902(fax)
rmarmer@steptoe.com (authorized)

Copy provided by USPTO from the TICRS Image Database on 03/23/2007

Trademark/Service Mark Application, Principal Register                    Page 5 of 5

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /janet armitage/   Date Signed: 02/05/2007
Signatory's Name: Janet Armitage
Signatory's Position: President

RAM Sale Number: 1526
RAM Accounting Date: 02/05/2007

Serial Number: 77098922
Internet Transmission Date: Mon Feb 05 10:02:59 EST 2007
TEAS Stamp: USPTO/BAS-63.88.112.229-2007020510025946
7294-77098922-3601874278816bfb471df2e4d1
ddc38f78-DA-1526-20070201162133967917

file://D:\p2mp\temp\html\OEMS.htm                    3/23/2007

Copy provided by USPTO from the TICRS Image Database on 03/23/2007

# REGIONS UNIVERSITY

Copy provided by USPTO from the TICRS Image Database on 03/23/2007



**REGIONS UNIVERSITY**
Mortgage College

Contents .................................................................1
Objectives .............................................................1
Introduction ..........................................................1
Available Products ...............................................2
Qualification .........................................................3
Pricing ...................................................................4
Process ..................................................................5
Ordering MI ..........................................................6
Disclosures ...........................................................6
Additional Resources ..........................................6
Sample - Comparison Calculator ........................7

After completion of this module, you will learn:

- How to identify acceptable programs and applicants for Lender Paid MI

- The Empower requirements related to Lender Paid MI

- The pricing adjustments required for Lender Paid MI

- How to order Lender Paid MI

Lender Paid Mortgage Insurance (LPMI) is a great way to help your borrowers avoid subordinate financing!

For your borrowers who need to finance over 80%, Regions Mortgage now has the ability to pay the mortgage premium on behalf of the borrowers by increasing the price on the loan. This way, they avoid interest rate risk associated with a HELOC and you'll earn more because you're closing a larger first mortgage using LPMI.

Regions uses a single premium in for LPMI on fixed rate loans.
It's important to note that LPMI is <u>not</u> refundable.

Generally, loans with LPMI have higher interest rates than loans with BPMI (Borrower Paid MI). That's because we have to increase the price on the loan to cover the MI premium we're paying. LPMI is still a great deal for your borrower though. Your borrower will receive a greater tax benefit since all of their mortgage interest is deductible. And the overall payment is lower.

# ЯEGIONS UNIVERSITY

Copy provided by USPTO from the TICRS Image Database on 03/23/2007


**REGIONS UNIVERSITY**
*Mortgage College*



## Contents

Contents ........................................................................... i
Objectives ........................................................................ 1
Introduction ..................................................................... 1
Available Products .......................................................... 2
Qualification .................................................................... 3
Pricing .............................................................................. 4
Process ............................................................................ 5
Ordering MI .................................................................... 6
Disclosures ...................................................................... 6
Additional Resources .................................................... 6
Sample - Comparison Calculator ................................. 7

After completion of this module, you will learn:

- How to identify acceptable programs and applicants for Lender Paid MI

- The Empower requirements related to Lender Paid MI

- The pricing adjustments required for Lender Paid MI

- How to order Lender Paid MI

Lender Paid Mortgage Insurance (LPMI) is a great way to help your borrowers avoid subordinate financing!

For your borrowers who need to finance over 80%, Regions Mortgage now has the ability to pay the mortgage premium on behalf of the borrowers by increasing the price on the loan. This way, they avoid interest rate risk associated with a HELOC and you'll earn more because you're closing a larger first mortgage using LPMI.

---

**Regions uses a single premium in for LPMI on fixed rate loans.**
**It's important to note that LPMI is not refundable.**

---

Generally, loans with LPMI have higher interest rates than loans with BPMI (Borrower Paid MI). That's because we have to increase the price on the loan to cover the MI premium we're paying. LPMI is still a great deal for your borrower though. Your borrower will receive a greater tax benefit since all of their mortgage interest is deductible. And the overall payment is lower.

