IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
REGIONS ASSET COMPANY,        )
                              )
    Plaintiff,                )
                              )        CIVIL ACTION NO.
    v.                        )          2:06cv882-MHT
                              )
REGIONS UNIVERSITY, INC.,     )
                              )
    Defendant.                )
```

### ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 48) is set for submission, without oral argument, on August 10, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 18th day of July, 2007.

```
                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE
```