IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>REGIONS UNIVERSITY, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 2:06-cv-882-MHT |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COME NOW the Plaintiffs in the above-styled cause and respectfully move the Court for an Order extending, by seven (7) days, from August 10, 2007 to August 17, 2007 the time in which the Plaintiffs may respond to the Defendant's Motion for Summary Judgment. As grounds for this Motion, the Plaintiffs show onto the Court as follows:

1. The discovery cutoff date in this case is on August 15, 2007 and the parties are diligently working to complete discovery, including approximately nine (9) depositions before the discovery cutoff date. One of the depositions is contingent upon a ruling of the United States Magistrate Judge relating to a discovery dispute which was heard on July 19, 2007, but has yet to be decided. This would allow Plaintiffs to complete discovery and more fairly and efficiently respond to the many claims raised in Defendant's 71 page brief and many accompanying documents.

2. This extension of time will not prejudice any of the parties or work any continuance of any other deadline imposed by the Court's Uniform Scheduling Order.

183260.1

3. Plaintiffs have sought to determine if Defendant's counsel has any opposition to this Motion, but has yet to receive a response regarding this request.

Respectfully submitted this the 26th day of July, 2007.

/s/ Charles B. Paterson
One of the Attorneys for Plaintiffs Regions Asset Company, Regions Financial Company and Regions Bank

**OF COUNSEL:**

Charles B. Paterson (PAT018)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
pclark@balch.com

William G. Pecau
Rachel M. Marmer
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202)429-6244
Facsimile: (202)429-3902
wpecau@steptoe.com

**CERTIFICATE OF SERVICE**

  I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 26th day of July, 2007:

| | |
|---|---|
| Victor T. Hudson | James E. Shlesinger |
| William W. Watts, III | Shlesinger, Arkwright & Garvey LLP |
| Hudson & Watts, LLP | 1420 King Street |
| Post Office Box 989 | Suite 600 |
| Mobile, Alabama 36601-0989 | Alexandria, Virginia 22314 |

           /s/ Charles B. Paterson
           Of Counsel