**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| REGIONS ASSET COMPANY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Civil Action No. 2:06-cv-882-MHT |
| ) | |
| REGIONS UNIVERSITY, INC. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE BRIEFS**

COMES NOW defendant in the above-styled cause and responds to plaintiffs' motion filed July 26, 2007 as follows:

1. Defendant was required to file its brief in support of its motion for summary judgment prior to the expiration of discovery. Plaintiffs would have an advantage if they were not required to respond until after the expiration of discovery. Accordingly, defendants must object to the plaintiffs' motion.

2. However, if the Court extends the time for plaintiffs to respond until after discovery has been completed; in fairness, defendant respectfully moves the Court to enter an order that defendant's reply brief is not due until two weeks thereafter. Accordingly, each of the parties will have been enabled to brief the issues after the completion of discovery.

Respectfully submitted,

/s/ VICTOR T. HUDSON_____
VICTOR T. HUDSON

[HUDSV1684]
tom@alabamatrial.com
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601

JAMES E. SHLESINGER
Shlesinger, Arkwright &
Garvey LLP
1420 King Street, Suite 600
Alexandria, Virginia 22314

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

     I hereby certify that on July 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing (and by Facsimile Transfer) to:

     William Pecau, Esq. [202-429-3902]
     STEPTOE & JOHNSON LLP
     1330 Connecticut Avenue, NW
     Washington, DC 20036

     Charles B. Paterson, Esq. [334-269-3115]
     Paul A. Clark, Esq.
     BALCH & BINGHAM, LLP
     105 Tallapoosa Street, Suite 200
     Montgomery, Alabama  36104

     /s/VICTOR T. HUDSON_____