IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REGIONS ASSET COMPANY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| VS. | ) | CASE NO. 2:06-cv-882-MHT-TFM |
| | ) | |
| REGIONS UNIVERSITY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of Plaintiffs' *Motion to Compel Discovery Responses and Compliance with Order of Court* (Doc. 60, filed July 27, 2007), it is

**ORDERED** that Defendant file a response to this motion on or before **July 30, 2007 at 10:00 a.m.**

It is further **ORDERED** that the parties shall convene on **July 30, 2007 at 2:30 p.m.** for a **TELEPHONIC HEARING** on the motion. Counsel for the Plaintiffs shall be responsible for initiating the conference call with all necessary parties and contacting chambers at (334) 954-3740.

DONE this 27th day of July, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE