```
   IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

      MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

REGIONS ASSET COMPANY,      )
                                            )
    Plaintiff,         )
                                            )    CIVIL ACTION NO.
   v.                       )     2:06cv882-MHT
                                            )
REGIONS UNIVERSITY, INC.,  )
                                            )
    Defendant.         )

## ORDER

It is ORDERED as follows:

(1) The motion for extension of time (Doc. No. 56) is granted.

(2) The motion for summary judgment (Doc. No. 48) is reset for submission, without oral argument, on August 31, 2007.

(3) Plaintiff is to file its response by August 17, 2007.

(4) Defendant may file a reply by August 24, 2007.

(5) Plaintiff may file a final response by August 31, 2007.

DONE, this the 30th day of July, 2007.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**