IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| VS. ) | CASE NO. 2:06-cv-882-MHT-TFM |
| ) | |
| REGIONS UNIVERSITY, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiffs' *Motion to Compel Discovery Responses and Compliance with Order of Court* (Doc. 60, filed July 27, 2007) and *Defendant's Response to Motion to Compel Discovery Responses in Compliance with Order of Court* (Doc. 62, filed July 30, 2007). The Court held a hearing on July 30, 2007. For good cause, it is **ORDERED** that

(1) The Motion is **DENIED** with respect to compelling the amount of attorneys' fees in the documents. Defendant may submit copies of any documents redacting out the amount and rate of attorneys' fees;

(2) The Motion is **GRANTED** with respect to any underlying costs relating to records searches; and

(3) The remainder of the Motion is **DENIED as moot**.

DONE this 30th day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE