**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

```
_____
REGIONS ASSET COMPANY, et al.,  )
                                )
         Plaintiffs,            )
                                )
                                ) Civil Action No. 2:06-cv-882-MHT
                                )
REGIONS UNIVERSITY, INC.        )
                                )
         Defendant.             )
_____)
```

**NOTICE OF FILING**

COMES NOW the defendant Regions University, Inc. and gives notice of the filing of the following evidentiary materials in support of its motion for summary judgment:

1. Affidavit of Andrea Bender.

2. Supplemental Affidavit of Stephen J. Stricklin.

Respectfully submitted,

/s/ VICTOR T. HUDSON
[HUDSV1684]
tom@alabamatrial.com
WILLIAM W. WATTS, III
[WATTW5095]
bill@alabamatrial.com
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601

JAMES E. SHLESINGER
Shlesinger, Arkwright &
   Garvey LLP
1420 King Street, Suite 600
Alexandria, Virginia 22314

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

    I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

    William G. Pecau, Esq.
    Rachel M. Marmer, Esq.
    STEPTOE & JOHNSON LLP
    1330 Connecticut Avenue, NW
    Washington, DC 20036

    Charles B. Paterson, Esq.
    Paul A. Clark, Esq.
    BALCH & BINGHAM, LLP
    105 Tallapoosa Street, Suite 200
    Montgomery, Alabama  36104

    /s/ VICTOR T. HUDSON