**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

REGIONS ASSET COMPANY, et al.,            )

           Plaintiffs,            )

                      CV No. 2:06-cv-882-MHT

    V.            )

REGIONS UNIVERSITY, INC.            )  <u>AFFIDAVIT OF ANDREA R. BENDER</u>

           Defendant.            )

I, Andrea R. Bender, residing at 3650 Hayfield Place, Mobile, Alabama 36608, to the best of my knowledge, information and belief, formed after reasonable inquiry, hereby declare:

1.      I am over the age of 21 and have personal knowledge of the matters herein declared.

2.      I am submitting this Affidavit in support of the Motion for Summary Judgment, filed by the by the Defendant, Regions University, Inc.

3.      I received my Bachelor of Arts degree in English from the University of Alabama. I was a full-time paralegal from September 1990 to December 1996. I have worked for the past 10 years as a contract paralegal with various Alabama law firms.

4.      I have investigated certain businesses with trade names that include the word "Region" or "Regions" in the following states: Arkansas, Florida, Georgia, Illinois, Indiana, Louisiana, Missouri, North Carolina and Texas. I confined my search to businesses and organizations, which use the word "Region" or "Regions" without reference to a particular geographical region (such as "Southern Region"). I began my investigation by searching the various states Secretary of State records and then identified

the business names. I utilized various sources, including but not limited to internet

business information pages such as yellowpages.com, superpages.com, manta.com and

411.com. After identifying the businesses in each state, I attempted to contact each

business or organization by using the telephone number I obtained to determine if it was

still in existence; whether the business still used the term "Region" or "Regions" in the

name of the business or organization or whether the business ever used the term in its

business name, as well as other information regarding the scope of their operations,

advertising, and whether they had ever been contacted by Regions Bank.

     5.     The following is a summary of the contacts I have been able to make to

date. There are a number of additional businesses I have located and contacted but from

which I have not yet obtained information. I will supplement this Affidavit with any

additional information I obtain.

ARKANSAS

     6.     In the state of Arkansas, I was able to confirm the following information

about the following businesses and/or organizations:

     (a)     Regions Beyond, Inc. (Jacksonville, AR) I called a telephone

listing for Dr. Roy Harris, who was listed as the registered agent for Regions Beyond,

Inc. Dr. Harris identified himself as the owner of Regions Beyond. Regions Beyond is a

non-profit privately-owned company that has been in business under this name for 12

years. Dr. Roy Harris operates this organization which produces a monthly publication

entitled "Regions Beyond" as well as a number of other Christian literature publications

for Church growth nationwide. The company's web site is www.regbeyond.com (Exhibit

"1"). Regions Bank has not asked him to stop using the word Regions in his business name, although he has had contact with the Bank about similar phone numbers.

(b)    Regions Commercial Park, LLC.  (Fort Smith, AR)  I called a telephone listing for Richard Craft, identified on Arkansas Secretary of State's records as the managing member of this LLC.  I spoke with Mr. Richard Craft who identified himself as President of Regions Commercial Park, LLC.  He stated that the LLC owns commercial property that it leases to a clothing and shoe company owned by Mr. Craft. Mr. Craft has used the name Regions Commercial Park for 4-5 years.

(c)    Regions Forest Services, LLC.  (Monticello, AR.)  I contacted Mr. Grant Pace through a telephone listing for Region Forest Services, LLC.  Mr. Pace identified himself as the owner of Regions Forest Services, LLP.  He stated that his business is a timber buying and selling company that has been in business for 5 years. When he opened his business, another lumber company in the area, "Regions Timber" had recently gone out of business.  Mr. Pace, knowing the business name "Regions" would be available, selected Regions Forest Services, LLP as his business name.  Mr. Pace has not been contacted by Regions Bank. He has not been asked to stop using the word Regions in his business name.

### FLORIDA

7.    In the state of Florida, I was able to confirm the following information about the following businesses and/or organizations:

(a)    Regions Center  (St. Lucie, FL).  I called a telephone listing for InComm Properties, and spoke with Mr. Geoffrey Germony who identified himself as the owner of InCom Properties.  He stated that Regions Center is a commercial development

of InCom Properties in St. Lucie, FL. There is information available on Regions Center

at InCom Properties' web site www.incomproperties.com (Exhibit "2"). Mr. Germony

has not been contacted by Regions Bank or asked to stop using the word Regions in his

business name.

