IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, et al., | ) |
| Plaintiffs, | ) ) ) |
| | ) Civil Action No. 2:06-cv-882-MHT ) |
| REGIONS UNIVERSITY, INC. | ) ) |
| Defendant. | ) ) |

### SUPPLEMENTAL AFFIDAVIT OF STEPHEN J. STRICKLIN

Comes now the affiant and being first duly sworn, doth depose and say as follows:

1. My name is Stephen J. Stricklin and I have personal knowledge of the matters herein stated. I make this supplemental affidavit in support of the Motion for Summary Judgment filed by Defendant, Regions University, Inc.

2. In my original affidavit dated July 17, 2007, there were certain typographical errors that need to be corrected. These include the following:

   (a) On page 20 of my affidavit, under the discussion of "Region Chem Dry," the first line should read: "I called a telephone listing for Region Chem Dry" rather than for "River Region Productions, Inc."

   (b) On page 23, subparagraph 13(d), the name of the business should be "Regions Security Insurance" rather than "Region Security Insurance."

3. To supplement the named companies in my original affidavit, I respectfully submit the following additional companies that I was able to confirm:

## FLORIDA

l.)   Regions Land Group, LLC        (Bradenton, FL)

I called a telephone listing for Regions Land Group, LLC and the person with whom I spoke, James (Jim) Schier, identified himself as the owner of Regions Land Group, LLC. He said that he did not wish to participate in my investigation and would not discuss his business.

m.)   Regions Properties, LLC        (Panama City, FL)

I called a telephone listing for Regions Properties, LLC and the person with whom I spoke, a secretary named "Diane", identified herself as secretary to the owner of Regions Properties, LLC. She advised that the owner's name was Scott Seymour of Seymour Construction Co.. During my investigation I telephoned Regions Properties, LLC many times and each time "Diane" said she would have Mr. Seymour call but he never did contact me.

## GEORGIA

e.)   Regions Properties, LLC        (Peachtree City, GA)

I called a telephone listing for Regions Properties, LLC and the person with whom I spoke, Phillip E. Brooks, Esquire, identified himself as the owner of Regions Properties, LLC. Other than advising that his company has sold a couple of properties, Mr. Brooks sent me an e-mail dated June 13, 2007 that "Regions respectfully declines to participate" in my investigation.

Further, affiant saith not.

Signed at: Mobile, Alabama, this 31st day of July, 2007.

2

_____
Stephen J. Stricklin


STATE OF ALABAMA:
COUNTY OF MOBILE:

I, Pauline C. Holder, the undersigned Notary Public, in and for said State and County, do hereby certify that STEPHEN J. STRICKLIN, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that he had read the foregoing Affidavit and knows the contents thereof, that the same are true to the best of his knowledge, information and belief, and that he executed the same voluntarily on the day the same bears date.

Given under my hand and seal this the 31st day of July, 2007.

Pauline C. Holder
Notary Public, State of Alabama
My Commission Expires: _____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Aug 8, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

3