IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, et al. ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 2:06-cv-882-MHT |
| REGIONS UNIVERSITY, INC. ) | |
| Defendant. ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE
<u>AND MEDIATION</u>**

COME NOW the Plaintiffs, by and through their counsel and file this Notice pursuant to the Court's Scheduling Order entered in this cause. Counsel for the parties and individual representatives of the parties have had face-to-face settlement conferences and despite the good faith efforts of all involved, it does not appear that the parties can reach any settlement in this case. In addition, it does not appear that mediation would be helpful in trying to reach any settlement in this case.

Respectfully submitted this the 10th day of August, 2007.

/s/ Charles B. Paterson
One of the Attorneys for Plaintiffs Regions Asset
Company, Regions Financial Company and Regions
Bank

183641.1

**OF COUNSEL:**
Charles B. Paterson (PAT018)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
pclark@balch.com

William G. Pecau
Rachel M. Marmer
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202)429-6244
Facsimile: (202)429-3902
wpecau@steptoe.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and/or by overnight mail service a copy of the foregoing document to all participating and non-CM/ECF participants this the 10th day of August, 2007:

| | |
|---|---|
| Victor T. Hudson | James E. Shlesinger |
| William W. Watts, III | Shlesinger, Arkwright & Garvey LLP |
| Hudson & Watts, LLP | 1420 King Street |
| Post Office Box 989 | Suite 600 |
| Mobile, Alabama 36601-0989 | Alexandria, Virginia 22314 |

/s/ Charles B. Paterson
Of Counsel