## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

|  |  |
|---|---|
| REGIONS ASSET COMPANY, et al., )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiffs,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　) Civil Action No. 2:06-cv-882-MHT<br>　　　　　　　　　　　　　　　　)<br>REGIONS UNIVERSITY, INC.　　　 )<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant.　　　　　　　 )<br>　　　　　　　　　　　　　　　　) | |

**NOTICE OF FILING**

COMES NOW the defendant Regions University, Inc. and gives notice of the filing of the following evidentiary materials in support of its motion for summary judgment:

　　1.　Affidavit of Pauline Holder Re: Business Listings.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ VICTOR T. HUDSON
　　　　　　　　　　　　　　　　　　[HUDSV1684]
　　　　　　　　　　　　　　　　　　tom@alabamatrial.com
　　　　　　　　　　　　　　　　　　WILLIAM W. WATTS, III
　　　　　　　　　　　　　　　　　　[WATTW5095]
　　　　　　　　　　　　　　　　　　bill@alabamatrial.com
　　　　　　　　　　　　　　　　　　Hudson & Watts, LLP
　　　　　　　　　　　　　　　　　　Post Office Box 989
　　　　　　　　　　　　　　　　　　Mobile, Alabama 36601

　　　　　　　　　　　　　　　　　　JAMES E. SHLESINGER
　　　　　　　　　　　　　　　　　　Shlesinger, Arkwright &
　　　　　　　　　　　　　　　　　　　　Garvey LLP
　　　　　　　　　　　　　　　　　　1420 King Street, Suite 600
　　　　　　　　　　　　　　　　　　Alexandria, Virginia 22314

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on August 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

    William G. Pecau, Esq.
    Rachel M. Marmer, Esq.
    STEPTOE & JOHNSON LLP
    1330 Connecticut Avenue, NW
    Washington, DC 20036

    Charles B. Paterson, Esq.
    Paul A. Clark, Esq.
    BALCH & BINGHAM, LLP
    105 Tallapoosa Street, Suite 200
    Montgomery, Alabama  36104


                                      <u>/s/ VICTOR T. HUDSON</u>