IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

REGIONS ASSET COMPANY, et al.,

Plaintiffs,

) Civil Action No. 2:06-cv-882-MHT

REGIONS UNIVERSITY, INC.

Defendant.

AFFIDAVIT OF PAULINE HOLDER RE: BUSINESS LISTINGS

Comes now the affiant and being first duly sworn, doth depose and say as follows:

1. My name is Pauline Holder. I am a paralegal for the law firm of Hudson & Watts, LLP. I have personal knowledge of the matters herein stated and make this affidavit in support of the Motion for Summary Judgment filed by Defendant, Regions University, Inc.

2. Attached to this affidavit as Exhibit A are true and complete copies of pages from the white pages from the current telephone directories published by AT&T ("the Real Yellow Pages") as located online at www.realpageslive.com. The attached white pages show telephone listings for the following companies in the following cities:

Region 2020 (Birmingham, Alabama)
Regions Pest Control (Birmingham, Alabama)
Region South Enterprises, Inc. (Altamonte Springs, Florida)
Regions Facility Services, Inc. (Spring Hill, Florida)
Regions Contractors, Inc. (Tallahassee, Florida)
Region's Contractor (Tallahassee, Florida)
Regions Contractors (Pensacola, Florida)
Regions Development, Inc. (Woodstock, Georgia)
Regions Realty (Colbert, Georgia)
Regions Community Behavioral Health Center, Inc. (Baton Rouge, Louisiana)
Regions Wholesale Battery (Baton Rouge, Louisiana)
Regions Security Insurance (Denham Springs, Louisiana)
Region Realty (Covington, Louisiana)
Regions Real Estate Services (Charlotte, North Carolina)

        Region Cleaning Masters (Asheville, North Carolina)
        Regions Air (Smyrna, Tennessee)
        Region First Realty (Clinton, Tennessee)
        Regions Realty Group, LLC (Jacksboro, Tennessee)

3.     Attached hereto as Exhibit B are true and correct copies of listings of the following

businesses as listed in www.yellowpages.com:

        Region 2020, Inc. (Birmingham, Alabama)
        Region's Contractor (Tallahassee, Florida)
        Regions Contractors, Inc. (Crawfordville, Florida)
        Regions Contractors (Pace, Florida)
        Regions Facility Services, Inc. (Brooksville, Florida and Spring Hill, Florida)
        Regions Realty (Colbert, Georgia)
        Region South Enterprises, Inc. (Altamonte Springs, Florida)
        Regions Title, LLC (Boca Raton, Florida)
        Regions Van Lines (Miami Gardens, Florida)
        Regions Development, Inc. (Woodstock, Georgia)
        Regions Realty (Athens, Georgia)
        Region Fence Sales, Inc. (Harvey, Illinois and other locations in Illinois)
        Region Pools (Hammond, Indiana)
        Region Chem Dry (Highland, Indiana and Hammond, Indiana)
        Region Design Group, Inc. (Munster, Indiana)
        Region Freight Lines, Inc. (Schererville, Indiana)
        Region Home Improvement (Demotte, Indiana)
        Region Real Estate, Inc. (Munster, Indiana)
        Region Roofing, Inc. (Gary, Indiana)
        Region Signs, Inc. (Whiting, Indiana)
        Regions Community Behavioral Health Center, Inc. (Covington, Louisiana)
        Region Medical Equipment, LLC (Paris, Missouri)
        Region Survey (Independence, Missouri)
        Region Welding (Union, Missouri)
        Region Cleaning Masters (Candler, North Carolina)
        Regions Real Estate Services, Inc. (Pineville, North Carolina)
        Regions Air (Smyrna, Tennessee)
        Regions Contractors (Greeneville, Tennessee)
        Region First Realty (Clinton, Tennessee)
        Regions Realty Group, LLC (Jacksboro, Tennessee)
        Region Stone Products (Maryville, Tennessee)
        Regions Agribusiness (Cordova, Tennessee)
        Region Realty (Collinsville, Illinois)
        Regions Propane (Robbinsville, North Carolina)
        Regions Propane AL, LLC (Bryson City, North Carolina)

4.     Attached hereto as Exhibit C are true and correct copies of listings of the following

businesses as listed in www.superpages.com:

Region 2020, Inc. (Birmingham, Alabama)
Regions Air (Smyrna, Tennessee)
Regions Pest Control (Trafford, Alabama)
Regions Propane (Centre, Alabama and Scottsboro, Alabama)
Regions Communications (Hutto, Texas)
Regions Contractors, Inc. (Crawfordville, Florida)
Regions Contractors (Tallahassee, Florida and Milton, Florida)
Region's Contractor (Tallahassee, Florida)
Regions Facility Services, Inc. (Spring Hill, Florida)
Regions Development, Inc. (Marietta, Georgia)
Regions Hospitality (Gainesville, Georgia)
Regions Realty (Colbert, Georgia)
Regions Propane (Trion, Georgia)
Regions Community Behavioral Health Center, Inc. (Baton Rouge Louisiana)
Regions Security Insurance (Denham Springs, Louisiana)
Regions Wholesale Battery (Baton Rouge, Louisiana)
Region South Enterprises, Inc. (Altamonte Springs, Florida)
Region Realty (Panama City Beach, Florida)
Region Fence Sales, Inc. (University Park, Illinois and Oak Forest, Illinois)
Region Pools (Hammond, Illinois)
Region Communications, Inc. (Crown Point, Indiana)
Region Design Group, Inc. (Munster, Indiana)
Region Electric, Inc. (Gary, Indiana)
Region Freight Lines, Inc. (Schererville, Indiana)
Region Home Improvement (Demotte, Indiana)
Region Real Estate, Inc. (Munster, Indiana)
Region Roofing, Inc. (Gary, Indiana)
Region Signs, Inc. (Whiting, Indiana)
Region Sports Network (Michigan City, Indiana, Elkhart, Indiana, and Highland, Indiana)
Region Medical Equipment, LLC (Paris, Missouri)
Region Cleaning Masters (Enka, North Carolina)
Region Café (San Antonio, Texas)
Region Cancer Center North Texas (McKinney, Texas)
Region Health Care (McAllen, Texas)
Region Insulation Inc. (Odessa, Texas)

5. Attached hereto as Exhibit D are true and correct copies of listings of the following businesses as listed on local.yahoo.com:

Regions Satellite & Company (Dallas, Texas)

6. Attached hereto as Exhibit E are true and correct copies of listings of the following businesses as listed on yp.com:

Regions Beyond Ministries, Inc. (Columbus, Georgia)
Regions Development Ltd. Co. (Crawfordville, Florida)
Regions Facility Services, Inc. (Tampa, Florida and Spring Hill, Florida)

Regions Contractors Inc. (Crawfordville, Florida)
Region's Contractor (Tallahassee, Florida)
Regions Salon (Fayetteville, Arkansas)
Region Chem Dry (Hammond, Indiana)
Region Communications Inc. (Crown Point, Indiana)
Region Datacom, LLC (Griffith, Indiana)
Region Design Group Inc. (Hammond, Indiana)
Region Electric Inc. (Gary, Indiana)
Region Freight Lines Inc. (Hammond, Indiana and Schererville, Indiana)
Region Home Improvement (Demotte, Indiana)
Region Pools (Gary, Indiana, Hammond, Indiana, and Schererville, Indiana)
Region Properties, LLC (Crown Point, Indiana)
Region Real Estate Inc. (Hammond, Indiana and Munster, Indiana)
Region Real Estate Resource (Whiting, Indiana)
Region Roofing Inc. (Gary, Indiana)
Region Signs Inc. (Whiting, Indiana)
Region Sports Network (Highland, Indiana)
Region South Enterprises Inc. (Altamonte Springs, Florida)

7. Attached hereto as Exhibit F are true and correct copies of listings of the following businesses as listed on www.yellowbook.com:

Regions Christian Center (Texarkana, Texas)

8. Attached hereto as Exhibit G are true and correct copies of listings of the following businesses as listed in the Dun & Bradstreet, Inc. listing at www.westlaw.com:

Regions Pest Control (Trafford, Alabama)
River Regions Realty (Prattville, Alabama)
River Region Veterinary Services (Prattville, Alabama)
Regions Contractors, Inc. (Crawfordville, Florida)
Regions Beyond International, Inc. (Tallahassee, Florida)
Regionatlantic Realty, LLC (Jacksonville, Florida)
Region Group, LLC (Tampa, Florida)
Regions Facility Services, Inc. (Spring Hill, Florida)
Region Van Lines, Inc. a/k/a Regions Moving (Miami Gardens, Florida)
Regions Beyond Ministries, Inc. (Columbus, Georgia)
Regions Land & Investments, Inc. (Colbert, Georgia)
Regions Development, Inc. (Canton, Georgia)
Region Fence Sales, Inc. (Harvey, Illinois, Posen, Illinois, and University Park, Illinois)
Region Realty, LLC (Collinsville, Illinois)
Region Pools (Hammond, Indiana)
Region Properties, LLC (Lake Village, Indiana)
Region Real Estate, Inc. (Hammond, Indiana)
Region Chem Dry (Hammond, Indiana)
Regions Wholesale Battery, LLC (Baton Rouge, Louisiana)
Regions Security Insurance (Denham Springs, Louisiana)
Regions Community Behavioral Health Center, Inc. (Baton Rouge, Louisiana)

All Regions Forestry, Inc. (Bossier City, Louisiana)
Regions Construction (Madison, Mississippi)
Region Welding of Missouri, Inc. (Union, Missouri)
Region Land Survey, Inc. (Blue Springs, Missouri and Independence, Missouri)
Region Construction, Inc. (Huntersville, North Carolina)
Region Properties, LLC (Florence, South Carolina)
Regions Development Group, LLC (Collierville, Tennessee)
Region First Realty (Clinton, Tennessee)
Region Realty Group, LLC (Jacksboro, Tennessee)
Regions Christian Center (Texarkana, Texas)
Regions Real Estate Services (Charlotte, North Carolina)

Further, affiant saith not.

Signed at: Mobile, Alabama, this 8th day of August, 2007.

Pauline Holder
Pauline Holder

STATE OF ALABAMA:
COUNTY OF MOBILE:

I, Melodie McGehee, the undersigned Notary Public, in and for said State and County, do hereby certify that PAULINE HOLDER, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that she had read the foregoing Affidavit and knows the contents thereof, that the same are true to the best of her knowledge, information and belief, and that she executed the same voluntarily on the day the same bears date.

Given under my hand and seal this the 8th day of August, 2007.

Notary Public, State of Alabama
My Commission Expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: May 12, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

Regency Centers 5192 Caldwell Mill Rd Birmingham 35244 — 408-1998
Regency Centers 2539 John Hawkins Pkwy Hoover 35244 — 982-7191
Regency Centers 2547 John Hawkins Pkwy Hoover 35244 — 444-0450
Regency Cleaners 2474 Old Springville Rd Clay 35215 — 853-1234
Regency Crown Condominiums
1200 Beacon Pkwy E 35209 — 870-1722
Regency Mortgage Co
1516 Center Point Pkwy Center Point 35215 — 856-7059
Regency Realty Inc
300 Office Park Dr Mountain Brook 35223 — 870-4666
Regency Retirement Village
281 West Oxmoor Rd Birmingham 35209 — 942-0210
Regency Retirement Village
285 West Oxmoor Rd Birmingham 35209 — 942-3355
Regency Summit Condominiums
1300 Beacon Park E 35209 — 871-0277
Regency Terrace Condominiums-
Main Ofc 1120 Beacon Pkwy E 35209 — 879-5813
Guard House 1120 Beacon Pkwy E 35209 — 879-5812
Regents Walk Apts 726 Raleigh Ct Homewood 35209 — 942-6515
Reggie's Auto Service 2900 Avenue F 35218 — 780-1555
Regina Couture 2031 Canyon Rd Vestavia Hills 35216 — 978-5151
Regina Jewelry & Treasures
604 Brookwood Village Hmwd 35209 — 870-9477
Regina's Nails 2023 Canyon Rd Vestavia Hills 35216 — 822-0163
Region 2020 1731 1st Av N Birmingham 35203 — 326-1100
Regional Biomedical 119 Watterson Pkwy Trussville 35173 — 655-1401
Regional Biomedical Laboratory
2500 Riverhaven Dr Hwr 35124 — 988-9885
Regional Nuclear Pharmaceutical LLC
1224 3rd Av S Birmingham 35233 — 322-4252
Regional Paramedical Services-
Emergency Jasper — 384-4300
Emergency 4701 Highway 78 Jasper 35501 — Dora Tel No 648-2005
*Business 3725 Old Birmingham Jasper 35501* — 384-4310
Non-Emergency — 979-6693
Regional Paramedical Services 975 Highway 31 Albstr — 664-1036
Regional Paramedical Services — 956-1103
Regional Paramedical Services Of Alabama — 979-8999
Regional Paramedical Services Of Alabama — 991-8668
Regional Paramedics — 956-1172
Regional Recycling LLC 515 1st Av N 35204 — 324-2482
Regional Services Corporation — 408-1522
Regional Trailer And Truck LLC
1617 10th Av N Birmingham 35203 — 328-5689

## REGIONS BANK-

Customer Service
Toll Free-Dial '1' & Then — 800 734-4667
Right Call 24 Hour Account Information — 290-5900
Loan By Phone
Toll Free-Dial '1' & Then — 800 588-1267
Branches-
Alabaster-
33 Kent Stone Way Albstr — 290-5664
Bessemer-
330 19th Street — 326-7554
Cahaba Heights-
3172 Cahaba Heights Plaza — 326-7607
Carraway-
1500 N 26th — 326-7589
Center Point-
2020 Center Point Rd — 326-7992
Columbiana-
21325 Hwy 25 — 669-4061
Deerfoot Parkway-
6685 Old Springville Rd — 326-7624
Eastwood-
7703 Eastwood Mall 35210 — 326-7962
Five Points South-
941 20th St S 35205 — 326-7548
Five Points West-
2250 Bessemer Rd 35208 — 326-7823
Five Points West Drive-Up-
2332 Warrior Rd 35208 — 326-7824
Forestdale-
*1605 Forestdale Blvd 35214* — 326-7972
Galleria Trace-
3065 John Hawkins Parkway — 326-7883
Gardendale-
1001 Decatur Hwy N — 326-7564
Green Springs-
475 Green Springs Hwy 35209 — 290-5406
Helena-
335 Helena Marketplace — 290-5962
Homewood-
1908 29th Ave S 35209 — 326-7828
Hoover-
1651 Montgomery Hwy 35216 — 290-5407
Inverness-
200 Inverness Center Dr — 326-7598
Montevallo-
181 Main St 35115 — 665-4708
Morgan Road-
2910 Morgan Rd-
Inside Winn Dixie — 326-7553
Mountain Brook-
2721 Culver Rd 35223 — 326-7878
Pelham-
2964 Pelham Pkwy 35124 — 663-0723
Roebuck-
9700 Parkway East 35215 — 326-7623
St Vincents Private Banking Center — 326-7549
Thirty-Second Street-
3121 3rd Av — 326-7588
Trussville-
429 Main St — 326-7546
Twentieth St N-
417 20th St N 35203 — 326-7547
Valleydale Rd-
9255 Helena Rd-
Inside Sunny Foods — 326-7643
Vestavia-
529 Montgomery Hwy 35216 — 290-5409

Continued On Next Column

Continued From Last Column

## REGIONS BANK-

Branches-
Village At Lee Branch-
1301 Doug Baker Blvd — 326-7608
Western Hills/Fairfield-
*43 Western Hills Mall* — 290-5607
Westlake-
731 9th Av N Bessemer 35020 — 326-7556
Wildwood-
210 Lakeshore Pkwy 35209 — 290-5985
Departments-
Bankwire — 420-5198
Branch Administration — 326-7513
Construction Lending-
105 Vulcan Rd — 944-1280
Commercial Banking — 326-7173
Corporate Security-
105 Vulcan Rd — 944-1254
Credit Administration — 326-7042
Credit Card Merchant Sales & Service
Toll Free-Dial '1' & Then — 800 725-1243
Credit Quality Management — 326-7117
Dealer Credit Services
Toll Free-Dial '1' & Then — 800 624-2415
Dividends Paid On Regions Stock
Toll Free-Dial '1' & Then — 800 524-2879
Employment — 290-5031
International
Toll Free-Dial '1' & Then — 877 419-0365
Corporate Foreign Exchange — 326-7386
International Wires — 420-5198
Letters Of Credit
Toll Free-Dial '1' & Then — 877 419-0365
IRA Service Center
Toll Free-Dial '1' & Then — 877 472-0034
Leasing
Toll Free-Dial '1' & Then — 877 395-2023
Management Consulting — 801-5301
Mortgage/Residential Loans — 326-7808
Or Call — 877-3177
National Corporate Banking — 326-7629
Private Banking — 326-7280
Recovery — 334 280-5385
Right Card-
Lost Or Stolen Cards Reporting
Toll Free-Dial '1' & Then — 800 295-8472
*Security* — 290-5311
And
Toll Free-Dial '1' & Then — 800 221-1059
Student Loans
Toll Free-Dial '1' & Then — 800 422-7404
TDD-Local — 326-7398
Or Call Alabama Relay
Toll Free-Dial '1' & Then — 800 855-1155
Treasury Management Services-
Sales
Toll Free-Dial '1' & Then — 877 226-5734
Client Support
Toll Free-Dial '1' & Then — 800 528-8796
Trust-
Corporate Trust — 326-7221
Estate Planning — 326-7226
Morgan Asset Management — 326-7248
Municipal Bond & Coupon Paying — 290-5511
Personal Trust — 326-7226
Or
Toll Free-Dial '1' & Then — 877 424-5370
Retirement Services — 244-2800
Trust New Business — 326-7358
Visa Check Card/Right Card Lost Or Stolen 24 Hours/7 Days A Week
Toll Free-Dial '1' & Then — 800 295-8472
Wire Transfer — 420-5198
*Regions Charity Classic 4000 Grand Av Hoover 35226* — 916-7860

## REGIONS CHARITY CLASSIC

Suite 110
www.regionscharityclassic.com
100 Grandview Pl 35243 — **969-9229**

Regions Facilities Management 417 20th St N Birmingham
Toll Free-Dial '1' & Then — 877 459-2903
Regions Financial Corporation 417 20th St N 35203 — 326-7206
Regions Morgan Keegan Trust — 326-7226
Regions Mortgage-
Residential Loans-
Bessemer-
339 N 19th Street 35111 — 425-1351
Birmingham-
417 N 20th St 35203 — 326-7808
2204 Lakeshore Dr 35209 — 877-3177
Hoover-Galleria-
3665 John Hawkins Pkwy 35244 — 444-9252
Trussville-
2222 9th Stre 35401 — 750-2786
Regions Mortgage Inc 429 Main St Trussville 35173 — 655-4168
Regions Pest Control — 590-3999
Regis Buisness Center 2100 Southbridge Pkwy 35209 — 879-1415
Regis Business Center 1 Perimeter Pk 35243 — 967-5519
Regis Corp 1628 Gadsden Hwy So 81 Trussville — 655-5248
Regis Corp 445 Main St Trussville 35173 — 655-1211
Regis Corp 445 Main St Trussville 35173 — 655-1272
Regis Corporation 2208 Village Dr Moody 35004 — 655-4446
Regis Salon-
Riverchase Galleria — 985-0555
703 Brookwood Village Homewood 35209 — 870-4477
Western Hills Mall 35064 — 925-0002
Regulus 1225 5th Av N — 443-4000
Rehab Associates 1209 Lake Dr SE 35022 — 481-0670
Rehab Associates 1209 Lake Dr SE 35022 — 481-0906
Rehab Associates LLC 592 Fieldstown Rd Gardendale 35071 — 608-3606

Rehab & Health Care Center Of Birmingham
2728 10th Av S Birmingham 35205 — 933-5794
Rehabcare Group 39 Hanover Cir 35205 — 930-0622
Rehabilitation And Healthcare Center Of Birmingham
2728 10th Av S 35205 — 933-7010
Rehabilitation Services Alabama Department Of-
236 Goodwin Hmwd 35209 — 290-4400
Bessemer Office Tuscaloosa Hwy Bessemer — 426-1294
Columbiana Office West College St — 669-3829
Rehabworks Inc 100 Shadow Wood Pk Birmingham — 982-4770
Rehoboth Christian Community Church
306 Avenue U Pratt City 35214 — 791-9227
Reich Companies 4850 Commerce Dr Trussville 35173 — 655-2121
Reich Harry H Co Foundry Eqpt Foundry Eqpt
4850 Commerce Dr Trussville 35173 — 655-2121
Reid Bob CLU ins 1900 27th Av S Homewood 35209 — 879-8536
Reid Calvin Construction Co Inc
3228 Lorna Rd Hoover 35216 — 822-4363
Reid Gregory J atty 931 Shorit Av Gardendale 35071 — 608-2972
Reid Gregory J Attorney At Law
931 Shorit Av Gardendale 35071 — 608-2972
Reid Racing LLC 1217 24th Av Hueytown 35023 — 425-6007
Reid Richard ins 3945 Independence Dr 35209 — 870-9643
Reid Sammie Dr ofc Corner Rd Warrior — 647-1938
Res 7461 Corner Rd Warrior 35180 — 647-1390
Reid's Kwik-Mart 25131 State Hwy 79 Trafford 35172 — 680-3467
Reiff Donald A MD UAB Medical Center — 934-6840
Reilly James MD 1801 University Blvd 35233 — 939-9834
Reinsurance Brokers Inc 2552 18th St S Homewood 35209 — 871-4949
Reiss J Custom Clothier 806 20th St S Birmingham 35205 — 933-9278
Reiss Sandra B atty 1819 5th Av N Bham 35203 — 328-1900
Reitz Audrey E atty 1400 SouthTrust Tower 35203 — 328-0640
Rejois Agency The 608 Tuscaloosa Av SW 35211 — 780-3402
Relationships Inc 2548 Valleydale Rd Birmingham 35244 — 991-3683
*Relax Inn 6101 1st Ave N Bham 35212* — 591-5575
Relax Therapeutic Massage
612 Lorna Square Hoover 35216 — 822-4227
Relaxing Touch Therapeutic Massage
2117 16th Av S Birmingham 35205 — 933-8899
Relfe Ann rl est 408 Hollywood Blvd 35209 — 879-8787
Res 3043 Canterbury Rd 35223 — 870-7223
Relfe J Massey Jr atty 2102-D Cahaba Rd 35223 — 870-1138
Relfe-Welden Real Estate Inc
408 Hollywood Blvd Bham 35209 — 879-8787
Reli Inc 2850 Cahaba Rd Mountain Brook 35223 — 868-9662
Reli Inc 5031 Ford Pkwy Bessemer 35022 — 424-3906
Reli Title & Closing Professionals The
3595 Grandview Pkwy Birmingham 35243 — 970-2200
*Reli Title & Closing Professionals The*
5336 Stadium Trace Pkwy Hoover 35244 — 403-8896
Reliable Air Conditioning Systems — 648-5888
Reliable Automation & Conveyor Systems Inc
901 40th St N Birmingham 35222 — 591-1566
Reliable Bethea Power Products
3098 Pelham Pkwy 35124 — 663-5674
Reliable Body Shop 100 39th St S 35222 — 592-0044
Reliable Communications — 833-2889

## RELIABLE INSPECTION SERVICE

4665 Old Looney Mill Rd Birmingham 35243 — **967-6116**

Reliable Inspection Services
4665 Old Looney Mill Rd 35243 — 967-6116
*Reliable Moving 1320 50th St N Birmingham 35212* — 591-9199
Reliable Moving — 823-1002
Reliable Moving Company — 663-1100
Reliable Moving Co — 995-9445
Reliable Moving Inc — 833-9455
Reliable Plumbing — 249-5385
Reliable Plumbing — 249-5385
Reliable Plumbing & Home Improvements — 249-5385
Reliable Remodeling Of Alabama
741 Valore Dr Pelham 35244 — 988-9121
Reliable Remodeling Of Alabama
741 Valore Dr Pelham 35244 — 988-9194
Reliable Rental 3501 4th Av S 35222 — 307-6270
Reliable Rental Supply Co 2610 3rd Av S 35233 — 326-3670
*Reliable Sign Services Inc 5003-A Whiting Dr Pelham* — 383-1591
Reliable Sign Services Inc
5003-A Whiting Dr Pelham 35124 — 664-0955
Reliable Tin Shop 3825 5th Ct N 35222 — 592-2314
Reliable Tire & Auto Service Highway 75 Remlap — 681-4068
Reliable/Bethea Power Products
3098 Pelham Pkwy Pelham 35124 — 663-0765

## RELIANCE ELECTRIC COMPANY- BIRMINGHAM SERVICE CENTER

3100 Pinson Valley Pkwy — **841-8377**
Renewal Parts 3100 Pinson Valley Pkwy — 841-8377

Reliance Financial Group 1100 Corporate Dr Hoover 35242 — 397-2450
Reliance Financial Group
*2100 Southbridge Pkwy Birmingham 35209* — 870-4466
Reliance Finanical Group 1608 7th Av N Birmingham 35203 — 328-2322
Reliant Healthcare-
Fax — 313-0446
6 Office Park Cir Mtn Brk 35223 — 313-0445
Reliant Healthcare LLC
2 Riverchase Office Plaza Hoover 35244 — 987-9650
Reliant Medical 500 Beacon Pkwy W 35209 — 943-5726
Reliantech 2900 6th Ave S Birmingham 35233 — 241-4487
Religious Education Press Meadow Brook — 991-1000
Reliv Alabama Independent Distributors — 912-7474
RelyAir Corp 6806 Highway 79 Pinson 35126 — 680-8141
Re-Mark-Able Services — 879-0222
RE/MAX 5237 Highway 280 S Bham — 313-8500
*RE/MAX 903 Montgomery Hwy Vestavia Hills 35216* — 979-8500
RE/MAX Above The Clouds
1844 Indian Hill Rd Vestavia 35216 — 823-0734
RE/MAX Above The Clouds — 823-0734
Remax Advantage 2964 Columbiana Rd Vestavia Hills 35216 — 824-2013

## RE/MAX ADVANTAGE

2964 Columbiana Rd Vestavia Hills 35216 — **979-9854**

## RE/MAX ADVANTAGE SOUTH

4850 Valleydale Rd 35242 — **991-1500**

Remax Advantage-Jeff Lindsey 2964 Columbiana Road — 492-7629

© BellSouth Advertising & Publishing Corporation 2007

EXHIBIT A

www.overchuck.com
Overchuck, Byron & Overchuck, P.A.
TRIAL ATTORNEYS
"All Accidents ■ All Injuries"
ORLANDO (407)872-6222
TOLL FREE (888)720-6222

Reedy Creek Improvement District-
Lake Buena Vista-
Building & Safety ---- 407 828-2034
Environmental Services ---- 407 824-7301
Finance ---- 407 828-3546
General ---- 407 828-2241
Planning & Engineering ---- 407 828-2250
Emergency Services (Business Office) ---- 407 560-1966
*Human Resources* ---- 407 934-7455
Information Services ---- 407 828-2440
Reedy Creek Improvement District Utility Division ---- 407 876-2349
Reedy Creek Yellow Cab ---- 407 774-2227
Reef Club Apartments
1915 Reef Club Drv Kissimmee Fl 34741 ---- 407 870-8808
Reef Funds
515 E Altamonte Dr Altamonte Springs 32701 ---- 407 331-8355
Reef Keepers LLC
2720 N Forsyth Rd Winter Park 32792 ---- 407 671-3469
Reeher James I 125 N Lakeview Ave Wn Gdn 34787 ---- 407 656-1135
Reel Lift Systems Inc ---- 407 324-4411
Reel Man ---- 352 243-6177
Reel Time Charters ---- 407 947-4772
Rees Maria ---- 407 851-8880
Reese Bradley R MD FACS-
7251 University Blvd 32792 ---- 407 677-0099
5979 Vineland Rd 32819 ---- 407 345-7982
Reese Bradley R MD FACS
1781 Park Center Dr Orl 32835 ---- 407 351-0675
Reese Food Courts
15771 S Apopka-Vineland Rd ORLANDO 32821 ---- 407 465-0712
Reese Renovations
6438 University Blvd Winter Park 32792 ---- 407 657-2566
Reeta Casey & Associates 6900 Turkey Lake Rd Orl ---- 407 352-7774
Reeves Brothers Inc
See Foamex L P
Reeves Christopher L DPM-
2111 Glenwood Drive Wn Pk 32792 ---- 407 647-1550
25 W Kaley Av Orl ---- 407 649-1234
Reeves Gary Drywall
2520 N Ronald Reagan Blvd Longwood 32750 ---- 407 339-3555
Reeves Gutter Guard ---- 407 296-7333
Reeves Gutter Guard & Supply
3804 N John Young Pkwy Orl 32804 ---- 407 298-1925
Reeves House Condo Association The
401 E Robinson St Orl 32801 ---- 407 422-9660
Reeves Jo Dr 1080 S Dillard St Wn Gdn 34761 ---- 407 291-8409

**REEVES JO DC**
1080 S Dillard St Winter Garden 34787 ---- **407 656-0390**

Reeves Polyurathane Roofing
3804 N John Young Pkwy Orl 32804 ---- 407 293-1717
Reeves Supply 6206 Forest City Rd Orl 32810 ---- 407 299-9284
Reeves Terrace Neighborhood Patrol
301 Victor Av Orl 32801 ---- 407 895-5236
Reeves United Methodist
1100 N Ferncreek Av Orl 32803 ---- 407 896-2734
Referral Electric Inc 2501 Simmons Rd Ovd 32765 ---- 407 365-4338
Reflections 308 Reflections Cir Cslbry 32707 ---- 407 678-7555
Reflections At Hidden Lake Inc
528 W Lake Mary Blvd Sanf 32773 ---- 407 330-2244
Reflections Chandelier & Window Cleaning ---- 407 739-8582
Reflections Dermatology & Center For Skin Care
975 Oater Rd Baldwin Park 32814 ---- 407 895-8818
*Reflections Hair Studio & Spa*
105 W Chapman Rd Ovd ---- 407 366-9229
Reflections Mobile Cleaning Co ---- 407 399-5175
Reflectx Staffing 3317 Oakmont Ter 32779 ---- 407 833-8815
Reflex 3317 Oakmont Ter 32779 ---- 407 942-0218
Reflex Gymnastic ---- 407 257-8098
Reflex Gymnastics 7052 Narcoossee Rd Orl 32822 ---- 407 380-9339
Reflextions Video video svcs
792 Anderson Dr Tavares 32778 ---- 352 343-4955
Reflexx Marketing
927 Fern St Altamonte Springs 32701 ---- 407 774-2580
Reformation Lutheran Church
800 E Michigan St Orl 32806 ---- 407 425-7771
Reformation Orthodox Presbyterian ---- 407 657-8926
*Reformed Presbyterian Church*
324 E Livingston St Orl 32801 ---- 407 843-4361
Reformed Theological Seminary
1231 Reformation Dr Ovd 32765 ---- 407 366-9493
Refp Engineers 480 N Orlando Ave Wn Pk 32789 ---- 407 628-4075
Refreshing Springs Primitive Baptist Church
291 Denise St Ovd ---- 407 365-2817
Refrig-a-Matic 150 Maritime Dr Sanf 32771 ---- 407 330-9282
Refrig-A-Matic 595 US Hwy 17-92 Lngwd ---- 407 695-6700
Refrig-A-Matic Services
1700 Sunset Dr Winter Springs 32750 ---- 407 695-6700
Refrig-A-Matic Services ---- 407 695-6700
Refrig-A-Matic Services Div Of Cold Wave Inc
753 N Hwy 17-92 Longwood ---- 407 695-6700
Refrigeration Appliance Parts Inc ---- 407 343-0411
Refrigeration Design Inc
712 Conesac Ln Wn Spgs 32708 ---- 407 359-9580
Refuge Church Of Our Lord
3750 Washington St Sanf 32771 ---- 407 323-4452
Refuge Church Of Our Lord Jesus Christ
25200 SR 46 Sorrento ---- 352 383-5052
Refuge Of Grace Counseling
1950 Lee Rd WINTER PARK 32789 ---- 407 645-0679
Refuge Temple Church Of Jesus Christ-Apostolic
335 Geneva Dr Oviedo 32765 ---- 407 359-7461
Refuge Temple Church Of Jesus Christ-Apostolic Fax Line
Orlando ---- 407 359-2998
Refuge Touch Church Of God
2700 Coolidge Av Orl 32804 ---- 407 839-0430
Refuse Management
540 Douglas Av Altamonte Springs 32714 ---- 407 788-1111
Regal Bay Home Owners Assoc Inc
1491 Riviera Dr Kissimmee 34744 ---- 407 933-0580
*Regal Boats-Boat Tree Inc 2207 33rd St Orl 32839* ---- *407 422-8141*
Regal Business Services
609 Canary Island Ct Orl 32828 ---- 407 281-1583
Regal Cabinets 3901 FORSYTH RD Wn Pk 32792 ---- 407 678-1003
Regal Cinema Oviedo Crossing 22
1500 Oviedo Marketplace Blvd Ovi 32765 ---- 407 977-1107
Regal Cinemas Waterford Lakes 20
541 N Alafaya Tr Orl 32828 ---- 407 207-9110
Regal Cinemas Winter Park Village 20
510 N Orlando Av Winter Park 32789 ---- 407 628-0035
Regal Classic Homes 7425 Park Springs Cr Orl 32835 ---- 407 291-6740
Regal Cleaners 4989 S Orange Av Edgewood 32806 ---- 407 240-9800
Regal Cove Community Association Inc
1630 Scotty's Rd Kissimmee 34744 ---- 407 932-3313
Regal Design Group Inc
1108 Country Club Rd Eustis 32726 ---- 321 228-1235
Regal Design Group Inc
1203 Country Club Rd Eustis 32726 ---- 352 357-5624
Regal Designs Flooring
1720 E Irlo Bronson Mem Hwy St Cloud 34771 ---- 407 957-7747
Regal Family Care Inc
1120 Citrus Tower Blvd Clermont 34711 ---- 352 243-0206
Regal Flooring 650 Kane Ct 32765 ---- 407 977-0717
Regal Foliage
2109 Plymouth-Sorrento Rd Apopka 32712 ---- 407 886-2990
Regal Glass & Mirrors Inc
300 W Mitchell Hammock Rd Ovi 32765 ---- 407 365-8922
*Regal Homes 10852 Masters Dr 34711* ---- 352 394-0677
Regal Kenneth otc 6105 Beggs Rd Orl 32810 ---- 407 293-1553
Regal Loop Stadium 16
3220 N John Young Pkwy Kissimmee 34741 ---- 407 343-0405
Regal Marine Industries Inc
2300 Jetport Dr Orl 32809 ---- 407 851-4360
Regal Mattress Co Inc 1356 Bennett Dr Lngwd 32750 ---- 407 331-8233
Regal Mobile Home Sales 6105 Beggs Rd Orl 32810 ---- 407 293-1553
Regal Nail 904 Cypress Pkwy Kissimmee 34759 ---- 407 943-8878
Regal Nail Inc 8101 S John Young Pkwy 32819 ---- 407 363-4468
Regal Nail Salon 1241 State Rd 436 Casselberry 32707 ---- 407 671-1134
Regal Nails-
1700 S Orange Blossom Trl ---- 407 880-0008
4400 13th St ---- 407 891-9800
Regal Nails 1450 Johns Lake Rd Clermont ---- 352 394-2322
Regal Nails 1601 Rinehart Rd Sanf 32771 ---- 407 321-1150
Regal Nails 17830 US Hwy 441 Mt 32757 ---- 352 735-3099
Regal Nails 10509 W Colonial Dr Ocoe 34761 ---- 407 654-7075
Regal Nails 4444 W Vine St Kissimmee 34746 ---- 407 396-9661
Regal Painting Of Central Florida ---- 407 695-8498
Regal Park Homes
9617 Spring Lake Dr Clermont 34711 ---- 352 243-6262
Regal Park Homes
9617 Spring Lake Dr Clermont 34711 ---- 352 394-0677
Regal Plumbing Systems ---- 321 689-9396
Regal Plumbing Systems Inc
1145 Belle Av Winter Springs 32708 ---- 407 699-7581
Regal Pointe Apartments
1000 Regal Pointe Ter Lk Mary 32746 ---- 407 321-4800
Regal Realty Of Central Florida
3501 W Vine St Kissimmee 34741 ---- 407 847-2921
Regal Springs Trading Company
119 Bismark Ocoee 34786 ---- 407 877-0225
Regal Travel Service
415 Montgomery Rd Altamonte Springs 32714 ---- 407 862-7668
Regal Travel Services Inc
415 Montgomery Rd Alt Spgs 32714 ---- 407 862-7668
Regalia-
613 E Washington St Orl 32801 ---- 407 426-8003
Fax Line ---- 407 426-8004
Regalian Woodworks
*3882 Tindall Acres Rd Kissimmee 34744* ---- *407 892-8038*
Regalos Jewelers Inc 1819 N Orange Av Orl 32804 ---- 407 894-8601
Regan Christopher F atty 255 S Orange Av Orl 32801 ---- 407 841-2330
Regan Christopher F atty 255 S Orange Av Orl 32801 ---- 407 841-2330
Regan Thomas F Jr CPA
1477 W Fairbanks Ave Winter Park 32789 ---- 407 629-1300
Regatta Shores 2335 W Seminole Blvd Sanf 32771 ---- 407 323-2628
Regency Auto Service Center
9803 S Orange Blossom Tr Orl 32837 ---- 407 855-4479
Regency Cabinets Inc 1505 Pine Av Orlando 32824 ---- 407 438-7080
Regency Caterers By Hyatt-
6375 W Irlo Bronson Mem Hwy Ksme 34747 ---- 407 396-5050
6375 W Irlo Bronson Mem Hwy Ksme 34747 ---- 407 396-5041
Regency Centers ---- 407 699-1740
Regency Christian Academy
11513 S Orange Blossom Tr Orl 32837 ---- 407 851-7270
Regency Construction 421 East Ln Sanf 32771 ---- 407 323-7817
Regency Endocrinology Diabetes & Metabolism
7131 Business Pk Ln Lk Mry ---- 407 333-1212
Regency Endocrinology Diabetes & Metabolism
2500 W Lake Mary Blvd Lk Mary 32746 ---- 407 302-8480
Regency Express Physicals
9815 S Orange Blossom Tr Orl 32837 ---- 407 851-8340
Regency Family Medical Center
9815 S Orange Blossom Tr 32837 ---- 407 851-0883
Regency Gardens Condo
3587 Greenbriar Way Orl 32822 ---- 407 281-6714
Regency Health Care
4106 W Lake Mary Blvd Lk Mry 32746 ---- 407 333-1211
Regency Hills Of Clermont
2801 Valiant Dr Clermont 34755 ---- 352 243-8830
Regency Impex Inc
4913 Cason Cove Dr Orlando 32811 ---- 407 843-4451
*Regency Industrial Park* ---- *407 816-8181*
Regency Industrial Park Inc ---- 407 855-0531
Regency Inn 7400 S Highway 17-92 Fern Park 32730 ---- 407 339-4408
Regency Inn 228 W Main St Bowling Green 33834 ---- 407 880-3800
Regency Lighting 2416 Lake Orange Dr Orl 32837 ---- 407 816-7048
Regency Marketing 7536 Municipal DR Orlando 32819 ---- 407 355-3339
Regency Paint And Body Shop
10802 Satellite Blvd Orl 32837 ---- 407 251-1806
Regency Park At Lake Mary
733 Secret Harbor Ln Lk Mary 32746 ---- 407 328-8208
Regency Square Bldg LLC
500 State Rd 436 Casselberry 32707 ---- 407 260-9730
Regency Title Group Inc 390 N Orange Av Orl 32801 ---- 407 245-7599
Regency Villas 525 N Tremain St Mt 32757 ---- 352 383-8495
Regenstreif Jeff atty 2 S Orange Av Orl 32801 ---- 407 649-9797
Regent Art & Framing Inc
3930 N Orange Blossom Tr Orl 32804 ---- 407 445-5055
Regent Capital Equities
3013 Live Oak Blvd St Cloud 34771 ---- 407 957-9945
Regent Chinese & American Restaurant
2250 E Irlo Bronson Mem Hwy Kissimmee 34744 ---- 407 931-0888
Regent Furniture 3930 N Orange Blossom Tr Orl 32804 ---- 407 445-1150
Regent Interiors Of Central Florida Inc
3486 E Washington St Orl 32803 ---- 407 894-0040
Regent International
7801 W Irlo Bronson Mem Hwy Kissimmee ---- 321 677-0530
Regent International Realty 7801 W 192 Ksme ---- 407 390-0278
Regent International Realty Inc
7801 W Irlo Bronson Mem Hwy Ksme ---- 407 390-0404
Regent International Realty Inc
7801 W Irlo Bronson Mem Hwy Ksme ---- 407 397-9868
Regent Old Tampa LLC
16 N Clyde Ave Kissimmee 34741 ---- 407 847-8306
Regent Park 15 S Dean Rd Orl 32825 ---- 407 381-3040
Regent Vacation & Management
7801 W Irlo Bronson Mem Hwy Ksme ---- 407 397-9333
Regents Woods Assisted Living Residences
See Westchester Assisted Living Residences The
Regeny Auto Service Center
9803 S Orange Blossom Tr Orl 32837 ---- 407 855-3293
Reger Electric Service Saint Cloud ---- 407 957-7017
Reggae Dental Lab 821 W Oak Ridge Rd Orl 32809 ---- 407 850-0903
Reggie's Alternator & Starter Service
410 North St Lngwd 32750 ---- 407 260-8997
Regina S Hogue 743 Barrington Cir Wn Spgs 32708 ---- 407 365-8779
Reginal Construction 5511 Hansel Av 32809 ---- 407 851-1519
Reginald D Hicks Law Offices 219 Lime Av Orl 32805 ---- 407 422-5758
Reginald Denmark Painting
116 Baywood Dr Orl 32835 ---- 407 523-1022
Regina's House For Women Inc Transitional Living For
Women ---- 407 862-2021
Regina's Pet Sitting Service Eustis ---- 352 483-3326
Region South Enterprises Inc
1070 Burnell Rd Altamonte Springs/Lngw 32779 ---- 407 869-6654
Regional Chiropractic Group
*1021 W Colonial Dr Orl 32804* ---- *407 649-9699*
Regional Cleaners 1046 E Highway 50 Clermont 34711 ---- 352 242-1608
Regional Construction Inc 5511 Hansel Av 32809 ---- 407 855-0310
Regional Consulting Engineers LLC
4700 Millenia Blvd Orl 32839 ---- 407 354-0552
Regional Development 8248 Parkline Blvd Orl 32809 ---- 407 852-6855
Regional Mortgage
9753 S Orange Blossom Tr Orl 32837 ---- 407 826-0006
Regional Oncology Hematology Assoc PA
Treatment; Centers For Cancer & Blood Disorders PA
Regional Oncology-Hematology Associates PA
505 Maitland Av Alt 32701 ---- 407 339-6030
Regional Orthopaedic Associates-
11960 W Colonial Dr Ocoe 34761 ---- 407 877-6280
*77 W Underwood St Orl 32806* ---- *407 843-2130*
Regional Orthopaedic Associates
601 E Oak St Kissimmee 34744 ---- 407 847-5282
Regional Orthopaedics 77 Underwood St Orl 32806 ---- 407 841-9872
Regions Bank-
Customer Service Center
Toll Free-Dial 1 & Then ---- 800 734-4667
Main Office-
Downtown Orlando-
201 S Orange Av Orl 32801 ---- 407 246-6525
South Orlando Branch-
1800 W Oak Ridge Rd Orl 32809 ---- 407 859-6006
Dr Phillips Branch-
6752 Conroy Rd ---- 407 253-4312
East Colonial Branch-
11590 E Colonial Dr 32826 ---- 407 482-3048
Longwood Branch-
425 S Hwy 17-92 Lgwd ---- 407 919-2700
Wekiva Branch-
505 Wekiva Springs Rd ---- 407 862-0601
Winter Park Branch-
1245 W Fairbanks Av Wn Pk 32789 ---- 407 628-5625
Kissimmee Branch-
100 Park Place Blvd 34741 ---- 407 846-7582

Continued Next Page

12677 © BellSouth Advertising & Publishing Corporation 2006

**Reese Jesse** 3096 Deltona Blvd Spring Hl 34606 — 200-7093
**Reese Leonard** — 799-2143
**Reese Lloyd** 7576 St Andrews Blvd — 596-9093
**Reese M** 11055 Liberto Rd Bksv 34614 — 597-8255
**Reese marlon** 11223 Allwood St Spring Hill 34609 — 666-4919
***Reese Patricia*** *715 Oakdale Ave Bksvl 34601* — 397-3302
**Reese Polly** 7387 Mobley RD Brooksville 34601 — 797-5289
**Reese Robert & Ruth** 295 Royal Palm Way Spring Hill 34608 — 684-2348
**Reese Walter T** 26388 Croom Rd Bksv 34601 — 796-1822
**Reese William** 3240 Baldwin St Spring Hill 34606 — 666-9161
**Reeve J** — 688-7533
**Reeves A E** 239 Roosevelt Av — 796-0978
**Reeves Andy & Betty** 15298 Hilburn St Bksv 34604 — 797-6265
**Reeves C J & V L** 26159 Mountainview Blvd Bksv 34602 — 848-0994
**Reeves Clarence** 4252 Rowan Rd 34604 — 799-0162
**Reeves Elizbieta** 4203 Montano Av Spring Hill 34609 — 683-3482
**Reeves Ernest & Nancy** 7337 Fairlane Av Bksv 34613 — 597-2958
**Reeves Harold & Janet** 9386 Ashley Dr 34613 — 597-2271
**Reeves Hayward M** 12 W Kelly St Bksv 34601 — 799-4999
**Reeves J M** 3180 Sea Grape Dr Spring Hl 34607 — 597-2069
**Reeves Katherine** 22349 Croom Rd Bksvl 34601 — 754-0649
**Reeves Kathleen J** 12 W Kelly St Bksv 34601 — 799-3996
**Reeves Paul** 9258 Butler Blvd Bksv 34613 — 597-3536
**Reeves Teri** 4272 Rowan Rd Spring Hl 34604 — 799-7341
**Reeves V** 12250 Glen Haven St Spring 34609 — 683-6005
**Reeves V** — 592-5398
**Refinishing By Madeline** 17201 US 41 Spring Hl — 799-7224
**Refino Thomas L** 7690 Pinehurst Dr Spring Hill 34606 — 683-4331
**Reflections In The Heathers Salon** 7391 St Andrews Blvd — 596-0600
**Refunds Now** — 799-1733
**Regal Homes** 14204 Spring Hill Dr Spring Hl 34609 — 688-6055
**Regal Homes Construction Office**
*13117 Spring Hill Dr Spring Hl 34609* — 688-5558
**Regal Nails** 1485 Commercial Way Spring Hl 34606 — 683-9630
**Regal Nails** 13286 Cortez Blvd Bksv 34613 — 597-7114
**Regal Nails And Spa** 7305 Broad St Bksv 34601 — 797-0971
**Regal Oaks Storage Center**
6400 Oregon Chicadee Rd Bksv 34613 — 597-7659
**Regal Painting** 13454 Spring Hill Dr Spring Hl 34609 — 684-1930
**Regan John F** 14259 Midfield St 34613 — 597-3383
**Regan John & Mary** 7343 Sugarbush Dr Spring Hl 34606 — 688-2729
**Regan Kathy** 11321 Eskimo Curlew Rd Bksv 34614 — 597-7377
**Regan Larry R** 9484 Whisper Ridge Tr 34613 — 596-4281
**Regan Mike** 11191 Riddle Dr Spring Hill 34609 — 666-0028
**Regan Rita** 10512 Red Coach St Spring 34608 — 688-2585
**Regan Rosanna** 10088 Airy Oaks Ct Bksv 34613 — 597-2948
**Regency** 413 Candlestone Ct Spring Hl 34609 — 688-6595
**Regency Oaks Civic Association**
4445 Breakwater Blvd Spring Hl 34607 — 592-4669
**Regency Residence Retirement Community**
6711 Embassy Blvd Port Richey FL — 727 849-9335
**Regh William** 12434 Curry Dr Spring Hill — 666-1942
**Reginaldi Garbriel** 4220 Hoffman Av Spring 34606 — 686-1980
**Regional Lymphedema Center LLC**
10441 Quality Dr Spring Hl 34609 — 688-2977
**Regional Medical Center Bayonet Point-**
14000 Fivay Rd Hdsn — 727 819-2929
**Physician Referral** — 727 869-5498
**Wound Care** 7525 Medical Dr Hdsn — 727 869-5551

## REGIONAL MEDICAL CENTER BAYONET POINT
14000 Fivay Rd Hudson 34667
Toll Free-Dial '1' & Then — **800 432-7811**

**Regional Rehab** 1300 Mariner Blvd Spring Hl 34609 — 686-9970
**Regional Rehab Physical Therapy Consultants Inc**
10441 Quality Dr Spring Hl 34609 — 688-8066
**Regional Rehab Wellness Center**
10441 Quality Dr Spring Hl 34609 — 688-2977
**Regional Wound Care & Hyperbaric Medicine**
7525 Medical Dr Hodson 34667 — 727 869-5551

## REGIONS BANK-
Banking Offices-
Spring Hill Office-
7205 Forest Oaks Blvd Spring Hill 34606 — 683-6148
Northcliffe Office-
4177 Mariner Blvd Spring Hl 34609 — 683-3352
Plaza Office-
7539 Spring Hill Dr Spring Hl 34606 — 684-3725
Right Call-24 Hour Automated Inquiry
Toll Free-Dial '1' & Then — 800 897-3938
Customer Service
Toll Free-Dial '1' & Then — 800 734-4667
Loan By Phone
Toll Free-Dial '1' & Then — 800 588-1267

**Regions Facility Services Inc**
1781 Kass Cir Spring Hl 34606 — 683-0688
**Register C D** 6335 Thistlebrook Ln 34602 — 799-0534

## REGISTER CHEVROLET-
14181 Cortez Blvd Bksv 34613 — **597-3333**

**REGISTER CHEVROLET BODY SHOP**
14181 Cortez Blvd Bksv 34613 — **592-4028**
**REGISTER CHEVROLET PARTS DEPT**
14181 Cortez Blvd Bksv 34613 — **592-4027**
**Register Max** 9863 Domingo Dr 34601 — 796-2613
**REGISTER RV SALES**
14181 Cortez Blvd Bksv 34613 — **592-4029**
**Register RV Sales** 14181 Cortez Blvd Bksv 34613 — 592-4029
**REGISTER RV SERVICE & PARTS**
14181 Cortez Blvd Bksv 34613 — **592-4030**
**Regitz Valentine** 5130 Kenmore St Spring Hl 34608 — 686-5072
**Regnaud Norman L** 2316 Rio Cir 34608 — 686-3182
**Regnier Paula M** 3485 Chadwick Av Spring Hl 34609 — 688-1354
**Rego K** 6611 W Richard Dr Spring Hill 34607 — 597-4552
**Rego M K** 15809 Brookridge Blvd Bksv 34613 — 597-2323
**Regoord Patrick** 4088 Culbreath Rd Bksv — 797-5353
**Rehab Kinetics Inc** 11535 Cortez Blvd 34613 — 592-0010
**Rehab Therapy Works** 6226 Commercial Way — 597-8996
**Rehak Frank** 22408 Paul Dr — 799-7639

## REHEEM M ALLAM MD
12900 Cortez Blvd Bksv 34613 — **596-9200**

**Reheem Allam M , Md** 11492 Stoneville Ct Spring Hill 34609 — 666-4923
**Rehill Ralph** 4244 Honda Rd Bksv 34601 — 799-5283
**Rehm George & Nancy** 12037 Club House Rd Bksv 34613 — 596-0756
**Rehm R S** 2250 Dove Hollow Dr Spring Hill 34606 — 666-7971
**Rehmann Brigitte** 2387 Summercrest Ln Spring Hl 34606 — 688-6398
**Rehor Jeff A** 455 Greenwich Cir Spring Hill — 799-9693
**Rehurek Ronnie W** 25620 Halsey Rd Bksv 34601 — 799-0197
**Rei Merry** 1392 Culbreath Rd Bksv — 544-5787
**Reich E R** 1029 Castille Dr Spring Hill 34608 — 686-4970
**Reichard Charles** 8031 Highpoint Blvd Bksv 34613 — 592-1633
**Reichenberg Theresa**
8119 Forest Villas Cir Spring Hill 34606 — 666-1038
**Reichert Lance** 7384 Madrid Rd Bksv 34613 — 597-8267
**Reichert S** 9701 Scepter Av 34613 — 596-7920
**Reichert Thomas C** 3081 Dumas Av 34609 — 666-3975
**Reichling Mary T** 12371 Clubhouse Rd 34613 — 596-6436
**Reichman R** — 688-7249
**Reichmann Richard D Dr** 1261 Masada Ln Spring Hl 34608 — 688-7588
**Reid Arden M & Martha** 13818 Shelton Rd Spring 34609 — 683-5049
**Reid D** 290 Florian Way Spring Hill 34609 — 686-3680
**Reid Darlene** 29120 Wildlife Ln Bksv 34602 — 799-1319
**Reid Donald** 9260 Pickens St Spring Hl 34608 — 683-8168
**Reid H E** 5180 Roble Av 34608 — 666-2751
**Reid H Elwood** 211 Dogwood Dr 34601 — 796-9002
**Reid Hendrick** 4538 Lake In The Woods Dr Spring Hill 34607 — 597-5018
**Reid James** 2340 Broadmoor Ln Spring Hill 34606 — 684-1228
***Reid Jannette & Roy Richard***
5248 Berrien Av Spring Hill 34608 — 683-1936
**Reid Joseph** 15393 Burbank Dr Bksv 34604 — 848-0955
**Reid Keron** 13189 Little Farms Dr Spring Hill 34609 — 666-2914
**Reid L H** 29116 Wildlife Ln 34602 — 848-0687
**Reid M Ann** 133 Center Oak Cir Spring Hill 34609 — 754-7220
**Reid Mary E** 18308 Cortez Blvd Bksv — 796-4320
**Reid Neal** 2661 Blue Ridge Cir Spring Hill 34606 — 683-7444
**Reid Roy** 11083 Elgin Blvd Spring Hill 34608 — 686-1011
**Reid S A** 104 Dogwood Dr — 799-7778
**Reid Wallace & Evelyn** 1256 Farley Av Spring Hl 34606 — 688-4437
**Reidel Kenneth** 8037 Highpoint Blvd Bksv 34613 — 597-7540
**Reidenbach G** — 596-5240
**Reidenbach Robyn** 14132 Coronado Dr Spring Hill 34609 — 666-9921
**Reider William** 12321 Folger St Spring Hill 34609 — 263-2470
**Reidinger James** 6360 Arizona St Bksv — 796-7866
**Reid-Sanders Gail R** 1660 Larkin Rd Spring Hill 34608 — 683-7083
**reidt mary** 1423 Laurel Av Spring Hill 34606 — 666-8709
**Reif Alma** 1652 Alameda Dr Spring Hill 34609 — 686-9264
**Reif Charles** 9344 Horizon Dr Spring Hl 34608 — 683-4794
**Reif E** 11503 Linden Dr Spring Hill 34608 — 684-5175
**Reign Freeman V** 910 Hammock Rd Bksv — 799-3082
**Reihsmann Mark** 24079 Ragan Dr Bksvl 34601 — 277-3267
**Reillo Rafael** 4259 Bristol Av Spring Hill 34609 — 683-8795
**Reilly B** 965 Candlelight Blvd 34601 — 799-6686
**Reilly Bonnie** 9235 Denmarsh Dr Brooksville 34613 — 597-9929
**Reilly Fran-Dixie** 3303 Windjammer Dr Spring Hl 34607 — 688-2892
***Reilly Francis*** *8052 Spring Hill Dr Spring Hill 34606* — 688-1191
**Reilly Frank** 5141 Plumosa St Spring Hl 34607 — 597-8092
**Reilly Frank & Barbara** 5141 Plumosa St Spring Hill 34607 — 597-8244
**Reilly G** — 797-9849
**Reilly J** 12316 George Dr 34613 — 597-2134
**Reilly J F** 8287 Weatherford Av 34613 — 596-6672
**Reilly James** 4333 Andrew Ln Bksv 34601 — 799-6454
**Reilly James** 1033 Tournament Dr Spring Hill 34608 — 688-0999
**Reilly James** 10273 Whisper Ridge Tr Bksv 34613 — 597-1599
**Reilly John F** 9001 Helene Way Bksv 34613 — 597-5695
**Reilly Joseph** 2972 Terrace View Ln Spring Hill 34606 — 666-7184
**Reilly L** 10349 Chalmer St 34608 — 686-7151
**Reilly Michele** 2255 Belen Av Spring Hill 34606 — 666-8894
**Reilly Patrick** 13499 Bruin Dr Spring Hill 34609 — 398-1524
**Reilly Ralph** 24403 Mccaw Rd Bksv 34601 — 799-2497
**Reilly Robert & Donna** 6355 Eldridge Rd 34608 — 686-1576
**Reilly S** 11696 New Haven Dr Spring Hill — 754-1834
**Reiman M** 1138 Cobblestone Dr Spring Hl 34606 — 688-1234
**Reiman Martin W** 1138 Cobblestone Dr Spring Hill 34606 — 666-5077
**Reiman Roy A** 11098 Inlet St — 596-0202
**Reimer Les & Pat** 6207 Ridge Dale Av Bksv 34613 — 596-6840
**Reimer P** 10402 Akron St Spring Hl 34608 — 688-8174
**Reimers Michael** 9068 Dupont Av Spring Hill 34608 — 666-5890
**Reimnitz Lyle** 1386 Finland Dr Spring Hill 34609 — 688-5956
**Rein C A** 14365 Nectarine St Bksv 34613 — 597-9450
**Reina Jairo** 4639 Mariner Blvd Spring Hl 34609 — 688-4592
**Reinard Blair A** 2296 Wyndam Dr Spring Hl 34606 — 683-3895
***Reinartsen V M*** *2360 Galahad Av Spring Hl 34608* — 683-1259
**Reinertsen Maria** — 200-7348
**Reinhard Harvey** 4368 Canongate Ct Spring Hill — 666-7698
**Reinhard Richard M** 7150 Big Bend Dr Spring Hl 34606 — 683-2603
**Reinhardt Carl W** 11357 Regent Ln Spring Hl 34609 — 683-7221
**Reinhardt Everett H** 10443 Red Coach St Spring Hl 34608 — 683-5598
**Reinhardt Frederick** 12361 Mayberry Rd Spring Hill 34609 — 686-3113
**Reinhardt Lysa** 10659 Thornberry Dr Spring Hill 34608 — 688-6237
**Reinhart James H** 11126 Liberto Rd Bksv 34614 — 596-6015
**Reinhart Rachel** 4449 Azera Rd Spring Hill 34608 — 684-2562
**Reinhart Susan** 18177 Celia Av Bksv 34604 — 796-6447
**Reinish Frank** 2388 Rolling View Dr Spring Hill 34606 — 666-8238
**Reinke Delmalynn** 10474 Matterhorn Ct Spring Hill 34608 — 688-7154
**Reinke Karen** 3236 Cedar Crest Loop Spring Hill 34609 — 688-0839
**Reinoso Jorge** 14492 Surrey Bend Bksv 34609 — 544-0833
**Reins Of Hope** 22300 Hayman Rd Bksv 34602 — 797-4738
**Reins Of Hope** 22300 Hayman Rd Bksv 34602 — 799-4673
**Reis Anthony** 14443 Baczak Rd Bksv — 799-5116
**Reis Charlotte** 6358 Ocean Pines Ln Spring Hl 34606 — 686-3549
**Reis Jose** 3170 Glenbrook Av Spring Hill 34608 — 686-5579
**Reis Ocilio** 4416 Las Palmas Av Spring Hl 34606 — 596-2691
**Reis Thomas & Marguerite**
12121 Club House Rd Bksv 34613 — 596-5600
**Reisen Vincent** 8278 Annapolis Rd Spring Hill 34606 — 666-1018
**Reiser Ed & Karen** 10110 Henderson St Spring 34608 — 683-1151
**Reishart James Jr** 11199 Liberto Rd Bksv 34614 — 596-9926
**Reisinger Arthur A** 9266 Roller Blvd 34613 — 596-1760
**Reisinger Dennis** 21253 Yontz Rd Bksv 34601 — 799-8456
**Reiss Ellwood M** 2069 Banbury Ln Spring Hl 34609 — 686-8395
**Reiss Roger A** 4399 Craigderragh Av Spring Hill 34606 — 592-1858
**Reissfelder Theodore and Terese**
15611 Brookridge Blvd Bksv 34613 — 597-3702
**Reist Edwin** 8187 Weatherford Av Bksv 34613 — 596-7447
**Reitberger Fred** 23143 Aylesboro Ct Bksv 34602 — 754-3844
***Reitberger Fred*** *23143 Aylesboro Ct Bksv 34602* — 754-8806
**Reiter Arthur R** 7065 Smithfield Av Spring Hl 34609 — 596-6942
**Reiter Fridolin** 7462 Bridgewater Ln Spring Hill 34606 — 684-1553
**Reiter Marvin** 13475 Princewood Ct Spring Hill 34609 — 688-7439
**Reiter Ronald** 11337 Long Hill Ct Spring Hl 34609 — 686-8178
**Reiter Tim** 6476 Melacano Av Spring Hill 34608 — 596-8283
**Reitman C** 7135 Springmeadow Dr 34606 — 666-4314
**Reitz Donald** — 686-7764
**Reitz Donald S** 11335 Tease St Spring Hl 34608 — 686-8428
**Reitz Kathleen** 11389 Sheffield Rd Spring Hill 34608 — 688-2565
**Rejal Barbara J** 7030 Evergreen Woods Tr Spring Hill 34608 — 596-5497
**Rejkowski D** — 684-1695
**Rejkowski David** 2260 Westchester Blvd Spring Hill 34606 — 686-2811
**Rejman Walter J** 8470 Fowler Ln Spring Hl 34608 — 686-1586
**Rejsek Frank A** 15125 Woodcrest Rd 34604 — 754-9610
**Rekrut Joseph & Patricia** 10311 Elgin Blvd Spring Hl 34608 — 596-4305
**Relampagos Makaindig** 15363 Dyla Way Bksv 34604 — 796-8807
**Relay Service**
See Florida Relay Service The
**Relford Kathleen & Rose C**
15012 Silversmith Cir Bksv 34609 — 754-2723
**Reliable Construction** 10440 Tillery Rd Spring Hl 34608 — 686-1070
**Reliable Construction** 10440 Tillery Rd Spring Hl 34608 — 686-7527
**Reliable Fire Equipment**
1746 Central Av St Pete FL 33712 — 727 822-4862

## RELIABLE PLUMBING
— **686-7527**

**Reliable Water Sources**
Toll Free-Dial '1' & Then — 800 897-1064
**Reliable Water Sources**
Toll Free-Dial '1' & Then — 800 897-1064
**Relkin Paul** 10229 Norwick St Spring Hill 34608 — 597-3108
**Relko D M** 11428 Deercroft Ct Spring Hill 34609 — 688-7986
**Rellinger Kathy** 13359 Banyan Rd Spring Hill 34609 — 688-1773
**Relva Emil** 10441 Clarion St Spring Hill 34608 — 683-9281
**Relva Joseph & Susanna**
2307 Landover Blvd Spring Hill 34608 — 683-3297
**Relvas Abilio** 10437 Casa Grande Cir Spring Hill 34608 — 683-3422
**Relvas Maria** 2066 Godfrey Av 34609 — 683-1705
**Remache Rosa** 13100 Fish Cove Dr Spring Hill 34609 — 686-1145
**Remax Advantage Realty**
4320 Lake In Spring Hill FL — Bksv Tel No 597-9833

ADVANTAGE REALTY
*Of Hernando County*
Outstanding Agents, Outstanding Results.
*#1 In Hernando County** **per MLS figures*
*Each Office Independently Owned & Operated*
*Serving Hernando County for over 18 years*
• RESIDENTIAL • COMMERCIAL • VACANT LAND • RELOCATION • INVESTMENTS • PROPERTY MGMT.
WWW.REMAX.COM
(352)596-9999 (800)940-8424
4320 Lake in the Woods Dr. Spring Hill, FL 34607 • FAX 352-597-2115

## RE/MAX ADVANTAGE REALTY
4320 Lake In The Woods Spring Hl 34607 — **596-9999**

**ReMax Rentals** 4225 Rachel Blvd Spring Hl 34607 — 597-6997
**Remax Showcase** 13103 Spring Hill Dr Spring Hl 34609 — 688-6888
**Remax Spirit** Bksv — 799-6666
**Remele Loren M** 18069 Stromberg Av 34604 — 799-5480
**Remelski E** — 686-5126
**Remeschatis J T** 11136 Mercedes St Spring Hill 34609 — 666-1263
**Remesi M** 13324 Cecil Ct Spring Hill 34609 — 666-7870
**Remington Ford** 11532 Linden Dr Spring Hl 34608 — 686-2034
**Remington Janet** 8087 Spanish Oak Dr Spring Hl 34606 — 596-9025
**Remington Norman** 8817 Blue Skies Dr Spring Hill 34606 — 686-5728
**Remington Outpost** 36308 Cortez Blvd 34602 — 544-0700
**Remish Stephen** — 686-3352
**Remiszewski Andrew F** 12544 Coronado Dr Spring 34609 — 683-9464
***Remodelers Of Florida The***
3275 Commercial Way Spring Hl 34606 — 666-5678
**Remond Shawn & Diana**
13150 Feather St Spring Hill 34609 — 666-0398
**Remy Gene** 8079 Darts St 34613 — 596-4409
**Remy John** 3415 Bristol Ave Spring Hl 34609 — 200-8514
**Renal Hypertension Center**
3017 Landover Blvd Spring Hl 34608 — 684-5323
**Renaud Gary** 10430 Grimes St Spring Hill 34608 — 683-6022
**Renaud George O** 8128 Modena Av Brooksville 34613 — 596-6142
**Renczkowski B** 7359 Price St Spring Hl 34606 — 683-4865
**Renczkowski B J** 6208 Roble Av Spring Hl 34608 — 686-9144
**Renczkowski John M** 1510 Glenridge Dr Spring Hl 34609 — 686-8041
**Renda Gary J & Rosemarie**
1459 Galveston Av Spring Hl 34609 — 688-9389

12101 © BellSouth Advertising & Publishing Corporation 2004

Raymond Vinson Absolute Quality Home Improvement 32 Heather Ln Havana 32333 -------- 539-3773
Rayne Michael Attorney At Law
327 Office Plaza Tallahassee 32301 -------- 224-2999
Rayner Real Estate
111 Smith St Tallahassee 32301 -------- 222-1100
Raynor Michael S ofc
150 S Monroe St Tallahassee 32301 -------- 577-5500
Ray's Glass Service 270 Hannon Mill Rd 32305 -------- 942-4045
Ray's Odd Job Service Inc
1135-C W Orange Av Tallahassee 32310 -------- 575-7850
RCC Consultants
2425 Millcreek Ct Tallahassee 32308 -------- 224-4451
Rci Pawn-
1621 Hwy 98 Carrabelle 32456 -------- 697-3300
RDS Direct Mail Services
1471 Timberlane Rd Tallahassee 32312 -------- 668-6577
RDS Drywall & Acoustics -------- 402-0399
Ready Mix USA
1110 Capital Cir NE Tallahassee 32301 -------- 656-3286

**REAL ESTATE BY JOE C & PATSY HARRELL REALTORS**
133 E 7th Av Havana 32333 -------- **539-1000**

Real Estate Data Services Inc
1471 Timberlane Rd Tallahassee 32312 -------- 668-6577
Real Estate Law Center PA
1815 Miccosukee Commons Dr Tallahassee 32308 -- 222-2322
Real Estate Masters & Associates LLC
1255 Cedar Center Dr -------- 878-3306
Real Estate Plus -------- 894-9929
Real Estate School Inc The
2100 Centerville Road 32308 -------- 893-7000
Real Estate Service Of Tallahassee-
1400 Metropolitan Blvd Tallahassee -------- 577-1500
Or -------- 219-9900
Real Rim Shop The-
13 N Bolivar St Chattahoochee 32324 -------- 663-4747
Fax Line-
Chattahoochee -------- 663-4700
Real Rim Shop 2 The-
13 N Bolivar St Chattahoochee 32324 -------- 663-4747
Fax Line -------- 663-4700
Real Tech Of Tallahassee Inc Tallahassee -------- 222-6222
Real Value Real Estate Services Inc -------- 575-4800

**REAL YELLOW PAGES**
See AT&T Real Yellow Pages

Real Yellow Pages The -------- 575-2339
Realtor Association Of Franklin Co-
78 11th St Apalachicola 32320 -------- 653-3322
Fax Line -------- 653-3710
Realtor Association Of Franklin & Gulf Co-
Fax Line -------- 653-3710
78 11th St Apalachicola 32320 -------- 653-3322
Realty South 304 N Meridian St Tallahassee 32301 -- 222-6690
Reams C J genl mdse-
10075 S Salt Rd -------- 997-2945
Reams & Reams CPAs
2019 Centre Pointe Blvd Tlhse 32308 -------- 325-6476
Reams Rodney E CPA
104 N Magnolia Dr Tlhse 32301 -------- 224-4178
Reangthai Thai Restaurant
2747 NE Capital Cir Tlhse 32308 -------- 386-7898
Reaver Enterprises
1042 Commercial Dr Tallahassee 32310 -------- 561-6285
Rebis Incorporated-
147 Avenue Apalachicola 32320 -------- 653-4690
147 Avenue Apalachicola 32320 -------- 653-4691
Rec Warehouse 1212 Capital Cir SE 32301 -------- 942-1000
Recording For The Blind & Dyslexic
2639 N Monroe St Tallahassee -------- 383-0840
Recreational Factory Warehouse
1212 Capital Cir SE 32301 -------- 942-1000
Recycled By Design 1379 Coastal Hwy -------- 984-4906
Recycled Fibers Division
3201 Springhill Rd Tlhse 32305 -------- 575-3906
Red Capitol Transportation Tallahassee -------- 425-4606
Red Dog 3855 Crawfordville Rd Tallahassee 32305 --- 671-2100
Red Dog Wrecks
3855 Crawfordville Rd Tallahassee 32305 -------- 671-2226
Red Enterprises 1308 High Rd Tallahassee 32304 --- 224-3930
Red Hill Cafe 1311 Miccosukee Rd 32308 -------- 878-5249
Red Hills Capital 221 Delta Ct Tallahassee 32303 --- 425-1110
Red Hills Horse Trials
4000 Meridian Rd Tallahassee 32312 -------- 580-4020
Red Hots Salon
1784 Thomasville Rd Tallahassee 32303 -------- 668-0217
Red Letter 9 3353 Garber Dr Tallahassee 32303 --- 671-3850
Red Lobster 2583 N Monroe St Tlhse 32303 -------- 385-1136
Red Roof Inns-
Tallahassee-
2930 Hospitality St Tallahassee FL -------- 385-7884
Red Rooster The
6859 Florida-Georgia Hwy Havana -------- 539-4600
Red Snapper 5023 Crawfordville Rd 32305 -------- 942-0043

Red Top Cafe-
238 W Hwy 98 Apalachicola 32320 -------- 653-8612
Reddy Ice 4500 Entrepot Blvd Tallahassee 32310 --- 576-9000
Redeemed Christian Church
3200 Apalachee Pkwy 32311 -------- 942-6995
Redeemed Church Of God
3348 Mahan Dr Tlhse 32308 -------- 385-5338
Redeemed Inc 2127 Pat Thomas Pkwy 32351 -------- 875-2269
Redeemed Inc
2127 Pat Thomas Pkwy Quincy 32351 -------- 627-0251
Redeemed Inc
2127 Pat Thomas Pkwy Quincy 32351 -------- 627-0254
Redmon Estrellita MD
2140 Centerville Pl Tallahassee 32308 -------- 383-3510
Reed & Associates Mortgage Corp
2528 Barrington Cir 32308 -------- 907-1776
Reed Charles J & Associates Cpa's
2828 Remington Green Cir Tlhse 32308 -------- 386-7072
Reed Sumner A CPA 1713 Mahan Dr 32308 -------- 878-8777
Reel Rock Productions Inc -------- 562-1070
Reel-Em In Charters-
204 E Sawyer St -------- 927-4050
Reese Randy R MD
2907 Kerry Forest Pkwy Tlhse 32309 -------- 668-3380
Reetz Tractor Service LLC
24095 Lanier St Tlhse 32310 -------- 933-1354
Reeves Oddis Builder
7324 Walnut Grove Ct Tallahassee 32305 -------- 576-1967
Reeves Welding Inc-
711 Railroad Ave Tallahassee -------- 222-1497
Fax Line -------- 222-5813
Reflection Hair & Nail Beauty Salon
3203 Apalachee Pkwy Tlhse 32311 -------- 878-8366
Reflections Photography By Judy
516 E 7th Ave Tallahassee 32303 -------- 877-2311
Refreshment Services Pepsi-Cola
3919 W Pensacola St Tlhse 32304 -------- 574-0281
Refreshment Services Vending
3919 W Pensacola St Tlhse 32304 -------- 574-0281
Refron Inc 1560 NW Capital Cir Tlhse 32303 -------- 575-7255
Refuge Church Of Our Lord Jesus Christ
27 Tinnell Rd 32344 -------- 997-0399
Refuge House-
24 Hour Hotline -------- 681-2111
Administrative Office/Information -------- 922-6062
Refuge House Thrift Store -------- 487-8859
Refuge House Jefferson Co -------- 342-3518
Fax Line -------- 653-3331
Apalachicola -------- 653-3313
Refuge House Inc Tallahassee -------- 576-2265
Refund Assistance ofc
5621 Crawfordville Hwy Tallahassee 32305 -------- 877-3370
Regal Nails 5500 Thomasville Rd 32312 -------- 894-5400
Regal Nails
4400 W Tennessee St Tallahassee 32304 -------- 580-6245
Regan Harold E atty
239 E Virginia St Tallahassee 32301 -------- 681-7883
Regan Kathleen
922 E Lafayette St Tallahassee 32301 -------- 656-7158
Regan's Pub & Oyster Bar-
8066 W Hwy 98 The Beaches 32456 -------- 647-2800
Regency Centers 800 Ocala Rd Tallahassee 32304 -- 574-6100
Regency Electric
1118 Stuckey Ave Tallahassee 32310 -------- 561-9264
Reggie Kemp Signature Projects-
4202 Hwy 98 The Beaches -------- 648-2432
2206 Hwy 98 The Beaches 32456 -------- 648-2419
Regional Concrete Inc -------- 584-4010
Regional Investment Fund
3500 Financial Plz Tallahassee 32312 -------- 668-4459
Regional Investment Fund Ltd-
3500 Financial Plaza Tallahassee -------- 386-7789
Regional Property Services
2065 Delta Way 32303 -------- 893-2500
Regional Therapy Services Inc-
108 N Adams St Quincy 32351 -------- 875-0333
318 W Washington St Chattahoochee 32324 -------- 663-5390
2410 W Plaza Dr Tallahassee FL -------- 385-6185
Or -------- 385-5659
108 N Adams St Quincy 32351 -------- 875-0334
Fax Line -------- 663-5391
Regions Bank-
1203 Governors Square Blvd -------- 656-2490
Customer Service Center-
Toll Free-Dial "1" & Then -------- 800 734-4667
Region's Contractor
4517 Miccosukee Rd Tlhse 32308 -------- 325-6333
Regions Contractors Inc 41 Felt Way 32327 -------- 926-5088
Registe Engineering Group
1427 N Bronough St 32303 -------- 894-4521
Register James Construction Co -------- 878-0614
Register's Meat Market & Bar B Que
9212 Woodville Hwy Tallahassee 32305 -------- 421-7427
Regulated Industries -------- 942-1242

Regulatory Agency Management System
1020 E Lafayette St Tallahassee 32301 -------- 656-9298
Rehab Advantage 1017 Strong Rd Quincy 32351 --- 627-1361
Rehberg R K ofc
104 N Magnolia Dr Tallahassee 32301 -------- 222-7262
Rehwinkel Fencing
4554 Yellow Bird Trl Tallahassee 32310 -------- 576-3670
Reichman Michael A atty
380 N Jefferson St 32344 -------- 997-5100
Reid Brett Carpet Cleaning Tallahassee -------- 668-1912
Reid Brett's Carpet Cleaning -------- 422-2227
Reid Home Daycare Tallahassee -------- 656-3808
Reid Worrell Plumbing LLC -------- 877-7659
Reino Andrea L atty
314 W Jefferson St Tallahassee 32301 -------- 425-1997
Reisman Terence N MD
2400 Miccosukee Rd Tallahassee 32308 -------- 877-2105
***REJUVA MEDISPA*** Tallahassee -------- ***668-6888***
Rejuvinair Inc 4852 Pimlico Dr 32309 -------- 894-2203
Relay Software
1650 Summit Lake Dr Tallahassee 32317 -------- 216-2647
Reliable Credit Services Inc
1241 W Tharpe St Tlhse 32303 -------- 386-6853
Reliastar Life Insurance
2639 N Monroe St Tallahassee FL -------- 298-4322
Re/Max Big Bend Realty
290 W Washington St 32344 -------- 997-4040
Re/Max Capital Group Realtors-
1435 Piedmont Dr E 1435 Piedmont Dr E 32308 --- 668-2008
Fax Line 1435 Piedmont Dr. E. 32308 -------- 668-6642
Re/Max Professionals Realty-
1901 Capital Circle NE Tlhse 32308 -------- 385-6685
Or -------- 422-2006
1329 Coastal Hwy Tlhse 32346 -------- 984-4450
Toll Free-
Fax Line -------- 422-2150
Re/Max Realty Capital Group
1435 Piedmont Dr E Tallahassee 32308 -------- 514-2121
Remedy Intelligent Staffing
1550 Village Sq Blvd Tlhse -------- 523-0005
Remelda Saunders-Jones MD PA
2160 Capital Cir NE 32308 -------- 386-1455
Remember When
2475 Apalachee Pkwy Tallahassee 32301 -------- 425-4755
Remien Beverly 2454 Augustine Ct 32311 -------- 877-5613
Remien Willard 2454 Augustine Ct 32311 -------- 877-5613
Remillard Law Firm
3201 Shamrock S Tallahassee 32309 -------- 656-7821
Renaissance Antiques 1460 Market St 32312 -------- 668-0617
Renaissance Coffee & Tea Company
602 Industrial Dr Tallahassee 32310 -------- 681-0055
Renaissance Institute The -------- 222-4966
Renaissance Obstetrics & Gynecology-
1405 Centerville Rd Suite 4000-
Tallahassee -------- 942-7750
Rena's Child Care 1217 Cleveland St Tlhse 32310 --- 297-1300
Renegade Barber Shop
1908 Capital Cir NE 32308 -------- 942-2988
Renegade Barber Shop
1128 W Jefferson St 32351 -------- 875-9334
Renegade Barber Shop The-
1427 W Tennessee St Tallahassee -------- 681-0381
1446 Nw Capital Cir Tallahassee -------- 576-6001
1911 N Monroe St Tallahassee -------- 383-0026
2033 W Pensacola St Tallahassee FL -------- 575-2992
3539 Apalachee Pkwy Tallahassee -------- 656-0086
Renegade Barber Shop The
5023 Crawfordville Rd 32305 -------- 942-7770
Renegade Companies Inc
748 Eleazer Pl Tallahassee 32312 -------- 222-2292
Renegade Condominiums
403 Hayden Rd Tlhse 32304 -------- 575-1258
Renegade Construction Tallahassee -------- 222-7220
Renegade Farms 1260 Glade Rd Havana 32333 -------- 539-8177
Renew-Crete of Tallahassee -------- 510-9902
Reno Family Pediatrics
1626 Crawfordville Hwy 32327 -------- 926-6588
Reno Richard C MD
1626 Crawfordville Hwy 32327 -------- 926-6588
Renovitch Patricia A
301 S Bronough St Tallahassee 32301 -------- 521-0700
Rent-A-Center-
777 Capital Cir SW Tallahassee 32305 -------- 219-0470
-------- 878-2137
1964 W Tennessee St 32304 -------- 222-7564
Rent-A-Center 1616 W Jefferson St 32351 -------- 875-2090
Rent-A-Center 1616 W Jefferson St 32351 -------- 875-2923
Rental Center 628 N Monroe St Tallahassee 32301 -- 841-1774
Rental Center 327 W Brevard Tallahassee 32301 --- 222-7363
Rental Guide The 4021 Ardara Dr 32309 -------- 894-3278
Rent-All Center -------- 386-6105
Rentokil Inc Pest Control Services -------- 222-1889
Rentz Marine Services
8724 Woodville Hwy Tallahassee 32305 -------- 421-5205
Rentz Mobile Home Park 71 Rentz Rd 32351 -------- 875-2939

104950 © 2007 BellSouth Advertising & Publishing Corp. d/b/a AT&T White Pages

**RAYMOND JAMES FINANCIAL SERVICES A DIVISION OF GULF WINDS FINANCIAL SERVICES**
220 E Nine Mile Rd Pensacola 32534 ... **479-9601**
Raynor Shine Tree Service ... 377-5269
*Ray's Chapel Baptist Church-*
Church Bogia Rd ... 256-3422
Parsonage Bogia Rd ... 256-3422
Ray's Lounge & Package Store Inc 501 E Baars St 32503 ... 432-4891
Ray's Roofing ... 572-6224
Raytheon Aerospace 700 S Navy Blvd 32508 ... 453-4723
Raytheon Aerospace 700 S Navy Blvd 32508 ... 458-0576
Raytheon Aerospace T 1 A 740 San Carlos Rd 33508 ... 458-1229
Raytheon Elcan Optical Technologies
7129 East Bay Blvd Navarre 32566 ... 939-7877
Raytheon Technical Service
600 University Office Blvd Pensacola 32504 ... 476-1750
Raytheon Technical Services 7321 Highway 4 Jay 32565 ... 675-2123
Raytheon Technical Services Co
600 University Office Blvd Pensacola 32504 ... 505-0398
Razek Hani A MD FACC 1110 Gulf Breeze Pkwy GB 32561 ... 932-1775
RCG Enterprises 1101 S Fairfield Dr 32506 ... 453-5100
R-Com Enterprise 1700 E Burgess Rd Pensacola 32504 ... 969-9989
R-D Data Solutions 2009 Coral Reef Rd Pensacola 32505 ... 458-2005
RD Ward Construction 4901 Camp Rd Mcdavid ... 256-3209
RDR Inc 4500 Twin Oaks Dr Pensacola 32506 ... 453-3866
RDR Inc 700 S Navy Blvd Pensacola 32508 ... 453-4966
Re-Transportation 5353 Rowe Tr Pace 32571 ... 994-6081
Reach Service & Supply 6373 Simpson Dr Milton 32570 ... 433-3373
Reach Service & Supply 6373 Simpson Dr Milton 32570 ... 623-6960
Reach Service & Supply air cndtng eqpt ... 994-6657
Reaching Your Dream 1000 E Moreno St Pensacola 32503 ... 439-3888
Ready Mix USA 1921 E Roberts Rd Pensacola 32534 ... 477-7588
Real Estate Appraisal Of Nw Florida Inc
5113 N Davis Hwy Pensacola 32503 ... 476-9770
Real Estate Book The 5480 Dogwood Dr Milton 32570 ... 983-0034
Real Estate Connection 429 S Navy Blvd Pensacola 32507 ... 453-8191
Real Estate Connection 429 S Navy Blvd Pensacola 32507 ... 453-8350
Real Estate Connection ... 934-5711
Real Estate Counselors-
9011 N Davis Hwy 32514 ... 476-9497
9011 N Davis Hwy 32514 ... 476-8257
Real Estate Direct 3418 Wellington Rd Pensacola 32504 ... 475-8602
Real Estate Hot Line 1335 Creighton Rd 32504 ... 477-7653
Real Estate House 731 Pensacola Beach Blvd Pns Bch 32561 ... 934-3233
Real Estate House 2533 Shadowridge Ct GB 32563 ... 916-0011
Real Estate House 501 E Gadsden St Pensacola 32501 ... 434-7300
Real Estate House Inc US 98 At College Pkwy 32566 ... 934-8700
**REAL ESTATE SCHOOL OF FLORIDA**
320 W Government St Pensacola 32502 ... **435-3226**
Real Net 27 Via De Luna Dr Pns Bch 32561 ... 932-8408
Real Paper 112 Dixon Ln 32507 ... 453-0858
Real Property Services Of NW Fl
426 Deer Point Dr GBrz 32561 ... 934-5556
**REAL YELLOW PAGES**
See BellSouth The Real Yellow Pages
Reality News Network 913 Kenny Dr 32504 ... 505-4966
Realm Mortgage 118 E Wright St Pensacola 32501 ... 433-3556
RealSouth Buyer Agency ... 492-7325
*Realty Associates Of Santa Rosa*
8438 Gulf Blvd Nvr Bch 32566 ... 939-7432
Realty Associates Of Santa Rosa Inc
2045 Fountain Professional Ct Navarre ... 939-8770
Realty Mart International
1020 Fort Pickens Rd Pns Bch 32561 ... 932-1393
Realty Marts International Inc-
1591 Via De Luna Dr Pns Bch 32561 ... 932-5376
Realty Masters 6704-C Plantation Rd Pensacola 32504 ... 473-3983
Realty News Net 121 S Palafox St 32502 ... 435-8712
Realty Search Inc 221 N Palafox St 32501 ... 433-9002
Realtylink 3415 North W St 32505 ... 434-1800
Rebel Battle & Associates 214 Church St Pensacola 32502 ... 438-0400
Rebuild North Florida 3551 Gulf Breeze Pkwy GB 32563 ... 934-8080
Rebuild NW Florida Inc 23 Brent LN 32503 ... 497-7024
Rebuilding America Inc 422 N Baylen St Pensacola 32501 ... 432-0283
Rec Vee World 7220 N Davis Hwy 32504 ... 478-5855
RecanatiS Italian Restaurant
3974 Avalon Blvd Milton 32583 ... 623-8666
Recirculation Technologies Inc 1039 E Maxwell St 32503 ... 434-0794
Recise Contractors LLC ... 304-6872
Recordings Of The Blind And Dyslexic
3 W Garden St Pensacola 32502 ... 433-4074
Recovery First Pensacola ... Pensacola Tel No 437-0353
**RECOVERY ROOM THE** ... **995-8004**
Recreation Outreach Center ... 474-3602
Recreational Composites Inc 4132 Alexander Av 32563 ... 934-1275
Red Barn Bar B-Q 5887 Highway 90 Milton 32583 ... 983-9771
Red Baron Lounge & Package 8961 Pensacola Blvd 32534 ... 476-6910
Red Carpet Inn 4985 S Highway 87 Milton 32583 ... 626-7631
Red Carpet Lounge
937 N New Warrington Rd Pensacola 32506 ... 453-9918
Red Cross 1741 N Palafox St 32501 ... 432-7601
Red Diamond Coffee & Tea
Toll Free-Dial '1' & Then ... 800 292-4651
Red Dot Grocery 3006 N Davis Hwy 32503 ... 432-7568
Red Line Equipment Co 288 Stumpfield Rd 32503 ... 476-9035
Red Lobster Restaurants 5110 N 9th Av 32504 ... 477-7667
Red Ribbon Charitable Foundation Inc
509 N 14th Av Pensacola 32501 ... 434-8378
Red Roof Inn & Suites 2672 Avalon Blvd Milton 32583 ... 995-6100
Red Roof Inns-
Pensacola I10 & SR 291 ... 476-7960
Reservations Nationwide
Toll Free-Dial '1' & Then ... 800 843-7663
Red Woof Inn 5718 Washington St Milton 32570 ... 626-2665
Reddick James H atty 207 S Baylen St Pensacola 32502 ... 438-7003
Reddick James H atty ... Gulf Breeze Tel No 932-7906
Reddy Ice 1511 W Government St 32501 ... 433-2191
Reddys Food Mart 220 Gulf Breeze Pkwy GB 32561 ... 934-0234
Reddys Food Mart 3494 E Olive Rd Pensacola 32514 ... 475-2504
Reddy's Food Mart 6500 N Highway 87 Milton 32564 ... 623-0378

Redeemer Lutheran Church & School (Mo Synod)
333 Commerce St 32507 ... 455-0330

REDEEMER LUTHERAN SCHOOL & CHURCH
"Serving Pensacola Since 1954"
www.rlschool.org
455-0330
333 Commerce St. (Near NAS)

**REDEEMER LUTHERN SCHOOL**
333 Commerce St 32507 ... **455-0330**

A REDISH
CANVAS & AWNING

Awnings • Boat Covers
SINCE 1962
456-1096
3840 NAVY BLVD

**REDISH CANVAS & AWNING CO**
3840 Navy Blvd ... **456-1096**
Redline Motorcycles 179 W Airport Blvd Pensacola 32505 ... 478-3090
Redmond Michael R MD 8333 N Davis Hwy 32514 ... 474-8445
Redmond Michael R MD
8333 N Davis Hwy Pensacola 32514 ... 474-8436
**RED'S KENNELS**
6687 Ventura Blvd Milton 32583 ... **626-8331**
Red's Landscaping ... 232-4271
Red's Landscaping ... 261-6102
Reed Vault Co 354 Gulf Beach Hwy 32507 ... 456-6588
Reeder H. Wesley atty 30 S Spring St Pensacola 32502 ... 433-6581
Reeder Joe Old Bagdad Hwy Milton ... 623-9850
*Reed's Clock Gallery 1318 Dunmire St Pensacola 32504* ... *474-8864*

Reed's Clock
Gallery & Repair

**REED'S CLOCK GALLERY & REPAIR**
1318 Dunmire St Pensacola 32504 ... **474-1511**

Reeds Funeral Home 3230 N Davis Hwy 32503 ... 433-7616
Reef Scapes 2095 E Olive Rd 32514 ... 479-1490
Reef The 13575 Perdido Key Dr 32507 ... 492-9020
Reefer's Aquatics 500 W Government St Pensacola 32502 ... 434-1373
Reefs Artificial Inc ... 934-7201
Reel Fish And Seafood 3355 Copter Rd Pensacola 32514 ... 494-1454
Reel Fun One Stop Bait & Tackle Inc
711 N Pace Blvd 32505 ... 433-2962
Reel To Reel Audio Productions
440 Bayou Blvd Pns 32503 ... 969-1144
Reelect Sheriff Mcnesby 5222 North W St 32505 ... 434-0454
Rees George C MD 1717 North E St Pensacola 32501 ... 434-1863
Reese Randall E MD 1368 Country Club Rd GBrz 32563 ... 934-9876
Reeves And Davis atty 730 Bayfront Pkwy Pensa 32501 ... 438-4400
Reeves Donna 221 S Baylen St 32502 ... 432-9944
Reeves James J atty 730 Bayfront Pkwy 32502 ... 438-4400
Reface It Inc 3825 Creighton Rd Pensacola 32504 ... 433-4545
**REFACE IT INC**
3825 Creighton Rd Pensacola 32504 ... **477-4125**
Refacement 3037 E Olive Rd Pensacola 32514 ... 474-6343
Refacement ... 748-8261
Reflections Beauty Salon 8400 Racing Ln Navarre 32566 ... 939-1192

Reflections By S P Stone 2673 E Johnson Av 32514 ... 479-1396
**REFLECTIONS HAIR STUDIOS INC**
6707 Plantation Rd Pensacola 32504 ... **477-7705**
Reflections Lawncare ... 469-1700
Reformers Unanimous 4000 Avalon Blvd Milton 32583 ... 623-0086
Refuge Of Love Christian Church
7280 Plantation Rd Pensacola 32504 ... 476-3334
Refuge Tabernacle Evangelistic Pentecostal Church
2607 W Fairfield Dr P'Cola Fl 32505 ... 470-0358
Regal Nail 8970 Pensacola Blvd Pensacola 32534 ... 484-7750
Regal Nail 2951 S Blue Angel Pkwy Pensacola 32506 ... 457-9192
Regal Nails 2650 Creighton Rd Pensacola 32504 ... 484-7872
Regal Nails 4965 Highway 90 Pace 32571 ... 995-5909
Regan Sharon Atty 125 S Alcaniz St Pns 32502 ... 439-1000
Regan Sharon PA 125 S Alcaniz St Pns 32502 ... 439-1000
Regency Arms Apartments 139 Miller Rd Milton 32570 ... 623-4531
Regency Manufacturing Inc 3003 North E St 32501 ... 436-7667
Regency Oaks Apartments 7831 Tippin Av 32514 ... 476-3448
Regency Villas Inc 1600 Via De Luna Dr Pns Bch 32561 ... 932-2051
Reggie's Seafood & Bar-B-Que
7040 Highway 90 Milton 32583 ... 623-3126
Reggie's Sportswear Navarre 32566 ... 450-9929
Regina Williams Cleaning Service
3337 Marcus Dr Pensacola 32503 ... 439-3339
Regional Valve Corp Of Fl
2898 Old Chemstrand Rd Cntmnt 32533 ... 937-8700
**REGIONS BANK-**
Pensacola Offices-
Beverly Pkwy Office-
50 Beverly Pkwy 32505 ... 435-2330
Cordova Office-
5600 N 9th Av Pns 32504 ... 435-2340
Garden Street Office-
251 W Garden St 32502 ... 435-3028
Northview Office-
235 E Nine Mile Rd 32534 ... 435-3085
Osceola Office-
4455 Mobile Hwy 32506 ... 435-3083
University Office-
6677 N Davis Hwy 32504 ... 435-3082
Gulf Breeze Office-
2583 Gulf Breeze Pkwy 32507 ... 435-2380
Milton Office-
6650 Caroline St 32570 ... 623-3067
Navarre Office-
8524 Navarre Pkwy Navarre 32566 ... 936-1873
Pace Office-
4612 Highway 90 Pace 32571 ... 995-8346
Customer Service
Toll Free-Dial '1' & Then ... 800 REGIONS
Loan By Phone
Toll Free-Dial '1' & Then ... 800 588-1267
Regions Bank 50 Beverly Pkwy Pensacola 32505 ... 432-6410
Regions Contractors
941 Massachusetts Av Pensacola 32505 ... 433-2102
Regions Mortgage-
2583 Gulf Breeze Pkwy Pensacola 32507 ... 916-0140
251 W Garden St Pensacola 32502 ... 435-2314
235 E Nine Mile Rd Pensacola 32534 ... 478-8638
6677 N Davis Hwy Pensacola 32504 ... 478-4089
8524 Navarre Pkwy Navarre 32566 ... 939-2944
6650 Caroline St Milton 32570 ... 983-0464
Regis Group The 2720 Magnolia Av 32503 ... 429-0606
Regis Salon-
University Mall Pensa 32504 ... 478-0022
Cordova Mall Pensa 32504 ... 474-1199
Regiscope Div Of Dubl-Check
608 Oaklawn Dr Metairie LA 70005 ... 504 834-6171
Rehab Advantage 4343 Langley Av Pensacola 32504 ... 474-1146
Rehab Advantage 6984 Pine Forest Rd Pensacola 32526 ... 944-0520
Rehab Service ... 968-4987
Rehabilitation Foundation Of North West Fla
2929 Langley Av 32504 ... 478-0297
Rehabilitation Institute At West Florida Hospital
8391 N Davis Hwy 32514 ... 494-6161
Rehabilitation Institute At West Florida Hospital
8391 N Davis Hwy Pensacola 32514 ... 494-6000
RehabWorks 7920 Pine Forest Rd Pensacola 32526 ... 944-9970
RehabWorks 5918 N Davis Hwy Pensacola 32503 ... 505-0940
RehabWorks At T R Jackson 4950 Susan St Milton 32570 ... 981-1439
REI Metal Buildings ... 934-6009
REI Realty ... 430-4031
REI Realty ... 934-2832
**REICHHOLD CHEMICALS INC**
425 S Pace Blvd 32501 ... **433-7621**
Reic-Way Fence Co ... 983-2900
Reid Dale E ... 478-6228
Reilly Patrick MD 1717 North E St Pensacola 32501 ... 436-4563
Rein Russell H atty 4400 Bayou Blvd Pensacola 32503 ... 202-1010
( Please See Our Ad Next Page )
Reinhardt Medical Group 2491 Executive Plz Pns 32504 ... 478-8449
Reinhardt Medical Group
7100 Plantation Rd Pensacola 32504 ... 476-0263
Reinke Ray & Claudia 841 Ramar Dr 32534 ... 494-2472

**REIN'S FORMAL WEAR INC**
527 Brent Ln 32503 ... **478-6533**

Reizloff John E DO 5190 Bayou Blvd 32503 ... 416-6886
Reizloff John E DO 5149 N 9th Av 32504 ... 416-6886
Rejoice Radio/WPCS-FM 89.5 250 Brent 32503 ... 479-6570
Rejuvx 927 Yonna Jo Cir Pensacola 32506 ... 455-1518
Relax Day Spa 9466 Navarre Pkwy Navarre 32566 ... 936-4411
Relax Inn 3725 Mobile Hwy Pensacola 32505 ... 433-5516
Relay Service
See Florida Relay Service The

12338 © BellSouth Advertising & Publishing Corporation 2006

Reel M Wesley 2006 Ector Pt NW Mreta 770 422-0296
Reeley Mary 160 Woodmeade Mreta 770 485-7928
Reep L 235 Timber Creek Ln SW Marietta 770 434-1925
REES 3535 Roswell Rd NE 770 579-0337
Rees Albert L & Kristyn 3588 Estates Ln SE Smyrna 770 434-1296
Rees Fred 2109 Jockey Hollow Dr NW Kennsw 770 427-0974
Rees Heather 4461 Club Lake CIR Mreta 770 937-0321
Rees Klaus 7916 Paces Lake Ct Newnan 770 436-3485
Rees Klaus O MD FACC-
1700 HOSPITAL SOUTH DR 770 739-0999
6095 PROFESSIONAL PKWY 678 838-1249
Rees R & M 3395 Galts Rd Acworth 770 529-1813
Rees Richard C 1950 Trophy Dr NE Mreta 770 973-6572
Rees Ryann 5777 Salem Acw 770 485-0973
Rees Thomas B & Lynne G
2251 Remington Ct NE Marietta 770 928-6099
Rees Todd 4310 Summit Dr NE Marietta 770 321-6627
Reese Banks Cathie 3013 Oak Mreta 770 977-0310
Reese Althea 1002 Crestway Av NE Mreta 678 489-4650
Reese Ann 4298 Farmbrook Ln NE Kennesaw 770 591-0391
Reese Barbara A 4000 S Cobb Dr SE Smyrna 770 437-9045
Reese Bertram L 2571 Cedar Forks Tr NE Mreta 770 971-3627
Reese Buck 2671 Old Hickory Rd NW Mreta 770 422-8638
Reese Cecila 2775 Cold Springs TR SW Mreta 770 425-9116
Reese Charles 2035 Maple Ridge Dr NW Acworth 678 574-8454
Reese Charles 2035 Maple Ridge Dr NW Acworth 770 975-1570
Reese Chelsea 3091 Cobb Knsw 770 693-0727
Reese Chiquita 2809 Waterstone Ct NE Marietta 770 509-1072
Reese Christopher 5090 Highway 92 Acw 770 485-7572
Reese Craig A & Mrs Mr 3274 Catlon Ct NE Marietta 770 565-2596
Reese David W & Susan
6262 Benbrooke Way NW Acworth 770 919-0702
Reese Deborah 2911 Creekstone Acw 770 974-7589
Reese Deidre 2883 Country Ln NW Kennesaw 770 424-8596
Reese Donna 127 Old Reece Ln Woodstock 770 516-3986
Reese Dorothy 287 Montgomery St NE Marietta 770 422-0447
Reese Elisa 3430 Creek Holl Mreta 678 560-2910
Reese Fred 2700 S Arbor Dr NE Mreta 770 591-0592
Reese Gordon 3833 Heartleaf Dr NW Acworth 770 966-0266
Reese Harry R 922 Tyrell Dr SW Austell 770 431-0002
Reese J C Jr 2387 Atoka Dr SE Marietta 770 436-4348
Reese James 1258 Powder Springs Rd SW Mreta 678 401-5871
Reese Janice 78 Highoak DR NE Mreta 770 425-5876
Reese Jason 3400 Somerset Trc SE Marietta 770 916-1010
Reese Jim 5304 Indigo Ct NW Acworth 770 928-1270
Reese Johnny 2407 Shiloh Driv SW Mreta 770 428-3885
Reese Johnny 2407 Shiloh Driv SW Mreta 770 693-8594
Reese Julia F 5730 Brookstone Wk NW Acworth 770 514-1960
Reese Kenneth M 860 Tranquil Dr Sw Aus 770 436-3554
Reese L 1524 Curbin Pl SW Marietta 770 434-5325
Reese L R 2126 Green Dr SW Marietta 770 919-2019
Reese Laduana J
3730 Bozeman Lake Rd NW Kennesaw 770 429-8339
Reese Lawrence 1119 Riverbend Club Dr NW 770 951-8349
Reese Loretta Eagle 4053 Coopers Hill Dr SE Smyrna 770 384-0275
Reese Margaret C 2261 Concord Sq NE Marietta 770 973-7934
Reese Mark 4084 Charrwood Trc NE Marietta 770 973-2524
Reese Mark 1479 Hedgewood Ln NW Knsw 770 499-8150
Reese Mark J 4084 Charrwood Trc NE Marietta 770 973-0975
Reese Martin 1482 Chimney Dr Mreta 770 425-8874
Reese Nathan 2480 Barrett Creek Blvd NW Mreta 770 627-2640
Reese P 2254 Arbor Forest Tr SW Marietta 770 792-7729
Reese Patrick 640 Serramonte NE Marietta 770 509-3611
Reese Penny 3431 Mallard Glen Dr SW Smyrna 770 435-4889

**REESE R GLENN DMD**
2320 Baker Rd NW Acworth 770 429-8989
Res 3525 Club Dr NW Kennesaw 678 290-0320

Reese Ray M 1579 Bellchase Dr SW Marietta 770 426-1492
Reese Richard R 5313 Alyssum Way NW Acworth 770 926-0206
Reese Robert 2050 Austell Rd SW Mreta 678 401-4595
Reese Robert 3285 Long Meadow Pass NW Kennesaw 678 574-7767
Reese Robert B 819 Hickory Dr SW Marietta 770 795-8613
Reese Ronald C 4251 Blackland Dr NE Marietta 770 952-9074
Reese Satish & Julie 678 445-9397
Reese Scott 618 Arnold Mill Rd Woodstock 678 494-9457
Reese Shana & Brittney 4505 Balmoral Rd NW Knsw 770 424-7955
Reese Sheila 3909 George Busbee Pkwy NW Kennesaw 770 421-9144
Reese Sherri 4421 Winn St NW Acworth 770 529-1512
Reese Todd S 1676 Terrell Ridge Dr SE Marietta 770 952-2238
Reese Tommy 4614 Astible Cir NW Acworth 678 494-6828
Reese Tommy 4614 Astible Cir NW Acworth 770 928-0225
Reese Tyrone 4505 Balmoral Rd NW Kennesaw 770 424-5586
Reese Vernon L 4522 Creek Wood Cir NW Kennsw 770 422-0305
Reese Wanda C 474 Banks St SW Marietta 770 427-3651
Reese Y 1988 Benson Av SE Smyrna 770 435-1080
Reese-cassell Lisa 2085 Roswell RD NE Mreta 770 579-6041
Reeser K 678 574-9200
Reeser Sharon 4329 Willis St NW Acworth 770 529-5551
Reeser Sharon 4329 Willis St NW Acworth 770 529-5552
Reethof Alex 630 Gunby Rd SE Marietta 770 988-0023
Reethof Alex 630 Gunby Rd SE Marietta 770 988-8655
Reethof Alex & Lori 630 Gunby Rd SE Marietta 770 988-9966
Reeve Chester 904 Santa Anita Dr Woodstock 770 592-1275
Reeve Craig 4016 Ironhill Wdstk 770 516-4833
Reeve Judy 205 Glens Loop Woodstock 770 592-5179
Reeve K A 770 425-1151
Reeve K L 3850 Autumn View Cir NW Acworth 770 529-7379
Reeve L 2502 Centennial Commons View NW 770 966-8032
Reeveco Residential Heating And Air Conditioning Services
Inc Woodstock 770 928-3150
Reever Susan 196 Candace Ln NW Kennesaw 770 218-6913
Reever Susan 196 Candace Ln NW Kennesaw 770 425-5914
Reeves Alice 120 Hill St SE Mreta 770 792-9013
Reeves Alyce 1905 Hampton Springs Ct SW Marietta 678 354-6643
Reeves Amber 720 Twin Brooks Ct SE Marietta 770 218-1516
Reeves Amelia 3225 Hickory Grov Acw 770 627-2513
Reeves Arthur & Patricia 475 Concord Ln SE 770 432-2678
Reeves B J 3250 Austell Rd SW Mreta 770 432-1361
Reeves B J 2694 Chadwick Ln NW Kennesaw 770 529-2137
Reeves B W 440 Shay Dr SW Marietta 770 435-4621
Reeves Bob 602 Inland Pt Woodstock 770 924-9532
Reeves Byron D 3198 Wimbledon Ct NW Kennesaw 770 422-3444
Reeves C 1122 Washington Av 770 926-4750
Reeves C 1122 Washington Av Woodstock 770 926-4923

**REEVES C FRED** atty
376 Powder Springs St SE Mreta 770 429-0696

Reeves C L 4132 Shoshone Valley Rd NE Mreta 770 971-8492
Reeves Carol Dianne 845 Castlewood Dr Woodstock 770 926-3574
Reeves Charles 817 Morningcreek Dr NW Kennesaw 770 427-5649
Reeves Charles 770 426-1628
Reeves Charles E III 3155 Hunterdon Ct SE Marietta 770 955-1646

**REEVES CHARLES F JR** atty
376 Powder Springs St SE Mreta 770 429-0696

Reeves Charles R 410 Fleetwood Tr NW Marietta 770 424-4184
Reeves Chris 809 Randy Wdstk 770 926-3350
Reeves D 489 Timberlea Lake Dr SE Marietta 770 850-9797
Reeves D I 500 Old Hickory Rd Woodstock 770 926-7468
Reeves Danyeloe 1049 Powers Ferry Rd SE Mreta 678 401-3819
Reeves David 586 Rising Dr Woodstock 770 592-8145
Reeves David A 255 Old Hickory Rd Woodstock 770 926-4184
Reeves Debbie 1089 New Haven Mreta 678 594-0546
Reeves Elizabeth 5116 Jett Rd Wdstk 770 924-9455
Reeves Everdeen 185 Inspiration Dallas Ga 770 693-9823
Reeves Everdeen 185 Inspiration Ln Dls 770 693-8251
Reeves F 770 516-5154
Reeves Floral Products Inc
10268 Highway 92 Woodstock 770 924-5230
Reeves Harold R 3360 Campbell Rd SE Smyrna 770 436-3119

**REEVES HEATING & AIR CONDITIONING CO INC** 545 Glover St SE Mreta 770 428-1109

Reeves Herb 1103 Canton Rd NE Mreta 770 427-3005
Reeves J 2474 Brown Deer Tr NW Acworth 678 574-3493
Reeves J H 55 Henderson St SW Marietta 770 590-0290
Reeves J R 476 Old Hickory Rd Woodstock 770 928-3494
Reeves James 2129 Arbor Oaks Dr NE 770 321-0548
Reeves James 266 Castleton Ct 678 494-9273
Reeves James 1982 Mercer Rd SE Smyrna 770 435-4754
Reeves James L 3521 Hickory View Dr NW Marietta 770 427-6012
Reeves James M 6872 Sky Lane Dr NW Acw 770 926-2954
Reeves Janet T 2085 Roswell Rd NE Marietta 770 509-0653
Reeves Jason 3486 Hogan Dr NW Kennesaw 770 975-0188
Reeves Jerry L 4565 Arbour Dr SW Powdr S 770 427-1439
Reeves John 185 Walnut Holl Cir Woodstock 770 591-4646
Reeves Joseph 8013 Huntcliff Rd Woodstock 770 592-1602
Reeves Joshua 239 Brookview Pl Woodstock 770 928-3008
Reeves Ken 3307 Wilderness Dr SW Powder Springs 770 422-9077
Reeves L L 10 Fairhill Ct NW Marietta 770 528-9063
Reeves L Reeves 2312 Woodlands Dr SE Smyrna 770 433-1091
Reeves Laquetta 841 S Commons NE Marietta 770 792-4427
Reeves Larry 221 Old Hickory Rd Woodstock 770 928-9503
Reeves Laura 29 Parkwood Dr NE Kennesaw 770 592-3655
Reeves Laurie 98 Whitlock Av NW Marietta 770 425-3929
Reeves Lee & Andrea 3473 Clubside Ln NW Kennesaw 770 966-8802
Reeves Leon 155 Holt Rd NE Marietta 770 973-8589
Reeves Leslie 323 Antebellum Pl Woodstock 770 924-9910
Reeves Lori & George 2365 Castle Ln NE Marietta 770 509-1724
Reeves M C 16 Peppertree Ct SE 770 321-9849
Reeves Marian 2857 Brandl Cove Ct SE Marietta 770 818-9863
Reeves Matthew 1382 Welborn Cir NW Kennesaw 770 429-5373
Reeves Michael 3497 Ember St NE Marietta 770 509-9853
Reeves Michael 221 Old Hickory Rd 770 926-5600
Reeves Michael & Janice
1278 W Spring St SE Smyrna 770 333-8663
Reeves Michelle 1518 Akers Ridge Dr SE Atlanta 770 690-0924
Reeves Mona 6062 Woodcreek Dr Woodstock 770 516-3985
Reeves Mrs Greer 1424 Oak Ln Acworth 770 926-5221
Reeves P 770 966-8427
Reeves R 592 Club Ln SE Marietta 770 690-0492
Reeves R Paul 718 Wagon Trail Rd Wdstk 770 591-0163
Reeves Ramon 770 435-8371
Reeves Randall 4826 Winding Valley Dr SE Smyr 770 434-0245
Reeves Randy 260 Old Hickory Rd Woodstock 770 592-5689
Reeves Richard L 3511 Billingsly Dr NE Mreta 770 977-0608
Reeves Robert 2720 Orchard Knob Rd SE Atl 678 556-9850
Reeves Robert & Julianne
7984 Wendwood Dr NE Marietta 770 579-1379
Reeves Ross Jr & Imogene
489 Wood Valley Dr Se Mreta 770 428-2255
Reeves Ruth Shirley
1430 Settlers Walk Way SW Marietta 770 435-5588
Reeves Ryan 1106 Canterbury Wdstk 678 445-4302
Reeves S H 3587 Kennesaw Station Dr NW Kennesaw 770 426-6702
Reeves S W 770 528-9420
Reeves Sam D 10 Lindley Av NE Mreta 770 428-0951
Reeves Scott R & Karon B
259 Old Hickory Rd Woodstock 770 591-6319
Reeves Sherran S 3009 Dobbins Dr NW Kennesaw 770 427-8142
Reeves T A 4437 Adams Cir NW Acworth 770 966-0046
Reeves Timothy G 2537 Oakhill Rd NE Marietta 770 321-0856
Reeves Timothy G 134 Wood Hollow Ct SE Marietta 770 952-9550
Reeves Todd & Sommer 3811 Paces Fern W Atl 770 438-7964
Reeves Wanda 498 Wagon Tr Wdstk 770 591-0680
Reeves Wayne 422 Chicopee Dr NE Marietta 770 422-2767
Reeves Wayne 204 Zachary Woods Pt NW Marietta 770 421-9721
Reeves William 770 423-9156
Reeves William L 2693 Oakvale Ct NW Kennesaw 770 426-5362
Reeves-Oppenheim Robin l*c*s*w
252 Creekstone Rdg Wdstk 678 445-4184
Reeves-Willis Carolyn CNP 176 Marietta Hwy Hiram 678 945-8200
Reff Drugs 1815 S Cobb Dr SE Mreta 770 435-0404
Reff Steve 5761 Stonelark Wk NW Acworth 770 529-0687

**REFINED IMAGES HAIR SALON**
2505 Chastain Meadows Pkwy NW 770 792-3812

Reflection Hypnothrpst Marietta 770 424-0163
Reflection Window Cleaning
6425 Woodlore Tr NW Acw 678 581-0777
Reflections Printing
1225 Kennestone Cir NW Marietta 770 795-0000
Reflective Apparel Factory 1739 Sands Pl SE Mreta 770 988-9988
Refo J N 3274 Key St NE Mreta 770 971-1868
Refuge West 2200 Powder Springs Rd SW Mreta 678 581-5959
Rega Linda 2558 Hawk Mreta 770 516-8986
Rega Martha 1355 Yorkshire Ln Woodstock 770 924-6286
Regal Auto Wash & Detailing
3307 S Cobb Dr SE Smyr 770 434-7007
Regal Cinemas Town 12
2795 Town Center Dr Kennsw 770 426-5400
Regal Cleaners 9999 Highway 92 Wdstk 770 926-0803
Regal Cleaners 2697 Sandy Plains Rd NE 770 578-7722
Regal Lager 1100 Cobb Place Blvd NW 770 955-5060
Regal Nail 2795 Chastain Meadows Pkwy NW Mreta 678 354-3555
Regal Nail 1133 East-West Connector SW Aus 770 434-6200
Regal Nails 210 Cobb Pkwy Se Mreta 770 422-0211
Regal Nails 6435 Bells Ferry Rd Wdstk 678 445-1670
Regal Nails 3305 Cobb Pkwy NW Kennsw 678 574-0146
Regal Nissan Inc 1090 Holcomb Bridge Rd Roswell 770 998-8686
Regal Sales 58 S Park Sq NE 770 424-2616
Regal Services 1560 Brown Thrasher Ln NE Mreta 770 579-8155
Regalado Melissa 4932 Condor Pl NE Marietta 770 592-6854
Regan Alan & Suzanne
4193 Winthrop Downs NW Kennesaw 770 419-8271
Regan Bonnie 3645 Rock Springs Dr SW Smyrna 770 319-9090
Regan Diane 1423 Montclair Ct SE Smyrna 770 435-2430
Regan Diane 1423 Montclair Ct SE Smyrna 770 435-9578
Regan Dorothy 4419 Sugar Maple Dr NW 770 529-9266
Regan E L 3471 Erin Glen NW Kennesaw 678 574-4829
Regan Eric & Teena 699 Braidwood Ter NW Acworth 770 919-8282
Regan J Blake & Diane 1423 Montclair Ct SE Smyrna 770 432-7104
Regan Jerry & Grace 3843 Bluffview Dr NE 770 321-5144
Regan John J 4061 Wattons Glen Dr Wdstk 770 928-7395
Regan Kathy 1799 Sandtown Rd SW Mreta 770 434-7215
Regan Kathy 1799 Sandtown Rd SW Mreta 770 438-2212
Regan Maria 1041 Legacy Wdstk 678 445-1319
Regan Michael 260 Mountain View Dr 770 924-3062
Regan Michael 561 Thunder Ridge Dr Acworth 770 966-8105
Regas A N 1085 Mt Vernon Hwy NW Sandy Springs 770 955-1940
Regelsky Adam & Jodi 4172 Berkeley Ldg NW Kennsw 678 355-6844
Regency 4298 Bells Ferry Rd NW Kennsw 678 494-4665
Regency 12050 Highway 92 Wdstk 770 592-0839
Regency 6300 Powers Ferry Rd NW Sandy Springs 770 953-0451
Regency 4451 Towne Lake Pkwy Wdstk 770 928-0170
Regency 2148 S Cobb Dr SE Smyr 770 803-9968
Regency-Brentano Inc
13 Corporate Blvd NE Atla Tel No 770 955-5211
Regency Caterers By Hyatt 2999 Windy Hill Rd Mreta 770 956-1234
Regency Center 2900 Delk Rd SE Mreta 770 541-7961
Regency Electric Co Atlanta Ofc
1000 Cobb Place Blvd NW Kennesaw 770 514-0755
Regency Inn & Suites 642 Cobb Pkwy SE Mreta 770 428-1501
Regency Lighting 95 Chastain Rd NW Kennsw 770 514-0780
Regency Lighting 95 Chastain Rd NW Knnsw 770 795-8833
Regency Lighting Inc 55 Chastain Rd NW Kennsw 770 421-8668
Regency Mortgage LLC 100 Galleria Pkwy Atl 770 933-3800
Regency Park Owners Assoc Mreta Mreta Tel No 770 977-3854
Regency Square Apts 1803 Davie Cir SE Smyr 770 432-2186
Regent Partners Paces Summit
2410 Paces Ferry Rd SE Atlanta Atl Tel No 770 435-9155
Regent Steven 2255 Snug Harb NE Marietta 770 427-8575
Reger Joe & Eunice 3171 Lakeridge Dr SE Marietta 770 937-9793
Reger-office Joseph 3171 Lakeridge Dr SE Marietta 770 937-9896
Regeski Tom 1131 Starline Dr SE Smyrna 770 433-9623
Regester R Keith 4843 Registry Dr NW Kennesaw 678 354-7001
Regier K 228 Westwood Dr NW Marietta 678 354-8685
Regina Frank 2974 Sutton Glen NE Marietta 770 578-8731
Regina's Bridal & Formal Wear
688 Whitlock Av NW Mreta 770 423-9800
Regional Auto Sales 1055 Hagood Cir NE Mreta 770 590-0020
Regional Auto Sales 1679 Joyner Av SE Marietta 770 792-7996
Regional Equipment Manufacturing
530 Collins Rd NE Marietta 770 514-9872
Regional Litigation Support Services Inc
4825 N Main St NW Acworth Ga 770 966-9889
Regional Properties Inc 3111 Paces Mill Rd NW 770 952-9100
Regional Reporting Inc 1339 Canton Rd NE Mreta 770 426-6938
Regional Supply Inc 530 Collins Rd Mreta 770 514-9872
Regions Bank-
The Right Call/24 Hr Account Information
Toll Free-Dial '1' & Then 888 820-BANK
Customer Service Atlanta Atlanta Tel No 770 503-BANK
Office Locations-
Acworth Office-
4598 Morningside Dr Acworth 770 974-4161
Ballground-
2995 Canton Hwy 770 735-2221
Bells Ferry-
6341 Hwy 92 West Acworth 770 924-4344
Canton-
2653 Marietta Hwy 770 479-1436
Marietta Office-
2048 Macland Crossing Cir SW Marietta 770 792-7277
Shiloh Square-
4255 Jiles Rd Kennesaw 770 218-2030
Smyrna Office-
888 Concord Rd SE Smyrna 770 434-8185
Woodstock-
9676 South Main St Woodstock 770 928-7991
East Marietta-
2486 Roswell Rd NE Marietta 770 533-6331
Trickum Road-
12175 Hwy 92 Woodstock 770 926-7757
Regions Bank 2727 Paces Ferry Rd SE - Smyrna Tel No 770 435-2038
Regions Development Inc 7304 Carriage Creek Rd 770 591-3883
Regions Funding 1000 Parkwood Cir SE Atlanta 770 951-9977
Regis 3350 Cumberland Cir NW 770 240-1540
Regis Enterprises 2110 Powers Ferry Rd SE Atlanta 678 247-2107
Regis Salon-
Cumberland Mall 770 435-1720
Town Center At Cobb 770 423-9278
Regis Store #10055 210 Cobb Pkwy Se Mreta 678 594-7806
Regist Martin 891 Pastel Dr SW Mreta 770 627-3569
Register Charles E 2126 Baylard Ct SW Marietta 770 427-8822
Register Cindy 220 Forest AVE Mreta 770 420-1165
Register Herbert 1206 Vinings Tr SE Smyrna 770 433-9965
Register Linwood L 611 Woodgate Dr NE Mreta 770 424-1681
Register M G 1228 Wiley Bridge Rd Wdstk 770 924-7764
Register Sharon 816 Moonlit Ln NW Acworth 770 928-2509
Register Susan 213 Mayflower Dr Wdstk 770 591-8057
Register Walter 1110 Towne Lake Hls E Woodstock 678 445-8685

14900 © BellSouth Advertising & Publishing Corporation 2007

Moon Tracy 706 788-9869
Mooney James&Karen 1563 Hardman Morris Rd Colbert 706 788-2075
Mooney Sue & Jay Colbert 706 788-2638
Moore Dennis H 145 Kingston Rd 706 788-3815
Moore James M & Renee 63 Kristin Ct 706 788-2448
Moore Jeanelle 193 Peachtree St Colbert 706 788-3222
Moore Johnny W 445 Cliff Griffith Rd Colbert 706 788-3593
Moore K 191 Peachtree St Colbert 706 788-7991
Moore O E Diamond Hill Rd 706 788-2650
Moore Thomas Buddy Moore Rd 706 788-3458
Morgan Ira 18 Stone Ridge Dr Colbert 706 788-3758
Morgan Kenneth L Applebaum Way 706 788-3872
Morgan Leland Smithonia Rd 706 788-2743
Morris Allison Mrs Athens Rd 706 788-2617
Morris Anna & Thom 1102 Kingston Ln Colbert 706 788-3883
Morris Charles G 174 Morris Ln Colbert 706 788-2651
Morris Clifford 1031 Hardman Morris Rd Colbert 706 788-2754
Morris Danny & Keith Athens Rd 706 788-2826
Morris Doug 706 788-3665
Morris Joe W Second Av 706 788-2180
Morris Johnny R 3130 Highway 72 W Colbert 706 788-2727
Morris L N Athens Rd 706 788-2451
Morris Troy Athens Rd 706 788-2405
Morris William R Athens Rd 706 788-2304
Morrison Marie Diamond Hill Neese Rd 706 788-2652
Morrow J Lester 3rd Av 706 788-3170
Muller George 309 Peachtree St Colbert 706 788-3304
Murray Denise 1176 Adams Duncan Rd Colbert 706 788-2068
Murray J R 6774 Highway 29 S 706 788-2843
Murray William C Diamond Hill Rd 706 788-2163
Myers Jason T Colbert 706 788-2500

## N

Nash B 206 Diamond Hill Neese Rd 706 788-7349
Nash Lamar Smithonia Rd 706 788-3119
Nash Michael & Lisa 223 N First St Colbert 706 788-7302
Nasrallah Michael A & Susan L 355 Kingston Rd Colbert 706 788-2079
Nations Ruth C 741 Scogin Rd Colbert 706 788-3350
Naylor Warren & Paulette 128 Southwinds Dr Colbert 706 788-2355
Nealy Fay T Diamond Hill Rd 706 788-2366
Nelms Edward N Fourth Av 706 788-2618
Nelms Julie 706 788-2015
Nelson Alicia Colbert Danielsville Rd 706 788-3716
Nguyen Zan T 125 Hannah Dr Colbert 706 788-2676
Nichols S Winterville 706 788-2252
Nix Charles S 202 Leon St Colbert 706 788-2140
Nix Dennis Whispering Pines 706 788-3032
Nix James H 706 788-2716
Nix Mike & Debbie 1322 Jones-Mathews Rd Hull 706 788-2213
Nogueda Raul 167 Ed Coile Rd Colbert 706 788-9741
Norman Peggy 65 Overlook Dr Hull 706 788-7960
Nunnally Roy L Colbert 706 788-3549

## O

Oakley Outdoor Sports 63 S Fourth St Colbert 706 788-3538
O'Dillon J E 99 Kristin Ct Colbert 706 788-9877
Ogle K & K 104 Peachtree St Colbert 706 788-7871
Oldham Donald C N First St Colbert 706 788-2645
O'mara C 706 788-7854
O'Rourke Irene Hwy 29 706 788-2956
Osborne James & Wendy 246 Gatewood Dr Colbert 706 788-2324
Osborne Mike & Sheri Waggoner Dr 706 788-3232
Osborne Ted Winterville Rd 706 788-2040
Owensby Billy & Deborah 248 Maple Ridge Pl Colbert 706 788-2220

## P

Pace Randy & Lynn 1416 Kingston Way Colbert 706 788-9754
Painter Robert & Taya 82 Fennell Ln Colbert 706 788-3008
Paparonni's Pizza 6376 Highway 72 W Colbert 706 788-2202
Parham Gary H & Codi 100 Morris Ln Colbert 706 788-0034
Parham Patricia A 105 Archer Rd Colbert 706 788-0063
Parham Russ & Gena 706 788-3958
Parham Wayne Cliff Griffith Rd Colbert 706 788-3897
Parham Willie 1577 Hwy 172 Colbert 706 788-2785
Parker Deborah & Darin 596 Cliff Griffith Rd Danielsville 706 788-2900
Parker G J 250 Sun Grove Rd 706 788-3791
Parker Richard A Swamp Guinea Rd 706 788-3005
Parker Tabitha 1487 Shoal Creek Rd Colbert 706 788-9836
Parks Bobby B 474 Adams Duncan Rd 706 788-2758
Parr Shain & Christie 155 Hannah Dr Colbert 706 788-7893
Parten Jerry 908 Mccarty Dodd Rd Colbert 706 788-7860
Parten Jerry W Bowman Rd 706 788-2404
Partisover Ranch Winterville Rd 706 788-2533
Paski Ted 249 Madison Hills 706 788-2379
Pasquale Matt & Tamara 706 788-9810
Patman Shirley 460 N Fourth St Colbert 706 788-3121
Patman Terri 37Smithonia Rd Colbert 706 788-2199
Patrick David & Laura 2613 Hardman Morris Rd Colbert 706 788-3880
Patrick Diane 261 Alberta Dr Colbert 706 788-7861
Patrick Nancy 706 788-0561
Patrick's Upholstery 706 788-2066
Www.patricksupholstry.com
Patterson Jane 735 W Second Av Colbert 706 788-2327
Patterson Kimberlee W Second Av 706 788-2672
Patterson Plumbing & Well Service 706 788-2733
Patton Dwayne Peachtree St 706 788-2295
Patton J R 312 Diamond Hill Colbert Rd Colbert 706 788-2485
Patton Steve 354 Diamond Hill Colbert Rd Colbert 706 788-3030
Peace Vicki 250 N Fourth St Colbert 706 788-7940
Pearson Howard E jr 95 Ashley Dr Colbert 706 788-3630
Peck Chris & Anita 627 Hardman Morris Rd 706 788-3416
Pemberton Judy D 598 Cliff Griffith Rd Danielsville 706 788-2799
Peneguy Mike 170 Candace Ct Colbert 706 788-9804
Perri Michael 86 Madison Oaks Dr Colbert 706 788-3058
Perrin Robert & Jessica 1727 Foote Mcclellan Rd Hull 706 788-2218
Perry Charles R Colbert Danielsville Rd 706 788-3160
Perry J 706 788-9719
Perry Marion 6732 Hwy 29 706 788-2058
Pet Pals Of Winder Madison County 706 788-3485
Peterman B 241 S Fifth St Colbert 706 788-2805
Peterson Joseph & Doris 3782 Colbert Danielsville Rd Colbert 706 788-3113
Petty Carrie 4084 Highway 29 S 706 788-9834
Phillips Clayton 229 Maple Ridge Pl 706 788-3443
Phillips Ed Hwy 72 706 788-3704
Phillips G & C 706 788-2543
Phillips Lance 820 Kingston Rd 706 788-3512
Phillips Whit Strickland Cir 706 788-2875
Pickens S 706 788-9764
Piedmont Well Service 6371 Highway 72 W Colbert 706 788-3575
Pierce Amanda & Brian Colbert 706 788-9787
Pierce Billy 706 788-2392
Pierce Jason & Misty 299 Madison Oaks Dr Colbert 706 788-2704
Ponce Reyna E Colbert 706 788-3205
Poole Grady & Rebecca Applebaum Way Colbert 706 788-3324
Powell Dit 355 Strickland Cir Colbert 706 788-7827
Powell Kristen L 100 S Fourth St 706 788-2944
Powell Tim T 706 788-3571
Power Evelyn P 121 S Third St 706 788-2244
Power Jack & Jen 201 S Third St Colbert 706 788-3646
Power Neal 842 Mccarty Dodd Rd 706 788-2406
Power Randy H Spratlin Mill Rd Hull 706 788-2631
Power Rick Spratlin Mill Rd Hull 706 788-2611
Powers Terry Danielsville Rd 706 788-2728
Prather Edward F Smithonia Colbert Rd Colbert 706 788-2787
Prather Paul 706 788-3881
Price Ronnie & Beverly 1092 Kingston Ln 706 788-2545
Proctor William 174 Cyrstal Creek Dr Colbert 706 788-2059
Pruett Daniel & Keribeth 159 Gatewood Dr Colbert 706 788-2905

## Q

Queen David & Debra Highway 172 706 788-3309

## R

Ragsdale John & Cathy 1045 Shoal Creek Rd Colbert 706 788-2948
Ramsey Mary Ann & Byron 379 Spratlin Mill Rd Hull 706 788-2636
Rawlings R 706 788-3763
Ray Michael 43 Circle D Dr Colbert 706 788-7820
Ray Randy & Bobbie 1050 Kingston Ln 706 788-2319
Reed Casey 186 Williams Mccurley Rd 706 788-7990
Reed John H 4915 Colbert Danielsville Rd Danielsville 706 788-2786
Reed Marvin K 706 788-3456
Regions Realty 42 N Fourth St 706 788-2408
Register Ruth 374 Mccarty Dodd Rd Colbert 706 788-3037
Reilly Steve 546 Kingston Rd Colbert 706 788-3734
Rice Coy J 5885 Hwy 29 S Hull 706 788-2693
Rice Dale & Annette 1105 Hardman Rd Colbert 706 788-3570
Rice Steve & Clayton 706 788-7831
Rich Deborah Diamond Hill Rd 706 788-3679
Richierd S 706 788-7344
Ridenour Betty 706 788-9721
Roach F J Diamond Hill Rd 706 788-3202
Roberts Dale & Cathy Diamond Hill Colbert Rd 706 788-2233
Roberts Dennis 706 788-3779
Roberts Jeff & Tina 60 E Ninth Av 706 788-2352
Roberts Ray T 5565 Colbert Danielsville Rd Colbert 706 788-2258
Robertson John E Crawford Smithsonia Rd Colbert 706 788-3606
Robertson Lisa 30 Project St Colbert 706 788-3764
Robinson Charlie 4248 Highway 29 S Colbert 706 788-3963
Rock Mike & Rosalyn 706 788-3370
Rogers Billy J 3435 Smithonia Rd Colbert 706 788-3142
Rogers David & Terri 706 788-7941
Rogers Laura Nell 706 788-3600
Rogers Patsy B 1401 Diamond Hill Colbert Rd Colbert 706 788-2585
Rogers Richard D Diamond Hill Rd 706 788-3175
Rogers William & Debby Diamond Hill Rd 706 788-2512
Rollins Trevor 230 Archer Rd Colbert 706 788-3808
Ross Medical Transport 3507 Smithonia Rd Comer 706 788-3029
Ross Steven 397 Lakeview Dr Colbert 706 788-2222
Rosson Hollis 375 Tcloki Ln Winterville 706 788-3774
Rosson Myrna & Sam 365 Tcloki Ln Winterville 706 788-2330
Rowden Chris 706 788-2876
Rowland Barbara 173 Peachtree St Colbert 706 788-3511
Ruggless David J & Gliceria V 276 W Second Av Colbert 706 788-3757
Runnion James E 237 Hardman Rd Colbert 706 788-3086
Russell David W 1008 Waggoners Grove Church Rd Colbert 706 788-3125
Russell Greg F & Camile N Third St 706 788-2953
Russell Jerry & Sandra 139 Spratlin Ponds Dr 706 788-2196
Fax 706 788-2197
Russell Mat & Maria 324 Peter Wilson Ln Hull 706 788-7978
Russell Steve A 706 788-2072
Russell W T Waggoners Grove Church Rd 706 788-2904
Russell-Gaulding Barbarianne Waggoners Grove Church Rd 706 788-2904
Rutledge Dwight Spratlin Mill Rd 706 788-2085

## S

Sack Tom 3323 Smithonia Rd Comer 706 788-2208
Saggus Frank 54 Maple Ridge Pl 706 788-2105
St Pierre Wayne 192 Cliff Griffith Rd Danielsville 706 788-2575
Salas Carmen R Colbert 706 788-7814
Sale Mike & Angie 126 Brush Creek Rd Colbert 706 788-3667
Salts Tim & Janine 4460 Colbert Danielsville Rd Colbert 706 788-7362
Sanders David R 706 788-2775
Sanders Frank J 706 788-3730
Sanders Mike 303 Madison Oaks Dr Colbert 706 788-3120
Sartain Mitchell Charlie Morris Rd 706 788-3745
Sartain Todd M 670 Charlie Morris Rd Colbert 706 788-3798
Sarver Judi & Keith 706 788-2206
Savage David & Sharon 706 788-2811
Sawyer B 187 Garland Rd Colbert 706 788-3124
Scaife Jack & Lois N Fourth St 706 788-2445
Scarborough Buddy C Athens Hwy 706 788-2129
Scarborough Terry D Diamond Hill Rd 706 788-2731
Schmidt Joanne & Michael 445 Kingston Rd Colbert 706 788-3719
Schoyen Gerald H & Sybil C 1535 Brush Creek Rd Colbert 706 788-9816
Schuff Arthur & Sharon 152 Overlook Dr Hull 706 788-2851
Scifres Jenny 706 788-2615
Scoggins Glen & Carolyn 125 Brush Creek Rd Colbert 706 788-2959
Scogin Bruce W 81 W Second Av Colbert 706 788-3923
Scogin Bruce Wayne W Second Av 706 788-2861
Scogin Clara M Diamond Hill Rd Colbert 706 788-2562
Scogin F 491 Clark Cir Hull 706 788-3929
Scogin L G Colbert 706 788-3136
Scogin Ruby & Tobe 229 N 2nd St Colbert 706 788-2592
Scogins Ruby Nell Colbert 706 788-0019
Scott Larry & Jennifer 100 Overlook Dr Hull 706 788-9780
Scott Michael A 658 Moons Grove Church Rd Colbert 706 788-2984
Seagraves Donald W 4344 Hwy 29 S 706 788-3054
Seagraves Plumbing 25 N First St Colbert 706 788-2994
Seay Joseph A Diamond Hill Rd 706 788-2466
Seay Lanier Ed Coile Rd Hull 706 788-2231
Seay Mildred 310 Cliff Griffith Rd Danielsville 706 788-7931
Self Donnie Diamond Hill Rd Colbert 706 788-2821
Self M R S Fourth Av Colbert 706 788-2417
Self T K John Hardman Rd Colbert 706 788-3254
Sesmas Francisco 95 Tommy James Rd Hull 706 788-7857
Sewell William C Diamond Hill Rd 706 788-2723
Seymour James W 432 S Fourth St 706 788-3187
Shannon C D 80 Hannah Dr 706 788-7339
Shannon Terry & Sally 706 788-3344
Sharp Bobby 1544 Sorrow Patterson Rd 706 788-3765
Sharp R 706 788-2171
Sharp Randy & Madonna 1538 Sorrow Patterson Rd 706 788-3387
Shedd Dennis Winterville Rd 706 788-3276
Sheets Darryl 489 Kincaid Cemetery Rd Colbert 706 788-0090
Shelnutt James D 478 Strickland Cir Colbert 706 788-2935
Shenk Chuck 575 Betty Fogger Ln Hull 706 788-9724
Shetterly James 73 N Fourth St Colbert 706 788-3688
Shirah Jay 706 788-9866
Shubert Annette Swamp Guinea Rd 706 788-2393
Shubert Chris & Angela 706 788-2022
Shubert Tony & Lisa 2306 Hardman Morris Rd Colbert 706 788-3104
Simmons Dennis Smithonia Rd 706 788-2568
Simms T D Colbert 706 788-2240
Sims David L 470 Clark Cir Hull 706 788-3663
Sims Howard 2128 Highway 172 Comer 706 788-2795
Sims Howard 2128 Highway 172 Comer 706 788-3279
Sims Regina 4871 Colbert Danielsville Rd Colbert 706 788-2032
Sims T 288 Spratlin Ponds Dr Hull 706 788-9777
Singleton Steven & Dana 266 Madison Oaks Dr Colbert 706 788-3055
Sinoracki S 510 Johnny McElroy Rd Colbert 706 788-2444
Smallwood Leon 88 Spratlin Ponds Dr Hull 706 788-7322
Smith Amos 647 Clark Cir 706 788-2707
Smith Brett & Rochelle 2499 Diamond Hill Colbert Rd 706 788-2428
Smith Byron 338 Betty Fogger Ln Hull 706 788-2859
Smith Carla 70 Peachtree St Colbert 706 788-7999
Smith Charlene 833 Moons Grove Church Rd Colbert 706 788-2232
Smith Daniel & Jessica 5539 Highway 29 S 706 788-2771
Smith Faye 706 788-3913
Smith J E 504 Collier Church Rd 706 788-3340
Smith J H Colbert 706 788-3315
Smith Jerry H 100 Ashley Dr Colbert 706 788-2329
Smith Jody 1775 Hardman Rd 706 788-3948
Smith Keith M 36 W Second Av Colbert 706 788-7894
Smith Larry & Donna Off Martin Foote Rd 706 788-2514
Smith Louise 673 Clark Cir Hull 706 788-2389
Smith Mark & Melissa 706 788-7815
Smith Marvin & Vicky 660 Hardman Morris Rd 706 788-2949
Smith Marvin A 660 Hardman Morris Rd 706 788-3437
Smith Nanci 2515 Colbert Danielsville Rd Danielsville 706 788-0015
Smith Robert A 1318 Smithonia Rd Colbert 706 788-2710
Smith S K 1669 Brush Creek Rd Colbert 706 788-3483
Smith Sally E Smithonia Rd 706 788-3666
Smith Sally E 3350 Crawford Smithonia Rd 706 788-2721
Sneed Lee & Angela 706 788-3453
Solid Rock Productions Inc. 77 S Sixth St 706 788-2177
Sorrow Brenda C 252 Forest Ln 706 788-7832
Sorrow Clifford Athens Rd 706 788-2382
Sorrow Lecil 1448 Hardman Rd Colbert 706 788-2589
Southeast Telcom Solutions 792 Kingston Rd Colbert 706 788-9894
Southland Power Fence Feed & Equipment 752 E Fifth Ave Colbert 706 788-2498
Sparks Billy W Moons Grove Rd 706 788-2122
Sparks Truck And Auto Repair Moons Grove Rd 706 788-2062

Recording For The Blind And Dyslexic
120 Florida Av 30605 ---- 706 549-1313
Recovery Cafe LLC 325 N Milledge Av Ath 30601 ---- 706 353-1943
Red & Black Beverages 1289 Oconee St 30605 ---- 706 353-2833
**RED & BLACK NEWSPAPER**
Business & Advertising 540 Baxter St 30605 ---- 706 433-3000
***ADVERTISING*** 540 Baxter St 30605 ---- ***706 433-3001***
**EDITORIAL DEPT** 540 Baxter St Ath 30605 ---- **706 433-3002**
Red Clay Real Estate 8 Myrtle Ct Ath 30606 ---- 706 549-0051
Red Cross
See American Red Cross
Red Dress Boutique The 1059 Baxter St Ath 30606 ---- 706 559-7488
Red Electric Inc 174 Cleveland Av Ath 30601 ---- 706 613-1008
Red Hat Tree Service ---- 706 540-5694
Red Lobster Restaurants 1956 W Broad St 30606 ---- 706 549-5376
Red Lotus Institute 2080 Prince Av Ath 30606 ---- 706 549-2913
Red Nails 50 Gaines School Rd Ath 30605 ---- 706 549-7733
Red Nails 2463 Jefferson Rd 30607 ---- 706 546-5817
Red Oak Village Of Athens
232 Epps Bridge Rd Ath 30606 ---- 706 546-7265
Red Racket Tennis 2475 Jefferson Rd Ath 30607 ---- 706 353-4720
Red Roosters 558 W Broad St ---- 706 549-1668
Red Wing Shoe Store 3190 Atlanta Hwy Ath 30606 ---- 706 354-8900
Reddy Arv 2405 W Broad St Ath 30606 ---- 706 543-4000
Redeemer Presbyterian 165 Pulaski St Ath 30601 ---- 706 227-3344
Redstone Antiques 6220 Athens Hwy Jefferson 30549 ---- 706 354-1349
**REDSTONE EQUIPMENT INC**
6352 Jefferson Rd Ath 30607 ---- **706 354-6500**
Redwine Roby L-
Investmnts 101 Trinity Pl 30607 ---- 706 613-9915
Reed Ben & Associates 3651 Mars Hill Rd Watk 30677 ---- 770 725-0052
Reeds Jewelers-
Georgia Square Mall 30606 ---- 706 546-8881
Reed's Odds & Ends 5531 S Macon Hwy Bishop 30621 ---- 706 769-5986
Reflections Hair Salon 955 Danielsville Rd 30601 ---- 706 546-6009
Regal Nails 1911 Epps Bridge Rd Ath 30606 ---- 706 548-9800
Regency Park Apartments 240 Sycamore Dr 30606 ---- 706 543-6573
Regional First Care
1500 Oglethorpe Ave Ath 30606 ---- Athens Tel No 706 769-4759
Regional FirstCare-
2960 Experiment Station Rd Watk 30677 ---- 706 769-0000
Regional FirstCare Inc-
485 N Highway 29 30683 ---- 706 353-6000
Regional Lab Outreach 610 Oglethorpe Av Ath 30606 ---- 706 543-0113
Regional Lab Outreach 1270 Prince Av 30606 ---- 706 475-6881
*Regional Lab Outreach* 120 Trinity Pl 30607 ---- 706 548-6319
Regional Veterinary Services Hwy 78 E ---- 706 714-2447
Regions Bank-
Customer Service Center
Toll Free-Dial '1' & Then ---- 800 734-4667
Loan By Phone
Toll Free-Dial '1' & Then ---- 800 588-1267
3153 Atlanta Hwy Ath 30606 ---- 706 316-3598
2009 Prince Av Athens 30606 ---- 706 354-8125
Gwinnett County-
Mountain Crossing Office-
1985 Gravel Springs Rd Dacula 30019 ---- 678 482-0850
Barrow County-
Winder Office-
209 N Broad St Winder 30680 ---- 770 867-5329
Regions Mortgage 3153 Atlanta Hwy 30606 ---- 706 369-6778
Regions Realty 42 N 4th St Colbert 30628 ---- Ath Tel No 706 208-7000
Regions Realty 42 N 4th St Colbert 30628 ---- City Tel No 706 316-1868
Regis Salon Georgia Square 30683 ---- 706 353-3111
Regis Salon 10050 196 Alps Rd Ath 30606 ---- 706 208-0421
Rehabilitation Services Division Of
125 Athens West Pkwy 30606 ---- 706 354-3900
Reinicke Athens Inc 199 Paradise Valley Rd Ath 30607 ---- 706 613-0088
Reinicke Construction Ath ---- Ath Tel No 706 369-9050
Reinicke Construction 1030 Reinicke Dr Bogart ---- 770 725-4640
Reinicke Athens Inc Corporate Offices
199 Paradise Valley Rd Ath 30607 ---- 706 227-8468
*Reinicke Athens Inc Corporate Offices*
199 Paradise Valley Rd Ath 30607
Toll Free-Dial '1' & Then ---- 888 689-3272
Reinicke Athens Inc Corporate Offices Fax
199 Paradise Valley Rd Ath 30607 ---- 706 613-0563
Reinicke Athens Inc Corporate Offices Purchasing
199 Paradise Valley Rd Ath 30607 ---- 706 425-5120
Reinike Construction 180 Hanover Dr Bogart 30622 ---- 706 369-8822
Remax 1120 Mars Hill Rd Watk 30677 ---- 706 769-0392
Re/Max Associates-Athens Inc 1055 Baxter St 30606 ---- 706 353-1131
REMAX Athens
Toll Free-Dial '1' & Then ---- 800 459-4490
Remax Top Performers 3651 Mars Hill Rd Watk 30677 ---- 770 725-0533
***REMEDY AN HERBAL PHARMACY***
834 Prince Av Ath 30606 ---- **706 613-0120**
Rempatra 145 Barrington Dr 30605 ---- 706 354-0619
Renaissance Medical Spa
1351 Stonebridge Pkwy Watk 30677 ---- 706 769-4456
Renal Solutions 160 Ben Burton Rd Bogart 30622 ---- 706 227-2898
Rene Rodriguez 117 Chesterton Dr 30607 ---- 706 548-7847
**RENICK BRENDA**
1060 Gaines School Rd Ath 30605 ---- **706 543-7400**
Rent-A-Center-
Athens-
2177 W Broad St 30606 ---- 706 549-0341
*486 North Av 30601 ---- 706 548-9956*
Rent-A-Center Inc-
Athens-
1039 Baxter St 30606 ---- 706 369-7200
Rent-A-Hubby 830 Hawthorne Av Ath 30606 ---- 706 201-6798
Rent-A-Hubby Handy Man Services
830 Hawthorne Av Ath 30606 ---- 706 546-8101
Rep South 125 Old Monroe Rd Bogart 30622 ---- 706 549-7591
Repent 235 W Washington St Ath 30601 ---- 706 353-2340
Replicating Youth 975 Hawthorne Av Ath 30606 ---- 706 354-6036
Reproductive Progress 1201 Sunset Rdg Watk 30677 ---- 706 769-0797
Republican Party Of Clarke County
2330 Atlanta Hwy Ath ---- 706 546-4280
Rescare 187 Ben Burton Cir Bogart 30622 ---- 706 549-0349

**RESERVE THE**
175 International Dr Ath 30605 ---- **706 548-4400**
Resolution Digital Type & Image Inc
269 N Jackson St 30601 ---- 706 369-7727
Resource Center For Faith Development
285 Tallassee Rd Ath 30606 ---- 706 355-9925
Resource Financial Compliant Llc
1551 Jennings Mill Rd Bogart 30622 ---- 706 546-6564
Resource Medical 9249 Highway 29 S Ath 30601 ---- 706 208-0434
**RESOURCE MEDICAL DEVELOPMENT GROUP-SALES OFFICE**
1551 Jennings Mill Rd Unit 1400A Bogart 30622 ---- **706 353-2218**
Resource Medical Development Group/Sales Office
1551 Jennings Mill Rd Bogart 30622 ---- 706 353-2218
Resource Valley Development Group LLC
1551 Jennings Mill Rd Bogart 30622 ---- 706 353-2218
Respiratory Home Care
195 Ben Burton Cir Bogart 30622 ---- 706 354-4688
Restaurant Antojitos Salvadorenos
1225 N Chase St 30601 ---- 706 613-9301
Retirement Advisory And Associates
470 Hill St 30601 ---- 706 353-1190
Retool 1720 Epps Bridge Rd Ath 30606 ---- 706 227-1137
Retreat South 2000 Lakeside Dr Ath ---- 706 208-1744
Retreat The 1191 Scotland Bend 30677 ---- 706 769-7797
Revco Drug Stores
See Cvs Pharmacy
Revive Salon And Massage
188 S Milledge Av Ath 30605 ---- 706 549-1900
Reynolds Anne PHD 1751 S Lumpkin St Ath 30606 ---- 706 546-5799
Reynolds Landscape Contractors
125 Hancock Ln Ath 30605 ---- 706 353-0810
*Rhema Christian Fellowship*
1850 Danielsville Rd 30601 ---- 706 543-1434
Rhodes Robert A MD 1199 Prince Av Ath 30606 ---- 706 354-3220
Rhymer Law Firm atty Athens 30683 ---- Athens Tel No 706 552-3328
Rice Bart And Gibbs Mitchell
1091 Founders Blvd Ath 30606 ---- 706 548-4862
**RICE AND GILES PC**
220 College Av Athens 30601 ---- **706 543-9074**
Rice Lon E ofc 220 College Av Ath 30601 ---- 706 543-9074
Res 475 Westview Dr 30606 ---- 706 543-1533
Rice M Barton Jr Pc Law Offices atty
1091 Founders Blvd Ath 30606 ---- 706 548-4862
**RICE WILLIAM G DDS**
140 Hawthorne Park Ath 30606 ---- **706 543-4060**
Richard Phillips Advertsing
1091 Sharon Pl Watk 30677 ---- 706 769-8601
Richard Ron Dr 485 Huntington Rd 30606 ---- 706 549-9354
Richard Smith Construction
1050 Old Cord Mill Rd Ath 30606 ---- 706 543-3811
Richards Matt 4562 Greensboro HWY Watk 30677 ---- 706 310-0031
Richards Thomas J
2281 Whippoorwill Rd Bishop 30621 ---- 706 769-1012
Richardson 1 Watkinsville ---- Watkinsville Tel No 706 769-1306
**RICHIER SHERRYL C M ED**
700 Sunset Dr 30606 ---- **706 613-2799**
Rich's Air Conditioning And Heating
117 Rowe Rd 30601 ---- 706 369-8277
Rich's Telephone Order Shopping 45 Broad St SW Atlanta
Toll Free-Dial '1' & Then ---- 800 282-8800
Rich's-Macy's Georgia Square Mall ---- 706 353-4847
Ricketts Bill Rev clergy 595 Prince Av 30601 ---- 706 353-1986
Ricks Contractors 1970 Broad St Statham 30666 ---- 770 725-6764
Rick's Painting & Remodeling ---- 706 255-7018
Riden H E Heating And Cooling
118 Fairfield Cir Bogart 30622 ---- 770 725-4473
Rigguy Incorporated 180 Cypress Manor Ln Ath 30606 ---- 706 208-8009
RIGHT On Time Cleaning
975 Gaines School RD 30605 ---- 706 354-1862
*Right On Time Cleaning Service*
975 Gaines School Rd Ath 30605 ---- 706 546-5339
Rigsby William E MD
1351 Stonebridge Pkwy Watkinsville 30677 ---- 706 769-3331
Riley Diane McDonough atty
1 Huntington Rd Ath 30606 ---- 706 613-5807
Riley Diane McDonough Attorney
1 Huntington Rd Ste 806 30606 ---- 706 613-5807
Ringers Dry Cleaning & Coin Laundry
396 Baxter St 30605 ---- 706 548-0045
Ringers Drycleaners 2361 W BROAD ST Ath 30606 ---- 706 543-5721
Riser Adkisson Llp 191 E Broad St Ath 30601 ---- 706 552-4800
Rita's Salon & Retreat 1050 Chestnut Ln 30606 ---- 706 549-5700
**RIVENDELL ART GALLERY**
3581 Barnett Shoals Rd Watk 30645 ---- **706 769-4522**
**RIVENDELL BED & BREAKFAST**
3581 Barnett Shoals Rd Watk 30677 ---- **706 769-4522**
**RIVER CLUB APARTMENTS**
1005 Macon Hwy 30606 ---- **706 543-4400**
River Hawk Boats
237 E Athens St Winder 30680 ---- Ga Tel No 770 725-7720

**RIVER MILL APTS**
www.lanecompany.com
199 Stone Mill Run ---- **706 548-1188**

River Mill Guard Gate 199 Stone Mill Run Ath 30605 ---- 706 543-3133
River Oaks 148 Old Will Hunter Rd 30606 ---- 706 355-9981
**RIVER WALK TOWNHOMES**
400 Timothy Rd 30606 ---- **706 548-0600**
**RIVERBEND ASSOCIATES LLC**
425 Riverbend Pkwy Ath 30605 ---- **706 354-4273**
**RIVERBEND CLUB APTS INC**
355 Riverbend Pkwy 30605 ---- **706 369-0772**
Riverbend Enviromental Inc 1070 Oaklake Cir Bogart ---- 770 725-6605

Riverbrooke Capitial Partners
1120 Goat Farm Rd Watk 30677 ---- 678 753-0374
Rivers Edge Condominium 587 N Milledge Av 30601 ---- 706 354-6566
Riverside Baptist
65 Sorrow Patterson Rd Colbert 30628 ---- 706 548-3200
Riverside Engineering 590 Old Hull Rd Ath 30601 ---- 706 548-3040
**RIVERSIDE MOWER**
1675 Commerce Rd 30607 ---- **706 353-8349**
Riverwood Apts 130 Cole Manor Dr 30606 ---- 706 353-2879
Rj Construction 1551 Jennings Mill Rd Bogart 30622 ---- 706 549-0420
R. McKenzie Daniel DVM
815 Hawthorne Ave Athens 30606 ---- 706 583-9191
R McKenzie Daniel DVM
815 Hawthorne Ave Athens 30606 ---- 706 583-9191
Roadhouse The 137 N Lumpkin St 30601 ---- 706 613-2324
Roadway Package System 410 Rouser Rd Pittsburg PA
Toll Free-Dial '1' & Then ---- 800 762-3725
Roalman Suzann 175 Hawthorne Prof Park Ath 30683 ---- 706 546-0114
**ROBERT E KELLEY JR MD FACOG**
1270 Prince Av Athens 30606 ---- **706 548-4424**
Robert H Carson & Assoc Inc 470 Hill Stre 30601 ---- 706 543-6578
Roberto's Restaurant 2061 Experiment Station Rd ---- 706 769-0446
Roberts Kesler atty 297 Prince Av Ath 30601 ---- 706 583-1856
Roberts Welding Service
2097 Nunnally Shoals Rd Good Hope 30641 ---- 770 207-7596
Robertson Margaret LCSW 700 Sunset Dr 30606 ---- 706 353-8188
Robertson Sanitation Winder 30683 ---- Winder Tel No 706 353-7300
Robertson Sanitation
Winder Ga 30683 ---- Athens Tel No 706 353-1496
Robin Dba Csa 110 Newton Bridge Rd Ath 30607 ---- 706 357-9154
Robin Federal Credit Union
920 S Milledge Av Ath 30605 ---- 706 549-1692
Robin Federal Credit Union
920 S Milledge Av Ath 30605 ---- Tel No 706 559-4687
Robins Federal Credit Union
920 S Milledge Av 30605 ---- 706 549-1692
Robins Ferderal Credit Union
2636 Atlanta Hwy Ath 30606 ---- 706 546-5982
Robins Ferderal Credit Union
2656 Atlanta Hwy Ath 30606 ---- 706 543-1827
Robinson Fisher Associates 330 Research Dr 30605 ---- 706 549-8211
**ROBINSON JONATHAN C PHD**
*700 Sunset Dr 30606* ---- ***706 353-8188***
**ROBINSON R MIXON MD** ofc
1765 Old West Broad St Ath 30606 ---- **706 549-1663**
Robinson's Sign Co 180-1/2 Park Av Ath 30601 ---- 706 546-5117
Rob's Race Shop 512 Commercial Dr Statham 30666 ---- 770 725-8455
Rock Church Of Athens
562 Research Dr Ath 30605 ---- Ath Tel No 706 353-1833
Rocket Salon 162 N Jackson St Ath 30601 ---- 706 353-0500
Rocksping Daycare Center
225 Rockspring Homes Ct Ath 30683 ---- 706 548-1000
Rocksprings Community Center
285 Rocksprings Homes Ath 30606 ---- 706 548-1310
Rocksprings Day Care 225 Rocksprings Homes 30606 ---- 706 546-6298
**ROCKWELL AUTOMATION POWER SYSTEMS** 197 Collins Industrial Blvd 30601 ---- **706 549-3871**
**ROCKWELL AUTOMATION/RELIANCE ELECTRIC COMPANY**
197 Collins Industrial Blvd Ath 30601 ---- **706 549-3871**
**ROCKY HARRISON'S QUALITY PLUMBING** 1060 Skipstone Ct Watk 30677 ---- **706 769-3050**
Rodriguez Upholstery 1215 Danielsville Rd Ath 30601 ---- 706 227-0520
*Rod's Sign & Neon Co* Hartwell Hwy Elberton ---- 706 283-7070
Roemmich Wealth Stratefist Inc
1551 Jennings Mill Rd Bogart 30622 ---- 706 613-9624
Rogers Dental Lab 1010 Prince Av 30606 ---- 706 543-2357
Rogers Inez 2405 W Broad St Ath 30606 ---- 706 543-4000
Rogers Marsha 2405 W Broad St Ath 30606 ---- 706 543-4000
Rogers Thomas H Jr atty 440 College Ave N Ath 30601 ---- 706 354-4000
Res 245 Westview Dr 30606 ---- 706 543-9258

ROLL OFF SYSTEMS

**ROLL-OFF SYSTEMS INC**
1100 Garrett Rd Athens 30666 ---- **770 725-7655**

**ROLLING RIDGE APARTMENTS LTD**
100 Rollingridge Dr Ath 30683 ---- **706 548-5086**
*Rollins Associates* 3230 Seagraves Mill Rd Hull 30646 ---- 706 549-1502
Roly Poly Rolled Sandwiches 134 E Clayton St 30601 ---- 706 354-1223
Roly Poly Rolled Sandwiches 134 E Clayton St 30601 ---- 706 354-1345
Ron Deal Landscaping 790 Gaines School Rd 30605 ---- 706 548-6560
Ronny Dba Csa 110 Newton Bridge Rd Ath 30607 ---- 706 357-9146
Roof Drainage Equipment Systems Inc
531 Commercial Dr Statham 30666 ---- 770 725-0410
Room 13 243 W Washington St Ath 30601 ---- 706 543-6666
Rooms To Go Beds 3855 Atlanta Hwy Bogart 30622 ---- 706 353-0022
Rooney James A MD 1010 Prince Av 30606 ---- 706 549-7108
Rooster's Bbq 217 Hiawassee Av Ath 30601 ---- 706 353-1000
Rooter A & A Rapid Service
6314 Neese Commerce Rd Hull 30646 ---- 706 543-9850

13170 © BellSouth Advertising & Publishing Corporation 2006

REGAL CHAMPION PLASICS–
www.championindustrialplastics
11776 S CHOCTAW DR 70815 ------ 275-2010
Regal Credit Corporation
689 E Airport Av Baton Rouge 70806 ---------- 928-7133
Regal Dry Cleaners 109 N Alexander Av Port Allen 70767 -- 383-6332
Regal Nails 9350 Cortana Pl Baton Rouge 70815 ---------- 927-7890
Regal Nails 2171 O'Neal Ln Baton Rouge 70816 ---------- 755-8266
Regal Nails 14507 Plank Rd Baker 70714 ---------- 774-0545
Regal Nails At Walmart
10606 N Mall Dr Baton Rouge 70809 ---------- 295-1116
Regan R Leo Dr dntst 5227 Flanders Dr 70808 ---------- 769-3600
Regard Joseph T LTD/A Professional Law Corporation
Madisonville ---------- 985 845-0000
Regatta Research And Money Management
11931 Justice Av Baton Rouge 70816 ---------- 291-2502
Regency Club Apartments 11555 Southfork Av 70816 ---- 293-9812
*Regency Constructors*
4744 Jamestown Av Baton Rouge 70808 ---------- 201-1980
Regency Lighting
See Lamps & Lighting By Regency
Regency Mortgage 2380 O'Neal Ln Btn Rge 70816 -------- 752-2008
Regency Place 14333 Old Hammond Hwy 70816 ---------- 272-1401
Regency Real Estate 5800 One Perkins Place Dr 70808 ---- 761-5164
Reggie's 1176 Bob Pettit Blvd 70820 ---------- 757-9555
Reginald Guidroz Management
1745 79th Av Baton Rouge 70807 ---------- 357-8000
Regional Ambulance Service Inc 10412 S Choctaw Dr --- 275-1045
Regional Eye Surgery Center 4950 Essen Ln 70809 ------ 214-6688
REGIONAL GLASS 12329 S Choctaw Dr 70815 --- 275-7666
Regional Health Care Group LLC
8704 Jefferson Hwy Baton Rouge 70809 ---------- 928-3940
Regional Healthcare Group LLC
9420 Lindale Av Baton Rouge 70815 ---------- 924-2678
Regional Home Care
8704 Jefferson Hwy Baton Rouge 70809 ---------- 928-3940
Regional Hospice Services
8704 Jefferson Hwy Baton Rouge 70809 ---------- 928-3940
Regional Management Center 2-BR 555 Julia St ------ 342-4280
Regional Mechanical 3121 Van Buren St Baker 70714 ----- 775-9006
REGIONAL MEDICAL RENTAL & SALES
10374 S Choctaw Dr Baton Rouge 70815 ---------- 272-5919
Regional Sleep Diagnostic & Treatment Center
7777 Hennessy Blvd Btn Rge 70808 ---------- 214-7667
Regional Transit Authority ---------- 357-3900
REGIONS BANK–
Customer Service Center
Toll Free-Dial '1' & Then ---------- 800 734-4667
Loan By Phone
Toll Free-Dial '1' & Then ---------- 800 588-1267
Right Call 24 Hour Customer Inquiry Line
Toll Free-Dial '1' & Then ---------- 800 897-3938
Banking Center Locations–
Bluebonnet 7945 Bluebonnet Blvd 70810 ---------- 929-9335
Bon Carre 7265 Florida Blvd 70806 ---------- 929-9300
Brentwood 8440 Jefferson Hwy 70809 ---------- 924-9267
Brownsfield 12152 Plank Rd 70811 ---------- 774-0505
College Drive 3003 College Dr 70808 ---------- 922-8050
Corporate Square 5302 Corporate Blvd 70808 ---------- 929-9306
Denham Springs 1440 S Range Ave 70726 ---------- 664-0522
Downtown 339 Florida St ---------- 929-9342
Essen Road 5353 Essen Ln 70809 ---------- 767-0000
Florida Blvd 9590 Florida Blvd 70815 ---------- 922-8000
Monticello 11880 Greenwell Spri 70814 ---------- 929-9322
Old Jefferson 16969 Old Jefferson ---------- 929-5695
O'Neal Lane 2121 O'Neal Ln 70816 ---------- 756-7373
Plank 5950 Plank Rd 70805 ---------- 929-9338
Sherwood 5341 S Sherwood Forest Blvd 70816 ---------- 293-5777
Sherwood Village 11920 Florida Blvd 70815 ---------- 929-9328
Siegen Lane 8756 Siegen Lane 70810 ---------- 929-5200
South Sherwood
3121 S Sherwood Forest Blvd 70816 ---------- 929-9328
University 3158 Highland Rd 70802 ---------- 929-9349
Woodlawn Park 6350 Jones Cree 70817 ---------- 929-9325
Zachary 4919 Main St Zachary 70791 ---------- 654-8226
Mortgage Loan Offices–
5841 South Sherwood Forest Blvd 70816 ---------- 929-9428
7648 Picardy Ave 70808 ---------- 929-5544
*3931 South Sherwood Blvd 70816* ---------- 929-9443
6350 Jones Creek Road 70817 ---------- 929-5568
3121 South Sherwood Forest Blvd 70816 ---------- 929-5570
1747 O'Neal Ln 70816 ---------- 929-5566
8756 Siegen Ln 70810 ---------- 929-5208
7265 Florida Blvd 70806 ---------- 929-5577
1440 Range Ave Dnhm Spgs ---------- 664-7432
Mortgage Servicing Center
Toll Free-Dial '1' & Then ---------- 800 986-2462
Departments–
Branch Administration ---------- 924-9256
Business Banking ---------- 767-9300
*Corporate Lending 5353 Essen Ln 70809* ---------- 767-9300
Credit Card Merchant Services ---------- 767-9359
Employee Benefit Services ---------- 924-9219
Human Resources ---------- 924-9453
Marketing ---------- 924-9277
Personal Trust Services ---------- 924-9213
Private Banking ---------- 924-9226
Security ---------- 924-9345
Trust & Investment Management ---------- 924-9449
Regions Bank 9590 Florida Blvd Baton Rouge 70815 ------- 928-7260
Regions Bank ---------- 924-9280
Regions Bank-Mk ---------- 922-8000
Regions Bank-Mk ---------- 929-5200
Regions Bank-Mk ---------- 929-9300
Regions Bank-Mk ---------- 929-9342
Regions Community Behavioral Health Center Inc
660 N Lobdell Blvd Baton Rouge 70806 ---------- 924-0051
Regionscommunity Behavioral Health Center Inc
660 N Lobdell Blvd Baton Rouge 70806 ---------- 924-4136
Regions Mortgage 5353 Essen Ln 70809 ---------- 767-9355
Regions Mortgage Inc–
2121 O'Neal Lane 70816 ---------- 756-7383
Regions Wholesale Battery
6215 Airline Hwy Baton Rouge 70805 ---------- 355-8545
Regis Salon–
Cortana Mall ---------- 927-2777
Mall Of Louisiana ---------- 757-9998
Regulator Torch Repair Inc 2722 N 38th St 70805 ------- 355-2445
Rehabilitation Associates Inc
11756 S Harrell's Ferry Rd 70816 ---------- 291-0053
Rehabilitation Associates Inc
11756 S Harrell's Ferry Rd 70816 ---------- 291-0193
Rehabilitation Medicine & Spine Consultants Of
Louisiana 8595 United Plaza Blvd 70809 ---------- 231-3036
Rehabilitation Services of Baton Rouge
2751 Wooddale Blvd Baton Rouge 70805 ---------- 214-1617
Rehn Terry G MD FACC–
7777 Hennessy Blvd Btn Rge 70808 ---------- 767-3900
REICH ASSOCIATES 333 E Boyd Dr 70808 -------- 766-5610
Reich Robert S landscp archt 333 E Boyd Dr 70808 ------- 766-5610
Reich William A landscp archt 333 E Boyd Dr 70808 ------ 766-5610
REID JACK R
1585 S Range Av Denham Springs 70726 ------- 791-3117
Reilley Ann F MD
8425 Cumberland Pl Baton Rouge 70806 ---------- 924-7514
Reilly Family Foundation
5551 Corporate Blvd Baton Rouge 70808 ---------- 924-3668
Reilly Kevin P ofc
5551 Corporate Blvd Baton Rouge 70808 ---------- 926-1000
Reilly Sean E Rep ofc
5551 Corporate Blvd Baton Rouge 70808 ---------- 926-1000
Reilly-Barnett Real Estate 8211 Summa Av Baton 70809 -- 761-8221
Reily Electrical Supply Inc 11435 Reiger Rd 70809 ------ 755-0066
*Reily Memorial University United Methodist Church*
3350 Dalrymple Dr 70802 ---------- 344-0343
Reina Richard P atty–
1111 S Range Av Dnhm Spgs ---------- 665-7700
Reine Alton J Jr atty–
505 North Blvd 70802 ---------- 387-5511
Reine Georgia MD 7777 Hennessy Av ---------- 767-0822
Reintjes Of The South Inc
38004 Corner View Rd Gsmr 70734 ---------- 673-6171
Re'Joyce Family Resource Center
3563 Plank Rd Baton Rouge 70805 ---------- 356-1467
Relax The Back 7539 Corporate Blvd Baton Rouge 70809 --- 216-2225

RELIABLE AMUSEMENT CO INC
1090 Cinclare Dr Port Allen 70767 ------- 343-3900

Reliable Amusement Co Inc
1090 Cinclare Dr Port Allen 70767 ---------- 343-3904
Reliable Car And Van Rental
1986 Dallas Dr Baton Rouge 70806 ---------- 924-3272
*Reliable Community Alternative Inc* ---------- 291-7996
Reliable Credit Corporation
689 E Airport Av Baton Rouge 70806 ---------- 925-1488
Reliable Fire & Safety Equipment Co
4838 NE 12th Av Oklnd Pk 33334 ---------- 954 491-2222
Reliable Motors Inc
7960 Florida Blvd Baton Rouge 70806 ---------- 929-7959
Reliable Plumbing Co–
15016 Florida Blvd 70819 ---------- 929-9510
---------- Baton Rouge Tel No 292-6099
Reliable Production Service Inc
1090 Cinclare Dr Port Allen 70767 ---------- 343-3900
*Reliable Tax Service*
10228 Florida Blvd Baton Rouge 70815 ---------- 273-8580
Reliable Transcriptions 8762 Quarters Lake Rd 70809 ---- 922-9129
Reliance Valve & Machine Inc
2579 Monterrey Dr 70814 ---------- 925-5889
Reliant 4955 North St Baton Rouge 70806 ---------- 218-9948
Reliant Property Management
311 E Airport Av Baton Rouge 70806 ---------- 928-0444
Reliant Rehabilitation
11959 Bricksome Av Baton Rouge 70816 ---------- 292-0271
Reliant Technologies Inc
2933 Hwy 1 N Port Allen 70767 ---------- 383-7923
Reliant Transportation Group
4455 North St Btn Rge 70806 ---------- 336-4814
Reliant Transportation Group
4955 North St Baton Rouge 70806 ---------- 336-4814
Relocation Center The
4848 Windsor Village Dr Baton Rouge ---------- 752-0404
Remarkable Recovery Medical Billing & Consulting
Services 1443 Delplaza Dr Baton Rouge 70815 ---------- 928-9811
Remax De La Louiziane
3029 S Sherwood Forest Blvd Btn Rge 70816 ---------- 291-1100
REMAX Excellent Properties
16581 Airline Hwy Prvl 70769 ---------- 292-7609

RE/MAX FIRST
Independently Owned and Operated

RE/MAX FIRST
4750 Sherwood Commons Blvd
www.greaterbatonrougerealestate.com
4750 Sherwood Common Blvd 70816 ---------- 291-1234

REMAX First 4750 Sherwood Common Blvd Btn Rge 70816 -- 291-5110
Remax First 4750 Sherwood Common Blvd Btn Rge 70816 --- 298-6889
Re/Max First Commercial
4750 Sherwood Common Blvd Btn Rge 70816 ---------- 291-1234
RE/mAX First Property Management
4750 Sherwood Common Blvd 70816 ---------- 291-1234
RE/MAX REAL ESTATE GROUP rl est–
13626 PERKINS RD BATON ROUGE 70810
---------- 768-7600
Realtors–
Adams Dianne ---------- 768-7600
Adams Erin ---------- 768-7600
Banks Jeneal ---------- 768-7600
Blanchard Lydia ---------- 768-7600
Carber Brandy ---------- 768-7600
Comeaux Heather ---------- 768-7600
Cramer Chris ---------- 768-7600
Cramer Gertrude ---------- 768-7600
Cutrer Donna ---------- 768-7600
Daboval Julie ---------- 768-7600
Daniel Jennifer ---------- 768-7600
Dicharry Janet ---------- 768-7600
Fowler Blake ---------- 768-7600
Fowler Janie ---------- 768-7600
Giblin Cherie ---------- 768-7600
*Gilliam Barbara* ---------- 768-7600
Handy Sharion ---------- 768-7600
Harthcock Hilda ---------- 768-7600
Hilliard James ---------- 768-7600
Jacob Rondi ---------- 768-7600
Jumonville Brittney ---------- 768-7600
Luckett Theresa ---------- 768-7600
Luna Monika ---------- 768-7600
Ritchie Alexa ---------- 768-7600
Rivette Linda ---------- 768-7600
Robins Katherine ---------- 768-7600
Ruston Michelle ---------- 768-7600
Ryan Laurie ---------- 768-7600
Simmons Cynthia ---------- 768-7600
Stewart Clonise ---------- 768-7600
Steed Katy ---------- 768-7600
Trammell Lydia ---------- 768-7600
Wallace Belinda ---------- 768-7600
Webber Carolyn ---------- 768-7600
White Lola ---------- 768-7600
Zeringue Sunny ---------- 768-7600
1670 BEAULIEU LN PORT ALLEN 70767
---------- 749-7600
Boyette Sandra ---------- 749-7600
Stewart Clonise ---------- 768-7600
RE/MAX Total 12035 Coursey Blvd BR 70816 ---------- 293-2800
Remediation Services Of Louisiana
1225 Neosho Av 70802 ---------- 389-0804
Remedies By HouseCalls 5525 Galeria Dr 70816 ---------- 291-5056
Remedy Intelligent Staffing
4520 S Sherwood Forest Blvd Baton Rouge 70816 ---------- 295-1010
Remington College 10551 Coursey Blvd 70816 ---------- 922-3990
Remington College
10551 Coursey Blvd Baton Rouge 70816 ---------- 291-2001
Remington College
1900 N Lobdell Blvd Baton Rouge 70806 ---------- 925-0790
Remington College
Toll Free-Dial '1' & Then ---------- 800 736-2687
Remodelers Council Of Greater Baton Rouge
10518 Kentshire Ct Baton Rouge 70810 ---------- 761-2800
Remson Haley Herpin Architects APAC
200 Government St Baton Rouge 70802 ---------- 383-0002
Remson Michael M atty 505 North Blvd 70802 ---------- 387-5511
Renaissance Consignment Furniture
201 Little John Dr Baton Rouge 70815 ---------- 275-5700
Renaissance Development Corp
1755 Nicholson Dr Baton Rouge 70802 ---------- 343-0038
Renaissance Executive Forums
17461 Jefferson Hwy Baton Rouge 70817 ---------- 753-5888
*Renaissance Fine Photography*
16267 Highland Rd Btn Rge 70810 ---------- 751-6424
Renaissance Group 6160 Perkins Rd Baton Rouge 70808 -- 763-9977
Renaissance Imaging LLC
4606 Jones Creek Rd Baton Rouge 70817 ---------- 753-0301
Renaissance Park LLC 1500 Main St Baton Rouge 70802 -- 383-1236
Renaissance Publishing Group
8221 Summa Av Btn Rge 70809 ---------- 215 761-1884
Renaissance Reclamation 7868 Highland Rd 70808 ------ 766-0070
Renaissance Smile 4343 North Blvd 70806 ---------- 343-3459
Renaissance The Salon
11848 S Harrell's Ferry Rd Baton Rouge 70816 ---------- 293-9898
Renal Associates 4950 Essen Ln Baton Rouge 70809 ------ 408-1959

30067 © BellSouth Advertising & Publishing Corporation 2006

**Reed Vivette**
2455 Florida Av SW Denham Springs 70726 ------ 664-1586
**Reeder C** ------------------------------------ 667-6063
**Reeder Leo & Donna**
31974 Little Flock Cir 70785 -------------------- 664-4224
**Reeder Ted Jr** 8747 Cherokee Av 70726 ----------- 667-1664
**Rees Joshua and Courtney**
26289 Robindale Dr Denham Springs 70726 ------ 667-3789
**Reese Dean & Janice**
26060 Whispering Pines Av 70726 --------------- 665-4017
**Reese Mark** 12478 Timberwood Dr Wlkr 70785 ---- 664-5505
**Reeves C S** 25311 Hwy 16 Dnhm Spgs 70726 ------- 667-1756
**Reeves C S** ------------------------------------ 667-9012
**Reeves Diane** 27678 Country Dr Wlkr 70785 ------- 665-8571
**Reeves E L** 11075 Cloverleaf Dr 70706 ------------ 665-9407
*Reeves Ervin C 24978 Hwy 16 70726 -------------- 665-2569*
**Reeves Ethel D Mrs** 24778 Hwy 16 70786 -------- 665-2004
**Reeves Hanna & Chris**
25460 Falconhurst Dr Dnhm Spgs 70726 --------- 243-4531
**Reeves Jean** 31129 Brownbud St 70726 ----------- 665-0197
**Reeves Jeffrey L** 26816 Pen Dr Wlkr 70785 ------- 665-7130
**Reeves Jeremy M**
14321 Madison Oaks Blvd Wlkr 70785 ----------- 667-7724
**Reeves John** 30701 Carter Dr Dnhm Spgs 70726 --- 664-5676
**Reeves Kathy** 9045 Arnold Rd Dnhm Spgs 70726 --- 667-9946
**Reeves Kent**
26188 Hwy 1032 Denham Springs 70726 --------- 667-7992
**Reeves Kent & Audum**
9760 Corrinne Av Dnhm Spgs 70706 ------------- 665-7343
**Reeves Kevin C**
8103 Fitzgerald Dr Dnhm Spgs 70706 ------------ 791-1840
**Reeves M E Jr** 940 Willow Brook Av 70726 -------- 665-2456
**Reeves Michael**
33405 Walker North Rd Walker 70785 ----------- 791-2926
**Reeves Michelle** 11385 Peaks Av Walker --------- 664-5299
**Reeves Nathan U** 25311 Hwy 16 70726 ----------- 665-5486
**Reeves Nathan U** 25200 Juban Rd 70726 --------- 665-4629
**Reeves S R Jr** 9941 King Arthur Av 70706 --------- 667-7334
**Reeves S W** 34550 Clinton Allen Rd 70706 --------- 664-0790
**Reeves William**
8180 Fitzgerald Dr Denham Springs 70706 ------- 791-6547
**Regal Nails Salon**
904 S Range Av Denham Springs 70726 ---------- 664-0068
**Regan Daniel L** 1034 Desert Willow Av 70726 ----- 791-1370
**Regan R Leo Dr** dntst 1810 Florida Av SW 70726 --667-1226
**Regian Shea**
10960 Woodhaven Dr Dnhm Spgs 70726 --------- 664-3231
***REGIONS BANK***
1440 S Range Av Denham Springs 70726 ------- 664-0522
**Regions Security Insurance**
2530 Florida Av SW Denham Springs 70726 ------ 667-4000
**Regnier Mary** 31531 Linder Rd Dnhm Spgs 70726 -- 271-4499
**Reid C** 512 Eugene St 70726 ---------------------- 665-3330
**Reid Danny & Lisa** 36680 Reinninger Rd 70706 --- 664-8944
**Reid Ella** 26739 Hwy 1032 Denham Springs 70726 -- 667-2469
**Reid Jack R** 302 Robbie St 70726 ----------------- 665-8897
**Reid Jack R Jr** 1515 June Dr 70726 --------------- 667-4838
**Reid Jack R Jr MD**
*1585 S Range Av Denham Springs 70726 --------- 791-3117*
**Reid Paul & Jodi**
11214 Hummingbird Rd Dnhm Spgs 70726 ------- 243-4994
**Reid Robert**
13158 Montrose St S Dnhm Spgs 70726 ---------- 667-3036
**Reid Tom** 30843 Ivy St Dnhm Spgs 70726 ---------- 791-8326
**Reid Virginia**
9455 Hidden Trail Dr Dnhm Spgs 70726 ---------- 243-4652
**Reimard Angel**
31531 Linder Rd Dnhm Spgs 70726 -------------- 664-3075
**Reina J H** -------------------------------------- 791-8664
**Reine Byron Keith**
30476 Michelle Dr Walker 70785 ---------------- 664-2809
**Reine Ernie** 35202 Pine Garrison Rd 70706 -------- 667-1550
**Reine Jason** 33760 Walker North Rd Wlkr 70785 --- 665-7166
**Reine L B III**
33780 Walker North Rd Walker 70785 ----------- 665-6956
**Reine Margaret**
177 Shady Park Dr Denham 70726 --------------- 791-2583
**Reine Ricky & Jackie**
33770 Walker North Rd Walker 70785 ----------- 664-0255
**Reinecke Thomas MD** 1585 S Range Ave 70726 -- 791-0002
**Reine's Cycle**
33780 Walker North Rd Walker 70785 ----------- 664-1451
**Reinninger Benny F Jr**
14123 Forest Glen Ln Wlkr 70785 ---------------- 667-2006
**Reinninger Bryant**
13668 Springfield Rd Walker 70785 -------------- 664-0902
**Reinninger Bryant**
13730 Springfield Rd Walker 70785 -------------- 664-5821
**Reisner Sybil W** 947 Durnin Dr ------------------- 791-1833
**RELIABLE MEDICAL SUPPLY INC**
235 Florida Av SE 70726 ---------------------- 665-5081

**Remax De La Louiziane**
3999 S Sherwood Forest Blvd Baton Rouge La 70816
------------------------------------------------ 291-1100
**REMAX ELITE GROUP**
2281 S Range Av Denham Springs 70726 ------- 665-1233
**Remington Chance** ------------------------------ 791-4618
**Remmert Russell** 10205 Saray Dr 70706 ---------- 664-0823
**Remnant Of God Church Of God In Christ**
8895 Florida Blvd Denham Springs 70785 -------- 667-7198
**Renfrow James Jr**
9936 Meadow Ln Denham Springs 70706 --------- 665-1424
**Renfrow James G Sr** 7918 Ben Fugler Rd 70706 -- 791-1647
**Renfrow John**
36143 Driftwood Dr Dnhm Spgs 70706 ----------- 665-4825
**Reno Brock & Fab**
*36590 Hwy 16 Denham Springs 70706 ----------- 667-6628*
**Reno Tom & Margie**
10667 Arnold Rd Denham Springs La 70726 ------ 667-9501
**Renojo Tammy** 23431 Springhill Dr --------------- 791-9323
**RentWay** 2314 S Range Av 70726 ----------------- 664-0747
**Repp Jane** 7507 Linda Lee Dr 70706 --------------- 667-8628
**Reppond Jason** 32557 Bradley St Walker 70785 --- 667-7223
**REPUBLIC FINANCE** 654 S Range Av 70726 ---- 665-3777
**Requardt J** 32757 Wonderland Dr 70706 ----------- 665-6712
**Resetar Edward III**
35847 Gene Ballard Rd Denham Springs 70706 --- 791-0033
**Resetar Edwards R** 8308 Vincent Rd 70726 ------- 664-7097
**Residential Inspection Services**
332 S Jan Mar Dr Denham Springs 70726 -------- 791-0117
**Resource One Mortgage**
1406 S Range Av Denham Springs 70726 --------- 665-8699
**Restivo Angelo**
24986 Arlington Av Dnhm Spgs 70726 ------------ 667-9657
**Restivo Angelo & Rosemary**
32055 Butch Bennett Rd Wlkr 70785 ------------- 665-9932
**Resurrection Temple** 26591 Hwy 1032 70726 ---- 664-6107
*Retzer B*
8093 Carlton Roberts Blvd Dnhm Spgs 70726 ----- 243-4553
**Reulet B** 14074 Glen Ellis Rd Walker 70785 --------- 667-4902
**Reulet Electric Supplies**
11036 Airline Hwy Btn Rge --------------------- 293-5432

## REVIVAL TEMPLE

**OFC** 28521 Walker South Rd Walker 70785 ------ 664-4027

**Rex William** 13669 Joseph St Walker 70785 ------- 667-7746
***Rexford Thomas J** 922 Poplar St 70726 ----------- 667-1546*
**Reyna Milissa** ---------------------------------- 243-4712
**Reynaud Jackie**
26229 Walker South Rd Denham Springs 70726 -- 665-1953
**Reynerson Michael & Misty**
31580 Meadow Lark Ln -------------------------- 791-3560
**Reynerson Nathan**
35997 Wilmington Av Denham Springs 70706 ---- 667-2832
**Reynolds C E** 30251 Milton Rd Walker 70785 ------ 664-8785
**Reynolds Ernest**
35245 Buck Carroll Rd Walker 70785 ----------- 665-2992
**Reynolds J** 35245 Buck Carroll Rd Walker 70785 --- 791-0554
**Reynolds Kevin** 30255 Milton Rd Wlkr 70785 ------ 243-4610
**Reynolds Marla** 757 Lynn Dr ---------------------- 665-7584
**Reynolds Michael**
30259 Milton Rd Walker 70785 ------------------ 665-8690
**Reynolds Michael K**
30263 Milton Rd Walker 70785 ------------------ 665-2586
**Reynolds Paul & Melissa**
7713 Kripple K Dr 70706 ----------------------- 664-4529
**Reynolds Phillip & Cheryl**
*30355 Milton Rd Walker 70785 ------------------ 667-3332*
**Reynolds Robert A**
10409 Brooks Dr Denham Springs 70726 --------- 667-3176
**Reynolds Shane** 37659 Rue De Lac 70706 --------- 791-2328
**Reynolds Tracey**
10625 Eagle Crest Rd Dnhm Spgs 70726 --------- 243-4030
**Reynolds Vicky**
35244 Live Oak Cir Denham Springs 70706 ------- 665-8919
**Rhea P** 12200 Le Blanc Ln Walker 70785 ----------- 665-7757
**Rhea Thomas N Jr** 343 Jan Mar St 70726 --------- 664-7370
**Rheams Andrew** 905 Myrtle St Denham 70726 ---- 667-2330
**Rheams April**
462 Foster St Denham Springs 70726 ------------ 664-1054
**Rheams Helen** 7840 Whitley Rd 70706 ------------ 791-8959
**Rheams Jacqueline** 462 Foster Dr 70726 --------- 665-4471
**Rheams Jessie** 615 Linwood St 70726 ------------ 665-2103
**Rheams Joyce M** 600 Eugene St Denham 70726 --- 664-9464
**Rheams Leander**
309 Coronet St Denham Springs 70726 ----------- 665-2804
**Rheams Leon** 34624 Hwy 1019 70706 ------------ 664-7438
**Rheams Leon Jr**
34590 Hwy 1019 Denham Springs 70706 --------- 667-9575

**Rheams M J**
918 Hatchell Ln Denham Springs 70726 ---------- 664-5003
**Rheams Patricia**
420 Louise St Dnhm Spgs 70726 ---------------- 667-1697
**Rheams W E & M J** 918 Hatchell Ln 70726 -------- 664-7849
**Rheams Yvonne**
2030 Falconcrest Dr Dnhm Spgs 70726 ---------- 667-9276
**RHINO LININGS OF LIVINGSTON**
9431 Florida Blvd Walker 70785 --------------- 791-7880
**Rhino Video Games**
28050 Walker South Rd Walker 70785 ----------- 665-1484
**Rhoads Tina**
10130 Marietta Ct Denham Springs 70706 ------- 667-6850
**Rhode Brenda** 26635 Hwy 16 Denham 70726 ------ 791-1078
**Rhodes Frank** 12768 Bonnie Bleu Dr 70726 -------- 243-4278
***Rhodes Gerald** 35143 Stonecastle Dr 70706 ------- 665-6875*
**Rhodes Gwen & Lamar**
9269 Oak Plaza Dr 70726 ------------------------ 664-9416
**Rhodes J** 10130 Nashville Ct Dnhm Spgs 70706 ----- 243-4578
**Rhodes John Mr**
8128 Kripple K Dr Dnhm Spgs 70706 ------------ 664-8405
**Rhodes Kenneth**
11116 Chante Dr Dnhm Spgs 70726 -------------- 667-7932
**Rhodes R** -------------------------------------- 667-9864
**Rhodes V K** 35749 Hwy 16 70706 ------------------ 665-5662
**Rhodus Edwin Lloyd** 36022 Fore Rd 70706 ------- 664-7818
**Rhodus Eric & Mary**
25145 Merchant Rd Denham Springs 70726 ------ 791-3464
**Rhodus Gary L** 30937 Whiteleaf St 70726 --------- 664-6408
**Rhodus Gary R**
36082 Reinninger Rd Denham Springs 70706 ----- 791-4231
**Rhodus Henry A** 32252 Burgess Rd Ext ----------- 664-5532
**Rhodus Jackie**
14210 Tack Covington Rd Walker 70785 ---------- 667-8676
**Rhodus Jerry**
27830 Walker South Rd Wlkr 70785 ------------- 667-2373
**Rhodus Lane & Samantha**
26311 Lee Ellis Rd 70726 ----------------------- 665-8913
**Rhodus Loyd** ------------------------------------ 791-3957
**Rhodus Richard**
8011 Violet St Dnhm Spgs 70726 ---------------- 243-5060
**Rhodus Robert**
1901 Carolyn Av Denham Springs 70726 --------- 791-3648
**Rhodus Rodney**
12618 Pleasant Ridge Dr Walker 70785 ---------- 665-7418
**Rhodus Roy Jr** 31885 Netterville Rd 70726 -------- 791-8117
**Rhodus Troy D** 34478 Gravesbriar Dr 70706 ------- 664-8899
**Rhodus Wade** 13421 Herring Dr Wlkr 70785 ------- 667-0787
**Rhodus Wendell A** 25115 Merchant Rd 70726 ---- 665-5259
**Rhorer Brad & Trini**
600 River Rd N Denham Springs ---------------- 791-7216
**Rhymes Elgie**
8275 Vincent Rd Denham Springs la 70726 ------- 664-0983
**Rhymes W G** 25975 Vincent Dr 70726 ------------- 664-9626
**Rhynes Steven & Sharilyn**
35953 Austin Dr Denham Springs 70706 --------- 791-9318
**Riaford Daniel**
29211 Red Willow Dr Denham Springs 70726 ----- 665-4381
***Ribs And More** 9360 Florida Blvd Walker 70785 --- 667-7344*
**Ricard Jennifer** 9575 Forest Delatte Rd 70726 ---- 667-9917
**Ricca Brian** 34173 Fountain View Dr Wlkr 70785 --- 271-4933
**Rice Allyson** 34091 Spring Lake Dr Walker --------- 665-9040
**Rice Billy F & Loretta**
39915 John Lanier Rd Pine Grove --------------- 777-4551
**Rice Candy**
8275 Vincent Rd Denham Springs 70726 --------- 665-5972
**Rice E H** 7819 Pine Bluff Rd 70726 ---------------- 665-2096
**Rice Gerald & Brenda**
13186 Galloway Gard Walker 70785 ------------- 665-7178
**Rice James**
12875 Danya Dr Denham Springs 70726 --------- 665-6479
**Rice Keith**
8252 Lockhart Rd Denham Springs 70726 -------- 665-5393
**Rice Lynn R** ------------------------------------ 665-6651
**Rice Nathan** 34128 Spring Lake Dr Walker 70785 -- 667-7193
**Rice Philip** 1027 Maywood Dr Dnhm Spgs 70726 --- 791-9465
**Rice Roy & Carolyn** 9075 Lockhart Rd ----------- 791-8953
**Rice Ryan H**
7615 Magnolia Beach Rd Denham Springs 70726
------------------------------------------------ 667-3281
**Rice Steven** ------------------------------------ 791-2011
**Rice-Hehl Roshanna**
7615 Magnolia Beach Rd Dnhm Spgs 70726 ------ 271-4929
**Rich Curtis R (Skip)** 30616 South Pass ----------- 664-5692
**Fax Line** 30616 South Pass 70726 ---------------- 664-3658
**Rich Skip & Louise** 30616 South Pass ------------ 664-8512
**Richard A** -------------------------------------- 243-6008
**Richard Allen J** 9147 Drew Dr 70726 ------------- 667-7500
**Richard Alton J** 120 Carrol St 70726 ------------- 665-6341
**Richard Andrew (Sonny)**
*7989 Longwood Dr 70726 ---------------------- 665-4280*

50241 © BellSouth Advertising & Publishing Corporation 2006

Reed Leroy 61041 Windy Dr Slidell 70460 ---------- 643-5268
Reed Lori 970 Montgomery St Mandeville 70448 ---- 727-0937
Reed M 1331 Orleans St 70448 ------------------- 624-3443
Reed M C Jr 68214 Reed Rd Hickory 70452 -------- 863-5534
*Reed Marc & Dana*
*903 Beau Chene Dr Mandeville 70471 ------------ 845-9578*
Reed Michael & Paula 507 Barbara Pl 70448 ----- 674-3376
Reed Michael & Stephanie
162 Village St Slidell 70458 --------------------- 641-9202
Reed Mike 2021 Pelican St Slidell 70460 ----------- 643-6914
Reed Nola
67210 Pete Rowland Rd Pearl River 70452 ------- 863-7671
Reed Ralph K 136 Kingston Dr Slidell 70458 ------- 641-5210
Reed Ralph K Jr 409 Pine Shadows Dr 70458 ----- 645-9338
Reed Regan & Lindsay
131 Cherry Laurel Dr Covington 70433 ----------- 892-8087
Reed Rene R 14080 Thompson Rd Folsom 70437 --- 796-5031
Reed Richard 12 Michelle Dr Covington 70433 ----- 892-8115
Reed Richard 1003 Naomi Ct Slidell 70461 --------- 643-9807
Reed & Rios Consulting Llc
801 Asbury Dr Mandeville 70471 ---------------- 727-6050
Reed Robert
35170 Jack Thomas Rd Pearl River 70452 -------- 863-3864
Reed Robert
67210 Pete Rowland Rd Pearl River 70452 ------- 863-2438
*Reed Robert J Jr ------------------------------- 892-4977*
Reed Robert J CFP
100 S Tyler St Covington 70433 ----------------- 898-0450
Reed Ron F 2214 Oriole St Slidell 70460 ----------- 643-2589
Reed S B 1809 Garon Dr Mandeville 70448 --------- 626-4878
Reed Sharon A 1559 Queens Dr Slidell 70458 ----- 649-4963
**REED SHAWN C** atty
516 N Columbia St Covington 70433 ----------- **893-3607**
Reed Steve 11286 St John Church Rd Folsom ------ 796-9514
Reed Terry & Doris
20040 Arthur Rd Covington 70433 --------------- 893-6985
Reed Thomas 116 Ranch Rd 70460 ---------------- 645-9439
Reed Thomas 1561 Regatta Cv Slidell 70458 ------- 781-4551
Reed Wendi 80 Meyers Rd Covington -------------- 893-1153
Reed Wesley & Evelyn
27379 W Mansfield Rd 70437 -------------------- 796-3183
Reed William 3015 Hwy 59 Mandeville 70471 ------ 624-5116
Reed Willie Mae 516 Lynn Alle Covington 70433 --- 892-2657
Reeder K M 104 Anderson Ct Mandeville 70448 ---- 624-8409
Reeder William & Paula
131 Woods Dr Madisonville 70447 --------------- 792-4961
**REED'S APPLIANCE SERVICE**
Covington 70431 ---------------------------- **892-4205**
**REED'S APPLIANCE SERVICE -------------- 626-7483**
Reedy Annwood
141 Wilkinson St Mandeville 70448 -------------- 626-9930
Reedy Bobbye 475 Coffee St Mandeville 70448 ---- 626-9535
Reehlmann Daniel J Capt
1601 America St 70448 ------------------------- 626-3220
Reehlmann David O
72437 St Landry St Covington ------------------- 892-9584
*Reehlmann Vernile J*
1229 Lamarque St Mandeville 70448 ------------- 626-7290
Reel Peggy 60375 N Military Rd Slidell 70461 ------ 643-7240
Rees Beau 706 Winterberry Dr Covington 70433 ---- 893-7586
Rees James S III 43 Piper Ln Mandeville 70448 ---- 626-4365
Rees James S III Atty At Law
404 E Gibson St Covington 70433 --------------- 893-1820
Rees Paul 2160 8th St 70471 -------------------- 674-1443
Rees Paul 2160 8th St 70471 -------------------- 727-3893
Rees Paul D 21 Woodvine Ct Covington 70433 ----- 893-9327
Rees Robert 316 Magnolia Ln Covington 70433 ----- 871-5488
Rees T ------------------------------------------ 639-9038
Reese Charles 23431 Hwy 1084 Covington 70435 -- 893-3064
Reese Charles E CPA
620 N Tyler St Covington 70433 ----------------- 893-1207
Reese Crystal 70339 F Stre Covington 70433 ------- 893-5560
Reese Dan 138 Del Oaks Dr Madisonville 70454 ---- 845-0632
FAX Line 138 Del Oaks Dr ----------------------- 845-9715
Reese Delphine ---------------------------------- 674-6810
Reese Diana 2508 Oriole St Slidell 70460 ---------- 781-4075
Reese Dorothy 23425 Hwy 1084 Covington 70435 - 893-2006
*Reese Elizabeth 71476 Edna St Covington 70433 -- 867-5957*
Reese Gordon Jr
72 Riverdale Dr Covington 70433 ---------------- 893-2788
Reese Heide 111 Seville Ct Slidell 70460 ----------- 641-2328
Reese Hoyt E 1011 Rue Orleans Slidell 70458 ------ 641-1773
Reese J B 2348 Soult St Mandeville 70448 --------- 626-1659
Reese James 214 W Queens Dr Slidell 70458 ------ 781-1910
Reese Joseph
20 Oak Grove Way Row Slidell 70458 ------------ 641-1782
Reese Jules & Andy
119 Remmy Ct Mandeville 70448 ---------------- 674-1051
Reese M ---------------------------------------- 626-3836
Reese Michael 102 Camelot Dr Slidell 70460 ------ 641-3692
Reese P ----------------------------------------- 249-7674
Reese Reginald ---------------------------------- 674-0583
Reese Richard & Christian
1071 Peninsula Dr Slidell 70460 ----------------- 781-2279
Reese Robert 70079 11th Av --------------------- 867-8207
*Reese Robert Jr 214 Orleans Av Folsom 70437 ---- 796-8492*
Reese Robert C
11 Stonewood Ct Covington 70433 -------------- 875-7550
Reese Ronnie A 35131 Garden Dr Slidell 70460 ---- 645-0835
Reese Rory 357 Pheasant Ln Slidell 70458 --------- 649-2811
Reese Stephanie
55 Cutter Pl Abita Springs 70420 ---------------- 898-3406
Reese Timothy 127 Hwy 22 E Madisonville 70447 -- 792-4631
Reese Timothy 189 Hwy 22 E Madisonville 70447 -- 845-1522
Reese Walter & Lucy
1053 Forest Ridge Loop Pearl River 70452 ------- 863-6262
Reese William Jr 1421 Rue Bayonne 70471 ------- 727-3195
Reesing Phillip 748 Kostmayer Av Slidell 70458 --- 781-2144
Reeson Terry 12535 Stanga Rd Covington 70433 --- 809-5612
Reeve Scott
84210 Press Sharp Rd Covington 70431 ---------- 898-6301
Reeves Angelle 314 Coffee St Mandeville 70448 --- 674-7695
Reeves Ben & Leah
104 E Queens Dr Slidell 70458 ------------------ 726-9645
Reeves Betty 267 Cindy Lou Pl Mandeville 70448 --- 674-2039
Reeves Billy R
*37096 W Powerline Rd Pearl River 70452 -------- 863-1014*
Reeves Brent 114 Cedarwood Dr Slidell 70461 ----- 781-0150
Reeves Camille
79187 Fitzgerald Church Rd 70435 -------------- 892-7056
Reeves Carol 14 Patricia Dr Covington 70433 ------ 892-9676
Reeves Carrie 383 Hickory Dr Slidell 70458 -------- 781-4986
Reeves Charles
18234 Reeves Dr Covington 70435 --------------- 893-1187
Reeves Darren
83249 House Creek Rd Covington 70431 --------- 898-0147
Reeves Dennis 1127 Lori Dr Slidell 70461 --------- 649-7680
Reeves Drew 105 Pinehurst Ct Slidell 70460 ------- 649-5828
Reeves J & B 267 Cindy Lou Pl Mandeville 70448 --- 674-7907
Reeves J Todd atty
381 Hwy 21 Madisonville 70454 ----------------- 845-4320
Reeves J Todd atty at law
827 W 22nd Av Covington 70433 ----------------- 893-9967
Reeves Jeanne M
62082 Hwy 1091 Pearl River 70452 ------------- 863-3095

## REEVES JEANNE M DDS

102 Smart Pl Slidell 70458 -------------- **641-4005**

Reeves Jerri & Calli
907 Dolly Madison Ct Slidell 70458 -------------- 641-8254
Reeves Jerry 117 W Silvermaple Dr Slidell 70458 -- 641-3999
Reeves Jerry 117 W Silvermaple Dr Slidell 70458 -- 649-3999
Reeves Joan 125 Shannon Dr Mandeville 70448 ---- 674-9691
*Reeves K 18234 Reeves Dr Covington 70435 -------- 893-1387*
Reeves Keita
37552 Brown's Village Rd Slidell 70460 ----------- 781-2218
Reeves Kenneth & Doris
20252 Lowe Davis Rd Covington 70435 ----------- 893-3526
Reeves Lamar
65286 Shinglemill Rd Pearl River 70452 ---------- 863-9132
Reeves Law Firm The
381 Hwy 21 Madisonville 70454 ----------------- 845-4320
Reeves Law Firm The ---------------------------- 626-0511
Reeves Lee atty 381 Hwy 21 Madisonville 70454 --- 845-4320
Reeves Marty & Kathy
380 Black River Dr Madisonville 70447 ----------- 845-2504
Reeves Paige 2028 Monroe St Mandeville 70448 --- 727-1699
Reeves Patrice
72332 Wildwood Dr Covington 70433 ------------ 871-9091
Reeves Raymond D
212 Elmwood St Mandeville 70448 -------------- 674-9146
Reeves Robert E 149 Kelly Dr Slidell 70458 -------- 643-2234
Reeves Robert J Jr
38 New Canaan Hills Ct Mandeville 70448 -------- 626-7751
*Reeves Rusty 83 Parc Pl Mandeville 70471 --------- 626-3508*
Reeves S M
5001 Chateau Loire Blvd Mandeville 70448 ------- 727-2235
Reeves Spencer 383 Hickory Dr Slidell 70458 ----- 726-9032
Reeves Thomas 1504 Betsy Ross Ct Slidell 70458 -- 643-5999
Reeves Todd & Lee 3425 Cove Ct Mandeville ----- 674-7954
Reeves Travis 740 Navajo Dr Abita Springs 70420 -- 875-9145
Reeves Travis D
740 Navajo Dr Abita Springs 70420 ------------- 898-3974
Reeves William V 145 Kelly Dr Slidell 70458 ------ 643-6615
Reffells Lori B 304 Cherrybark Dr Slidell 70460 ---- 781-8579
Reformed Products Of Slidell
1725 Gause Blvd Slidell ------------------------ 690-9927
Regal Nail 880 N Hwy 190 Covington 70433 -------- 867-8338
Regal Nails 39142 Natchez Dr Slidell --------------- 726-5010
Regal Nails 167 Northshore Blvd Slidell 70460 ----- 643-3037
Regal Pools Inc -------------------------------- 626-4100
Regal Pools Inc -------------------------------- 626-4100
*Regal Storage*
60358 Dixie Ranch Rd Slidell 70460 ------------- 646-1530
Regalado Juan
2903 Monroe St Mandeville 70448 -------------- 727-9584
Regan Cornelius J Jr
328 W 22nd Av Covington 70433 ---------------- 871-0494
Regan M C 1 Riverview Dr Covington 70433 -------- 892-7068
Regan M E ------------------------------------- 781-9174
Regan Richard T
128 Lighthouse Poin Slidell 70458 --------------- 781-7559
Regard Joe & Sharon ---------------------------- 845-1900
Regard Joseph T LTD A Professional Law
Corporation Madisonville 70454 --------------- 845-0000
Regency Homes Inc
240 Hwy 22 E Madisonville 70447 --------------- 845-2229
Regency Homes Inc
240 Hwy 22 E Madisonville 70454 --------------- 845-4400
Regency Hospital Of Covington
95 E Fairway Dr 70433 ------------------------- 867-3977
Regenhardt John 767 Libby Ln Mandeville 70471 -- 626-7955
Reggie's Barber Shop
*1797 Hwy 190 Slidell 70460 -------------------- 641-8298*
Reggio David 1041 Rue Verand 70458 ------------- 649-4041
Reggio Richard 70315 6th St Mandeville 70433 ---- 875-0794
Reggio Sidney J Jr 83443 Reggio Rd Sun --------- 886-5886
Regil R 28374 Lapont Dr 70445 ------------------- 882-6241
Reginald A Bresette LLC
241 W Causeway Approach Rd Mandeville 70445
---------------------------------------------- 727-9797
Region Realty
1291 Dove Park Rd Covington 70433 ------------ 892-0906
*Regional Inspections & Consulting*
Mandeville ------------------------------------ 626-9885
Regional Medical Rental & Sales
1221 S Clearview Pkwy 70121 -------------- 504 734-2100
Regional Office Supply & Equipment Co
19300 4th St Covington 70433 ------------------ 867-8550
Regional Office Supply & Equipment Co
19300 4th St Covington 70433 ------------------ 893-0043
**REGIONS BANK-**
Covington Office-
1000 S Tyler St Covington ---------------------- 871-9929
Mandeville Office-
1901 N Causeway Blvd ------------------------- 626-4171
Slidell Office-
1253 Gause Blvd ------------------------------ 649-3312
Customer Service Center
Toll Free-Dial '1' & Then --------------- 800 REGIONS
Loan By Phone
Toll Free-Dial '1' & Then -------------- 800 588-1267
Regions Mortgage-
1901 N Causeway Blvd Mandeville 70471 ---------- 626-1024
*Or -------------------------------------------- 626-3814*
Regis Kelly & Sandra
39000 Henry Rd St Joe 70452 ------------------- 863-8879
Regis Salon Northshore Square Slidell ------------ 646-2233
Register Mary 70515 Fuchsia St Abita Springs ----- 867-9212
Regouffre Ronald 2025 West Ridge Dr 70448 ----- 727-1680
Regueira Elizabeth & Daniel
349 Autumn Lakes Rd 70461 ------------------- 645-8615
Regulations Management
75180 Hwy 1083 Covington 70435 -------------- 809-3024
Regusa L 115 Pine Dr Covington 70433 ----------- 867-9702
**REHAB DYNAMICS INC**
103 Northpark Blvd Covington 70433 ----------- **871-7878**
Rehability Center
See HealthSouth Rehabilitation Center Of Slidell
Rehage George J & Jean
1524 Cherry Ridge Ct 70448 -------------------- 624-3318
Rehage Marshall D
127 Carmel Dr Mandeville 70448 --------------- 727-7411
Rehage Samuel 811 Orient St Mandeville 70448 --- 626-4404
Rehage Stanley
*328 Robinhood Dr Covington 70433 ------------- 893-1364*
Rehm Franklin D Sr
42155 Three Oaks Ln Slidell 70461 --------------- 641-8595
Rehman Matloob
1310 Andorra Ln Covington 70433 -------------- 809-6963
Rehmann Thomas W & Terri
1267 S Carnation St 70460 --------------------- 649-5333
Rehmann William
1552 Broadmoor Dr Slidell 70458 --------------- 641-1939
Reich Greg 1102 Florida Av 70458 ---------------- 646-2119
Reich Joseph & Helen
*434 Laurelleaf Ln Covington 70433 -------------- 892-6814*
Reich Robert Seth
309 Plantation Dr Madisonville 70471 ------------ 845-2147

30845 © BellSouth Advertising & Publishing Corporation 2006

Reedy Creek Environmental Center
2900 Rocky River Rd 28215 — 704 598-8857
Reen Bernard M III MD FACC 1718 E 4th St 28204 — 704 343-9800
Reenbriermortgage — 704 540-2705
Reep Machine Co Inc 4913 Chastain Av 28217 — 704 944-8325
Reese Jerry Alan Charlotte — 704 347-1044
Reese Jerry Alan atty 411 Lansdowne Rd 28270 — 704 364-7012
Reese Patton Lori atty-
3500 One Wachovia Center — 704 331-4900
Direct Dial Number — 704 331-4926
Reeves Barber Shop 2321 West Blvd 28208 — 704 372-3163

**REEVES CURTIS C JR MD**
824 Eastway Dr Char 28205 — **704 333-0799**

Reeves Enterprises Inc Store Fixtures & Equipment
3514 Performance Rd 28214 — 704 393-9302
Reeves Eye Clinic 824 Eastway Dr Char 28205 — 704 333-0799

**REEVES SHEET METAL WORKS**
700 S Poplar St 28202 — **704 375-5509**

Reeve's Store Fixtures & Auction Co
3514 Performance Rd 28214 — 704 393-9302
Reeves Trucking & Landfill
2330 Salome Church Rd 28262 — 704 548-8377

**REFABCO INC** steel prods
200 E 27th St 28206 — **704 372-2100**

Refined Renovations 2135 Dunavant St Char — 704 332-3633
Reflection Pointe 14040 York Rd Char 28278 — 704 714-4600
Reflection Sound Studios
1018 Central Av Char 28204 — 704 377-4596
Reflections Barber & Beauty Salon
1419 Central Av Char 28205 — 704 632-9991
Reflections Hair & Nail Designs
3542 Mt Holly-Huntersville Rd 28216 — 704 394-4472
Reflections Paint & Body Shop
8621 Fairview Rd Mint Hill 28227 — 704 545-6674
Reflections Portrait Studio — 704 541-7220
Reflections Restaurant-Radisson Plaza Hotel Charlotte
Two NationsBank Plaza — 704 377-0400
Reflective Designs 3110 N Alexander St Char 28205 — 704 333-4580
Reformed Theological Seminary-
Bookstore 2101 Carmel Rd 28226 — 704 366-4221

**REFORMED THEOLOGICAL SEMINARY-**
2101 Carmel Rd 28226 — **704 366-5066**

*Refresh Technologies 1309 Central Ave 28205 — 704 374-0107*
Refreshing Spring Holy Church Of God
1115 Karendale Av Char 28208 — 704 392-4564
Refunds Unlimited 5736 N Tryon St Char 28213 — 704 509-0736
Regal Aluminum Products
839 Exchange St Char 28208 — 704 394-4106
Regal Cinemas Stonecrest 22 7824 Rea Rd 28277 — 704 540-7575
Regal Cleaners & Laundry
7143 South Blvd Char 28273 — 704 552-2020
Regal Construction Inc — 704 363-3278
Regal Development 425 Pecan Av Char 28204 — 704 334-6502
Regal Electric Charlotte — Char Tel No 704 535-7120
Regal Electric 4301 Stuart Andrew Blvd Char 28217 — 704 523-6520
Regal Envelope 6308 Royal Aberdeen Ct Charlotte — 704 846-2211
Regal Lawn Service — 704 367-1015
Regal Nails 8180 S Tryon St Char 28273 — 704 587-7400
Regal Real Estate 425 Pecan Av Char 28204 — 704 344-4544
Regal Redevelopment — 704 408-2480
Regal Tile 5022 Buckingham Ln — 704 299-3359
Regan Inc 4421 Stuart Andrew Blvd Char 28217 — 704 521-1073
Regen William W 3100 S Tryon St 28217 — 704 523-8015
Regenbogen Associates 1318 Central Av Char 28205 — 704 377-9595
Regency Alliance Group
15720 John J Delaney DR 28277 — 704 944-3245
Regency Apartments The
4817 Water Oak Rd Char 28211 — 704 364-6021
Regency Electric Company
5900 Harris Technology Blvd Char 28269 — 704 599-5600
Regency Retirement Village
9120 Willow Ridge Rd Pinvl 28210 — 704 542-9449
Regenesis Medical Spa
4423 Sharon Rd Charlotte 28211 — 704 362-2232
Regent Carolina Corp
1000 Zenith Av Fort Mill SC 29715 — 803 547-8000
Regent Homes 7102 Wandering Creek Dr Char — 704 392-6101
Regent Homes 5251 Grays Ridge DR 28216 — 704 971-2662
Regent Homes 14722 Watertrace Dr Char 28134 — 704 504-1511
Regent Homes Inc 2125 Southend Dr Char 28203 — 704 377-3676
Regent Homes Inc — 704 563-1625
Regent Homes-Mulberry Pond
2831 Mulberry Pond Dr 28208 — 704 971-2753
Fax Line — 704 971-2753
Regent Park-
Regent Park Golf Club — Char Tel No 704 547-0023
Regent Park Practice Complex Fort Mill — 704 547-0023
Regent Security Services
5550 SeventySeven Ctr Dr Char — 704 527-4263
Reggae Central 1506 Central Av Char 28205 — 704 377-2782
Regional AIDS Interfaith Network-RAIN — 704 372-7246

**REGIONAL COMMUNICATIONS**
5015-B W WT Harris Blvd Char — **704 596-2580**

Regional Construction & Design Inc
601 Eagleton Downs Dr Pineville 28134 — 704 583-1460
Regional Development Corp
601 Eagleton Downs Dr Pineville 28134 — 704 583-2831
Regional Finance
4401 E Independence Blvd Char 28205 — 704 567-8248
Regional Hiv-Aids Consortium
7510 E Independence Blvd Char 28227 — 704 531-2467

Eastover Office-
1045 Providence Rd 28207 — 704 338-7275
Cornelius Office-
19430 W Catawba Av 28031 — 704 892-0055
Headquarters 6805 Morrison Blvd Char 28211 — 704 366-7275
Regions Bank 2131 Ayrsley Town Blvd Char 28273 — 980 297-7360
Regions Bank Leasing 6826 Morrison Blvd 28211 — 704 362-3567
Regions Mortgage-
19430 W Catawba Av Cornelius 28031 — 704 655-2128
1045 Providence Rd Charlotte 28207 — 704 338-1045
Regions Real Estate Services 9032 Crump Rd 28134 — 704 552-9544
Regis The Arboretum Charlotte — 704 541-1924
Regis Salon Eastland Mall — 704 535-5551
Register Line Only
900 Johnson And Wales Way Char 28202 — 704 332-6688
Register Tape Network
9101 Southern Pine Blvd Char 28273 — 704 525-8062
Regulus 6945 Northpark Blvd Char 28216 — 704 494-0543
Regulus Integrated Solutions LLC
6945 Northpark Blvd Char 28216 — 704 921-7979
Regus Business Centre-Transamerica Square
401 N Tryon St Charlotte 28202 — 704 998-5300
Regus Business Centres
Toll Free-Dial '1' & Then — 877 734-8787
Rehab Center The Inc-
Insurance & Billing — 704 375-8900

**REHAB CENTER THE INC-**
2610 E 7th St Char 28204 — **704 375-8900**

Rehab Solutions Of America 2231 Executive St 28208 — 704 395-2337
Rehab Solutions Of The Carolinas
920 Blairhill Rd 28217 — 704 523-3132
Rehabworks 5515 Rea Rd Char 28226 — 704 759-3010
RehabWorks Inc 3442 Cypress Club Dr Char 28210 — 704 552-5699
RehabWorks Inc At Sunrise Providence
5114 Providence Rd Char 28226 — 704 364-8665
Reichard James N CPA 201 S Tryon St Char 28202 — 704 377-0239
Reichs Brendan C atty-
3500 One Wachovia Center — 704 331-4900
Direct Dial Number — 704 331-4945
Reid Alan PA 480 S Main St Davidson Nc 28036 — 704 892-7905
Reid Associates Inc 1515 Mockingbird Ln Char 28209 — 704 523-8851
Reid Associates Inc 1515 Mockingbird Ln Char 28209 — 704 523-8856
Reid Christy Eve atty 101 N Tryon ST Char 28246 — 704 377-8369
Reid Company The — 704 376-8133
Reid John D 6040 Charing Pl Char 28211 — 704 365-2110
Reid John H MD 1404 Matthews Township Pkwy — 704 384-6020
Reid Jones McRorie & Williams
5806 Monroe Rd Charlotte 28212 — 704 537-0012
Reid Joseph D rl est — 704 376-8133
Res 1119 Granville Rd 28207 — 704 376-2098
Reid Larry Real Estate & Insurance Group
458 Eastway Dr 28205 — 704 333-6334
Reid Lawn Maintenance — 704 536-1985
Reid Lynda Clothiers wmns apparel
3904 Colony Rd 28211 — 704 362-1272
Reid Management Group 521 E Morehead St 28202 — 704 342-9938
Reid Oil Co Inc 5900 Wilkinson Blvd 28208 — 704 399-1851
Reid's 225 E 6th St Char 28202 — 704 377-1312
Reid's Decorating — 704 367-0703
Reid's Fine Foods-
Fax — 704 377-7686
Reids Fine Foods Gift Center Char — 704 527-2669
Reid's Fine Foods 200 Clanton Rd Char 28217 — 704 527-2669
Reid's Fine Foods 7th Street Station Char — 704 377-1302
Reid's Fine Foods 7th Street Station Char — 704 377-1312
Reid's Fine Foods 7th Street Station Char — 704 377-1382
Reid's Fine Foods — 704 527-2669
Reid's Roofing Charlotte 28208 — 704 891-4684
Reif Michael S MD 1001 Blythe Blvd 28203 — 704 355-5100
Reigel Ernest W Atty (Ernie) — 704 331-1093
Reigel Ernest W (Ernie) atty 100 N Tryon St 28202 — 704 331-1093
Reiger Regina CNM 1025 Morehead Medical Dr — 704 446-1700
Reilly Gregory & Associates 5970 Fairview Rd 28210 — 704 945-1860
Reilly Gregory & Associates
6901 Old Reid Rd Charlotte 28210 — 704 552-5036
Reimels Michael DDS
8220 University Executive Park Dr Charlotte — 704 547-8563
Reimler Agency The 600 S College St Charlotte 28202 — 704 333-6786
Reinbold Cathy LPC, LEAP, LCAS
1230 W Morehead St Char 28208 — 704 374-1071
Reinbold Cathy K 1230 W Morehead St Char 28208 — 704 374-1071
Reindollar Robert W MD 1437 Scott Av 28203 — 704 355-6966
Reinhardt Architecture Inc
1125 E Morehead St 28204 — 704 376-9473
Reinke Caroline
MSrN FNP 2608 E 7th St 28204 — 704 344-9034
Reisch Claudia atty 225 S McDowell St Charlotte 28204 — 704 376-0045
Reisner Darlene — 704 568-8204
Reisner Darlene rl est 222 N Sharon Amity Rd 28211 — 704 442-2666
Reisner Doug Rev Dr — 704 568-8204
Reisner Doug Rev Dr ofc
234 N Sharon Amity Rd 28211 — 704 366-8623

**REISS PAUL I. DPM** podiatrist
4915 Albemarle Rd 28205 — **704 568-5444**

Reithmiller Carol 11020 S Tryon St Char 28273 — 704 583-9090
Reitzel Brothers Inc — 704 392-9868
Reitzel Brothers Inc — 704 523-7676
Reitzel T 2224 Hawkins St Char 28203 — 704 376-9600
Relapse Prevention Center The
1907 Charlotte Dr 28203 — 704 342-2288

Reliable Tank Line 7320 Old Mt Holly Rd Char 28214 — [illegible]
Reliable Tank Lines 7320 Old Mt Holly Rd Char 28130 — 704 393-0731
Reliable Towing Service — 704 533-1111
Reliance Admistors Inc 8919 Carastan Dr Char 28216 — 704 395-2990
Reliance Electric
9401 Southern Pine Blvd Charlotte 28273 — 704 525-1205
Reliance Investments — 704 362-4940
Reliance Investments LLC — 704 362-6370
Reliance Standard 9300 Harris Corners Pkwy 28269 — 704 494-2900
Reliance Standard L
9300 Harris Corners Pkwy Char 28269 — 704 509-9365
Reliant Care 6605 W WT Harris Blvd Char 28269 — 704 596-4446
Reliant Care 6605 W WT Harris Blvd Char 28269 — 704 599-4079
Reliant Care 6605 W WT Harris Blvd Char 28269 — 704 599-8440
Reliastar Life 8819 University East Dr 28213 — 704 597-0471
Reliastar Life 8819 University East Dr 28213 — 704 597-0472
Religious Science 6101-332 Idlewild Rd — 704 531-7993
Religious Science Church Of Life
4400 Hobbs Hill Dr Char 28215 — 704 535-2499
Religious Science Church Of Light — 704 393-5157
Relizon Company-
Manufacturing 4001 Performance Rd Char 28214 — 704 398-5100
Sales 4001 Performance Rd Char 28214 — 704 398-5151
Relizon Company 4001 Performance Rd Char 28214 — 704 392-3527
Relocation Center The 6632 Fairview Rd 28210 — 704 365-6900
Relocation Realtors 5601 Wintercrest Ln Char 28209 — 704 552-8282
Relocation Strategies 4425 Randolph Rd Char 28211 — 704 366-0600
Relocation Strategies 4425 Randolph Rd Char 28211 — 704 366-0600
Rely Electric 9038 Laine Rd 28214 — 704 399-8391
*Reman Technologies*
11421 Reames Rd Charlotte 28269 — 704 921-2293
ReMark Inc — 704 365-4140
Re/Max Agent Mitch Muller — 704 534-3486
Re/Max Carolina Inc — 704 364-4123
Remax Classic Properties 2100 Crescent Ave — 704 375-0744
Re/Max Elite Associates
13480 E Independence Blvd Matthews 28105 — 704 882-3165

RE/MAX
The Real Estate Leaders
RE/MAX Executive Realty
www.charlotteproperty.com

SouthPark — 704 540-7500
6842 Morrison Blvd • Charlotte

Ballantyne Area — 704 549-3000
7825 Ballantyne Commons • Charlotte

Huntersville/Lake Norman — 704 815-3200
9601 Holly Point Dr • Huntersville

York County — 803 548-6555
757 Stockbridge Dr • Fort Mill, SC

Each Office Independently Owned & Operated

**RE/MAX EXECUTIVE REALTY**
South Park-
6842 Morrison Blvd Charlotte 28211 — 704 540-7500
Ballantyne-
7825 Ballantyne Commons Parkway Charlotte 28277 — 704 549-3000
Fort Mill-
757 Stockbridge Dr Fort Mill SC — 803 548-6555
RE/MAX Executives-Heart of Charlotte Team
6842 Morrison Blvd. Char 28211 — 704 517-5325
Re/Max-Heart Of Charlotte Team
6842 Morrison Blvd Char 28211 — 704 517-5325
Re/Max Metro 8035 Providence Rd 28277 — 704 543-6680
*Remax Metro Real Estate — 704 641-7308*

RE/MAX
Above the Crowd!®

**RE/MAX METRO REALTY**
8035 Providence Rd 28277 — **704 543-6680**
**UNIVERSITY** 11010 David Taylor Dr — **704 549-0076**

Remax Metro Realty 8035 Providence Rd Char 28277 — 704 543-0048

53231 © BellSouth Advertising & Publishing Corporation 2006

Reemes Ruth Ann 400 Sandy Mush Rd Marshall 28753 — 683-2315
REEMES SAMANTHA 398 Deaverview Rd Ashe 28806 — 251-1837
Reemes Wanda Sue 124 Surrett Cove Rd Leicester 28748 — 683-3392
Reemes Weaver 605 N Turkey Creek Rd Leicester 28748 — 683-0838
Reems A B 3328 Sweeten Creek Rd Arden 28704 — 684-6634
Reems Creek Golf Club 36 Pink Fox Cove Rd Wvrvle — 645-4393
Reems Creek Valley Nursery 70 Monticello Rd Wvrvle 28787 — 645-3937
Reems Everett 22 Randall Cove Rd Leicester 28748 — 683-1359
Reems Faith 100 Falling Leaf Ln Ashe 28803 — 298-7393
Reems Jillian 545 Bryson Rd Cndlr 28715 — 667-9010
Reems Ray & Lyn 575 Old US 70 Hwy Swannanoa — 686-8210
Reems Thelma M 581 Old US 70 Hwy Swna 28778 — 686-3758
Reems Tony M 1711 Bear Creek Rd Leicester 28748 — 683-8586
Reems Tonya & Brad 270 Sycamore Dr Arden 28704 — 687-2520
Reep D M 5 Pisgah View Dr Candler 28715 — 667-3846
Reep Michael 1175 Pisgah Hwy Candler 28715 — 667-0110
Reese A T 46 Yow Dr Swna 28778 — 299-8254
Reese Albert Jr 338 Old Toll Cir Black Mountain 28711 — 669-5130
Reese Bill 1360 Bee Tree Rd Swannanoa 28778 — 298-3381
Reese Bryan L 103 Valley Vista Dr Black Mountain 28711 — 669-7128
Reese C M 70 Allen St Asheville 28806 — 253-4232
Reese Chancer 102 Buffalo St Ashe 28806 — 350-1623
Reese Charles 360 Gap Creek Rd Fletcher 28732 — 628-1277
Reese Charles 115 Lake Eden Rd Black Mountain 28711 — 686-8963
Reese Chris 27 English Pl Candler 28715 — 667-9503
Reese Clyde Kuykendall Rd Ashe — 645-5707
Reese Clyde R 125 Royal Oak Rd Arden — 684-8803
Reese Coleman Billy Cove Rd Cndlr — 667-4639
Reese Daniel
3029 North Fork-Left Fork Black Mountain 28711 — 664-0450
Reese David 117 Pine Tree Dr Swannanoa 28778 — 299-7750
Reese Doris 4 Gertude Ln Candler — 670-5906
Reese E S 129-1/2 Biltmore Av Asheville 28801 — 252-6100
Reese Foy 36 Green Valley Rd Ashe 28806 — 667-4695
*Reese Fredrick L & Vickie*
219 Eastmoor Dr Asheville 28805 — 296-8670
Reese Gary D 125 St John Rd Fletcher 28732 — 684-3689
Reese Gary E 574 Erika Lake Rd Candler 28715 — 667-4223
Reese Gertie — 251-5710
Reese Glenn — 628-9646
Reese Hank
2315 North Fork-Right Fork Black Mountain 28711 — 669-1906
Reese Hank
2315 North Fork-Right Fork Black Mountain 28711 — 669-9422
Reese Harold 4075 New Leicester Hwy Leicester 28748 — 683-3484
Reese Harry 29 Moore St Wdfin — 258-2380
Reese Hoy F 352 S Morgan Branch Rd Candler 28715 — 667-0956
Reese J B 24 O Donald Rd Asheville 28806 — 254-4956
*Reese J Bynum New Haw Creek Rd* — 298-0661
Reese Jack 7 Coken Ct Asheville 28803 — 277-2054
Reese James V 287 Beaverdam Loop Rd 28715 — 667-0515
Reese James V Jr 15 Cane Brook Dr Leicester 28748 — 683-8827
Reese Jocelyn 19 Harrison St Asheville 28801 — 252-1534
Reese Joey A 103 Harris Rd Fairview 28730 — 628-1817
Reese John Jr 26 Butterfly Dr Leicester 28748 — 683-0743
Reese John D Jr 101 Gashes Creek Rd 28805 — 299-8804
Reese June A 25 Moore St Wdfin — 255-0138
Reese Karen & Evan 2 Applewood Dr Asheville 28805 — 298-6052
Reese Kathy 12 Trappers Aly Fairview 28730 — 628-3311
Reese Larry E 5 Darcus Ln Asheville 28806 — 258-3943
Reese Lauren 116 Taylor St Blk Mtn 28711 — 357-8028
Reese Linda 15 Benjamin Ln Candler 28715 — 665-4334
*Reese Linda & Oakley 15 Benjamin Ln Candler 28715* — 665-4024
Reese Maxine 95 Mills Gap Rd Asheville 28803 — 684-5114
Reese Mel & Willine 806 Turtle Creek Dr Ashe 28803 — 277-0216
Reese Melvin & Willinie 7 Horse Barn Rd Candler — 670-8072
Reese Norma 615 Biltmore Av Ashe 28803 — 253-0606
Reese R 131 Warren Wilson Rd Swannanoa 28778 — 298-9903
Reese Revonda 161 Elk Mountain Rd Wdfin 28804 — 252-7356
Reese Robert E 504 Windswept Dr Asheville 28801 — 225-6477
Reese Roy 112 Carolina Heig Black Mountain 28711 — 669-8020
Reese Ruth 33 Hickory Tree Rd 28805 — 298-0850
Reese Ruth Lower Grassy Branch Rd Ashe — 299-0892
Reese Scott 358 E Sondley Dr 28805 — 296-1077
Reese Scott 358 E Sondley Dr Ashe 28805 — 296-0977
Reese Sean D C 789 Patton Av 28806 — 258-0264
Reese Stanley A 135 Lake Eden Rd 27288 — 686-5995
Reese Susan & Terry
1245 Montreat Rd Black Mountain 28711 — 669-8375
Reese Terry W 121 Bartlett St Ashe 28801 — 350-8295

**REESE TRAILER SALES**
73 Oren Dr Mills River 28776 — **684-3996**

Reese Travis 849 Bee Tree Rd Swannanoa 28778 — 298-1539
Reese Vance & Jean 43 Vermont Ct Asheville 28806 — 281-0372
Reese Vernon 139-1/2 Martin Branch Rd Leicester 28748 — 683-9423
Reese William J 1335 Bee Tree Rd Swna 28778 — 299-9555
Reese Worley 41 Robert Williams Rd Fairview 28730 — 628-3668
Reeser Irene 213-C Richmond Hill Dr Asheville 28806 — 254-6021
Reeser Rachel 35 Northview St 28801 — 225-5958
Reeve Gary & Linda 185 Shope Creek Rd Asheville 28805 — 298-2925
Reeves A M 87 Gilbert Rd 28748 — 683-4525
Reeves Aileen 239 Martin Branch Rd Leicester 28748 — 683-3001
Reeves Annie 710 Sand Hill Rd Asheville 28806 — 258-9835
Reeves Annie Mae 95 Holcombe Cove Rd Candler 28715 — 670-5777
Reeves Ben & Lisa 23 E Wonder Rd Leicester 28748 — 683-3211
Reeves Betty A 919 Hendersonville Rd Biltmore 28803 — 274-4847
Reeves Blanche 15 Miller Rd Candler 28715 — 667-1766
Reeves Burder 49 Reeves Home Pl Leicester 28748 — 683-2882
Reeves C E 30 Impala Tr Ashe 28806 — 253-0569
Reeves Chapel Methodist Church 225 Sardis Rd Asheville — 665-8149
Reeves Charlene 6 Charland Fore 28803 — 298-7509
Reeves Christopher 12 Winchester Pl Asheville 28806 — 253-3065
Reeves Clifford 9507 New Leicester Hwy — 683-3152
Reeves Cynthia & Robert 9 Mayfair Dr Cndlr 28715 — 670-6191
Reeves D — 670-8163
Reeves Darin 8 Flowering Dogwood Dr Candler 28715 — 670-1741
Reeves David 100 Cheerio LN 28803 — 298-4511
Reeves David M 18 Qualla Dr Candler 28715 — 667-8353
Reeves Don & Beth 460 Lynn Cove Rd 28804 — 254-9431
Reeves Doris 289 Long Branch Rd Swannanoa 28778 — 298-7152
Reeves Doyle B 5 Sky Rocket Dr Leicester 28748 — 683-3886
Reeves Dwayne & Christy 235 Rabbit Ham Rd 28748 — 683-6643
Reeves E H 11 Hominy Creek Rd — 667-4896
Reeves Edward 822 Sand Hill Rd — 667-0812
Reeves F P 683 Sand Hill Rd 28806 — 252-4458
Reeves G M 621 Avery Creek Rd Arden 28704 — 684-6511
Reeves G Paul 600 Barrett Ln Ashe 28803 — 277-5990
Reeves George 73 Smith Rd Leicester 28748 — 683-2885
Reeves George 160 US 70 Hwy Swannanoa 28778 — 686-7430
Reeves Grocery 4260 New Leicester Hwy 28748 — 683-2649
Reeves J 4 Creekside Way Ashe 28804 — 254-3339
Reeves J Earl 54 Jazako Ridge Ln Swannanoa 28778 — 686-3965
Reeves James C 41 Youngs Dr Candler 28715 — 667-9307
Reeves James D 20 Brookdale Rd Woodfin 28804 — 281-4231
Reeves James L 3216 New Leicester Hwy 28748 — 683-2689
Reeves James P 365 Weaverville Hwy Ashe 28804 — 645-4659
Reeves James & Sheila 56 Enochs Way Fletcher 28732 — 628-1950
Reeves Jeanette R Mrs 10 Shasta Wk Ashe — 258-0442
Reeves Joe 35 Cabin Cove Rd Leicester 28748 — 683-9194
Reeves John & Jane 7 Chaucer Rd Black Mountain — 664-1374
Reeves John T 4 Starnes Cove Pl Asheville 28806 — 667-3907
Reeves Judy 5 Brangus Rd Leicester 28748 — 683-5503
Reeves Keith D 24 King Dr Leicester 28748 — 683-1549
Reeves Kenneth R
432 Sandy Mush Creek Rd Leicester 28748 — 683-3817
Reeves Kevin 3994 New Leicester Hwy Leicester 28748 — 683-9779
Reeves Laura W 260 Reeves Cove Rd Candler 28715 — 667-4770
Reeves Lisa 87 Bob Wells RD 28748 — 683-8046
Reeves Mark & Deaune 28 Briarwood Rd Asheville — 658-2676
Reeves Marvin B 40 Johnston Blvd 28806 — 253-7802
Reeves P B 687 Sandy Mush Rd Leicester 28748 — 683-2943
Reeves Phillip & Lawanda 74 Pensacola Av Arden 28704 — 687-1704

**REEVES POWER SPORTS**
614 Hendersonville Rd Ashe — **274-3158**

Reeves Ricky Jay Sandy Mush Rd Leicstr — 683-2457
Reeves Ricky L 444 McKinnish Cove Rd 28806 — 258-2336
Reeves Ross 2400 Timber Pl Ashe 28804 — 255-0839
Reeves Shirley J 10651 NC 63 HWY Leicstr 28748 — 683-9388
Reeves Steven 9 Scottish Cir Asheville 28803 — 681-8119
Reeves Suzayne 62 Ivanhoe Av Asheville 28806 — 254-5909
Reeves Ted & Rebecca 9 Green Leaf Rd — 684-3398
Reeves Terry G & Shirley
687 Willow Creek Rd Leicester 28748 — 683-1866
Reeves Thomas R Jr 9 Hominy Creek Rd Candler 28715 — 667-1480
Reeves Tim 294 Fairfax Av 28806 — 255-0652
Reeves Tim & Tammy 54 Brooks Cove Rd Candler 28715 — 665-8604
Reeves Vicky 114 Bob Wells Rd Leicester — 683-4529
Reeves Wade 8679 NC 63 Hwy Leicstr 28748 — 683-2905
Reeves William Michael 106 Kennedy St Black Mountain NC — 669-0258
Reeves Willie B 60 Green Acres Dr Candler 28715 — 670-7683
Reeves Woody Don Feimet Rd Leicstr — 683-2411
*Reeves-Brown David & Jessamyn* — 232-1193
Reevie Robin 85 Alpine Way — 298-0581
Refenes Jim 43 Ravenwood Dr 28732 — 684-3405
Reflections Automotive & Detailing
919 Smokey Park Hwy Candler 28715 — 667-1010
Reflections Of The Past
240 Swannanoa River Rd Ashe 28805 — 252-5211
Reflections Sports Bar 170 Rosscraggon Rd Ashe 28803 — 687-1623
Refuge Christian Center
701 Riverview Church Rd Asheville 28806 — 225-4920
Regal M 125 Wicklow Dr Ashe 28806 — 253-7014
Regal Nail 437 Swannanoa River Rd Asheville 28805 — 298-3861
Regal's Hollywood Cinemas 1640 Hendersonville Rd 28803 — 274-9500
Regan Diane 45 Alonzo Ln Frvw 28730 — 628-8429
*Regan Perkins 35 Ora St Ashe 28801* — 505-0162
Regan William M & Myra 1 Cogswood Rd 28804 — 253-3431
Regan-Blake C S 51 Vance Gap Rd 28805 — 253-2956
Regent Park Early Childhood Development Center
20 Regent Park Blvd Asheville 28806 — 252-2424
Reger Barry 23 Lower Grassy Branch Rd Ashe 28805 — 299-0697

**REGION CLEANING MASTERS — 670-9305**

Regional Acceptance Corporation
1265 Hendersonville Rd Ashe 28803 — 277-0077
Regional Acceptance Corporation
1265 Hendersonville Rd Bltmre For 28803 — 277-0023

**REGIONAL ALLERGY & ASTHMA CONSULTANTS PA**
**14 MCDOWELL ST ASHE 28801 — 253-3382**
**2161 HENDERSONVILLE RD ASHE 28704 — 687-8221**
**738 6TH AVE W HENDERSONVILLE 28739 — 692-6615**

Regional Cancer Center 445 Biltmore Ave Ste G109 Ashe 28801
Toll Free-Dial '1' & Then — 800 322-2461
Regional OB/GYN Specialists
900 Hendersonville Rd 28803 — 771-5500
Regional Radiation Oncology PA
Toll Free Dial '1' & Then — 800 322-2461
Regional Resource Center For The Deaf And The Hard Of Hearing 31 College Pl 28801 — 251-6190

**REGIONAL SURGICAL SPECIALISTS PC**
14 Medical Park Drive Ashe 28803 — **252-3366**

Regional Water Authority Of Asheville Buncombe And Henderson
See Asheville City Of Water Resources Department
Regis Salon-
Biltmore Square — 667-8885
Asheville Mall Asheville 28778 — 296-9266
Register D 15 Slosman Dr Ashe 28806 — 667-4767
Register Kerry 518 Lafayette Ave Ashe 28805 — 296-0819
Register Kerry 518 Lafayette Ave Ashe 28805 — 299-0293
Register M 442 Glensprings Dr Fletcher 28732 — 687-2947
Register Rhonda — 628-4525
Register Viana 22 Gracelyn Rd Asheville 28804 — 252-8850
Register W L 18 Village Dr Asheville 28803 — 277-7792
Registered Sleepers Inc — 683-6659
Rego Paul & Sylvia 11 Evergreen Acres Rd Candler 28715 — 665-0638
Regtmeier Hartmut 10 Alexander Dr Asheville 28801 — 350-9983
Reguyal Chona MD 12 Cane Creek Rd Fletcher 28732 — 684-6035
Regynski Stacey 3 Archwood Dr Ashe 28806 — 254-0637

**REHAB SOLUTIONS FOR WNC**
417 Biltmore Av Asheville 28801 — **285-9795**

RehabCare Group 455 Victoria Road Ashe Nc 28801 — 225-8192

**REHABILITATION ASSOCIATES**
60 Livingston St Ashe 28801 — **258-0797**

Rehad Works 1617 Hendersonville Rd Asheville 28803 — 277-3701
Rehberg Brigitte 63 Morris St Ashe 28806 — 252-6828

**REHM THOMAS S DPM**
1 Vanderbilt Park Dr Asheville 28803 — **277-8042**

Reiber Heidi 3 Midway Dr Asheville 28804 — 259-9313
Reich Markus 165 Montford Av 28801 — 253-3996
Reich Per 103 Virginia Rd Montrt 28806 — 669-7444
Reichard Betty 8 Stewart St Asheville 28806 — 253-0512
Reichardt Bradley 12 Lockley Av Asheville 28804 — 225-6566
Reichardt J 91 Edwin Pl Asheville 28801 — 350-7508
Reichel Helen 17 Sweetwater Oaks Dr Fletcher 28732 — 687-7092
Reichman N — 665-4178
Reid Anne Marie & Stephen Lane 83 Blue Ridge Av 28806 — 251-0966
Reid Barbara 16 Golf St Ashe 28801 — 253-2516
Reid Brenda 124 Pike Dr Swna — 686-4302
Reid Brett B Green Valley Rd Leicstr — 683-9274
*Reid Brian K 305 Heather Ct Ashe* — 658-0426
Reid C Joseph 141 Clinton Av 28806 — 254-1859
REID C JOSEPH 141 Clinton Av Asheville 28806 — 251-9429
Reid D J 20 Cassada Rd Marshall 28748 — 683-0094
Reid David 1110 Glen Bridge Rd SE Arden 28704 — 684-0545
Reid Don 126 Shenandoah Ter Montreat 28711 — 664-0475
Reid E S 80 Alpine Way — 298-0208
Reid J 97 Pearson Dr 28801 — 253-3874
Reid James — 628-9664
REID JAMES — 683-6389
Reid James D 1116 Glenn Bridge Rd SE Arden 28704 — 681-0394
Reid James S 20 Robindale Av 28801 — 253-7405
Reid James T 71 Captain's Dr Cndlr 28715 — 670-9129
Reid Jeanette 60 Wagon Tr Black Mountain 28711 — 664-0497
*Reid Jim (Reid Real Estate) 82 Westhaven Dr 28804* — 254-2547
Reid Kristen 305 Piney Mountain Dr Ashe 28805 — 258-1739
REID MARIA 9 Upper Saw Branch Rd Candler 28715 — 670-5369
Reid Maria-Teresia E Stroud Valley Rd Blk Mtn — 669-4271
Reid Martha 426 Dillingham Cir 28805 — 299-0385
Reid Martha 200 Tunnel Rd Asheville 28805 — 258-2167
Reid N s 12 Laurel Ln Black Mountain 28711 — 669-7790
Reid Noel V 284 Maple Ct Arden 28704 — 684-7798
Reid Octavia 106 Bear Creek Ln Ashe 28806 — 225-0413
Reid Peggy & Assoc 141 Reems Creek Rd Weaverville — 645-7500
Reid Robert G — 628-3720
Reid Robert J Rock Hill Rd — 274-2814
Reid Sandra M 101 Pine Tree Dr Black Mountain 28711 — 669-0900
Reid T 82 Westhaven Dr Ashe 28804 — 254-9290
Reid Tommy W 82 Westhaven Dr 28804 — 254-2547
Reid William 109 Bear Creek Ln Ashe 28806 — 252-6773
Reid William 30 Laurel Ridg Candler 28715 — 667-3903
Reid William — 669-8952
Reiderer J 206 Farington Cir Fletcher 28732 — 681-5562
Reidhead J Milton & Bonnie — 299-8195
Reidinger Martin K atty 72 Patton Av 28801 — 252-7381
Reidinger P A — 684-6458
Reidsville Manse 141 Assembly Dr — 664-1826
Reidsville Manse Assembly Drive Montrt — 669-6643
Reiff Jonna — 651-8747
Reiff R D 114 Walnut Crest Rd Fletcher 28732 — 687-7880
Reifschneider Heidi 502 Turtle Creek Dr Asheville 28803 — 277-2573
Reifsnyder Edward Rev 41 Parkview Dr Candler 28715 — 670-5419
Reigle Jeremy 15 Zion Rd 28748 — 683-6278
Reigle John 19 Jericho Rd Leicester 28748 — 683-1441
Reiley C E teleph 24 O'Henry Av 28801 — 258-7005
Res 318 Chapel Rd Blk Mtn 28711 — 669-1960
Reiley Chuck & Lucy 318 Chapel Rd Black Mountain 28711 — 669-1960
Reilly Donna 113 N Fork Rd Blk Mtn 28711 — 669-0300
Reilly Donna Rima 38 Patty's Chapel Rd Fletcher 28732 — 684-5477

**REILLY EDWARD G** BA MBA DC
2 Fairview Hills Dr 28730 — **628-7800**

Reilly Evan N 269 Morgan Branch Rd Leicester 28748 — 683-6563
Reilly J D Capt 200 Tabernacle Rd Black Mountain 28711 — 669-8797
Reilly L — 255-7634
Reilly Peter 148 White Pine Dr Fletcher 28732 — 684-1363
Reilly Tammy F 279 Jims Branch Rd Swannanoa 28778 — 298-0857
Reilly William — 277-8824
Reilly-Buser Megan & Steve 451 Beaucatcher Rd 28805 — 285-0838
Reimer Allen H & Elizabeth D
48 Walkertown Rd Black Mountain 28711 — 669-8371
Reimink Scott 14 Crestbrook Dr Arden 28704 — 654-0220
Reimink Scott 14 Crestbrook Dr Arden 28704 — 654-8597
Reimnitz Arlen 2075 Charlotte Hwy Frvw 28730 — 628-3235
Reina Belle 336 Royal Pines Dr Arden 28704 — 684-3656
Reina Jaime B 42 Green Acres Dr Leicester 28748 — 683-7185
Reinecke Sue DVM 1 Beaverdam Rd 28804 — 253-3393
Reinert W 25 Linden Av 28801 — 254-9279
Reinert Wolfgang & Marianne 25 Linden Av 28801 — 252-7559
Reinhard June 23 Honeycomb Cir Swannanoa 28778 — 686-1642
Reinhardt Christopher B atty
1 West Pack Square Asheville 28801 — 253-3661
Reinhardt Gary A 22 Meadowview Dr 28804 — 253-0342
Reinhardt James L 321 Beaverdam Rd 28804 — 253-7256
Reinhardt L 82 Pressley Rd Asheville 28805 — 298-9889
Reinhardt Music Services Ashe — Ashe Tel No 252-7218
Reinhardt Rebecca L atty BB & T Building — 252-6600
Reinhardt Stuart 1 Hunters Ridge Dr Asheville 28803 — 298-8095
Reinhardt Wesley 7 Coventry Woods Dr Arden 28704 — 684-0220
Reinhart Andreas & Nina 10 Zephyr Dr Asheville 28806 — 253-7836
Reinhart Nina & Andreas 10 Zephyr Dr Asheville 28806 — 253-7836

53065 © BellSouth Advertising & Publishing Corporation 2006

Provins Mike 6926 Forrest Ln 37129 223-8544
Prowse K C 625 Woodburn Dr 37167 223-8656

**PRUDENTIAL ROWLAND REAL ESTATE INC** 550 Sam Ridley Pkwy W 459-0609

*Pruiksma Kenneth 3104 Melissa Ct Smyrna 220-9776*
Pruitt A L 713 St Francis Av 459-6667
Pruitt Billy Clyde 222 Indian Ct 37167 223-6172
Pruitt Frenchie 712 Stan Cir Smyrna 37167 459-3801
Pruitt Keith 1108 Odom Ct 37167 355-9553
Pruitt L 701 McGivney Ct Smyrna 37167 459-0065
Pruitt Roger & Sharon 106 Fairview Av 37167 220-1002
Pruitt Tommy L 7036 Steem Blvd Smyrna 37167 459-0980
Pruitt Walter 5300 Rock Springs Rd 37167 355-6844
FAX Line 355-6844
Pruitt Walter & Belvia 5300 Rock Springs Rd 37167 223-6421
Pruitt Warren 3911 Stewart Creek Rd 37129 355-8426
Pruter Michael 155 Sweetgum Dr 37086 223-9549
Pryor Mindy 429 Dellwood Dr Smyrna 37167 459-0389
Pryor Temeka 601 Woodhaven Dr Smyrna 37167 220-2358
Publix Super Markets-
Parkway Town Center-
661 President Place Smyrna-
Bakery 220-1919
Pharmacy 220-9815
Information 220-1919
Pucker Kristin 121 Bordeaux Ct Smyrna 37167 220-1262
Puckett E P 300 Highland Av 37167 459-7606
Puckett James D 1929 Almaville Rd 37167 355-0254
Puckett Jodie 306 Branch Tr 37167 459-3445
Pugh Edward 107 McNickle Dr Smyrna 37167 355-0199
Pugh Rodney & Alice 117 Lakewood Cir 220-1846
*Pugh Thomas E 739 Rock Springs Rd 459-9283*
Puhr Richard & Kathleen 619 Greenleaf Av Smyrna 37167 355-7917
Pulley Connie D 766 Buford St Smyrna 37167 220-4831
Pulley Mantle Sr & Demetra 541 Breslin Av 223-9044

**PULLIAS MITCHELL A MD** 741 President Pl Smyrna 37167 459-7104

Pullum Audra 701 Enon Springs Rd EAST Smyr 37167 223-9417
Pumping Systems 220-0015
Punch Don 142 Laural Hill Dr 37167 220-5252
Puricelli Maureen 109-A Lakeside Dr 223-5354
Purkey Phillip 1090 Needham Dr Smyrna 37167 223-5938
Purnell John & Janice 1022 Don Blair Dr Smyrna 37167 220-4729
Pursley Y D 8022 Valencia Dr Smyrna 37167 459-2216
Purushothaman Ashok B
281 Country Village Dr Smyrna 37167 220-8797
Purvis Heather & Mike 1198 Peebles Dr 220-4948
Puster Dawn & Jeff 301 Vernon Traylor Dr Smyrna 37167 220-1421
Putnam Sam 114 Long Rifle Rd 223-9283
Pybrum Wallace 108 Chestnut St Smyrna 37167 220-6109
Pyburn Wayne 7650 Laddie Ln Smyrna 37167 223-0396
Pyle Russell 6637 Amanda Way Murfreesboro 37129 355-6734
Pyles Donald W & Joyce 301 Alden Cove Dr 220-2824
Pytlewski Harry J & Elynn
3025 Rockdale Fellowship Rd 37122 459-9366

## Q

Qazait Ammar 4027 Wisdom Way Smyrna 37167 459-4125
Quaintance Edward & Denine 405 Mountain View Ct 37167 355-8397
Quality Fabrication
562 Huntly Industrial Dr Smyrna Tn 37167 220-2047
Quality Fabrication Inc 562 Huntly Industrial Dr Smyr 220-2047
Quality Fabrication Inc
562 Huntly Industrial Dr Smyr 37167 355-6361
Qualls Kenneth & Melanie 427 Sondra Dr 223-9420
Quarles Arnold 601 High Ridge Dr Smyrna 37167 459-9095
Quartey Daniel L 123 Noel Ln 223-7111
Quattlebaum H S 119 Bailey Collins Dr 37167 459-4987
Quesenberry S L 9005 Macbeth Dr Smyrna 459-4411
Quest Diagnostics 400 Enon Springs Rd East 459-0660
Quest Stop ILC 199 Weakley Ln 37167 223-0007
Quibodeaux Paul & Shellie 782 Baker Rd 37167 355-6272
Quick M Wade 715 St Francis Av Smyrna 220-5226
Quick Paul 900 Sam Davis Rd 37167 459-2010
Quick Tim 107 Crockett Ct Smyrna 37167 459-5119
Quick Tim & Sally 107 Crockett Ct 37167 459-0701
Quick'ee Mart 250 N Lowry St Smyrna 37167 355-8581
Quidetto Dan B 920 Turlough Ct Smyrna 37167 220-8624
Quier Dorothy 701 Enon Springs Rd EAST Smyrna 37167 220-0477
Quigle Robert A 509 E Gresham Dr 459-7521
Quigle Robert & Lisa 204 Priest View Dr Smyrna 37167 355-0281
Quigley Alan 102 Crescent Av Smyrna 37167 223-6716
Quinn Jane & Richard 424 Karstridge Rd 459-6178
Quinn Richard 1314 Bundy Dr Smyrna 37167 355-6628
Quintanilla Roberto & Alma 412 Wesley Dr Smyrna 37167 220-4871
Quiroz Maria 106 Miss Ellie Dr La Vergne 37086 223-5265
Quizno's Sub 901 Rock Spri 37167 355-4008
Quizno's Sub 901 Rock Springs Rd Smyrna 37167 355-0504

## R

R & R Automotive & Towing 204 Commerce Dr 37167 355-6489
R & R Automotive & Towing 204 Commerce Dr Smyr 37167 355-5813
R T Auto Sales 178 N Lowry St 37167 459-8233
Raborn Baker & Rhonda 7858 S Lamar Rd Smyrna 37167 355-8735
Raborn Derek & Ann 412 Whitney Dr 459-4141
Raborn Greg & Susan 207 Wright St 37167 459-0369

**RABORN INSURANCE AGENCY** ins
200 S Lowry St Smyrna 37167 459-4145

Raborn Susan LMT Smyrna Tel No 459-2131
Raborn W E Jr & Margie 7370 S Lamar Rd 37167 459-4152
Computer Line 7370 S Lamar Rd 459-5093
Raburn James E 6248 N Lamar Rd 220-1152
Raby Robert 2714 Morton Ln 223-0807
Racz L 904 Mason Tucker Dr 220-4797
Rader David G 1004 Old Jefferson Pke 37167 220-4863
Rader David G 1004 Old Jefferson Pke 37167 220-6918
Rader Dewayne 620 Cookstown Dr Smyrna 37167 459-7366
Rader Karen 6659 Kedron Church Rd 355-1372
*Rader Kenneth 500 Rock Springs Rd Smyrna 37167 220-9427*
Rader Kenneth L 601 Pointe Clear Dr 37167 223-0494
Rader Leonard & Linda Rev 203 Treetop Ct Smyrna 37167 459-6844
Rader Michelle 504 Round Up Rd Smyrna 37167 355-9440
Radford James Ray 576 Shirley Rd 37167 459-7773
Radford Richard Rev 9497 Old Nashville Hwy 37167 223-5642
Radford's 459-9391
Radio Shack Dealer Of Smyrna
577 S Lowry St Smyrna 37167 355-0560
Radiology & Diagnostics 739 President Pl Smyr 37167 223-7700
Radiology And Diagnostics PLC
300 Stonecrest Blvd Smyrna 37167 220-4041
Radley P A 311 Dartford Ct 37167 220-4735
Raffner Cynthia 506 E Kings Rd Smyrna 37167 223-7535
Rafla Amged 1606 Jock Ln 37086 220-1686
Ragin Ali 339 Stewart Springs Dr Smyrna 37167 220-2072
Ragland Duane & Diane 1412 Bolton Dr 37167 355-4742
Ragland Randall M 207 Sutter Ct 37167 459-6834
Ragland-Williams Robin 802 General Barksdale Dr Smyrna 223-9677
Rahn William J 306 Whitney Dr 37167 223-5324
Raina Antonio 7011 Buffalo Dr La Vergne 37086 355-0778
Raines Mary L 274 Village Lake Dr 459-2702
Raines Robert 126 Neal Av 459-4858
Rains Francis 207 Commerce Dr Smyrna 37167 355-0285
Rains Frank 317 Eton Rd 37167 459-9435
Rains Patrick J 6703 Scenic Dr 37129 459-7285
Rains Sandra 701 Enon Springs Rd EAST Smyrna 37167 223-1661
*Rajin Cajun Taxi 220-2001*
Rakow Kelly & Michelle
2850 Rockdale Fellowship Rd Mt Juliet 37122 223-8571
Ralls Thomas E 226 Wellington Way 37167 355-6484
Ralston David C 410 Morton St 37167 459-6356
Ramage Steve 375 Clarkston Dr 355-0758
Ramapadhy Ayodhi 282 Country Village Dr Smyrna 37167 459-7125
Ramirez Cindy 459-3363
Ramirez Diego 909 Sky Valley Tr Smyrna 37167 220-5592
Ramirez Dolores 1547 James Gafford Dr La Vergne 37086 355-7520
Ramirez Guadalupe 416-A McClary Rd Smyr 37167 355-7842
Ramirez Jorge 109 Lee Ln Smyr 37167 459-7956
Ramirez Joseph 115 Hermitage Dr Smyrna 37167 459-2126
Ramirez Lucia 406 Trailsend Ct La Vergne 37086 220-5864
Ramirez Maria 11747 Old Nashville Hwy Smyrna 37167 459-6750
Ramirez Rubidia 406 Trailsend Ct La Vergne 37086 223-8617
Ramos Charles 311 Sam Davis Dr Smyrna 37167 223-9629
Ramos Marcos 713 Heath Pl Smyrna 37167 223-7672
Ramos Mary 420 Shadowood Dr Smyrna 37167 223-5743
Ramos Ralph 6410 Couchville Pke Mt Juliet 37122 223-5922
Ramsey Dave 1823 Mars St La Vergne 37086 355-1345
Ramsey Ernest 517 Bragg Av 459-5115
Ramsey Floyd A Jr 109 Dover Ct 37167 355-0422
Ramsey Steve 831 General Forrest Dr Smyrna 37167 459-8867
Ramsey Tina 111 Joyner Dr Smyrna 37167 355-4721
Rand Will & Heather 6009 Westfork Dr 37167 223-6231
Rand Willard F 419 Asa Ct 37167 355-6202
Randall G S 8622 Wayne St 37129 459-5422
Randall Luke 104 St Michael's Ln 220-4140
Randle E 110 Windelhood Cir 37167 223-9040
Randolph Carl E 448 Bragg Av Smyrna 37167 355-4290
Randolph David & Rhonda 1123 Old Jefferson Pke 37167 355-1311
Randolph Meshelle 111 Joyner Dr Smyrna 37167 459-0269
Randolph Ron & Nancy 6717 Kari Dr 37129 459-8837
Randstad-
Smyrna-
496 496 Enon Springs rd East Smyrna 37167 355-3055
Randstad 983 Nissan Dr Smyrna 37167 223-6455
Randstad Staffing 529 Enon Springs Rd EAST Smyrna 37167 223-0968
Randstad Staffing 801 Swan Dr Smyrna 37167 459-4716
Rangel Angeles 373 Stewart Springs Dr Smyrna 37167 223-9029
Rankhorn Cecil O 506 Decherd Ln Smyrna 37167 355-6606
Rankhorn Dorothy S 519 E Kings Rd 37167 459-2883
Rankhorn Gary L 534 Johnstown Dr Smyrna 37167 220-0840
Ransom Richard 13142 Old Nashville Hwy 37167 459-6643
Ransom Tony 709 Thurman Ct Smyrna 37167 220-8939
Rappaport S 223-8583
Rat Pack Mini Storage 120 Weakley Ln 37167 223-1287
Ratcliff Franklin 303 Dudley St Smyrna 37167 355-1793
Ratcliff Thomas M 2389 Rocky Fork Rd 37167 459-7177
Rathore Abdul Hameed
417 Enon Springs Rd EAST Smyr 37167 220-4913
Rathsombath Phouang 384 St Francis Av 355-1700
Ratliff S D 608 Steven Dr 37167 355-4871
Ratz Joseph 413 St Francis Av 355-8829
Rawding Robert J 219 Valley Ct 37167 220-1601
Rawls Andy & Angela 220 Benefield Dr 355-6635
Rawls Gladys H 305 Timberglen Dr 37167 223-7308
Rawls O R 1612 Banstead Dr Smyrna 37167 355-9426
Ray Clifton & Tracy 305 Andy Johns Dr Smyr 37167 355-5974
Ray Craig 201 Sutter Ct 37167 459-0381
*Ray Danny & Diane 201 Quail Ridge Rd 223-9335*
Ray Donald L 208 Wellington Way 37167 459-4524
Ray George L 610 Steven Dr 37167 355-8785
Ray Greg 208 Wellington Way 37167 459-5498
Ray Jonathon & Deborah 342 Stewart Springs Dr Smyrna 220-1090
Ray R 220-9935
Ray Rebecca 102 Clifford Ct 37167 223-5585
Ray Rebecca 102 Clifford Ct 37167 459-3098
Ray Steven C 506 Lake Farm Rd 37167 459-7135
Ray Tommy 102 Bordeaux Ct 37167 355-4832
Raybon Kim 602 McGivney Ct Smyrna 37167 220-8562
Raybon Mike & Jenny 328 Ella St Smyrna 37167 220-4074
Raymer Ben 208 W Hutchinson Dr 37167 459-5409
Raymer Donald L 103 Hutchinson Dr 37167 459-7816
Raymer Patricia 1 Imperial Blvd Smyrna 37167 223-6014
Raymer Von 206 Boone Dr 37167 223-6732
Raymond Amy 713 Thurman Ct Smyrna 37167 355-6051
Raymond James Financial Services
President Place-Sam Ridley Pkwy 37167 278-7100
Rayner Mozell 206 Hermitage Dr Smyrna 37167 355-0582
*Raza Latina 412 S Lowry ST Smyr 37167 459-1095*
Razo P A 417 Pioneer Dr 459-0831
Raz'Z Bar And Grill 408 Sam Ridley Pkwy W Smyrna 37167 220-9381

**REAL YELLOW PAGES**
See BellSouth The Real Yellow Pages

Realty Title-
Branches-
Smyrna 599 Sam Ridley Pkwy 37167 459-3857
Columbia 1118 Nashville High 38401 931 540-1282
Realty Title & Escrow Company Inc-
Branches-
Brentwood 1187 Old Hickory Blvd 37027 377-0620
Brentwood 5111 Maryland Way 37027 373-4886
Franklin-Cool Springs 206-A Cool Springs Blvd 37067 771-6411
Goodlettsville 913 Conference Dr 37072 855-0380
Green Hills 3815 Cleghorn Ave 37215 383-4920
Hendersonville 383 Johnny Cash Pkwy 37075 826-0496
Mt Juliet 808 N Mt Juliet Rd 758-6400
Reames Ronnie 5623 Seminary Rd Smyrna 37167 223-7140
Reams Marshall 4008 Maggie Ct Smyrna 37167 459-8966
Reasonover Brooke 3549 Rock Springs Rd Smyrna 37167 223-6804
Reasonover Lisa & Phillip 310 Mayfield Dr 37167 355-9403
Reasonover Robert A 918 Mason Tucker Dr 37167 220-1477
Rebel Relics 7 N Lowry St Smyr 37167 355-0981
Rebello Heath 293 Jefferson Pke Smyrna 37167 459-9658
Rector J R & Jeanie 848 Avery Valley Dr 37167 459-5169
Red Apple Aviation Inc 223-7720
Redding Gene 210 Camelot Ct 37167 459-1005
Redding H Ronald 8020 Burntwood Dr 459-3774
Redding Herschel 209 Camelot Ct 37167 459-2573
Redding Melvin & Alex Jr
156 Miss Ellie Dr La Vergne 37086 459-7553
Redding Tommy 209 Camelot Ct 37167 355-0454
Redfield Janie 211 Mapleview Dr 37167 459-2582
*Redmon Jeff 802 Mason Tucker Dr 37167 459-4962*
Redmon M R 802 Mason Tucker Dr 37167 459-4962
Redmond Brad 1001 Mason Tucker Dr Smyrna 37167 220-5581
Redmond George H Sr 314 Holston Dr Smyrna 37167 220-0678
Redmond Randall & Carol 701 Ava Ct 37167 459-7041

**REDWOOD HOLLOW APARTMENTS**
600 Weakley Ln Smyrna 37167 459-8683

Reece Stan 486 Antique Av 37167 459-5850
Reed Bobby H 5596 George Franklin Rd 37167 459-3608
Reed Bobby H 5596 George Franklin Rd 37167 459-3645
Reed C A 215 Berrywood Dr 355-4625
Reed Danny J Jr 208 Pleasant Run Rd 355-8317
Reed David & Iris 630 Olive Branch Rd 459-0559
Reed David M 117 Withers Av 37167 459-2106
Reed J & R 8613 Rocky Fork Almaville Rd 220-0706
Reed James E Belle Meade Subdv 459-5364
Reed James Gary 918 Stewart Valley Dr 37167 355-1723
Reed Jerry M 1003 Infinity Ct 37167 355-0917
Reed Kerry F 362 St Francis Av 220-6124
Reed Kevin 7849 Rocky Fork Almaville Rd Smyrna 37167 220-4804
Reed Kristal MD 309 Quecreek Cir Smyrna 37167 355-5432
Reed Michael 3515 Rockdale Fellowship Rd Mt Juliet 37122 459-2225
Reed Michael & Larissa 2917 Bendview Ct 37129 355-5305
Reed Rick 8427 Stewarts Bend Dr 37129 355-5310
Reed Rickey & Jan 115 Sam Davis Dr 355-4477
Reed S L 3111 Lamura Ln Smyrna 37167 223-9000
Reed Samuel M 107 Hickory Pl 37167 459-6908
Reed Sandra 282 Country Village Dr Smyrna 37167 355-6377
Reed Tracy 404 Jean Dr La Vergne 37086 223-8817
Reed Vallie 459-0045
Reed Woody & Lynn 710 Rhett Dr 37167 355-4011
Reeder Robert Jr 318 Constitution Ct 37167 459-4099
Reeder Steve 218 Heritage Cir E 220-1738
Reedus C 801 Belaire Dr Smyrna 37167 220-0275
Rees A E 224 Peebles Dr 37167 459-4876
Reese Larry E 117 St Martin's Ln 459-7292
Reese Mike E & Stephanie 409 Shadowood Dr 37167 220-6262
Reeve Jean B & Jim Lindsey 523 Mary St Smyrna 37167 355-0417
Reeves Betty Wood 13735 Old Nashville Hwy 37167 459-5086
Reeves Charles 600 Nissan Dr Smyrna 37167 355-0652
Reeves David 282 Country Village Dr Smyrna 37167 220-2872
Reeves David 701 Enon Springs Rd EAST Smyrna 37167 220-8633
Reeves Diane 585 Blazer Av 37167 355-8783
Reeves Gail 600 Gracy Av Smyrna 37167 355-1817
Reeves Jean 108 Crescent AV 220-9587
Reeves John 774 Enon Springs Rd WEST Smyrna 37167 223-5399
Reeves Joseph C 102 Hickory Pl Smyrna 37167 220-0803
Reeves Robert 968 Pleasant Run Rd 37167 223-8751
Reeves Sain 202 Enon Springs Rd East 220-6012
Reeves William E 6318 Lee Av 459-6784

**REGAL FURNITURE CO**
3 S Lowry St 459-2166

Regas Scott 6007 Inglenook Dr Smyrna 37167 220-1662
Regen Russell 3907 Henricks Hill Dr Smyrna 459-7106
Regg Frank D 117 Vanderford Ln 37167 223-7360
Regg John M 111 Luckett Pl 37167 355-9195
Regg Patrick 650 Olive Branch Rd Smyrna 37167 459-0096
*Regg William 616 Heath Pl Smyrna 37167 459-9149*
Region One Contractors Services LLC
618 Fitzhugh Blvd Smyrna 37167 459-3322
Regions Air 660 Fitzhugh Blvd Smyrna 37167 355-5574
Regions Bank-
505 Nolan Dr 37167 355-0386
Register James 6649 Scenic Dr Murfreesboro 37129 355-4695
Reichard Walter 302 Hunters Chase Dr 459-8829
Reid Amy M Mrs & James T
507 Southlake Dr LA Vergne TN 37086 459-7068
Reid Bernard 106 Creek Ct 37167 459-5943
Reid Mike & Mindy 8692 Del Thomas Rd 37167 459-3619
Reigle Becky 1007 Kilgrow Ct Smyrna 37167 459-0131
Reil Peter 1356 Gary Ln La Vergne 37086 223-7831
Reilly S 403 Wildwood Dr 459-4805
Reine Ray & Mrs 113 Partridge Ct 37167 459-2714
Reine Timothy 113 Partridge Ct 37167 355-9109
Reinecker Dane 110 Bluegrass Dr 355-8736
Reinecker Steve 102 Long Rifle Rd 37167 459-8904
Reinhardt David E 3109 Ripon Ct 37167 220-2293
*Reinken Michael 113 Brookfield Ct 37167 220-4652*
Reinkoester Ward W 602 Woodhaven Dr 37167 223-7334

68492 © BellSouth Advertising & Publishing Corporation 2006

**Reasor Jeff** 187 Green Acres Ln Oliver Springs ---- 435-2209
**Reasor Matthew** 111 Dayton Rd Oak Ridge 37830 ---- 481-8091
**Reasor Melissa** 524 Douglas Ln Clinton 37716 ---- 457-7739
**Reat Jean-Francois P MD**
988 Oak Ridge Trnpk Oak Ridge 37830 ---- 483-8478
**Reaves Denham** 161 Alley Rd Andersonville 37705 ---- 494-6025
**Reaves Denham** 161 Alley Rd Andersonville 37705 ---- 494-8708
**Reaves Kevin L** 125 Cedar Rd Clntn 37716 ---- 435-7346
**Reaves Scott** 90 Carriage Ct Clinton 37716 ---- 457-5566
**Recording For The Blind & Dyslexic Inc**
205 Badger Av 37830 ---- 482-3496
**Recovery Equipment Builders**
5135 Harriman Hwy Oliver Springs 37840 ---- 435-5808
**Recovery Living** 131 Lancaster Rd Oak Ridge 37830 ---- 483-9635
**Recruiting Office-Navy** 140 Fairbanks Plaza Oak Rdg 37830 ---- 482-5500
**Rector Harold** 101 Glendale Ln 37830 ---- 482-1682
**Rector J Dale & Barbara** 13 Clark Pl Oak Ridge 37830 ---- 483-4510
**Rector Thomas E** 13 Belhaven Ln Oak Ridge 37830 ---- 483-4037
**Rector Willie Maude** 4691 Andersonville Hwy 37705 ---- 494-0039
**Red Cross** 900 Oak Ridge Turnpike Oak Ridge 37830 ---- 483-5641
**Red Lobster Restaurants** 359 S Illinois Av Oak Ridge 37830 ---- 481-3330
**Red Williams Insurance Agency Inc**
550 Oak Ridge Trnp Oak Ridge 37830 ---- 483-4314
**Redden James** 1 Carriage Sq Clinton 37716 ---- 463-0325
**Redden Nella** 420 Wilson Ln 37769 ---- 426-7280
**Redfearn Tracey** 229 Carriage View Clinton 37716 ---- 463-7720
**Redford Angie & Les** 360 Laboratory Rd Oak Ridge 37830 ---- 483-7116
**Redford Bill and Sherryl** 102 Calvin Ln Oak Ridge 37830 ---- 483-3738
**Redford E T** 21 Lindale Ln Oak Ridge 37830 ---- 481-3249
**Redford R S** 52 Riverview Dr Oak Ridge 37830 ---- 425-0229
**Redford Sheralyn** 191 Tuscaloma Dr Oak Ridge 37830 ---- 220-5481
**Redheffer James D** 4528 High Vista Ln Oak Ridge 37931 ---- 927-1100
**Redman David E** 102 Tanasi Ln Oak Ridge 37830 ---- 483-1527
**Redman John** 4904 Clinch View Ln Solway 37931 ---- 927-5096
**Redmon Cecil** 214 N Purdue Av Oak Ridge 37830 ---- 483-1908
**Redmon Scott & Sabbath**
613 Red Bud Ln Oliver Springs 37840 ---- 435-0402
**Redmond K** 2388 E Wolf Valley Rd Clinton 37716 ---- 457-3523
**Redmond R** 315 Woodland Hills Rd Clntn 37716 ---- 457-6733
**Redmond Robert** 106 Bennett Ln 37830 ---- 483-4854
**Redus & Associates** 189 Lafayette Dr Oak Ridge 37830 ---- 483-2715
**Redus C A** ---- 481-0164
**Redus K S** ---- 481-3670
**Reece George E** 181 S Purdue Av Oak Ridge 37830 ---- 483-9614
**Reece James W** 120 Decatur Rd Oak Ridge 37830 ---- 483-3490
**Reece John** 246 Joe Byrd Ln Clinton 37716 ---- 457-8466
**Reece-Lloyd Joan** 599 Half Moon Rd Oliver Springs 37840 ---- 435-4578
**Reed Ada B** 134 Burris Ln Lake City 37769 ---- 426-7557
**Reed Amy** 180 Old Vasper Rd Caryville 37714 ---- 426-9037
**Reed B J** 525 Farmers Hollow Rd Clinton 37716 ---- 457-1585
**Reed Bruce** 752 Longfield Rd ---- 426-6450
**Reed Carlos** 1139 W Outer Dr Oak Ridge 37830 ---- 481-9420
**Reed Carlos** 1139 W Outer Dr Oak Ridge 37830 ---- 220-0528
**Reed Carlos L** 1139 W Outer Dr Oak Ridge 37830 ---- 481-8409
**Reed Carol** 143 Sinking Springs Rd Clinton 37716 ---- 463-0459
**Reed Chalmer & Margaret** 650 Batley Rd Clinton 37716 ---- 435-7312
**Reed Charles A Jr** 92 Carriage Ct Clinton 37716 ---- 463-9350
**Reed D** ---- 482-1628
**Reed David & Angie** 235 Scenic View Dr Clinton 37716 ---- 457-7267
**Reed Dee** 317 Ridgeview Dr Clntn 37716 ---- 457-1724
**Reed Dell C** 134 Burris Ln 37769 ---- 426-7557
**Reed Ernest** 4289 Harriman Hwy Harrim 37748 ---- 435-7106
**Reed H** 111 Arkansas Av Oak Ridge 37830 ---- 483-5147
**Reed Herman** 181 W Maiden Ln Oak Ridge 37830 ---- 482-5052
**Reed J E** 102 Waddell Pl Oak Ridge 37830 ---- 483-3770
**Reed J M** ---- 435-7190
**Reed Jerry B** 146 W Wadsworth Cir Oak Ridge 37830 ---- 483-6052
**Reed Joan & Joel** 518 Old Tacora Hills Rd Clinton 37716 ---- 457-3475
**Reed John H** 108 Venus Rd Oak Ridge 37830 ---- 482-1749
**Reed Johnny** 131 Lenoxlee Hollow Ln Clinton 37716 ---- 457-9797
**Reed Johnny H** 325 Ridgewood Dr Clinton 37716 ---- 457-7813
**Reed Joseph & Sarah** 112 Nevada Cir Oak Ridge 37830 ---- 220-8944
**Reed Justin** 157 White Ln Cryvl 37714 ---- 426-6754
**Reed L S** 1313 Laurel Rd Clinton 37716 ---- 457-2025
**Reed Lindsay** 125 Lenoxlee Hollow Ln Clinton 37716 ---- 457-2768
**Reed M** 132 Audubon Rd Oak Ridge 37830 ---- 482-2169
**Reed M** 116 Stony Flat Ln Oliver Springs 37840 ---- 435-4505
**Reed Melinda** 312 Arkie Ln Clinton 37716 ---- 463-6498
**Reed Mike** 126 Dalton Ln Anderson 37716 ---- 463-8595
**Reed Nadine Mrs** 731 Lovely Bluff Rd 37769 ---- 426-6393
**Reed Rebecca** ---- 426-6607
**Reed Robert L** 137 Mountain View Rd Heiskell 37754 ---- 457-8939
**Reed Robert M** 143 Shady Rd Oliver Springs 37840 ---- 435-4499
**Reed Robert M** 104 E Morningside Dr Oak Ridge 37830 ---- 482-4865
**Reed Robert W** 135 Lane Bluff Rd Clinton 37716 ---- 457-9614
**Reed Robert W Jr** 140 Lane Bluff Rd Clinton 37716 ---- 457-4332
**Reed S K** 450 Peach Orchard Rd 37716 ---- 494-0733
**Reed Steven MD** 103 Bennett Rd Oliver Springs 37840 ---- 435-1933
**Reed Tom** 163 Fieldstone Dr 37705 ---- 494-8218
**Reed W** 218 Crismon Rd Heiskell 37754 ---- 457-0834
**Reed William** 227 Doe Run Blvd Clinton 37716 ---- 457-3126
**Reeder C J** 261 Doe Run Blvd Clinton 37716 ---- 457-7438
**Reeder M** 111 Fairview Cir Oliver Springs 37840 ---- 435-0966
**Reedy Lynn & Janis** 718 Robertsville Rd Oak Ridge 37830 ---- 483-7649
**Reedy Matt & Terri** 120 Indian Ln Oak Ridge 37830 ---- 482-2302
**Reedy R L** 192 Hickory Nut Dr Clinton 37716 ---- 463-9682
**Reeve Barbara A DVM** 201 W Tyrone Rd Oak Ridge 37830 ---- 483-5994
**Reeve John T** 301 Briarcliff Av Oak Ridge 37830 ---- 483-5921
**Reeverts Paul F & Susan** 4 Laurel Pl Norris ---- 494-6338
**Reeves Carl & Connie** 533 Laurel Rd Clinton 37716 ---- 457-1484
**Reeves Cynthia** 3244 Highway 61 W Andersonville 37705 ---- 494-7432
**Reeves Donald C** 504 Greenwood Dr 37716 ---- 457-5341
**Reeves H M** 677 Bethel Rd Clinton 37716 ---- 494-8123
**Reeves Joe C** 112 Duncan Dr Oliver Springs 37840 ---- 435-6889
**Reeves Larry D** 3240 Highway 61 W Andersonville 37705 ---- 494-6149
**Reeves Treva P** 3250 Highway 61 W Andersonville 37705 ---- 494-6458
**Reeves V** 115 Tucker Rd Oak Ridge 37830 ---- 483-1422
**Reeves Velma** 169 Latimer Rd Oak Ridge 37830 ---- 220-8321
**Reflections Hand Car Wash & Professional Detailing**
261 Mimza Dr Clinton 37716 ---- 463-7464

## REFRACTIVE SURGERY CENTER
200 New York Av Oak Rdg 37830 ---- **483-6399**

**Regas Costa & Barbara** 1220 N Shorewood Ln 37714 ---- 426-9578
**Region First Realty** 320 Commerce Clinton 37716 ---- 457-1234
**Regional Library Center Clinch-Powell**
130 N Main St Clinton 37716 ---- 457-0931

## REGIONS BANK-
## 24-HOUR INFORMATION LINE
Toll Free-Dial '1' & Then ---- **800 734-4667**
Branch Offices-
Anderson County-
Clinton-
101 South Main St 37716 ---- 463-2000
Oliver Springs-
727 Main St ---- 435-1778
Blount County-
Downtown Maryville-
333 E Broadway Av 37804 ---- 981-1470
West Maryville-
1614 W Broadway Av 37801 ---- 981-1460
Alcoa-
1015 Hunters Crossing Dr ---- 970-2613
Knox County-
Cedar Bluff-
302 N Peters Rd ---- 531-4862
Downtown-
551 Main St 37902 ---- 549-2225
Fountain City-
5221 North Broadway 37918 ---- 281-7222
Onyx Pointe-
8351 Walker Springs Rd 37923 ---- 690-5209
Sequoyah/Bearden-
4600 Kingston Pike 37919 ---- 558-3590
Walker Springs-
8517 Kingston Pke 37919 ---- 694-5504
Roane County-
200 Roane St Harriman 37748 ---- 590-1121
104 S Gateway Av Rockwood 37854 ---- 354-1172

**Register Randy & Michelle**
202 W Southwood Ln Oak Ridge 37830 ---- 482-0504
**Rehn Christine** 309 Field Dr Clinton 37716 ---- 457-7924
**Reichle Phillip S** 113 Taylor Rd Oak Ridge 37830 ---- 483-1040

## REID FRANCIS R MD
90 Vermont Av Oak Rdg 37830 ---- **482-8890**
Res ---- 483-3080

**Reid Sandra** 111 W Newkirk Ln Oak Ridge 37830 ---- 483-5316
**Reid William L III & Kimberley**
106 Plymouth Cir Oak Rdg 37830 ---- 482-5333
**Reinhardt Marilyn K** 36 Carriage Ln Clinton 37716 ---- 457-0061
**Reinoehl Betty** 16 Bellhaven Ln Oak Ridge 37830 ---- 483-6917
**Reisinger Theresa** 119 Boucher Cir Oak Ridge 37830 ---- 220-0612
**Reiter Gregg & Linda**
409 Back Valley Rd Oliver Springs 37840 ---- 435-2690
**Reitler Christopher** 421 Legion Av Lake City 37769 ---- 426-2902
**Rejoub Riad** 202 Valley Forge Dr Oak Ridge 37830 ---- 483-2807
**Relaford Patsy** Chestnut Dr Norris ---- 494-0725
**Relford Charles** 961 Frost Bottom Rd Briceville 37710 ---- 426-4098
**Remec Igor & Lili** 121 Baltimore Dr Oak Ridge 37830 ---- 483-7723
**Remine Robert & Rose** 117 Dover Ln Oak Ridge 37830 ---- 483-6522
**Remington Albert** 8003 River Dr Oak Ridge 37830 ---- 927-3316
**Remington Albert** 8003 River Dr Oak Ridge 37830 ---- 927-5313
**Remington Shawn** 9227 Happy Ln Oak Ridge 37830 ---- 927-1634
**Remonte Ellen** 131 Rolling Acres Ln Clinton 37716 ---- 457-5718
**Remotec Inc** 353 J D Yarnell Industrial Park Clntn 37754 ---- 457-1189
**Remotec Inc** 353 J D Yarnell Industrial Pkwy Clinton 37716 ---- 269-1259
**Remotec Inc** 353 J D Yarnell Industrial Pkwy Clntn 37754 ---- 457-0689
**Remson Edith** 203 S Benedict Av Oak Ridge 37830 ---- 483-5388
**Renc John M** 118 Berwick Dr Oak Ridge 37830 ---- 482-2277
**Reneau Buford E** 247 Highland Av Oak Rdg 37830 ---- 482-2542
**Renegade Bonding** ---- 463-1166
**Renfro A L** 242 S Purdue Av Oak Ridge 37830 ---- 481-3505
**Renfro Bart** 14 Compton Ln Oak Ridge 37830 ---- 483-6908
**Renfro Rodney & Cyndie** 193 Lasalle Rd Oak Rdg 37830 ---- 482-5370
**Renfro W Howard** 120 Utah Av Oak Ridge 37830 ---- 483-8300
**Renfroe Jerry & Diane** 411 East Dr Oak Ridge 37830 ---- 482-3373
**Renner Mike & Karen** 32 Rockingham Ln Oak Ridge 37830 ---- 483-3323
**Rennich George** 189 Delmar Cir 37830 ---- 482-9547
**Reno C** 1209 Sequoyah Rd 37705 ---- 494-0224
**Reno Land Design LLC**
1209 Sequoyah Rd Andersonville 37705 ---- 494-8452
**Renovations By The Yard** ---- 748-6049
**Rensberger Ethel C** 61 Riverview Dr Oak Ridge 37830 ---- 483-5952
**Rent-A-Center** 1115 N Charles G Seivers Blvd Clinton 37716 ---- 463-0886
**Rent-A-Center** 312 S Illinois Av Oak Ridge 37830 ---- 482-9600
**Rental Equipment Clinton**
746 S Charles G Seivers Blvd Clinton 37716 ---- 457-8911
**Rentokil Inc-Tropical Plant Services**
6228 Anderson Dr Knoxville 37919 ---- 588-1776
**Rentz Eunice** 716 Shaw Cntn 37716 ---- 457-1065
**Rentz Lamar** 716 Shaw Cntn 37716 ---- 457-1065
**Renville Kevin** ---- 463-2642
**Renz Gladys** 460 East Dr Oak Ridge 37830 ---- 482-3825
**Repp Mary** 123 W Revere Cir Oak Ridge ---- 482-3720
**Residori Larry A** 113 Fulton Ln Oak Ridge 37830 ---- 425-0973
**Resource Electronics** 106 Union Valley Rd Oak Rdg 37830 ---- 481-0760
**ResourceMFG** 718 N Charles G Seivers Blvd Clinton 37716 ---- 463-0570
**Resseguie Don & Billie Jean**
108 Ashland Ln Oak Rdg 37830 ---- 483-1716
**Resstorff Melissa** 128 Carriage Pt Clinton 37716 ---- 463-2796
**Restoration Service Inc** 100 Westview Ln Oak Ridge 37830 ---- 425-0184
**Restore Tech** ---- 494-6904
**Retina Associates of East Tennessee-**
**Bookkeeping Billing & Insurance**
1225 Weisgarber Rd Knox 37909 ---- 584-4108
**Retina Associates Of Knoxville PC-**
**Appointments-**
Baptist Eye Institute ---- 579-3990
**Retirement Planning Services-**
1062 Oak Ridge Trnp Oak Ridge 37830 ---- 220-9311
**Agents-**
**Steven S Hall CFP** 1062 Oak Ridge Trnp ---- 220-9311
**J David Powers RFC** 1062 Oak Ridge Trnp ---- 220-9311
**Rettberg Robert** 288 Willow Run Clinton 37716 ---- 457-6942
**Reuss Robert** 113 Liberty Ct Oak Rdg 37919 ---- 220-8307
**Reuter M** 113 Graystone Dr Oak Ridge 37830 ---- 425-9949
**Revco**
See CVS Pharmacy
**Revis Nathaniel** 1060 W Outer Dr Oak Ridge 37830 ---- 482-2065
**Revis William** 3916 Andersonville Hwy Andersonville 37705 ---- 494-4070
**Revoir Michele**
2226 Old Harriman Hwy Oliver Springs 37840 ---- 435-5483
**Rexnord Industries Link-Belt Bearing Operation**
250 J D Yarnell Industrial Pkwy Clntn ---- 220-7700
**Reyes Victoria** 129 W Bryn Mawr Cir Oak Ridge 37830 ---- 220-8894
**Reyna Violet D** 218 W Fairview Rd Oak Ridge 37830 ---- 481-8164
**Reynolds Billy C** 1018 Beech Grove Ln Lk Cty 37769 ---- 426-7506
**Reynolds Bob & Dawn** 405 Greenwood Dr Clinton 37716 ---- 457-7629
**Reynolds Charles & Sharon**
134 Massengill Ln Caryville 37714 ---- 426-7116
**Reynolds Claudia** 465 Oak Cir Oliver Springs 37840 ---- 435-4022
**Reynolds David** 4213 Harriman Hwy Harriman 37748 ---- 435-7542
**Reynolds David R** 58 Dairy Pond Rd ---- 494-2310
**Reynolds Debbie** 137 Spoke Ln Oliver Springs 37840 ---- 435-7154
**Reynolds Dennis & Melissa**
195 Old Red Hill Rd Andersonville 37705 ---- 494-7446
**Reynolds Edward** 817 McAdoo St Clinton 37716 ---- 457-3878
**Reynolds Elliot & Sheena** 115 Carriage Pl Clinton 37716 ---- 457-0392
**Reynolds George** 252 Joe Owen Rd Clinton 37716 ---- 494-7619
**Reynolds Helen** 407 Fairground St 37769 ---- 426-7519
**Reynolds Janie** 390 Laboratory Rd Oak Ridge 37830 ---- 220-7196
**Reynolds Jeanette** 1426 Coal Hill Rd Harriman 37748 ---- 435-6562
**Reynolds Jeff & Julie** 118 Baker Ln Oak Ridge 37830 ---- 483-0605
**Reynolds Jerry** 134 East Ln Andersonville 37705 ---- 494-9720
**Reynolds Jerry & Judy** 221 Cedar Ln ---- 426-6621
**Reynolds Juanita M** 636 Bethel Rd Clinton 37716 ---- 494-7324
**Reynolds Kenneth** 142 Warrior Cir Oak Ridge 37830 ---- 483-3495
**Reynolds Larry & Mary** 104 Clifton Cir Oak Rdg 37830 ---- 483-5113
**Reynolds Lonnie Sr** 356 Pumpkin Hollow Rd Heiskell 37754 ---- 457-7486
**Reynolds M** 158 Tuscalera Dr Oak Ridge 37830 ---- 482-5777
**Reynolds Mark** 220 Longview Rd Clinton 37716 ---- 457-2731
**Reynolds Mary** 220 Pleasant View Loop 37716 ---- 457-7207
**Reynolds Melissa** 841 McAdoo St Clinton 37716 ---- 457-0996
**Reynolds Mike** 64 Chestnut Dr Norris ---- 494-4960
**Reynolds Nella A** 302 Deermont Ln Oliver Springs 37840 ---- 435-1191
**Reynolds Prosthetics & Orthotics**
1062 Oak Ridge Trnp Oak Ridge 37830 ---- 483-8787
**Reynolds R J (Robby)** 119 Tracy Ln Oak Ridge 37830 ---- 482-9795
**Reynolds Robert A** 109 Locust Ln Oak Ridge 37830 ---- 483-6527
**Reynolds S A** 110 Kingfisher Ln Oak Rdg 37830 ---- 483-3293
**Reynolds Sam** 4221 Gaines Rd Knoxville 37931 ---- 927-1312
**Reynolds Stan** 169 Old Red Hill Rd Andsnvl 37705 ---- 494-8370
**Reynolds Stephanie** 829 Windrock Rd 37840 ---- 435-9532
**Reynolds Stephen D** 3828 Dutch Valley Rd 37716 ---- 457-4107
**Reynolds Steve** 203 Blair Rd Harriman 37748 ---- 435-6331
**Reynolds W W** 102 Meadow Rd Oak Ridge 37830 ---- 482-1255
**Reynolds W W III** 141 Tyson Rd Oak Ridge 37830 ---- 483-4933
**Reynolds Whitney** 101 E Maiden Ln Oak Ridge 37830 ---- 482-2790
**Reynolds William B** 433 Oliver Dr Oliver Springs 37840 ---- 435-3762
**Reynolds William J** 433 Oliver Dr Olvr Spgs 37840 ---- 435-1912
**Reynolds William L** 103 Arcadian Ln Oak Ridge 37830 ---- 482-6543
**Rhea Billy Joe** 1024 Mountain Rd Clinton 37716 ---- 494-0003
**Rhea Carolyn J** 704 Reynolds Av Clinton 37716 ---- 463-9601
**Rhea Charles & Karen** 1488 Park Ln Andersonville 37705 ---- 494-9665
**Rhea Chrissi** 16 Rockingham Ln Oak Ridge 37830 ---- 220-0877
**Rhea Don** 63-B Rolling Links Blvd Oak Ridge 37830 ---- 425-9777
**Rhea Don** 63-B Rolling Links Blvd Oak Ridge 37830 ---- 483-1122
**Rhea Don** 63-B Rolling Links Blvd Oak Ridge 37830 ---- 483-1133
**Rhea Elmer** 517 Lower Briceville Rd ---- 426-6823
**Rhea Hugh Rex** 125 Blowing Springs Ln Clinton 37716 ---- 457-0762
**Rhea J B** 1611 Lake City Hwy Clinton 37716 ---- 457-1793
**Rhea J B & Son Pottery** 1606 Lake City Hwy Clinton 37716 ---- 457-9960
**Rhea John T** 634 Fourth St Lake City 37769 ---- 426-7623
**Rhea Johnny** 915 Loy St Clinton 37716 ---- 463-8436
**Rhea Johnny & Patsy** 1639 Lake City Hwy Clinton 37716 ---- 457-1393
**Rhea Kenneth L** 190 Mill Creek Ct Andersonville 37705 ---- 494-8234
**Rhea Michael** 307 Rhea Ln Clinton 37716 ---- 463-9850
**Rhea Mont** 504 Cedar Ln Oliver Springs 37840 ---- 435-0711
**Rhea Nona** 394 Clear Branch Rd 37769 ---- 426-9020
**Rhea Pearl** 223 Elm Valley St Clinton 37716 ---- 457-1866
**Rhea Roger A** 1605 Lake City Hwy Clinton 37716 ---- 457-3019
**Rhea Russell** 711 Crestwood Dr Clinton 37716 ---- 457-5518
**Rhea Sandra K** 101 Clear Branch Rd ---- 426-2782
**Rhea Tommy** 152 Janice Dr Clinton 37716 ---- 494-2386
**Rhew C L** 110 Chestnut Hill Rd Oak Ridge 37830 ---- 483-1042
**Rhew Donna** 112 Wildwood Dr Oak Ridge 37830 ---- 482-1338
**Rhinehart George & Donna** 206 Revere Av Clinton 37716 ---- 457-4359
**Rhinehart Russell & Kathy** 263 Granite Rd Clinton 37716 ---- 463-0401
**Rhoades W A** 118 Netherland Rd Oak Ridge 37830 ---- 483-8085
**Rhoads Charles** 104 W Lincoln Rd Oak Ridge 37830 ---- 483-1778
**Rhoden Larry** 240 Orchard View Rd Oliver Springs 37840 ---- 435-2486
**Rhodey Steven** 231 Jarnigan Chapel Rd Clinton 37716 ---- 457-4106
**Rhodey William A** 111 Taylor Ln Clinton 37716 ---- 435-5857
**Rhule Steve & Vickie** 596 Hillvale Rd Andersonville 37705 ---- 494-8239
**Rhymer Jan & Danny** 481 Jefferson Ln Clinton 37716 ---- 457-0412
**Rhyne Evelyn T** 960 S Charles G Seivers Blvd Clinton 37716 ---- 457-9439
**Rhyne John W** 521 Hendrickson St Clinton 37716 ---- 457-0586
**Rhyne Kenneth A** 151 Wildwood Tr Andersonville 37705 ---- 494-0814
**Rhyne Mary Alice** 220 Longview Rd Clinton 37716 ---- 457-4658
**Rhyne Robert** 223 Wellwood Ln Clinton 37716 ---- 463-6357
**Ricche David MD** 100 Vermont Av Oak Ridge 37830 ---- 482-1777
**Ricche Della** 139 William Ln Oak Ridge 37830 ---- 220-9167
**Ricci B** 996 W Outer Dr Oak Ridge 37830 ---- 483-0066
**Rice Albert** 136 Johnson Ln Clinton 37716 ---- 463-7515
**Rice Dennis** 1499 Old Harriman Hwy Oliver Springs 37840 ---- 435-1257
**Rice Donna** 451 Back Valley Rd 37840 ---- 435-0580
**Rice George T** 110 W Bryn Mawr Cir 37830 ---- 483-9403
**Rice Jonathan** 3772 Dutch Valley Rd Clinton 37716 ---- 457-6333
**Rice Keith** 120 Ivy Ln Clinton 37716 ---- 457-6586
**Rice Kevin** 224 W Tennessee Av Oak Ridge 37830 ---- 220-8455
**Rice M S** 115 Georgia Av Oak Ridge 37830 ---- 483-5332
**Rice Mandy** 945 Pine Ridge Rd Clinton 37716 ---- 435-3252
**Rice O L Jr** 308 E Forest Rd Oak Ridge 37830 ---- 482-3274
**Rice Robert K** 10709 Fox Park Ln Oak Ridge 37931 ---- 927-3906
**Rice Robert N** 961 W Outer Dr Oak Rdg 37830 ---- 482-2887
**Rice Roy C** 147 Briceville Ln 37769 ---- 426-6831
**Rice Sarah** 218 Rays Park Rd Harriman Tn 37748 ---- 435-9199
**Rice Steven L** 385 J D Yarnell Industrial Pkwy Clinton 37716 ---- 457-4721
**Rice Terry** 126 Shelby St Lake City 37769 ---- 426-4417
**Rice Theresa** 205 Park Ln Andersonville 37705 ---- 494-6364
**Rice Theresa** 205 Park Ln Andersonville 37705 ---- 494-8090
**Rice Walter W & Laura T**
102 Mockingbird Ln Oak Ridge 37830 ---- 483-5417
**Rich Jack** 113 S Seneca Rd Oak Ridge 37830 ---- 482-4779

48027 © BellSouth Advertising & Publishing Corporation 2007

**RAINBOW GARDENS AND NURSERY**
194 County Ln Jacksboro 562-4905
Raines Billy J 125 Griffith Ln 566-1420
Raines Daryl & Virginia 241 Jackson Rd 562-1404
Raines Esco 229 Jackson Rd 562-9533
Raines Gena 107 E Myers Ln 563-5470
Raines James 112 Sunshine Cir 907-8155
Raines Jimmy 112 Sunshine Cir Lafollette 566-2956
Raines Pamela L 111 Circle Dr Lafollette 562-7931
Rains Billy & DeAnna 154 E Meadowbrook Ln 562-1265
Rains Dorothy 166 E Meadowbrook Ln Lafollette 562-2463
Rains Gary & Frances 150 Clover Cir Jacksboro 562-1623
Rains James E 268 Fall Creek Ln Caryville 566-0013
Rains Joel B 361 Dog Creek Ln Jacksboro 566-7165
Rains Johnny Rev 108 Jordan Dr 562-1750
Rains Kimberly 295 McGhee Ln 562-6222
Rains M 337 Main St 566-0104
Rains Mack 272 Fall Creek Ln Caryville 562-4682
Rains Orval L 701 W Forrest St 562-5604
Rains T I 301 W Hemlock St Lafollette 562-9879
Ralston Jimmy 214 Willowtree Ln 562-8626
Ralston Luther 179 Mount Paran Loop 562-0063
Ramby Pat & Mike 640 Deerfield Way 566-7641
Ramos Carlos 109 Nevada Av Lafollette 562-5586
Ramsey Garrett 170 S Burress Ln Jacksboro 563-0066
Ramsey Justin 600 Rose Hill Dr Lafollette 566-6157
Ramsey Marie 165 Robin Rd Lafollette 566-2474
Ramsey Rebecca 907-0910
Randall Bunch 704 S 13th St Lafollette 566-7474
Randall Roy 211 Old Alder Spring Rd Lafollette 566-2116
Randolph Betty 175 Watson Rd Caryville 563-0917
Randolph Jean 188 Ridenour Ln 562-2101
Randolph Michael & Tonya 224 Sharp Acres Jacksboro 562-3993
Randolph Nina R 361 Cutula Rd 562-2127
Randolph Roscoe 1081 Bruce Gap Rd 562-0159
Rankin Launa J 795 Perkins Ln Jacksboro 907-0020
Ranta Kirk 103 Powell Valley Shores Speedwell 566-0319
Ranta Kirk 215 Vinsant Estates Rd 566-0184
Ranta Terry 207 Cumberland Overlook Ln Jacksboro 563-8647
Ranwek Lowell 558 Shawnee Dr Jacksboro 566-8212
Raparelli Jane 648 Fox Lake Ln Lafollette 562-8017
Rapid Rig 289 Howard Baker Hwy Pioneer 566-1463
Rasnake Marshall 629 Demory Rd 562-7271
Ratcliff Calvin 322 Calhoun Rd Lafollette 566-9974
Ratcliff Terry G 156 Edgewood Dr 562-7211
Ray Barney & Sherry 441 W Cherry St 566-1363
Ray Clayton & Debra 223 Scarlett Dr 566-6677
Ray David M 225 Ray Ln 562-6688
Ray Don 121 Championship Way 562-7066
Ray Don & Carolyn 639 Deerwood Ln 566-6959
Ray Gary Lynn Jr Rev 129 Rogers Ln 566-4772
Ray H Lee Rev 530 Mountain Perkins Ln 907-0913
Ray J 566-7311
Ray J K 304 S 8th St Lafollette 562-6011
Ray J T 213 Claiborne Rd 566-0446
Ray Jerry H & Denise 234 Mill Ln 566-6650
Ray Jody 208 Shannons Rd 562-5737
Ray Laura 275 Myers St Jacksboro 566-5562
Ray Layton 858 Duff Rd Duff 566-9545
Ray Patricia 856 Duff Rd Duff 562-6250
Ray R 563-0743
Ray Randall & Shirley 112 Danna Ln Jacksboro 562-9209
Ray Ron & Vicky 595 Clint Ln 566-6216
Ray Stacy 203 Sealanders Ln Lafollette 562-5311
Raylor Rayjean 124 Wolf Hollow Ln Jcksbro 563-8659
Raymer Claire A 606 W Beech St 907-1925
Raymer Rhonda 1021 W Elm St Lafollette 562-3277
Raymer Sandra G 131 Stevens Ln 562-1660
Ray's Auto Sales Inc 2756 Jacksboro Pike Jacksboro 562-8888
Ray's-Septic Tank Service 1339 Sugar Hollow Rd 562-6455
Reaches Developmental Center 470 Stone Mill Rd 562-4289
**REACHS COMMUNITY HEALTH CENTER**
502 W Central Ave La Follette 562-1705

## REACHS INC

507 Main St Jacksboro 562-1156
Abstinence Program 563-1046
Administration 562-1156
CPR Classes 563-1046
Clothes Closet 563-1036
Children's Center 562-4190
Community Health Center 562-1705
Developmental Center 562-4289
HIPPA 563-1038
House Of Hope 562-8325
Parenting Classes 563-1039
Transportation 563-1034

Reachs Inc 562-1705
Reading Recovery 316 Liberty St Jacksboro 563-0311
**REAL YELLOW PAGES**
See BellSouth The Real Yellow Pages
Realty Professionals 1320 Jacksboro Pike 562-9458
Rearden Hazel 136 Davis Ln Lafollette 562-9875
Reardon Deborah 402 S Indiana Av Lafollette 566-8973
Rechtin D & B 262 Cross Rd 563-0360
Rechtin Dave & Joyce 1259 Alder Springs Rd 907-0050
Recore D J 194 Gizmo Ln 562-9648
Recovery Living 2309 Jacksboro Pike Lafollette 566-2437
Rector Dewey 144 Hill Ln Caryville 562-6072
Red Ash Baptist Church 5321 Old Highway 63 562-0708
Redick Thomas 981 Cove Pointe Rd Lafollette 562-1257
Redmon Geraldine 200 Carey Rd 562-0974
Redmon Grover 310 Eagle Bluff Rd 566-3433
Redmon Russell 186 Carey Rd Speedwell 562-0827
Redmond James 185 Rainbow Cir Lafollette 566-8044
Redus Chiropractic Care 302 Main St Jacksboro 566-4215
Redus Cleve & Dana 289 Clover Cir Jacksboro 566-1618
Redus Cleve DC 302 Main St Jcksbro 566-4215
Reece Hosea H 155 Hickory Dr 566-1666
Reece Tom Rev 145 E Maple St 562-1377
Reed April 209 Eagle Bluff Rd Jcksbro 566-5807
Reed B 503 E Prospect St Lafollette 566-6632
Reed Clementine 191 Lance Ln 566-1809
Reed Gary & Marcella 581 Reed Ln 562-6579
Reed J W 344 Country Club Rd 566-5717
Reed Kenneth 329 Lakesprings Dr 907-0956
Reed Robert & Sharon Dalton
352 S Marlowe Ln Speedwell 562-1607
Reed S R 182 Woodvine St Jacksboro 562-3854
Reed William G 182 Mariner Point Rd Lafollette 562-2008
Reese A C 152 Tio Ln 562-5852
Reese James H 147 Colonial Hts Lafollette 907-9818
Reese & Robert Vieva 214 S Tennessee Av 562-8147
Refractive Surgery Center
200 New York Ave Oak Ridge 865 483-6399
Regional Education And Community Health Services Inc
507 Main St Jacksboro 562-1156
Regions Bank
2425 Jacksboro Pke Lafollette 566-3216
**REGIONS BANK**
2425 Jacksboro Pke Lafollette 562-2648
Regions Realty Group LLC 2635 Jacksboro Pke Jacksboro 562-9897
Reid Larry 707 S Cumberland Av Lafollette 907-1906
Reid Larry 705 W Prospect St Lafollette 562-6244
Reid Paul & Connie 242 Countryside Cir 562-4659
Reighley Kim & Robert 647 Deerwood Ln Lafollette 562-8964
Reinhard Lisa 335 Mariner Point Rd Lafollette 563-7404
Reliable Heating & Air Conditioning 137 Water Plant Ln 566-9449
Reneman Michael 367 Powell Valley Marine Rd 566-3593
Reneman Steve 246 McCarty Rd Lafollette 562-6289
Renfrow Kim 501 Lakesprings Dr Lafollette 566-4232
Renie Stephen 124 E Deer Village Ln Lafollette 563-7236
Rent-A-Center 2221 Jacksboro Pke LaFollette 907-0088
Rent-To-Own 2221 Jacksboro Pke Lafollette 563-7200
Rettberg Ivan 548 Miller Fork Ln 562-0723
Rettberg Matthew 554 Miller Fork Ln Lafollette 562-7336
Rettberg Steve 552 Miller Fork Ln 562-8282
Rex's Marine 5804 General Carl W Stiner Hwy Lafollette 566-1577
Reyes Dawn 603 Pine Hollow Rd Jacksboro 563-9660
Reynolds B J 152 Brown Dr 562-5264
Reynolds B J 185 Wilson Rd Speedwell 566-5217
Reynolds Brian & Cindi 438 Stone Mill Rd 566-5866
Reynolds C 563-7678
Reynolds Dave & Cathy 129 M & M Ln Jacksboro 563-0101
Reynolds David 908 S Tennessee Av 562-4681
Reynolds Don 1021 Rose Hill Dr Lafollette 562-6190
Reynolds Don Rev 139 N Massachusetts Av Lafollette 562-5112
Reynolds E L & Eunice 168 Teague Ln 562-3916
Reynolds Earnest 210 Childs Ln Lafollette 562-9789
Reynolds Farrell 152 Shanghai Rd 566-1544
Reynolds Francis 3770 Demory Rd 562-6519
Reynolds Jack 2028 General Carl W Stiner Hwy 562-7822
Reynolds James 129 Woodpointe Ln Lafollette 566-9043
Reynolds James E 185 Chapel Heights Ln 562-2121
Reynolds James H 120 Mineral Springs Ln 562-8230
Reynolds Jason & Wendy 132 Duff Rd 566-6566
Reynolds Jean 160 Brooke Place Ln Lafollette 563-9818
Reynolds Jerry & Carol 215 Thelma Cir 562-4052
Reynolds Jerry & Janis 507 W Fir St 562-9114
Reynolds John 1019 W Iron St 562-8126
Reynolds John T 2028 General Carl W Stiner Hwy 562-7822
Reynolds Judy & Lowell 3789 Demory Rd 566-3839
Reynolds Karen 125 Pike Ln Caryville 562-3552
Reynolds Keith & Kimberly 384 Hollifield Dr 566-4436
Reynolds Lee 1105 W Central Av 562-5660
Reynolds Lewis Rev 364 Duff Rd 562-4825
Reynolds Lonnie E 253 Mountain Perkins Ln 562-0622
Reynolds M L 314 S Tennessee Av 566-5225
Reynolds Patricia 299 Cherry Ln Jacksboro 566-4410
Reynolds Polly 171 Garden Ln 566-6360
Reynolds Rebecca 207 N 6th St 563-5724
Reynolds S 3115 Flat Hollow Rd Speedwell 562-7714
Reynolds Shirley 328 Longmire Ln Lafollette 566-1268
Reynolds Steve & Kim 169 Fall Creek Ln 566-6524
Reynolds Susan 172 Valley View Rd Lafollette 566-3550
Rezentes Amber 837 S 4th St 563-0105
Rhea Carol 233 Eastwood Dr Lafollette 563-7127
Rhine Phyllis 152 Little Buck Ln 562-7951
Rhoades Kassandra 2064 Demory Rd Lafollette 562-8989
Rhodes Carl & Phyllis 1231 Deerfield Way 566-3937
Rhodes James 341 Coolidge Rd 566-1252
Rice Gail 202 Hillside Dr Lafollette 562-7341
Rice Hannah 217 Shetland Rd Lafollette 566-0122
Rice Kris 338 Mount Paran Rd Jacksboro 566-3688
Rice Mike 129 Clawson Rd 566-6377

## RICE OIL CO INC

708 W Central Av 562-2248
708 W Central Av 562-2890
708 W Central Av 562-2951

Rice Paul E 4192 General Carl W Stiner Hwy 562-7032
Rice Shirley F 313 Walden Ln 562-2020
Rice Starla 2733 General Carl W Stiner Hwy 566-4050
Richard Frank E 971 Cove Pointe Rd Lafollette 562-9752
Richardson Amos Jr 222 Sun Ln 566-0124
Richardson Anna 208 Roach Ln 563-6803
Richardson Anthony 622 S 13th St 566-3595
Richardson C 907-8192
Richardson Chad 135 Blade Field Dr Lafollette 566-7309
Richardson Clyde A 396 Sharps Acres 562-2587
Richardson Connie 3398 Pinecrest Rd Jacksboro 566-3849
Richardson Danny 509 Lynch Hollow Rd Lafollette 566-0028
Richardson Drafting Services 562-4393
Richardson Edmond 136 Scarlett Dr 562-0531
Richardson Gary & Vessie 198 Shannons Rd Jacksboro 562-4622
Richardson Georgia 344 Patty Hill Rd 562-3280
Richardson J R 702 W Beech St 562-2181
Richardson James 294 Shores Dr 562-6826
Richardson James B 294 Shores Dr 562-3983
Richardson James E 459 Island Ford Rd 562-2189
Richardson James & Kathleen K
442 Jane Way Ln Jacksboro 562-0244
Richardson Jane 905 Island Ford Rd Jacksboro 562-1687
Richardson K J 303 Hayes Ln 562-4393
Richardson Ken 233 Cave Cir 566-6362
Richardson Kenneth 1723 Lynch Hollow Rd 566-4056
Richardson Larry & Kay 764 Pleasant Ridge Rd Lafollette 566-1764
Richardson Leo 133 Richardson Ln 563-9656
Richardson Michael & Sonya 806 S 8th St 566-7046
Richardson Otis 905 Pinecrest Rd 562-2760
Richardson R P 235 Dogwood Ln 562-6939
Richardson Rebecca 2971 Pinecrest Rd 562-3555
Richardson Shields W 279 Hayes Ln Lafollette 562-5972
Richardson Valerie G 250 Clover Cir Jacksboro 566-0587
Richardson Wallace 136 Davis Ln Lafollette 566-9939
Richardson Walter 174 E Crestview Dr 562-7627
Richardson Wayne 3658 Pinecrest Rd 562-3912
Richter M 426 White Tail Ln 907-0043
Richter Maribeth 426 White Tail Ln 907-9823
Rickard Ridge Bbq 131 Goose Ln Caryville 907-8202
Rickett Tina 232 Fall Creek Ln Caryville 562-4735
Ridenour B 618 Landmark Rd 566-4379
Ridenour Dan E 735 Demory Rd 562-5684
Ridenour Danielle 107 Wheeler Ln Lafollette 562-3694
Ridenour David 888 Pleasant Ridge RD TN 566-6273
Ridenour Dawn 607 E Hemlock St Lafollette 563-0774
Ridenour Helena & John 1480 Big Creek Rd Lafollette 563-0294
Ridenour Jacob 617 E Prospect St Lafollette 566-6272
Ridenour Jeannette M 121 Stones Ln Jacksboro 566-1206
Ridenour Joe 938 Main St 562-7286
Ridenour John E 140 Clover Cir Jacksboro 562-9768
Ridenour Johnathon & Danielle
260 Midway Cir Jacksboro 566-1037
Ridenour K 206 Earl Woodson Ln 566-0412
Ridenour Lee 476 Old Middlesboro Hwy Lafollette 566-2164
Ridenour Lester 197 Church Rd 562-1549
Ridenour Mickell & Dean 102 Deans Way 562-4897
Ridenour Mickell & Dean 102 Deans Way 566-4897
Ridenour Mike & Linda 466 Butter & Egg Rd 562-2427
Ridenour Mike & Sharon 386 Middlesboro Rd 562-1646
Ridenour Ridenour & Fox 103 S Main St Clinton 865 457-0755
Ridenour Ronald 2078 Pinecrest Rd 566-8064
Ridenour Sampson 155 Margaret Ln 563-5742
Ridenour Sue 170 Lawson Ln Caryville 562-6890
Ridenour Tom & Janet 2510 S Highway 25 562-2682
Ridenour U S 152 Edgewood Dr 562-7073
Ridenour Wade & M J Indian River Village 562-7621
**RIDGEVIEW-OUTPATIENT** 110 N Tennessee Av 562-7426
Non Emergency
Toll Free-Dial '1' & Then 800 834-4178
Case Management 562-2182
Vocational 566-6148
*After Hours Emergency*
Toll Free-Dial '1' & Then 800 870-5481
Cumberland Cornerstone 562-2637
Ridings B 402 Demory Rd Lafollette 566-6822
Ridnour Lorita 949 Dan Bean Rd Speedwell 566-3954
Riedel Glenn & Susan
Owner G & S Property Maintenance
150 Deer Run Pl 562-8659
Riedel Susan 150 Deer Run Pl Lafollette 566-7521
Riggs Allen M 165 E Kentucky Av 562-4210
Riggs Carl Rev 445 McCarty Rd 562-2902
Riggs Carl D 343 McCarty Rd 562-0177
Riggs Charlie Elvis & Codell 285 Dalton Ln 562-5699
Riggs Daryl W 206 Tree Cir 566-5534
Riggs Donnie & Mildred 1402 Davis Creek Rd Duff 562-3968

## RIGGS DRUG STORE

**DOWNTOWN** 502 W Central Av 562-5235
Downtown 502 W Central Av 562-5235
**JACKSBORO** 2636 Jacksboro Pke 566-1967
**MEDICAL CENTER** 915 E Central Av 562-3160
After Hours Emergencies Dial 562-4213
After Hours Emergencies Dial 566-0654
After Hours Emergencies Dial 562-1505
Fax Line 502 W Central Av 566-2212

Riggs George 170 Branam Rd 562-9610
Riggs Gift Corner 502 W Central Av 562-5235
Riggs Henderson 204 King Ln 566-0092
Riggs Hospital Supplies 502 W Central Av 562-5235
Riggs Howard 116 Elkins Rd 562-0934
Riggs Jacob & Stacy 349 McCarty Rd 562-8878
Riggs Jeff 983 E Elm St 566-1040
Riggs Jerry 116 Richardson Ln 562-3986
Riggs Jesse A 111 N 21st St Lafollette 566-6452
Riggs Lee 257 Skyview Ln Lafollette 566-7540
Riggs Michael 1220 Long Hollow Rd 562-2332
Riggs Nellie 317 E Chapman Rd Lafollette 562-6738
Riggs Nellie 317 E Chapman Rd Lafollette 566-3523
Riggs Ricky & Kelly 562-6474
Riggs Sam 1032 Gibson Ln 562-8667
Riggs Viola 190 Leydell Rd Lafollette 562-7683
Riggs Wanda 115 W Hemlock St Lafollette 563-7593
Riggs Wanda A 159 Hatmaker Ln 566-2334
Rigney Bridgit 152 Brooke Place Ln Lafollette 562-8616
Rigney Charlotte 543 Blue Springs Rd 566-6948
Rigney J P 671 Blue Springs Rd 562-4343
Rigney James C 1697 Alder Springs Rd 566-0075
Rigney Sharon Sue 235 Lynch Hollow Rd 566-9774
Rigney Victoria 109 Pleasant Ridge Rd Lafollette 563-1187
Riley Frank 117 Hiwassee View Dr Jacksboro 566-8235
Riley Michael 180 Stone Henge Ln Jcksbro 566-9879
Riley Robert & Mary Jean 569 Big Creek Rd Lafollette 566-8948
Riley's Auto Sales 1214 Jacksboro Pke Lafollette 562-6008
Rinehart Kevin 179 Thelma Cir 563-0002
Rinehart Marcus A 918 Hilltop Dr Jacksboro 562-4586
Rinehart Mark 150 Preston Cir Jacksboro 566-6344
Rinehart Patricia H 179 Thelma Cir 566-0373
Ripplinger S 562-7356
Rising Starz Performing Arts 122 Starz Ln Jacksboro 566-5100
Risner Fielding G Jr 331 Farms Cir 562-1647
Ristaneo Tom & Sally 249 Doe Ln 907-0925
Rita's Unique Hair Styling 130 Kentucky St 562-6984
Ritchie Joe Ann 659 Sleepy Hollow Rd Speedwell 566-0833
Rivera Juan 566-7429
Rives Terry I 204 N 12th St Lafollette 566-8771

68134 © BellSouth Advertising & Publishing Corporation 2007

# YELLOWPAGES.COM

We found **1 business** for "region 2020" in the **Birmingham, AL** area.

Region 2020
1731 1st Ave N
Birmingham, AL 35203 Map
**(205) 326-1100**

Review This Business!
Rate it | Read Reviews
More Options

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

**EXHIBIT B**

# YELLOWPAGES.COM

## Region's Contractor

4517 Miccosukee Rd
Tallahassee, FL 32308 Map

**(850) 325-6333**

Review This Business! **MAPS & DIRECTIONS:**
**Rate it** | **Read Reviews**
More Options

**Start Address:** Enter Start Address TO **End Address:** 4517 Miccosukee Rd, Tallahassee, F

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

Regions Contractors Inc Crawfordville, FL - YELLOWPAGES.COM Page 1 of 1

# YELLOWPAGES.COM

## Regions Contractors Inc

41 Feli Way
Crawfordville, FL 32327 Map

**(850) 926-5088**

Review This Business! **MAPS & DIRECTIONS:**

**Rate it** | **Read Reviews**

More Options

**Start Address:** Enter Start Address **TO** **End Address:** 41 Feli Way, Crawfordville, FL 32327

GET DIRECTIONS Reverse Directions

Dogwood Dr
Rocky Mountain Rd
Valley Rd
Ridgeway Ct
Dispennette Dr
Lacy Park Dr
61
Eagle's Ridge Dr
Ruby Ln
Mary Ave
Feli
Jasper Thomas Rd
Lower Bridge Rd
Metcalf Rd
Vine Ln
Nelson Rd
Concord Rd
CL Townsend Ln
Grenier's Rd
Lower Bridge Rd
Patricia Ln
Liberty Rd
Smith Rd
Microsoft
Virtual Earth™
300 yds
© 2006 Microsoft Corporation © 2006 NAVTEQ

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

http://www.yellowpages.com/more-info-90949869/Regions-Contractors-Inc 7/25/2007

# YELLOWPAGES.COM

## Regions Contractors

4500 Pace Ln
Pace, FL 32571 Map

**(850) 994-8346**

Review This Business! **MAPS & DIRECTIONS:**
**Rate it** | **Read Reviews**

More Options

**Start Address:** Enter Start Address **TO** **End Address:** 4500 Pace Ln, Pace, FL 32571

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Regions Facility Services Inc

2314 Circuit Way
Brooksville, FL 34604 Map

**(352) 848-2588**

Review This Business!
**Rate it** | **Read Reviews**

More Options

**MAPS & DIRECTIONS:**

**Start Address:** Enter Start Address **TO** **End Address:** 2314 Circuit Way, Brooksville, FL 34€

GET DIRECTIONS   Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Regions Facility Services Inc

1281 Kass Cir
Spring Hill, FL 34606 Map

**(352) 683-0688**

Review This Business! **MAPS & DIRECTIONS:**

**Rate it** | **Read Reviews**

More Options

**Start Address:** Enter Start Address **TO** **End Address:** 1281 Kass Cir, Spring Hill, FL 34606

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Regions Realty

42 N 4th St
Colbert, GA 30628 Map

**(706) 788-2408**

Review This Business! **MAPS & DIRECTIONS:**

Rate it | Read Reviews

More Options

**Start Address:** Enter Start Address TO **End Address:** 42 N 4th St, Colbert, GA 30628

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Region South Enterprises Inc

Serving the Altamonte Springs Area

**(407) 869-6654**

Review This Business!
Rate it
Read Reviews
More Options

### USER REVIEWS:

Review This Business!

**Be the first to review this business!**

Let other YELLOWPAGES.COM users know what you think.
Write your review now

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

Review This Business! **MAPS & DIRECTIONS:**

Rate it | Read Reviews

More Options

## Regions Title

1 S Ocean Blvd
Boca Raton, FL 33432 Map

**(561) 922-4400**

**Start Address:** Enter Start Address TO **End Address:** 1 S Ocean Blvd, Boca Raton, FL 334

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Regions Van Lines

16600 NW 54th Ave
Miami Gardens, FL 33014 Map

**(305) 622-6683** Call

Looking for the right mover?
REGIONS Van Lines
Click Now To Get Your Free Estimate

Review This Business! **MAPS & DIRECTIONS:**

Rate it | Read Reviews

More Options

Web Site

Audio Ad

**Start Address:** Enter Start Address TO **End Address:** 16600 NW 54th Ave, Miami Gardens

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Regions Development Inc

7304 Carriage Creek Rd
Woodstock, GA 30189 Map

**(770) 591-3883**

Review This Business! **MAPS & DIRECTIONS:**

**Rate it** | **Read Reviews**

More Options

**Start Address:** Enter Start Address TO **End Address:** 7304 Carriage Creek Rd, Woodstock

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

Regions Realty Athens, GA - YELLOWPAGES.COM Page 1 of 1

Start Address:
Enter Start Address
TO
End Address:
42 N 4th St, Athens, GA 30628
GET DIRECTIONS
Reverse Directions
Peachtree St
N 4th St
Leon St
Kincaid St
McGinnis Ave
W 1st Ave
N 2nd St
Pinkerd Ave
N 3rd St
E 2nd Ave
W 2nd Ave
N 6th St
N 6th St
N 5th St
3rd Ave
3rd Ave
E 4th Ave
Church Ave
5th Ave
300 yds
Microsoft Virtual Earth
© 2006 Microsoft Corporation © 2006 NAVTEQ © AND

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

http://www.yellowpages.com/more-info-64751326/Regions-Realty 7/26/2007

# YELLOWPAGES.COM

## Region Fence Sales Inc

1175 Hamilton Ave 1-57 & Monee Manhattan Rd
Harvey, IL 60426

**(708) 560-0510** Call

Review This Business!
Rate it | Read Reviews

More Options

Web Site
Yellow Pages Ad

### USER REVIEWS:

Review This Business!

**Be the first to review this business!**
Let other YELLOWPAGES.COM users know what you think.
Write your review now

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

926 150th
Hammond, IN 46327 Map

(219) 852-0809 Call

More Options

Yellow Pages Ad

Start Address: Enter Start Address TO End Address: 926 150th, Hammond, IN 46327

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

We found **2 businesses** for "region chem dry" in the **Hammond, IN** area.

**Region Chem.-Dry**
Highland, IN 46322
**(219) 924-4442** Call

Review This Business!
Rate it | Read Reviews
More Options
Yellow Pages Ad

Yellow Page Ad: "**REGION CHEM-DRY** All Types Of Upholstery Including Leather Stain Protector ? Carpets 219 924-4442 219 844-4796"

Region Chem.-Dry
Hammond, IN 46323
**(219) 844-4796**

Review This Business!
Rate it | Read Reviews
More Options

**More Info:** Products & Services | Payment Options

**FEATURED BUSINESSES**

**ServiceMaster Clean**

Click here to find a location
**(877) 626-4386**
More Info | Web Site

**Sears Carpet & Upholstery Care**

Click here to find a location
**(866) 312-5130**
More Info | Web Site

**Maximum Cleaning Service LLC**
Serving Your Area
**(219) 663-9224**
More Info

**Banter Floors & More**
Cedar Lake, IN 46303
12937 Wicker Av
**(888) 226-8379**
More Info | Web Site

**Carpetman Cleaning &**

# YELLOWPAGES.COM

## Region Design Group Inc.

Munster, IN 46321

**(219) 836-4060**

Review This Business!
Rate it
Read Reviews
More Options

**USER REVIEWS:**

 Review This Business!

**Be the first to review this business!**

Let other YELLOWPAGES.COM users know what you think.
Write your review now

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

Case 2:06-cv-00882-MHT-TFM Document 75-3 Filed 08/13/2007 Page 17 of 36

# YELLOWPAGES.COM

## Region Freight Lines Inc.

Schererville, IN 46375

**(219) 864-9870**

Review This Business!
Rate it
Read Reviews
More Options

### USER REVIEWS:

 Review This Business!

**Be the first to review this business!**

Let other YELLOWPAGES.COM users know what you think.
Write your review now

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Region Home Improvement

9760 N 900 W
Demotte, IN 46310 Map

**(219) 987-2900**

Review This Business!
Rate it | Read Reviews
More Options

**MAPS & DIRECTIONS:**

**Start Address:** Enter Start Address **TO** **End Address:** 9760 N 900 W, Demotte, IN 46310

GET DIRECTIONS Reverse Directions

Microsoft® Virtual Earth™
250 yds
© 2006 Microsoft Corporation © 2006 NAVTEQ © AND

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

Case 2:06-cv-00882-MHT-TFM Document 75-3 Filed 08/13/2007 Page 19 of 36

# YELLOWPAGES.COM

## Region Real Estate Inc.

9300 Walnut Dr
Munster, IN 46321 Map

**(219) 923-1487**

Review This Business!
**Rate it** | **Read Reviews**

More Options

**MAPS & DIRECTIONS:**

**Start Address:** Enter Start Address TO **End Address:** 9300 Walnut Dr, Munster, IN 46321

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Region Roofing Inc.

2601 W 9th Ave
Gary, IN 46404 Map

**(219) 949-6052**

Review This Business! **MAPS & DIRECTIONS:**

Rate it | Read Reviews

More Options

**Start Address:** Enter Start Address TO **End Address:** 2601 W 9th Ave, Gary, IN 46404

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Region Signs Inc.

1345 119th St
Whiting, IN 46394 Map

**(219) 473-1616**

Review This Business! **MAPS & DIRECTIONS:**

**Rate it** | **Read Reviews**

More Options

**Start Address:** Enter Start Address TO **End Address:** 1345 119th St, Whiting, IN 46394

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

Case 2:06-cv-00882-MHT-TFM Document 75-3 Filed 08/13/2007 Page 22 of 36

# YELLOWPAGES.COM

## Regions Community Behavioral Health Center Inc

Serving the LA Area

**(225) 924-4136**

Review This Business!
Rate it | Read Reviews
More Options

### USER REVIEWS:

Review This Business!

**Be the first to review this business!**

Let other YELLOWPAGES.COM users know what you think.
Write your review now

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

Case 2:06-cv-00882-MHT-TFM Document 75-3 Filed 08/13/2007 Page 23 of 36

# YELLOWPAGES.COM

## Region Medical Equipment LLC

225 N Main St
Paris, MO 65275 Map

**(660) 327-1377**

**MAPS & DIRECTIONS:**

**Start Address:** Enter Start Address TO **End Address:** 225 N Main St, Paris, MO 65275

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Region Survey

16716 E US 40 Hwy
Independence, MO 64055 Map

(816) 966-1191 Call

Review This Business!
Rate it | Read Reviews

More Options

Yellow Pages Ad

MAPS & DIRECTIONS:

Start Address: Enter Start Address TO End Address: 16716 E US 40 Hwy, Independence,

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Region Welding Inc

#4 Truman Ct
Union, MO 63084 Map

**(636) 583-4110** Call

Review This Business!
Rate it | Read Reviews

More Options

Web Site

**MAPS & DIRECTIONS:**

**Start Address:** Enter Start Address TO **End Address:** #4 Truman Ct, Union, MO 63084

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Region Cleaning Masters

354 Reeves Cove Rd
Candler, NC 28715 Map

**(828) 670-9305**

Review This Business!
Rate it
Read Reviews
More Options

### GENERAL INFORMATION:

#### ADDITIONAL PHONE NUMBERS

**Extra Fax**
(828) 670-9350
**Mobile Phone**
(828) 301-1765

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Regions Real Estate Services

9032 Crump Rd
Pineville, NC 28134 Map

**(704) 552-9544**

Review This Business! **MAPS & DIRECTIONS:**

**Rate it** | **Read Reviews**

More Options

**Start Address:** Enter Start Address TO **End Address:** 9032 Crump Rd, Pineville, NC 28134

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Regions Air

660 Fitzhugh Blvd
Smyrna, TN 37167 Map

**(615) 355-5574**

Review This Business! **MAPS & DIRECTIONS:**

**Rate it** | **Read Reviews**

More Options

**Start Address:** Enter Start Address TO **End Address:** 660 Fitzhugh Blvd, Smyrna, TN 3716

GET DIRECTIONS  Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Regions Contractors

2995 Blue Springs Pkwy
Greeneville, TN 37743 Map

**(423) 638-2826**

Review This Business!
**Rate it** | **Read Reviews**

More Options

**MAPS & DIRECTIONS:**

**Start Address:** Enter Start Address TO **End Address:** 2995 Blue Springs Pkwy, Greeneville

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Region First Realty

320 Commerce
Clinton, TN 37716 Map

**(865) 457-1234**

Review This Business! **MAPS & DIRECTIONS:**
Rate it | Read Reviews

More Options

**Start Address:** Enter Start Address TO **End Address:** 320 Commerce, Clinton, TN 37716

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Regions Realty Group Llc

2635 Jacksboro Pke
Jacksboro, TN 37757 Map

**(423) 562-9897**

Review This Business!
Rate it | Read Reviews

More Options

**MAPS & DIRECTIONS:**

**Start Address:** Enter Start Address TO **End Address:** 2635 Jacksboro Pke, Jacksboro, TN

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Region Stone Products

4444 Horace Taylor Rd
Maryville, TN 37803 Map

**(865) 982-6981**

Review This Business! **MAPS & DIRECTIONS:**

**Rate it** | **Read Reviews**

More Options

**Start Address:** Enter Start Address **TO** **End Address:** 4444 Horace Taylor Rd, Maryville, TN

GET DIRECTIONS Reverse Directions

Horace Taylor Rd
Horace Taylor Ct
Microsoft Virtual Earth™
300 yds
© 2006 Microsoft Corporation © 2006 NAVTEQ © AND

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Regions Agribusiness

Cordova, TN 38016

**(901) 580-5674**

Review This Business!
Rate it | Read Reviews
More Options

### USER REVIEWS:

 Review This Business!

**Be the first to review this business!**

Let other YELLOWPAGES.COM users know what you think.
Write your review now

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Region Realty

2008 Vandalia St
Collinsville, IL 62234

**(618) 343-4070**

Review This Business!
Rate it | Read Reviews
More Options

### USER REVIEWS:

Review This Business!

**Be the first to review this business!**

Let other YELLOWPAGES.COM users know what you think.
Write your review now

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Regions Propane

1553 Sweetwater Rd
Robbinsville, NC 28771 Map

(828) 479-4869

Review This Business!
Rate it | Read Reviews

More Options

**MAPS & DIRECTIONS:**

**Start Address:** Enter Start Address TO **End Address:** 1553 Sweetwater Rd, Robbinsville, N

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

# YELLOWPAGES.COM

## Regions Propane al LLC

159 Bryson Walk
Bryson City, NC 28713 Map

**(828) 488-6711**

**MAPS & DIRECTIONS:**

**Start Address:** Enter Start Address TO **End Address:** 159 Bryson Walk, Bryson City, NC 28

GET DIRECTIONS Reverse Directions

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

(Results 1 - 1 of 1) ~ region 2020 AL ~ Simple Search ~ SuperPages.com: Yellow Pages Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

AL

Sign In & Personalize >

Search for: region 2020 in AL Search

Advanced Search
People Search >

Search Results for *region 2020* | Show Online Product Results
Business names containing region 2020

Sort Results and Viewing | Narrow My Search

Results 1 - 1 of 1

All Listings
Report Incorrect Listings >

Show Map

Region 2020

Be the first to Rate It

+ Save
Share

**Appears in the Category:**
Social & Human Services

1731 1st Avenue North, Birmingham, AL 35203
phone map

Data by Acxiom.Copyright ©2007 . Acxiom, Inc.

Report Incorrect Listings >

Have a Business? Want More Customers? Find them here.

Results 1 - 1 of 1

Search for: region 2020 in AL Search

Advanced Search
People Search >

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map
Copyright © 2007 Idearc Media Corp. All rights reserved.

EXHIBIT C

http://yellowpages.superpages.com/listings.jsp?CS=L&MCBP=true&C=region+2020&L=AL&search=Fi... 7/26/2007

(Results 1 - 1 of 1) Regions air TN - Search Superpages.com Yellow Pages Case 2:06-cv-00882-MHT-TFM Document 75-4 Filed 08/13/2007 Page 2 of 32 Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

TN

Sign In & Personalize >

Search for: Regions air in TN Search

Advanced Search
People Search >

Search Results for *Regions air* | Show Online Product Results
Business names containing Regions air

Sort Results and Viewing | Narrow My Search

Results 1 - 1 of 1

All Listings
Report Incorrect Listings >

Show Map

Regions Air

Be the first to Rate It

+ Save
Share

**Appears in the Category:**
Air Transportation

660 Fitzhugh Boulevard, Smyrna, TN 37167
phone map

Data by Acxiom.Copyright ©2007 , Acxiom, Inc.

Report Incorrect Listings >

Have a Business? Want More Customers? Find them here.

Results 1 - 1 of 1

Search for: Regions air in TN Search

Advanced Search
People Search >

idearc

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map
Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/listings.jsp?CS=L&MCBP=true&C=Regions+air&L=TN&search=Fi... 7/27/2007

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

Sign In & Personalize >

AL

Search for: regions pest control in AL Search

Advanced Search
People Search >

Search Results for *regions pest control* | Show Online Product Results
Business names containing regions pest control

Sort Results and Viewing | Narrow My Search

Results 1 - 1 of 1

All Listings
Report Incorrect Listings >

Show Map

Regions Pest Control

Be the first to Rate It

+ Save
Share

**Appears in the Category:**
Pest Control Services

Trafford, AL 35172
phone map

Data by Acxiom.Copyright ©2007 , Acxiom, Inc.

Report Incorrect Listings >

Have a Business? Want More Customers? Find them here.

Results 1 - 1 of 1

Search for: regions pest control in AL Search

Advanced Search
People Search >

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map
Copyright © 2007 Idearc Media Corp. All rights reserved.

(Results 1 - 4 of 4) regions propane Simple Search - SuperPages Yellow Pages Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

AL

Sign In & Personalize >

Search for: regions propane in AL Search

Advanced Search
People Search >

Search Results for *regions propane* | Show Online Product Results
Business names containing regions propane

Sort Results and Viewing | Narrow My Search

Results 1 - 4 of 4

Show Map

All Listings
Report Incorrect Listings >

Regions Propane
*Products: **Propane***

839 West Main Street, Centre, AL 35960
more info | phone | map

Be the first to Rate It
+ Save
Share

Regions Propane
Centre, AL 35960
more info | phone | map

Be the first to Rate It
+ Save
Share

Regions Propane
20559 Al Highway 79, Scottsboro, AL 35768
more info | phone | map

Be the first to Rate It
+ Save
Share

Regions Propane
839 West Main Street, Centre, AL 35960
more info | phone | map

Be the first to Rate It
+ Save
Share

Data by Acxiom.Copyright ©2007 , Acxiom, Inc.

Report Incorrect Listings >
Have a Business? Want More Customers? Find them here.
Results 1 - 4 of 4

Search for: regions propane in AL Search

Advanced Search
People Search >

idearc MEDIA
Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map
Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/listings.jsp?CS=L&MCBP=true&C=regions+propane&L=AL&search... 7/26/2007

superpages.com we know around here

My Superpages

Sign In & Personalize >

TX

Search for: regions communication in TX Search

Advanced Search
People Search >

Back to Listings → **Business Profile**

Business Owners: Create a FREE Business Profile

Save | Print | Update | Send | What's Nearby

## Regions Communications

PO Box 489, Hutto, TX 78634
map | driving directions

Be the first to Rate It

**phone:** (512) 388-6044
phone: (512) 388-6045
**fax:** (512) 388-1883
**toll-free:** (866) 388-6043
**email:** lread@texas.net
http://www.readelectric.com

**Specialties:**
- Telecomunications/Data/Fiber/Electrical

**Certification & Affiliations:**
- Bicsi
- TME300/ Master Electrician/ HAZFR/ HAZIC

View Larger Map Report Incorrect Map

**Hours of Operation:**
Mon-Fri: 07:30 AM-05:00 PM

**In Business Since:**
1987

**Appears in the Categories:**
Building & Home Construction, Special Trades Contractors, Electric Contractors, Communications & Electronic Contractors, Wireless Communications

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map

Copyright © 2007 Idearc Media Corp. All rights reserved.

superpages.com we know around here

My Superpages

Sign In & Personalize >

FL

Search for: regions contractors In FL Search

Advanced Search
People Search >

Search Results for *regions contractors* | Show Online Product Results
Business names containing regions contractors

Sort Results and Viewing | Narrow My Search

Results 1 - 15 of 17
1 2 Next Page >

Show Map

Narrow Search for Regions contractors

**Related Categories for Regions contractors**

Narrow Search by:

- Products (7)
- Brands (1)
- Services (22)
- Neighborhood (0)

Related Categories

- Construction & Contractors
- Business & Professional Services

All Listings

Report Incorrect Listings >

Regions Contractors Inc
41 Feli Way, Crawfordville, FL 32327
(850) 926-5088
phone map
Be the first to Rate It
+ Save
Share

Regions Contractors
Tallahassee, FL 32308
(850) 878-0869
phone map
Be the first to Rate It
+ Save
Share

Regions Contractors
4500 Pace Lane, Milton, FL 32571
(850) 994-8346
phone map
Be the first to Rate It
+ Save
Share

Region's Contractor
4517 Miccosukee Road, Tallahassee, FL 32308
(850) 325-6333
phone map
Be the first to Rate It
+ Save
Share

Regions Facility Services Inc
1281 Kass Circle, Spring Hill, FL 34606
(352) 683-0688
phone map
Be the first to Rate It
+ Save
Share

Turner Heritage Homes - Capital Region Tallahassee Office
508 Capital Circle Southeast, Tallahassee, FL 32301
http://www.turnerheritage.com
phone map
Be the first to Rate It
+ Save
Share

Turner Heritage Homes - Capital Region, Tallahassee Office, Destin Sales Office
Destin, FL 32541
more info phone map
Be the first to Rate It
+ Save
Share

Turner Heritage Homes - Emerald Coast Region Niceville Construction Office
Be the first to Rate It
+ Save
Share

SuperPages.com: Yellow Pages Case 2:06-cv-00882-MHT-TFM Document 75-4 Filed 08/13/2007 Page 7 of 32 Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

GA

Sign In & Personalize >

Search for: regions development in GA Search

Advanced Search
People Search >

Back to Listings → Business Profile

Business Owners: Create a FREE Business Profile

Save | Print | Update | Send | What's Nearby

## Regions Development Inc

7304 Carriage Creek Road, Atlanta, GA 30303
map | driving directions

Be the first to Rate It

phone: (770) 591-3883

**Products & Services:**

- Real Estate

Centennial
Olympic
Park
Harris St NE
Ellis St NE
Georgia
Dome
Phillips
Arena
Five Points
Auburn Ave NE
Bell St NE
I-75 Hov Ln
Mitchell St SW
Spring St SW
Forsyth St SW
Courtland St SE
Piedmont Ave SE
Pratt St SE
Atlanta

View Larger Map Report Incorrect Map

**Appears in the Category:**
Real Estate Developers & Subdividers

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map

Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/profile~C_regions+development~L_GA~LID_T7li44HaU%2F%2BA... 7/26/2007

(Results 1 - 1 of 1) regions hospitality GA - Simple Search - SuperPages.com - Yellow Pages Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

GA

Sign In & Personalize >

Search for: regions hospitality in GA Search

Advanced Search
People Search >

Search Results for *regions hospitality* | Show Online Product Results
Business names containing regions hospitality

Sort Results and Viewing | Narrow My Search

Results 1 - 1 of 1

Show Map

All Listings
Report Incorrect Listings >

Regions Hospitality

Be the first to Rate It

+ Save
Share

**Appears in the Category:**
Real Estate Investments

332 Washington Street Northwest Suite 204, Gainesville, GA 30501
(770) 287-1004
phone map

Data by Acxiom.Copyright ©2007 , Acxiom, Inc.

Report Incorrect Listings >

Have a Business? Want More Customers? Find them here.

Results 1 - 1 of 1

Search for: regions hospitality in GA Search

Advanced Search
People Search >

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map
Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/listings.jsp?CS=L&MCBP=true&C=regions+hospitality&L=ga&sear... 7/26/2007

SuperPages.com Yellow Pages Case 2:06-cv-00882-MHT-TFM Document 75-4 Filed 08/13/2007 Page 9 of 32 Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

GA

Sign In & Personalize >

Search for: regions realty in GA Search

Advanced Search
People Search >

Back to Listings → Business Profile

Business Owners: Create a FREE Business Profile

Save | Print | Update | Send | What's Nearby

## Regions Realty

42 North 4th Street, Colbert, GA 30628
map | driving directions

Be the first to Rate It

phone: (706) 316-1868

**Products & Services:**
- Real Estate

Peachtree St
N 4th St
N 2nd St
N 1st St
N 3rd St
W 2nd Ave
3rd Ave
Colbert
S 4th St
5th Ave
E 5th Ave
W 5th Ave
S 3rd St
6th Ave

View Larger Map Report Incorrect Map

**Appears in the Category:**
General Real Estate

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

idearc
MEDIA

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map
Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/profile~C_regions+realty~L_GA~LID_Gqx6yDSAkWj75iAy%2B20... 7/26/2007

SuperPages.com: Yellow Pages Case 2:06-cv-00882-MHT-TFM Document 75-4 Filed 08/13/2007 Page 10 of 32 Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

GA

Sign In & Personalize >

Search for: REgions Propane in GA Search

Advanced Search
People Search >

Back to Listings → Business Profile

Business Owners: Create a FREE Business Profile

Save | Print | Update | Send | What's Nearby

## Regions Propane

Trion, GA 30753
map | driving directions

phone: (706) 734-4564

Be the first to Rate It

Cooper Pit Rd

View Larger Map Report Incorrect Map

**Products & Services:**
- Propane

**Additional Information:**
Gas Propane

**Appears in the Category:**
Propane & Natural Gas

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

idearc MEDIA

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map

Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/profile~C_REgions+Propane~STYPE_S~L_GA~LID_aqtn%2FVRUt... 7/31/2007

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

LA

Sign In & Personalize >

Search for: regions community beh: in LA Search

Advanced Search
People Search >

Search Results for *regions community behavioral heatlh center* | Show Online Product Results

Business names containing regions community behavioral heatlh center

Sort Results and Viewing | Narrow My Search

Results 1 - 1 of 1

All Listings
Report Incorrect Listings >

Show Map

Regions Community Behavioral Health Center Inc

Be the first to Rate it

+ Save
Share

**Appears in the Category:**
Mental Health Practitioners

660 North Lobdell Avenue, Baton Rouge, LA 70806
(225) 924-0051

phone map

Data by Acxiom.Copyright ©2007 , Acxiom, Inc.

Report Incorrect Listings >

Have a Business? Want More Customers? Find them here.

Results 1 - 1 of 1

Search for: regions community beh: in LA Search

Advanced Search
People Search >

Advertise with Us | Add or Edit a Business

Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map

Copyright © 2007 Idearc Media Corp. All rights reserved.

SuperPages.com Yellow Pages Case 2:06-cv-00882-MHT-TFM Document 75-4 Filed 08/13/2007 Page 12 of 32 Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

Sign In & Personalize >

LA

Search for: region security insuranc in LA Search

Advanced Search
People Search >

Back to Listings → Business Profile

Business Owners: Create a FREE Business Profile

Save | Print | Update | Send | What's Nearby

## Regions Security Insurance

2550 Florida Boulevard Southwest # A, Denham Springs, LA 70726
map | driving directions

Be the first to Rate It

phone: (225) 667-4000
http://www.farmers.com

Florida Ave SW
190
S River Rd
Riverview Dr

View Larger Map Report Incorrect Map

**Brands:**
- Farmers
- Hanover

**Additional Information:**
Gets You Back Where You Belong

**Appears in the Categories:**
Insurance, Insurance Agents & Brokers

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map

Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/profile~C_region+security+insurance~L_LA~LID_2JcHSMdWErjbg... 7/26/2007

SuperPages.com Yellow Pages Case 2:06-cv-00882-MHT-TFM Document 75-4 Filed 08/13/2007 Page 13 of 32 Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

LA

Sign In & Personalize >

Search for: regions wholesale batte in LA Search

Advanced Search
People Search >

Back to Listings → Business Profile

Business Owners: Create a FREE Business Profile

Save | Print | Update | Send | What's Nearby

## Regions Wholesale Battery

6215 Airline Highway, Baton Rouge, LA 70805
map | driving directions

Be the first to Rate It

**phone:** (225) 355-8545

Greenwell St
Greenwell St
Rio Dr
Merrydale Ave
McClelland Dr
Landis Dr
Astoria Dr
North Highlands
Brookstown
Victory Dr
Bank St

View Larger Map Report Incorrect Map

**Customers Served:**
Industrial

**Appears in the Categories:**
Batteries Wholesale & Manufacturers, Dry Cell Batteries Wholesale & Manufacturers

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map
Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/profile~C_regions+wholesale+battery~STYPE_S~L_LA~LID_ZNJ6l... 7/27/2007



Valparaiso, FL 32580
http://www.turnerheritage.com
phone map

Region South Enterprises Inc
1070 Bunnell Road, Altamonte Springs, FL 32714
http://www.contractors.com/h/contractorinfo/details.htm...
(407) 869-6654
phone map
Be the first to Rate It
+ Save
Share

Nortrax Equipment -SE Region
3802 Corporexpark Drive, Suite 100, Tampa, FL 33619
http://www.nortrax.com
more info phone map
Be the first to Rate It
+ Save
Share

Lake Region Electric Co
1222 6th Street Southwest, Winter Haven, FL 33880
more info phone map
Be the first to Rate It
+ Save
Share

McKissack & McKissack of the Southern Region
Miami, FL 33125
phone map
Be the first to Rate It
+ Save
Share

ASAP Plumbing - Serving Lake Region
Starke, FL 32091
more info phone map
Be the first to Rate It
+ Save
Share

McKissack McKissack of the Southern Region
450 Alton Road Apt 2805, Miami Beach, FL 33139
phone map
Be the first to Rate It
+ Save
Share

Rinker Materials - Region Administration, Se Habla Espanol, Materials Division
11100 Northwest 138th Street, Medley, FL 33178
more info phone map
Be the first to Rate It
+ Save
Share

Data by Acxiom.Copyright ©2007 , Acxiom, Inc.

Report Incorrect Listings >

Have a Business? Want More Customers? Find them here.

Results 1 - 15 of 17
1 2 Next Page >

Search for: regions contractors in FL Search

Advanced Search
People Search >

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map

Copyright © 2007 Idearc Media Corp. All rights reserved.

superpages.com we know around here

My Superpages

FL

Sign In & Personalize >

Search for: region realty in FL Search

Advanced Search
People Search >

Search Results for *region realty* | Show Online Product Results
Business names containing region realty

Sort Results and Viewing | Narrow My Search

Results 1 - 9 of 9

Show Map

Sort: Standard | A-Z | Ratings | Serving the Area

Show: 15 per page

All Listings
Report Incorrect Listings >

Region Realty
21301 Panama City Beach Park, Panama City Beach, FL 32413
(850) 249-8326
phone map

Be the first to Rate It
+ Save
Share

Lake Region Realty
*Products:* ***Real Estate***

5851 Hollyhock Drive, Lakeland, FL 33813
more info phone map

Be the first to Rate It
+ Save
Share

Century 21 of the Southeast Inc - North & Central Florida Region, Real Estate Sales Offices
*Products:* ***Real Estate***

604 New Berlin Road, Jacksonville, FL 32218
http://www.damespointrealty.com
more info phone map

Be the first to Rate It
+ Save
Share

Realty World Florida-Region
*Products:* ***Real Estate***

Naples, FL 34102
more info phone map

Be the first to Rate It
+ Save
Share

Regions Bank - Commercial Real Estate Lending, All Other Departments, Departments, Corporate Lending
3001 Ponce De Leon Boulevard, Coral Gables, FL 33134
phone map

Be the first to Rate It
+ Save
Share

Century 21 of the Southeast Inc - North & Central Florida Region, Real Estate Sales Offices
165 Arlington Road North, Jacksonville, FL 32211
http://www.century21.com
phone map

Be the first to Rate It
+ Save
Share

Lake Region Mobile Home Village
*Products:* ***Real Estate***

31850 Highway 27, Haines City, FL 33844
more info phone map

Be the first to Rate It
+ Save
Share

Lake Region Mobile Home Village
*Products:* ***Real Estate***

31850 Highway 27, Haines City, FL 33844

Be the first to Rate It
+ Save
Share

(Results 1 - 5 of 5) regions fence sales Simple Search - SuperPages.com Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

IL

Sign In & Personalize >

Search for: regions fence sales in IL Search

Advanced Search
People Search >

Search Results for *regions fence sales* | Show Online Product Results
Business names containing regions fence sales

Sort Results and Viewing | Narrow My Search

Results 1 - 5 of 5

Show Map

All Listings
Report Incorrect Listings >

Region Fence Sales Inc
1175 Hamilton Avenue, University Park, IL 60466
(815) 722-8060
more info | phone | map

Be the first to Rate It
+ Save
Share

Region Fence Sales Inc
1175 Hamilton Avenue, University Park, IL 60466
http://www.regionfence.com

(708) 560-0510
more info | phone | map

Be the first to Rate It
+ Save
Share

Region Fence Sales Inc
1175 Hamilton Avenue, University Park, IL 60466
(708) 532-6610
more info | phone | map

Be the first to Rate It
+ Save
Share

Region Fence Sales Inc
1175 Hamilton Avenue, University Park, IL 60466
(708) 534-7300
more info | phone | map

Be the first to Rate It
+ Save
Share

Region Fence Sales Inc - Visit Our Showroom At
I-57 Monee Manhattan Road, Oak Forest, IL 60452
(708) 560-0510
more info | phone | map

Be the first to Rate It
+ Save
Share

Data by Acxiom.Copyright ©2007 , Acxiom, Inc.

Report Incorrect Listings > Have a Business? Want More Customers? Find them here. Results 1 - 5 of 5

Search for: regions fence sales in IL Search

Advanced Search
People Search >

idearc
MEDIA

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map
Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/listings.jsp?CS=L&MCBP=true&C=regions+fence+sales&L=IL&sea... 7/26/2007

SuperPages.com Yellow Pages Case 2:06-cv-00882-MHT-TFM Document 75-4 Filed 08/13/2007 Page 17 of 32 Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

Sign In & Personalize >

Search for: [ ] In [ ] Search

Advanced Search
People Search >

Back to Listings → **Business Profile**

Business Owners: Create a FREE Business Profile

Save | Print | Update | Send | What's Nearby

## Region Pools

926 East 150th Street, Hammond, IN 46327
map | driving directions

Be the first to Rate It

phone: (219) 852-0809

**Specialties:**
- Above Ground Pool Installation
- Hayward Equipment & Supply
- Leak Detection
- Liner Change Outs
- Openings & Closings
- Service of Filters
- Vacuuming & Cleaning

**Payment Options:**
- Discover
- MasterCard
- VISA

41
E Hoffman St
Irving Park
S Calumet Ave
S Cedar Ave
S Pine Ave
S Oak Ave
S Ash Ave
S Elm Ave
E 149th St
E 150th St
Turner Park
E Willow Ct
State St
E Wilcox St

View Larger Map Report Incorrect Map

**Hours of Operation:**
Open 7 Days a Week

**Appears in the Category:**
Swimming Pool & Spa Construction & Contractors

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map

Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/profile~PS_15~A_219~X_852~P_0809~PP_N~STYPE_AP~CID_00... 7/26/2007

SuperPages.com Yellow Pages Case 2:06-cv-00882-MHT-TFM Document 75-4 Filed 08/13/2007 Page 18 of 32 Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

Sign In & Personalize >

Search for: Regions Communicatio in IN Search

Advanced Search
People Search >

Back to Listings → **Business Profile**

Business Owners: Create a FREE Business Profile

Save | Print | Update | Send | What's Nearby

## Region Communications Inc

7590 East 109th Avenue, Crown Point, IN 46307
map | driving directions

Be the first to Rate It

**phone:** (219) 662-8888
http://www.region-communications.com

**Products & Services:**

- Newspapers

E 106th Ave
Winfield
E 107th Ct
Pike St
Miami St
E 108th Ave
Deer Creek
E 109t
Lawrence Dr

View Larger Map Report Incorrect Map

**Appears in the Category:**
Paper Products Manufacturers & Wholesalers

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map

Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/profile~N_Regions+Communications~S_IN~STYPE_S~L_IN~R_N~... 7/26/2007

SuperPages.com - Yellow Pages Case 2:06-cv-00882-MHT-TFM Document 75-4 Filed 08/13/2007 Page 19 of 32 Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

IN

Sign In & Personalize >

Search for: region design group In IN Search

Advanced Search
People Search >

Back to Listings → Business Profile

Business Owners: Create a FREE Business Profile

Save | Print | Update | Send | What's Nearby

## Region Design Group Inc

Munster, IN 46321
map | driving directions

phone: (219) 836-4060

Be the first to Rate It

**Products & Services:**

- Consultations
- Web Site Design
- Web Site Maintenance
- Web Site Management

Fisher St
Fisher St
Community Hospital
Elliot Dr
MacArthur Blvd
Melbrook Dr
Tulip Ln
Tulip Ln
Marigold Dr
Birch Dr
White Oak Ave
Oriole Dr
Columbia Ave
Fran Lin Pkwy

View Larger Map Report Incorrect Map

**Appears in the Categories:**
Internet Services, Web Sites

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map

Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/profile~C_region+design+group+~L_IN~LID_G2UpGSNR4Loo%2B... 7/26/2007

SuperPages.com: Yellow Pages Case 2:06-cv-00882-MHT-TFM Document 75-4 Filed 08/13/2007 Page 20 of 32 Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

IN

Sign In & Personalize >

Search for: region electric in IN Search

Advanced Search
People Search >

Back to Listings → Business Profile

Business Owners: Create a FREE Business Profile

Save | Print | Update | Send | What's Nearby

## Region Electric Inc

3850 Grant Street, Gary, IN 46408
map | driving directions

phone: (219) 887-5500

Be the first to Rate It

**Products & Services:**

- Construction

W 36th Ave
W 37th Ave
W 38th Ave
W Ridge R
W 39th Ave
W 39th Ct
W 40th Ave
W 41st Ave
Ranburn Dr
Johnson St
Lincoln
Buch
Van Buren St
Jackson
Polk St
Pierce St
Fillmore St
Tyler St

View Larger Map Report Incorrect Map

**Appears in the Category:**
Electric Contractors

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map

Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/profile~C_region+electric+~L_IN~LID_jJQNHBmkvFF%2Ba%2BH... 7/26/2007

SuperPages.com: Yellow Pages Case 2:06-cv-00882-MHT-TFM Document 75-4 Filed 08/13/2007 Page 21 of 32 Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

IN

Sign In & Personalize >

Search for: region freight lines in IN Search

Advanced Search
People Search >

Back to Listings → Business Profile

Business Owners: Create a FREE Business Profile

Save | Print | Update | Send | What's Nearby

## Region Freight Lines Inc

712 Christy Lane, Schererville, IN 46375
map | driving directions

phone: (219) 864-9870

Be the first to Rate It

Wilhelm St
Gregory St
James Wiltchen Dr
Park St
S Park Ave
Sandi Ln
Kathleen Dr
Cline Ave
Knoxbury Dr
E Lincoln Hwy
W 75th Ave
W Deerpath Dr
Schere

View Larger Map Report Incorrect Map

**Products & Services:**
- Long Distance Transport

**Additional Information:**
Trucking General

**Appears in the Category:**
Trucking Companies

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map

Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/profile~C_region+freight+lines~L_IN~LID_Lg7DdUZILVNO%2Fx6... 7/26/2007

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

IN

Sign In & Personalize >

Search for: region home improveme in IN Search

Advanced Search
People Search >

Back to Listings → Business Profile

Business Owners: Create a FREE Business Profile

Save | Print | Update | Send | What's Nearby

## Region Home Improvement

9760 North 900 West, Demotte, IN 46310
map | driving directions

phone: (219) 987-2900

Be the first to Rate It

W 1000 N
W 950 N
N 096 W

View Larger Map Report Incorrect Map

**Products & Services:**

- Remodeling
- Restoration

**Appears in the Categories:**
Building Remodeling & Repair Contractors, Builders & Contractors

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map

Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/profile~C_region+home+improvement~L_IN~LID_FDZkU5GU1zTS... 7/26/2007

SuperPages.com: Yellow Pages Case 2:06-cv-00882-MHT-TFM Document 75-4 Filed 08/13/2007 Page 23 of 32 Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

IN

Sign In & Personalize >

Search for: region real estate in IN Search

Advanced Search
People Search >

Back to Listings → Business Profile

Business Owners: Create a FREE Business Profile

Save | Print | Update | Send | What's Nearby

## Region Real Estate Inc

9300 Walnut Drive, Munster, IN 46321
map | driving directions

phone: (219) 923-1487

Be the first to Rate It

**Products & Services:**

- Real Estate

MacArthur Blvd
Melbrook Dr
Tulip Ln
Tulip Ln
Marigold Dr
Birch Dr
White Oak Ave
Chestnut Ln
Wildwood Dr
Foliage Ln
Tulip Ln
Blue
Oriole Dr
Fran Lin Pkwy
Azalea Dr
Fran Lin Pkwy
Oriole Dr
I N D I A N A
Camellia Dr
Walnut
L A K E
Azalea Dr

View Larger Map Report Incorrect Map

**Appears in the Category:**
General Real Estate

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map

Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/profile~C_region+real+estate~L_IN~LID_kQh4suBi1jUdiFtBDlO0w... 7/26/2007

(Results 1 - 1 of 1) - region roofing IN - Simple Search - SuperPages.com: Yellow Pages Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

IN

Sign In & Personalize >

Search for: region roofing in IN Search

Advanced Search
People Search >

Search Results for *region roofing* | Show Online Product Results
Business names containing region roofing

Sort Results and Viewing | Narrow My Search

Results 1 - 1 of 1

All Listings
Report Incorrect Listings >

Show Map

Region Roofing Inc

Be the first to Rate It

+ Save
Share

**Appears in the Categories:**

- Building Materials & Supplies Dealers
- Building Materials & Supplies Commercial & Industrial

2601 West 9th Avenue, Gary, IN 46404

phone map

Data by Acxiom.Copyright ©2007 , Acxiom, Inc.

Report Incorrect Listings >

Have a Business? Want More Customers? Find them here.

Results 1 - 1 of 1

Search for: region roofing in IN Search

Advanced Search
People Search >

idearc

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map
Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/listings.jsp?CS=L&MCBP=true&C=region+roofing&L=IN&search=... 7/26/2007

(Results 1 - 1 of 1) region signs IN - Simple Search - Superpages.com Yellow Pages Case 2:06-cv-00882-MHT-TFM Document 75-4 Filed 08/13/2007 Page 25 of 32 Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

IN

Sign In & Personalize >

Search for: region signs In IN Search

Advanced Search
People Search >

Search Results for *region signs* | Show Online Product Results
Business names containing region signs

Sort Results and Viewing | Narrow My Search

Results 1 - 1 of 1

All Listings
Report Incorrect Listings >

Show Map

Region Signs Inc

Be the first to Rate It

+ Save
Share

**Appears in the Categories:**

- Sports Promoters & Managers
- Sign Dealers
- Advertising & Design Agencies

1345 119th Street, Whiting, IN 46394
http://www.regionsigns.com

more info | phone | map

Data by Acxiom.Copyright ©2007 , Acxiom, Inc.

Report Incorrect Listings >

Have a Business? Want More Customers? Find them here.

Results 1 - 1 of 1

Search for: region signs In IN Search

Advanced Search
People Search >

idearc
MEDIA

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map
Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/listings.jsp?CS=L&MCBP=true&C=region+signs&L=IN&search=Fi... 7/26/2007

superpages.com we know around here

My Superpages

IN

Sign In & Personalize >

Search for: region sports network in IN Search

Advanced Search
People Search >

Search Results for *region sports network* | Show Online Product Results
Business names containing region sports network

Sort Results and Viewing | Narrow My Search

Results 1 - 3 of 3

Show Map

All Listings
Report Incorrect Listings >

Region Sports Network
8466 West Pahs Road, Michigan City, IN 46360
(219) 879-6933
phone map

Be the first to Rate It
+ Save
Share

Region Sports Network
59117 Minuteman Way, Elkhart, IN 46517
(574) 875-8331
phone map

Be the first to Rate It
+ Save
Share

Region Sports Network Inc
9219 Indianapolis Boulevard, Highland, IN 46322
http://www.regionsports.com

(219) 923-2169
more info phone map

Be the first to Rate It
+ Save
Share

Data by Acxiom.Copyright ©2007 . Acxiom. Inc.

Report Incorrect Listings > Have a Business? Want More Customers? Find them here. Results 1 - 3 of 3

Search for: region sports network in IN Search

Advanced Search
People Search >

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map

Copyright © 2007 Idearc Media Corp. All rights reserved.

superpages.com we know around here

My Superpages

MO

Sign In & Personalize >

Search for: region medical equipme in MO Search

Advanced Search
People Search >

Back to Listings → Business Profile

Business Owners: Create a FREE Business Profile

Save | Print | Update | Send | What's Nearby

## Region Medical Equipment Llc

225 North Main Street, Paris, MO 65275
map | driving directions

phone: (660) 327-1377

Be the first to Rate It

View Larger Map Report Incorrect Map

**Products & Services:**
- Rehabilitation Equipment

**Specialties:**
- Medical Equipment
- Oxygen
- Rehabilitation Equipment
- Respiratory Equipment

**Additional Information:**
We Service Our Products, Oxygen & Respiratory Equipment, On Call 24/7, Locally Owned & Operated, We Are Here To Provide Medical Equipment To Meet All Your Needs

**Hours of Operation:**
24 Hours/ 7 Days

**Appears in the Categories:**
Hospital Equipment & Supplies Retail, Medical Equipment & Supplies Retail

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map
Copyright © 2007 Idearc Media Corp. All rights reserved.

SuperPages.com Yellow Pages Case 2:06-cv-00882-MHT-TFM Document 75-4 Filed 08/13/2007 Page 28 of 32 Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

NC

Sign In & Personalize >

Search for: region cleaning masters in NC Search

Advanced Search
People Search >

Back to Listings → **Business Profile**

Business Owners: Create a FREE Business Profile

Save | Print | Update | Send | What's Nearby

## Region Cleaning Master S - Office

Enka, NC 28728
map | driving directions

phone: (828) 670-9305

Be the first to Rate It

**Products & Services:**
- Laundry Services

**Specialties:**
- Bonded & Insured
- Construction Clean-Up
- Janitorial Service
- Medical & Industrial
- Medical & Industrial Janitorial Service
- Residential & Industrial Construction Clean Up

**Additional Information:**
We Clean With Pride!, Region Cleaning MasterS, Serving WNC for over 8 years

Forest
Lawn
Cemetery
Enka Village
Enka Lake Rd
Lake Dr
Mountain Dr

View Larger Map Report Incorrect Map

**In Business Since:**
1998

**Customers Served:**
Commercial

**Appears in the Categories:**
Dry Cleaners, Office Building & Industrial Cleaning Services, Exterior House & Building Washing, Interior Building Cleaning

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map
Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/profile~C_region+cleaning+masters~L_NC~LID_7ZSKqJiu1k2uAU... 7/27/2007

Search Results for *region cafe* | Show Online Product Results
Business names containing region cafe
Sort Results and Viewing
Narrow My Search
Results 1 - 2 of 2
All Listings
Report Incorrect Listings >
Show Map
Region Cafe
1706 McCullough Avenue, San Antonio, TX 78212
phone map
Be the first to Rate It
+ Save
Share
Taqueria El Region
1234 Freeport Street, Houston, TX 77015
more info phone map
Be the first to Rate It
+ Save
Share
Data by Acxiom.Copyright ©2007 . Acxiom. Inc.
Report Incorrect Listings >
Have a Business? Want More Customers? Find them here.
Results 1 - 2 of 2
Search for: region cafe in TX Search
Advanced Search
People Search >

Advertise with Us | Add or Edit a Business

Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map

Copyright © 2007 Idearc Media Corp. All rights reserved.

SuperPages.com - Yellow Pages Case 2:06-cv-00882-MHT-TFM Document 75-4 Filed 08/13/2007 Page 30 of 32 Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

TX

Sign In & Personalize >

Search for: region cancer center no in TX Search

Advanced Search
People Search >

Back to Listings → **Business Profile**

**Business Owners:** Create a FREE Business Profile

Save | Print | Update | Send | What's Nearby

## Region Cancer Center North Texas

4510 Medical Center Drive, Mc Kinney, TX 75069
map | driving directions

**phone:** (972) 542-8609

Be the first to Rate It

**Products & Services:**

- Cancer Education
- Cancer Support
- Referrals

S Central Expy
Medical Center Dr
S McDonald
Spur
399
75
Medical
Center of
McKinney
Spur
399
N Central Expy
Doctors Dr
Frisco Rd

View Larger Map   Report Incorrect Map

**Appears in the Category:**
Cancer Information & Referral Services

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map
Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/profile~C_region+cancer+center+north+texas~L_TX~LID_wuk%2B... 7/27/2007

(Results 1 - 6 of 6) - region healthcare TX -- Simple Search -- SuperPages.com: Yellow Pages Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

Sort Results and Viewing | Narrow My Search

Results 1 - 6 of 6

Show Map

All Listings
Report Incorrect Listings >

Region Healthcare
322 North Bicentennial Boulevard, Mcallen, TX 78501
(956) 630-9907
phone map
Be the first to Rate It
+ Save
Share

East Texas Medical Center Region Healthcare System - First Physicians Health Clinic, Jose Martinez
5875 South State Highway 37, Mineola, TX 75773
more info phone map
Be the first to Rate It
+ Save
Share

East Texas Medical Center Region
764 West Commerce, Fairfield, TX 75840
phone map
Be the first to Rate It
+ Save
Share

East Texas Medical Center Region
0-CO Fairfield Dms100, Fairfield, TX 75840
phone map
Be the first to Rate It
+ Save
Share

East Texas Medical Center Region - E T M C Trinity
900 Prospect Drive, Trinity, TX 75862
phone map
Be the first to Rate It
+ Save
Share

Texas State - Health Department, Region 11, Children With Special Healthcare Needs
1500 North Arkansas Avenue, Laredo, TX 78043
phone map
Be the first to Rate It
+ Save
Share

Data by Acxiom.Copyright ©2007 , Acxiom, Inc.

Report Incorrect Listings >

Have a Business? Want More Customers? Find them here.

Results 1 - 6 of 6

Search for: region healthcare in TX Search

Advanced Search
People Search >

idearc
MEDIA

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map
Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/listings.jsp?CS=L&MCBP=true&C=region+healthcare&L=TX&searc... 7/27/2007

SuperPages.com: Yellow Pages Case 2:06-cv-00882-MHT-TFM Document 75-4 Filed 08/13/2007 Page 32 of 32 Page 1 of 1

Home | Advertisers | Download Toolbar | Mobile Search | Help

superpages.com we know around here

My Superpages

TX

Sign In & Personalize >

Search for: region insulation in TX Search

Advanced Search
People Search >

Back to Listings → Business Profile

Business Owners: Create a FREE Business Profile

Save | Print | Update | Send | What's Nearby

## Region Insulation Inc

724 South Grandview Avenue, Odessa, TX 79761
map | driving directions

phone: (432) 332-0199

Be the first to Rate It

**Products & Services:**
- Attics
- Estimates
- Installation
- Removal

**Specialties:**
- Fireproofing
- Removable Covers
- Scaffolding
- Specialists in Industrial Insulation

**Additional Information:**
Specialists In, Industrial Insulation

View Larger Map Report Incorrect Map

**Customers Served:**
Industrial

**Appears in the Categories:**
Insulation Contractors, Fireproofing & Firestopping

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

idearc
MEDIA

Advertise with Us | Add or Edit a Business
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map
Copyright © 2007 Idearc Media Corp. All rights reserved.

http://yellowpages.superpages.com/profile~C_region+insulation~L_TX~LID_r%2FrvY8JIln9cm9KWoj1... 7/27/2007



Yahoo! My Yahoo! Mail Welcome, Guest [Sign In]
Local Home Help
YAHOO! LOCAL
Search for:
region satellite
Address, City & State, or ZIP Search Tips
Dallas, TX
Search
Dallas City Guide > Home & Garden > Utilities > Satellite Systems
Save to Collection Save to My Web Send to Phone Add to Address Book
Whoa!
Access your reviews and get recommendations!
Try it out | Close
view larger map
Regions Satellite & Company
(214) 374-7466
4115 Sun Valley Dr
Dallas, TX 75216
Map it | Get directions
Be the first to rate!
Edit this listing
Own this business? Get guaranteed top placement
NEW! Share your photos of Regions Satellite & Company (What's this?)
Categories:
Satellite Systems, Electronics Retailers
Tags: (what's this?)
Be the first to tag Regions Satellite & Company
Yahoo! User Reviews
Write a review to help your neighbors find the best or avoid the worst.
CATEGORY SPONSORS
Satellite System Get NFL Sunday Ticket & Save $520 HBO + 250 Channels Free 4 Months.
www.directstartv.com
Satellite TV System Specials Order now & get a free $50 gift card. Free equipment, install & more.
www.AllAmericanDish.com
Satellite System Today to Order Starting as Low as $29.99/mo.
www.directsattv.com
Fordham Rd
E Ann Arbor Ave
Show:
ATMs
Public Transit
Hotels
Restaurants
Parking
Map it
Start a Collection
Be the first to save Regions Satellite & Company to a personalized collection.
Learn more
Save to my collection
Search the Web for:
Regions Satellite & Company in Dallas, TX
Not sure if this is the one?
Top rated Satellite Systems in Dallas, TX
Have a question?
Get help fast with Yahoo! Answers.
Have you considered...
Millennium Satellite Systems
Satellite Systems & Servic...
The Satellite Guy
Digital Satellite Systems
Satellite Data Syst...
more...
Save to Collection Save to My Web Send to Phone Add to Address Book Email to Friend Print
Some business information provided by InfoUSA ®, Omaha, Nebraska Copyright © 2007.
Some business information provided by Wcities & Discoverourtown.com. Copyright © 2007. All rights reserved.
Copyright © 2007 Yahoo! Inc. All rights reserved. Copyright/IP Policy
Privacy Policy | Terms of Service | Add/Edit a Business | Yahoo! Maps Terms of Use | Help | Additional Terms of Service

EXHIBIT D

REGIONS BEYOND MINISTRIES INC

6217 Lynridge Ave
Columbus, GA 31909
(706) 221-6122

**Categories (Click to see other businesses...)**

» Religious Organizations

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

EXHIBIT E

REGIONS DEVELOPMENT LTD CO

1580 Crawfordville Hwy
Crawfordville, FL 32327
(850) 926-5088

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

REGIONS FACILITY SERVICES INC

5451 W Waters Ave
Tampa, FL 33634
(813) 889-7800

**Categories (Click to see other businesses...)**

» Services

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

Case 2:06-cv-00882-MHT-TFM Document 75-6 Filed 08/13/2007 Page 4 of 27

Regions Facility Services Incorporated

1281 Kass Cir
Spring Hill, FL 34606
(352) 683-0688

**Categories (Click to see other businesses...)**

» Building Contractors

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

Case 2:06-cv-00882-MHT-TFM Document 75-6 Filed 08/13/2007 Page 5 of 27

Regions Contractors Incorporated

41 Feli Way
Crawfordville, FL 32327
(850) 926-5088

**Categories (Click to see other businesses...)**

» General Contractors

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

REGION'S CONTRACTOR

4517 Miccosukee Rd
Tallahassee, FL 32308
(850) 325-6333

**Categories (Click to see other businesses...)**

» Contractors

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

Case 2:06-cv-00882-MHT-TFM Document 75-6 Filed 08/13/2007 Page 7 of 27

## REGIONS SALON

NW Arkansas Mall
Fayetteville, AR 72701
(479) 521-4540

**Categories (Click to see other businesses...)**

» Beauty Salons & Spas

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

Case 2:06-cv-00882-MHT-TFM Document 75-6 Filed 08/13/2007 Page 8 of 27

REGION CHEM DRY

7511 KNICKERBOCKER PKWY
Hammond, IN 46323
(219) 844-4796

**Categories (Click to see other businesses...)**

» Carpet & Rug Cleaners
» Furniture Cleaning

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

Case 2:06-cv-00882-MHT-TFM Document 75-6 Filed 08/13/2007 Page 9 of 27

REGION COMMUNICATIONS INCORPORATED

7590 E 109th Ave
Crown Point, IN 46307
(219) 662-8888

**Categories (Click to see other businesses...)**

» Newspapers

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

REGION DATACOM LLC

1737 Westfield Ct
Griffith, IN 46319
(219) 923-1352

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status
Click Here,
or contact **YP.Com**
Customer Service Department
**1-800-300-3209**
Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

REGION DESIGN GROUP INC

8205 Meadow Ln
Hammond, IN 46321
(219) 836-5415

**Categories (Click to see other businesses...)**

» Business Services

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

REGION ELECTRIC INCORPORATED

3850 GRANT ST
Gary, IN 46408
(219) 887-5500

**Categories (Click to see other businesses...)**

» Electrical Contractors

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

Region Freight Lines Incorporated

2830 169th St
Hammond, IN 46323
(219) 845-6900

**Categories (Click to see other businesses...)**

» Trucking - General Freight

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

## Region Freight Lines Incorporated

712 Christy Ln
Schererville, IN 46375
(219) 864-9870

**Categories (Click to see other businesses...)**

» Trucking - General Freight

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

Region Home Improvement

9760 N 900 W
Demotte, IN 46310
(219) 987-2900

**Categories (Click to see other businesses...)**

- General Contractors
- Home Improvement Services

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

REGION POOLS

In
Gary, IN 46402
(219) 677-2016

**Categories (Click to see other businesses...)**

» Swimming Pools - Contractors, Dealers & Designers

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

REGION POOLS

926 E 150th St
Hammond, IN 46327
(219) 852-0809

**Categories (Click to see other businesses...)**

» Swimming Pool Construction

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

REGION POOLS

225 Kennedy Ave
Schererville, IN 46375
(219) 677-2016

**Categories (Click to see other businesses...)**

» Swimming Pools - Contractors, Dealers & Designers

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

REGION PROPERITES

2124 Hidden Valley Dr
Crown Point, IN 46307
(219) 988-5329

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

REGION REAL ESTATE INCORPORATED

608 165th St
Hammond, IN 46324
(219) 853-8000

**Categories (Click to see other businesses...)**

» Real Estate

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

REGION REAL ESTATE INCORPORATED

9352 CALUMET AVE
Munster, IN 46321
(219) 836-0308

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

Region Real Estate Incorporated

9300 Walnut Dr
Munster, IN 46321
(219) 923-1487

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status
Click Here,
or contact **YP.Com** Customer Service Department
**1-800-300-3209**
Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

REGION REAL ESTATE RESOURCE

1833 New York Ave
Whiting, IN 46394
(219) 923-1487

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

REGION ROOFING INCORPORATED

2601 W 9TH AVE
Gary, IN 46404
(219) 949-6052

**Categories (Click to see other businesses...)**

» Building Materials - Retail

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

REGION SIGNS INC

1345 119th St
Whiting, IN 46394
(219) 473-1616

**Categories (Click to see other businesses...)**

- Advertising Signs
- Signs - Safety Signs & Tags
- Banners, Flags & Pennants
- Custom Banners & Signs

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Email to a friend
Close Window

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

REGION SPORTS NETWORK

9219 Indianapolis Blvd
Highland, IN 46322
(219) 838-2745

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

## REGION SOUTH ENTERPRISES INCORPORATED

1070 BUNNELL RD
Altamonte Springs, FL 32714
(407) 869-6654

**Categories (Click to see other businesses...)**

» Contractors - Drywall

Email to a friend
Close Window

**UPGRADE YOUR LISTING**

For information on updating this listing to preferred status Click Here, or contact **YP.Com** Customer Service Department **1-800-300-3209** Email YP.Com

Powered by YP.Com Yellow Pages. Copyright © 2007. All rights reserved.

BUSINESS
PEOPLE
REVERSE LOOKUP
BY DISTANCE

Product / Service

or Company Name

regions

Location

Texas

Find It!

Home ➡ Business ➡ Search Results: back to results

## Regions Christian Center

**Texarkana TX 75501**

**903-223-6377**

**Heading:** Churches-Christian

**Add to My Yellow Book Directory**

**Register for My Yellow Book**

**back to results**

Advertise With Us | Company Info | Careers | Contact Us

Browse Yellow Book | Browse Local Directories | Download Toolbar

*Recycling Information*

©2007 Yellow Book USA, Inc. All rights reserved.

Conditions Of Use - Site Map - Help 1-

**EXHIBIT F**

Westlaw.

| | |
|---|---|
| D&B Completed Analysis: | 08-01-2007 |
| Database Last Updated: | 08-01-2007 |
| Source: | Copyright © 2005 by Dun & Bradstreet, Inc. |
| Current Date: | 08/01/2007 |

**COMPANY INFORMATION**

| | |
|---|---|
| DUNS: | 78-091-5067 (Click for List of Available D&B Reports.) |
| Name: | REGIONS PEST CONTROL |
| Address: | 2331 GURLEY RD |
| City/State: | TRAFFORD, AL 35172-9788 |
| County: | JEFFERSON |
| Telephone: | 205-590-3999 |
| Year Started: | 2006 |

**BUSINESS DESCRIPTION**

| | |
|---|---|
| Line of Business: | DISINFECTING/PEST SERVICES |
| Industry Group: | SERVICES - NON PROFESSIONAL |
| Primary SIC: | |
| 7342 | DISINFECTING AND PEST CONTROL SERVICES |
| 73420203 | PEST CONTROL IN STRUCTURES |
| Business Is A: | SINGLE LOCATION<br>SMALL BUSINESS |

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**EXHIBIT G**

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 84-359-8603 (Click for List of Available D&B Reports.)
Name: RIVER REGIONS REALTY

Address: 125 W MAIN ST

City/State: PRATTVILLE, AL 36067-3033

County: AUTAUGA

Telephone: 334-365-1356

**EXECUTIVE(S) INFORMATION**

1. Executive Name: PIRTLE, KAY
   Executive Title: MANAGER

**BUSINESS DESCRIPTION**

Line of Business: REAL ESTATE AGENT/MANAGER
Industry Group: FINANCE, INSURANCE, AND REAL ESTATE

Primary SIC:
6531 REAL ESTATE AGENTS AND MANAGERS
65310000 REAL ESTATE AGENTS AND MANAGERS, NSK

Business Is A: SINGLE LOCATION
SMALL BUSINESS
CORPORATION

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/02/2007

**COMPANY INFORMATION**

DUNS: 61-307-1781 (Click for List of Available D&B Reports.)
Name: RIVER REGION VETERINARY SERVICES

Address: 1288 E MAIN ST

City/State: PRATTVILLE, AL 36066-5655

County: AUTAUGA

Telephone: 334-361-8900

Year Started: 2005

**EXECUTIVE(S) INFORMATION**

1. Executive Name: MYERS, AMY
Executive Title: OWNERS

**BUSINESS DESCRIPTION**

Line of Business: VETERINARY SERVICES
Industry Group: AGRICULTURE, FORESTRY, FISHING

Primary SIC:
0742 VETERINARY SERVICES, SPECIALTIES
07429901 ANIMAL HOSPITAL SERVICES, PETS AND OTHER ANIMAL SPECIALTIES

Business Is A: SINGLE LOCATION
SMALL BUSINESS
PROPRIETORSHIP

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 14-730-4229 (Click for List of Available D&B Reports.)
Name: REGIONS CONTRACTORS, INC.

Address: 41 FELI WAY

City/State: CRAWFORDVILLE, FL 32327-2368

County: WAKULLA

Telephone: 850-926-5088

Year Started: 2003

**EXECUTIVE(S) INFORMATION**

1. Executive Name: ROBERTS, JASON
   Executive Title: PRINCIPAL
2. Executive Name: GAMMON, STEVE
   Executive Title: PRINCIPAL
3. Executive Name: ROBERTS, CHRIS
   Executive Title: PRINCIPAL

**BUSINESS DESCRIPTION**

Line of Business: RESIDENTIAL CONSTRUCTION
Industry Group: CONSTRUCTION

Primary SIC:
1522 RESIDENTIAL CONSTRUCTION, NEC
15220107 MULTI-FAMILY DWELLINGS, NEW CONSTRUCTION

Business Is A: SINGLE LOCATION
SMALL BUSINESS
CORPORATION

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

END OF DOCUMENT

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 05-960-6280 (Click for List of Available D&B Reports.)
Name: REGIONS BEYOND INTERNATIONAL INC

Related Name(s): RB INTERNATIONAL
Address: 10024 N NATURAL WELLS DR

City/State: TALLAHASSEE, FL 32305-2048

County: LEON

Telephone: 850-421-2070

Year Started: 1996

**EXECUTIVE(S) INFORMATION**

| | | |
|---|---|---|
| 1. | Executive Name: | MCDONALD, BRUCE |
| | Executive Title: | PRESIDENT |
| 2. | Executive Name: | VICKERY, STEVEN |
| | Executive Title: | TREASURER |
| 3. | Executive Name: | VICKERY, STEVEN |
| | Executive Title: | SECRETARY |
| 4. | Executive Name: | MCDONALD, REBECCA |
| | Executive Title: | VICE PRESIDENT |
| 5. | Executive Name: | MCDONALD, REBECCA |
| | Executive Title: | ADMINISTRATIVE |
| 6. | Executive Name: | CABEL, TOM |
| | Executive Title: | ADMINISTRATIVE |
| 7. | Executive Name: | RUSSI, PATRICK |
| | Executive Title: | ADMINISTRATIVE |
| 8. | Executive Name: | VICKERY, BARBARA |
| | Executive Title: | ADMINISTRATIVE |
| 9. | Executive Name: | RUSSI, PATRICK |
| | Executive Title: | MANAGEMENT |
| 10. | Executive Name: | CABEL, TOM |
| | Executive Title: | MANAGEMENT |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**BUSINESS DESCRIPTION**

| | |
|---|---|
| Line of Business: | RELIGIOUS ORGANIZATION |
| Industry Group: | SERVICES - PROFESSIONAL |
| Primary SIC: | |
| 8661 | RELIGIOUS ORGANIZATIONS |
| 86610000 | RELIGIOUS ORGANIZATIONS, NSK |
| Business Is A: | SINGLE LOCATION |
| | COTTAGE INDUSTRY |
| | CORPORATION |

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 19-722-5696 (Click for List of Available D&B Reports.)
Name: REGIONATLANTIC REALTY LLC

Address: 4250 CORDGRASS INLET DR

City/State: JACKSONVILLE BEACH, FL 32250-1808

County: DUVAL

**BUSINESS DESCRIPTION**

Line of Business: REAL ESTATE AGENT/MANAGER
Industry Group: FINANCE, INSURANCE, AND REAL ESTATE

Primary SIC:
6531 REAL ESTATE AGENTS AND MANAGERS
65310100 AGENT, REAL ESTATE

Business Is A: SINGLE LOCATION
SMALL BUSINESS
COTTAGE INDUSTRY

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 78-705-0512 (Click for List of Available D&B Reports.)
Name: REGION GROUP LLC

Address: 13544 AVISTA DR

City/State: TAMPA, FL 33624-4348

County: HILLSBOROUGH

Telephone: 813-960-2136

Year Started: 2005

**EXECUTIVE(S) INFORMATION**

1. Executive Name: BOGART, CREIGH
Executive Title: OTHER COMPANY PERSONNEL

**BUSINESS DESCRIPTION**

Line of Business: ADVERTISING AGENCY
Industry Group: SERVICES - NON PROFESSIONAL

Primary SIC:
7311 ADVERTISING AGENCIES, NSK
73110000 ADVERTISING AGENCIES, NSK

Business Is A: SINGLE LOCATION
SMALL BUSINESS

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 13-956-1620 (Click for List of Available D&B Reports.)
Name: REGIONS FACILITY SERVICES INC

Address: 1281 KASS CIR

City/State: SPRING HILL, FL 34606-4308

County: HERNANDO

Telephone: 352-683-0688

Year Started: 2003

**EXECUTIVE(S) INFORMATION**

1. Executive Name: WILHITE, RONALD
   Executive Title: PRESIDENT

**BUSINESS DESCRIPTION**

Line of Business: BUILDING MAINTENANCE SERVICES
Industry Group: SERVICES - NON PROFESSIONAL

Primary SIC:
7349 BUILDING MAINTENANCE SERVICES, NEC, NSK
73490000 BUILDING MAINTENANCE SERVICES, NEC, NSK

Business Is A: SINGLE LOCATION
SMALL BUSINESS
CORPORATION

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

**BUSINESS RECORD**

D&B Completed Analysis:08-01-2007
Database Last Updated:08-01-2007
Source:Copyright (c) 2002 by Dun & Bradstreet, Inc.
Current Date:08/01/2007

**COMPANY INFORMATION**

DUNS:17-413-3632
Name:REGION VAN LINES INC
Related Name(s):REGIONS MOVING
Address:16600 NW 54TH AVE UNIT 18
City/State:MIAMI GARDENS, FL 33014-6109
County:MIAMI-DADE

Mailing Address:P O BOX 190536
MIAMI BEACH, FL 33119

Telephone:305-622-6683

Year Started:2006

**EXECUTIVE(S) INFORMATION**

MANAGEMENTMENAHEM, NOAM

**BUSINESS DESCRIPTION**

Line of Business:GENERAL WAREHOUSE/STORAGE

Primary SIC:

4225GENERAL WAREHOUSING AND STORAGE, NSK
42250000GENERAL WAREHOUSING AND STORAGE, NSK

**SALES INFORMATION**

Annual Sales Revision Date:06/02/2007
LATEST YEARTREND YEARBASE YEAR
(2007)(2006)(2003)

Annual Sales (US):$2,000,000-ACTUAL$ NOT AVAILABLE$ NOT AVAILABLE
Trend Year = Year Prior to Latest Year
Base Year = 3 Years Prior to Trend Year

Sales Territory:U.S.
Number of Accounts:20

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**EMPLOYEE INFORMATION**

LATEST YEARTREND YEARBASE YEAR
(2007)(2006)(2003)

Employees Total:15NOT AVAILABLENOT AVAILABLE

Trend Year = Year Prior to Latest Year
Base Year = 3 Years Prior to Trend Year

Employees Here:15-ACTUAL

**COMPANY HISTORY/OPERATIONS/RELATIONSHIPS & OTHER INFORMATION**

This Company's Specifics:

Establishment Is: US OWNED

Located In:MSA Code: 5000
*MSA Name:* MIAMI, FL

Business Is A:SINGLE LOCATION
SMALL BUSINESS
CORPORATION

DUNS:17-413-3632
*Square Footage:*3000
Occupancy Type:RENTED

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 08-301-3370 (Click for List of Available D&B Reports.)
Name: REGIONS BEYOND MINISTRIES INC

Address: 6217 LYNRIDGE AVE

City/State: COLUMBUS, GA 31909-3646

County: MUSCOGEE

Telephone: 706-221-6122

**EXECUTIVE(S) INFORMATION**

1. Executive Name: DONAHUE, JAMES N
Executive Title: CEO

**BUSINESS DESCRIPTION**

Line of Business: RELIGIOUS ORGANIZATION
Industry Group: SERVICES - PROFESSIONAL

Primary SIC:
8661 RELIGIOUS ORGANIZATIONS
86610000 RELIGIOUS ORGANIZATIONS, NSK

Business Is A: SINGLE LOCATION
CORPORATION

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 10-313-2523 (Click for List of Available D&B Reports.)
Name: REGIONS LAND AND INVESTMENTS INC

Related Name(s): REGIONS REAL ESTATE
Address: 42 N 4TH ST

City/State: COLBERT, GA 30628-3040

County: MADISON

Telephone: 706-316-1868

**EXECUTIVE(S) INFORMATION**

1. Executive Name: BEAVERS, CARROL
   Executive Title: PRESIDENT
2. Executive Name: BEAVERS, VIRGINIA
   Executive Title: SECRETARY

**BUSINESS DESCRIPTION**

Line of Business: REAL ESTATE AGENT/MANAGER
Industry Group: FINANCE, INSURANCE, AND REAL ESTATE

Primary SIC:
6531 REAL ESTATE AGENTS AND MANAGERS
65310104 REAL ESTATE AGENT, COMMERICAL

Business Is A: SINGLE LOCATION
SMALL BUSINESS
CORPORATION

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 12-567-6523 (Click for List of Available D&B Reports.)
Name: REGIONS DEVELOPMENT INC

Address: 1431 RIVERSTONE PKWY

City/State: CANTON, GA 30114-5601

County: CHEROKEE

Telephone: 770-591-3883

Year Started: 1997

**EXECUTIVE(S) INFORMATION**

1. Executive Name: WALKER, RALPH
   Executive Title: PRESIDENT
2. Executive Name: MATT, ADRIAIEN
   Executive Title: VICE PRESIDENT

**BUSINESS DESCRIPTION**

Line of Business: SUBDIVIDER/DEVELOPER
Industry Group: FINANCE, INSURANCE, AND REAL ESTATE

Primary SIC:
6552 SUBDIVIDERS AND DEVELOPERS, NEC
65520000 SUBDIVIDERS AND DEVELOPERS, NEC

Business Is A: SINGLE LOCATION
SMALL BUSINESS
CORPORATION

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 82-605-7952 (Click for List of Available D&B Reports.)
Name: REGION FENCE SALES INC

Address: 14931 MORGAN ST

City/State: HARVEY, IL 60426-2228

County: COOK

Telephone: 815-722-8060

Year Started: 1970

**EXECUTIVE(S) INFORMATION**

1. Executive Name: WEAVER, SAM
   Executive Title: OWNERS
2. Executive Name: DERGRIFF, JAMES V
   Executive Title: PRESIDENT

**BUSINESS DESCRIPTION**

Line of Business: RET LUMBER/BUILDING MATERIALS MANAGEMENT CONSULTING SERVICES
Industry Group: RETAIL TRADE

Primary SIC:
5211 LUMBER AND OTHER BUILDING MATERIALS, NSK
52119907 FENCING

Secondary SIC(s):

8742 MANAGEMENT CONSULTING SERVICES

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

87420408                          RETAIL TRADE CONSULTANT


Business Is A:                    SINGLE LOCATION
                                  SMALL BUSINESS
                                  CORPORATION

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 06-689-0240 (Click for List of Available D&B Reports.)
Name: REGION FENCE SALES INC

Address: 2328 147TH ST

City/State: POSEN, IL 60469-1334

County: COOK

**BUSINESS DESCRIPTION**

Line of Business: TRADE CONTRACTOR
Industry Group: CONSTRUCTION

Primary SIC:
1799 SPECIAL TRADE CONTRACTORS, NEC, NSK
17999912 FENCE CONSTRUCTION

Business Is A: SINGLE LOCATION
SMALL BUSINESS

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 19-839-8450 (Click for List of Available D&B Reports.)
Name: REGION FENCE SALES INC

Address: 1175 HAMILTON AVE

City/State: UNIVERSITY PARK, IL 60466-3133

County: COOK

Telephone: 708-534-7300

Year Started: 2004

**EXECUTIVE(S) INFORMATION**

1. Executive Name: VANDERGRIFF, CAROL
   Executive Title: PRESIDENT

**BUSINESS DESCRIPTION**

Line of Business: RET LUMBER/BUILDING MATERIALS
Industry Group: RETAIL TRADE

Primary SIC:
5211 LUMBER AND OTHER BUILDING MATERIALS, NSK
52119907 FENCING

Business Is A: SINGLE LOCATION
SMALL BUSINESS
CORPORATION

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 80-104-1687 (Click for List of Available D&B Reports.)
Name: REGION REALTY LLC

Address: 2008 VANDALIA ST

City/State: COLLINSVILLE, IL 62234-4881

County: MADISON

Telephone: 618-343-4070

**BUSINESS DESCRIPTION**

Line of Business: REAL ESTATE AGENT/MANAGER
Industry Group: FINANCE, INSURANCE, AND REAL ESTATE

Primary SIC:
6531 REAL ESTATE AGENTS AND MANAGERS
65310000 REAL ESTATE AGENTS AND MANAGERS, NSK

Business Is A: SINGLE LOCATION
SMALL BUSINESS

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 62-336-5165 (Click for List of Available D&B Reports.)
Name: REGION POOLS

Address: 926 E 150TH ST

City/State: HAMMOND, IN 46327-1805

County: LAKE

Telephone: 219-852-0809

State of Incorporation: IN
Date of Incorporation: 03/14/2006
Year Started: 2006

**BUSINESS DESCRIPTION**

Line of Business: TRADE CONTRACTOR
Industry Group: CONSTRUCTION

Primary SIC:
1799 SPECIAL TRADE CONTRACTORS, NEC, NSK
17990105 SWIMMING POOL CONSTRUCTION

Business Is A: SINGLE LOCATION
SMALL BUSINESS

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 18-534-4921 (Click for List of Available D&B Reports.)
Name: REGION PROPERTIES LLC

Address: 9916 N 150 W

City/State: LAKE VILLAGE, IN 46349-9281

County: NEWTON

Telephone: 219-992-3652

**EXECUTIVE(S) INFORMATION**

1. Executive Name: OLIVER, BENNIE C
   Executive Title: PRINCIPAL

**BUSINESS DESCRIPTION**

Line of Business: NONRESIDENTIAL BUILDING OPERATOR
Industry Group: FINANCE, INSURANCE, AND REAL ESTATE

Primary SIC:
6512 NONRESIDENTIAL BUILDING OPERATORS
65120000 NONRESIDENTIAL BUILDING OPERATORS, NSK

Business Is A: SINGLE LOCATION
SMALL BUSINESS
CORPORATION

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 13-438-0612 (Click for List of Available D&B Reports.)
Name: REGION REAL ESTATE INC

Address: 608 165TH ST 201

City/State: HAMMOND, IN 46324-1311

County: LAKE

**EXECUTIVE(S) INFORMATION**

1. Executive Name: DAWSON, LIA
Executive Title: PRINCIPAL

**BUSINESS DESCRIPTION**

Line of Business: REAL ESTATE AGENT/MANAGER
Industry Group: FINANCE, INSURANCE, AND REAL ESTATE

Primary SIC:
6531 REAL ESTATE AGENTS AND MANAGERS
65310105 REAL ESTATE AGENT, RESIDENTIAL

Business Is A: SINGLE LOCATION
SMALL BUSINESS
CORPORATION

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 83-527-6320 (Click for List of Available D&B Reports.)
Name: REGION CHEM DRY

Address: 7511 KNICKERBOCKER PKWY

City/State: HAMMOND, IN 46323-2661

County: LAKE

Telephone: 219-844-4796

Year Started: 1994

**EXECUTIVE(S) INFORMATION**

1. Executive Name: REPAY, KARL
   Executive Title: OWNERS
2. Executive Name: REPAY, NANCY
   Executive Title: OWNERS

**BUSINESS DESCRIPTION**

Line of Business: CARPET/UPHOLSTERY CLEANING
Industry Group: SERVICES - NON PROFESSIONAL

Primary SIC:
7217 CARPET AND UPHOLSTERY CLEANING, NSK
72170000 CARPET AND UPHOLSTERY CLEANING, NSK

Business Is A: SINGLE LOCATION
SMALL BUSINESS
COTTAGE INDUSTRY
PROPRIETORSHIP

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 02-234-8168 (Click for List of Available D&B Reports.)
Name: REGIONS WHOLESALE BATTERY, LLC

Address: 6215 AIRLINE HWY

City/State: BATON ROUGE, LA 70805-3208

County: EAST BATON ROUGE

Telephone: 225-355-8545

Year Started: 2000

**EXECUTIVE(S) INFORMATION**

1. Executive Name: JOHNSON, SHANDRA
Executive Title: CEO

**BUSINESS DESCRIPTION**

Line of Business: WHOL & RET AUTOMOBILE BATTERIES
Industry Group: WHOLESALE TRADE

Primary SIC:
5013 MOTOR VEHICLE SUPPLIES AND NEW PARTS
50130000 MOTOR VEHICLE SUPPLIES AND NEW PARTS, NSK

Secondary SIC(s):

5531 AUTO AND HOME SUPPLY STORES, NSK

55310000 AUTO AND HOME SUPPLY STORES, NSK

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Business Is A:                    SINGLE LOCATION
                                  SMALL BUSINESS
                                  PARTNERSHIP

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 01-520-3560 (Click for List of Available D&B Reports.)
Name: REGIONS SECURITY INSURANCE

Address: 2550 FLORIDA BLVD SW A

City/State: DENHAM SPRINGS, LA 70726-4951

County: LIVINGSTON

Telephone: 225-667-4000

Year Started: 1995

**EXECUTIVE(S) INFORMATION**

1. Executive Name: BETANCOURT, RICHARD
Executive Title: OWNERS

**BUSINESS DESCRIPTION**

Line of Business: INSURANCE AGENT/BROKER
Industry Group: FINANCE, INSURANCE, AND REAL ESTATE

Primary SIC:
6411 INSURANCE AGENTS, BROKERS, AND SERVICE, NSK
64110000 INSURANCE AGENTS, BROKERS, AND SERVICE, NSK

Business Is A: SINGLE LOCATION
SMALL BUSINESS
PROPRIETORSHIP

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 14-357-8867 (Click for List of Available D&B Reports.)
Name: REGIONS COMMUNITY BEHAVIORAL HEALTH CENTER INC

Address: 660 N LOBDELL AVE

City/State: BATON ROUGE, LA 70806-2971

County: EAST BATON ROUGE

Telephone: 225-924-0051

Year Started: 2003

**EXECUTIVE(S) INFORMATION**

1. Executive Name: MORGAN, JOHN J
   Executive Title: PRESIDENT
2. Executive Name: STEWART, DAWN
   Executive Title: MANAGER
3. Executive Name: KONGARA, RAMA
   Executive Title: MEDICAL

**BUSINESS DESCRIPTION**

Line of Business: SPECIALTY OUTPATIENT CLINIC
Industry Group: SERVICES - PROFESSIONAL

Primary SIC:
8093 SPECIALTY OUTPATIENT CLINICS, NEC
80930000 SPECIALTY OUTPATIENT CLINICS, NEC, NSK

Business Is A: HEADQUARTERS LOCATION
SMALL BUSINESS
CORPORATION

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

END OF DOCUMENT

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 01-598-1819 (Click for List of Available D&B Reports.)
Name: ALL REGIONS FORESTRY INC

Address: 1410 SLIGO RD

City/State: BOSSIER CITY, LA 71112-8769

County: BOSSIER

Telephone: 318-549-1767

Year Started: 1999

**EXECUTIVE(S) INFORMATION**

1. Executive Name: TUNEK, DIANA
   Executive Title: PRESIDENT
2. Executive Name: TUNEK, LORENZO
   Executive Title: VICE PRESIDENT

**BUSINESS DESCRIPTION**

Line of Business: FORESTRY SERVICES
Industry Group: AGRICULTURE, FORESTRY, FISHING

Primary SIC:
0851 FORESTRY SERVICES
08510102 REFORESTATION SERVICES

Business Is A: SINGLE LOCATION
SMALL BUSINESS
CORPORATION

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 01-631-4978 (Click for List of Available D&B Reports.)
Name: RICKIE REGIONS

Related Name(s): REGIONS CONSTRUCTION
Address: 206 KIOWA DR

City/State: MADISON, MS 39110-9604

County: MADISON

Telephone: 601-853-2286

Year Started: 1998

**EXECUTIVE(S) INFORMATION**

1. Executive Name: REGIONS, RICKIE
Executive Title: OWNERS

**BUSINESS DESCRIPTION**

Line of Business: TRADE CONTRACTOR
Industry Group: CONSTRUCTION

Primary SIC:
1799 SPECIAL TRADE CONTRACTORS, NEC, NSK
17990105 SWIMMING POOL CONSTRUCTION

Business Is A: SINGLE LOCATION
SMALL BUSINESS
PROPRIETORSHIP

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 10-924-7742 (Click for List of Available D&B Reports.)
Name: REGION WELDING OF MISSOURI, INC.

Address: 4 TRUMAN CT

City/State: UNION, MO 63084-2922

County: FRANKLIN

Telephone: 636-583-4110

State of Incorporation: MO
Date of Incorporation: 05/10/1983
Year Started: 1983

**EXECUTIVE(S) INFORMATION**

1. Executive Name: DONNER, DANIEL
   Executive Title: PRESIDENT
2. Executive Name: DONNER, ANNA
   Executive Title: SECRETARY

**BUSINESS DESCRIPTION**

Line of Business: MFG HOIST/CRANE/MONORAIL MFG HOUSEHOLD COOK EQUIP MFG INDSTL TRUCK/TRACTOR
Industry Group: MANUFACTURING

Primary SIC:
3536 HOISTS, CRANES, AND MONORAILS
35360100 HOISTS, EXCEPT AIRCRAFT LOADING AND AUTOMOBILE WRECKER

Secondary SIC(s):

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

| | |
|---|---|
| 3631 | HOUSEHOLD COOKING EQUIPMENT, NSK |
| 36319901 | BARBECUES, GRILLS, AND BRAZIERS (OUTDOOR COOKING) |
| 3537 | INDUSTRIAL TRUCKS AND TRACTORS, NSK |
| 35370217 | TRUCK TRAILERS, USED IN PLANTS, DOCKS, TERMINALS, ETC. |
| 35370100 | PLATFORMS, STANDS, TABLES, PALLETS, AND SIMILAR EQUIPMENT |
| 35370105 | ENGINE STANDS AND RACKS, METAL |
| 3713 | TRUCK AND BUS BODIES, NSK |
| 37130101 | TRUCK BEDS |

Business Is A: MANUFACTURING LOCATION
SINGLE LOCATION
SMALL BUSINESS
CORPORATION

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

| | |
|---|---|
| D&B Completed Analysis: | 08-01-2007 |
| Database Last Updated: | 08-01-2007 |
| Source: | Copyright © 2005 by Dun & Bradstreet, Inc. |
| Current Date: | 08/01/2007 |

**COMPANY INFORMATION**

| | |
|---|---|
| DUNS: | 36-368-9709 (Click for List of Available D&B Reports.) |
| Name: | REGION LAND SURVEY INC |
| Address: | 800 NW BLOSSOM CT |
| City/State: | BLUE SPRINGS, MO 64015-3668 |
| County: | JACKSON |

**BUSINESS DESCRIPTION**

| | |
|---|---|
| Line of Business: | SURVEYING SERVICES |
| Industry Group: | SERVICES - PROFESSIONAL |
| Primary SIC: | |
| 8713 | SURVEYING SERVICES, NSK |
| 87130000 | SURVEYING SERVICES, NSK |
| Business Is A: | SINGLE LOCATION<br>SMALL BUSINESS<br>COTTAGE INDUSTRY |

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 60-328-0947 (Click for List of Available D&B Reports.)
Name: REGION LAND SURVEY INC

Address: 16716 E US HIGHWAY 40

City/State: INDEPENDENCE, MO 64055-5571

County: JACKSON

Telephone: 816-373-8351

Year Started: 2005

**EXECUTIVE(S) INFORMATION**

1. Executive Name: JOTS, VIC
   Executive Title: PARTNERS
2. Executive Name: SHERMAN, RYAN
   Executive Title: PARTNERS

**BUSINESS DESCRIPTION**

Line of Business: SURVEYING SERVICES
Industry Group: SERVICES - PROFESSIONAL

Primary SIC:
8713 SURVEYING SERVICES, NSK
87130000 SURVEYING SERVICES, NSK

Business Is A: SINGLE LOCATION
SMALL BUSINESS
PARTNERSHIP

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 60-507-3662 (Click for List of Available D&B Reports.)
Name: REGION CONSTRUCTION INC

Address: 9311 CULCAIRN RD

City/State: HUNTERSVILLE, NC 28078-6421

County: MECKLENBURG

**BUSINESS DESCRIPTION**

Line of Business: SINGLE-FAMILY HOUSE CONSTRUCTION
Industry Group: CONSTRUCTION

Primary SIC:
1521 SINGLE-FAMILY HOUSING CONSTRUCTION, NSK
15210000 SINGLE-FAMILY HOUSING CONSTRUCTION

Business Is A: SINGLE LOCATION
SMALL BUSINESS
COTTAGE INDUSTRY

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 15-926-1804 (Click for List of Available D&B Reports.)
Name: REGION PROPERTIES LLC

Address: 510 S COIT ST

City/State: FLORENCE, SC 29501-5221

County: FLORENCE

**BUSINESS DESCRIPTION**

Line of Business: NONRESIDENTIAL BUILDING OPERATOR
Industry Group: FINANCE, INSURANCE, AND REAL ESTATE

Primary SIC:
6512 NONRESIDENTIAL BUILDING OPERATORS
65120000 NONRESIDENTIAL BUILDING OPERATORS, NSK

Business Is A: SINGLE LOCATION
SMALL BUSINESS

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 60-826-1280 (Click for List of Available D&B Reports.)
Name: REGIONS DEVELOPMENT GROUP LLC

Address: 695 W POPLAR AVE STE 1

City/State: COLLIERVILLE, TN 38017-2574

County: SHELBY

**BUSINESS DESCRIPTION**

Line of Business: BUSINESS SERVICES
Industry Group: SERVICES - NON PROFESSIONAL

Primary SIC:
7389 BUSINESS SERVICES, NEC, NSK
73890000 BUSINESS SERVICES, NEC, NSK

Business Is A: SINGLE LOCATION
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 12-135-4240 (Click for List of Available D&B Reports.)
Name: REGION FIRST REALTY

Address: 320 COMMERCE ST

City/State: CLINTON, TN 37716-3727

County: ANDERSON

Telephone: 865-457-1234

Year Started: 1989

**EXECUTIVE(S) INFORMATION**

1. Executive Name: DISNEY, LARRY
Executive Title: OWNERS

**BUSINESS DESCRIPTION**

Line of Business: REAL ESTATE AGENT/MANAGER
Industry Group: FINANCE, INSURANCE, AND REAL ESTATE

Primary SIC:
6531 REAL ESTATE AGENTS AND MANAGERS
65310000 REAL ESTATE AGENTS AND MANAGERS, NSK

Business Is A: SINGLE LOCATION
SMALL BUSINESS
PROPRIETORSHIP

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 60-750-7626 (Click for List of Available D&B Reports.)
Name: REGION REALTY GROUP LLC

Address: 2715 JACKSBORO PIKE

City/State: JACKSBORO, TN 37757-4851

County: CAMPBELL

Telephone: 423-562-9897

**EXECUTIVE(S) INFORMATION**

1. Executive Name: RUTHERFORD, GEORGE
   Executive Title: PRINCIPAL

**BUSINESS DESCRIPTION**

Line of Business: BUSINESS SERVICES
Industry Group: SERVICES - NON PROFESSIONAL

Primary SIC:
7389 BUSINESS SERVICES, NEC, NSK
73890000 BUSINESS SERVICES, NEC, NSK

Business Is A: SINGLE LOCATION
SMALL BUSINESS
CORPORATION

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 00-358-0649 (Click for List of Available D&B Reports.)
Name: REGIONS CHRISTIAN CENTER

Related Name(s): WAMBA CHURCH
Address: 907 COUNTY ROAD 2311

City/State: TEXARKANA, TX 75503-6307

County: BOWIE

Telephone: 903-832-1953

Year Started: 1930

**EXECUTIVE(S) INFORMATION**

1. Executive Name: LARRIVIERE, JUSTIN
   Executive Title: RELIGIOUS
2. Executive Name: BANGS, TRUDY
   Executive Title: RELIGIOUS
3. Executive Name: BANGS, KEN
   Executive Title: RELIGIOUS

**BUSINESS DESCRIPTION**

Line of Business: BAPTIST CHURCH
Industry Group: SERVICES - PROFESSIONAL

Primary SIC:
8661 RELIGIOUS ORGANIZATIONS
86610103 BAPTIST CHURCH

Business Is A: SINGLE LOCATION
CORPORATION

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

END OF DOCUMENT

#2

Westlaw.

D&B Completed Analysis: 08-01-2007

Database Last Updated: 08-01-2007
Source: Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date: 08/01/2007

**COMPANY INFORMATION**

DUNS: 12-426-8934 (Click for List of Available D&B Reports.)
Name: REGIONS REAL ESTATE SERVICES

Address: 9032 CRUMP RD

City/State: CHARLOTTE, NC 28207

County: MECKLENBURG

Telephone: 704-552-9544

Year Started: 1999

**EXECUTIVE(S) INFORMATION**

1. Executive Name: GORDON, PASELY
Executive Title: OWNERS

**BUSINESS DESCRIPTION**

Line of Business: REAL ESTATE AGENT/MANAGER
Industry Group: FINANCE, INSURANCE, AND REAL ESTATE

Primary SIC:
6531 REAL ESTATE AGENTS AND MANAGERS
65310000 REAL ESTATE AGENTS AND MANAGERS, NSK

Business Is A: SINGLE LOCATION
SMALL BUSINESS
PROPRIETORSHIP

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.