IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| VS. ) | CASE NO. 2:06-cv-882-MHT-TFM |
| ) | |
| REGIONS UNIVERSITY, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiffs' *Motion to Compel Discovery and Compliance with Order of Court*[1] (Doc. 69, filed August 9, 2007), *Defendant's Response to Motion to Compel Discovery Responses in Compliance with Order of Court* (Doc. 70, filed August 10, 2007), and *Plaintiffs' Reply to Defendant's Response to Motion to Compel Discovery Responses in Compliance with Order of Court* (Doc. 73, filed August 13, 2007). Upon review of the above documents, Plaintiffs' "Motion to Compel" is **GRANTED in part** and **DENIED in part**. The objections are ruled on as follows:

### Plaintiffs' Written Deposition Questions to James Shlesinger

The objections to (a) Questions 26 through 70; (b) Questions 83 through 85; (c) Question 120; (d) Questions 156 through 163; (e) Questions 174 through 177; (f) Questions 179 through 182; (g) Question 194; (h) Questions 282 through 285; (i) Question 293; (j) Questions 318 through 324; (k) Questions 348 through 351 are **overruled**. Deponent may object to the questions on the record in order to preserve

---

[1] Hereinafter "Motion to Compel"

objections for appeal and/or motions in limine; however, deponent must answer the above referenced questions.

The objections to (a) Question 178; (b) Questions 195 through 225; (c) Questions 229 through 230; (d) Questions 234 through 235; (e) Question 281; (f) Questions 330 through 333 are **sustained**.  Deponent is not required to answer these questions, but shall simply object on the record.

**Plaintiffs' Written Deposition Questions to Daniel Earle**

The objections to (a) Questions 26 through 70; (b) Questions 97 through 103; (c) Question 111; (d) Questions 137 through 143; (e) Questions 156 through 160 are **overruled**.  Deponent may object to the questions on the record in order to preserve objections for appeal and/or motions in limine; however, deponent must answer the above referenced questions.

The objections to (a) Questions 149 through 152 are **sustained**.  Deponent is not required to answer the questions, but shall simply object on the record.

DONE this 13th day of August, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE