IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-cv-882-MHT |
| ) | |
| REGIONS UNIVERSITY, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT**

COME NOW the Plaintiffs in the above-styled cause and respectfully opposes the Defendant's motion for summary judgment and respectfully moves the Court pursuant to Federal Rule of Civil Procedure 56, for he entry of summary judgment in its favor on the grounds that no genuine issue of material fact exists and plaintiffs are entitled to judgment as a matter of law.

This motion is based upon the brief, declarations, affidavits and all other evidence filed concurrently herewith and all other pleadings and documents on file herein.

Respectfully submitted this the 17th day of August, 2007.

/s/ William G. Pecau
One of the Attorneys for Plaintiffs Regions Asset
Company, Regions Financial Company and Regions
Bank

**OF COUNSEL:**

Charles B. Paterson (PAT018)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
pclark@balch.com

William G. Pecau
Rachel M. Marmer
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202)429-6244
Facsimile: (202)429-3902
wpecau@steptoe.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and by overnight mail service a copy of the foregoing document to all participating and non-CM/ECF participants this the 17th day of August, 2007:

| | |
|---|---|
| Victor T. Hudson | James E. Shlesinger |
| William W. Watts, III | Shlesinger, Arkwright & Garvey LLP |
| Hudson & Watts, LLP | 1420 King Street |
| Post Office Box 989 | Suite 600 |
| Mobile, Alabama 36601-0989 | Alexandria, Virginia 22314 |

/s/ William G. Pecau
Of Counsel