**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| REGIONS ASSET COMPANY, REGIONS FINANCIAL CORPORATION and REGIONS BANK | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 2:06-cv-882-MHT |
| v. | ) ) | |
| REGIONS UNIVERSITY, INC. | ) ) | |
| Defendant. | ) | |

## DECLARATION OF RACHEL MARMER

I, Rachel Marmer, declare and say:

1.      I am an associate at Steptoe & Johnson LLP.  I represent Regions Asset Company, Regions Financial Corporation and Regions Bank in this case.

2.      Attached as Exhibit A are true and correct copies of certified REGIONS registrations at the United States Patent and Trademark Office.

3.      Attached as Exhibit B is a true and correct copy of the CNN Fortune 500 2007 annual ranking of America's largest corporations website for Alabama, located at http://money.cnn.com/magazines/fortune/fortune500/2007/states/AL.html.

4.      Attached as Exhibit C is a true and correct copy of the website Alabama Kitchen Sink, located at http://alabamakitchensink.blogspot.com/2006/12/moving-forward-to-equality.html.

5.      Attached as Exhibit D is a true and correct copy of the *Training Magazine* Top 100 in 2006.

6.    Attached as Exhibit E is a true and correct copy of a press release entitled Regions Financial Corporation Establishes Endowed Scholarship at UA.

7.    Attached as Exhibit F is a true and correct copy of the article "Regions grads come from near and far," Montgomery Advertiser, Sunday, June 3, 2007, at 4A.

8.    Attached as Exhibit G are true and correct copies of a Notice of Opposition that was filed at the Trademark Trial and Appeal Board by plaintiffs against registration of defendant's REGIONS UNIVERSITY mark.

9.    Attached as Exhibit H are copies of regions.edu webpages and other documents produced by defendant that show defendant's use of the word "Regions" alone.

I declare under penalty of perjury that the above facts are true to the best of my knowledge. Executed August 17, 2007.

Rachel Marmer

# EXHIBIT A



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

August 14, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,881,600* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *February 28, 1995*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *February 28, 2005*
SECTION 8 & 15
AMENDMENT/CORRECTION/NEW CERT(SEC7) ISSUED
SAID RECORDS SHOW TITLE TO BE IN:
   *REGIONS ASSET COMPANY*
   *A DE CORP*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT

Certifying Officer

Int. Cl.: 36

Prior U.S. Cl.: 102

United States Patent and Trademark Office

Corrected

Reg. No. 1,881,600
Registered Feb. 28, 1995
OG Date Feb. 27, 1996

## SERVICE MARK
## PRINCIPAL REGISTER

REGIONS

REGIONS FINANCIAL CORPORATION
(DELAWARE CORPORATION)
417 NORTH 20TH STREET
BIRMINGHAM, AL 35203, BY CHANGE
OF NAME FROM FIRST ALABAMA
BANCSHARES, INC. (DELAWARE
CORPORATION) BIRMINGHAM, AL

FOR: BANKING SERVICES, IN CLASS
36 (U.S. CL. 102).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.

SER. NO. 74-431,003, FILED 8-30-1993.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Feb. 27, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent and Trademark Office

Reg. No. 1,881,600
Registered Feb. 28, 1995

### SERVICE MARK
### PRINCIPAL REGISTER

## REGIONS

FIRST ALABAMA BANCSHARES, INC. (DELA-
WARE CORPORATION)
417 NORTH 20TH STREET
BIRMINGHAM, AL 35203

FOR: BANKING SERVICES, IN CLASS 36
(U.S. CL. 102).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.

SN 74-431,003, FILED 8-30-1993.

ALICE SUE CARRUTHERS, EXAMINING AT-
TORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS; SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

August 15, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,918,496* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *September 12, 1995*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *September 12, 2005*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
*REGIONS ASSET COMPANY*
*A DELAWARE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS

Certifying Officer

Int. Cl.: 42

Prior U.S. Cl.: 100

## United States Patent and Trademark Office

Reg. No. 1,918,496
Registered Sep. 12, 1995

### SERVICE MARK
### PRINCIPAL REGISTER

## REGIONSBANK

REGIONS FINANCIAL CORPORATION (DELA-
WARE CORPORATION)
417 NORTH 20TH STREET
BIRMINGHAM, AL 35203 , BY ASSIGNEE OF
FIRST COMMERCIAL CORPORATION (AR-
KANSAS CORPORATION) LITTLE ROCK,
AR 72201

FOR: BANKING SERVICES, IN CLASS 42
(U.S. CL. 100).
FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.

SER. NO. 74-424,047, FILED 7-2-1993.

ALICE SUE CARRUTHERS, EXAMINING AT-
TORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

August 14, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,191,540 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *September 22, 1998*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
*REGIONS ASSET COMPANY*
*A DE CORP*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,191,540

Registered Sep. 22, 1998

### SERVICE MARK
### PRINCIPAL REGISTER

## REGIONS REWARDS

REGIONS FINANCIAL CORPORATION (DELA-
WARE CORPORATION)
417 NORTH 20TH STREET
BIRMINGHAM, AL 35203

FOR: BANKING SERVICES, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).
FIRST USE 11-1-1997; IN COMMERCE
11-1-1997.

OWNER OF U.S. REG. NOS. 1,881,600,
2,007,680, AND OTHERS.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "REWARDS", APART FROM
THE MARK AS SHOWN.

SN 75-281,557, FILED 4-25-1997.

ODETTE BONNET, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

August 14, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,250,389 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *June 01, 1999*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
*REGIONS ASSET COMPANY*
*A DE CORP*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

United States Patent and Trademark Office

Reg. No. 2,250,389
Registered June 1, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

## REGIONSNET

REGIONS FINANCIAL CORPORATION (DELA-
WARE CORPORATION)
417 NORTH 20TH STREET
BIRMINGHAM, AL 35203

FOR: BANKING SERVICES ON COMPUTER
NETWORKS SUCH AS THE WORLD WIDE
WEB, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-1-1998; IN COMMERCE
5-1-1998.
OWNER OF U.S. REG. NOS. 1,881,600,
2,007,680, AND OTHERS.

SN 75-338,779, FILED 8-11-1997.

DOMINIC J. FERRAIUOLO, EXAMINING AT-
TORNEY



7082338

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

August 14, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,599,308 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *July 23, 2002*

SAID RECORDS SHOW TITLE TO BE IN:
*REGIONS ASSET COMPANY*
*A DE CORP*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,599,308
Registered July 23, 2002

### SERVICE MARK
### PRINCIPAL REGISTER

## REGIONS BASIC BANKING

REGIONS FINANCIAL CORPORATION (DELA-
WARE CORPORATION)
417 20TH ST. NORTH
BIRMINGHAM, AL 35203

FOR: BANKING SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 7-17-2001; IN COMMERCE 7-17-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BASIC BANKING", APART FROM
THE MARK AS SHOWN.

SN 76-234,491, FILED 4-3-2001.

JENNIFER CHICOSKI, EXAMINING ATTORNEY

7082335

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS; SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

August 14, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,599,309 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *July 23, 2002*

SAID RECORDS SHOW TITLE TO BE IN:
   *REGIONS ASSET COMPANY*
   *A DE CORP*

By Authority of the

Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,599,309
Registered July 23, 2002

### SERVICE MARK
### PRINCIPAL REGISTER

## REGIONS CLASSIC BANKING

REGIONS FINANCIAL CORPORATION (DELA-
WARE CORPORATION)
417 20TH STREET NORTH
BIRMINGHAM, AL 35203

FOR: BANKING SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 7-17-2001; IN COMMERCE 7-17-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "CLASSIC BANKING", APART
FROM THE MARK AS SHOWN.

SN 76-234,492, FILED 4-3-2001.

JENNIFER CHICOSKI, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS; SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

August 14, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,599,310 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM   July 23, 2002

SAID RECORDS SHOW TITLE TO BE IN:
   REGIONS ASSET COMPANY
   A DE CORP

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,599,310
Registered July 23, 2002

### SERVICE MARK
### PRINCIPAL REGISTER

## REGIONS E-SSENTIAL BANKING

REGIONS FINANCIAL CORPORATION (DELA-
WARE CORPORATION)
417 20TH STREET NORTH
BIRMINGHAM, AL 35203

FOR: BANKING SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 7-17-2001; IN COMMERCE 7-17-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANKING", APART FROM THE
MARK AS SHOWN.

SN 76-234,496, FILED 4-3-2001.

JENNIFER CHICOSKI, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

August 14, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,599,341 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *July 23, 2002*

SAID RECORDS SHOW TITLE TO BE IN:
  *REGIONS ASSET COMPANY*
  *A DE CORP*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,599,341
Registered July 23, 2002

### SERVICE MARK
### PRINCIPAL REGISTER

## REGIONS PREFERRED PLUS BANKING

REGIONS FINANCIAL CORPORATION (DELAWARE CORPORATION)
417 20TH ST. NORTH
BIRMINGHAM, AL 35203

FOR: BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-17-2001; IN COMMERCE 7-17-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANKING", APART FROM THE MARK AS SHOWN.

SN 76-247,411, FILED 4-27-2001.

JENNIFER CHICOSKI, EXAMINING ATTORNEY

T062235

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

August 14, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,605,827 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *August 06, 2002*

SAID RECORDS SHOW TITLE TO BE IN:
   *REGIONS ASSET COMPANY*
   *A DE CORP*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,605,827
Registered Aug. 6, 2002

## SERVICE MARK
## PRINCIPAL REGISTER

## REGIONS PREFERRED BANKING

REGIONS FINANCIAL CORPORATION (DELA-
WARE CORPORATION)
417 20TH ST. NORTH
BIRMINGHAM, AL 35203

FOR: BANKING SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 7-17-2001; IN COMMERCE 7-17-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "PREFERRED BANKING", APART
FROM THE MARK AS SHOWN.

SN 76-234,495, FILED 4-3-2001.

JENNIFER CHICOSKI, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS; SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

August 15, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 3,103,400 IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF 10 YEARS FROM   June 13, 2006
SAID RECORDS SHOW TITLE TO BE IN:  Registrant

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS

Certifying Officer

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

<u>United States Patent and Trademark Office</u>

Reg. No. 3,103,400
Registered June 13, 2006

## SERVICE MARK
### PRINCIPAL REGISTER



**REGIONS**
FINANCIAL CORP.

REGIONS ASSET COMPANY (DELAWARE COR-
PORATION)
SUITE 1212
300 DELAWARE AVENUE
WILMINGTON, DE 19801

FOR: BANKING SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 8-1-2004; IN COMMERCE 8-1-2004.

OWNER OF U.S. REG. NOS. 1,881,600, 1,918,496
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "FINANCIAL CORP", APART
FROM THE MARK AS SHOWN.

THE COLOR(S) GOLD, GREEN AND WHITE IS/
ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "RE-
GIONS" WRITTEN IN GREEN WITH A GOLD
PYRAMID SHAPED DELTA IN FRONT CONTAIN-
ING A WHITE LEAF DESIGN "Δ".

SER. NO. 78-546,958, FILED 1-13-2005.

