IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, REGIONS FINANCIAL CORPORATION and REGIONS BANK<br><br>Plaintiffs,<br><br>v.<br><br>REGIONS UNIVERSITY, INC.<br><br>Defendant. | Civil Action No. 2:06-cv-882-MHT |

## DECLARATION OF CAROL ZAZZARO

I, Carol Zazzaro, declare and say:

1. I am a paralegal specialist at Steptoe & Johnson LLP.

2. On August 10, 2006, I conducted a SAEGIS trademark search of the United States Patent and Trademark Office database. The following 35 marks contain the name of the company along with the word "UNIVERSITY":

| **Mark** | **Owner** |
|---|---|
| COMMERCE UNIVERSITY | Commerce Bancorp, Inc. |
| COMMERCE U C UNIVERSITY | Commerce Bancorp, Inc. |
| OMEGA UNIVERSITY | Omega Legal Systems, Inc. |
| UFIRST UNIVERSITY | United First Financial, LLC |
| CRC UNIVERSITY | CRC Health Corporation |
| CASTLE UNIVERSITY | Castle Worldwide Inc. |
| GLI UNIVERSITY | Gaming Laboratories International |
| SUPERVALU UNIVERSITY | Supervalu Inc. |
| UL UNIVERSITY | Underwriters Laboratories Inc. |
| SLEEPMED UNIVERSITY | Sleepmed Incorporated |
| MEDIDATA UNIVERSITY | Medidata Solutions, Inc. |
| ALLSTATE AGENCY UNIVERSITY | Allstate Insurance Company |
| U-HAUL UNIVERSITY | U-Haul International, Inc. |
| GALLUP UNIVERSITY | Gallup Inc. |
| KIWANIS UNIVERSITY | Kiwanis International, Inc. |

- 2 -

| | |
|---|---|
| MILLER BEER UNIVERSITY | Miller Products Company |
| LEARNING TREE UNIVERSITY | Learning Tree International, Inc. |
| BLACK & DECKER UNIVERSITY | The Black & Decker Corporation |
| MILLENNIUM UNIVERSITY | Millennium Marketing Group, LLC |
| AFLAC UNIVERSITY | American Family Life Assurance Company of Columbus |
| MACGREGOR UNIVERSITY | The MacGregor Group, Inc. |
| EL DORADO UNIVERSITY | El Dorado Furniture Corporation |
| THRIFTY UNIVERSITY | Thrifty, Inc. |
| STANDARD UNIVERSITY THE STANDARD PARKING TRAINING CENTER | Standard Parking Corporation |
| U LAND ROVER UNIVERSITY | Land Rover |
| QUALCOMM CDMA UNIVERSITY | Qualcomm Incorporated |
| CARLIN UNIVERSITY | Carlin Combustion Technology, Inc. |
| RANDSTAD UNIVERSITY | Randstad General Partner (US) LLC |
| VANGUARD UNIVERSITY | The Vanguard Group, Inc. |
| BLOOMBERG UNIVERSITY | Bloomberg L.P. |
| SUNGARD UNIVERSITY | Sungard Development Corporation |
| VISX UNIVERSITY | Visx, Incorporated |
| MERVYN'S UNIVERSITY | Mervyn's Brands, Inc. |
| LEVY UNIVERSITY | Levy Food Service Limited Partnership |
| EPIX UNIVERSITY | EPIX Holding Corporation |

3. In a separate search on the USPTO database for hotels that have corporate universities, I found the mark MARRIOTT UNIVERSITY owned by Marriott International, Inc.

4. Attached as Exhibit A are the Saegis search results list with the above-listed marks highlighted and the MARRIOTT UNIVERSITY record from the USPTO web page.

I declare under penalty of perjury that the above facts are true to the best of my knowledge. Executed August 17, 2007.

Carol Zazzaro

# EXHIBIT A



# Custom Search Hitlist
## Created on 2007/08/16 13:02 GMT

## Strategy

Your Reference 15548.0092

Selected Databases **Trademark Databases:** U.S. Federal, U.S. State, International (IR) trademarks with protection in selected countries ONLY

Criteria **Options:** *Active Only: on , Plurals: on , Cross References: on*
Q1 :   4123  -  Trademark : university
Q2 :   247350  -  International Classes : 41
Q3 :   2311  -  Trademark : university, International Classes : 41
Q4 :   51343  -  Goods : training
Q5 :   412  -  Trademark : university, International Classes : 41, Goods : training
Q6 :   12163  -  Goods : employee
Q7 :   39  -  Trademark : university, International Classes : 41, Goods : employee
Q8 :   412  -  Q4 AND Q1 AND Q2
Q9 :   28  -  Q6 AND Q4 AND Q1
Q10 :   41  -  Q7 OR Q9
Q11 :   981  -  Owner Name : mcdonalds
Q12 :   114  -  International Classes : 41, Owner Name : mcdonalds
Q13 :   1  -  Q11 AND Q1
Q14 :   149  -  Trademark : mcdonalds
Q15 :   0  -  Q14 AND Q1

Search Date 2007/08/16 13:00 GMT
© 2007 Thomson CompuMark - All rights reserved.

