IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, REGIONS FINANCIAL CORPORATION and REGIONS BANK )<br><br>Plaintiffs, )<br><br>v. )<br><br>REGIONS UNIVERSITY, INC. )<br><br>Defendant. | Civil Action No. 2:06-cv-882-MHT |

## DECLARATION OF BRIAN WARWICK

Brian Warwick declares and says:

1. My name is Brian Warwick and I am an attorney at the law firm of Maynard Cooper & Gale P.C., 1901 Sixth Avenue North, 2400 Regions/Harbert Plaza, Birmingham, Alabama 35203.

2. In June of this year, I saw a television advertisement for Regions University. When I saw this advertisement, I thought that Regions University might be affiliated with Regions Financial Corporation ("Regions"). I am well acquainted with Regions as one of the largest financial institutions in the United States; however, I was not aware of any other companies using Regions as the distinguishing element in its name. I used to live in Washington, D.C., and during my time there I noticed advertisements on the public transit system indicating that the United States Department of Agriculture was offering graduate school courses. When I noticed the aforementioned television advertisement, I thought that Regions might have started offering similar courses.

3. Shortly after I saw the television advertisement, I spoke with Hope Mehlman at Regions and I asked her if Regions was connected with Regions University or the advertisement. She told me that there was no connection.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2007.

_____
BRIAN WARWICK

2