IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-cv-882-MHT |
| ) | |
| REGIONS UNIVERSITY, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

### AFFIDAVIT OF TERRY BOYD

Comes now Terry Boyd, after first being duly sworn and does depose and states as follows:

1. My name is Terry Boyd and I am an adult resident of Auburn, Alabama and am the Branch Manager of the Regions Bank Moores Mill Road Office located at 2154 Moores Mill Road, Auburn, Alabama 36831

2. I first became aware of a school by the name of Regions University when I saw an advertisement on TV. At the time I first saw the advertisement, I was with my husband and he asked if there was any connection between Regions University and Regions Bank. I told him that I was not sure whether or not Regions University was in any way connected with my employer, Regions Bank. I subsequently learned from bank management that there was no connection.

3. I have had two Regions Bank employees ask me if there was any connection between Regions University and Regions Bank and I have informed them that there is not.

182485.1

Further Deponent saith not this 10th day of July, 2007.

_____
Terry Boyd

STATE OF ALABAMA )
)
COUNTY OF Lee )

SWORN TO AND SUBSCRIBED before me this the 10th day of July 2007.

_____
Notary Public
My Commission Expires: March 24, 2009

(SEAL)

182485.1