## AFFIDAVIT OF KETURAH BURTON

Before me, the undersigned authority, personally appeared Keturah Burton, who being known to me and being first duly sworn, states as follows:

1. My name is Keturah Burton and I am an adult resident of Montgomery County, Alabama. I am currently employed at Regions Bank as a Customer Service Representative and have been in this position for approximately one year.

2. As a Customer Service Representative, I field customer service calls that come in to the Regions Bank toll free number 1-800-Regions.

3. Within the last three months, I received a call inquiring about Regions University. The person said that they saw information online regarding Regions University and wanted to know if it was affiliated with Regions Bank. I informed the caller that Regions University was not affiliated with Regions Bank.

Dated this ___ day of August, 2007.

_____
KETURAH BURTON

STATE OF ALABAMA    )
                    )
COUNTY OF Montgomery )

SWORN TO and SUBSCRIBED before me this the 7th day of August, 2007.

_____
Notary Public
My Commission Expires: 12/8/2010

183552.1