IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-cv-882-MHT |
| ) | |
| REGIONS UNIVERSITY, INC. ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF JACK GALASSINI

Comes now Jack Galassini, after first being duly sworn and does depose and states as follows:

1. My name is Jack Galassini and I am an adult resident of Wetumpka, Alabama and the owner and president of an advertising and public relations business known as Galassini & Associates, Inc., 4210 Lomac Street, Montgomery, Alabama 36106.

2. I have a banking relationship with Regions Bank in Montgomery, Alabama. I have, for a number of years, known Russ Dunman, a long time officer at Regions Bank in Montgomery, Alabama. I see and speak with Russ Dunman from time to time on business and social occasions in the community.

3. I have been aware for many years that Regions Bank is a financial institution which operates in several states and Regions has a large and respected presence.

4. Earlier this year, I first became aware through television advertisements that Southern Christian University had changed its name to Regions University. I am familiar with

182389.2

the location of what has been known as the Southern Christian University campus at the intersection of I-85 and Taylor Road in Montgomery, Alabama. When I first heard about Regions University, I thought that the school had some type of relationship with Regions Bank and was curious about this.

5.  Shortly after I learned that Southern Christian University had changed its name to Regions University, I encountered Russ Dunman at a Montgomery Chamber of Commerce function and asked him what the relationship between Regions University and Regions Bank was. I was advised by Russ Dunman that Regions Bank had no affiliation with Regions University.

Further Deponent saith not this 29 day of June, 2007.

_____
JACK GALASSINI

STATE OF ALABAMA      )
                      )
COUNTY OF MONTGOMERY  )

SWORN TO AND SUBSCRIBED before me this the 29th day of June 2007.

_____
Notary Public
My Commission Expires: 5/23/09

(SEAL)

182389.2