## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| REGIONS ASSET COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06-cv-882-MHT |
| | ) | |
| REGIONS UNIVERSITY, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### AFFIDAVIT OF DAVID GREEN

Comes now David Green, after first being duly sworn and does depose and states as follows:

1.    My name is David Green and I am an adult resident of Montgomery, Alabama and am the Assistant Branch Manager of Regions Bank Autauga County Office located at 1901 East Main Street, Prattville, Alabama 36066.

2.    Earlier in the year I had a conversation with Denise Murphy, the Branch Manager of the Autauga County Branch of Regions Bank in Prattville, Alabama about "Regions University". During this conversation I told Denise Murphy that I had seen a large billboard advertising "Regions University" at the intersection of I-85 and Taylor Road in Montgomery, Alabama. I told her I thought this had something to do with Regions Bank and wondered if Regions Bank was going into the college business.

3.    During this conversation, Denise Murphy told me there was no connection between Regions Bank and Regions University.

182642.1

Further Deponent saith not this _10ᵗʰ_ day of July, 2007.

_David Green_
David Green

STATE OF ALABAMA          )
                          )
COUNTY OF _Autauga_       )

SWORN TO AND SUBSCRIBED before me this the 10 day of July 2007.

_____
Notary Public            MY COMMISSION EXPIRES JANUARY 10, 2008
My Commission Expires:_____

(SEAL)

182842.1