### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

REGIONS ASSET COMPANY,      )
                            )
    Plaintiff,           )
                            )
v.                          )    Civil Action No. 2:06-cv-882-MHT
                            )
REGIONS UNIVERSITY, INC.    )
                            )
    Defendant.           )
                            )

## AFFIDAVIT OF DENISE MURPHY

Comes now Denise Murphy, after first being duly sworn and does depose and states as follows:

1.    My name is Denise Murphy and I am an adult resident of Deatsville, Alabama and am the Branch Manager of Regions Bank Autauga County Office located at 1901 East Main Street, Prattville, Alabama 36066.

2.    Earlier in the year I had a conversation with one of my employees at the Autauga County Branch of Regions Bank in Prattville, Alabama, David Green the Assistant Branch Manager. During my conversation with David Green, he indicated to me that he saw a large billboard advertising "Regions University" at the intersection of I-85 and Taylor Road in Montgomery, Alabama. He indicated that he thought this was something to do with Regions Bank and wondered if Regions Bank was going into the college business.

3.    During this conversation, I explained to him that there was no connection between Regions Bank and Regions University.

182468.1

Further Deponent saith not this $\underline{10^{th}}$ day of July, 2007.

_____
Denise Murphy

STATE OF ALABAMA      )
                                          )
COUNTY OF _____     )

SWORN TO AND SUBSCRIBED before me this the _10_ day of July 2007.

_____
Notary Public                    MY COMMISSION EXPIRES JANUARY 10, 2009
My Commission Expires:_____

(SEAL)

182468.1