IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-cv-882-MHT |
| ) | |
| REGIONS UNIVERSITY, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

### AFFIDAVIT OF WANDA NORRIS

Comes now Wanda Norris, after first being duly sworn and does depose and states as follows:

1. My name is Wanda Norris and I am an adult resident of New Brockton, Alabama and am an employee at Regions Bank located at 110 East College Street, Enterprise, Alabama.

2. Earlier this year, I saw an ad on TV for a school by the name of "Regions University." When I saw the ad, my husband and I questioned the name, and if it was affiliated with Regions Bank, my employer. A day or so after the ad, while at work, I had a discussion with Regions Bank Enterprise City Manager, Robbin Thompson, about this and he indicated to me that he had also seen an ad for Regions University. I told him that my husband and I had seen the ad, and questioned whether it had anything to do with Regions Bank, and he replied to me that it did not.

182455.2

Further Deponent saith not this /6 day of July, 2007.

_Wanda Norris_
Wanda Norris

STATE OF ALABAMA )
)
COUNTY OF _Coffee_ )

SWORN TO AND SUBSCRIBED before me this the /0 day of July 2007.

_Susan Seiber_
Notary Public
My Commission Expires:   SUSAN SEIBER
Notary Public, AL State at Large
My Comm. Expires Dec. 1, 2008

(SEAL)

182455.1