IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REGIONS UNIVERSITY, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 2:06-cv-882-MHT |

### AFFIDAVIT OF KIEL ODOM

Comes now Kiel Odom, after first being duly sworn and does depose and states as follows:

1. My name is Kiel Odom and I am an adult resident of Millbrook, Alabama and am the Branch Manager of Regions Bank Village West Office located at 4585 Mobile Highway, Alabama 36108.

2. Earlier in the year, Mattie Sanders, a teller and long time employee of Regions Bank indicated to me that she saw an advertisement for a school by the name of "Regions University". Mattie Sanders indicated to me that she thought that Regions Bank had "bought a university."

3. During that conversation, I explained to Mattie Sanders that I had been informed by bank management that Regions Bank had no connection whatsoever with Regions University.

Further Deponent saith not this 9 day of July, 2007.

_____
Kiel Odom

STATE OF ALABAMA )
 )
COUNTY OF Montgomery )

SWORN TO AND SUBSCRIBED before me this the 9 day of July 2007.

_____
Notary Public
My Commission Expires: 04/05/09

[SEAL]