IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 2:06-cv-882-MHT |
| REGIONS UNIVERSITY, INC. | ) ) |
| Defendant. | ) ) |

### AFFIDAVIT OF KARAN RUDOLPH

Comes now Karan Rudolph, after first being duly sworn and does depose and states as follows:

1. My name is Karan Rudolph and I am an adult resident of Montgomery, Alabama and am the Human Resources Assistant of Regions Financial Corporation located at 201 Monroe Street, Montgomery, Alabama 36104.

2. During the past several months I saw a billboard ad at the I-85/Taylor Road intersection in Montgomery, Alabama for Regions University. When I saw the ad, I was surprised and thought that there may be some connection between Regions University and my employer, Regions Bank. At my first opportunity, I "Googled" the web to satisfy my curiosity and found out what Regions University was and that it was not connected in any way with Regions Bank.

Further Deponent saith not this 9th day of July, 2007.

_____
Karan Rudolph

182483.1

STATE OF ALABAMA )
)
COUNTY OF MONTGOMERY )

SWORN TO AND SUBSCRIBED before me this the 9th day of July 2007.

*Matie C. Stanfield*
Notary Public

(SEAL)

My Commission Expires: MY COMMISSION EXPIRES MARCH 7, 2009

182483.1