IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-cv-882-MHT |
| ) | |
| REGIONS UNIVERSITY, INC. ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF MATTIE SANDERS

Comes now Mattie Sanders, after first being duly sworn and does depose and states as follows:

1. My name is Mattie Sanders and I am an adult resident of Montgomery, Alabama. I am a bank teller with Regions Bank Village West Office located at 4585 Mobile Highway, Alabama 36108.

2. Earlier in the year I saw an advertisement for "Regions University." When I first heard of Regions University, I thought that Regions Bank had bought or started a university.

3. After seeing the advertisement, I had a conversation with my Branch Manager Kiel Odem about Regions University. Although I first thought that the bank had bought, started or was in some way connected with Regions University, Kiel Odom explained to me that Regions Bank was in no way related to the Regions University.

Further Deponent saith not this 9th day of July, 2007.

_____
MATTIE SANDERS

STATE OF ALABAMA )
)
COUNTY OF Montgomery )

SWORN TO AND SUBSCRIBED before me this the 9 day of July 2007.

_____
Notary Public
My Commission Expires: 04/05/09

(SEAL)