## AFFIDAVIT OF BOYD WILSON

Before me, the undersigned authority, personally appeared Boyd Wilson, who being known to me and being first duly sworn, states as follows:

1. My name is Boyd Wilson and I am an adult resident of Montgomery County, Alabama. I am currently employed at Regions Bank as a Customer Service Representative and have been in this position for the past eight years.

2. As a Customer Service Representative, I field customer service calls that come in to the Regions Bank toll free number 1-800-Regions.

3. In March or April 2007, I received a call from an individual who indicated to me that he had seen a Regions University advertisement on television and he wanted to know if Regions University was associated with Regions Bank. I told the caller that I had seen a similar advertisement and that to the best of my knowledge, Regions Bank was not associated with Regions University.

Dated this _____ day of August, 2007.

_____
BOYD WILSON

STATE OF ALABAMA    )
                    )
COUNTY OF Montgomery )

SWORN TO and SUBSCRIBED before me this the _____ day of August, 2007.

_____
Notary Public
My Commission Expires: 12/08/2010

183551.1