IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-cv-882-MHT |
| ) | |
| REGIONS UNIVERSITY, INC. ) | |
| Defendant. ) | |

### AFFIDAVIT OF ROBBIN THOMPSON

Comes now Robbin Thompson, after first being duly sworn and does depose and states as follows:

1. My name is Robbin Thompson and I am an adult resident of Enterprise, Alabama and the City Manager of Regions Bank, Enterprise, Alabama.

2. Earlier in the year, I saw an advertisement on TV for "Regions University." At the time I saw the advertisement, I wondered if my employer, Regions Bank, was affiliated with, supporting or related in some manner to Regions University. I subsequently learned from management that Regions Bank and Regions University were not related in any way.

3. After seeing the ad, I had a conversation with another Regions Bank employee, Wanda Norris about the Regions University ad. She indicated to me that "I saw the ad too" and asked me "does it have anything to do with Regions Bank?"

Further Deponent saith not this 10th day of July, 2007.

/s/ Robbin Thompson
ROBBIN THOMPSON

182425.1

STATE OF ALABAMA )
)
COUNTY OF _____ )

SWORN TO AND SUBSCRIBED before me this the 10th day of July, 2007.

_____
Notary Public
(SEAL)
My Commission Expires: _____

182425.1