IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civil Action No. 2:06-cv-882-MHT |
| ) | |
| REGIONS UNIVERSITY, INC. ) | |
| ) | |
| Defendant. ) | |

**MOTION OF PLAINTIFFS
TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL**

COME NOW the Plaintiffs in the above-styled cause and respectfully move the Court for leave to file under seal the attached documents labeled as confidential documents under the Protective Order entered in this case on April 19, 2007.

Respectfully submitted this the 20th day of August, 2007.

_____
One of the Attorneys for Plaintiffs Regions Asset Company, Regions Financial Company and Regions Bank

183873.1

**OF COUNSEL:**
Charles B. Paterson (PAT018)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
pclark@balch.com

William G. Pecau
Rachel M. Marmer
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202)429-6244
Facsimile: (202)429-3902
wpecau@steptoe.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by United States Mail properly addressed and postage prepaid and/or by facsimile, on this the 20th day of August, 2007:

| | |
|---|---|
| Victor T. Hudson | James E. Shlesinger |
| William W. Watts, III | Shlesinger, Arkwright & Garvey LLP |
| Hudson & Watts, LLP | 1420 King Street |
| Post Office Box 989 | Suite 600 |
| Mobile, Alabama 36601-0989 | Alexandria, Virginia 22314 |

_____
Of Counsel

183873.1                                                                 2