**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| REGIONS ASSET COMPANY, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 2:06-cv-882-MHT |
| REGIONS UNIVERSITY, INC. | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

COMES NOW Plaintiffs, Regions Asset Company, Regions Financial Corporation and Regions Bank, and give notice of the filing of the following evidentiary materials in support of its response to defendant's motion for summary judgment and cross motion for summary judgment:

1.      Exhibits A, D and E of the Declaration of Scott Peters.

The declaration of Scott Peters is a confidential document that is being filed conventionally with the Court with a motion to file under seal.  Exhibits A, D and E are non-confidential exhibits.

Respectfully submitted this the 20th day of August, 2007.

/s/ Rachel M. Marmer
One of the Attorneys for Plaintiffs Regions Asset Company, Regions Financial Company and Regions Bank

**OF COUNSEL:**

Charles B. Paterson (PAT018)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
pclark@balch.com

William G. Pecau
Rachel M. Marmer
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone:  (202)429-6244
Facsimile:  (202)429-3902
wpecau@steptoe.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using

the CM/ECF system and service will be perfected upon any CM/ECF participants electronically

and by overnight mail service a copy of the foregoing document to all participating and non-

CM/ECF participants this the 20th day of August, 2007:

Victor T. Hudson                          James E. Shlesinger
William W. Watts, III                     Shlesinger, Arkwright & Garvey LLP
Hudson & Watts, LLP                       1420 King Street
Post Office Box 989                       Suite 600
Mobile, Alabama 36601-0989                Alexandria, Virginia 22314

/s/ Rachel M. Marmer
Of Counsel

# EXHIBIT A



## RANKED #1
## IN THE NATION
### IN FRIENDLINESS TO SMALL BUSINESSES*

In football, it's always a thrill when your team is considered a pre-season favorite. But being ranked #1 at the end of the season is an even greater honor — an achievement you earn through teamwork and determination. That's why Regions Bank is proud to be ranked #1 in the nation in friendliness to small businesses by the U.S. Small Business Administration.*

We're proud of this achievement, but not surprised by it. Taking care of small businesses and the people and communities they serve has been the foundation of *our* business since 1865.

Let us show you why Regions Bank truly has the strength to help you do more.



# Regions Bank®
*The Strength To Help You Do More*

 The Official Sponsor of the SunBelt Conference.

MEMBER FDIC • 1-800-REGIONS • WWW.REGIONS.COM
*Based on the most recent study by the SBA, which ranked the banks from which small businesses were most successful in obtaining loans.

RAC00028612



# SEC FOOTBALL
## It Doesn't Get Any Better Than This

The SEC Championship has been described as equal parts Woodstock, Mardi Gras and New Year's Eve. The epitome of what the college football experience is all about.

It's Southeastern Conference football, and it's a uniquely Southern tradition. **That's why Regions Bank is proud to be the official bank of the Southeastern Conference and the SEC Championship.**

*The Strength To Help You Do More*



  

 MEMBER FDIC • 1-800-REGIONS • WWW.REGIONS.COM

© 2004 Regions Bank  P41204-LUC-R9710

RAC00001554

    

# Regions Community Development Division
## Striving To Make A Difference In The Communities We Serve

Regions is committed to making a difference in the communities we serve. We understand the importance of being a good corporate citizen and working with community partners to ensure strong neighborhoods and communities. That is why Regions has a dedicated community development professional in each of our 16 states. Our community development team is committed to fostering community development efforts in each of their respective areas.

### Regions wants to be your partner in the community.
Regions community development staff understands the complexities of community development lending and can give personalized attention to each project. As a member of the Federal Home Loan Bank, we offer the FHLB Community Investment Lending Program and Affordable Housing Program (AHP) grant for qualified projects. Regions is one of the top 15 financial providers in the nation, with $84.6 billion in assets, and a 16-state footprint. With such a large presence and vast resources, Regions has the ability to offer competitive rates, along with specialized products and services to help meet the needs of the community.

### Let Regions assist you in your next community development project.
Regions believes that providing community service helps to strengthen each community's sense of value and importance. At Regions all employees are encouraged to give their time and talents through providing community services. Regions offers a Time/Out Program to give employees paid time off to volunteer for certain causes.

To discuss community development opportunities in Mississippi and ways that Regions might be able to partner with your organization in your next community development project, please contact:

**Melissa Cameron**, Mississippi Community Development Manager
200 West Main Street | Baldwyn, MS 38824 | 662-365-2284 | melissa.cameron@regions.com

Everyday confidence. | 

© 2006 Regions Bank. Member FDIC.

RAC00007148



**There's no better time of the year to say thank you.**

During this holiday season, we at Regions Bank want to extend to all our customers the very best wishes for peace, health and prosperity. And we want to thank you for continuing to rely on Regions for all your banking needs. We look forward to serving you in the coming year – and for years to come. Learn more at 1-800-REGIONS or www.regions.com.

© 2005 Regions Bank. Member FDIC.

REGIONS
BANK

Everyday confidence.

RAC00007943

REL-AL-P51193 ImagineMntgmy.qxd   3/25/05   10:05 AM   Page 1



**REGIONS** | MORTGAGE

Everyday confidence.

# Buying or building a home is a big step. Take it with confidence.

Whether it's your very first home or your dream home, Regions Mortgage can help you finance it. As one of the nation's top 20 residential mortgage loan originators and servicers, we offer a variety of mortgage options to choose from. And since we know buying or building a home can be stressful, we do everything possible to make the mortgage approval process easy and hassle-free. Learn more by calling us at 334-213-1340 or 1-800-238-8269.

© 2005 Regions Mortgage. Member FDIC. All loans subject to credit approval. Regions Mortgage does business in accordance with the Federal Fair Housing Act and the Equal Credit Opportunity Act and does not discriminate on the basis of race, color, national origin, religion, sex, age, marital status, handicap, familial status, because all or part of an applicant's income is from public assistance, or because an applicant has exercised a right under the Consumer Credit Protection Act.

RAC00007980



RAC00007926



RAC00005356



**When you bank with Regions, you're banking with confidence.**

As one of the top 10 financial services providers in the nation, Regions Bank has a lot to offer its customers. This includes more than 1,400 branches and 1,600 ATMs, mortgage and investment services, even online banking. But more than anything, Regions gives its customers the confidence they need to achieve their goals. Learn more about your next bank at regions.com.



 © 2007 Regions Bank. Member FDIC. Regions is a registered service mark of Regions Asset Company and is used under license.

# EXHIBIT D

Regions | Company Information

PERSONAL BANKING     SMALL BUSINESS BANKING     CORPORATE BANKING     ABOUT REGIONS

RegionsNet Online Banking Account Access     ONLINE SERVICES     Find an ATM/Branch     OPEN AN     CONTACT US
Enter Login ID     Enter password     LOG IN     City, St or Zip     ACCOUNT

**REGIONS**     ABOUT REGIONS     SHAREHOLDER INFO     COMMUNITY RELATIONS     PRIVACY & SECURITY

Home   Company Information

# Company Information

IT'S TIME TO EXPECT MORE.

**COMPANY INFORMATION**

Benefits
Careers
Company Fact Sheet
Community Relations
Company Values
Email Alerts
Event Calendar
FAQs
Media Center
News Releases
Privacy and Security
Request Information
Shareholder Information
Supply Partners
Webcasts and Presentations

print this page

Regions Financial Corporation is a member of the S&P 100 Index and, with more than $140 billion in assets, one of the nation's largest full-service providers of consumer and commercial banking, trust, securities brokerage, mortgage and insurance products and services.

Regions serves customers in 16 states across the South, Midwest and Texas , and through its subsidiary, Regions Bank, operates 1,900 AmSouth Bank and Regions Bank banking offices and a 2,400-ATM network. Its investment and securities brokerage, trust and asset management division, Morgan Keegan & Company Inc., provides services from over 450 offices.

**History**
Regions Financial Corporation was formed in 1971 as First Alabama Bancshares Inc., Alabama 's first multibank holding company. With the combination of three well-respected banks, the holding company began operations with a total of $543 million in assets and 40 banking locations in Birmingham , Huntsville and Montgomery.

The company was renamed Regions Financial Corp. in 1994 to better reflect its growing presence throughout the South. Its merger with Memphis, Tenn.-based Union Planters Corp. took place in July 2004, creating a Top 15 U.S. bank. Its merger with AmSouth Bancorporation on November 4, 2006 , created a Southeast-based financial powerhouse ranking as one of the top 10 banks in the nation. Regions Financial Corporation has nearly$140 billion in assets as of March 31, 2007. Serving some 5 million households throughout the South, Midwest and Texas . Regions is a full-service provider of retail and commercial banking, trust, securities brokerage, mortgage, and insurance products and services.

**Retail and Commercial Banking**
Regions Bank is a full-service institution with a full range of financial products and services in the areas of trust, asset management, mortgage banking, securities brokerage and insurance, in addition to traditional banking products and services.



The bank operates 1,900 offices and a 2,400-ATM network across a 16-state geographic footprint: Alabama , Arkansas , Florida , Georgia , Illinois , Indiana , Iowa , Kentucky , Louisiana , Mississippi , Missouri , North Carolina , South Carolina , Tennessee , Texas and Virginia.

Commercial banking at Regions has expanded to mean not only increased lending capacity and a responsive credit approval process, but enhanced treasury management and international products, as well. Regions offers its commercial banking customers a full range of capital markets and investment banking products and services, as well as permanent loan placements, public finance, corporate finance and merger and acquisition products and services, and risk management products such as interest rate derivatives.

**Brokerage, Investment Banking, & Trust**

Regions provides investment and brokerage services from more than 450 offices of Morgan Keegan & Company, Inc., one of the nation's largest full-service investment firms with more than $75 billion in customer assets. Morgan Keegan, a member of the New York Stock Exchange and SIPC, offers comprehensive investment banking and wealth management services to meet the diverse financial needs of individual investors, corporate and institutional clients throughout the United States and abroad.

