IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
REGIONS ASSET COMPANY,        )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )       2:06cv882-MHT
                              )
REGIONS UNIVERSITY, INC.,     )
                              )
    Defendant.                )
```

### ORDER

It is ORDERED that the cross motion for summary judgment (Doc. No. 77) is set for submission, without oral argument, on September 5, 2007, with all briefs due by said date.

DONE, this the 22nd day of August, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE