IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **REGIONS ASSET COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv882-MHT |
| | ) | |
| **REGIONS UNIVERSITY, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that the motion to file under seal (Doc. No. 97) is granted.

DONE, this the 22nd day of August, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**