IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____
REGIONS ASSET COMPANY, et al.,)
                              )
        Plaintiffs,           )
                              )
                              ) Civil Action No. 2:06-cv-882-MHT
                              )
REGIONS UNIVERSITY, INC.      )
                              )
        Defendant.            )
_____)

**MOTION TO STRIKE CROSS MOTION FOR SUMMARY JUDGMENT**

COMES NOW the defendant Regions University, Inc. and moves this Court for an Order striking the cross motion for summary judgment filed by the plaintiffs on August 17, 2007.  As and for grounds for said motion, defendant would show this Honorable Court as follows:

1. Pursuant to this Court's Order of November 16, 2006 (Doc. 19), all dispositive motions were to be filed no later than ninety days prior to the date of the pretrial conference scheduled for October 15, 2007, i.e., on or before July 17, 2007.

2. Plaintiffs have filed a cross motion for summary judgment thirty days after the last date on which any dispositive motion was required to be filed and therefore is due to be stricken as untimely.

WHEREFORE, the premises considered, defendant prays for an Order striking the cross motion for summary judgment filed by plaintiffs.

Respectfully submitted,

/s/ VICTOR T. HUDSON
[HUDSV1684]
tom@alabamatrial.com
WILLIAM W. WATTS, III
[WATTW5095]
bill@alabamatrial.com
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601

JAMES E. SHLESINGER
Shlesinger, Arkwright &
    Garvey LLP
1420 King Street, Suite 600
Alexandria, Virginia 22314

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

William G. Pecau, Esq.
Rachel M. Marmer, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Charles B. Paterson, Esq.
Paul A. Clark, Esq.
BALCH & BINGHAM, LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama  36104

/s/ VICTOR T. HUDSON