**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

```
_____
REGIONS ASSET COMPANY, et al.,)
                              )
           Plaintiffs,        )
                              )
                              ) Civil Action No. 2:06-cv-882-MHT
                              )
REGIONS UNIVERSITY, INC.      )
                              )
           Defendant.         )
_____)
```

## NOTICE OF FILING

COMES NOW the defendant Regions University, Inc. and gives notice of the filing of the following:

1.  Excerpts from the deposition of Samuel E. Upchurch, Jr. at pp. 8, 11-21, and 24- 26.

2.  Excerpts from the deposition of Dr. Neal Berte at pp. 15 and 16.

3.  Excerpt from the deposition of Hope Mehlman at p. 58.

4.  Exhibit 109: March 1999 letter to Regions Propane.

5.  Exhibit 110: Region 2020 draft licensing agreements.

6.  Exhibit 137: Executed Region 2020 licensing agreement.

7.  Declaration of Doris Dimino.

8.  Exhibit 11: Bank's Regions University website.

9.  Excerpt of deposition of Laina Costanza at p. 81.

10. Affidavit of Dr. Wilson Luquire.

11. Affidavit of David P. Moore.

12. Excerpts from the deposition of Janet Armitage at pp. 15 and 35.

13. Excerpts from the deposition of Mike Pollard at pp. 41 and 42.

14. Excerpts from the deposition of Bill Askew at pp. 41-42.


Respectfully submitted,


/s/ VICTOR T. HUDSON
[HUDSV1684]
tom@alabamatrial.com
WILLIAM W. WATTS, III
[WATTW5095]
bill@alabamatrial.com
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601

JAMES E. SHLESINGER
Shlesinger, Arkwright &
    Garvey LLP
1420 King Street, Suite 600
Alexandria, Virginia 22314

ATTORNEYS FOR DEFENDANT


CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

William G. Pecau, Esq.
Rachel M. Marmer, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Charles B. Paterson, Esq.
Paul A. Clark, Esq.
BALCH & BINGHAM, LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama  36104


/s/ VICTOR T. HUDSON

# IN THE UNITED STATES DISTRICT COURT

# FOR  THE

# MIDDLE DISTRICT OF ALABAMA

# NORTHERN DIVISION

REGIONS ASSET COMPANY,      \*
                                \*

      Plaintiff,           \*
                                \*

Vs.                     \*     CIVIL ACTION NUMBER
                                \*

REGIONS UNIVERSITY, INC.,    \*     2:06cv882-MHT
                                \*

      Defendant.           \*

    \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    Deposition of SAMUEL E. UPCHURCH, JR., taken before David Michael Camp, CSR, in the law offices of Balch & Bingham, LLP, 1901 6th Avenue North, Birmingham, Alabama, on August 14, 2007, commencing at approximately 10:19 o'clock a.m.

Camp & Associates
Certified Shorthand Reporters
5009 Aldebaran Way, West
Mobile, Alabama  36693-4206
www.campandassociates.com

Toll free
(888) 661-8833
Fax
(888) 661-8844

Local
(251) 661-8833
Fax
(251) 666-9797

```
 1   call it.  It was either President or CEO -- I've
 2   forgotten what they call it -- of the Central
 3   Region, which was comprised of Alabama, the
 4   Panhandle of Florida and east -- all of Tennessee
 5   besides Memphis.
 6        Q    And prior to that, what was your
 7   position?
 8        A    Prior to that, I was Executive Vice
 9   President, General Counsel and Corporate
10   Secretary.
11        Q    What was the period of time that you
12   were the General Counsel?
13        A    I'd say from 1994 to 2004, something
14   like that.  I don't remember the exact end date.
15        Q    Close enough.  What responsibility did
16   you have at any time for the enforcement of the
17   trademark name "Regions" or "Regions Bank"?
18        A    I had direct responsibility for all
19   legal oversight for the company, which would
20   include the enforcement of marks.
21        Q    Did you still have that oversight after
22   2004?
23        A    I did not have the oversight after I
```

**Camp & Associates**

Certified Shorthand Reporters

Toll free
(888) 661-8833
Fax
(888) 661-8844

5009 Aldebaran Way, West
Mobile, Alabama  36693-4206
www.campandassociates.com

Local
(251) 661-8833
Fax
(251) 666-9797

1    decision.

2        Q    Okay.  At least from 1994 to 2004.

3        A    When I was there.  Correct.

4        Q    And to your knowledge, did that change

5    at any time after you left?

6        A    Not to my knowledge.

7        Q    Okay.  Now, was there any particular

8    criteria that were utilized by the legal

9    department in determining whether or not to

10   challenge a third party use?

11       A    I can't -- once again, I can't recall

12   any specific criteria other than -- than someone

13   using a mark that was deceptively similar and the

14   need to protect the mark on Regions.

15       Q    Have you recently seen what was marked

16   as Exhibit One-O-nine?

17       A    No.  I haven't seen this recently.

18       MR. PATERSON:

19       What is that, Tom?

20       MR. HUDSON:

21       Here.

22       MR. PATERSON:

23       We've got so many papers in this

Camp & Associates

Toll free
(888) 661-8833
Fax
(888) 661-8844

Certified Shorthand Reporters
5009 Aldebaran Way, West
Mobile, Alabama  36693-4206
www.campandassociates.com

Local
(251) 661-8833
Fax
(251) 666-9797

1      case, it's hard to keep up.

2      MR. HUDSON:

3      Sure.

4      THE WITNESS:

5      Yeah.  To answer your

6      question, no, I've not recently seen

7      this.

8  BY MR. HUDSON:

9      Q      Now that you've read it, do you recall

10  the letter?

11      A      I do not.

12      Q      Is that your signature?

13      A      It is.

14      Q      Is the content of the letter true and

15  correct?

16      A      I assume it is.  I don't remember the

17  circumstances.  But I assume it's correct.

18      Q      Well, you would have endeavored to make

19  it true and correct at the time that you wrote

20  it?

21      A      That's correct.

22      Q      Do you recall there being other third

23  party uses of the name "Regions" that came to your

Camp & Associates
Certified Shorthand Reporters
5009 Aldebaran Way, West
Mobile, Alabama  36693-4206
www.campandassociates.com

Toll free
(888) 661-8833
Fax
(888) 661-8844

Local
(251) 661-8833
Fax
(251) 666-9797

1    attention that involved third parties that were

2    not in the same business as the bank?

3        A    Yes, I do.

4        Q    And do you recall whether or not the

5    bank challenged those third party uses?

6        A    Yes, I do.

7        Q    And what is your recollection?

8        A    I recall several challenges.  I don't

9    remember the specifics.  I remember them being

10   discussed at a Board meeting of the subsidiary

11   company that owned the marks.  The marks were

12   transferred.  But I don't remember the specifics.

13   The only one I really remember specifics about was

14   Regions 2020.

15       Q    Okay.  We'll talk about that in a

16   moment.  You say that you remember several.  Would

17   the several include this Regions Propane?

18       A    I don't remember the Regions Propane but

19   it very -- very possibly could have.

20       Q    And you do remember Region 2020.

21       A    I do.

22       Q    And within the period of 1994 to 2004,

23   there are several that you recall, and one in

Camp & Associates
Certified Shorthand Reporters
5009 Aldebaran Way, West
Mobile, Alabama  36693-4206
www.campandassociates.com

Toll free
(888) 661-8833
Fax
(888) 661-8844

Local
(251) 661-8833
Fax
(251) 666-9797

1    particular is the name Region 2020?

2         A    I have a recollection of it being

3    discussed.  I would say several.  More than one.

4    I can't tell you how many because I don't have

5    specific recollections of any besides Regions

6    2020.

7         Q    Okay.  And the best you can do is that

8    it was more than once?

9         A    Yes.

10        Q    Okay.  Was this something that came up

11   frequently, this sort of topic, or it came up

12   infrequently?

13        A    Oh, it would only came up when somebody

14   identified something they thought was an

15   infringement.

16        Q    Okay.  During that period of time, was

17   there any outreach that was being done by your

18   department to determine whether or not third

19   parties were using the name "Regions"?

20        A    We were more reactive.  When we would

21   see it or when someone would -- would send

22   something to the legal department that showed a

23   usage, that would be how we would get involved.

Camp & Associates
Certified Shorthand Reporters
Toll free               5009 Aldebaran Way, West              Local
(888) 661-8833          Mobile, Alabama  36693-4206          (251) 661-8833
Fax                     www.campandassociates.com             Fax
(888) 661-8844                                                (251) 666-9797

1    Q    Reactive as opposed to proactive?

2    A    That's correct.

3    Q    So you were not proactive?

4    A    We were not proactive to my knowledge.

5    Q    Okay.  You spoke of Region 2020.  Let me

6  show you what was previously marked as Exhibit

7  One-ten and Exhibit One Thirty-seven that's in

8  front of you there, and ask you if you recall

9  seeing those before today.

10    A    Yes, I do.

11    Q    When did you see them last?

12    A    Oh, probably -- I can't recall when I

13  saw them last.  Years ago.

14    Q    Do you want to take a moment and read

15  both of them, please?

16    A    Okay.

17    Q    All right, sir.  If we can look first at

18  Exhibit One-ten --

19    A    All right.

20    Q    -- the cover letter purports to have

21  been drafted by Stephen Leara, addressed to Ann

22  Florie and copied to you, together with an

23  enclosure which is a draft of the Non-exclusive

Camp & Associates
Certified Shorthand Reporters
Toll free                          5009 Aldebaran Way, West                          Local
(888) 661-8833              Mobile, Alabama  36693-4206              (251) 661-8833
Fax                                                                                                      Fax
(888) 661-8844                  www.campandassociates.com              (251) 666-9797

1    License Agreement.  Have I correctly characterized

2    that?

3        A    It appears to be that, yes.

4        Q    Do you recall, now that you've looked at

5    this letter and the attached draft license

6    agreement, this transaction?

7        A    Yes.

8        Q    Tell me what you recall about the

9    transaction.

10       A    I recall being familiar with Regions

11   2020, that Regions 2020 -- from what I recall,

12   raising an issue with their use of the name.  I

13   recall asking counsel, outside counsel, to draft

14   the agreement.  I recall speaking with Ann Florie

15   about it.

16       I recall receiving it, having it -- reviewing

17   the draft.  I recall receiving the finally

18   executed copy.  Just the general -- general

19   situation around the execution of the document.

20       Q    Look, please, sir, at the document,

21   itself that is attached to the October 20, 1997

22   letter, being the first draft of the Non-exclusive

23   License Agreement.  And if you'd look at the third

Camp & Associates
Certified Shorthand Reporters

Toll free
(888) 661-8833
Fax
(888) 661-8844

5009 Aldebaran Way, West
Mobile, Alabama  36693-4206
www.campandassociates.com

Local
(251) 661-8833
Fax
(251) 666-9797

1    whereas clause, do you see where it says "Whereas,

2    the Licensee's mark is deceptively similar to the

3    Licensor's Registered Marks so as to be likely to

4    cause confusion in the marketplace"?

5        A    I see that.

6        Q    Okay.  Now, would you please look at the

7    next draft that is attached to the November 11,

8    1997 letter?

9            MR. PATERSON:

10           That's the signed copy?

11           MR. HUDSON:

12           No.

13           MR. PATERSON:

14           Okay.

15           THE WITNESS:

16           Okay.

17    BY MR. HUDSON:

18        Q    Do you see that same provision in that

19    draft?

20        A    Yes, I do.

21        Q    Now, would you please look at the

22    executed copy, Exhibit One Thirty-seven?

23        A    Okay.

Camp & Associates

Toll free
(888) 661-8833
Fax
(888) 661-8844

Certified Shorthand Reporters
5009 Aldebaran Way, West
Mobile, Alabama  36693-4206
www.campandassociates.com

Local
(251) 661-8833
Fax
(251) 666-9797

18

1    Q    Has that provision been removed from
2  that draft?

3    A    It is not in that draft.

4    Q    Can you tell us why it was removed?

5    A    No, I cannot.

6    Q    Do you recall that there was a
7  negotiation between the lawyers for Region 2020
8  and either you or the lawyers you employed over
9  the terms of this license agreement?

10   A    I recall some drafts going back and
11 forth but I don't recall the specifics of any of
12 it.

13   Q    But in any event, drafts going back and
14 forth constitutes negotiation over the language,
15 does it not?

16   A    I don't know that I would term it
17 negotiations.  Some discussions went on.

18   Q    Well, is it fair to say that the first
19 draft would have been the proposal of the bank?

20   A    It is.

21   Q    And the final draft that was executed
22 would have been the proposal of Region 2020?

23   A    Not necessarily.

Camp & Associates
Certified Shorthand Reporters
5009 Aldebaran Way, West
Mobile, Alabama  36693-4206
www.campandassociates.com

Toll free
(888) 661-8833
Fax
(888) 661-8844

Local
(251) 661-8833
Fax
(251) 666-9797

1    Q    That's true.  The final agreement that

2  was executed would have been what both sides

3  agreed to do rather than what just the bank

4  proposed.

5    A    Correct.

6    Q    I think your testimony is that you don't

7  have any particular recollection why this clause

8  was removed.  All you can tell us is that in order

9  for the copy to be executed, it had to be removed.