Copy provided by USPTO from the TICRS Image Database on 03/23/2007

# REGIONS UNIVERSITY

Copy provided by USPTO from the TICRS Image Database on 03/23/2007

TRADEMARK APPLICATION NO. 77098922 - REGIONS UNIVERSITY - 15548.1092    Page 1 of 2

| | |
|---|---|
| **To:** | Regions Asset Company (rmarmer@steptoe.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 77098922 - REGIONS UNIVERSITY - 15548.1092 |
| **Sent:** | 3/12/2007 4:04:31 PM |
| **Sent As:** | ECOM110@USPTO.GOV |
| **Attachments:** | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 77/098922

**APPLICANT:**     Regions Asset Company

# *77098922*

**CORRESPONDENT ADDRESS:**
  RACHEL M. MARMER
  STEPTOE & JOHNSON LLP
  1330 CONNECTICUT AVE NW
  WASHINGTON, DC 20036-1704

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

If no fees are enclosed, the address should include
the words "Box Responses - No Fee."

**MARK:**     REGIONS UNIVERSITY

**CORRESPONDENT'S REFERENCE/DOCKET NO:**  15548.1092

**CORRESPONDENT EMAIL ADDRESS:**
    rmarmer@steptoe.com

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
4. Your telephone number and email
   address.

Serial Number  77/098922

### EXAMINER'S AMENDMENT

**SEARCH  TMEP §704.02**  The trademark examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d).
**Advisory – Amendments to Goods/Services:**  If the identification of goods and/or services has been amended below, any future amendments must be in accordance with 37 C.F.R. §2.71(a) and TMEP §1402.07(e).

**Amendment(s) Authorized:**  As authorized by William G. Pecau / Rachel Marmer, 202.429.3000 /

Copy provided by USPTO from the TICRS Image Database on 03/23/2007

TRADEMARK APPLICATION NO. 77098922 - REGIONS UNIVERSITY - 15548.1092    Page 2 of 2

3903 on March 12, 2007, the application is amended as noted below. *If applicant disagrees with or objects to any of the amendments below, please notify the undersigned trademark examining attorney immediately.* Otherwise, no response is necessary. TMEP §707.

**DISCLAIMER**  Trademark Act Section 6, 15 U.S.C. §1056; TMEP §§1213 and 1213.03(a).

The following disclaimer is made of record:
No claim is made to the exclusive right to use **UNIVERSITY** apart from the mark as shown.

The present application will proceed to publication in the *Official Gazette.*

*/Linda E. Blohm/* Trademark Examining Attorney
571.272.9129,  Law Office 110
Facsimile 571.273.9110

Copy provided by USPTO from the TICRS Image Database on 03/23/2007

X Search

*** User:lblohm ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | 77053845 |
| 02 | 62 | 12 | 1 | 1 | 0:01 | "regions asset company" [ow] |
| 03 | 813 | 375 | 1 | 1 | 0:01 | *re{"gj"}{"iye"}on* [bi,ti] |
| 04 | 8444 | N/A | 0 | 0 | 0:01 | *ohe{"ckxq"}* [bi,ti] |
| 05 | 15939 | N/A | 0 | 0 | 0:02 | *{"ck"}ard* [bi,ti] |
| 06 | 109 | 63 | 46 | 27 | 0:01 | 4 and 5 |
| 07 | 0 | 0 | 0 | 0 | 0:01 | 77005615 |
| 08 | 0 | 0 | 0 | 0 | 0:01 | 770056105 |
| 09 | 1 | 0 | 1 | 1 | 0:01 | 77056105 |
| 10 | 6835 | N/A | 0 | 0 | 0:01 | *edu{"ck"}* [bi,ti] |
| 11 | 6401 | N/A | 0 | 0 | 0:01 | *lend* [bi,ti] |
| 12 | 15 | 6 | 9 | 7 | 0:01 | 10 and 11 |
| 13 | 2981 | N/A | 0 | 0 | 0:01 | *loan* [bi,ti] |
| 14 | 78 | 38 | 40 | 25 | 0:01 | 10 and 13 |
| 15 | 9 | 4 | 5 | 2 | 0:01 | 3 and ( 10 or 11) |
| 16 | 227771 | N/A | 0 | 0 | 0:02 | ( 036 or a or b or 200)[ic] |
| 17 | 112 | 48 | 64 | 39 | 0:01 | 3 and 16 |
| 18 | 8 | 0 | 8 | 5 | 0:01 | regions [fm] |
| 19 | 6 | 5 | 1 | 1 | 0:01 | region [fm] |
| 20 | 9433 | N/A | 0 | 0 | 0:02 | *nivers* [bi,ti] |
| 21 | 8 | 0 | 8 | 8 | 0:01 | 3 and 20 |
| 22 | 1 | 0 | 1 | 1 | 0:01 | 77098922 |