(b)    Regions Title, LLC (Boca Raton, FL). I called a telephone listing

for Regions Title, LLC and spoke with Maureen Havlik who identified herself as an

employee of Regions Title, LLC. She stated that Richard A. Phillips was the owner of

Regions Title, LLC. She stated that the business is a title company that has been named

Regions Title, LLC for 2 years. She told me that Regions Title, LLC often does real

estate closings for Regions Bank and that she and the other Regions Bank employees joke

about the similarity in their business names. Regions Title, LLC has 4 employees. The

business has not been contacted by Regions Bank regarding its business name. They

have not been asked to stop using the word Regions in their business name.

## GEORGIA

8.    In the state of Georgia, I was able to confirm the following information

about the following businesses and/or organizations:

(a)    Regions Land and Investments, Inc. d/b/a Regions Realty (Colbert,

GA). I called a telephone listing for Regions Realty and spoke with Virginia Beavers,

who identified herself as the owner and agent for Regions Land and Investments, Inc.

She and her husband, Carrol Beavers, own and run the business, which she identified as a

real estate agency that does business as Regions Realty and that sells commercial and

residential real estate in Colbert, GA. She indicated that they are listed in other cities in

Georgia, such as Athens, to attract additional buyers, although they have only one office

4

and one location. She said that they have 6 agents that work for them. The company's annual sales are approximately $3 million per year. Virginia Beavers has not been contacted by Regions Bank regarding her business name. The company's web site is www.regionsrealty.com. They advertise in the White and Yellow Pages and have "For Sale" signs with "Regions Realty" printed on them. They have not been contacted by Regions Bank or asked to stop using the word Regions in their business name.

## ILLINOIS

9.      In the state of Illinois, I was able to confirm the following information about the following businesses and/or organizations:

(a)     <u>Regions, An American Café</u>. (Chicago, IL). I called a telephone listing for Holidauy Inn Chicago Mart Plaza and spoke with Mr. John Dexter, the Food and Beverage Director of the Holiday Inn Chicago Mart Plaza. He indicated that Regions, An American Café is the name of the restaurant that operates within the hotel, and is owned by the hotel. It has had that same name for approximately 15 years. The restaurant has approximately 40 employees and has annual sales of approximately $1.5 mm. They advertise at www.Restaurant.com and in the Yellow and White Pages. They have not been contacted by Regions Bank regarding its business name and have not been asked to stop using the word Regions in their restaurant name.

(b)     <u>Region Metal, Inc</u>. (Westmont, IL). I called a telephone listing for Spunder Metal, Inc.and spoke with the owner, Mr. Mike Spunder, who stated that his father had operated the business as Region Metal, Inc. for 30 years in Westmont, IL. When he took over the business in February 2004 he changed the name to Spunder Metals, Inc. The business did not change in any other significant way. It is a scrap metal

recycling company. Region Metal, Inc. had 5-7 employees. The business Region Metal was listed in the Yellow and White Pages. "Region Metal, Inc." was written on the outside of the trucks they drove. Region Metal, to his knowledge, was never contacted by Regions Bank or asked to stop using the name Region Metal.

## INDIANA

10.     In the state of Indiana, I was able to confirm the following information about the following businesses and/or organizations:

(a)     Region Design Group, Inc. (Munster, IN). I called a telephone listing for Region Design Group, Inc. and spoke with Mr. Terry Klema, who identified himself as the owner of Region Design Group, Inc. It is a web design and host company. He has used the name Region Design Group for 5 years. His web address is www.regiondesign.com (Exhibit "3"). He advertises on the Internet as Region Design Group. He has not been contacted by Regions Bank or asked to stop using the word Region in his business name.