ERNEST SHOSHO, EXAMINING ATTORNEY



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 15, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,112,740* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM  *July 04, 2006*
SAID RECORDS SHOW TITLE TO BE IN: *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 3,112,740
Registered July 4, 2006

### SERVICE MARK
#### PRINCIPAL REGISTER

# Regions MOR Linked Checking

REGIONS ASSET COMPANY (DELAWARE COR-
PORATION)
SUITE 1212
300 DELAWARE AVENUE
WILMINGTON, DE 19801

FOR: BANKING SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 5-12-2004; IN COMMERCE 5-12-2004.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,881,600, 2,191,540,
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "LINKED CHECKING", APART
FROM THE MARK AS SHOWN.

SN 78-404,602, FILED 4-20-2004.

TRACY FLETCHER, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS, SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

August 15, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,119,462* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *July 25, 2006*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the

Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

N. WILLIAMS

Certifying Officer

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,119,462
Registered July 25, 2006

### SERVICE MARK
### PRINCIPAL REGISTER



REGIONS ASSET COMPANY (DELAWARE COR-
PORATION)
SUITE 1212
300 DELAWARE AVENUE
WILMINGTON, DE 19801

FOR: BANKING SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 8-1-2004; IN COMMERCE 8-1-2004.

OWNER OF U.S. REG. NOS. 914,267, 1,918,496 AND
OTHERS.

THE COLOR(S) GREEN AND GOLD ARE
CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "RE-
GIONS" WRITTEN IN GREEN WITH A GOLD
PYRAMID SHAPED DELTA IN FRONT.

SER. NO. 78-547,235, FILED 1-13-2005.

TRACY CROSS, EXAMINING ATTORNEY

# EXHIBIT B



**CNNMoney**
**TECH TALK**

The Internet home of: FORTUNE   **Money**   BUSINESS 2.0   FORTUNE

**CNNMoney.com**

GET QUOTES SYMBOL LOOK-UP

HOME    NEWS    MARKETS    MY PORTFOLIO    TECHNOLOGY    JOBS    PERSONAL FINANCE    LUXURY    R

## FORTUNE 500 2007
### Our annual ranking of America's largest corporations

| Full list | Companies | **States** | Industries | CEOs |
|---|---|---|---|---|
| Top performers | Employers | Cities | Women CEOs | Climbers |
| Arrivals | Exits | Losers | 50/50 | FAQ |

## States   Switch state

## Alabama

| State Rank | Company | Rank | Revenues ($ millions) | City |
|---|---|---|---|---|
| 1 | Regions Financial | 312 | 7,758.4 | Birmingham |
| 2 | Saks | 570 | 3,564.3 | Birmingham |
| 3 | Vulcan Materials | 595 | 3,342.5 | Birmingham |
| 4 | HealthSouth | 637 | 3,076.6 | Birmingham |
| 5 | Compass Bancshares | 686 | 2,755.8 | Birmingham |
| 6 | Protective Life | 700 | 2,679.1 | Birmingham |
| 7 | Movie Gallery | 734 | 2,541.9 | Dothan |
| 8 | Colonial Bancgroup | 966 | 1,644.8 | Montgomery |

From the April 30th, 2007 issue

**FORTUNE 500 Headquarters**

Click to enlarge
**Show FORTUNE 500 Companies:**
Top 50 | 25 Most profitable | Full list

### What readers say...

• Bank of America: It is no suprise that the tittle of this company has br...

• Walmart, Walmart, Walmart. OK, now that that is out of the way let me sa...

• This is in response to Dan Farnkoff's comment. You obviously unde...

Have your say

### Pick a state

| State | Number of FORTUNE 500 Cos. |
|---|---|

| | | |
|---|---|---|
| Alabama | 1 | Spons |
| Alaska | 0 | |
| Arizona | 4 | Refin |
| Arkansas | 5 | Get $: |
| California | 52 | Paym |
| Colorado | 12 | |
| Connecticut | 11 | Contr |
| Delaware | 1 | Contr |
| District of Columbia | 2 | Out M |
| Florida | 12 | |
| Georgia | 15 | |
| Hawaii | 0 | Refin |
| Idaho | 2 | $150, |
| Illinois | 33 | purch: |
| Indiana | 5 | |
| Iowa | 1 | |
| Kansas | 1 | Mort |
| Kentucky | 6 | $150, |
| Louisiana | 3 | purch: |
| Maine | 1 | |
| Maryland | 8 | |
| Massachusetts | 10 | |
| Michigan | 22 | More |
| Minnesota | 20 | Virgi |
| Mississippi | 0 | |
| Missouri | 10 | Chry |
| Montana | 0 | |
| Nebraska | 5 | A dr |
| Nevada | 2 | |
| New Hampshire | 0 | |
| New Jersey | 24 | Be |
| New Mexico | 0 | |
| New York | 57 | Thes |
| North Carolina | 14 | our |
| North Dakota | 0 | |
| Ohio | 28 | |
| Oklahoma | 4 | Comp |
| Oregon | 1 | |
| Pennsylvania | 25 | Vale |
| Rhode Island | 2 | |
| South Carolina | 1 | Gold |
| South Dakota | 0 | |
| Tennessee | 9 | Proc |
| Texas | 56 | |
| Utah | 1 | See |
| Vermont | 0 | |
| Virginia | 17 | |
| Washington | 10 | Mc |
| West Virginia | 0 | |
| Wisconsin | 9 | Comp |
| Wyoming | 0 | |
| | | Exxo |
| | | UAL |
| | | Citig |
| | | See |
| | | Be |
| | | Best |
| | | Shar |
| | | Indus |

FORTUNE 500 2007: States - Alabama

**Sponsored Links**

**Refinance at 5.35% Fixed**
Get $300,000 loan for $875/month. Calculate Your New Payment. Act Now!
Refinance.LoanOffer.com

**Contract Management**
Contract Management certificate. 100% Online program. Find Out More.
www.VillanovaU.com

**Refinance Rates at 3.0%**
$150,000 loan for $391/month - refinance, home equity and purchase.
www.financelower.com/refinance

Buy a link here

Met
Airli
Tele
See

Fo

Inclu
filing
This

**SPECI**

• Home • Portfolio • Calculators • Contact us • Newsletters • Podcasts • RSS • Mobile • Press Center • Site Map

• Advertise with Us • Magazine Customer Service • Download Fortune Lists • Reprints

• Career Opportunities • Special Sections • Conferences • Business Leader Council

* : Time reflects local markets trading time.    † - Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges.    • Di

© 2007 Cable News Network LP, LLLP. A Time Warner Company    ALL RIGHTS RESERVED.
• TERMS UNDER WHICH THIS SERVICE IS PROVIDED TO YOU.    • PRIVACY POLICY

# EXHIBIT C

# Alabama Kitchen Sink

*MUSINGS ON LIFE, ART AND STARTING A BUSINESS IN THE HEART OF DIXIE*

## About Me



**NAME: SHEILA   LOCATION: MONTGOMERY, ALABAMA, US**

I'm a mother, graphic designer, writer, and artist reacquainting myself with my Southern roots and trying to start a business painting art for kids' rooms. I grew up in Prattville, went to the University of Alabama in journalism and law, left Alabama for 25 years, and returned three years ago.

View my complete profile

## *Recent posts*

Skin-Deep: Racism in America

Time Out

Women and Their Hair

Dog Day Saturday & CafePress

I'm No Martha Stewart

Banishing Paris Hilton & Drink the Kool Aid

Playing With the Big Guys

Poor Tony Snow

Grandma Got Run Over By a Reindeer

The Best Christmas Decorations Ever Contest

## Links

Google News

Blogarama

Email me!

Visit my shop, SHEILA FOR KIDS Visit my shop, HANGING IN THERE





Click here for BLOG VILLAGE

### THURSDAY, DECEMBER 14, 2006

## Moving Forward to Equality?

Federal Judge Harold Murphy of the U.S. District Court in Rome, Ga., has ended oversight of Alabama's college-desegregation lawsuit. For 25 years, this case has pitted Alabama A&M and Montgomery's Alabama State University (ASU), both historically black schools, against other public universities such as Auburn University Montgomery (AUM). In Montgomery, we have three public institutions of higher education: ASU, AUM and a branch campus for Troy University. ASU remains largely African-American, but AUM has a sizable African-American enrollment of around 32%. ASU is 91% African-American. The state will continue programs to try to remove traces of segregation.

posted by Sheila | 9:52 AM

5 Comments:

**Anonymous said...**

(Don here, Sheila, seeing if I can post a comment using Anonymous)

I started to ask if you had forgotten Faulkner University, then realized that it isn't a public institution.

9:07 AM

**Sheila said...**

Thanks, Don. I don't know why you couldn't post under your own name but as I like to say, "There's more than one way to skin a cat." Okay, everyone already knows I'm queen of the cliches and I don't really mean that PETA.

RAC00022995

**BLOGGERNITY**

Vino e Vittles

Diary from England

Trashology

Between the Links

Points of Light

Mustang n Cowboys

Herbal Connection

Fear And Loathing - The Gonzo Papers

River City Views (My blog about Montgomery)

I started to throw in the privates in town, Faulkner, Huntingdon, South University and I believe, Regions University (which used to be Southern Christian). I don't know if I left anyone out. I think that's it.

At any rate, AUM has been more successful in increasing its minority enrollment than ASU has. But maybe since ASU is a historically black college, they do not see that as a priority. I remember that there was some program to encourage white students to come and don't know if that has now been discontinued.

9:27 AM

**Jay Croft said...**
Regions University?

Regions is a bank!

7:53 PM

**Sheila said...**
Jay, Regions is a bank and that's why I was puzzled that Southern Christian University changed its name. I always think that the bank is behind the university. Ha.

7:03 AM

**Jay Croft said...**
It's like Western Maryland College in Westminster, MD. It is the only college in the USA named for a railroad.

(Western Maryland Railway donated the land for the college many years ago. Westminster is not in the western part of Maryland at all.)

A deep-pockets donor gave a sizeable contribution and Behold! It is McDaniel College now.

11:40 AM

Post a Comment

<< Home

RAC00022996

# EXHIBIT D

# training

2006 TOP 100  WWW.TRAININGMAG.COM



➤➤ **THE TRAINING TOP 100** . . . . . . . . . . . . **PAGE 3**

This special report is our fifth annual ranking of the top companies of employee-sponsored workforce training and development.

➤➤ **THE TOP 100** . . . . . . . . . . . . . . . . . . . . **PAGE 20**

Our ranking the best of the best, including each companies metrics, statistics, programs and budgets.

➤➤ **OUTSTANDING TRAINING INITIATIVES** . . . . . . . . . . . . . . . . . . . . . **PAGE 40**

*Training* highlights some of the top initiatives from this year's Top 100. This year, we serve up faster meals and regional learning managers.

➤➤ **BEST PRACTICES** . . . . . . . . . . . . . . . . . **PAGE 42**

Editors select our annual Best Practices Awards. See what others are doing well and how they are doing it. Feel free to apply to your business when appropriate.

➤➤ **LA QUINTA TO THE RESCUE** . . . . . . . . **PAGE 45**

When disaster struck the Gulf Coast, one hotel chain helped its employees get back on their feet.