# Hits Overview

| Hit No. | Query | Trademark | Database |
|---|---|---|---|
| US-1 | Q8 | OMEGA UNIVERSITY | U.S. Federal |
| US-2 | Q8 | UFIRST UNIVERSITY | U.S. Federal |
| US-3 | Q8 | QUALITY UNIVERSITY | U.S. Federal |
| US-4 | Q8 | CRC UNIVERSITY | U.S. Federal |
| US-5 | Q8 | WEILL CORNELL MEDICAL COLLEGE · CORNELL UNIVERSITY WEILL CORNELL MEDICAL COLLEGE CORNELL UNIVERSITY | U.S. Federal |
| US-6 | Q8 | CASTLE UNIVERSITY | U.S. Federal |
| US-7 | Q8 | AGCOUNTRYUNIVERSITY | U.S. Federal |
| US-8 | Q8 | CASE WESTERN RESERVE UNIVERSITY EST. 1826 | U.S. Federal |
| US-9 | Q8 | RIDER UNIVERSITY 1865 | U.S. Federal |
| US-10 | Q8 | KUDZU UNIVERSITY | U.S. Federal |
| US-11 | Q8 | CORPORATE UNIVERSITIES 2.0 | U.S. Federal |
| US-12 | Q8 | EAGLE SHIELD UNIVERSITY | U.S. Federal |
| US-13 | Q8 | MICHIGAN VIRTUAL UNIVERSITY | U.S. Federal |
| US-14 | Q8 | BIOLASE UNIVERSITY | U.S. Federal |
| US-15 | Q8 | THE KABBALAH UNIVERSITY ESTABLISHED 1922 JERUSALEM DEAN RAV BERG | U.S. Federal |
| US-16 | Q8 | THE KABBALAH UNIVERSITY | U.S. Federal |
| US-17 | Q8 | ACHIEVEMENT IQ UNIVERSITY | U.S. Federal |
| US-18 | Q8 | AMO UNIVERSITY | U.S. Federal |
| US-19 | Q8 | KING ABDULLAH UNIVERSITY OF SCIENCE & TECHNOLOGY | U.S. Federal |
| US-20 | Q8 | DISH UNIVERSITY | U.S. Federal |
| US-21 | Q8 | PORK UNIVERSITY (P.U.) AN UNACCREDITABLE UNIVERSITY FOR INCURABLE HAMS | U.S. Federal |
| US-22 | Q8 | LMA UNIVERSITY | U.S. Federal |
| US-23 | Q8 | IE UNIVERSIDAD | U.S. Federal |
| US-24 | Q8 | APOLLO INTERNATIONAL UNIVERSITIES | U.S. Federal |
| US-25 | Q8 | FAMOUS UNIVERSITY | U.S. Federal |
| US-26 | Q8 | HOME LOAN UNIVERSITY | U.S. Federal |
| US-27 | Q8 | GLI UNIVERSITY | U.S. Federal |
| US-28 | Q8 | BLUE COLLAR UNIVERSITY | U.S. Federal |
| US-29 | Q8 | FISK UNIVERSITY, NASHVILLE, TENN. INCORPORATED, AUG. 24, 1867 JUBILEE SINGERS | U.S. Federal |
| US-30 | Q8 | MEDICIS UNIVERSITY | U.S. Federal |
| US-31 | Q8 | CUES ONLINE UNIVERSITY | U.S. Federal |
| US-32 | Q8 | INTENSE UNIVERSITY | U.S. Federal |
| US-33 | Q8 | UNIVERSITY FOR THE STUDENT OF THE HORSE | U.S. Federal |
| US-34 | Q8 | UNIVERSITY OF LOVE | U.S. Federal |
| US-35 | Q8 | INTERNATIONAL ALLIANCE OF RESEARCH UNIVERSITIES | U.S. Federal |
| US-36 | Q8 | SUPERVALU UNIVERSITY | U.S. Federal |
| US-37 | Q8 | CD UNIVERSITY | U.S. Federal |
| US-38 | Q8 | · FISK UNIVERSITY · 1866 | U.S. Federal |
| US-39 | Q8 | FISK UNIVERSITY | U.S. Federal |

| | | | |
|---|---|---|---|
| US-40 | Q8 | AGILE UNIVERSITY | U.S. Federal |
| US-41 | Q8 | REGIONS UNIVERSITY | U.S. Federal |
| US-42 | Q8 | U ARBOR UNIVERSITY | U.S. Federal |
| US-43 | Q8 | ACRYLIC ADHESIVES UNIVERSITY | U.S. Federal |
| US-44 | Q8 | HENNY PENNY UNIVERSITY RAISING THE BAR TO EXCELLENCE | U.S. Federal |
| US-45 | Q8 | ADMISSION TO UNIVERSITY & COLLEGE WITHOUT TOEFL | U.S. Federal |
| US-46 | Q8 | PCS UNIVERSITY | U.S. Federal |
| US-47 | Q8 | QUIXTAR UNIVERSITY U | U.S. Federal |
| US-48 | Q8 | THE ROCKEFELLER UNIVERSITY 1901 SCIENTIA PRO BONO HUMANI GENERIS SCIENCE FOR THE BENEFIT OF HUMANITY | U.S. Federal |
| US-49 | Q8 | SYNERGY UNIVERSITY | U.S. Federal |
| US-50 | Q8 | LEADERSHIP EXCELLENCE UNIVERSITY | U.S. Federal |
| US-51 | Q8 | THE UNIVERSITY OF BRITISH COLUMBIA | U.S. Federal |
| US-52 | Q8 | PRSTORE UNIVERSITY | U.S. Federal |
| US-53 | Q8 | UL UNIVERSITY | U.S. Federal |
| US-54 | Q8 | NANOTECH UNIVERSITY | U.S. Federal |
| US-55 | Q8 | FREE WORLD UNIVERSITY | U.S. Federal |
| US-56 | Q8 | POWER UNIVERSITY | U.S. Federal |
| US-57 | Q8 | STALLION UNIVERSITY | U.S. Federal |
| US-58 | Q8 | GAMERS UNIVERSITY | U.S. Federal |
| US-59 | Q8 | POST UNIVERSITY REGIONAL LOCATIONS 1890 | U.S. Federal |
| US-60 | Q8 | POST UNIVERSITY ONLINE 1890 | U.S. Federal |
| US-61 | Q8 | POST UNIVERSITY 1890 | U.S. Federal |
| US-62 | Q8 | UNIVERSITY OF ATLANTA | U.S. Federal |
| US-63 | Q8 | AGILE UNIVERSITY | U.S. Federal |
| US-64 | Q8 | WEB 2.0 UNIVERSITY | U.S. Federal |
| US-65 | Q8 | FUNDRAISER UNIVERSITY | U.S. Federal |
| US-66 | Q8 | CYBERKNIFE UNIVERSITY | U.S. Federal |
| US-67 | Q8 | BROWN UNIVERSITY | U.S. Federal |
| US-68 | Q8 | UNIVERSITY OF ROCHESTER | U.S. Federal |
| US-69 | Q8 | JOYCE LEAKE'S ANIMAL UNIVERSITY | U.S. Federal |
| US-70 | Q8 | TURBOUNIVERSITY | U.S. Federal |
| US-71 | Q8 | PAYROLL UNIVERSITY | U.S. Federal |
| US-72 | Q8 | UNIVERSITY OF PHILOSOPHICAL RESEARCH | U.S. Federal |
| US-73 | Q8 | BACKGROUND UNIVERSITY | U.S. Federal |
| US-74 | Q8 | SPLASH UNIVERSITY | U.S. Federal |
| US-75 | Q8 | EXCELSIOR UNIVERSITY | U.S. Federal |
| US-76 | Q8 | OPTIONS UNIVERSITY | U.S. Federal |
| US-77 | Q8 | SLEEPMED UNIVERSITY | U.S. Federal |
| US-78 | Q8 | UNIVERSITY OF THE POOR | U.S. Federal |
| US-79 | Q8 | PUNCH! UNIVERSITY | U.S. Federal |
| US-80 | Q8 | UNIVERSIDAD PONTIFICIA COMILLAS ICAI ICADE MADRID PONTIFICIA UNIVERSITAS COMILLENSIS · MATRITI · | U.S. Federal |
| US-81 | Q8 | AU AIR UNIVERSITY TO HIGH PLACES BY NARROW ROADS | U.S. Federal |