Regions Morgan Keegan Trust, with over $75 billion in assets, is the trust and asset management unit of Regions, and includes the RMK Timberland Group which manages more than 1 million acres. Morgan Asset Management is the investment advisor to Regions Morgan Keegan Trust and the $7 billion Regions Morgan Keegan Select Fund mutual fund family. With locations throughout the South, Morgan Asset Management manages more than $36 billion for institutions and high net worth individuals. Regions Morgan Keegan Trust and Morgan Asset Management operate as part of Regions' subsidiary Morgan Keegan & Company, Inc.

**Mortgage**

Regions Mortgage is one of the nation's top residential mortgage loan originators and servicers. The balanced, focused mortgage business offers a full array of residential mortgage products and services through its retail and correspondent lending channels and a warehouse lending banker/broker, Regions Funding.

**Insurance**

In 2004, Regions Financial Corporation created Regions Insurance Group, Inc., the corporate structure for all of the company's insurance-related subsidiaries. Through its insurance brokerage operations in Mississippi , Alabama , Indiana , Tennessee , Texas , Missouri , Arkansas and Louisiana, Regions Insurance Group offers all lines of personal and commercial insurance, including property, casualty, life, health and accident. Regions Insurance Services offers credit-related insurance products (title, term life, credit life, debt cancellation, environmental, crop and mortgage insurance) to customers of Regions. With $91 million in annual revenues and 30 offices in eight states, Regions Insurance Group is one of the largest bank-owned insurance brokers in the United States.

**Facts About Regions**

- Regions, which trades on the New York Stock Exchange under ticker symbol RF, ranks on both the Forbes "Platinum 400" listing and Fortune 500 listing of America 's largest companies.
- Regions is ranked in the Top 10 on Fortune's 2007 list of the Most Admired Superregional Banks in the United States.
- The U.S. Small Business Administration consistently ranks Regions as one of the top small business-friendly financial services providers in the country.
- Regions is a member of the Identity Theft Assistance Corp., a non-profit consortium of financial institutions piloting an Identity Theft Assistance Center (ITAC) that helps fight identity theft and assists consumers who have been affected

RAC0003283

Regions | Company Information

by the crime.
- Morgan Keegan's Focus List ranked No. 1 for three-year return among recommended stock lists for 13 national and regional firms by Zacks Investment Research, Inc.
- Regions' shareholders have received increased cash dividends for 36 consecutive years.
- Regions is a member of the S&P 100 Index.



Equal Housing Lender    Member FDIC    © Copyright 2007 Regions Financial Corporation    1-800-REGIONS

Expect more simple.

1,900 branches and 2,400 ATMs for your convenience.

LEARN MORE

Regions | Sports Partnerships

PERSONAL BANKING     SMALL BUSINESS BANKING     CORPORATE BANKING     ABOUT REGIONS

RegionsNet Online Banking Account Access
Enter Login ID     Enter password     LOG IN

Find an ATM/Branch
City, St or Zip

ONLINE
SERVICES

OPEN AN
ACCOUNT     CONTACT US

▲ REGIONS

ABOUT REGIONS     SHAREHOLDER INFO     COMMUNITY RELATIONS     PRIVACY & SECURITY

Home   Community Relations   Sports Partnerships

## Sports Partnerships

### COMMUNITY RELATIONS

Community Affairs

Community Investment
Commitment

Community Development Contact
Information

**Sports Partnerships**

Regions Park

Business Salute Hall of Fame

Southeastern Conference

Sun Belt Conference

Regions Morgan Keegan Tennis
Tournament

Regions Charity Classic

Other Sports Partnerships

print this page



THE STRENGTH OF A CHAMPION. ... "IT'S TIME TO EXPECT
MORE," THAT CHAMPIONS ALWAYS HAVE HIGH
EXPECTATIONS, NOT JUST EVERY ONCE IN A WHILE, BUT
EVERY DAY.

Regions is committed to being an active presence in the
communities we serve. That's why we support activities, events and
organizations that embrace kids, families and neighborhoods. Our
corporation and associates encourage the development of
communities that nurture unity and respect through a variety of
volunteer services, monetary gifts, sponsorships and donations.

Regions admires the qualities of a champion — dedication, resiliency and a tireless desire to achieve perfection. And it's in
keeping with the company's brand identity, "Everyday Confidence," that champions are confident, and not just every once in a
while, but every day.

That's why Regions views sports marketing as an integral part of its overall marketing mix. As a vibrant corporate citizen
serving its communities, customers, shareholders and associates, Regions is a major supporter of various sporting events and
universities across its 16-state footprint in the South, Midwest and Texas.

Sports marketing enables Regions to drive product sales, build customer relationships and grow overall awareness of the
Regions brand. General areas of focus are on corporate sponsorship arrangements with key sports leagues and colleges;
placement of traditional advertising messages in and around sports content, including TV, radio, print, Internet and in-arena;
sponsorships or features that are integrated into specific events and/or into broadcasts of the events; and one-on-one
marketing events held at sporting events.

Through sports marketing, Regions has the opportunity to share the company's message in the context of the preferred
content of its target audiences. This demonstrates that by having a better understanding of where they spend their time,
Regions shares and supports the interests of its target audiences.

Communities have strong ties to their local sports teams, and Regions understands and appreciates that kind of loyalty. A

community-focused bank with local leadership in the markets it serves, Regions makes certain that all marketing and advertising efforts connect it to the communities Regions calls home.

› **Regions SEC Business Salute**
Honoring the athletic and business accomplishments of former Southeastern Conference athletes.

› **Sun Belt Conference**
Regions Bank is the official bank and proud corporate partner of the Sun Belt Conference.

› **Regions Charity Classic**
Honored to be involved in one of the largest charitable events in the State of Alabama.

• **Southeastern Conference**
Regions Bank has a long-time relationship as corporate partner and the Official Bank of the SEC.

• **RMK Tennis Tournament**
Regions and Morgan Keegan are proud sponsors of the professional ATP and WTA tennis tournament.

• **Other Sports Partnerships**
Regions is engaged with local sports teams and events across its footprint.

LEARN MORE

OPEN AN ACCOUNT    LOCATE AN ATM / BRANCH    ABOUT REGIONS    CONTACT US

Privacy and Security    Terms and Conditions    Careers    Investor Relations

Equal Housing Lender    Member FDIC    © Copyright 2007 Regions Financial Corporation    1-800-REGIONS

## Expect more simple.

## 1,900 branches and 2,400 ATMs
for your convenience.

RAC00032269

Regions | Regions Park

Page 1 of 2

RegionsNet Online Banking Account Access
Enter Login ID    Enter password    LOG IN

ONLINE SERVICES    Find an ATM/Branch    City, St or Zip

OPEN AN ACCOUNT    CONTACT US

PRIVACY & SECURITY



REGIONS

ABOUT REGIONS    SHAREHOLDER INFO    COMMUNITY RELATIONS

Home   Community Relations   Regions Park

**COMMUNITY RELATIONS**

Community Affairs
Community Investment Commitment
Community Development Contact Information
Sports Partnerships
**Regions Park**
Business Salute Hall of Fame
Southeastern Conference
Sun Belt Conference
Regions Morgan Keegan Tennis Tournament
Regions Charity Classic
Other Sports Partnerships

print this page

# Regions Park

THE CONFIDENT STRENGTH OF A CHAMPION.



In March of 2007, Regions entered into a historic naming rights partnership to rename the home of the Birmingham Barons, one of the oldest and most celebrated franchises in Minor League Baseball.

The name of the Hoover Metropolitan Stadium, located in Hoover, Alabama, was changed to Regions Park. The nine-season agreement will last through the 2015 calendar year, and includes a myriad of stadium sponsorship and other opportunities for Regions.

Regions Park will be home to Baron Baseball, Hoover High School Football, The South Eastern Conference Baseball Championship Tournament, Birmingham Southern Football as well as Concerts, Business Meeting and group outings.

The Birmingham Barons, Regions, Hoover Parks and Recreation Board, and the City of Hoover have partnered to continue to make Regions Park the most used and versatile sports facility in Alabama. The second of a two-phase renovation was recently completed at the stadium. The upgrades to the 20-year old facility included adding a second-tier to both the baseball and football press boxes, replacing over 3,000 box seats, extensive changes to the façade and main entrance of the stadium, renovated restrooms and a new stadium lighting system.

For more information on the Birmingham Barons, visit **http://www.barons.com** .

RAC00032270

Regions | Regions Park

OPEN AN ACCOUNT    LOCATE AN ATM / BRANCH    ABOUT REGIONS    CONTACT US

Privacy and Security    Terms and Conditions    Careers    Investor Relations

Equal Housing Lender    Member FDIC    © Copyright 2007 Regions Financial Corporation

1-800-REGIONS

LEARN MORE

# Expect more simple.

1,900 branches and 2,400 ATMs
for your convenience.



RAC0003226S



**PERSONAL BANKING**      **SMALL BUSINESS BANKING**      **CORPORATE BANKING**      **ABOUT REGIONS**

RegionsNet Online Banking Account Access          ONLINE          Find an ATM/Branch
Enter Login ID    Enter password    LOG IN          SERVICES          City, St or Zip                              SEARCH

**REGIONS**

ABOUT REGIONS    SHAREHOLDER INFO    **COMMUNITY RELATIONS**

OPEN AN    CONTACT US
ACCOUNT

PRIVACY & SECURITY

Home    Community Relations    Regions Business Salute Hall of Fame

**COMMUNITY RELATIONS**

Community Affairs

Community Investment
Commitment

Community Development Contact
Information

Sports Partnerships

Regions Park

**Business Salute Hall of Fame**

Southeastern Conference

Sun Belt Conference

Regions Morgan Keegan Tennis
Tournament

Regions Charity Classic

Other Sports Partnerships

print this page

# Regions Business Salute Hall of Fame

DEMONSTRATING WHAT HAVING HIGH EXPECTATIONS CAN DO
FOR YOUR BUSINESS.