10         MR. PATERSON:

11         Object to the form.

12         THE WITNESS:

13         Really, all I could tell you is that

14         it was removed in the executed copy.

15  BY MR. HUDSON:

16    Q    Okay.  Now, if you'll look, please, sir,

17  at One-ten at Section 2.1, the royalty payment for

18  the first draft, which appears after the October

19  20 letter, it says in pertinent part "Licensee

20  shall pay to Licensor a royalty of $1,000.00 per

21  year until the expiration of the Registered Marks,

22  or any renewals thereof."

23         And then the next draft which is attached to

Camp & Associates
Certified Shorthand Reporters
5009 Aldebaran Way, West
Mobile, Alabama  36693-4206
www.campandassociates.com

Toll free
(888) 661-8833
Fax
(888) 661-8844

Local
(251) 661-8833
Fax
(251) 666-9797

1    the October 20, 1997 agreement says at 2.1,

2    "Licensee shall pay to Licensor a royalty of

3    $100.00 per year until the expiration of the

4    Registered Marks, or any renewals thereof."

5        The cover letter that goes with that second

6    draft, October 20 cover letter says "At the

7    request of Sam Upchurch, I have drafted, and am

8    enclosing herewith, a licensing agreement setting

9    forth the terms and conditions under which Regions

10   Financial Corporation will allow Region 2020, Inc.

11   to use its registered name.  Please review this

12   document and call me if you have any questions."

13       Do you recall why the change was made from a

14   thousand dollars per year to a hundred dollars per

15   year?

16       A    I don't recall specifically why except

17   that it was requested by -- it was a request by

18   Regions 2020.

19       Q    Okay.  And if you would, look at the one

20   that was executed, please, sir, at 2.1 which is

21   One Thirty-seven.  Take a look at 2.1.

22       A    Right.

23       Q    The final agreement for payment turned

Camp & Associates

Toll free                 Certified Shorthand Reporters              Local
(888) 661-8833            5009 Aldebaran Way, West              (251) 661-8833
Fax                    Mobile, Alabama 36693-4206                  Fax
(888) 661-8844            www.campandassociates.com            (251) 666-9797

1    out to be a one-time one hundred dollar payment.

2    Do you see that?

3         A    Yes, I do.

4         Q    If you'd just read into the record that

5    sentence.

6         A    It says "Royalty Payment".    "Licensee

7    shall pay to Licensor a total royalty of $100.00,

8    which shall be the total payment due from Licensee

9    during the duration of this license."

10        Q    All right, sir.  Do you recall that that

11   would have been requested by Region 2020?

12        A    Yeah.  Regions 2020 at the time was a

13   fledgling, kind of start up 501(c)(3) charity.  I

14   do recall them raising the point that they didn't

15   have a lot of money and so they didn't want --

16   yes.

17        Q    Okay.  Now, the license agreement

18   purportedly was signed on December 3, 1997.  After

19   the date of its signature, do you recall anything

20   that Regions Bank did to police the mark or police

21   the licensing of the mark?

22            MR. PATERSON:

23            At any time, Tom?

**Camp & Associates**
Certified Shorthand Reporters
Toll free                    5009 Aldebaran Way, West              Local
(888) 661-8833               Mobile, Alabama 36693-4206         (251) 661-8833
Fax                          www.campandassociates.com              Fax
(888) 661-8844                                                  (251) 666-9797

1    with the United States Trademark Office?

2        A    I recall one specific company that used

3    -- that I think had had it reserved or had used it

4    that we ended up negotiating with and buying it

5    back from, and then later bought the company.  So

6    I thought that was kind of clever.

7        Q    That would have been at the time that

8    you wanted to register your mark?

9        A    That's correct.

10       Q    And they would have used it in

11   relationship to banking or financial services?

12       A    I don't recall whether or not they

13   actually used it.  But, yes, in connection with

14   banking and financial services.

15       Q    And were you aware that there were other

16   companies that had registered the Regions

17   trademark for services outside of banking and

18   financial services?

19       A    I don't recall that but it wouldn't

20   surprise me.

21       Q    Okay.  In any event, was it your

22   understanding that your mark had been registered

23   for banking and financial services?

Camp & Associates

Toll free
(888) 661-8833
Fax
(888) 661-8844

Certified Shorthand Reporters
5009 Aldebaran Way, West
Mobile, Alabama  36693-4206
www.campandassociates.com

Local
(251) 661-8833
Fax
(251) 666-9797

```
 1        A     Yes, it was.

 2        Q     Okay.  Were you aware that there was a

 3   company called Regions Beyond International that

 4   had a Registered Mark?

 5        A     I don't recall.

 6        Q     That there was a Regions Air that had a

 7   Regions Registered Mark?

 8        A     I don't recall.

 9        Q     That there was a Regions Hospital that

10   had a Registered Mark?

11        A     No.  The only one I recall was a mark

12   registered by First Commercial Corporation.

13        Q     Is it fair to say that that wouldn't

14   have troubled you as long as those companies

15   weren't involved in banking and financial

16   services?

17             MR. PATERSON:

18             Object to the form.

19             THE WITNESS:

20             I really can't say whether it would

21             have troubled me or not.  It would

22             not have troubled me if our

23             trademark counsel said it was not
```

**Camp & Associates**

Certified Shorthand Reporters

Toll free
(888) 661-8833
Fax
(888) 661-8844

5009 Aldebaran Way, West
Mobile, Alabama  36693-4206
www.campandassociates.com

Local
(251) 661-8833
Fax
(251) 666-9797

1          something we had to worry about.

2    BY MR. HUDSON:

3          Q     Did you ever get any suggestion or

4    advice that you should be concerned with companies

5    who used the name "Regions" but were not involved

6    in banking or financial services?

7          A     Yes, I did.

8          Q     Okay.  I think you said during the time

9    you were General Counsel, the bank was not

10   proactive in seeking out the names of others who

11   used the name "Regions" as third party names for

12   third party companies.

13         A     We did not proactively search for people

14   using the names.

15         Q     Okay.  And that would mean that you

16   wouldn't have searched the records of the

17   Secretary of State of Alabama --

18         A     That's correct.

19         Q     Nor for domain names on the web.

20         A     I don't recall any search for domain

21   names.

22         Q     Or for the U.S. Trademark Office.

23         A     Right.  Typically, as I said earlier, we

**Camp & Associates**
Certified Shorthand Reporters

Toll free
(888) 661-8833
Fax
(888) 661-8844

5009 Aldebaran Way, West
Mobile, Alabama  36693-4206
www.campandassociates.com

Local
(251) 661-8833
Fax
(251) 666-9797

# IN THE UNITED STATES DISTRICT COURT

## FOR THE

## MIDDLE DISTRICT OF ALABAMA

## NORTHERN DIVISION

REGIONS ASSET COMPANY,      *

      Plaintiff,        *

                    *

Vs.               *   CIVIL ACTION NUMBER

REGIONS UNIVERSITY, INC.,  *    2:06cv882-MHT

      Defendant.       *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

     Deposition of NEAL BERTE, taken before David Michael Camp, CSR, in the law offices of Balch & Bingham, LLP, 1901 6th Avenue North, Birmingham, Alabama, on August 14, 2007, commencing at approximately 9:32 o'clock a.m.

### Camp & Associates

Toll free
(888) 661-8833
Fax
(888) 661-8844

Certified Shorthand Reporters
5009 Aldebaran Way, West
Mobile, Alabama 36693-4206
www.campandassociates.com

Local
(251) 661-8833
Fax
(251) 666-9797

```
 1        Q    All right, sir.  Now, after you signed
 2   that agreement --
 3             MR. PATERSON:
 4             Can we mark that, Tom?
 5             MR. HUDSON:
 6             It's marked.
 7             MR. PATERSON:
 8             I'm sorry.  I didn't hear you.  I
 9             apologize.
10             MR. HUDSON:
11             It was marked as One Thirty-seven.
12             MR. PATERSON:
13             Okay.  I just didn't hear the
14             exhibit number.
15   BY MR. HUDSON:
16        Q    After you signed Exhibit One
17   Thirty-seven, do you recall occasions when the
18   bank raised any question with you about the use of
19   its name?
20        A    I do not.
21        Q    Do you recall anything that the bank did
22   with respect to quality control concerning the use
23   of its name?
```

Camp & Associates

Toll free
(888) 661-8833
Fax
(888) 661-8844

Certified Shorthand Reporters
5009 Aldebaran Way, West
Mobile, Alabama  36693-4206
www.campandassociates.com

Local
(251) 661-8833
Fax
(251) 666-9797

1        MR. PATERSON:

2        I object to the form.

3        THE WITNESS:

4        I just want to make sure everybody

5        understands.  I was the volunteer

6        Chairman.  I think if there was any

7        official contact from the bank,

8        possibly I would have known that.  I

9        can't recall any of that.  But I

10       think obviously the person who might

11       know that would be the Executive

12       Director, who was the paid

13       professional.  But I don't recall --

14       I don't recall anything, any contact

15       after we signed this.

16  BY MR. HUDSON:

17       Q    Okay.  And that's consistent with what

18  you told Dr. Turner, as well, isn't it?

19       A    It is.

20       Q    Now, let me show you --

21       A    Actually, I didn't -- I was not totally

22  sure when we talked because I -- this was a bolt

23  out of the blue.  But anyway, I would just say to

Camp & Associates
Certified Shorthand Reporters
Toll free                    5009 Aldebaran Way, West              Local
(888) 661-8833          Mobile, Alabama  36693-4206          (251) 661-8833
Fax                                                                                              Fax
(888) 661-8844          www.campandassociates.com          (251) 666-9797

IN THE UNITED STATES DISTRICT COURT

FOR  THE

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


REGIONS ASSET COMPANY,          *
                                *
        Plaintiff,              *
                                *
                                *
Vs.                             *   CIVIL ACTION NUMBER
                                *
REGIONS UNIVERSITY, INC.,       *    2:06cv882-MHT
                                *
        Defendant.              *



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Rule 30(b)(6) deposition of Regions Asset Company, taken through the witness,  HOPE D. MEHLMAN, before David Michael Camp, Commissioner, in the law offices of Balch & Bingham, LLP, 105 Tallapoosa Street, Suite 200, Montgomery, Alabama, on June 28th, 2007, commencing at approximately 9:10 o'clock a.m.

**Hope Mehlman**

16 (Pages 58 to 61)

Page 58

1    THE WITNESS:
2       Okay. That's it. That's the org
3    chart.
4    BY MR. HUDSON:
5       Q   Ms. Mehlman, I'll show you Exhibit
6    One-O-eight that's been marked for identification
7    and ask you if you could tell us what that is.
8       A   It's Thomson & Thomson watch reports,
9    together with correspondence.
10      Q   "Correspondence" is correspondence
11   generated by your then office, Adams & Reese/Lange
12   Simpson, to the bank?
13      A   Yes. But there is -- yes. I believe
14   that was all the correspondence that was there.
15      Q   Okay. Had you reviewed prior to today
16   all of those watch service reports?
17      A   I believe. I can't say a hundred
18   percent. But, yes, I do believe.
19      Q   And was it your practice to review them
20   contemporaneously with their receipt?
21      A   Yes. Generally, yes.
22      Q   Okay. And after you reviewed them, what
23   action did you take?

Page 59

1    A   Again, it depended. I mean, we would
2    generally send them to people at the bank so that
3    they could have a copy, and then advise them that
4    we -- if we had concerns, we'd advise them about
5    concerns.
6       Q   From looking at that Exhibit One-O-
7    eight, it looked to me like all, if not
8    substantially all, were sent to the bank, together
9    with a cover letter that essentially said, here it
10   is, and said nothing else. Am I correct in that?
11      A   That's what the correspondence said.
12   But we did have telephone conversations with --
13      Q   I understand. I'm just trying to take
14   it a step at a time.
15      A   Yes.
16      Q   Okay. And in addition to that, what
17   would occur? In addition to just sending the copy
18   to the bank, what would occur as a matter of
19   practice?
20      A   We would discuss the watch reports.
21      Q   All right. And with whom would you
22   discuss it?
23      A   The people at the bank. It would

Page 60

1    depend.
2       Q   Tell me who those people would have
3    been. This may be a simple way to get that. The
4    letters are addressed to various people at the
5    bank. Would you expect that the people that you
6    discussed the watch service reports with would
7    correspond to the addressees of those letters?
8       A   Yes. Most of the time, yes.
9       Q   And can you think of somebody else that
10   you may have discussed the watch service report
11   with other than the addressees of the letters?
12      A   Yes.
13      Q   And who would that have been?
14      A   Parker Steele in the department.
15      Q   Parker?
16      A   Steele. S-T-E-E-L-E.
17      Q   Okay. And what was his function?
18      A   He was in-house counsel.
19      Q   For Regions?
20      A   Yes.
21      Q   And did he hold substantially the same
22   position that you hold today? Let me ask it
23   another way.