Session started 3/11/2007 12:48:58 PM
Session finished 3/11/2007 1:19:59 PM
Total search duration 0 minutes 25 seconds
Session duration 31 minutes 1 seconds
Defaut NEAR limit=1 ADJ limit=1

Sent to TICRS as Serial Number: 77098922

Copy provided by USPTO from the TICRS Image Database on 03/23/2007

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
### (Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77098922 | FILING DATE | 02/05/2007 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | BLOHM, LINDA E | L.O. ASSIGNED | 110 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 03/13/2007 |
| PUB DATE | N/A |
| STATUS | 647-EXAMINERS AMENDMENT - MAILED |
| STATUS DATE | 03/12/2007 |
| LITERAL MARK ELEMENT | REGIONS UNIVERSITY |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

Copy provided by USPTO from the TICRS Image Database on 03/23/2007

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | REGIONS UNIVERSITY |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Regions Asset Company |
| ADDRESS | Suite 209<br>3501 Silverside Road<br>Wilmington, DE 19810 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 041 |
| DESCRIPTION TEXT | Educational services, namely, employee training programs and courses in the field of banking services, and distribution of course materials in connection therewith |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 041 | FIRST USE DATE | 01/00/2005 | FIRST USE IN COMMERCE DATE | 01/00/2005 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| DISCLAIMER W/PREDETER TXT | UNIVERSITY |
| OWNER OF US REG NOS | 1881600   1914267   3119462 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|

file://D:\p2mp\temp\html\OEMS.htm                   3/23/2007

Copy provided by USPTO from the TICRS Image Database on 03/23/2007

| 03/12/2007 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 005 |
| 03/12/2007 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 004 |
| 03/12/2007 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 003 |
| 03/11/2007 | DOCK | D | ASSIGNED TO EXAMINER | 002 |
| 02/08/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Rachel M. Marmer |
| CORRESPONDENCE ADDRESS | RACHEL M. MARMER<br>STEPTOE & JOHNSON LLP<br>1330 CONNECTICUT AVE NW<br>WASHINGTON, DC 20036-1704 |
| DOMESTIC REPRESENTATIVE | NONE |

Copy provided by USPTO from the TICRS Image Database on 03/23/2007

# REGIONS UNIVERSITY

Page 1 of 3

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| SERIAL NUMBER | 77098922 | FILING DATE | 02/05/2007 |
|---|---|---|---|
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | BLOHM, LINDA E | L.O. ASSIGNED | 110 |

### PUB INFORMATION

| RUN DATE | 03/14/2007 |
|---|---|
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 03/13/2007 |
| LITERAL MARK ELEMENT | REGIONS UNIVERSITY |

| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
|---|---|---|---|
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

file://D:\p2mp\temp\html\OEMS.htm

3/23/2007

Copy provided by USPTO from the TICRS Image Database on 03/23/2007

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | REGIONS UNIVERSITY |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Regions Asset Company |
| ADDRESS | Suite 209<br>3501 Silverside Road<br>Wilmington, DE 19810 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 041 |
| DESCRIPTION TEXT | Educational services, namely, employee training programs and courses in the field of banking services, and distribution of course materials in connection therewith |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 041 | FIRST USE DATE | 01/00/2005 | FIRST USE IN COMMERCE DATE | 01/00/2005 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| DISCLAIMER W/PREDETER TXT | UNIVERSITY |
| OWNER OF US REG NOS | 1881600   1914267   3119462 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| | | | | |

file://D:\p2mp\temp\html\OEMS.htm

3/23/2007

Copy provided by USPTO from the TICRS Image Database on 03/23/2007

| 03/13/2007 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 006 |
| 03/12/2007 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 005 |
| 03/12/2007 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 004 |
| 03/12/2007 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 003 |
| 03/11/2007 | DOCK | D | ASSIGNED TO EXAMINER | 002 |
| 02/08/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Rachel M. Marmer |
|---|---|
| CORRESPONDENCE ADDRESS | RACHEL M. MARMER<br>STEPTOE & JOHNSON LLP<br>1330 CONNECTICUT AVE NW<br>WASHINGTON, DC 20036-1704 |
| DOMESTIC REPRESENTATIVE | NONE |

Copy provided by USPTO from the TICRS Image Database on 03/23/2007