(b)     Region Signs, Inc. (Whiting, IN). I called a phone listing for Region Signs, Inc. and spoke with Carolyn Sarvanidis. She said that she, Tim King and Debbie King have owned the sign-making business since February 7, 2003. They specialize in the design and manufacturing of custom signs. They advertise on the Internet at www.regionsigns.com (Exhibit "4") and in the Yellow Pages, White Pages and local newspaper as Region Signs, Inc. They have 10-11 employees. They have not been contacted by Regions Bank or asked to change their business name.

(c)     Region Sports Network, LL. (Highland, IN). I called a telephone listing for Region Sports Network and spoke with Mr. Chris Ramirez who stated that he

He advertises in newspapers, Yellow Pages, White Pages, radio and the Internet at www.regionsports.com (Exhibit "5"). They have not been contacted by Regions Bank or asked to change their business name.

(d)     Region Title, LLC. (Munster, IN). I called a telephone listing for Region Title and spoke with Herm Hoge who identified himself as the President of Region Title, LLC. Region Title, LLC is a ReMax Realty office. It conducts commercial and residential sales in the northwest corner of Indiana and Chicago area. He advertises on the Internet at www.regionhomes.com (Exhibit "6"). He has not been contacted by Regions Bank or asked to change his business name.

## LOUISIANA

11.     In the state of Louisiana, I was able to confirm the following information about the following businesses and/or organizations:

(a)     Regions Community Behavioral Health Center. (Covington, LA). I called a telephone listing for Regions Community Behavioral Health Center and spoke with the receptionist, Michelle. Michelle gave me a home telephone number for the owners of the facility, Mr. and Mrs. John Morgan. I telephoned that number and spoke with a woman who identified herself as the wife of John Morgan, who owned Regions Community Behavioral Health Center. She stated that the facility is a privately owned outpatient mental health facility. They have three locations in Louisiana and 40 employees. They have used the name "Regions Community Behavioral Health Center"

7

for 4 years.  They have not been contacted by Regions Bank or asked to stop using the word Regions in their business name.

## MISSOURI

12.     In the state of Missouri, I was able to confirm the following information about the following businesses and/or organizations:

(a)     <u>Region Medical Equipment, LLC</u>  (Paris, MO).  I called a telephone listing for Region Medical Equipment, LLC and the person with whom I spoke, Mr. Ed Mitchell, identified himself as the owner of this medical supply and sales business.  He has been using this name for his business for 5 years.  He has never been contacted by Regions Bank nor has he been asked to stop using the word Regions in his business title.  His business covers the northeast Missouri area.  He advertises in the Super Pages, White Pages and Yellow Pages.

(b)     <u>Regions Survey</u>  (Kansas City, MO).  I called a telephone listing for Regions Survey and the person with whom I spoke, Mr. Vic Jodt, identified himself as the owner.  He stated that his company is a land survey company with 4 employees.  It is listed in the Yellow Pages and White Pages.  It has been in business for 3 years.  He has not been contacted by Regions Bank nor asked him to stop using the word Regions in his business name.

## NORTH CAROLINA

13.     In the state of North Carolina, I was able to confirm the following information about the following businesses and/or organizations:

(a)     <u>Regions Real Estate Services, Inc.</u>  (Charlotte, NC)  I called a

telephone listing for Regions Real Estate Services, Inc. and the person with whom I

spoke, Mr. C. Paisley Gordon, identified himself as the owner of Regions Real Estate

Services, Inc., which is a real estate brokerage business. He indicated the he had

operated under this business name for 8 years. He advertises in the White Pages. His

business covers the Charlotte, NC area. He has not been contacted by Regions Bank or

asked to stop using the word Regions in his business name.

### TEXAS

14.    In the state of Texas, I was able to confirm the following information

about the following businesses and/or organizations:

(a)    <u>Regions Christian Center</u>. (Texarkana, TX). I called a telephone

listing for Regions Christian Center and the person with whom I spoke, Pastor Ken

Bangs, identified himself as the pastor of Regions Christian Center, a non-profit church

covering northeast Texas. It has been in operation under that name for 1 year. He is

listed in the White Pages and has Regions Christian Center printed on his weekly

bulletins. He also has a web site at www.regionschristiancenter.org (Exhibit "7"). He

has not been contacted by Regions Bank or asked to stop using the word Regions in the

name of his church.