➤➤ **TRAINING 101** . . . . . . . . . . . . . . . . . . **PAGE 46**

Two Top 100 companies' "101" programs help employees get back to basics.

➤➤ **TOP 10s** . . . . . . . . . . . . . . . . . . . . . . . **PAGE 48**

Our statistical look at the Top 100 in terms of size, budgets, percentage of payroll, training professionals and annual training hours.

## TOP 5

DISCOVER THE BEST OF THE BEST WHEN IT COMES TO EMPLOYEE-SPONSORED TRAINING IN THE U.S.

**1** One Firm, One Goal
Booz Allen Hamilton Puts People First     Page 4

**2** Suite Success
On Demand Delivers for IBM     Page 8

**3** Going Global
Ernst & Young Makes Pitch for
Worldwide Consistency     Page 11

**4** Plug in and Perform
Technology Opens the Door to Success
at Ritz-Carlton     Page 14

**5** Flying High
Lockheed Martin Prepares for Takeoff     Page 17

## training
mag.com

### ON THE WEB:
■ Industry News
■ New Products
■ Upcoming Events

Cover Illustration by Brian Stauffer

*Training* is published monthly by VNU Business Publications USA. Copyright 2005 by VNU Business Media, Inc. All rights reserved. 770 Broadway, New York, NY 10003; (646) 654-4500. Annual subscription rate: $78 US. $89 Canadian includes 7% GST, and $159 all other countries. Single copy price. $10 (except March, $15 and December, $35), plus shipping and handling. Periodicals postage paid at New York, NY, and additional mailing offices. Canada Post Publications Mail Agreement No. 40031729. Return Undeliverable Canadian Addresses to: Deutsche Post Global Mail, 4960-2 Walker Road, Windsor, ON N9A 6J3. Printed in USA. POSTMASTER: Send address changes to *Training*, P.O. Box 2104, Skokie, IL 60076-9367.

RAC00000214



**training**

EDITORIAL AND EXECUTIVE OFFICES
770 Broadway, New York, N.Y. 10003
(646) 654-4500; Fax: (646) 654-7367
Web site: www.trainingmag.com

*Publisher*   Joanne Melton

EDITORIAL   (646) 654-4435; edit@trainingmag.com
*Editor-In-Chief*   Joseph Kornik
*Managing Editor*   Jacqueline Durett
*Senior-Associate Editor*   Margery Weinstein
*Editor-at-Large*   Jack Gordon
*Contributing Editor*   Holly Dolezalek

ART
*Art Director*   Natalie Thompson

ADVERTISING SALES
*National Sales Director*   John Moreton (800) 707-7745
*West Coast*   Tim Matteson (310) 836-4064
*Marketplace*   Robyn Graney (646) 654-1492
*New England*   Rich Alden (603) 899-3010

MARKETING
*Marketing Director*   Mike Keegan

PRODUCTION   (646) 654-7293
*Production Manager*   Grace Casey

INFORMATION MARKETING
*Inf. Marketing Manager*   Nicole Harris (646) 654-4853
   nharris@vnubuspubs.com
*Assoc. Inf. Marketing Director*   Elisabeth Cesarano (646) 654-7218
   ecesarano@vnubuspubs.com

*Subscription Information*   (847) 763-9050 or fax (847) 647-0226
*Online Subscriptions*   info@trainingmag.com; (866) 890-8541
   or (646) 654-5528
*Permission to Photocopy*   Copyright Clearance Center (978) 750-8400
   Fax (978) 646-8600
*Custom Reprints*   FosteReprints, Morene Stark (866) 879-9144 x119;
   mstark@fostereprints.com
*To order back issues*   Hallmark (847) 763-9037;
   training@hallidata.com
*Postal List Rental Information*   Julius Single (845) 731-2731;
   julius.single@edithroman.com
*E-mail List Rental Information*   Wayne Nagrowski (845) 731-3854;
   wayne.nagrowski@epostdirect.com

*Division President*   Richard O'Connor
*Group Publisher*   Joanne Melton

**Editorial Advisory Boards** Abbe Carter, Best Buy; Cedric Coco, Microsoft; Ed Cohen, Booz Allen Hamilton; Ron Dobson, Intel; Pam Danziter, Nissan USA; Andreas Forsberg, Nokia Group, Bob Gerds, Xohler Co., Gloria Guy, Grey Advertiser; Pat Galvin, Freddie Mac; Corey Jack, BMO Financial Group, Sandra King, Staples; Steve Kirschbaum, CIGNA Healthcare; Marcy Levin, IBM; Deb Olsen, Internal Revenue Service; Sandy Quesada, USAA; Rebecca Ray, and Ross Tartell, Pfizer

**▼ vnu business publications**
usa

CORPORATE OFFICERS *President & CEO* Michael Marchesano; *Group President* Mark Holdreith (Retail); *John Kilcullen* (Music & Literary); *Richard O'Connor* (Travel & Performance); *Michael Parker* (Marketing/Media & Design); *Tony Uphoff* (Film & Performing Arts); *Editorial Director* Sid Holt; *Vice President* John Lerner (Retail); *Karen Palmieri* (Manufacturing and Distribution) Joanne Wheatley (Information Marketing)

**▼ vnu business media**

*President & CEO* Michael Marchesano; *Chief Financial Officer* Derek Irwin; *President - VNU Expositions* Greg Farrar; *President - eMedia and Information Marketing* Toni Nevitt; *Senior Vice President Human Resources* Michael Alicea; *Vice President Business Management* Joellen Sommer; *Vice President Communications* Deborah Patton; *Vice President Licensing and Events* Howard Appelbaum; *Director Business Planning and Development* Jonathan Gordon

 



## ABOUT THE TOP 100

**As was the case in compiling the previous four rankings, *Training* magazine conducted extensive research this year's Top 100 through multi-tiered nomination and application processes. Peers, employees and training suppliers nominated many participating companies; others responded to mass mailing and marketing efforts targeted at *Training* magazine's subscriber base.**

Any company wishing to be considered for the Top 100 had to fill out a detailed application providing quantitative and qualitative answers to questions. Our editorial team of judges evaluated the applications, using a point-based scale for the statistical information provided, and open discussions, forums and interviews when appropriate for the more subjective areas on the application.

Each year that we conduct this process, the ranking bar goes a little higher, and this year was no exception. For the companies who saw their ranking fall or disappear from the list altogether, the drop doesn't necessarily indicate any change in their training and development efforts.

Every year, new applicants and vastly improved repeat applications shake up the rankings. This year, there were 24 newcomers to the Top 100; the biggest jump up in the ranking was 35 places.

To be included or considered for the Top 100, providing training and development services must not be a company's core business. For those that do offer such services as part of their business models, those services can represent less than 5 percent of the company's annual revenue.

However, applicants are not limited in terms of industry or size; we welcome a cross-section of fields to learn about the myriad forms of training that take place in today's economy.

### NEXT YEAR'S TOP 100

If you would like to be considered for the 2007 Top 100, please visit our Web site at www.trainingmag.com and click the Top 100 logo, or send an e-mail to edit@trainingmag.com. Please put "2007 Top 100" in the subject line of the e-mail.

### REPRINTS OF THE TOP 100

For reprints of any section of this special issue, please contact Morene Stark at FosteReprints at 866-879-9144 x119 or at morene.stark@fostereprints.com.

RAC00000215



# Welcome to the 2006 Training Top 100

This special report is our fifth annual ranking of the top companies of employee-sponsored workforce training and development. These 100 companies not only make sizable investments in their human assets, they do so strategically and creatively.

Inside the Top 100 companies, training is routinely tied to business objectives, measured for return on investment and considered a competitive advantage to the business each company is in. Many of the leaders of these learning organizations sit at the table at the corporate level; they speak the language of the business, and they make a notable impact on it.

It goes without saying that Top 100 companies are committed to learning and performance improvement. The Top 100 accounts for more than $5 billion spent on training, 21,849 professional trainers and 5,193 training hours delivered in 2005.

In this issue, you'll find stories about the Top 5 companies in the Training Top 100 (Pages 4 to 19), a 20-page chart outlining the metrics and programs of all 100 companies (Pages 20 to 39) and Outstanding Training Initiatives (Pages 40 and 41) and Best Practices chosen by our editorial team (Pages 42 to 44). You also won't want to miss how La Quinta helped hurricanes Katrina and Rita victims (Page 45) and how David Weekley Homes and DaVita get back to basics with "101" programs (Page 46 and 47).

We salute the Top 100 companies for their vision and continuing efforts to be the best in the business. The Top 100 companies truly are benchmarks for the industry.

RAC00000216

# training TOP 100

## RANKING

### 41–50

| 2006 Rank | 2005 Rank | Company Name/Location | No. of Employees | Annual Training Budget | Training Budget as a Percentage of Payroll | No. of Full-Time Trainers | Ratio of Full-Time Trainers to Worldwide Employees |
|---|---|---|---|---|---|---|---|
| 41 | 24 | Johnson Controls Inc. Providence, RI | 16,030 U.S.; 30,635 worldwide | NFP | NFP | 22 | 1:1,392 |
| 42 | 43 | Steelcase Inc. Grand Rapids, MI | 11,800 U.S.; 14,200 worldwide | $5.9m | 2% | 38 | 1:374 |
| 43 | 19 | Edward Jones St. Louis, MO | 29,187 U.S.; 31,197 worldwide | $32.8m | 2.5% | 245 | 1:127 |
| 44 | 35 | HSBC-North America Prospect Heights, IL | 48,843 U.S.; 55,783 worldwide | $51m | 1.5% | 251 | 1:222 |
| 45 | 41 | Gilbane Providence, RI | 1,509 U.S. | NFP | 1.6% | 6 | 1:252 |
| 46 | 66 | Regions Financial Corporation Birmingham, AL | 25,000 U.S. | $21.5m | 2.2% | 140 | 1:179 |
| 47 | 71 | Scotiabank Toronto Ontario, Canada | 48,251 worldwide | $68.7m Canadian About $59m U.S. | 2.4% | 145 | 1:332 |
| 48 | 81 | Cerner Corp. Kansas City, MO | 6,040 U.S.; 6,551 worldwide | $31.8m | 9% | 85 | 1:77 |
| 49 | 32 | Blue Cross and Blue Shield of North Carolina Chapel Hill, NC | 3,600 U.S. | NFP | 3% | 66 | 1:55 |
| 50 | 60 | Vision Service Plan Rancho Cordova, CA | 1,921 U.S. | $1.1m | 1.6% | 28 | 1:69 |