| US-82 | Q8 | ZU Z UNIVERSITY | U.S. Federal |
| US-83 | Q8 | AIR UNIVERSITY | U.S. Federal |
| US-84 | Q8 | BIOLA UNIVERSITY | U.S. Federal |
| US-85 | Q8 | THE ROCKEFELLER UNIVERSITY HOSPITAL | U.S. Federal |
| US-86 | Q8 | THE ROCKEFELLER UNIVERSITY SCIENCE FOR THE BENEFIT OF HUMANITY | U.S. Federal |
| US-87 | Q8 | THE ROCKEFELLER UNIVERSITY | U.S. Federal |
| US-88 | Q8 | OUTDOOR UNIVERSITY | U.S. Federal |
| US-89 | Q8 | STAGING UNIVERSITY | U.S. Federal |
| US-90 | Q8 | MEDIDATA UNIVERSITY | U.S. Federal |
| US-91 | Q8 | MEDIDATA UNIVERSITY | U.S. Federal |
| US-92 | Q8 | BANK OF YOU UNIVERSITY | U.S. Federal |
| US-93 | Q8 | ALLSTATE AGENCY UNIVERSITY | U.S. Federal |
| US-94 | Q8 | CORPORATE COUNSEL UNIVERSITY | U.S. Federal |
| US-95 | Q8 | IN-CAB UNIVERSITY | U.S. Federal |
| US-96 | Q8 | HARVARD UNIVERSITY ART MUSEUMS | U.S. Federal |
| US-97 | Q8 | UNIVERSITY OF NORTH DAKOTA | U.S. Federal |
| US-98 | Q8 | FREMONT UNIVERSITY | U.S. Federal |
| US-99 | Q8 | RAFFLES UNIVERSITY | U.S. Federal |
| US-100 | Q8 | ROGER WILLIAMS UNIVERSITY | U.S. Federal |
| US-101 | Q8 | SMART DOG UNIVERSITY | U.S. Federal |
| US-102 | Q8 | DEINARD UNIVERSITY | U.S. Federal |
| US-103 | Q8 | U-HAUL UNIVERSITY | U.S. Federal |
| US-104 | Q8 | U U-HAUL UNIVERSITY EST. 1945 VVV EXKH=R | U.S. Federal |
| US-105 | Q8 | BASE BALL UNIVERSITY | U.S. Federal |
| US-106 | Q8 | NEW JERSEY'S SCIENCE AND TECHNOLOGY UNIVERSITY | U.S. Federal |
| US-107 | Q8 | BRYANT UNIVERSITY · 1863 · | U.S. Federal |
| US-108 | Q8 | BRYANT UNIVERSITY | U.S. Federal |
| US-109 | Q8 | WEST COAST UNIVERSITY | U.S. Federal |
| US-110 | Q8 | COOKIE UNIVERSITY | U.S. Federal |
| US-111 | Q8 | WEST COAST UNIVERSITY | U.S. Federal |
| US-112 | Q8 | TSINGHUA UNIVERSITY | U.S. Federal |
| US-113 | Q8 | AU AVILA UNIVERSITY | U.S. Federal |
| US-114 | Q8 | AC3 UNIVERSITY | U.S. Federal |
| US-115 | Q8 | A AVILA UNIVERSITY EAGLES | U.S. Federal |
| US-116 | Q8 | SHARKS NOVA SOUTHEASTERN UNIVERSITY | U.S. Federal |
| US-117 | Q8 | SMS UNIVERSITY | U.S. Federal |
| US-118 | Q8 | EAST COAST UNIVERSITY | U.S. Federal |
| US-119 | Q8 | ASSOCIA UNIVERSITY | U.S. Federal |
| US-120 | Q8 | INNOVATIVE UNIVERSITY | U.S. Federal |
| US-121 | Q8 | GALLUP UNIVERSITY | U.S. Federal |
| US-122 | Q8 | MLNU UNIVERSITY | U.S. Federal |
| US-123 | Q8 | MCE MUSEO Y CENTRO DE ESTUDIOS HUMANÍSTICOS UNIVERSIDAD DEL TURABO | U.S. Federal |
| US-124 | Q8 | TSINGHUA DAXUE | U.S. Federal |
| US-125 | Q8 | FOODSERVICE UNIVERSITY | U.S. Federal |