In 2003, Regions Bank created the "Small Business Salute"
advertising campaign to honor the athletic and small business
accomplishments of former Southeastern Conference athletes, and
to showcase the company's consistent annual ranking by the U.S.
Small Business Administration as one of the nation's top small
business-friendly financial services providers.

Regions has a long-time relationship with the Southeastern Conference as a proud corporate partner and the Official Bank of
the SEC, and is proud to honor athletes for having the high expectations that made them champions then and now.

In 2005, Regions designed a new format in which to advertise these former athletes. In keeping with the sporting event
broadcasts in which they will appear, each 2005 Regions SEC Small Business Salute is presented in a video format designed
to look as if it is being broadcast on the Jumbo-Tron at the local stadium, complete with Regions Bank signage. Images of
each honoree play on the screen as a voice-over announcer recounts their achievements in SEC sports and salutes them for
their continuing success in the small business world. The combination of dynamic visuals and engaging stories ensure each
SEC Small Business Salute will fit seamlessly into any sports broadcast.

For the upcoming 2006 SEC football season, Regions will salute those former SEC athletes now leading small, middle market
and/or commercial businesses. We believe the Regions Business Salute Hall of Fame offers significant media exposure
throughout the southeast for a business man or woman, and is our chance to highlight how Region helps a college athlete
achieve his/her big picture of a successful business. Just contact a Regions lender for more information on how to be
nominated for the Regions Business Salute Hall of Fame.

**Class of 2006**
To view biographies and commercial spots of the Salutes featured in the campaign, click on their names below.

RAC0003266

Regions | Regions Business Salute Hall of Fame

▸ **Robert Clemens**
Automobile Consumer Service Corporation
University of Georgia

▸ **Martin "Scooter" Dyess**
Dyess Enterprises
University of Alabama

▸ **Mike Hillman**
Gulf Fleet
Louisiana State University

▸ **Ty Samples**
Samples Properties, Inc.
Auburn University

▸ **Jeff Sheppard**
15 Inc.
University of Kentucky

▸ **Toby Witt**
TSW Investment Company
Vanderbilt

▸ **Charlie Coffey**
Nationwide Express
University of Tennessee

▸ **Todd Ellis**
Smith, Ellis & Stuckey, P. A.
University of South Carolina

▸ **Jeff Noblin**
Bienville Orthopedic Specialists
University of Mississippi

▸ **Mike Sanders**
Jimmy Sanders, Inc.
Mississippi State University

▸ **Barry Thomas**
Barry Thomas Studio & Gallery
University of Arkansas

▸ **Donnie Young**
Apartment Hunters
University of Florida

**Class of 2005**
To view biographies of the Salutes featured in the campaign, click on their names below.

▸ **Bob Baumhower**
Baumhower's Wings Restaurant
University of Alabama, football

▸ **Charles Trotman**
The Trotman Company Inc.
Auburn University, football

▸ **Dr. Mitch Frix**
Associates in Orthopedics and Sports Medicine
University of Georgia, football

▸ **Willie Teal**
Teal Office Products Inc.
Louisiana State University, football

▸ **Artie Cosby**
CEMCO Inc.
Mississippi State University, football

▸ **Jim Grizzle**
Jim Grizzle Tire Company
University of Arkansas, football

▸ **Scott Trimble**
Trimble Logistics Companies Inc.
University of Florida, football

▸ **Art Still**
ABS Support Services Inc.
University of Kentucky, football

▸ **Sean Tuohy**
RGT Management
University of Mississippi, basketball

▸ **Ryan Brewer**
Ryan Brewer Enterprises
University of South Carolina, football

RAC0003226٧

Regions | Regions Business Salute Hall of Fame

Page 3 of 4

‣ **Darwin Walker**
Progressive Engineering Group LLC
University of Tennessee, football

‣ **John Rich & Tate Rich**
Delta Coals Inc.
Vanderbilt University, baseball (John) and football (both)

**Class of 2004**

‣ **David "Hoss" Johnson**
ForkDownAndPork.com
University of Alabama, football

‣ **Amy Zeno Waquespack**
Zeno's Sport Center
Louisiana State University, track

‣ **Charles Trotman**
The Trotman Company Inc.
Auburn University, football

‣ **Scott Trimble**
Trimble Logistics Companies Inc.
University of Florida, football

‣ **Dr. Mitch Frix**
Associates in Orthopedics and Sports Medicine
University of Georgia, football

‣ **Art Still**
ABS Support Services Inc.
University of Kentucky, football

‣ **Willie Teal**
Teal Office Products Inc.
Louisiana State University, football

‣ **Sean Tuohy**
RGT Management
University of Mississippi, basketball

‣ **Artie Cosby**
CEMCO Inc.
Mississippi State University, football

‣ **Ryan Brewer**
Ryan Brewer Enterprises
University of South Carolina, football

**Class of 2003**

‣ **Ted Foret**
Forest Builders
Auburn University, football

‣ **Rob Reed**
Bob Reed Builders
Mississippi State University, baseball

‣ **Rebecca Hatcher**
Hatcher Design Associates
Auburn University, basketball

‣ **Judge Charles Simons**
The Simons Law Office
University of South Carolina, golf

‣ **Paul Head**
Abner White

‣ **Will Bartholomew**
D-1 Sports Training

University of Mississippi, football

- **Dr. Sol Graves** (son) , **Dr. White Graves** (father)
  Louisiana State University, football

University of Tennessee, football

- **Bob "Snake" Grace**
  Snake Steel
  Vanderbilt University, basketball

http://www.regions.com/about_regions/salute_hall_of_fame.rf

RAC00032268

RAC0003226з

Regions | Southeastern Conference

Page 1 of 2

RegionsNet Online Banking Account Access
Enter Login ID   Enter password   LOG IN

ONLINE SERVICES

Find an ATM/Branch
City, St or Zip

OPEN AN ACCOUNT   CONTACT US

PRIVACY & SECURITY

SEARCH

REGIONS

ABOUT REGIONS   SHAREHOLDER INFO   COMMUNITY RELATIONS

Home   Community Relations   Southeastern Conference

## COMMUNITY RELATIONS

Community Affairs

Community Investment Commitment

Community Development Contact Information

Sports Partnerships

Regions Park

Business Salute Hall of Fame

**Southeastern Conference**

Sun Belt Conference

Regions Morgan Keegan Tennis Tournament

Regions Charity Classic

Other Sports Partnerships

print this page

# Southeastern Conference

THE CONFIDENT STRENGTH OF A CHAMPION.



Regions is committed to being an active presence in the communities we serve. That's why we support activities, events and organizations that embrace kids, families and neighborhoods. Our corporation and associates encourage the development of communities that nurture unity and respect through a variety of volunteer services, monetary gifts, sponsorships and donations.

In 1993, Regions became the proud corporate sponsor and the official bank of the Southeastern Conference. This relationship is one of the longest in SEC history, and was most recently renewed in July 2005. Additionally, Regions has enhanced its sponsorship of the SEC in order to better serve the SEC communities. For example, Regions will be the exclusive sponsor of the new Lincoln Financial Sports SEC Football Podcasts. The podcasts will include a highlight package from each Saturday's SEC Game of the Week and will also offer a collection of features, such as SEC Football interviews. The SEC video podcast will be available at LFSports.com and via "RSS", which is used by many websites and programs, most prominently by Apple's iTunes. Now the thrill of a SEC football game will be available to fans at the click of a button, making the most exciting SEC moments accessible anytime.

Regions also supports the fans who are planning a trip to the big game with the Regions Bank SEC Football Travel Planner, found at **www.secroadtripplanner.com**." This site has information that helps fans plan a trip to any of the 12 SEC schools. Fans will find directions, a map of the stadium, dining and hotel options and a list and map of all Regions branch and ATM locations.

As a way of further extending its relationship with the SEC, Regions also has entered into marketing agreements with a number of SEC member institutions. Regions is a proud corporate partner of the following universities: University of Alabama, University of Arkansas, Auburn University, University of Georgia, Louisiana State University, University of Mississippi, Mississippi State University and the University of South Carolina.

RAC0003264

Regions | Southeastern Conference

Regions also sponsors the Regions Bank SEC Fan Poll on the secsports.com Web site. Fans can log on and cast their vote on various SEC topics. By voting, fans can register to win two SEC Football Championship tickets!

In addition, Regions sponsors the Regions Football Financial Field of Dreams during FanFare events at the SEC Championship Game. Fans have the chance to play 3-on-3 flag football and an interactive game known as the "Red Zone Challenge." The name is a reference to the red zone on a football field (from the 20-yard line in toward the end zone). Officials and volunteers are provided to run the interactive. And, during these games, Regions distributes premium give-away items to the participants.

In 2003, Regions kicked off a then-new advertising campaign featuring former Southeastern Conference athletes honored for their entrepreneurial accomplishments. Honorees from all 12 SEC schools are showcased, and Regions features past honorees in its "Business Salute Hall of Fame". **Read more.**

* Web site is not the property nor is it managed by Regions Financial Corporation.



OPEN AN ACCOUNT    LOCATE AN ATM / BRANCH    ABOUT REGIONS    CONTACT US

Privacy and Security    Terms and Conditions    Careers    Investor Relations

Equal Housing Lender    Member FDIC    © Copyright 2007 Regions Financial Corporation    1-800-REGIONS

Expect more simple.

1,900 branches and 2,400 ATMs
for your convenience.

PERSONAL BANKING    SMALL BUSINESS BANKING    CORPORATE BANKING    ABOUT REGIONS

RegionsNet Online Banking Account Access
Enter Login ID    Enter password    LOG IN

Find an ATM/Branch
ONLINE    City, St or Zip
SERVICES

OPEN AN    CONTACT US
ACCOUNT

PRIVACY & SECURITY



REGIONS

ABOUT REGIONS    SHAREHOLDER INFO    COMMUNITY RELATIONS

Home  Community Relations  Sun Belt Conference

## Sun Belt Conference

THE CONFIDENT STRENGTH OF A CHAMPION.