Page 61

1    A   Yeah.
2       Q   Did he have substantially the same
3    intellectual property responsibilities that you
4    have today?
5       A   Yes. Before I came to the bank, yes.
6       Q   Where is he today?
7       A   He's in-house with Regions.
8       Q   Does he still have intellectual property
9    responsibility?
10      A   No.
11      Q   Was there anyone else with whom you
12   discussed it that you can recall?
13      A   Discussed?
14      Q   The watch service reports.
15      A   May have from time to time discussed
16   with Alan Deer.
17      Q   And who is he?
18      A   He's the former general counsel.
19      Q   Okay. Anyone else?
20      A   We may have discussed it -- and I don't
21   recall. Maybe sometimes with Bill Askew.
22      Q   All right. And what is his position?
23      A   Head of Consumer Banking.



DEFENDANT'S
EXHIBIT
109


Financial Corp.

SAMUEL E. UPCHURCH, JR.
Executive Vice President,
General Counsel & Secretary

March 2, 1999

Mr. Joseph D. Jordan
Regions Propane
P. O. Box 248
Centre, Alabama    35960

Dear Mr. Jordan:

     I recently learned that you have opened a new business, called Regions Propane. I wanted to touch base with you and inform you of Regions Bank's position on the use of "Regions" by your company. As I'm sure you know, Regions Financial Corporation has registered the trademark "Regions" and must be vigilent to protect against unauthorized use. Although Regions doesn't operate in that area of business, we feel that we would be entitled to use "Regions" should we endeavor to become involved in the propane business in the future. "Regions" is a registered trademark of this company, and we have taken great care in assuring that it is reserved for Regions Bank. At the present time, however, I do not foresee any problems with your company's use of "Regions" in the name of your business. I just want you to be informed that Regions Bank believes that it would have the ability to enforce its rights to "Regions" should it ever enter into the propane business.

     Best of luck to you and your new company. If you have any questions or if I can be of any assistance, please do not hesitate to call me at (205)326-7860.

Very truly yours,

Samuel E. Upchurch, Jr.

SEU:nsm

cc:   Tim Williams

Post Office Box 10247    Birmingham, Alabama 35202    Telephone 205 326-7680    Fax 205 326-7751

F

## LANGE, SIMPSON,
## ROBINSON & SOMERVILLE

ATTORNEYS & COUNSELORS

HUNTSVILLE OFFICE:
100 JEFFERSON STREET, SOUTH
HUNTSVILLE, ALABAMA 35801-4849
TELEPHONE (205) 533-3500
FACSIMILE (205) 533-4100

417 20TH STREET NORTH, SUITE 1700
BIRMINGHAM, ALABAMA 35203-3272
TELEPHONE (205) 250-5000
FACSIMILE (205) 250-5034

MONTGOMERY OFFICE:
8 COMMERCE STREET, SUITE 900
MONTGOMERY, ALABAMA 36104-3531
TELEPHONE (334) 241-0000
FACSIMILE (334) 241-0022

REAL ESTATE CLOSING OFFICE:
728 SHADES CREEK PARKWAY, SUITE 120
BIRMINGHAM, ALABAMA 35209-4453
TELEPHONE (205) 870-1511
FACSIMILE (205) 870-1514

October 20, 1997



DEFENDANT'S
EXHIBIT
110
PENGAD-Bayonne, N. J.

Regions 2020, Inc.
Attn: Ann Florie
2027 1st Avenue North, Suite 907
Birmingham, Alabama  35203

Dear Ann:

    At the request of Sam Upchurch, I have drafted, and am
enclosing herewith, a licensing agreement setting forth the terms
and conditions under which Regions Financial Corporation
("Regions") will allow Region 2020, Inc. to use its registered
name.  Please review this document call me if you have any
questions.

                    Very truly yours,

        LANGE, SIMPSON, ROBINSON & SOMERVILLE

                    Stephen P. Leara

SPL/sm

Enclosures

cc:  Samuel E. Upchurch, Jr., Esq.
     Henry E. Simpson, Esq.

Regions 2020, Inc.
October 20, 1997
Page 2


bcc: Ms. Kathie Martin

## NON-EXCLUSIVE LICENSE AGREEMENT

This Agreement entered into this day by and between REGIONS FINANCIAL CORPORATION, a Delaware corporation ("Licensor"), and REGION 2020, INC., an Alabama corporation ("Licensee").

WHEREAS, the Licensor is the Owner of all right title and interest in United States Trademark Nos. 1,881,600 and 1,914,267 ("Registered Marks"); and,

WHEREAS, the Licensee plans to engage in charitable work primarily in Alabama and the United States under the name "Region 2020"; and

WHEREAS, the Licensee's name is deceptively similar to the Licensor's Registered Marks so as to be likely to cause confusion in the marketplace; and

WHEREAS, Licensee desires to obtain license rights under said Registered Marks to be used in said charitable work; and

IT IS HEREBY AGREED AS FOLLOWS:

Section 1.        Grant of License.

1.1 <u>Grant of License</u>.  Upon the terms, royalty payments, and conditions set forth herein and under the Registered Marks, Licensor hereby grants to Licensee a non-exclusive License to use the phrase "Region 2020" in its charitable work and is further granted the right to sublicense the phrase to the extent necessary to carry out this grant.

1.2 <u>Limitation</u>.  No license, immunity or other right is granted by implication or otherwise with respect to any trademark or trademark application other than the Registered Marks.  Licensor does not authorize the Licensee to use the Registered Marks or the phrase "Region 2020" in connection with any financial institution or lending relationship.

Section 2.        Royalty and Payment.

2.1 <u>Royalty Payment</u>.  Licensee shall pay to Licensor a royalty of $1,000.00 per year until the expiration of the Registered Marks, or any renewals thereof.  All royalties shall be paid yearly, based on a calendar year, on or before the last day of any month following the end of a calendar year ("Royalty Day").

2.2 <u>Medium of Payment</u>.  Licensee shall pay all royalties due hereunder in United States dollars.

PAGE 1 - NON-EXCLUSIVE LICENSE AGREEMENT

Section 3.    Marking.

3.1  Indemnification of Registered Marks.  Licensee agrees that it shall not affix to any of its marketing or official materials a legible notice reading "Licensed under U.S. Trademark from," - followed by the Licensor's logo and followed by the number of the marks licensed hereunder.  Licensee agrees that it shall not affix to any of its marketing or official materials a legible notice reading "Registered Trademark" followed by the number of the marks licensed hereunder.

3.2  Limitation on Use of Trademarks, etc.  Neither the granting of the license herein nor the acceptance of royalties hereunder shall constitute an approval of or acquiescence in Licensee's practices with respect to trademarks, trade names, corporation names, advertising, or similar practices with respect to the charitable work, nor does the granting of such license constitute an authorization or approval of, or acquiescence in the use of Licensor's name or any trade name or trademark of Licensor or its affiliates in connection with the charitable work, and Licensor hereby expressly reserves all rights with respect thereto.

Section 4.    Duration and Termination.

4.1  Duration and Termination.  Unless otherwise terminated as hereinafter set forth, this Agreement shall continue in full force for the remaining life of the Registered Marks; provided however, that either party shall have the right to terminate this Agreement and the license granted herein in the event of any of the following:

    4.1.1  A party breaches the Agreement and does not cure such breach within 30 days after notice thereof from the other party specifying such breach;

    4.1.2  Dissolution, insolvency or bankruptcy of a party whether voluntary or involuntary;

    4.1.3  Appointment of a trustee or receiver for a party;

then, and in addition to all other rights and remedies which the other party may have at law or in equity, the other party may, at its option, terminate this Agreement by notice thereof in writing specifying the reason for such termination and a termination date. Such termination shall become effective on the date of termination set forth in the notice of termination, but in no event earlier than 30 days from the date of mailing thereof.

Section 5.    Warranty Exclusion.  No representation or warranty has been made by Licensor that the charitable work engaged in under the licensed mark or marks thereof may be engaged in free of trademark rights of others, it being understood that Licensor shall

PAGE 2 - NON-EXCLUSIVE LICENSE AGREEMENT

not be liable for any loss damage or expense arising from any claim of trademark infringement upon the use thereof.

Section 6.    No Release.  Both parties agree that the termination of this Agreement or the expiration of the term of this Agreement shall not release either party from any obligations under Sections 2.1 or 2.2 or under Section 5 or 7 herein.

Section 7.    Miscellaneous.

7.1  Successor Licensors.  This Agreement shall be binding upon and inure to the benefit of Licensor, its legal representatives, successors and assigns.

7.2  Successor Licensees.  This Agreement shall be binding upon and inure to the benefit of Licensee, but shall not be transferable or assignable without the prior written consent of Licensor, which consent shall not be unreasonably withheld.

7.3  Limitation.  Nothing contained in this Agreement shall be construed as conferring by implication, estoppel or otherwise upon Licensee, any license under any trade secrets, or know how of Licensor and no such license or other rights shall arise from this Agreement or from any acts, statements or dealings resulting in the execution of this Agreement.

7.4  Notices.  Any notices permitted or required under this Agreement shall be deemed given upon the date of personal delivery or 48 hours after deposit in the United States mail, postage fully prepaid, return receipt requested, addressed to Licensee at:

    Region 2020, Inc.
    2027 1st Avenue North, Suite 907
    Birmingham, Alabama  35203
    Attn:  Ann Florie

addressed to Licensor at:

    Regions Financial Corporation
    P. O. Box 10247
    Birmingham, Alabama  35203
    Attn:  Samuel E. Upchurch, Jr.

or at any other address as any party may, from time to time, designate by notice given in compliance with this section.

7.5  Law Governing.  This Agreement shall be governed by and construed in accordance with the laws of the State of Alabama.

7.6  Titles and Captions.  All section titles or captions contained in this Agreement are for convenience only and shall not be deemed part of the context nor effect the interpretation of this

PAGE 3 - NON-EXCLUSIVE LICENSE AGREEMENT

Agreement.

7.7  <u>Entire Agreement</u>.  This Agreement contains the entire under-standing between and among the parties and supersedes any prior understandings and agreements among them respecting the subject matter of this Agreement.

7.8  <u>Agreement Binding</u>.  This Agreement shall be binding upon the heirs, executors, administrators, successors and assigns of the parties hereto.

7.9  <u>Attorney Fees</u>.  In the event that an arbitration, suit or action is brought by any party under this Agreement to enforce any of its terms, it is agreed that the prevailing party shall be entitled to reasonable attorneys fees to be fixed by the arbitrator or the trial and appellate courts.

7.10  <u>Computation of Time</u>.  In computing any period of time pursuant to this Agreement, the day of the act, event or default from which the designated period of time begins to run shall be included, unless it is a Saturday, Sunday or a legal holiday, in which event the period shall begin to run on the next day which is not a Saturday, Sunday or legal holiday, in which event the period shall run until the end of the next day thereafter which is not a Saturday, Sunday or legal holiday.

7.11  <u>Pronouns and Plurals</u>.  All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the person or persons may require.

7.12  <u>Arbitration</u>.  If at any time during the term of this Agree-ment any dispute, difference, or disagreement shall arise upon or in respect of the Agreement, and the meaning and construction hereof, every such dispute, difference, and disagreement shall be referred to a single arbiter agreed upon by the parties, or if no single arbiter can be agreed upon, an arbiter or arbiters shall be selected in accordance with the rules of the American Arbitration Association and such dispute, difference, or disagreement shall be settled by arbitration in accordance with the then prevailing commercial rules of the American Arbitration Association, and judgment upon the award rendered by the arbiter may be entered in any court having jurisdiction thereof.

7.13  <u>Presumption</u>.  This Agreement or any section thereof shall not be construed against any party due to the fact that said Agreement or any section thereof was drafted by said party.

7.14  <u>Further Action</u>.  The parties hereto shall execute and deliver all documents, provide all information and take or forbear from all such action as may be necessary or appropriate to achieve the purposes of the Agreement.

PAGE 4 - NON-EXCLUSIVE LICENSE AGREEMENT

7.15 <u>Parties in Interest</u>.  Nothing herein shall be construed to be to the benefit of any third party, nor is it intended that any provision shall be for the benefit of any third party.

7.16 <u>Savings Clause</u>.  If any provision of this Agreement, or the application of such provision to any person or circumstance, shall be held invalid, the remainder of this Agreement, or the application of such provision to persons or circumstances other than those as to which it is held invalid, shall not be affected thereby.

Dated:  October _____, 1997

LICENSOR:

REGIONS FINANCIAL CORPORATION,
a Delaware corporation


By:_____
    Samuel E. Upchurch, Jr.
    Its Secretary and General Counsel


LICENSEE:

REGION 2020, INC.,
an Alabama corporation


By:_____

    Its President

RF

# LANGE, SIMPSON,
# ROBINSON & SOMERVILLE

ATTORNEYS & COUNSELORS

HUNTSVILLE OFFICE:
100 JEFFERSON STREET, SOUTH
HUNTSVILLE, ALABAMA 35801-4649
TELEPHONE (205) 533-3500
FACSIMILE (205) 533-4100

417 20TH STREET NORTH, SUITE 1700
BIRMINGHAM, ALABAMA 35203-3272
TELEPHONE (205) 250-5000
FACSIMILE (205) 250-5034

MONTGOMERY OFFICE:
8 COMMERCE STREET, SUITE 900
MONTGOMERY, ALABAMA 36104-3531
TELEPHONE (334) 241-9000
FACSIMILE (334) 241-0032

REAL ESTATE CLOSING OFFICE:
728 SHADES CREEK PARKWAY, SUITE 120
BIRMINGHAM, ALABAMA 35209-4453
TELEPHONE (205) 870-1511
FACSIMILE (205) 870-1514

October 20, 1997

Regions 2020, Inc.
Attn: Ann Florie
2027 1st Avenue North, Suite 907
Birmingham, Alabama  35203

Dear Ann:

At the request of Sam Upchurch, I have drafted, and am
enclosing herewith, a licensing agreement setting forth the terms
and conditions under which Regions Financial Corporation
("Regions") will allow Region 2020, Inc. to use its registered
name.  Please review this document call me if you have any
questions.