(b)    <u>Regions Oil & Gas, Inc.</u> (Addison, TX). I called a telephone

listing for Regions Oil & Gas, Inc. and spoke with the owner, Jerry Griggs. Mr. Griggs

told me that his company was in the oil and gas business. He employs between 5-25

employees, depending on the wells production. He has offices in Addison, TX and

Okmulgee, OK. He conducts business in Texas, Oklahoma and Louisiana. His website

is www.regionsoil.com (Exhibit "8"). He has had the name "Regions" in his business

title since October 2006. He has not been contacted by Regions Bank regarding changing

his business name.

      Further affiant sayeth not.

          Signed at: _Mobile, Al_____, this 9th day of August, 2007.

*Andrea R. Bender*
Andrea R. Bender


STATE OF ALABAMA:

County of Mobile:

      I, _Melodie McGehee_, the undersigned Notary Public, in and for said State and County, do hereby certify that ANDREA R. BENDER, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that she had read the foregoing Affidavit and knows the contents thereof, that the same are true to the best of her knowledge, information and belief, and that she executed the same voluntarily on the day the same bears date.

      Given under my hand and seal this the 9th day of August 2007.

          Notary Public, State of Alabama
          My Commission Expires: _____ ALABAMA AT LARGE
               MY COMMISSION EXPIRED May 12, 2010
               BONDED THRU NOTARY UNDERWRITERS

10



# *Regions Beyond Publicati*

## 815 Chateau Drive • Rogers, AR 72
## (479) 531-8694

Home

About Us

Bookstore

Church Growth
Materials

Sunday School
Materials

Children's Books

Helpful Books

Pastoral

Past Issues

Downloads

Refund Policy

Sunday School Helps

Church Growth

Heritage Baptist Bible
Co

Missions

The Copelands, Mexico

The Whitfields,
Tanzania

The Pattons, Guyana
SA

Samples

View Cart

E-Books

## *Welcome to Regions Beyond!*

### Where can I find Church Growth material?

**www.RegBeyond.com/Bookstore.html**

### Where can I find great Sunday School material?

**www.RegBeyond.com/Bookstore.html**

### Where can I find great Childrens material?

**www.RegBeyond.com/Bookstore.html**

### Where can I find great Childrens material?

**www.RegBeyond.com/Bookstore.html**

### Where can i find great  pastoral helps?

**www.RegBeyond.com/Bookstore.html**

**You will want to receive FULL ACCESS to our web-site**

**For pastors, full-time Christian workers, Sunday School teachers ...
interested in serving the Lord!**

- **Access to all of our password protected pages . .**
- **Hard-copies of the *Regions Beyond Papers* . . .**
- **In our *"Subscribers"* section you'll have access to weekly ministry**

**Get your On-Line Subscription TODAY!!**

**www.RegBeyond.com/Bookstore.html**

EXHIBIT

1

Affidavit

You will want to receive our **FREE WEEKLY NEWSLET**

**To Subscribe to our Newsletter ...** www.RegBeyond.com/Newsletter.html

- Enter e-mail address
- Agree to our Privacy Policy
- Click "Subscribe" button
- Respond to confirmation e-mail

**www.RegBeyond.com/Bookstore.html**

## The P.E.A.R Formula

1. A *"planned"* effort to reach others for Bible study.
2. The assignment of a *"bite sized task"* to reach large numbers.
3. A *"balanced"* system for consistent growth.
4. Growth that is *"consistent"* with Sunday School Growth Laws.
5. An *"organized"* method to expand the Sunday School organization.
6. The development of an *"effective structure"* that provides a place for e person.
7. The *"creation"* of additional classes and departments so that natural gro occur.