\* New entry; not ranked in the 2005 Top 100

www.trainingmag.com

RAC 00241

RAC00000241

RANKING  training TOP 100

| Annual Training Hours Per Employee | Programs | Remuneration Tied to Development | Tuition Reimbursement | Corporate University | | Description |
|---|---|---|---|---|---|---|
| | | | | Virtual | Fixed | NFP= Information provided, but not for publication / ND= Information not disclosed / N/A= Not applicable / BP= Honored for best practice / OTI= Honored for outstanding training initiative |
| 43 | | No | $12,000 graduate; $5,250 undergraduate | Yes | Yes | This building control systems company realized that its front-line supervisors didn't have certain management skills, and that turnover among them was too high. After these supervisors received training in both personnel and financial management, turnover among them dropped 7 percentage points. |
| 55 | | No | $5,000 | Yes | Yes | The learning department at this furniture manufacturer helped to bridge the gap between IT and leadership of a plant during implementation of a new technology platform, and created learning modules to support it. The company saved $500,000 on the implementation as a result. |
| 95 | | No | $5,000 | No | No | This brokerage firm added field trainers, new requirements for graduation and more on-demand learning to its new investment representative (IR) training. Since the additions, 98 percent of new IRs are meeting or exceeding sales expectations, compared to 93 percent prior to the new training. |
| 6 | | Yes | $9,000 | Yes | Yes | Account executives at this financial services company took two workshops in sales techniques that taught them how to discover client needs and capitalize on marketing leads. Four months after training, the executives were still exceeding sales goals. OTI |
| 31 | | Yes | $4,000 | Yes | Yes | In response to interest from clients, this construction company has been providing training to its employees in how to build "green" or environmentally friendly and energy-saving buildings. This training includes an environmental operations course that introduces the concepts of green and sustainability. BP |
| 23 | | Yes | $5,000 | Yes | Yes | Trainers spend an average of 20 percent of their time coaching and mentoring new tellers at this bank. When the bank studied tellers' performance, it found that over/short amounts for tellers who trained with a mentor were less than one-third of those who trained without one. BP |
| NFP | | Yes | No maximum | Yes | No | Seventy percent of advisors at this Canadian bank have taken a course in building client commitment. Since the training, referrals and the number of financial plans completed have gone up, and client satisfaction has increased by 19 percent. |
| 85 | | Yes | $3,000 | Yes | Yes | This software company developed an online process tool that trains and supports employees in the design, testing and maintenance of its software. The company's latest product release contained 14 million lines of code, but just 105 defects, less than half of previous releases. |
| 36 | | Yes | $4,000 | Yes | Yes | This health insurance company spent $1.2 million on tuition reimbursement. The company has partnered with several local universities to provide on-site degree programs, deferred master billing, and tuition discounts. Approximately 13 percent of the workforce is enrolled in higher education. |
| 16 | | No | $2,500 | No | No | This eye health care company rolled out ergonomics training to its employees so that they could evaluate their workstations and prevent injuries or catch them earlier. Since the program launched, cost per worker's compensation claim has dropped from an average of $12,000 per claim to $5,000 per claim. |

RAC 000242

RAC00000242

**TECHNOLOGY**

# General Mills

General Mills gives its employees food for thought through its technical training program. Employees in the company's Innovation, Technology and Quality organization, which includes more than 10,000 employees in supply chain manufacturing, are eligible for these training programs, which range from product-specific knowledge (i.e. certain cereal-producing and other technologies) to function-specific knowledge (i.e. quality and maintenance) to general technical skills (i.e. food chemistry) and product development.

Through the supply chain's Continuous Learning Blueprint, and available via the company's intranet, the Minneapolis-based company has established curriculum materials for more than 1,000 training courses, which, depending on the course, are often taught by internal subject matter experts.

Through the company's system, students receive theoretical and practical information about technical processes in programs such as "Traveling Dough School" or "Mini Yogurt School." Classes are designed based on business needs, and the curriculum can change to reflect new businesses within the company portfolio.

However, as the technology evolves, more of these technical courses can be offered via distance learning, which enables the company to reach more employees at lower cost. General Mills employs virtual classrooms and Web-based learning when possible. Often, these technologies are used at smaller General Mills plants where creating a class on site is not practical. Video conferencing is also part of the training program.

**COMMUNICATION SKILLS**

# Gilbane

Construction management company Gilbane believes communication skills are essential to project success and customer satisfaction—and that's why there's a course for each step in the life cycle of a construction project.

While some of the 10 courses are straightforward, such as "Building Exceptional Customer Satisfaction," which is the foundation course taught by the company's president, William Gilbane Jr., one of the more notable courses includes "Design Phase 4: Value Engineering." According to the Providence, R.I.-based company, the course teaches employees how to "diplomatically inquire about material substitutions and to suggest alternatives without inferring blame or [causing] cost overruns." Likewise, "Managing with the Architect" gives employees advice on working effectively "to decrease historically contentious relations." And for those who want to keep working on those difficult relationships, online classes and library materials supplement the instructor-led course series.

**JOB ROTATION**

# Regions Financial

Those who want to get on the management track at Regions Financial may find success in changing jobs—within the company that is. To get hands-on experience in a variety of capacities, Regions has two major job rotation programs—information technology (IT) and retail banking.

Within IT, the program involves two full-time positions reporting to the learning officer from the Organizational Development and Learning's Information Technology College. Both are assigned to a 12- to 18-month job rotation within the six IT departments to work on special projects.

However, it is clear the Birmingham, Ala.-based company is putting a great deal of stock into its new Retail Leadership Development Program (RLDP), which kicked off in 2003. The program provides a 12-month, structured, on-the-job retail banking training experience that is targeted to young professionals on track for a retail management position. Participants rotate to teller, financial services representative and branch sales manager, and learn service, sales, branch operations and leadership skills.

Within these positions, employees are taught using a blended learning approach consisting of instructor-led training, computer-based courses, on-the-job training with a mentor and virtual classroom sessions.



The 23 graduates of the RLDP class of 2005 has much to be proud of: Members completed more than 830 hours of computer-based and classroom training with approximately 358 hours learning the teller and teller supervisor functions, 336 hours learning the financial sales representative and consumer lending positions, and 140 hours in management rotation. In their final rotation, the company says, graduates brought in almost $8 million in deposits and more than $6.6 million in funded loans.

And the success continues beyond the program's completion. In its inaugural year, the program saw 83 percent of graduating trainees placed in management positions. So far, eight class of 2005 members were promoted to management positions while three were promoted into other positions with the company.

RAC 00255

RAC00000255

# EXHIBIT E

DRAFT

December XXX, 2006

Contact:
Lucy Arnold Sikes
Campaign Communications
The University of Alabama
205-348-6764
lasikes@advance.ua.edu

Pat Martin
Director of Public Relations
Regions Financial Corporation
205-246-4567
pat.martin@regions.com

## REGIONS FINANCIAL CORPORATION ESTABLISHES ENDOWED SCHOLARSHIP AT UA

TUSCALOOSA, Ala.—Birmingham-based Regions Financial Corporation (NYSE: RF), one of the nation's Top 10 financial services providers, has again given $1 million to The University of Alabama's "Our Students. Our Future." campaign establishing the Regions Endowed Scholarship.

The gift will fund scholarships for both undergraduate and graduate students in the Culverhouse College of Commerce and Business Administration, while also supporting the University's vision to recruit the best and brightest students.

"One of the basic values at Regions is 'Reach Higher' and we believe supporting the University of Alabama and its students helps us all to do that," explains Regions North Central Alabama Area Executive Sam Tortorici. "We are proud to contribute to UA's campaign to invest in a better future for our students, our customers and our communities."

"Quote from C&BA/Dean Mason"

In 2005, Regions Financial Corporation donated $1 million to the University in honor of former CEO Carl E. Jones Jr. and his wife Ann Karpinski Jones, both UA graduates. The Joneses matched the gift with a $1 million donation of their own. The gifts established the Carl E. and Ann K. Jones Regions Endowed Scholarship.

The "Our Students. Our Future." campaign's $500 million goal includes $250 million for student scholarships. The remaining funds are allocated to faculty support, facilities and priority needs. The campaign has raised more than $340 million since 2002.

RAC00040401

**About Regions**

Regions Financial Corporation is a member of the S&P 100 Index and, with more than $140 billion in assets, one of the nation's largest full-service providers of consumer and commercial banking, trust, securities brokerage, mortgage and insurance products and services. Regions serves customers in 16 states across the South, Midwest and Texas, and through its subsidiary, Regions Bank, operates some 2,000 AmSouth and Regions banking offices and a 2,800-ATM network. Its investment and securities brokerage, trust and asset management division, Morgan Keegan & Company Inc., provides services from over 300 offices. Additional information about Regions and its full line of products and services can be found at www.regions.com.

RAC00040402

# EXHIBIT F

Montgomery Advertiser

4A     Sunday, June 3, 2007



From left, Brandy Cox of Prattville, Alisha Tate of Charlotte, N.C., and Angel Palode of Wahiawa, Hawaii talk while waiting for the start of graduation.



Steven and Jessica Aderholt were one of three couples receiving degrees Saturday.



Randall Ruble, president of Erskine College and a theological Seminary, delivered the commencement address at the Regions University graduation on Saturday. For more photos, log on to montgomeryadvertiser.com

Photos by Lloyd Gallman/Advertiser

# Regions grads come from near and far

**By Cyril Josh Barker**
cjbarker@gannett.com

Angel Palode experienced several firsts before her graduation Saturday from Regions University. It was her first trip to Alabama and her first time meeting her professors and classmates.

Regions University, formerly Southern Christian University for its first serves students around the world earning degrees up to the doctoral level. Many students, such as Palode, never set foot in a classroom and don't live in Montgomery. It was Regions' first commencement under the new name.

Palode, a resident of Wahiawa, Hawaii, was one of many graduates making a stop in town to earn her diploma, which she earned online.

"You can really feel the Southern hospitality," she said about her first trip to Montgomery. "I've never been in Alabama and all of my family is with me. We plan on going on a tour of civil rights movement attractions."

With her parents and siblings watching, Palode received her bachelor's degree in human development. When she returns to Hawaii, she's made plans to earn her master's degree and aspires to someday become a family counselor.

Serving in the Air Force in Korea, Rodney Huffman traveled nearly 8,000 miles back to his hometown to attend Saturday's ceremony. He earned his bachelor's in management communications from Regions.

Doing class work online in Korea, Huffman's degree brings him a step closer to living his dream of becoming an officer.

In the audience watching him walk across the stage were his father and other family members. His wife and three children are in Korea and were unable to attend the ceremony. But they will be able to see a video of the entire graduation on the Regions University Web site.

Ora Johnson's disability didn't stop her from earning her master's degree in ministerial leadership. She is visually impaired and took online courses from her home in Huntsville through the use of screen readers and special computer programs that allow her to hear words typed on the screen. She wants to use her degree to establish better connections in her church between the blind and people with sight.

"Someone has to push them together," she said, "and that's going to be me."

# EXHIBIT G

TTAB

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| In the matter of Trademark Application Serial Nos.: | 76-413, 412 |
| For the Marks: | Regional |
| Published in the Official Gazette: | December 10, 2002 |
| OG Page Number: | TM629 |
| OG Volume Number: | 1265 #2 |

Regions Financial Corporation   )

   Opposer     )

              )

v.               )  Opposition No. _____

              )

Regional Acceptance Corporation   )

   Applicant     )

02-06-2003

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #22

Box TTAB FEE
Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

## NOTICE OF OPPOSITION OF
## REGIONS FINANCIAL CORPORATION

Commissioner:

  In the matter of the applications of Regional Acceptance Corporation ("Applicant") filed May 29, 2002, and assigned Serial No. 76-413,412, and published for Opposition in the Official Gazette of the United States Patent and Trademark Office on December 10, 2002 at page TM 629, Volume 1265 #2, and which seeks to register word mark "REGIONAL" as well as the logo/design ("a design plus words, letters, and/or numbers"), said application stating that this mark is used in its business with "financial services, namely consumer and installment loans" pursuant to International Class 36. Applicant is a Corporation incorporated in the state of North Carolina whose business address is 1202 East Fire Tower Road, Greenville, North Carolina 27858.