| | | | |
|---|---|---|---|
| US-126 | Q8 | DATA CENTER UNIVERSITY | U.S. Federal |
| US-127 | Q8 | TURBOUNIVERSITY | U.S. Federal |
| US-128 | Q8 | NAWBO UNIVERSITY | U.S. Federal |
| US-129 | Q8 | AUTO UNIVERSITY | U.S. Federal |
| US-130 | Q8 | CERTEGY UNEVERSITY | U.S. Federal |
| US-131 | Q8 | HELLENIC PANORTHODOX ECUMENICAL PATRIARCHATE HOLY ARCHDIOCESE OF DIASPORA HELLENIC ORTHODOX DIASPORA UNIVERSITY MEGALI SCHOLI TOU GENOUS | U.S. Federal |
| US-132 | Q8 | OMAHA STEAKS UNIVERSITY | U.S. Federal |
| US-133 | Q8 | POST UNIVERSITY ONLINE | U.S. Federal |
| US-134 | Q8 | POST UNIVERSITY | U.S. Federal |
| US-135 | Q8 | MILLIKIN UNIVERSITY | U.S. Federal |
| US-136 | Q8 | MILLIKIN UNIVERSITY | U.S. Federal |
| US-137 | Q8 | OSI UNIVERSITY | U.S. Federal |
| US-138 | Q8 | OSI INDUSTRIES UNIVERSITY | U.S. Federal |
| US-139 | Q8 | AMSAN UNIVERSITY | U.S. Federal |
| US-140 | Q8 | KIWANIS UNIVERSITY | U.S. Federal |
| US-141 | Q8 | SONA UNIVERSITY | U.S. Federal |
| US-142 | Q8 | GLOW UNIVERSITY | U.S. Federal |
| US-143 | Q8 | SEEK WISDOM THE UNIVERSITY OF WESTERN AUSTRALIA | U.S. Federal |
| US-144 | Q8 | UNIVERSITY OF WESTERN AUSTRALIA | U.S. Federal |
| US-145 | Q8 | VINO U | U.S. Federal |
| US-146 | Q8 | F.U. FIRKIN UNIVERSITY | U.S. Federal |
| US-147 | Q8 | LOVE YOUR PET LLC PET CARE UNIVERSITY | U.S. Federal |
| US-148 | Q8 | TEMPLE UNIVERSITY | U.S. Federal |
| US-149 | Q8 | LUBRICANTS UNIVERSITY LUBRICANTSUNIVERSITY.COM | U.S. Federal |
| US-150 | Q8 | CADDIE UNIVERSITY | U.S. Federal |
| US-151 | Q8 | N CLOSE MORE UNIVERSITY PRESENTS FROM NEW CENTURY MORTGAGE | U.S. Federal |
| US-152 | Q8 | LEHIGH UNIVERSITY HOMO MINISTER ET INTERPRES NATURAE FOUNDED BY ASA PACKER 1865 | U.S. Federal |
| US-153 | Q8 | MILLER BEER UNIVERSITY | U.S. Federal |
| US-154 | Q8 | WICELL STEM CELL UNIVERSITY | U.S. Federal |
| US-155 | Q8 | RETIREMENT UNIVERSITY | U.S. Federal |
| US-156 | Q8 | CREATIVE UNIVERSITY | U.S. Federal |
| US-157 | Q8 | ASHFORD UNIVERSITY | U.S. Federal |
| US-158 | Q8 | SECURITY UNIVERSITY | U.S. Federal |
| US-159 | Q8 | LEARNING TREE UNIVERSITY | U.S. Federal |
| US-160 | Q8 | SIGNATURE UNIVERSITY | U.S. Federal |
| US-161 | Q8 | LIFE CHRISTIAN UNIVERSITY Z O E | U.S. Federal |
| US-162 | Q8 | FIELDING GRADUATE UNIVERSITY | U.S. Federal |
| US-163 | Q8 | THE UNIVERSITY OF OKLAHOMA 1890 CIVI ET REIPUBLICAE | U.S. Federal |
| US-164 | Q8 | COMPLETE ENTERTAINMENT UNIVERSITY | U.S. Federal |
| US-165 | Q8 | GENTIVA UNIVERSITY | U.S. Federal |
| US-166 | Q8 | THE UNIVERSITY OF OKLAHOMA | U.S. Federal |

| US-167 | Q8 | GOLDEN GATE UNIVERSITY | U.S. Federal |
| US-168 | Q8 | UNIVERSITY OF WESTERN CALIFORNIA | U.S. Federal |
| US-169 | Q8 | PETERSEN EVENTS CENTER UNIVERSITY OF PITTSBURGH | U.S. Federal |
| US-170 | Q8 | N-ABLE UNIVERSITY | U.S. Federal |
| US-171 | Q8 | UNI MOZARTEUM UNIVERSITÄT MOZARTEUM SALZBURG | U.S. Federal |
| US-172 | Q8 | SUSHI UNIVERSITY INTERNATIONAL | U.S. Federal |
| US-173 | Q8 | CYCLE UNIVERSITY | U.S. Federal |
| US-174 | Q8 | THINK UNIVERSITY | U.S. Federal |
| US-175 | Q8 | MUSC MEDICAL UNIVERSITY OF SOUTH CAROLINA | U.S. Federal |
| US-176 | Q8 | UNIVERSITY OF THE ARTS, LONDON | U.S. Federal |
| US-177 | Q8 | BRAINWARE UNIVERSITY | U.S. Federal |
| US-178 | Q8 | SHOP RITE UNIVERSITY | U.S. Federal |
| US-179 | Q8 | SRU SHOP RITE UNIVERSITY | U.S. Federal |
| US-180 | Q8 | WIA UNIVERSITY | U.S. Federal |
| US-181 | Q8 | TREK UNIVERSITY | U.S. Federal |
| US-182 | Q8 | KC UNIVERSITY | U.S. Federal |
| US-183 | Q8 | QUANTUM UNIVERSITY | U.S. Federal |
| US-184 | Q8 | UNIVERSITÀ DEL CAFFÈ | U.S. Federal |
| US-185 | Q8 | M MINNESOTA STATE COLLEGES & UNIVERSITIES | U.S. Federal |
| US-186 | Q8 | BLACK & DECKER UNIVERSITY | U.S. Federal |
| US-187 | Q8 | CALIFORNIA LUTHERAN UNIVERSITY | U.S. Federal |
| US-188 | Q8 | BIRTHDAY UNIVERSITY U | U.S. Federal |
| US-189 | Q8 | CEVANTIVE UNIVERSITY | U.S. Federal |
| US-190 | Q8 | COREVISION UNIVERSITY | U.S. Federal |
| US-191 | Q8 | N CLOSE MORE UNIVERSITY | U.S. Federal |
| US-192 | Q8 | NHA UNIVERSITY | U.S. Federal |
| US-193 | Q8 | HOOPOLOGY UNIVERSITY | U.S. Federal |
| US-194 | Q8 | MONSTER UNIVERSITY | U.S. Federal |
| US-195 | Q8 | UNIVERSITY OF THE FAMILY | U.S. Federal |
| US-196 | Q8 | UNIVERSITY OF THE FAMILY LEARNING FOR LIFE | U.S. Federal |
| US-197 | Q8 | DIVERSITY UNIVERSITY | U.S. Federal |
| US-198 | Q8 | EPT UNIVERSITY | U.S. Federal |
| US-199 | Q8 | MILLENNIUM UNIVERSITY | U.S. Federal |
| US-200 | Q8 | UNIVERSITY OF FARMERS | U.S. Federal |
| US-201 | Q8 | EGOSCUE METHOD UNIVERSITY | U.S. Federal |
| US-202 | Q8 | ROSS UNIVERSITY | U.S. Federal |
| US-203 | Q8 | ROSS UNIVERSITY | U.S. Federal |
| US-204 | Q8 | MOM UNIVERSITY | U.S. Federal |
| US-205 | Q8 | AUTHOR UNIVERSITY | U.S. Federal |
| US-206 | Q8 | PREGNANCY UNIVERSITY | U.S. Federal |
| US-207 | Q8 | CLOSE MORE UNIVERSITY | U.S. Federal |
| US-208 | Q8 | BUILDERS MUTUAL BUILDERS UNIVERSITY | U.S. Federal |
| US-209 | Q8 | QUALITY EXPERIENCE LEADERSHIP CARRIER UNIVERSITY | U.S. Federal |
| US-210 | Q8 | CARNEGIE-MELLON UNIVERSITY PITTSBURGH | U.S. Federal |