**COMMUNITY RELATIONS**

Community Affairs
Community Investment Commitment
Community Development Contact Information
Sports Partnerships
Regions Park
Business Salute Hall of Fame
Southeastern Conference
**Sun Belt Conference**
Regions Morgan Keegan Tennis Tournament
Regions Charity Classic
Other Sports Partnerships

print this page

Regions is committed to being an active presence in the communities we serve. That's why we support activities, events and organizations that embrace kids, families and neighborhoods. Our corporation and associates encourage the development of communities that nurture unity and respect through a variety of volunteer services, monetary gifts, sponsorships and donations.

**Official Bank of the Sun Belt Conference**
Regions is beginning its fifth season in partnership with the Sun Belt as the official corporate partner and official bank of the Sun Belt Conference. The Sun Belt Conference is currently comprised of 11 full-time members: University of Arkansas at Little Rock, Arkansas State University, University of Denver, Florida International University, University of Louisiana at Lafayette, Middle Tennessee State University, University of New Orleans, University of South Alabama, University of North Texas, Troy University, and Western Kentucky University.

OPEN AN ACCOUNT    LOCATE AN ATM / BRANCH    ABOUT REGIONS    CONTACT US
Privacy and Security    Terms and Conditions    Careers    Investor Relations

Equal Housing Lender    Member FDIC    © Copyright 2007 Regions Financial Corporation    1-800-REGIONS





Expect more simple.

1,900 branches and 2,400 ATMs
for your convenience.

RAC0003259

Regions | Regions Morgan Keegan Tennis Tournament

# REGIONS

PERSONAL BANKING    SMALL BUSINESS BANKING    CORPORATE BANKING

ABOUT REGIONS

PRIVACY & SECURITY

RegionsNet Online Banking Account Access
Enter Login ID    Enter password
LOG IN

ONLINE SERVICES

Find an ATM/Branch
City, St or Zip

OPEN AN ACCOUNT    CONTACT US

ABOUT REGIONS    SHAREHOLDER INFO    COMMUNITY RELATIONS

Home   Community Relations   Regions Morgan Keegan Tennis Tournament

**COMMUNITY RELATIONS**

Community Affairs

Community Investment Commitment

Community Development Contact Information

Sports Partnerships

Regions Park

Business Salute Hall of Fame

Southeastern Conference

Sun Belt Conference

**Regions Morgan Keegan Tennis Tournament**

Regions Charity Classic

Other Sports Partnerships

print this page

# Regions Morgan Keegan Tennis Tournament

THE CONFIDENT STRENGTH OF A CHAMPION.



Regions is committed to being an active presence in the communities we serve. That's why we support activities, events and organizations that embrace kids, families and neighborhoods. Our corporation and associates encourage the development of communities that nurture unity and respect through a variety of volunteer services, monetary gifts, sponsorships and donations.

**Regions Morgan Keegan Championships**

In Memphis, Tenn., Regions' largest market (and headquarters city for Morgan Keegan & Company Inc., the company's investment and brokerage arm, Regions Mortgage, Regions Insurance Group, and the Midsouth region of Regions Bank), Regions and Morgan Keegan have a three-year title sponsorship of the professional ATP and WTA tennis tournament, which benefits St. Jude Children's Research Hospital. Through this partnership, Regions and Morgan Keegan became the official financial services provider and title sponsor of the Regions Morgan Keegan Championships. Regions is proud to partner with The Racquet Club of Memphis to present a week of exciting professional tennis. Over its 30-year history, this tournament has brought national and international awareness to the Memphis community by showcasing the sport's brightest stars. Regions participation in this tournament continues a long-standing tradition by Regions Financial Corporation of extending a helping hand to those in need within its communities across the South, Midwest and Texas.

For the most up-to-date information on the tournament, visit **www.rmkchampionships.com.** *

* Web site is not the property nor is it managed by Regions Financial Corporation.

Regions | Regions Morgan Keegan Tennis Tournament

OPEN AN ACCOUNT     LOCATE AN ATM / BRANCH     ABOUT REGIONS     CONTACT US

Privacy and Security     Terms and Conditions     Careers     Investor Relations

Equal Housing Lender     Member FDIC     © Copyright 2007 Regions Financial Corporation     1-800-REGIONS

LEARN MORE



# Expect more simple.

## 1,900 branches and 2,400 ATMs
for your convenience.

RAC00032257

Regions | Regions Charity Classic



**REGIONS**

PERSONAL BANKING    SMALL BUSINESS BANKING    CORPORATE BANKING    ABOUT REGIONS

RegionsNet Online Banking Account Access

Enter Login ID    Enter password    LOG IN

ONLINE SERVICES    Find an ATM/Branch    OPEN AN ACCOUNT    CONTACT US    PRIVACY & SECURITY
City, St or Zip

ABOUT REGIONS    SHAREHOLDER INFO    COMMUNITY RELATIONS

Home › Community Relations › Regions Charity Classic

# Regions Charity Classic

THE CONFIDENT STRENGTH OF A CHAMPION.

Regions is committed to being an active presence in the communities we serve. That's why we support activities, events and organizations that embrace kids, families and neighborhoods. Our corporation and associates encourage the development of communities that nurture unity and respect through a variety of volunteer services, monetary gifts, sponsorships and donations.



In Birmingham, Ala., Regions Financial Corporation has a three-year title sponsorship of the annual Champions Tour event played in Birmingham-Hoover, Ala. The tournament, formerly known as the Bruno's Memorial Classic, became the Regions Charity Classic presented by Bruno's Supermarkets in January 2006. **Read more.** The values of the Champions Tour are in line with Regions' commitment to excellence and service to the community. Regions' association with the Tour provides the company a unique marketing opportunity to increase shareholder value, strengthen relationships with current customers and create brand awareness throughout its entire 16-state footprint. Regions is proud to be a part of an event that brings together the greatest names in golf and is one of the largest charitable events in the State of Alabama.

For up-to-date information on the tournament, visit **www.regionscharityclassic.com.** *

* Web site is not the property nor is it managed by Regions Financial Corporation.

## COMMUNITY RELATIONS

Community Affairs

Community Investment Commitment

Community Development Contact Information

Sports Partnerships

Regions Park

Business Salute Hall of Fame

Southeastern Conference

Sun Belt Conference

Regions Morgan Keegan Tennis Tournament

**Regions Charity Classic**

Other Sports Partnerships

 print this page

SEARCH

RAC00032258

Page 2 of 2

Regions | Regions Charity Classic



Equal Housing Lender    Member FDIC    © Copyright 2007 Regions Financial Corporation    1-800-REGIONS

LEARN MORE

# Expect more simple.

## 1,900 branches and 2,400 ATMs
for your convenience.

http://www.regions.com/about_regions/charity_classic.rf

6/22/2007

RAC00032255

PERSONAL BANKING     SMALL BUSINESS BANKING     CORPORATE BANKING     ABOUT REGIONS

RegionsNet Online Banking Account Access
Enter Login ID    Enter password    LOG IN

ONLINE SERVICES    Find an ATM/Branch    OPEN AN ACCOUNT    CONTACT US
City, St or Zip

**REGIONS**    ABOUT REGIONS    SHAREHOLDER INFO    COMMUNITY RELATIONS    PRIVACY & SECURITY

Home    Community Relations    Other Sports Partnerships

# Other Sports Partnerships

**COMMUNITY RELATIONS**

Community Affairs
Community Investment Commitment
Community Development Contact Information
Sports Partnerships
Regions Park
Business Salute Hall of Fame
Southeastern Conference
Sun Belt Conference
Regions Morgan Keegan Tennis Tournament
Regions Charity Classic
**Other Sports Partnerships**

print this page

THE CONFIDENT STRENGTH OF A CHAMPION.

Regions is committed to being an active presence in the communities we serve. That's why we support activities, events and organizations that embrace kids, families and neighborhoods. Our corporation and associates encourage the development of communities that nurture unity and respect through a variety of volunteer services, monetary gifts, sponsorships and donations.



Beyond Regions' conference sponsorships, Regions is engaged with local sports teams and events across its footprint. For example, in Texas, Regions supports its Texas markets through involvement with Texas A&M and the Houston Texans radio networks.

In the Midwest, Regions is currently exploring a number of opportunities to expand its sports marketing efforts to include teams and events that are important to its communities in Indiana, Illinois, Iowa, Missouri and Kentucky. Regions recently entered into marketing agreements with Indiana University and Purdue Athletics.

OPEN AN ACCOUNT    LOCATE AN ATM / BRANCH    ABOUT REGIONS    CONTACT US
Privacy and Security    Terms and Conditions    Careers    Investor Relations

Equal Housing Lender    Member FDIC    © Copyright 2007 Regions Financial Corporation    1-800-REGIONS

SEARCH

RAC0003356

Regions | Other Sports Partnerships





# Expect more simple.

1,900 branches and 2,400 ATMs
for your convenience.