Very truly yours,

LANGE, SIMPSON, ROBINSON & SOMERVILLE

(Stephen P. Leara)

SPL/sm

Enclosures

cc:  Samuel E. Upchurch, Jr., Esq.
     Henry E. Simpson, Esq.

Regions 2020, Inc.
October 20, 1997
Page 2


bcc: Ms. Kathie Martin

## LANGE, SIMPSON,
## ROBINSON & SOMERVILLE

ATTORNEYS & COUNSELORS

HUNTSVILLE OFFICE:
100 JEFFERSON STREET, SOUTH
HUNTSVILLE, ALABAMA 35801-4849
TELEPHONE (205) 533-3500
FACSIMILE (205) 533-4100

417 20TH STREET NORTH, SUITE 1700
BIRMINGHAM, ALABAMA 35203-3272
TELEPHONE (205) 250-5000
FACSIMILE (205) 250-5034

MONTGOMERY OFFICE:
6 COMMERCE STREET, SUITE 900
MONTGOMERY, ALABAMA 36104-3531
TELEPHONE (334) 241-0000
FACSIMILE (334) 241-0052

REAL ESTATE CLOSING OFFICE:
728 SHADES CREEK PARKWAY, SUITE 120
BIRMINGHAM, ALABAMA 35209-4453
TELEPHONE (205) 870-1511
FACSIMILE (205) 870-1514

November 11, 1997

Region 2020, Inc.
Attn:  Ann Florie
2027 1st Avenue North, Suite 907
Birmingham, Alabama  35203

Dear Ann:

Yesterday, we received your letter and check in the amount of $100.00, made payable to Regions Financial Corporation ("Regions"), representing a royalty payment from Region 2020, Inc., pursuant to an agreement between Dr. Neal Berte and Henry Simpson.  However, we have yet to receive an executed license agreement.

Enclosed herewith, please find another copy of the license agreement, which reflects the $100.00 royalty payment.  Please have this document executed and returned to me at your earliest convenience.  If you have any questions, please call me.

Very truly yours,

LANGE, SIMPSON, ROBINSON & SOMERVILLE

Stephen P. Leara

SPL/sm

cc:  Samuel E. Upchurch, Jr., Esq.
     Henry E. Simpson, Esq.

Regions 2020, Inc.
November 11, 1997
Page 2


bcc: Ms. Kathie Martin

### NON-EXCLUSIVE LICENSE AGREEMENT

This Agreement entered into this day by and between REGIONS FINANCIAL CORPORATION, a Delaware corporation ("Licensor"), and REGION 2020, INC., an Alabama corporation ("Licensee").

WHEREAS, the Licensor is the Owner of all right title and interest in United States Trademark Nos. 1,881,600 and 1,914,267 ("Registered Marks"); and,

WHEREAS, the Licensee plans to engage in charitable work primarily in Alabama and the United States under the name "Region 2020"; and

WHEREAS, the Licensee's name is deceptively similar to the Licensor's Registered Marks so as to be likely to cause confusion in the marketplace; and

WHEREAS, Licensee desires to obtain license rights under said Registered Marks to be used in said charitable work; and

IT IS HEREBY AGREED AS FOLLOWS:

<u>Section 1</u>.    <u>Grant of License</u>.

1.1 <u>Grant of License</u>.    Upon the terms, royalty payments, and conditions set forth herein and under the Registered Marks, Licensor hereby grants to Licensee a non-exclusive License to use the phrase "Region 2020" in its charitable work and is further granted the right to sublicense the phrase to the extent necessary to carry out this grant.

1.2  <u>Limitation</u>.  No license, immunity or other right is granted by implication or otherwise with respect to any trademark or trademark application other than the Registered Marks.   Licensor does not authorize the Licensee to use the Registered Marks or the phrase "Region 2020" in connection with any financial institution or lending relationship.

<u>Section 2</u>.    <u>Royalty and Payment</u>.

2.1 <u>Royalty Payment</u>.  Licensee shall pay to Licensor a royalty of $100.00 per year until the expiration of the Registered Marks, or any renewals thereof. All royalties shall be paid yearly, based on a calendar year, on or before the last day of any month following the end of a calendar year ("Royalty Day").

2.2  <u>Medium of Payment</u>.    Licensee shall pay all royalties due hereunder in United States dollars.

PAGE 1 - NON-EXCLUSIVE LICENSE AGREEMENT

Section 3.    Marking.

3.1  Indemnification of Registered Marks.  Licensee agrees that it shall not affix to any of its marketing or official materials a legible notice reading "Licensed under U.S. Trademark from," - followed by the Licensor's logo and followed by the number of the marks licensed hereunder.  Licensee agrees that it shall not affix to any of its marketing or official materials a legible notice reading "Registered Trademark" followed by the number of the marks licensed hereunder.

3.2  Limitation on Use of Trademarks, etc.  Neither the granting of the license herein nor the acceptance of royalties hereunder shall constitute an approval of or acquiescence in Licensee's practices with respect to trademarks, trade names, corporation names, advertising, or similar practices with respect to the charitable work, nor does the granting of such license constitute an authorization or approval of, or acquiescence in the use of Licensor's name or any trade name or trademark of Licensor or its affiliates in connection with the charitable work, and Licensor hereby expressly reserves all rights with respect thereto.

Section 4.    Duration and Termination.

4.1  Duration and Termination.  Unless otherwise terminated as hereinafter set forth, this Agreement shall continue in full force for the remaining life of the Registered Marks; provided however, that either party shall have the right to terminate this Agreement and the license granted herein in the event of any of the following:

4.1.1  A party breaches the Agreement and does not cure such breach within 30 days after notice thereof from the other party specifying such breach;

4.1.2  Dissolution, insolvency or bankruptcy of a party whether voluntary or involuntary;

4.1.3  Appointment of a trustee or receiver for a party;

then, and in addition to all other rights and remedies which the other party may have at law or in equity, the other party may, at its option, terminate this Agreement by notice thereof in writing specifying the reason for such termination and a termination date. Such termination shall become effective on the date of termination set forth in the notice of termination, but in no event earlier than 30 days from the date of mailing thereof.

Section 5.    Warranty Exclusion.  No representation or warranty has been made by Licensor that the charitable work engaged in under the licensed mark or marks thereof may be engaged in free of trademark rights of others, it being understood that Licensor shall

PAGE 2 - NON-EXCLUSIVE LICENSE AGREEMENT

not be liable for any loss damage or expense arising from any claim of trademark infringement upon the use thereof.

Section 6.    No Release.  Both parties agree that the termination of this Agreement or the expiration of the term of this Agreement shall not release either party from any obligations under Sections 2.1 or 2.2 or under Section 5 or 7 herein.

Section 7.    Miscellaneous.

7.1  Successor Licensors.  This Agreement shall be binding upon and inure to the benefit of Licensor, its legal representatives, successors and assigns.

7.2  Successor Licensees.  This Agreement shall be binding upon and inure to the benefit of Licensee, but shall not be transferable or assignable without the prior written consent of Licensor, which consent shall not be unreasonably withheld.

7.3  Limitation.  Nothing contained in this Agreement shall be construed as conferring by implication, estoppel or otherwise upon Licensee, any license under any trade secrets, or know how of Licensor and no such license or other rights shall arise from this Agreement or from any acts, statements or dealings resulting in the execution of this Agreement.

7.4  Notices.  Any notices permitted or required under this Agreement shall be deemed given upon the date of personal delivery or 48 hours after deposit in the United States mail, postage fully prepaid, return receipt requested, addressed to Licensee at:

    Region 2020, Inc.
    2027 1st Avenue North, Suite 907
    Birmingham, Alabama  35203
    Attn:  Ann Florie

addressed to Licensor at:

    Regions Financial Corporation
    P. O. Box 10247
    Birmingham, Alabama  35203
    Attn:  Samuel E. Upchurch, Jr.

or at any other address as any party may, from time to time, designate by notice given in compliance with this section.

7.5  Law Governing.  This Agreement shall be governed by and construed in accordance with the laws of the State of Alabama.

7.6  Titles and Captions.  All section titles or captions contained in this Agreement are for convenience only and shall not be deemed part of the context nor effect the interpretation of this

PAGE 3 - NON-EXCLUSIVE LICENSE AGREEMENT

Agreement.

7.7  <u>Entire Agreement</u>.  This Agreement contains the entire under-standing between and among the parties and supersedes any prior understandings and agreements among them respecting the subject matter of this Agreement.

7.8  <u>Agreement Binding</u>.  This Agreement shall be binding upon the heirs, executors, administrators, successors and assigns of the parties hereto.

7.9  <u>Attorney Fees</u>.  In the event that an arbitration, suit or action is brought by any party under this Agreement to enforce any of its terms, it is agreed that the prevailing party shall be entitled to reasonable attorneys fees to be fixed by the arbitrator or the trial and appellate courts.

7.10 <u>Computation of Time</u>.  In computing any period of time pursuant to this Agreement, the day of the act, event or default from which the designated period of time begins to run shall be included, unless it is a Saturday, Sunday or a legal holiday, in which event the period shall begin to run on the next day which is not a Saturday, Sunday or legal holiday, in which event the period shall run until the end of the next day thereafter which is not a Saturday, Sunday or legal holiday.

7.11 <u>Pronouns and Plurals</u>.  All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the person or persons may require.

7.12 <u>Arbitration</u>.   If at any time during the term of this Agree-ment any dispute, difference, or disagreement shall arise upon or in respect of the Agreement, and the meaning and construction hereof, every such dispute, difference, and disagreement shall be referred to a single arbiter agreed upon by the parties, or if no single arbiter can be agreed upon, an arbiter or arbiters shall be selected in accordance with the rules of the American Arbitration Association and such dispute, difference, or disagreement shall be settled by arbitration in accordance with the then prevailing commercial rules of the American Arbitration Association, and judgment upon the award rendered by the arbiter may be entered in any court having jurisdiction thereof.

7.13 <u>Presumption</u>.  This Agreement or any section thereof shall not be construed against any party due to the fact that said Agreement or any section thereof was drafted by said party.

7.14 <u>Further Action</u>.  The parties hereto shall execute and deliver all documents, provide all information and take or forbear from all such action as may be necessary or appropriate to achieve the purposes of the Agreement.

PAGE 4 - NON-EXCLUSIVE LICENSE AGREEMENT.

7.15 <u>Parties in Interest</u>.  Nothing herein shall be construed to be to the benefit of any third party, nor is it intended that any provision shall be for the benefit of any third party.

7.16 <u>Savings Clause</u>.  If any provision of this Agreement, or the application of such provision to any person or circumstance, shall be held invalid, the remainder of this Agreement, or the application of such provision to persons or circumstances other than those as to which it is held invalid, shall not be affected thereby.

Dated:  October _____, 1997

LICENSOR:

REGIONS FINANCIAL CORPORATION,
a Delaware corporation

By:_____
     Samuel E. Upchurch, Jr.
     Its Secretary and General Counsel

LICENSEE:

REGION 2020, INC.,
an Alabama corporation

By:_____

     Its President

K:\REGION\00001\TRADEMAR\REG2020.LIC 111197 9:42
PAGE 5 - NON-EXCLUSIVE LICENSE AGREEMENT

**GREATER BIRMINGHAM FOUNDATION**
UNRESTRICTED ACCOUNT
P.O. BOX 131027
BIRMINGHAM, AL 35213
(205) 328-8641

AMSOUTH BANK, N.A.
BIRMINGHAM, AL 35203
61-1/820

1554

11/5/97

PAY TO THE
ORDER OF ___ Regions Financial Corporation _____ $ *****100.00

One Hundred and 00/100*********************************************************************** DOLLARS

Security features
included.
Details on back.

MEMO___ Region 2020 Licensing Agreement _____ — Sheila S. Blair ___

⑈OO⑥⑤⑤⑤⑈ ⑆O⑥ 2OOOO⑥⑨⑆ OO⑤⑧O⑤⑨O⑈

region 1



Building a better place to live.