---

### The Sunday School Kit

*The Sunday School Kit* **gives you the materials you need to not only plan a powerful organization strategy, but provides what you need to train your people to carry out that strategy.**
http://www.regionsbeyond.citymax.com/catalog/item/3653390/3267666.htm

---

*"Try God Faith-Builder Program"*

Page 3 of 3

*The Try God ,"Faith Builder" Program* is an idea that God gave me about
It is a powerful, Faith building, fun method to raise special monies for any project
have. It can powerfully be used to raise finances, of all kinds, every week until the L
     I believe this program can be called the *"twin brother" to Faith-Promise Mis*
God had given me this program earlier in my pastorate. *The "Try God" Pr*
about because I did not always have the money for church needs or to help when
sent out a plea -- *"not enough money".*

**www.RegBeyond.com/ChurchGrowthMaterials.html**

---

<img src="http://FundamentalTop500.com/ft500.php3?sid=65794" height="38" wid
border="0" alt="The Fundamental Top 500">

Powered by CityMax.com



INDUSTRIAL    COMMERCIAL    CONSTRUCTION    DEVELOP

About Us    Properties    Resources    Contac

Industrial Site/Land Sales

Industrial/Warehouse Leasing

Industrial/Warehouse Sales

Build to Suit



# Regions Center

PROPERTI

## *Industrial Business Park*



A total of thirty fully developed lots from two-thirds of an acre and up are now available, zoned for light industrial use at Regions Center . Lots may be combined to provide the right siz parcel to best suit your needs. At Regions Center , In Com architects will assist in reviewing the available lots and making recommendations to accommodate the unique needs and expectations of your business. Yard space, dock-high loading, custom office, warehouse and production planning-the In Com experts will take care of everything, ensuring that your new location is ideal for the growth of your business.

There are a variety of ways for your business to take advantage of a Regions Center location: Buy the lot and build your own building according to In Com's architectural guidelines, buy the lot and have In Com build your building, or lease both the land and building, built to suit by In Com.

- ‣ Building Permit Ready
- ‣ Maximum lot coverage, Up to 50% building coverage and 80% impervious coverage
- ‣ Lower coast-per-buildable-acre
- ‣ Easy access from all directions, with right and left turns in and out in.
- ‣ Up to 65-foot allowable building height
- ‣ Land use per county standards
- ‣ Underground utilities

**Site Plan**



EXHIBIT

2

Affidavit



click to enlarge

Owner couldn't ask for a better position while conducting business from Regions Center . Located between Port St. Lucie and Vero Beach , Regions Center is just off I-95 and the Florida Turnpike, just mile from the airport and deep-water port at Fort Pierce.

### THE HUB OF COMMERCE IN ST. LUCIE

St. Lucie Country is one of the fastest growing areas in the United States. With its high quality of life, business-friendly environment, and central location to major Florida metros, Miami, Orlando, Tampa, and Jacksonville, St. Lucie is fast emerging as one of the major business centers in Florida . Owner couldn't ask for a better position- between Port St. Lucie and Vero Beach, just off I-95 and the Florida Turnpike. The location is ideal for investors to take advantage of this unique opportunity to own a piece of prime industrial real estate.

**Location Map**



click to enlarge

Discover for yourself the value of this prime location that some of our national and local owners and tenants are already enjoying. Come join the growing list of companies that have identified an In Com property as the right choice for their business: DHL Express, Carrier Air Conditioning, Maronda Homes, Goodwill Industries, and Universal Engineering and Testing.

### A POWERFUL LOCATION........

Owners of InCom properties take control of their businesses like never before, thanks to variety of factors that give them ultimate edge prime location, in -house planning engineering, architecture and construction management, in -house marketing sales and property management , above standard construction, adaptable plans, and attractive presentation. Take a look at how In Com brings them all together to create the ideal working environment for your business at Regions Center , their newest industrial park.

### WELCOME TO THE FAMILY.....

In Com is a family-owned and operated business that takes pride in its open-door accessibility for its clients. Regions Center is part of In Com's newest line-up of professio commerce centers, stemming from the success of In Com's first project in St. Lucie, the now very successful First Source Commerce Park .

### MORE TIME TO GROW....

At In Com Properties, all general maintenance for the project is taken care of by our property management staff, allowing owners to dedicate their time to more important matters, like growing their business and increasing their bottom line. In Com ensures tha its properties are always presented in the highest of lights, including Regions Center . Beautiful landscaping; clean architectural exteriors; and practical, efficient traffic designs are standards that the company is committed to upholding. We take pride in the

appearance of our facilities, and we want all of our owners to remain proud to be a part of them for many years to come.