  Regions Financial Corporation (the "Opposer"), a corporation incorporated in the State of Delaware whose business address is 417 Twentieth Street North, Birmingham, Alabama 35223, believes that it is and will be damaged by registration of the mark shown in the above-identified application, and hereby opposes same.

RAC00030359

The grounds for opposition are as follows:

1. Commencing long prior to May 29, 2002 (the filing date of Applicant's applications for Serial Nos. 76-413,412; 76-413,402), and for more than forty (40) years, Opposer has engaged, directly and through its predecessors in title, and is now engaged, in among other financial and banking services including consumer and installment loans, the purchasing of retail installment contracts initially made between retail automobile dealers and consumers in interstate commerce.

2. Since long prior to May 29, 2002, Opposer has used in various forms, and is now using, in interstate commerce, "REGIONS" trademark, comprising of a family of Regions' marks for a variety of financial and banking services and goods.

3. Opposer is the owner and holder of the rights to the following United States Trademark Registrations on the Principal Register, all of which are registered in International Class 36:

| REGIONS TRADEMARKS (REGISTERED) | | |
|---|---|---|
| NUMBER | MARK | CLASS |
| R#1881600 | Regions | 36 |
| R#1914267 | Regions (stylized) | 36 |
| R#1918496 | Regionsbank | 36 |
| R#2599308 | Regions Basic Banking | 36 |
| R#2599309 | Regions Classic Banking | 36 |
| R#2007680 | Regions Collegiate Checking | 36 |
| R#2599310 | Regions E-ssential Banking | 36 |
| R#2326892 | Regions Express | 36 |
| R#2326890 | Regions Express | 36 |
| R#2399848 | Regions Funds (design plus words) | 36 |
| R#2257149 | Regions Funds | 36 |
| R#2005310 | Regions Growth Account (stylized) | 36 |
| R#2326889 | Regions Investment Company, Inc. | 36 |
| R#2333115 | Regions Investment Company, Inc. (stylized) | 36 |
| R#2005285 | Regions Lifespan Account | 36 |
| R#1957997 | Regions Management Account | 36 |
| R#2191049 | Regions Millennium CD (stylized) | 36 |
| R#2191050 | Regions Millennium CD | 36 |
| R#2326893 | Regions Mortgage, Inc. (stylized) | 36 |
| R#2326891 | Regions Mortgage, Inc. | 36 |
| R#2584509 | Regions.Net (design plus words) | 36 |
| R#2250389 | RegionsNet | 36 |
| R#2005321 | Regions Performance Account (stylized) | 36 |
| R#2605827 | Regions Preferred Banking | 36 |
| R#2599341 | Regions Preferred Plus Banking | 36 |
| R#2191540 | Regions Rewards | 36 |

4. Specifically, Opposer is the owner of U.S. Trademark Registration No. 1881600, for the mark "REGIONS" for banking services pursuant to International Class 36, which was registered on the Principal Register on February 28, 1995. Said registration was based on an application filed in the U.S. Patent and Trademark Office on August 30, 1993, which is a date prior to the date of filing of Applicant's applications (and prior to the date of Applicant's claimed date of first use of August

2

RAC00030360

31, 2000). Said registered mark of Opposer is valid and subsisting and is prima facie evidence of Opposer's exclusive right to use said mark in commerce on the goods and services specified in said registration. In light of the similarity of the respective marks and the related nature of the services of the respective parties, the Applicant's marks so resemble Opposer's family of registered marks as to be likely to cause confusion, to cause mistake, or falsely suggest a connection with the Opposer and deceive consumers, investors and others in connection with the goods and services offered.

5. Opposer is now, has been, and plans to continue expanding its "REGIONS" family of marks. Said use has been valid and continuous since said date of first use and has not been abandoned. Opposer has made a substantial investment in advertising and promoting its goods and services under the "REGIONS" family of marks. Opposer has extensively used, advertised and promoted Opposer's services in association with the REGIONS marks to the public through a variety of channels of trade and commerce and as a result, Opposer's customers and the public in general have come to know and recognize Opposer's "REGIONS" marks and associate such marks with Opposer and Opposer's goods and financial services. In addition, said mark of Opposer is symbolic of extensive goodwill and consumer recognition built and created by Opposer through considerable effort, time, and money in advertising and promotion. Opposer's advertising includes routine advertising in national, state, and local newspapers and magazines in each of the states it conducts/transacts business. For example, recently a full-page advertisement ran in the December 2002 Holiday Home issue of *Southern Accents*. Opposer also advertises in a variety of trade journals and other media such as outdoor boards, television and radio. In 2002, Opposer spent approximately $6.8 million dollars to advertise and promote Regions goods and services. Given the likeness of the respective marks and the related nature of the services of the Applicant and Opposer, allowing the registration of Applicant's marks which resemble, incorporate and subsume Opposer's family of registered marks, will cause confusion, mistake and falsely suggest a connection with Opposer and deceive consumers, investors, and others in connection with the goods and services offered.

6. Opposer's is now, has been and will continue to seek further United States Trademark Registrations for its "REGIONS" family of trademarks as is substantiated by trademark applications now pending before the U.S. Patent and Trademark Office.

| NUMBER | MARK | CLASS |
|---|---|---|
| REGIONS TRADEMARKS (PENDING) | | |
| S#75673073 | Regions E-Bank | 36 |
| S#76139742 | Regions E-Tracker | 36 |
| S#76351448 | Regions EZ Collect | 36 |
| S#78170495 | The Regions-Morgan Keegan Select Annuity | 36 |

7. Opposer, for more than forty (40) years, has been and is now since December, 1993, operating under the designation of Regions in the area of Dealer-Credit Services

3

RAC00030361

providing products and services for the automotive industry, including the purchasing of automobile leases from close-in automobile leases, which leases are made by and between the retail automobile dealerships and consumers. In addition, Opposer offers wholesale, leasing, retail and secondary products and currently operates in nine southern states namely, Alabama, Arkansas, Florida, Georgia, Louisiana, Mississippi, South Carolina, Tennessee and Texas. Opposer continually expands its offering of competitive interest rates, a wholesale floor plan and an affiliation for secondary lending to non-prime customers. Said use has been valid and continuous since said date of first use and the relevant class of the public has come to associate Opposer with said designation. Applicant operates in some of the same states as Opposer providing the same or similar products and financial services for the automotive industry including financing consumer automobile and recreational vehicle purchases and offering credit and other financial products to automobile dealers through its dealer lending programs. In view of the related nature of the uses thereof, Applicant's mark consists of and comprises matter that may disparage and falsely suggest a connection with Opposer.

8. Opposer's "REGIONS" marks are inherently distinctive in commerce and consumers have come to associate the mark with goods and services of Opposer and thus such marks are entitled to a broad range of protection.

9. Applicant's marks, when used for the services identified in Applicant's applications for registration, is likely to cause confusion, deception and mistake with Opposer's separate "REGIONS" marks and with Opposer's famous family of "REGIONS" marks and will falsely suggest a connection with Opposer and deceive consumers, investors and others with respect to the goods and services offered.

By reason of the foregoing, Opposer believes and submits that it will be irreparably damaged as set out above by the confusion and disparagement caused its prior registered family of marks if Applicant is allowed to register the word mark "REGIONAL" as well as the logo/design as a trademarks in Class 36 or otherwise.

**WHEREFORE,** Opposer prays that this Opposition be sustained and that the application for the registration of the word mark "Regional" as well as the design/logo be denied.

February 6, 2003

MORRIS WADE RICHARDSON
HOPE D. MEHLMAN
Attorneys for Regions Financial
Corporation

4

RAC00030362

# POWER OF ATTORNEY

Opposer has appointed Morris Wade Richardson, a member of the Bar for the State of Alabama and Hope D. Mehlman, a member of the Bars for the State of Alabama, District of Columbia, New Jersey, and New York, to prosecute this opposition proceeding and to transact all business in and before the United States Patent and Trademark Office in connection herewith. Please address all correspondence to:

> Morris Wade Richardson, Esq.
> Hope D. Mehlman, Esq.
> Adams and Reese/Lange Simpson LLP
> 2100 3rd Avenue North, Suite 1100
> Birmingham, Alabama 35203

The filing fee for this opposition in the amount of $300.00 is enclosed herewith.

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being delivered via Express Mail Post Office to Addressee, and deposited by the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:

> Box TTAB FEE
> Commissioner for Trademarks
> 2900 Crystal Drive
> Arlington, VA 22202-3513

On: Mailing Date of Request: February 6, 2003

Name of Person Signing this Certificate: Hope D. Mehlman, Esq.

Signature: _____

Date Signed: _____2 | 6 | 0 3_____

5

TTAB

# ADAMS AND REESE LLP

Attorneys at Law
Baton Rouge
Houston
Jackson
Mobile
New Orleans
Washington, DC

February 6, 2003

02-06-2003
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #72

VIA EXPRESS MAIL (EV 043025185 US)

Box TTAB FEE
Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

Re:    Trademark Application Serial No: 76-413,402
       Trademark Application Serial No: 76-413,412

Dear Commissioner:

   This letter accompanies one (1) original and three (3) copies each of Regions Financial Corporation's Notices of Opposition ("Oppositions") relative to above-referenced trademark applications. The filing fee for these Oppositions, each in the amount of $300.00, is also enclosed herewith.

   I would greatly appreciate if you would please stamp as filed one of the three copies of each Opposition and return to me by the self-addressed, stamped envelope enclosed for your convenience. Should you have any questions, please do not hesitate to call me.

Respectfully yours,

ADAMS AND REESE / LANGE SIMPSON LLP

Hope D. Mehlman

HDM/rhs
Enclosures

cc:    Alan Deer, Esq. (Regions Financial Corp.)
       Wade Richardson, Esq.

4500 One Shell Square • New Orleans, Louisiana 70139 • (504) 581.3234 • Fax (504) 566.0210 • www.arlaw.com

RAC00030364

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| In the matter of Trademark Application Serial Nos.: | 76-413,402 |
| For the Marks: | Regional |
| Published in the Official Gazette: | December 10, 2002 |
| OG Page Number: | TM629 |
| OG Volume Number: | 1265 #2 |

Regions Financial Corporation )

      Opposer )

    )

v. )

    )

Regional Acceptance Corporation )

    Applicant )

02-14-2003
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #30

Opposition No. _____

Box TTAB FEE
Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

NOTICE OF OPPOSITION OF
REGIONS FINANCIAL CORPORATION

Commissioner:

    In the matter of the applications of Regional Acceptance Corporation ("Applicant") filed May 29, 2002, and assigned Serial No. 76-413,402, and published for Opposition in the Official Gazette of the United States Patent and Trademark Office on December 10, 2002 at page TM 629, Volume 1265 #2, and which seeks to register word mark "REGIONAL" as well as the logo/design ("a design plus words, letters, and/or numbers"), said application stating that this mark is used in its business with "financial services, namely consumer and installment loans" pursuant to International Class 36. Applicant is a Corporation incorporated in the state of North Carolina whose business address is 1202 East Fire Tower Road, Greenville, North Carolina 27858.