|        |    |                                                                          |              |
|--------|----|--------------------------------------------------------------------------|--------------|
|        |    | PENNSYLVANIA 1900                                                        |              |
| US-211 | Q8 | EPIX UNIVERSITY                                                          | U.S. Federal |
| US-212 | Q8 | INSTRUMENT UNIVERSITY                                                    | U.S. Federal |
| US-213 | Q8 | ASL UNIVERSITY                                                           | U.S. Federal |
| US-214 | Q8 | AFLAC UNIVERSITY                                                         | U.S. Federal |
| US-215 | Q8 | SUBLIMATION UNIVERSITY                                                   | U.S. Federal |
| US-216 | Q8 | THE UNIVERSITY OF GREENWICH                                              | U.S. Federal |
| US-217 | Q8 | GREENWICH UNIVERSITY                                                     | U.S. Federal |
| US-218 | Q8 | PHS UNIVERSITY                                                           | U.S. Federal |
| US-219 | Q8 | COMMERCE U C UNIVERSITY                                                  | U.S. Federal |
| US-220 | Q8 | ROGER WILLIAMS UNIVERSITY LEARNING TO BRIDGE THE WORLD                   | U.S. Federal |
| US-221 | Q8 | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW                                  | U.S. Federal |
| US-222 | Q8 | ROGER WILLIAMS UNIVERSITY INCORPORATED 1956 MAGNA EST VERITAS            | U.S. Federal |
| US-223 | Q8 | COMMERCE UNIVERSITY                                                      | U.S. Federal |
| US-224 | Q8 | USCA UNIVERSITY OF SPA & COSMETOLOGY ARTS                                | U.S. Federal |
| US-225 | Q8 | NTH UNIVERSITY                                                           | U.S. Federal |
| US-226 | Q8 | INTEREP UNIVERSITY                                                       | U.S. Federal |
| US-227 | Q8 | MACGREGOR UNIVERSITY                                                     | U.S. Federal |
| US-228 | Q8 | EL DORADO UNIVERSITY                                                     | U.S. Federal |
| US-229 | Q8 | OPENUNIVERSITY.COM                                                       | U.S. Federal |
| US-230 | Q8 | CENTRIQ UNIVERSITY                                                       | U.S. Federal |
| US-231 | Q8 | INSTITUTE FOR REPRODUCTIVE HEALTH GEORGETOWN UNIVERSITY                  | U.S. Federal |
| US-232 | Q8 | UNIVERSITY OF PHILOSOPHICAL RESEARCH 2001                                | U.S. Federal |
| US-233 | Q8 | SMART DEALER UNIVERSITY                                                  | U.S. Federal |
| US-234 | Q8 | PANTRY UNIVERSITY                                                        | U.S. Federal |
| US-235 | Q8 | BABEL UNIVERSITY                                                         | U.S. Federal |
| US-236 | Q8 | PHS UNIVERSITY                                                           | U.S. Federal |
| US-237 | Q8 | UNIVERSITY OF MINNESOTA                                                  | U.S. Federal |
| US-238 | Q8 | SUFFOLK UNIVERSITY LAW SCHOOL                                            | U.S. Federal |
| US-239 | Q8 | TU TULANE UNIVERSITY                                                     | U.S. Federal |
| US-240 | Q8 | QUINNIPIAC UNIVERSITY                                                    | U.S. Federal |
| US-241 | Q8 | SDU SCRAPBOOK DESIGN UNIVERSITY                                          | U.S. Federal |
| US-242 | Q8 | TAXWISE UNIVERSITY                                                       | U.S. Federal |
| US-243 | Q8 | E-UNIVERSITY                                                             | U.S. Federal |
| US-244 | Q8 | THRIFTY UNIVERSITY                                                       | U.S. Federal |
| US-245 | Q8 | AMERICAN COMMUNITY COLLEGE OF THE AMERICAN PUBLIC UNIVERSITY SYSTEM      | U.S. Federal |
| US-246 | Q8 | AMERICAN PUBLIC UNIVERSITY OF THE AMERICAN PUBLIC UNIVERSITY SYSTEM      | U.S. Federal |
| US-247 | Q8 | AMERICAN PUBLIC UNIVERSITY SYSTEM                                        | U.S. Federal |
| US-248 | Q8 | LONG-TERM CARE UNIVERSITY                                                | U.S. Federal |
| US-249 | Q8 | PRESTON UNIVERSITY UNIVERSITAS LITTERA SANCTUS PRESTON UNIVERSITY        | U.S. Federal |
| US-250 | Q8 | UNIVERSITY OF PHILOSOPHICAL RESEARCH                                     | U.S. Federal |
| US-251 | Q8 | AMERICAN MILITARY UNIVERSITY                                             | U.S. Federal |