# EXHIBIT E



# The Southeastern Conference



Corporate Sponsorship Overview
Presented to

REGIONS



*2005-2006 Year in Review*

HOST
COMMUNICATIONS

RAC00012509



# SEC CORPORATE PARTNER PROGRAM

## Southeastern Conference Corporate Partner Program

The Southeastern Conference Corporate Partner program provides a multi-platform approach to reaching the conference's powerful affinity market. As the ***Official Bank and Financial Services Provider of the SEC***, Regions Bank is provided access to passionate consumers through a variety of channels, allowing for the communication of brand message to a targeted demographic, that when combined with effective promotional and event marketing programs, drive sales and create additional revenue generating opportunities. The following information is a year-end comprehensive review of the four main areas that make up the SEC Corporate Partner program including:

- ➔ **Championship Exposure**
- ➔ **Media**
- ➔ **Tickets and Merchandising**
- ➔ **Promotional Programs and Event Marketing**



*2005-2006 Year in Review*

HOST.
COMMUNICATIONS

2

RAC00012510





# CHAMPIONSHIP EXPOSURE

## SEC Football Championship Weekend
## December 2-3, 2005 - Atlanta, GA

**Dr Pepper SEC FanFare**

- Attendance of 35,000+
- Sponsorship of Financial Field of Dreams interactive
- Distributed premium items and Regions customizable spirit boards at interactive
- Logo inclusion on 10,000 Souvenir Cups (bonus)

**SEC Championship Game**

- Sold out event with attendance of 73,717
- Six (6) Public Address Announcements (3 bonus)
- Eight (8) Jumbotron Logo Recognitions (4 bonus)
- Eight (8) LCD Color Display Recognitions (4 bonus)
- Logo inclusion on eight banners hung throughout the championship areas during weekend (GA Dome, Hotel, FanFare)

RAC00012511



# CHAMPIONSHIP EXPOSURE

## SEC Football Championship Weekend
## December 2-3, 2005 - Atlanta, GA

### Additional Exposure

↟ Logo inclusion on GA Dome Interior Gobo lighting (bonus)

➡ Six light towers projecting Partner logos at each gate

↟ Logo inclusion on outdoor advertising billboards displayed throughout Atlanta, in MARTA stations and on MARTA bus tails (bonus)

↟ Logo inclusion on Corporate Partner print advertisements placed in Atlanta Journal Constitution (bonus)

↟ Logo inclusion on print advertisement placed in Atlanta Journal Constitution promoting Dr Pepper SEC FanFare (bonus)

↟ Logo inclusion on SECsports.com and SECkids.com FanFare pages promoting the interactive event (bonus)

↟ Logo inclusion on 150 SEC Youth Sports Clinic t-shirts that were distributed to participants (bonus)





HOST. COMMUNICATIONS



# CHAMPIONSHIP EXPOSURE

## SEC Football Championship Weekend
## December 2-3, 2005 - Atlanta, GA

### Outdoor Billboard Campaign

- Campaign ran in Metro Atlanta from 11/21/05 – 12/04/05
- Logo inclusion on three Interstate Billboards (locations on I-20, I-85 and I-285)
- Logo inclusion on 11 in-town billboards (locations in Downtown, Mid-town, Buckhead and Sandy Springs)
- Logo inclusion on 30 MARTA bus tails (routes in North Atlanta and Dekalb County)
- Logo inclusion on 6 Dioramas in MARTA train stations (Georgia Dome and Vine City stations, both adjacent to the Dome)



*2005-2006 Year in Review*

RAC00012513







# CHAMPIONSHIP EXPOSURE

## SEC Women's Basketball Tournament
## March 2-5, 2006 – Little Rock, AR

### SEC Women's Tournament

➤ Attendance of 37,033

➤ 44 Public Address Announcements (42 bonus)

➤ 44 Jumbotron Logo Recognitions (42 bonus)

➤ Logo inclusion on all ticket backs (bonus)

### Additional Exposure

➤ Logo inclusion on four banners hung throughout Alltel Arena

➤ Logo inclusion on 100 SEC Youth Sports Clinic t-shirts that were distributed to participants (bonus)



*2005-2006 Year in Review*

HOST COMMUNICATIONS

RAC00012514

# CHAMPIONSHIP EXPOSURE

## SEC Men's Basketball Tournament
## March 9-12, 2006 – Nashville, TN

### Dr Pepper SEC FanFare

- Attendance of 13,200
- Distributed premium items and Regions customizable spirit boards at interactive area

### SEC Men's Tournament

- Total tournament attendance of 183,122
- 44 Public Address Announcements (42 Bonus)
- 44 Jumbotron Logo Recognitions (42 bonus)
- Logo inclusion on six banners hung throughout the championship areas during weekend (Gaylord Entertainment Center, Hotel, FanFare)





2005-2006 Year in Review

RAC00012515

# CHAMPIONSHIP EXPOSURE

## SEC Men's Basketball Tournament
## March 9-12, 2006 – Nashville, TN

### Additional Exposure

➤ Logo inclusion on 50' x 42' banner hung on the facade of the Gaylord Entertainment Center (bonus)

➤ Logo inclusion on 15' x 50' banner hung in-arena (bonus)

➤ Logo inclusion on Corporate Partner print advertisements placed in The Tennessean (bonus)

➤ Logo inclusion on print advertisement placed in The Tennessean promoting Dr Pepper SEC FanFare (bonus)







*2005-2006 Year in Review*



RAC00012516



# CHAMPIONSHIP EXPOSURE





## SEC Men's Basketball Tournament
## March 9-12, 2006 – Nashville, TN

**Additional Exposure**

➤ Logo inclusion on fourteen (14) double-sided street poll banners displayed in Downtown Nashville

➤ Logo inclusion on SECsports.com and SECkids.com FanFare pages promoting the event (bonus)

➤ Logo inclusion on all ticket backs (bonus)

➤ Logo inclusion on 100 SEC Youth Sports Clinic t-shirts that were distributed to participants (bonus)





*2005-2006 Year in Review*

HOST COMMUNICATIONS

RAC00012517





## SEC Men's Basketball Tournament
## March 9-12, 2006 – Nashville, TN

### Additional Exposure – Spinner Technology

- Animated Logo inclusion on 200+ Concourse and Suite televisions inside Gaylord Entertainment Center

- Four (4) :20 second animated exposures during each tournament game (11 games)

- 8,800 animated exposures during entire tournament

- Shared the monitor screen without covering any part of the action



*2005-2006 Year in Review*

RAC00012518

# CHAMPIONSHIP EXPOSURE

## SEC Baseball Tournament

## May 24-28, 2006 - Birmingham, AL

### SEC Baseball Tournament



↟ Two (2) public address announcements and two video logo recognitions per game (bonus)

↟ Logo inclusion on all ticket backs (bonus)

↟ Onsite distribution of 1,000 Regions branded Foam fingers

↟ Sponsorship of Big Picture in-game recap

### Additional Exposure

↟ Logo inclusion on dugout-top banners (bonus)

↟ Logo inclusion on eight tower banners hung at the entrance to the ballpark (6 bonus)

↟ Logo inclusion on street banners hung on street posts on parkway to ballpark (bonus)

## Additional SEC Championship Events

↟ Partner banners hung at 16 additional SEC Championship events throughout the year

↟ Public address announcements at other championship events . . . Video logo recognition where setting permitted (bonus)

*2005-2006 Year in Review*

HOST. COMMUNICATIONS

RAC00012519

11



# TELEVISION AND RADIO MEDIA

## Television - SEC-TV

↟ Received one hundred one (101) :30 hard sell spots during SEC-TV regional broadcasts of SEC events



## SEC Radio Network

↟ Received two (2) :30 radio spots and two (2) presenting sponsor billboards during each of three broadcasts of SEC Football Preview Show

↟ Received five (5) :30 radio spots and two (2) presenting sponsor billboards during the broadcast of SEC Football Championship Game

 ➤ Sponsor of in-game "Regions Bank Scoreboard Report" (bonus)

↟ Received two (2) :30 radio spots and two (2) presenting sponsor billboards during the broadcast of the SEC Women's Basketball Tournament Championship Game

 ➤ Sponsor of in-game "Regions Bank Scoreboard Report" (bonus)

↟ Received six (6) :30 radio spots total during SEC Men's Basketball Tournament semi-final and championship games and two (2) presenting sponsor billboards during each broadcast of the SEC Men's Basketball Tournament semi-final and championship games

 ➤ Sponsor of in-game "Regions Bank Scoreboard Report" (bonus)

*2005-2006 Year in Review*



HOST.
COMMUNICATIONS

12

RAC00012520





## SEC Radio Network

➤ Regions Bank SEC Football Report

 ➤ Title sponsorship of SEC Football Report

 ➤ Weekly 15-minute syndicated radio football program

 ➤ Aired for 13 weeks throughout football season

 ➤ Received six (6) :30 radio spots in the airing of each weekly broadcast

 ➤ Tied to online 'Regions Bank Fan Poll' at SECsports.com

*2005-2006 Year in Review*



HOST COMMUNICATIONS

13

RAC00012521

# PRINT MEDIA

## SEC Print

↑ Received full-page advertisement in seven championship publications including:

- ↑ SEC Football Championship Program
- ↑ SEC Football Fan's Guide (BC)
- ↑ SEC Men's Basketball Program
- ↑ SEC Women's Basketball Program
- ↑ SEC Basketball Fan's Guide
- ↑ SEC Baseball Tournament Program (IBC)
- ↑ SEC All-Championship Program (B&W)

↑ Received logo recognition in media and preview guides produced and distributed by the SEC (22,900)

↑ Received 50,000 Regions Bank specific SEC Football Schedule Cards produced and distributed by the SEC

↑ Received logo recognition on 50,000 SEC Football Schedule Cards distributed by the SEC



14

*2005-2006 Year in Review*

HOST COMMUNICATIONS

RAC00012522





# ONLINE MEDIA

## SEC Online @ SECsports.com

↑ 12-month successful page request total of 30,868,808

▸ Monthly average of 2,572,401

↑ 12-month distinct hosts served total of 3,293,906

▸ Monthly average of 274,492

↑ Received logo recognition with hot link on Corporate Partner page





**2005-2006 Year in Review**



RAC00012523



# SEC Online @ SECsports.com

➤ Regions banners anchored to top and bottom of main page

➤ Sponsorship of "Fan Poll" also on main page

➤ Fan poll updated weekly . . . Once fans vote, links through to another page that is identified by various Regions Bank logos and advertising

➤ Tied to weekly 'Regions Bank SEC Football Report' (see page 10)







**2005-2006 Year in Review**

16

# TICKETS AND MERCHANDISING

## SEC Football

➤ 46 Championship Game Tickets
  - ➤ 4 Suite
  - ➤ 32 Club Level
  - ➤ 10 Prime Lower Level
➤ Option to purchase 100 additional tickets (purchased 2 suite tickets and 366 SEC Level)
➤ 8 Legends Dinner Tickets
➤ 8 Coaches Luncheon Tickets
➤ 20 Hospitality Passes
➤ 414 SEC FanFare Tickets
➤ Option for 10 Hotel Reservations
➤ 20 Game Programs