2117 1st Avenue North
Birmingham, Alabama 35203-4201
205-326-1100   Fax (205)326-0093
1-888-326-1101

**Board of Directors**

**Chairpersons**
Dr. Neal R. Berte
Ms. Sheila S. Blair
Mr. Norman B. Davis, Jr.
Mr. Herbert A. Sklenar

Ms. Pat Alexander
Ms. Lindsey Allison
The Honorable Richard Arrington
Mr. Kirkwood Balton
Ms. Charlena Bray
The Honorable Mary M. Buckelew
Mr. Robert Bynum
Mr. Michael Calvert
Mr. Vincent Caponi
Mr. Dave Carder
Mr. Tom Carruthers
Dr. Robert Corley
Ms. Cathy Crenshaw
Mr. James H. Denley
Ms. Alma Dennis
Mr. Newstell Dowdell, Jr.
Mr. Dan Dunne
Mr. Jeremy Erdreich
Ms. Cathy Gilmore
Mr. Mike Goodrich
Mr. Kent Graeve
Reverend Tommy Hagler
Mr. Gene Hallman
Ms. Majella Hamilton
Ms. Pearlie Hampton
Mr. Victor Hanson III
Mr. Elmer Harris
Mr. Beverly P. Head, Jr.
Mr. Donald Hess
Mr. Willie Huff
Mr. Bill Ireland
Mr. Donald M. James
Reverend Elijah Jarrett
Mr. Paul Jones
Dr. Joyce Lanning
Mr. Owen Lawless
Mr. Kevin Lofton
Mr. Dara Longgrear
Mr. Lyman Lovejoy
Mr. Stan Mackin
Mr. Gwaltney McCollum
Mr. John McMahon
Dr. Judy Merritt
Mr. Richard Moore
Mr. James E. Moylan, Jr.
Mr. Les Neel
Mr. Don Newton
Mr. Alton Parker
Ms. Elise Penfield
Mr. Dick Pigford
Ms. Margaret Porter
Dr. Ann Reynolds
Mr. Van Richey
Mr. Dowd Ritter
Mr. Guin Robinson
Mr. Oliver Robinson
Mr. Joel Rotenstreich
Dr. John W. Rouse, Jr.
Mr. William Rushton, III
Dr. Carole Samuelson
Mr. Griffith Still
Mr. Bunny Stokes, Jr.
Mr. Anthony Topazzi
Mr. Neal Travis
Mr. Ron Truss
The Honorable Wayne Tuggle
Mr. Russ Tyner
Mr. Jeff Underwood
Mr. Michael Warren
Dr. Foster Watkins
Mr. Larry Watts
Ms. Donna Williams
Mr. Jim Williams
Ms. Tyrenda Williams
Mr. Cecil Woodham
Ms. Odessa Woolfolk
Mr. Cordell Wynn
Mr. Alan Zeigler
Mr. John Zimmerman

November 2, 1997

Mr. Stephen P. Leara
Lange, Simpson, Robinson & Somerville
417 20th Street North, Suite 1700
Birmingham, Alabama 35203

Dear Stephen:

    I am responding to your letter of October 20 concerning a licensing agreement between Regions Financial Corporation and Region 2020, Inc. I am enclosing a $100 check as full royalty payment in line with a recent conversation between Dr. Neal Berte, Co-chair of Region 2020, and Henry Simpson.

If you have further questions please call me at 326-1100.

Sincerely,

Ann Florie
Executive Director

Enclosures

cc: Henry E. Simpson, Esq.
    Samuel E. Upchurch, Jr., Esq.
    Dr. Neal Berte



DEFENDANT'S
EXHIBIT
137

NON-EXCLUSIVE LICENSE AGREEMENT

THIS AGREEMENT entered into this day by and between REGIONS FINANCIAL

CORPORATION, a Delaware corporation ("Licensor"), and REGION 2020, INC., an Alabama

corporation ("Licensee").

WHEREAS, the Licensor is the Owner of all right, title and interest in United States

Trademark Nos. 1,881,600 and 1,914,267 ("Registered Marks"); and

WHEREAS, the Licensee plans to engage in charitable work primarily in Alabama and

the United States under the name "Region 2020"; and

WHEREAS, Licensee desires to obtain license rights under said Registered Marks to be

used in said charitable work.

IT IS HEREBY AGREED AS FOLLOWS:

Section 1.     Grant of License.

1.1     Grant of License.  Upon the terms, royalty payments, and conditions set forth

herein and under the Registered Marks, Licensor hereby grants to Licensee a non-exclusive

License to use the phrase "Region 2020" in its charitable work and is further granted the right to

sublicense the phrase to the extent necessary to carry out this grant.

1.2     Limitation.  No license, immunity or other right is granted by implication or

otherwise with respect to any trademark or trademark application other than the Registered

Marks.  Licensor does not authorize the Licensee to use the Registered Marks or the phrase

"Region 2020" in connection with any financial institution or lending relationship.

Section 2.     Royalty and Payment.

2.1     Royalty Payment.  Licensee shall pay to Licensor a total royalty of $100.00, which shall be the total payment due from Licensee during the duration of this license.

2.2     Medium of Payment.  Licensee has paid said royalty payment in United States dollars simultaneously with the execution hereof, the receipt of which is acknowledged by Licensor.

Section 3.     Marking.

3.1     Indemnification of Registered Marks.  Licensee agrees that it shall not affix to any of its marketing or official materials a legible notice reading "Licensed under U.S. Trademark from," - followed by the Licensor's logo and followed by the number of the marks licensed hereunder.  Licensee agrees that it shall not affix to any of its marketing or official materials a legible notice reading "Registered Trademark" followed by the number of the marks licensed hereunder.

3.2     Limitation on Use of Trademarks, etc.  Neither the granting of the license herein nor the acceptance of royalties hereunder shall constitute an approval of or acquiescence in Licensee's practices with respect to trademarks, trade names, corporation names, advertising, or similar practices with respect to the charitable work, nor does the granting of such license constitute an authorization or approval of, or acquiescence in the use of Licensor's name or any trade name or trademark of Licensor or its affiliates in connection with the charitable work, and Licensor hereby expressly reserves all rights with respect thereto.

Section 4.     Duration and Termination.

4.1     Duration and Termination.  Unless otherwise terminated as hereinafter set forth, this Agreement shall continue in full force and effect until the expiration of the Registered

Marks and any renewals thereof, provided however, that either party shall have the right to terminate this Agreement and the license granted herein in the event of any of the following:

     4.1.1   A party breaches the Agreement and does not cure such breach within 30 days after notice thereof from the other party specifying such breach;

     4.1.2   Dissolution, insolvency or bankruptcy of a party whether voluntary or involuntary;

     4.1.3   Appointment of a trustee or receiver for a party;

then, and in addition to all other rights and remedies which the other party may have at law or in equity, the other party may, at its option, terminate this Agreement by notice thereof in writing specifying the reason for such termination and a termination date. Such termination shall become effective on the date of termination set forth in the notice of termination, but in no event earlier than 30 days from the date of mailing thereof.

Section 5.    Warranty Exclusion. No representation or warranty has been made by Licensor that the charitable work engaged in under the licensed mark or marks thereof may be engaged in free or trademark rights of others, it being understood that Licensor shall not be liable for any loss damage or expense arising from any claim of trademark infringement upon the use thereof.

Section 6.    No Release. Both parties agree that the termination of this Agreement or the expiration of the term of this Agreement shall not release either party from any obligation under Sections 2.1 or 2.2 or under Sections 5 or 7 herein.

Section 7.    Miscellaneous.

     7.1   Successor Licensors. This Agreement shall be binding upon and inure to the benefit of Licensor, its legal representatives, successors and assigns.

7.2     Successor Licensees. This Agreement shall be binding upon and inure to the benefit of Licensee, but shall not be transferable or assignable without the prior written consent of Licensor, which consent shall not be unreasonably withheld.

7.3     Limitation. Nothing contained in this Agreement shall be construed as conferring by implication, estoppel or otherwise upon Licensee, any license under any trade secrets, or know how of Licensor and no such license or other rights shall arise from this Agreement or from any acts, statements or dealings resulting in the execution of this Agreement.

7.4     Notices. Any notices permitted or required under this agreement shall be deemed given upon the date of personal delivery or 48 hours after deposit in the United States mail, postage fully prepaid, return receipt requested, addressed to Licensee at:

> Region 2020, Inc.
> 2027 First Avenue North, Suite 907
> Birmingham, Alabama 35203
> Attention: Ann Florie

addressed to Licensor at:

> Regions Financial Corporation
> P. O. Box 10247
> Birmingham, Alabama 35203
> Attention: Samuel E. Upchurch, Jr.

or at any other address as any party may, from time to time, designate by notice given in compliance with this section.

7.5     Law Governing. This Agreement shall be governed by and construed in accordance with the laws of the State of Alabama.

7.6     Titles and Captions. All section titles or captions contained in this Agreement are for convenience only and shall not be deemed part of the context nor effect the interpretation of this Agreement.

7.7    Entire Agreement. This Agreement contains the entire understanding between and among the parties and supersedes any prior understandings and agreements among them respecting the subject matter of this Agreement.

7.8    Agreement Binding. This Agreement shall be binding upon the heirs, executors, administrators, successors and assigns of the parties hereto.

7.9    Attorney Fees. In the event that an arbitration, suit or action is brought by any party under this Agreement to enforce any of its terms, it is agreed that the prevailing party shall be entitled to reasonable attorney's fees to be fixed by the arbitrator or the trial and appellate courts.

7.10    Computation of Time. In computing any period of time pursuant to this Agreement, the day of the act, event or default from which the designated period of time begins to run shall be included, unless it is a Saturday, Sunday or a legal holiday, in which event the period shall begin to run on the next day which is not a Saturday, Sunday or legal holiday, in which event the period shall run until the end of the next day thereafter which is not a Saturday, Sunday or legal holiday.

7.11    Pronouns and Plurals. All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the person or persons may require.

7.12    Arbitration. If at any time during the term of this Agreement any dispute, difference, or disagreement shall arise upon or in respect of the Agreement, and the meaning and construction hereof, every such dispute, difference, and disagreement shall be referred to a single arbiter agreed upon by the parties, or if no single arbiter can be agreed upon, an arbiter or arbiters shall be selected in accordance with the rules of the American Arbitration Association and such

dispute, difference, or disagreement shall be settled by arbitration in accordance with the then prevailing commercial rules of the American Arbitration Association, and judgment upon the award rendered by the arbiter may be entered in any court having jurisdiction thereof.

7.13    Presumption.  This Agreement or any section thereof shall not be construed against any party due to the fact that said Agreement or any section thereof was drafted by said party.

7.14    Further Action.  The parties hereto shall execute and deliver all documents, provide all information and take or forbear from all such action as may be necessary or appropriate to achieve the purposes of this Agreement.

7.15    Parties in Interest.  Nothing herein shall be construed to be to the benefit of any third party, nor is it intended that any provision shall be for the benefit of any third party.

7.16.    Savings Clause.  If any provision of this Agreement, or the application of such provision to any person or circumstance, shall be held invalid, the remainder of this Agreement, or the application of such provision to persons or circumstances other than those as to which it is held invalid, shall not be affected thereby.

Dated:    December 2, 1997

LICENSOR:

REGIONS FINANCIAL CORPORATION,
a Delaware corporation

By: _____
Samuel E. Upchurch, Jr.
Its Secretary and General Counsel

LICENSEE:

REGION 2020, INC.,
an Alabama corporation

By: _Nina R. Butler_
~~Its President~~ Board of Directors Co-Chair
Region 2020

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

REGIONS ASSET COMPANY, et al.,)
                       )
        Plaintiffs,      )
                       )   Civil Action No.2:06-cv-882-MHT
    v.                )
                       )
REGIONS UNIVERSITY, INC.    )
                       )
        Defendant.      )

### AFFIDAVIT OF DORIS DIMINO

COMES now Doris Dimino, who being duly sworn, doth depose and say as follows:

1.   My name is Doris Dimino and I am a Research Specialist Supervisor.

2.   Attached as Exhibit A is a listing in two columns. The left hand column of Exhibit A is a listing of financial institutions from Infinata, Inc.'s High Net Worth database. Corresponding with each financial institution in the right hand column of Exhibit A is an institution of higher education from the Higher Education Directory.  In each of these cases, the only difference between the name of the financial institution and the corresponding institution of higher education is generic

wording such as "bank", "national bank", "credit union", "federal credit union", "university", "college", etc.

3.   I have conducted an investigation in order to determine whether any of the listed financial institutions are the same as, related to, or in any way affiliated with the corresponding listed institutions of higher education.   Based on my investigation, none of the listed financial institutions are the same as, related to, or in any way affiliated with the corresponding listed institutions of higher education.

Further affiant saith not.

Signed at: RALEIGH NC , this 23 day of AUGUST , 2007.


DORIS DIMINO

- 2 -

I, Andrew M Burns , the undersigned Notary Public, in and for
said State and County, do hereby certify that DORIS DIMINO,
whose name is signed to the foregoing instrument, and who is
known to me, acknowledged before me on this day that she had
read the foregoing Affidavit and knows the contents thereof,
that the same are true to the best of her knowledge, information
and belief, and that she executed the same voluntarily on the
day the same bears date.


    Given under my hand and official seal this 23 day of
August , 2007.