Home | About Us | Properties | Resources | Contact Us
© Copyright 2007 InCom Properties, Inc. | All Rights Reserved.

Region Design Group, Inc.



Website Design / Administration / Hosting
Graphics - Logos / Database Administration
E-Commerce / Domain Names

Customer Login

Contact Us

Ph. 219-836-4060

**Region Design,** providing affordable internet solutions to
businesses large and small. Our services include affordable
hosting, design, graphics, e-commerce, database design
and administration, consulting, search engine submission
and domain registration. We provide our customers quality
service and honest advice. Let us help your business grow.

We believe that the key to a successful business starts with
customer service. And we are committed to providing the
highest level of service to all our clients.

We understand the needs of a small business, so our pricing
is designed to fit into any advertising budget.

Home          Clients          Design          Contact          About          Hosting

EXHIBIT
3
Affidavit

Welcome to Region Signs                                                                   Page 1 of 2



**Signs      Vinyl Graphics      Promoti**
**Trophies/Awards      Engraving**

 Home

 Contact

 Portfolio

 Links

 Feedback

## Offering the Best SAFETY SIGNS in the REGION

**Region Signs Inc.** is a company specializing in the design and manufacturing of custom signage and identification. **Located conveniently in downtown Whiting** and established in 2003 by **Carolyn Sarvanidis** and **Tim & Debbie King**, our goal is always to maintain giving our customers the best in products, service, and selection.

We currently service and promptly deliver to the following companies: **MITTAL STEEL USA, Praxair, Unilever, Valporaiso University, Chicago Heights Steel, UGN Inc., Horseshoe Casino, Strack and VanTil's, Municipalities, plus additional Chicagoland and Northwest Indiana customers**.



**Region Signs Inc.** is also a distributor for **Stonehouse Signs, Gill Line, Marking Services, NABCO**. We are also an ASI company with thousands of promotional companies ready to su your identification needs.
*With our state of the art equipment we have the capabilities of producing....*

- Banners
- Safety Signs
- Event Signs
- Decals
- Pipe Identification
- 
- Vehicle & Boat Lettering
- Window Lettering
- Rubber Stamps
- Promotional Items
- Engraved Tags & Nameplates
- Hard Hat Labels

**If you require additional information, please call us at 219-473-1616** or fa **219-473-9905**. You can also contact us via **e-mail** at regionsigns@aol.com. *forward to hearing from you soon.*

http://www.regionsigns.com/

**EXHIBIT**
4
Affidavit

**Carolyn Sarvanidis, President**
**Tim King, Vice President**
**Debbie King, Secretary/Treasurer**

## The Region Pit Crew

Neil, Missy, Juan, Terri, Jeff and Brian are ready
willing and able to create your signs.



Home Page | Contact Us | Portfolio | Links | Feedback
Signs | Vinyl Graphics | Promotional Items | Trophies, Awards | Engraving | Banenrs

**Website created and hosted by Doppler Internet**
© 2005 All rights reserved.
Any reproduction of this material is prohibited unless authorized





# REGIONSPORTS.COM
## "THE ONLY GAME IN TOWN!"



Centier PLAYER of GAM

Announced at the conclusion of each live RSN game broadcast    Click H

## To Listen to Exciting High School Baseball Action Click H



**RSN Home**
**RSN Internet Radio**
**RSN Video**
**RSN Headlines**
**RSM Classics**
**Region Sports Monthly**

PLAYER of the Centier GAME

**Centier Players Of The Game**
**Region Football**
**Region Baseball**

Pleasant View
Dairy Corp.