    Regions Financial Corporation (the "Opposer"), a corporation incorporated in the State of Delaware whose business address is 417 Twentieth Street North, Birmingham, Alabama 35223, believes that it is and will be damaged by registration of the mark shown in the above-identified application, and hereby opposes same.

1

RAC00030374

The grounds for opposition are as follows:

1. Commencing long prior to May 29, 2002 (the filing date of Applicant's applications for Serial Nos. 76-413,412; 76-413,402), and for more than forty (40) years, Opposer has engaged, directly and through its predecessors in title, and is now engaged, in among other financial and banking services including consumer and installment loans, the purchasing of retail installment contracts initially made between retail automobile dealers and consumers in interstate commerce.

2. Since long prior to May 29, 2002, Opposer has used in various forms, and is now using, in interstate commerce, "REGIONS" trademark, comprising of a family of Regions' marks for a variety of financial and banking services and goods.

3. Opposer is the owner and holder of the rights to the following United States Trademark Registrations on the Principal Register, all of which are registered in International Class 36:

| REGIONS TRADEMARKS (REGISTERED) | | |
|---|---|---|
| NUMBER | MARK | CLASS |
| R#1881600 | Regions | 36 |
| R#1914267 | Regions (stylized) | 36 |
| R#1918496 | Regionsbank | 36 |
| R#2599308 | Regions Basic Banking | 36 |
| R#2599309 | Regions Classic Banking | 36 |
| R#2007680 | Regions Collegiate Checking | 36 |
| R#2599310 | Regions E-ssential Banking | 36 |
| R#2326892 | Regions Express | 36 |
| R#2326890 | Regions Express | 36 |
| R#2399848 | Regions Funds (design plus words) | 36 |
| R#2257149 | Regions Funds | 36 |
| R#2005310 | Regions Growth Account (stylized) | 36 |
| R#2326889 | Regions Investment Company, Inc. | 36 |
| R#2333115 | Regions Investment Company, Inc. (stylized) | 36 |
| R#2005285 | Regions Lifespan Account | 36 |
| R#1957997 | Regions Management Account | 36 |
| R#2191049 | Regions Millennium CD (stylized) | 36 |
| R#2191050 | Regions Millennium CD | 36 |
| R#2326893 | Regions Mortgage, Inc. (stylized) | 36 |
| R#2326891 | Regions Mortgage, Inc. | 36 |
| R#2584509 | Regions.Net (design plus words) | 36 |
| R#2250389 | RegionsNet | 36 |
| R#2005321 | Regions Performance Account (stylized) | 36 |
| R#2605827 | Regions Preferred Banking | 36 |
| R#2599341 | Regions Preferred Plus Banking | 36 |
| R#2191540 | Regions Rewards | 36 |

4. Specifically, Opposer is the owner of U.S. Trademark Registration No. 1881600, for the mark "REGIONS" for banking services pursuant to International Class 36, which was registered on the Principal Register on February 28, 1995. Said registration was based on an application filed in the U.S. Patent and Trademark Office on August 30, 1993, which is a date prior to the date of filing of Applicant's applications (and prior to the date of Applicant's claimed date of first use of August

2

RAC00030375

31, 2000). Said registered mark of Opposer is valid and subsisting and is prima facie evidence of Opposer's exclusive right to use said mark in commerce on the goods and services specified in said registration. In light of the similarity of the respective marks and the related nature of the services of the respective parties, the Applicant's marks so resemble Opposer's family of registered marks as to be likely to cause confusion, to cause mistake, or falsely suggest a connection with the Opposer and deceive consumers, investors and others in connection with the goods and services offered.

5. Opposer is now, has been, and plans to continue expanding its "REGIONS" family of marks. Said use has been valid and continuous since said date of first use and has not been abandoned. Opposer has made a substantial investment in advertising and promoting its goods and services under the "REGIONS" family of marks. Opposer has extensively used, advertised and promoted Opposer's services in association with the REGIONS marks to the public through a variety of channels of trade and commerce and as a result, Opposer's customers and the public in general have come to know and recognize Opposer's "REGIONS" marks and associate such marks with Opposer and Opposer's goods and financial services. In addition, said mark of Opposer is symbolic of extensive goodwill and consumer recognition built and created by Opposer through considerable effort, time, and money in advertising and promotion. Opposer's advertising includes routine advertising in national, state, and local newspapers and magazines in each of the states it conducts/transacts business. For example, recently a full-page advertisement ran in the December 2002 Holiday Home issue of *Southern Accents*. Opposer also advertises in a variety of trade journals and other media such as outdoor boards, television and radio. In 2002, Opposer spent approximately $6.8 million dollars to advertise and promote Regions goods and services. Given the likeness of the respective marks and the related nature of the services of the Applicant and Opposer, allowing the registration of Applicant's marks which resemble, incorporate and subsume Opposer's family of registered marks, will cause confusion, mistake and falsely suggest a connection with Opposer and deceive consumers, investors, and others in connection with the goods and services offered.

6. Opposer's is now, has been and will continue to seek further United States Trademark Registrations for its "REGIONS" family of trademarks as is substantiated by trademark applications now pending before the U.S. Patent and Trademark Office.

| REGIONS TRADEMARKS (PENDING) | | |
|---|---|---|
| NUMBER | MARK | CLASS |
| S#75673073 | Regions E-Bank | 36 |
| S#76139742 | Regions E-Tracker | 36 |
| S#76351448 | Regions EZ Collect | 36 |
| S#78170495 | The Regions-Morgan Keegan Select Annuity | 36 |

7. Opposer, for more than forty (40) years, has been and is now since December, 1993, operating under the designation of Regions in the area of Dealer-Credit Services

3

RAC00030376

providing products and services for the automotive industry, including the purchasing of automobile leases from close-in automobile leases, which leases are made by and between the retail automobile dealerships and consumers. In addition, Opposer offers wholesale, leasing, retail and secondary products and currently operates in nine southern states namely, Alabama, Arkansas, Florida, Georgia, Louisiana, Mississippi, South Carolina, Tennessee and Texas. Opposer continually expands its offering of competitive interest rates, a wholesale floor plan and an affiliation for secondary lending to non-prime customers. Said use has been valid and continuous since said date of first use and the relevant class of the public has come to associate Opposer with said designation. Applicant operates in some of the same states as Opposer providing the same or similar products and financial services for the automotive industry including financing consumer automobile and recreational vehicle purchases and offering credit and other financial products to automobile dealers through its dealer lending programs. In view of the related nature of the uses thereof, Applicant's mark consists of and comprises matter that may disparage and falsely suggest a connection with Opposer.

8. Opposer's "REGIONS" marks are inherently distinctive in commerce and consumers have come to associate the mark with goods and services of Opposer and thus such marks are entitled to a broad range of protection.

9. Applicant's marks, when used for the services identified in Applicant's applications for registration, is likely to cause confusion, deception and mistake with Opposer's separate "REGIONS" marks and with Opposer's famous family of "REGIONS" marks and will falsely suggest a connection with Opposer and deceive consumers, investors and others with respect to the goods and services offered.

By reason of the foregoing, Opposer believes and submits that it will be irreparably damaged as set out above by the confusion and disparagement caused its prior registered family of marks if Applicant is allowed to register the word mark "REGIONAL" as well as the logo/design as a trademarks in Class 36 or otherwise.

**WHEREFORE,** Opposer prays that this Opposition be sustained and that the application for the registration of the word mark "Regional" as well as the design/logo be denied.

February 6, 2003

MORRIS WADE RICHARDSON
HOPE D. MEHLMAN
Attorneys for Regions Financial
Corporation

4

RAC00030377

## POWER OF ATTORNEY

Opposer has appointed Morris Wade Richardson, a member of the Bar for the State of Alabama and Hope D. Mehlman, a member of the Bars for the State of Alabama, District of Columbia, New Jersey, and New York, to prosecute this opposition proceeding and to transact all business in and before the United States Patent and Trademark Office in connection herewith. Please address all correspondence to:

Morris Wade Richardson, Esq.
Hope D. Mehlman, Esq.
Adams and Reese/Lange Simpson LLP
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama 35203

The filing fee for this opposition in the amount of $300.00 is enclosed herewith.

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being delivered via Express Mail Post Office to Addressee, and deposited by the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:

Box TTAB FEE
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

On: Mailing Date of Request: February 6, 2003

Name of Person Signing this Certificate: Hope D. Mehlman, Esq.

Signature: _____

Date Signed: _____2/6/03_____

5

RAC00030378

ADAMS AND REESE LLP
COURT COST ACCOUNT

CHECK NO. **S 116458**

| DATE | INVOICE NO. | INVOICE DATE | TAX I.D. NO. | FILE NUMBER | AMOUNT |
|------|-------------|--------------|--------------|-------------|--------|
| 2/6/2003 | | | | 46213-1 | $300.00 |

Re: Regions Financial Corporation

For: Filing fee for Notice of Opposition

Hope Mehlman

DETACH AT PERFORATION BEFORE DEPOSITING CHECK

REMITTANCE ADVICE

VOID 90 DAYS AFTER DATE
NOT TO EXCEED
$500.00
------Three Hundred and 00/100------------------------------------

ADAMS AND REESE LLP
Baton Rouge • Houston • Jackson • Mobile • New Orleans • Washington, D.C.