| | | | |
|---|---|---|---|
| US-252 | Q8 | REVERSE MORTGAGE UNIVERSITY | U.S. Federal |
| US-253 | Q8 | PRESCRIPTION TREATMENT UNIVERSITY | U.S. Federal |
| US-254 | Q8 | SIDEWALK UNIVERSITY | U.S. Federal |
| US-255 | Q8 | CU UNIVERSITY | U.S. Federal |
| US-256 | Q8 | LANGUAGE LINE UNIVERSITY | U.S. Federal |
| US-257 | Q8 | KNOW THE MATH BEFORE THE TRADE BOND MATH UNIVERSITY TR | U.S. Federal |
| US-258 | Q8 | STANDARD UNIVERSITY THE STANDARD PARKING TRAINING CENTER | U.S. Federal |
| US-259 | Q8 | RETAIL UNIVERSITY | U.S. Federal |
| US-260 | Q8 | STERN MARKETING GROUP RETAIL UNIVERSITY | U.S. Federal |
| US-261 | Q8 | MEMBER UNIVERSITY | U.S. Federal |
| US-262 | Q8 | LINCOLN UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION 1972 FOUNDED 1854 LINCOLN UNIVERSITY, PENNSYLVANIA | U.S. Federal |
| US-263 | Q8 | FLAGSHIP UNIVERSITY F | U.S. Federal |
| US-264 | Q8 | EAGLE UNIVERSITY | U.S. Federal |
| US-265 | Q8 | HEADS UP A UNIVERSITY NEIGHBORHOOD INITIATIVE | U.S. Federal |
| US-266 | Q8 | UK EUNIVERSITIES WORLDWIDE | U.S. Federal |
| US-267 | Q8 | INTRADO UNIVERSITY IN LOGO | U.S. Federal |
| US-268 | Q8 | SCRAPBOOK DESIGN UNIVERSITY | U.S. Federal |
| US-269 | Q8 | HANDYMAN UNIVERSITY | U.S. Federal |
| US-270 | Q8 | UTMB THE UNIVERSITY OF TEXAS MEDICAL BRANCH | U.S. Federal |
| US-271 | Q8 | CHAMBER UNIVERSITY | U.S. Federal |
| US-272 | Q8 | ETA UNIVERSITY | U.S. Federal |
| US-273 | Q8 | SUCH SCHOOL, UNIVERSITY & COLLEGE OF HYGIOLOGY | U.S. Federal |
| US-274 | Q8 | DOCUMENT SOLUTIONS UNIVERSITY | U.S. Federal |
| US-275 | Q8 | TARATEC UNIVERSITY | U.S. Federal |
| US-276 | Q8 | TARATEC UNIVERSITY | U.S. Federal |
| US-277 | Q8 | VIGILANTE UNIVERSITY | U.S. Federal |
| US-278 | Q8 | CABLEVISION UNIVERSITY | U.S. Federal |
| US-279 | Q8 | UNIVERSITY OF SANTA MONICA | U.S. Federal |
| US-280 | Q8 | U LAND ROVER UNIVERSITY | U.S. Federal |
| US-281 | Q8 | FRESH UNIVERSITY | U.S. Federal |
| US-282 | Q8 | QUALCOMM CDMA UNIVERSITY | U.S. Federal |
| US-283 | Q8 | MISSISSIPPI VALLEY STATE UNIVERSITY | U.S. Federal |
| US-284 | Q8 | UNIVERSITY OF OXFORD DOMINUS ILLUMINATIO MEA | U.S. Federal |
| US-285 | Q8 | UNIVERSITY OF OXFORD | U.S. Federal |
| US-286 | Q8 | OXFORD UNIVERSITY | U.S. Federal |
| US-287 | Q8 | UNIVERSITY EMBASSIES | U.S. Federal |
| US-288 | Q8 | HUNGRY MINDS UNIVERSITY | U.S. Federal |
| US-289 | Q8 | GUARDSMARK UNIVERSITY | U.S. Federal |
| US-290 | Q8 | PPC UNIVERSITY | U.S. Federal |
| US-291 | Q8 | MOTOR SKILLS UNIVERSITY | U.S. Federal |
| US-292 | Q8 | NOONTIME UNIVERSITY | U.S. Federal |
| US-293 | Q8 | LANSBRIDGE UNIVERSITY | U.S. Federal |
| US-294 | Q8 | THE UNIVERSITY OF SOUTH DAKOTA 1862 VERITAS | U.S. Federal |