## Bowl Games

➤ Four tickets made available for purchase to each of the following bowl games
  - ➤ Capital One Bowl
  - ➤ Chick-fil-A Peach Bowl
  - ➤ Cotton Bowl
  - ➤ Gaylord Hotels Music City Bowl
  - ➤ Mainstay Independence Bowl
  - ➤ Nokia Sugar Bowl
  - ➤ Outback Bowl
➤ Purchased four tickets to each game

## SEC Women's Basketball

➤ 16 Tournament Ticket Books
➤ 20 Tournament Programs

## SEC Men's Basketball

➤ 26 Tournament Ticket Books
➤ Option to purchase 10 additional tickets (purchased 15)
➤ 10 Hospitality Passes
➤ 10 Commissioner's Tip-Off Invitations
➤ 50 SEC FanFare Tickets
➤ Option for 10 Hotel Reservations
➤ 20 Tournament Programs

## SEC Baseball

➤ 10 Reserved Seating Ticket Books
➤ 20 Tournament Programs

## Additional

➤ Option to purchase tickets to any other SEC Championship event
➤ Transportation provided via shuttle at major championship events
➤ Invitations to special SEC functions
  - ➤ SEC Football Media Days
  - ➤ SEC Basketball Media Days
  - ➤ SEC Spring Meeting

**2005-2006 Year in Review**

HOST
COMMUNICATIONS

17







# PROMOTIONAL PROGRAMS AND EVENT MKTG

## 2005 SEC Football

### Dr Pepper SEC FanFare

- Customized exhibition space
- Distributed Regions customizable spirit boards at interactive
- Sponsored the Regions Bank Financial Field of Dreams
  - Customized mini-size football field was the site for all the action during SEC FanFare
  - Kids and adults participated in three-on-three flag football throughout the two-day event
  - Area was 'Regions Bank' branded including carpeted end-zones, overhead signage and perimeter fencing

### Regions Bank Small Business Salute

- Each week during the 2005 football season, recognized former SEC institution student-athletes that are now small business owners
  - Segments aired as an in-game feature during Jefferson Pilot's broadcast of the SEC Football Game of the Week



**2005-2006 Year in Review**



HOST
COMMUNICATIONS

18

RAC00012526



# PROMOTIONAL PROGRAMS AND EVENT MKTG



## 2006 SEC Men's Basketball

**Dr Pepper SEC FanFare**

↑ Customized 10' x 10' exhibition space

↑ Distributed Regions customizable spirit boards at interactive

## 2006 SEC Baseball

**Gate Giveaway**

↑ 1,000 Regions branded foam fingers distributed at gate during

one session of the tournament

**In-Game Promotion**

↑ Sponsored the Regions Bank Big Picture in-game feature

↑ Relevant stats were summarized and announced over PA

and on Jumbotron as the Regions Bank Big Picture

*2005-2006 Year in Review*

19

HOST.
COMMUNICATIONS

RAC00012527

## PROMOTIONAL PROGRAMS AND EVENT MKTG



## 2006 SEC Basketball Fantasy Play-By-Play Weekend (Bonus)

➤ Each year, Host Communications on behalf of the SEC Corporate Partners, offers fans the opportunity to win a VIP trip to the SEC Men's Basketball Tournament

➤ Fans have the chance to win the grand prize as well as additional runner-up prizes provided by Corporate Partners

➤ Sweepstakes entry points during promotional period (1/1-2/14) included a mini-site at SECsports.com or by mail-in postcard

➤ Promotional support in raising awareness level and driving traffic to online entry point provided through (partner logos featured in all):

   ➤ Thirty-Four (34) :30 promotional spots during SEC-TV events

   ➤ Nine (9) :30 promotional spot through Jefferson Pilot Sports Basketball

   ➤ Full-page four-color ad in SEC Football Championship Game Program

   ➤ Promotional logo featured on main-page of SECsports.com with click-thru to mini-site (partner logos featured on mini-site)

➤ Winner was Mike Miller of Knoxville, TN

➤ Regions Bank provided a Regions Bank windbreaker as a runner-up prize

HOST COMMUNICATIONS

20

RAC00012528

# SEC Radio Network
## 2005 SEC Football Preview Show

### Affiliate List

| Rank | Market | Call Letters | Dial | City | State |
|------|--------|--------------|------|------|-------|
| 9 | Atlanta | WCNN-AM | 680 | Atlanta | GA |
| 9 | Atlanta | WDUN-AM | 550 | Gainesville | GA |
| 20 | Orlando-Daytona | WELE-AM | 1380 | Ormond Beach | FL |
| 20 | Orlando-Daytona | WQTM-AM | 740 | Maitland | FL |
| 30 | Nashville | WHOP-AM | 1230 | Hopkinsville | KY |
| 30 | Nashville | WKOM-FM | 101.7 | Columbia | TN |
| 30 | Nashville | WNSR-AM | 560 | Nashville | TN |
| 35 | Greenville/Spartanburg | WPCC-AM | 1410 | Clinton | SC |
| 40 | Birmingham | WACT-AM | 1420 | Tuscaloosa | AL |
| 40 | Birmingham | WJOX-AM | 690 | Birmingham | AL |
| 56 | Little Rock/Pine Bluff | KARV-AM | 610 | Russellville | AR |
| 56 | Little Rock/Pine Bluff | KARV-FM | 101.3 | Russellville | AR |
| 56 | Little Rock/Pine Bluff | KASR-FM | 92.7 | Conway | AR |
| 56 | Little Rock/Pine Bluff | KEWI-AM | 690 | Benton | AR |
| 61 | Knoxville | WCRK-AM | 1150 | Morristown | TN |
| 61 | Knoxville | WHLN-AM | 1410 | Harlan | KY |
| 61 | Knoxville | WXJB-FM | 96.5 | Harrogate | TN |
| 65 | Lexington | WLAP-AM | 630 | Lexington | KY |
| 81 | Shreveport | KRRP-AM | 950 | Coushatta | LA |
| 83 | Huntsville/Decatur | WUMP-AM | 730 | Athens | AL |
| 83 | Huntsville/Decatur | WWIC-AM | 1050 | Scottsboro | AL |
| 83 | Huntsville/Decatur | WWTM-AM | 1400 | Decatur | AL |
| 83 | Huntsville/Decatur | WYTK-FM | 93.9 | Rogersville | AL |
| 84 | Columbia | WCOS-AM | 1400 | Columbia | SC |
| 86 | Chattanooga | WDEF-AM | 1370 | Chattanooga | TN |
| 90 | Jackson | WSFZ-AM | 930 | Clinton | MS |
| 91 | Kingsport/Johnson City | WKPT-AM | 1400 | Kingsport | TN |
| 91 | Kingsport/Johnson City | WKTP-AM | 1590 | Johnson City | TN |
| 91 | Kingsport/Johnson City | WOPI-AM | 1490 | Bristol | TN |
| 99 | Evansville | WSON-AM | 860 | Henderson | KY |
| 108 | Ft. Smith/Rogers | KHGG-AM | 1580 | Van Buren | AR |
| 108 | Ft. Smith/Rogers | KOLX-FM | 94.5 | Barling | AR |
| 108 | Ft. Smith/Rogers | KURM-AM | 790 | Rogers | AR |
| 111 | Tallahassee | WMGR-AM | 930 | Bainbridge | GA |
| 135 | Monroe | KMLB-AM | 1440 | Monroe | LA |
| 145 | Albany | WTIF-AM | 1340 | Tifton | GA |
| 156 | Biloxi/Gulfport | WXBD-AM | 1490 | Biloxi | MS |
| 182 | Greenwood/Greenville | WDMS-FM | 100.7 | Greenville | MS |
| 183 | Jackson, TN | WNWS-FM | 101.5 | Jackson | TN |
| 184 | Meridian | WZKR-FM | 103.3 | Meridian | MS |