NOTARY PUBLIC in and for the
State of NORTH CAROLINA
Residing at 8911 Beeer Creek Pkwy Raleigh
My appointment expires 10/29/11

ANDREW M BURNS
NOTARY
PUBLIC
My Comm. Expires
October 29, 2011
WAKE COUNTY, NC

- 3 -

| | |
|---|---|
| ALASKA PACIFIC BANK | Alaska Pacific University |
| AUBURNBANK | Auburn University |
| TUSKEGEE FEDERAL CREDIT UNION | Tuskegee University |
| TROY BANK & TRUST CO | Troy University |
| BANK OF THE OZARKS | University of the Ozarks |
| ARKANSAS STATE BANK | Arkansas State University |
| NORTH ARKANSAS BANCSHARES, INC. | North Arkansas College |
| COCHISE CREDIT UNION | Cochise College |
| SCOTTSDALE COMMUNITY BANK | Scottsdale Community College |
| MISSION NATIONAL BANK | Mission College |
| MISSION FEDERAL CREDIT UNION | Mission College |
| CUYAMACA BANK | Cuyamaca College |
| AMERICAN RIVER BANKSHARES (AMERICAN RIVER BANK) | American River College |
| COASTLINE COMMUNITY CREDIT UNION | Coastline Community College |
| NATIONAL BANK OE THE REDWOODS | College of the Redwoods |
| DESERT COMMERCIAL BANK | College of the Desert |
| HUMBOLDT BANCORP | Humboldt State University |
| BANK OF ALAMEDA | College of Alameda |
| BANK OF MARIN | College of Marin |
| GOLDEN WEST FINANCIAL | Golden West College |
| GOLDEN GATE BANK | Golden Gate University |
| SOUTH COAST COMMERCIAL BANK | South Coast College |
| TAFT NATIONAL BANK | Taft College |
| FOOTHILL BANK | Foothill College |
| FOOTHILL FEDERAL CREDIT UNION | Foothill College |
| MUSICIANS CREDIT UNION | Musicians Institute |
| SANTA ANA FEDERAL CREDIT UNION | Santa Ana College |
| SIERRA BANCORP | Sierra College |
| DIABLO VALLEY BANK | Diablo Valley College |
| NATIONAL INTERBANK, INC. | National University |
| REDLANDS CENTENNIAL BANK | University of Redlands |
| CREDIT UNION OF SOUTHERN CALIFORNIA | University of Southern California |
| VICTOR VALLEY FCU | Victor Valley College |
| PACIFIC UNION BANK | Pacific Union College |
| BUTTE FEDERAL CREDIT UNION | Butte College |

| | |
|---|---|
| CABRILLO CREDIT UNION | Cabrillo College |
| BANK OF THE WEST | University of the West |
| CALIFORNIA COAST CREDIT UNION | California Coast University |
| PUEBLO BANK & TRUST CO. | Pueblo Community College |
| ARAPAHOE CREDIT UNION | Arapahoe Community College |
| RED ROCKS FEDERAL CREDIT UNION | Red Rocks Community College |
| CREDIT UNION OF DENVER | University of Denver |
| BANK OF DENVER | University of Denver |
| THE PIKES PEAK NATIONAL BANK | Pikes Peak Community College |
| MORGAN FEDERAL BANK | Morgan Community College |
| COLORADO STATE BANK AND TRUST | Colorado State University |
| CHARTER OAK FEDERAL CREDIT UNION | Charter Oak State College |
| NAUGATUCK VALLEY SAVINGS AND LOAN ASSOCIATION, INC | Naugatuck Valley Community College |
| INDIAN RIVER FEDERAL CREDIT UNION | Indian River Community College |
| NORTH FLORIDA FEDERAL CREDIT UNION | North Florida Community College |
| PALM BEACH NATIONAL BANK & TRUST | Palm Beach Community College |
| EDISON NATIONAL BANK | Edison College |
| EVERGLADES FEDERAL CREDIT UNION | Everglades University |
| FIRST NATIONAL BANK OF CENTRAL FLORIDA | University of Central Florida |
| CENTRAL FLORIDA STATE BANK | Central Florida College |
| THE BANK OF TAMPA | University of Tampa |
| FLORIDA CREDIT UNION | Florida College |
| WAYCROSS BANK & TRUST | Waycross College |
| GEORGIA BANKING COMPANY | Georgia College & State University |
| GEORGIA FEDERAL CREDIT UNION | Georgia College & State University |
| GEORGIA BANK & TRUST | Georgia College & State University |
| SOUTH BANKING COMPANY | South University |
| OGLETHORPE BANK | Oglethorpe University |
| THE BANK OF GEORGIA | University of Georgia |
| PIEDMONT COMMUNITY BANK | Piedmont College |
| THE GORDON BANK | Gordon College |
| SOUTH GEORGIA BANKING COMPANY | South Georgia College |
| UNITED BANK OF IOWA | University of Iowa |
| IOWA STATE BANK | Iowa State University |
| IOWA STATE BANK & TRUST COMPANY | Iowa State University |
| IOWA STATE SAVINGS BANK (KNOXVILLE, IA) | Iowa State University |
| IOWA STATE SAVINGS BANK (CRESTON, IA) | Iowa State University |

| | |
|---|---|
| CLINTON NATIONAL BANK | Clinton Community College |
| GRINNELL STATE BANK | Grinnell College |
| CENTRAL BANK (STORM LAKE, IA) | Central College |
| HAWKEYE STATE BANK | Hawkeye Community College |
| BANK OF IDAHO | University of Idaho |
| KANKAKEE FEDERAL SAVINGS BANK | Kankakee Community College |
| PRAIRIE STATE BANK (MARENGO, IL) | Prairie State College |
| SHAWNEE STATE BANK | Shawnee Community College |
| HEARTLAND BANCORP, INC. | Heartland Community College |
| HEARTLAND CREDIT UNION | Heartland Community College |
| HEARTLAND HOME FINANCE INC. | Heartland Community College |
| WESTERN ILLINOIS BANCSHARES, INC. | Western Illinois University |
| SAUK VALLEY BANK & TRUST COMPANY | Sauk Valley Community College |
| MORTON COMMUNITY BANK | Morton College |
| EUREKA SAVINGS BANK | Eureka College |
| THE ELGIN STATE BANK | Elgin Community College |
| NORTH CENTRAL BANK | North Central College |
| ROCK VALLEY FEDERAL CREDIT UNION | Rock Valley College |
| HIGHLAND COMMUNITY BANK | Highland Community College |
| INDIANA BUSINESS BANK | Indiana Business College |
| INDIANA BUSINESS BANK | Indiana Business College |
| INDIANA BUSINESS BANK | Indiana Business College |
| INDIANA BUSINESS BANK | Indiana Business College |
| INDIANA BUSINESS BANK | Indiana Business College |
| INDIANA BUSINESS BANK | Indiana Business College |
| INDIANA BUSINESS BANK | Indiana Business College |
| INDIANA BUSINESS BANK | Indiana Business College |
| BANK OF EVANSVILLE S.A. | University of Evansville |
| INDIANA BUSINESS BANK | Indiana Business College |
| NOTRE DAME FEDERAL CREDIT UNION | University of Notre Dame |
| BALL STATE FEDERAL CREDIT UNION | Ball State University |
| THE KANSAS STATE BANK | Kansas State University |
| KANSAS STATE BANK OF MANHATTAN | Kansas State University |
| KANSAS STATE BANK | Kansas State University |
| EMPORIA STATE BANK & TRUST COMPANY | Emporia State University |
| FIRST NATIONAL BANK | National College |
| THE BANK OF KENTUCKY | University of Kentucky |

| | |
|---|---|
| HENDERSON NATIONAL BANK | Henderson Community College |
| FIRST NATIONAL BANK | National College |
| FIRST NATIONAL BANK | National College |
| FIRST NATIONAL BANK | National College |
| FIRST NATIONAL BANK | National College |
| CAMERON STATE BANK | Cameron College |
| SOUTH LOUISIANA BANK | South Louisiana Community College |
| GREENFIELD SAVINGS BANK | Greenfield Community College |
| MIDDLESEX BANK & TRUST COMPANY | Middlesex Community College |
| MIDDLESEX SAVINGS BANK | Middlesex Community College |
| MIDDLESEX FEDERAL SAVINGS F.A. | Middlesex Community College |
| BOSTON FEDERAL SAVINGS BANK | Boston University |
| HOLYOKE CREDIT UNION | Holyoke Community College |
| CAMBRIDGE SAVINGS BANK | Cambridge College |
| CAMBRIDGE BANCORP | Cambridge College |
| BAY STATE FEDERAL SAVINGS BANK | Bay State College |
| BAY STATE SAVINGS BANK | Bay State College |
| BAY STATE BANCORP | Bay State College |
| WESTFIELD SAVINGS BANK | Westfield State College |
| QUINCY MUNICIPAL CREDIT UNION | Quincy College |
| NORTH SHORE BANK, A CO-OPERATIVE BANK | North Shore Community College |
| BERKSHIRE FEDERAL CREDIT UNION | Berkshire Community College |
| DEAN BANK | Dean College |
| CECIL BANCORP, INC. | Cecil Community College |
| HOWARD BANK | Howard Community College |
| HARFORD BANK | Harford Community College |
| WASHINGTON SAVINGS BANK, F.S.B. | Washington College |
| WASHINGTON SAVINGS BANK, F.S.B. | Washington College |
| YORK COUNTY FEDERAL CREDIT UNION | York County Community College |
| MACOMB COMMUNITY BANK | Macomb Community College |
| KELLOGG COMMUNITY FCU | Kellogg Community College |
| LANSING COMMUNITY CREDIT UNION | Lansing Community College |
| WEST SHORE BANK | West Shore Community College |
| NORTHWESTERN BANK NA | Northwestern College |
| CROWN BANKSHARES, INC. | Crown College |
| MISSOURI BAPTIST CREDIT UNION | Missouri Baptist University |
| THE MISSOURI BANK | Missouri College |

| | |
|---|---|
| MISSOURI STATE CREDIT UNION | Missouri State University |
| MISSOURI STATE BANK & TRUST CO | Missouri State University |
| MIDWEST BANKCENTRE | Midwest University |
| MIDWEST CREDIT UNION | Midwest University |
| COMMUNITY BANK OF THE OZARKS | College of the Ozarks |
| TRUMAN BANK | Truman State University |
| HERITAGE STATE BANK | Heritage College |
| JEFFERSON BANK AND TRUST COMPANY | Jefferson College |
| JEFFERSON SAVINGS BANCORP | Jefferson College |
| EAST CENTRAL FEDERAL CREDIT UNION | East Central Community College |
| FORT PECK COMMUNITY FCU | Fort Peck Community College |
| ROCKY MOUNTAIN CREDIT UNION | Rocky Mountain College |
| RANDOLPH BANK AND TRUST | Randolph Community College |
| APPALACHIAN MORTGAGE CORP | Appalachian State University |
| GASTON FEDERAL BANCORP, INC. | Gaston College |
| PIEDMONT FEDERAL SAVINGS AND LOAN ASSOCIATION | Piedmont Community College |
| PIEDMONT BANK | Piedmont Community College |
| HIGH POINT BANK AND TRUST COMPANY | High Point University |
| ALAMANCE NATIONAL BANK | Alamance Community College |
| WAKE FOREST FEDERAL SAVINGS & LOAN ASSOCIATION | Wake Forest University |
| THE EAST CAROLINA BANK | East Carolina University |
| WAYNE NATIONAL BANK | Wayne Community College |
| BLUE RIDGE SAVINGS BANK | Blue Ridge Community College |
| CREIGHTON FEDERAL CREDIT UNION | Creighton University |
| HASTINGS FEDERAL CREDIT UNION | Hastings College |
| GRANITE STATE CREDIT UNION | Granite State College |
| GRANITE STATE BANKSHARES, INC. | Granite State College |
| MONMOUTH COMMUNITY BANK | Monmouth University |
| BANK OF THE SOUTHWEST | College of the Southwest |
| GREAT BASIN FEDERAL CREDIT UNION | Great Basin College |
| THE NORTH COUNTRY SAVINGS BANK | North Country Community College |
| NORTH COUNTRY SAVINGS BANK | North Country Community College |
| ST LAWRENCE FED CR UN | St. Lawrence University |
| FINGER LAKES FEDERAL CREDIT UNION | Finger Lakes Community College |
| GENESEE REGIONAL BANK | Genesee Community College |
| EXCELSIOR CREDIT UNION | Excelsior College |
| ELMIRA SAVINGS & LOAN, F.A.(ES&L) | Elmira College |