**Pleasant View Peak Performer**
**Region Basketball**
**Region Wrestling**


GCR TIRE CENTERS

**Driver's Edge Award**
**RSN Photogallery**
**RegionScores.com**
**RSN MESSAGEBOARD**


Academic all star Citizens BANK

**Academic All-Star**
**Broadcast Schedule**
**Join RSN Newsletter**
**RSN Links**
**RSN Archives**
**RFCU Top Ten**
**Community Info**
**Sign-up**
**Members Login**
**Programming**
**Contact Info**
**About Us**
**Advertise With Us**

*New to The Region Sports Network?*

*Check out this video preview to find out why we are....*
*THE ONLY GAME IN TOWN!*

*Region Sports Messageboard*

## REGION SPORTS ON-DEMAND AUDIO STREAMING
*- Relive past broadcasts of exciting Region Sports Network coverage!*

## REGION SPORTS VIDEO

*If You Have Game Video, Click Here to Help*
*- Check out exclusive region Football, Basketball, & Baseball Highlights as only the Region Sports Network can provide!*

## RSN COMMUNITY BULLETINS
*- Help strengthen our community with Northwest Indiana's "National Night Out." Click above for more details.*

## RSN SPORTS HEADLINES

*- Click Here to check out the RSN Pleasant View Peak Performers, Best of the Rest for the 2007 Baseball Season!*

## REGION SPORTS MONTHLY
*- Is Mount Carmel Recruiting The Region?*

RSN June/July 2007 Ec



**Find Region Sports Mo**
**@ over 200 location**







EXHIBIT
5
Affidavit





If you have questions or comments for the RSN or an idea for a feature story, call, fax or email us:
chris.ramirez@regionsports.com
chris.lannin@regionsports.com

FAX: 219-923-6321
PHONE: 219-923-2169

Staff Login

**By Chris Ramirez**

## REGION SPORTS ON MYSPACE
*- If you have a myspace account, be sure to add The Region Sports Network as a friend today! Just click on the above link to check out the RSN on myspace.com!*

## REGION SPORTS PHOTOS



*Congratulations Andrean Lady 59'ers 2007 Class 3A Softball State Champs!*
*View the Photo Gallery Here!*



View past Centier Bank Players of the Game
or visit Centier Bank Online





P.O. Box 1971    Highland
www.ProVidServices.co
219-923-6820


**AUTOMATI**
**CONTROL**
**SERVICES,**

2440 ONTARIO ST., SCHERER
Phone: (219) 558-2060
WWW.PLCexperts.com



*Driver's Edge Awar*

**Internet Radio Now Av**
**for Game Nights**
*Listen to Region teams wherever*

**Give us your feedbi**
chris.ramirez@regionspor
chris.lannin@regionspor

**HELP WANTED:**
*Start a career in the sports i*
*E-mail to jobs@regionspor*
*Click Here To Find Out*



**REGION SPORTS VIDEO**
CLICK HERE TO VIEW HIGHLIGHTS

Vist the Region Sports Photo Ga
CLICK HERE!

**REGIONSPORTS.COM**
"THE ONLY GAME IN TOWN!"

Centier **PLAYER** of
**GAM**
Announced at the conclusion of each live RSN game broadcast

To Listen to Exciting High School Baseball Action Click H



RSN Home
RSN Internet Radio
RSN Video
RSN Headlines
RSM Classics
Region Sports Monthly


**PLAYER** of the
Centier **GAME**

Centier Players Of The Game
Region Football
Region Baseball

Pleasant View

Pleasant View Peak Performer
Region Basketball
Region Wrestling


GCR CENTERS

Driver's Edge Award
RSN Photogallery
RegionScores.com
RSN MESSAGEBOARD

Academic
all star Citizens BANK

Academic All-Star
Broadcast Schedule
Join RSN Newsletter
RSN Links
RSN Archives
RFCU Top Ten
Community Info
Sign-up
Members Login
Programming
Contact Info
About Us
Advertise With Us





*New to The Region Sports Network?*

*Check out this video preview to find out why we are....*
*THE ONLY GAME IN TOWN!*

*Region Sports Messageboard*

## REGION SPORTS ON-DEMAND AUDIO STREAMING
*- Relive past broadcasts of exciting Region Sports Network coverage!*



## REGION SPORTS VIDEO
*If You Have Game Video, Click Here to Help*
*- Check out exclusive region Football, Basketball, & Baseball Highlights as only the Region Sports Network can provide!*

## RSN COMMUNITY BULLETINS
*- Help strengthen our community with Northwest Indiana's "National Night Out." Click above for more details.*