14-8
660

CHECK NO. **S 116458**

2/6/2003

PAY:

DATE: _____

| CHECK AMOUNT |
|--------------|
| $300.00 |

TO THE
ORDER OF

HAME AND ADDRESS

Commissioner for Trademarks
Box TTAB Fee
2900 Crystal Drive
Arlington, VA  22202-3512

ADAMS AND REESE LLP
COURT COST ACCOUNT

**NOT NEGOTIABLE**
AUTHORIZED SIGNATURE

THE HIBERNIA NATIONAL BANK

⑆116458⑆ ⑉065000090⑉81  23⑈3088  3⑈

RAC00030379

ADAMS AND REESE LLP
COURT COST ACCOUNT

CHECK NO. **S 116052**

| DATE | INVOICE NO. | INVOICE DATE | TAX I.D. NO. | FILE NUMBER | AMOUNT |
|------|-------------|--------------|--------------|-------------|--------|
| 2/6/2003 | | | | 46213-1 | $300.00 |

Re: Regions Financial Corporation

For: Filing fee for Notice of Opposition

Hope Mehlman

DETACH AT PERFORATION BEFORE DEPOSITING CHECK

REMITTANCE ADVICE

VOID 90 DAYS AFTER DATE

NOT TO EXCEED
$500.00

**ADAMS AND REESE LLP**
Baton Rouge • Houston • Jackson • Mobile • New Orleans • Washington, D.C.

14-9
650

CHECK NO. **S 116052**

2/6/2003

------Three Hundred and 00/100------------------------------------

PAY: _____

DATE: _____

| CHECK AMOUNT |
|---|
| $300.00 |

TO THE
ORDER OF

NAME AND ADDRESS

Commissioner for Trademarks
Box TTAB Fee
2900 Crystal Drive
Arlington, VA 22202-3512

ADAMS AND REESE LLP
COURT COST ACCOUNT

**NOT NEGOTIABLE**

AUTHORIZED SIGNATURE

THE HIBERNIA NATIONAL BANK

⑈116052⑈ ⑆:5000090⑆81 23⑈306B 3⑈

RAC00030380

TTAB

# ADAMS AND REESE LLP



02-14-2003
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #30

**Attorneys at Law**
Baton Rouge
Houston
Jackson
Mobile
**New Orleans**
Washington, DC

February 6, 2003

VIA EXPRESS MAIL (EV 043025185 US)

Box TTAB FEE
Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

Re:    **Trademark Application Serial No: 76-413,402**
       **Trademark Application Serial No: 76-413,412**

Dear Commissioner:

This letter accompanies one (1) original and three (3) copies each of Regions Financial Corporation's Notices of Opposition ("Oppositions") relative to above-referenced trademark applications. The filing fee for these Oppositions, each in the amount of $300.00, is also enclosed herewith.

I would greatly appreciate if you would please stamp as filed one of the three copies of each Opposition and return to me by the self-addressed, stamped envelope enclosed for your convenience. Should you have any questions, please do not hesitate to call me.

Respectfully yours,

ADAMS AND REESE / LANGE SIMPSON LLP

Hope D. Mehlman

HDM/rhs
Enclosures

cc:    Alan Deer, Esq. (Regions Financial Corp.)
       Wade Richardson, Esq.

4500 One Shell Square • New Orleans, Louisiana 70139 • (504) 581.3234 • Fax (504) 566.0210 • www.arlaw.com

RAC00030381

# EXHIBIT H



**REGIONS UNIVERSITY**
Where Traditional and Online Education Merge
Formerly SCU ◆ Southern Christian University

⬠ home page   ✉ email

Admissions ▲

Schools & Programs ▲

Financial Aid ▲

Student Resources ▲

About Regions University ▲

▽ Request More Information

▽ Apply for Admission

▽ FAQ

▽ Call us 1.888.790.8080

Academic Calendar | Academic Catalog | Library Resources | Contact Us

**Frequently Asked Questions**

🌐 **FAQ**

**What degrees are offered at Regions?**
Degree programs can be found by clicking on the "Degree Programs" link on the homepage.

**How do I get a catalog?**
Regions University makes its catalog available on-line. Click on the "Academic Catalog" link at the top of the homepage.

**Are all Regions degrees offered fully online?**
All undergraduate degrees are offered fully online. Graduate and post-graduate degrees can be completed either fully or mostly online. Residency requirements apply within the Turner School of Theology and the Doctoral programs.

**Where do I find degree offerings and course descriptions?**
To find our degree offerings, go to Region's homepage at www.regionsuniversity.edu and click on the "Degree Programs" link on our homepage. To locate course descriptions, go to the "Academic Catalog" link on the bottom of the page and then click on the applicable school and scroll down to the bottom of the page to click on the course descriptions for the course(s) you wish to learn more about.

**Is Regions University accredited?**
Yes. Regions University is accredited by the Commission on Colleges of the Southern Association of Colleges and Schools (1866 Southern Lane, Decatur, Georgia 30033-4097; Telephone number 404.679.4501) to award Bachelor of Arts, Bachelor of Science, Master of Arts, Master of Science, Master of Divinity, Doctor of Ministry, and Doctor of Philosophy degrees. In addition, Region's Turner School of Theology is an Associate Member with the Association of

Page 1 of 10

8/15/2007



Theological Schools (ATS).

**Where can I find out about Regions University's faculty credentials?**
Click on the "Academic Catalog" link on our homepage, and then click on the applicable school and scroll to the bottom link to read through the school's faculty credentials.

**What is Regions University's religious affiliation and where can I read its statement of faith?**
Regions University is a private, church-related institution affiliated with the Churches of Christ. Since there is no hierarchical organization over individual congregations or church-related institutions, the relationship of the University with the Churches of Christ is solely on the basis of fellowship. Those of various religious backgrounds are welcome to take advantage of Region's curricular offerings. In fact, of those students who responded to the optional religious affiliation question on the Regions Admissions Application (close to 82% of Regions students chose to answer this question), 41% are affiliated with the Churches of Christ and 59% indicated they are affiliated with churches other than the Churches of Christ.

To read Region's statement of faith, click on the "Academic Catalog" link on our homepage, then click on the link designated "Part 1", and finally, click on the "A Positive Faith" link.
http://www.regionsuniversity.edu/RU_academic_catalog.html

**Do I need an Associates Degree to enroll in courses at Regions University?**

No.

**How can I receive specific information about enrolling at Regions University?**
Click on the link "Request for Information" on our homepage and fill out and submit the form. An advisor will contact you.

**Whom do I contact about financial aid?**
Prospective students can contact a financial aid advisor by calling our toll free number at 1.888.790.8080, or emailing financialaid@regionsuniversity.edu

**What do I need to do to receive financial aid?**
You need to go to our homepage www.regionsuniversity.edu . Then click on the Financial Aid link, third link down on the left side of the homepage. A FAFSA (Free Application for Federal Student Aid) must be completed to qualify for a federal grant or loan. If any other forms are required, the Financial Aid Department will be in touch with you by e-mail.

**What is the cutoff date to apply for financial aid?**
You can apply for financial aid right up until the time at which you register.

**Can financial aid be transferred from my present school?**
Yes. For more details, call toll free at 1.888.790.8080 or email financialaid@regionsuniversity.edu

**Does Regions accept military educational benefits?**
Yes. For more details call the Financial Aid Office at 1.888.790.8080 or email financialaid@regionsuniversity.edu.

**What is the minimum required course load in order to receive financial aid in any given term?**
For undergraduates, 8 semester hours is considered the minimum required course load. For graduates, 5 semester hours, and for doctoral students, 3 semester hours is the minimum required course load.

**How and when do I submit my application for admission?**
Upon determining your degree interest, click on the "Apply" button in the left column on Region's website homepage and follow the instructions.

**How do I know what academic credits will transfer?**
Prospective students can fax or email a copy of their college transcripts to our student advisors to receive a written preliminary, unofficial evaluation of transferable credit.

**When is payment of tuition due?**
Tuition is due at the time of registration, unless you have financial aid in place to cover your tuition costs.

**I've registered for next term, but where do I find out about the**

http://regions.edu/RU_FAQ.htm

**textbooks that we will be using?**

We work through a company called MBS to provide students with class textbooks. You may contact MBS to find which textbooks will be used for next semester by clicking the "Buy books" link, then clicking "BUY course materials" on the screen, and following the prompts. Or you can simply call 800-325-3252.

**Can I get a student ID card as a distance education student?**

All registered students are issued an ID card every fall semester, and each new student is issued an ID card the first semester enrolled. The ID cards are mailed to each student.

**What are the benefits of using MBS?**

MBS provides a convenient service for students to do one-stop shopping for all their course materials. Unlike many other bookstores, MBS tries to actively stock the titles that the University specifies, allowing for a more timely delivery of materials to students. Finally, MBS has a buyback program where students can return their books for money at the end of the semester. Other bookstores do not necessarily have this option.

**I don't see my textbooks at the MBS site. Now what?**

It may be that class information was just recently submitted to the MBS inventory and that the books have not arrived yet. In this instance, you may contact your advisor to find out what materials are being used for your class.

**I want to buy my books elsewhere. Where are the ISBNs for the textbooks?**

Since MBS has agreed to stock our textbooks for us, ISBNs will not be given out to the students for materials that MBS has ready to ship. A student may decide to buy his or her materials elsewhere, but does so at his or her own risk.

**I want to know more about the library hours, policies, etc.**

Much of the information about Regions library can be accessed by clicking on the "LIBRARY RESOURCES" link near the top on the University's homepage. Also, you may contact the Regions library at library@regionsuniversity.edu or by calling ext. 117 at the school.

## What is the Regions University Research Log?

Regions University has recently redefined its library and library services for students and faculty. The associated activities include the purchase of high quality, full-text, online databases of journals and magazines that have been added to the Regions existing online databases. Also, the University has entered into cooperative agreements with several of the nation's leading university research libraries that provide Regions faculty and students with access to over 19 million volumes of traditional bound books and over 30,000 electronic books (e-books) that can be delivered anywhere in the continental United States via overnight delivery and just a few days overseas. In total, Regions students and faculty now have access to a quantity and quality of books, journals, magazines, and other publications that have traditionally been available only on the campuses of a handful of universities in the United States. This new Regions library research capability will ultimately help Regions students master their respective course subject material and help them strengthen their research skills. These skills will prove to be a tremendous asset throughout their careers after graduation from Regions.

Because a commitment to research is an important element in our students' education, Regions has developed and implemented a Web-Enabled Research Log System (Research Log).

### The Research Log will help in three ways:

○ 1.    It will help students keep track of the number of library resources they have obtained from a library, web site, or other research sources.

○ 2.    It will help faculty obtain a better understanding of where and how students are conducting their research for a given class. From this information, faculty can review the research logs to help determine if they need to make adjustments in courses to help students master research processes. Also, because faculty can view the Research Log system in real-time, faculty can immediately contact selected students who are going to sites not considered "scholarly" sources.

○ 3.    This system will provide the Regions faculty and administration with more accurate information on the types of resources the University should invest in to better meet the needs of its students. A student may, as an example, go to an online journal that would be considered

"scholarly" but is not currently used by the University. Specifically, a student may have access to an online journal that the University currently does not have access for faculty and students. With the student's citation of the site and journal, the respective faculty member may visit the respective web site to see if this is a journal or service that the University should purchase for use by all Regions faculty and students.

**Can someone help me with the Research Log?**
Detailed instructions on how to use the Research Log are posted on the student login screen. If you continue to have difficulty, contact the Research Log Administrator at: cir@regionsuniversity.edu

**How do I use the online library services?**
First, log into your BlackBoard account which will take you to the "Institutional Services" page. The first link is the "Regions University Virtual Library System," which will take you directly into the home page of the Regions University Virtual Library that includes links for resource information as well as links on how to access book searches from the Regions Library and our partner university research libraries. The next link is the "Regions University Virtual Library Databases," which will take you to the electronic databases containing full-text journal and magazine databases. Please note that you can access the "Electronic Databases" through the "Regions University Virtual Library System," but you will be required to provide your Regions username and ID to access the databases. In turn, accessing the "Electronic Databases" through the "Regions University virtual Library Databases" gives you immediate access to the "Electronic Databases" without having to login. This automated login is facilitated through a proxy server that can only work directly through the Regions BlackBoard. If you require additional help, then contact the Library Help Desk at: 1-800-685-1302

**I'm not getting into the Regions University Virtual Library System or it's giving password prompts when it shouldn't.**
Your problem may be caused by one or more of the following:
§ You may be using Internet Explorer (IE). If you are using IE, then in your browser, go under Tools > Internet Options > Privacy > Edit (at the bottom of the pane). In the screen that comes up, "uah.edu" and "oclc.org" should show

up in the big box with the settings "Always Allow." If not, follow the prompts and add them to your list of sites that should be allowed.