| US-295 | Q8 | ARMY UNIVERSITY ACCESS ONLINE | U.S. Federal |
| US-296 | Q8 | CARLIN UNIVERSITY | U.S. Federal |
| US-297 | Q8 | RANDSTAD UNIVERSITY | U.S. Federal |
| US-298 | Q8 | TOOLING UNIVERSITY | U.S. Federal |
| US-299 | Q8 | PARTS PLUS UNIVERSITY | U.S. Federal |
| US-300 | Q8 | PARTS PLUS UNIVERSITY | U.S. Federal |
| US-301 | Q8 | VANGUARD UNIVERSITY | U.S. Federal |
| US-302 | Q8 | EMERGENCY UNIVERSITY | U.S. Federal |
| US-303 | Q8 | THE UNIVERSITY OF SOUTH DAKOTA | U.S. Federal |
| US-304 | Q8 | LUNCHTIME UNIVERSITY | U.S. Federal |
| US-305 | Q8 | BORN UNIVERSITY | U.S. Federal |
| US-306 | Q8 | THE UNIVERSITY OF SOUTH DAKOTA SCHOOL OF MEDICINE | U.S. Federal |
| US-307 | Q8 | PEOPLESUPPORT UNIVERSITY | U.S. Federal |
| US-308 | Q8 | YOU-NIVERISTY.COM | U.S. Federal |
| US-309 | Q8 | V-UNIVERSITY | U.S. Federal |
| US-310 | Q8 | BLOOMBERG UNIVERSITY | U.S. Federal |
| US-311 | Q8 | LIGHTHOUSE CONTINUING CARE UNIVERSITY | U.S. Federal |
| US-312 | Q8 | SUNGARD UNIVERSITY | U.S. Federal |
| US-313 | Q8 | K-9 UNIVERSITY | U.S. Federal |
| US-314 | Q8 | PRINTRAK UNIVERSITY EXCELLENCE EXPERTISE PERFORMANCE SKILL PTU | U.S. Federal |
| US-315 | Q8 | CAREY UNIVERSITY | U.S. Federal |
| US-316 | Q8 | BIZKIDS UNIVERSITY | U.S. Federal |
| US-317 | Q8 | H.D. VEST UNIVERSITY | U.S. Federal |
| US-318 | Q8 | SOUTHERN CHRISTIAN UNIVERSITY | U.S. Federal |
| US-319 | Q8 | MICHIGAN VIRTUAL UNIVERSITY | U.S. Federal |
| US-320 | Q8 | K-9 UNIVERSITY | U.S. Federal |
| US-321 | Q8 | WIRELESS UNIVERSITY | U.S. Federal |
| US-322 | Q8 | UNIVERSITY OF MELBOURNE | U.S. Federal |
| US-323 | Q8 | PHILADELPHIA UNIVERSITY | U.S. Federal |
| US-324 | Q8 | P PHILADELPHIA UNIVERSITY | U.S. Federal |
| US-325 | Q8 | P PHILADELPHIA UNIVERSITY | U.S. Federal |
| US-326 | Q8 | OLYMPUS UNIVERSITY | U.S. Federal |
| US-327 | Q8 | GOOD DOG UNIVERSITY | U.S. Federal |
| US-328 | Q8 | PRESENTERS UNIVERSITY | U.S. Federal |
| US-329 | Q8 | MELBOURNE UNIVERSITY PRIVATE | U.S. Federal |
| US-330 | Q8 | MAIL UNIVERSITY | U.S. Federal |
| US-331 | Q8 | TREE CARE UNIVERSITY | U.S. Federal |
| US-332 | Q8 | STRATFORD UNIVERSITY | U.S. Federal |
| US-333 | Q8 | UNIVERSITY OF TRADING | U.S. Federal |
| US-334 | Q8 | MICHIGAN VIRTUAL UNIVERSITY | U.S. Federal |
| US-335 | Q8 | CHRISTIAN UNIVERSITY GLOBALNET | U.S. Federal |
| US-336 | Q8 | NORTHWESTERN UNIVERSITY TRAFFIC INSTITUTE | U.S. Federal |
| US-337 | Q8 | UNIVERSITY OF THE AFTERMARKET | U.S. Federal |
| US-338 | Q8 | UNIVERSITY OF OXFORD DELEGACY OF LOCAL EXAMINATIONS DOMJ MINA NVS TIO ILLV MEA | U.S. Federal |

| US-339 | Q8 | TECHONLINE UNIVERSITY | U.S. Federal |
|---|---|---|---|
| US-340 | Q8 | MLM UNIVERSITY | U.S. Federal |
| US-341 | Q8 | MCCARL WAY UNIVERSITY | U.S. Federal |
| US-342 | Q8 | THE WORKLIFE UNIVERSITY | U.S. Federal |
| US-343 | Q8 | CANINE UNIVERSITY | U.S. Federal |
| US-344 | Q8 | VISX UNIVERSITY | U.S. Federal |
| US-345 | Q8 | THE OPEN UNIVERSITY | U.S. Federal |
| US-346 | Q8 | ULTIMATE UNIVERSITY | U.S. Federal |
| US-347 | Q8 | MOSQUITO UNIVERSITY | U.S. Federal |
| US-348 | Q8 | USA PARKING UNIVERSITY | U.S. Federal |
| US-349 | Q8 | WEBUNIVERSITY | U.S. Federal |
| US-350 | Q8 | SUITS UNIVERSITY | U.S. Federal |
| US-351 | Q8 | SUITS UNIVERSITY THE MEN'S WEARHOUSE | U.S. Federal |
| US-352 | Q8 | SKYDIVE UNIVERSITY | U.S. Federal |
| US-353 | Q8 | UDRI UNIVERSITY OF DAYTON RESEARCH INSTITUTE | U.S. Federal |
| US-354 | Q8 | LASALLE UNIVERSITY | U.S. Federal |
| US-355 | Q8 | KNOWARE UNIVERSITY | U.S. Federal |
| US-356 | Q8 | ASSISTED LIVING UNIVERSITY | U.S. Federal |
| US-357 | Q8 | MERVYN'S UNIVERSITY | U.S. Federal |
| US-358 | Q8 | GATEWAY UNIVERSITY | U.S. Federal |
| US-359 | Q8 | THE OPEN UNIVERSITY | U.S. Federal |
| US-360 | Q8 | DUDLEY COSMETOLOGY UNIVERSITY | U.S. Federal |
| US-361 | Q8 | HUG 'EM & LUV 'EM UNIVERSITY | U.S. Federal |
| US-362 | Q8 | LEVY UNIVERSITY | U.S. Federal |
| US-363 | Q8 | JANITOR UNIVERSITY | U.S. Federal |
| US-364 | Q8 | SMART UNIVERSITY | U.S. Federal |
| US-365 | Q8 | UNIVERSITAS LASALLIANA INSTITUTA A.D. MDCCCLXIII VIRTUS ET SCIENTIA | U.S. Federal |
| US-366 | Q8 | LA SALLE UNIVERSITY PHILADELPHIA PA. VIRTUS SCIENT1A 1863 | U.S. Federal |
| US-367 | Q8 | WHARTON THE WHARTON SCHOOL OF THE UNIVERSITY OF PENNSYLVANIA | U.S. Federal |
| US-368 | Q8 | LEHIGH UNIVERSITY | U.S. Federal |
| US-369 | Q8 | LEHIGH UNIVERSITY | U.S. Federal |
| US-370 | Q8 | BAYLOR UNIVERSITY MEDICAL CENTER | U.S. Federal |
| US-371 | Q8 | TEMPLE UNIVERSITY OF THE COMMONWEALTH SYSTEM OFHIGH EDUCATION INCORPORATED M AY 12, 1988 PERSEVERANTIA VINCIT | U.S. Federal |
| US-372 | Q8 | HARVARD UNIVERSITY | U.S. Federal |
| US-373 | Q8 | EUROPEAN UNIVERSITY AD AUGUSTA PER ANGUSTA UNIVERSITAS EUROPENSIS MCMLXXVII | U.S. Federal |
| US-374 | Q8 | SIGILLVM-VNIVERSITATIS-PRINCETONIENSIS DEI SVB NVMINE VIGET VET NOV TESTAMENTVM | U.S. Federal |
| US-375 | Q8 | UNIVERSITY OF MISSISSIPPI | U.S. Federal |
| US-376 | Q8 | THE UNIVERSITY OF MISSISSIPPI 1848 PRO SCIENTIA ET SAPIENTIA | U.S. Federal |
| US-377 | Q8 | KENT STATE UNIVERSITY | U.S. Federal |
| US-378 | Q8 | UNIVERSITY OF SANTA CLAUS | U.S. Federal |
| US-379 | Q8 | KENT STATE UNIVERSITY OHIO 1910 | U.S. Federal |