RAC00012529

# SEC Radio Network
## 2005 SEC Football Championship

### Affiliate List

| Rank | Market | Call Letters | City | State |
|---|---|---|---|---|
| 9 | Atlanta | WCNN-AM | Atlanta | GA |
| 9 | Atlanta | WDUN-AM | Gainesville | GA |
| 9 | Atlanta | WKHC-FM | Dahlonega | GA |
| 9 | Atlanta | WRFC-AM | Athens | GA |
| 13 | Tampa | WDAE-AM | Tampa | FL |
| 20 | Orlando-Daytona Beach | WELE-AM | Ormond Beach | FL |
| 20 | Orlando-Daytona Beach | WQTM-AM | Maitland | FL |
| 30 | Nashville | WCDT-AM | Winchester | TN |
| 30 | Nashville | WHOP-AM | Hopkinsville | KY |
| 30 | Nashville | WKOM-FM | Columbia | TN |
| 30 | Nashville | WLIV-AM | Livingston | TN |
| 30 | Nashville | WLIV-FM | Livingston | TN |
| 30 | Nashville | WNSR-AM | Nashville | TN |
| 30 | Nashville | WZYX-AM | Cowan | TN |
| 35 | Greenville/Spartanburg | WCCP-FM | Clemson | SC |
| 35 | Greenville/Spartanburg | WZLA-FM | Abbeville | SC |
| 40 | Birmingham | WACT-AM | Tuscaloosa | AL |
| 40 | Birmingham | WJOX-AM | Birmingham | AL |
| 40 | Birmingham | WKUL-FM | Cullman | AL |
| 43 | Memphis | WHBQ-AM | Memphis | TN |
| 52 | Jacksonville | WSFN-AM | Brunswick | GA |
| 56 | Little Rock/Pine Bluff | KARV-AM | Russellville | AR |
| 56 | Little Rock/Pine Bluff | KARV-FM | Russellville | AR |
| 56 | Little Rock/Pine Bluff | KASR-FM | Conway | AR |
| 56 | Little Rock/Pine Bluff | KEWI-AM | Benton | AR |
| 61 | Knoxville | WCRK-AM | Morristown | TN |
| 61 | Knoxville | WLIL-AM | Lenoir City | TN |
| 61 | Knoxville | WXJB-FM | Harrogate | TN |
| 61 | Knoxville | WYSH-AM | Clinton | TN |
| 62 | Mobile/Pensacola | WNSP-FM | Bay Minette | AL |
| 62 | Mobile/Pensacola | WTKE-FM | Pace | FL |
| 65 | Lexington | WLAP-AM | Lexington | KY |
| 81 | Shreveport | KRRP-AM | Coushatta | LA |
| 81 | Shreveport | KWKH-AM | Shreveport | LA |
| 83 | Huntsville/Decatur | WUMP-AM | Athens | AL |
| 83 | Huntsville/Decatur | WWIC-AM | Scottsboro | AL |
| 83 | Huntsville/Decatur | WWTM-AM | Decatur | AL |
| 83 | Huntsville/Decatur | WYTK-FM | Rogersville | AL |
| 84 | Columbia | WVOC-AM | Columbia | SC |
| 86 | Chattanooga | WDEF-AM | Chattanooga | TN |
| 90 | Jackson | WSFZ-AM | Clinton | MS |
| 91 | Kingsport/Johnson City | WJCW-AM | Gray | TN |
| 98 | Savannah | WFNS-AM | Waycross | GA |
| 99 | Evansville | WSON-AM | Henderson | KY |
| 108 | Ft. Smith/Rogers/Fayetteville | KURM-AM | Rogers | AR |
| 111 | Tallahassee | WMGR-AM | Bainbridge | GA |
| 115 | Montgomery | WACQ-AM | Tallassee | AL |
| 115 | Montgomery | WOPP-AM | Opp | AL |
| 115 | Montgomery | WQSI-FM | Tallasee | AL |
| 122 | Macon | WMVG-AM | Milledgeville | GA |
| 122 | Macon | WPGA-FM | Perry | GA |
| 122 | Macon | WSNT-AM | Sandersville | GA |
| 122 | Macon | WSNT-FM | Sandersville | GA |
| 125 | Columbus | WZMG-AM | Opelika | AL |
| 135 | Monroe | KMLB-AM | Monroe | LA |
| 145 | Albany | WTIF-AM | Tifton | GA |
| 156 | Biloxi/Gulfport | WTNI-AM | Gulfport | MS |
| 156 | Biloxi/Gulfport | WXBD-AM | Biloxi | MS |
| 158 | Panama City | WFCT-FM | Apalachicola | FL |
| 162 | Gainesville | WOCA-AM | Ocala | FL |
| 162 | Gainesville | WRUF-AM | Gainesville | FL |
| 181 | Bowling Green | WBGN-AM | Bowling Green | KY |
| 183 | Jackson, TN | WNWS-FM | Jackson | TN |
| 184 | Meridian | WZKR-FM | Meridian | MS |

RAC00012530

# SEC Radio Network
## 2006 SEC Women's Basketball Championship

### Affiliate List

| Rank | Market | Call Letters | City | State |
|------|--------|-------------|------|-------|
| 9 | Atlanta | WCNN-AM | Atlanta | GA |
| 9 | Atlanta | WDUN-AM | Gainesville | GA |
| 9 | Atlanta | WKHC-FM | Dahlonega | GA |
| 13 | Tampa | WDAE-AM | Tampa | FL |
| 20 | Orlando-Daytona Beach | WELE-AM | Ormond Beach | FL |
| 30 | Nashville | WCDT-AM | Winchester | TN |
| 30 | Nashville | WHOP-AM | Hopkinsville | KY |
| 30 | Nashville | WNSR-AM | Nashville | TN |
| 35 | Greenville/Spartanburg | WCCP-FM | Clemson | SC |
| 40 | Birmingham | WACT-AM | Tuscaloosa | AL |
| 56 | Little Rock/Pine Bluff | KARV-AM | Russellville | AR |
| 56 | Little Rock/Pine Bluff | KARV-FM | Russellville | AR |
| 56 | Little Rock/Pine Bluff | KASR-FM | Conway | AR |
| 61 | Knoxville | WLIL-AM | Lenoir City | TN |
| 61 | Knoxville | WXJB-FM | Harrogate | TN |
| 61 | Knoxville | WYSH-AM | Clinton | TN |
| 65 | Lexington | WLAP-AM | Lexington | KY |
| 83 | Huntsville/Decatur | WUMP-AM | Athens | AL |
| 83 | Huntsville/Decatur | WWIC-AM | Scottsboro | AL |
| 83 | Huntsville/Decatur | WWTM-AM | Decatur | AL |
| 86 | Chattanooga | WDEF-AM | Chattanooga | TN |
| 108 | Ft. Smith/Rogers/Fayetteville | KURM-AM | Rogers | AR |
| 115 | Montgomery | WACQ-AM | Tallassee | AL |
| 115 | Montgomery | WQSI-FM | Tallassee | AL |
| 122 | Macon | WSNT-AM | Sandersville | GA |
| 122 | Macon | WSNT-FM | Sandersville | GA |
| 125 | Columbus | WZMG-AM | Opelika | AL |
| 156 | Biloxi/Gulfport | WTNI-AM | Gulfport | MS |
| 156 | Biloxi/Gulfport | WXBD-AM | Biloxi | MS |
| 158 | Panama City | WFCT-FM | Apalachicola | FL |
| 183 | Jackson, TN | WNWS-FM | Jackson | TN |

RAC00012531

# SEC Radio Network
## 2006 SEC Basketball Championship

## Affiliate List

| Rank | Market | Call Letters | City | State |
|------|--------|-------------|------|-------|
| 9 | Atlanta | WCNN-AM | Atlanta | GA |
| 9 | Atlanta | WDUN-AM | Gainesville | GA |
| 9 | Atlanta | WKHC-FM | Dahlonega | GA |
| 13 | Tampa | WDAE-AM | Tampa | FL |
| 20 | Orlando/Daytona Beach | WELE-AM | Ormond Beach | FL |
| 20 | Orlando/Daytona Beach | WQTM-AM | Maitland | FL |
| 30 | Nashville | WHOP-AM | Hopkinsville | KY |
| 30 | Nashville | WKOM-FM | Columbia | TN |
| 30 | Nashville | WNSR-AM | Nashville | TN |
| 35 | Greenville/Spartanburg | WCCP-FM | Clemson | SC |
| 40 | Birmingham | WACT-AM | Tuscaloosa | AL |
| 40 | Birmingham | WJOX-AM | Birmingham | AL |
| 40 | Birmingham | WKUL-FM | Cullman | AL |
| 43 | Memphis | WHBQ-AM | Memphis | TN |
| 52 | Jacksonville | WSFN-AM | Brunswick | GA |
| 56 | Little Rock/Pine Bluff | KARV-AM | Russellville | AR |
| 56 | Little Rock/Pine Bluff | KARV-FM | Russellville | AR |
| 56 | Little Rock/Pine Bluff | KASR-FM | Conway | AR |
| 56 | Little Rock/Pine Bluff | KEWI-AM | Benton | AR |
| 61 | Knoxville | WLIL-AM | Lenoir City | TN |
| 61 | Knoxville | WXJB-FM | Harrogate | TN |
| 61 | Knoxville | WYSH-AM | Clinton | TN |
| 62 | Mobile/Pensacola | WTKE-FM | Pace | FL |
| 65 | Lexington | WLAP-AM | Lexington | KY |
| 83 | Huntsville/Decatur | WUMP-AM | Athens | AL |
| 83 | Huntsville/Decatur | WWIC-AM | Scottsboro | AL |
| 83 | Huntsville/Decatur | WWTM-AM | Decatur | AL |
| 83 | Huntsville/Decatur | WYTK-FM | Rogersville | AL |
| 86 | Chattanooga | WDEF-AM | Chattanooga | TN |
| 90 | Jackson | WSFZ-AM | Clinton | MS |
| 98 | Savannah | WFNS-AM | Waycross | GA |
| 99 | Evansville | WSON-AM | Henderson | KY |
| 108 | Ft. Smith/Rogers/Fayetteville | KURM-AM | Rogers | AR |
| 115 | Montgomery | WACQ-AM | Tallassee | AL |
| 115 | Montgomery | WOPP-AM | Opp | AL |
| 115 | Montgomery | WQSI-FM | Tallassee | AL |
| 122 | Macon | WMVG-AM | Milledgeville | GA |
| 122 | Macon | WSNT-AM | Sandersville | GA |
| 122 | Macon | WSNT-FM | Sandersville | GA |
| 125 | Columbus | WZMG-AM | Opelika | AL |
| 135 | Monroe | KMLB-AM | Monroe | LA |
| 145 | Albany | WTIF-AM | Tifton | GA |
| 156 | Biloxi/Gulfport | WTNI-AM | Gulfport | MS |
| 156 | Biloxi/Gulfport | WXBD-AM | Biloxi | MS |
| 158 | Panama City | WFCT-FM | Apalachicola | FL |
| 162 | Gainesville | WOCA-AM | Ocala | FL |
| 181 | Bowling Green | WBGN-AM | Bowling Green | KY |
| 183 | Jackson, TN | WNWS-FM | Jackson | TN |
| 184 | Meridian | WZKR-FM | Meridian | MS |