| | |
|---|---|
| ELMIRA SAVINGS BANK, FSB (THE) | Elmira College |
| ADIRONDACK BANK | Adirondack Community College |
| HUDSON VALLEY FEDERAL CREDIT UNION ATTN MOLSEY LARE | Hudson Valley Community College |
| HUDSON VALLEY BANK INC. | Hudson Valley Community College |
| ORANGE COUNTY TRUST CO | Orange County Community College |
| LONG ISLAND COMMERCIAL BANK | Long Island University |
| LONG ISLAND F C U | Long Island University |
| MOHAWK VALLEY FCU | Mohawk Valley Community College |
| UNION FEDERAL MORTGAGE CORP | Union College |
| UNION STATE BANK (USB) | Union College |
| UNION BANK COMPANY | Union Institute & University |
| MIAMI SAVINGS & LOAN COMPANY | Miami University |
| FRANKLIN SAVINGS & LOAN COMPANY | Franklin University |
| FRANKLIN NATIONAL BANK | Franklin University |
| CAPITAL BANK, N.A. | Capital University |
| OKLAHOMA STATE BANK, INC. | Oklahoma State University |
| UMPQUA BANK | Umpqua Community College |
| ROGUE FEDERAL CR UN | Rogue Community College |
| WILLAMETTE FEDERAL CREDIT UNION | Willamette University |
| SOUTHERN OREGON FEDERAL CREDIT UNION | Southern Oregon University |
| PACIFIC HOME FUNDING | Pacific University |
| BEREAN FEDERAL SAVINGS | Berean Institute |
| BRYN MAWR BANK CORPORATION | Bryn Mawr College |
| THE BRYN MAWR TRUST COMPANY | Bryn Mawr College |
| WILSON MORTGAGE SERVICES | Wilson College |
| MANOR NATIONAL BANK | Manor College |
| KEYSTONE SAVINGS BANK | Keystone College |
| KEYSTONE FEDERAL CREDIT UNION | Keystone College |
| GRATZ NATIONAL BANK | Gratz College |
| SUSQUEHANNA BANCSHARES, INC. | Susquehanna University |
| SUSQUEHANNA MORTGAGE CORPORATION | Susquehanna University |
| PHILADELPHIA FEDERAL CREDIT UNION | Philadelphia University |
| PENNSYLVANIA BUSINESS BANK | Pennsylvania School of Business |
| AMERICAN BANK INC | The American College |
| AMERICAN BANK (ALLENTOWN, PA) | The American College |
| NEWBERRY FEDERAL SAVINGS BANK | Newberry College |
| SOUTH CAROLINA STATE CREDIT UNION | South Carolina State University |

| | |
|---|---|
| ANDERSON FEDERAL CREDIT UNION | Anderson University |
| DAKOTA STATE BANK | Dakota State University |
| CUMBERLAND BANK | Cumberland University |
| BANK OF TENNESSEE (JOHNSON CITY, TN) | University of Tennessee |
| VOLUNTEER STATE BANK | Volunteer State Community College |
| BANK OF THE SOUTH | South College |
| TENNESSEE STATE BANK | Tennessee State University |
| MAINLAND BANK | College of the Mainland |
| SAN ANTONIO FEDERAL CREDIT UNION | San Antonio College |
| TEXAS BANK | Texas College |
| SOUTHWESTERN NATIONAL BANK | Southwestern University |
| HOUSTON SAVINGS BANK, FSB | Houston Community College |
| JACKSONVILLE SAVINGS BANK | Jacksonville College |
| PANOLA NATIONAL BANK | Panola College |
| WEATHERFORD NATIONAL BANK | Weatherford College |
| KILGORE NATIONAL BANK | Kilgore College |
| LAMAR NATIONAL BANK | Lamar University |
| TRINITY BANK, N.A. | Trinity University |
| BANK OF UTAH | University of Utah |
| NATIONAL BANKSHARES, INC. | National College |
| THE BANK OF SOUTHSIDE VIRGINIA | Southside Virginia Community College |
| THE BANK OF RICHMOND | University of Richmond |
| CENTRAL VIRGINIA BANK | Central Virginia Community College |
| CENTRAL VIRGINIA BANKSHARES, INC. | Central Virginia Community College |
| PATRICK HENRY NATIONAL BANK | Patrick Henry College |
| BANK OF VIRGINIA | University of Virginia |
| SHENANDOAH NATIONAL BANK | Shenandoah University |
| BLUE RIDGE BANK | Blue Ridge Community College |
| GREEN MOUNTAIN CREDIT UNION | Green Mountain College |
| YAKIMA VALLEY CREDIT UNION | Yakima Valley Community College |
| THE BANK OF WASHINGTON | University of Washington |
| HERITAGE CREDIT UNION | Heritage University |
| WASHINGTON STATE BANK, N.A. | Washington State University |
| EVERGREEN BANK | The Evergreen State College |
| CITYBANK | City University |
| CITYBANK | City University |
| SHORELINE BANK | Shoreline Community College |

| | |
|---|---|
| SPOKANE FEDERAL CREDIT UNION | Spokane Community College |
| CREDIT UNION OF PUGET SOUND | University of Puget Sound |
| NORTHWEST COMMERCIAL BANK | Northwest University |
| COLUMBIA BASIN FEDERAL CREDIT UNION | Columbia Basin College |
| RIPON COMMUNITY CREDIT UNION | Ripon College |
| MARQUETTE SAVINGS BANK, S.A. | Marquette University |
| WEST VIRGINIA FEDERAL CREDIT UNION | West Virginia University |



# REGIONS ⬠

Search Regions

[ Search ]

⊡Home  ⊡Investor Relations  ⊡Careers  ⊡Morgan Keegan  ⊡Privacy & Security  ⊡En Español

## Let's Get Started
*Relationships, Respect and Recognition through Everyday Confidence.*

Find a Location  ▼    Customer Care  ▼    Apply Today  ▼    Login to Online Services ▼

| Personal Banking | Small Business | Corporate Banking | ▼ About Regions |



**Welcome Message**

**Getting Started**

  **Your First Day**

  **New Associate Orientation**

**Benefits**

**Company Information**

### Your First Day at Regions

When you arrive at your Regions location, be confident knowing that a talented team of associates is ready to welcome you. You were hired because your experience and skill set will contribute to your team?s focus on achieving performance excellence for Regions. Below are several tools you will find helpful as you start your career here:

### New Associate Orientation
There's no doubt you will have questions on your first day! Your manager, coworkers and Human Resources Business Partner are all ready to answer your questions and help you get settled in your new career. During the New Associate Orientation session, you will also receive information that will provide answers to some of the most commonly asked questions.

### Checklist of Activities
One item you will find helpful is a checklist of activities to complete over your first 90 days of employment. By completing the checklist of activities, you will become familiar with our operating systems, learn about our associate guidelines and discover what it means to be a Regions associate.

### Everyday Regions
The Regions Intranet site, "Everyday Regions," is an important resource for you to use throughout your career at Regions. It provides current company news and access to a variety of our internal

DEFENDANT'S EXHIBIT
11

05/08/2006 09:58 FAX 202 429 3902    STEPTOE & JOHNSON    ☒002/046

RAC000000125

Human Resources and training systems. Two of these systems you will find particularly helpful is Regions1Source and RU Learning (Regions University Learning).

© 2006 Regions Financial Corporation    Terms and Conditions                                    Member FDIC

RAC00000126

05/08/2006 09:59 FAX 202 429 3902    STEPTOE & JOHNSON    Ø003/046

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


REGIONS ASSET COMPANY,

    Plaintiff,

Vs.

REGIONS UNIVERSITY, INC.,

    Defendant.

CIVIL ACTION NO.
2:06CV882-MHT


\* \* \* \* \* \* \* \* \* \* \* \*


DEPOSITION OF LAINA COSTANZA, taken
pursuant to stipulation and agreement before Lisa
J. Nix, Registered Professional Reporter and
Commissioner for the State of Alabama at Large, in
the Law Offices of Balch & Bingham, Suite 200, 105
Tallapoosa Street, Montgomery, Alabama on
Wednesday, May 16, 2007, commencing at
approximately 9:00 a.m.


\* \* \* \* \* \* \* \* \* \* \* \*

Page 61

1   A. They wanted to make a name change. Could
2      you ask it in a different way? I don't
3      know that I'm ...
4   Q. Okay. Was it your understanding that the
5      school felt an urgency to change the name
6      of the school in late July 2006?
7   A. I knew they were wanting to change the
8      name. I didn't know a time frame or an
9      urgency or -- you know, like there's a
10     deadline. That was not -- that information
11     was not given to me, you know, there's
12     urgency, urgency, no.
13  Q. I think you had mentioned that there are a
14     number of periods of time when there was
15     greater media advertising than others, and
16     I believe you said July-September was one
17     of those time frames; is that correct?
18  A. Greater media for ...
19  Q. That you have more advertising --
20  A. During enrollment?
21  Q. Right.
22  A. Okay.
23  Q. And one of those periods was July through

Page 62

1      September, was it?
2   A. Yes, one of the periods is that.
3   Q. In July through September 2006, what media
4      advertising were you doing?
5   A. We were doing Southern Christian
6      University.
7   Q. And was that on television?
8   A. Television.
9   Q. Radio?
10  A. We had just started radio. I'm not sure
11     that radio was in that period of that year.
12  Q. Billboard advertising --
13  A. No.
14  Q. -- during that period?
15     Print advertising?
16  A. Print advertising. I don't know how many
17     ads fell in that period. Print is a little
18     bit more random.
19  Q. Now, in terms of preparing a television
20     commercial and then making media buys, how
21     much lead time do you generally need?
22  A. We try to place two to three months in
23     advance if we can, especially -- you have

Page 63

1      to think about elections. You have to
2      think about certain things that are coming
3      on TV. Talk to your advertisers and
4      they'll tell you what's booked and, you
5      know, they'll tell you, actually, at the
6      first of the year some things to watch out
7      for so that you don't get bumped out of
8      your spot.
9   Q. Now, in July through September of 2006, did
10     you get any direction from Dr. Turner to
11     try to reduce the amount of television
12     advertising that was budgeted for that
13     period of time?
14  A. No.
15  Q. When did you first learn that the school
16     was going to choose the name Regions?
17  A. Probably the first of August.
18  Q. And who told you?
19  A. Dr. Turner.
20  Q. He called you at home?
21  A. (Witness nods head up and down.)
22  Q. And what do you recall of that
23     conversation?

Page 64

1   A. He just said that he thought the new name
2      for the university could be Regions
3      University.
4   Q. And did you have any reaction at all?
5   A. I did.
6   Q. What did you say?
7   A. I thought that was a good vision based
8      on -- the first thing that came to mind was
9      go into all the world, preach the gospel.
10     I don't know the verse verbatim, but I
11     thought of that, that was a good vision
12     because it kind of summarized the direction
13     he goes.
14  Q. Did he tell you that he chose Regions
15     University for any particular reason?
16     Strike that. I'll rephrase that question.
17     Did he tell you he chose the name
18     Regions for any particular reason?
19  A. No, he did not say I chose it for -- no, he
20     didn't get into any of that.
21  Q. Did the Regions Bank name come to your mind
22     when he mentioned the word Regions?
23  A. It did.

16 (Pages 61 to 64)

Page 81

1          identification.)
2     Q.  Let me show you what's been marked as
3          Exhibit 65.  Is this the home page that you
4          prepared?
5     A.  Yes.
6     Q.  Do you know when you posted this home page,
7          approximately?
8     A.  Approximately around August the 20th maybe,
9          give or take a couple of days.
10    Q.  August 20th?
11    A.  Yes.
12    Q.  And that was when the Web site was changed
13         from Southern Christian University at the
14  .      heading --
15    A.  Yes.
16    Q.  -- to Regions University at the heading?
17    A.  Yes.
18    Q.  And do you know how long the font that
19         showed in Exhibit 65 was used, the font for
20         Regions University?
21    A.  How long this font was used?
22         MR. HUDSON:  65.
23    A.  I don't know how long.  I believe we

Page 82

1          changed it in September or October.
2     Q.  Now, in terms of the content that appears
3          on Exhibit 65, what responsibility do you
4          have for the content?
5     A.  Well, from the previous site, I know that
6          the same material would need to be on this
7          site.  I might change a few -- I might
8          change a few words or call or link
9          something different, but it's basically the
10         same content that has evolved over the past
11         five years.
12    Q.  For example, looking at -- do you see the
13         log-in on the bar?
14    A.  Uh-huh.  (Positive response.)
15    Q.  It says RU students.  Did you choose the
16         designation RU students?
17    A.  I did because of space and how big that
18         cell actually is.  I know how big it is.
19         It's not that long.  It's short.
20    Q.  And RU stands for Regions University?
21    A.  Yes.
22    Q.  And then -- do you see news/events?
23    A.  Uh-huh.  (Positive response.)