## RSN SPORTS HEADLINES

*- Click Here to check out the RSN Pleasant View Peak Performers, Best of the Rest for the 2007 Baseball Season!*

## REGION SPORTS MONTHLY
*- Is Mount Carmel Recruiting The Region?*

RSM June/July 2007 Ed



Find Region Sports Mo @ over 200 location











If you have questions or comments for the RSN or an idea for a feature story, call, fax or email us:
chris.ramirez@regionsports.com
chris.lannin@regionsports.com

FAX: 219-923-6321
PHONE: 219-923-2169

Staff Login

**By Chris Ramirez**

**REGION SPORTS ON MYSPACE**
- If you have a myspace account, be sure to add The Region Sports Network as a friend today! Just click on the above link to check out the RSN on myspace.com!

**REGION SPORTS PHOTOS**



**Congratulations Andrean Lady 59'ers 2007 Class 3A Softball State Champs!**
**View the Photo Gallery Here!**



View past Centier Bank Players of the Game
or visit Centier Bank Online





P.O. Box 1971   Highland
www.ProVidServices.cc
219-923-6820



2440 ONTARIO ST., SCHERER
Phone: (219) 558-2060
WWW.PLCexperts.com



**Driver's Edge Awar**

**Internet Radio Now Av**
**for Game Nights**
Listen to Region teams wherever

**Give us your feedb**
chris.ramirez@regionspor
chris.lannin@regionspor

**HELP WANTED:**
Start a career in the sports i
E-mail to jobs@regionspor
**Click Here To Find Out**



Merrillville - $88,000    Dyer - $675,000    Munster - $250,000    Highla

Community  |  Our Company  |  Mortgage  |  Title  |  Relocation  |  Searches  |

Client Document Access  *Regionhomes.com*  Agent Login

Disclaimer
This site is hosted, designed, and copyright © 1994 - 2007 by Delta Media Group, Inc



EXHIBIT
6
Affidavit



| Home | About Us | Apples of Gold | Staff | Calendar | Youth/College & Career |



*Bringing the Cros[s]*
*world and the wor[ld]*
*Cross*

## Service Ti[mes]

### Sunday

9:30 am - Sunda[y]
10:30 am - Wo[rship]

From June 1 throu[gh]
Day join us for pr[ayer]
worship at 6:00 p.m[.]


Youth


About Us


Apples

For questions contact: questions@regionschristiancenter.org

All rights reserved. Material from faithHighway may not be copied, reproduced, or distributed in any way without consent.
best viewed with 800x600 resolution or better, IE 5.5 or better

**Contact faithHighway**

This site was created and desi[gned]
*faithHigh[way]*

EXHIBIT
7
Affidavit

○ Web  ● www.regic

HOME  ABOUT US  NEWS  PROJECTS     INVESTOR INFORMATION     CONTACT US     Data provided

# Welcome

**Regions Oil and Gas** is a company with a philosophy and strategy of "Bringing New Life to Old Forgotten Fields". The fields in question were generally produced in the early 1900's with the mind set and technology created during the industries infancy. As a result, these wells have large amounts of oil still in reserves. With today's technology these fields are proving to be very productive.

**Regions News:**

*Updated: 12/12/06*



A U.S. Department of Energy publication in 2004 stated that only approximately 1/3rd of the oil reserves have been recovered out of the old fields. These fields are known today as "Marginal" oil fields. After researching the topic, "Marginal" takes on a whole new meaning. To us it means "Success". With the proper techniques these fields can be just as productive as initial production! In other words, if we go into these fields, and use the latest technology, we can produce these fields just as they did when first drilled!

**Regions Oil and Gas** has organized and trained a crew of industry experts to ser operations, eliminating the need for third parties. We have strategic partners with necessary equipment (drilling rigs, pulling unit, etc.) to maintain our properties ar new wells in a timely manner. Add a world class sales team, and we have the abil economically "Bring New Life to Old Forgotten Fields".



EXHIBIT
8
Affidavit

© Regions Oil and Gas. All Rights Reserved.

Web design and development by Rags To Stitches
Productions.