§ You are using an old version of Windows, such as Win98. If this is causing you problems, you might want to consider updating to Windows XP.

§ You are behind a firewall which is set too strictly. Adjust the settings of your firewall. You may need to contact your system administrator to do this.

§ If you require additional help, then contact the Library Help Desk at: 1-800-685-1302

**If I have a question about my grade, whom do I contact?**
You will need to contact your instructor.

**Whom do I contact when I am having technical difficulties?**
Contact Course Administrator for help with the BlackBoard system and online courses by telephone Monday through Thursday from 8:30am to 5:00pm (CST) or Friday 8:30am to 12:00noon (CST) or by email at donniecrosby@regionsuniversity.edu

Contact the ELP for help with assistance with video and audio streaming by telephone Monday through Thursday from 8:30am to 5:00pm (CST) or Friday 8:30am to 12:00noon (CST) or by email at donniecrosby@regionsuniversity.edu

**Whom do I contact when I am having problems contacting my professor(s)?** Send an email to extendedlearning@regionsuniversity.edu.

**What are the computer requirements?**

As a minimum, the following computer requirements are recommended for working through the Regions University distance learning programs and courses:

· Personal Computers (PCs)

§ Processor:..................... Pentium IV 2.8GHz or higher

§ RAM:........................ 512MB

§ Hard Drive:.................. 80GB

§ CDROM:..................... DVD+RW

§ Floppy Disk Drive:...... 120MB Super Disk that uses 1.4MB standard 3.5" diskette in addition to the 120MB diskettes

§ Monitor:...................... 17" SVGA color

§ Modem:..................... 56Kv90 (replace with network card for a DSL switch or cable modem if not using dial-up access to the Internet. Remember, it is recommended that students use a DSL or cable modem Internet connection if possible.)

§ Graphics Card:.......... Integrated

§ Sound Card:.............. Yes

§ Speakers:.................. Internal or external

§ Printer:...................... Color ink jet

§ Operating System:...... Windows XP or higher as released including respective updates

http://regions.edu/RU_FAQ.htm

**Macintosh Computers**

. 

§ Processor:.............. PowerPC G4, 1GHz or equivalent depending on product line higher.

§ RAM:................. 128MB

§ Hard Drive:............ 40GB

§ CDROM:................ DVD+RW

§ Floppy Disk Drive:...... 1.44MB

§ Monitor:................ 15" SVGA color

§ Modem:................. 56K (replace with network card for a DSL switch or cable modem if not using dial-up access to the Internet. Remember,

it is recommended that students use a DSL or cable modem Internet connection if possible.)

§ Graphics Card:......... 32MB

§ Sound Card:........... Yes

§ Speakers:............. Yes

§ Printer:............. Color ink jet

§ Operating System:...... OS X 10.3 or higher as released including respective updates

Home | Blackboard Support | Careers | Human Resources | Electronic Campus | Armed Forces

Regions University is accredited by the Commission on Colleges of the Southern Association of Colleges and Schools (1866 Southern Lane, Decatur, Georgia 30033-4097; Telephone number 404.679.4501) to award Associate of Arts, Bachelor of Arts, Bachelor of Science, Master of Arts, Master of Science, Master of Divinity, Doctor of Ministry, and Doctor of Philosophy degrees.



RU 1447



RU 1456



"Regions Students call:

RU 1458



RU 1472





RU 1538



# REGIONS UNIVERSITY

*Where Traditional and Online Education Merge*

## College of Business and Leadership

## Master of Science
## Leadership and Management

**EXHIBIT**

118

**The Master of Science (M.S.) in Leadership and Management Program Overview:** Industry, business, churches, and organizations are looking for qualified people who have strong leadership skills. There is a place for a person who can visualize, organize, communicate, negotiate, and build an organization. Today's organizations have fewer professionals who carry a heavier workload than in previous decades. Likewise, the extremely tight labor market in today's organizations must provide a work environment and benefits designed to keep its most productive employees or lose them to other organizations, or worse, competitors. As a result of this changing workplace, today's professionals must be both effective leaders and effective managers. These individuals must be well versed in a wide variety of leadership skills that include team building, leadership development, conflict resolution, negotiations, diversity issues, planning, organizational development and change. At the same time these individuals must be able to manage productivity improvement strategies through creative and efficient use of emerging technologies. Equally important, in keeping with Regions University's Christian heritage, these skills are taught in a context of ethical and moral approaches that are so badly needed in today's society and business world. The Master of Science in Leadership and Management is specially designed to provide our graduates with these critical skills and knowledge that will help them in an organization in today's competitive workplace.

## The Program
· Present-day issues in leadership and management will be researched which will formulate and expose viable solutions.
· Leadership theories, human development, and communication theories will be evaluated and synthesized.
· Biblical values will be emphasized and incorporated in the review of leadership and management.
· Effective problem solving skills using multi-disciplinary approaches are established and confirmed.
· Management principles and decision-making will be studied.

RU 242

8.06

## Master of Science
### Leadership and Management

| Required Courses for Degree Completion | Sem. Hrs. |
|---|---|
| LD 6551 Leadership Foundations | 5 |
| LD 6552 Building Effective Organizations | 5 |
| LD 6553 Leadership Visualization & Values | 5 |
| LD 6555 Strategies for Organizational Change (Capstone) | 5 |
| LD 6557 Organizational Communication | 5 |
| ELECTIVE COURSES - 3 | 15 |
| Total Required Hours for Degree | 40 |

**Master of Science: Leadership and Management 40 sem. hrs.**

### Elective Courses to choose from:

| | |
|---|---|
| LD 6554 Systems for Today's Leaders | 5 |
| LD 6560 Negotiation & Conflict Resolution | 5 |
| LD 6562 Spiritual Leadership Within the Organization | 5 |
| LD 6558 Motivational Leadership | 5 |
| LD 6570 Organizational Behaviour | 5 |
| LD 6573 Project Management | 5 |
| LD 6580 Human Resource Leadership | 5 |
| LD 6556 Organizational Group Leadership | 5 |
| LD 6559 Military Leadership Models | 5 |
| LD 6561 Organizational Development | 5 |
| LD 6572 Management Teams | 5 |
| LD 6574 Leadership through Coaching and Mentoring | 5 |
| LD 6575 Team Leadership for Church Development | 5 |

## Access your courses ONLINE
## when and where you want.

## "earn your degree in Leadership and Management on your schedule..."

**Admission requirements to the Master of Science in Leadership and Management program -** Enrollment in the Master of Science in Leadership and Management program will only be considered complete when all of the following items have been received.

**Provisional Enrollment and Admission -** Provisional enrollment allows a student to take courses for one semester before the application process is completed. To qualify for provisional admission, an applicant must submit a complete Application for Admissions with fee and provide some proof of prior academic work. These items may be sent by FAX, email, or U. S. Postal Service mail. The entire application process must be completed before the student will be allowed to register for another semester.

**Application Form -** This form should be completed in detail.

**Application Fee -** The applicant must submit an application fee. Information about the application fee is published in the application packet. on Regions University's website, and is available from the Admissions Office. This one-time fee is non-refundable.

**Academic Requirement -** The applicant must have earned a Bachelor of Arts or Bachelor of Science degree from a regionally accredited institution.

**Official Transcripts –** Applicants must request an official academic transcript from each postsecondary institution previously attended to be sent directly to Regions University. Transcript Request Forms are in the application packet and are also available on the University's web site. No transcript is official unless it is sent from institution to institution and bears the seal of the institution where the work was completed. If the applicant has not completed the last course(s) at another school for which he or she is registered at the time of filing his or her application with Regions University, a partial transcript should be sent for evaluation. The final transcript showing courses completed and any degree earned is required before the end of the first semester after initial matriculation. No academic credit will be recorded on a student's permanent record until all necessary credentials are received.

**Letters of Recommendation –** Graduate applicants must submit letters of recommendation for graduate study from two persons not related to the applicant but who know the applicant well. Preferably recommendations should come from businessmen, church elders, ministers, or professors.

**Standardized Tests –** Have submitted to the Regions University's Admissions Office an official copy of the results of the Graduate Record Exam General (GRE) Test or the Miller Analogies Test (MAT) taken by the applicant. Applicants for whom English is a second language must provide documented evidence of English proficiency in one of two ways: (1) A bachelor's degree from a regionally accredited institution in the United States or (2) A score of at least 440 on the Test of English as a Foreign Language (TOEFL)

Other national examinations normally accepted for admission to graduate programs of study will also be accepted. Applicants holding a doctoral degree from a regionally accredited institution are not required to take these standardized tests.

## Time Normally Required to Complete the Program

The Master of Science in Leadership and Management may be completed in 4 semesters. A student may take his or her courses on a part-time (one course per semester) or full-time basis (two courses per semester).

## Government Financial Aid

For government financial aid, students must take at least 10 semester hours per semester in the Master of Science in Leadership and Management program to be considered full-time.

RU 244

# QUICK FACTS

Here is additional information to help you decide why Regions University is the University for You:

**Course Participation Options** — Regions University is one of the few universities on the leading-edge of distance learning. Through the Internet and new streaming video and audio technology, you can view course lectures as scheduled (real time) or anytime, 24 hours a day (on demand) to meet your personal schedule.

**Types of Financial Aid Available at Regions University** — Regions University offers a variety of financial aid options to meet the needs of today's students. These options include Guaranteed Student Loans (GSL) and scholarships.

**Distance Education Demonstration Program** — Regions has been selected by the U. S. Department of Education as a distance education demonstration program participant. The demonstration program was mandated by the United States Congress to assist in the development and implementation of quality distance learning programs for students. Through this program, new standards and procedures will be developed providing students in higher education with greater flexibility in accessing quality distance learning programs that they would not otherwise be able to attend due to work obligations and family commitments.

Regions University is accredited by the Commission on Colleges of the Southern Association of Colleges and Schools (1866 Southern Lane, Decatur, Georgia 30033-4097; Telephone number 404.679.4501) to award Associate of Arts, Bachelor of Arts, Bachelor of Science, Master of Arts, Master of Science, Master of Divinity, Doctor of Ministry, and Doctor of Philosophy degrees.



**REGIONS UNIVERSITY**

Contact us at

**Regions University**
1200 Taylor Road
Montgomery, AL 36117-3553

**Prospective Students Only:**
Phone: 334.387.7000
Toll Free: 1.888.790.8080
Email: admissions@regionsuniversity.edu

**Regions' Students, Faculty & Friends:**
Phone: 334.387.3877
Toll Free: 1.800.351.4040

For more information go to our website at

www.regionsuniversity.edu
www.regionsuniversity.edu/degreeprograms.htm

RU 245