| US-380 | Q8 | HAMBURGER UNIVERSITY | U.S. Federal |
|--------|----|----------------------|--------------|
| ST-1   | Q8 | KENNEDY OPEN UNIVERSITY | U.S. State |
| ST-2   | Q8 | DSU DAKOTA STATE UNIVERSITY | U.S. State |
| ST-3   | Q8 | DSU DAKOTA STATE UNIVERSITY | U.S. State |
| ST-4   | Q8 | DSU DAKOTA STATE UNIVERSITY | U.S. State |
| ST-5   | Q8 | UNIVERSITY OF ENTREPRENEURSHIP | U.S. State |
| ST-6   | Q8 | IMAGINATION UNIVERSITY | U.S. State |
| ST-7   | Q8 | LYON UNIVERSITY | U.S. State |
| ST-8   | Q8 | MONTANA STATE UNIVERSITY | U.S. State |
| ST-9   | Q8 | UNIVERSITY OF VIRGINIA | U.S. State |
| ST-10  | Q8 | WORKERS COMPENSATION COMMISSION UNIVERSITY | U.S. State |
| ST-11  | Q8 | CINCINNATI CHRISTIAN UNIVERSITY | U.S. State |
| ST-12  | Q8 | MINNESOTA STATE COLLEGES & UNIVERSITIES | U.S. State |
| ST-13  | Q8 | LP UNIVERSITY | U.S. State |
| ST-14  | Q8 | SOUTHWEST MINNESOTA STATE UNIVERSITY | U.S. State |
| ST-15  | Q8 | SOUTHWEST MINNESOTA STATE UNIVERSITY | U.S. State |
| ST-16  | Q8 | THE WOMEN'S CAMPAIGN SCHOOL AT YALE UNIVERSITY | U.S. State |
| ST-17  | Q8 | WSU MASTER GARDENERS WASHINGTON STATE UNIVERSITY COOPERATIVE EXTENSION | U.S. State |
| ST-18  | Q8 | WSU MASTER GARDENERS WASHINGTON STATE UNIVERSITY COOPERATIVE EXTENSION | U.S. State |
| ST-19  | Q8 | PRESS SECRETARY UNIVERSITY | U.S. State |
| ST-20  | Q8 | UNIVERSITY OF SPA & COSMETOLOGY ARTS | U.S. State |
| ST-21  | Q8 | K-9 UNIVERSITY | U.S. State |
| ST-22  | Q8 | PHIL LONG UNIVERSITY | U.S. State |
| ST-23  | Q8 | WELLNESS & MASSAGE TRAINING INSTITUTE THE ALTERNATIVE THERAPY UNIVERSITY | U.S. State |
| ST-24  | Q8 | WELLNESS & MASSAGE TRAINING INSTITUTE THE ALTERNATIVE THERAPY UNIVERSITY | U.S. State |
| ST-25  | Q8 | PRINCETON UNIVERSITY | U.S. State |
| ST-26  | Q8 | PET UNIVERSITY | U.S. State |
| ST-27  | Q8 | MULTIMEDIA UNIVERSITY | U.S. State |
| ST-28  | Q8 | UNIVERSITY OF BREWING TECHNOLOGY, N.A. | U.S. State |
| ST-29  | Q8 | D.O. TEXAS COLLEGE OF OSTEOPATHIC MEDICINE 1970 UNIVERSITY OF NORTH TEXAS BOARD OF REGENTS | U.S. State |
| ST-30  | Q8 | TEXAS A & M UNIVERSITY COLLEGE OF MEDICINE T | U.S. State |
| WO-1   | Q8 | INTERNATIONAL ALLIANCE OF RESEARCH UNIVERSITIES | International Register |
| WO-2   | Q8 | UNIVERSITY OF THE ARTS, LONDON | International Register |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Aug 16 04:06:48 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| Word Mark | MARRIOTT UNIVERSITY |
| Goods and Services | IC 041. US 100 101 107. G & S: EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES IN THE FIELD OF EVENT PLANNING, HOSPITALITY, CUSTOMER SERVICE, GAMES OF CHANCE, AND FOOD, BEVERAGE AND CIGAR APPRECIATION, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH. FIRST USE: 19970417. FIRST USE IN COMMERCE: 19970417 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75699634 |
| Filing Date | May 5, 1999 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | January 18, 2000 |
| Registration Number | 2398701 |
| Registration Date | October 24, 2000 |
| Owner | (REGISTRANT) Marriott International, Inc. CORPORATION DELAWARE 10400 Fernwood Road Bethesda MARYLAND 20817 |
| Attorney of Record | Elizabeth G. Regan |
| Prior Registrations | 0899900;0904029;1576776;AND OTHERS |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "UNIVERSITY" APART FROM THE MARK AS SHOWN |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]