RAC00012532

## Regions Bank

| | Air Date | Show |
|---|---|---|
| 1 | 09/08/05 | SEC-TV WEEKLY |
| 2 | 09/09/05 | SEC-TV WEEKLY |
| 3 | 09/30/05 | Soccer - FL @ TN |
| 4 | 10/02/05 | Volleyball - LSU @ AUB |
| 5 | 10/09/05 | Volleyball - ALA @ UM |
| 6 | 10/14/05 | SEC-TV WEEKLY |
| 7 | 10/21/05 | SEC-TV WEEKLY |
| 8 | 10/23/05 | Soccer - UGA @ AUB |
| 9 | 10/30/05 | Soccer - UK @ VU |
| 10 | 11/06/05 | Soccer Championship |
| 11 | 11/18/05 | SEC-TV WEEKLY |
| 12 | 11/20/05 | Men's Basketball - Toledo v USC |
| 13 | 11/20/05 | Volleyball Championship |
| 14 | 11/26/05 | Men's Basketball - Radford v Ark |
| 15 | 11/29/05 | Men's Basketball - Houston v LSU |
| 16 | 01/03/06 | Men's Basketball - VU v GA Tech |
| 17 | 01/04/06 | Men'sBasketball - USA v UT |
| 18 | 01/04/06 | Women's Basketball - LSU v AU |
| 19 | 01/07/06 | Men's Basketball - UM v ALA |
| 20 | 01/08/06 | Women's Basketball - MSU v UM |
| 21 | 01/12/06 | Women's Basketball - UGA v UT |
| 22 | 01/14/06 | Men's Basketball - UT v LSU |
| 23 | 01/15/06 | Women's Basketball - GT v UK |
| 24 | 01/19/06 | SEC-TV WEEKLY |
| 25 | 01/21/06 | Men's Basketball - UM v UGA |
| 26 | 01/21/06 | Men's Basketball - UF v UT |
| 27 | 01/28/06 | Men's Basketball - USC v UT |
| 28 | 01/28/06 | Men's Basketball - MSU v ALA |
| 29 | 02/02/06 | SEC-TV WEEKLY |
| 30 | 02/04/06 | Men's Basketball UGA v Vandy |
| 31 | 02/04/06 | Men's Basketball AU v MSU |
| 32 | 02/05/06 | Women's Basketball UF v UK |
| 33 | 02/09/06 | Women's Basketball UM v ALA |
| 34 | 02/11/06 | Men's Basketball AU v ARK |
| 35 | 02/11/06 | Men's Basketball AU v ARK |
| 36 | 02/16/06 | SEC-TV WEEKLY |
| 37 | 02/18/06 | Men's Basketball LSU v AU |
| 38 | 02/18/06 | Men's Basketball LSU v AU |
| 39 | 02/19/06 | Women's Basketball UGA v Vandy |
| 40 | 02/20/06 | Men's Basketball Vandy v UGA |
| 41 | 02/23/06 | Women's Basketball AU v UT |
| 42 | 02/25/06 | Men's Basketball AU v UM |
| 43 | 02/26/06 | Women's Basketball MSU v LSU |
| 44 | 03/01/06 | MEN'S BASKETBALL MSU @ ARK |
| 45 | 03/01/06 | MEN'S BASKETBALL MSU @ ARK |
| 46 | 03/02/06 | WOMEN'S BASKETBALL TOUR 2 |
| 47 | 03/02/06 | WOMEN'S BASKETBALL TOUR 3 |
| 48 | 03/02/06 | WOMEN'S BASKETBALL TOUR 4 |

RAC00012533

| 49 | 03/03/06 | WOMEN'S BASKETBALL TOUR 6 |
| 50 | 03/03/06 | WOMEN'S BASKETBALL TOUR 7 |
| 51 | 03/03/06 | WOMEN'S BASKETBALL TOUR 8 |
| 52 | 03/04/06 | WOMEN'S BASKETBALL TOUR 10 |
| 53 | 03/04/06 | GYMNASTICS UK @ ARK |
| 54 | 03/11/06 | GYMNASTICS ALA @ LSU |
| 55 | 03/24/06 | SEC-TV WEEKLY |
| 56 | 03/31/06 | SEC-TV WEEKLY |
| 57 | 04/01/06 | BASEBALL - MSU @ ALA |
| 58 | 04/02/06 | SOFTBALL - USC @ LSU |
| 59 | 04/03/06 | SOFTBALL - USC @ LSU |
| 60 | 04/04/06 | SOFTBALL - USC @ LSU |
| 61 | 04/05/06 | Gymnastics |
| 62 | 04/05/06 | Gymnastics |
| 63 | 04/05/06 | BASEBALL - MSU @ ALA |
| 64 | 04/08/06 | BASEBALL - LSU @ UT |
| 65 | 04/08/06 | BASEBALL - LSU @ UT |
| 66 | 04/12/06 | BASEBALL - LSU @ UT |
| 67 | 04/12/06 | BASEBALL - LSU @ UT |
| 68 | 04/13/06 | SEC-TV |
| 69 | 04/15/06 | BASEBALL - UM @ USC |
| 70 | 04/16/06 | SOFTBALL - UGA @ UF |
| 71 | 04/17/06 | SOFTBALL - UGA @ UF |
| 72 | 04/18/06 | SOFTBALL - UGA @ UF |
| 73 | 04/19/06 | BASEBALL - UM @ USC |
| 74 | 04/19/06 | BASEBALL - UM @ USC |
| 75 | 04/22/06 | BASEBALL - AUB @ UF |
| 76 | 04/23/06 | SOFTBALL - UT @ MSU |
| 77 | 04/24/06 | SOFTBALL - UT @ MSU |
| 78 | 04/25/06 | SOFTBALL - UT @ MSU |
| 79 | 04/26/06 | BASEBALL - AUB @ UF |
| 80 | 04/26/06 | BASEBALL - AUB @ UF |
| 81 | 04/28/06 | SEC-TV Re-air |
| 82 | 04/29/06 | BASEBALL - UK @ VU |
| 83 | 05/03/06 | BASEBALL - UK @ VU |
| 84 | 05/06/06 | BASEBALL - USC @ UGA |
| 85 | 05/06/06 | BASEBALL - USC @ UGA |
| 86 | 05/06/06 | BASEBALL - USC @ UGA |
| 87 | 05/13/06 | BASEBALL - ARK @ UM |
| 88 | 05/14/06 | SOFTBALL CHAMP |
| 89 | 05/17/06 | BASEBALL - ARK @ UM |
| 90 | 05/17/06 | BASEBALL - ARK @ UM |
| 91 | 05/20/06 | BASEBALL - LSU @ UF |
| 92 | 05/24/06 | BASEBALL - LSU @ UF |
| 93 | 05/25/06 | TRACK AND FIELD CHAMP |
| 94 | 05/26/06 | BASEBALL TOURNEY 10 |
| 95 | 05/26/06 | BASEBALL TOURNEY 9 |
| 96 | 05/27/06 | BASEBALL TOURNEY 11 |
| 97 | 05/27/06 | BASEBALL TOURNEY 12 |
| 98 | 05/27/06 | BASEBALL TOURNEY 11 |
| 99 | 05/28/06 | BASEBALL TOURNEY 13 |
| 100 | 05/30/06 | BASEBALL TOURNEY 13 |

RAC00012534

101    02/17/07    SEC-TV WEEKLY

RAC00012535



# REGIONS BANK BONUS SYNOPSIS

## SEC Football Championship

| Bonus Item | Page# |
|---|---|
| ➤ Logo inclusion on 10,000 Souvenir Cups | 3 |
| ➤ 3 x Public address announcements | 3 |
| ➤ 4 x Public address announcements | 3 |
| ➤ 4 x LCD board logo recognitions | 3 |
| ➤ Logo inclusion on GA Dome interior lighting | 4 |
| ➤ Logo inclusion on FanFare print ads in AJC | 4 |
| ➤ Logo inclusion on Corporate Partner AJC ads | 4 |
| ➤ Logo on SEC FanFare pages on SECsports.com and SECkids.com | 4 |
| ➤ Logo inclusion on 150 Youth Clinic t-shirts | 4 |
| ➤ 14 x Outdoor billboards | 5 |
| ➤ 6 x Dioramas in MARTA train stations | 5 |
| ➤ 30 x FanFare bus-tails, four outdoor billboards | 5 |
| ➤ 368 x Additional game tickets purchased | 15 |
| ➤ Purchased additional tickets for Bowl games | 15 |

## SEC Men's Basketball Tournament

| Bonus Item | Page# |
|---|---|
| ➤ 42 x Public address announcements | 7 |
| ➤ 42 x Jumbotron logo recognitions | 7 |
| ➤ Logo inclusion on 50' x 42' GEC façade sign | 8 |
| ➤ Logo inclusion on 15' x 50' in-arena banners | 8 |
| ➤ Logo inclusion on Partner Tennessean ads | 8 |
| ➤ Logo inclusion on Tennessean FanFare Ads | 8 |

## SEC Men's Basketball Tournament

| Bonus Item | Page# |
|---|---|
| ➤ Logo inclusion on ticket backs | 9 |
| ➤ Logo on FanFare pages on SECsports.com | 9 |
| ➤ Logo inclusion on 100 Youth Clinic t-shirts | 9 |
| ➤ Logo inclusion on 14 (2-sided) street banners | 9 |
| ➤ 8,800 animated exposures on in-arena TV's | 10 |
| ➤ 15 x Additional game tickets purchased | 15 |
| ➤ Logo inclusion on all marketing materials for SEC Basketball Fantasy Play x Play Sweeps | 20 |

## SEC Women's Basketball Tournament

| Bonus Item | Page# |
|---|---|
| ➤ 42 x Public address announcements | 6 |
| ➤ 42 x Jumbotron logo recognitions | 6 |
| ➤ Logo inclusion on ticket backs | 6 |
| ➤ Logo inclusion on 100 Youth Clinic t-shirts | 6 |

## SEC Baseball Tournament

| Bonus Item | Page# |
|---|---|
| ➤ 2 x Public address announcements per game | 11 |
| ➤ 2 x Jumbotron logo recognitions per game | 11 |
| ➤ Logo inclusion on ticket backs | 11 |
| ➤ Logo inclusion on additional signage | 11 |

## Media

| Bonus Item | Page# |
|---|---|
| ➤ Sponsor of 'Regions Bank Scoreboard' feature during football championship radio broadcast | 12 |
| ➤ Sponsor of 'Regions Bank Scoreboard' feature during Basketball championship radio broadcast | 12 |

*2005-2006 Year in Review*

21

RAC00012536