Page 83

1     Q.  The second one says, quote, is Regions
2          online learning program for me, end quote.
3          Is that content that you put there?
4     A.  I did.
5     Q.  And Regions refers to Regions University;
6          is that correct?
7     A.  Yes.
8     Q.  What's a spiritual enrichment forum?  Do
9          you know?
10    A.  It is a forum where members of the church
11         get together, and there are many speakers
12         that come.  They talk about lots of
13         different topics.
14    Q.  Do you see above, 1-888-790-8080, that's a
15         toll free number Regions uses, isn't it?
16    A.  Yes.
17    Q.  And what do they use that toll free number
18         for?
19    A.  Potential students.
20    Q.  Potential students?
21    A.  Uh-huh.  (Positive response.)
22    Q.  And do you see it says right above that, it
23         says call us today and learn more about our

Page 84

1          33 degree programs reaching students around
2          the world?  Do you see that statement?
3     A.  Yes.
4     Q.  Does Regions have any students from South
5          America that you know?
6     A.  Not that I am aware of.  Let's see.  Well,
7          I can think of one man who's contacted me
8          who is from South America.  Whether or not
9          he was taking online courses while he was
10         in the United States, I'm not sure.  He's
11         currently back in South America.
12    Q.  Is there anybody in South America who's
13         taking online courses right now that you
14         know of?
15    A.  Not to my knowledge.
16    Q.  Is anybody in Africa taking online courses
17         now?  Do you know?
18    A.  Not that I know of.
19    Q.  Anybody in Europe taking online courses
20         that you're aware of?
21    A.  Well, we have military students who are in
22         Iraq or Afghanistan taking courses over
23         there.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

REGIONS ASSET COMPANY, et al.,)
                       )
       Plaintiffs,     }
                       )  Civil Action No.2:06-cv-882-MHT
   v.               )
                       )
REGIONS UNIVERSITY, INC.   )
                       )
       Defendant.     )

### AFFIDAVIT OF DR. WILSON LUQUIRE, Ph.D.

COMES now Dr. Wilson Luquire, who being duly sworn, doth depose and say as follows:

1.  My name is Wilson Luquire and I am the Dean of Library at the University of Alabama in Huntsville.

2.  On August 9, 2006, I sent an e-mail to Dr. John White and Dr. Rex Turner at Regions University.  In this e-mail, I stated "good luck with Regions.  Is this related to the bank and if so may I applaud you with double congratulations!!!!!!."

3.  My inquiry as to whether the change of name from Southern Christian University to Regions University was related to the bank was meant in fun, and I was at no time confused as to whether there was a relationship or affiliation between Regions Bank and Regions University.

Further affiant saith not.

Signed at: _Huntsville, al_ _4:52 pm_, this _21st_ day of _August_, 2007.

_Dr. Wilson Luquire_
DR. WILSON LUQUIRE, Ph.D.

I _Patti Weldon_, the undersigned Notary Public, in and for said State and County, do hereby certify that DR. WILSON LUQUIRE, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that he had read the foregoing Affidavit and knows the contents thereof, that the same are true to the best of his knowledge, information and belief, and that he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this _21st_ day of _August_, 2007.

_Patti C. Weldon_
NOTARY PUBLIC in and for the
State of _Alabama at Large_,
Residing at _Madison, Alabama_.
My appointment expires _3/24/2009_



- 2 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

REGIONS ASSET COMPANY, et al.,)
         )
   Plaintiffs,   )
         ) Civil Action No.2:06-cv-882-MHT
  v.       )
         )
REGIONS UNIVERSITY, INC. )
         )
   Defendant.   )

## AFFIDAVIT OF DAVID MOORE

COMES now David Moore, who being duly sworn, doth depose and say as follows:

1. My name is David Moore and I am the Lecturer and Assistant to the Dean of the M. Louis Salmon Library at the University of Alabama in Huntsville.

2. On August 9, 2006, I sent an e-mail to Dr. Wilson Luquire, the Dean of Library at the University of Alabama in Huntsville.  In this e-mail, I stated "John White just informed me that SCU is now Regions University.  I did not ask about possible conflict with the bank of the same name!"

3. My statement concerning a possible conflict with Regions Bank was meant in jest, and I was at no time confused as to whether there was a relationship or affiliation between Regions Bank and Regions University.

Further affiant saith not.

Huntsville, AL

Signed at: _____, this 21 day of August, 2007.

_____
DAVID MOORE

I, Patti C. Weldon the undersigned Notary Public, in and for said State and County, do hereby certify that DAVID MOORE, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that he had read the foregoing Affidavit and knows the contents thereof, that the same are true to the best of his knowledge, information and belief, and that he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this 21st day of August, 2007.

_____
NOTARY PUBLIC in and for the
State of Alabama at Large,
Residing at Madison, Alabama.
My appointment expires 8/24/2009

- 2 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

```
REGIONS ASSET COMPANY,        *
                              *
        Plaintiff,            *
                              *
Vs.                           *   CIVIL ACTION NUMBER
                              *
REGIONS UNIVERSITY, INC.,     *      2:06cv882-MHT
                              *
        Defendant.            *
```

* * * * * * * * * * * * * * * * * * * * * * *

        Deposition of JANET ARMITAGE, taken before
David Michael Camp, CSR, in the law offices of
Balch & Bingham, LLP, 1901 6th Avenue North,
Birmingham, Alabama, on August 14, 2007,
commencing at approximately 12:31 o'clock p.m.

Camp & Associates
Certified Shorthand Reporters
5009 Aldebaran Way, West
Mobile, Alabama 36693-4206
www.campandassociates.com

Toll free
(888) 661-8833
Fax
(888) 661-8844

Local
(251) 661-8833
Fax
(251) 666-9797

1       Q    Do you have office space?

2       A    Yes.

3       Q    Is your office space in a Regions Bank

4 building?

5       A    No.

6       Q    Does Regions Bank have a market presence

7 in Delaware?

8       A    No.

9       Q    Is Regions Bank a Delaware corporation?

10      A    I believe so.

11      Q    Is Regions Asset Company a Delaware

12 corporation?

13      A    Yes.

14      Q    Do you know why you're located in

15 Delaware as opposed to some place within the

16 market area of Regions Bank?

17      A    I believe the intent was to centralize

18 the management and the maintenance of intellectual

19 property, and it could be located anywhere.  And I

20 understand there is a tax advantage to doing it in

21 Delaware.

22      Q    Is your home Delaware?

23      A    Yes.

Camp & Associates
Certified Shorthand Reporters

Toll free
(888) 661-8833
Fax
(888) 661-8844

5009 Aldebaran Way, West
Mobile, Alabama  36693-4206
www.campandassociates.com

Local
(251) 661-8833
Fax
(251) 666-9797

1          I don't know.  I have not asked.

2   BY MR. HUDSON:

3       Q    Okay.  Well, if it is a famous name in

4   Delaware, that has not come to your attention.  Is

5   that correct?

6          MR. PECAU:

7             Objection to the form of the

8             question.

9          THE WITNESS:

10            It's not something that I have any

11            direct knowledge of.

12  BY MR. HUDSON:

13      Q    Okay.  In response to the first

14  interrogatory -- and we can look at the question.

15  I'm not trying to deprive you of that but I'm

16  interested in part of the answer.  It says,

17  "documents showing Regions great and successful

18  efforts to protect its famous Regions mark."

19      What information do you have about Regions

20  great and successful efforts to protect its famous

21  Regions mark?

22      A    I have copies of opposition letters that

23  have been sent out and copies of the replies that

Camp & Associates
Certified Shorthand Reporters
Toll free                5009 Aldebaran Way, West              Local
(888) 661-8833           Mobile, Alabama  36693-4206          (251) 661-8833
Fax                      www.campandassociates.com             Fax
(888) 661-8844                                                 (251) 666-9797

# IN THE UNITED STATES DISTRICT COURT

## FOR THE

## MIDDLE DISTRICT OF ALABAMA

## NORTHERN DIVISION

REGIONS ASSET COMPANY,          *
                                *
        Plaintiff,              *
                                *
Vs.                             *    CIVIL ACTION NUMBER
                                *
REGIONS UNIVERSITY, INC.,       *      2:06cv882-MHT
                                *
        Defendant.              *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

        Rule 30(b)(5); 30(b)(6) deposition of Regions

Asset Company, taken through the witness, EMMETT

M. POLLARD, before David Michael Camp,

Commissioner, in the law offices of Balch &

Bingham, LLP, 105 Tallapoosa Street, Suite 200,

Montgomery, Alabama, on May 10th, 2007, commencing

at approximately 8:59 o'clock a.m.

Camp & Associates

Toll free
(888) 661-8833
Fax
(888) 661-8844

Certified Shorthand Reporters
5009 Aldebaran Way, West
Mobile, Alabama 36693-4206
www.campandassociates.com

Local
(251) 661-8833
Fax
(251) 666-9797

1   also include human resources?

2        A    Not at Regions.

3        Q    Okay.  What I'm curious about -- and

4   maybe you can help me with it -- on Exhibit Eleven

5   -- I think you told us it was your belief that

6   Exhibit Eleven is available to the general

7   public.  And I don't want to be argumentative.

8        But Exhibit Eleven looks like something that

9   would go to the employees that says "Let's Get

10  Started", and it tells employees how to go about

11  doing things.  Is that correct?

12       A    It looks like it's information about the

13  company, www.regions.com.  I believe

14  www.regions.com is a public website.

15       Q    Okay.  I'm no tech guy.  I'm in real

16  trouble with it.  You may be too.  And I guess

17  we'll ultimately just get somebody in front of the

18  computer and pull up what they can.  But what it

19  says is "regions.com" and then it says "/welcome/

20  lets_get_started".  It has more than that in that

21  address.

22       Do you know as you sit here today whether or

23  not that full address on this page, in fact, is

Camp & Associates
Certified Shorthand Reporters

Toll free
(888) 661-8833
Fax
(888) 661-8844

5009 Aldebaran Way, West
Mobile, Alabama  36693-4206
www.campandassociates.com

Local
(251) 661-8833
Fax
(251) 666-9797

1  available to the general public or is something

2  that is available to Regions people?

3        A     No, not for sure.

4        Q     Okay.

5        A     I'd have to go on there to see.  What I

6  do know is that usually when you see -- when

7  you're looking at something like that -- and

8  again, I'm not a tech person either -- it's

9  usually HTTPS, which indicates it's a secured

10  server.  That doesn't have an S beside the P.

11        Q     So that normally wouldn't be a secure

12  server?

13        A     That address would be -- if it had an S

14  on it, it would be a secured server.

15        Q     And just assuming that this may be

16  publicly available, Exhibit Eleven, in your

17  capacity as operating the Regions University and

18  being in charge of learning -- I don't want to

19  mischaracterize it -- but as you previously

20  testified, can you think of any reason that you

21  would make available to the general public

22  information about how to get started as an

23  employee at Regions?

Camp & Associates
Certified Shorthand Reporters

Toll free
(888) 661-8833
Fax
(888) 661-8844

5009 Aldebaran Way, West
Mobile, Alabama  36693-4206
www.campandassociates.com

Local
(251) 661-8833
Fax
(251) 666-9797

# IN THE UNITED STATES DISTRICT COURT
# FOR  THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

REGIONS ASSET COMPANY,            *
                                  *
        Plaintiff,                *
                                  *
Vs.                               *      CIVIL ACTION NUMBER
                                  *
REGIONS UNIVERSITY, INC.,         *         2:06cv882-MHT
                                  *
        Defendant.                *

        * * * * * * * * * * * * * * * * * * * * * * *

        Deposition of WILLIAM E. ASKEW, taken before

David Michael Camp, CSR, in the law offices of

Balch & Bingham, LLP, 1901 6th Avenue North,

Birmingham, Alabama, on August 2, 2007, commencing

at approximately 8:45 o'clock a.m.

Camp & Associates
Certified Shorthand Reporters
Toll free
(888) 661-8833
Fax
(888) 661-8844
5009 Aldebaran Way, West
Mobile, Alabama  36693-4206
www.campandassociates.com
Local
(251) 661-8833
Fax
(251) 666-9797

1    logo presently appears on your business cards?

2        A    Yes.

3        Q    Now, we talked about aspects of the

4    selection of the Regions name.  One was

5    characterized as the process.  I'm just trying to

6    get us back on track.

7        The process as you talked about it, I

8    understood, was when you looked at things like

9    whether others were using the name.  Are we on the

10   same page?

11       I'm going to ask you some questions.  I just

12   want to get on the right page.

13       A    I believe you're going way back now.

14       Q    I'm going way back.

15       A    Okay.  All right.  I'm with you.

16       Q    All right.  Now, going back to the time

17   the name was initially selected, I want to talk

18   about the process --

19       A    Okay.

20       Q    -- that was followed.  What did you do

21   in determining whether or not the name was used by

22   others?

23       A    We had a law firm, and the law firm did

Camp & Associates

Toll free
(888) 661-8833
Fax
(888) 661-8844

Certified Shorthand Reporters
5009 Aldebaran Way, West
Mobile, Alabama 36693-4206
www.campandassociates.com

Local
(251) 661-8833
Fax
(251) 666-9797

1   all the searches, all the registrations for the

2   name across all the states in the United States.

3   They did all the things to make sure that we could

4   use this name and it wasn't already being used and

5   there wouldn't be any issues if we -- and we could

6   get registration on it.

7        It was very important that this name be able

8   to be copyrighted, registered, because that's --

9   then you prevent people from using the brand.  And

10  so we made sure that that could be done first.

11       And I had a law firm -- I didn't do it.  I

12  had a law firm do it.

13       Q    Sure.  Which law firm was it?

14       A    Lange Simpson.

15       Q    And did you learn that at the time there

16  was a Regions Hospital?

17       A    I don't recall that there was any

18  Regions.  But I suppose there could have been a

19  Regions Hospital.

20       Q    But you don't recall whether others were

21  using the name or not at the time?

22       A    No.  I do recall that we found no use of

23  the name.  Now, I don't recall -- there might have

Camp & Associates
Certified Shorthand Reporters
Toll free          5009 Aldebaran Way, West          Local
(888) 661-8833     Mobile, Alabama  36693-4206       (251) 661-8833
Fax                                                  Fax
(888) 661-8844     www.campandassociates.com         (251) 666-9797