Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,026,914

Registered Dec. 13, 2005

### SERVICE MARK
### PRINCIPAL REGISTER

# ACADEMY BANK

DICKINSON FINANCIAL CORPORATION (MISSOURI CORPORATION)

SUITE 350

CITY CENTER SQUARE 1100 MAIN STREET

KANSAS CITY, MO 64105

FOR: BANKING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-30-2000; IN COMMERCE 4-30-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

SER. NO. 78-398,439, FILED 4-8-2004.

JACQUELINE A. LAVINE, EXAMINING ATTORNEY

**Exhibit A**

Int. Cl.: 36

Prior U.S. Cls.: 101 and 102

**United States Patent and Trademark Office**

Reg. No. 1,763,243
Registered Apr. 6, 1993

## SERVICE MARK
### PRINCIPAL REGISTER



ALLIED IRISH BANKS, P.L.C. (IRELAND COMPANY)
BANKCENTRE, BALLSBRIDGE
DUBLIN 4, IRELAND

   FOR: LOAN FINANCING SERVICES AND BANKING SERVICES, IN CLASS 36 (U.S. CLS. 101 AND 102).

FIRST USE 1–9–1990; IN COMMERCE 1–9–1990.

SER. NO. 74–225,626, FILED 11–26–1991.

ODETTE BONNET, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,512,950

Registered Nov. 27, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

# AIG

AMERICAN INTERNATIONAL GROUP, INC.
  (DELAWARE CORPORATION)
70 PINE STREET
NEW YORK, NY 10270

  FOR: BANKING SERVICES, CREDIT CARD AND
CREDIT CARD MANAGEMENT SERVICES, IN
CLASS 36 (U.S. CLS. 100, 101 AND 102).

  FIRST USE 5-1-2000; IN COMMERCE 5-1-2000.

OWNER OF U.S. REG. NOS. 1,151,229, 1,851,675,
AND OTHERS.

SN 75-387,769, FILED 11-10-1997.

MARC LEIPZIG, EXAMINING ATTORNEY

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101 and 102**

## United States Patent and Trademark Office

**Reg. No. 3,021,041**

Registered Nov. 29, 2005

### SERVICE MARK
### PRINCIPAL REGISTER

# AIG BANK

AMERICAN INTERNATIONAL GROUP, INC. (DELAWARE CORPORATION)
70 PINE STREET
NEW YORK, NY 10270

FOR: BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-1-2000; IN COMMERCE 5-1-2000.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,654,367, 2,786,573 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

SER. NO. 78-606,286, FILED 4-11-2005.

TEJBIR SINGH, EXAMINING ATTORNEY

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101, and 102**

## United States Patent and Trademark Office

**Reg. No. 2,384,207**

**Registered Sep. 5, 2000**

### SERVICE MARK
### PRINCIPAL REGISTER

## ALASKA PACIFIC BANK

ALASKA PACIFIC BANCSHARES, INC. (ALASKA CORPORATION)
2094 JORDAN AVENUE
JUNEAU, AK 99801

    FOR: BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).
    FIRST USE 7–1–1999; IN COMMERCE 7–1–1999.

    NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE ''ALASKA'' AND ''BANK'', APART FROM THE MARK AS SHOWN.

    SN 75–672,443, FILED 4–1–1999.

MARGO TORBETT, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent and Trademark Office

Reg. No. 1,890,153
Registered Apr. 18, 1995

## SERVICE MARK
### PRINCIPAL REGISTER

## ALBRIGHT

WESBANCO, INC. (WEST VIRGINIA CORPO-
RATION)
BANK PLAZA
WHEELING, WV 26003

FOR: BANKING SERVICES, IN CLASS 36
(U.S. CL. 102).

FIRST USE 0–0–1934; IN COMMERCE
0–0–1934.
SEC. 2(F).

SER. NO. 74–440,297, FILED 9–27–1993.

G. T. GLYNN, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent and Trademark Office

Reg. No. 1,524,830
Registered Feb. 14, 1989

## SERVICE MARK
### PRINCIPAL REGISTER

# APOLLO

BANKAMERICA CORPORATION (DELAWARE CORPORATION)
555 CALIFORNIA STREET
SAN FRANCISCO, CA 94104

FOR: BANKING SERVICES, NAMELY, RE-VOLVING LINE OF CREDIT SERVICES, IN CLASS 36 (U.S. CL. 102).

FIRST USE 4-4-1988; IN COMMERCE 4-4-1988.

SER. NO. 735,125, FILED 6-20-1988.

ALICE SUE CARRUTHERS, EXAMINING AT-TORNEY

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent and Trademark Office

Reg. No. 1,533,587
Registered Apr. 4, 1989

## SERVICE MARK
### PRINCIPAL REGISTER

## ATLANTIC BANK

ATLANTIC BANK OF NEW YORK (NEW YORK CORPORATION)
960 AVENUE OF THE AMERICAS
NEW YORK, NY 10001

FOR: BANKING SERVICES, IN CLASS 36 (U.S. CL. 102).
FIRST USE 0–0–1971; IN COMMERCE 0–0–1971.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

SER. NO. 720,122, FILED 4–1–1988.

SALLY BETH BERGER, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 3,004,013

**United States Patent and Trademark Office**    Registered Oct. 4, 2005

## SERVICE MARK
### PRINCIPAL REGISTER



AUSTIN BANCORP, INC. (TEXAS CORPORATION)
200 E. COMMERCE STREET
JACKSONVILLE, TX 75766

FOR: BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-1-1995; IN COMMERCE 10-1-1995.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE BANK , APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS AUSTIN BANK IN STYLIZED FORM WITH THE DESIGN OF A STAR.

SEC. 2(F) AS TO "AUSTIN".

SER. NO. 78-412,459, FILED 5-3-2004.

TARAH HARDY, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

United States Patent and Trademark Office

Reg. No. 2,450,573
Registered May 15, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

# BAY STATE

BAY STATE SAVINGS BANK (MASSACHUSETTS MUTUAL SAVINGS BANK)
28-32 FRANKLIN STREET
WORCESTER, MA 01608

FOR: BANKING SERVICES AND FINANCIAL SERVICES, NAMELY, FINANCIAL INVESTMENT IN THE FIELD OF REAL ESTATE, STOCKS, BONDS, COMMERCIAL PAPER, AND OTHER SECURITIES, FINANCIAL MANAGEMENT AND PLANNING AND FINANCIAL GUARANTEE AND SURETY, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-16-1895; IN COMMERCE 5-16-1895.

SEC. 2(F).

SER. NO. 75-753,185, FILED 7-16-1999.

INGRID C. EULIN, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 3,261,794

Registered July 10, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

## BAY STATE BANK

BAY STATE SAVINGS BANK (MASSACHUSETTS INC. ASSOCIATION)
28-32 FRANKLIN STREET
WORCESTER, MA 01608

FOR: BANKING SERVICES AND ON-LINE BANKING SERVICES; AND FINANCIAL SERVICES, NAMELY, FINANCIAL INVESTMENT IN THE FIELD OF REAL ESTATE, STOCKS, BONDS, COMMERCIAL PAPER, AND OTHER SECURITIES, FINANCIAL MANAGEMENT AND PLANNING AND FINANCIAL GUARANTEE AND SURETY, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-18-2007; IN COMMERCE 1-18-2007.

OWNER OF U.S. REG. NOS. 2,450,573, 2,761,864, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE BANK, APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SN 78-261,709, FILED 6-12-2003.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,706,827
Registered Apr. 15, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## BEAL BANK

BEAL BANK, S.S.B. (TEXAS SAVINGS BANK)
6000 LEGACY DRIVE
PLANO, TX 75024

FOR: FINANCIAL SERVICES, NAMELY, BANK-ING SERVICES, REAL ESTATE LENDING SERVI-CES, AND MORTGAGE BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-28-1988; IN COMMERCE 3-28-1988.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

SER. NO. 76-413,385, FILED 5-29-2002.

KENNETH D. BATTLE, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,200,183

Registered Oct. 27, 1998

## SERVICE MARK
### PRINCIPAL REGISTER

## BANKBOSTON

BANK OF BOSTON CORPORATION (MASSA-CHUSETTS CORPORATION)
100 FEDERAL STREET
BOSTON, MA 02110

FOR: BANKING SERVICES AND FINANCIAL SERVICES, NAMELY, INVESTMENT ADVISORY SERVICES, MUTUAL FUND ADVISORY SERVICES, FINANCIAL INFORMATION AND COUNSELING SERVICES AND ASSET SECURITIZATION SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-0-1996; IN COMMERCE 7-0-1996.

OWNER OF U.S. REG. NO. 1,290,001.

SN 75–130,727, FILED 7–8–1996.

ANGELA BISHOP WILSON, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,713,368
Registered May 6, 2003

### SERVICE MARK
### PRINCIPAL REGISTER



BRADFORD FEDERAL SAVINGS BANK (MARY-
    LAND CORPORATION)
6900 YORK ROAD
BALTIMORE, MD 21212

    FOR: BANKING SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

    FIRST USE 6-0-2002; IN COMMERCE 6-0-2002.

    NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK" , APART FROM THE
MARK AS SHOWN.

    SER. NO. 76-429,880, FILED 7-9-2002.

    TANYA AMOS, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,810,700
Registered Feb. 3, 2004

## SERVICE MARK
### PRINCIPAL REGISTER



BUTLER BANK (MASSACHUSETTS CORPORA-
TION)
THE GATEWAY CENTER
10 GEORGE STREET
LOWELL, MA 01852

FOR: BANKING SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 10-30-1901; IN COMMERCE 10-30-1901.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK", APART FROM THE
MARK AS SHOWN.

SER. NO. 78-225,243, FILED 3-13-2003.

LESLEY LAMOTHE, EXAMINING ATTORNEY

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101 and 102**

## United States Patent and Trademark Office

**Reg. No. 2,740,887**
Registered July 29, 2003

### SERVICE MARK
#### PRINCIPAL REGISTER



**Century Bank**

CENTURY BANCORP, INC. (MASSACHUSETTS CORPORATION)
400 MYSTIC AVENUE
MEDFORD, MA 02155

FOR: COMMERCIAL AND CONSUMER BANK-ING SERVICES, EXCLUDING TRAVELERS' CHE-QUE, GIFT CHEQUE, CREDIT CARD, CHARGE CARD, DEBIT CARD AND INVESTMENT SERVI-CES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1969.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

SER. NO. 75-584,275, FILED 11-6-1998.

CRAIG D. TAYLOR, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cl.: 102

**United States Patent and Trademark Office**

Corrected

Reg. No. 1,158,344

Registered June 23, 1981

OG Date July 1, 2003

## SERVICE MARK
## PRINCIPAL REGISTER

## CHARTER BANK

CHARTER ONE FINANCIAL, INC. (OHIO CORPORATION)
1215 SUPERIOR AVENUE
CLEVELAND, OH 44114

FOR: BANKING SERVICES, IN CLASS 36 (U.S. CL. 102).

FIRST USE 12-23-1977; IN COMMERCE 12-23-1977.

SER. NO. 73-179,499, FILED 7-24-1978.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 1, 2003.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent and Trademark Office

Reg. No. 1,158,344
Registered Jun. 23, 1981

### SERVICE MARK
**Principal Register**



First National Charter Corporation (Missouri corporation)
Suite 500
Tenmain Center
Kansas City, Mo. 64141

For: BANKING SERVICES, in CLASS 36 (U.S. Cl. 102).

First use Dec. 23, 1977; in commerce Dec. 23, 1977.

The mark consists of the word "Charterbank" and the letters "C" and "B".

Ser. No. 179,499, filed Jul. 24, 1978.

MARK B. HARRISON, Primary Examiner

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,301,218
Registered Dec. 21, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

# CHESAPEAKE

CHESAPEAKE BANK OF MARYLAND (MARY-
LAND CORPORATION)
2001 EAST JOPPA ROAD
BALTIMORE, MD 21204 , BY CHANGE OF
NAME; BY CHANGE OF NAME CHESA-
PEAKE FEDERAL SAVINGS AND LOAN AS-
SOCIATION (MARYLAND CORPORATION)
BALTIMORE, MD 21234

FOR: CONSUMER BANKING SERVICES,
NAMELY, CHECKING ACCOUNTS, PERSON-
AL SAVINGS ACCOUNTS, CERTIFICATES OF
DEPOSIT, AND LOANS SECURED BY MORT-
GAGES AND AUTOMOBILES, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

FIRST USE 1–20–1960; IN COMMERCE
1–20–1960.

SEC. 2(F).

SER. NO. 75–241,468, FILED 2–13–1997.

CHARLES L. JENKINS, EXAMINING ATTOR-
NEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

**Reg. No. 2,774,985**
Registered Oct. 21, 2003

### SERVICE MARK
### PRINCIPAL REGISTER

# CITRUS BANK

MERCANTILE BANK (FLORIDA CORPORA-
TION)
2861 S. DELANEY AVENUE
ORLANDO, FL 32806

FOR: BANKING; MORTGAGE BANKING; SAV-
INGS BANKING; PROVIDING BANK ACCOUNT
INFORMATION BY COMPUTER AND BY TELE-
PHONE, INTERNET, BROADBAND, AND WIRE-
LESS SYSTEMS; BANKING AND FINANCIAL
MANAGEMENT SERVICES; CREDIT CARD AND
DEBIT CARD SERVICES; ELECTRONIC FUNDS
TRANSFER SERVICES; FINANCING SERVICES;
LOAN FINANCING SERVICES; MORTGAGE
LENDING SERVICES, IN CLASS 36 (U.S. CLS. 100,
101 AND 102).

FIRST USE 8-0-1988; IN COMMERCE 8-0-1988.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK", APART FROM THE
MARK AS SHOWN.

SER. NO. 76-445,431, FILED 8-30-2002.

AISHA CLARKE, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 2,437,316

Registered Mar. 20, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

# COPPER MOUNTAIN

COPPER MOUNTAIN FINANCIAL GROUP, INC. (OREGON CORPORATION)
601 SW SECOND AVENUE
SUITE 1800
PORTLAND, OR 97204 BY CHANGE OF NAME PNT FINANCIAL SERVICES, INC. (OREGON CORPORATION) PORTLAND, OR 97204

FOR: FINANCIAL SERVICES, NAMELY FINANCIAL ANALYSIS AND CONSULTATION, FISCAL ASSESSMENT AND EVALUATION, RETIREMENT PLAN SERVICES, INVESTMENT ADVICE, ADMINISTRATION OF ASSETS AND INVESTMENTS, FINANCIAL PLANNING AND PORTFOLIO MANAGEMENT; LAND ACQUISITION, NAMELY REAL ESTATE BROKERAGE SERVICES; AGENCY IN THE FIELD OF BONDS AND OTHER SECURITIES; BANKING; MORTGAGE BANKING; AUTOMATED SECURITIES BROKERAGE; INVESTMENT, MUTUAL FUND, SECURITY AND STOCK BROKERAGE; FINANCIAL CLEARING HOUSE; ESTATE PLANNING AND ESTATE TRUST MANAGEMENT , IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-5-1995; IN COMMERCE 10-5-1995.

SN 74-709,615, FILED 8-1-1995.

M. E. BODSON, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cl.: 102

**United States Patent and Trademark Office**

Reg. No. 1,556,097
Registered Sep. 12, 1989

### SERVICE MARK
### PRINCIPAL REGISTER



COVENANT BANK FOR SAVINGS (NEW JERSEY CORPORATION)
18 KINGS HIGHWAY WEST
HADDONFIELD, NJ 08033

FOR: BANKING SERVICES, IN CLASS 36 (U.S. CL. 102).
FIRST USE 9-26-1988; IN COMMERCE 10-12-1988.

THE LINES ON THE DRAWING ARE FEATURES OF THE MARK AND NOT INTENDED TO INDICATE COLOR.

SER. NO. 770,485, FILED 12-19-1988.

SUSAN LEE, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,176,609

Registered Nov. 28, 2006

### SERVICE MARK
### PRINCIPAL REGISTER

# DEAN BANK

DEAN COOPERATIVE BANK (MASSACHUSETTS CORPORATION)
21 MAIN STREET
FRANKLIN, MA 02038

FOR: BANKING AND RELATED FINANCIAL SERVICES, NAMELY PROVIDING COMMERCIAL AND CONSUMER LENDING SERVICES, MORTGAGE LENDING, AND LOAN FINANCING; CREDIT CARD SERVICES; DEBIT CARD SERVICES; ELECTRONIC PAYMENT AND PROCESSING SERVICES; CHECKING AND SAVINGS SERVICES; INVESTMENT SERVICES, NAMELY CONSULTATION, INVESTMENT ANALYSIS, PLANNING, MANAGEMENT, ADVISORY, BROKERAGE, BANKING AND RESEARCH SERVICES REGARDING STOCKS, MUTUAL FINDS, SECURITIES, BONDS AND OTHER INVESTMENT INSTRUMENTS; AND MORTGAGE AND EQUITY SERVICES, NAMELY, MORTGAGE BANKING, ORIGINATION, ACQUISITION, SERVICING AND BROKERAGE OF MORTGAGES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-1-1997; IN COMMERCE 6-1-1997.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

SER. NO. 78-747,462, FILED 11-4-2005.

JORDAN BAKER, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,272,297

Registered Aug. 24, 1999

### SERVICE MARK
### PRINCIPAL REGISTER

## EASTERN BANK

EASTERN BANK (MASSACHUSETTS CORPO-
RATION)
270 UNION STREET
LYNN, MA 01901

FOR: BANKING SERVICES, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).
FIRST USE 10-0-1983; IN COMMERCE
10-0-1983.

OWNER OF U.S. REG. NO. 1,647,643.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK", APART FROM THE
MARK AS SHOWN.

SER. NO. 75-538,912, FILED 8-19-1998.

MICHAEL KEATING, EXAMINING ATTOR-
NEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

United States Patent and Trademark Office

Reg. No. 2,025,824
Registered Dec. 24, 1996

## SERVICE MARK
## PRINCIPAL REGISTER

## EAST WEST BANK

EAST-WEST FEDERAL BANK, F.S.B. (UNITED STATES CORPORATION)
415 HUNTINGTON DRIVE
SAN MARINO, CA 91108

FOR: BANKING SERVICES; ADMINISTRA-TION OF INVESTMENT TRUSTS FOR OTHERS; BROKERAGE SERVICES REN-DERED IN THE FIELDS OF SHARES AND PROPERTY; ISSUANCE OF TRAVELERS CHECKS AND LETTERS OF CREDIT, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7–31–1995; IN COMMERCE 7–31–1995.

OWNER OF U.S. REG. NO. 1,791,861.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

SN 74–471,889, FILED 12–17–1993.

CINDI GREENBAUM, EXAMINING ATTOR-NEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,895,625
Registered Oct. 19, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

# EL CAMINO

EL CAMINO TRANSFERENCIAS, INC. (CALI-
FORNIA CORPORATION)
SUITE 1425
225 BROADWAY
SAN DIEGO, CA 92101

FOR: FINANCIAL SERVICES, NAMELY, ELEC-
TRONIC MONEY TRANSFER SERVICES WITHIN
THE US OR BETWEEN THE US AND OTHER
COUNTRIES, IN CLASS 36 (U.S. CLS. 100, 101 AND
102).

FIRST USE 1-1-2001; IN COMMERCE 1-1-2001.

THE ENGLISH TRANSLATION OF "EL CAMINO"
IS "THE ROAD".

SER. NO. 78-287,736, FILED 8-14-2003.

J. TINGLEY, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,549,722
Registered Mar. 19, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## GROSSMONT BANK

CALIFORNIA BANK & TRUST (CALIFORNIA CORPORATION)
11622 EL CAMINO REAL, SUITE 200
SAN DIEGO, CA 92130

FOR: BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1972; IN COMMERCE 0-0-1972.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

SER. NO. 76-211,030, FILED 2-15-2001.

BRIAN RUPP, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cl.: 106

## United States Patent and Trademark Office

**Reg. No. 2,058,540**

Registered May 6, 1997

### SERVICE MARK
### PRINCIPAL REGISTER
### CONCURRENT USE

## GULF COAST BANK

GULF COAST BANK (LOUISIANA CORPORA-
TION)
221 S. STATE ST.
ABBEVILLE, LA 70510

FOR: BANKING SERVICES, IN CLASS 36
(U.S. CL. 106).
FIRST USE 2–1–1971; IN COMMERCE
2–1–1971.
SUBJECT TO CONCURRENT USE PRO-
CEEDING WITH "GOLF COAST BANK". AP-
PLICANT CLAIMS EXCLUSIVE RIGHT TO
USE THE MARK IN THE AREA COMPRISING
THE UNITED STATES, WITH THE EXCEP-
TION OF THE METROPOLITAN AREA OF
WINNIE, TEXAS.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK", APART FROM THE
MARK AS SHOWN.

SER. NO. 74–501,083, FILED 3–16–1994.

SAMUEL E. SHARPER JR., EXAMINING AT-
TORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**Reg. No. 2,582,541**

## United States Patent and Trademark Office     Registered June 18, 2002

### SERVICE MARK
### PRINCIPAL REGISTER

## THE HARTFORD BANK

HARTFORD FIRE INSURANCE COMPANY (CONNECTICUT CORPORATION)
HARTFORD PLAZA
HARTFORD, CT 06115

FOR: –BANKING SERVICES–, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-30-2001; IN COMMERCE 5-30-2001.

OWNER OF U.S. REG. NOS. 1,155,051, 1,267,397, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SN 75-415,664, FILED 1-9-1998.

ZACHARY BELLO, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,928,375

Registered Feb. 22, 2005

## SERVICE MARK
### SUPPLEMENTAL REGISTER

## HAVERFORD

HTC-IP HOLDING CORP. (DELAWARE COR-
PORATION)
1600 MARKET STREET
SUITE 3600
PHILADELPHIA, PA 191037286

FOR: BANKING, INVESTMENT AND TRUST
COMPANY SERVICES, INVESTMENT AND PORT-
FOLIO MANAGEMENT SERVICES, INVESTMENT
CONSULTATION AND ADVICE, ALL FOR INDIVI-

DUALS, INSTITUTIONS, FUNDS, ENDOWMENTS
AND FOUNDATIONS, IN CLASS 36 (U.S. CLS. 100,
101 AND 102).

FIRST USE 9-1-2003; IN COMMERCE 9-1-2003.

SER. NO. 76-514,743, FILED P.R. 5-16-2003; AM. S.R.
11-10-2004.

DANIEL CAPSHAW, EXAMINING ATTORNEY

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101, and 102**

**United States Patent and Trademark Office**

**Reg. No. 2,972,433**
Registered July 19, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

# HOWARD BANK

HOWARD BANK (MARYLAND CORPORATION)

13975 ROVER MILL ROAD

C/O MARY ANN SCULLY

WEST FRIENDSHIP, MD 21794

FOR: BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-30-2004; IN COMMERCE 8-31-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

SN 76-568,666, FILED 12-24-2003.

BARBARA BROWN, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent Office

Reg. No. 1,031,009
Registered Jan. 20, 1976

## SERVICE MARK
### Principal Register

# HUNTINGTON

Huntington Bancshares Incorporated (Maryland corpo-
ration)
17 S. High St.
Columbus, Ohio   43216

For: BANKING SERVICES, in CLASS 36 (U.S. CL.
102).
First use at least as early as 1866; in commerce at least
as early as Apr. 21, 1974.

Ser. No. 20,885, filed May 8, 1974.

I. S. SIGLIN, Jr., Examiner

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,413,751

Registered Dec. 19, 2000

**SERVICE MARK**
**PRINCIPAL REGISTER**



HUNTINGTON BANCSHARES INCORPORATED (MARYLAND CORPORATION)
41 SOUTH HIGH STREET
COLUMBUS, OH 43215

FOR: BANKING SERVICES; INSURANCE BRO-KERAGE AND UNDERWRITING INSURANCE RISKS IN THE FIELDS OF LIFE, HEALTH, AUTOMOBILE, HOME, PROPERTY AND CASUALTY, CREDIT LIFE, ANNUITIES AND BUSINESS; ESTATE AND RETIRE-MENT PLANNING; AND INVESTMENT SERVICES IN THE FIELDS OF CERTIFICATES OF DEPOSIT (CDS), INDIVIDUAL RETIREMENT ACCOUNTS (IRAS), ANNUITIES, AND MUTUAL FUNDS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4–25–1999; IN COMMERCE 4–25–1999.

OWNER OF U.S. REG. NOS. 1,031,009, 1,796,515 AND OTHERS.

SEC. 2(F).

SER. NO. 75–750,974, FILED 7–15–1999.

CAROLINE WOOD, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,215,345

Registered Mar. 6, 2007

### SERVICE MARK
#### PRINCIPAL REGISTER

# ILLINOIS STATE BANK

NORTH SHORE BANK, FSB (WISCONSIN CHAR-
TERED BANK)
15700 WEST BLUEMOUND ROAD
BROOKFIELD, WI 53005

FOR: BANKING SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 1-1-1996; IN COMMERCE 1-1-1996.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "STATE BANK", APART FROM
THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 78-831,936, FILED 3-8-2006.

JAMES STEIN, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent and Trademark Office

Reg. No. 1,380,724
Registered Jan. 28, 1986

### SERVICE MARK
### PRINCIPAL REGISTER

## JEFFERSON BANK

JEFFERSON BANK (PENNSYLVANIA BANK-
ING INSTITUTUION)
UNITED ENGINEERS BLDG.
31 S. 18TH ST.
PHILADELPHIA, PA 19103

FOR: BANKING SERVICES, IN CLASS 36
(U.S. CL. 102).

FIRST USE 10–26–1974; IN COMMERCE
10–26–1974.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK", APART FROM THE
MARK AS SHOWN.

SER. NO. 384,342, FILED 9–9–1982.

NANCY O. HEBERT, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,844,389
Registered May 25, 2004

## SERVICE MARK
### PRINCIPAL REGISTER



# JOHNSON
## B A N K

JOHNSON FINANCIAL GROUP, INC. (WISCON-
SIN CORPORATION)
555 MAIN STREET
RACINE, WI 53403

FOR: BANKING SERVICES; ELECTRONIC
BANKING SERVICES; INTERNET BANKING SER-
VICES; PRIVATE BANKING SERVICES; PERSONAL
AND CONSUMER BANKING SERVICES; BUSI-
NESS, COMMERCIAL, AND RETAIL BANKING
SERVICES; INTERNATIONAL BANKING SERVI-
CES; CHECKING, SAVINGS AND MONEY MAR-
KET ACCOUNT SERVICES; REGULAR AND
JUMBO CERTIFICATES OF DEPOSIT; PERSONAL
AND CONSUMER LOANS AND LINES OF CREDIT;
HOME MORTGAGE LENDING SERVICES; HOME
EQUITY LOAN SERVICES; COMMERCIAL LINES
OF CREDIT; COMMERCIAL MORTGAGE LEND-
ING AND LOAN SERVICES; TERM FINANCING;
INDIVIDUAL RETIREMENT ACCOUNT SERVICES;
EMPLOYEE RETIREMENT ACCOUNT SERVICES;
PERSONALIZED FINANCIAL PLANNING SERVI-
CES; CREDIT AND DEBIT CARD SERVICES; BUSI-
NESS TRAVEL CARD SERVICES; AUTOMATIC
TELLER MACHINE SERVICES; WIRE TRANSFER
SERVICES; ELECTRONIC FUNDS TRANSFER SER-
VICES; AUTOMATED BANKING SERVICES AND
AUTOMATIC BILL PAYMENT SERVICES; CASH-
IERS AND TRAVELERS CHECKS; SAFETY DEPOS-
IT BOXES; INVESTMENT ACCOUNT SERVICES;
MERCHANT BANK CARD PROCESSING SERVI-
CES; BUSINESS CASH MANAGEMENT SERVICES;
POSITIVE PAY SERVICES; ACCOUNT RECONCI-
LIATION SERVICES; AUTOMATIC SWEEP AC-
COUNT SERVICES; EURO-SWEEP ACCOUNT
SERVICES; FINANCIAL CLEARING HOUSE SER-
VICES; AUTOMATED CLEARING HOUSE SERVI-
CES; AUTOMATED CLEARING HOUSE

COLLECTION AND DISBURSEMENT SERVICES;
DEPOSIT REPORTING SERVICES; FINANCIAL
ELECTRONIC DATA EXCHANGE SERVICES; CON-
TROLLED DISBURSEMENT SERVICES; ZERO BAL-
ANCE ACCOUNT SERVICES; ACCOUNT
ANALYSIS SERVICES; REPURCHASE AGREE-
MENT SERVICES; CHECK IMAGING SERVICES;
LOCKBOX SERVICES; PROVIDING INFORMA-
TION AND ADVICE REGARDING FOREIGN CUR-
RENCY RATES OF EXCHANGE; PROVIDING,
EXCHANGING AND HANDLING FOREIGN CUR-
RENCY RATES, FOREIGN AND INTERNATIONAL
CURRENCY, FOREIGN AND INTERNATIONAL
DRAFTS AND FOREIGN CHECKS; INTERNATION-
AL WIRE TRANSFERS AND PAYMENTS; INTER-
NATIONAL COLLECTION SERVICES;
INTERNATIONAL LETTERS OF CREDIT; IMPORT,
EXPORT AND STANDBY LETTERS OF CREDIT;
PROVIDING ON-LINE BANKING SERVICES AND
ON-LINE CASH MANAGEMENT SERVICES VIA A
GLOBAL COMPUTER OR COMMUNICATION NET-
WORK; AND PROVIDING FINANCIAL INFORMA-
TION BY ELECTRONIC MEANS, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 2-6-1998; IN COMMERCE 2-6-1998.

OWNER OF U.S. REG. NOS. 2,282,036, 2,379,186
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK", APART FROM THE
MARK AS SHOWN.

SER. NO. 76-483,616, FILED 1-21-2003.

RUSS HERMAN, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,768,853
Registered Sep. 30, 2003

### SERVICE MARK
### PRINCIPAL REGISTER



# JOHNSON

JOHNSON FINANCIAL GROUP, INC. (WISCONSIN CORPORATION)
555 MAIN ST
RACINE, WI 53403 , BY CHANGE OF NAME JOHNSON INTERNATIONAL, INC. (WISCONSIN CORPORATION) RACINE, WI 53403

FOR: BANKING SERVICES; ELECTRONIC BANKING SERVICES; INTERNET BANKING SERVICES; PRIVATE BANKING SERVICES; PERSONAL AND CONSUMER BANKING SERVICES; BUSINESS, COMMERCIAL, AND RETAIL BANKING SERVICES; INTERNATIONAL BANKING SERVICES; CHECKING, SAVINGS AND MONEY MARKET ACCOUNT SERVICES; REGULAR AND JUMBO CERTIFICATES OF DEPOSIT; PERSONAL AND CONSUMER LOANS AND LINES OF CREDIT; HOME MORTGAGE LENDING SERVICES; HOME EQUITY LOAN SERVICES; COMMERCIAL LINES OF CREDIT; COMMERCIAL MORTGAGE LENDING AND LOAN SERVICES; TERM FINANCING; INDIVIDUAL RETIREMENT ACCOUNT SERVICES; EMPLOYEE RETIREMENT ACCOUNT SERVICES; PERSONALIZED FINANCIAL PLANNING SERVICES; CREDIT AND DEBIT CARD SERVICES; BUSINESS TRAVEL CARD SERVICES; AUTOMATIC TELLER MACHINE SERVICES; WIRE TRANSFER SERVICES; ELECTRONIC FUNDS TRANSFER SERVICES; AUTOMATED BANKING SERVICES AND AUTOMATIC BILL PAYMENT SERVICES; CASHIERS AND TRAVELERS CHECK; SAFETY DEPOSIT BOXES; INVESTMENT ACCOUNT SERVICES; MERCHANT BANK CARD PROCESSING SERVICES; BUSINESS CASH MANAGEMENT SERVICES; POSITIVE PAY SERVICES; ACCOUNT RECONCILIATION SERVICES; AUTOMATIC SWEEP ACCOUNT SERVICES; EURO-SWEEP ACCOUNT SERVICES; FINANCIAL CLEARING HOUSE SERVICES; AUTOMATED CLEARING HOUSE SERVICES; AUTOMATED CLEARING HOUSE COLLECTION AND DISBURSEMENT SERVICES; DEPOSIT REPORTING SERVICES; FINANCIAL ELECTRONIC DATA EXCHANGE SERVICES; CONTROLLED DISBURSEMENT SERVICES; ZERO BALANCE ACCOUNT SERVICES; ACCOUNT ANALYSIS SERVICES; REPURCHASE AGREEMENT SERVICES; CHECK IMAGING SERVICES; LOCKBOX SERVICES; PROVIDING INFORMATION AND ADVICE REGARDING FOREIGN CURRENCY RATES OF EXCHANGE; PROVIDING, EXCHANGING AND HANDLING FOREIGN CURRENCY RATES, FOREIGN AND INTERNATIONAL CURRENCY, FOREIGN AND INTERNATIONAL DRAFTS AND FOREIGN CHECKS; INTERNATIONAL WIRE TRANSFERS AND PAYMENTS; INTERNATIONAL COLLECTION SERVICES; INTERNATIONAL LETTERS OF CREDIT; IMPORT, EXPORT AND STANDBY LETTERS OF CREDIT; TRUST SERVICES, NAMELY INVESTMENT AND TRUST COMPANY SERVICES; ESTATE TRUST ADMINISTRATION, MANAGEMENT AND FINANCIAL PLANNING SERVICES; INDIVIDUAL, PERSONAL AND CORPORATE TRUST ADMINISTRATION, MANAGEMENT AND FINANCIAL PLANNING SERVICES; FIDUCIARY TRUST ADMINISTRATION, MANAGEMENT AND FINANCIAL PLANNING SERVICES; EMPLOYEE BENEFITS TRUST ADMINISTRATION, MANAGEMENT AND FINANCIAL PLANNING SERVICES; ADMINISTRATION AND MANAGEMENT OF EMPLOYEE PENSION AND PROFIT SHARING PLANS; ADMINISTRATION AND MANAGEMENT OF INDIVIDUAL RETIREMENT ACCOUNTS; FINANCIAL AND INVESTMENT CONSULTATION SERVICES IN THE FIELDS OF CHARITABLE FOUNDATIONS AND ENDOWMENTS; FOUNDATION AND ENDOWMENT TRUST ADMINISTRATION, MANAGEMENT AND FINANCIAL PLANNING SERVICES; TRUSTEE AND CUSTODIAL SERVICES; GUAR-

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,975,119
Registered July 26, 2005

### SERVICE MARK
### PRINCIPAL REGISTER



JOHNSON FINANCIAL GROUP, INC. (WISCON-
SIN CORPORATION)
555 MAIN STREET
RACINE, WI 53403

FOR: FINANCIAL SERVICES, NAMELY, FINAN-
CIAL ANALYSIS SERVICES, FINANCIAL ADVI-
SORY SERVICES, FINANCIAL MANAGEMENT
SERVICES, FINANCIAL RESEARCH SERVICES,
AND FINANCIAL PORTFOLIO MANAGEMENT
SERVICES; INVESTMENT SERVICES, NAMELY,
INVESTMENT CONSULTATION SERVICES, IN-
VESTMENT ADVISORY SERVICES, AND INVEST-
MENT MANAGEMENT SERVICES; FUNDS
INVESTMENT SERVICES; INVESTING THE FUNDS
OF OTHERS; MUTUAL FUND INVESTMENT SER-
VICES; ESTABLISHING MUTUAL FUNDS AND
MODEL FINANCIAL PORTFOLIOS FOR OTHERS;
EVALUATING ASSET ALLOCATION, RISK TOLER-

ANCE, FINANCIAL ALTERNATIVE PLANS AND
INVESTMENT TIME FRAMES; PROVIDING IN-
FORMATION AND ANALYSIS IN THE FIELDS OF
FINANCE, ECONOMICS, INVESTMENT, FINAN-
CIAL PLANNING, AND INVESTMENT STRATEGY;
AND PROVIDING FINANCIAL INFORMATION IN
THE NATURE OF RATES OF EXCHANGE, IN
CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-1-2002; IN COMMERCE 7-1-2002.

OWNER OF U.S. REG. NOS. 2,282,036, 2,379,186
AND OTHERS.

SER. NO. 76-487,100, FILED 2-3-2003.

MARTHA FROMM, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Corrected

Reg. No. 2,975,119

Registered July 26, 2005

OG Date Oct. 4, 2005

**SERVICE MARK**
**PRINCIPAL REGISTER**



JOHNSON FINANCIAL GROUP, INC. (WISCONSIN CORPORATION)
555 MAIN STREET
RACINE, WI 53403
    OWNER OF U.S. REG. NOS. 2,282,036, 2,379,186 AND OTHERS.

    FOR: FINANCIAL SERVICES, NAMELY, FINANCIAL ANALYSIS SERVICES, FINANCIAL ADVISORY SERVICES, FINANCIAL MANAGEMENT SERVICES, FINANCIAL RESEARCH SERVICES, AND FINANCIAL PORTFOLIO MANAGEMENT SERVICES; INVESTMENT SERVICES, NAMELY, INVESTMENT CONSULTATION SERVICES, INVESTMENT ADVISORY SERVICES, AND INVESTMENT MANAGEMENT SERVICES; FUNDS INVESTMENT SERVICES; INVESTING THE FUNDS OF OTHERS; MUTUAL FUND INVESTMENT SERVICES; ESTABLISHING MUTUAL FUNDS AND MODEL FINANCIAL PORTFOLIOS FOR OTHERS; EVALUATING ASSET ALLOCATION, RISK TOLERANCE, FINANCIAL ALTERNATIVE PLANS AND INVESTMENT TIME FRAMES; PROVIDING INFORMATION AND ANALYSIS IN THE FIELDS OF FINANCE, [ECONOMICS,] INVESTMENT, FINANCIAL PLANNING, AND INVESTMENT STRATEGY; AND PROVIDING FINANCIAL INFORMATION IN THE NATURE OF RATES OF EXCHANGE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

    FIRST USE 7-1-2002; IN COMMERCE 7-1-2002.

    SER. NO. 76-487,100, FILED 2-3-2003.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 4, 2005.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,839,923
Registered May 11, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## JOHNSON BANK

JOHNSON FINANCIAL GROUP, INC. (WISCON-
SIN CORPORATION)
555 MAIN STREET
RACINE, WI 53403

FOR: BANKING SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 2-6-1998; IN COMMERCE 2-6-1998.

OWNER OF U.S. REG. NOS. 2,282,036, 2,768,853
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK", APART FROM THE
MARK AS SHOWN.

SEC. 2(F).

SER. NO. 76-522,496, FILED 6-13-2003.

YONG KIM, EXAMINING ATTORNEY

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101 and 102**

## United States Patent and Trademark Office

**Reg. No. 2,389,780**

**Registered Sep. 26, 2000**

## SERVICE MARK
### PRINCIPAL REGISTER

## KENDALL

KENDALL CORPORATION (MASSACHUSETTS CORPORATION)
ONE BROADWAY, SUITE 600
CAMBRIDGE, MA 02142

FOR: FINANCIAL SERVICES, NAMELY INVEST-MENT BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-12-1996; IN COMMERCE 4-12-1996.

SER. NO. 75-805,579, FILED 10-18-1999.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**Reg. No. 2,259,433**

## United States Patent and Trademark Office

**Registered July 6, 1999**

### SERVICE MARK
### PRINCIPAL REGISTER



KING INVESTMENT ADVISORS, INC. (TEXAS CORPORATION)
1980 POST OAK BOULEVARD, SUITE 2400
HOUSTON, TX 770563898

FOR: INVESTMENT ADVISORY SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3–1–1998; IN COMMERCE 3–1–1998.

SER. NO. 75–487,321, FILED 5–18–1998.

PAUL LAMB, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,148,491
Registered Sep. 26, 2006

### SERVICE MARK
### PRINCIPAL REGISTER

# LIBERTY BANK

LIBERTY BANK (FLORIDA CORPORATION)
1617 GULF TO BAY BOULEVARD
CLEARWATER, FL 33755

FOR: BANKING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-22-2005; IN COMMERCE 2-22-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,325,614.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

SER. NO. 78-735,009, FILED 10-18-2005.

ANDREA EVANS, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,779,172

Registered Nov. 4, 2003

### SERVICE MARK
### PRINCIPAL REGISTER

## LYON

WILLIAM L. LYON & ASSOCIATES (CALIFOR-
NIA CORPORATION)
3640 AMERICAN RIVER DRIVE, SUITE 100
SACRAMENTO, CA 95684

FOR: REAL ESTATE BROKERAGE, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

FIRST USE 1-23-1958; IN COMMERCE 1-23-1958.

SER. NO. 76-424,316, FILED 6-24-2002.

HELLEN BRYAN-JOHNSON, EXAMINING ATTOR-
NEY

Int. Cls.: 35 and 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

**Reg. No. 2,769,231**
**Registered Sep. 30, 2003**

## SERVICE MARK
## PRINCIPAL REGISTER

## MANCHESTER

MANCHESTER COMPANIES, INC. (MINNESOTA CORPORATION)
SUITE 4700, 80 SOUTH EIGHTH ST.
MINNEAPOLIS, MN 55402

FOR: BUSINESS RECOVERY SERVICES, NAME-LY, CRISIS, INTERIM AND TRUSTEE MANAGE-MENT; MARKET PLANNING, BUSINESS PROCESS ENGINEERING, BUSINESS MANAGEMENT CON-SULTING IN THE NATURE OF BUSINESS SYS-TEMS INTEGRATION, BUSINESS MERGER AND ACQUISITION CONSULTATION; BUSINESS VA-LUATIONS AND PROVIDING FAIRNESS OPI-NIONS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-0-1994; IN COMMERCE 12-0-1994.

FOR: INVESTMENT BANKING SERVICES, NAMELY, FINANCIAL RESTRUCTURING OF DIS-TRESSED AND BANKRUPT COMPANIES; FINAN-CING, REFINANCING, SALE/MERGER OF COMPANIES OR ASSETS; LIQUIDATIONS IN/OUT OF BANKRUPTCY; FINANCIAL STRATEGIC AD-VISORY SERVICES IN THE NATURE OF REVENUE GROWTH/PRODUCTIVITY IMPROVEMENT STRA-TEGIES; MERGERS AND ACQUISITIONS FINAN-CING, DEBT AND EQUITY FINANCING, VALUATIONS AND FAIRNESS OPINIONS, AND CAPITAL STRUCTURE ADVISORY SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-0-1994; IN COMMERCE 12-0-1994.

SER. NO. 78-138,093, FILED 6-24-2002.

SUSAN HAYASH, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,445,635

Registered Apr. 24, 2001

### SERVICE MARK
### PRINCIPAL REGISTER

# MARQUETTE

MARQUETTE BANCSHARES, INC. (MINNESOTA CORPORATION)
SUITE 3800
60 SOUTH SIXTH STREET
MINNEAPOLIS, MN 55402

FOR: BANKING SERVICES; FINANCIAL SERVICES, NAMELY, FINANCIAL COUNSELING, FINANCIAL PLANNING FOR OTHERS, SECURITIES BROKERAGE SERVICES AND INSURANCE

BROKERAGE SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1987, 1922; IN COMMERCE 0-0-1987, 1922.

SER. NO. 75-696,936, FILED 5-3-1999.

IRENE D. WILLIAMS, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,445,634
Registered Apr. 24, 2001

### SERVICE MARK
### PRINCIPAL REGISTER

## MARQUETTE BANKS

MARQUETTE BANCSHARES, INC. (MINNESOTA CORPORATION)
SUITE 3800
60 SOUTH SIXTH STREET
MINNEAPOLIS, MN 55402

FOR: BANKING SERVICES; FINANCIAL SERVI-CES, NAMELY, FINANCIAL COUNSELING, FI-NANCIAL PLANNING FOR OTHERS, SECURITIES BROKERAGE SERVICES AND INSURANCE BROKERAGE SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANKS", APART FROM THE MARK AS SHOWN.

SER. NO. 75-696,935, FILED 5-3-1999.

IRENE D. WILLIAMS, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,954,012

Registered May 24, 2005

### SERVICE MARK
### PRINCIPAL REGISTER

## METROPOLITAN

F.N.B. CORPORATION (PENNSYLVANIA COR-
PORATION)
HERMITAGE SQUARE
HERMITAGE, PA 16148

FOR: BANKING SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 5-25-1922; IN COMMERCE 5-25-1922.

OWNER OF U.S. REG. NOS. 2,273,860, 2,275,671
AND OTHERS.

SER. NO. 75-876,493, FILED 12-17-1999.

PAULA MAYS, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

**Reg. No. 2,671,035**
**Registered Jan. 7, 2003**

## SERVICE MARK
### PRINCIPAL REGISTER



FIRST-CITIZENS BANK (VIRGINIA CORPORATION)
3601 THIRLANE ROAD, SUITE 6
ROANOKE, VA 24019

FOR: BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-1-2000; IN COMMERCE 9-1-2000.

SER. NO. 76-136,760, FILED 9-28-2000.

HOWARD B. LEVINE, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

United States Patent and Trademark Office

Reg. No. 2,346,349

Registered May 2, 2000

## SERVICE MARK
## PRINCIPAL REGISTER

## BANK OF MISSISSIPPI

BANCORPSOUTH BANK (MISSISSIPPI CORPO-
RATION)
ONE MISSISSIPPI PLAZA
P.O. BOX 789
TUPELO, MS 388020789

FOR: BANKING; INSURANCE BROKERAGE;
INVESTMENT; FINANCIAL PLANNING; FI-
NANCIAL RESEARCH; COMMERCIAL, CON-
SUMER, CREDIT CARD AND MORTGAGE
LENDING, PROCESSING AND ADMINISTRA-
TION; COMMERCIAL, CONSUMER AND GOV-
ERNMENTAL PERSONAL PROPERTY LEAS-
ING; REAL PROPERTY LEASING; ESTATE
TRUST MANAGEMENT AND ADMINISTRA-
TION; FIDUCIARY SERVICES AND REPRE-
SENTATION; INSURANCE ADMINISTRATION,
INSURANCE BROKERAGE; INSURANCE UN-
DERWRITING IN THE FIELDS OF LIFE,
HEALTH, CREDIT, PROPERTY AND CASUAL-
TY; INVESTMENT CONSULTATION; INVEST-
MENT MANAGEMENT; FINANCIAL ANALY-
SIS AND CONSULTATION; FINANCIAL MAN-
AGEMENT; CASH MANAGEMENT; FINAN-
CIAL SERVICES IN THE NATURE OF IN-
VESTMENT SECURITY, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 8-24-1966; IN COMMERCE
8-24-1966.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK", APART FROM THE
MARK AS SHOWN.

SEC. 2(F).

SER. NO. 75-379,276, FILED 10-26-1997.

CAROLYN GRAY, EXAMINING ATTORNEY

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101, and 102**

## United States Patent and Trademark Office

**Reg. No. 2,860,611**

Registered July 6, 2004

### SERVICE MARK
### PRINCIPAL REGISTER

## MONTGOMERY BANK

MONTGOMERY FIRST NATIONAL BANK (MIS-
SOURI CORPORATION)
ONE FIRST NATIONAL PLAZA
SIKESTON, MO 63801

    FOR: BANKING SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

    FIRST USE 5-3-2004; IN COMMERCE 5-3-2004.

    NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK", APART FROM THE
MARK AS SHOWN.

    SN 76-199,712, FILED 1-25-2001.

ELIZABETH HUGHITT, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent and Trademark Office

Reg. No. 1,747,400
Registered Jan. 19, 1993

### SERVICE MARK
### PRINCIPAL REGISTER

# MOUNTAIN STATE BANK

WESBANCO, INC. (WEST VIRGINIA CORPO-
RATION), DBA WESBANCO BANK
BANK PLAZA
WHEELING, WV 260033562

FOR: BANKING SERVICES, IN CLASS 36
(U.S. CL. 102).
FIRST USE 9–17–1962; IN COMMERCE
9–17–1962.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK", APART FROM THE
MARK AS SHOWN.

SER. NO. 74–175,715, FILED 6–13–1991.

CAROLYN GRAY, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

**Reg. No. 2,874,612**
Registered Aug. 17, 2004

### SERVICE MARK
#### PRINCIPAL REGISTER

# MOUNTAIN WEST BANK

MOUNTAIN WEST BANK, N.A. (MONTANA NATIONAL ASSOCIATION)
1225 CEDAR STREET
HELENA, MT 59601

FOR: FINANCIAL SERVICES, NAMELY BANK-ING AND MONEY LENDING; ACCOUNTS RECEI-VABLE FINANCING; ADMINISTRATION OF SAVINGS ACCOUNTS; AGENICES IN THE FIELD OF CREDIT FOR FARMING; AUTOMATED TELL-ER SERVICES; BUSINESS FINANCE PROCURE-MENT SERVICES; CASH MANAGEMENT; CASH REPLACEMENT RENDERED BY CREDIT CARD; CHECK CASHING, PROCESSING, VERIFICATION AND ACCOUNT SERVICES; COMMERCIAL AND CONSUMER LENDING SERVICES; CREDIT CARD SERVICES, INQUIRY AND CONSULTATION; CUR-RENCY EXCHANGE AND ADVICE; DEBIT CARD SERVICES; ELECTRONIC CASH TRANSACTIONS; ELECTRONIC CREDIT CARD TRANSACTIONS; ELECTRONIC DEBIT CARD TRANSACTIONS; ELECTRONIC FUNDS TRANSFERS; ELECTRONIC PAYMENT, NAMELY, ELECTRONIC PROCESSING AND TRANSMISSION OF BILL PAYMENT DATA; EQUIPMENT FINANCING SERVICES; FINANCIAL INFORMATION PROVIDED BY ELECTRONIC MEANS; FINANCIAL VALUATION OF REAL ES-TATE; HOME APPRAISAL SERVICES; HOME EQUI-TY LOANS; INSTALLMENT LOANS; ISSUING CREDIT CARDS; LEASE-PURCHASE FINANCING AND LOANS; LOAN FINANCING; MAINTAINING ESCROW ACCOUNTS FOR INVESTMENTS AND MORTGAGE ESCROW ACCOUNTS; ON-LINE BANKING SERVICES; PROVIDING LOANS SE-CURED BY COMMERCIAL PAPER; PROVIDING TEMPORARY LOANS AND WORKING CAPITAL; SAFE AND SAFETY DEPOSIT BOX SERVICES; SAVINGS ACCOUNT SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-4-1990; IN COMMERCE 9-4-1990.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

SER. NO. 78-248,081, FILED 5-9-2003.

KIMBERLY PERRY, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,091,918

Registered May 16, 2006

### SERVICE MARK
### PRINCIPAL REGISTER

# BANK OF NEW ENGLAND

SOUTHERN NEW HAMPSHIRE BANK & TRUST COMPANY (NEW HAMPSHIRE CORPORATION)
31 PELHAM ROAD
SALEM, NH 03079

FOR: BANKING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-1-1979; IN COMMERCE 3-6-1979.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 76-597,884, FILED 6-17-2004.

BRIAN NEVILLE, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cl.: 102

**United States Patent and Trademark Office**

Renewal

Reg. No. 841,428
Registered Dec. 26, 1967
OG Date Sep. 13, 1988

**SERVICE MARK**
**SUPPLEMENTAL REGISTER**

THE BANK OF NEW YORK

BANK OF NEW YORK, THE (NEW
YORK CORPORATION)
48 WALL ST.
NEW YORK, NY 10015

FOR: BANKING SERVICES, IN CLASS
102 (INT. CL. 36).

FIRST USE 0–0–1952; IN COMMERCE
0–0–1952.

SER. NO. 250,344, FILED P.R. 7–15–1966;
AM. S.R. 8–8–1967.

*In testimony whereof I have hereunto set my hand*
*and caused the seal of The Patent and Trademark*
*Office to be affixed on Sep. 13, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 36

Prior U.S. Cl.: 102

**United States Patent and Trademark Office**

Reg. No. 1,560,124

Registered Oct. 10, 1989

## SERVICE MARK
## PRINCIPAL REGISTER

# THE BANK OF NEW YORK

BANK OF NEW YORK, THE (NEW YORK COR-
PORATION)
48 WALL STREET
NEW YORK, NY 10015

FOR: BANKING SERVICES, IN CLASS 36
(U.S. CL. 102).

FIRST USE 0-0-1980; IN COMMERCE
0-0-1980.

OWNER OF U.S. REG. NOS. 841,426, 1,172,475,
AND 1,401,522.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK" , APART FROM THE
MARK AS SHOWN.

SEC. 2(F).

SER. NO. 721,369, FILED 4-8-1988.

JEAN E. LOGAN, EXAMINING ATTORNEY

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101 and 102**

**United States Patent and Trademark Office**

**Reg. No. 3,261,007**

**Registered July 10, 2007**

## SERVICE MARK
## PRINCIPAL REGISTER

NORTHEAST COMMUNITY BANK

NORTHEAST COMMUNITY BANK (UNITED STATES FEDERALLY CHARTERED BANK)

325 HAMILTON AVENUE

WHITE PLAINS, NY 10601

    FOR: BANKING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

    FIRST USE 2-15-2006; IN COMMERCE 2-15-2006.

    THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

    NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE COMMUNITY BANK, APART FROM THE MARK AS SHOWN.

    SER. NO. 78-964,525, FILED 8-30-2006.

STEVEN R. FINE, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent and Trademark Office

Reg. No. 1,843,171
Registered July 5, 1994

## SERVICE MARK
### PRINCIPAL REGISTER

# NORTHEASTERN BANK

PNC BANK CORP. (PENNSYLVANIA CORPO-
RATION)
FIFTH AVENUE AND WOOD ST.
PITTSBURGH, PA 15265 , BY CHANGE OF
NAME FROM PNC FINANCIAL CORP
(PENNSYLVANIA CORPORATION) PITTS-
BURGH, PA 15222

FOR: BANKING SERVICES, IN CLASS 36
(U.S. CL. 102).

FIRST USE 1–2–1974; IN COMMERCE
1–2–1974.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK", APART FROM THE
MARK AS SHOWN.

SER. NO. 74–349,857, FILED 1–19–1993.

LYNN A. LUTHEY, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,214,996

Registered Mar. 6, 2007

## SERVICE MARK
### PRINCIPAL REGISTER



NORTHWEST BANK (OREGON CORPORATION)
4900 MEADOWS RD
SUITE 410
LAKE OSWEGO, OR 97035

FOR: BANKING; BANKING CONSULTATION; INVESTMENT BANKING SERVICES; ISSUANCE OF BANK CHECKS; ISSUING OF BANK CHEQUES; MORTGAGE BANKING; MORTGAGE BANKING SERVICES, NAMELY, ORIGINATION, ACQUISI- TION, SERVICING, SECURITIZATION AND BROKERAGE OF MORTGAGE LOANS; MORT- GAGES SERVICES, NAMELY, BUYER PRE-QUALI- FICATION OF MORTGAGES FOR MORTGAGE BROKERS AND BANKS; ON-LINE BANKING SER- VICES; SAVINGS BANK SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-1-2005; IN COMMERCE 7-25-2005.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

THE COLOR GRAY IS INTENDED TO INDICATE SHADING OR CONTRAST ONLY, THE MARK IS NOT IN COLOR.

THE MARK CONSISTS OF A STYLIZED ELK AND THE WORDING NORTHWEST BANK.

SER. NO. 78-711,360, FILED 9-12-2005.

TEJBIR SINGH, EXAMINING ATTORNEY

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101 and 102**

**United States Patent and Trademark Office**

**Reg. No. 2,658,740**

Registered Dec. 10, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

# BANK OF OAKLAND

BANK OF OAKLAND (CALIFORNIA CORPORA-
TION)
360 14TH STREET
OAKLAND, CA 94612

  FOR: BANKING SERVICES, LOAN FINANCING,
HOME EQUITY LOANS, AND MERCHANT CRED-
IT CARD PROCESSING SERVICES, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

  FIRST USE 7-0-1982; IN COMMERCE 7-0-1982.

  NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK", APART FROM THE
MARK AS SHOWN.

  SEC. 2(F).

  SER. NO. 76-308,895, FILED 9-5-2001.

BARBARA A. LOUGHRAN, EXAMINING ATTOR-
NEY

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent and Trademark Office

Reg. No. 1,952,564
Registered Jan. 30, 1996

### SERVICE MARK
### PRINCIPAL REGISTER

# OHIO VALLEY BANK

OHIO VALLEY BANC CORP. (OHIO CORPO-
RATION)
420 THIRD AVENUE
GALLIPOLIS, OH 45631

 FOR: BANKING SERVICES, IN CLASS 36
(U.S. CL. 102).
 FIRST USE 12–31–1872; IN COMMERCE
12–31–1872.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK", APART FROM THE
MARK AS SHOWN.

 SER. NO. 74–563,153, FILED 8–19–1994.

ZHALEH DELANEY, EXAMINING ATTOR-
NEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,653,858

Registered Nov. 26, 2002

### SERVICE MARK
### PRINCIPAL REGISTER



OKLAHOMA STATE BANK (OKLAHOMA COR-
PORATION)
120 W. CANADIAN
VINITA, OK 74301

FOR: BANKING SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 1-24-1992; IN COMMERCE 1-24-1992.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "STATE BANK" , APART FROM
THE MARK AS SHOWN.

SEC. 2(F) AS TO "OKLAHOMA STATE BANK".

SER. NO. 76-295,549, FILED 8-6-2001.

SUDARSHINI SATCHI, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cl.: 102

**Reg. No. 1,465,834**

# United States Patent and Trademark Office   Registered Nov. 17, 1987

## SERVICE MARK
### PRINCIPAL REGISTER

## PRAIRIE STATE BANK

PRAIRIE STATE BANK, THE (KANSAS COR-
    PORATION)
P.O. BOX 520
AUGUSTA, KS 67010

FOR: BANKING SERVICES, IN CLASS 36
(U.S. CL. 102).
FIRST USE 12-3-1918; IN COMMERCE
12-3-1918.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK", APART FROM THE
MARK AS SHOWN.

SER. NO. 651,451, FILED 3-26-1987.

R. ELLSWORTH WILLIAMS, EXAMINING AT-
TORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,195,701

Registered Jan. 9, 2007

### SERVICE MARK
### PRINCIPAL REGISTER

# PRESCOTT

THE PRESCOTT GROUP, INC. (NEW YORK CORPORATION)
26TH FLOOR
666 FIFTH AVENUE
NEW YORK, NY 10103

FOR: INVESTMENT BANKING SERVICES; INVESTMENT SERVICES, NAMELY, ASSET ACQUISITION, DEVELOPMENT, ADVICE, CONSULTATION, AND MANAGEMENT SERVICES; REAL ESTATE INVESTMENT SERVICES; FINANCIAL INVESTMENT SERVICES IN THE FIELD OF REAL ESTATE; FUNDS INVESTMENT SERVI-CES; AND FUNDS INVESTMENT MANAGEMENT SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-533,893, FILED 12-16-2004.

RAMONA ORTIGA, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,198,109
Registered Jan. 16, 2007

### SERVICE MARK
### PRINCIPAL REGISTER

# BANK RHODE ISLAND

BANCORP RHODE ISLAND, INC. (RHODE IS-
LAND CORPORATION)
ONE TURKS HEAD PLACE
PROVIDENCE, RI 02903

FOR: BANKING SERVICES, DEPOSITORY AND
NON DEPOSITORY FINANCIAL INSTITUTION
SERVICES, FINANCING SERVICES NAMELY DI-
RECT, SALES, COMMERCIAL, LEASE, TRADE
AND CONSUMER FINANCING, CREDIT, DEBIT
AND ATM CARD SERVICES, FUNDS TRANSFER
PAYMENT SYSTEMS SERVICES, FINANCIAL
PLANNING, MANAGEMENT AND ADMINISTRA-
TIVE SERVICES; INVESTMENT BROKERAGE, IN-
VESTMENT MANAGEMENT AND INVESTMENT
ADVISORY SERVICES, IN CLASS 36 (U.S. CLS. 100,
101 AND 102).

FIRST USE 3-0-1996; IN COMMERCE 3-0-1996.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK" , APART FROM THE
MARK AS SHOWN.

SEC. 2(F).

SER. NO. 78-580,629, FILED 3-4-2005.

KARANENDRA S. CHHINA, EXAMINING ATTOR-
NEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 2,541,968

## United States Patent and Trademark Office

Registered Feb. 19, 2002

### SERVICE MARK
### SUPPLEMENTAL REGISTER

## THE BANK OF ROCHESTER

BLOOMFIELD HILLS BANCORP, INC. (MICHI-
GAN CORPORATION)
38505 WOODWARD AVENUE
SUITE 1300
BLOOMFIELD HILLS, MI 48304

FOR: BANKING SERVICES, NAMELY PROVID-
ING SAVINGS ACCOUNTS, CHECKING AC-
COUNTS, CERTIFICATES OF DEPOSIT,
TRAVELERS CHECKS, LOAN FINANCING AND
MORTGAGE LENDING, LETTERS OF CREDIT,
AND DEBIT CARDS; FINANCIAL ANALYSIS,
PLANNING, CONSULTATION, AND MANAGE-

MENT SERVICES, IN CLASS 36 (U.S. CLS. 100, 101
AND 102).

FIRST USE 7-1-1999; IN COMMERCE 8-15-1999.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK", APART FROM THE
MARK AS SHOWN.

SER. NO. 76-151,722, FILED P.R. 10-23-2000; AM.
S.R. 8-6-2001.

KAREN M. STRZYZ, EXAMINING ATTORNEY

Int. Cl.: **36**

Prior U.S. Cls.: **100, 101 and 102**

## United States Patent and Trademark Office

Reg. No. **2,412,605**

Registered Dec. 12, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

## SANTA MONICA BANK

U.S. BANCORP (DELAWARE CORPORATION)
601 SECOND AVENUE SOUTH
MINNEAPOLIS, MN 55402

FOR: BANKING SERVICES; INVESTMENT MAN-
AGEMENT SERVICES; INVESTMENT ADVISORY
SERVICES; INVESTMENT CONSULTATION SERV-
ICES; INVESTMENT OF FUNDS FOR OTHERS; AND
TRUST MANAGEMENT SERVICES, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

FIRST USE 0–0–1928; IN COMMERCE 0–0–1928.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT
TO USE BANK, APART FROM THE MARK AS
SHOWN.

SEC. 2(F) AS TO "SANTA MONICA".

SER. NO. 75–906,341, FILED 1–31–2000.

PAUL F. GAST, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,932,762
Registered Mar. 15, 2005

## SERVICE MARK
## PRINCIPAL REGISTER

## SOUTHBANK

COMMONWEALTH SAVINGSHARES CORPORA-
TION (DELAWARE CORPORATION)
118 JEFFERSON STREET
HUNTSVILLE, AL 35801

FOR: BANKING AND FINANCIAL SERVICES,
NAMELY, FULL SERVICE PERSONAL, BUSINESS
AND COMMERCIAL BANKING SERVICES; FINAN-
CIAL MANAGEMENT AND ADVISORY SERVICES
FOR OTHERS; CREDIT CARD SERVICES; DEBIT
CARD SERVICES; COMMERCIAL LENDING SER-
VICES; MORTGAGE AND CONSUMER LENDING
SERVICES; INVESTMENT BANKING SERVICES;
INVESTMENT BROKERAGE, CONSULTATION

AND MANAGEMENT; SECURITIES BROKERAGE;
FINANCIAL PORTFOLIO MANAGEMENT; FINAN-
CIAL PLANNING; ELECTRONIC AND ONLINE
BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100,
101 AND 102).

FIRST USE 5-11-1990; IN COMMERCE 5-11-1990.

SER. NO. 78-257,675, FILED 6-3-2003.

ELIZABETH PIGNATELLO, EXAMINING ATTOR-
NEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

United States Patent and Trademark Office

**Reg. No. 2,412,606**

**Registered Dec. 12, 2000**

## SERVICE MARK
### PRINCIPAL REGISTER

# SOUTHERN CALIFORNIA BANK

U.S. BANCORP. (DELAWARE CORPORATION)
601 SECOND AVENUE SOUTH
MINNEAPOLIS, MN 55402

FOR: BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10–0–1981; IN COMMERCE 10–0–1981.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE ''BANK'', APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO ''SOUTHERN CALIFORNIA''.

SER. NO. 75–906,369, FILED 1–31–2000.

PAUL F. GAST, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,519,114

Registered Dec. 18, 2001

### SERVICE MARK
### PRINCIPAL REGISTER



MISSISSIPPI VALLEY BANCSHARES, INC. (MIS-SOURI CORPORATION)
700 CORPORATE PARK DRIVE
ST. LOUIS, MO 63105

FOR: BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-0-1998; IN COMMERCE 5-0-1998.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

SER. NO. 75-726,758, FILED 6-11-1999.

TONJA GASKINS, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,174,122

Registered July 21, 1998

### SERVICE MARK
### PRINCIPAL REGISTER

## SOUTHWEST BANK

SOUTHWEST BANK (TEXAS BANK CHAR-
TERED)
P.O. BOX 962020
FORT WORTH, TX 761622020

FOR: BANKING SERVICES, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).
FIRST USE 12–31–1973; IN COMMERCE
12–31–1973.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK", APART FROM THE
MARK AS SHOWN.

SER. NO. 74–589,178, FILED 10–21–1994.

DEBORAH R. GREENBERG, EXAMINING AT-
TORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,680,632
Registered Jan. 28, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## ST FRANCIS BANK

ST. FRANCIS CAPITAL CORPORATION (WIS-
CONSIN CORPORATION)
13400 BISHOPS LANE, SUITE 350
BROOKFIELD, WI 53005

FOR: BANKING SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 0-0-1990; IN COMMERCE 0-0-1990.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK", APART FROM THE
MARK AS SHOWN.

SER. NO. 76-386,215, FILED 3-22-2002.

LESLIE RICHARDS, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cl.: 102

**United States Patent and Trademark Office**

Amended

Reg. No. 1,530,060

Registered Mar. 14, 1989

OG Date Feb. 18, 1997

## SERVICE MARK
## PRINCIPAL REGISTER



STERLING BANK AND TRUST, FSB
   (UNITED STATES FEDERALLY
   CHARTERED SAVINGS BANK),
17TH FLOOR
ONE TOWNE SQUARE
SOUTHFIELD, MI 48076, BY CHANGE
   OF NAME FROM STERLING SAV-
   INGS BANK (MICHIGAN CORPORA-
   TION) SOUTHFIELD, MI

FOR: BANKING SERVICES, IN CLASS
36 (U.S. CL. 102).

   FIRST USE 3–20–1988; IN COMMERCE
3–30–1988.

   SER. NO. 73–731,821, FILED 5–31–1988.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Feb. 18, 1997.*

**COMMISSIONER OF PATENTS AND TRADEMARKS**

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

United States Patent and Trademark Office

Reg. No. 3,205,422

Registered Feb. 6, 2007

## SERVICE MARK
### PRINCIPAL REGISTER



BANK OF ST. PETERSBURG (FLORIDA COR-
PORATION)
ONE TAMPA CITY CENTER, SUITE 100
TAMPA, FL 33602

  FOR: BANKING SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

  FIRST USE 7-0-2003; IN COMMERCE 7-0-2003.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK OF ST. PETERSBURG",
APART FROM THE MARK AS SHOWN.

SER. NO. 78-755,960, FILED 11-17-2005.

JAMES STEIN, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 3,170,304
Registered Nov. 7, 2006

## SERVICE MARK
### SUPPLEMENTAL REGISTER

# BANK OF ST. PETERSBURG

BANK OF ST. PETERSBURG (FLORIDA COR-
PORATION)

ONE TAMPA CITY CENTER, SUITE 100

TAMPA, FL 33602

FOR: BANKING SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 7-0-2003; IN COMMERCE 7-0-2003.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK", APART FROM THE
MARK AS SHOWN.

SER. NO. 78-755,945, FILED P.R. 11-17-2005; AM.
S.R. 9-21-2006.

JAMES STEIN, EXAMINING ATTORNEY

Int. Cls.: **35, 36, 37, 39, 42, and 44**

Prior U.S. Cls.: **100, 101, 102, 103, 105, and 106**

**United States Patent and Trademark Office**

Reg. No. **3,071,958**

Registered Mar. 21, 2006

## SERVICE MARK
### PRINCIPAL REGISTER



SUSQUEHANNA BANCSHARES, INC. (PENN-SYLVANIA CORPORATION)

26 NORTH CEDAR STREET

LITITZ, PA 175437000

FOR: LEASING OF OFFICE EQUIPMENT, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-6-2004; IN COMMERCE 5-6-2004.

FOR: BANKING, INSURANCE AND FINANCIAL SERVICES, NAMELY, BROKERAGE OF PROPER-TY, LEASING OF REAL ESTATE, LEASE SECUR-ITIZATION, LEASING OF OFFICE SPACE, INSURANCE BROKERAGE, CASUALTY AND LIFE INSURANCE AND ANNUITY CONTRACTS, CRED-IT LIFE REINSURANCE, MUTUAL FUND BROKERAGE SERVICES, SECURITIES BROKER-AGE SERVICES, ESTATE TRUST MANAGEMENT; TRUST SERVICES, NAMELY, INVESTMENT AND TRUST COMPANY SERVICES AND ASSET MAN-AGEMENT SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-6-2004; IN COMMERCE 5-6-2004.

FOR: LEASING OF BUILDING MACHINERY AND CONSTRUCTION EQUIPMENT, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 5-6-2004; IN COMMERCE 5-6-2004.

FOR: LEASING OF VEHICLES, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 5-6-2004; IN COMMERCE 5-6-2004.

FOR: LEASING OF COMPUTERS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-6-2004; IN COMMERCE 5-6-2004.

FOR: LEASING OF MEDICAL EQUIPMENT, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 5-6-2004; IN COMMERCE 5-6-2004.

THE MARK CONSISTS OF THE WORD MARK SUSQUEHANNA PLUS A STAR DESIGN.

SN 78-400,690, FILED 4-13-2004.

MICHAEL ENGEL, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,980,295

Registered July 26, 2005

## SERVICE MARK
### SUPPLEMENTAL REGISTER

# TexasBank

TEXASBANK (TEXAS BANKING ASSOCIATION)
2525 RIDGMAR BLVD.
FORT WORTH, TX 76116

FOR: BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1986; IN COMMERCE 0-0-1986.

THE MARK CONSISTS OF THE WORD TEXAS-BANK, AS ONE WORD WITH THE LETTERS "T"

AND "B" IN UPPER CASE AND THE REMAINING LETTERS IN LOWER CASE. NO CLAIM IS MADE TO THE FONT.

SER. NO. 78-399,212, FILED P.R. 4-9-2004; AM. S.R. 5-13-2005.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,187,730
Registered Sep. 8, 1998

## SERVICE MARK
### PRINCIPAL REGISTER



BANK OF OKLAHOMA, NATIONAL ASSOCIA-
TION (UNITED STATES BANKING ASSO-
CIATION)
P.O. BOX 2300
TULSA, OK 74192

FOR: BANKING SERVICES, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).
FIRST USE 1-1-1998; IN COMMERCE
1-1-1998.
OWNER OF U.S. REG. NO. 1,056,277.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BANK OF TEXAS, N.A.",
APART FROM THE MARK AS SHOWN.
THE MARK IS LINED FOR THE COLOR
RED.

SER. NO. 75-350,020, FILED 9-2-1997.

NORA BUCHANAN WILL, EXAMINING AT-
TORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,370,046

Registered July 25, 2000

## SERVICE MARK
## PRINCIPAL REGISTER

## TRI-STATE BANK

VECTRA BANK COLORADO, N.A. (COLORADO CORPORATION)
1650 SOUTH COLORADO BOULEVARD
SUITE 320
DENVER, CO 80222

FOR: BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).
FIRST USE 0-0-1963; IN COMMERCE 0-0-1963.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.
SEC. 2(F).

SER. NO. 75-559,524, FILED 9-25-1998.

LINDA M. KING, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,071,147
Registered Mar. 21, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# TRITON

DELAWARE CAPITAL FORMATION, INC. (DE-
LAWARE CORPORATION)
SUITE 102
1403 FOULK ROAD
WILMINGTON, DE 198032755

FOR: ATM TRANSACTION SERVICES, NAMELY,
ELECTRONIC FUND TRANSFER AND CHECK
CASHING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,507,246, 2,831,882
AND OTHERS.

SER. NO. 78-640,968, FILED 6-1-2005.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,514,180

Registered Dec. 4, 2001

### SERVICE MARK
### PRINCIPAL REGISTER

## UNION ATLANTIC LC

UNION ATLANTIC LC (FLORIDA LIMITED LIABILITY COMPANY)
3300 PGA BLVD.
PALM BEACH GARDENS, FL 33410

FOR: INVESTMENT BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-31-1996; IN COMMERCE 8-31-1996.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LC", APART FROM THE MARK AS SHOWN.

SER. NO. 75-904,681, FILED 1-26-2000.

GERALD C. SEEGARS, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,782,280
Registered Nov. 11, 2003

### SERVICE MARK
### PRINCIPAL REGISTER

## UNITY

ONEUNITED BANK (MASSACHUSETTS TRUST COMPANY)
133 FEDERAL STREET
BOSTON, MA 02110 BY CHANGE OF NAME BOSTON BANK OF COMMERCE, THE (MASSACHUSETTS TRUST COMPANY) BOSTON, MA 02110

FOR: BANKING SERVICES, NAMELY, SAVINGS ACCOUNT, MONEY MARKET ACCOUNT AND CHECKING ACCOUNT SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-0-2002; IN COMMERCE 12-0-2002.

OWNER OF U.S. REG. NOS. 2,046,545, 2,175,279, AND OTHERS.

SN 76-038,049, FILED 5-1-2000.

KAREN M. STRZYZ, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,012,979
Registered Nov. 8, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

# WEBSTER BANK

WEBSTER FINANCIAL CORPORATION (DELA-
WARE CORPORATION)
145 BANK STREET
WATERBURY, CT 06702

FOR: FINANCIAL AND INSURANCE SERVICES, NAMELY, BANKING SERVICES, PERSONAL AND COMMERCIAL BANKING SERVICES, CHECKING ACCOUNT SERVICES, SAVINGS ACCOUNT SERVICES, DIRECT DEPOSIT SERVICES, DEPOSIT SERVICES, SAFETY DEPOSIT BOX SERVICES, CERTIFICATES OF DEPOSIT, ONLINE BANKING, ONLINE BILL PAYMENT SERVICES, WIRE TRANSFER SERVICES, AUTOMATED TELLER MACHINE SERVICES, ELECTRONIC FUNDS TRANSFER SERVICES, CREDIT CARD AND DEBIT CARD SERVICES, INVESTMENT BANKING SERVICES, PROVIDING BANKING AND SECURITIES UNDERWRITING AND BROKERAGE SERVICES; MORTGAGE AND LENDING SERVICES; PERSONAL LOANS, COMMERCIAL LOANS, PERSONAL LINES OF CREDIT, MORTGAGE LOANS, HOME EQUITY LOANS, REAL ESTATE FINANCING SERVICES, LEASE-PURCHASE FINANCING SERVICES, OFFERING FINANCING IN THE FORM OF EQUITY SERVICES; FINANCIAL PLANNING, FINANCIAL ADVISORY SERVICES, FINANCIAL MANAGEMENT SERVICES, FINANCIAL MANAGEMENT, NAMELY, ASSET MANAGEMENT, INVESTMENT MANAGEMENT, INVESTMENT CONSULTATION, FUND INVESTMENT SERVICES, INVESTMENT BROKERAGE SERVICES, VALUATION SERVICES, MONEY MARKET ACCOUNT SERVICES, MUTUAL FUND ADMINISTRATION AND BROKERAGE SERVICES; TRUST SERVICES, NAMELY, INVESTMENT AND TRUST COMPANY SERVICES, FIDUCIARY SERVICES, NAMELY, TRUST AND ESTATE PLAN CONSULTATION, ESTATE SETTLEMENT; TRUST, ESTATE AND INVESTMENT CUSTODY, ADMINISTRATION, RECORD KEEPING AND REPORTING SERVICES, NAMELY, SAFEKEEPING, INVESTING AND MANAGING ASSETS, EXECUTING AND SETTLING SECURITIES TRADES, CORPORATE FINANCIAL ACTION REPORTING AND MANAGEMENT, FINANCIAL TRANSACTION PROCESSING, BILL PAYMENT, TRACKING AND REPORTING FINANCIAL ACCOUNT, ASSET AND FINANCIAL TRANSACTION INFORMATION, ONLINE FINANCIAL ACCOUNT SERVICES, PREPARING ACCOUNT STATEMENTS AND SUMMARIES; RETIREMENT PLANNING; ERISA, TAFT-HARTLEY, EMPLOYEE BENEFIT AND EMPLOYEE PENSION PLAN ADMINISTRATION AND CONSULTATION; INSURANCE AGENCY, BROKERAGE, UNDERWRITING AND ADMINISTRATION SERVICES IN THE FIELDS OF LIFE, ACCIDENT, HEALTH, DISABILITY, LONG-TERM CARE, MANAGEMENT AND PROFESSIONAL LIABILITY, CREDIT AND EXPORT, TRAVEL, SURETY, PROPERTY, CASUALTY, AUTOMOBILE, HOME AND FIRE INSURANCE; RISK MANAGEMENT; PROVIDING INFORMATION IN THE FIELDS OF BANKING, FINANCE, TRUSTS, ESTATES, INVESTMENTS, ASSET MANAGEMENT, FINANCIAL PLANNING, EMPLOYEE BENEFIT PLANS, EMPLOYEE PENSION PLANS, AND INSURANCE THROUGH ELECTRONIC MEANS AND BY TELEPHONE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-1-1995; IN COMMERCE 11-1-1995.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,310,657, 2,617,057 AND OTHERS.

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,801,838

Registered Jan. 6, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## WEBSTER

WEBSTER FINANCIAL CORPORATION (DELA-
WARE FEDERAL BANKING INSTITUTION)
145 MAIN STREET
WATERBURY, CT 06702

FOR: BANKING SERVICES, NAMELY, PROVID-
ING PERSONAL AND COMMERCIAL BANKING
SERVICES; PROVIDING BANKING SERVICES; DI-
RECT DEPOSIT SERVICES, MORTGAGE LENDING
SERVICES, COMMERCIAL AND CONSUMER
LENDING SERVICES, REAL ESTATE FINANCING
SERVICES, LEASE-PURCHASE FINANCING SER-
VICES, INVESTMENT BANKING SERVICES, CRED-
IT CARD AND DEBIT CARD SERVICES, SAFETY
DEPOSIT BOX SERVICES, WIRE TRANSFERS, CER-
TIFIED CHECKS, ELECTRONIC FUNDS TRANS-
FERS, PROVIDING BANK ACCOUNT
INFORMATION BY TELEPHONE, AUTOMATED
TELLER MACHINE SERVICES, INSTALLMENT
LOANS, LOAN FINANCING, PROVIDING LOANS
SECURED BY COMMERCIAL PAPER, PROVIDING
TEMPORARY LOANS; OFFERING FINANCING IN
THE FORM OF EQUITY SERVICES; FINANCIAL
MANAGEMENT AND ADVISORY SERVICES,
NAMELY, INVESTMENT MANAGEMENT, TRUST
AND ESTATE PLANNING, RETIREMENT PLAN-
NING, COLLEGE TUITION PLANNING, AND CUS-
TOMIZED FINANCIAL MANAGEMENT; FUND

INVESTMENT SERVICES, INCLUDING ONLINE
FUND INVESTMENT SERVICES; INVESTMENT
BROKERAGE SERVICES; CHECKING ACCOUNT
SERVICES; SAVINGS ACCOUNT SERVICES; CER-
TIFICATES OF DEPOSIT; PERSONAL LINES OF
CREDIT; PERSONAL LOANS; ONLINE BANKING;
ONLINE BILL PAYMENT SERVICES; MORTGAGE
LOANS; HOME EQUITY LOANS; CREDIT CARD
SERVICES; MONEY MARKET ACCOUNT SERVI-
CES; SECURITIES UNDERWRITING AND SECURI-
TIES BROKERAGE SERVICES; MUTUAL FUND
ADMINISTRATION AND BROKERAGE SERVICES;
HOME, ACCIDENT, FIRE AND LIFE INSURANCE
UNDERWRITING AND BROKERAGE SERVICES;
AND PROVIDING INFORMATION IN THE FIELD
OF BANKING, FINANCE AND INSURANCE
THROUGH ELECTRONIC MEANS, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

FIRST USE 11-1-1995; IN COMMERCE 11-1-1995.

SEC. 2(F).

SER. NO. 76-417,838, FILED 6-6-2002.

MICHAEL BAIRD, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent and Trademark Office

Reg. No. 1,530,058
Registered Mar. 14, 1989

## SERVICE MARK
### PRINCIPAL REGISTER

## BANK OF WEST VIRGINIA

ONE VALLEY BANCORP OF WEST VIRGINIA, INC. (WEST VIRGINIA CORPORATION)
P.O. BOX 1793
CHARLESTON, WV 25326

FOR: BANKING SERVICES, IN CLASS 36 (U.S. CL. 102).

FIRST USE 8–1–1951; IN COMMERCE 8–1–1951.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 730,997, FILED 5–26–1988.

MARY C. SCHIMELFENIG, EXAMINING AT-TORNEY

Adelphi University Adirondack Community College Adrian College Agricultural and Technical College at Farmingdale Air Force Institute of Technology Alabama State University Alaska Pacific University Albany Law School Alderson Broaddus College Alfred University Allegany Community College Amherst College Andover College Antelope Valley College Arkansas State University Atlanta University Austin College Avila College Babson College Baldwin-Wallace College Bard College Barnard College Barry College Barton County Community College Bates College Bay Path College Belhaven College Belmont Technical College Bennington College Berkeley School Beth Medrash Govoha Bethel Theological Seminary Black Hills State College Boise State University Boston College Bradley University Brandeis University Briar Cliff College Brooks College Brown University Bryn Mawr College Cabrillo College Caldwell College California Institute of Technology California Lutheran College Calumet College Calvin College Cameron University Canisius College Caribbean Center for Advanced Studies Caribbean University College Carnegie-Mellon University Casper College Cedar Valley College Central Bible College Chaminade University of Honolulu University of Charleston Chestnut Hill College Chipola Junior College Christopher Newport College Citrus College Clarendon College Clark College Cleveland Institute of Art Colby College Colgate University Columbia College Concordia College Corcoran School of Art Creighton University Culinary Institute of America Cypress College Dakota State College Dallas Baptist College University of Dallas Dartmouth College Defiance College Denison University University of Denver Detroit College of Law Dickinson College Dr. Martin Luther College Drake University Drexel University Duke University Duquesne University Earlham College East-West University Eastern Montana College Eckland College Edmonds Community College Electronic Institutes Elmira College Emerson College Emmanuel College Emory University Eureka College Evergreen State College Fairfield University Fairleigh Dickinson University Fashion Institute of Technology Feather River College Ferrum College Fisk University Fitchburg State College University of Florida Fordham University Fort Lauderdale College Forsyth Technical Community College Francis Marion College Franklin and Marshall College Franklin Pierce College Frederick Community College Friends University Frostburg State

# 2006 Higher Education Directory®

University Fuller Theological Seminary Furman University Gainesville College Galveston College Gannon University Gateway Technical Institute Gem City College Geneva College George Mason University Georgia Military College Gettysburg College Goddard College Golden Gate University Gonzaga University Goshen College Graceland College Grand Canyon College Grantham College of Engineering Gratz College Green Mountain College Greenville Technical College Grossmont College University of Guam Guilford College Gulf Coast Community College Gustavus Adolphus College Hagerstown Junior College Hamilton College Hampshire College Hardin-Simmons University Harford Community College Harrington Institute of Interior Design Hartford Seminary Harvard University Harvey Mudd College Hawkeye Community College Nathaniel Hawthorne College Heald College Hebrew College Heidelberg College Henderson State University Hershey Medical Center High Point College Hilbert College Hinds Junior College Hobart and William Smith Colleges Hofstra University Holy Cross College Holyoke Community College Honolulu Community College Hood College Johns Hopkins University Sam Houston State University Howard University Hunter College Huron College University of Idaho Illinois Institute of Technology Immaculata College Imperial Valley College Incarnate Word College Indiana University Inver Hills Community College Ithaca College Jackson State University Jamestown College Jefferson College Jersey City State College Jesuit School of Theology John Brown University Joliet Junior College Kalamazoo College Kansas Technical Institute Katharine Gibbs School Keller Graduate School of Management Kendall College Kent State University Kentucky College of Technology Kenyon College Keuka College King College La Salle University Lackawanna Junior College Lafayette College Lake Erie College Lake Forest College Lake Michigan College Lakeland College Laredo Junior College Latter-Day Saints Business College Lee College Lehigh University Lewis and Clark College Lincoln University Long Beach City College Loras College Los Medanos College Louisburg College Louisiana College Loyola College Luther Theological Seminary Macalester College MacMurray College Madonna College Malcolm X College Manatee Junior College Manhattan College Marietta College Maritime College Marquette University Mary Baldwin College Mary Washington College Maryland College of Art and Design Marymount College Mattatuck Community College Mayo Medical School McCook Community College McIntosh College Medical College of Georgia Memphis State University Mercy College Methodist College Miami University of Ohio Middlebury College Midland College Milligan College Mills College Mineral Area College Mississippi College Missouri Valley College Mobile College Monroe Community College Moorpark College Morehouse College Morningside College Morris College Mount Holyoke College Mount Hood Community College Muskingum College Navajo Community College Nazareth College Nebraska Christian College Neumann College New England College New Hampshire College New Mexico Junior College New York Law School New York University Nichols College North Central Technical College North Georgia College North Idaho College Northeastern University Northern Kentucky University Northland College Northwestern College Northwood University Notre Dame University Nyack College Oakland University Oblate College Oakland Community College Ohio Northern University Ohio Wesleyan University Oklahoma Panhandle State University Olean Business Institute Olivet College Onondaga Community College Oregon Institute of Technology University of Oregon Otterbein College Pacific University Paine Institute Paul Quinn College Peabody Institute of Johns Hopkins University Peace College University of Pennsylvania Phillips College Pine Manor College Pitzer College University of Portland Prairie State College Presentation College Princeton University Puerto Rico Junior College Queens College Quincy College Radcliffe College Randolph-Macon College Rappahannock Community College Reed College Richard J. Daley College Roanoke College Rochester Institute of Technology Saint Catherine College Saint John Fisher College Saint Olaf College Saint Xavier College Salem State College San Antonio College San Diego State University Carl Sandburg College Sarah Lawrence College Scripps College Simmons College Skidmore College Smith College Strayer College Swarthmore College Temple University Texas A & M University Texas Lutheran College Thiel College Thomas More College Tiffin University Towson State University Transylvania University Trinity College Tufts University Tuskegee Institute Union Theological Seminary United States Military Academy University of Nebraska Upper Iowa University Upsala College Ursuline College Utah State University Vale Technical Institute Valparaiso University Vanderbilt University Vassar College Vermont Law School Villanova University Virginia Military Institute Virginia Union University Vista College Wabash College Wagner College Wake Forest University Walla Walla Community College Wartburg College Washington and Lee University Waycross College Wayne State University Waynesburg College Weber State College Wesley College West Los Angeles College West Virginia University Western New England College Western Texas College Westminster College Wheaton College Wheelock College Whitman College Whitworth University Willamette University Williams College Winthrop College Wittenberg University Wood Junior College Yale University York **Exhibit B** ege

# 2006 Higher Education Directory®

Published by

Higher Education Publications, Inc.

Edited by
Jeanne M. Burke

Editors Emeriti
Mary Pat Rodenhouse
Constance Healey Torregrosa

Falls Church, Virginia

**2006**

All rights reserved, no part of the Directory may be reproduced in any form or by any electronic or mechanical means including information storage and retrieval systems without permission in writing from the publisher.

Copyright © 2005 by
Higher Education Publications, Inc.
6400 Arlington Boulevard, Suite 648
Falls Church, VA 22042
(703) 532-2300
FAX (703) 532-2305
Email: info@hepinc.com
Internet address: www.hepinc.com

•
Carnegie classification codes with permission from
The Carnegie Foundation for the Advancement of Teaching.

Internet addresses (URL's) were originally drawn from lists maintained by Washington and Lee University and the University of North Carolina-Chapel Hill and through the annual survey sent out by Higher Education Publications, Inc.

Printed in the United States of America

ISBN 0-914927-49-3
ISSN 0736-0797
Library of Congress Catalogue Card Number: 83-641119
Library of Congress Cataloging-in Publication Data

HEP. . . Higher Education Directory®
   Falls Church, VA; Higher Education Publications.
   V.: 28cm
   Annual
   Began with issue for 1983.

   A directory of accredited postsecondary, degree-granting institutions in the U.S., its possessions and territories accredited by regional, national, professional and specialized agencies recognized as accrediting bodies by the U.S. Secretary of Education and by the Council for Higher Education Accreditation (CHEA) which honors recognition provided by the former Council on Postsecondary Accreditation (COPA)/Commission on Recognition of Postsecondary Accreditation (CORPA)
   Description based on 2006.
   Cover title: 2006 Higher Education Directory®
   Spine title: 2006 Higher Education Directory® Twenty-fourth Edition

   ISSN 0736-0797 = The Higher Education Directory®.

1. Education, Higher—United States—Directories.
2. Recognized accrediting agencies and associations—United States—Directories.
3. Acronyms, explanatory notes and symbols—United States—Directories.
4. Institution changes (additions, deletions, mergers, and name changes)—United States—Directories.
5. Administrative officers, titles and title codes—United States—Directories.
6. United States Department of Education offices, statewide agencies for higher education and educational associations (and consortia)—United States—Directories.
7. Religious affiliation by denomination.
8. Carnegie classification codes.
9. Statistics.
10. Universities and colleges—United States—Directories.
11. College administrators alphabetical listing, phone numbers—United States—Directories.
12. Regional, national, professional and specialized accreditation alphabetical listing—United States—Directories.
13. Institutional FICE & Unit ID Number listing—United States—Directories.
14. Institutional alphabetical listing—United States—Directories.
I. Higher Education Publications, Inc.
II. Title: Higher Education Directory®.

L901.E34   378.73-dc19   83-641119   AACR 2 MARC-S

# Table of Contents

Acknowledgments ................................................................................................................ iv

Preface ............................................................................................................................... v

Foreword ........................................................................................................................... vii

Accrediting Agencies ....................................................................................................... viii

Abbreviations, Explanatory Notes and Symbols .............................................................. xvii

Institution Changes ........................................................................................................... xxi

Codes and Descriptions of Administrative Officers ........................................................ xxviii

Statewide Agencies of Higher Education ........................................................................ xxix

Higher Education Associations ...................................................................................... xxxiii

Consortia of Institutions of Higher Education ................................................................. xlii

Association Name Index .................................................................................................. xlv

Institutions by Religious Affiliation ................................................................................. xlvi

Carnegie Classification Code Definitions ........................................................................ xlix

Statistics ............................................................................................................................... l

Universities, Colleges and Schools ...................................................................................... 1

Index of Key Administrators ............................................................................................ 525

Accreditation Index of Institutions by Regional, National, Professional
    and Specialized Agencies ........................................................................................... 919

Index of FICE Numbers .................................................................................................. 967

Index of Universities, Colleges and Schools ................................................................... 983

# MINNESOTA

## Academy College   (A)

1101 East 78th Street, Minneapolis MN 55420
County: Hennepin    FICE Identification: 020503
Unit ID: 172866
Telephone: (952) 851-0066    Carnegie Class: Associate's
FAX Number: (952) 851-0094    Calendar Class: Quarter
URL: www.academycollege.edu
Established: 1936    Annual Undergrad Tuition & Fees: $15,997
Enrollment: 325    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: 2-Year Principally Bachelor's Creditable
Accreditation: ACICS

01   Director .................................................. Ms. Mary ERICKSON

## Adler Graduate School   (B)

1001 Highway 7, Suite 301, Hopkins MN 55305-4723
County: Hennepin    FICE Identification: 030519
Unit ID: 374024
Telephone: (952) 988-4170    Carnegie Class: Special Specialized
FAX Number: (952) 988-4171    Calendar Class: Quarter
URL: www.alfredadler.org
Established: 1969    Annual Graduate Tuition & Fees: $9,720
Enrollment: 159    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's; No Undergraduates
Program: Professional
Accreditation: NH

01   President ...................................... Dr. Dennis W. RISLOVE
05   Chief Academic Officer ....................... Dr. Daniel HAUGEN
04   Assistant to the President ......... Ms. Margie MCGOVERN
07   Director of Admissions/Student Svcs .......... Ms. Evelyn HAAS

## American Academy of Acupuncture and Oriental Medicine   (C)

1925 West County Road B2, Roseville MN 55113-2703
County: Ramsey    FICE Identification: 038333
Telephone: (651) 631-0204    Carnegie Class: Other
FAX Number: (651) 631-0361    Calendar System: Trimester
URL: www.aaaom.org
Established: 1997    Annual Graduate Tuition & Fees: $8,500
Enrollment: 100    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's; No Undergraduates
Program: Professional
Accreditation: ACUP

01   President .......................................... Dr. Changzhen GONG

## Argosy University/Twin Cities   (D)

1515 Central Parkway, Eagan MN 55121
County: Dakota    FICE Identification: 007619
Unit ID: 173984
Telephone: (651) 846-2882    Carnegie Class: Associate's
FAX Number: (651) 994-0144    Calendar Class: Semester
URL: www.argosyu.edu
Established: 1961    Annual Undergrad Tuition & Fees: $14,810
Enrollment: 1,582    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Doctorate
Program: Occupational; 2-Year Principally Bachelor's Creditable; Professional
Accreditation: ANH, CLPSY, DH, DMS, HT, MAC, MLTAD, RAD, RTT

02   Campus President ....................... Dr. William COWAN
05   Vice Pres Academic Affairs ............. Dr. Jack O'REGAN
07   Director of Admissions ............. Jeanne STONEKING
06   Director Student Services ............................. Aprile EICH
08   Director Library Services ..................... Carl RALSTON
21   Business Manager ............... Dan MITTLESTAEDT

## The Art Institutes International Minnesota   (E)

15 South 9th Street, Minneapolis MN 55402-2808
County: Hennepin    FICE Identification: 010248
Unit ID: 173887
Telephone: (612) 332-3361    Carnegie Class: Associate's
FAX Number: (612) 904-1541    Calendar Class: Quarter
URL: www.aim.artinstitutes.edu
Established: 1964    Annual Undergrad Tuition & Fees: $17,472
Enrollment: 1,393    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational
Accreditation: ACICS, ACFEI

01   President ............................................... Larry HORN

## Augsburg College   (F)

2211 Riverside Avenue, Minneapolis MN 55454-1398
County: Hennepin    FICE Identification: 002334
Unit ID: 173045
Telephone: (612) 330-1000    Carnegie Class: Master's I
FAX Number: (612) 330-1649    Calendar System: 4/1/4
URL: www.augsburg.edu
Established: 1869    Annual Undergrad Tuition & Fees: $21,460
Enrollment: 3,375    Coed
Affiliation or Control: Evangelical Lutheran Church In America
IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, ARCPA, MUS, NURSE, SW, TED

01   President ............................... Dr. William V. FRAME
05   Provost & Dean of the College ........ Dr. Christopher W. KIMBALL
93   Vice Pres Finance/Administration ........ Mr. Richard K. ADAMSON
30   Interim Vice Pres Advancement ........ Ms. Tracy L. ELFTMANN
84   VP Planning & Market Development ........ Mr. Thomas F. MORGAN
12   Director Rochester Program ................ Dr. Richard J. THONI
26   Dir of Public Rels & Communications ........ Mr. Dan F. JORGENSEN
42   Campus Pastor ...................................... Rev. David T. WOLD
37   Director Student Financial Services ........ Mr. Paul L. TERRIO
46   Registrar ................................... Mr. Wayne H. KALLESTAD
07   Director of Admissions ......................................... Vacant
93   Dir Enrollment Plng/Systems Devel ........ Mr. James C. ERCHUL
18   Director Facilities Management ............ Mr. David A. DRASS
25   Director Sponsored Programs ........ Mrs. Carol M. FORBES
29   Interim Director Alumni Relations ............ Ms. Heidi BREEN
36   Director Ctr Service/Work/Learning ........ Ms. Lois A. OLSON
13   Chief Information Officer .............. Mr. Leif B. ANDERSON
21   Controller .......................................... Mr. Jeffry S. SWENSON
38   Director Counseling & Health Promo ........ Ms. Nancy G. GUILBEAULT
15   Director Human Resources ...................................... Vacant
39   Director Residence Life ..................... Ms. Ann M. KLAMER
30   Director Development .......................... Mr. Stephen PREUS
32   Dir Student Act/Orientation ............. Mr. Marcus SKJERVEM
08   Director Library Services ....................... Ms. Jane A. NELSON
86   Dir Government/Community Relations ........ Mr. Tracy BECKMAN
19   Director Public Safety ......................... Mr. John PACK
84   Dir Corporate/Foundation Relations ........ Mrs. Amy SUTTON
88   Director Parent/Family Relations ........ Ms. Sally DANIELS
88   Dir Weekend Col/Rochester Admiss ........ Ms. Carrie M. CARROLL
88   Director Step Up Program ................ Ms. Patrice SALMERI
88   Director Advancement Services ........ Mr. Kevin HEALY
41   Women's Athletic Director ............ Ms. Marilyn FLORIAN
41   Men's Athletic Director ............ Mr. Paul H. GRAUER
84   Dean of Enrollment Management ........ Ms. Julie A. OLSON
40   Bookstore Manager ......................... Ms. Laura SOLER
96   Manager Central Support Services ........ Mr. Matthew RUMPZA
20   Academic Dean ............ Ms. Barbara EDWARDS FARLEY
35   Dean of Students ....................... Ms. Anne L. GARVEY
18   Assoc Dean International Programs ........ Mr. Orval J. GINGERICH
88   Assoc Dean Teaching/Lrng Enhancement ........ Ms. Frankie B. SHACKELFORD
51   Assoc Dean Adult Programs ............ Mr. James A. SCHMIT
41   Assoc Dean Athletics/Recreation ........ Mr. Jeffrey F. SWENSON

## Bethany Lutheran College   (G)

700 Luther Drive, Mankato MN 56001-6163
County: Blue Earth    FICE Identification: 002337
Unit ID: 173142
Telephone: (507) 344-7000    Carnegie Class: Associate's
FAX Number: (507) 344-7376    Calendar Class: Semester
URL: www.blc.edu
Established: 1911    Annual Undergrad Tuition & Fees: $15,716
Enrollment: 568    Coed
Affiliation or Control: Evangelical Lutheran Synod    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General
Accreditation: NH

01   President ...................................... Dr. Dan R. BRUSS
05   Vice Pres for Academic Affairs ........ Mr. Ronald J. YOUNGE
32   Vice Pres for Student Affairs ............ Mr. Steven C. JAEGER
10   Chief Financial Officer ............ Mr. Gregory W. COSTELLO
11   Chief Administrative Officer ........ Mr. Daniel L. MUNDAHL
30   Director of Advancement ................ Mr. Arthur P. WESTPHAL
35   Dean of Students ..................... Mr. Theodore E. MANTHE
37   Financial Aid Director ............ Mr. Jeffrey W. YOUNGE
06   Registrar ............................ Mrs. Jean K. WIECHMANN
07   Director of Admissions ................ Mr. Donald M. WESTPHAL
16   Coordinator of Human Resources ........ Mrs. Paulette TOMM BOOKER
08   Director Library Media Services ........ Mr. Orrin J. AUSEN
90   Director of Information Technology ........ Mr. John M. SEHLOFF
91   Director Administrative Computing ........ Ms. Lisa A. SHUBERT
26   Director of Marketing/Public Rels ........ Mr. Lance W. SCHWARTZ
90   Director of Academic Computing ........ Mr. Mark S. MEYER
47   Fine Arts Director ..................... Mrs. Lois A. JAEGER
41   Athletic Director ......................................... Vacant
19   Director of Security ............................... Mr. Jon MOLDSTAD
40   Bookstore Manager ........................... Mr. Paul WOLD

## Bethel University   (H)

3900 Bethel Drive, Saint Paul MN 55112-6999
County: Ramsey    FICE Identification: 009058
Unit ID: 173160
Telephone: (651) 638-6400    Carnegie Class: Master's I
FAX Number: (651) 638-6001    Calendar Class: Semester
URL: www.bethel.edu

Established: 1871    Annual Undergrad Tuition & Fees: $21,300
Enrollment: 4,659    Coed
Affiliation or Control: Baptist    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: NH, AT, NURSE, SW, THEOL

02   President ...................................... Dr. George K. BRUSHABER
04   Executive Assistant to President ........ Mr. Dwaine W. LIND
05   Exec Dir/Provost Bethel Seminary ........ Dr. Leland V. ELIASON
05   Provost .................................. Dr. James H. BARNES, III
10   Executive Vice Pres Business Affs ........ Mr. James R. THOMANN
30   Exec Vice Pres Inst Advancement ........ Mr. Paul L. H. OLSON
93   Vice Pres Development .................. Mr. Bruce W. ANDERSON
26   Vice Pres Communications/Marketing ........ Ms. Sherie J. LINDVALL
18   Vice Pres Campus Services ................ Mr. Bruce A. KUNKEL
90   Vice Pres Technology Services ........ Dr. William H. DOYLE
29   Vice Pres Alumni & Parent Services ........ Mr. Joe LALUZERNE
32   Vice Pres Student Life ............ Mr. Judith A. MOSEMAN
20   Dean of Academic Programs ........ Dr. Debra K. HARLESS
46   Dean Faculty Growth & Assessment ........ Dr. Richard J. SHERRY
51   Dean Continuing Studies/Grad Prgm ........ Dr. Carl POLDING
12   Dean/Exec Ofcr Bethel Sem San Diego ........ Dr. John R. LILLIS
12   Dean/Exec Ofcr Bethel Sem East ........ Dr. Douglas W. FOMBELLE
08   Dean of Students ................ Mr. James A. FEREIRA
08   University Librarian ............ Mr. Robert C. SUDERMAN
16   Director of Human Resources ........ Mr. Bill L. GOODMAN
41   Athletic Director ............ Mr. Robert B. BJORKLUND
37   Financial Aid Officer ............ Mr. Jeffery D. OLSON
42   Campus Pastor ......................................... Vacant
07   Director of Admissions ............ Mr. Jay T. FEDJE
07   Director of Seminary Admissions ........ Mr. Joseph V. DWORAK
06   University Registrar .................. Ms. Lori K. JASS
    Director Career Counsel/     Placement ........ Ms. Kathlene A. SCHOLLJEGERDES
19   Director Security/Safety ............ Mr. Matthew M. BROWN
10   Director Campus Stores ............ Mrs. Wanda F. NELSON
23   Director of Health Services ........ Mrs. Elizabeth K. MILLER
96   Director of Purchasing ............ Mr. Richard L. CARLSON
21   Associate Business Officer ................ Mr. John BERGESON
38   Director Student Counseling ................ Dr. James KOCH
90   Director of Institutional Research ........ Mr. Daniel NELSON
04   Director of Diversity ................ Dr. Leon RODRIGUES
84   Director Enrollment Management ........ Mr. Daniel NELSON
89   Director of Freshman Studies ........ Ms. Naomi LUDEMAN-SMITH

## Brown College   (I)

1440 Northland Drive, Mendota Heights MN 55120-1004
County: Dakota    FICE Identification: 007351
Unit ID: 114849
Telephone: (651) 905-3400    Carnegie Class: Associate's
FAX Number: (651) 905-3550    Calendar Class: Quarter
URL: www.browncollege.edu
Established: 1946    Annual Undergrad Tuition & Fees: $44,000
Enrollment: 1,800    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational
Accreditation: ACCSCT

01   President/Chancellor .................. Dr. Alan T. STUTTS
03   Executive Vice President ......................................... Vacant
05   Vice President Academic Affairs ........ Ms. Terry ANDERSON
32   Vice Pres Student Management ......................................... Vacant
07   Vice Pres Admissions ................ Mr. LeRoy KURIMAY
10   Vice President Finance ............ Mr. Kevin MCGAUGHEY
12   Director Brooklyn Center Campus ........ Ms. Liz BEATTY
37   Financial Aid Director ................ Mrs. Heather BETZ
15   Director of Human Resources ........ Mr. Ross REYNOLDS
02   Director of MIS ..................... Mr. James SCANLON
36   Director of Career Services ............ Mr. Tim PETERSON
04   Assistant to the President ................ Mr. Mark FREDRICKS
06   Registrar ................................... Mr. Mark FREDRICKS
08   Librarian ......................... Ms. Kristen MEYER

## Capella University   (J)

225 South 6th Street, 9th Floor, Minneapolis MN 55402-4319
County: Hennepin    FICE Identification: 032673
Unit ID: 413413
Telephone: (888) 227-3552    Carnegie Class: Specialized-Other Specialized
FAX Number: (612) 977-5066    Calendar Class: Other
URL: www.capella.edu
Established: 1993    Annual Undergrad Tuition & Fees: $32,000
Enrollment: 12,599    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Doctorate
Program: Professional
Accreditation: NH

01   President .......................... Dr. Michael J. OFFERMAN
04   Asst to the President ........ Ms. Suzanne LAIDLAW
05   Provost ............................ Dr. Stephen SHANK
09   Vice Prov Assessment Inst Rsch ........ Dr. Dana OFFERMAN
05   Provost .................................. Dr. Karen VIECHNICKI
20   Vice Provost ......................... Mr. Ron ANDERSON
10   Chief Financial Officer .......... Ms. Lois MARTIN
21   Corporate Controller ........ Mr. Joe GAYLORD
22   Director of Finance ................ Mr. Brian FAETH

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

38  Director of Counseling .................. Mr. James W. BROWNING
88  Director of Career Counseling .......... Mr. Timothy K. BUECHER
29  Director of Alumni Affairs ............... Mrs. Nancy L. BERNSON
37  Director of Student Financial Asst ........ Mr. James M. PATTON
15  Director of Human Resources ........... Mrs. Darlene M. FISHER
36  Director Career Services/Placement ..... Ms. Jennifer L. KELLAMS
35  Dean of Students ...................... Mr. Barry K. SCHONBERGER
85  Director of Int Student Services ..... Mrs. Heidi GREGORI-GAHAN
28  Director Multicultural Center .......... Ms. Pamela F. HOPSON
14  Director of Computer Center ............... Mr. Wayne C. BOHN
90  Academic Services Analyst .................. Mr. Juzar AHMED
97  Director of Facilities Operations ....Mr. Stephen P. HELFRICH
96  Director Procurement/Distribution ....Mr. David A. GOLDENBERG
21  Director Business Office ............ Mr. Michael W. WHIPPLE
77  Director of News & Information Svcs ....... Ms. Kathy W. FUNKE
19  Director of Security ......................... Mr. Barry J. HART
39  Director of Residence Life ................... Ms. Julie PAYNE
40  Bookstore Manager .............. Mr. Michael J. GOELZHAUSER
14  Athletic Director ......................... Mr. Jon Mark HALL
24  Director Instructional Technology .... Dr. Karen H. BONNELL
35  Dean College of Business ........... Dr. R. Eugene KLIPPEL
53  Dean College Education/Human Svcs ...Dr. C. Thomas PICKERING
49  Dean College of Liberal Arts ............ Dr. David GLASSMAN
66  Dean Col Nursing/Health Professions .....Dr. Nadine A. COUDRET
81  Act Dean Coll Science/Engineering .......Dr. Scott A. GORDON

## Valparaiso University (A)
Valparaiso IN 46383-9978
County: Porter                    FICE Identification: 001842
                                        Unit ID: 152600
Telephone: (219) 464-5000          Carnegie Class: Master's I
FAX Number: (219) 464-5381        Calendar System: Semester
URL: www.valpo.edu
Established: 1859     Annual Undergrad Tuition & Fees: $22,750
Enrollment: 3,970                                        Coed
Affiliation or Control: Lutheran           IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, BUS, ENG, LAW, MUS, NURSE, SW, TED

01  President ............................... Dr. Alan F. HARRE
35  Provost/Vice Pres Academic Affs .....Dr. Roy A. AUSTENSEN
20  Associate Provost ....................... Dr. Renu JUNEJA
32  Vice President For Student Affairs ....... Dr. Bonnie L. HUNTER
10  Vice Pres Administration & Finance ....... Mr. Charley E. GILLISPIE
48  Vice Pres Admiss/Financial Aid/Mktg ..Ms. Katharine E. WEHLING
90  Vice Pres Institutional Advancement ......Rev. Richard L. MADDOX
13  Exec Director Electronic Into Sys ....... Dr. J. Michael YOHE
26  Exec Director University Relations ........ Mr. Reggie SYRCLE
06  Registrar ............................... Ms. Ann F. TROST
08  Dean Library Services .................. Mr. Richard AMRHEIN
35  Dean of Students ..................... Dr. Timothy S. JENKINS
42  University Pastor/Dean of Chapel ....Mr. Joseph R. CUNNINGHAM
19  Chief University Police ................. Mr. Edward M. LLOYD
33  Assistant Dean for Residential Life ...... Mr. Daniel T. PEDERSEN
85  Director International Studies .......... Dr. Hugh E. MCGUIGAN
37  Director Financial Aid ................ Mr. David A. FEVIG
29  Director Alumni Relations .............. Mr. James M. ACTON
15  Director Human Resources ............... Ms. Nora B. FODNESS
18  Director Physical Plant .................. Mr. Fred W. PLANT
70  Director Career Center ................ Ms. Sandra L. MCGUIGAN
38  Director Student Counseling/Dev Ctr ..... Dr. Stewart E. COOPER
47  Director Athletics ................... Mr. Mark LABARBERA
42  Dean of Christ College .................... Dr. Mel PIEHL
49  Dean College Arts & Sciences ......... Dr. Albert R. TROST
61  Dean School of Law ..................... Mr. Jay CONISON
54  Dean College of Engineering .......Dr. Kraig J. OLEJNICZAK
50  Dean College of Business Admin ......... Dr. Thomas E. BOYT
66  Dean College of Nursing ............... Dr. Janet M. BROWN
58  Dean Graduate Studies/Cont Educ .....Dr. David L. ROWLAND
71  Controller ........................... Ms. Dianne M. WOODS
28  Director of Multicultural
    Programs ...................... Ms. Jane M. BELLO-BRUNSON
96  Director of Purchasing ............... Ms. Nancy K. MONTEZ
09  Director of Institutional Research ......... Mr. Greg STINSON
07  Director of Admissions ................. Ms. Joyce LANTZ

## Vincennes University (B)
1002 North First Street, Vincennes IN 47591-1504
County: Knox                      FICE Identification: 152637
                                        Unit ID: 152637
Telephone: (812) 888-8888         Carnegie Class: Associate's
FAX Number: (812) 888-5868         Calendar System: Semester
URL: www.vinu.edu
Established: 1801     Annual Undergrad Tuition & Fees (In-State): $3,376
Enrollment: 9,020                                        Coed
Affiliation or Control: State             IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ACBSP, #ADNUR, ART, FUSER, PHUP, PTAA, SURGT, THEA

01  President ............................ Dr. Richard E. HELTON
03  Provost/Vice Pres Inst Svc ............. Mr. Dale E. DOWDEN
10  Vice Pres Financial Svcs/Govt Rels ...... Mr. Philip S. RATH
31  VP Statewide Services ............... Mr. James A. MEASHAM
32  Asst Provost Student Affairs ............. Ms. Lynn WHITE
20  Asst Provost Academic Affairs ....... Dr. Phillip E. PIERPONT
35  Director of Student Services ........... Mr. John T. LIVERS
26  Sr Dir External Relations ............. Ms. Beth A. SCHNEPF
07  Director of Admissions ........................... Vacant

08  Director of Learning Resources Ctr ....... Mr. Robert A. SLAYTON
09  Director of Inst Research/Planning ..... Dr. Roberta R. THOMAS
13  Director of Mgmt Information Center ..... Mr. Carmin A. SCHNARR
27  Director Public Information .......... Mr. Duane H. CHATTIN
88  Director of University Events ........ Mrs. Brenda L. THOMPSON
36  Director of Placement ................ Mr. Stephen M. SIMONDS
37  Director of Student Financial Aid ....... Mr. Stanley J. WERNE
36  Director Career Center/Disabil Svc .....Ms. Lynn S. MCCORMICK
38  Director of Student Computing ............ Dr. Lisa J. BISHOP
39  Director of Housing Facilities ............ Ms. Patricia A. JOST
40  Manager of Bookstore ................... Mr. Ronald L. KOTTER
30  President on VU Foundation ............. Ms. Donna S. BEARD
41  Athletic Director ....................... Mr. Steven J. MEYER
51  Director of Continuing Education ......... Ms. Karen J. SUTTON
29  Director of Alumni Relations ........ Ms. Donna S. CLINKENBEARD
85  Dir Multicultr/Internatl Stdnt Affs ..... Ms. Jennifer K. MOYNAN
12  Dean Jasper Campus ............................. Vacant
08  Director of Liberal Arts ................. Mr. David R. THASHER
18  Director of Physical Plant ......... Mr. James W. MINDERMANN
19  Director of Campus Police ............... Mr. James M. JONES
21  Controller ........................ Ms. Linda L. WALDROUP
23  Coordinator Student Health Office .....Ms. Margaret J. MILLIGAN
24  Director of Media Services ................. Mr. Jay D. WOLF
06  Registrar .......................... Ms. Donna Jo WEAVER
39  Director Residential Life ............. Ms. Dawn M. BREWER
88  Director Marketing .................. Ms. Phyllis A. CARLING
92  Director Relations ............................. Vacant
96  Director of Purchasing ............. Mr. Stephen E. RIGGINS
38  Director Academic Advising ........... Mr. Thomas E. KUNKLE
88  Dir Architectural Svcs ................... Mr. Brad M. KILLION
76  Dean Health Scl & Human Performance ..Mr. Steven D. LAMBDON
16  Dir Human Resources/AAO ......... Ms. Lorethea POTTS-RUSK
50  Dean Business/Public Service Div ....... Mr. Daniel L. BURGEI
79  Dean Humanities & Social Science ....... Ms. Mary J. TRIMBO
72  Dean Technology Division ................. Mr. Art HAASE
81  Director of Student Affairs ........... Mr. Richard H. SHIPPEE

## Wabash College (C)
301 West Wabash, PO Box 352,
Crawfordsville IN 47933-0352
County: Montgomery               FICE Identification: 001844
                                        Unit ID: 152673
Telephone: (765) 361-6100    Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (765) 361-6461         Calendar System: Semester
URL: www.wabash.edu
Established: 1832     Annual Undergrad Tuition & Fees: $23,388
Enrollment: 855                                          Male
Affiliation or Control: Independent Non-Profit  IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General
Accreditation: NH, TED

01  President .......................... Dr. Andrew T. FORD
05  Dean of College ................. Dr. Raymond B. WILLIAMS
10  Chief Financial Officer ........... Mrs. Deanna S. MCCORMICK
32  Dean of Students ................. Dr. Thomas E. BAMBREY
30  Dean for College Advancement ....... Mr. Joseph R. EMMICK
35  Associate Dean of Students ......... Mr. Michael P. RATERS
06  Registrar ............................ Dr. Julie A. OLSEN
07  Dean of Admissions .................. Mr. Steven J. KLEIN
37  Director of Financial Aid ........... Mr. R. Clinton GASAWAY
08  Librarian .......................... Mr. Larry J. FRYE
13  Director of Computer Services ...... Mr. Bradley K. WEAVER
36  Director for Career Services ......... Mr. R. Scott CRAWFORD
29  Director for Alumni Affairs ........... Mr. Thomas G. RUNGE
40  Director of Public Affairs .......... Mr. James L. AMIDON
40  Director of Bookstore ............ Mr. Michael W. BACHNER
47  Athletic Director ................... Mr. Vernon MUMMERT
44  Director of Major Gifts ............. Mr. Carroll R. BLACK
70  Director Personnel Services .......... Mrs. Catherine A. METZ
18  Chief Facilities/Physical Plant ......... Mr. Craig BELL
96  Director of Purchasing .............. Mr. Thomas E. KEEDY
21  Associate Business Officer ........... Mr. John B. CULLEY
38  Director Student Counseling ........................ Vacant

# IOWA

## AIB College of Business (D)
2500 Fleur Drive, Des Moines IA 50321-1799
County: Polk                      FICE Identification: 003963
                                        Unit ID: 153822
Telephone: (515) 244-4221          Carnegie Class: Associate's
FAX Number: (515) 244-6773         Calendar System: Quarter
URL: www.aib.edu
Established: 1921     Annual Undergrad Tuition & Fees: $15,840
Enrollment: 911                                          Coed
Affiliation or Control: Independent Non-Profit  IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: 2-Year Principally Bachelor's Creditable
Accreditation: NH

01  President .......................... Ms. Nancy A. WILLIAMS
03  Executive Vice President ............... Dr. Allen GOBEN
05  Vice Pres Enrollment & Advancement ....Dr. M. Susan CIGELMAN
36  Director for Administration .......... Ms. Joan M. BINDEL
11  Vice President for Administration ...... Dr. Debra ROBOLE
32  Vice Pres & Dean of Students .......... Mr. Terry WILSON
06  Registrar ......................... Ms. Judith WILDERMAN
22  Library Director ................... Ms. Leslie BINTNER

14  Network Engnr/Info Tech Supervisor ...... Mr. Al COMITO
36  Director of Career Services ............ Ms. Jean HITZEL
37  Director Financial Aid ................ Ms. Connie JENSEN
20  Associate Academic Dean ........... Ms. Mindi HARRISON
51  Dean Online/Continuing Education ...... Ms. Christy ROLAND
40  Bookstore Supervisor ............. Ms. Donna L. HALLSTROM
88  Dir of Student Financial Services ........... Ms. Ann POLITO
30  Sr Director Community Relations .....Ms. Mary Ann NIELSEN
39  Director of Campus Housing ........... Ms. Waneta HAILEY
28  Director Marketing & Public Rels ....... Ms. Jennifer VAN HALL
13  Director of Facilities ................ Mr. Chris SCHMIDT
15  Human Resources Specialist ........... Ms. Mindi DECKER
38  Director of Student Counseling ........... Ms. Sheila KEENE

## Allen College (E)
1825 Logan Avenue, Waterloo IA 50703-1999
County: Black Hawk                FICE Identification: 030691
                                        Unit ID: 152798
Telephone: (319) 226-2000    Carnegie Class: Specialized-Other Health
FAX Number: (319) 226-2020        Calendar System: Semester
URL: www.allencollege.edu
Established: 1989     Annual Undergrad Tuition & Fees: $12,548
Enrollment: 364                                          Coed
Affiliation or Control: Independent Non-Profit  IRS Status: 501(c)3
Highest Offering: Master's
Program: Professional
Accreditation: NH, NUR, RAD

03  Chancellor ......................... Dr. Jerry DURHAM
05  Dean Academic Affairs ............. Dr. Nancy KRAMER
88  Chair BSN & MSN Programs ........... Dr. Nancy KRAMER
88  Chair Radiography Program ......... Ms. Peggy FORTSCH
84  Enrollment Mgmt/Registrar .......Ms. Joanna RAMSDEN-MEIER
08  Coordinator Library/Media Services ....Ms. Melissa KANE
24  Media Specialist ................ Ms. Robin NICHOLSON
37  Director Financial Aid ............ Ms. Kathie WALTERS
07  Director of Admissions ............. Ms. Holly RIEDTER
32  Coordinator of Student Affairs ............. Vacant
21  Administrative Business Officer ..... Ms. Denise HANSON

## Ashford University (F)
400 North Bluff Boulevard, Clinton IA 52732-3997
County: Clinton                   FICE Identification: 001881
                                        Unit ID: 154022
Telephone: (563) 242-4023    Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (563) 242-2003        Calendar System: Semester
URL: www.ashford.edu
Established: 1918     Annual Undergrad Tuition & Fees: $14,700
Enrollment: 459                                          Coed
Affiliation or Control: Proprietary       IRS Status: Proprietary
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: NH

01  President ....................... Mr. James CHITWOOD
05  Provost ........................... Dr. Hope GARDINA
32  Dean of Student Services ........... Mr. Gary E. COOPER
26  Director of Communications ........ Mr. Larry LIBBERTON
07  Director Enrollment .............. Ms. Waunda SULLIVAN
60  Registrar & Dir Inst Rsrch ......... Gr. Kathleen HOLLAND
37  Director Financial Aid ............ Ms. Lisa KRAMER
08  Librarian ........................... Ms. Flora LOWE
40  Bookstore Manager ........... Ms. Debbie VAN ZUIDEN
29  Director of Alumni Services ...Ms. Heather HILGENDORF-COOLEY
21  Accounting Officer .............. Mr. Ryan MARCUM
50  Int Dean Sch Business/
    Computer Tech ............. Ms. M. Diane CORNILSEN
81  Dean Sch Arts & Sciences ........... Dr. William LOWE
53  Dean Sch Education & Social Sci ..... Dr. Henri PITTMAN
39  Coordinator of Residence Life .................. Vacant
41  Director of Athletics ............... Ms. Meg SCHEBLER

## *Board of Regents, State of Iowa (G)
11260 Aurora Avenue, Urbandale IA 50322-7405
County: Polk                      FICE Identification: 033443
Telephone: (515) 281-3934           Carnegie Class: N/A
FAX Number: (515) 281-6420
URL: www.state.ia.us/educate/regents

01  Executive Director ............... Mr. Gregory S. NICHOLS
03  Deputy Executive Director .......... Mr. Gary W. STEINKE
10  Director Business & Finance ......Mrs. Pamela M. ELLIOTT CAIN
15  Director Legal Affrs/Human Resources ..... Mr. Thomas A. EVANS

## *Iowa State University (H)
Ames IA 50011-0002
County: Story                     FICE Identification: 001869
                                        Unit ID: 153603
Telephone: (515) 294-4111   Carnegie Class: Doctoral/Research Ext
FAX Number: (515) 294-2592        Calendar System: Semester
URL: www.iastate.edu
Established: 1858     Annual Undergrad Tuition & Fees (In-State): $5,634
Enrollment: 26,380                                       Coed
Affiliation or Control: State             IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, AAFCS, AT, BUS, BUSA, COPSY, CS, DIETI, ENG, FIDER, FOR, IPSY, JOUR, LSAR, MFCD, MUS, NAIT, PLNG, SPAA, VET

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | |
|---|---|
| 40 | Director of Bookstore ........................... Ms. Susan L. HAINES |
| 44 | Director of Development ......................................... Vacant |
| 05 | Director of Planned Giving ....................... Mr. Donald MOORE |
| 29 | Director of Alumni Affairs ....... Ms. Eleanor K. SHRIVER MAGEE |
| 37 | Director Student Financial Aid .................. Ms. Jeani M. NARCUM |
| 35 | Associate Dean of Students ................ Dr. Sarah R. FEYERHERM |
| 39 | Director of Residential Life ...................... Ms. Susan PARK |
| 22 | Dir Intl Students & Programs ........................ Ms. Kelly KEEN |
| 83 | Clinical Director Health Services ............. Mrs. Dawn NORDHOFF |
| 28 | Director of Counseling Center ... Dr. Bonnie MICHAELSON FISHER |
| 38 | Director of Career Development ................. Dr. Linda CADES |
| 46 | Asst to Provost for Instl Rsch ... Mr. Angelo M. SORRENTINO |
| 28 | Asst Director of Diversity ................... Mrs. Nina M. WILSON |

## Wor-Wic Community College (A)

32000 Campus Drive, Salisbury MD 21804-1486

County: Wicomico    FICE Identification: 020739
Unit ID: 164313
Telephone: (410) 334-2800    Carnegie Class: Associate's
FAX Number: (410) 334-2951    Calendar System: Semester
URL: www.worwic.edu
Established: 1975    Annual Undergrad Tuition & Fees (In-District): $2,246
Enrollment: 3,110    Coed
Affiliation or Control: Local    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: **M**, RAD

| | |
|---|---|
| 01 | President ........................................ Dr. Murray K. HOY |
| 05 | Vice Pres Academic & Student Affs .......... Dr. Stephen L. CAPELLI |
| 10 | Vice Pres Administrative Services ............ Mr. Mark V. RUDNICK |
| 26 | Vice Pres Institutional Affairs ............ Dr. Reenie MCCORMICK |
| 32 | Dean of Students ............................. Dr. Andrew B. COUNTS |
| 51 | Dean Community & Continuing Educ .......... Mrs. Nola M. ARNOLD |
| 53 | Dean General Education .................... Dr. Diane W. LASSER |
| 75 | Dean Occupational Education ........... Mr. Timothy R. SHERMAN |
| 07 | Director Admissions .................. Mr. Richard C. WEBSTER |
| 05 | Director Computer Services ................. Mr. David R. HART |
| 35 | Director Student Life & Career Svcs .......... Ms. Linda HOLLAND |
| 37 | Director of Financial Aid .................. Ms. Deborah D. JENKINS |
| 29 | Director of Alumni Affairs ............... Mr. Thomas M. TYSON |
| 15 | Director of Personnel .................. Ms. Jennifer A. SANDT |
| 38 | Director of Counseling ............... Ms. Suzanne T. ALEXANDER |
| 27 | Director of Marketing ............... Ms. Janet S. KENNINGTON |
| 09 | Director Institutional Research ........ Ms. Carol A. MENZEL |
| 30 | Director of Development ................ Ms. Janice MURPHY |
| 06 | Registrar ............................. Ms. Amanda C. TREGO |
| 43 | Director Student Retention ................................... Vacant |
| 18 | Media Center Director .................. Ms. Cheryl MICHAEL |
| 18 | Chief Facilities/Physical Plant ................. Mr. Paul MACE |
| 96 | Director of Purchasing .................... Ms. Allison M. CANADA |

## Yeshiva College of the Nation's Capital (B)

1216 Arcola Avenue, Silver Spring MD 20902

County: Montgomery    Identification: 666253
Telephone: (301) 593-2534    Carnegie Class: Other
FAX Number: (301) 593-2534    Calendar System: Semester
Established: 1995    Annual Undergrad Tuition & Fees: $7,700
Enrollment: 56    Male
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Second Talmudic Degree
Program: Teacher Preparatory; Professional; Religious Emphasis
Accreditation: **RABN**

| | |
|---|---|
| 01 | President ........................ Rabbi Yitzchok MERKIN |
| 05 | Rosh Yeshiva ...................... Rabbi Gedaliah ANEMER |
| 05 | Rosh Yeshiva .................. Rabbi Aaron LOPIANSKY |
| 37 | Financial Aid Director ................... Ms. Irene LAWSON |

# MASSACHUSETTS

## American International College (C)

1000 State Street, Springfield MA 01109-3155

County: Hampden    FICE Identification: 002114
Unit ID: 164447
Telephone: (413) 737-7000    Carnegie Class: Master's I
FAX Number: (413) 205-3943    Calendar System: Semester
URL: www.aic.edu
Established: 1885    Annual Undergrad Tuition & Fees: $19,800
Enrollment: 1,625    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: **EH**, NUR, OT, PTA

| | |
|---|---|
| 01 | President ...................... Dr. Vincent M. MANIACI |
| 05 | Vice Pres of Academic Affairs ......... Dr. Edward D. MEYER |
| 10 | Vice Pres Administration .............. Mr. Richard F. BEDARD |
| 30 | Exec Dir Devel/Alumni Affairs ........ Mr. John T. SHORT, JR. |
| 32 | Vice Pres Student Affairs ............ Dr. Blaine K. STEVENS |
| 06 | Registrar ............................. Ms. Judith E. SYNER |
| 07 | Dean of Admissions ...................... Dr. John F. LEONARD |
| 18 | Librarian ............................. Dr. F. Knowlton UTLEY |
| 18 | Plant Director .................. Mr. D. Irving CONRAD |
| 37 | Director of Financial Aid ............ Ms. Irene D. MARTIN |
| 29 | Director Alumni Activities ........... Mr. John H. DEBONVILLE |

## Anna Maria College (F)

50 Sunset Lane, Paxton MA 01612-1198

County: Worcester    FICE Identification: 002117
Unit ID: 164492
Telephone: (508) 849-3300    Carnegie Class: Master's I

| | |
|---|---|
| 38 | Director Counseling Center ........ Dr. Martha L. JENNINGS |
| 36 | Dir Career Dev/Placement/ |
| | Employment ............. Mr. Richard A. WARRINGTON |
| 14 | Director of Information Services .......... Mr. Peter G. BAUMGARTEL |
| 51 | Dean Cont Ed/Grad Std/Dir Instl Adv .... Dr. Roland E. HOLSTEAD |
| 49 | Dean School Arts & Sciences ................. Dr. Alan COTTRELL |
| 50 | Dean School Business Admin .............. Dr. John W. ROGERS |
| 53 | Dean School Psych & Education ........ Dr. Gregory T. SCHNEIDER |
| 45 | Dean Bureau of Business Research .......... Dr. Ira E. SMOLOWITZ |
| 66 | Director Division of Nursing .............. Dr. Anne R. GLANOVSKY |
| 91 | Director of Library ......................... Mr. Robert C. BORER |
| 98 | Dir Auxiliary Svcs/Purchasing ......... Ms. Katherine M. TOOMEY |
| 88 | Director Occupational Therapy Pgm ... Ms. Cathy A. DOW-ROYER |
| 88 | Director Physical Therapy Pgm ....... Mr. Edward C. SWANSON |
| 88 | Artist in Resident/Dir Cul Art Pgm ............. Mr. Alvin PAIGE |
| 60 | Director Communications Center ............. Dr. Will HUGHES |
| 21 | Assistant Comptroller ................. Ms. Denise A. CARMODY |
| 26 | Chief Public Relations Officer ............ Dr. Roland E. HOLSTEAD |

## Amherst College (D)

PO Box 5000, Amherst MA 01002-5000

County: Hampshire    FICE Identification: 002115
Unit ID: 164465
Telephone: (413) 542-2000    Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: N/A    Calendar System: Other
URL: www.amherst.edu
Established: 1821    Annual Undergrad Tuition & Fees: $33,009
Enrollment: 1,648    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General
Accreditation: **EH**

| | |
|---|---|
| 01 | President .......................... Dr. Anthony W. MARX |
| 04 | Exec Assistant to the President .............. Ms. Susan PIKOR |
| 05 | Dean of the Faculty ..................... Dr. Gregory S. CALL |
| 20 | Associate Dean of the Faculty ........ Dr. Frederick T. GRIFFITHS |
| 10 | Treasurer ...................................... Mr. Peter J. SHEA |
| 21 | Assoc Treasurer/Dir of the Budget .......... Mrs. Shannon D. GUREK |
| 30 | Chief Advancement Officer .............. Mr. Michael C. KIEFER |
| 29 | Exec Director Alumni/Parent |
| | Pgms .................. Ms. Elizabeth CANNON SMITH |
| 32 | Dean of Students ........................ Mr. Benson LIEBER |
| 07 | Dean Admission/Financial Aid ......... Mr. Thomas H. PARKER |
| 06 | Registrar ............................. Dr. Gerald M. MAGER |
| 37 | Director of Financial Aid ................... Mr. Joe P. CASE |
| 15 | Director of Human Resources ......... Ms. Kathryn V. BRYNE |
| 21 | Comptroller ........................ Mr. Stephen M. NIGRO |
| 09 | Director of Institutional Research ........ Ms. Marian F. MATHESON |
| 26 | Director of Public Affairs ........... Ms. Stacey A. SCHMEIDEL |
| 08 | College Librarian .................. Ms. Sherrie L. HARRINGTON |
| 13 | Dir of Information Technology ....... Dr. Peter A. SCHILLING |
| 22 | Affirmative Action Officer ......... Dr. C. Rhonda COBHAM-SANDER |
| 23 | Director of Student Health Services ......... Dr. Warren H. MORGAN |
| 38 | Director of Counseling Center ......... Dr. Jacqueline S. BEARCE |
| 36 | Director of Career Center ................... Ms. Rosalind HOFFA |
| 39 | Director of Resident Life ............ Ms. Charri J. BOYKIN-EAST |
| 41 | Director of Athletics ...................................... Vacant |
| 18 | Director Facilities/Planning/Mgmt .......... Mr. James D. BRASSORD |
| 19 | Chief of Campus Police ..................... Mr. John B. CARTER |
| 88 | Director of Dining Services ........... Mr. Charles G. THOMPSON |
| 28 | Special Assistant to Pres |
| | Diversity ......... Dr. C. Rhonda COBHAM-SANDER |

## Andover Newton Theological School (E)

210 Herrick Road, Newton Centre MA 02459-2243

County: Middlesex    FICE Identification: 002116
Unit ID: 164474
Telephone: (617) 964-1100    Carnegie Class: Specialized-Theological
FAX Number: (617) 965-9756    Calendar System: Semester
URL: www.ants.edu
Established: 1807    Annual Graduate Tuition & Fees: $9,520
Enrollment: 486    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Doctorate; No Undergraduates
Program: Professional
Accreditation: **EH**, THEOL

| | |
|---|---|
| 01 | President .................................. Dr. Nick CARTER |
| 05 | Interim Dean of the Faculty ............ Dr. Robert W. PAZMINO |
| 10 | Vice President for Finance ............ Mr. Robert MACDONALD |
| 30 | Vice Pres Development ................. Ms. Desne A. CROSSLEY |
| 06 | Registrar ............................ Ms. Nayda AGUILA |
| 07 | Director of Enrollment ................ Ms. Margaret CARROLL |
| 08 | Librarian ............................. Ms. Sharon A. TAYLOR |
| 32 | Dean of Students ..................... Dr. Nancy E. NIENHUIS |
| 87 | Director of the Summer School ....... Dr. Robert W. PAZMINO |
| 07 | Chmn Admissions Committee ......... Dr. Robert W. PAZMINO |
| 04 | Assistant to the President ................ Ms. Rose L. COSTAS |
| 18 | Director Physical Plant ................... Mr. Frank CAVACO |
| 37 | Director of Financial Aid ....................................... Vacant |
| 37 | Coordinator Financial Aid .............. Ms. Rosemary TURANO |
| 39 | Housing & Facilities Coordinator ........... Ms. Pilar RODRIGUEZ |
| 15 | Human Resources Coordinator ....... Mr. Robert S. MACDONALD |

FAX Number: (508) 849-3339    Calendar System: 4/1/4
URL: www.annamaria.edu
Established: 1946    Annual Undergrad Tuition & Fees: $21,880
Enrollment: 1,108    Coed
Affiliation or Control: Roman Catholic    IRS Status: 501(c)3
Highest Offering: Beyond Master's But Less Than Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: **EH**, MUS, NUR, SW

| | |
|---|---|
| 01 | President .................... Mr. William D. MCGARRY |
| 10 | Chief Business Officer ............. Mrs. Lori RICHARDSON |
| 05 | Dean of Academic Affairs ........... Dr. Paul A. ERICKSON |
| 88 | Dean of Co-Curricula/Spiritual Life ...... Mr. Gerald GARRITY |
| 09 | Director of Institutional Research .......... Mr. John E. PRICE |
| 06 | Registrar ........................ Sr. Rollande QUINTAL |
| 10 | Director Institutional Advancement .......... Mrs. Donna K. STOCK |
| 38 | Director Counseling Services ......... Mr. Dennis VANASSE |
| 08 | Director of Library ....................... Ms. Ruth PYNE |
| 07 | Director Enrollment/Admissions ........... Mrs. Julie MITCHELL |
| 29 | Director Alumni Affairs ........... Mrs. Theresa HOLOHAN |
| 26 | Director of Public Relations ................. Mrs. Shelley FINN |
| 36 | Director Career Counsel/Placement ... Ms. Judith M. SPARANGES |
| 37 | Director Financial Aid ................ Ms. Nicole BRENNEN |
| 90 | Director of CIS ..................... Mr. John PRICE |
| 04 | Assistant to the President ........... Ms. Lois J. GLASGOW |
| 04 | Executive Asst to the President ........ Mrs. Catherine PRENTISS |
| 18 | Chief Facilities/Physical Plant ...... Mr. Paul M. CHENEVERT |
| 19 | Director Security/Safety ............ Mr. Paul M. CHENEVERT |
| 39 | Director Student Housing ........... Ms. Elizabeth BONNEAU |
| 41 | Athletic Director ..................... Mr. Leonard SMITH |
| 42 | Director Campus Ministry ........... Mr. Harry DUCHESNE |
| 15 | Director of Human Resources ......... Ms. Lisa DRISCOLL |

## Art Institute of Boston at Lesley University (G)

700 Beacon Street, Boston MA 02215-2598

County: Suffolk    FICE Identification: 008174
Telephone: (617) 585-6600    Carnegie Class: Specialized-Art/Music/Design
FAX Number: (617) 437-1226    Calendar System: Semester
URL: www.aiboston.edu
Established: 1912    Annual Undergrad Tuition & Fees: $20,425
Enrollment: 560    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Fine Arts Emphasis
Accreditation: **&EH**, ART

| | |
|---|---|
| 01 | President ...................... Dr. Margaret MCKENNA |
| 05 | Provost .......................... Mrs. Martha MCKENNA |
| 03 | Dean ............................ Dr. Terrence KEENEY |
| 20 | Associate Dean of Academics ........ Mr. Angelo FERTITTA |
| 07 | Director of Admissions ............ Mr. Alan VAN REED |
| 08 | Head Librarian ................. Ms. Amanda GLUIBIZZI |
| 90 | Director of Academic Computing ...... Ms. Mary Ann O'TOOLE |
| 20 | Director of Academic Advising ........ Ms. Julie STANWOOD |
| 88 | Director of Exhibitions ............ Ms. Bonnell ROBINSON |
| 09 | Dir Assessment/Institutional Rsrch ...... Ms. Linda PURSLEY |
| 10 | Chief Financial Officer ............ Mr. Charles GILROY |
| 18 | Director of Facilities & Operations ...... Mr. Kevin MURPHY |
| 35 | Student Activities Director .......... Ms. Dianne SPATAFORE |
| 37 | Asst Dir of Student Financial Aid ..... Mr. Jaime DERGAY |
| 38 | Director of Student Counseling ............. Ms. Ellen ROME |
| 15 | Public Affairs Manager .................. Mr. Bill DONCASTER |

† Regional accreditation carried under the parent institution, Lesley University in Cambridge, MA.

## Assumption College (H)

500 Salisbury Street, Worcester MA 01615-0005

County: Worcester    FICE Identification: 002118
Unit ID: 164562
Telephone: (508) 767-7000    Carnegie Class: Master's I
FAX Number: (508) 756-1780    Calendar System: Semester
URL: www.assumption.edu
Established: 1904    Annual Undergrad Tuition & Fees: $24,095
Enrollment: 2,836    Coed
Affiliation or Control: Roman Catholic    IRS Status: 501(c)3
Highest Offering: Beyond Master's But Less Than Doctorate
Program: Liberal Arts And General; Professional
Accreditation: **EH**, CORE

| | |
|---|---|
| 01 | President ...................... Dr. Thomas R. PLOUGH |
| 05 | Executive Vice President ........ Mr. Christian MCCARTHY |
| 05 | Int Vice Pres for Academic Affairs .......... Dr. David G. MARKER |
| 32 | Vice Pres Student Life ......... Dr. Catherine M. WOODBROOKS |
| 30 | Vice Pres Institutional Advancement ....... Mr. Thomas E. RYAN |
| 10 | Vice Pres Finance ........... Rev. Dennis M. GALLAGHER, AA |
| 43 | General Counsel ................... Dr. Michael H. RUBINO |
| 51 | Dean of College/Dean of Grad School ... Dr. Mary Lou ANDERSON |
| 51 | Dean of Continuing Education ........ Ms. Charlene L. MARTIN |
| 84 | Dean of Enrollment ................ Ms. Kathleen M. MURPHY |
| 07 | Assoc Dean Enrollment Comm ........ Ms. Mary L. BRESNAHAN |
| 20 | Dean of Studies ................... Dr. Eileen GUERIN, RSM |
| 20 | Assistant Dean of Studies ....... Dr. Karlea BRUNELLE-JOINER |
| 07 | Dean of Student Learning Activity ... Sr. Cathleen TOOMEY, RSM |
| 35 | Dean of Student Development ....... Dr. Neil R. CASTRONOVO |
| 08 | Director of Library Services .............. Ms. Dawn THISTLE |
| 37 | Director of Finance ................. Mr. John F. KOMPEL |
| 21 | Director of Business Services ........ Mr. Jerome J. BARILLA |
| 09 | Director of Institutional Research ........ Mr. Stuart J. MUNRO |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

URL: www.montevallo.edu
Established: 1896
Enrollment: 3,061
Highest Offering: Beyond Master's But Less Than Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: SC, AAFCS, ART, BUS, CACREP, DIETD, MUS, SP, SW, TED

| | | |
|---|---|---|
| 01 | President | Dr. Robert M. MCCHESNEY |
| 02 | Provost & Vice Pres Academic Affairs | Dr. Wayne C. SEELBACH |
| 03 | Vice Pres Student Affairs | Dr. Glenda E. ISENHOUR |
| 05 | Vice Pres University Advancement | Mr. David R. AIKEN |
| 10 | Vice Pres University Advancement | Ms. Cynthia S. JARRETT |
| 30 | Vice Pres for Business Affairs | Mr. H. Eddie LAWLEY |
| 11 | Director Physical Plant | Mr. Danny J. ADAMS |
| 12 | Asst to President/Legis Liaison | Mr. John O. CRAWFORD |
| 07 | Director of Student Life | Mr. Robyn W. BOYD |
| 09 | | Ms. Katherine L. HOEFKER |
| 13 | Registrar | Ms. Rosemary H. ARNESON |
| 08 | Director of Libraries | Mr. Lynn GURGANUS |
| 87 | Director Admissions | Ms. Tammi DAHLE |
| 24 | Career Planning & Placement | Mr. Mary J. WILLIAMS |
| 38 | Dir Development/Alumni Relations | Mr. Samuel R. SCOMA |
| 14 | Director of Computer Center | Ms. Cynthia K. SHACKELFORD |
| 23 | Director of Public Relations | Ms. Maria D. PARKER |
| 37 | Dir of Student Financial Services | Ms. Theresa S. PRITCHETT |
| 51 | Director Student Development | Mr. John P. LEE |
| 20 | Police Chief | Ms. Freda A. SHIVERS |
| 19 | Director Housing & Residence Life | Dr. Denise C. WATTS |
| 39 | Director Inst Rsch/Plng/Assessment | Mr. Dennis S. TONEY |
| 41 | Director of Athletics | Ms. Barbara FORREST |
| 15 | Coordinator of Personnel Services | Ms. Kay WATTS |
| 53 | Coordinator of Continuing Education | Dr. Terry G. ROBERSON |
| 16 | Dean of Graduate Studies | Dr. Mary Beth ARMSTRONG |
| 49 | 1st Dean College of Arts & Sciences | Dr. William T. RUPP |
| 52 | Dean College of Business | Dr. John F. RILEY |
| 63 | Dean College of Education | Dr. Kenneth J. PROCTER |
| 54 | Dean College of Fine Arts | |

## University of North Alabama    (A)

University Station, Florence AL 35632-0001
County: Lauderdale                FICE Identification: 001016
                                  Unit ID: 101879
Telephone: (256) 765-4100         Carnegie Class: Master's I
FAX Number: (256) 765-4329        Calendar System: Semester
URL: www.una.edu
Established: 1830                 Annual Undergrad Tuition & Fees (In-State): $4,366
Enrollment: 5,971                 Coed
Affiliation or Control: State     IRS Status: 501(c)3
Highest Offering: Beyond Master's But Less Than Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: SC, ACBSP, ART, ENGR, MUS, NUR, SW, TED

| | | |
|---|---|---|
| 01 | Interim President | Dr. William CALE, JR. |
| 05 | Vice Pres Acad Affairs & Provost | Dr. Roosevelt NEWSON |
| 30 | Vice Pres Advancement & Admin | Dr. G. Daniel HOWARD |
| 10 | VP Fiscal Affairs | Dr. Steve SMITH |
| 32 | Interim Vice Pres Student Affairs | Mr. Daniel M. ERDMANN |
| 18 | Associate VP for Advancement | Vacant |
| 49 | Dean of Arts & Sciences | Dr. Vagn K. HANSEN |
| 52 | Dean of Business | Dr. Kerry GATLIN |
| 53 | Dean of Education | Dr. Mark A. EDWARDS |
| 60 | Dean of Nursing | Dr. Birdie I. BAILEY |
| 84 | Dean of Enrollment Management | Dr. Sue J. WILSON |
| 13 | Dean of Information Technology | Dr. Gary WARREN |
| 32 | Director University Events | Mr. Brett JENNINGS |
| 41 | Director of Athletics | Mr. Joel ERDMANN |
| 21 | Controller | Ms. Donna TIPPS |
| 13 | Registrar | Dr. Sue J. WILSON |
| 88 | Director Governmental Relations | Vacant |
| 44 | Dir Annual Giving/Donor Research | Mrs. Judy JACKSON |
| 39 | Interim Director of Resident Life | Ms. Audrey MITCHELL |
| 37 | Director Student Financial Services | Mr. Ben J. BAKER |
| 15 | Dir Human Resources & Affirm Action | Mr. Robert S. STEEN |
| 26 | Director University Relations | Mr. William M. JARNIGAN |
| 14 | Dir Lrng Resourc Ctr/Media Svc/Dist | Mrs. Debbie CHAFFIN |
| 11 | Director of Physical Plant | Mr. Clyde B. BEAVER |
| 19 | Director of Public Safety | Mr. James V. GLASSO |
| 53 | Director Continuing Education | Vacant |
| 23 | Dir University Health Services | Ms. Cynthia L. WOOD |
| 81 | Director Student Life | Ms. Kim GREENWAY |
| 38 | Dir Computer/Telecomm Services | Mr. Randall HORN |
| 07 | Director of Admissions | Ms. Kim MAULDIN |
| 36 | Dir Research Plng/Inst Effective | Dr. Priscilla HOLLAND |
| 29 | Director Alumni Relations | Ms. Carol LYLES |
| 36 | Director Purchasing | Mr. Guy HOLCOMB |
| 85 | Asst to President for Minority Affs | Dr. Lelon DAVIDSON |

## University of South Alabama    (B)

307 University Boulevard, Mobile AL 36688-0002
County: Mobile                    FICE Identification: 001057
                                  Unit ID: 102094
Telephone: (251) 460-6101         Carnegie Class: Doctoral/Research Int
FAX Number: (251) 460-6054        Calendar System: Semester
URL: www.usouthal.edu
Established: 1963                 Annual Undergrad Tuition & Fees (In-State): $4,502
Enrollment: 13,538                Coed
Affiliation or Control: State     IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: SC, ARCPA, AUD, BUS, CS, EMT, ENG, MED, MT, MUS, NURSE, OT, PTA, RAD, RSTH, SP, TED

---

## Virginia College    (D)

PO Box 19249, Birmingham AL 35219-9249
County: Jefferson                 FICE Identification: 030106
                                  Unit ID: 420307
Telephone: (205) 802-1200         Carnegie Class: Associate's
FAX Number: (205) 802-7045        Calendar System: Quarter
URL: www.vc.edu
Established: 1993                 Annual Undergrad Tuition & Fees: $7,950
Enrollment: 3,921                 Coed
Affiliation or Control: Proprietary   IRS Status: Proprietary
Highest Offering: Master's
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: ACICS, ACFEI

| | | |
|---|---|---|
| 01 | CEO | Dr. James HUTTON |
| 12 | Director of the College | Dr. Bob PALMATIER |
| 10 | Chief Financial Officer | Mr. Bob WILLIAMS |
| 05 | Vice Pres/Provost | Dr. Barry SHOLLENBERGER |
| 04 | Vice Pres Student Enrollment | Ms. Bunty CANTWELL |

---

## The University of West Alabama    (C)

205 North Washington Street, Livingston AL 35470
County: Sumter                    FICE Identification: 001024
                                  Unit ID: 101587
Telephone: (205) 652-3400         Carnegie Class: Master's I
FAX Number: (205) 652-3708        Calendar System: Semester
URL: www.uwa.edu
Established: 1835                 Annual Undergrad Tuition & Fees (In-State): $3,448
Enrollment: 2,667                 Coed
Affiliation or Control: State     IRS Status: 501(c)3
Highest Offering: Beyond Master's But Less Than Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: SC, ACBSP, ADNUR, AT, TED

| | | |
|---|---|---|
| 01 | President | Dr. Richard D. HOLLAND |
| 05 | Provost | Dr. David M. TAYLOR |
| 30 | Vice Pres Institutional Advancement | Mr. Clemit W. SPRUIELL |
| 32 | Vice Pres Institutional Advancement | Mr. Clemit W. SPRUIELL |
| 32 | Vice Pres for Student Affairs | Mr. Thomas D. BUCKALEW |
| 49 | Dean of Liberal Arts | Dr. Michael A. COOKE |
| 50 | Dean of Business & Commerce | Dr. Habib BAZYARI |
| 52 | Dean of Teacher Education | Dr. Tom DEVANEY |
| 61 | Dean of Natural Science/Math | Dr. Judy MASSEY |
| 63 | Dean of Graduate Studies | Dr. Joe B. WILKINS |
| 08 | Director of Library | Dr. Neil SNIDER |
| 39 | Director Institutional Effectiveness | Mr. Clemit W. SPRUIELL |
| 41 | Athletic Director | Mr. Dee OUTLAW |
| 33 | Director of Student Life & Housing | Mr. Luther GREMMELS |
| 06 | Registrar | Mr. Clarence W. EGBERT |
| 37 | Director Student Financial Aid | Mrs. Pat H. REEDY |
| 14 | Director Information Systems | Mr. Frank J. WHIDDEN |
| 11 | Director of Physical Plant | Mr. Robert L. HOLYCROSS |
| 40 | Director of Auxiliary Services | Mr. Mike GRAHAM |
| 46 | Chairperson of Nursing | Mrs. Sylvia B. HOMAN |
| 88 | Director Student Development | Vacant |
| 36 | Director Career Services/Placement | Mrs. Tammye S. WHITE |
| 29 | Director Alumni Affairs | Mr. Robert A. MCINTURF |
| 38 | Dir Student Success Center | Dr. Vicki P. SPRUIELL |
| 26 | Director Government Relations | Mr. Clemit W. SPRUIELL |
| 09 | Director Freshmen Studies | Dr. Alan BROWN |
| 12 | Director Honors Program | Dr. Stephen SLIMP |
| 15 | Director Personnel Services | Mrs. Jessie W. EGBERT |
| 20 | Associate Academic Officer | Mrs. Patricia PRATT |
| 23 | Chief Public Relations Officer | Ms. Shelly FINDLEY |

---

## Virginia College    (E)

2800-A Bob Wallace Avenue, Huntsville AL 35805-4164
County: Madison                   Identification: 666400
                                  Unit ID: 420316
Telephone: (256) 533-7387         Carnegie Class: Associate's
FAX Number: (256) 533-7785        Calendar System: Quarter
URL: www.vc.edu
Established: 1993                 Annual Undergrad Tuition & Fees: $9,660
Enrollment: 725                   Coed
Affiliation or Control: Proprietary   IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: 2-Year Principally Bachelor's Creditable
Accreditation: ACICS

| | | |
|---|---|---|
| 12 | Director | Mr. Jim FOSTER |

## Wallace State Community College    (F)
## - Hanceville

PO Box 2000, 801 Main Street, NW,
Hanceville AL 35077-2000
County: Cullman                   FICE Identification: 007871
                                  Unit ID: 101295
Telephone: (256) 352-8000         Carnegie Class: Associate's
FAX Number: (256) 352-8228        Calendar System: Semester
URL: www.wallacestate.edu
Established: 1966                 Annual Undergrad Tuition & Fees (In-State): $2,160
Enrollment: 5,226                 Coed
Affiliation or Control: State     IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, ACBSP, ADNUR, DA, DH, DMS, EMT, MAC, MLTAD, OTA, PTAA, RAD, RSTH

| | | |
|---|---|---|
| 01 | President | Dr. Vicki HAWSEY |
| 10 | Treasurer | Janice MORGAN |
| 05 | Dean of Academic Affairs | Dr. Jenny FOLSOM |
| 08 | Librarian | William SIMPSON |
| 07 | Director Admissions & Registrar | Linda SPERLING |
| 09 | Director of Planning & Assessment | Mary MAYO |
| 37 | Financial Aid Officer | Allison RICE |
| 30 | Dean of Institutional Advancement | Melinda EDWARDS |
| 22 | Technical Dean | Lavell THRASHER |
| 38 | Dean of Health Sciences | Dr. Nancy CORSER |
| 11 | Auxiliary Director | Sid BORDEN |
| 32 | Director of Student Affairs | Dr. Bill MOSS |
| 56 | Extended Day Program Director | Wayne MANORD |
| 15 | Director of Personnel Services | Alyce MALCOLM |
| 30 | Director Institutional Development | Suzanne HARBIN |

---

# ALASKA

## Alaska Bible College    (G)

Box 289, 200 College Road, Glennallen AK 99588-0289
                                  FICE Identification: 008843
                                  Unit ID: 102590
Telephone: (907) 822-3201         Carnegie Class: Specialized-Theological
FAX Number: (907) 822-5027        Calendar System: Semester
URL: www.akbible.edu
Established: 1966                 Annual Undergrad Tuition & Fees: $5,720
Enrollment: 52                    Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Religious Emphasis
Accreditation: BI

| | | |
|---|---|---|
| 01 | Interim President | Dr. Gary J. RIDLEY |
| 05 | Vice Pres Academic Affairs | Mr. Nick RINGGER |
| 30 | Vice Pres Institutional Advancement | Vacant |
| 32 | Vice Pres Student Development | Mr. Harold GIVENS |
| 10 | Vice Pres Business Administration | Mr. Don DUGAS |
| 06 | Registrar | Miss Alda DE FOREST |
| 34 | Dean of Women | Miss Carrie GIVENS |
| 33 | Dean of Men | Vacant |
| 08 | Librarian | Mrs. Pamela HORST |
| 07 | Director Admissions | Ms. Jackie COLWELL |
| 40 | Bookstore Manager | Ms. Teri DUGAS |
| 42 | Campus Chaplain | Mr. Todd CARTER |

## Alaska Pacific University    (H)

4101 University Drive, Anchorage AK 99508-4672
County: Anchorage                 FICE Identification: 001061
                                  Unit ID: 102669
Telephone: (907) 561-1266         Carnegie Class: Master's I
FAX Number: (907) 562-4276        Calendar System: Semester
URL: www.alaskapacific.edu
Established: 1957                 Annual Undergrad Tuition & Fees: $18,232
Enrollment: 805                   Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: NW

| | | |
|---|---|---|
| 01 | President | Dr. Douglas M. NORTH |
| 04 | Assistant to the President | Ms. Debbie ROLL |
| 05 | Academic Dean | Dr. Marilyn BARRY |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | | |
|---|---|---|
| 38 | Dean Stdnt Devel/Dir Stdnt Counsel | Ms. Deborah L. LOERS |
| 42 | Chaplain | Dr. Charles I. WALLACE, JR. |
| 90 | Exec Dir Integrated Tech | Dr. John D. BALLING |
| 88 | Director Center Dispute Resolution | Dr. Richard BIRKE |
| 97 | Director Administrative Computing | Mr. Harvey J. PRUDHOMME |
| 07 | Director Student Financial Aid | Ms. Patricia K. HOBAN |
| 10 | Director of Institutional Research | Mr. Christopher M. ANTONS |
| 39 | University Registrar | Mr. Paul J. OLSEN |
| 10 | University Librarian | Vacant |
| 21 | Controller | Mr. Robert N. OLSON |
| 04 | Bookstore Director | Mr. Donald C. BECKMAN |
| 41 | Athletic Director | Mr. Mark MAJESKI |
| 90 | Director Alumni Relations | Mr. James BOOTH |
| 12 | Director of Planned Giving | Mr. Stephen F. BRIER |
| 15 | Director of Human Resources | Ms. Carol BLACK-ROSSOW |
| 43 | Director of Athletics | Ms. Lisa C. HOLLIDAY |
| 32 | Director Career Services | Ms. Nancy M. NORTON |
| 35 | Director of Diversity | Mr. Gordon K. TOYAMA |
| 12 | Manager Operations/Energy | Mr. Gary GRIMM |
| 96 | Purchasing Coordinator | Mr. Richard L. BOER |

# PENNSYLVANIA

## Academy of Medical Arts and Business (A)

2301 Academy Drive, Harrisburg PA 17112-1012
County: Dauphin
FICE Identification: 022342
Unit ID: 210483
Telephone: (717) 545-4747
FAX Number: (717) 901-9090
URL: www.acadcampus.com
Carnegie Class: Associate's
Calendar System: Other
Established: 1980
Enrollment: 299
Annual Undergrad Tuition & Fees: $18,700
Coed
Affiliation or Control: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

| | | |
|---|---|---|
| 01 | President | Mr. Gary KAY |
| 03 | Executive Vice President | Mrs. Jane KAY |
| 05 | Chief Academic Officer | Mr. Gary KAY |
| 02 | Registrar/Dir Stdnt Financial Aid | Ms. Tracy STEWART |
| 10 | Chief Business Off/Dir Admissions | Mrs. Jane KAY |
| 18 | Chief Facilities/Physical Plant | Mr. John MORAN |

## Albright College (B)

13th & Bern Streets, PO Box 15234, Reading PA 19612-5234
County: Berks
FICE Identification: 003229
Unit ID: 210571
Telephone: (610) 921-2381
FAX Number: (610) 921-7530
URL: www.albright.edu
Carnegie Class: Baccalaureate-Liberal Arts
Calendar System: 4/1/4
Established: 1856
Enrollment: 2,080
Annual Undergrad Tuition & Fees: $26,032
Coed
Affiliation or Control: United Methodist
Highest Offering: Master's
IRS Status: 501(c)3
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: M

| | | |
|---|---|---|
| 01 | President | Dr. Lex O. MCMILLAN |
| 03 | Acting Vice Pres Academic Affairs | Dr. Andrea E. CHAPDELAINE |
| 10 | Vice Pres Admin & Finance | Mr. Paul GAZZERRO, JR. |
| 30 | Vice Pres Advancement | Mr. Frank FALSO |
| 42 | Vice Pres & Dean of Students | Dr. Michelle DANIELS |
| 36 | VP Enrollment Mangmt/Dean Admission | Mr. Gregory E. EICHHORN |
| 25 | Assoc Vice Pres Col Rels/Marketing | Ms. Barbara J. MARSHALL |
| 93 | Executive Assistant to President | Mrs. Kathy L. CAFONCELLI |
| 03 | Academic Assistant Dean | Dr. Tiffenia D. ARCHIE |
| 84 | Chair Library Services | Ms. Rosemary L. DEEGAN |
| 39 | Director of Major Gifts | Ms. James E. MANN |
| 08 | Int Dir Information Technology Svcs | Dr. Charles H. DURBIN |
| 21 | Controller | Mr. Rick W. MELCHER |
| 07 | Director of Financial Aid | Ms. Mary Ellen DUFFY |
| 02 | Director of Graduate & Professional Div | Dr. Sarel P. FUCHS |
| 39 | Registrar | Mr. David C. BALLABAN |
| 32 | Director Career Development Center | Dr. Stephen M. KLEIN |
| 01 | Director of Student Housing | Mr. Timothy G. NARROW |
| 03 | Director of Counseling Center | Dr. Brenda J. INGRAM-WALLACE |
| 18 | Dir Facilities/Operations/Svcs | Mr. D. Scott ADAMS |
| 22 | Interim Athletic Director | Mr. Stephen T. GEORGE |
| 03 | Director of Safety & Security | Mr. Robert F. GERKEN |
| 04 | Book Store Manager | Mr. Joseph C. PRELETZ |
| 10 | Medical Dir Gable Health Center | Ms. Michelle HAHN |
| 42 | Chaplain | Dr. William SANTORO |
| | | Rev. Paul E. CLARK |
| 35 | Affirmative Action Coordinator | Mr. Paul GAZZERRO, JR. |
| 35 | Multi-Ethnic Student Affs | Rev. Quentin E. WALLACE |
| 03 | Director Experimental Degree Pgm | |
| 30 | Director Accelerated Degree Pgm | Ms. Elisabeth M. WOODWARD |
| 13 | Director of Development | Mr. Mickey W. BAINES |
| 10 | Director of Institutional Research | Mr. Paul GAZZERRO, JR. |
| 10 | Director for Student Affairs | Mr. David D. MEYERS |
| 11 | Director of Grants | Ms. Darlene ROTH |
| 10 | Honors Program | Dr. Julia F. HEBERLE |
| 35 | Director Minority Relations | Dr. Tiffenia D. ARCHIE |
| 37 | Director Women's Center | Dr. Mary Jane ANDRONE |
| 06 | Director of Admission | Mr. Chris BOEHM |

## Allegheny College (C)

520 North Main, Meadville PA 16335-3902
County: Crawford
FICE Identification: 003230
Unit ID: 210669
Telephone: (814) 332-3100
FAX Number: (814) 724-6032
URL: www.alleg.edu
Carnegie Class: Baccalaureate-Liberal Arts
Calendar System: Semester
Established: 1815
Enrollment: 1,955
Annual Undergrad Tuition & Fees: $26,950
Coed
Affiliation or Control: Independent Non-Profit
Highest Offering: Baccalaureate
IRS Status: 501(c)3
Program: Liberal Arts And General
Accreditation:

| | | |
|---|---|---|
| 01 | President | Dr. Richard J. COOK |
| 30 | Vice Pres Devel & Alumni Affairs | Dr. John O. MCCANDLESS |
| 07 | Vice Pres for Enrollment | Mr. W. Scott FRIEDHOFF |
| 04 | Assistant to the President | Ms. Sandra L. DUCHENE |
| 05 | Dean of the College | Dr. Linda C. DEMERITT |
| 88 | Secretary of the College | Mr. David W. MCINALLY |
| 32 | Dean of Students | Dr. Joseph J. DICHRISTINA |
| 02 | Registrar | Dr. Benjamin D. HAYTOCK |
| 08 | Int Librarian Director | Ms. Cassia G. BILLS |
| 15 | Director of Human Resources | Ms. Patricia A. FERREY |
| 39 | Director Campus Safety & Security | Mr. Kenneth K. KENSILL |
| 44 | Director of Annual Giving | Mr. Timothy J. BRADY |
| 37 | Director of Financial Aid | Ms. Sheryle A. PROPER |
| 88 | Director of Student Support Svcs | Ms. Nancy J. SHERIDAN |
| 18 | Director Physical Plant | Mr. Ken L. HANNA |
| 97 | Director Administrative Computing | Mr. Terrence MITCHELL |
| 91 | Director Administrative Computing | Mr. Richard A. METZGER |
| 29 | Director Alumni Affairs | Mr. Philip R. FOXMAN |
| 11 | Director Athletics | Mr. Larry K. LEE |
| 14 | Dir Tech Computer & Networking Svcs | Mr. Tim W. HUNTER |
| 39 | Assistant Director Resident Life | Mr. Joseph J. NOLAN |
| 26 | Director of Public Affairs | Ms. Kathy A. ROOS |
| 03 | Director of Counseling Center | Ms. Jacquelyn S. KONDROT |
| 12 | Director of Found/Corporate Rels | Ms. Ann H. ARESON |
| 22 | Director of Diversity Affairs | Ms. Mounira MORRIS |
| 09 | Director of Institutional Research | Ms. Marian D. SHERWOOD |
| 30 | Assistant Dean of the College | Ms. Beth WATKINS |
| 31 | Dir Budget/Treasury Management Oper | Ms. Linda S. WETSELL |
| 42 | Interim Chaplain | Mr. Aaron K. KERR |
| 68 | Dir Center Political Participation | Dr. Daniel M. SHEA |
| 04 | Manager of Bookstore | Mr. Peter M. LEBAR |
| 96 | Purchasing Coordinator | Ms. Kathleen M. CONAWAY |

## Allied Medical and Technical Institute (D)

166 Slocum Street, Forty Fort PA 18704-2347
County: Luzerne
FICE Identification: 030115
Unit ID: 249609
Telephone: (570) 288-8400
FAX Number: (570) 287-7936
URL: www.alliedteched.com
Carnegie Class: Associate's
Calendar System: Other
Established: 1984
Enrollment: 32
Annual Undergrad Tuition & Fees: $9,474
Coed
Affiliation or Control: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

| | | |
|---|---|---|
| 01 | Executive Director | Ruth BRUMAGIN |
| 05 | Director of Education | Joanne GIOVANNINI |
| 07 | Director of Admissions | Candice CHILEK |

## Alvernia College (E)

400 Saint Bernardine Street, Reading PA 19607-1799
County: Berks
FICE Identification: 003233
Unit ID: 210775
Telephone: (610) 796-8200
FAX Number: (610) 777-6632
URL: www.alvernia.edu
Carnegie Class: Baccalaureate-General
Calendar System: Semester
Established: 1958
Enrollment: 2,586
Annual Undergrad Tuition & Fees: $19,189
Coed
Affiliation or Control: Roman Catholic
Highest Offering: Master's
IRS Status: 501(c)3
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: M, NURSE, OT, SW

| | | |
|---|---|---|
| 01 | President | Dr. Thomas F. FLYNN |
| 03 | Provost & Exec Vice President | Dr. Charles A. PERKINS |
| 10 | VP for Finance & Administration | Mr. Douglas E. SMITH |
| 42 | Vice President For Mission/Ministry | Sr. Rosemary STETS, OSF |
| 30 | Vice Pres for Inst Advance | Mr. Richard K. DAVIS |
| 05 | Vice Provost | Dr. Anne L. SKLEDER |
| 02 | Registrar | Ms. Jennifer REIMERT |
| 10 | Controller | Ms. Jada D. CAMPBELL |
| 29 | Asst Vice Pres/Alumni/Donor Rels | Ms. Lisa ROSS |
| 38 | Assoc Prov Inform Svcs/Technology | Dr. Eugene S. MITCHELL |
| 54 | Director of Graduate & Cont Studies | Mrs. Joan B. LEWIS |
| 49 | Dean Arts & Sciences | Dr. Gerald S. VIGNA |
| 66 | Dean Professional Programs | Ms. Karen S. THRUSH |
| 72 | Director Honors Program | Dr. Victoria WILLIAMS |
| 44 | Dean for Enrollment Mgmt | Ms. Catherine E. EMERY |
| 31 | Director Athletics & Recreation | Mr. Michael P. NERINO |
| 07 | Director of Admissions | Ms. Christa MCCUSKER |

| | | |
|---|---|---|
| 09 | Director of Institutional Research | Ms. Ann NEWBERG |
| 15 | Director Personnel Services | Ms. Stacy YERGER |
| 18 | Chief Facilities/Physical Plant | Mr. David REPPERT |
| 26 | Chief Public Relations Officer | Mr. Timothy KERSHNER |
| 32 | Director of Student Activities | Ms. Christine SCHAEFFER |
| 36 | Director of Career Services | Ms. Corinne LORD |
| 03 | Director of Student Financial Aid | Ms. Lora MYERS |
| 39 | Director Residence Life | Vacant |
| 21 | Associate Business Officer | Mr. Steve LOVE |
| 07 | Director of Purchasing | Ms. Cynthia URICK |

## The American College (F)

270 South Bryn Mawr Avenue, Bryn Mawr PA 19010-2196
County: Delaware
FICE Identification: 033173
Unit ID: 210809
Telephone: (610) 526-1000
FAX Number: (610) 526-1310
URL: www.amercoll.edu
Carnegie Class: Specialized-Business/Mgmt
Calendar System: Quarter
Established: 1927
Enrollment: 275
Annual Graduate Tuition & Fees: $2,900
Coed
Affiliation or Control: Independent Non-Profit
Highest Offering: Master's; No Undergraduates
IRS Status: 501(c)3
Program: Professional
Accreditation: M

| | | |
|---|---|---|
| 01 | President & CEO | Dr. Laurence BARTON |
| 03 | Exec Vice President/VP Academics | Dr. H. King MCGLAUGHON |
| 10 | Vice Pres Finance/Administration | Mr. Neal FEGELY |
| 13 | Vice Pres Information Systems | Mr. Carlos MEDRANO |
| 06 | Vice Pres Marketing/Communications | Mr. Jack HONDROS |
| 30 | Vice Pres Advancement | Mr. Stephen D. TARR |
| 09 | Assoc VP Assessment & Examinations | Dr. John W. BAETELSMIT |
| 04 | Admin Assistant to the President | Ms. Mary C. VARMER |
| 84 | Librarian/Mgr Knowledge Center | Ms. Virginia E. WEBB |
| 02 | Registrar | Mr. Douglas P. CARLIN |
| 15 | Director Human Resources | Ms. Andrea CABRELLI |
| 32 | Director of Student Services | Ms. Helene GIBBS |
| 88 | Managing Director Exam Systems | Ms. Diane M. HAMMONDS |

## Antonelli Institute of Art and Photography (G)

300 Montgomery Avenue, Erdenheim PA 19038-8242
County: Montgomery
FICE Identification: 007430
Unit ID: 210890
Telephone: (215) 836-2222
FAX Number: (215) 836-2794
URL: www.antonelli.org
Carnegie Class: Associate's
Calendar System: Semester
Established: 1938
Enrollment: 165
Annual Undergrad Tuition & Fees: $15,700
Coed
Affiliation or Control: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

| | | |
|---|---|---|
| 01 | Chairman of the Board | Mr. Joseph B. THOMPSON |
| 02 | President | Dr. Thomas D. TREACY |
| 05 | Director of Education | Ms. Marion FREEMAN |
| 37 | Financial Aid Officer | Ms. Eugenie AWOT |
| 32 | Director of Student Services | Mr. John CALLAN |
| 07 | Director of Admissions | Mr. Anthony DETORE |

## Arcadia University (H)

450 South Easton Road, Glenside PA 19038-3295
County: Montgomery
FICE Identification: 003235
Unit ID: 211088
Telephone: (215) 572-2900
FAX Number: (215) 572-0240
URL: www.arcadia.edu
Carnegie Class: Master's I
Calendar System: Semester
Established: 1853
Enrollment: 3,423
Annual Undergrad Tuition & Fees: $24,270
Coed
Affiliation or Control: Independent Non-Profit
Highest Offering: Doctorate
IRS Status: 501(c)3
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: M, ACBSP, ARCPA, ART, PTA

| | | |
|---|---|---|
| 01 | President | Dr. Jerry M. GREINER |
| 03 | Vice Pres Academic Affairs/Provost | Dr. William J. BERGER |
| 88 | Vice Pres/Director Intl Program | Dr. David C. LARSEN |
| 10 | Vice Pres Finance & Treasurer | Mr. Michael J. COVENEY |
| 30 | Vice Pres Institutional Advancement | Mr. Frank C. VOGEL, JR. |
| 84 | Vice Pres Enrollment Management | Mr. Dennis C. NOSTRAND |
| 32 | VP Student Affairs/Dean of Students | Dr. Janet E. WALBERT |
| 44 | Exec Asst to Pres/Affirm Action Olic | Mr. Jeffrey F. EWING |
| 54 | Dean of Graduate Studies | Dr. Mark P. CURCHACK |
| 10 | Director Inform Svcs/Technology | Mr. Parambir BEDI |
| 20 | Dean/Undergrad Studies/Fac Devel | Dr. Norah PETERS-DAVIS |
| 10 | Registrar | Mr. Harold W. STEWART |
| 08 | Head Librarian | Mr. Parambir BEDI |
| 32 | Director of Career Services | Mr. Charles E. LOWER |
| 37 | Financial Aid Officer | Ms. Elizabeth RIHL LEWINSKY |
| 31 | Director Athletics & Recreation | Ms. Shirley LIDDLE |
| 40 | Director Alumni & Parent Relations | Ms. Maureen TROHA |
| 15 | Director of Human Resources | Ms. Lynette ALLEN-COLLINS |
| 15 | Director of Plant Operation | Mr. Tom MACCHI |
| 09 | Director Institutional Research | Dr. Wayne A. MORRA |
| 09 | Director of Public Safety | Mr. James BONNER |
| 44 | Director of Admissions | Ms. Maryanne BOWERS |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

Highest Offering: Baccalaureate
Program: Teacher Preparatory; Religious Emphasis
Accreditation: NH

| | | |
|---|---|---|
| 01 | President | Rev. Jim COMER |
| 05 | Academic Dean | Dr. David DEGARMO |
| 10 | Business Administrator | Rev. Jim COMER |
| 32 | Dean of Students | Ms. Marlene BEGAY |
| 08 | Library Director | Rev. John S. ROSE |
| 37 | Student Financial Aid Director | Rev. Nadine WALDROP |
| 06 | Registrar | Ms. Marcia K. LYMAN |
| 02 | Coordinator of Admissions | Ms. Sandy TICEAHKIE |

## Apollo College-Phoenix (A)

8503 North 27th Avenue, Building A,
Phoenix AZ 85051-4096

County: Maricopa                         FICE Identification: 021006
Telephone: (602) 864-1571                Carnegie Class: Other
FAX Number: (602) 864-8207               Calendar System: Other
URL: www.apollocollege.com
Established:                              Annual Undergrad Tuition & Fees: $9,000
Enrollment: 356                          Coed
Affiliation or Control: Proprietary      IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ABHES, RAD

| | | |
|---|---|---|
| 02 | Campus Director | Mr. Randy UTLEY |
| 05 | Director of Education | Mr. Steve PETERSON |

## Apollo College-Tri City (B)

630 West Southern Avenue, Mesa AZ 85210-5005

County: Maricopa                         FICE Identification: 023352
Telephone: (480) 831-6585                Carnegie Class: Other
FAX Number: (480) 827-0022               Calendar System: Other
URL: www.apollocollege.com
Established:                              Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                          Coed
Affiliation or Control: Proprietary      IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ABHES

| | | |
|---|---|---|
| 01 | Campus Director | Mr. James MILLER |

## Apollo College-Tucson (C)

3550 North Oracle Road, Tucson AZ 85705-3591

County: Pima                             FICE Identification: 030898
Telephone: (520) 888-5885                Carnegie Class: Other
FAX Number: (520) 887-3005               Calendar System: Semester
URL: www.apollocollege.com
Established:                              Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                          Coed
Affiliation or Control: Proprietary      IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ABHES

| | | |
|---|---|---|
| 01 | Executive Director | Mr. Dennis WILSON |

## Apollo College-Westside (D)

2701 West Bethany Home Road, Phoenix AZ 85017

County: Maricopa                         Identification: 666248
Telephone: (602) 433-1333                Carnegie Class: Other
FAX Number: (602) 433-1414               Calendar System: Other
URL: www.apollocollege.com
Established: 1976                         Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                          Coed
Affiliation or Control: Proprietary      IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ABHES

| | | |
|---|---|---|
| 02 | Campus Director | Dr. Ralph BILBIO |

## Argosy University/Phoenix (E)

2233 West Dunlap Avenue, Phoenix AZ 85021

County: Maricopa                         Identification: 666790
                                         Unit ID: 436094
Telephone: (602) 216-2600                Carnegie Class: Specialized-Other Specialized
FAX Number: (602) 216-2601               Calendar System: Semester
URL: www.argosyu.edu
Established: 1997                         Annual Undergrad Tuition & Fees: $14,810
Enrollment: 425                          Coed
Affiliation or Control: Proprietary      IRS Status: Proprietary
Highest Offering: Doctorate
Program: Professional
Accreditation: &NH, CLPSY†

| | | |
|---|---|---|
| 02 | Campus President | Dr. Clinton GARDNER |
| 32 | Director Student Services | Amy VINCENT |
| 07 | Director Admissions | Andrew HUGHES |
| 08 | Director Library Services | Susan SWOGGER |

† Regional accreditation is carried under the parent institution, Argosy University in Chicago, IL.

## Arizona Automotive Institute (F)

6829 North 46th Avenue, Glendale AZ 85301-3597

County: Maricopa                         FICE Identification: 010847
                                         Unit ID: 103963
Telephone: (623) 934-7273                Carnegie Class: Associate's
FAX Number: (623) 937-5000               Calendar System: Quarter
URL: www.aai.edu
Established: 1968                         Annual Undergrad Tuition & Fees: $21,901
Enrollment: 700                          Coed
Affiliation or Control: Proprietary      IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

| | | |
|---|---|---|
| 01 | Executive Director | Alan KLUGER |
| 05 | Director of Education | Joseph WILSON |

## Arizona College of Allied Health (G)

4425 West Olive Street, Suite 300, Glendale AZ 85302

County: Maricopa                         FICE Identification: 031150
Telephone: (602) 222-9300                Carnegie Class: Other
FAX Number: (602) 200-8726               Calendar System: Other
URL: www.arizonacollege.edu
Established:                             Annual Undergrad Tuition & Fees: $9,500
Enrollment: N/A                          Coed
Affiliation or Control: Proprietary      IRS Status: Proprietary
Highest Offering: Associate Degree
Program: 2-Year Principally Bachelor's Creditable; Business Emphasis
Accreditation: ABHES

| | | |
|---|---|---|
| 01 | Director | Mrs. Matthew CALHOUN |

## Arizona College of Osteopathic Medicine (H)

19555 North 59th Avenue, Glendale AZ 85308

County: Maricopa                         Identification: 666766
Telephone: (623) 572-3300                Carnegie Class: Specialized-Medical
FAX Number: (623) 572-3226               Calendar System: Other
URL: www.midwestern.edu
Established: 1996                         Annual Undergrad Tuition & Fees: $36,486
Enrollment: 557                          Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: First Professional Degree
Program: Professional
Accreditation: OSTEO

| | | |
|---|---|---|
| 01 | President & CEO | Dr. Kathleen H. GOEPPINGER |
| 03 | Exec Vice Pres/Chief Operating Ofcr | Dr. Arthur G. DOBBELAERE |
| 10 | Sr Vice Pres/Chief Financial Olcr | Mr. Gregory J. GAUS |
| 26 | Dean | Dr. James W. COLE |
| 06 | Associate Registrar | Ms. Christy SCHENK |
| 07 | Director of Admissions | Mr. James WALTER |
| 32 | Dean of Student Services | Dr. Ross KOSINSKI |
| 18 | Chief Facilities/Physical Plant | Mr. Bill FRANTZ |
| 30 | Director Alumni Relations | Ms. Christine CLOUSE |
| 37 | Director Student Financial Aid | Ms. Carol DAVIS |
| 96 | Director of Purchasing | Ms. Carol VAN DIJK |

## Arizona School of Acupuncture and Oriental Medicine (I)

4646 East Fort Lowell Rd, Suite 104, Tucson AZ 85712

                                         FICE Identification: 036955
Telephone: (520) 795-0787                Carnegie Class: Other
FAX Number: (520) 795-1481               Calendar System: Other
URL: www.asaom.edu
Established: 1996                         Annual Graduate Tuition & Fees: $9,000
Enrollment: 40                           Coed
Affiliation or Control: Proprietary      IRS Status: Proprietary
Highest Offering: Master's; No Undergraduates
Program: Professional
Accreditation: ACUP

| | | |
|---|---|---|
| 01 | President | Dr. David EPLEY |
| 07 | Admissions Director | Ms. Mary HALL-GATZKA |
| 37 | Financial Aid Advisor | Ms. Debra JEFFERS |
| 31 | Community Relations Director | Mr. Carol WOMACK |

## Arizona State University Main (J)

Box 872803, Tempe AZ 85287-2803

County: Maricopa                         FICE Identification: 001081
                                         Unit ID: 104151
Telephone: (480) 965-9011                Carnegie Class: Doctoral/Research Ext
FAX Number: (480) 965-1608               Calendar System: Semester
URL: www.asu.edu
Established: 1885                         Annual Undergrad Tuition & Fees (In-State): $4,404
Enrollment: 49,171                       Coed
Affiliation or Control: State            IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: &NH, CAA, AUD, BUS, BUSA, CARCPE, CLPSY, CONST, COPSY, CS, ENG, FIDER, HSA, IPSY, JOUR, LAW, LSAR, MT, MUS, NRPA, NURSE, @PH, PLNG, SCPSY, SP, SPAA, SW

| | | |
|---|---|---|
| 01 | President | Dr. Michael M. CROW |

| | | |
|---|---|---|
| 03 | Sr Vice Pres/Sec of the University | Dr. Christine K. WILKINSON |
| 45 | Senior VP & University Planner | Mr. Richard H. STANLEY |
| 03 | Exec VP/Provost of the University | Dr. Milton D. GLICK |
| 10 | Exec Vice Pres/Chief Financial Olcr | Ms. Carol CAMPBELL |
| 13 | Deputy VP/Univ Technology Officer | Dr. Adrian SANNIER |
| 18 | Deputy Exec VP University Services | Mr. V. Scott COLE |
| 04 | Special Assistant to the President | Ms. Joyce SMITHERAN |
| 32 | Vice Pres Student Affairs | Vacant |
| 12 | Vice Pres for Public Affairs | Mr. Virgil RENZULLI |
| 30 | Vice Pres President for Development | Mr. Ira A. JACKSON |
| 03 | Vice Pres Univ Strategic Initiative | Dr. James RUND |
| 47 | Vice Pres Research/Economic Affs | Dr. Jonathan FINK |
| 12 | Vice Pres/Provost Downtown Phx Camp | Dr. Memoy E. HARRISON |
| 12 | Vice President/Provost ASU West | Dr. Mark S. SEARLE |
| 12 | VP/Provost ASU Polytechnic | Dr. Gerald S. JAKUBOWSKI |
| 43 | VP Univ Admin/General Counsel | Mr. Paul J. WARD |
| 49 | Vice Pres/Dean Col Liberal Arts/Sci | Dr. David A. YOUNG |
| 88 | Vice Pres/Dean University College | Ms. Gail HACKETT |
| 14 | Vice Provost Information Technology | Dr. William E. LEWIS |
| 54 | Vice Prov/Dean Div Grad Stds | Dr. Maria T. ALLISON |
| 43 | Vice Pres of University Athletics | Ms. Lisa LOVE |
| 04 | Chief of Staff/Sr Advisor to Pres | Mr. James O'BRIEN |
| 88 | Assoc VP Univ Partnership/Dsn Col Ed | Dr. Eugene GARCIA |
| 43 | Assoc Vice Pres Research/Affairs | Dr. Paul C. JOHNSON |
| 18 | Assoc Vice Pres Human Resources | Mr. David K. BUTLER |
| 11 | Deputy Vice Pres Admin Services | Ms. Leetta L. OVERMYER |
| 45 | Assoc Vice Pres Planning & Budget | Ms. Lisa FRACE |
| 88 | Asc VP Economic Affs/Public Policy | Dr. Rob MELNICK |
| 39 | Dir Residence Life/Asc VP Facil Dev | Mr. Kevin COOK |
| 38 | Director Counseling/Consulting | Dr. Martha CHRISTIANSEN |
| 54 | Dean of Undergraduate Admission | Mr. Timothy J. DESCH |
| 07 | Assistant Dean Intl Stdts Ofc | Ms. Carol TAKAO |
| 19 | Director of Public Safety | Mr. John PICKENS |
| 36 | Director of Career Services | Mr. Ray CASTILLO |
| 37 | Director Financial Assistance | Mr. Craig FENNELL |
| 32 | Director of Student Health | Dr. Gary SEPTON |
| 35 | Int Director Student Recreation | Ms. Tammy GARSTKA |
| 29 | President of Alumni | Ms. Christine WILKINSON |
| 06 | Registrar | Ms. Jon Ann A. DENNY |
| 19 | Int Dir Inst Analysis/Data Admin | Ms. Melinda GEBEL |
| 22 | Director Affirm Action/Equal Oppty | Ms. Barbara A. MAWHINEY |
| 40 | Director University Bookstore | Mr. Val M. ROSS |
| 42 | Director Summer Sessions | Ms. Carol SWEET |
| 28 | Dean College of Arch/Environ Design | Dr. Wellington REITER |
| 54 | Dean W.P. Carey School of Business | Dr. Robert MITTELSTAEDT |
| 54 | Dean Ira A Fulton Sch Engineering | Dr. Peter E. CROUCH |
| 54 | Dean K Herberger Col of Fine Arts | Dr. J. Robert WILLS |
| 81 | Dean College of Law | Ms. Patricia WHITE |
| 82 | Dean College of Nursing | Dr. Bernadette MELNYK |
| 82 | Dean College of Public Pgms | Dr. Debra FRIEDMAN |
| 08 | Dean of University Libraries | Ms. Sherrie M. SCHMIDT |
| 21 | Dean of Barrett Honors College | Dr. Mark JACOBS |
| 80 | Dean Journalism/Mass Communications | Mr. Christopher CALLAHAN |

## Arizona State University at the Polytechnic Campus (K)

7001 E Williams Flood Run, Bldg 20,
Mesa AZ 85212-6032

County: Maricopa                         Identification: 666984
                                         Unit ID: 420574
Telephone: (480) 727-3278                Carnegie Class: Specialized-Engineering/Tech
FAX Number: (480) 727-1876               Calendar System: Semester
URL: www.east.asu.edu
Established: 1996                         Annual Undergrad Tuition & Fees (In-State): $4,296
Enrollment: 3,983                        Coed
Affiliation or Control: State            IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: &NH, CAA, DIETD, DIETI, ENGT, NAIT

| | | |
|---|---|---|
| 02 | Provost | Dr. Gerald S. JAKUBOWSKI |
| 05 | Vice Provost Academic Affairs | Dr. David E. SCHWALM |
| 45 | Vice Provost Planning/Budget | Dr. Sheila L. AINLAY |
| 32 | Dean of Student Affairs | Dr. Gary L. MCGRATH |
| 13 | Vice Provost Administrative Services | Mr. Terry C. ISAACSON |
| 72 | Dean College Tech/Applied Sciences | Dr. Albert L. MCHENRY |
| 49 | Dean East College | Dr. Glenn IRVIN |
| 47 | Dean School Agribus/Resource Mgmt | Dr. Raymond A. MARQUARDT |
| 30 | Director of Development | Ms. Rita M. LOCKE |
| 26 | Dir Inst Advance & Acad Svcs | Dr. C. Vinette WILLIAMS |
| 38 | Director Student Services | Mr. Charles W. BROWNSON |
| 13 | Director Information Technology | Ms. Kati L. WEINGARDEN |
| 47 | Director Research/Sponsored Project | Ms. Jean N. HUMPHRIES |
| 84 | Director of Enrollment Management | Ms. Rhonda BAKER |
| 09 | Director Activities/Campus Union | Mr. Michael S. MADER |
| 18 | Director of Facilities Mgmt & Svcs | Mr. Kevin D. SHAFER |
| 88 | Director of E-Learning | Dr. Gary L. KLEEMANN |
| 88 | Director Learning Communities | Ms. Cynthia BOGLIN |
| 35 | Director Student Counseling | Dr. Joel HUTCHINSON |
| 39 | Director Housing/Residential Life | Mr. Lynn GRAFF |
| 36 | Director Career Preparation Center | Mr. Justin J. FINNERTY |

† Regional accreditation is carried under the parent institution in Tempe, AZ.

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: WJ, ACFEI, ADNUR, DA

| | |
|---|---|
| 02 | Chancellor .....................................................Dr. Clyde SAKAMOTO |
| 05 | Dean of Instruction .............................................Ms. Flo WIGER |
| 20 | Assistant Dean of Instruction ..................Dr. Jean A. PEZZOLI |
| 32 | Dean of Student Services ...................Mr. Alvin TAGOMORI |
| 10 | Director Administrative Services ..........Mr. David TAMANAHA |
| 51 | Director Continuing Educ/Training ......Ms. Suzette ROBINSON |
| 08 | Librarian ..................................................Ms. Dorothy TOLLIVER |
| 06 | Registrar .................................................Mr. Stephen KAMEDA |
| 10 | Director University Center Maui .............Ms. Karen MARAOKA |
| 07 | Director of Admissions .......................Mr. Stephen KAMEDA |
| 09 | Director Institutional Research ..............Ms. Jean PEZZOLI |
| 51 | Director Personnel Services .....................Ms. Debbi BROWN |
| 15 | Chief Facilities/Physical Plant ..............Mr. Robert BURTON |
| 21 | Associate Fiscal Officer .....................Ms. Cindy YAMAMOTO |
| 30 | Chief Development .............................Mr. Scott BROADBENT |
| 36 | Director Student Placement ...............Mr. Stephen KAMEDA |
| 37 | Director Student Financial Aid ........................Ms. Cathy BIO |
| 38 | Director Student Counseling ...........Ms. Michele KATSUTANI |

## *University of Hawaii Windward  (A)
## Community College

45-720 Keaahala Road, Kaneohe HI 96744-3598

County: Honolulu

Telephone: (808) 235-7400
FAX Number: (808) 247-5362
URL: www.wcc.hawaii.edu
Established: 1972
Enrollment: 1,775
Affiliation or Control: State

FICE Identification: 011220
Unit ID: 141990

Carnegie Class: Associate
Calendar System: Semester

Annual Undergrad Tuition & Fees (In-State): $1,176
Coed

IRS Status: 501(c)3

Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: WJ

| | |
|---|---|
| 02 | Chancellor ...........................................Dr. Angela MEIXELL |
| 05 | Acting Dean of Instruction ..........Dr. Linka CORBIN-MULLIKIN |
| 32 | Acting Dean of Student Services ..............Mr. Charles WHITTEN |
| 10 | Director Administrative Services .........Mr. Steven NAKASONE |
| 31 | Director Community Relations ...........Ms. Sandra OKAZAKI |
| 08 | Head Librarian ...........................................Ms. Nancy HEU |
| 06 | Registrar .................................................Mr. Russell CHAN |
| 09 | Director of Institutional Research ............Mr. Jeffrey HUNT |
| 37 | Director Student Financial Aid .......Mr. Steven CHIGAWA |
| 15 | Director Personnel Services .........................Ms. Karen CHO |
| 26 | Chief Public Relations Officer .................Ms. Susan LEE |
| 30 | Chief Development ...................................Mr. K.C COLLINS |
| 84 | Director Enrollment Management .......Ms. Elizabeth ASHLEY |

## World Medicine Institute  (B)

1110 University Avenue, Suite 308,
Honolulu HI 96826-3266

County: Honolulu

Telephone: (808) 947-4788
FAX Number: (808) 955-0118
URL: www.acupuncture-hi.com
Established: 1970
Enrollment: 45
Affiliation or Control: Independent Non-Profit

FICE Identification: 030725
Unit ID: 141936

Carnegie Class: Specialized-Other Health
Calendar System: Semester

Annual Graduate Tuition & Fees: $8,380
Coed

IRS Status: 501(c)3

Highest Offering: First Professional Degree; No Undergraduates
Program: Professional
Accreditation: ACUP

| | |
|---|---|
| 01 | President .................................................Dr. Lilian CHANG |

# IDAHO

## Albertson College  (C)

2112 Cleveland Boulevard, Caldwell ID 83605-9990

County: Canyon

Telephone: (208) 459-5011
FAX Number: (208) 454-2077
URL: www.albertson.edu
Established: 1891
Enrollment: 816
Affiliation or Control: Independent Non-Profit

FICE Identification: 001617
Unit ID: 142294

Carnegie Class: Baccalaureate-Liberal Arts
Calendar System: Other

Annual Undergrad Tuition & Fees: $15,200
Coed

IRS Status: 501(c)3

Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: NW

| | |
|---|---|
| 01 | President ...................................................Dr. Robert HOOVER |
| 05 | Vice President Academic Affairs ...............Dr. Mark SMITH |
| 10 | Chief Finance Officer .................................Mr. Chris ANTON |
| 32 | Dean of Students .................................Mr. Paul BENNION |
| 35 | Dean of Student Affairs ........................Mr. Paul BENNION |
| 06 | Registrar .......................................................Ms. Ann KUCK |
| 30 | Director of Development .....................................Vacant |
| 41 | Director of Athletics ...............................Mr. Marty HOLLY |
| 26 | Assoc Director of Communication ........Ms. Beth ZBOROWSKI |
| 29 | Dir Alumni & Parent Relations ...........Mr. Barry S. FUJISHIN |
| 44 | Director of Annual Giving ....................Ms. Brandi STAUDT |
| 20 | Associate Academic Officer .......................Dr. Kerry HUNTER |
| 08 | Librarian ......................................Ms. Christine SCHUTZ |

| | |
|---|---|
| 18 | Director of Physical Plant ......................Mr. Joseph GRIGG |
| 21 | Controller ................................................Ms. Andrea DUBOIS |
| 37 | Dir Student Financial Services ..........Mrs. Juanita PEARSON |
| 07 | Director of Admissions .........................Mr. Warren MULLER |
| 15 | Director Personnel Services .....................Ms. Bev ROBINSON |
| 36 | Director Student Placement ...................Ms. Dora GALLEGOS |
| 84 | Director Enrollment Management ......Mr. Warren MULLER |
| 85 | Director of International Education ..........Dr. Ellen BATT |
| 83 | Director of Honors Program .....................Dr. Sue SCHAPER |
| 89 | Director of Freshman Studies .....................Dr. Don STACY |
| 38 | Counselor ...........................................Ms. Marilyn SIMMONDS |
| 93 | Director of Residential Life ........................Ms. Jen GIRVAN |
| 92 | Director of Minority Affairs ...............Mr. Arnold HERNANDEZ |
| 12 | Campus Minister ...................................Mr. Phil ROGERS |
| 19 | Director of Campus Safety .....................Mr. Allan LAIRD |
| 96 | Director of Purchasing ..............................Mr. Chris ANTON |
| 90 | Director of Network Services ...................Mr. Zane HOWE |
| 40 | Bookstore Manager .................................Ms. Marian SILVER |
| 09 | Director Institutional Research ............Dr. Jann ADAMS |

## Apollo College  (D)

1200 North Liberty Street, Boise ID 83704-8742

County: Ada

Telephone: (208) 377-8080
FAX Number: (208) 322-7658
URL: www.aiht.com
Established: 1980
Enrollment: N/A
Affiliation or Control: Proprietary

FICE Identification: 022180

Carnegie Class: Other
Calendar System: Semester

Annual Undergrad Tuition & Fees: N/A
Coed

IRS Status: Proprietary

Highest Offering: Associate Degree
Program: Occupational
Accreditation: ABHES

| | |
|---|---|
| 02 | Campus Director ..................................Mr. Chuck ERICSON |
| 05 | Director Education ..........................Ms. Michelle WOODS |
| 20 | Medical Assistant Director .....................Ms. Teresa KUNZ |
| 06 | Director Student Services .......................Ms. Tobi LAMBERSON |
| 36 | Director Placement ..................................Ms. Teresa KUNZ |

## Boise Bible College  (E)

8695 West Marigold Street, Boise ID 83714-1220

County: Ada

Telephone: (208) 376-7731
FAX Number: (208) 376-7743
URL: www.boisebible.edu
Established: 1945
Enrollment: 112
Affiliation or Control: Christian Churches And Churches of Christ

FICE Identification: 022345
Unit ID: 142090

Carnegie Class: Specialized-Theological
Calendar System: Semester

Annual Undergrad Tuition & Fees: $6,400
Coed

IRS Status: 501(c)3

Highest Offering: Baccalaureate
Program: Religious Emphasis
Accreditation: BI

| | |
|---|---|
| 01 | President ..........................................Dr. Charles A. CRANE |
| 05 | Academic Dean .....................................Mr. Charles FABER |
| 32 | Chief Student Life Officer .......................Mr. Neil KLUCKOW |
| 10 | Chief Business Officer ........................Mr. Mark STEVENS |
| 30 | Director of Development .........................Mr. David DAVOLT |
| 07 | Director of Admissions ......................Mr. Martin FLAHERTY |
| 84 | Director of Enrollment Services .............Mr. Ross KNUDSEN |
| 08 | Head Librarian .................................Mrs. Glennis THOMAS |
| 37 | Financial Aid Director ......................Mrs. Joyce ANDERSON |
| 04 | Assistant to the President ...................Miss Janet COLBURN |
| 88 | Student Financial Aid Counselor ..........Mrs. Beth DUFFEL |
| 40 | Director of Bookstore ..........................Mrs. Andrea PENNER |

## Boise State University  (F)

1910 University Drive, Boise ID 83725-0399

County: Ada

Telephone: (208) 426-1011
FAX Number: (208) 426-3779
URL: www.boisestate.edu
Established: 1932
Enrollment: 18,456
Affiliation or Control: State

FICE Identification: 001616
Unit ID: 142115

Carnegie Class: Master's I
Calendar System: Semester

Annual Undergrad Tuition & Fees (In-State): $3,520
Coed

IRS Status: 501(c)3

Highest Offering: Doctorate
Program: Occupational; Liberal Arts And General; Teacher Preparatory;
Professional
Accreditation: NW, ACFEI, ADNUR, ART, AT, BUS, BUSA, CACREP, CONST,
CS, DA, DMS, ENG, MUS, NUR, RAD, RSTH, SPAA, SURGT, SW, TED, THEA

| | |
|---|---|
| 01 | President ...................................Dr. Robert W. KUSTRA |
| 05 | Provost/Vice Pres Academic Affairs ..........Dr. Sona K. ANDREWS |
| 10 | Vice Pres Finan/Administration ..................Mr. Stacy PEARSON |
| 32 | 1st Vice Pres Student Affairs ......................Mr. Matt MERIDELL |
| 30 | Vice Pres University Advance ........................Mr. Rick FRISCH |
| 20 | Associate VP for Academic Affairs ............Dr. Stephanie WITT |
| 21 | Associate VP for Finance .....................Ms. Jo Ellen DI NUCCI |
| 35 | Assoc VP Stdnt Affs/Dir Career Ctr .......Mr. Richard E. RAPP |
| 06 | Registrar ......................................................Mr. Tim EBNER |
| 07 | Dean of Enrollment Services ..................Mr. Mark WHEELER |
| 43 | University Counsel .............................Mr. Kevin SATTERLEE |
| 19 | Director University Security ....................Mr. Robert SEIBOLT |
| 40 | Director Bookstore ...................................Ms. Kim THOMAS |
| 24 | Director Academic Technologies ........Mr. Benjamin HAMBLETON |
| 09 | Director Institutional Research ..........Mr. Steven P. SCHMIDT |

| | |
|---|---|
| 26 | Dir of Communications & Marketing ...................M |
| 08 | University Librarian .....................................Dr. Tim |
| 41 | Director Athletics ...........................................Mr. Gene |
| 24 | Director Information Technology .......................Mr. L |
| 22 | Director Affirmative Action ................................Mr. B |
| 15 | Director Human Resources ...........................Ms. J |
| 20 | Director Counseling Center ..................Dr. James A |
| 37 | Director Student Financial Aid ..........................Mr. D |
| 29 | Director Alumni Affairs .....................................Mr |
| 38 | Ex Dir Stdnt Hlth Ctr/Counsel Svcs ............Mr. Ferd |
| 51 | Dean Extended Studies .............................Dr. Michael |
| 49 | Dean of Arts & Sciences ...........................Dr. Philip |
| 83 | Dean of Social Sci/Public Affs ......Dr. Michael B. B |
| 50 | Dean of Business & Economics .......................Dr. W |
| 53 | Interim Dean of Education .............................Dr. Mar |
| 58 | Dean of the Graduate College ...........................Dr |
| 54 | Dean of Health Sciences ...................................Mr |
| 75 | Dean Col of Applied Technology ..................Dr. Larry |
| 54 | Dean of Engineering ......................................Dr. Chery |
| 96 | Director of Purchasing ......................................Ms. Te |

## Brigham Young University-Idaho

Rexburg ID 83460-1650

County: Madison

Telephone: (208) 496-2011
FAX Number: (208) 496-1185
URL: www.byui.edu
Established: 1888
Enrollment: 11,555
Affiliation or Control: Latter-day Saints

FICE Identificat

Carnegie Cla
Calendar Sys

Annual Undergrad Tuition

IRS

Highest Offering: Baccalaureate
Program: Occupational; Liberal Arts And General
Accreditation: NW, ADNUR, ENGT, FIDER, MUS, NUR, @SW

| | |
|---|---|
| 01 | President ....................................................Dr. K |
| 05 | Academic Vice President ...........................Dr. Max L. |
| 10 | Administrative Vice President ........................Mr. Jam |
| 32 | Student Life Vice President ..................................Ms. |
| 30 | Advancement Vice President .............................Dr. D |
| 20 | Assoc Academic Vice Pres Instruc ............Dr. Phil |
| 13 | Assoc Academic Vice Pres Curriculum .................. |
| 13 | Assoc Academic Vice Pres Technology .........Mr. Gar |
| 09 | Director Institutional Research ................Dr. Scott J. |
| 06 | Registrar .............................................................Mr. Kevin |
| 37 | Director of Student Financial Aid .............Mr. Dan E. G |
| 36 | Director of Stdnt Placement Center .........Mr. Robert L |
| 08 | Director of Library .............................................Dr. Ma |
| 24 | Dir Instruction & Technology .........................Mr. Arlen |
| 18 | Director of Physical Facilities .............Mr. Charles N |
| 15 | Director of Personnel Services .......................Ms. C |
| 35 | Dean of Students .....................................Mr. James |
| 33 | Director of Student Health Svcs ........................M |
| 20 | Director of Counseling Center ........................Mr. Reed d |
| 19 | Director of Safety & Security ..........................Mr. Eric |
| 07 | Director of Admissions .............Mr. Gordon A. W |
| 29 | Director of Alumni Office ...................................Mr. Ste |
| 51 | Director of Continuing Education ..........Mr. Ronald W |
| 88 | Director of Activities ........................................Mr. De |
| 26 | Director of Public Relations ............................Ms. Bru |
| 30 | Director of Development .................................Mr. David G |
| 44 | Director of Annual Giving ..................................Mr. W |
| 39 | Director of Housing ........................................Mrs. Sharon |
| 43 | Legal Counsel .................................................Mr. Mich |
| 83 | International Student Advisor ............................Mr. M |
| 21 | Director of Financial Services .........................Mr. Russe |
| 88 | Director of Purchasing ............................................M |
| 90 | Manage Bookstore ..............................................Mr. Do |
| 27 | Coordinator of Media Communications ...........Mr. M |

## College of Southern Idaho

PO Box 1238, 315 Falls Avenue,
Twin Falls ID 83303-1238

County: Twin Falls

Telephone: (208) 733-9554
FAX Number: (208) 736-3015
URL: www.csi.edu
Established: 1964
Enrollment: 7,124
Affiliation or Control: Local

FICE Identificat

Carnegie Cla
Calendar

Annual Undergrad Tuition & Fees (In-

IRS S

Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditab
Accreditation: NW, ADNUR, EMT, MAC, RAD, SURGT

| | |
|---|---|
| 01 | Interim President ........................................Dr. Gu |
| 05 | Executive VP/Chief Academic Officer .........Dr. Claudee |
| 30 | VP Stdnt Svcs/VP P & D/Exec Dir Fdn ........Dr. Col |
| 10 | Vice Pres of Finance ............................................Mr. Joh |
| 20 | Dean of Instruction .......................................Dr. . |
| 13 | Dean of Instruction Technology ...................Dr. Ken R |
| 07 | Director of Admissions & Records ....................Dr. Joh |
| 37 | Director of Student Financial Aid .........Mr. Colin M. |
| 38 | Dir of Advising & Veterans Affs ..........................Mr. Sc |
| 35 | Dean of Students .......................................Mr. Graydon |
| 66 | Int Dean Health Sciences/Human Svcs .................Mr. |
| 15 | Director Human Resources ................................Ms. Mon |
| 18 | Director Physical Plant ........................................Mr. |
| 08 | Librarian ...............................................................Mi |
| 27 | Public Information Director/SID ......................Ms. Kare |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

11  Vice Pres Administrative Services ............ Mr. John C. CAMACHO
10  Vice Pres Business/Finance ................... Dr. James J. TAYLOR
71  Vice Pres Special Projects/Programs ..................... Vacant
20  Dean Trades/Professional Svcs ............... Mr. Reilly A. RIDGELL
72  Dean Technology/Student Services ...... Dr. Michelle M. SANTOS
06  Registrar .................................... Ms. Virginia C. TUDELA
88  Asst Director Apprenticeship Trng .......... Mr. George A. SANTOS
86  Asst Director Communications/Promo ...... Ms. Cathyann GOGUE
44  Asst Director Planning/Development .......... Ms. Doris U. PEREZ

## Pacific Islands Bible College    (A)

PO Box 22619, Barrigada GU 96921
County: Guam                          FICE Identification: 034383
Telephone: (671) 734-1812            Carnegie Class: Other
FAX Number: (671) 734-1813           Calendar System: Semester
URL: www.pibc.edu
Established: 1976         Annual Undergrad Tuition & Fees: $6,510
Enrollment: 195                                      Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Religious Emphasis
Accreditation: TRACS

01  President/CEO .......................... Rev. David L. OWEN
05  Academic Vice President .............. Dr. Mary K. JOHNSON
10  Business Manager ...................... Mr. Jens O. SCHULZ
20  Assistant to President ................ Mr. Gerald K. ENLET
12  Campus Director Guam ................ Mr. Steven STINNEK
12  Campus Director Chuuk .............. Rev. Yosta LODGE
08  Librarian ................................. Mr. Ray H. BOUMA
06  Registrar/Office Manager ............. Mrs. Karin SCHULZ

## University of Guam    (B)

UOG Station, Mangilao GU 96923-1800
County: Guam                          FICE Identification: 003935
                                       Unit ID: 240754
Telephone: (671) 735-2990            Carnegie Class: Master's I
FAX Number: (671) 734-2296           Calendar System: Semester
URL: www.uog.edu
Established: 1952    Annual Undergrad Tuition & Fees (In-State): $3,754
Enrollment: 2,923                                    Coed
Affiliation or Control: State        IRS Status: 501(c)3
Highest Offering: Master's
Program: Occupational; Liberal Arts and General; Teacher Preparatory;
Professional
Accreditation: WC, NUR, SW

01  President .............................. Dr. Harold L. ALLEN
04  Executive Assistant to President .......................... Vacant
05  Sr VP Academic & Student Affairs ...... Dr. Helen J. D. WHIPPY
31  Vice Pres Univ & Cmty Engagement ...... Dr. Jeff D T. BARCINAS
10  Vice Pres Administration & Finance ......... Mr. David M. O'BRIEN
42  Equal Employment Opportunity Ofcr ............ Ms. Therese F. CRUZ
26  Director Integrated Mktg Comm ........ Ms. Cathleen MOORE-LINN
43  University Legal Counsel .................. Ms. Victorina RENACIA
21  Comptroller Admin & Finance ............. Ms. Francis QUINTO
43  Dean Col of Lib Arts & Social Sci .......... Dr. Mary L. SPENCER
49  Dean Col of Natural & Applied Sci .......... Dr. Lee S. YUDIN
53  Dean College Professional Studies .......... Dr. Sheying CHEN
84  Dean Enroll Mgmt & Student Services .... Dr. Julie ULLOA-HEATH
50  Actg Admin Chair Sch Bus & Pub Admn .. Dr. Anita B. ENRIQUEZ
50  Actg Admin Chair Sch of Education ...... Dr. Catherine STOICOVY
56  Actg Admin Chair School of Nursing ......... Dr. Vivian DAMES
36  Career Dev/Placement Officer ...... Ms. Leah-Beth NAHOLOWAA
30  Counselor Student Counseling Svcs ........ Ms. Lillian T. CRUZ
23  Com Nurse Sup Student Health Svc .... Ms. Gloria A. BALAJADIA
37  Dir Residence Halls Student Housing ......... Mr. Todd INMAN
06  Registrar Admissions &
    Records ........................ Ms. Deborah D. LEON GUERRERO
37  Director Student Financial Aid ........ Ms. Gloria P. FERNANDEZ
88  Actg Coordinator of Graduate Stds ............... Dr. Lee S. YUDIN
88  Director HLATTE ...................... Laurent S F. DUENAS
88  Director Guam CEDDERS ............... Dr. Heidi E. SAN NICOLAS
88  Director Learning Resources ...... Ms. Christine K. SCOTT-SMITH
14  Dir Info Tech Resource/Computer Ctr ..... Dr. Leon P. MUYVEN
16  Dir Sponsored Programs & Research ............ Dr. Leroy F. HEITZ
88  Int Dir Micronesia Area Res Center ......... Dr. Dirk A. BALLENDORF
88  Director Marine Laboratory .............. Dr. Leroy F. HEITZ
88  Asst Dir Micro Health/Aging Studies ........... Mr. Roy ADONAY
88  Actg Dir Micronesian Language Inst ........ Ms. Rosa S. PALOMO
88  Dir Watr Env Rsrch Inst Wstrn Pac .......... Dr. Leroy F. HEITZ
88  Dir Food Devel/Lifelong Lrng ........ Ms. Rita A. EDWARDS
29  Director Alumni Relations .............. Mr. Peter R. MARTINEZ
88  Director TRIO Programs .............. Mr. Yoichi K. RENGIIL
15  Chief Human Resources Officer ........ Mr. John V. ANGOCO
18  Chief Plant Fac Ofcr Fac & Util ............... Mr. James P. RELL
41  Field House/Athletics Director ............... Mr. Bob O. PELKEY
10  Chief of Safety Office ................ Mr. William PALOMA
40  Director Bookstore &
    Auxiliary Svcs ........... Ms. Ann S. LEON-GUERRERO

## MARSHALL ISLANDS

## College of the Marshall Islands    (C)

PO Box 1258, Majuro MH 96960-1258
County: Marshalls                     FICE Identification: 030224
                                       Unit ID: 376685
Telephone: (692) 625-5427            Carnegie Class: Associate's
FAX Number: (692) 625-7203           Calendar System: Semester
URL: www.cmiedu.net

Established: 1989    Annual Undergrad Tuition & Fees (In-State): $3,450
Enrollment: 860                                      Coed
Affiliation or Control: State
Highest Offering: Associate Degree
Program: 2-Year Principally Bachelor's Creditable
Accreditation: WJ

01  President ............................ Dr. Wayne D. SCHMIDT
11  Chief Administrative Officer .............. Ms. Rutchel TANA
05  Dean of Academic Affairs .............................. Vacant
32  Dean Student & Community Services ...... Mr. Richard A. BRUCE
46  Dean of Coop Research & Extension ...... Ms. Diane C. MYAZOE
12  Dean of Kwajalein Campus ............................ Vacant
06  Registrar ............................. Ms. Maricia GORDON
07  Director of Admissions & Records ............. Ms. Jenny JABOM
48  Director of Library .................... Ms. John PAGOLU
16  Personnel Director .................. Ms. Jane TAAFAKI-MAN
10  Comptroller .............................. Mr. Raffly NAYON
51  Director Continuing/Adult Education ....... Mr. Kenson AILUK
18  Director Physical Plant .................... Mr. Tony PROUT
88  Dir Stdnt Support Svcs/Upward Bound .... Mr. Jim HICKLIN
45  Director Research & Planning .................... Mr. Ira HECHT
13  Director Information & Technology ...... Mr. Robert PRESCOTT
88  Director Nuclear Institute .................... Ms. Mary L. SILK
53  Chair Education/Mathematics Stds .................... Vacant
37  Financial Aid Administrator ...... Mr. Christopher JACOB
49  Chair Liberal Arts ......................... Mr. Don HESS
50  Chair Business Administration ....... Mr. Timothy OWENS
56  Chair Nursing ......................... Ms. Florence PETER

## NORTHERN MARIANAS

## Northern Marianas College    (D)

PO Box 501250, Saipan MP 96950-1250
                                       FICE Identification: 030330
                                       Unit ID: 240790
Telephone: (670) 234-5498            Carnegie Class: Associate's
FAX Number: (670) 234-0759           Calendar System: Semester
URL: www.nmcnet.edu
Established: 1974    Annual Undergrad Tuition & Fees (In-District): $3,740
Enrollment: 1,301                                    Coed
Affiliation or Control: State/Local  IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: WC, WJ

01  President ............ Mr. Antonio V. DELEON GUERRERO
03  Vice President ......................................... Vacant
31  Actg Dean Community Programs
    & Svcs ............................ Mr. Joaquin M. SABLAN
32  Actg Dean of Student Development .. Ms. Jeanette T. VILLAGOMEZ
20  Dean Academic Programs & Services .... Mr. Joaquin M. SABLAN
10  Dir of Financial/Admin Svcs ......................... Vacant
27  Marketing & Public Relations Mgr ..................... Vacant
88  Director Library Services ...... Ms. Laura KASPARI-HOHMANN
15  Director Human Resources ......... Ms. Elsie Lynn DELA CRUZ
13  Dir Information & Learning Tech ............. Mr. Jerry SMITH
11  Operations Officer ................. Ms. Dolores SABLAN
36  Actg Dir Career Planning/Placement ...... Ms. Lyndte CASTRO
84  Director Adult Basic Education .... Ms. Loranne T. CABRERA
37  Actg Dir Admns/Records/Finan Aid .... Mr. Raajkumar KURAPATI
38  Director Student Counseling ..... Ms. Daisy C. VILLAGOMEZ-BIER
06  Registrar ...................... Mrs. Doris Ann H. ALDAN-ATALIG
09  Director of Institutional Research .................... Vacant
18  Director Administrative Services ...... Mr. Alfred J. JOHNSON
35  Dir Stdnt Activities/Leadership ............ Mr. Edwin PROPST
18  Director of Finance & Procurement ..... Mr. Raajkumar KURAPATI

## PALAU

## Palau Community College    (E)

PO Box 9, Koror PW 96940-0009
County: Koror                         FICE Identification: 011009
                                       Unit ID: 243647
Telephone: (680) 488-2470            Carnegie Class: Associate's
FAX Number: (680) 488-2447           Calendar System: Semester
URL: www.palau.edu
Established: 1969     Annual Undergrad Tuition & Fees: $2,640
Enrollment: 652                                      Coed
Affiliation or Control: Federal      IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: WJ

01  President .......................... Mr. Patrick U. TELLEI
05  Vice President Education & Training ..................... Vacant
11  Vice Pres Administration & Finance ...... Mr. Jay OLEGERIIL
46  Vice Pres Cooperative Rsrch/Exten ......... Mr. Thomas TARO
32  Dean of Students ...................... Mr. Prisley ETIBEK
10  Dean of Academic Affairs ............... Ms. Alvina TIMARONG
51  Dir of Continuing Education ............ Mr. William WALLY
30  Director of Development .............. Mr. Armstrong DEBLEAP
07  Director Admissions & Financial Aid ...Mrs. Dahlia M. KATOSANG
15  Director of Human Resources ........... Mr. Jay OLEGERIIL
18  Director of Physical Plant .............. Mr. Clement KAZUMA
88  Bookstore/Supply Supervisor ......... Ms. Helen I. MOROS
45  Exec Assistant to the President ...... Mr. Todd NGIRAMENGIOR
08  Librarian .......................... Ms. Gretchen REYNOLDS

39  Director Housing & Student Life ........ Ms. Marensia EDWARD
38  Counselor ............................ Ms. Deikola OLIKONG
91  System Analyst ..................... Ms. Grace ALEXANDER
88  Science Center Coordinator .............................. Vacant
26  Public Relations Manager ......... Mr. Temmy R. TEMENGIL
06  Registrar ......................... Ms. Lesley B. ADACHI

## PUERTO RICO

## American University of Puerto Rico    (F)

Box 2037, Bayamon PR 00960-2037
County: Bayamon                       FICE Identification: 011941
                                       Unit ID: 241100
Telephone: (787) 620-2040            Carnegie Class: Specialized-Business/Mgmt
FAX Number: (787) 785-7377           Calendar System: Semester
URL: www.aupr.edu
Established: 1963     Annual Undergrad Tuition & Fees: $4,330
Enrollment: 5,057                                    Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Business Emphasis
Accreditation: M

01  President ................. Prof. Juan B. NAZARIO-NEGRON
05  Vice Pres Acad Student Affairs ....... Dra. Consuelo CASTRO
10  Vice Pres Finance & Admin
    Affairs ................. Mr. Juan C. NAZARIO-TORRES
06  Registrar ............................. Prof. Maria RODRIGUEZ
07  Admissions Officer ........ Mrs. Margarita CRUZ-SANTIAGO
88  Learning Resources Center Director ......... Ms. Doris ROBLES
30  Dir Student Affairs/Public Rels ....... Mrs. Yahaira MELENDEZ
37  Director Financial Aid .............. Mrs. Yahaira MELENDEZ
50  Director Marketing and Media ......... Ms. Magda CANCEL
38  Director Guidance Counseling ...... Mrs. Luz S. HERNANDEZ
24  Director Educational Media ............ Ms. Carol SANTIAGO
41  Athletic Director ..................... Mr. Manfredo VEGA
14  Director Computer Center ............. Mr. Juan L. RIVERA
52  Director Personnel Services ...... Mrs. Ana Maria MELLICO
12  Director Bayamon Campus ............................. Vacant
12  Director Manati Campus ............ Dr. Jose A. TORRES
53  Dept Chair School of Education ...... Dr. Rosaenil HERNANDEZ
50  Dept Chair Business Admin/Sec Sci .... Prof. Rosa RODRIGUEZ
49  Dept Chair Arts & Sciences ............. Dr. Eunice RIVERA
09  Director of Institutional Research ...... Dr. Rommel ALFONSECA
18  Chief Facilities/Physical Plant ...... Mr. Benigno NAZARIO
36  Chief Public Relations Officer ............. Mr. Jaime GONZALEZ
35  Director Student Affairs ......... Mrs. Nereida CRISTOBAL
36  Director Student Placement ....... Mrs. Linette GONZALEZ
88  Director Enrollment Management ...... Mrs. Zaida SALGADO
96  Director of Purchasing .............. Mrs. Celeste TRAVERSO
92  Director of Honors Program .............. Dr. Arleyo TORRES
30  Chief Development .................... Mr. Jaime GONZALEZ

## Atlantic College    (G)

5 Colton and Tapia Street, Guaynabo PR 00970-3918
County: Guaynabo                      FICE Identification: 025054
                                       Unit ID: 241216
Telephone: (787) 720-1022            Carnegie Class: Baccalaureate-Associate's
FAX Number: (787) 720-1092           Calendar System: Quarter
URL: www.atlanticcollege.com
Established: 1983     Annual Undergrad Tuition & Fees: $4,430
Enrollment: 656                                      Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Master's
Program: 2-Year Principally Bachelor's Creditable; Liberal Arts and General;
Professional
Accreditation: ACICS

01  President .................... Dr. Teresa DE DIOS-UNANUE
20  Dean of Administration ...... Prof. Heriberto MARTINEZ-ABREU
45  Dean of Academics ......... Prof. Limarie GALARZA-ESCOBAR
26  Dean of Technology &
    Marketing ............. Prof. Heriberto MARTINEZ-DE DIOS
58  Dean of Graduate Programs ............ Prof. Frances GRAU
06  Registrar .......................... Ms. Edna I. GUTIERREZ
38  Dir Student Counseling/Placement ............ Mrs. Maria MOLL
37  Director Financial Aid ............. Mrs. Velma APONTE
10  Director Financial Affairs .............. Mr. William ANAYA

## Bayamon Central University    (H)

PO Box 1725, Bayamon PR 00960-1725
County: Bayamon                       FICE Identification: 005022
                                       Unit ID: 241225
Telephone: (787) 786-3030            Carnegie Class: Master's
FAX Number: (787) 740-2200           Calendar System: Semester
URL: www.ucb.edu.pr
Established: 1970     Annual Undergrad Tuition & Fees: $5,240
Enrollment: 3,248                                    Coed
Affiliation or Control: Roman Catholic   IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: M

01  President ......................... Fr. Benito REYES
05  Academic Dean ................... Dr. Maritza ORTIZ
10  Administrative Dean ............. Mr. Carmen CEDENO

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

Case 2:05-cv-00062-MHT-TFM    Document 106-3    Filed 02/06/2006    Page 98 of 126

**Accreditation: EH**

| | | |
|---|---|---|
| 01 | President | Mr. Lawrence H. MANDELL |
| 04 | Assistant to the President | Ms. Samantha BECKER |
| 05 | Chief Academic Officer | Mr. Gay MOORE |
| 06 | Registrar | Ms. Jody MAUNSELL |
| 07 | Director Admissions | Ms. Kathleen MOORE |
| 08 | Head Librarian | Mr. Jim NOLTE |
| 10 | Director Administration & Finance | Ms. Freya CHAFFEE |
| 16 | Chief Personnel | Vacant |
| 21 | Associate Business Officer | Ms. Kathy BARROWS |
| 30 | Director of Development | Ms. Deb DEVER |
| 37 | Director Student Financial Aid | Ms. Marcy SPAULDING |
| 40 | Director Bookstore | Ms. Pat AJA |
| 45 | Chief Planning Officer | Mr. Gay MOORE |
| 51 | Director Continuing Education | Mr. Neal RODAR |
| 01 | Dir Prevention & Community Devel | Ms. Kelly YOUNG |
| 01 | Director Legal & Paralegal Studies | Ms. Jean MYERS |
| 88 | Dir Mediation/Conflict Management | Mr. Tod WINOKUR |
| 88 | Director Interdisplinary Studies | Ms. Susan PALMER |

# VIRGINIA

## Advanced Technology Institute    (A)

5700 Southern Boulevard, Virginia Beach VA 23462
County: City of Virginia Beach           FICE Identification: 031275
Telephone: (757) 490-1241                Carnegie Class: Other
FAX Number: (757) 499-5929               Calendar System: Semester
Established: 1975          Annual Undergrad Tuition & Fees: $16,980
Enrollment: 475                                              Coed
Affiliation or Control: Proprietary        IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

| | | |
|---|---|---|
| 12 | Director | Mr. William M. TOMLIN |
| 05 | Chief Academic Officer | Mr. Bob CONKLIN |
| 07 | Director of Admissions | Mr. Mike LEVY |
| 32 | Director of Student Services | Mr. Kirk CLAYTON |
| 37 | Director Student Financial Aid | Mr. Chris LAPICKI |

## Appalachian School of Law    (B)

PO Box 2825, Grundy VA 24614-2825
County: Buchanan                         FICE Identification: 035593
Telephone: (800) 895-7411                Carnegie Class: Other
FAX Number: (540) 935-8261               Calendar System: Semester
URL: www.asl.edu
Established: 1995          Annual Undergrad Tuition & Fees: $21,350
Enrollment: 371                                              Coed
Affiliation or Control: Independent Non-Profit     IRS Status: 501(c)3
Highest Offering: First Professional Degree
Program: Professional
Accreditation: #LAW

| | | |
|---|---|---|
| 01 | President | Dr. Lucius F. ELLSWORTH |
| 61 | Dean | Mr. W. Jeremy DAVIS |
| 62 | Director of Library | Mr. Tim P. CHINARIS |
| 35 | Director Of Career Services | Ms. Kim BOYD-HIBBILTS |
| 14 | Director of Information Services | Mr. Brian L. RATLIFF |
| 31 | Director of Community Services | Ms. Jina M. SAULS |
| 32 | Director of Student Services | Ms. Nancy J. PRUITT |

## Argosy University/Washington DC    (C)

1550 Wilson Boulevard, Suite 600,
Arlington VA 22209-2435
County: Arlington                           Identification: 666788
                                              Unit ID: 419457
Telephone: (703) 526-5800   Carnegie Class: Specialized-Other Specialized
FAX Number: (703) 243-8973               Calendar System: Semester
URL: www.argosyu.edu
Established: 1994          Annual Undergrad Tuition & Fees: $14,810
Enrollment: 789                                              Coed
Affiliation or Control: Proprietary        IRS Status: Proprietary
Highest Offering: Doctorate
Program: Professional
Accreditation: &NH, CLPSY

| | | |
|---|---|---|
| 02 | Campus President | Dr. Steve SORKIN |
| 06 | Director of Student Services | Ann STAPLETON |
| 07 | Director of Admissions | Emily PECK |
| 08 | Director of Library Services | Walter RUF |

† Regional accreditation is carried under the parent institution, Argosy University in Chicago, IL.

## Atlantic University    (D)

215 67th Street, Virginia Beach VA 23451
County: Virginia Beach                      Identification: 666653
                                              Unit ID: 231402
Telephone: (757) 631-8101   Carnegie Class: Specialized-Other Specialized
FAX Number: (757) 631-8096               Calendar System: Other
URL: www.atlanticuniv.edu
Established: 1930          Annual Graduate Tuition & Fees: $4,050
Enrollment: 210                                              Coed
Affiliation or Control: Independent Non-Profit     IRS Status: 501(c)3
Highest Offering: Master's; No Undergraduates
Program: Professional

**Accreditation: DETC**

| | | |
|---|---|---|
| 01 | President/Administrator | H. A. STOKELY |
| 05 | Chief Academic Officer | Mark THURSTON |
| 06 | Registrar | Robert L. DANNER |
| 07 | Admissions Officer | Gregory DEMING |
| 10 | Business Officer | Mary W. PINNELL |

## Averett University    (E)

420 West Main Street, Danville VA 24541-3692
County: Independent City             FICE Identification: 003702
                                              Unit ID: 231420
Telephone: (434) 791-5600          Carnegie Class: Master's I
FAX Number: (434) 791-5637           Calendar System: Semester
URL: www.averett.edu
Established: 1859            Annual Undergrad Tuition & Fees: $19,040
Enrollment: 2,719                                            Coed
Affiliation or Control: Baptist            IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: SC, AT

| | | |
|---|---|---|
| 01 | President | Dr. Richard A. PFAU |
| 11 | Vice Pres for Admin & Finance | Dr. Peggy WRIGHT |
| 30 | Vice Pres Institutional Advancement | Mr. Richard A. PEJEAU |
| 32 | Dean of Student Development | Dr. Mark GOVONI |
| 37 | Dean of Financial Assistance | Mr. Carl BRADSHER |
| 49 | Dean of Arts & Sciences | Dr. Jeffrey FAGER |
| 10 | Comptroller | Mrs. Lori THIMANN |
| 08 | Director of Library | Ms. Elaine DAY |
| 35 | Director of Career Services | Mr. Mark WERBEACH |
| 06 | Registrar | Dr. Larry WILBURN |
| 07 | Director of Admissions | Ms. Kathie TUNE |
| 26 | Chief Public Relations Officer | Ms. Susan HUCKSTEP |
| 09 | Director of Institutional Research | Mrs. Jue-Ling TAI |
| 29 | Director Alumni Relations | Mr. Garry PRITCHETT |

## Aviation Institute of Maintenance    (F)

1429 Miller Store Road, Virginia Beach VA 23455-3324
                                    FICE Identification: 031263
Telephone: (757) 363-2121                Carnegie Class: Other
FAX Number: (757) 363-2044               Calendar System: Other
Established:                  Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                                              Coed
Affiliation or Control: Proprietary        IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

| | | |
|---|---|---|
| 01 | President | Mr. Michael HUFFMAN |

## Baptist Theological Seminary at Richmond    (G)

3400 Brook Road, Richmond VA 23227-4536
County: Independent City             FICE Identification: 031169
                                              Unit ID: 366793
Telephone: (804) 355-8135   Carnegie Class: Specialized-Theological
FAX Number: (804) 355-8182               Calendar System: Semester
URL: www.btsr.edu
Established: 1991            Annual Graduate Tuition & Fees: $6,340
Enrollment: 224                                              Coed
Affiliation or Control: Independent Non-Profit     IRS Status: 501(c)3
Highest Offering: Doctorate; No Undergraduates
Program: Professional
Accreditation: THEOL

| | | |
|---|---|---|
| 01 | President | Dr. Thomas H. GRAVES |
| 06 | Registrar | Miss Ellin T. GWATHMEY |
| 05 | Dean of the Faculty | Dr. Richard B. VINSON |

## Bluefield College    (H)

3000 College Drive, Bluefield VA 24605-1799
County: Tazewell                     FICE Identification: 003703
                                              Unit ID: 231554
Telephone: (276) 326-3682   Carnegie Class: Baccalaureate-General
FAX Number: (276) 326-4288               Calendar System: Semester
URL: www.bluefield.edu
Established: 1922            Annual Undergrad Tuition & Fees: $11,430
Enrollment: 817                                              Coed
Affiliation or Control: Baptist            IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: SC

| | | |
|---|---|---|
| 01 | President | Dr. Daniel G. MACMILLAN |
| 05 | Vice Pres for Academic Affairs | Dr. Elizabeth GOMEZ |
| 30 | VP for Institutional Advancement | Vacant |
| 10 | VP for Admin & Finance | Mrs. Pamela S. SARVER |
| 32 | Dean of Student Services | Mr. Dan BOWMAN |
| 84 | Director of Enrollment Management | Mr. Timothy HAVENS |
| 06 | Registrar | Mrs. Cathy MATHERLY |
| 08 | Librarian | Mrs. Ann MASSEY |
| 13 | Director of Information Services | Mr. Jamie BLAIR |
| 26 | Director Public Relations | Mr. Chris SHOEMAKER |
| 29 | Director of Alumni Relations | Mrs. Teresa STANLEY |
| 35 | Director of Student Activities | Mrs. Jessica MCDANIEL |
| 09 | Director of Institutional Research | Ms. Jennifer ADDISON |

| | | |
|---|---|---|
| 37 | Director of Financial Aid | Mrs. Debbie CHECCHIO |
| 42 | Campus Minister | Rev. David TAYLOR |
| 41 | Athletic Director | Vacant |
| 40 | Director Bookstore Services | Mrs. Judy VANNOY |
| 88 | Director of Sports Information | Mr. Jason MCCLUNG |
| 18 | Director of Information | Mr. Blair TAYLOR |
| 36 | Director Student Support Services | Mrs. Carrie CAMDEN |
| 04 | Asst to the President | Mrs. Diane T. SHOTT |
| 15 | Personnel Coordinator | Mrs. Karen GUNTER |
| 19 | Director of Campus Safety | Dr. Kelly WALLS |

## Bridgewater College    (I)

402 East College Street, Bridgewater VA 22812-1599
County: Rockingham                   FICE Identification: 003708
                                              Unit ID: 231598
Telephone: (540) 828-8000   Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (540) 828-5479               Calendar System: 4/1/4
URL: www.bridgewater.edu
Established: 1880            Annual Undergrad Tuition & Fees: $18,960
Enrollment: 1,525                                            Coed
Affiliation or Control: Church Of The Brethren     IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: SC, AT

| | | |
|---|---|---|
| 01 | President | Dr. Phillip C. STONE |
| 04 | Executive Assistant to President | Mr. Roy W. FERGUSON |
| 05 | Vice Pres/Dean of the College | Dr. Arthur C. HESSLER |
| 11 | Vice Pres for Finance & Treasurer | Ms. Anne B. KEELER |
| 30 | Vice Pres for Inst Advancement | Mr. Charles H. SCOTT |
| 26 | Vice Pres for College Relations | Dr. Karen W. WIGGINTON |
| 44 | Assoc Vice Pres Inst Advancement | Vacant |
| 44 | Assoc VP for Individual Gifts | Mr. Steve YOUNG |
| 21 | Exec Dir of Budget/Support | |
| | Services | Mr. Teshome H. MOLALENGE |
| 40 | Bookstore Manager | Ms. Karen A. WELCH |
| 20 | Associate Dean of Academic Affairs | Dr. Robert A. ANDERSEN |
| 32 | Dean of Students | Dr. William D. MIRACLE |
| 36 | Director of Career Services | Ms. Annette WILLIAMS |
| 38 | Director of Counseling | Dr. Raymond W. STUDWELL |
| 42 | Chaplain | Rev. Robert H. MILLER |
| 03 | Dir of Enrollment Operations | Ms. Linda F. STOUT |
| 07 | Director of Admissions & Marketing | Mr. Jonathan L. BRUSH |
| 37 | Director of Financial Aid | Mr. J. Vern FAIRCHILDS, JR |
| 41 | Chief Info Officer/Dir of Info Tech | Mr. Terry E. KELLER |
| 08 | Director of Library | Mr. Curtis L. KENDALL |
| 29 | Director of Alumni Relations | Ms. Ellen K. LAYMAN |
| 09 | Director of Institutional Research | Ms. Dawn S. DALBOW |
| 15 | Director of Human Resources | Ms. Victoria L. PRICE |
| 08 | Library Director | Ms. Donna BIBB |
| 06 | Registrar | Ms. Cynthia K. HOWDYSHELL |
| 21 | Controller | Ms. Mary S. SCHWARTZ |
| 27 | Editor/Dir of Media Relations | Vacant |
| 19 | Campus Police Chief | Mr. Nicholas P. PICERNO |

## Bryant & Stratton College    (J)

301 Centre Pointe Drive, Virginia Beach VA 23462-4417
County: Independent City                  Identification: 010067
                                              Unit ID: 231782
Telephone: (757) 499-7900          Carnegie Class: Associate
FAX Number: (757) 499-9977           Calendar System: Semester
URL: www.bryantstratton.edu
Established:                 Annual Undergrad Tuition & Fees: $11,850
Enrollment: 454                                              Coed
Affiliation or Control: Proprietary        IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational
Accreditation: &M, MAC

| | | |
|---|---|---|
| 02 | Campus Director | Ms. Tracy B. NANNERY |
| 10 | Business Office Director | Ms. Belinda ROBERTSON |
| 05 | Dean of Instruction | Ms. Urban D. ROGERS |
| 07 | Director of Admissions | Mr. Gregory SMITH |
| 36 | Career Services Director | Ms. Ronda TOLAND |

† Regional accreditation is carried under the parent institution (corporate office) in Buffalo, NY.

## Bryant & Stratton College    (K)

8141 Hull Street Road, Richmond VA 23235-6411
County: Chesterfield                      Identification: 666496
                                              Unit ID: 231826
Telephone: (804) 745-2444          Carnegie Class: Associate
FAX Number: (804) 745-6884           Calendar System: Semester
URL: www.bryantstratton.edu
Established: 1970            Annual Undergrad Tuition & Fees: $11,850
Enrollment: 477                                              Coed
Affiliation or Control: Proprietary        IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational
Accreditation: &M, MAC

| | | |
|---|---|---|
| 02 | Campus Director | Dr. Carl L. NEWELL |
| 05 | Dean of Instruction | Ms. Beth M. MURPHY |
| 36 | Career Services Director | Ms. Brenda SANDS WHITE |
| 07 | Director of Admissions | Ms. Linda PAUTZ |
| 51 | Director Professional Skills Center | Mr. Harry MASSEY |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

08 Director AC Library Network .............................Mr. Mark HANNA
51 Director Continuing Education ..........................Mrs. Kim DAVIS
32 Assoc Dean Student Services ....................Mr. Robert C. AUSTIN
06 Registrar/Director of Admissions ..................Mrs. Diane BRICE
26 Director of Communications ..............................Ms. Ellen NEAL
15 Director Human Resources ....................Mr. Lynn L. THORNTON
19 Director of Safety & Security ....................Mr. Michael W. DUVAL
30 Exec Dir AC Foundation/Development ......Mr. Barnabas B. DOWDY
26 Director Marketing/Special Events ......Mrs. Tracy D. DOUGHERTY
35 Director of Student Activities ..........................Mrs. April SESSLER
38 Director Advising & Counseling ........................Ms. Sally EVANS
88 General Manager KACV-TV/FM ..................Ms. Joyce HERRING
88 Director Amarillo Museum of Art ..................Mr. Tom TOPERZER
88 Director Criminal Justice Program ..............Mrs. Tori BRASHER
96 Director of Purchasing ......................Mr. Howard A. SCHMIEDING

## Amberton University (A)

1700 Eastgate Drive, Garland TX 75041
County: Dallas                          FICE Identification: 022594
                                              Unit ID: 222628
Telephone: (972) 279-6511          Carnegie Class: Specialized-Business/Mgmt
FAX Number: (972) 279-9773              Calendar Class: Quarter
URL: www.amberton.edu
Established: 1971              Annual Undergrad Tuition & Fees: $4,800
Enrollment: 1,680                              Coed
Affiliation or Control: Independent Non-Profit        IRS Status: 501(c)3
Highest Offering: Master's
Program: Professional
Accreditation: SC

01 President ..........................................Dr. Douglas W. WARNER
95 Vice Pres for Academic Services ..................Mr. Algia ALLEN
03 Executive Vice President ..........................Mrs. Melinda REAGAN
45 Vice Pres for Strategic Services ..................Dr. JoLynn LOYD
30 Dean for University Advancement ..................Dr. Jolynn LOYD
10 Chief Business Officer ..........................Mr. Brent BRADSHAW
06 Registrar ..................................................Ms. Marge MASSEY
32 Director Student Services ..........................Ms. Janet WILEMON
84 Director for Recruiting ..........................Mr. Paul AKEMAN
08 Head Librarian ..................................Ms. Judy GIBSON
29 Dir Alumni Relations & Inst Rsch ..................Dr. Jo Lynn LOYD
07 Director of Admissions ......................Ms. Gloria EASTWOOD
40 Director Bookstore ..............................Mr. Dwayne BLACK
09 Director of Institutional Research ..............Dr. Jo Lynn LOYD
35 Director Student Affairs ..........................Mr. J. WILEMON

## American College of Acupuncture (B) and Oriental Medicine

9100 Park West Drive, Houston TX 77063-4104
County: Harris                          FICE Identification: 031533
                                              Unit ID: 429085
Telephone: (713) 780-9777          Carnegie Class: Specialized-Other Health
FAX Number: (713) 781-5781          Calendar System: Trimester
URL: www.acaom.edu
Established: 1991              Annual Undergrad Tuition & Fees: $10,500
Enrollment: 178                              Coed
Affiliation or Control: Proprietary        IRS Status: Proprietary
Highest Offering: Master's; No Lower Division
Program: Professional
Accreditation: ACUP

01 President ..........................................Dr. Rodolfo J. CORTINA
03 Vice President ..............................Ms. Minmay LIANG
05 Dean of Academic Affairs ......................Dr. Wen HUANG
20 Dean of Clinical Training ......................Dr. Yantang LIU

## American InterContinental (C) University-Houston Campus

9999 Richmond Avenue, Houston TX 77042
County: Harris                          Identification: 666335
Telephone: (832) 201-3600          Carnegie Class: Other
FAX Number: (832) 201-3637          Calendar System: Quarter
URL: www.aiuhouston.com
Established: 2003              Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                              Coed
Affiliation or Control: Proprietary        IRS Status: Proprietary
Highest Offering: Master's
Program: Professional
Accreditation: aSC

01 Campus President ..............................Mr. Randall SHEETS

## Angelina College (D)

PO Box 1768, Lufkin TX 75902-1768
County: Angelina                          Identification: 006661
                                              Unit ID: 222822
Telephone: (936) 639-1301          Carnegie Class: Associate's
FAX Number: (936) 639-4299          Calendar System: Semester
URL: www.angelina.cc.tx.us
Established: 1966              Annual Undergrad Tuition & Fees (In-District): $1,062
Enrollment: 4,938                              Coed
Affiliation or Control: State/Local        IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, RAD, RSTH

01 President ..........................................Mr. Larry M. PHILLIPS
05 Vice President/Dean of Instruction ......Dr. Patricia M. McKENZIE
10 Vice President Business Services ..............Mr. Steven A. WATTERS
31 Vice Pres of Community Services ..........Dr. Frederick W. KANKE
32 Dean of Student Services ..........................Mr. James TWOHIG
09 Director of Institutional Research ..................Mr. Bill BERRY
13 Management Information Systems ......Mr. Willie C. ROGERS
37 Director Student Financial Aid ..............Mrs. Becky INNERARITY
27 Dir Communications/Mrktng/Develop ......................Vacant

## Argosy University/Dallas (E)

8080 Park Lane, Suite 400A, Dallas TX 75231
County: Dallas                          Identification: 666181
Telephone: (214) 890-9900          Carnegie Class: Other
FAX Number: (214) 696-3900          Calendar Class: Semester
URL: www.argosy.edu
Established: 2002              Annual Undergrad Tuition & Fees: $14,810
Enrollment: 285                              Coed
Affiliation or Control: Proprietary        IRS Status: Proprietary
Highest Offering: Doctorate
Program: Professional
Accreditation: &NH

02 Campus President ..............................Dr. Kathleen NOBLE
32 Director Student Services ..........................Beth KIRKMAN
08 Director Library Services ..........................Jill HOLSINGER

† Regional accreditation is carried under the parent institution in Chicago, IL.

## Arlington Baptist College (F)

3001 West Division, Arlington TX 76012-3497
County: Tarrant                          FICE Identification: 020814
                                              Unit ID: 222877
Telephone: (817) 461-8741          Carnegie Class: Specialized-Theological
FAX Number: (817) 274-1138          Calendar System: Semester
URL: www.abconline.edu
Established: 1939              Annual Undergrad Tuition & Fees: $5,340
Enrollment: 215                              Coed
Affiliation or Control: Baptist        IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts and General
Accreditation: BI

01 President ..........................................Dr. David BRYANT
05 Academic Dean ..............................Dr. Helen SULLIVAN
10 Business Manager/Dir
         Financial Aid ..........................Rev. David B. CLOGSTON, JR.
32 Dean of Students ..............................Rev. Emil BALLIET
06 Registrar/Director Admissions ..................Ms. Janie TAYLOR
06 Head Librarian ..............................Ms. Denise WATTS
18 Director Physical Plant ..............Mr. George MORENO
21 Office Manager ..............................Mrs. Jill BOTTICELLI
40 Director Bookstore ..............................Mrs. Vickie BRYANT
30 Director Institutional Advancement ..............Mr. Durward CASH

## Art Institute of Dallas (G)

Two North Park East, 8080 Park Lane,
Dallas TX 75231-5993
County: Dallas                          FICE Identification: 025396
                                              Unit ID: 224776
Telephone: (214) 692-8080          Carnegie Class: Associate's
FAX Number: (214) 692-6541          Calendar System: Quarter
URL: www.aid.edu
Established: 1964              Annual Undergrad Tuition & Fees: $17,200
Enrollment: 1,418                              Coed
Affiliation or Control: Proprietary        IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational
Accreditation: SC, ACFEI, FIDER

02 President ..........................................Mr. Paul R. McGUIRK
05 Vice President of Academic Affairs ..........Dr. Leslie C. BAUGHMAN
07 Director of Admissions ......................Mr. Chad WILLIAMS
10 Director Admin/Financial Services ..........Ms. Karen A. FINE
32 Dean of Student Affairs ..........................Ms. Sheila A. KELL

## The Art Institute of Houston (H)

1900 Yorktown, Houston TX 77056-4115
County: Harris                          FICE Identification: 021171
                                              Unit ID: 222938
Telephone: (713) 623-2040          Carnegie Class: Associate's
FAX Number: (713) 966-2700          Calendar System: Quarter
URL: www.aih.aii.edu
Established: 1978              Annual Undergrad Tuition & Fees: $21,812
Enrollment: 1,644                              Coed
Affiliation or Control: Proprietary        IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational
Accreditation: SC, ACFEI, FIDER

01 President ..........................................Dr. Kim S. NUGENT
32 Dean of Student Affairs ..........................Alisa KROUSE
11 Dir Administrative/Financial Svcs ..........Chris A. MARTIN
07 Director of Admissions ..............Mr. Kenneth C. PASCAL
05 Director of Education ..............................Brian SHUMAKER
15 Director of Human Resources ..........................Roger WALTER
36 Director of Career Services ..............Mary Kate ROBINSON

## ATI-Career Training Center

10003 Technology Boulevard West, Dallas TX 75220-4318
County: Dallas                          FICE Identification: 025965
Telephone: (972) 902-8191          Carnegie Class: Other
FAX Number: (214) 358-7500          Calendar System: Quarter
URL: www.aticareertraining.edu
Established: 1986              Annual Undergrad Tuition & Fees: $16,000
Enrollment: 800                              Coed
Affiliation or Control: Proprietary        IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT, RSTH

02 Director of School ..............................Mr. Gerald E. PARR
07 Director of Admissions ..........Mr. Stephen J. BREWSTER
37 Director Student Financial Aid ..........Ms. Varlisa TAYLOR

## Austin Business College (J)

2101 IH-35 South, Third Floor, Austin TX 78741
County: Travis                          Identification: 021886
                                              Unit ID: 225867
Telephone: (512) 447-9415          Carnegie Class: Associate's
FAX Number: (512) 447-0194          Calendar System: Quarter
URL: www.abcdx.edu
Established: 1971              Annual Undergrad Tuition & Fees: $23,000
Enrollment: 400                              Coed
Affiliation or Control: Proprietary        IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS

01 Exec Director ..............................Ms. Lisa RUSZCZYK
06 Registrar ..................................Ms. Patty BALLIN
02 Director ..........................................Mrs. Tammy STEWART
07 Director of Admissions ..........................Ms. Pam BINNS
36 Director Student Placement ..................Ms. Maggie WHITLEY
37 Director Financial Aid ..........................Mrs. Amy WERST

## Austin College (K)

900 North Grand Avenue, Sherman TX 75090-4400
County: Grayson                          FICE Identification: 003543
                                              Unit ID: 222983
Telephone: (903) 813-2000          Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (903) 813-3199          Calendar System: 4/1/4
URL: www.austincollege.edu
Established: 1849              Annual Undergrad Tuition & Fees: $20,470
Enrollment: 1,370                              Coed
Affiliation or Control: Presbyterian Church (U.S.A.)        IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: SC

01 President ..........................................Dr. Oscar C. PAGE
05 Vice Pres Academic Affairs ..........Dr. Michael A. IMHOFF
32 Vice Pres Student Affairs/Athletics ......Mr. Timothy P. MILLERICK
30 Vice Pres Institutional Advancement ..........Mr. James C. LEWIS
10 Vice Pres for Business Affairs ..........Mr. George E. ROWLAND
84 Vice Pres for Inst Enrollment ..................Ms. Nan M. DAVIS
09 Director Inst Planning/Research ..........Ms. Janis E. RUTHERFORD
12 Director of Admission Dallas Office ..............Mr. Jay D. EVANS
84 Dir Transfer Admission/Intl Student ..............Mr. David DILLMAN
42 Chaplain/Dir of Church Relations ..........Rev. John D. WILLIAMS
39 Director of Student Life ..........................Ms. Kelsel T. SOMMERS
06 Registrar ..................................Mrs. Phyllis A. RIEGER
08 Librarian ..............................................Mr. John WEST
21 Comptroller ..............................Mrs. Sheryl BRADSHAW
79 Dean of Humanities ......................Dr. Bernice V. MELVIN
81 Dean of Sciences ..............................Dr. E. Don WILLIAMS
83 Dean of Social Sciences ..................Dr. Howard A. STARR
15 Director of Human Resources ..............Mr. Chris P. CHANDLER
38 Director Student Svcs Counseling ......Dr. Rosemarie ROTHMEIER
36 Director Career Services ..............Mrs. Margie A. NORMAN
13 Exec Director Information Tech ....................Mr. Bill EDGETTE
37 Exec Director of Financial Aid ..............Mrs. Laurie COULTER
30 Director of Graduate Program ..........Dr. Barbara N. SYLVESTER
51 Coordinator of Continuing Education ......Ms. Carolyn CRANFORD
30 Exec Director of Development ..............Ms. LaMarriol SMITH
26 Exec Director College Relations ..............Ms. LaMarriol SMITH
29 Dir Alumni & Parent Relations ..............Ms. Sarah C. STEVENS
44 Director of Annual Giving ..................Ms. Jill J. ROBERTS
25 Director of Grants ..............................Ms. Gay WACKER
88 Director of Donor Relations ..........Ms. Bonnie M. SCRANTON
19 Chief of Police ..............................Mr. Larry D. CAYLOR
40 Manager of Campus Store ..................Ms. Linda FRANZEO
44 Director of Major Gifts ..................Mr. Mike V. HUTCHISON
27 Dir of Editorial Communications ..............Ms. Vickie S. KIRBY
13 Director of Physical Plant ..................Mr. John L. JENNINGS
96 Purchasing Representative ..............Ms. Jeannean SMITH

## Austin Community College (L)

5930 Middle Fiskville Road, Austin TX 78752-4390
County: Travis                          FICE Identification: 012015
                                              Unit ID: 222992
Telephone: (512) 223-7336          Carnegie Class: Associate's
FAX Number: (512) 223-7185          Calendar System: Semester
URL: www.austincc.edu
Established: 1972          Annual Undergrad Tuition & Fees (In-District): $1,272
Enrollment: 29,004                              Coed
Affiliation or Control: State/Local        IRS Status: 501(c)3

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | |
|---|---|
| 58 Director Grad Enrollment/Mgmt/Svcs | Mr. Adrian O. DUMAS |
| 06 Registrar | Mr. David W. AALTO |
| 13 Director of Information Technology | Mr. Robert M. FRY |
| 15 Director of Human Resources/AAO | Ms. Grace BULNAT |
| 26 Dir Public Affairs/Pubs/Advertising | Ms. Nancy A. MCBRIDE |
| 26 Dir Pub Affrs/Media Rels/Spec Events | Ms. Heidi M. PALUK |
| 09 Director of Alumni Relations | Ms. Diane LASKA-NIXON |
| 44 Major Gifts/Planned Giving | Mr. Michael J. REYNOLDS |
| 44 Director of Annual Giving | Mr. James DYER |
| 88 Director of Academic Support Center | Dr. Allen A. BRUEHL |
| 35 Dean of Campus Life | Ms. Nancy P. CHIARAIN |
| 35 Assoc Dean Campus Life/Dir Std Act | Mr. Joseph M. GOLIA |
| 38 Assoc Dean Campus Life/Dir Res Life | Mr. Conway CAMPBELL |
| 41 Director of Athletics | Mr. Ted PAULAUSKAS |
| 19 Director of Public Safety | Mr. Pehr B. HOLMES |
| 23 Director of Health Services | Ms. Anne T. KANE |
| 24 Director of Media Services | Mr. Tad HALEY |
| 37 Director of Financial Aid | Ms. Karen PUNTILLO |
| 04 Exec Assistant to the President | Mr. Mark P. BILOTTA |
| 24 Director of Central Services | Ms. Jane LEAHY |
| 25 Director of Grants | Dr. Landy C. JOHNSON |
| 35 Dean of Students | Mr. Robert G. RAVENELLE |
| 28 Director of Multicultural Affairs | Mr. Mario J. SILVA ROSA |
| 96 Coordinator of Purchasing | Ms. Gail M. RACINE |

## Atlantic Union College (A)

PO Box 1000, South Lancaster MA 01561-1000
County: Worcester    FICE Identification: 002119
Unit ID: 164571
Telephone: (978) 368-2000   Carnegie Class: Baccalaureate-General
FAX Number: (978) 368-2015   Calendar System: Semester
URL: www.atlanticuc.edu
Established: 1882   Annual Undergrad Tuition & Fees: $13,500
Enrollment: 490   Coed
Affiliation or Control: Seventh-day Adventist   IRS Status: 501(c)3
Highest Offering: Master's
Program: Occupational; 2-Year Principally Bachelor's Creditable; Liberal Arts And General; Professional
Accreditation: #EH, ADNUR, MUSN, SW

| | |
|---|---|
| 01 President | Dr. George P. BABCOCK |
| 05 Vice Pres Academic Administration | Dr. Issumael NZAMUTUMA |
| 10 Vice President Finance | Mr. Earl C. KIRCHBERG |
| 04 Asst to Pres for Administration | Dr. Bordes Henry SATURNE |
| 32 Vice President for Student Services | Mr. Jack MENTGES |
| 30 VP Advancement/Alum Affs | Vacant |
| 06 Registrar | Ms. Lynn ZABALETA |
| 07 Director Admissions | Mrs. Rosita E. LASHLEY |
| 08 Librarian | Mrs. Monica MCCARTER |
| 34 Dean of Women | Ms. Chamra OTTO |
| 33 Dean of Men | Mr. Andrew FRANCIS |
| 37 Director Financial Aid Mgt | Ms. Sandra BOUCHER |
| 14 Director of Computer Center | Mr. Brian YAP |
| 13 Director of Information Technology | Ms. Maria I. URBINA |
| 18 Superintendent Physical Plant | Mr. Nic RUSSO |
| 19 Director of Security | Mr. Robert BRAND |
| 39 Director Housing | Mrs. Paula RAMOS |
| 23 Director Health Services | Mrs. Joan MITCHELL |
| 40 Director of Bookstore | Mrs. Marie BAKERLIS |
| 41 Athletic Director | Mr. Sandy SMITH |
| 42 Chaplain/Director Campus Ministry | Mr. Luis GRACIA |
| 15 Director Personnel Services | Ms. Carmen RODRIGUEZ |
| 21 Associate Business Officer | Mr. Oleg PREDOLIAK |
| 36 Dir Stdnt Affairs/Stdnt Placement | Mrs. Lois KING |
| 26 Chief Public Relations Officer | Ms. Cynthia KURTZHALS |
| 30 Director Alumni Relations | Vacant |
| 84 Director Enrollment Management | Mr. Wayne DUNBAR |
| 09 Director of Institutional Research | Dr. Timothy TROTT |
| 30 Director of Advancement | Ms. Hebe (Abby) SOARES |

## Babson College (B)

231 Forest Street, Babson Park MA 02457-0310
County: Norfolk   FICE Identification: 002121
Unit ID: 164580
Telephone: (781) 235-1200   Carnegie Class: Specialized-Business/Mgmt
FAX Number: (781) 239-5231   Calendar System: Semester
URL: www.babson.edu
Established: 1919   Annual Undergrad Tuition & Fees: $30,496
Enrollment: 3,288   Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Master's
Program: Professional
Accreditation: EH, BUS

| | |
|---|---|
| 01 President | Mr. Brian M. BAREFOOT |
| 05 Provost | Dr. Michael L. FETTERS |
| 30 Vice Pres Development & Alumni Affs | Mr. Peter RAMSEY |
| 27 Vice President of College Marketing | Mr. E. Scott TIMMINS |
| 11 Vice President of Administration | Ms. Mary ROSE |
| 10 Vice President for Finance | Dr. Henry DENEAULT |
| 32 Assoc Vice Pres Student/Cmty Svcs | Ms. Carol J. HACKER |
| 18 Assoc VP Facilities/Services | Mr. Shelley KAPLAN |
| 35 Dean of Student Affairs | Mr. Tim MANN |
| 45 Assoc VP of Planning/Chief of Staff | Mr. Richard VOOS |
| 20 Dean of Faculty | Dr. Fritz FLEISCHMAN |
| 58 Dean of Graduate Programs | Dr. Mark RICE |
| 50 Dean of Undergraduate School | Dr. Patricia GREENE |
| 51 Dean of School of Exec Education | Ms. Elaine EISENMANN |
| 06 Registrar | Ms. Linda NEAR |
| 07 Dean Undergraduate Admissions | Mr. Alan KINES |

| | |
|---|---|
| 37 Assoc Dean UG Sch/Dir Std Fin Svcs | Ms. Melissa J. SHAAK |
| 38 Assoc Dean of Students | Mr. Brent DAMROW |
| 15 Director Human Resources/AA | Ms. Adele LANGEVIN |
| 86 Director Graduate Career Services | Mr. David FETHERSTON |
| 08 Director of Libraries | Ms. Hope N. TILLMAN |
| 88 Dir Undergraduate Career Services | Ms. Jennifer SHIRE |
| 09 Director of Institutional Research | Ms. Anne Marie DELANEY |
| 26 Director Public Relations | Mr. Michael CHMURA |
| 21 Controller | Mr. Richard BOWMAN |
| 96 Director of Purchasing | Mr. Christopher SWEZEY |

## Bay Path College (C)

588 Longmeadow Street, Longmeadow MA 01106-2292
County: Hampden   FICE Identification: 002122
Unit ID: 164632
Telephone: (413) 565-1000   Carnegie Class: Baccalaureate-Associate's
FAX Number: (413) 565-1105   Calendar System: Semester
URL: www.baypath.edu
Established: 1897   Annual Undergrad Tuition & Fees: $20,606
Enrollment: 1,347   Female
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: EH, OT

| | |
|---|---|
| 01 President | Dr. Carol A. LEARY |
| 05 Vice Pres Academic Affairs/Provost | Dr. William SIPPLE |
| 10 VP Finance/Administrative Services | Ms. Rachel ST.ONGE-BOISSEAU |
| 30 VP for Institutional Advancement | Ms. Kathleen BOURQUE |
| 38 VP Plng/Student Development | Ms. Caron T. HOBIN |
| 04 Assistant to the President | Ms. Eleanor H. GAY |
| 25 Asst Vice Pres Finance | Ms. Donna GUERTIN |
| 05 Assoc VP Academic Affairs | Ms. Ann DOBMEYER |
| 20 Assoc VP Academic Affairs | Ms. Vana NESPOR |
| 26 Director of Communications | Ms. Kathleen WROBLEWSKI |
| 37 Director of Financial Aid | Ms. Stephanie KING |
| 07 Director of Admissions | Ms. Lisa CASASSA |
| 08 Director of the Library | Ms. Maureen HORAK |
| 06 Registrar | Mr. Charles J. BERTOLINO |
| 86 Director Career Services | Ms. Sally J. SCHIRMER-SMITH |
| 29 Dir Development/Alumni Relations | Ms. Kathleen CONNOR |
| 88 Dean Special Academic Initiatives | Ms. Brenda WISHART |
| 23 Director of Health Services | Ms. Margaret ANDERSON |
| 19 Director of Campus Public Safety | Mr. Kenneth COLLAMORE |
| 13 Director of Human Resources/Admin Services | Ms. Joanne OLLSON |
| 14 Information Systems Administrator | Mrs. Linda A. SIMONDS |
| 18 Director Facilities/Campus Svcs | Mr. Paul E. STANTON |
| 17 Director Publications & Advertising | Ms. Joanne GUERNSEY |
| 41 Director of Athletics | Mr. Steven J. SMITH |
| 13 Manager of Tech Services | Ms. Christiane TORICHIA |
| 37 Dir Masters of Sci Commun/Info Mgmt | Dr. Elizabeth RIVET |
| 32 Director of Student Life | Mr. Peter AXTMANN |
| 86 Director of Purchasing/Office Svcs | Ms. Stacey WIKAR |
| 85 International Student Advisor | Ms. Caron HOBIN |
| 50 Chair Business Department | Dr. Joan M. INZINGA |
| 88 Chair Clinical Justice Department | Dr. Victor J. MILANI |
| 53 Chair Education Department | Ms. Estelle LEAVITT |
| 88 Chair Occupational Therapy Dept | Ms. Karen SLADYK |
| 88 Chair Psychology Department | Dr. Carol WINTERS-SMITH |
| 41 Chair Legal Studies Department | Vacant |
| 53 Dir of Cont Educ & Grad Recruitment | Ms. Diane RANALDI |
| 88 Chair Information Technology | Dr. Arlene EISENMAN-PALKA |
| 88 Chair Liberal Studies | Dr. John JARVIS |
| 81 Chair Science & Mathematics | Dr. Gina SEMPREBAN |

## Bay State College (D)

122 Commonwealth Avenue, Boston MA 02116-2975
County: Suffolk   FICE Identification: 003965
Unit ID: 164641
Telephone: (617) 236-8000   Carnegie Class: Associate's
FAX Number: (617) 536-1735   Calendar System: Semester
URL: www.baystate.edu
Established: 1946   Annual Undergrad Tuition & Fees: $15,300
Enrollment: 890   Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: EV, MAAB, PTAA

| | |
|---|---|
| 01 President | Howard HORTON |
| 05 Vice President of Academic Affairs | Vacant |
| 84 Vice Pres of Enrollment Management | Kathleen LYNCH |
| 10 Chief Financial Officer | Joyce HANLON |
| 20 Associate VP of Academic Affairs | Sylvia R. REFFLER |
| 37 Director of Financial Aid | Susan DE JONG |
| 06 Registrar | Ray BARNES |
| 08 Librarian | Jessica NEAVE |
| 35 Director Student Affairs | Stacey MICA |

## Becker College-Worcester (E)

61 Sever Street, Box 15071, Worcester MA 01609
County: Worcester   FICE Identification: 002123
Unit ID: 164647
Telephone: (508) 791-9241   Carnegie Class: Baccalaureate-Associate's
FAX Number: (508) 831-7505   Calendar System: Semester
URL: www.beckercollege.edu
Established: 1887   Annual Undergrad Tuition & Fees: $18,000
Enrollment: 1,676   Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3

Highest Offering: Baccalaureate
Program: 2-Year Principally Bachelor's Creditable; Liberal Arts ...
Accreditation: EH, ADNUR, PTAA

| | |
|---|---|
| 01 President | Dr. Kenneth ... |
| 05 Vice Pres for Academic Affairs | Dr. R ... |
| 84 Vice Pres for Enrollment Management | Mrs. Elaine LA ... |
| 88 VP Lifelong Lrng/New Initiatives | Mr. John ... |
| 27 Chief Information officer | Mr. John ... |
| 30 Vice Pres Institutional Advancement | Mr. Geral ... |
| 88 Dean of Accelerated Studies | Ms. L ... |
| 10 Chief Financial Officer | Mr. Ty ... |
| 62 Dean of the Libraries | Ms. Jea ... |
| 06 Registrar | Mr. An ... |
| 15 Assoc Vice Pres of Human Resources | Mrs. Kathleen F ... |
| 29 Assistant Director Alumni Affairs | Mr. Ke ... |
| 32 Dean of Students | Mr. Ken ... |
| 07 Assoc Dir Recruitment/Admissions | Ms. Pamela ... |
| 35 Dir Student Services-Worcester | Mr. Tc ... |
| 35 Dir of Student Services – Leicester | Ms. Ch ... |
| 37 Dir of Student Financial Services | Ms. Deni ... |
| 86 Administrator Cooperative Education | ... |
| 38 Director of Counseling | Ms. Wir ... |
| 20 Administrator Ctr for Acad Success | Ms. Madel ... |
| 88 Dean of New Initiatives | Mr. Pat ... |
| 41 Director of Athletics | Mr. Crai ... |
| 88 Dir Animal Science Programs | Dr. Jan ... |
| 97 Communications Director | Ms. Sandy LASUN ... |
| 96 Director of Business Operations | Mr. ... |
| 30 Director of Development | Mr. ... |
| 26 Director of Marketing | Mr. Robert F ... |
| 21 Controller | Mr. Franc ... |
| 19 Campus Police Chief | Mr. David ... |
| 86 Director of Career Services | Mr. Joseph ... |

## Benjamin Franklin Institute of Technology

41 Berkeley Street, Boston MA 02116-6296
County: Suffolk   FICE Identification: ...
Un ...
Telephone: (617) 423-4630   Carnegie Class: Specialized-Engi ...
FAX Number: (617) 482-3706   Calendar Syste ...
URL: www.bfit.edu
Established: 1908   Annual Undergrad Tuition & F ...
Enrollment: 390
Affiliation or Control: Independent Non-Profit   IRS Sta ...
Highest Offering: Baccalaureate
Program: Occupational; Technical Emphasis
Accreditation: EH, ENGT

| | |
|---|---|
| 01 President | Miche ... |
| 06 Int Dean of the Faculty | F ... |
| 32 Dean of Students | P ... |
| 10 Chief Financial Officer | Madale ... |
| 06 Registrar/Financial Aid Director | Kevin M. ... |
| 08 Librarian | Sar ... |
| 35 Director Student Life | David ... |
| 07 Dir of Admissions/Dean of Enroll Mgmt | Non ... |
| 19 Director Security | Franc ... |
| 35 Director of College Placement | ... |
| 30 Director of Development | ... |
| 20 Director Academic Support Services | P ... |
| 13 Director Computing & Info Mgmt | ... |

## Bentley College

175 Forest Street, Waltham MA 02452-4705
County: Middlesex   FICE Identification ...
Telephone: (781) 891-2000   Carnegie Clas ...
FAX Number: (781) 891-2569   Calendar System ...
URL: www.bentley.edu
Established: 1917   Annual Undergrad Tuition & F ...
Enrollment: 5,554
Affiliation or Control: Independent Non-Profit   IRS Sta ...
Highest Offering: Master's
Program: Liberal Arts And General; Professional
Accreditation: EH, BUS, BUSA

| | |
|---|---|
| 01 President | Dr. Joseph G ... |
| 88 Dir Foundation Rels/Soy Col Corp | Mr. Paul K. ... |
| 05 Provost/Vice Pres Academic Affairs | Dr. Gordon ... |
| 10 VP Business/Finance/Treas | Mr. Paul ... |
| 30 Vice Pres Institutional Advancement | Dr. Robert ... |
| 26 VP Mktg/Comm/Public Affairs | Ms. San ... |
| 32 Vice Pres for Student Affairs | Mr. Robert ... |
| 13 Vice Prov/CIO for Information Tech | Ms. Traci ... |
| 84 VP Enrollment Management | Ms. Joann C. ... |
| 49 Dean of Arts and Sciences | Dr. Catherin ... |
| 58 Dean of Business/McCallum Grad Sch | Dr. Marguerite ... |
| 09 Director Institutional Research | Ms. Andr ... |
| 88 Assoc Dean of Arts and Sciences | Dr. Marilyn ... |
| 26 Exec Dir of Dev/Alumni Relations | Ms. Holly ... |
| 26 Director Mktg/Communication | Ms. Helen ... |
| 15 Exec Director of Human Resources | Dr. Barbara ADD ... |
| 35 Assoc Dean Business | Ms. J ... |
| 21 Exec Dir Financial Operations | Ms. Marianne F ... |
| 06 Registrar | Mr. Daniel ... |
| 22 Pres Assistant Equal Opportunity | Mr. Phil ... |
| 38 Assoc Dean/Dir Couns & Student Dev | Dr. Roger A. ... |
| 41 Director of Athletics | Mr. Robert A ... |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

# MAINE

## Andover College (B)

901 Washington Avenue, Portland ME 04103-2791
County: Cumberland
FICE Identification: 009292
Unit ID: 160940

Telephone: (207) 774-6126
Carnegie Class: Associate's
FAX Number: (207) 774-1715
Calendar System: Other
URL: www.andovercollege.edu
Established: 1966
Annual Undergrad Tuition & Fees: $6,000
Enrollment: 590
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: EV

| | |
|---|---|
| 01 | President/CEO ..................................Steven K. INGRAM |
| 05 | Director of Education .................................Renee ROACH |
| 32 | Director of Student Services .......................Geraldine REY |
| 08 | Librarian ................................................Martha OTT |
| 10 | Director of Business Services .........Margaret A. LAMOREAUX |
| 14 | Director of Information Svcs/MIS .............Stephen J. HORR |
| 36 | Director Career Services ...........................Michael DAVIS |
| 40 | Director of Admissions ...........................David BLESSING |
| 40 | Director Book Store ............................Barbara VASSALLO |
| 50 | Director Business Administration ..........Matthew GRAHAM |
| 77 | Director Computer Technology ..................Sean BEHEN |
| 28 | Director of Criminal Justice .....................Peter HUSSEY |
| 88 | Director of Legal Studies .........................Darren DEFOE |
| 11 | Director of Office Administration .........Lori MACNICHOL |
| 88 | Director of General Studies .........................Kevin KELLY |
| 21 | Director of Accounting ...........................Richard CARTER |
| 37 | Director Student Financial Aid ........Adrienne J. AMARI |
| 88 | Director of Early Childhood Educ .........Lori LEVESQUE |
| 10 | Director of Travel & Tourism ................Miriam GOUGH |
| 06 | Registrar ................................................Celia DOBSON |

## Bangor Theological Seminary (C)

300 Union Street, Bangor ME 04401-4699
County: Penobscot
FICE Identification: 002035
Unit ID: 160968

Telephone: (207) 942-6781
Carnegie Class: Specialized-Theological
FAX Number: (207) 942-4914
Calendar System: Semester
URL: www.bts.edu
Established: 1814
Annual Graduate Tuition & Fees: $10,500
Enrollment: 134
Coed
Affiliation or Control: United Church Of Christ
IRS Status: 501(c)3
Highest Offering: Doctorate; No Undergraduates
Program: Professional
Accreditation: EH, THEOL

| | |
|---|---|
| 01 | President .....................................Dr. William C. IMES |
| 30 | Child Development ...........................Rebecca WRIGHT |
| 26 | Chief Public Relations Officer ..........Mr. Michael HUDDY |
| 40 | Director Bookstore .........................Ms. Cheryl HAWKINS |
| 05 | Academic Dean .............................Dr. Glenn T. MILLER |
| 40 | Director of Admissions ...................Mr. Michael HUDDY |
| 08 | Librarian ......................................Dr. Beth A. BIDLACK |
| 10 | Controller ..............................Mrs. Jacqueline BUSSIERE |
| 37 | Director Student Svcs/Financial Aid ........Mr. Brian MOODY |
| 40 | Assistant to the President ....................Ms. Elaine KEENAN |
| 18 | Director of Physical Plant ...................Mr. James BROCHU |
| 11 | Chief of Administration ...........Rev. Susan M. DAVENPORT |

## Bates College (D)

2 Andrews Road 2 Lane Hall, Lewiston ME 04240-6047
County: Androscoggin
FICE Identification: 002036
Unit ID: 160977

Telephone: (207) 786-6255
Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (207) 786-6123
Calendar System: Other
URL: www.bates.edu
Established: 1855
Annual Undergrad Tuition & Fees: $42,100
Enrollment: 1,743
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General
Accreditation: EH

| | |
|---|---|
| 01 | President ....................................Dr. Elaine T. HANSEN |
| 10 | Vice Pres Finance/Admin/Treas ..........Ms. Terry J. BECKMANN |
| 30 | Vice Pres Col Advancement ...............Ms. Victoria M. DEVLIN |
| 05 | Vice Pres Acad Affrs/Dean of Faculty ............Dr. Jill N. REICH |
| 26 | Vice Pres External Affairs ...................Dr. William C. HISS |
| 32 | VP Acad Affrs/Dir Info Svcs/Library ........Dr. Eugene L. WIEMERS |
| 40 | Director of Admissions ....................Mr. Wylie L. MITCHELL |
| 32 | Dean of Students ..............................Mr. Tedd GOUNDIE |
| 20 | Associate Dean of Faculty .................Dr. Pamela J. BAKER |
| 06 | Registrar/Dir Student Financial Svc .........Ms. Meredith M. BRAZ |
| 36 | Director of Career Services ...................Mr. Charles KOVACS |
| 88 | Dir Affirmative Act/Instl Diversity ..........Ms. Cecelia E. ZAPATA |
| 09 | Director Institutional Research ...........Mr. James C. FERGERSON |
| 15 | Director Human Resources ...................Dr. Christopher D. LEE |
| 34 | Director Health Services ....................Mr. William LYONS |
| 29 | Dir Alumni/Parent Programs ...........Dr. Kimberly A. HOKANSON |
| 35 | Director Student Activities ...........Mr. Keith M. TANNENBAUM |
| 89 | Dir of Security & Campus Safety .........Mr. Thomas P. CARY |
| 23 | Director Health Services ....................Ms. Christy TISDALE |
| 81 | Dir Communications/Media Relations .........Mr. Bryan McNULTY |

## Xavier University of Louisiana (A)

One Drexel Drive, New Orleans LA 70125-1098
County: Orleans
FICE Identification: 002032
Unit ID: 160904

Telephone: (504) 486-7411
Carnegie Class: Master's I
FAX Number: (504) 520-7904
Calendar System: Semester
URL: www.xula.edu
Established: 1915
Annual Undergrad Tuition & Fees: $13,140
Enrollment: 4,121
Coed
Affiliation or Control: Roman Catholic
IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: SC, ACBSP, MUS, PHAR, TED

| | |
|---|---|
| 01 | President ..................................Dr. Norman C. FRANCIS |
| 16 | Sr Vice Pres for Administration ..........Mr. Calvin S. TREGRE |
| 05 | Sr Vice Pres for Academic Affairs ..........Dr. Deidre D. LABAT |
| 30 | Sr VP for Resource Development .............Dr. Gene D'AMOUR |
| 32 | Vice Pres for Student Services ...........Mr. Joseph K. BYRD |
| 32 | Vice Pres for Inst Advancement ..........Mrs. Adrienne BROOKS |
| 35 | Vice Pres Student Affairs .................Mr. Edward PHILLIPS |
| 13 | Vice Pres Student Services ...................Mr. Joseph K. BYRD |
| 77 | Vice Pres Technology Administration ..........Mrs. Catherine J. LEWIS |
| 26 | Assoc VP Public Affairs/Comm ...........Mrs. Sybil H. MORIAL |
| 30 | Assoc VP for Academic Affairs ...........Dr. Elizabeth A. BARRON |
| 09 | Director of Planning ......................Mr. Winston D. BROWN |
| 06 | Registrar ...................................Ms. JoAnn TAYLOR |
| 18 | Director Facilities Planning ..................Mr. Marion BRACY |
| 92 | Director of Campus Ministry ..................Mrs. Lisa L. MCCLAIN |
| 21 | Fiscal Operations Comptroller ...........Mr. Tyrone THORNTON |
| 15 | Director of Human Resources ...............Mr. Larry CALVIN |
| 20 | Dean of Arts & Sciences .................Dr. Harold VINCENT |
| 88 | Dean of Graduate School ...................Dr. Alvin RICHARD |
| 88 | Dean of College of Pharmacy .............Dr. Wayne HARRIS |
| 77 | Director Computing Services ..........Mrs. Catherine J. LEWIS |
| 09 | Institutional Research Officer ..............Ms. Treva A. LEE |
| 18 | Director of the Library ...............Mr. Robert E. SKINNER |
| 36 | Director of Career Services .............Mrs. Carolyn D. THOMAS |
| 15 | Director of Human Resources ...............Mr. Larry CALVIN |
| 21 | Financial Aid Administrator ...............Mrs. Mildred HIGGINS |
| 92 | Director of Campus Police ...................Mr. Jeffery BROWN |
| 34 | Director Student Health Services ...........Ms. Brenda MEDLEY |
| 88 | Director of Counseling Services .........Ms. Eloise DOXIE-DIXON |
| 29 | Director of Alumni Relations ..............................Vacant |
| 40 | Manager Bookstore ........................Mr. Thaddeus DELAY |
| 41 | Athletic Director ...........................Mr. Dennis COUSIN |

| | |
|---|---|
| 09 | Exec Dir Univ Planning/Analysis ..................Ms. Robin E. LOGAN |
| 41 | Director of Athletics .........................Mr. Bobby H. STAUB |
| 15 | Director Human Resources ..........Ms. Stephanie S. BLACKMON |
| 06 | Interim Registrar ...........................Ms. Carletta M. BROWDER |
| 07 | Director Recruitment/Admissions ..........Mrs. Lisa R. MILLER |
| 14 | Int Director Computer Center ..................Mr. Tom S. WHATLEY |
| 36 | Director Testing ...........................Ms. Denise DUPLECHIN |
| 36 | Director Career Services ..........................Mr. Keith JOINER |
| 18 | Director Physical Plant Admin .................Mr. Bryan THORN |
| 08 | Dean of the Library ..........................Mr. Donald R. SMITH |
| 37 | Dir Student Services/Financial Aid ..........Ms. Judith M. CRAMER |
| 29 | Director Residential Life ..................Ms. Tresea L. BUCKHAULTS |
| 18 | Director University Police ...................Mr. Larry M. ELLERMAN |
| 88 | Dir Recreational Svcs/Facilities ................Ms. Treina LANDRUM |
| 29 | Dir Alumni/Community Relations .............Mr. Keith A. BROWN |
| 21 | Controller ...................................Ms. Diane S. SINGLETARY |
| 32 | Asst Dean Student Life/Leadership ....................................Vacant |
| 35 | Asst Dean for Students .......................Dr. Martha B. UPSHAW |
| 88 | Assoc Dean Stdnt Svcs/Judicial Affs ......Mr. Camile W. CURRIEN |
| 51 | Director Continuing Education ....Dr. Rhonda H. ADAMS-JONES |
| 88 | Co-Dir Teaching/Lrng Res Ctr ...............Dr. Judy A. FELLOWS |
| 88 | Co-Dir Teaching/Lrng Res Ctr ...............Ms. Mona A. OLKER |
| 96 | Director Purchasing ...........................Mr. Cecil M. WILLIS |
| 31 | Coordinator Auxiliary Enterprises .......Mr. Mike R. TREVATHAN |
| 51 | Director Counseling Center ...................Ms. Karen FOSTER |
| 57 | Director Visual & Performing Arts ..............Dr. Keith WHITE |
| 40 | Head Department of Communications .......Dr. Bette J. KAUFFMAN |
| 88 | Assoc Dean Coll of Health Sciences ..........Dr. Jan B. CORDER |
| 88 | Director School of Construction .............Dr. Keith A. PARKER |
| 88 | Director Program General Studies ......Dr. Richard B. CHARDKOFF |
| 88 | Director of University Retention .......Mrs. Barbara MICHAELIDES |
| 88 | Investment Manager ...........................Ms. Gail C. PARKER |
| 27 | Asst Director Media Relations .............Ms. Veronika M. AVERY |
| 40 | Manager University Bookstore .....Ms. Darlene RICHARDSON |
| 44 | Coordinator Annual Fund .....................Mr. Greg S. NELSON |
| 58 | Director Graduate Studies/Research ..........Dr. Virginia EATON |
| 88 | International Student Advisor ...................Dr. Mara C. LOEB |
| 92 | Director Honors Program .....................Dr. Azime S. SAYDAM |
| 88 | Director Internal Audit .....................Mr. Kirby D. CAMPBELL |
| 88 | Univ Veterans Liaison Coordinator ..........Ms. Dorothy V. DUCKETT |
| 88 | Assoc Dir Recruitment & Admissions ......Ms. Susan B. DUGGINS |
| 88 | Technology Support Manager ...........Mr. Chance W. EPPINETTE |
| 88 | Lab & Media Coordinator .....................Mr. Robert L. GLAZE |
| 88 | Chief Finan Ofcr Univ Foundations ..........Mr. Mark S. LABUDE |
| 30 | Director of Development ...................Ms. Anne A. LOCKHART |
| 50 | Assoc Dean Col Business Admin ...............Dr. Donna W. LUSE |
| 88 | Assoc Dean Col Health Sciences ..........Dr. Paxton E. OLIVER |
| 88 | Manager Student Health Clinic ..........Ms. Marjorie MICHEL |
| 88 | Facilities Planning Officer .....................Mr. Jason S. ROBIQUE |
| 88 | Asst Dir Student Life .........................Ms. Amy L. WEEMS |
| 88 | Dir Ctr Business/Economic Research ............Dr. Jerry L. WALL |

## Beal College (E)

99 Farm Road, Bangor ME 04401-6831
County: Penobscot
FICE Identification: 005204
Unit ID: 160995

Telephone: (207) 947-4591
Carnegie Class: Associate's
FAX Number: (207) 947-0208
Calendar System: Other
URL: www.bealcollege.edu
Established: 1891
Annual Undergrad Tuition & Fees: $5,780
Enrollment: 333
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: ACICS, MAC

| | |
|---|---|
| 01 | President/Director Academic Affairs ...Ms. Deborah L. CROCKETT |
| 08 | Chief Librarian ...............................Mrs. Ann W. REA |
| 07 | Director of Admissions ...................Ms. Catherine HASKELL |
| 37 | Director Student Financial Aid ..............Ms. Maggie MAGEE |
| 18 | Superintendent Physical Plant ..................Mr. Hank HARDY |
| 76 | Director Health Services ..................Ms. Kathleen HARTLEY |
| 10 | Associate Business Officer ...............Ms. Pollyanne HEWES |
| 88 | Dean/Director Hospitality Services .........Ms. Susan XIRINACHS |
| 25 | Actg Dean/Dir Medical Office Svcs ..Ms. Barbara MARCHELLETTA |
| 21 | Dean/Director Accounting .......................Ms. Judy GETCHELL |
| 88 | Dean/Director Secretarial Science ....................................Vacant |
| 88 | Dean/Director Criminal Justice ...............Mr. Allen T. STEHLE |
| 40 | Director Bookstore .........................Ms. Kimberley MAYO |
| 35 | Director Foreign Students ...................Ms. Catherine HASKELL |
| 36 | Director Student Placement ..............Ms. Deborah L. CROCKETT |

## Bowdoin College (F)

5700 College Station, Brunswick ME 04011-8448
County: Cumberland
FICE Identification: 002038
Unit ID: 161004

Telephone: (207) 725-3000
Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (207) 725-3123
Calendar System: Semester
URL: www.bowdoin.edu
Established: 1794
Annual Undergrad Tuition & Fees: $32,990
Enrollment: 1,677
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General
Accreditation: EH

| | |
|---|---|
| 01 | President ......................................Dr. Barry MILLS |
| 10 | Sr VP Finance/Admin & Treasurer .........Ms. S. Catherine LONGLEY |
| 16 | Sr VP Planning/Admin/CDO ................Mr. William A. TORREY |
| 35 | Dean of Student Affairs .....................Mr. Craig W. BRADLEY |
| 05 | Dean for Academic Affairs ...................Dr. Craig A. MCEWEN |
| 21 | VP Finance & Controller ...................Mr. Nigel S. BEARMAN |
| 07 | Dean of Admissions & Financial Aid ..........Mr. James S. MILLER |
| 26 | Assoc VP/Dir Comm/Public Affairs ..........Mr. Scott W. HOOD |
| 20 | Assoc Dean Academic Affairs ...........Dr. Nancy E. JENNINGS |
| 08 | Librarian .....................................Mr. Sherrie S. BERGMAN |
| 37 | Director of Student Aid .....................Mr. Stephen H. JOYCE |
| 06 | Director Records & Research ...............Dr. Christine B. COTE |
| 15 | Director of Human Resources ...............Ms. Tamara D. SPOERRI |
| 89 | Director of Security ....................................Vacant |
| 29 | Director of Alumni Relations .........Ms. Sarah Bond PINNEY |
| 36 | Director of Career Planning ...................Ms. Anne SHIELDS |
| 38 | Director of Counseling Service ...........Dr. Bernie HERSHBERGER |
| 41 | Director of Athletics .........................Mr. Jeffrey H. WARD |
| 44 | Director of Annual Giving ...................Mr. Eric F. FOUSHEE |
| 20 | Dean for Academic Advancement ..........Dr. Kassie FREEMAN |
| 13 | Chief Information Officer ...................Mr. Mitchel W. DAVIS |
| 23 | Director of Health Services .................Dr. Jeffery A. BENSON |
| 18 | Director Facilities Ops/Maintenance .........Mr. Theodore R. STAM |
| 24 | Instructional Media Librarian ..........Ms. Carmen M. GREENLEE |
| 18 | Director Facilities Administration ..........Mr. Delwin C. WILSON |
| 39 | Director of Residential Life ...............Ms. Kimberly A. PACELLI |
| 40 | Dir Dining & Bookstore Services .........Ms. Mary M. KENNEDY |
| 32 | Director of Student Activities ...............Dr. Allen W. DELONG |
| 35 | Associate Dean of Student Affairs .........Ms. Margaret L. HAZLETT |
| 88 | Director of the Museum of Art ...................Ms. Katy KLINE |
| 86 | Assoc Dir Comm for Cmty/Gov Rels ..........Ms. Peggy SCHICK |
| 40 | Assistant to the President ...............Mr. Scott A. MEIKLEJOHN |
| 18 | Director of Capital Projects ...............Mr. Donald V. BORKOWSKI |

| | |
|---|---|
| 40 | Director Bookstore/Contract Officer ..........Ms. Sarah POTTER |
| 91 | Director Administrative Computing ........Ms. Eileen P. ZIMMERMAN |
| 41 | Athletic Director ...........................Ms. Suzanne R. COFFEY |
| 42 | Interim Chaplain ...........................Ms. Rebecca HERZIG |

† Tuition figure is a comprehensive fees figure.

## Central Maine Medical Center School of Nursing (G)

70 Middle Street, Lewiston ME 04240-7027
County: Androscoggin
FICE Identification: 006305
Unit ID: 161022

Telephone: (207) 795-2840
Carnegie Class: Associate's
FAX Number: (207) 795-2849
Calendar System: Semester
URL: www.cmmcson.edu
Established: 1891
Annual Undergrad Tuition & Fees: $4,400
Enrollment: 116
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: EV, ADNUR

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

37 Director of Financial Assistance ............ Ms. Donna M. KENDALL
39 Associate Dean Residential Center ...... Mr. David J. HENNESSEY
90 Dir Academic Tech/Library/Rsch Svcs ....... Dr. Phillip G. KNUTEL
31 Director Service-Learning Center ...... Mr. Franklyn P. SALMBENE
19 Director of Public Safety ...................... Mr. Ernest H. LEFFLER
23 Director of Alumni Relations .......... Ms. Barbara A. MCCARTHY
26 Director Public & Media Relations .......... Ms. Michele M. WALSH
36 Director Career Services ................... Mr. Donald J. BRECINSKI
23 Asst Dean of Health/Prevention .......... Ms. Geraldine S. TAYLOR
25 Director of Sponsored Programs .......... Ms. Mary Louise PAULI
11 Dir Admin Svcs & Dir Mfg/Cmrl Svcs ...... Mr. Robert L. WEBB
39 Director of Graduate Admission .............. Ms. Sharon F. HILL
88 Exec Director Corporate Relations ...... Mr. Donald J. BREZINSKI
58 Director of Advising .................... Ms. Charlene O'BRIEN
35 Assoc Dean for Student Life ................... Mr. Gary E. KELLY
14 Dean for Info Resources & Systems ...... Dr. Barbara H. PALMER
26 Coordinator of Media Services ............ Mr. William J. CARTER
18 Exec Dir Facilities Management ............ Mr. John J. SHENETTE
37 Director Purchasing/Central Svcs .......... Ms. Julianne BRITT

## Berklee College of Music (A)

1140 Boylston Street, Boston MA 02215-3693
County: Suffolk
                        FICE Identification: 002126
                        Unit ID: 164748
Telephone: (617) 266-1400   Carnegie Class: Specialized-Art/Music/Design
FAX Number: (617) 247-6878   Calendar System: Semester
URL: www.berklee.edu
Established: 1945      Annual Undergrad Tuition & Fees: $23,090
Enrollment: 3,882                                    Coed
Affiliation or Control: Independent Non-Profit
Highest Offering: Baccalaureate
Program: Music Emphasis
Accreditation: EH

01 President ...................................... Roger H. BROWN
03 Executive Vice President ........................ Gary BURTON
05 Provost/Vice Pres Academic Affairs ...... Harry CHALMIERS
32 Vice Pres Student Affs/Dean Stdnts ...... Lawrence BETHUNE
10 Vice Pres Administration/Finance ...... David HORNFISCHER
30 Vice Pres Info Technology ........................ David MCKAY
15 Vice Pres Institutional Advancement ...... David MCKAY
15 Vice Pres Information Technology .............. David MASH
09 Assoc VP for Institutional Research ...... Ronald BENTLEY
45 Assoc VP for Inst Assessment ............ Robert MYERS
82 Associate Vice Pres Info Programs ...... Larry MONROE
38 Asst VP Student Affs/Student Devel ...... Stefanie SULLIVAN
84 Asst Vice Pres Student Affs/Enroll ...... Steven M. LEPMAN
14 Asst VP Information Technology .......... Scott STREET
15 Asst VP Admin Human Resources .............. Nancy EAGEN
11 Asst Vice Pres for Operations ...................... Vacant
27 Asst VP for Public Information .............. Rob HAYES
21 Assoc VP for Cmty/Governmental Affs ...... Curtis J. WARNER
21 Assoc Vice Pres Finance/Comptroller ...... Lois GOLDSTEIN
64 Dean of First Performance Division ...... Matt MARVUGLIO
64 Dean of Prof Writing Division .............. Jan JUUSELA
64 Dean of Prof Education Division ...... Lawrence MCCLELLAN
64 Dean of Music Technology .................... Stephen CROES
36 Director Telecom/Networking Svcs ...... Norman E. SILVER
96 Registrar .................................. Michael HAGERTY
18 Director of Physical Plant ........................ Bruce SPERA
30 Director of Housing .................... William M. MACKAY
37 Director of Library .......................... Gary HAGGERTY
21 Associate Academic Officer .............. Julie POORMAN
38 Director of Counseling .......................... Sara REGAN
33 Director of Admissions .................. Damien S. BRACKEN

## Blessed John XXIII National Seminary (B)

558 South Avenue, Weston MA 02493-2699
County: Middlesex
                        FICE Identification: 002202
                        Unit ID: 167464
Telephone: (781) 899-5500   Carnegie Class: Specialized-Theological
FAX Number: (781) 899-9057   Calendar System: Semester
URL: www.ziplink.net/~popejohn/
Established: 1964      Annual Graduate Tuition & Fees: $16,950
Enrollment: 66                                        Male
Affiliation or Control: Roman Catholic
Highest Offering: Master's; No Undergraduates
Program: Professional
Accreditation: THEOL

01 Rector ...................................... Rev. Peter J. UGLIETTO
35 Academic Dean/Registrar .......... Rev. William PALARDY
37 Librarian ................................ Mr. Timothy MCFADDEN
26 Public Relations Director .................. Ms. Helen THOMPSON

## Boston Architectural Center (C)

320 Newbury Street, Boston MA 02115-2795
County: Suffolk
                        FICE Identification: 003966
                        Unit ID: 164872
Telephone: (617) 262-5000   Carnegie Class: Specialized-Art/Music/Design
FAX Number: (617) 585-0111   Calendar System: Semester
URL: www.the-bac.edu
Established: 1889      Annual Undergrad Tuition & Fees: $8,604
Enrollment: 881                                       Coed
Affiliation or Control: Independent Non-Profit
Highest Offering: Master's
Program: Liberal Arts And General; Professional
Accreditation: EH, FIDER

01 President/CEO ...................... Dr. Theodore C. LANDSMARK
03 Executive Vice President .................. Ms. Erin R. HOFFER
04 Assistant to the Executive Offices ...... Ms. Amy Jo HOFNER
05 Vice Pres for Education Initiatives ...... Mr. William C. LAMB
10 Vice Pres for Finance/Admin ............ Mr. Kathleen C. KOOD
32 Vice Pres for Student Affairs ...... Ms. Barbara A. MORGAN
88 Dir of Admin Tech ........................ Mr. Matthew S. BURFEIND
35 Director of Student Services .............. Ms. Susan S. BRODY
48 Program Director Architecture ............ Mr. Jeffrey STEIN
88 Program Dir Architectural Thesis ...... Mr. Ian TABERNER
20 Director of Design Computing ............ Mr. Diego L. MATHO
88 Program Dir of Interior Design ............ Mr. David HARRISON
88 Program Dir Practice Curriculum .............. Mr. Len CHAMEY
88 Manager of Practice Component .......... Ms. Caitlinn COHEN
88 Director of Design Studies ............ Mr. Donald HUNSICKER
88 Director of Liberal Studies ............ Mr. Sibel BOZDOGAN
08 Library Director ...................... Ms. Susan A. LEWIS
20 Dir Instructional Media/Technology .......... Mr. Dainis KAULENAS
88 Director of Media Arts .................. Mr. Luis MONTALVO
07 Director Admissions ...................................... Vacant
36 Director Admissions ...................... Ms. Jeffrey CUTTING
37 Director Financial Aid ............................... Vacant
81 Dir Communications/Public Affairs ...... Ms. Janet OBERTO
55 Director of Development ................................ Vacant
16 Director Operations/Human Resources ...... Ms. Diane SPARROW
19 Director of Facilities .......................... Mr. Arthur BYERS
51 Director of Continuing Education ...... Ms. Maia BRINDLEY NILSSON
88 Director of Advising .................... Ms. Jenifer A. MARSHALL
88 Director Faculty/Program Services ...... Ms. Tiffany ANDERSEN
88 Director of Faculty Development ............ Mr. Ron GOLDMAN
88 Director of Foundation Studies ...... Mr. Michael M. GRISWOLD
88 Director of Academic-Only Programs ...... Ms. Chala J. HADIMI
88 Director of Certificate Programs .............. Ms. Karen STAHL
88 Director of On-Line Education .......... Ms. Anna STEARBROOD
88 Pgm Dir Advanced Arch Studies ...... Ms. Karen L. NELSON
88 Manager of Alumni Affairs .................. Ms. Sharon TOOMEY
88 Dir Architecture Education Projects ...... Mr. Joshua SAFDIE

## Boston Baptist College (D)

950 Metropolitan Avenue, Boston MA 02136-4000
County: Suffolk
                        FICE Identification: 032483
Telephone: (617) 364-3510            Carnegie Class: Other
FAX Number: (775) 245-1498           Calendar System: Semester
URL: www.boston.edu
Established: 1976      Annual Undergrad Tuition & Fees: $7,000
Enrollment: 129                                      Coed
Affiliation or Control: Baptist
Highest Offering: Baccalaureate
Program: Religious Emphasis
Accreditation: TRACS

00 Chancellor ........................ Dr. Harry R. BOYLE
01 President ................................ Rev. David V. MELTON
32 Vice President for Student Affairs ...... Mr. James THOMASSON

## Boston College (E)

140 Commonwealth Avenue, Chestnut Hill MA 02467-3934
County: Middlesex
                        FICE Identification: 002128
                        Unit ID: 164924
Telephone: (617) 552-8000   Carnegie Class: Doctoral/Research Ext
FAX Number: (617) 552-8828   Calendar System: Semester
URL: www.bc.edu
Established: 1863      Annual Undergrad Tuition & Fees: $30,950
Enrollment: 14,528                                   Coed
Affiliation or Control: Roman Catholic
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: EH, ANEST, BUS, COPSY, LAW, NURSE, SW, TED

01 President ...................... Rev. William P. LEAHY, SJ
05 Academic Vice President .......... Rev. J. Donald MONAN, SJ
03 Executive Vice President ........ Dr. Patrick A. KEATING
26 Senior Vice President ................ Dr. James P. MCINTYRE
02 VP Facilities Management ........ Mr. Thomas DEVINE
04 Executive Assistant to President ...... Mr. James J. LEHANE
65 Acad Vice President/Dean Faculty ...... Dr. John J. NEUHAUSER
10 Financial Vice President/Treasurer ...... Mr. Peter C. MCKENZIE
24 Vice President/Asst Treasurer .......... Ms. Mary Lou DELONG
23 Vice President of Human Affairs .......... Dr. Cheryl L. PRESLEY
15 Vice Pres for Human Resources .......... Mr. Leo V. SULLIVAN
15 Vice Pres University Advancement ...... Mr. James J. HUSSON
15 Vice Pres Information Technology ...... Ms. Marian G. MOORE
88 Vice Pres Univ Mission & Ministry ...... Rev. Joseph A. APPLEYARD, SJ
05 Vice Pres/Special Asst to President ...... Rev. William B. NEENAN, SJ
21 Assoc Academic Vice President ...... Dr. Patricia DE LEEUW
02 Assoc VP Information Technology ...... Ms. Mary C. CORCORAN
14 Assoc VP Information Technology ...... Mr. Michael BOURQUE
88 Assoc VP Govt/Community Rel ...... Mr. Thomas J. KEADY
21 Assoc Academic VP Undergrad Pgms ...... Dr. J. Joseph BURNS
49 Dean College Arts & Sciences .......... Dr. Joseph F. QUINN
58 Dean Graduate Sch Arts & Sciences ...... Dr. Michael A. SMYER
54 Dean Coll Adv Stdis/Summer Session ...... Rev. James A. WOODS, SJ
73 Interim Dean School of Education ...... Rev. Joseph M. O'KEEFE, SJ
77 Dean of the Law School .................. Dr. John H. GARVEY
52 Dean School of Management ...... Dr. Andrew C. BOYNTON
70 Dean School of Nursing .................. Dr. Barbara HAZARD
63 Dean Grad Sch of Social Work ...... Dr. Alberto A. GODENZI
93 Dean for Student Development ...... Mr. Robert A. SHERWOOD
23 Dean of Enrollment Management ...... Mr. Robert S. LAY

08 Director of Admission .............. Mr. John L. MAHONEY, JR.
08 University Librarian .................. Dr. Jerome YAVARKOVSKY
28 Exec Dir Institutional Diversity ...... Dr. Richard P. JEFFERSON
27 Director of Public Affairs .................. Mr. Jack D. DUNN
29 Director Alumni Association .............................. Vacant
41 Director Athletic Association ...... Mr. Eugene B. DEFILIPPO
36 Director of Career Center ........ Ms. Theresa A. HARRIGAN
42 University Chaplain .................. Rev. James D. ERPS, SJ
31 Director of Community Affairs .............. Mr. William R. MILLS
38 Dir Univ Counseling Services ...... Dr. Thomas P. MCGUINNESS
37 Director of Financial Strategies ...... Mr. Bernard A. PEKALA
31 Director of Institutional Research ...... Dr. Kelli J. ARMSTRONG
23 Director Health Services ................. Dr. Thomas I. NARY
39 Director of Residential Life ...... Mr. Henry J. HUMPHREYS
88 Director Student Services ...... Dr. Louise M. LONABOCKER
25 Director Sponsored Programs .............. Mr. John CARFORA
19 Chief of Police ........................ Mr. Robert A. MORSE
20 Director Legal Services ............ Mr. Thomas MCKENNA
24 Int'l Dir Media Technology Services ...... Mr. David CORKUM
40 Director International Programs ...... Dr. Marian B. ST. ONGE
92 Director Honors Program .............. Dr. Mark F. O'CONNOR
92 Director of Minority Students ................ David BROWN
92 Director Governmental Relations .......... Dr. James LEVESQUE
94 Director of Women's Studies .......... Dr. Lisa M. CUKLANZ
19 Director of Admissions ........ Mr. Richard J. GEPPNER

## Boston Conservatory (F)

8 The Fenway, Boston MA 02215
County: Suffolk
                        FICE Identification: 002129
                        Unit ID: 164833
Telephone: (617) 536-6340   Carnegie Class: Specialized-Art/Music/Design
FAX Number: (617) 912-9101   Calendar System: Semester
URL: www.bostonconservatory.edu
Established: 1867      Annual Undergrad Tuition & Fees: $24,700
Enrollment: 553                                      Coed
Affiliation or Control: Independent Non-Profit
Highest Offering: Master's
Program: Teacher Preparatory; Professional
Accreditation: EH, MUS

01 President ...................... Mr. Richard ORTNER
10 Vice Pres for Finance .................... Mr. Alan SHEFLER
11 Vice Pres Admin & Dean of Students ...... Dr. Carmen S. GRIGGS
84 Dean for Enrollment Services ...... Ms. Halley SHEFLER
30 Director of Development ...... Ms. Eileen M. MENY
75 Dean of the Conservatory ...... Dr. Michael NASH
88 Director Dance Division .......... Mr. Karl PAULNACK
88 Director Dance Division ...... Ms. Yasuko TOKUNAGA
88 Director Theater Division .......... Mr. Neil DONOHOE
06 Registrar ........................ Ms. Terri R. CRISTOFARO
37 Director Student Financial Aid ...... Mr. James T. BYNUM
18 Director of the Library .................. Ms. Jennifer HUNT
13 Director Computing & Info Mgmt ...... Mr. Bob XAVIER
18 Director Facilities & Plant ...... Mr. David DUFFY
20 Assistant Dean .................... Mr. James O'DELL
26 Director Public Rels & Marketing ...... Ms. Tamsen SNYDER-MCMAHON
32 Director of Housing & Resident Life ...... Mr. Brian BICKNELL
35 Director Intl Student Services ...... Ms. Enna GRAZIER
29 Director of Alumni Relations ............................ Vacant
36 Director Student Placement .............. Ms. Alex KIDD
38 Director Counseling & Wellness Svcs ...... Ms. Kristin GEARIN
07 Director of Admissions .............. Mr. Zaragoza GUERRA

## Boston Graduate School of Psychoanalysis (G)

1581 Beacon Street, Brookline MA 02446-4602
County: Norfolk
                        FICE Identification: 031943
                        Unit ID: 164915
Telephone: (617) 277-3915   Carnegie Class: Specialized-Other Health
FAX Number: (617) 277-0312   Calendar System: Semester
URL: www.bgsp.edu
Established: 1973      Annual Graduate Tuition & Fees: $12,750
Enrollment: 147                               No Undergraduates
Affiliation or Control: Independent Non-Profit
Highest Offering: Doctorate; No Undergraduates
Program: Professional
Accreditation: EH

01 President .................................... Dr. Dena REED
05 Vice President/Provost .................... Dr. Jane SNYDER
58 Dean of Graduate Studies .............. Dr. Lynn PERLMAN
10 Chief Business Officer .................. Dr. Jane SNYDER
12 Director Branch Campus ...... Mrs. Elizabeth DORSEY
56 Chr Exten Div/Continuing Education ...... Mrs. Claudia LUIZ

## Boston University (H)

One Sherborn Street, Boston MA 02215-1700
County: Suffolk
                        FICE Identification: 002130
                        Unit ID: 164988
Telephone: (617) 353-2000   Carnegie Class: Doctoral/Research Ext
FAX Number: (617) 353-2053   Calendar System: Semester
URL: www.bu.edu
Established: 1839      Annual Undergrad Tuition & Fees: $32,066
Enrollment: 30,101                                   Coed
Affiliation or Control: Independent Non-Profit
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

07  Director of Admissions .................... Mr. Mark LAPREZIOSA
35  Director Student Affairs .......... Mr. Matthew J. SWATCHICK
38  Director Student Counseling ......... Ms. Frances A. POLLOCK
21  Associate Business Officer ................... Ms. Julie A. ROSNER
28  Director of Diversity .................... Ms. Rochelle R. PETERSON
96  Director of Purchasing ...................... Ms. Sharon ANTHONY

## Art Institute of Philadelphia   (A)

1622 Chestnut Street, Philadelphia PA 19103-5198
County: Philadelphia                FICE Identification: 008350
                                                 Unit ID: 210942
Telephone: (215) 567-7080        Carnegie Class: Associate's
FAX Number: (215) 405-6398       Calendar System: Quarter
URL: www.aiph.aii.edu
Established: 1966                 Annual Undergrad Tuition & Fees: $17,825
Enrollment: 3,273                                        Coed
Affiliation or Control: Proprietary                 IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational
Accreditation: ACICS, ACFEI

01  President ................................ Dr. William LARKIN
05  Dean of Academic Affairs .......... Ms. Marilyn BURSTEIN
16  Vice Pres/Dir of Human Resources ........ Ms. Kathy TEEPLE
10  Director Admin & Financial Services ......... Mr. Jim MORETTI
07  Director of Admissions ................... Mr. Larry MCHUGH
32  Dean of Students ........................... Mr. Daniel LEIFIELD
35  Dir of Career Services ........................ Mr. Ed HUNTER
24  Exec Assistant to the President ......... Ms. Eileen PROCACCINO
26  Dir of Public Relations ................... Ms. Melanie WRIGHT
03  Dir of Institutional Effectiveness ....... Ms. Heather RAMSEY
18  Facilities Manager ............................ Mr. Ed SMIZER
20  Asst Dean of Academic Affairs ....... Mr. Harry COSTIGAN
37  Dir Student Financial Services ......... Ms. Felicia BRYANT
06  Registrar ................................. Ms. Dawn NORRIS
08  Library Director ......................... Ms. Ruth SCHACHTER
33  Counselor .......................... Mr. Christian D'ANGELO
40  Manager-Supply Store ............... Ms. Sharon MASULLO
85  Regional Internatl Student Advisor ....... Mr. Glenn GROVES

## Art Institute of Pittsburgh   (B)

420 Boulevard of the Allies, Pittsburgh PA 15219
County: Allegheny                FICE Identification: 007470
                                                 Unit ID: 210960
Telephone: (412) 263-6600        Carnegie Class: Associate's
FAX Number: (412) 263-3715       Calendar System: Quarter
URL: www.aip.aii.edu
Established: 1921                 Annual Undergrad Tuition & Fees: $18,590
Enrollment: 4,850                                        Coed
Affiliation or Control: Proprietary                 IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational
Accreditation: @M, ACICS, ACFEI

01  President .................................. Mr. George L. PRY
10  Vice Pres/Dir of Admin/Financial Svcs ..... Ms. Janice M. VUCIC
40  VP/Dean Academic Affairs ............... Mr. Edward A. GILL
32  Vice Pres/Director Student Affairs ....... Ms. Nadine W. JOSEPHS
36  VP/Director Career Services ......... Mr. Anthony J. CORASANITI
07  Director of Admissions ................... Mr. Newton I. MYATT
55  Dir Evening/Cont Pgms/Col Articulat ... Ms. Melinda S. TREMPUS
37  Director Student Financial Aid ......... Ms. Gayle J. KNIGHT
15  Director Human Resources ............. Ms. Malinda A. HALLETT
53  Director General Education ................. Ms. Maria BOADA
87  Dir Graphic/Digital Design ................. Ms. Shirley W. YEE
72  Director of Technology ................. Mr. Todd W. KREPS
81  Dir Interactive Media Design ......... Dr. Drew DAVIDSON
88  Director Industrial Design Tech ......... Ms. Douglas N. HEAPS
88  Director Media Arts & Animation ......... Mr. Hans WESTMAN
88  Director Advertising ..................... Ms. Linda PLOWMAN
88  Director Video Prod/Photography ......... Mr. Kelly J. K. SPEWOCK
88  Dir Interior Design/Residential Pln ..... Ms. Diane E. CARNEY
06  Registrar ................................ Mr. Don HALDANE
84  Enrollment Management Supervisor ....... Mr. Don HALDANE

## Baptist Bible College and Seminary   (C)

538 Venard Road, Clarks Summit PA 18411-1297
County: Lackawanna               FICE Identification: 002670
                                                 Unit ID: 211024
Telephone: (570) 586-2400        Carnegie Class: Specialized-Theological
FAX Number: (570) 586-1753       Calendar System: Semester
URL: www.bbc.edu
Established: 1932                 Annual Undergrad Tuition & Fees: $12,000
Enrollment: 1,138                                        Coed
Affiliation or Control: Baptist                     IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Teacher Preparatory; Religious Emphasis
Accreditation: @M, BI

01  President .................................. Mr. James E. JEFFERY
05  Vice Pres Seminary Academics ......... Dr. Howard L. BIXBY
32  Vice Pres Student Development ......... Dr. Frieden R. H. LOESCHER
09  Vice Pres Business/Finance ............. Mr. Hal G. CROSS
10  Vice Pres Institutional Advancement ..... Dr. Denis P. TOCCI
29  Vice Pres Alumni/Summer Ministries ..... Mr. James M. HUCKABY
20  Vice Pres College Academics ......... Dr. Barry C. PHILLIPS
84  Vice Pres Enrollment Management ...... Mr. Glenn E. AMOS

---

06  Registrar ................................ Mr. Allen R. DREYER
08  Librarian ............................... Mr. David C. MCCLAIN
09  Director of Institutional Research ......... Dr. Barry C. SMITH
07  Director of Financial Aid ............... Mr. Tom M. POLLOCK
33  Dean of Men ......................... Mr. Matthew J. POLLOCK
34  Dean of Men ............................ Mrs. Carol S. KING
44  Dean of Women ....................... Mr. Richard K. MOORE
13  Director Safety/Security ............... Mr. Timothy CAREY

## Berean Institute   (D)

1901 West Girard Avenue, Philadelphia PA 19130-1599
County: Philadelphia             FICE Identification: 007826
Telephone: (215) 763-4833        Carnegie Class: Other
FAX Number: (215) 236-6011       Calendar System: Quarter
URL: www.bereaninstitute.org
Established: 1899                 Annual Undergrad Tuition & Fees: $6,200
Enrollment: 220                                          Coed
Affiliation or Control: Independent Non-Profit       IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Business Emphasis
Accreditation: ACCSCT

01  President ............................. Dr. Norman K. SPENCER

## Berks Technical Institute   (E)

2205 Ridgewood Road, Wyomissing PA 19610-1168
County: Berks                    FICE Identification: 022539
                                                 Unit ID: 213534
Telephone: (610) 372-1722        Carnegie Class: Associate's
FAX Number: (610) 376-4684       Calendar System: Other
URL: www.berkstech.com
Established: 1974                 Annual Undergrad Tuition & Fees: $13,400
Enrollment: 556                                          Coed
Affiliation or Control: Proprietary                 IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT, MAC

01  President ............................. Mr. William KLETTKE
05  Director ............................. Mr. Joseph F. REICHARD

## Biblical Theological Seminary   (F)

200 North Main Street, Hatfield PA 19440-2499
County: Montgomery               FICE Identification: 023230
                                                 Unit ID: 211130
Telephone: (215) 368-5000        Carnegie Class: Specialized-Theological
FAX Number: (215) 368-7002       Calendar System: Semester
URL: www.biblical.edu
Established: 1971                 Annual Graduate Tuition & Fees: $9,480
Enrollment: 360                                          Coed
Affiliation or Control: Independent Non-Profit       IRS Status: 501(c)3
Highest Offering: Doctorate; No Undergraduates
Program: Professional
Accreditation: @M, THEOL

01  President .............................. Dr. David G. DUNBAR
11  Vice Pres for Operations ............... Mr. Ken W. RUSH
30  VP for Institutional Advancement ...... Mr. B. Scott CAMBELL
40  VP for Student Advancement ......... Mrs. Pamela J. SMITH
45  Chair of the Faculty ................... Dr. R. Todd MANGUM
20  Dean of Academic Advancement ...... Dr. Sherry L. KULL
10  Comptroller ......................... Mr. Wayne A. DAVIDSON
05  Director of Academic Services ......... Mr. Eric T. HOUSEKNECHT
08  Library Director ....................... Mr. Dan N. LAVALLA
03  Director of Information Technology ..... Mr. David HUGHES
18  Director of Physical Plant ............. Mr. Anthony PLETSCHER

## Bidwell Training Center   (G)

1815 Metropolitan Street, Pittsburgh PA 15233-2200
County: Allegheny                FICE Identification: 031015
                                                 Unit ID: 211149
Telephone: (412) 323-4000        Carnegie Class: Other
FAX Number: (412) 321-2120       Calendar System: Semester
URL: www.bidwell-training.org
Established: 1968                 Annual Undergrad Tuition & Fees: $5,800
Enrollment: 205                                          Coed
Affiliation or Control: Independent Non-Profit       IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

01  Vice President .......................... Ms. Valerie NJIE
07  Director of Admissions ................. Mr. Ken HUSELTON

## Bradford School   (H)

125 West Station Square Dr, Ste 129,
Pittsburgh PA 15219-2602
County: Allegheny                FICE Identification: 009721
                                                 Unit ID: 211200
Telephone: (412) 391-6710        Carnegie Class: Associate's
FAX Number: (412) 471-6714       Calendar System: Semester
URL: www.bradfordpittsburgh.edu
Established: 1968                 Annual Undergrad Tuition & Fees: $10,200
Enrollment: 485                                          Coed
Affiliation or Control: Proprietary                 IRS Status: Proprietary
Highest Offering: Associate Degree

---

Program: Occupational
Accreditation: ACICS, MAC

01  President .......................... Mr. Vincent S. GRAZIANO

## Bradley Academy for the Visual Arts   (I)

1409 Williams Road, York PA 17402-9012
County: York                     FICE Identification: 025578
                                                 Unit ID: 211906
Telephone: (717) 755-2300        Carnegie Class: Associate's
FAX Number: (717) 840-1951       Calendar System: Other
URL: www.bradleyacademy.net
Established: 1988                 Annual Undergrad Tuition & Fees: $14,940
Enrollment: 575                                          Coed
Affiliation or Control: Proprietary                 IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: ACCSCT

01  President .......................... Mr. James F. PALERMO
05  Dean of Academic Affairs ............ Ms. Marla PRICE
07  Director of Admissions ............... Ms. Lauren MALONE

## Bryn Athyn College of the New Church   (J)

PO Box 717, Bryn Athyn PA 19009-0717
County: Montgomery               FICE Identification: 003228
                                                 Unit ID: 210492
Telephone: (215) 938-2543        Carnegie Class: Baccalaureate-Associate's
FAX Number: (215) 938-2658       Calendar System: Trimester
URL: www.brynathyn.edu
Established: 1876                 Annual Undergrad Tuition & Fees: $9,639
Enrollment: 145                                          Coed
Affiliation or Control: Church of New Jerusalem      IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: M

01  President .......................... Rev. Prescott A. ROGERS
73  Vice President & Treasurer ......... Mr. Daniel T. ALLEN
05  Dean of College ...................... Dr. Charles W. LINDSAY
20  Assoc Dean of Student Affairs ....... Mr. Brian D. HENDERSON
30  Director of Development ............. Mr. Bruce M. HENDERSON
10  Business Manager .................... Mr. W. Lesley KLINE
07  Admissions Director .................. Mr. Sean LAWING
01  Dir Consolidated Plant Operations ... Mr. Christopher M. CARTER
08  Director of Swedenborg Library ...... Mrs. Carroll C. ODHNER
36  Career Counselor .................... Dr. Nancy D. BRYNTESSON
11  Director of Athletics ................. Mrs. Hilary D. HEATH
40  Bookstore Manager .................. Mrs. Mary L. OHNER
02  Dir of Information Technology ....... Ms. Lelia HOWARD
19  Director of Human Resources ....... Mr. Joseph H. WEISS
19  Security & Safety Manager .......... Mr. Clay D. MCGUIRE
42  Chaplain ............................. Rev. Ray J. SILVERMAN

## Bryn Mawr College   (K)

101 North Merion Avenue, Bryn Mawr PA 19010-2899
County: Montgomery               FICE Identification: 003237
                                                 Unit ID: 211273
Telephone: (610) 526-5000        Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (610) 526-7450       Calendar System: Semester
URL: www.brynmawr.edu
Established: 1885                 Annual Undergrad Tuition & Fees: $30,330
Enrollment: 1,777                                        Female
Affiliation or Control: Independent Non-Profit       IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: M, SW

01  President .......................... Nancy J. VICKERS
01  Provost ............................. Ralph W. KUNCL
49  Dean of Undergraduate College ..... Karen TIDMARSH
11  Chief Administrative Officer ........ Jerry A. BERENSON
10  Chief Financial Officer & Treasurer ... John GRIFFITH
30  Chief Advancement Officer .......... Marcus M. DIAMOND
20  Dean of Admissions & Financial Aid ... Jennifer J. RICKARD
68  Director Libraries/Chief Info Ofcr ... Elliot SHORE
58  Dean Grad Sch Arts & Sciences ...... Dale KINNEY
73  Co-Dean Grad Sch Social Work/Rsr ... Marcia L. MARTIN
70  Co-Dean Grad Sch Social Work/Rsr ... Raymond L. ALBERT
28  Asst Dean/Dir Intercultural
       Affairs ................. Christopher MACDONALD-DENNIS
06  Registrar ........................... Kirsten O'BEIRNE
15  Director of Financial Aid ........... Ethel M. DESMARAIS
19  Director of Public Safety ........... Vacant
29  Exec Director Alumnae Association ... Wendy M. GREENFIELD
11  Dir of Athletics & Physical Educ .... Amy CAMPBELL
21  Comptroller ......................... Maria C. MENNA
09  Director of Institutional Research ... Glenn R. SMITH
18  Chief Facilities/Physical Plant ...... Glenn L. BERNAL
26  Chief Public Relations Officer ....... Nancy COLLINS

## Bucknell University

701 Moore Avenue, Lewisburg PA 17837
County: Union                    FICE Identification: 003323
                                                 Unit ID: 211291

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

**2006 hep Higher Education Directory®**

| | |
|---|---|
| 01 President | Dr. J. Nelson Kraybill |
| 05 Academic Dean | Dr. Loren Johns |
| 11 Administrative Vice President | Mr. Ron Ringenberg |
| 12 Director of Development | Mr. Gary Prieb |
| 06 Business Administrator | Mr. Jeff Miller |
| 06 Registrar | Ms. Nisha S. Springer |
| 08 Librarian | Ms. Eileen Saner |
| 07 Director of Admissions | Ms. Regina Shands Stoltzfus |
| 73 Director of Inst Mennonite Studies | Dr. Mary H. Schertz |

† The Seminary, accredited by the Association of Theological Schools, grants a Doctoral degree.

## Bethel College (D)
1001 West McKinley Avenue, Mishawaka IN 46545-5591
FICE Identification: 001787
County: Saint Joseph
Unit ID: 150145
Telephone: (574) 259-8511
Carnegie Class: Baccalaureate-General
FAX Number: (574) 257-3326
Calendar System: Semester
URL: www.bethelcollege.edu
Established: 1947
Annual Undergrad Tuition & Fees: $15,950
Enrollment: 1,988
Coed
Affiliation or Control: Missionary Church
IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Professional;
Nursing Emphasis
Accreditation: NH, ADNUR, NUR, TED

| | |
|---|---|
| 01 President | Dr. Steven R. Cramer |
| 03 Senior Vice President | Dr. Dennis D. Engbrecht |
| 04 Vice President Academic Svcs/Dean | Dr. James B. Stump |
| 10 Vice President Inst Advancement | Dr. Peter McCown |
| 30 Vice President/Chief Fiscal Officer | Mr. John R. Myers |
| 10 Vice President/College Develop | Dr. Robert Laurent |
| 58 Vice Pres & Graduate Dean | Mr. Randy Beachy |
| 84 Asst VP Enrollment/Marketing | Mr. Guy L. Fisher |
| 37 Director Financial Aid | Ms. Michelle Yager |
| 36 Director Career Services | Mrs. Jenny Nafziger |
| 26 Director Public Relations | Miss Antoinette Krafcheck |
| 03 Chief Student Life Officer | Dr. Dennis D. Engbrecht |
| 41 Athletic Director | Mr. Mark Lantz |
| 06 Registrar | Mr. Steve J. Matteson |
| 08 Director of Library Services | Dr. Clyde R. Root |
| 52 Teacher Certification | Mrs. Joyce Lahueph |
| 18 Director Physical Plant | Mr. Steve E. Yaw |
| 51 Director Teacher Education | Dr. Jeffrey Peck |
| 66 Dean of Nursing | Dr. Ruth E. Davidheizer |
| 09 Director Institutional Research | Dr. Elizabeth A. Hossler |
| 03 Director Campus Safety | Mr. Steve Yeager |
| 29 Dean of Faculty Development | Dr. Stuart Yager |
| 20 Dean of Instruction | Dr. Rebecca J. Wilson |
| 39 Dean of Residential Life | Dr. Katherine Gribbin |
| 85 International Students Rep | Mrs. Sheila Galloway |
| 50 Director Computer Technology | Mr. Jim Walker |
| 91 Director Administrative Computing | Mr. Harold Rodgers |
| 38 Director Student Counseling | Vacant |
| 35 Associate Dean of Students | Mr. Shawn Holtgren |
| 43 Dean of Arts & Sciences | Vacant |
| 28 Director of Academic Management | Mr. Steve Matteson |
| 29 Director Alumni Services | Mrs. Lois Pannabecker |
| 05 Director of Diversity | Mr. Kintae Lark |
| 07 Asst Director of Admissions | Ms. Krista Wong |

## Brown Mackie College-Fort Wayne (E)
3000 Coliseum Blvd, Fort Wayne IN 46805
Identification: 666435
County: Allen
Unit ID: 408039
Telephone: (260) 484-4400
Carnegie Class: Associate's
FAX Number: (260) 484-2678
Calendar System: Quarter
URL: www.brownmackie.edu
Established: 1882
Annual Undergrad Tuition & Fees: $9,072
Enrollment: 623
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: 2-Year Principally Bachelor's Creditable
Accreditation: ACICS, OTA

| | |
|---|---|
| 02 President | Mr. Daniel Summer |
| 05 Academic Dean | Mr. Jim Blohm |
| 06 Registrar | Mrs. Kathy Judt |
| 37 Director of Admissions | Ms. Anita F. Alexander |
| 03 Director of Student Placement | Ms. Julie Summer |
| 10 Chief Business Officer | Mrs. Jennifer Cook |
| 37 Director Financial Aid | Mr. Favio Vegas |
| 12 Campus Director | Mr. Daniel Summer |

## Brown Mackie College-Merrillville (F)
1000 East 80th Avenue, Suite 101N,
Merrillville IN 46410-5602
FICE Identification: 021032
County: Lake
Unit ID: 151616
Telephone: (219) 769-3321
Carnegie Class: Associate's
FAX Number: (219) 738-1076
Calendar System: Quarter
URL: www.brownmackie.edu
Established: 1890
Annual Undergrad Tuition & Fees: $8,592
Enrollment: 926
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree

Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: ACICS, MAAB

| | |
|---|---|
| 01 Campus President-Merrillville | Mr. Maurice Lee |
| 05 Dean of Academic Affairs | Ms. Saundra Howard |
| 12 Campus President-Moline | Ms. Carol Ray |
| 12 Campus President-Michigan City | Ms. Sheryl Elston |
| 37 Director of Financial Aid | Ms. Yolanda Wheeler |
| 07 Director of Admissions | Mr. Don Richardson |
| 36 Director of Career Services | Ms. Yolanda Wheeler |
| 06 Registrar | Ms. Marion Fowdy |
| 08 Head Librarian | Ms. Judy Hickman |

## Brown Mackie College-Michigan (G)
City
325 East US Highway 20, Michigan City IN 46360-7362
Identification: 666426
County: La Porte
Unit ID: 151625
Telephone: (219) 877-3100
Carnegie Class: Other
FAX Number: (219) 877-3110
Calendar System: Quarter
URL: www.cbcaec.com
Established:
Annual Undergrad Tuition & Fees: $8,000
Enrollment: 248
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS, MAAB

| | |
|---|---|
| 12 Campus Director | Ms. Sheryl Elston |

## Brown Mackie College-South Bend (H)
1030 East Jefferson Boulevard,
South Bend IN 46617-3123
FICE Identification: 004583
County: Saint Joseph
Unit ID: 151944
Telephone: (574) 237-0774
Carnegie Class: Associate's
FAX Number: (574) 237-3585
Calendar System: Quarter
URL: www.brownmackie.edu
Established: 1882
Annual Undergrad Tuition & Fees: $9,072
Enrollment: 1,159
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: 2-Year Principally Bachelor's Creditable
Accreditation: ACICS, OTA, PTAA

| | |
|---|---|
| 01 Campus President | Mrs. Connie S. Adelman |
| 05 Academic Dean | Vacant |
| 37 Director of Admission | Ms. Laurie Johannesen-Oliver |
| 32 Director of Student Services | Vacant |
| 06 Registrar | Mr. Michael P. Kintz |
| 10 Business Manager | Ms. Susan Coleman |
| 36 Director of Career Placement | Ms. Sheryl Decker |
| 37 Sr Financial Aid Officer | Ms. Terry Sholty |
| 37 Financial Aid Officer | Ms. Jennee Mullett |
| 37 Financial Aid Officer | Ms. Susan Golden |

## Butler University (I)
4600 Sunset Avenue, Indianapolis IN 46208-3443
FICE Identification: 001788
County: Marion
Unit ID: 150163
Telephone: (317) 940-8000
Carnegie Class: Master's I
FAX Number: (317) 940-9830
Calendar System: Semester
URL: www.butler.edu
Established: 1855
Annual Undergrad Tuition & Fees: $23,530
Enrollment: 4,145
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: NH, ARCPA, BUS, #CACREP, DANCE, IPSY, MUS, PHAR, TED, THEA

| | |
|---|---|
| 01 President | Dr. Bobby Fong |
| 05 Provost & Sr Vice Pres Acad Affs | Dr. J. William Berry |
| 30 Vice Pres for Finance | Mr. Bruce E. Arick |
| 84 Vice Pres Enrollment Management | Mr. Cameron A. McGuire |
| 10 Vice Pres Enrollment Management | Mr. Thomas Snider |
| 32 Vice Pres of Student Affairs | Dr. Levester Johnson |
| 18 Vice Pres Operations | Mr. Michael D. Gardner |
| 57 Dean Jordan College Fine Arts | Dr. Peter Alexander |
| 53 Dean Business Administration | Dr. Joseph L. Fetch |
| 49 Int Dean Liberal Arts & Science | Dr. Ena M. Shelley |
| 42 Dean Education | Dr. Patricia A. Chase |
| 67 Dean Pharmacy & Health Sciences | Dr. Mary T. Andritz |
| 77 Dean of Admission | Mr. C. Gregory Sharer |
| 23 Dean Student Services | Ms. Irene E. Stevens |
| 35 Dean Student Life | Ms. Rachel Stephen Burt |
| 31 Dir Conference/Special Events | Ms. Karla K. Cunningham |
| 39 Director Residence Life | Ms. Allison L. Ronez |
| 40 Manager Bookstore | Dr. O. Kent Grumbles |
| 09 Director Institutional Research | Dr. C. Montgomery Broaded |
| 85 Director International Programs | Mr. David A. Lageveen |
| 29 Exec Dir Alumni/Development Pgms | Mr. Douglas A. Simpkins |
| 15 Exec Dir of Organizational Devel | Mr. Lewis R. Miller |
| 06 Registrar | Ms. Sondrea S. Ozolins |
| 37 Director Career Services | Mr. Timothy M. Harding |
| 41 Director Athletics | Mr. John C. Parry |
| 13 Chief Information Officer | Mr. Scott A. Kincaid |

## Aviation Institute of Maintenance (A)
7251 West McCarty Street, Indianapolis IN 46241-1445
FICE Identification: 031763
County: Marion
Telephone: (317) 243-4519
Carnegie Class: Other
FAX Number: (317) 243-4569
Calendar System: Semester
URL: www.aviationmaintenance.edu
Established: 1992
Annual Undergrad Tuition & Fees: $31,050
Enrollment: 208
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

| | |
|---|---|
| 01 Director | Mr. Andrew C. Duncan |

## Ball State University (B)
2000 West University Avenue, Muncie IN 47306-1099
FICE Identification: 001786
County: Delaware
Unit ID: 150136
Telephone: (765) 289-1241
Carnegie Class: Doctoral/Research Int'l
FAX Number: (765) 285-1461
Calendar System: Semester
URL: www.bsu.edu
Established: 1918
Annual Undergrad Tuition & Fees (In-State): $6,458
Enrollment: 18,043
Coed
Affiliation or Control: State
IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Occupational; Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: NH, ART, AT, AUD, BUS, BUSA, CACREP, COPSY, CORE, DIETD, DIETI, DIETT, ENGT, IPSY, JOUR, LSAR, MUS, NUR, PLNG, RAD, RTT, SCPSY, SP, SW, TED, THEA

| | |
|---|---|
| 01 President | Dr. JoAnn M. Gora |
| 05 Int Provost/VP Academic Affs | Dr. Deborah Balogh |
| 84 VP Marketing/Comm/Enroll Mgmt | Mr. Tom Taylor |
| 10 VP Business Affairs & Treasurer | Mr. Thomas J. Kinghorn |
| 30 Vice Pres University Advancement | Dr. Don L. Park |
| 13 VP for Information Technology | Dr. H. O'Neal Smitherman |
| 88 Assc VP Hum Res/Dir State Fiscal Rel | Mr. Thomas Morrison |
| 86 Assoc VP Governmental Relations | Mr. Jeffrey M. Linder |
| 28 Assoc VP Stdnt Serv/Dean Students | Dr. Randy E. Hyman |
| 35 Assoc VP for Student Affairs | Dr. V. Ray Bales |
| 33 Assoc VP Inst Education | Dr. W. Cyres Reed |
| 20 Interim Associate Provost | Dr. Frank J. Sabatine |
| 21 Interim Dean Univ College | Dr. Michael A. Haynes |
| 13 Assoc VP for Information Technology | Mr. Philip C. Repp |
| 15 Assoc VP Human Resources | Mr. Thomas Morrison |
| 05 Exec Assistant to the President | Dr. H. O'Neal Smitherman |
| 18 Assoc VP Facilities Planning/Mgmt | Mr. Kevin S. Kenyon |
| 29 Exec Director Alumni Programs | Mr. Edwin D. Shipley |
| 25 Exec Dir University Communications | Mrs. Heather S. Shupp |
| 60 Dean Col of Comm/Info/Media | Dr. Roger Laverty |
| 38 Director Counseling/Psych Svcs Ctr | Dr. June P. Payne |
| 14 Director Univ Computing Services | Mr. Frederick W. Nay |
| 37 Director Career Services | Mrs. Jeannine A. Harrold |
| 37 Director Scholarships/Financial Aid | Mr. Robert M. Zellers |
| 07 Dean Admissions & Enrollment Serv | Dr. Lawrence A. Waters |
| 22 Exec Director University Compliance | Ms. Sali K. Falling |
| 43 Dean College of Sciences & Human | Mr. Thomas A. Bilger |
| 39 Director Housing/Residence Life | Dr. Alan L. Hargrave |
| 09 Exec Dir Institutional Effectiveness | Dr. Donald R. Whitaker |
| 30 Int Exec Director Univ Development | Dr. Charles R. Jaggers |
| 24 Director of Teleplex | Mr. William B. Cahoe |
| 80 Ombudsperson | Ms. Katie Slabaugh |
| 25 Director Contracts & Grants | Ms. Kathy A. Lucas |
| 25 Director Center for Intl Programs | Dr. James L. Coffin |
| 19 Director Public Safety | Mr. Gene Burton |
| 08 Dean University Libraries | Dr. Arthur W. Hafner |
| 57 Dean College of Fine Arts | Dr. Robert A. Kvam |
| 53 Dean College of Business | Dr. Lynne D. Richardson |
| 48 Dean College Architecture | Dr. Joseph J. Bilello |
| 42 Dean College of Education | Dr. Roy A. Weaver |
| 58 Acting Dean of the Graduate School | Dr. Mary E. Kite |
| 51 Dean School of Extended Education | Dr. Frank J. Sabatine |
| 49 Dean of Sciences/Humanities | Dr. Michael A. Maggiotto |
| 72 Dean Col Applied Science/Technology | Dr. Nancy Kingsbury |
| 92 Dean of Honors College | Dr. James S. Ruebel |
| 96 Director of Purchasing | Mr. Tom Brinson |

## Bethany Theological Seminary (C)
615 National Road West, Richmond IN 47374-4019
FICE Identification: 001637
County: Wayne
Unit ID: 143233
Telephone: (765) 983-1800
Carnegie Class: Specialized/Theological
FAX Number: (765) 983-1840
Calendar System: Semester
URL: www.brethren.org/bethany
Established: 1905
Annual Graduate Tuition & Fees: $7,904
Enrollment: 79
Coed
Affiliation or Control: Church Of The Brethren
IRS Status: 501(c)3
Highest Offering: Master's; No Undergraduates

| | |
|---|---|
| 01 President | Dr. Eugene F. Roop |
| 05 Dean | Dr. Stephen B. Reid |
| 10 Ex Dir of Student/Business Svcs | Ms. Brenda J. Reish |
| 30 Ex Dir Institutional Advancement | Mr. Lowell Flory |
| 37 Director of Admissions Services | Ms. Joanna Schofield |
| 26 Director of Public Relations | Ms. Marcia L. Shetler |
| 37 Director of Financial Aid | Mr. Amy S. Gall Ritchie |
| 32 Director Brethren Academy | Mr. Jonathan A. Shively |
| 88 Director Inst Ministry with Youth | Mr. Russell Haitch |
| 37 Director of Admissions | Ms. Kathy Royer |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

## Minneapolis College of Art Design    (A)

2501 Stevens Avenue, Minneapolis MN 55404-4343
County: Hennepin                          FICE Identification: 002365
                                          Unit ID: 174127
Telephone: (612) 874-3700    Carnegie Class: Specialized:Art/Music/Design
FAX Number: (612) 874-3704    Calendar System: Semester
URL: www.mcad.edu
Established: 1886                Annual Undergrad Tuition & Fees: $24,800
Enrollment: 750                                            Coed
Affiliation or Control: Independent Non-Profit        IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Professional
Accreditation: NH, ART

01 President ................................... Mr. Michael O'KEEFE
5  Vice President Academic Affairs ............... Mr. Vince LEO
02 Vice President Student Affairs ..... Ms. Susan P. CALMENSON
33 Treasurer ........................... Mr. James A. PLATH
10 Dir of Institutional Advancement .......... Ms. Cindy J. THEIS
15 Vice Pres Administration ................. Ms. Pam NEWSOME
7  Dir of Admissions and Recruitment ........ Mr. William MULLEN
06 Registrar ............................. Ms. Jacki L. CHESTNUT
1  Director of Continuing Studies ....... Ms. Brenda K. GRACHEK
8  Director Facilities/Public Safety ...... Mr. Brock RASMUSSEN
8  Library Director ...................... Ms. Suzanne C. DEGLER
0  Manager of Bookstore ................. Ms. Allyson R. HARPER
22 Dir of Information Technology .............. Mr. R. Hal WELLS
4  Director of Media Center ............... Mr. Todd L. LARSON
6  Director of Career Services ............ Ms. Christine DAVES
9  Director of Alumni Relations ............. Mr. Doug NATHAN
9  Director Student Housing .................... Mr. Nate K. LUTZ
6  Dir Communications/External Rels .... Mr. Michael BLUMFIELD
7  Director Student Financial Aid .............. Ms. Laura LINK

## Minnesota School of Business    (B)

5910 Shingle Creek Parkway, #200,
Brooklyn Center MN 55430-2319
County: Hennepin                           Identification: 666453
                                           Unit ID: 407285
Telephone: (763) 566-7777    Carnegie Class: Associate's
FAX Number: (763) 561-5548    Calendar System: Quarter
URL: www.msbcollege.edu
Established: 1877                Annual Undergrad Tuition & Fees: $19,800
Enrollment: 893                                           Coed
Affiliation or Control: Proprietary       IRS Status: Proprietary
Program: Occupational
Accreditation: ACICS, MAC

2  Director ............................. Ms. Susan COOKE

## Minnesota School of Business    (C)

5401 West 76th Street, Richfield MN 55423-3846
County: Hennepin                           FICE Identification: 004646
                                           Unit ID: 174279
Telephone: (612) 861-2000    Carnegie Class: Associate's
FAX Number: (612) 861-5548    Calendar System: Quarter
URL: www.msbcollege.edu
Established: 1877                Annual Undergrad Tuition & Fees: $17,825
Enrollment: 923                                          Coed
Affiliation or Control: Proprietary       IRS Status: Proprietary
Program: Baccalaureate
Accreditation: ACICS, MAC

1  Director ......................... Mr. George TEAGARDEN
4  Dean of Faculty ......................... Ms. JoAnn MICHELS
6  Dean of Students ...................... Ms. Jennifer KROSCHEL
8  Director of Admissions ................. Ms. Patricia MURRAY
1  Director of Career Services ................. Ms. Sally RIVELY
2  Director of Financial Aid .............. Mr. Tim JACOBSON
2  Assoc Dean of Faculty/Evening Sch ... Mr. Philip BROOKS
9  Associate Dean of Students ............ Ms. Lynn KOESTERS

## Minnesota State Colleges and    (D)
## Universities System Office

500 Wells Fargo Pl, Ste 350, 30 7th St,E,
St Paul MN 55101-4901
County: Ramsey
                                           FICE Identification: 009346
                                           Unit ID: 428453
Telephone: (651) 296-8012
FAX Number: (651) 297-5550    Carnegie Class: N/A
URL: www.mnscu.edu

Chancellor .......................... James H. MCCORMICK
Chief of Staff ......................... Janice S. FITZGERALD
Sr Vice Chanc/Academic/Student Affs ........ Linda L. BAER
Interim Director for Research .......... Craig V. SCHOENECKER
Vice Chancellor Finance ...................... Laura M. KING
Vice Chancellor Human Resources ....... William L. TSCHIDA
Vice Chanc/Chief Information Ofcr .... Kenneth F. NIEMI
Assoc Vice Chanc Facilities ............. Allan W. JOHNSON
Assoc Vice Chanc Public Affairs .............. Linda Y. KOHL
Assoc Vice Chanc Research/Planning .......... Leslie MERCER
Assoc Exec Chanc/Gov't Relations .............. Mike LOPEZ
Assoc Dir Diversity/Multiculturalism .... Whitney G. HARRIS

43 General Counsel ............................. Gail M. OLSON
86 Director Governmental Relations .......... John C. OSTREM
45 Director of Continuous Improvement .... Manuel M. LOPEZ
21 Director of Internal Auditing ............ John G. ASMUSSEN
30 Exec Dir Mn State Col/Univ Found .... Catherine V M. MCGLINCH

## *Alexandria Technical College    (E)

1601 Jefferson Street, Alexandria MN 56308-2796
County: Douglas                            FICE Identification: 005544
                                           Unit ID: 172918
Telephone: (320) 762-0221    Carnegie Class: Associate's
FAX Number: (320) 762-4501    Calendar System: Semester
URL: www.alextech.edu
Established: 1961                Annual Undergrad Tuition & Fees (In-State): $4,506
Enrollment: 2,028                                        Coed
Affiliation or Control: State             IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, MLTAD

02 President ....................... Dr. Kevin KOPISCHKE
05 Vice Pres/Athletic Director ............. Mr. John PHILLIPS
51 Vice Pres/Custom Services .......... Mr. Chad COALETTE
10 Chief Financial Officer ................. Mr. David BJERLUND
03 Dean of Academic Affairs ................. Mr. Doug TATGE
72 Dean of Technology ..................... Dr. Jan DOEBBERT
37 Financial Aid Director .................. Mr. Gary MCFARLAND
12 Human Rights Officer ............. Ms. Tamara BUKOWSKI
36 Placement Director .................. Mr. Dennis THOMPSON
30 Chief Development Officer ............. Ms. Kathy NOHRE
32 Director of Student Affairs ................. Mr. Doug TATGE
06 Registrar ................................. Ms. Gloria DEICK
18 Building Maintenance Supervisor .......... Mr. Milo HOLTE
38 Career Assessment/Planning Coord ...... Ms. Sharon RANGE
04 Asst to the Pres/Organiz Dev Coord .... Ms. Annette PLANK
20 Associate Academic Dean ............. Ms. Judi ANDERSON
21 Accounting Supervisor ............... Ms. Joan STICH
44 Bookstore Manager ..................... Ms. Karen KRAFT
44 Foundation Development ............... Ms. Jean HERMES
27 Institutional Marketing Specialist ......... Ms. Jill KILMEK
29 Alumni Coordinator ..................... Ms. Linda DOLAN
15 Human Resources Director .......... Ms. Shari MALONEY
48 Support Services Coordinator .......... Ms. Mary ACKERMAN

## *Anoka-Ramsey Community    (F)
## College

11200 Mississippi Boulevard, NW,
Coon Rapids MN 55433-3499
County: Anoka                              FICE Identification: 002332
                                           Unit ID: 173605
Telephone: (763) 427-2600    Carnegie Class: Associate's
FAX Number: (763) 422-3341    Calendar System: Semester
URL: www.anokaramsey.edu
Established: 1965                Annual Undergrad Tuition & Fees (In-State): $3,594
Enrollment: 7,222                                        Coed
Affiliation or Control: State             IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ADN, PTAA

02 President ........................ Dr. Patrick M. JOHNS
05 Vice Pres of Educational Services ... Dr. Susan TARNOWSKI
11 Vice Pres for Administration .......... Mr. Michael SEYMOUR
12 Dean Cambridge Campus .............. Ms. Deidra PEASLEE
30 Dean ...................................... Ms. Evelyn GEDDE
36 Director of Resource Development .... Ms. Andrea ROBERGE
73 Director of Technology ................ Mr. Eric STAUPE
31 Dean .................................... Ms. Rosie MORTENSON
37 Director Learning Media Center .. Ms. Gina PANCERELLA-WILLIS
37 Director of Financial Aid ............ Ms. Lynn THOMPSON
16 Director of Human Resources .......... Mr. Darren HOFF
40 Director of Auxiliary Enterprises .......... Ms. Lauri HERR
32 Director of Admissions ................ Ms. Charlotte LINDAHL
26 Dir of Marketing/Public Relations .......... Ms. Sally ABEL
18 Physical Plant Director ............. Mr. Roger FREEMAN
30 Dean ...................................... Ms. Karen KRAFT
41 Athletic Director ....................... Ms. Karen KRAFT
88 College Center Program Coordinator ... Ms. Joyce TRACZYK
80 Director of Access Services ............... Mr. Scott BAY
88 Director of Project START .............. Ms. Cindy NUTTER
20 Dean of Educational Services .... Ms. Cynthia WEISHAPPLE
20 Dean of Educational Services .......... Ms. Karen KRAFT
06 Director of Institutional Research .... Ms. Katie QUINLAN
06 Registrar ............................ Ms. Janinne FORRER
10 Chief Business Officer ............ Ms. Marilyn SMITH
15 Director Personnel Services .......... Mr. Darren HOFF

## *Anoka Technical College    (G)

1355 West Main Highway 10, Anoka MN 55303-1590
County: Anoka                              FICE Identification: 007350
                                           Unit ID: 172954
Telephone: (763) 576-4700    Carnegie Class: Associate's
FAX Number: (763) 576-4715    Calendar System: Semester
URL: www.ank.tec.mn.us
Established: 1967                Annual Undergrad Tuition & Fees (In-District): $4,326
Enrollment: 2,276                                        Coed
Affiliation or Control: State/Local       IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable

Accreditation: NH, MAC, OTA, PNUR, SURGT

02 President ............................. Anne WEYANDT
05 Vice Pres of Acad & Student Affairs ...... John CACICH
51 Dean Customized Training ............... Joe MULFORD
15 Director of Human Resources .............. Carol ABELL
14 Chief Info Officer/Dir Instit Svcs .......... David JEFFREY
10 Chief Business Officer ................ Wendy MEYER
26 Director of Marketing .............. Catherine DOUCETTE
04 Assistant to the President .............. Carol LARSON
07 Registrar ............................. Robert BAKER
18 Director of Admissions .............. Robert HOENIE
18 Chief Facilities/Physical Plant .............. David JEFFREY
37 Director of Student Financial Aid .......... Nancy MAKI
07 Director of Diversity ...................... Scott REDD

## *Bemidji State University    (H)

1500 Birchmont Drive, NE, Bemidji MN 56601-2699
County: Beltrami                           FICE Identification: 002336
                                           Unit ID: 173124
Telephone: (218) 755-2001    Carnegie Class: Master's II
FAX Number: (218) 755-4048    Calendar System: Semester
URL: www.bemidjistate.edu
Established: 1919                Annual Undergrad Tuition & Fees (In-State): $6,016
Enrollment: 4,833                                        Coed
Affiliation or Control: State             IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: NH, MUS, NUN, NURSE, SW

02 President ...................... Dr. Jon E. QUISTGAARD
05 Provost/VP of Acad/Student Affairs ... Dr. Joann E. FREDRICKSON
10 VP for Finance & Administration ......... Mr. William D. MAKI
20 Int VP of Info Tech/Extended Lrng ...... Mr. Robert J. GRIGGS
32 Associate Director of Admissions ......... Mr. Paul D. MULLER
06 Registrar ............................. Mr. Mark A. CARLSON
21 Director Accounting Services ......... Mr. Jerry F. WINANS
37 Director Financial Aid ............... Mr. Paul G. LINDSETH
13 Director of Research & Assessment ......... Dr. Ivan L. WEIR
36 Chief Public Relations Officer ......... Mr. Allen M. NOHNER
30 Vice President Life & Counseling ...... Mr. Jon B. BLESSING
36 Director of Career Services ......... Ms. Margie T. GIAUQUE
37 Director Student Assistance .......... Ms. Marla PATRINAS
31 Chief Student Life Officer .......... Dr. Joann FREDRICKSON
38 Director Student Counseling ....................... Vacant
92 Director Honors Program ............ Dr. J. KNOSHAUG
93 Director American Indian Resource .......... Mr. Lee COOK
04 Director Women's Studies ...... Dr. Patricia A. ROSENBROCK
96 Director of Logistical Services .... Mrs. Belinda S. LINDELL
15 Director Human Resources .......... Mr. John J. ARNESON
22 Business Manager .................... Mr. Jerry WINANS
90 Affirmative Action Officer ............. Ms. Lorena C. COOK
18 Physical Plant Director ............... Mr. Jeff A. SANDE
19 Director of Security/Safety .......... Mr. Erle STEIGAUF
53 Dean College of Prof Studies .......... Dr. Martin TADLOCK
73 Dean College of Arts & Letters .... Dr. Nancy C. ERICKSON
81 Dean Col Social & Natural Science ....Dr. Ranae R. WOMACK

## *Central Lakes College    (I)

501 West College Drive, Brainerd MN 56401-3900
County: Crow Wing                          FICE Identification: 002339
                                           Unit ID: 173203
Telephone: (218) 855-8000    Carnegie Class: Associate's
FAX Number: (218) 855-8057    Calendar System: Semester
URL: www.clcmn.edu
Established: 1938                Annual Undergrad Tuition & Fees (In-State): $3,940
Enrollment: 2,264                                        Coed
Affiliation or Control: State             IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, DA

02 President ..................... Dr. Joseph BIRMINGHAM
05 Vice Pres Academic Affairs ......... Dr. Ted SPRING
03 Vice President of Student Affairs .... Ms. Wendy SCHLUENDER
11 VP Administrative Svcs/Facilities .... Ms. Kari CHRISTIANSEN
20 Associate VP of Academic Affairs .......... Ms. Rebecca BEST
20 Associate VP of Academic Affairs ... Ms. Carol TULIKANGAS
35 Assoc Vice Pres Student Affairs .......... Ms. Judy RICHER
30 Dir Resource Development/CLC Fndtn ..... Ms. Diane SCEARCY
15 Director of Human Resources ......... Ms. Nancy PAULSON
07 Director Admissions/Enrollment Mgt ... Ms. Charlotte DANIELS
06 Registrar ........................... Mrs. Sharon BOONE
08 Librarian ........................... Mr. Larry KELLERMAN
37 Director Financial Aid ................ Mr. Mike BARNABY
13 Dir of Technology Support Services .... Mr. Scott STREED
07 Public Information Officer ............ Mr. Steve WALLER
21 Director of Business Services .... Ms. Christina VOPATEK

## *Century College    (J)

3300 Century Avenue North,
White Bear Lake MN 55110-1894
County: Ramsey                             FICE Identification: 010546
                                           Unit ID: 175315
Telephone: (651) 779-3200    Carnegie Class: Associate's
FAX Number: (651) 779-3417    Calendar System: Semester
URL: www.century.edu
Established: 1967                Annual Undergrad Tuition & Fees (In-State): $3,618
Enrollment: 8,650                                        Coed
Affiliation or Control: State             IRS Status: 501(c)3
Highest Offering: Associate Degree

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | | |
|---|---|---|
| 10 | Director Institutional Research .................Ms. Deborah JOHNSTON | |
| 32 | Dean of Students .............................................Mr. Kelly SMITH | |
| 05 | Director of Institutional Research ...................Ms. Jeanette BROOKS | |
| 06 | Registrar .....................................................Ms. Anita GRAY | |
| 07 | Acting Director Admissions ........................Mr. Michael WARNER | |
| 37 | Director Financial Aid .....................................Mr. Peter MILLER | |
| 18 | Director Facilities Management ........................Ms. Ray OYEMI | |
| 13 | Director Information Technology .................Ms. Jeanne CLIFFORD | |
| 50 | Chief Development Officer ...............................Ms. Ann HALE | |
| 48 | Assistant Campus Store Mgr .........................Ms. Lydia HARVEY | |
| 42 | Chaplain .................................................Rev. Greg KIMURA | |
| 44 | Development Officer ....................................Ms. Jayna COMBS | |
| 29 | Director Alumni Relations ............................Ms. Jayna COMBS | |

## Charter College (A)

2221 E. Northern Lights Blvd, #101,
Anchorage AK 99508-4157

County: Anchorage   FICE Identification: 025769
Unit ID: 028455

Telephone: (907) 277-1000   Carnegie Class: Associate's
FAX Number: (907) 277-1018   Calendar System: Quarter
URL: www.chartercollege.edu

Established: 1985   Annual Undergrad Tuition & Fees: $11,000
Enrollment: 900   Coed
Affiliation or Control: Proprietary   IRS Status: Proprietary
Highest Offering: Occupational
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: ACICS

| | | |
|---|---|---|
| 01 | President ..............................................Dr. Milton BYRD | |
| 03 | Vice President ...................................Ms. Lily C. SIRIANNI | |
| 32 | Dir of Student Services/Registrar .................Ms. Janell MCINTYRE | |
| 36 | Director of Placement ...................................Ms. Wisteria JOHNSON | |
| 04 | Executive Administrative Assistant ..............Ms. Summer L. RUSSO | |
| 08 | Librarian .........................................Ms. Colleen TYRELL | |
| 26 | Director of Communications .........................Mr. Denny DOBSON | |

## Ilisagvik College (B)

PO Box 749, Barrow AK 99723

County: North Slope Borough   FICE Identification: 034613
Unit ID: 434584

Telephone: (907) 852-3333   Carnegie Class: Associate's
FAX Number: (907) 852-1821   Calendar System: Semester
URL: www.ilisagvik.cc

Established: 1996   Annual Undergrad Tuition & Fees: $2,100
Enrollment: 455   Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NW

| | | |
|---|---|---|
| 01 | President ...........................................Mrs. Beverly GRINAGE | |

## Sheldon Jackson College (C)

801 Lincoln Street, Sitka AK 99835-7699

County: Sitka   FICE Identification: 001062
Unit ID: 103440

Telephone: (907) 747-5220   Carnegie Class: Baccalaureate-General
FAX Number: (907) 747-2594   Calendar System: 4/1/4
URL: www.sj-alaska.edu

Established: 1878   Annual Undergrad Tuition & Fees: $10,600
Enrollment: 280   Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Occupational; Liberal Arts and General; Teacher Preparatory
Accreditation: *NW

| | | |
|---|---|---|
| 01 | President ...........................................Pres. Arthur G. CLEVELAND | |
| 05 | Dean of Academics ...............................Dr. David HARRINGTON | |
| 10 | Dean of Student/Community Affairs ..............Mr. Chris E. BRYNER | |
| 50 | Director of Advancement ..........................Ms. Melissa T. BRANDON | |
| 16 | Director of Finance/Administration ..................Mr. Rich GIBB | |
| 06 | Registrar ..............................................Ms. Kathy E. NEWMAN | |
| 08 | Librarian ...........................................Ms. Dee CANFIELD | |
| 07 | Director of Admissions ................................Mr. Richard EBER | |
| 42 | Campus Chaplain ....................................Rev. Patrick SHEAHAN | |
| 04 | Asst to the President ...............................Ms. Jane LANGLEY | |
| 37 | Director of Financial Aid .............................Ms. Louise DRIVER | |

## *University of Alaska Statewide System of Higher Education (D)

910 Yukon Drive, Fairbanks AK 99775-5340

County: Fairbanks   FICE Identification: 008005
Unit ID: 103529

Telephone: (907) 450-8000   Carnegie Class: N/A
FAX Number: (907) 450-8012
URL: www.alaska.edu

| | | |
|---|---|---|
| 01 | President .........................................Mr. Mark R. HAMILTON | |
| 19 | Vice Pres Finance ........................................Mr. Joe BEEDLE | |
| 15 | Vice Pres Faculty Staff Relations ................Mr. James JOHNSEN | |
| 26 | Vice Pres University Relations ....................Ms. Wendy REDMAN | |
| 46 | Vice President for Research ...........................Mr. Craig DORMAN | |
| 43 | General Counsel ....................................Mr. Roger BRUNNER | |
| 17 | Associate Vice President ...............................Ms. Karen PERDUE | |
| 05 | Asst Vice Pres for Academic Affairs ..............Mr. Dave VEAZEY | |
| 30 | Director of Foundation ..................................Mr. Scott TAYLOR | |

---

| | | |
|---|---|---|
| 21 | Director Budget/Inst Research ........................Ms. Pat PITNEY | |
| 13 | Information & Network Services .....................Mr. Steve SMITH | |
| 86 | Director Federal Relations ...........................Ms. Martha STEWART | |
| 86 | Director State Relations ..................................Mr. Pete KELLY | |
| 26 | Director of Public Affairs .............................Ms. Kate RIPLEY | |

## *University of Alaska Anchorage (E)

3211 Providence Drive, Anchorage AK 99508-8000

County: Anchorage   FICE Identification: 011462
Unit ID: 102553

Telephone: (907) 786-1800   Carnegie Class: Master's I
FAX Number: (907) 786-4888   Calendar System: Semester
URL: www.uaa.alaska.edu

Established: 1954   Annual Undergrad Tuition & Fees (In-State): $4,735
Enrollment: 19,753   Coed
Affiliation or Control: State   IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: NW, ADNUR, ART, BUS, COMTA, DA, DH, ∅DIETI, ENG, ENGR, JOUR, MAC, MLTAD, MUS, NUR, SW

| | | |
|---|---|---|
| 02 | Chancellor ...........................................Dr. Elaine P. MAIMON | |
| 05 | Provost ...........................................Dr. Theodore L. KASSIER | |
| 10 | Vice Chanc Administrative Services ............Dr. Gebeyehu EJIGU | |
| 20 | Vice Chanc Community Partnerships ..........Ms. Renee M. CARTER-CHAPMAN | |
| 84 | Chief Enrollment Officer ..............................Mr. Rick WEEMS | |
| 21 | Director Business Services ...........................Mr. William H. SPINDLE | |
| 84 | Asst Vice Chanc University Rels ................Ms. Megan Q. SUMNER | |
| 91 | Assoc Vice Chanc Information Tech ............Dr. Richard A. WHITNEY | |
| 32 | Vice Chan/Student Affairs .............................Ms. Linda LAZZELL | |
| 37 | Director Student Financial Aid .........................Mr. Ted MALCOLM | |
| 88 | Dir AHAINA Student Programs ....................Ms. Yvonne L. ROLAND | |
| 35 | Director Computing Life ...............................Ms. Annie ROUTE | |
| 84 | Director Enrollment Services ........................Ms. Cecile MITCHELL | |
| 84 | Dir Campus Diversity & Compliance ............Ms. Chaiitis FRANKLIN | |
| 44 | Director Alumni Relations ...........................Mr. David WOODLEY | |
| 41 | Director Athletics ...................................Dr. Steve COBB | |
| 53 | Director Human Resources .............................Ms. Jan PARTEN | |
| 51 | Dean Community/Tech College ....................Ms. Jan GEHLER | |
| 08 | Dean Consortium Library ...........................Mr. Stephen J. ROLLINS | |
| 53 | Int Director Biomedical Program .................Dr. Raymond BAILEY | |
| 88 | Director Native Student Services .................Mr. William TEMPLETON | |
| 54 | Director of Development ...............................Vacant | |
| 52 | Dean College Business/Public Policy ............Mr. Thomas CASE | |
| 88 | Dean Col Health/Social Welfare .....................Dr. Cheryl EASLEY | |
| 54 | Dean School of Engineering ...........................Dr. Robert LANG | |
| 43 | Dean College of Arts/Sciences .....................Dr. James LISZKA | |
| 53 | Dean College of Education ...........................Dr. Mary L. SNYDER | |
| 52 | Dean Honors Program ...............................Mr. Ronald SPATZ | |
| 06 | Registrar ...........................................Ms. Mary G. HOWARD | |
| 09 | Director of Institutional Research ...................Mr. Gary RICE | |
| 18 | Director Facilities/Physical Plant ..................Mr. Chris TURLETES | |
| 38 | Director of Student Counseling ........................Ms. Bobbi WEBER | |
| 52 | Assoc Director Procurement Services .............Mr. Robert KIZER | |
| 07 | Director Admissions Director ...........................Mr. Alden KASTAR | |
| 36 | Director Career Services ...........................Mr. Michael E. REEVES | |

## *University of Alaska Fairbanks (F)

Suite 320, Signers' Hall, Fairbanks AK 99775-7500

County: Fairbanks North Star Borough   FICE Identification: 102614
Unit ID: 102614

Telephone: (907) 474-7581   Carnegie Class: Doctoral/Research Int
FAX Number: (907) 474-6492   Calendar System: Semester
URL: www.uaf.edu

Established: 1917   Annual Undergrad Tuition & Fees (In-State): $3,920
Enrollment: 9,683   Coed
Affiliation or Control: State   IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Occupational; Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: NW, BUS, BUSA, CS, ENG, FOR, JOUR, MAC, MUS, SW, TED

| | | |
|---|---|---|
| 02 | Chancellor ..............................................Mr. Stephen B. JONES | |
| 05 | Provost ...............................................Dr. Paul B. REICHARDT | |
| 10 | Vice Chanc Administrative Svcs ...................Mr. Mark NEUMAYR | |
| 18 | Assoc VC Facilities & Safety Svcs ............Ms. Kathleen SCHEDLER | |
| 13 | Assoc Vice Chanc Finance/Bus Ops ............Mr. Joseph TRUBACZ | |
| 53 | Assoc Vice Chanc of Development ..................Mr. John POOLE | |
| 84 | Exec Dean Student Enrollment Svcs .............Mr. Tim BARNETT | |
| 52 | Dean Graduate School ................................Dr. Susan M. HENRICHS | |
| 81 | Dean Col of Natural Science/Math ...............Dr. Joan BRADDOCK | |
| 83 | Assoc Dean Student/Enrollment Svcs ..............Mr. Don FOLEY | |
| 53 | Exec Dean Col of Rural/Cmty Devel ............Ms. Bernice M. JOSEPH | |
| 06 | Registrar ................................................Mr. Tim STICKEL | |
| 12 | Director Tanana Valley Campus ................Mr. Richard A. CAULFIELD | |
| 52 | Dean Sch of Natural Res/Ag Sciences ...........Dr. Carol E. LEWIS | |
| 88 | Dean Sch Fisheries & Ocean Science ...........Dr. Denis WIESENBURG | |
| 52 | Dean School of Management ...........................Dr. Wayne KEARR | |
| 88 | Dean School Min Engineering .......................Mr. John ASPNES | |
| 54 | Dir Inst Northern Engineering ..........................Dr. Douglas KANE | |
| 15 | Director UAF Human Resources ..................Ms. Carolyn CHAPMAN | |
| 79 | Chief of Police .......................................Mr. Terry VRABEC | |
| 87 | Dir Gnts/Schlrshps/Wk Stdy/Fin Aid ..Ms. Tamara HORNBACKLE | |
| 37 | Director Student Loans/Athl Awards ..............Ms. Kathie SCHNEIDER | |
| 26 | Director University Relations .......................Ms. Ann RINGSTAD | |
| 41 | Int Dir Athletics & Recreation ......................Dr. Forrest KARR | |

---

| | | |
|---|---|---|
| 39 | Director Residence Life ...................................Mr. Kevin HUD | |
| 56 | Director Coop Extension Service ............Dr. Anthony NAKAZA | |
| 40 | Manager Bookstore ..................................Ms. Becky PHILL | |
| 85 | Director International Programs .......................Dr. John LEHA | |
| 88 | Fire Chief .............................................Mr. Edith L. OUR | |
| 88 | Dir Institute of Marine Science ...............Dr. Michael CASTELL | |
| 49 | Dean College of Liberal Arts ...................Dr. Phyllis MORRO | |
| 53 | Dean School of Education .............................Dr. Eric MADS | |
| 12 | Director Bristol Bay Campus ...............Dr. Deborah MCLEAN-NELS | |
| 12 | Director Chukchi Campus ...............................Mr. Lincoln SAI | |
| 12 | Dir Interior Aleutians Campus ......................Ms. Clara JOHNS | |
| 12 | Int Director Kuskokwim Campus ..................Mr. Jon B. MORG | |
| 12 | Director Northwest Campus ...........................Mr. Gary SMI | |
| 28 | Dir Campus Compliance/Diversity ...........Ms. Earlina BOWD | |
| 23 | Dir Center for Health & Counseling ............Dr. John FELLERA | |
| 23 | Exec Director Alumni Association ....................Mr. Joe HAY | |
| 07 | Director Office of Admissions ........................Ms. Nancy D | |
| 88 | Director Geophysical Institute ..................Dr. Roger W. SMI | |
| 21 | Manager Business Office ...............................Mr. Timothy BAU | |
| 36 | Director Career Services Dept .....................Mr. Kevin O'CONN | |
| 90 | Dir Ofc Ping/Analysis/Research .................Mr. Joseph TRUBA | |
| 88 | Director Academic Advising Center ............Ms. Wanda MARTI | |
| 89 | Coord First-Year Experience Pgm ...............Ms. Jamie ABR | |
| 52 | Director Honors Program ...............................Mr. Roy BI | |
| 94 | Coord Women's Studies Program ..........Ms. Charlotte BASH/ | |
| 45 | Chanc Dir Rsrch/President's Prof ........Dr. Virgil (Buck) SHARPT( | |

## *University of Alaska Southeast (G)

11120 Glacier Highway, Juneau AK 99801-8681

County: Juneau   FICE Identification: 0010(
Unit ID: 1026

Telephone: (907) 465-6457   Carnegie Class: Master
FAX Number: (907) 465-6365   Calendar System: Semes
URL: www.uas.alaska.edu

Established: 1956   Annual Undergrad Tuition & Fees (In-State): $3,(
Enrollment: 4,309   Cc
Affiliation or Control: State   IRS Status: 501(c
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: NW, TED

| | | |
|---|---|---|
| 02 | Chancellor ...........................................Dr. John PUC | |
| 05 | Provost ...............................................Dr. Roberta STE | |
| 20 | Vice Provost for Student Success ..................Dr. Rick ORAZE | |
| 49 | Dean of Arts and Sciences ...........................Dr. Brendan KELI | |
| 12 | Sitka Campus Director ....................................Vacr | |
| 12 | Ketchikan Campus Director ...........................Mr. Gary VIF | |
| 11 | Vice Chanc & Director Admin Svcs ............Ms. Carol GRIFF | |
| 32 | Dean of Students .......................................Mr. Paul KRA | |
| 53 | Dean of Education ...................................Dr. Marilyn TAYLO | |
| 53 | Dean of Career Education ...........................Dr. Karen SCHMI | |
| 50 | Int Bus/Public Admin/Inform Systems ..........Dr. Karen SCHMI | |
| 37 | Financial Aid Officer ..................Ms. Barbara CARLSON BURNE | |
| 26 | Dir Ofc of Public Information ...........................Mr. Kevin MYEF | |
| 06 | Registrar ...............................................Dr. Barbara MEG | |
| 09 | Manager of Institutional Research ..................Dr. Patrick MOOF | |
| 10 | Chief Business Officer .................................Mr. Tom MCBRIE | |
| 15 | Director Personnel Services .........................Mr. Tom DIENS | |

## *Prince William Sound Community (H) College

PO Box 97, Valdez AK 99686-0097

County: Valdez-Cordova   Identification: 66665
Unit ID: 1033(

Telephone: (907) 834-1612   Carnegie Class: Associate
FAX Number: (907) 834-1611   Calendar System: Semes
URL: www.uaa.alaska.edu/pwscc/home.html

Established: 1978   Annual Undergrad Tuition & Fees (In-State): $3,6(
Enrollment: 1,781   Coe
Affiliation or Control: State   IRS Status: 501(c
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NW

| | | |
|---|---|---|
| 02 | Interim President ....................................Mr. Douglas DESORCI | |
| 05 | Interim Dean of Instruction ...........................Mr. Bill BRYSO | |
| 10 | Business Manager .......................................Mr. Steve SHIEL | |
| 32 | Director Student Services .............................Mr. Kahler SCHUEMAN | |
| 06 | Registrar ...............................................Ms. Shannon FOSTE | |
| 07 | Director of Admissions ...............................Mr. Kahler SCHUEMAN | |
| 15 | Director Personnel Services ...........................Ms. Laurie TOY | |
| 21 | Chief Public Relations Officer .......................Mr. Dawson MOOR | |
| 37 | Director Student Financial Aid .....................Mr. Kahler SCHUEMAN | |
| 38 | Director Student Counseling ...........................Ms. Margo SMAL | |

## ARIZONA

## American Indian College of the (I) Assemblies of God

10020 North 15th Avenue, Phoenix AZ 85021-2199

County: Maricopa   FICE Identification: 02199(
Unit ID: 10378

Telephone: (602) 944-3335   Carnegie Class: Specialized-Theologic
FAX Number: (602) 943-8299   Calendar System: Semes
URL: www.aicag.edu

Established: 1957   Annual Undergrad Tuition & Fees: $5,55
Enrollment:   Coe
Affiliation or Control: Assemblies Of God Church   IRS Status: 501(c)

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

URL: www.cecilcc.edu
Established: 1968    Annual Undergrad Tuition & Fees (In-District): $2,450
Enrollment: 1,813    Coed
Affiliation or Control: State/Local    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: **M**, ADNUR

| | |
|---|---|
| 01 | President .............................................Dr. W. Stephen PANNILL |
| 05 | Vice Pres Academic Programs ...................Dr. MARY WAY BOLT |
| 10 | Vice Pres Administrative Services .......Dr. Christine A. VALUCKAS |
| 84 | VP Students/Instit Effectiveness .............Dr. Diane C. LANE |
| 13 | Chief Information Technology Ofcr ...............Mr. Ray PERRY |
| 18 | Director of Facilities ...................................Mr. Jeff BAUDER |
| 09 | Director of Institutional Research .........Dr. Ebenezer KOLAJO |
| 06 | Registrar/Dir Admiss & Registration .....Ms. Sandra S. RAJASKI |
| 37 | Director of Financial Aid Services .......Ms. Kate M. LOCKHART |
| 08 | Director of Library Services ...............Ms. Lorraine MARTORANA |
| 15 | Director Human Resources .....................Dr. Jim WILBURN |
| 26 | Director of Marketing ...........................Ms. Charlene CONOLLY |
| 29 | Coordinator Alumni Relations ...............Ms. Melanie GRAYBEAL |
| 30 | Director Institutional Advancement ..................Mr. Al MOLLICA |
| 46 | Purchasing Coordinator ........................Ms. Karina JACKSON |
| 93 | Director Minority Student Services ..........Ms. Laney HOXTER |
| 17 | Dean Nursing Eq/Alld Hlth/Hlth Sci ............Ms. Carol ROANE |
| 50 | Director Business & Technology ..............................Vacant |
| 51 | Dir Educ Pgms/Lifelong Learning ........Mr. William DENBROCK |
| 41 | Director Athletics .....................................Mr. Ed DURHAM |
| 04 | Assistant to the President ...................Ms. Carolyn BRINKLEY |

## Chesapeake College  (A)

PO Box 8, 1000 College Circle, Wye Mills MD 21679-0008
County: Queen Annes    FICE Identification: 004650
Unit ID: 162168
Telephone: (410) 822-5400    Carnegie Class: Associate's
FAX Number: (410) 827-5875    Calendar System: Semester
URL: www.chesapeake.edu
Established: 1965    Annual Undergrad Tuition & Fees (In-District): $2,944
Enrollment: 2,557    Coed
Affiliation or Control: State/Local    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable; Teacher Preparatory
Accreditation: **M**, ADNUR, PTAA, RAD, SURGT

| | |
|---|---|
| 01 | President .............................................Dr. Stuart M. BOUNDS |
| 05 | Vice Pres for Academic Services ..............................Vacant |
| 10 | Vice Pres for Administrative Svcs .........Dr. Barbara B. VIOUGHEN |
| 32 | VP Student Success/Enrollment Svcs .......Dr. Richard D. MIDCAP |
| 18 | Director of Facilities ...................Mr. Monte W. GARRERTSON |
| 21 | Comptroller ...........................................................Vacant |
| 51 | Dean Cont Educ Workforce Training ..........Mr. Paul C. REHBERG |
| 49 | Dean for Liberal Arts & Sciences ...........Dr. Willie G. WOODS |
| 75 | Dean for Career/Technology ...............Ms. Maureen A. GILMARTIN |
| 88 | Chief Technology Officer .....................Mr. Douglass P. GRAY |
| 48 | Assoc Dean Lrng Res/Acad Sppt Svcs ......Ms. Patricia M. CHEEK |
| 15 | Director of Human Resources .....................Mr. Wyatt G. COOK |
| 37 | Director of Financial Aid .....................Ms. Mindy M. SCHAFFER |
| 30 | Director Resource Development ........Ms. Lauren C. HALTERMAN |
| 09 | Dir Inst Planning & Research Assess . Mr. William J. SCHNEIDER |
| 07 | Director of Admissions ...........Ms. Kathleen J. PETRICHENKO |
| 26 | Director of Public Information ...............Ms. Marcie A. MOLLOY |
| 06 | Registrar .........................................Ms. Claudia E. JEWELL |

## College of Notre Dame of Maryland  (B)

4701 North Charles Street, Baltimore MD 21210-2404
County: Independent City    FICE Identification: 002065
Unit ID: 163578
Telephone: (410) 435-0100    Carnegie Class: Master's I
FAX Number: (410) 532-5791    Calendar System: Semester
URL: www.ndm.edu
Established: 1873    Annual Undergrad Tuition & Fees: $21,100
Enrollment: 3,307    Female
Affiliation or Control: Roman Catholic    IRS Status: 501(c)3
Highest Offering:
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: **M**, NUR, TED

| | |
|---|---|
| 01 | President ...........................................Dr. Mary Pat SEURKAMP |
| 05 | Vice Pres Academic Affairs .................Dr. Suzanne SHIPLEY |
| 10 | Vice Pres Institutional Development ..........Dr. Jeanne ORTIZ |
| 30 | Vice Pres Institutional Advancement .........................Vacant |
| 84 | VP Enrollment Management ......................Dr. Jennifer BLAIR |
| 10 | Vice Pres Financial Affairs ...............Mr. Richard STAISLOFF |
| 05 | Assoc VP Academic Affairs ...............Sr. Kathleen CONNELL |
| 33 | Assoc Dean of Residence Life ...............Ms. Helene MURTHA |
| 04 | Special Assistant to the President ..............Ms. Amy HASSON |
| 06 | Registrar ...........................................Ms. Sharon BOGDAN |
| 37 | Director of Financial Aid ...................Ms. Zhanna GOLTSER |
| 36 | Director Career Development ...............Ms. Natalie KAUFFMAN |
| 13 | Director Information Technology ......Mr. Warren SZELISTOWSKI |
| 29 | Director of Alumnae Relations .....................Ms. Amy KEYE |
| 08 | Librarian ...........................................Mr. John W. MCGINTY |
| 57 | Director Graduate Program ...............Sr. Mary Ellen MARHEVIC |
| 26 | Director Marketing Communications ..........Ms. Christine LANGR |
| 51 | Director Weekend College .....................Mr. Thomas LITTLE |
| 85 | Director International Program ...............Sr. Miriam JANSEN |
| 07 | Director of Admissions ........................Dr. Jenifer BLAIR |
| 09 | Director of Institutional Research ..............................Vacant |

## The Community College of Baltimore County  (E)

800 South Rolling Road, Baltimore MD 21228-5317
County: Baltimore    FICE Identification: 002063
Unit ID: 434672
Telephone: (410) 869-1212    Carnegie Class: Other

| | |
|---|---|
| 15 | Director of Human Resources ...............Ms. Selena CHOKSHI |
| 18 | Director of Facility Management ...............Mr. Joseph CARUSO |
| 21 | Director Business Officer .....................Ms. Barbara MORRIS |
| 38 | Director Counseling Center .............Dr. Winifred DAISLEY |
| 19 | Director of Safety/Security ..........................................Vacant |
| 40 | Bookstore Manager ...................................Mr. Jack SHAW |
| 41 | Athletic Director ...............................Mr. Scot REISINGER |
| 38 | Director Campus Ministry .....................Sr. Mary Roy WEISS |

## College of Southern Maryland  (C)

PO Box 910, La Plata MD 20646-0910
County: Charles    FICE Identification: 002064
Unit ID: 162146
Telephone: (301) 934-2251    Carnegie Class: Associate's
FAX Number: (301) 934-7698    Calendar System: Semester
URL: www.csmd.edu
Established: 1958    Annual Undergrad Tuition & Fees (In-District): $3,312
Enrollment: 7,423    Coed
Affiliation or Control: Local    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: **M**, ACBSP, ADNUR, PNUR, PTAA

| | |
|---|---|
| 01 | President ...........................................Dr. Elaine RYAN |
| 31 | VP Corporate/Cmty Training Inst ...............Mr. Alan KUTZ |
| 05 | Dean of Arts & Science ..................Dr. Timothy KEATING |
| 36 | Dean Career & Technical .................Ms. Andrea L. SMITH |
| 18 | Dean Leonardtown Campus ...............Dr. Frederico J. TALLEY |
| 12 | Dean Prince Frederick Campus ........Ms. Charlene H. NEWKIRK |
| 10 | Dean Financial & Admin Services ...............Ms. Linda BEAR |
| 28 | Diversity Officer ...................................Ms. Mary R. BOYD |
| 09 | Dir Outcomes Assessment & Research ......Ms. Kathleen ROTTIER |
| 84 | Sr Director Enrollment Mgmt Team .......Ms. Joan MIDDLETON |
| 41 | Wellness/Fitness/Sports Director .........Ms. Kathleen BROWN |
| 18 | Director of Facilities ...........................Mr. Buddy BROWN |
| 15 | Human Resources Officer .....................Mr. Jack GORMAN |
| 26 | Manager Community Relations .........Ms. Karen SMITH-HUPP |
| 37 | Director Financial Assistance ..............................Vacant |
| 06 | Registrar ...............................................Ms. Carol HARRISON |
| 08 | Director of Library ...............................Mr. Thomas REPENNING |
| 13 | Chair Nursing/Allied Health .................Ms. Sandra GENRICH |
| 35 | Dean Student/Instruc Support Svcs ...........Mr. William CASEY |
| 33 | Director of Student Life .....................Ms. Giovanna COLOSI |
| 40 | Bookstore Manager .........................Ms. Marcy GANNON |
| 07 | Director of Admissions Department ...........Ms. Julia PITMAN |
| 29 | Director Advisement/Career Services .......Ms. Sandra TOLSON |
| 96 | Director of Procurement .........................Ms. Karen DOWNS |
| 30 | Exec Director of Advancement ...............Ms. Michelle GOODWIN |
| 04 | Asst to the Pres/General Counsel ........Mr. Stephen GOLDMAN |

## Columbia Union College  (D)

7600 Flower Avenue, Takoma Park MD 20912-7794
County: Montgomery    FICE Identification: 002067
Unit ID: 162210
Telephone: (301) 891-4000    Carnegie Class: Baccalaureate-General
FAX Number: (301) 270-1618    Calendar System: Semester
URL: www.cuc.edu
Established: 1904    Annual Undergrad Tuition & Fees: $16,514
Enrollment: 1,116    Coed
Affiliation or Control: Seventh-day Adventist    IRS Status: 501(c)3
Highest Offering:
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: **M**, NUR, RSTH

| | |
|---|---|
| 01 | President .............................................Dr. Randal WISBEY |
| 05 | Vice Pres Academic Administration ...........Dr. Robert YOUNG |
| 10 | Vice Pres Financial Administration ...........Mr. Patrick FARLEY |
| 26 | Vice Pres Marketing/Enrollment Svcs ...............Mr. Dan DAY |
| 32 | VP for Student Life & Admission .........Ms. Jean WARDEN |
| 30 | Vice Pres Advancement .....................Mr. Norman YERGEN |
| 13 | Assoc VP for Info Tech Systems ...........Mr. Gregory INGRAM |
| 20 | Assoc VP Acad Admin/Inst Res ........Dr. Juanita GURUBATHAM |
| 55 | Assoc Vice Pres Adult Evening Pgm .........Ms. Linda LUNDBERG |
| 08 | Librarian ...........................................Miss Margaret J. VON HAKE |
| 33 | Dean of Men .....................................Mr. Donald MURRAY |
| 33 | Dean of Women ...........................................Ms. SANTEE |
| 30 | Director of Development .....................Mr. Bryan ZERVOS |
| 07 | Director of Admissions ...........................Mr. Emile JOHN |
| 06 | Director of Records ...........................Dr. Anthony G. FUTCHER |
| 19 | Director Safety & Security .....................Mr. Harry CHILDS |
| 40 | Manager the College Bookstore ...............Mr. Lloyd YUTUC |
| 42 | Chaplain .................................................................Vacant |
| 41 | Athletic Director .....................................Mr. Bruce PIFER |
| 36 | Director of Student Recruiting ...............Mr. Jonathan SCRIVEN |
| 29 | Director of Alumni .....................................Ms. Sharon CONWAY |
| 15 | Director of Human Resources ...............Ms. Marlene KREIDLER |
| 21 | Comptroller .............................................Ms. Arlene HARRIS |
| 27 | Director Public Relations .....................Mr. Scott STEWARD |
| 38 | Director Cooperative Education ..................................Vacant |
| 88 | Director Academic Support & Testing ........Mr. Filtzroy THOMAS |
| 18 | Chief Facilities/Physical Plant ...............Mr. David HOLDSWORTH |
| 37 | Director Student Financial Aid ...............Ms. Elaine OLIVER |
| 38 | Director Student Counseling .....................Ms. Lauri PRESTON |

FAX Number: (410) 869-1265    Calendar System: Semester
URL: www.ccbcmd.edu
Established: 1998    Annual Undergrad Tuition & Fees (In-District): $2,926
Enrollment: 19,968    Coed
Affiliation or Control: Local    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: **M**, ADNUR, EMT, FUSER, MUS, OTA, RAD, RSTH, RTT, SURGT, THEA

| | |
|---|---|
| 01 | Chancellor .....................................Dr. Irving P. MCPHAIL |
| 30 | Vice Chanc Inst Advancement ...............Dr. Bruce G. BERMAN |
| 43 | Vice Chanc Technology/Planning ...............Dr. Ronald HEACOCK |
| 10 | Vice Chanc Finance/Administration .......Mr. Stephen KIRCHNER |
| 05 | Vice Chanc Lrng/Student Development ...........Dr. Alvin STARR |
| 84 | Asst VC/Strategic Enrollment ...................Ms. Mary LEVEN |
| 26 | Sr Director for Public Relations ...............Ms. Mary DELUCA |
| 16 | Exec Dir Hum Res/Instl Equi/Lab Rel .........Mr. Jeff HAHN |

## DeVry University  (F)

4550 Montgomery Avenue, Suite 100 N,
Bethesda MD 20814
County: Montgomery    Identification: 666210
Telephone: (301) 652-8477    Carnegie Class: Other
FAX Number: (301) 652-8577    Calendar System: Other
URL: www.keller.edu
Established: 2001    Annual Undergrad Tuition & Fees: $13,060
Enrollment: 97    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Master's
Program: Occupational; Professional; Business Emphasis
Accreditation: **N**NH

| | |
|---|---|
| 02 | Center Dean .........................................Ms. Lyn BARTLETT |
| 07 | Assoc Dir of Admissions/Keller Mgt ...........Ms. Joan SILVER |

† Regional accreditation is carried under the parent institution in Oakbrook Terrace, IL.

## Frederick Community College  (G)

7932 Opossumtown Pike, Frederick MD 21702-2097
County: Frederick    FICE Identification: 002071
Unit ID: 162557
Telephone: (301) 846-2400    Carnegie Class: Associate's
FAX Number: (301) 846-2498    Calendar System: Semester
URL: www.frederick.edu
Established: 1957    Annual Undergrad Tuition & Fees (In-District): $2,889
Enrollment: 4,648    Coed
Affiliation or Control: Local    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: **M**, ADNUR, RSTH, SURGT

| | |
|---|---|
| 01 | President .............................................Dr. Patricia STANLEY |
| 05 | Vice Pres for Learning/Provost ...............Dr. Elizabeth DOLLAN |
| 13 | Vice Pres Administration .....................Mr. Arthur GLASS |
| 32 | Vice Pres Learning Support ..............Dr. L. Richard HANEY |
| 25 | Asst to Pres Cmty Partnship/Grants ...........Dr. Howard C. SMITH |
| 13 | Vice Pres/Chief Information Ofcr ..............................Vacant |
| 84 | Associate VP Enrollment Services ...........Ms. Sandra SMITH |
| 15 | Associate VP Human Resources ...............Mr. Donald FRANCIS |
| 10 | Assoc Vice Pres Finance ...................Ms. Deborah DICKINSON |
| 30 | Associate VP Lrng Operations/Registrar .......Ms. Kathy FRAULEY |
| 32 | Assoc VP Lrng/Customized Trng/CE ..............................Vacant |
| 55 | Associate Dean Instruction .................Dr. John C. SHELDON |
| 88 | Assoc Dean System Student Success ......Ms. Christine HELFRICH |
| 18 | Exec Director Facilities Planning ...............................Vacant |
| 30 | Exec Dir Resource Devel/Foundation ...........Ms. Marilyn YOUNG |
| 08 | Executive Director Library .....................Mr. Mick O'LEARY |
| 38 | Exec Dir Counseling/Career Services ......Ms. Debralee MCCLELLAN |
| 38 | Director Outcome Assessment .............Dr. Golar FARAHANI |
| 37 | Director of Financial Aid .....................Ms. Brenda DAYOFF |
| 41 | Director of Athletics .....................................Dr. Tom JANDOVITZ |
| 38 | Director Children's Center .....................Ms. Karen PENA |
| 88 | Director Instructional Technology ...............Mr. Alberto RAMIREZ |
| 40 | Bookstore Manager .....................Ms. Donna MORTIMER |
| 48 | Manager Food Services .....................Ms. Donna S. SOWERS |
| 19 | Director Safety/Security/Public Svc ...........Mr. Walter SMITH |
| 04 | Exec Assistant to the President ......Ms. Wilma H. WOODFIELD |
| 26 | Director Marketing/Public Relations .. Mr. Michael H. PRITCHARD |
| 29 | Director Alumni Relations .........Ms. Jeanni WINSTON-MUIR |
| 88 | Director Office of Adult Services ...............Ms. Sandra CALEB |
| 28 | Director of Diversity ...........................Ms. Beverly HENDRIX |
| 88 | Dir Customized Training .....................Mr. Trenton HIGHTOWER |
| 88 | Dir Regional Distance Educ Center ...............Mr. David KELLY |
| 33 | Director Student Life .........................Ms. Jeanni WINSTON-MUIR |
| 46 | Director of Purchasing .................Ms. Sandra SPENCER-SMITH |

## Garrett College  (H)

687 Mosser Road, McHenry MD 21541
County: Garrett    FICE Identification: 010014
Unit ID: 162609
Telephone: (301) 387-3000    Carnegie Class: Associate's
FAX Number: (301) 387-3055    Calendar System: Semester
URL: www.garrettcollege.edu
Established: 1966    Annual Undergrad Tuition & Fees (In-District): $2,910
Enrollment: 613    Coed
Affiliation or Control: State/Local    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | | |
|---|---|---|
| 88 | Director of Dist Student Pgm & Svcs | Vacant |
| 37 | Director of Student Affairs | Dr. Philip C. RODRIGUEZ |
| 50 | Instr Dean Business Education | Vacant |
| 57 | Instr Dean Fine Arts/Communications | Vacant |
| 76 | Instr Dean Health Occupations | Ms. Jenine NOLAN |
| 83 | Instr Dean Natural Social Science | Ms. Francine DEFRANCE |
| 49 | Instr Dean Liberal Arts | Ms. Brenda SCRANTON |
| 68 | Instr Dean Physical Educ/Athletics | Dr. Daniel SMITH |
| 54 | Instr Dean Science/Engineering/Math | Mr. Norman Y. FUJIMOTO |
| 14 | Director of Computer Services | Ms. Lee KRICHMAR |
| 21 | Director of Fiscal Services | Ms. Berlanti RIZKALLAH |
| 36 | Assistant Dean Career Services | Ms. Theresa M. LOPEZ |
| 13 | Director Physical Plant | Mr. Robert RIFFLE |
| 44 | Executive Director Foundation | Mr. Steven RICHARDSON |
| 30 | Director Econ Dev | Mr. Jose ANAYA |
| 27 | Director Marketing/Public Relations | Vacant |
| 96 | Director of Purchasing | Ms. Jenney HO |
| 15 | Asst Director Human Resources | Mr. Daniel M. O'ROURKE |
| 66 | CalWorks/PACE Coordinator | Ms. Renee CHOMIAK |
| 91 | Web Administrator | Mr. Taylor R. BOWMAN |
| 88 | Operations Manager | Mr. Michael JANKOWSKI |
| 19 | Chief of Campus Police | Vacant |
| 28 | Dir Adult Educ/Diversity Program | Ms. Maggie CORDERO |
| 31 | Director Community Education | Ms. Laura FRANKLIN |
| 48 | Title V Project Director | Ms. Graziela VASQUEZ |
| 88 | Director Child Development Center | Dr. Deborah OWENS |
| 86 | Director Foster/Kinship Care Ed Pgm | Ms. Patricia ROBBINS |
| 15 | Facilities Manager | Vacant |
| 18 | Instr Payroll Manager | Ms. Deanna HART |
| 21 | Interim Accounting Manager | Mr. Shawn JONES |
| 21 | Interim Budget Manager | Ms. Susie PAYNE |
| 23 | Coordinator Student Health/Wellness | Mr. Charles GALE |
| 85 | Coordinator International Students | Ms. Danita KURITZ |
| 73 | Instruction Dean of Technology | Dr. Randy PEEBLES |
| 13 | Manager Information Technology | Mr. Patrick O'DONNELL |

## *Chabot-Las Positas Community (A) College District

5020 Franklin Drive, Pleasanton CA 94588

County: Alameda — Identification: 666925
Telephone: (925) 485-5208
FAX Number: (925) 485-5256
URL: www.clpccd.org

| | | |
|---|---|---|
| 01 | Chancellor | Dr. Susan A. COTA |
| 10 | Vice Chanc Business Services | Vacant |
| 05 | Vice Chanc Educational Svcs/Plng | Dr. Joel KINNAMON |
| 26 | Public Information/Marketing | Ms. Jennifer ARIES |

## *Chabot College (B)

25555 Hesperian Boulevard, Hayward CA 94545-2400

County: Alameda — FICE Identification: 001162
Unit ID: 111920
Telephone: (510) 723-6600 — Carnegie Class: Associate's
FAX Number: (510) 782-9315 — Calendar System: Semester
URL: www.chabotcollege.edu
Established: 1961 — Annual Undergrad Tuition & Fees (In-District): $825
Enrollment: 15,226 — Coed
Affiliation or Control: State/Local — IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: WJ, DH, MAC

| | | |
|---|---|---|
| 02 | President | Dr. Robert E. CARLSON |
| 05 | Vice Pres Academic Services | Dr. Ronald TAYLOR |
| 32 | Vice Pres Student Services | Ms. Melinda MATSUDA |
| 10 | Vice Pres Business Services | Mr. Robert CURRY |
| 04 | Exec Asst to the College President | Ms. Karen L. SILVA-GONZALEZ |
| 08 | Dean Instr-Learning Resources | Dr. Ron TAYLOR |
| 38 | Inl Div Dean Counseling/Guidance | Ms. Jane CHURCH |
| 41 | Director of Athletics | Mr. Dale WAGGONER |
| 06 | Registrar/Director of Admissions | Mrs. Judy YOUNG |
| 37 | Director Student Financial Aid | Ms. Kathryn LINZMEYER |
| 19 | Director Safety & Security | Mr. MacGregor WRIGHT |
| 09 | Director of Institutional Research | Dr. Carolyn ARNOLD |
| 15 | Director Personnel Services | Ms. Anita MORRIS |
| 18 | Chief Facilities/Physical Plant | Mr. Tim NELSON |
| 26 | Chief Public Relations Officer | Ms. Jennifer ARIES |
| 23 | Chief Development/Foundation | Mr. Rich TALMO |
| 33 | Director Student Life | Mr. Anthony GUTIERREZ |
| 96 | Manager Purchasing/Warehouse Svcs | Mr. Andrew D. HOWE |

## *Las Positas College (C)

3033 Collier Canyon Road, Livermore CA 94551-7650

County: Alameda — FICE Identification: 030357
Unit ID: 366401
Telephone: (925) 424-1000 — Carnegie Class: Associate's
FAX Number: (925) 443-0742 — Calendar System: Semester
URL: www.laspositascollege.edu
Established: 1975 — Annual Undergrad Tuition & Fees (In-District): $668
Enrollment: 8,000 — Coed
Affiliation or Control: State/Local — IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: WJ

| | | |
|---|---|---|
| 02 | President | Ms. Karen F. HALLIDAY |
| 05 | Vice Pres Academic Services | Mr. Donald R. MILANESE |

| | | |
|---|---|---|
| 32 | Vice Pres Student Services | Ms. Pamela LUSTER |
| 10 | Vice Pres Fiscal/Admin Services | Mr. Bob KRATOCHVIL |
| 04 | Exec Assistant to the President | Mrs. Sharon A. CADWALADER |
| 38 | Dean Student Services/Matriculate | Mr. Jeff BAKER |
| 20 | Dean of Academic Services | Dr. Philip MANWELL |
| 75 | Dean of Inst & Vocational Educ | Ms. Brigette RYSLINGE |
| 81 | Dean of Math/Sciences | Dr. Neal ELY |
| 86 | Asst Dean Admis/Records/Reg/Atf Act | Ms. Sylvia RODRIQUEZ |
| 09 | Director Institutional Research | Dr. Amber MACHAMER |
| 37 | Student Financial Aid Officer | Ms. Andi SCHREIBMAN |
| 84 | Enrollment Management Officer | Ms. Dale BOERCKER |
| 19 | Director of Safety/Security | Mr. Richard BUTLER |
| 26 | Public Relations Officer | Ms. Jennifer ARIES |
| 88 | Head Librarian | Ms. Frances HUI |
| 44 | Director Annual & Planned Giving | Dr. Ted KAYE |
| 30 | Foundation Executive Director | Dr. Ted KAYE |

## Chaffey College (D)

5885 Haven Avenue, Rancho Cucamonga CA 91737-3002

County: San Bernardino — FICE Identification: 001163
Unit ID: 111939
Telephone: (909) 987-1737 — Carnegie Class: Associate's
FAX Number: (909) 941-2783 — Calendar System: Semester
URL: www.chaffey.edu
Established: 1883 — Annual Undergrad Tuition & Fees (In-District): $1,066
Enrollment: 19,208 — Coed
Affiliation or Control: State/Local — IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: WJ, ADNUR, DA, DIETT, RAD

| | | |
|---|---|---|
| 01 | Superintendent/President | Dr. Marie KANE |
| 05 | Vice Pres of Instruction | Dr. Linda HOWDYSHELL |
| 11 | Vice Pres Administrative Services | Mr. Stephen W. MENZEL |
| 10 | Vice Pres Business Services | Mr. C. Earl DAVIS |
| 35 | Vice President Student Svcs | Dr. Robert BELL |
| 41 | Associate Dean Athletics | Mr. Robert OLIVERA |
| 14 | Exec Director Computing Services | Ms. Sheri TAYLOR |
| 15 | Exec Director Human Resources | Ms. Lisa BAILEY |
| 85 | Director Transfer Center/Intl Pgms | Ms. Jenny DANNELLEY |
| 32 | Director Student Activities | Ms. Susan STEWART |
| 07 | Director Admissions/Records | Ms. Cecilia CARRERA |
| 06 | Registrar | Ms. Cecilia CARRERA |
| 19 | Director Public Safety | Mr. David RAMIREZ |
| 21 | Director Accounting Services | Ms. Kim ERICKSON |
| 06 | Registrar | Ms. Cecilia CARRERA |
| 29 | Director Alumni Relations | Ms. Sandy HARDIE |
| 21 | Director Administrative Systems | Ms. Melanie SIDDIQI |
| 88 | Director Technical Svcs | Mr. Michael FINK |
| 88 | Director Childrens Center | Ms. Brigit MONKS |
| 23 | Director Health Services | Ms. Renee KIMBERLING |
| 75 | Director DP/D/Vocation | Ms. Sharlene SMITH |
| 19 | Director Maintenance/Operations | Mr. Bruce GOOK |
| 96 | Director Purchasing | Mr. Mark ROBBINS |
| 21 | Director Auxiliary Services | Ms. Eunice CLARK |
| 26 | Director Marketing | Ms. Peggy CARTWRIGHT |
| 09 | Director Institutional Research | Mr. Jim PILLPOT |
| 88 | Director High School Relations | Ms. Gloria ROMERO |
| 21 | Director Budgeting Services | Ms. Anita UNDERCOFFER |
| 88 | Director Museum Gallery | Ms. Pamela LEWIS |
| 88 | Dean Language Arts | Dr. Sherrie GUERRERO |
| 88 | Dean Visual Communications | Mr. Michael KINSLEY |
| 50 | Dean Business & Applied Technology | Ms. Chris WILLIS |
| 68 | Dean Mathematics & Science | Dr. Terry GIUGNI |
| 20 | Ex Ast To Supt/President | Dr. Inge PELZER |
| 83 | Dean Social & Behavioral Sciences | Dr. Paul PARNELL |
| 73 | Director Educational Technology | Vacant |
| 38 | Dean Instructional Programs/Svcs | Dr. Craig JUSTICE |
| 38 | Dean Counseling & Matriculation | Ms. Elizabeth CIPRES |
| 88 | Assoc Dean Library/Lrng Resources | Mr. Frank PINKERTON |
| 88 | Dean Visual Performing Arts | Dr. Larry BUCKLEY |
| 88 | Exec Asst Supt/Pres Office | Ms. Sharon SCHROEDER |

## Chapman University (E)

One University Drive, Orange CA 92866-1099

County: Orange — FICE Identification: 001164
Unit ID: 111948
Telephone: (714) 997-6815 — Carnegie Class: Master's
FAX Number: (714) 997-6713 — Calendar System: 4/1/4
URL: www.chapman.edu
Established: 1861 — Annual Undergrad Tuition & Fees: $28,738
Enrollment: 5,850 — Coed
Affiliation or Control: Independent Non-Profit — IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: WC, AT, BUS, LAW, MUS, PTA

| | | |
|---|---|---|
| 01 | President | Dr. James L. DOTI |
| 05 | Acting Provost/Exec Vice President | Dr. Harry HAMILTON |
| 03 | Executive Vice President | Mr. Gary BRAHM |
| 30 | Director University Relations | Ms. Sheryl BOURGEOIS |
| 32 | Vice Pres & Dean of Students | Dr. Joseph KERTES |
| 84 | Vice Pres & Dean of Enrollment | Mrs. Saskia KNIGHT |
| 03 | Assoc Provost Institutl Plng/Resources | Dr. David FITE |
| 20 | Assoc Provost for Academic Admin | Dr. Raymond SFEIR |
| 49 | Dean Wilkinson Col Letters/Sci | Dr. Roberta LESSOR |
| 50 | Dean School of Law | Dr. Parham WILLIAMS |
| 51 | Dean School Business/Economics | Dr. Francis Douglas TUGGLE |
| 53 | Dean School of Education | Dr. Donald CARDINAL |
| 60 | Dean School Communication/Arts | Dr. Myron YEAGER |
| 88 | Dean School Film/TV | Mr. Robert BASSETT |

| | | |
|---|---|---|
| 64 | Dean School of Music | Dr. Willi |
| 56 | Dean University College | Dr. Karen ( |
| 88 | Director Ctr for Global Education | Dr. Jame |
| 20 | Asst Provost for Teachers Education | Dr. Ellen CURTIS |
| 20 | Assoc Provost for General Education | Dr. Jeanne |
| 15 | Assoc Vice Pres/Dir Human Resources | Ms. Janine DUNC |
| 21 | Assoc Vice Pres & Controller | Mr. Behzad |
| 18 | Director of Facilities | Mr. Johr |
| 26 | Director Public Relations | |
| 88 | Dean of Library | Ms. Charlene B |
| 29 | Director Alumni Relations | Mr. David |
| 91 | Director Administrative Computing | Ms. Sylvia LETO |
| 09 | Director of Institutional Research | Dr. Marisol ARBI |
| 07 | Director Admissions | Mr. Michael D |
| 06 | Registrar | Mr. John SNO |
| 10 | Chief Business Officer | |
| 37 | Director Financial Aid | Mr. G |
| 85 | Director Intl Student Services | Ms. Sus |
| 19 | Director Public Safety | Mr. Milton GAI |
| 39 | Director Residence Life | Ms. DeAnn YOCUM-( |
| 41 | Athletic Director | Dr. Dave C |
| 42 | Dean of the Chapel | Dr. Ronald |
| 04 | Assistant to the President | Ms. Ann Ca |
| 88 | Assistant to the Provost | Ms. Courtney |
| 22 | Equal Opportunity Officer | Mr. Eduardo |
| 23 | Director Student Health Services | Ms. Joanne CHI |
| 33 | Assoc Dean/Dir Student Activities | Ms. Joni |
| 90 | Director Academic Computing | Dr. Mich |
| 88 | Director Career Development | Ms. Jennifer |
| 38 | Assoc Dean/Dir Student Psych Couns | Ms. Jeannie |
| 96 | Director of Purchasing | Ms. Pa |

## Charles R. Drew University of Medicine & Science

1730 East 118th Street, Los Angeles CA 90059-302

County: Los Angeles — FICE Identification: —
Unit I
Telephone: (323) 563-4800 — Carnegie Class: Specialized-Ot
FAX Number: (323) 563-5987 — Calendar System:
URL: www.cdrewu.edu
Established: 1966 — Annual Undergrad Tuition & Fee
Enrollment: 682
Affiliation or Control: Independent Non-Profit — IRS Statu
Highest Offering: First Professional Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable; L
Arts And General; Professional
Accreditation: WC, ARCPA, DENT, MAC, MIDWF, NMT, RAD

| | | |
|---|---|---|
| 01 | President | Dr. Thomas T. YOS |
| 30 | VP Devel/External Alfs/Admin | Mr. Randall |
| 10 | Vice President Finance/CFO | Dr. |
| 53 | Actg Dean College of Medicine | Dr. Ronald A. EL |
| 76 | Dean College of Allied Health | Dr. M. Gar |
| 88 | Director Enrollment Srvcs/Registrar | |
| 32 | Assoc Dean of Medical Students | Dr. Patrick A |
| 18 | Director of Library | Mr. Russel |
| 09 | Director of Institutional Research | Dr. Jatinda |
| 15 | Director Human Resources | Ms. Jo-Anne |
| 18 | Director Facilities and Plant | Mr. Davic |
| 26 | Manager of Public Relations | Mr. Michael |
| 33 | Director Student Affairs | Ms. Margan |
| 96 | Director of Purchasing | Mr. Ro |

## Church Divinity School of the Pacific

2451 Ridge Road, Berkeley CA 94709-1211

County: Alameda — FICE Identification: —
Unit I
Telephone: (510) 204-0700 — Carnegie Class: Specialized-1
FAX Number: (510) 644-0712 — Calendar System
URL: www.cdsp.edu
Established: 1893 — Annual Undergrad Tuition & Fee
Enrollment: 122
Affiliation or Control: Protestant Episcopal — IRS Stat
Highest Offering: Doctorate
Program: Professional
Accreditation: WC, THEOL

| | | |
|---|---|---|
| 01 | President & Dean | Dr. Donn F. |
| 05 | Dean Academic Affairs | Dr. Linda L |
| 10 | Vice Pres for Business Admin | Mr. Terrence SEM |
| 30 | Vice Pres for Advancement | Mr. Jerry C |
| 32 | Dean of Students | Rev. J |
| 06 | Registrar | Ms. Margar N |
| 07 | Chairman Admissions Committee | Dr. Mar |
| 26 | Director of Communications | Ms. Jai |
| 37 | Director of Financial Aid | Mr. Carl |

## Citrus College

1000 West Foothill Boulevard, Glendora CA 91741

County: Los Angeles — FICE Identification: —
Unit
Telephone: (626) 963-0323 — Carnegie Class:
FAX Number: (626) 914-8618 — Calendar System
URL: www.citruscollege.edu
Established: 1915 — Annual Undergrad Tuition & Fees (In-De
Enrollment: 12,000
Affiliation or Control: State/Local — IRS Statu

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

Affiliation or Control: State/Local                    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation:

| | |
|--|--|
|01 Superintendent/President|Dr. William D. PELHAM|
|05 Vice President Instruction|Dr. Barry RUSSELL|
|32 VP Student Services/Inst Research|Dr. Robin A. RICHARDS|
|10 Vice Pres Administrative Svcs|Mr. Steve CROW|
|13 Vice Pres Information Technology|Mr. Steve CROW|
|30 Resource Development Officer|Vacant|
|08 Librarian|Mr. Dennis FREEMAN|
|81 Area Dir Natural/Applied Science|Mr. James HATTON|
|68 Area Director Health PE/Recreation|Mr. Dennis ROBERTS|
|50 Area Director Business/Technical|Mr. Dennis DEROSS|
|49 Area Director Arts/Language|Mr. Steve REYNOLDS|
|12 Area Director Yreka Center|Ms. Toni BRAY|
|20 Director of Instructional Services|Dr. Eden DAHLSTROM|
|06 Registrar|Mrs. Teresa WINKELMAN|
|15 Director Personnel|Ms. Nancy MILLER|
|07 Director of Financial Aid|Mrs. Vicki WROBEL|
|07 Director of Admissions|Mrs. Teresa WINKELMAN|
|09 Director of Institutional Research|Vacant|
|18 Chief Facilities/Physical Plant|Mr. Mark HEALY|
|26 Chief Public Relations Officer|Ms. Dawna COZZALIO|
|03 Director of Diversity|Ms. Nancy MILLER|
|96 Director of Purchasing|Ms. Lori LUDDON|

## Columbia College Hollywood    (A)

18618 Oxnard Street, Tarzana CA 91356-1411
County: Los Angeles                    FICE Identification: 021102
                                       Unit ID: 112570
Telephone: (800) 785-0585    Carnegie Class: Specialized-Art/Music/Design
FAX Number: (818) 345-9053             Calendar System: Quarter
URL: www.columbiacollege.edu
Established: 1952        Annual Undergrad Tuition & Fees: $12,500
Enrollment: 179                                        Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Occupational; 2-Year Principally Bachelor's Creditable; Liberal Arts And General
Accreditation:  ACCSCT

| | |
|--|--|
|01 President|Mr. Paul LO|
|02 Executive Director|Dr. Richard WORBLEY|
|10 Treasurer|Mr. Theodore O'KARMA|
|11 Director of Administration|Mr. Mark J. STRATTON|
|21 Director of Finance/Human Resources|Mr. Richard CROWE|
|05 Academic Dean Liberal Arts|Dr. James LUNDSTROM|
|32 Dean of Students|Mr. Gene SATLIN|

## Community Christian College    (B)

75 Tennessee Street, Redlands CA 92373
County: San Bernardino                    Identification: 666328
Telephone: (909) 335-9910             Carnegie Class: Other
FAX Number: (909) 335-9101             Calendar System: Quarter
URL: www.cccollege.net
Established: 1995        Annual Undergrad Tuition & Fees: $8,000
Enrollment: 44                                         Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Liberal Arts
Accreditation:  &SC, @TRACS

| | |
|--|--|
|01 President|Dr. Harris E. LIDSTRAND|

## Compton Community College    (C)

1111 East Artesia Boulevard, Compton CA 90221-5393
County: Los Angeles                    FICE Identification: 001188
                                       Unit ID: 112686
Telephone: (310) 900-1600             Carnegie Class: Associate's
FAX Number: (310) 900-1696             Calendar System: Semester
URL: www.compton.cc.ca.us
Established: 1927    Annual Undergrad Tuition & Fees (In-State): $695
Enrollment: 7,640                                      Coed
Affiliation or Control: State                    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation:  WJ

| | |
|--|--|
|01 Int Superintendent/President|Dr. Jamillah MOORE|
|03 Exec VP/Admin Affs/Dpty Superintend|Vacant|
|05 Exec Vice Pres Academic Affairs|Dr. Tina PITT|
|32 Exec Vice President Student Affairs|Ms. Irma ARCHULETA|
|31 VP Admin Affs/Evening Div/Spec Proj|Vacant|
|75 VP Vocational Educ/Workforce Devel|Vacant|
|32 Executive Dean Student Affairs|Mr. Robert BUTLER|
|05 Exec Dn Acad Affs/Asst to Supt/Pres|Mrs. Rachelle SASSER|
|35 Executive Dean Human Res/Risk Mgmt|Dr. Irene PINKARD|
|07 Assoc Dean Admissions/Records|Dr. Phillip BATEMAN|
|08 Librarian|Ms. Ann STEVENS|
|88 Exec Director Classified Personnel|Ms. Thelma WILLIAMS|
|88 Director DSP&S|Vacant|
|12 Director Business Affairs|Dr. James WILLIAMS|
|32 Director EOP & S|Mr. Dexter VAUGHN|
|16 Dir Public Info/Asst to President|Mr. Stan MYLES|
|41 Director of Athletics|Mr. Aaron YOUNGBLOOD|
|07 Director of Maintenance/Operations|Mr. Howard PRATT|
|09 Director of Institutional Research|Dr. Eugene HEWETT|

## Concord Law School    (D)

10866 Wilshire Blvd., Suite 1200, Los Angeles CA 90024
County: Los Angeles                    Identification: 666068
Telephone: (310) 824-6980             Carnegie Class: Other
FAX Number: (310) 824-6996             Calendar System: Other
URL: www.concord.kaplan.edu
Established: 1998        Annual Graduate Tuition & Fees: $8,200
Enrollment: 1,715                                      Coed
Affiliation or Control: Proprietary              IRS Status: Proprietary
Highest Offering: First Professional Degree; No Undergraduates
Program: Professional
Accreditation:  DETC

| | |
|--|--|
|01 Dean|Barry CURRIER|
|32 Vice President of Development|Donna SKIBBE|
|32 Dean of Students|Dr. Martha SIEGEL|
|05 Associate Dean|Cassandra C. COLCHAGOFF|

## Concorde Career Institute    (E)

12412 Victory Boulevard, North Hollywood CA 91606-3134
County: Los Angeles                    FICE Identification: 007607
                                       Unit ID: 124937
Telephone: (818) 766-8151             Carnegie Class: Other
FAX Number: (818) 766-1587             Calendar System: Quarter
URL: www.concordecareercolleges.com
Established: 1955        Annual Undergrad Tuition & Fees: $10,200
Enrollment: 545                                        Coed
Affiliation or Control: Proprietary              IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation:  ACCSCT, RSTH, RSTHT, SURGT

| | |
|--|--|
|01 Director|Dr. Sam ALAHMAD|

## Concordia University    (F)

1530 Concordia West, Irvine CA 92612-3299
County: Orange                    FICE Identification: 020705
                                       Unit ID: 112075
Telephone: (949) 854-8002             Carnegie Class: Master's II
FAX Number: (949) 854-6854             Calendar System: Semester
URL: www.cui.edu
Established: 1972        Annual Undergrad Tuition & Fees: $19,930
Enrollment: 1,834                                      Coed
Affiliation or Control: Lutheran Church - Missouri Synod
                                       IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional; Business Emphasis
Accreditation:  WC

| | |
|--|--|
|01 President|Dr. Jacob A. O. PREUS|
|04 Asst to Pres for Inst Effectiveness|Dr. Hal WHELPLY|
|04 Asst to Pres Intern/Cultural Rels|Dr. Cheryl WILLIAMS|
|05 Provost|Dr. Kurt J. KRUEGER|
|30 Exec VP for University Advancement|Mr. Stephen D. CHRISTENSEN|
|10 VP for Business Ops/Info Tech|Mr. Alan RUDI|
|13 Vice Pres for Administration|Mr. Wayne A. SCOTT|
|32 Vice Pres Student Services|Dr. Gary R. MCDANIEL|
|49 Dean School of Arts and Sciences|Dr. Kenneth E. MANGELS|
|53 Dean School of Education|Dr. Barbara MORTON|
|73 Assoc Dean School of Theology|Dr. James BACHMAN|
|32 Dean of Students|Mr. Derek VERGARA|
|88 Assoc Dean of Students/Student Life|Vacant|
|02 Director Library Services|Mrs. Diane C. GAYLOR|
|06 Registrar|Mr. Kenneth R. CLARK|
|07 Dir of University Communications|Mr. Doug FLESCHLI|
|41 Director Athletic Operations|Dr. Gary MCDANIEL|
|07 Exec Director Enrollment Services|Ms. Lori MCDONALD|
|35 Director of Human Resources|Ms. Pamela CLAVIR|
|88 Dir of International Student Admiss|Ms. Lonnie C. LEE|
|88 Dean School of Adult Studies|Dr. Timoty C. PETERS|
|59 Asst Director Alumni Relations|Mr. Michael BEIGLER|
|07 Director University Communications|Mr. Doug FLESCHLI|
|18 Director of University Services|Mr. William MILLER|
|21 Controller|Mr. Scott MECHLING|
|88 Part-Time Counselor|Ms. Andrea CABALLERO|
|88 Part-Time Counselor|Ms. Sue CONKLIN|
|37 Asst Director Student Financial Aid|Ms. Vennadeen HERRIFORD|
|28 Director of Intercultural Relations|Ms. Christina LUNCENFORD|

## *Contra Costa Community College    (G)
## District Office

500 Court Street, Martinez CA 94553-1278
County: Contra Costa                    FICE Identification: 001189
                                       Unit ID: 112817
Telephone: (925) 229-1000             Carnegie Class: N/A
FAX Number: (925) 370-2919
URL: www.4cd.net

| | |
|--|--|
|01 Chancellor|Helen BENJAMIN|
|10 Actg Vice Chanc Finance/Admin|Doug RODGERS|
|30 Actg Vice Chanc Res/Orgn Dev|Eugene C. HUFF|
|45 Vice Chanc Planning/Resource Dev|Phyllis GILLILAND|
|14 Vice Chanc Tech Svcs/Plng/Support|Mojdeh MEHDIZADEH|
|47 Vice Pres Facilities & Operations|Jeffrey M. KINGSTON|

## *Contra Costa College    (H)

2600 Mission Bell Drive, San Pablo CA 94806-3195
County: Contra Costa                    FICE Identification: 001190
                                       Unit ID: 112826
Telephone: (510) 235-7800             Carnegie Class: Associate's
FAX Number: (510) 236-6768             Calendar System: Semester
URL: www.contracosta.edu
Established: 1948    Annual Undergrad Tuition & Fees (In-District): $270
Enrollment: 9,137                                      Coed
Affiliation or Control: State/Local              IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation:  WJ, DA, MACTE

| | |
|--|--|
|02 President|Dr. Helen CARR|
|03 Vice President|Mr. McKinley WILLIAMS|
|32 Senior Dean of Student Services|Mr. Frank HERNANDEZ|
|05 Senior Dean of Instruction|Ms. Lynda LAWRENCE|
|32 Dean Economic Development|Ms. Priscilla LEADON|
|10 Director of Admissions & Records|Mr. Judy PEARSON|
|10 Director Business Services|Ms. Mariles MAGALONG|
|07 Director of Institutional Research|Mr. Tim CLOW|
|18 Chief Facilities/Physical Plant|Mr. Jim TAYLOR|

## *Diablo Valley College    (I)

321 Golf Club Road, Pleasant Hill CA 94523-1544
County: Contra Costa                    FICE Identification: 001191
                                       Unit ID: 113634
Telephone: (925) 685-1230             Carnegie Class: Associate's
FAX Number: (925) 685-1551             Calendar System: Semester
URL: www.dvc.edu
Established: 1948    Annual Undergrad Tuition & Fees (In-District): $780
Enrollment: 20,758                                     Coed
Affiliation or Control: State/Local              IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation:  WJ, ACFEI, DA, DH

| | |
|--|--|
|02 President|Dr. Mark G. EDELSTEIN|
|05 VP Academic Affairs|Dr. Alice MURILLO|
|32 VP Student Services|Dr. Diane SCOTT-SUMMERS|
|33 Exec Dean Information Tech Services|Mr. Ben SEABERRY|
|12 Dean San Ramon Valley Ctr|Dr. Cheryll LEAMAY|
|30 VP Institutional Advancement|Dr. Terry SHOAFF|
|10 Director of Business Services|Mr. Chris LEIVAS|
|88 Sr Dean Transfer & GE|Ms. Carol A. MAGA|
|07 Dean Outreach/Enrll Mgmt/Matric|Ms. Sandra HOLMAN|
|35 Dean Student Life|Mr. William EISA|
|09 Dean Plng Rsrch/Stdnt Outcome|Mr. Mohamed EISA|
|62 Dean Library & Learning Resources|Ms. Ann PATTERSON|
|41 Athletic Director|Mr. Steve WARD|
|93 Financial Aid Manager|Ms. Brenda JEREZ|
|38 Dean Counseling & Support Services|Mr. Terry ARMSTRONG|
|26 Director of Public Relations|Vacant|
|57 Dean Applied & Fine Arts|Ms. Karin SPINETTA|
|50 Dean Bio Sci/PE/Athletics/Dance|Ms. Rosemarie RUSSO|
|70 Dean Social Science|Dr. Lyndon KRAUSE|
|54 Dean Physical Sci & Engr|Mr. Dennis SMITH|
|54 Dean Business & English|Ms. Krista JOHNS|
|62 Dean Math/Computer Sci|Mr. Rachel WESTLAKE|

## *Los Medanos College    (J)

2700 East Leland Road, Pittsburg CA 94565-5197
County: Contra Costa                    FICE Identification: 010340
                                       Unit ID: 117894
Telephone: (925) 439-2181             Carnegie Class: Associate's
FAX Number: (925) 427-1599             Calendar System: Semester
URL: www.losmedanos.edu
Established: 1973    Annual Undergrad Tuition & Fees (In-District): $780
Enrollment: 7,430                                      Coed
Affiliation or Control: State/Local              IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation:  WJ

| | |
|--|--|
|02 President|Mr. Peter GARCIA|
|03 Vice President|Mr. Daniel HENRY|
|10 Director of Business Services|Mr. Bruce CUTLER|
|26 Dir of Marketing & Media Design|Mr. Robert VALENTINE|
|88 Exec Director of LMC Foundation|Vacant|
|49 Sr Dean Instruction|Mr. Richard LIVINGSTON|
|32 Sr Dean of Student Svcs|Ms. Delores MCNAIR|
|35 Sr Dean Informational Technology|Ms. Cheryl LE-RUGG|
|88 Dean of Occupational Education|Ms. Kiran KAMATH|
|84 Director of Enrollment Management|Mr. Art ALATORRE|
|07 Director of Admissions|Ms. Gail NEWMAN|
|37 Director of Financial Aid|Mr. Felipe TORRES, JR.|

## Copper Mountain College    (K)

6162 Rotary Way, Box 1398, Joshua Tree CA 92252-6102
County: San Bernardino                    FICE Identification: 035424
Telephone: (760) 366-3791             Carnegie Class: Other
FAX Number: (760) 366-5255             Calendar System: Semester
URL: www.cmccd.edu
Established: 1999    Annual Undergrad Tuition & Fees (In-District): $780
Enrollment: 5,342                                      Coed
Affiliation or Control: State/Local              IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable; Liberal Arts And General

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

10  Vice Pres Business Affs/Treasurer .........Mr. Martin SADLER
32  Int Vice Pres Student Services ..........Rev. Ernestine COLE
30  Vice Pres Development Seminary Rels .......Mr. Richard DUBOSE
08  Co-Librarian ............................Ms. Tammy JOHNSTON
08  Co-Librarian .............................Mr. Richard BLAKE
12  Director Advanced Studies .............Dr. Charles E. RAYNAL
20  Associate Dean of Faculty ..................Dr. David FORNEY
02  Registrar ...................................Ms. Linda SABO
07  Director of Admissions ...............Rev. Ann Clay ADAMS
26  Director Publicity & Publications .........Ms. Genie ADDLETON

## Columbus State University                                (A)

4225 University Avenue, Columbus GA 31907-5645
County: Muscogee                       FICE Identification: 001561
                                             Unit ID: 139366
Telephone: (706) 568-2001             Carnegie Class: Master's I
FAX Number: (706) 568-2123          Calendar System: Semester
URL: www.colstate.edu
Established: 1958      Annual Undergrad Tuition & Fees (In-State): $2,944
Enrollment: 7,224                                          Coed
Affiliation or Control: State              IRS Status: 501(c)3
Highest Offering: Beyond Master's But Less Than Doctorate
Program: Occupational; Liberal Arts and General; Teacher Preparatory;
Professional
Accreditation: SC, ART, BUS, CACREP, MUS, NUR, TED, THEA

01  President ...............................Dr. Frank D. BROWN
05  Actg Vice Pres Academic Affairs ......Dr. Thomas E. HARRISON
10  Vice Pres Business & Finance ........Mr. Charles D. PATTILLO
32  Acting Vice Pres Student Affairs .............Mr. Larry KEES
30  Vice Pres University Advancement .......Dr. Kayron M. LASKA
40  Assistant to the President ...........Dr. Lon D. MARLOWE
20  Assoc Vice Pres Academic Affairs .......Dr. Carl F. WALLMAN
35  Dean of Students ...............................Vacant
10  Controller/Asst Dir Advancmt Svcs ......Ms. Mary Ellen HEUTON
20  Dir Human Resources/AA/EOE .............Ms. Laurie S. JONES
26  Director Public Relations ....................Mr. John LESTER
17  Director Annual Fund ......................Ms. Meri ROBINSON
09  Director Institutional Research ............Dr. Carl WILLMAN
14  Director Computer Center ..........Mr. William R. JOHNSON
31  Actg Director Continuing Education ........Ms. Susan WIRT
08  Dean Libraries .......................Ms. Callie McGINNIS
39  Director Housing .........................Ms. Diau LARKIN
37  Director Financial Aid .....................Ms. Janis BOWLES
13  Director Counseling Center .................Dr. Dan ROSE
38  Director Career Center ...................Ms. Joyce FOWLER
64  Director Enrollment Marketing ..........Ms. Kathy CARLISLE
07  Director of Admissions ...................Ms. Susan LOVELL
06  Acting Registrar ..........................Ms. Beverly LANE
52  Dean College of Business ................Dr. Linda HADLEY
12  Acting Dean College of Education .........Dr. Tina BUTCHER
49  Dean College of Arts & Letters ...........Dr. William CHAPPELL
81  Dean College of Science ...........Dr. George E. STANTON
83  Associate Dean Students .....Ms. Catherine J. ANDERSON
41  Athletic Director ......................Mr. Herbert GREENE
48  Director Business Services ...............Ms. Maria H. HOLMES
18  Director Plant Operations ..............Mr. Eddie WOODHOUSE
23  Director Student Health Services ............Ms. Rebecca TEW
19  Chief Campus Police ....................Mr. David HORACE
24  Coord Instruction Technology Svcs ...Dr. Sandra K. STRATFORD
27  Public Relations Specialist .............Mr. Greg MURASKI
85  Director Center Intel Educ ...........Dr. Neal R. MCCRILLIS
88  Director University Judicial Affs ..........Dr. Terry D. NORRIS

† Part of the University System of Georgia.

## Columbus Technical College                              (B)

928 Manchester Expressway, Columbus GA 31904-6572
County: Muscogee                       FICE Identification: 005624
                                             Unit ID: 139357
Telephone: (706) 649-1800           Carnegie Class: Associate's
FAX Number: (706) 649-1885           Calendar System: Quarter
URL: www.columbustech.edu
Established: 1961    Annual Undergrad Tuition & Fees (In-State): $1,650
Enrollment: 4,113                                          Coed
Affiliation or Control: State              IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, ADNUR, DA, DH, MAC, PNUR, RAD, SURGT

01  President ...................Mr. John Robert JONES
03  Vice Pres Administrative Svcs ...............Ms. Judy GATTIS
05  Vice Pres Instructional Services ...................Vacant
88  Vice Pres Economic Development .........Ms. Nancy COLEMAN
32  Vice Pres Student Services ..............Ms. Shirley WALTON
09  Director Inst Effectiveness .............Dr. William SELLERS
86  Director Research & Evaluation .........Dr. William SELLERS
06  Registrar .....................................Vacant
07  Director of Admissions .............Ms. Pamela ROBINSON
15  Director of Human Resources ............Ms. Patricia HOOD
18  Vice President of Operations ................Mr. Dick ELLIS
10  Director of Institution .............Ms. Patricia ROSENBERG
31  Chief Public Rels Ofcr/Development ......Ms. Carolyn MARLOW
39  Director Alumni Relations .............Ms. Carolyn MARLOW
34  Director Student Affairs ..............Ms. Shirley WALTON
36  Director Student Financial Aid .........Ms. Debbie HENSHAW
13  Director Student Counseling .............Ms. Ovidal KENDALL

## Coosa Valley Technical College                           (C)

One Maurice Culberson Drive, Rome GA 30161-7603
County: Floyd                          FICE Identification: 004024
Telephone: (706) 295-6963              Carnegie Class: Other
FAX Number: (706) 295-6944             Calendar System: Quarter
URL: www.coosavalleytech.edu
Established: 1962    Annual Undergrad Tuition & Fees (In-State): $1,812
Enrollment: 2,900                                          Coed
Affiliation or Control: State              IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational
Accreditation: COE, DA, DMS, MAC, NMT, RAD

01  President ...........................Mr. Craig MCDANIEL
05  Academic Officer ....................Dr. Teresa RESCH
07  Director of Admissions .......Dr. Steve BRADSHAW
06  Registrar .................................Mrs. Robin HOLLAND
09  Director of Institutional Research .........Ms. Diane BLAIR
08  Chief Business Office ...........Mr. Terry WILLIAMSON
18  Chief Facilities/Physical Plant .........Mr. Johnny TROTTER
31  Chief Public Relations Officer ..............Ms. Chris DAVIS
35  Director Student Affairs .............Mrs. Karen TEEMS
36  Director Student Placement .............Ms. Mardi JACKSON
37  Director Student Financial Aid .....Mrs. Juana BRUMBELOW

## Covenant College                                          (D)

14049 Scenic Highway, Lookout Mountain TN 30750-4164
County: Dade                           FICE Identification: 003484
Telephone: (706) 820-1560           Carnegie Class: Baccalaureate-General
FAX Number: (706) 820-2165           Calendar System: Semester
URL: www.covenant.edu
Established: 1955      Annual Undergrad Tuition & Fees: $18,200
Enrollment: 878                                            Coed
Affiliation or Control: Presbyterian Church in America     IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: SC

01  President .....................Dr. Niel B. NIELSON
05  Vice President for Academic Affairs ......Dr. Jeffrey B. HALL
34  VP Enrollment Management/Admissions ..Mr. Wallace ANDERSON
10  Vice Pres for Admin & Finance ...................Vacant
32  Dean for Student Affairs ..................Mr. Brad VOYLES
08  Librarian ...........................Mr. Tad MINDEMAN
06  Dean of Records ..................Mr. Rodney E. MILLER
47  Chaplain ...................................Vacant
58  Director of Master of Education Pgm .........Dr. Jim DREXLER
21  Controller .......................Mr. Robert E. HARBERT
17  Director of Admissions ....................Vacant
44  Director of Development ..................Vacant
48  Director of Development ...............Mr. Troy DUBLE
18  Director of Physical Plant .............Mr. Corey DUPREE
15  Director of Student Financial Plng .......Mrs. Brenda RAPIER
15  Director of Human Resources ............Mr. Jose G. CHAVEZ
41  Athletic Director .........................Dr. Roy HEINTZ
90  Manager of Academic Computing Ctr ...Ms. Marjorie CROCKER
29  Director of Alumni Relations ...........Mr. Marshall K. ROWE
24  Director of AV Services ...................Mr. David CHURCH
96  Director of Experiential Education .........Mr. Jason LEHN
23  Director of Health Services ...........Mrs. Barbara M. MICHAL
96  Director of Purchasing ...................Mr. Carter BROWN

## Dalton State College                                      (E)

650 College Drive, Dalton GA 30720-3797
County: Whitfield                      FICE Identification: 003956
                                             Unit ID: 138463
Telephone: (706) 272-4436           Carnegie Class: Associate's
FAX Number: (706) 272-2588           Calendar System: Semester
URL: www.daltonstate.edu
Established: 1963    Annual Undergrad Tuition & Fees (In-State): $1,592
Enrollment: 4,252                                          Coed
Affiliation or Control: State              IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, ADNUR, MAC, MLTAD, RAD, SURGT, @SW

01  President ......................Dr. James A. BURRAN
05  Vice Pres for Academic Affairs ....Dr. John A. HUTCHESON
10  Vice Pres Fiscal Affairs ...................Mr. Sean BAILEY
84  Vice Pres Enrollment & Student Svcs ....Ms. Jodi S. JOHNSON
20  Asst Vice President Academic Affairs ....Dr. Thomas D. VEVE
37  Dir of Financial Aid/Vet Svcs .............Ms. Maron TEEMS
08  Librarian .............Ms. Tracey MENDOZA-WESTMORELAND
31  Dir of Continuing Education .............Mr. Pam PARTAIN
09  Director Inst Research & Planning .......Dr. Henry M. CODJOE
20  Director of Admissions ...............Dr. Angela HARRIS
18  Chief Facilities/Physical Plant .......Mr. Jack REYNOLDS
31  Chief Public Relations Officer ..........Ms. Jane TAYLOR
29  Director Alumni Relations .................Mr. David ELROD
35  Director Student Affairs ...............Mr. Garrett BURGNER
38  Director Student Counseling ............Ms. Carol TREIBLE
15  Director Personnel Services .............Ms. Faith MILLER
21  Associate Business Officer .............Mr. Nick HENRY
96  Director of Purchasing ....................Ms. Mary HOOD

† Part of the University System of Georgia.

## Darton College                                            (F)

2400 Gillionville Road, Albany GA 31707-3098
County: Dougherty                      FICE Identification: 001543
                                             Unit ID: 138991
Telephone: (229) 430-6000             Carnegie Class: Associate's
FAX Number: (229) 430-6794          Calendar System: Semester
URL: www.darton.edu
Established: 1963    Annual Undergrad Tuition & Fees (In-State): $1,842
Enrollment: 4,126                                          Coed
Affiliation or Control: State              IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, ADNUR, DH, HT, MLTAD, OTA, PTAA, RSTH

01  President ........................Dr. Peter J. SIRENO
10  Vice Pres Business/Financial Svcs ......Mr. Ronnie A. HENRY
05  Vice Pres Academic Affairs .........Dr. Joan A. GARBER
04  Asst to Pres/Director Admin Svcs ..............Vacant
32  VP Student Affs/Dean of Students ....Dr. F. Gary BARNETTE
51  Dir Cont Ed/Economic Dev/Corp Trng .....Mr. Tony BRETTI
12  Director Learning Resources ...........Dr. A. Kay LOWRY
07  Director of Admissions ................Mrs. Terri CARROLL
13  Director Office of Information Tech .....Mrs. Margaret BRAGG
09  Director Physical Plant .............Ms. Martha WHITTLE
20  Director College Relations ..........Ms. Caroline FIELDING
30  Director Development ...................Mrs. Karen KEMP
41  Athletic Director ..........................Mr. Todd DAVIS
06  Registrar ...............................Mrs. Holly BASKO
97  Director Student Financial Aid .........Mrs. Martha WHITTLE
90  Int Dir Instruct Tech/Distance Lrng ....Mr. Darryn OSTRANDER
09  Institutional Research Officer ..........Mrs. Frances CARR
28  Director of Personnel .................Mr. Ronnie HENRY
23  Director Diversity .......................Mrs. Ava OGAWA
39  Director Alumni Relations ...........Mrs. Sherri WILLIAMS
35  Director Student Affairs ...............Dr. Gary BARNETTE
36  Director Student Placement ..........Mrs. Dana WALLACE
38  Director Student Counseling ..........Ms. Carol Ann HAM
84  Director Enrollment Management ........Mrs. Terri CARROLL
96  Director of Purchasing .................Ms. Joy CAUSEY
93  Director Freshmen Studies .............Ms. Carol Ann HAM
92  Director Minority Studies .............Mrs. Dana WALLACE
93  Director Minority Studies .............Mrs. Wendy WILSON
23  Director Women's Studies .............Dr. Joan DARDEN

† Part of the University System of Georgia.

## DeKalb Technical College                                  (G)

495 North Indian Creek Drive, Clarkston GA 30021-2397
County: DeKalb                         FICE Identification: 005622
                                             Unit ID: 244446
Telephone: (404) 297-9522           Carnegie Class: Associate's
FAX Number: (404) 297-4234           Calendar System: Quarter
URL: www.dekalbtech.edu
Established: 1961    Annual Undergrad Tuition & Fees (In-State): $1,876
Enrollment: 4,596                                          Coed
Affiliation or Control: State              IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, ENGT, MAC, MLTC, OPD, SURGT

01  President ...................Dr. Robin W. HOFFMAN
11  Vice Pres of Administrative Svcs ....Dr. Mikel F. RICHARDSON
32  Vice Pres of Student Services .......Dr. Berman E. JOHNSON
05  Vice President Instruction ..........Dr. Tanya GORMAN
49  VP of Economic Development ........Ms. Jan S. MELLARDER
05  Vice Pres of College Relations .........Mr. Larry J. TEEMS
05  Dean of Instruction ...................Mr. Julian P. WADE
20  Dean of Instruction .....................Dr. Bill GOHRDES
20  Dean of Instruction ....................Ms. Daisy DAVIS
15  Director of Human Resources ...........Ms. Gale BELTON
13  Chief Information Ofcr/Comptroller ......Mr. John J. BUELL
30  Chief Development .................Mrs. Collins S. FOSTER
06  Registrar .................................Ms. Karen SILLS
07  Director of Admissions .............Mr. Terry RICHARDSON
90  Dir Inst Plng/Evaluat/Effectiveness .......Ms. Sue CHANDLER
50  Director Business & Industry Svcs .........Ms. Kathy KOWLEY
37  Director of Financial Aid .............Mr. John GOTTARDY
88  Director of Facilities & Auxil Svcs .....Mr. Larry R. WALLACE
88  Director of Adult Literacy ............Dr. Martha COURSEY
39  Director Alumni Relations ...........Ms. Collins S. FOSTER
36  Coordinator Career/Job Search Svcs .....Ms. Cynthia D. EDWARDS

## DeVry University                                          (H)

2555 North Winds Parkway, Alpharetta GA 30004
County: DeKalb                          Identification: 666989
                                             Unit ID: 432162
Telephone: (770) 521-4900             Carnegie Class: Associate's
FAX Number: (770) 664-8824           Calendar System: Semester
URL: www.atl.devry.edu/alpharetta
Established: 1997    Annual Undergrad Tuition & Fees: $11,790
Enrollment: 1,245                                          Coed
Affiliation or Control: Proprietary          IRS Status: Proprietary
Highest Offering: Master's
Program: Occupational; Professional; Business Emphasis
Accreditation: &NH

02  President ..........................Dr. Donna LORAINE
07  Director of Admissions ...............Mr. Gerry PURCELL
13  Dean Information Technology ..........Mr. Joe EMMANUELE

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | |
|---|---|
| 19 | Director of Security ................................ Mr. Jeffrey BEDARD |
| 36 | Director of Institutional Marketing ........... Mr. John GUIMOND |
| 37 | Director of Financial Aid ............................... Mr. Troy DAVIS |
| 29 | Director of Alumni ................................ Ms. Margaret CLARK |
| 22 | Director of Career Services ................... Ms. Kelly WOODS |
| 13 | Asst Director Information Services .... Ms. Ellen WARRINER |
| 34 | Director Information Services ........... Ms. Cynthia GREENE |
| 35 | Director Student Counseling Svcs ........... Mr. Gary ENRIGHT |
| 37 | Director of Athletics ........................ Ms. Louise MCCLEARY |
| 15 | Director Human Resources/ Personnel ........... Ms. Kathleen HALPIN-ROBBINS |
| 35 | Director of Student Activities ............ Mr. Joseph TOLSON |
| 40 | Associate Academic Officer ................... Dr. Carla OLESKA |
| 96 | Purchasing Coordinator ....................... Ms. Diana PISANO |

## Conway School of Landscape Design (A)

332 S. Deerfield Road, PO Box 179,
Conway MA 01341-0179

County: Franklin

Telephone: (413) 369-4044
FAX Number: (413) 369-4032
URL: www.csld.edu
Established: 1972
Enrollment: 18
Affiliation or Control: Independent Non-Profit
Highest Offering: Master's; No Undergraduates
Program: Professional
Accreditation: EH

FICE Identification: 022743
Unit ID: 165495
Carnegie Class: Specialized-Art/Music/Design
Calendar System: Trimester

Annual Graduate Tuition & Fees: $24,400
Coed
IRS Status: 501(c)3

| | |
|---|---|
| 01 | Director ................................ Mr. Donald L. WALKER, JR. |
| 11 | Director of Administration .............. Ms. Nancy E. BRAXTON |
| 37 | Financial Aid Advisor ..................... Ms. Ilze S. MEIJERS |

## Curry College (B)

1071 Blue Hill Avenue, Milton MA 02186-2395

County: Norfolk

Telephone: (617) 333-0500
FAX Number: (617) 333-6860
URL: www.curry.edu
Established: 1879
Enrollment: 2,877
Affiliation or Control: Independent Non-Profit
Highest Offering: Master's
Program: Liberal Arts And General; Professional
Accreditation: EH, NURSE

FICE Identification: 002143
Unit ID: 165529
Carnegie Class: Baccalaureate-General
Calendar System: Semester

Annual Undergrad Tuition & Fees: $21,900
Coed
IRS Status: 501(c)3

| | |
|---|---|
| 01 | President ........................ Mr. Kenneth K. QUIGLEY, JR. |
| 05 | Vice Pres for Academic Affairs ............. Dr. David A. FEDO |
| 10 | Vice President Institutional Advanc ... Mr. Thomas H. BRODNICKI |
| 10 | Chief Financial Officer ............... Mr. Richard F. SULLIVAN, JR. |
| 07 | Director of Admission ........................ Mr. Jane P. FIDLER |
| 32 | Dean of Student Affairs ........... Dr. Theodore J. CHAMBERLAIN |
| 24 | Exec Assistant to the President ........... Ms. Amy M. GOLDBLATT |
| 08 | Librarian ........................................ Ms. Jane LAWLESS |
| 14 | Chief Information Officer ............... Mr. Dennis THIBEAULT |
| 15 | Director of Human Resources ................ Ms. Mary DUNN |
| 20 | Associate Dean .............................. Ms. Susan W. PENNINI |
| 96 | Registrar ........................................ Ms. Sally BUCKLEY |
| 18 | Chief Facilities/Physical Plant ........ Mr. Robert G. O'CONNELL |
| 26 | Chief Public Relations Officer ......... Ms. Frances L. GATELY |
| 35 | Director of Alumni Relations ........... Mr. Christian M. GORDON |
| 37 | Director of Student Placement ........... Ms. Michelle PERRAULT |
| 04 | Director of Student Financial Aid ........... Ms. Janey PALMIERI |
| 38 | Director of Student Counseling ................... Dr. Tom BRYNE |
| 51 | Dean of Continuing Ed/Graduate Stds ..... Dr. Judith P. STOESSEL |

## Dean College (C)

99 Main Street, Franklin MA 02038-1994

County: Norfolk

Telephone: (508) 541-1508
FAX Number: (508) 541-8726
URL: www.dean.edu
Established: 1865
Enrollment: 1,298
Affiliation or Control: Independent Non-Profit
Highest Offering: Baccalaureate
Program: 2-Year Principally Bachelor's Creditable; Liberal Arts And General
Accreditation: EH

FICE Identification: 002144
Unit ID: 165574
Carnegie Class: Associate's
Calendar System: Semester

Annual Undergrad Tuition & Fees: $22,650
Coed
IRS Status: 501(c)3

| | |
|---|---|
| 01 | President ........................ Dr. Paula M. ROONEY |
| 24 | Assistant to the President ............. Ms. Maureen MERNICK |
| 05 | Vice President Academic Affairs ........... Dr. Karen L. SYKES |
| 10 | Vice Pres Fiscal Advancement ....................... Vacant |
| 32 | Vice Pres Enrollment Services ......... Mr. Jay R. LEIENDECKER |
| 10 | Vice Pres Financial Svces/Treasurer ....... Mr. Thomas P. MAHER |
| 32 | VP Student Development & Retention ........ Ms. Cindy T. KOZIL |
| 16 | Vice Pres Human Resources ............... Ms. Geri LARSEN |
| 51 | Asst Vice Pres College Operations ... Mr. Thomas G. DONNELLY |
| 51 | Dean Sch of Prof/Continuing Studies ......... Ms. Francine FINN |
| 46 | Dean for Curriculum & Assessment ........ Ms. Melissa P. READ |
| 26 | Director Public Rels/Communications .. Ms. Jennifer FIORENTINO |
| 96 | Registrar ................................. Dr. Gabriel REPASSY |
| 19 | Vice Pres/Chief Information Officer ... Mr. Charles M. O'DONNELL |
| 19 | Director of Public Safety ............... Mr. Kenneth F. CORKRAN |

| | |
|---|---|
| 08 | Director of the Library ..................... Mr. Richard BARR |
| 44 | Director Annual Giving ............... Mr. Michael C. BORDONARO |
| 29 | Director Alumni Relations ................. Mr. Jo M. MOLLER |
| 41 | Athletic Director ............................ Mr. John A. JACKSON |
| 39 | Dir Residence Life/Judicial Affairs ........... Ms. Rebekah FREEMAN-SCHULZE |
| 35 | Dir Orientation/Student Activities ............... Ms. Tracey PAKSTIS-CLAIBORNE |
| 30 | Dir Corporate/Foundation Relations ............. Ms. Ann PIERCE |
| 76 | Dean Academic Support Services ........... Ms. Wendy ADLER |
| 35 | Dean of Students ........................ Ms. Katie WATKINS |
| 35 | Asst VP Student Devel/Retention ........... Dr. Kevin HEARN |
| 57 | Director of Bookstore ................... Ms. Kathleen EKBOLM |
| 55 | Assoc Dean Professional/Cont Stds ........... Ms. Ida M. LAMOTHE |
| 73 | Director of Financial Aid ................... Ms. Jenny AGUIAR |
| 21 | Controller/Assistant Treasurer ........ Ms. Kathleen MCGUIRE |
| 38 | Coord Student Counseling Services ........ Mr. Jill CABRAL |
| 84 | Director Enrollment Operations ............. Ms. Kathleen RYAN |

## Eastern Nazarene College (D)

23 East Elm Avenue, Quincy MA 02170-2999

County: Norfolk

Telephone: (617) 745-3000
FAX Number: (617) 745-3907
URL: www.enc.edu
Established: 1918
Enrollment: 1,234
Affiliation or Control: Church Of The Nazarene
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: EH, SW

FICE Identification: 002145
Unit ID: 165644
Carnegie Class: Master's II
Calendar System: 4/1/4

Annual Undergrad Tuition & Fees: $18,310
Coed
IRS Status: 501(c)3

| | |
|---|---|
| 01 | President ................................. Dr. Corlis A. MCGEE |
| 05 | Academic Dean ................... Dr. W. Richard STEPHENS |
| 10 | Act Vice Pres Financial Affairs ........... Dr. Corlis A. MCGEE |
| 84 | Vice Pres Student Devel & Retention ........ Dr. Anita F. HENCK |
| 07 | VP of Admissions/Financial Aid ........... Ms. Doris WEBB |
| 96 | Registrar ........................................ Ms. Meredith BAKER |
| 32 | Assoc Dean Students/Residence Life .... Mr. Bob COUCHENOUR |
| 20 | Associate Academic Dean ................... Ms. Nancy ROSS |
| 35 | Assoc Dean of Social/Cmty Life ....................... Vacant |
| 37 | Director Student Financial Aid ............. Mr. Doug FISH |
| 08 | Director of Library Services ........... Ms. Susan J. WATKINS |
| 19 | Director Safety/Security/Risk Mgmt ........ Mr. Mark DUTRA |
| 18 | Dir Counseling & Career Services ........ Mr. Bradford E. THORNE |
| 51 | Dean of Div of Graduate/Prof Stds ....................... Vacant |
| 41 | Athletic Director .......................... Dr. Nancy DETWILER |
| 18 | Director of Facilities Management ........... Mr. Keith FARTHING |
| 45 | Director of Instructional Resources ........ Ms. Jnanna TAYLOR |
| 21 | Controller ................................. Mr. Jim CHATTERTON |
| 42 | Chaplain ....................................... Rev. Jeffrey BARKER |
| 27 | Dir Affirm Action/Dir Human Res ............ Mrs. Fran WRIGHT |
| 49 | Co-Director Bookstore ....................... Ms. Karen NEWELL |
| 49 | Co-Director Bookstore ....................... Mr. Kyle MEYERS |
| 13 | Director of Information Technology ....................... Vacant |
| 55 | Director Adult Education ................... Mr. Joseph CAPOZZI |
| 20 | Admin Assistant to the President ....................... Vacant |
| 30 | Director of Constituency Relations ... Rev. Gerry WHETSTONE |
| 30 | Director of Development ................... Dr. Richard WILSON |
| 26 | Chief Public Relations Officer ........... Dr. Anita F. HENCK |
| 24 | Director of Multicultural Affairs ........ Mr. Robert BENJAMIN |

## Emerson College (E)

120 Boylston Street, Boston MA 02116-1596

County: Suffolk

Telephone: (617) 824-8500
FAX Number: (617) 824-8511
URL: www.emerson.edu
Established: 1880
Enrollment: 4,398
Affiliation or Control: Independent Non-Profit
Highest Offering: Doctorate
Program: Liberal Arts And General; Professional
Accreditation: EH, SW

FICE Identification: 002146
Unit ID: 165662
Carnegie Class: Master's I
Calendar System: Semester

Annual Undergrad Tuition & Fees: $24,064
Coed
IRS Status: 501(c)3

| | |
|---|---|
| 01 | President ............... Dr. Jacqueline W. LIEBERGOTT |
| 17 | Vice Pres for Admin & Finance ... Dr. Robert A. SILVERMAN |
| 05 | Vice Pres for Academic Affairs ........... Dr. Linda MOORE |
| 13 | VP for Information Technology ........... Mr. William GILLIGAN |
| 32 | VP for Enrollment/Student affairs ........ Dr. Suzanne SHAPE |
| 26 | Vice President Public Affairs ............. Mr. David ROSEN |
| 30 | Acting VP Institutional Advancement ... Ms. Barbara RUTBERG |
| 71 | Assoc VP for Business & Finance ....... Mr. John DONOHOE |
| 04 | Associate Vice President ................... Mr. Daniel V. PINCH |
| 20 | Associate Vice President ....................... Vacant |
| 32 | Dean of Students ........................ Dr. Ronald LUDMAN |
| 51 | Exec Director Continuing Education ... Mr. Henry W. ZAPPALA |
| 48 | Exec Director of Library Services ........ Dr. Michael A. ZEMON |
| 15 | Dir Human Resources/Affirm Action ... Mr. David GLASER |
| 58 | Director of Graduate Studies ........... Dr. Donna J. SCHROTH |
| 88 | Director of Graduate Admission ........... Ms. Lynn TERRELL |
| 73 | Assoc Director Alumni Relations ........... Ms. Maryann CICALA |
| 37 | Director of Athletics ........................ Ms. Stacie HAGENBAUGH |
| 38 | Director Counseling Center ............ Dr. Cheryl ROSENTHAL |
| 42 | Director of Public Safety ............... Mr. William MCCABE |
| 41 | Director of Athletics ........... Mr. Harold Rudolph KEELING |
| 85 | Director International Student Affs ........... Ms. Virga MOHSINI |

| | |
|---|---|
| 86 | Assoc Vice Pres Govt/Community Rels ........ Ms. Margaret A. INGS |
| 96 | Director Purchasing/Risk Management ........ Ms. Margaret ROGAN |
| 28 | Exec Director Center for Diversity ........... Dr. William H. SMITH |
| 39 | Associate Dean .......................... Ms. Valerie RANDALL-LEE |
| 43 | General Counsel .......................... Ms. Christine HUGHES |
| 21 | Controller ................................ Mr. Anthony FERULLO |
| 96 | Registrar ................................... Mr. William DEWOLF |
| 42 | Chair Center for Spiritual Life ........... Mr. Albert S. AXELRAD |
| 94 | Exec Asst to the Board of Trustees ..... Ms. Anne SHAUGHNESSY |
| 18 | Director of Facilities ................... Mr. Neal A. LESPASIO |
| 37 | Director Financial Aid ................... Ms. Michelle B. SMITH |
| 07 | Director of Admissions ................... Ms. Sara RAMIREZ |
| 09 | Director of Institutional Research ........... Mr. Eric SYKES |

## Emmanuel College (F)

400 The Fenway, Boston MA 02115-5798

County: Suffolk

Telephone: (617) 277-9340
FAX Number: (617) 735-9877
URL: www.emmanuel.edu
Established: 1919
Enrollment: 2,165
Affiliation or Control: Roman Catholic
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: EH, NUR, NURSE

FICE Identification: 002147
Unit ID: 165671
Carnegie Class: Master's I
Calendar System: Semester

Annual Undergrad Tuition & Fees: $21,900
Coed
IRS Status: 501(c)3

| | |
|---|---|
| 01 | President .................... Sr. Janet EISNER, SND |
| 03 | Exec Asst to the President ....... Ms. Michelle H. ERICKSON |
| 04 | Senior Assistant to President ...... Ms. Carol W. KREMS |
| 10 | VP Academic Affairs & Planning ....................... Vacant |
| 10 | Vice Pres Finance/Administration ........ Mr. Neil G. BUCKLEY |
| 02 | Vice Pres Govt/Info Tech ............... Mr. John J. AVERSA |
| 26 | VP for Govt Cmty/Public Relations ........ Ms. Sarah WELSH |
| 30 | Vice Pres Development/Alum Rel ....................... Vacant |
| 32 | Vice Pres Student Life ............... Dr. Patricia RISSMEYER |
| 29 | Assoc Vice Pres Devel/Alumni Rels ..... Ms. Jane MANSFIELD |
| 07 | Asst VP Student Financial Services ..... Ms. Jennifer C. PORTER |
| 20 | Dean of Administration ................. Ms. Sandra ROBBINS |
| 20 | Dean of Arts & Sciences ............... Dr. Nancy R. NORTHUP |
| 20 | Dean Graduate & Prof Programs ............ Ms. Elizabeth ROSS |
| 20 | Sr Assoc Dean for Academic Advising .... Ms. Carolyn CAVENY |
| 08 | Director of Library ................... Dr. MaryAnn TRICARICO |
| 15 | Director Human Resources ............... Ms. Barbara NADEAU |
| 29 | Exec Director of Alumni Affairs ........ Ms. Maureen DONNELLY |
| 41 | Director of Athletics .................. Ms. Pamela ROECKER |
| 42 | Co-Director of Campus Ministry ... Sr. Margaret CLAMMINS, SND |
| 42 | Co-Director of Campus Ministry .......... Fr. Stephen BOYLE |
| 46 | Director of Academic Resource Ctr ..... Ms. Katharine C. TRASK |
| 38 | Director Counseling Services ............. Dr. Linda JUDGE|A |
| 36 | Director Internships & Career Devel ..... Ms. Candice SERAFINO |
| 90 | Director of Academic Computing ........... Ms. Marie GURRY |
| 89 | Director of Student Center Services ..... Ms. Mary Beth THOMAS |
| 35 | Director of Students/Dir Res Life ...... Dr. Joseph ONOFRIETTI |

## Endicott College (G)

376 Hale Street, Beverly MA 01915-2098

County: Essex

Telephone: (978) 927-0585
FAX Number: (978) 927-0084
URL: www.endicott.edu
Established: 1939
Enrollment: 3,266
Affiliation or Control: Independent Non-Profit
Highest Offering: Master's
Program: Liberal Arts And General; Professional
Accreditation: EH, AT, FIDER, NUR

FICE Identification: 002148
Unit ID: 165699
Carnegie Class: Baccalaureate-General
Calendar System: Semester

Annual Undergrad Tuition & Fees: $20,390
Coed
IRS Status: 501(c)3

| | |
|---|---|
| 01 | President .................... Dr. Richard E. WYLIE |
| 05 | Vice President & Academic Dean ........... Dr. Laura ROSSI-LE |
| 10 | Vice Pres Finance ..................... Ms. Lynne B. O'TOOLE |
| 84 | Vice Pres Admissions/Financial Aid ... Mr. Thomas J. REDMAN |
| 58 | VP Professional & Graduate Studies ........ Dr. Paul SQUARCIA |
| 32 | Vice Pres for Student Development ........ Dr. Daniel VOLCHOK |
| 11 | Vice Pres of Administration ........... Ms. Denise BILODEAU |
| 10 | Vice Pres Institutional Advancement ... Mr. David VIGNERON |
| 46 | VP Academic Affairs ............... Ms. Joanne L. WALDNER |
| 29 | Director of Planning/Accreditation ........ Mr. Peter L. HART |
| 15 | Director Personnel ..................... Ms. Susan L. KOSO |
| 21 | Treasurer ................................ Ms. Donna L. COUTURE |
| 96 | Registrar ................................ Ms. Anita L. MCCLARREN |
| 08 | Library Director ......................... Mr. John BEAUREGARD |
| 29 | Director Alumni Relations ............... Ms. Laura HOAG |
| 37 | Director Financial Aid ................... Ms. Marcia D. TOOMEY |
| 18 | Director Facilities Management ............ Mr. Larry R. HISER |
| 90 | Chair Academic Computing ............. Dr. Michael PAIGE |
| 19 | Director Information Systems ............ Mr. Gary F. KELLEY |
| 19 | Director Management Info Systems ........ Mr. Rick M. GILBERT |
| 38 | Director of Counseling ................... Mr. Scott RUSSELL |
| 35 | Director Residence Life ............... Mr. Charles MITCHELL |
| 18 | Chief Facilities/Physical Plant ............... Vacant |
| 26 | Director Communications ................ Ms. Carol RAICHE |
| 24 | Director of Diversity ................... Ms. Alison BLACK |
| 73 | Assoc Dean of International Pgms ............ Ms. Gina CHASE |
| 07 | Sr Associate Director Admissions ... Mr. George M. SHERMAN |
| 20 | Associate Dean of the College ........... Dr. Eloise KNOWLTON |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | |
|---|---|
| 07 | Director Undergraduate Admissions .............Ms. Dana R. DAVIES |
| 03 | Director Financial Aid ...............................Ms. Melissa M. ENGLUND |
| 37 | Asst Prov Coop Educ/Career Svc ...................Mr. Peter FRANKS |
| 34 | Director Computing Services ....................Mr. Kenneth BLACKNEY |
| 21 | Associate Business Officer ........................Mr. Mario MESTICHELLI |
| 96 | Executive Director of Purchasing ............Dr. Joseph A. CAMPBELL |

## DuBois Business College (A)
One Beaver Drive, DuBois PA 15801-2401
County: Clearfield
FICE Identification: 004893
Unit ID: 212072
Telephone: (814) 371-6920
Carnegie Class: Associate's
FAX Number: (814) 371-3974
Calendar System: Quarter
URL: www.dbcollege.com
Established: 1885
Annual Undergrad Tuition & Fees: $8,800
Enrollment: 320
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS

| | |
|---|---|
| 01 | President and Director .............................Ms. Jackie D. SYKTICH |
| 05 | Academic Dean ...........................................Ms. Mary O. JONES |
| 03 | Financial Aid Director ............................Ms. Karen S. ALDERTON |
| 07 | Director of Admissions ..................................Ms. Lisa D. DOTY |
| 36 | Career Services ......................................Ms. Barbara M. MARTINI |
| 12 | Director Huntingdon Campus ............Mrs. Jeannine COURSEN |
| 12 | Director Oil City Campus .........................Mrs. Kathie BROWN |

## DuBois Business College (B)
1001 Moore Street, Huntington PA 16652-1800
County: Huntington
Identification: 666479
Telephone: (814) 641-0440
Carnegie Class: Associate's
FAX Number: (814) 641-0205
Calendar System: Quarter
URL: www.dbcollege.com
Established: 1885
Annual Undergrad Tuition & Fees: $6,500
Enrollment: 85
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS, MAC

| | |
|---|---|
| 12 | Director ..............................................Mrs. Jeannine M. COURSEN |

## DuBois Business College (C)
701 East Third Street, Oil City PA 16301-2407
County: Venango
Identification: 666480
Telephone: (814) 677-1322
Carnegie Class: Associate's
FAX Number: (814) 677-8237
Calendar System: Quarter
URL: www.dbcollege.com
Established: 1996
Annual Undergrad Tuition & Fees: $10,600
Enrollment: 100
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS

| | |
|---|---|
| 12 | Director ........................................Ms. Kathryn A. BROWN |

## Duff's Business Institute (D)
100 Forbes Avenue, Suite 1200,
Pittsburgh PA 15222-3618
County: Allegheny
FICE Identification: 007091
Unit ID: 212090
Telephone: (412) 261-4520
Carnegie Class: Associate's
FAX Number: (412) 261-4546
Calendar System: Quarter
URL: www.cci.edu
Established: 1840
Annual Undergrad Tuition & Fees: $14,550
Enrollment: 575
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS, MAC

| | |
|---|---|
| 01 | President/Director ....................................Mr. James CALLAHAN |
| 05 | Academic Affairs ..................................Mrs. Mary PAVLOVICH |
| 07 | Director of Admissions ............................Ms. Lynn FISCHER |
| 04 | Assistant to the President .........................Mrs. Michele JANEDA |
| 36 | Graduate Placement .................................Ms. Denise RITCHIE |
| 37 | Director of Student Finance ..............Mrs. Linda MALCHANO |
| 20 | Associate Dean ................................................Mr. Jason KRALL |

## Duquesne University (E)
600 Forbes Avenue, Pittsburgh PA 15282-0001
County: Allegheny
FICE Identification: 003258
Unit ID: 212106
Telephone: (412) 396-6000
Carnegie Class: Doctoral/Research Int
FAX Number: (412) 396-4186
Calendar System: Semester
URL: www.duq.edu
Established: 1878
Annual Undergrad Tuition & Fees: $21,480
Enrollment: 9,722
Coed
Affiliation or Control: Roman Catholic
IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional

| | |
|---|---|
| 01 | President .............................................Dr. Charles J. DOUGHERTY |
| 04 | Assistant to President ..............................Ms. Mary F. MCINTYRE |
| 05 | Provost/Academic Vice President ...........Dr. Ralph L. PEARSON |
| 10 | Vice Pres Management Business ............Mr. Stephen A. SCHILLO |
| 35 | Exec Vice Pres for Student Life ..........Rev. Sean HOGAN, CSSP |
| 30 | Vice Pres University Advancement ............Ms. Carol A. CARTER |
| 43 | General Counsel ......................................Ms. Linda S. DRAGO |
| 20 | Assoc Academic Vice Pres Research ....Dr. Heinz W. MACHATZKE |
| 20 | Asst Vice Pres Academic Affairs ............Mr. Eugene R. MARIANI |
| 21 | Assoc Vice Pres Financial Affairs ........Mr. David P. GROUSOSKY |
| 13 | Executive Director CTS ...............................Dr. John H. ZIEGLER |
| 85 | Exec Director Intl Programs .................Dr. Roberta C. ARONSON |
| 07 | Director of Admissions ...........................Mr. Paul-James CUKANNA |
| 06 | Registrar ....................................................Ms. Patricia E. JAKUB |
| 22 | Director .....................................Dr. Laverna M. SAUNDERS |
| 29 | Director Alumni Relations ...........Ms. Joan L. BAUMGARTNER |
| 35 | Director Student Affairs ...................Rev. Sean HOGAN, CSSP |
| 40 | Bookstore Manager ....................................Ms. Jamie GRAHAM |
| 37 | Director of Institutional Research ..........Mr. James L. RITCHIE |
| 37 | Director Financial Aid .........................Mr. Richard C. ESPOSITO |
| 32 | Director of Human Resource Mgmt ...Mr. Richard E. WILLIAMSON |
| 19 | Director of Security ....................................Mr. James J. CAPUTO |
| 13 | Director of Facilities Management ...............Mr. Rod DOBISH |
| 36 | Director of Career Services ..............Mr. James E. MCCLENAHAN |
| 41 | Interim Director of Athletics ..................Mr. Paul HIGHTOWER |
| 26 | Director Public Affairs ................................Mr. Bridget M. FARE |
| 86 | Director of Government Relations ...........Mr. Stephen A. SCHILLO |
| 88 | Director Affirmative Action ......................Dr. Judith R. GRIGGS |
| 38 | Director Health Service ........................Ms. Barbara E. GALBREW |
| 38 | Director Univ Counseling Center ...............Dr. John NELSON |
| 88 | Director Residence Life .....................Mrs. Sharon G. OELSCHLAGER |
| 42 | Director Campus Ministry ..............Rev. Raymond FRENCH, CSSP |
| 50 | Dean Business & Administration ................Dr. Alan R. MICIAK |
| 50 | Dean of Education ....................................Dr. Eileen H. ZUNGOLO |
| 64 | Dean of Pharmacy ................................Dr. Randall L. VANDERVEEN |
| 54 | Dean of Music ........................................Dr. Edward W. KOCHER |
| 57 | Dean of Law ................................................Dr. Olga M. WELCH |
| 76 | Dean of Health Sciences ......................Dr. Gregory H. FRAZER |
| 61 | Dean of Law ..........................................Mr. Donald J. GUTER |
| 49 | Dean of Liberal Arts/Graduate ........Dr. Francesco C. CESAREO |
| 65 | Dean of Natural/Environment Sci ..........Dr. David W. SEYBERT |
| 88 | Dean Leadership & Profess Advanc ..............Dr. Benjamin HODES |
| 28 | Director of Multicultural Affairs ............Mr. DeJuan J. PATRICK |
| 96 | Director of Purchasing/Support Svcs .....Ms. Cynthia A. VINARSKI |

## Eastern University (F)
1300 Eagle Road, Saint Davids PA 19087-3696
County: Delaware
FICE Identification: 003259
Unit ID: 212133
Telephone: (610) 341-5800
Carnegie Class: Master's I
FAX Number: (610) 341-4384
Calendar System: Semester
URL: www.eastern.edu
Established: 1952
Annual Undergrad Tuition & Fees: $18,830
Enrollment: 3,806
Coed
Affiliation or Control: American Baptist
IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: M, NURSE, SW

| | |
|---|---|
| 01 | President ...................................................Dr. David R. BLACK |
| 10 | Vice Pres for Finance/Operations ...............Mr. A. Wesley BRYAN |
| 03 | Senior Vice President .......................Mr. M. Thomas RIDINGTON |
| 05 | Provost ......................................................Dr. David A. FRASER |
| 32 | Vice Pres for Student Development .........Ms. Bettie A. BRIGHAM |
| 26 | Vice Pres Univ/Seminary Advancement .....Mr. Leonard JAMISON |
| 30 | Pres Eastern Univ Palm/Univ |
| | Counsel ..........................................Mr. Richard EISENSTAEDT |
| 18 | Ombudsperson .......................................Mr. Webster FITZGERALD |
| 06 | Registrar/VP Information/Technology .........Mrs. Diana S. BACCI |
| 16 | Chief Dev Ofcr Col Grad/Prof Stds ...............Dr. Joanne B. BO |
| 04 | Exec Asst to the President ...................Mrs. Michele F. MUGRIDGE |
| 35 | Dean of Students ....................................Mr. Daryl HAWKINS |
| 88 | Dean Campolo Sch for Social Change .....Dr. Vivian NIX-EARLY |
| 88 | Int Dean School of Prefess Studies ..........Mr. Alvin S. JEPSON |
| 88 | Dean Reche ........................................................Dr. Lana REESE |
| 88 | Dean of the Honors College ......................Dr. Chris HALL |
| 86 | Chief Dept of Nursing ...........................Ms. Mary BOYLSTON |
| 18 | Director of Campus Services ...............Dr. Thomas RIDINGTON |
| 93 | Director Administrative Computing ......Ms. Marjorie A. WILY |
| 37 | Director Institutional Research ............Mr. Thomas A. DAHLSTROM |
| 27 | Exec Director of Communications ................Mrs. Linda OLSON |
| 37 | Exec Dir Student Financial Services ..........Ms. Janet L. LONG |
| 42 | Director of Planned Giving ......................Mr. John A. TIECHE |
| 88 | Library Director ...................................Mr. James L. SAGER |
| 42 | University Chaplain .....................................Rev. Joseph MODICA |
| 37 | Director of Financial Aid ...............................Ms. Janet L. LONG |
| 90 | Director of Academic Computing .............Mr. Philip MELOGRIDE |
| 36 | Director of Career Development ...............Ms. Tess BRADLEY |
| 07 | Dir of Undergraduate Admissions .............Mr. David R. BLACK |
| 29 | Director Alumni Relations ........................Mrs. Susan BARNES |
| 88 | Director of Security .............................Mr. John A. CHESHAM |
| 13 | Director of Campus Security ......................Mr. John A. CHESHAM |
| 28 | Director of Conferences ............................Ms. Meggin CAPERS |
| 88 | Dir Counseling/Academic Support .........Dr. Lisa M. HEMLICK |
| 24 | Dir of Instructional Tech Support ...............Mr. Paul W. THORPE |
| 90 | Director College Health Center ..............Ms. Judith COCKING |
| 96 | Director of Purchasing ...............................Ms. Patricia ROOD |
| 85 | International Student Advisor ...............Dr. Josphat K. YEGO |
| 39 | Coordinator of Housing ...........................Mr. John ROMANSKI |

| | |
|---|---|
| 40 | Bookstore Manager ...........................Mr. Frank MARTINEZ, JR. |
| 88 | Coordinator Institute Urban Studies ...Ms. Wanda BAILEY-GREEN |
| 15 | Chief Human Resources Officer ...............Ms. Wendi Lee FOLTZ |
| 28 | Multicultural Student Advisor ...................Ms. Jackie IRVING |

† Parent institution of Palmer Theological Seminary.

## Education Direct Center for (G)
## Degree Studies
925 Oak Street, Scranton PA 18515-0001
County: Lackawanna
FICE Identification: 004049
Unit ID: 211486
Telephone: (570) 342-7701
Carnegie Class: Associate's
FAX Number: N/A
Calendar System: Semester
URL: www.educationdirect.com
Established: 1974
Annual Undergrad Tuition & Fees: $5,090
Enrollment: 20,408
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: DETC

| | |
|---|---|
| 01 | President ............................................Mr. Daniel CONRAD |
| 03 | Director Compliance/Academic Affs ..........Ms. Connie DEMPSEY |

† The two-year associate degree awarded is an Associate in Specialized Business and Technology.

## Elizabethtown College (H)
1 Alpha Drive, Elizabethtown PA 17022-2298
County: Lancaster
FICE Identification: 003262
Unit ID: 212197
Telephone: (717) 361-1000
Carnegie Class: Baccalaureate-General
FAX Number: (717) 361-1207
Calendar System: Semester
URL: www.etown.edu
Established: 1899
Annual Undergrad Tuition & Fees: $32,100
Enrollment: 2,082
Coed
Affiliation or Control: Church Of The Brethren
IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: M, ACBSP, MUS, OT, SW

| | |
|---|---|
| 01 | President ....................................................Dr. Theodore E. LONG |
| 05 | Provost & Sr Vice President .......................Dr. David L. PARKYN |
| 10 | Vice Pres for Finance ..........................Dr. Randolph TROSTLE |
| 30 | Vice President for Advancement ...............Mr. David C. BEIDLEMAN |
| 21 | Vice Pres for Administration .....................Mr. David B. DENTLER |
| 09 | Registrar/Dir Institutional Rsrch ...................Dr. Betty RIDER |
| 32 | Interim Dean of College Life ...............Mr. Gordan M. BATEMAN |
| 32 | VP Admissions/Enrollment Mgmt ..............Mr. Paul CRAMER |
| 20 | Interim Dean of Faculty ....................Dr. Christina A. BUCHER |
| 27 | Director of College Relations ........................Ms. Lori HIXON |
| 85 | Assoc Dean International Studies ...........Mr. James B. HILTON |
| 20 | Assoc Dean of Faculty ........................Dr. Carroll R. TYMINSKI |
| 07 | Assoc Dean Admissions/Enroll Mgmt ............................Vacant |
| 37 | Director of Financial Aid ...............Ms. Elizabeth K. MCCLOUD |
| 88 | College Librarian & Dir of Library .......Ms. BethAnn ZAMBELLA |
| 15 | Director of Human Resources .....................Ms. Nancy E. FLOREY |
| 14 | Exec Director Information/Tech Svcs ........Mr. Ronald P. HEASLEY |
| 24 | Director Alumni Devel & Programs ...........Mr. Barry F. FREIDLY |
| 51 | Director Continuing Education ...................Mr. John KOKOLUS |
| 19 | Director of Campus Security ..................Mr. Jack R. LONGENECKER |
| 38 | Director Center for Student Success .....Ms. Stephanie A. RANKIN |
| 41 | Director of Athletics ..................................Ms. Nancy J. LATIMORE |
| 23 | Dir Health & Counseling Services ...........Ms. Alexandra SPAYD |
| 40 | Director of Business Services ...................Mr. Keith M. MARKS |
| 88 | Director of Food Services ..........................Ms. Michelle SHIRK |
| 42 | Chaplain of the College ....................................Dr. Tracy SADD |
| 92 | Director Hershey Foods Honor Pgm .............Dr. Dana G. MEAD |
| 18 | Dir of Facilities Mgt/Construction .............Mr. Joseph METRO |
| 26 | Director Marketing/Media Relations ...........Ms. Mary DOLHEIMER |
| 28 | Director of Multicultural Affairs ...............Mr. James A. FELTON |

## Erie Business Center, Main (I)
246 West Ninth Street, Erie PA 16501-1392
County: Erie
FICE Identification: 004894
Unit ID: 212425
Telephone: (814) 456-7504
Carnegie Class: Associate's
FAX Number: (814) 456-6015
Calendar System: Trimester
URL: www.eriebc.edu
Established: 1884
Annual Undergrad Tuition & Fees: $10,530
Enrollment: 482
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS

| | |
|---|---|
| 01 | President ...................................................Mr. Charles P. MCGEARY |
| 03 | Vice President ............................................Mrs. Hope A. MCGEARY |
| 02 | Chief Executive Officer ..................Mr. Samuel L. MCCAUGHTRY |
| 12 | Director-Erie Campus ............................Ms. Donna B. PERINO |

## Erie Business Center South (J)
170 Cascade Galleria, New Castle PA 16101-3900
County: Lawrence
FICE Identification: 030305
Unit ID: 213686
Telephone: (724) 658-9066
Carnegie Class: Associate's
FAX Number: (724) 658-3083
Calendar System: Trimester
URL: www.eriebc.com

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

Accreditation: NH, ACBSP, DIETD, LIB, SW

| | |
|---|---|
| 01 President | Dr. Donna M. CARROLL |
| 00 Chancellor | Vacant |
| 05 Provost | Dr. Norman E. CARROLL |
| 20 Associate Provost | Sr. Diane KENNEDY, OP |
| 10 Vice Pres Business Affairs | Ms. Amy MCCORMACK |
| 30 Vice Pres Institutional Advancement | Mr. Stephen R. KUHN |
| 84 Vice Pres Enrollment Management | Ms. Pamela JOHNSON |
| 32 Dean of Students | Ms. Trudi COGGAN |
| 52 Dean School of Business | Dr. Molly BURKE |
| 62 Dean Grad School Library Science | Dr. Susan ROMAN |
| 43 Dean School Education | Sr. Colleen MCNICHOLAS |
| 01 Dean Grad School Social Work | Dr. Mark RODGERS |
| 49 Dean College of Arts & Science | Dr. Jeffrey CARLSON |
| 51 Exec Dir Institute Adult Learning | Dr. Bryan J. WATKINS |
| 28 Assoc Dean Information Services | Dr. Inez RINGLAND |
| 86 Exec Dir University Relations | Ms. Jennifer GOODSMITH |
| 13 Director Information Technology | Mr. Robert CERNOCK |
| 06 Registrar | Ms. Marilyn GERKEN BENAKIS |
| 16 Dir Placement | Ms. Susan RELLIE |
| 36 Director Internships | Ms. Keli WOJCHIECHOWSKI |
| 29 Exec Dir Constituent Relations | Ms. Martha KELLY BELTER |
| 88 Promoter of Mission Integration | Sr. Joan O'SHEA, OP |
| 88 Promoter of Mission Integration | Sr. Janet WELSH, OP |
| 09 Dir Institutional Rsch & Assessment | Dr. Michael O'DONNELL |
| 15 Exec Director Human Resources | Ms. Dianne ZIMMERMAN |
| 18 Director/Physical Plant | Mr. Daniel BOLAY |
| 07 Director Freshmen Admissions | Mr. Glenn HAMILTON |
| 04 Dir Transfer/Adult Admission | Mr. Michael MOROSOVILLO |
| 37 Director Financial Aid | Mr. Michael SHIELDS |
| 31 Director Multicultural Affairs | Ms. Robbi BYRDSONG-WRIGHT |
| 23 Director Student Health Services | Ms. Angela BOWER |
| 38 Director Counseling Services | Ms. Kesha BURCH |
| 02 Director Athletics & Recreation | Ms. Barbara BOLICH |

## Dr. William M. Scholl College of Podiatric Medicine at Rosalind Franklin University of Medicine & Science (A)

3333 Green Bay Road, North Chicago IL 60064-3095
County: Lake
FICE Identification: 001690
Unit ID: 144838
Telephone: (847) 578-3000
Carnegie Class: Specialized-Other Health
FAX Number: N/A
Calendar System: Other
URL: www.rosalindfranklin.edu
Established: 1912
Annual Graduate Tuition & Fees: $23,587
Enrollment: 298
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: First Professional Degree; No Undergraduates
Program: Professional
Accreditation: NHH, POD

| | |
|---|---|
| 01 President | Dr. Michael WELCH |
| 03 Executive Vice President | Ms. Nancy W. GARN |
| 15 Vice Pres Faculty/Educational Affs | Dr. Timothy R. HANSEN |
| 17 Vice Pres Clinical/External Affairs | Dr. Nabih RAMADAN |
| 10 Vice Pres Finance/Administration | Ms. Margot A. SURRIDGE |
| 46 Vice Pres for Research | Dr. Michael SARKRAS |
| 20 Dean | Dr. Terence B. ALBRIGHT |
| 20 Associate Dean | Dr. William F. TODD |
| 81 Asst Dean Clinical Science | Dr. Adolph W. GALINSKI |
| 81 Asst Dean Basic Biomed Science | Dr. Daniel BAREITHER |
| 32 Asst Dean Student Affairs | Mr. Thomas TAYLOR |
| 07 Dir Student Recruitment for Pod Med | Mr. Michael M. GRAVITT |
| 30 Director Development | Ms. Beth GARROW |
| 15 Director Human Resources | Ms. Sherry BAGNO |
| 06 Registrar | Ms. Holly PRATT |
| 37 Director of Financial Aid | Ms. Maryann DECLAIRE |
| 71 Director Special Programs | Ms. Ellie WYDEVEN |
| 48 Assoc Director of Univ Library | Ms. Sharyn FRAUDIN |
| 18 Director Physical Plant | Mr. Robert D. JACKSON |
| 13 Director Informational Technology | Mr. Ron HUNSBERGER |

## East-West University (B)

816 South Michigan Avenue, Chicago IL 60605-2185
County: Cook
FICE Identification: 021686
Unit ID: 144883
Telephone: (312) 939-0111
Carnegie Class: Baccalaureate-General
FAX Number: (312) 939-0083
Calendar System: Quarter
URL: www.eastwest.edu
Established: 1980
Annual Undergrad Tuition & Fees: $11,415
Enrollment: 1,118
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General
Accreditation: NH

| | |
|---|---|
| 01 Chancellor | Dr. M. Wasiullah KHAN |
| 05 Provost | Dr. Madhu JAIN |
| 20 Associate Provost | Dr. Ekkehard T. WILKE |
| 84 Dean of Enrollment & Facilities | Mr. Mazin SAFAR |
| 38 Dir of Counseling/Student Affairs | Ms. Mettha MARSALIS |
| 36 Academic Counselor | Ms. Meco HARRIS |
| 65 International Student Advisor | Ms. Agnieszka FURTAK |
| 37 Director of Financial Aid | Ms. Elizabeth GUZMAN |
| 06 Registrar | Ms. Amal MATARI |
| 04 Assistant to the Chancellor | Ms. Carolyn J. FOWLKES |
| 19 Director of Security | Mr. Ronnie BROWN |

| | |
|---|---|
| 27 Director of Publications | Mr. Zafar MALIK |
| 07 Director of Admissions | Mr. William LINK |
| 26 Chief Public Relations Officer | Mr. John THOMAS |
| 18 Chief Facilities/Physical Plant | Mr. Mori JURICEK |
| 10 Chief Business Officer | Dr. Madiu JAIN |
| 30 Chief Development Officer | Ms. Judith BACON |

## Eastern Illinois University (C)

600 Lincoln Avenue, Charleston IL 61920-3099
County: Coles
FICE Identification: 001674
Unit ID: 144882
Telephone: (217) 581-5000
Carnegie Class: Master's I
FAX Number: (217) 581-2722
Calendar System: Semester
URL: www.eiu.edu
Established: 1895
Annual Undergrad Tuition & Fees (In-State): $6,373
Enrollment: 11,651
Coed
Affiliation or Control: State
IRS Status: 501(c)3
Highest Offering: Beyond Master's But Less Than Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, AAFCS, ART, AT, BUS, BUSA, CACREP, DIETD, DIETI, JOUR, MUS, NAIT, NRPA, SP, TED

| | |
|---|---|
| 01 President | Mr. Louis V. HENCKEN |
| 05 Provost/Vice Pres Academic Affairs | Dr. Blair M. LORD |
| 10 Vice Pres Business Affairs | Mr. Jeffrey L. COOLEY |
| 32 Vice Pres Student Affairs | Dr. Daniel P. NADLER |
| 30 Vice Pres External Relations | Dr. Jill F. NILSEN |
| 20 Assoc VP Academic Affairs | Mr. Jeffrey F. CROSS |
| 36 Assoc VP Student Affairs | Vacant |
| 14 Asst VP for Technology Svcs | Mr. Mihir K. CHATTERJI |
| 08 Dean of Library Services | Dr. Allen K. LANHAM |
| 84 Dean Enrollment Management | Vacant |
| 92 Dean Honors College | Dr. Bonnie IRWIN |
| 30 Chief Advancement Officer | Vacant |
| 15 Director Human Resources | Mr. Charles L. PHILLIPS |
| 43 General Counsel | Mr. Joseph T. BARRON |
| 22 Director Civil Rights | Ms. Cynthia D. NICHOLS |
| 21 Director of Budget | Dr. Jimmy L. SHONKWILER |
| 07 Director of Admissions | Ms. Brenda L. MAJOR |
| 37 Director of Financial Aid | Ms. Jone A. ZIEGLER |
| 16 Acting Registrar | Ms. Gayle S. HARVEY |
| 29 Director Alumni Svc/Community Rels | Mr. Steven W. RICH |
| 09 Director of Institutional Research | Ms. Julia A. ABELL |
| 18 Dir Facilities/Planning Management | Mr. Gary D. REED |
| 96 Director of Purchases | Mr. Monty R. BENNETT |
| 38 Director of Counseling Center | Ms. Sandra K. COX |
| 25 Director of Research & Grants | Dr. Robert W. CHESNUT |
| 23 Director of Athletics | Dr. Richard A. MCDUFFIE |
| 02 Director of Minority Affairs | Ms. Mona DAVENPORT |
| 39 Director of Housing/Dining Service | Mr. Mark A. HUDSON |
| 51 Dean Continuing Education | Dr. William C. HINE |
| 58 Dean Graduate School | Dr. Robert M. AUGUSTINE |
| 49 Dean College Sciences | Dr. Mary Anne HANNER |
| 50 Dean Lumpkin Col Bus/Appl Sci | Dr. Diane B. HOADLEY |
| 79 Dean College Arts/Humanities | Mr. James K. JOHNSON |
| 53 Dean College Education | Dr. Charles A. ROHN |

## Elgin Community College (D)

1700 Spartan Drive, Elgin IL 60123-7193
County: Kane
FICE Identification: 001675
Unit ID: 144844
Telephone: (847) 697-1000
Carnegie Class: Associate's
FAX Number: (847) 214-7995
Calendar System: Semester
URL: www.elgin.edu
Established: 1949
Annual Undergrad Tuition & Fees (In-District): $2,250
Enrollment: 8,578
Coed
Affiliation or Control: State
IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ACFEI, ADNUR, DA, MLTAD, SURGT

| | |
|---|---|
| 01 President | Dr. Michael S. SHIRLEY |
| 22 EEO/AA Officer/Paralegal | Ms. Betty GILL |
| 04 Exec Assistant to President | Mr. John BREZEGWY |
| 10 VP Finance & Admin/Treasurer | Ms. Carole ROBERTSON |
| 05 VP Instruction & Student Svcs | Dr. Gena D. GLICKMAN |
| 20 Asst VP Instruction & Student Svcs | Ms. Polly NASH |
| 62 Dean Academic Dev/Learning Res | Dr. Mr. HILL |
| 50 Dean Business/Career Technology | Dr. Vincent PELLETIER |
| 83 Dean Comm/Behavioral Sciences | Dr. Ruixuan MAO |
| 57 Dean Liberal/Visual/Performing Arts | Ms. Mary HATCH |
| 81 Dean Math/Science/Engr/Health Prof | Dr. Gloria DIMOPLAN |
| 32 Dean of Students | Vacant |
| 18 Managing Director Facilities | Mr. Paul DAWSON |
| 15 Managing Director Human Resources | Mr. Roger SPAYER |
| 13 Mng Director Information Technology | Mr. Ned COLEMAN |
| 30 Mng Director Planning & Marketing | Ms. Carole AKEMANN |
| 51 Exec Dir Resource Dev/Alumni Rels | Ms. Alice EAKIN-MALICKI |
| 84 Asst Dean College-Wide Retention | Dr. Sharon BAKER |
| 07 Assoc Dir Admiss/Recruit/Strbt Life | Ms. Kelli SINCLAIR |
| 88 Assoc Dean Adult Basic Educ | Ms. Rose DIGERLANDO |
| 87 Assoc Dean Counsel/Career Svcs | Mr. John COFFIN |
| 27 Assoc Dean Finan Asst & Scholarship | Ms. Robert SAMULAS |
| 76 Assoc Dean Health Professions | Ms. Phyllis THOMSON |
| 88 Assoc Dean Inst Improve/Dist Lrng | Ms. Timothy MOORE |
| 31 Assoc Dean Lifelong Learning-CE | Vacant |
| 88 Assoc Dean Registration & Training | Ms. Susan SMITH |
| 71 Assoc Dean Title9/Retent/Stdnt Outreach | Dr. L. Bruce AUSTIN |
| 19 Chief of Police/Supt of Grounds | Mr. Don BAUMAN |
| 21 Controller | Ms. Sharon KONNY |

| | |
|---|---|
| 90 Dir Academic Comp/Network Support | Ms. Barbara DOHRMAN |
| 44 Dir Annual Giving/Special Events | Ms. Bonnie EMBERTON |
| 41 Director Athletics & Wellness | Mr. Kent PAYNE |
| 36 Director Business Services | Ms. Melissa TAIT |
| 36 Director Career Services | Ms. Karen LAMB |
| 27 Dir Communications & Creative Svcs | Vacant |
| 09 Director Institutional Research | Ms. Lisa WIEHLE |
| 88 Director Lrng Ctr/Disability Svcs | Ms. Annabelle RHOADES |
| 88 Dir Small Business Dev Center | Mr. Kriss KNOWLES |
| 88 Director Visual/Performing Art Ctr | Vacant |
| 40 Manager Bookstore | Mr. Frank HERNANDEZ |

## Elmhurst College (E)

190 Prospect, Elmhurst IL 60126-3296
County: DuPage
FICE Identification: 001676
Unit ID: 144962
Telephone: (630) 279-4100
Carnegie Class: Baccalaureate-General
FAX Number: (630) 617-3282
Calendar System: 4/1/4
URL: www.elmhurst.edu
Established: 1871
Annual Undergrad Tuition & Fees: $21,600
Enrollment: 2,682
Coed
Affiliation or Control: United Church Of Christ
IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, NURSE, TED

| | |
|---|---|
| 01 President | Dr. Bryant L. CURETON |
| 05 Vice Pres Acad Affs/Dean of Faculty | Dr. Eugene LOSEY |
| 52 Dean of Students | Dr. Kathleen A. MAC KAY |
| 10 Vice Pres Financial Affairs | Ms. Denise P. JONES |
| 30 Vice Pres College Advancement | Mr. Kenneth F. BARTELS |
| 84 Dean of Admission | Mr. Gary F. ROLD |
| 58 Dean of Graduate Studies | Dr. John E. BOHNERT |
| 88 Director Center for Prof Excellence | Dr. Lawrence B. CARROLL |
| 51 Dean School for Advanced Learning | Dr. Patricia A. LYNOTT |
| 03 Executive Vice President | Dr. James KULICH |
| 92 Chaplain | Rev. H. Scott MATHENEY |
| 20 Associate Dean of Faculty | Dr. Marie BAEHR |
| 06 Registrar | Ms. Elizabeth SMITH |
| 08 Director of the Library | Ms. Susan S. STEFFEN |
| 36 Director of Career Education | Ms. Peggy KILLIAN |
| 21 Controller | Mr. Richard A. SCHEPLER |
| 38 Director of Counseling Services | Dr. Amy SWARR |
| 28 Dir of Intercultural Education | Dr. Kathleen RUST |
| 14 Director of Computer Services | Mr. James M. FRANCIS |
| 44 Senior Development Officer | Mr. Bruce A. HILL |
| 43 Senior Alumni Officer | Ms. Elizabeth S. DOWNEY |
| 26 Senior Marketing Director | Mr. James W. WINTERS |
| 18 Exec Director Facilities Management | Mr. Bruce J. MARTHER |
| 25 Director of Corporate & Found Rels | Mr. Scott LAMORTE |
| 29 Director of Alumni Relations | Ms. Kate SUFFIN |
| 31 Director of the Annual Fund | Ms. Beth BEDOE |
| 26 Director of Public Relations | Mr. Charles N. HENDERSON |
| 15 Director of Human Resources | Mr. Kenneth L. JOHNSON |
| 19 Director of Campus Security | Mr. Anthony D. LEGGETT |
| 37 Director of Financial Aid | Ms. Ruth PUSICH |
| 07 Director of Admission | Mr. Andrew B. SISON |
| 58 Director Adult/Graduate Admission | Ms. Elizabeth D. KUEBLER |
| 39 Director of Residence Life | Ms. Christine J. SMITH |
| 41 Athletic Director | Mr. Paul KROHN |

## Erikson Institute (F)

420 North Wabash Avenue, Chicago IL 60611-3568
County: Cook
FICE Identification: 035103
Telephone: (312) 755-2250
Carnegie Class: Other
FAX Number: (312) 755-0928
Calendar System: Semester
URL: www.erikson.edu
Established: 1966
Annual Graduate Tuition & Fees: $11,300
Enrollment: 265
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Master's; No Undergraduates
Program: Professional
Accreditation: NH

| | |
|---|---|
| 01 President | Samuel J. MEISELS |
| 05 Vice Pres/Dean of Academic Affairs | Fran STOTT |
| 10 Vice Pres of Finance/CFO | Janice PFOMMER |
| 30 Vice Pres Institutional Advancement | Mary Jo LAMPARSKI |
| 84 Vice Pres for Admin/Enrollment | Jeanne LOCKRIDGE |
| 13 Dir Inform Tech/Distance Learning | Jonathan FRANK |
| 51 Dir of Prof Devel & Continuing Educ | Deborah MANTIA |
| 37 Assoc Dir of Recruitment & Fin Aid | Andrew M. KLEIN |
| 88 Director of Library & Learning Ctr | Janet LYNCH FORDE |
| 27 Director of Communications | Patricia NEDEAU |

## Eureka College (G)

300 East College Avenue, Eureka IL 61530-1500
County: Woodford
FICE Identification: 001678
Unit ID: 144971
Telephone: (309) 467-3721
Carnegie Class: Baccalaureate-General
FAX Number: (309) 467-6386
Calendar System: Semester
URL: www.eureka.edu
Established: 1855
Annual Undergrad Tuition & Fees: $13,000
Enrollment: 520
Coed
Affiliation or Control: Christian Church (Disciples Of Christ)
IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: NH

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

Established: 1932            Annual Undergrad Tuition & Fees: $13,200
Enrollment: 125                                                    Coed
Affiliation or Control: Roman Catholic        IRS Status: 501(c)3
Highest Offering: Master's
Program: Professional
Accreditation: **WC**, THEOL

| | |
|---|---|
| 01 | President .......................................... Rev. Michael SWEENEY |
| 03 | Vice President .................................. Mr. Scott R. CONNOLLY |
| 05 | Academic Dean ............................ Rev. Christopher M. RENZ |
| 07 | Director of Admissions/ |
| | Recruitment ........................ Ms. Susan M. MCGINNIS HARDIE |

## Dominican University of California    (A)

50 Acacia Avenue, San Rafael CA 94901-2298
County: Marin                        FICE Identification: 001196
                                          Unit ID: 113696
Telephone: (415) 457-4440        Carnegie Class: Master's I
FAX Number: (415) 485-3205        Calendar System: Semester
URL: www.dominican.edu
Established: 1890            Annual Undergrad Tuition & Fees: $25,950
Enrollment: 1,977                                                 Coed
Affiliation or Control: Independent Non-Profit      IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: **WC**, NURSE, OT

| | |
|---|---|
| 01 | President ........................................ Dr. Joseph R. FINK |
| 10 | Vice Pres for Finance & Admin ................ Mr. Roger ONO |
| 30 | Vice President Inst Advancement ........ Mr. Stuart C. JONES |
| 03 | Provost/Vice Pres Academic Affairs ... Dr. Kenneth PORADA |
| 84 | Vice Pres Student Life/Enroll Mgmt ......... Dr. David BEHRS |
| 20 | Associate VP Academic Affairs ............... Dr. Sherry VOLK |
| 32 | Dean of Students ........................... Dr. John F. KENNEDY |
| 18 | Exec Dir Facilities/Physical Plant ...... Mr. Jacques CHARTON |
| 23 | Executive Director of IT ................. Mr. Jackson RATCLIFFE |
| 09 | Director of Inst Research ....................... Ms. Jenny LI |
| 20 | Interim Dean of Library Services ......... Dr. Sherry VOLK |
| 35 | Assistant Dean of Students ......... Mr. Paul RACCANELLO |
| 04 | Assistant to the President ............... Ms. Mary Jane BAIRD |
| 88 | Registrar ..................................... Ms. Marianne STICKEL |
| 26 | Director of Alumni Relations ................ Mr. Mark JAIME |
| 29 | President Alumni Association ....... Ms. Mary Jane BURKE |
| 33 | Director of Financial Aid ................ Ms. Audrey TANNER |
| 15 | Director of Human Resources ......... Ms. Tressa BRESLIN |
| 21 | Associate Business Officer .............................. Vacant |
| 36 | Director Student Placement .............. Ms. Susan FYLES |
| 28 | Director Diversity ........................ Dr. Suresh APPAVOO |
| 92 | Co-Director Honors Program .......... Sr. Patricia DOUGHERTY |
| 92 | Co-Director Honors Program .............. Dr. Jayati GHOSH |
| 94 | Director Womens Studies ........ Sr. Patricia DOUGHERTY |
| 35 | Exec Dir Evening Division .................. Mr. Terry RATCLIFF |
| 07 | Director of Undergrad Admissions ............. Mr. Art CRISS |
| 33 | Director Student Counseling ......... Dr. Chuck BILLINGS |
| 12 | Director of Graduate Admissions ...... Ms. Loretta CRIVELLO |
| 96 | Purchasing Manager ................... Ms. Barbara RATCLIFF |

## Don Bosco Technical Institute    (B)

1151 San Gabriel Boulevard, Rosemead CA 91770-4299
County: Los Angeles                FICE Identification: 009158
                                          Unit ID: 113713
Telephone: (626) 940-2000        Carnegie Class: Associate's
FAX Number: (626) 940-2001        Calendar System: Semester
URL: www.bosotech.edu
Established: 1955            Annual Undergrad Tuition & Fees: $1,800
Enrollment: 93                                                     Male
Affiliation or Control: Independent Non-Profit      IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: **WJ**

| | |
|---|---|
| 01 | President ..................................... Rev. Carmine R. VAIRO |
| 03 | Executive Vice President ............... Rev. Michael GERGEN |
| 10 | Dean of Instruction ...................... Mr. Robert J. CURRIE |
| 07 | Chief Business Officer .................... Mrs. Chris ROMAN |
| 37 | Director Student Financial Aid .............. Mr. Bill L. RICE |
| 30 | Director Development & Public Rels ....... Rev. Carmine VAIRO |
| 32 | Dean of Student Affairs ................. Rev. Michael GERGEN |
| 08 | Librarian ....................................... Ms. Celeste DIAZ |
| 29 | Alumni Coordinator ......................... Ms. Renee PADA |
| 84 | Director Enrollment Management ...................... Vacant |
| 07 | Admissions Director ..................... Mr. Michael SMITH |
| 90 | Director Academic Computing ......... Mr. Robert CURRIE |
| 18 | Plant Manager ............................ Mr. James IACONIS |
| 78 | Coord Cooperative Education .............. Mr. Robert CURRIE |
| 72 | Dean of Technology ................... Mr. Randy SCODELLARO |
| 41 | Athletic Director ................................. Mr. Sal PEREZ |
| 40 | Director Bookstore ..................... Ms. Kathy MICHAUD |
| 38 | Director Student Counseling ......... Ms. Monica CARREON |

## Dongguk Royal University    (C)

440 Shatto Place, Los Angeles CA 90020-1704
County: Los Angeles                FICE Identification: 031095
                                          Unit ID: 122117
Telephone: (213) 487-0110        Carnegie Class: Specialized-Other Health
FAX Number: (213) 487-0527        Calendar System: Quarter
URL: www.dru.edu
Established: 1979            Annual Undergrad Tuition & Fees: $7,300
Enrollment: 310                                                   Coed
Affiliation or Control: Independent Non-Profit      IRS Status: 501(c)3

Highest Offering: First Professional Degree; No Lower Division
Program: Professional
Accreditation: ACUP

| | |
|---|---|
| 01 | President ........................................ Dr. Jin Sun KIM |
| 05 | Dean Academic Affs/Admissions ...... Mr. Moon J. SHIN |
| 11 | Dean of Administration ............ Mr. George MCPHALTER |
| 88 | English & Korean Program Director ......... Mr. Patrick OH |
| 88 | Director of Chinese Program ................ Ms. Rachel CHEN |
| 10 | Director of Finance ............................ Mr. Albert KIM |
| 37 | Director of Financial Aid .............. Mr. Adrienne SMITH |
| 88 | Director of Acupuncture ...................... Mr. James DIXON |
| 63 | Dean of Oriental Medical Center ............... Mr. John KIM |
| 18 | Director of Facilities .................. Mr. Arturo AGUIRRE |
| 88 | Director of Herbal Pharmacy ............. Ms. Sung KIM |
| 21 | Office Manager .................................. Mr. Qing MA |

## El Camino College    (D)

16007 Crenshaw Boulevard, Torrance CA 90506-0002
County: Los Angeles                FICE Identification: 001197
                                          Unit ID: 113380
Telephone: (310) 660-3670        Carnegie Class: Associate's
FAX Number: (310) 660-7798        Calendar System: Semester
URL: www.elcamino.edu
Established: 1947    Annual Undergrad Tuition & Fees (In-District): $625
Enrollment: 26,000                                               Coed
Affiliation or Control: State/Local        IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: **WJ**, ADNUR, RAD, RSTHT

| | |
|---|---|
| 01 | President ................................. Dr. Thomas M. FALLO |
| 05 | Interim Vice Pres Academic Affairs ...... Dr. Francisco M. ARCE |
| 11 | Vice Pres Administrative Services ....... Dr. Jeff A. MARSEE |
| 32 | Int VP Student/Community Advance ...... Dr. John T. BAKER |
| 31 | Dean Community Advancement ............. Mr. John MEANS |
| 45 | Dean Planning/Research/Development ................. Vacant |
| 72 | Dean Industry & Technology .............. Mr. Ron WAY |
| 81 | Dean Math/Physical Sciences ......... Dr. Donald GOLDBERG |
| 50 | Dean of Business ........................... Dr. Virginia RAPP |
| 81 | Dean Behavioral & Social Science ...... Dr. Gloria MIRANDA |
| 88 | Act Dean Health/Exer/Science/Sport ....... Dr. Lucinda ABORN |
| 87 | Acting Dean Fine Arts ......................... Ms. Leslie BACK |
| 76 | Acting Dean Natural Sciences ......... Ms. Barbara PEREZ |
| 79 | Acting Dean Humanities ...................... Mr. Tom LEW |
| 38 | Dean Counseling Matriculation Svcs ...... Dr. Regina SMITH |
| 45 | Dean Community Advancement ................. Mr. Arvid SPOR |
| 14 | Acting Dir of Information Systems .......... Mr. Satish WARRIOR |
| 27 | Dir of Public Relations & Marketing ....... Ms. Ann GARTEN |
| 66 | Director of Nursing ................. Dr. Katherine TOWNSEND |
| 07 | Director of Admissions/Records ........... Mr. Bill MULROONEY |
| 90 | Registrar ..................................... Mr. Bill MULROONEY |
| 10 | Chief Business Officer ....................... Dr. Jeff A. MARSEE |
| 20 | Associate Academic Officer ........ Dr. Francisco M. ARCE |
| 33 | Director Public Relations Officer ........... Ms. Ann GARTEN |
| 28 | Director of Diversity ..................... Mr. Leo MIDDLETON |
| 39 | Director Alumni Relations ................ Ms. Katie GLEASON |
| 36 | Director Student Placement ............ Dr. Regina SMITH |
| 98 | Acting Director of Purchasing ........... Mr. Rocky BOMURA |
| 15 | Director Human Resources ................ Ms. Marcia WADE |
| 40 | Director of Bookstore ................. Ms. Lynanda NELSON |
| 19 | Chief of Campus Police ................. Mr. Mike D'AMICO |
| 18 | Director of Facilities Plng/Svcs ............ Mr. Robert GANN |
| 35 | Director of Student Affairs ................. Mr. Harold TYLER |
| 37 | Actg Director Student Financial Aid ...... Ms. Hortense COOPER |
| 22 | Director Affirmative Action ............. Mr. Leo MIDDLETON |
| 09 | Director Institutional Research ....................... Vacant |
| 44 | Act Dir Res Dev/Annual Alumni Gvng ..... Ms. Katie GLEASON |
| 21 | Business Manager ...................... Ms. Pam FEES |
| 25 | Resource Devel/Grants Coordinator ...... Mr. John MEANS |

## Emperor's College of Traditional    (E)
## Oriental Medicine

1807-B Wilshire Boulevard, Santa Monica CA 90403-5678
County: Los Angeles                FICE Identification: 026090
                                          Unit ID: 114114
Telephone: (310) 453-8300        Carnegie Class: Specialized-Other Health
FAX Number: (310) 829-3838        Calendar System: Quarter
URL: www.emperors.edu
Established: 1983            Annual Undergrad Tuition & Fees: $11,500
Enrollment: 380                                                   Coed
Affiliation or Control: Proprietary        IRS Status: Proprietary
Highest Offering: First Professional Degree; No Lower Division
Program: Professional
Accreditation: ACUP

| | |
|---|---|
| 01 | Chief Executive Officer .......................... David S. LEE |
| 05 | Academic Dean ............................... Shelly KERN |
| 07 | Director of Admission ..................... Hee-Sun HAN |
| 06 | Registrar ........................................ Dia VICKERY |
| 20 | Assistant Dean ............................. Doug MILLER |
| 37 | Financial Aid Officer .................. Sylvia RAMIREZ |
| 21 | Bookkeeper ...................................... Sun Eui KIM |
| 11 | Administrator ..................................... James KIM |

## Empire College School of    (F)
## Business

3035 Cleveland Avenue, Santa Rosa CA 95403-2100
County: Sonoma                        FICE Identification: 009032
                                          Unit ID: 114123

Telephone: (707) 546-4000        Carnegie Class: Associate's
FAX Number: (707) 546-4058        Calendar System: Other
URL: www.empcol.com
Established: 1961            Annual Undergrad Tuition & Fees: $9,900
Enrollment: 695                                                   Coed
Affiliation or Control: Proprietary        IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS

| | |
|---|---|
| 01 | President .......................................... Mr. Roy HURD |
| 26 | Vice Pres Marketing/Communications ...... Mrs. Sherie HURD |
| 05 | Director of Education ................... Mrs. Jacqueline SICHEL |
| 37 | Director Student Financial Aid ....... Ms. Carol WORDEN |
| 11 | Dir of Administrative Svcs .............. Mrs. Eleanor NORIEL |
| 10 | Chief Business Officer .................... Mr. James DIXON |
| 36 | Director Student Placement ............ Ms. Lucille INMAN |
| 40 | Bookstore Manager ...................... Ms. Sarah FATU |
| 06 | Registrar .................................. Ms. Margareta CAMPBELL |
| 38 | Student Advisor .......................... Mrs. Shirley COLLINS |

## Expression College for Digital Arts    (G)

6601 Shellmound Street, Emeryville CA 94608-1021
County: Alameda                        Identification: 666363
Telephone: (510) 654-2934        Carnegie Class: Other
FAX Number: (510) 594-6910        Calendar System: Quarter
URL: www.expression.edu
Established: 1999            Annual Undergrad Tuition & Fees: $15,000
Enrollment: 600                                                   Coed
Affiliation or Control: Proprietary        IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Professional
Accreditation: ACCSCT

| | |
|---|---|
| 01 | Chief Executive Officer ........................ Mr. Kirk ENGEL |

## Fashion Careers College    (H)

1923 Morena Boulevard, San Diego CA 92110-3555
County: San Diego                    FICE Identification: 022343
                                          Unit ID: 114372
Telephone: (619) 275-4700        Carnegie Class: Associate's
FAX Number: (619) 275-0635        Calendar System: Quarter
URL: www.fashioncareerscollege.com
Established: 1979            Annual Undergrad Tuition & Fees: $16,075
Enrollment: 105                                                   Coed
Affiliation or Control: Proprietary        IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS

| | |
|---|---|
| 01 | President ................................ Ms. Patricia G. O'CONNOR |
| 07 | President .................................. Ms. Judy THACKER |
| 03 | Vice Pres/Dir of Admissions ........ Mr. Andrew BISAHA |
| 33 | Placement Director .......................... Ms. Lisa PAIK |
| 32 | Director of Student Services ........ Ms. Tanya MCANEAR |
| 37 | Financial Aid Officer ................ Mr. Peter MAMONIS, JR. |
| 07 | Admissions Director ...................... Mr. Andrew BISAHA |
| 06 | Registrar ......................................... Ms. Alesha BALLON |
| 04 | Office Manager ...................... Mr. Peter MAMONIS, JR. |

## Fashion Institute of Design and    (I)
## Merchandising

919 South Grand Avenue, Los Angeles CA 90015-1421
County: Los Angeles                FICE Identification: 011112
                                          Unit ID: 114354
Telephone: (213) 624-1200        Carnegie Class: Other
FAX Number: (213) 624-9354        Calendar System: Quarter
URL: www.fidm.com
Established: 1969            Annual Undergrad Tuition & Fees: $16,275
Enrollment: 3,191                                                 Coed
Affiliation or Control: Proprietary        IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: **WJ**, ART

| | |
|---|---|
| 01 | President .............................. Mrs. Tonian HOHBERG |
| 10 | Vice President Finance ................... Ms. Annie JOHNSON |
| 45 | Vice President Planning .................. Mrs. Vivian LOWY |
| 05 | Vice President Academics .............. Mrs. Barbara BUNDY |
| 30 | Dean of Academic Development ...... Dr. Carol ROOKSTOOL |
| 72 | Dir Orange Co & San Diego Campus .... Ms. Dorothy METCALFE |
| 12 | Director San Francisco Campus ....... Ms. Barbara CUPPER |
| 27 | Exec Director Industry Relations ....... Ms. Sharon RYAN |
| 98 | Exec Director Resource/Rsrch Ctrs .......... Mr. Jim GLENNY |
| 08 | Librarian ..................................... Mr. Michael GILBERT |
| 37 | Director Financial Aid ................ Mr. Christopher JENNINGS |
| 26 | Director Public Relations ............... Ms. Shirley WILSON |
| 88 | Chairperson Interior Design ................. Ms. Gina MORGAN |
| 88 | Chair Merch Mktg/Graphics/Prod Dev ....... Mrs. Marlene DUNN |
| 88 | Chairperson Fashion Design ............ Ms. Mary STEPHENS |
| 49 | Chair General Stds/Dean Instruction ...... Ms. Sheryl RABINOVICH |
| 72 | Chair Apparel Manufacturing Mgmt ...... Ms. Roni MILLER START |
| 88 | Chairperson Merchandising ............... Ms. Anne BENNION |
| 88 | Chairperson Visual Com/Beauty ............ Ms. Lyn TOBMAN |
| 38 | Student Counseling ...................... Mr. Ben WEINBERG |
| 37 | Director Student Financial Services ...... Mr. Dale VORNDRAN |
| 96 | Director of Purchasing .............. Mrs. Darlene LANTIVILLE |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: WJ

| | |
|---|---|
| 02 President | Dr. Geraldine PERRI |
| 05 Vice Pres Instruction | Dr. Cristina CHIRIBOGA |
| 32 Act VP Student Development Svcs | Ms. Vangie MENESES |
| 50 Exec Dean Educational Dev/Services | Vacant |
| 11 Dean Administrative Services | Ms. Arleen SATELE |
| 20 Dean Instructional Services/Div 1 | Dr. Madelaine WOLFE |
| 20 Dean Instructional Services/Div 1 | Dr. Al TACCONE |
| 20 Dean Instructional Services/Div 1 | Dr. Rita RAMOS |
| 88 Int Assoc Dean/Special Funded Pgms | Mr. Gene MORONES |
| 08 Assoc Dean Learning Resources | Vacant |
| 45 Assoc Dean Cont Educ/Special Pgms | Dr. Marie RAMOS |
| 88 Asst Dean EOPS | Ms. Sandra LYON |
| 38 Dean Counseling/Matriculation | Ms. Vangie MENESES |
| 35 Asst Dean Student Affairs | Ms. Sharon BARRETT |
| 37 Assoc Dean Admissions & Records | Dr. Beth APPENZELLER |

## *Grossmont College   (A)

8800 Grossmont College Drive, El Cajon CA 92020-1799
County: San Diego          FICE Identification: 001208
                                Unit ID: 115296
Telephone: (619) 644-7000       Carnegie Class: Associate's
FAX Number: (619) 644-7922      Calendar System: Semester
URL: www.grossmont.edu
Established: 1961     Annual Undergrad Tuition & Fees (In-District): $682
Enrollment: 17,348                    Coed
Affiliation or Control: State/Local          IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: WJ, ADNUR, CVT, OTA, RSTH

| | |
|---|---|
| 02 President | Dr. Ted MARTINEZ, JR. |
| 05 Vice Pres of Academic Affairs | Dr. Dean OLLIS |
| 32 Vice Pres of Student Services | Mr. Peter WHITE |
| 07 Dean Admission & Records | Mr. Brad TIFFANY |
| 35 Director of Student Affairs | Mr. Jack PETERS |
| 38 Dean Counsel/Student Develop Svcs | Mr. Jim FENNINGHAM |
| 60 Dean Business & Professional Studies | Mr. Fred ALLEN |
| 81 Dean Math/Natural Science/Phys Ed | Mr. Bill BRADLEY |
| 60 Dean Communication & Fine Arts | Ms. Shannon O'DUNN |
| 79 Dean Hum/Soc & Behav Science | Dr. Janet CASTANOS |
| 08 Director of Learning Resources | Ms. Kals GUSTAFSON |
| 17 Director of Institutional Research | Dr. Brad PHILLIPS |
| 10 Chief Business Officer | Dr. Debra FITZSIMONS |
| 15 Director Personnel Services | Ms. Cathie NORRIS |
| 18 Chief Facilities/Physical Plant | Mr. Tim FLOOD |
| 26 Chief Public Relations Officer | Ms. Susan HERNEY |
| 37 Director Student Placement | Ms. Nancy DAVIS |
| 37 Director Student Financial Aid | Ms. Susan LIPSMEYER |

## Hartnell College   (B)

156 Homestead Avenue, Salinas CA 93901-1697
County: Monterey          FICE Identification: 001205
                                Unit ID: 115393
Telephone: (831) 755-6700       Carnegie Class: Associate's
FAX Number: (831) 755-6751      Calendar System: Semester
URL: www.hartnell.cc.ca.us
Established: 1920     Annual Undergrad Tuition & Fees (In-District): $662
Enrollment: 9,356                     Coed
Affiliation or Control: State/Local          IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: WJ, MLTAD

| | |
|---|---|
| 01 Superintendent/President | Dr. Edward J. VALEAU |
| 05 Vice Pres Instruction | Dr. Allan HOFFMAN |
| 32 Vice Pres Student Svcs/Couns/Admiss | Dr. Celia BARBERENA |
| 11 Vice Pres Administrative Services | Mr. Larry CARRIER |
| 45 Director Research & Planning | Dr. Christopher MYERS |
| 37 Dir Marketing/Public Rels/Govt Affs | Ms. Cicely MCGREIGHT |
| 15 Director Human Reso/Staff Diversity | Ms. Tamberly PETROVICH |
| 30 Director Development/Scholarships | Ms. Cicely MCGREIGHT |
| 04 Director/Registrar | Mr. Terry BUTTLE |
| 26 Director Admissions & Records | Ms. Mary DOMINGUEZ |
| 37 Director Student Financial Aid | Ms. Maryhelen DORADO |
| 38 Director Student Counseling | Ms. Ruth MCMULLEN |
| 96 Director Purchasing | Mr. Peter LUCIDO |
| 35 Coordinator Student Services | Ms. Irene RASMUSSEN |
| 08 Assoc VP Info Admin Sys/Lbry Svcs | Mr. Gary HUGHES |
| 31 Director Community Education | Mr. Michael FOUDY |
| 18 Director Maintenance & Operations | Mr. Brian ADAIR |
| 75 Dean Occupational Education | Mr. Jose FERNANDEZ |
| 77 Dean Fine Arts/Social Sci/Lang Arts | Dr. Kathleen ROSE |
| 66 Dean Nursing/Math/Science/AHT | Ms. Charlene FRONTIERA |
| 68 Int Dean PE/Hlth Ed/Recre/Dir Athl | Mr. T.J OWENS |

## Harvey Mudd College   (C)

301 Platt Boulevard, Claremont CA 91711-5990
County: Los Angeles          FICE Identification: 001171
                                Unit ID: 115409
Telephone: (909) 621-8000       Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (909) 621-8360      Calendar System: Semester
URL: www.hmc.edu
Established: 1955         Annual Undergrad Tuition & Fees: $31,738
Enrollment: 702                       Coed
Affiliation or Control: Independent Non-Profit     IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Professional

Accreditation: WC, ENG

| | |
|---|---|
| 01 President | Dr. Jon C. STRAUSS |
| 30 Vice Pres Advancement | Mr. Charles RASBERRY |
| 10 Vice President/Treasurer | Mr. Andrew R. DORANTES |
| 05 Dean of the Faculty | Dr. Daniel L. GOROFF |
| 07 Dean of Admissions | Ms. Youlanda COPELAND-MORGAN |
| 32 Vice Pres/Dean of Students | Ms. Jeanne M. NODA |
| 06 Registrar | Mr. Michael HEARON |
| 26 Director of College Relations | Ms. Sally RICH-ARROYO |
| 28 Director Institutional Diversity | Ms. Blanche PRINGLE |
| 15 Director of Human Resources | Ms. Debra HEAVENSTON |
| 18 Chief Facilities/Physical Plant | Ms. Theresa POTTER |
| 37 Director of Financial Aid | Ms. Dea MARCANO |
| 37 Director of Student Financial Aid | Ms. Dea MARCANO |
| 20 Associate Academic Officer | Mr. Robert CAVE |
| 45 Dir of Assessment/Inst Research | Mr. Eric DITWILER |
| 04 Exec Asst to the Pres/Secy to Board | Ms. Karen ANGEMI |
| 14 Chief Info Ofcr/Dir Cmptg/Info Svcs | Mr. Richard PARKER |

## *Heald College, Central Office   (D)

670 Howard Street, San Francisco CA 94105
County: San Francisco          Identification: 666712
Telephone: (415) 808-1400
FAX Number: (415) 808-1598
URL: www.heald.edu

| | |
|---|---|
| 01 President/CEO | Ms. Amy MCCOMBS |
| 05 Sr Vice Pres/Chief Academic Ofcr | Ms. Jean HASTIE |

## *Heald College, Concord   (E)

5130 Commercial Circle, Concord CA 94520-5617
County: Contra Costa          FICE Identification: 020798
                                Unit ID: 115533
Telephone: (925) 288-5800       Carnegie Class: Associate's
FAX Number: (925) 288-5896      Calendar System: Quarter
URL: www.heald.edu
Established: 1863     Annual Undergrad Tuition & Fees: $13,200
Enrollment: N/A                       Coed
Affiliation or Control: Independent Non-Profit     IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational
Accreditation: WJ, DA

| | |
|---|---|
| 02 Director | Ms. Shirley LLAFET |
| 05 Director of Academic Affairs | Mr. Kevin KENNY |
| 07 Director of Admissions | Ms. Lily WOO |
| 36 Director of Career Services | Ms. Cheryle WASSON |
| 10 Business Office Manager | Ms. Shelly PICINICH |

## *Heald College, Fresno   (F)

255 West Bullard Avenue, Fresno CA 93704-1706
County: Fresno          FICE Identification: 008093
                                Unit ID: 115472
Telephone: (559) 438-4222       Carnegie Class: Associate's
FAX Number: (559) 438-6368      Calendar System: Quarter
URL: www.heald.edu
Established: 1863     Annual Undergrad Tuition & Fees: $13,200
Enrollment: N/A                       Coed
Affiliation or Control: Independent Non-Profit     IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational
Accreditation: WJ

| | |
|---|---|
| 02 Director | Ms. Carolyn KOVALSKI |
| 07 Director of Admissions | Ms. Carolyn KOVALSKI |
| 05 Director of Academic Affairs | Ms. Dale SPJUTE |
| 36 Director of Career Services | Ms. Stephanie HAUSLADEN |
| 10 Business Manager | Mr. Maria EMBRY |

## *Heald College, Hayward   (G)

25500 Industrial Boulevard, Hayward CA 94545-2349
County: Alameda          FICE Identification: 025929
                                Unit ID: 371779
Telephone: (510) 783-2100       Carnegie Class: Associate's
FAX Number: (510) 783-3287      Calendar System: Quarter
URL: www.heald.edu
Established: 1863     Annual Undergrad Tuition & Fees: $13,200
Enrollment: N/A                       Coed
Affiliation or Control: Independent Non-Profit     IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational
Accreditation: WJ, DA

| | |
|---|---|
| 02 Vice Pres/Executive Director | Ms. Barbara GORDON |
| 05 Director of Academic Affairs | Ms. Heli SHULTZ |
| 07 Director of Career Services | Ms. Clarice GRAY |
| 07 Director of Admissions | Ms. Cheryl VALENTE |

## *Heald College, Milpitas   (H)

341 Great Mall Parkway, Milpitas CA 95035-8008
County: Santa Clara          FICE Identification: 025932
                                Unit ID: 115490
Telephone: (408) 934-4900       Carnegie Class: Associate's
FAX Number: (408) 934-7777      Calendar System: Quarter
URL: www.heald.edu
Established: 1863     Annual Undergrad Tuition & Fees: $13,200

Enrollment: N/A
Affiliation or Control: Independent Non-Profit     IRS Status: 50
Highest Offering: Associate Degree
Program: Occupational
Accreditation: WJ

| | |
|---|---|
| 02 Director | Mr. John LUO |
| 05 Director of Academic Affairs | Ms. Nita SEDW |
| 07 Director of Admissions | Ms. Jade MURANA |
| 36 Director of Career Services | Mr. Ruth EMBA |
| 10 Business Office Manager | Ms. Teresa TAM |

## *Heald College, Rancho Cordova   (I)

2910 Prospect Park Drive,
Rancho Cordova CA 95670-6005
County: Sacramento          FICE Identification: 007547
                                Unit ID: 1154
Telephone: (916) 638-1616       Carnegie Class: Associate's
FAX Number: (916) 638-1580      Calendar System: Quarter
URL: www.heald.edu
Established: 1863     Annual Undergrad Tuition & Fees: $13,200
Enrollment: N/A                       Coed
Affiliation or Control: Independent Non-Profit     IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational
Accreditation: WJ

| | |
|---|---|
| 02 Director | Mr. Ed HARDENBROOK |
| 05 Director of Academic Affairs | Ms. Cindi STEVENS |
| 07 Director of Admissions | Mr. Robert BECHILL |
| 36 Director of Career Services | Ms. Vicki THOMPSON |
| 10 Business Office Manager | Ms. Rhonda SHAW |

## *Heald College, Roseville   (J)

7 Sierra Gate Plaza, Roseville CA 95678
County: Sacramento          FICE Identification: 025931
                                Unit ID: 363387
Telephone: (916) 789-8600       Carnegie Class: Associate's
FAX Number: (916) 896-8616      Calendar System: Quarter
URL: www.heald.edu
Established: 1863     Annual Undergrad Tuition & Fees: $13,200
Enrollment: N/A                       Coed
Affiliation or Control: Independent Non-Profit     IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational
Accreditation: WJ

| | |
|---|---|
| 02 Director | Mr. D. Ed HARDENBROOK |
| 05 Director of Admissions | Ms. Cindi STEVENS |
| 05 Director of Academic Affairs | Ms. Debbie OBERLANDER |
| 10 Business Manager | Ms. Rhonda SHAW |
| 36 Director Career Services | Ms. Vicki THOMPSON |

## *Heald College, Salinas   (K)

1450 North Main Street, Salinas CA 93906-5100
County: Salinas          FICE Identification: 030340
                                Unit ID: 409874
Telephone: (831) 443-1700       Carnegie Class: Associate's
FAX Number: (831) 443-1050      Calendar System: Quarter
URL: www.heald.edu
Established: 1863     Annual Undergrad Tuition & Fees: $13,200
Enrollment: N/A                       Coed
Affiliation or Control: Independent Non-Profit     IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational
Accreditation: WJ

| | |
|---|---|
| 02 Director | Mr. Jason FERGUSON |
| 07 Director of Admissions | Vacant |
| 10 Business Manager | Ms. Susan VOLMER |
| 05 Director of Academic Affairs | Ms. Shelly DONATI |
| 36 Director of Career Services | Ms. Belyn WILSON |

## *Heald College, San Francisco   (L)

350 Mission Street, San Francisco CA 94105-2206
County: San Francisco          FICE Identification: 007234
                                Unit ID: 115515
Telephone: (415) 808-3000       Carnegie Class: Associate's
FAX Number: (415) 808-3005      Calendar System: Quarter
URL: www.heald.edu
Established: 1863     Annual Undergrad Tuition & Fees: $13,200
Enrollment: N/A                       Coed
Affiliation or Control: Independent Non-Profit     IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational
Accreditation: WJ

| | |
|---|---|
| 02 Director | Ms. Corey KIDWELL |
| 05 Director of Academic Affairs | Ms. Doreen PAWSKI |
| 10 Business Manager | Ms. Amalia COTA |
| 36 Director of Career Services | Vacant |
| 05 Director of Admissions | Ms. Jeanette LEWIS |

## *Heald College, Stockton   (M)

1605 East March Lane, Stockton CA 95210-6632
County: San Joaquin          FICE Identification: 025933
                                Unit ID: 371760

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

## Gulf Coast College (A)

3910 US Highway 301N, Suite 200,
Tampa FL 33619-1283
County: Hillsborough                    FICE Identification: 023057
                                        Unit ID: 136075
Telephone: (813) 620-1446              Carnegie Class: Associate's
FAX Number: (813) 620-1641             Calendar System: Quarter
URL: www.webstercollege.edu
Established: 1978        Annual Undergrad Tuition & Fees: $12,700
Enrollment: 180                                          Coed
Affiliation or Control: Proprietary         IRS Status: Proprietary
Highest Offering: Associate Degree
Program: 2-Year Principally Bachelor's Creditable
Accreditation: ACICS

01 Executive Director ........................Mr. Ron RHOADES

## Gulf Coast Community College (B)

5230 West Highway 98, Panama City FL 32401-1058
County: Bay                             FICE Identification: 001490
                                        Unit ID: 134343
Telephone: (850) 769-1551              Carnegie Class: Associate's
FAX Number: (850) 913-3319             Calendar System: Semester
URL: www.gulfcoast.edu
Established: 1957       Annual Undergrad Tuition & Fees (In-State): $1,500
Enrollment: 8,027                                        Coed
Affiliation or Control: State Related       IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, ACFEI, ADNUR, DA, DH, EMT, PTAA, RAD, RSTH, SURGT

01 President ...........................Dr. Robert L. McSPADDEN
13 Vice Pres Administrative Services ........Mr. John R. HOLDNAK
35 Exec VP Chief Instructional Officer .......Dr. Linda B. ADAIR
75 Dean of Workforce Education ..............Dr. Jeffry J. STEVENSON
31 Dean of Instruction ...........................Mr. Roy W. SMITH
51 Dean Instruct Support/Lifelong Lrng ...Dr. Cheryl L. FLAX-HYMAN
21 Dean of Business Affairs ..................Mr. John D. MERCER
08 Director of Library ...............................Ms. V. Sue HATFIELD
30 Director Institutional Advancement .......Ms. Carole P. LAPENSOHN
14 Director of Computer Services ..............Mr. Herman G. DANIELS
57 Dir of Enrollment Services/Research ........................Vacant
35 Director of Student Services .............Ms. M. Melissa LAVENDER
16 Director Human Resources .........Mr. Mosell WASHINGTON, JR.
18 Director of Facilities Management .......Mr. Kenneth C. CALDWELL
88 Director of Workforce Development .........Dr. Carrie B. BAKER
26 Chief Public Relations Officer .......Mr. Christopher P. THOMES
96 Coordinator of Purchasing ................................Vacant
07 Coord Financial And Accounting .....Mr. Christopher J. WESTLAKE
09 Coord Institutional Rsrch/Reports .......Ms. Karen S. KIRCHLER

## Herzing College (C)

1595 S. Semoran Blvd., Suite 1501,
Winter Park FL 32792-5509
County: Orange                          Identification: 666422
                                        Unit ID: 386472
Telephone: (407) 478-0500              Carnegie Class: Associate's
FAX Number: (407) 478-0501             Calendar System: Semester
URL: www.herzing.edu
Established: 1965        Annual Undergrad Tuition & Fees: $11,700
Enrollment: 200                                          Coed
Affiliation or Control: Proprietary         IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: 2-Year Principally Bachelor's Creditable
Accreditation: ⊕NH

01 President ...................................Mr. Drew WARREN
37 Director Financial Aid ...................Ms. Karyn FAHEY
07 Director of Admissions ....................Ms. Kristin KOCH
45 Academic Dean ...............................Ms. Tamarah FILES
06 Registrar ...................................Ms. Michelle GARLAND
29 Director Alumni Relations ...........................Vacant

† Branch campus of Herzing College, Atlanta, GA.

## High-Tech Institute (D)

3710 Maguire Boulevard, Orlando FL 32803
County: Orange                          Identification: 666058
                                        Unit ID: 436225
Telephone: (407) 893-7400              Carnegie Class: Other
FAX Number: (407) 895-1804             Calendar System: Quarter
URL: www.high-techinstitute.com
Established: 1998        Annual Undergrad Tuition & Fees: $22,000
Enrollment: 865                                          Coed
Affiliation or Control: Proprietary         IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

01 Campus President ...........................Mr. Rich STANTON
05 Chief Academic Officer ..........Ms. Stephanie DUCKSWORTH
47 Director of Finance ...........................Mr. Josh STAGNER
35 Director Student Affairs ...............Ms. Sharon RODRIGUEZ
36 Director Student Placement ..................Ms. Erin HURLBUTT

† Branch campus of High-Tech Institute, AZ.

## Hillsborough Community College (E)

PO Box 31127, 39 Columbia Drive, Tampa FL 33631-3127
County: Hillsborough                    FICE Identification: 001607
                                        Unit ID: 134495
Telephone: (813) 253-7000              Carnegie Class: Associate's
FAX Number: (813) 253-7183             Calendar System: Semester
URL: www.hccfl.edu
Established: 1968       Annual Undergrad Tuition & Fees (In-State): $1,983
Enrollment: 27,064                                       Coed
Affiliation or Control: State                IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, ACFEI, ADNUR, DA, DH, DMS, EMT, NMT, OPD, RAD, RSTH, RTT

01 President ..................Dr. Gwendolyn W. STEPHENSON
10 Vice Pres Administration/CFO ...............Dr. Gary GOFF
03 Sr Vice Pres Operations ......................Mr. Robert WOLF
05 Vice Pres Education/Student Devel ......Dr. Sylvia M. CARLEY
26 Exec Dir Mktng/Public Rels ............Mr. John HUERTA, JR.
14 Vice Pres Information Technology ..........Dr. Bruce JUDD
12 Campus President Dale Mabry .............Dr. Robert P. CHUNN
12 Campus President Ybor City Campus .......Dr. Lois J. GASTON
12 Campus President Plant City Campus ........Dr. Felix HAYNES
12 Campus President Brandon Campus ..........Dr. Carlos SOTO
29 Director Institutional Advancement ........Ms. Eleanor L. GILOH
30 Director HCC Foundation ...............Dr. Adrienne GARCIA
43 College Attorney .........................Ms. Martha K. KOEHLER
12 Asst to Pres Equity/Special Pgms ................Ms. Pat DIX
15 Director Human Resources ......................Ms. Sue FLAIG
21 Controller .......................................Ms. Bonnie J. CARR
13 Director Technical Programs .................Mr. Brian MANN
32 Director Student Services ...............Ms. Pamela HEGLAR
90 Director of Academic Computing .............................Vacant
00 Director Research & Eval ....................Dr. Jan SCHWARTZ
31 Dean Public Service Programs ................Mr. Jack EVANS
31 Dean Community Service Programs ........Dr. Sharon MILLER
31 Dean Liberal Arts Programs ..................Mr. Fred J. WEBB
88 Dean Assoc in Science Programs ...............Dr. Ellen CANGI
31 Int Dean Asc in Arts/Hum/Comm Pgms ..Dr. Barbara GOLDSTEIN
31 Dean Assoc in Arts/Math/Science .......Dr. Daniel ALEJANDRO
76 Int Dean Health/Wellness & Sports ...........Dr. William CLARK
37 Financial Aid Director ......................Ms. Charlotte JOHNS
07 Admiss/Registration/Records Ofcr ...........Ms. Kathy CECIL
16 Director Facilities/Physical Plant ..........................Vacant
96 Director of Purchasing .................Ms. Vonda MELCHIOR

## Hobe Sound Bible College (F)

PO Box 1065, Hobe Sound FL 33475-1065
County: Martin                          Unit ID: 134510
Telephone: (772) 546-5534              Carnegie Class: Specialized-Theological
FAX Number: (772) 545-1422             Calendar System: Other
URL: www.hsbc.edu
Established: 1960        Annual Undergrad Tuition & Fees: $4,950
Enrollment: 125                                          Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts and General
Accreditation: BI

01 President ..........................Mr. P. Daniel STETLER
05 Academic Dean ....................Dr. Clifford W. CHURCHILL
10 Director of Finances ...................Mr. Ken LITZINGER
13 Director of Administration .............Mr. Wesley HOLDEN
32 Dean of Students ..........................Mr. John S. JONES
08 Librarian ..................................Mr. William SNIDER
26 Public Relations Director ..................Mr. David L. FULLER
06 Registrar ......................................Mrs. Ann FRENCH
07 Director of Admissions ........................Ms. Judy SAY
30 Director of Development .....................Mr. Jim OLSON
51 Dean of External Studies ...............Mr. Dalbert N. WALKER

## IMPAC University (G)

900 West Marion Avenue, Punta Gorda FL 33950
                                        Identification: 666334
Telephone: (941) 639-7512              Carnegie Class: Other
FAX Number: (941) 639-6679             Calendar System: Quarter
URL: www.impac.edu
Established: 1998        Annual Undergrad Tuition & Fees: $11,795
Enrollment: 250                                          Coed
Affiliation or Control: Proprietary         IRS Status: Proprietary
Highest Offering: Master's
Program: Professional; Business Emphasis
Accreditation: DETC

00 Chairman ............................Dr. James B. IRWIN, SR.
01 President/CEO ......................Dr. Sharon CABALLERO
07 Director of Admissions/Records .............Mr. J. P. HANNA

## Indian River Community College (H)

3209 Virginia Avenue, Fort Pierce FL 34981-5596
County: Saint Lucie                     FICE Identification: 001493
                                        Unit ID: 134608
Telephone: (772) 462-4700              Carnegie Class: Associate's
FAX Number: (772) 462-4796             Calendar System: Semester
URL: www.ircc.cc.fl.us
Established: 1960       Annual Undergrad Tuition & Fees (In-District): $1,872

Enrollment: 12,765                                       Coed
Affiliation or Control: Local                IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, ADNUR, DA, DH, DT, EMT, MAC, MLTAD, PTAA, RAD, RSTH, SURGT

01 President ............................Dr. Edwin R. MASSEY
11 Vice Pres/Provost-Fort Pierce ..............Dr. Mary G. LOCKE
32 Vice Pres Student Affairs ..................Dr. Johnny M. MOORE
03 Vice Pres Academic Affairs ..............Dr. S. Jack MAXWELL
10 Vice Pres Administration/Finance .............Mr. Barry A. KEIM
88 Vice Pres Applied Science & Tech ..........Dr. Alan J. ROBERTS
12 Provost Pr St Lucie/St Lucie W ........Dr. Harvey E. ARNOLD
12 Provost Okeechobee .......................Mr. Sam SMITH
12 Provost Stuart ......................Ms. Patricia WINTERBURN
12 Provost Vero Beach .........................Dr. David SULLIVAN
12 Dean Northwest Center ...................Mr. Andre HAWKINS
15 Dean Special Programs ...........................Vacant
18 Dean Auxiliary Svcs/Facility ..............Mr. Karl V. GUETTLER
43 Assistant Dean Minority Affairs .......Ms. Adaline JEFFERSON
15 Asst Dean Developmental Education .....Dr. Anthony IACONO
80 Asst Dean of Public Services .........Dr. Stephen HUNTSBERGER
15 Asst Dean Educational Services ............Mr. Steven W. PAYNE
72 Associate Dean Advanced Technology ......Mr. Jose L. FARINOS
49 Associate Dean Arts & Sciences .........Dr. Henri Sue BYNUM
50 Assistant Dean Business Technology ..........Ms. Amy KRYAK
15 Associate Dean Human Resources ...........Ms. Shelia DANIELS
15 Associate Dean Data Processing ........Ms. Patricia D. PFEIFFER
22 Associate Dean Finance ...............Mr. Brandon E. GILLILAND
18 Assistant Dean Learning Resources ......Ms. Patricia C. PROPETA
15 Associate Dean Institutional Tech ..........Mr. Paul R. O'BRIEN
30 Executive Director/Foundation ...........Ms. Jimmie Anne HAISLEY
66 Asst Dean Nursing ...............................Vacant
49 Asst Dean of Health Science ............Ms. Jane P. CEBELAK
04 Associate Dean Research/Reports ...........Mr. Gerald L. MOCK
04 Exec Assistant to the President ...............Ms. Jan PAGANO
15 Associate Dean Institutional Advancement ....Ms. Michelle ABALDO
43 Director Institutional Effective ...............Dr. Christina HART
41 Director Athletics ..........................Mr. Mike EASOM
36 Director Student Success Services .........Ms. Flossie JACKSON
07 Director Enrollment Management ...........Mr. Kevin HOEFFER
37 Director Student Financial Aid ................Ms. Mary L EWIS
20 Dir Student Affairs/Admissions .......Ms. Karen CHAPDELAINE
96 Purchasing Agent ..........................Mr. Don WINDHAM

## International Academy of Design & Technology (I)

5225 Memorial Highway, Tampa FL 33634-7357
County: Hillsborough                    FICE Identification: 030314
                                        Unit ID: 134680
Telephone: (813) 881-0007              Carnegie Class: Specialized-Art/Music/Design
FAX Number: (813) 881-0008             Calendar System: Quarter
URL: www.academy.edu
Established: 1984        Annual Undergrad Tuition & Fees: $23,360
Enrollment: 2,300                                        Coed
Affiliation or Control: Proprietary         IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Liberal Arts and General
Accreditation: ACICS, FIDER

01 President ...........................Mr. Edmund K. GROSS
05 Chief Academic Officer ...............Dr. Ken O'DONNELL
07 Vice President of Admissions ................Mr. R. K COSTA
06 Registrar ...................................Ms. Kim FORTENBERRY
32 Assoc Dean Stdnt Affs/Dir Std Plcmt .........Ms. Amy BOYER
08 Head Librarian ...........................Ms. Nancy EVANS
37 Director Student Financial Aid ...............Mr. Steve WOOD

## International College (J)

2655 Northbrooke Drive, Naples FL 34119
County: Collier                         FICE Identification: 030375
                                        Unit ID: 367884
Telephone: (239) 513-1122              Carnegie Class: Baccalaureate-General
FAX Number: (239) 513-9054             Calendar System: Trimester
URL: www.internationalcollege.edu
Established: 1990        Annual Undergrad Tuition & Fees: $9,400
Enrollment: 1,544                                        Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General
Accreditation: SC, MAC

01 President ............................Dr. Terry McMAHAN
05 Exec Vice Pres Academic Affairs .........Dr. Jeanette BROCK
08 Vice President Finance ......................Mr. John WHITE
96 Vice Pres of Resource Mgt .............Ms. Carol MORRISON
84 Vice Pres of Enrollment Mgt .................Ms. Rita LAMPUS
09 Dir Institutional Effectiveness ............Mr. Alfred CENEDELLA
10 Bursar ......................................Ms. Marta MARRUZ
30 Chief Development .........................Mr. Louis TREMBA
55 Vice Pres of Student Development ..............Mr. Ron BOWMAN
33 VP of Student Financial Assistance ......Mr. Joseph GILCHRIST
22 Director Computer Services ...............Mr. Micki ERICKSON
26 Chief Public Relations Officer ...............Mr. Bill SCHILLER

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

**82 CONNECTICUT**

**2006 hep Higher Education Directory®**

93 Director of Multicultural Relation .................. Mr. Larri W. MAZON
94 Director of Women's Studies .................. Dr. Rose P. RODRIGUES

## Gibbs College                                    (A)

10 Norden Place, Norwalk CT 06855-1436
County: Fairfield
FICE Identification: 012877
Unit ID: 129613
Telephone: (203) 838-4173
Carnegie Class: Associate's
FAX Number: (203) 899-0788
Calendar System: Quarter
URL: www.gibbscollege.com
Established: 1973
Annual Undergrad Tuition & Fees: $19,135
Enrollment: 1,133
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS

01 President .................. Mr. Jim MELLETT
05 Vice President of Academic Affairs .................. Dr. Richard FARMER
84 Vice Pres Admissions and Marketing .................. Mr. Ted HAVELKA
10 Vice President of Finance .................. Mr. Kurt PETERSON
35 Director of Student Management .................. Mrs. Stacy FRIEDMAN
37 Director of Financial Aid .................. Mr. Dan SHIELDS
36 Director of Placement .................. Mrs. Treva FRANKS
32 Dean of Students .................. Mrs. Kathy TRISTER
10 Director of Student Accounts .................. Mr. Anthony DEL VECCHIO
06 Registrar .................. Ms. Linda AGIMAN
04 Assistant to the President .................. Ms. Renee POTERALA
12 Branch Manager-Farmington .................. Ms. Albertha MURRELL

## Goodwin College                                   (B)

745 Burnside Avenue, East Hartford CT 06108-2777
County: Hartford
FICE Identification: 022449
Telephone: (860) 528-4111
Carnegie Class: Other
FAX Number: (860) 291-9550
Calendar System: Semester
URL: www.goodwin.edu
Established: 1962
Annual Undergrad Tuition & Fees: $13,850
Enrollment: 988
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; Business Emphasis
Accreditation: EH, ACICS, MAAB, MAC

01 President .................. Mr. Mark SCHEINBERG
03 Vice President .................. Ann CLARK
28 Dean Academic .................. Ms. Judy ZIMMERMANN
84 Dir Enrollment/Stdnt Recruitment .................. Mr. Daniel NOONAN
09 Director of Curriculum Development .................. Mrs. Janet JEFFORD
29 Director of Alumni Relations .................. Mr. Guy LABELLA
26 Director of Marketing .................. Mr. Daniel NOONAN
10 Controller .................. Ms. Sharon DADDONA
12 Hamden Campus Director .................. Ms. Donna FORNAL
37 Director of Financial Aid .................. Ms. Patricia HICKEY
13 Dir of Information Svcs/Webmaster .................. Mr. Bryant HARRELL
06 Registrar .................. Ms. Simona BURGIO
31 Director of Community Liaison .................. Mr. Eddie RIVERA
88 Director of Transfer Admissions .................. Mr. Nick LENTINO
08 Librarian .................. Ms. Marilyn NOWLAN
38 Director of Corporate Training .................. Mr. Peter TRAVERS
36 Director of Graduate Services .................. Ms. Barbara BROOKS
59 Director of Nursing Program .................. Ms. Lois DANIELS
07 Director of Admissions .................. Mr. Tim GILMORE
15 Director Personnel Services .................. Ms. Ann CLARK
18 Chief Facilities/Physical Plant .................. Mr. Bryant HARRELL
20 Associate Academic Officer .................. Ms. Denise SCHWABE
32 Chief Stdnt Life Ofcr/Dir Diversity .... Ms. Joy CASTELLO BUTLER

## Hartford Seminary                                 (C)

77 Sherman Street, Hartford CT 06105-2260
County: Hartford
FICE Identification: 001387
Unit ID: 129491
Telephone: (860) 509-9500
Carnegie Class: Specialized-Theological
FAX Number: (860) 509-9509
Calendar System: Semester
URL: www.hartsem.edu
Established: 1834
Annual Graduate Tuition & Fees: $8,160
Enrollment: 147
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Doctorate; No Undergraduates
Program: Professional
Accreditation: EH, THEOL

01 President .................. Dr. Heidi HADSELL
05 Dean of the Seminary .................. Dr. Ian MARKHAM
11 Director of Administration .................. Ms. Roseann LEZAK JANOW
30 Director of Inst Advancement .................. Mr. Scott SHELDON
20 Director of Educational Services .................. Ms. Meg WICHSER
83 Director Social & Rel Research .................. Dr. David A. ROOZEN
88 Co-Director of Islamic Center .................. Dr. Ibrahim ABU-RABI
88 Co-Director of Islamic Center .................. Dr. Jane I. SMITH
08 Library Director .................. Dr. Steven BLACKBURN
44 Dir of Annual Fund & Database Admin ... Ms. Jennifer SCHIMMEL
10 Comptroller .................. Ms. Lilyne HOLLINGWORTH
40 Bookstore Manager .................. Ms. Sharon BURT
06 Registrar .................. Ms. Karen ROLLINS
04 Exec Assistant to the President .................. Ms. Adriane BENNETT
27 Director of Communications .................. Mr. David BARRETT

## Holy Apostles College and                        (D)
## Seminary

33 Prospect Hill Road, Cromwell CT 06416-2005
County: Middlesex
FICE Identification: 001389
Unit ID: 129534
Telephone: (860) 632-3010
Carnegie Class: Specialized-Theological
FAX Number: (860) 632-3030
Calendar System: Semester
URL: www.holyapostles.edu
Established: 1956
Annual Undergrad Tuition & Fees: $16,900
Enrollment: 266
Coed
Affiliation or Control: Roman Catholic
IRS Status: 501(c)3
Highest Offering: Beyond Master's But Less Than Doctorate
Program: Liberal Arts and General; Professional
Accreditation: EH

01 President & Rector .................. V.Rev. Douglas L. MOSEY
03 Vice Rector .................. Vacant
05 Academic Dean .................. Rev. Maurice SHEEHAN
42 Spiritual Director .................. Rev. Addison HALLOCK
07 Director of Admissions .................. Rev. Bradley W. PIERCE
07 Finance Officer .................. Mr. William RUSSELL
08 Head Librarian .................. Ms. Clare ADAMO
06 Registrar .................. Dr. Cynthia TOOLIN

## International College of Hospitality              (E)
## Management Cesar Ritz

1760 Mapleton Avenue, Suffield CT 06078
County: Hartford
FICE Identification: 034073
Unit ID: 409333
Telephone: (860) 668-3515
Carnegie Class: Associate's
FAX Number: (860) 668-7369
Calendar System: Other
URL: www.ichm.edu
Established: 1982
Annual Undergrad Tuition & Fees: $15,900
Enrollment: 200
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: EV

01 President .................. Mr. Tad GRAHAM-HANDLEY
05 Dean Academic Affs/Vice Pres .................. Mr. Ken ZANE
06 Registrar .................. Ms. Kaaren JACKSON
07 Admissions Officer .................. Ms. Tina MERULLO
08 Head Librarian .................. Mrs. Isabel DANFORTH
10 Chief Financial Officer .................. Mr. David INNES
35 Director Student Housing .................. Ms. Liz ISLEY

## Lyme Academy College of Fine                      (F)
## Arts

84 Lyme Street, Old Lyme CT 06371-2333
County: New London
FICE Identification: 030794
Telephone: (860) 434-5232
Carnegie Class: Specialized-Art/Music/Design
FAX Number: (860) 434-8725
Calendar System: Semester
URL: www.lymeacademy.edu
Established: 1976
Annual Undergrad Tuition & Fees: $16,416
Enrollment: 212
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Fine Arts Emphasis
Accreditation: EH, ART

01 President .................. Mr. Frederick S. OSBORNE
30 Vice Pres External Affairs .................. Mr. Michael HELFGOTT
03 Vice Pres of Finance & Operations .................. Ms. Mary ORCUTT
05 Dean of the College .................. Mr. Alan BARKLEY
07 Director of Admissions .................. Ms. Debra SIGMON
06 Registrar & Financial Aid .................. Mr. James FALCONER

## Mitchell College                                  (G)

437 Pequot Avenue, New London CT 06320-4498
County: New London
FICE Identification: 001393
Unit ID: 129774
Telephone: (860) 701-5000
Carnegie Class: Associate's
FAX Number: (860) 701-5090
Calendar System: Semester
URL: www.mitchell.edu
Established: 1938
Annual Undergrad Tuition & Fees: $20,705
Enrollment: 764
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: 2-Year Principally Bachelor's Creditable
Accreditation: EH

01 President .................. Dr. Mary Ellen JUKOSKI
05 VP Acad Affs/Dean of the College .................. Vacant
10 Vice Pres Administration & .................. Ms. Joanne E. MILLOVITSCH
24 VP for Library Info Tech Services .................. Ms. Suzanne M. RISLEY
52 VP for Student Affairs .................. Dr. Peter F. TROIANO
34 VP for Enrollment Mgmt & Marketing ..... Mr. Kevin M R. MAYNE
20 VP for Advancement .................. Ms. Kristin S. LAMBERT
06 Registrar .................. Vacant
08 Director of Library Services .................. Ms. Suzanne M. RISLEY
15 Director of Human Resources .................. Ms. Susan L. DEVLIN
37 Director of Financial Aid .................. Ms. Jacqueline C. STOLTZ

38 Director Academic Advising .................. Ms. Mary C. MURPHY
07 Assoc Dir Enrollment Mgmt/Marketing ... Ms. Kimberly S. HODGES
27 Director of Communications .................. Ms. Renee K. FOURNIER
29 Director Alumni Relations .................. Ms. Faith A. ASSELIN
36 Director Student Placement .................. Dr. Linda M. PERRY
31 Director Comm/Professional Programs ...... Ms. Kathleen E. NEAL
96 Director of Purchasing .................. Ms. Tracey A. DEVRIES

## Paier College of Art                              (H)

20 Gorham Avenue, Hamden CT 06514-3902
County: New Haven
FICE Identification: 007459
Unit ID: 130110
Telephone: (203) 287-3031
Carnegie Class: Specialized-Art/Music/Design
FAX Number: (203) 287-3021
Calendar System: Semester
URL: www.paiercollegeofart.edu
Established: 1946
Annual Undergrad Tuition & Fees: $11,540
Enrollment: 291
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Liberal Arts and General
Accreditation: ACCSCT

01 President .................. Mr. Jonathan E. PAIER
03 Vice President .................. Mr. Daniel L. PAIER
05 Dean of the College .................. Mr. Francis COOLEY
10 Director Finance .................. Mrs. Maureen E. PAIER
20 Director of Academics .................. Mr. Francis COOLEY
88 Director Design/Graphics .................. Mr. John B. DIGIOIA
30 Director Foundation/Arts .................. Mr. Robert E. ZAPPALORTI
08 Librarian .................. Ms. Beth HARRIS
37 Director Student Financial Aid .................. Mr. John DE ROSE
20 Assistant to the Dean .................. Ms. Angela D'URSO
88 Director Interior Design .................. Mrs. Maureen DEROSE
88 Director Photography .................. Mr. Peter BENSON
88 Director Photo/Digital Technology .. Mr. Peter MISEREUDINO

## Post University                                   (I)

800 Country Club Road, Waterbury CT 06723-2540
County: New Haven
FICE Identification: 001401
Unit ID: 130183
Telephone: (203) 596-4500
Carnegie Class: Baccalaureate-General
FAX Number: (203) 756-9691
Calendar System: Semester
URL: www.teikyopost.edu
Established: 1890
Annual Undergrad Tuition & Fees: $19,500
Enrollment: 1,198
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational; Liberal Arts and General
Accreditation: EH

01 President .................. Dr. Jon Jay DE TEMPLE
03 Senior Vice President .................. Mr. Edward F. LAZARUS
05 Vice Pres Academic Affairs .................. Dr. Patricia SANDERS
10 Vice Pres Finance .................. Mr. Scott T. ALLEN
32 Dean of Student Services .................. Mr. John WALLACE
06 Dean of Records .................. Ms. Donna S. CAMPBELL
41 Associate VP for Athletics .................. Mr. Dan MARRA
20 Associate VP of Academic Affairs .......... Dr. Timothy J. MACIEL
15 Assoc Vice Pres for Human Resources ... Ms. Francine ALMEIDA
85 Director International Office .................. Ms. Mei LEE
08 Library Director .................. Ms. Tracy RALSTON
21 Director Business Services .................. Ms. Christine BOROCH
88 Director Advising & Assessment ........ Ms. Ruth H. SPRAGUE
13 Dir Mgmt Information Systems .................. Ms. Annie M. SCOTT
35 Director Residence Life .................. Vacant
40 Campus Store Manager .................. Mrs. Frances R. KAMINSKY
18 Facilities Director .................. Mr. Joseph PARDEE
79 Director of Campus Safety .................. Mr. Robert TANSLEY
09 Director of Institutional Research .................. Vacant
35 Director Student Activities .................. Ms. Kimberly PAOLETTO
38 Director Student Counseling .................. Ms. Lisa ANTEL
07 Associate Director of Admissions .................. Mr. William JOHNSON
37 Associate Director Financial Aid .......... Mrs. Patricia DELBUONO

## Quinnipiac University                             (J)

275 Mount Carmel Avenue, Hamden CT 06518-1908
County: New Haven
FICE Identification: 001402
Unit ID: 130226
Telephone: (203) 582-8200
Carnegie Class: Master's I
FAX Number: (203) 582-4703
Calendar System: Semester
URL: www.quinnipiac.edu
Established: 1929
Annual Undergrad Tuition & Fees: $24,340
Enrollment: 7,220
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: First Professional Degree
Program: Liberal Arts And General; Professional
Accreditation: EH, ARCPA, AT, BUS, LAW, MT, NUR, OT, PA, PERF, PTA, RAD, RSTH

01 President .................. Dr. John L. LAHEY
04 Exec Assistant to the President .................. Ms. Jean L. HUSTED
05 Sr Vice Pres Academic Affairs .................. Dr. Kathleen MCCOURT
32 Sr Vice Pres Finance/Administration ........ Dr. Patrick J. HEALY
30 Vice Pres Devel/Alumni Affairs .................. Mr. Donald J. WEINBACH
07 Vice Pres/Dean of Admissions .................. Ms. Joan I. MOHR

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

URL: www.gcc.edu
Established: 1876
Annual Undergrad Tuition & Fees: $10,440
Enrollment: 2,318
Coed
Affiliation or Control: Presbyterian Church (U.S.A.)
IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: M, ENG

| | | |
|---|---|---|
| 01 | President | Dr. Richard G. JEWELL |
| 04 | Provost & VP for Academic Affairs | Dr. William P. ANDERSON, JR. |
| 32 | VP For Student Life/Learning | Dr. Jean-Noel THOMPSON |
| 15 | Vice Pres for Financial Affairs | Mr. Roger K. TOWLE |
| 30 | Vice Pres Inst Advancement | Mr. Thomas J. PAPPALARDO |
| 09 | Vice Pres for Operations | Mr. Thomas W. GREGG |
| 04 | Assistant to the President | Miss Betty L. TALLERICO |
| 43 | Dean of School of Arts/Letters | Dr. John A. SPARKS |
| 64 | Dean of School of Engr/Science | Dr. Stacy G. BIRMINGHAM |
| 34 | Asst Dean Enrollment Svcs/Registrar | Dr. John G. INMAN |
| 39 | Asst Dean Students/Dir Res Life | Mrs. S. Ann STRANAHAN |
| 10 | Business Manager | Mr. Wayne A. BIDDLE |
| 02 | Director of Admissions | Mr. Jeffrey C. MINCEY |
| 18 | Admn Dir For Ctr For Vision/Values | Mr. Lee S. WISHING, III |
| 42 | Director of Career Services | Mr. James T. THRASHER |
| 06 | Librarian | Mrs. Diane H. GRUNDY |
| 37 | Director of Financial Aid | Mrs. Patricia J. PETERSON |
| 88 | Dir Std Rec/Club Sports/Flat Life | Mr. Andrew A. TONCIC, JR. |
| 35 | Dir Stdnt Activities/Programs | Mr. T. Scott GORDON |
| 19 | Director for Academic Info Services | Mr. James R. SMILEY |
| 19 | Director of Campus Safety | Mr. Seth J. VAN TIL |
| 40 | Director of Student Health Services | Mrs. Karen K. DANIELSON |
| 41 | Athletic Director | Dr. Donald L. LYLE |
| 62 | Dean of the Chapel | Rev. F. Stanley KEEHLWETTER |
| 29 | Director of Alumni Relations | Mr. Jeffrey D. PROKOVICH |
| 27 | Chief Information Officer | Dr. Vincent F. DISTASI |
| 38 | Director of College Counseling | Vacant |

## Gwynedd-Mercy College (A)

1325 Sumneytown Pike, PO Box 901,
Gwynedd Valley PA 19437-0901
County: Montgomery
FICE Identification: 003270
Unit ID: 212832
Telephone: (215) 646-7300
Carnegie Class: Master's II
FAX Number: (215) 641-5596
Calendar System: Semester
URL: www.gmc.edu
Established: 1948
Annual Undergrad Tuition & Fees: $17,580
Enrollment: 2,751
Coed
Affiliation or Control: Roman Catholic
IRS Status: 501(c)3
Highest Offering: Master's
Program: Occupational; Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: M, ADNUR, CVT, NUR, RSTH, RSTHT, RTT

| | | |
|---|---|---|
| 01 | President | Dr. Kathleen C. OWENS |
| 05 | Vice Pres Academic Affairs | Dr. Denise WILBUR |
| 10 | Vice Pres Finance | Mr. Kevin O'FLAHERTY |
| 30 | Vice Pres Institutional Advancement | Mr. Hale T. PEFFALL, JR. |
| 32 | Vice Pres Student Services | Dr. Cheryl Lynn HORSEY |
| 34 | Vice Pres for Enrollment Management | Mr. Jim ABRUHL |
| 06 | Registrar | Ms. Therese ANDERSON |
| 06 | Director of Library | Ms. Kathleen MULROY |
| 37 | Director Student Financial Aid | Sr. Barbara KAUFMANN, RSM |
| 29 | Director Alumni Relations | Ms. Laura SANTORO |
| 35 | Director Student Activities | Mr. Tom FRIEL |
| 09 | Director of Institutional Research | Ms. April DOBBS |
| 33 | Director Human Resources | Ms. Joanne ZEAS |
| 18 | Chief Facilities/Physical Plant | Mr. Harry ELWELL, JR. |
| 21 | Controller | Ms. Mary GILBERT |
| 38 | Director Counseling | Vacant |
| 02 | Director Public Relations | Vacant |
| 07 | Director of Admissions | Ms. Michele DIEHL |
| 96 | Manager of Purchasing | Ms. Joyce SCHARLE |

## Harcum College (B)

750 Montgomery Avenue, Bryn Mawr PA 19010-3476
County: Montgomery
FICE Identification: 003272
Unit ID: 212869
Telephone: (610) 525-4100
Carnegie Class: Associate's
FAX Number: (610) 526-6009
Calendar System: Semester
URL: www.harcum.edu
Established: 1915
Annual Undergrad Tuition & Fees: $14,322
Enrollment: 689
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: M, DA, DH, MLTAD, PTAA

| | | |
|---|---|---|
| 01 | President | Dr. Charles H. TROUT |
| 04 | Provost | Dr. Edward R. D'ALESSIO |
| 32 | Dean of Student Affairs | Ms. Sharon T. WATSON |
| 18 | Facilities Director | Mr. Nikolay KARPALO |
| 33 | Director of Human Resources | Ms. Ronda R. SHROPSHIRE |
| 37 | Director of Financial Affairs | Mr. James D. KATZ |
| 06 | Registrar | Ms. Madeleine V. WRIGHTSON |
| 06 | Librarian | Mrs. Carol C. PUCHALSKI |
| 23 | Director of Admissions | Ms. Nicola C. DiFRONZO |
| 85 | Director International Student Pgms | Ms. Debra L. YOUNG-YASSIN |

| | | |
|---|---|---|
| 09 | Coordinator Institutional Research | Ms. Madeleine V. WRIGHTSON |
| 20 | Director of Faculty | Dr. Eileen M. DICARLO |
| 26 | Chief Public Relations Officer | Mr. Joseph D. DIORIO |
| 29 | Director of Alumni Relations | Ms. Michele B. SACHER |
| 30 | Chief Development Officer | Mr. Geoffrey HARRINGTON |
| 36 | Director of Student Placement | Ms. Sharon T. WATSON |
| 37 | Director of Student Financial Aid | Ms. Mindy A. HENKEN |

## Harrisburg Area Community College (C)

1 HACC Drive, Harrisburg PA 17110-2999
County: Dauphin
FICE Identification: 003273
Unit ID: 212878
Telephone: (717) 780-2300
Carnegie Class: Associate's
FAX Number: (717) 780-2551
Calendar System: Semester
URL: www.hacc.edu
Established: 1964
Annual Undergrad Tuition & Fees (In-District): $2,850
Enrollment: 16,109
Coed
Affiliation or Control: State/Local
IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: M, ACBSP, ADNUR, DA, DH, DMS, EMT, MAC, MLTAD, PNUR, RSTH, RSTHT, SURGT

| | | |
|---|---|---|
| 01 | President | Dr. Edna V. BAEHRE |
| 05 | Vice Pres Academic Affairs & Enroll | Mr. Ronald R. YOUNG |
| 32 | VP Student Affairs/Enrollment Mgmt | Mr. Alterman JACKSON |
| 10 | Vice Pres Finance/College Resources | Mr. George A. FRANKLIN |
| 13 | VP College & Community Devel | Ms. Nancy M. ROCKEY |
| 12 | VP Regional Campus Operations | Dr. Michael B. KLUNK |
| 31 | Director Performing Artist Series | Ms. Theresa L. GUERRISI |
| 19 | Interim Director of Safety/Security | Mr. Leiykun KASSAHUN |
| 20 | Dir Alumni Aft/Found Special Proj | Ms. Lynne E. DILLARD |
| 30 | Director of Development | Mr. Kyle J. DIBRITO |
| 30 | Exec Dir HACC Found/Res Devel | Ms. Maida CONNOR |
| 21 | Controller | Ms. Barbara L. HUTCHINSON |
| 16 | Exec Director of Public Relations | Mr. Patrick M. EARLY |
| 16 | Exec Director of Human Resources | Ms. Meredith E. TULLI |
| 88 | Director Retention Svcs | Ms. Dory S. LEAHEY |
| 84 | Dean Enrollment Svcs | Dr. Bridget S. TAYLOR |
| 18 | Director of Facilities Management | Mr. Joseph R. WOUTYSIAK |
| 32 | Dir Multicultural Affairs | Ms. Jennifer D. HIGHTOWER |
| 12 | Dean Lancaster Campus | Mr. Brad A. WOLF |
| 12 | Interim Dean Lebanon Campus | Mr. Ralph I. DYER |
| 12 | Dean Gettysburg Campus | Ms. Jennifer L. WEAVER |
| 33 | Dean Virtual Campus/Inst Tech | Dr. Larry J. ADAMS |
| 91 | Director of Administrative App | Vacant |
| 14 | Director Information Technology | Dr. Renee L. SUNDRUD |
| 12 | Dean Harrisburg Campus | Mr. Chris T. FULLER |
| 18 | Dean Library/Info Resources | Ms. Alice L. LUBRECHT |
| 32 | Associate Dean Student Life | Ms. Lynette A. DIBRITO |
| 18 | Director Inst Research/Planning | Dr. Glen D. LUM |
| 44 | Director Corporate/Found Support | Ms. Halona L. YOUNG-WALKER |
| 37 | Director Student Financial Services | Mr. Robert L. RITZ |
| 50 | Dean Comm/Arts/Social Sciences | Mr. Thaddeus SAMPSON |
| 50 | Dean Business/Hospitality/Engr/Tech | Vacant |
| 50 | Dean Math/Sci/Allied Health | Dr. Thomas C. STARKE |
| 51 | Dean Adult Basic Ed/Devel Studies | Dr. Lori FAHR |
| 04 | Exec Asst to Pres/Dir Affirm Action | Mr. David J. MORRISON |
| 96 | Director of Purchasing | Mr. Thomas J. FOGARTY |

## Harrisburg Institute of Trade & Technology (D)

1519 West Harrisburg Pike, Middletown PA 17057-9984
County: Dauphin
FICE Identification: 004886
Unit ID: 212179
Telephone: (717) 944-2731
Carnegie Class: Associate's
FAX Number: (717) 944-2542
Calendar System: Trimester
URL: www.hittcareer.edu
Established: 1959
Annual Undergrad Tuition & Fees: $17,000
Enrollment: 83
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

| | | |
|---|---|---|
| 01 | President/Chairman | Vladimir R. BEAUFILS |
| 02 | Executive Director | Roy HAWKINS |
| 05 | Director of Education | Charles GARCIA |
| 07 | Admissions Representative | Don ARENBURG |

## Haverford College (E)

370 Lancaster Avenue, Haverford PA 19041-1392
County: Montgomery & Delaware
FICE Identification: 003274
Unit ID: 212911
Telephone: (610) 896-1000
Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (610) 896-1224
Calendar System: Semester
URL: www.haverford.edu
Established: 1833
Annual Undergrad Tuition & Fees: $31,760
Enrollment: 1,172
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General
Accreditation: M

| | | |
|---|---|---|
| 01 | President | Thomas R. TRITTON |

| | | |
|---|---|---|
| 05 | Provost | J. David DAWSON |
| 10 | Vice Pres Finance & Administration | G. Richard WYNN |
| 30 | Vice Pres Institutional Advancement | Jill SHERMAN |
| 20 | Dean of the College | Joseph TOLLIVER |
| 07 | Dean of Admission | Jess LORD |
| 35 | Dean of Intl Academic Programs | Donna MANCINI |
| 88 | Dean of Freshmen Students | Raisa WILLIAMS |
| 41 | Dir of Athletics/Assoc Dean of Col | Greg KANNERSTEIN |
| 04 | Asst to the President | Helene POLLOCK |
| 88 | Assistant to the Provost | Courtney SHAW |
| 09 | Director of Institutional Research | Catherine FENNELL |
| 18 | Librarian | Robert KIEFT |
| 90 | Director Academic Computing | Barbara MINDELL |
| 27 | Director Administrative Computing | Mary Ellen LIONGO |
| 33 | Director of Human Resources | Alan H. CROSMAN |
| 21 | Controller & Assistant Treasurer | Stephen A. TESSINO |
| 18 | Director of Purchasing | Samuel WILLIAMS |
| 18 | Director of Physical Plant | Ron TOLA |
| 19 | Director of Safety & Security | Thomas KING |
| 88 | Director Conferences/Dir Campus Ctr | Dorothy LABE |
| 88 | Director of Dining Services | John FRANCONE |
| 44 | Bookstore Manager | Julie SUMMERFIELD |
| 39 | Director of Student Housing | Matha THORNTON |
| 34 | Director of Women's Center | Mary Louise ALLEN |
| 38 | Director of Health Services | Catherine SHARBAUGH |
| 38 | Director Counseling/Disability Svcs | Richard E. WEBB |
| 42 | Director of Career Development | Lia BERNARD |
| 30 | Registrar | Lee WATKINS |
| 37 | Director of Financial Aid | David HOY |
| 30 | Director of Development | Joseph ERCKERT |
| 26 | Director of External Relations | Violet BROWN |
| 44 | Director of Annual Giving | Deborah WIEDINGER |
| 88 | Director of Gift Planning | Steven KAVANAUGH |
| 30 | Dir Foundation/Corporate Relations | John MOSTELLER |
| 30 | Director of Diversity/Assoc Dean | Sunni TOLBERT |
| 44 | Director of Major Gifts | Jody ROMANO |
| 26 | Director of Mktg & Comm | Stephen HEACOCK |

## Holy Family University (F)

Grant and Frankford Avenues,
Philadelphia PA 19114-2094
County: Philadelphia
FICE Identification: 003275
Unit ID: 212984
Telephone: (215) 637-7700
Carnegie Class: Master's I
FAX Number: (215) 824-2438
Calendar System: Semester
URL: www.holyfamily.edu
Established: 1954
Annual Undergrad Tuition & Fees: $17,240
Enrollment: 3,276
Coed
Affiliation or Control: Roman Catholic
IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: M, NUR, RAD

| | | |
|---|---|---|
| 01 | President | Sr. Francesca ONLEY |
| 05 | VP Academic Alfs/Dean Graduate Stds | Sr. Maureen MCGARRITY |
| 10 | Vice Pres Finance & Administration | Mr. John JASZCZAK |
| 30 | Vice Pres Institutional Advancement | Ms. Margaret S. KELLY |
| 13 | Vice Pres Information Technology | Mr. Robert LAFOND |
| 32 | Vice Pres Student Services | Sr. M. Patrice FEHER |
| 86 | Vice Pres Planning & Spec Projects | Dr. Moya R. KAPORCH |
| 21 | AVP Finance/Budget/Inst Rsrch | Mr. Michael E. VAN THUYNE |
| 34 | Assoc VP for Enrollment Services | Mr. Robert MCBRIDE |
| 06 | Registrar | Ms. Ann Marie VICKERY |
| 12 | Exec Director of Newtown Campus | Ms. Karen GALARDI |
| 37 | Director of Student Financial Aid | Ms. Janice HETRICK |
| 21 | Treasurer | Sr. M. Paul ROZANSKA |
| 15 | Asst Vice Pres Human Resources | Ms. Rene ROSENFELD |
| 06 | Director of Library Services | Ms. Lori SCHWABENBAUER |
| 36 | Director of the Career Center | Mr. Louis J. GIULIANA |
| 26 | Dir Marketing & Public Relations | Vacant |
| 38 | Dir Counseling Center | Dr. Diana PIPECATA |
| 62 | Chaplain/Campus Minister | Rev. Albert J. SMITH |
| 07 | Director of Undergraduate Admission | Ms. Laren MCDERMOTT |
| 27 | Mgr Graphic Arts & Publications | Ms. Janet HOWELL |
| 41 | Athletic Director | Mrs. Sandra MICHAEL |
| 51 | Dir Continuing Education | Ms. Christina EDAMALA |
| 20 | Dir Advising Center | Ms. Leslie ROSSETTI |
| 58 | Dean of the School of Education | Dr. Leonard G. SOROKA |
| 66 | Int Dn Sch Nursg/Allied Hlth Profns | Dr. Christine ROSNEC |
| 49 | Int Dean of School of Arts/Sciences | Ms. Regina HORBAUGH |
| 50 | Dean of School of Business Admin | Dr. Anthony DIPRIMIO |
| 51 | Assoc Vice Pres Extended Learning | Mrs. Honour MOORE |
| 58 | Assoc Dean School of Education | Dr. Antoinette SCHIAVO |
| 29 | Dir Alumni & Parent Giving | Mrs. Megan MANGEFRIDA |
| 28 | Coordinator Diversity | Dr. Gloria KERSEY-MATUSIAK |
| 18 | Chief Facilities/Physical Plant | Mr. John JASZCZAK |
| 96 | Director of Purchasing | Mrs. Marie MELNICK |

## Hussian School of Art (G)

1118 Market Street, Philadelphia PA 19107-3679
County: Philadelphia
FICE Identification: 007469
Unit ID: 212993
Telephone: (215) 981-0900
Carnegie Class: Associate's
FAX Number: (215) 864-9115
Calendar System: Semester
URL: www.hussianart.com
Established: 1946
Annual Undergrad Tuition & Fees: $9,600
Enrollment: 147
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

...ering: Master's; No Undergraduates
...rofessional
...on: M, THEOL

...dent .................................................Rev. Reginald WHITT
...Pres/Academic Dean/Dir Admiss ...........Rev. Becket SOULE
................................................Rev. Michael MCCORMACK
...atar ..............................................Mrs. Veronica WYNNYK
...tor of Finances .....................................Ms. Shauna ROYE
...nt Assistant to President ...................Mrs. Honya WEEKS
...r of Studies .....................................Rev. Brian CHRZASTEK
...rian ..............................................Rev. Kevin MCGRATH
...dent Administration ...........................Dr. Donald MCCRABB

## ...udet University                          (A)
...rida Avenue, NE, Washington DC 20002-3695
FICE Identification: 001443
Unit ID: 131450
...: (202) 651-5000                Carnegie Class: Master's I
...ber: (202) 651-5508               Calendar System: Semester
URL: gallaudet.edu
...: 1864              Annual Undergrad Tuition & Fees: $10,250
...t: 1,834                                                 Coed
...or Control: Independent Non-Profit          IRS Status: 501(c)3
...offering: Doctorate
...Liberal Arts And General; Teacher Preparatory; Professional
...on: M, ACBSP, AUD, CACREP, CLPSY, IPSY, NRPA, SP, SW, TED

...ident ...........................................Dr. I. King JORDAN
... Asst to the Pres/Board Liaison .........Ms. Patricia KUNKLE
...cial Asst Advocacy .........................Mr. Lindsay DUNN
...cial Assisant Planning .......................Mr. Fred WEINER
...rovost ..........................................Dr. Jane K. FERNANDES
...or Pres Administration & Finance ........Mr. Paul KELLY
...n Laurent Clerc Nat Deaf Ed Ctr ....Dr. Katherine JANKOWSKI
...n Arts Sciences & Technologies .......Dr. Karen KIMMEL
...n Graduate Sch & Post Programs ..........Dr. Thomas ALLEN
...n of Student Affairs ..........................Mr. Carl PRAMUK
...ac Dean Dir Acad Pgms/Stdnt Svcs ....Ms. Eileen MATTHEWS
...ic Director Enrollment Services ..........Ms. Deborah DESTEFANO
...cutive Director Finance .......................Vacant
...ic Director Inst Advancement .........Ms. Cathy SWEET-WINDHAM
...ctor Campus Life ..............................Ms. Susan HANRAHAN
...ctor Human Resources Services ........Ms. Elaine VANCE
...ctor Admissions ............................Ms. Charity REEDY-HINES
...Clinical Svcs/Mental Health Ctr ...........Ms. Lauri RUSH
...ct Librarian ......................................Vacant
...ctor Financial Aid ...........................Ms. Nancy L. GOODMAN
...Information Technology Svcs ..........Dr. John VAN CLEVE
...ctor Career Center ..........................Mr. Steve KOPPI
...ctor ...............................................Dr. Nancy CARROLL
...ctor of Institutional Research ........Mr. Kurt SCHNEIDMILLER
...ctor of Alumni Relations .................Mr. Jane DESTEFANO
...ctor Public Relations .......................Ms. Mercy COGGAN
...ctor of Purchasing ..........................Mr. Michael LOCKHART
...Honors Program ..............................Dr. Shirley MYERS
...First Year Experience ....................Dr. Catherine ANDERSEN
...Intl Programs/Services ...................Mr. Olugbenga AINA
...ctor Athletics ................................Mr. James DESTEFANO
...c Director/Registrar Information Ofc .........Dr. Cynthia KING
...ersity Fellow President's Ofc ...............Ms. Leslie PAGE
...onal Opportunity Programs ...........Ms. Sharrell MCCASKILL
...ersity Fellow Admin/Finance ...........Mr. Jeffrey HARDISON
...Bookstore .....................................Ms. Priscilla GOSDEN

## ...ge Washington University                  (B)
...Street, NW, Washington DC 20052-0002
FICE Identification: 001444
Unit ID: 131469
...: (202) 994-1000               Carnegie Class: Doctoral/Research Ext
...ber: (202) 994-0458               Calendar System: Semester
URL: gwu.edu
...: 1821              Annual Undergrad Tuition & Fees: $36,400
...t: 24,092                                                Coed
...or Control: Independent Non-Profit          IRS Status: 501(c)3
...Offering: Doctorate
... Liberal Arts And General; Teacher Preparatory; Professional
...tion: M, ARCPA, AT, BUS, BUSA, CACREP, CLPSY, CORE, CS, DMS,
...S, FIDER, HSA, IPSY, LAW, MED, MT, MUS, PN, PTA, SP, SPAA, TED

...sident .....................................Mr. Stephen J. TRACHTENBERG
...istant to the President ................Ms. Helene D. INTERLANDI
...istant to the President ....................Dr. Donald R. LEHMAN
...e President for Advancement .........Ms. Laurel G. PRICE JONES
...ce Vice Pres & Treasurer ................Mr. Louis H. KATZ
...e General Counsel .......................Mr. Dennis H. BLUMER
...vost/Vice Pres Health Affairs ..........Dr. John F. WILLIAMS
...VP Student/Acad Support Svcs .......Dr. Robert A. CHERNAK
...ior Govt/Intl/Corp Affairs ................Dr. Richard N. SAWAYA
...VP for Communications ................Mr. Michael FREEDMAN
...e VP Student/Acad Affairs .............Dr. Carol K. SIGELMAN
...ate VP Acad Plng & Development ......Dr. Craig W. LINEBAUGH
...ce VP for Spec Acad Initiatives ......................Vacant
...VP Student/Acad Support Svcs ......Ms. Linda DONNELS
...te VP for Acad Technologies .........Ms. P. B. GARRETT
...n Dean Virginia Campus ................Mr. John S. WILSON
...n Coll of Professional Studies .........Dr. Roger WHITAKER
...ulty Treasurer .....................................Vacant
...ial Research Officer .........................Dr. Elliot HIRSHMAN
...Vice Pres Budget ...........................Mr. Robert A. BOSELOVIC

---

21  University Comptroller .........................Ms. Pamela Sue GOODNOW
13  Chief Information Officer .........................Dr. David SWARTZ
16  Assoc Vice Pres Human Resource ..........Ms. Susan KAPLAN
09  Asst Vice Pres Inst Research ...............Ms. Margaret K. COHEN
83  Assoc VP/Dean of Freshmen ..................Mr. Frederic A. SIEGEL
86  Asst Vice Pres DC Affairs .....................Mr. Bernard DEMCZUK
87  Asst VP for Special Academic Pgms ........Dr. Donna SCARBORO
08  University Librarian ............................Mr. Jack A. SIGGINS
22  Exec Director University Relations ............Ms. Chris M. KORMIS
57  Director of Media Relations ..................Ms. Tracy A. SCHARIO
29  Executive Director Alumni Programs ........Mr. Scott M. MORY
15  Director Human Resources .............................Vacant
06  Registrar .........................................Ms. Elizabeth A. AMUNDSON
97  Director Undergraduate Admissions .......Dr. Kathryn M. NAPPER
38  Director Counseling Center ...................Dr. Diane M. DEPALMA
37  Director Student Financial Aid ...............Mr. Daniel E. SMALL
36  Int Exec Director Career Center ............Ms. Marva GUMBS
18  Exec Director Facilities .........................Mr. Peter T. COMEY
76  Dir Supply Chain & Management ...........Mr. James F. KRAMER
91  Exec Director Admin Applications ..........Ms. Annie-Marie TAYLOR
85  Director International Services ...............Mr. Joseph G. LEONARD
19  Director Safety & Security ...................Ms. Dolores STAFFORD
22  Director Office Equal
           Employ Act .....................Ms. Cynthia RICHARDSON-CROOKS
23  Director Student Health Services ..........Dr. Isabel GOLDENBERG
40  Manager GW Bookstore ........................Ms. Pat LEE
32  Dean Colum School Arts/Science ..........Dr. William FRAWLEY
63  Dean Medicine & Health Sciences .........Dr. James SCOTT
69  Dean Public Health/Health Svcs .............Ms. Ruth J. KATZ
82  Dean Law School ..........................Mr. Frederick M. LAWRENCE
54  Dean Engineer/Applied Science ..........Dr. Timothy TONG
53  Dean Education/Human Development ......Dr. Mary FUTRELL
82  Dean Business & Public Management ......Dr. Susan A. PHILLIPS
82  Dean Elliott School Intl Affairs ..............Dr. Michael E. BROWN
82  Dean Graduate Sch Political Mgmt ......Dr. Christopher ARTERTON
91  Director Athletics/Recreation ................Mr. Jack KVANCZ
94  Director Grad Student Enroll Mgmt ..........Dr. Kristin WILLIAMS
92  Int for University Honors Program ..........Ms. Grae BAXTER
88  Exec Dir Acad Plng/Assessment .............Dr. Cheryl BEIL
93  Dir Multicultural Student Svc ...............Mr. Michael R. TAPSCOTT

## Georgetown University                           (C)
37th & O Streets, NW, Washington DC 20057-1947
FICE Identification: 001445
Unit ID: 131496
Telephone: (202) 687-0100            Carnegie Class: Doctoral/Research Ext
FAX Number: N/A                          Calendar System: Semester
URL: www.georgetown.edu
Established: 1789              Annual Undergrad Tuition & Fees: $32,024
Enrollment: 13,233                                           Coed
Affiliation or Control: Roman Catholic            IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Professional
Accreditation: M, ANEST, BUS, CEA, LAW, MED, MIDWF, NURSE

01  President ...................................Dr. John (Jack) J. DEGIOIA
03  Senior Vice President .......................Dr. Spiros DIMOLITSAS
88  Secretary of the University .................Mr. Edward M. QUINN
04  Chief of Staff ...............................Mr. Stewart D. MCLAURIN
05  Provost ....................................Dr. James J. O'DONNELL
77  Int Exec Vice Pres Health Sciences .......Dr. Stuart BONDURANT
81  Exec Vice Pres/Dean of Law School .Mr. T. Alexander ALEINIKOFF
26  Vice Pres Alumni/University Rels ............Mr. James LANGLEY
42  VP for Mission and Ministry ..........Rev. Philip L. BOROUGHS, SJ
10  Vice Pres & Treasurer .................Mr. Christopher L. AUGOSTINI
13  Vice Pres for Information Svcs/CIO ........Mr. H. David LAMBERT
15  VP/Chief Human Resources Ofcr ............Mrs. Mary Anne MAHIN
27  VP Communications/Public Affairs ...Dr. Daniel R. PORTERFIELD
18  VP Univ Facil/Student Housing ..............Ms. Karen S. FRANK
32  VP for Student Affairs ........................Mr. Todd OLSON
29  Assoc VP Alumni Relations ...............Mr. William G. REYNOLDS
28  Assoc VP for Auxiliary Services ............Ms. Marge BRYANT
33  Assoc VP University Development .........Ms. Christine SMITH
16  Assoc VP Univ Information Svcs ............Dr. Ardoth HASSLER
43  VP & General Counsel .......................Ms. Jane E. GENSTER
06  Registrar ...................................Mr. John Q. PIERCE, IV
07  Dean Undergraduate Admissions .........Mr. Charles A. DEACON
08  University Librarian ............................Ms. Artemis Q. KIRK
09  Exec Director Inst Research .................Dr. Michael D. MCGUIRE
97  Dean Financial Aid ...........................Ms. Patricia A. MCWADE
25  Director Sponsored Programs ...............Ms. Mary E. SCHMIEDEL
49  Dean Georgetown Coll .......................Dr. Jane D. MCAULIFFE
82  Dean School Foreign Service ..............Dr. Robert L. GALLUCCI
50  Dean School of Business ....................Mr. George G. DALY
63  Dean Medical School ........................Dr. Stephen Ray MITCHELL
66  Dean School of Nursing/Hlth Sids .........Dr. Bette R. KELTNER
61  Int Dean School Summer/Cont Educ ......Dr. Robert J. THOMAS
51  Interim Dean of Graduate School .........Dr. Gerald M. MARA
86  Asst to President Federal Relations ........Mr. Scott S. FLEMING
31  Asst Vice Pres for Community Rels ........Ms. Linda GREENAN
85  Dir International Programs ...................Ms. Kathryn S. BELLOWS
28  Director Career Center .......................Ms. Sylvia ROBINSON
19  Interim Director Public Safety ...............Mr. Darryl HARRISON
12  Director Affirmitive Action Prms .........Ms. Rosemary KILKENNY
52  Director Audio-Visual LRC ...................Mr. Mark J. COHEN
23  Director Counseling & Psych Svcs .......Dr. Charles R. TARTAGLIA
91  Director Athletics ............................Mr. Bernard M. MUIR
57  Director Student Affairs .....................Mr. Charles VANSANT

## Howard University                               (D)
2400 Sixth Street, NW, Washington DC 20059-0001
FICE Identification: 001448
Unit ID: 131520

---

Telephone: (202) 806-6100            Carnegie Class: Doctoral/Research Ext
FAX Number: (202) 806-5934             Calendar System: Semester
URL: www.howard.edu
Established: 1867              Annual Undergrad Tuition & Fees: $12,295
Enrollment: 10,623                                           Coed
Affiliation or Control: Independent Non-Profit     IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Occupational; Liberal Arts And General; Teacher Preparatory;
Professional
Accreditation: M, ARCPA, ART, AUD, BUS, BUSA, CLPSY, COPSY, CS, DENT,
DH, DIETC, ENG, IPSY, JOUR, LAW, MED, MT, MUS, NUR, OT, PHAR, PTA, RTT,
SP, SPAA, SW, TED, THEA, THEOL

01  President .......................................Mr. H. Patrick SWYGERT
03  Provost/Chief Academic Officer ..........Dr. Richard A. ENGLISH
10  Acting Sr Vice Pres & CFO ...................Ms. Sheila T. ROBERTS
13  Sr Vice Pres Health Sciences ...............Dr. Victor F. SCOTT
89  Senior Vice Pres Government Affairs .......Dr. Hassan NENIM, JR.
11  Senior Vice Pres/Secretary
           of Univ ......................Ms. Artis G. HAMPSHIRE-COWAN
43  General Counsel ..............................Ms. Norma B. LEFTWICH
30  Vice Pres Univ Advancement ................Mr. Virgil E. ECTON
04  Executive Assistant to President ...........Dr. O. Jackson COLE
04  Confidential Asst to the President ..........Ms. Veronica A. SHOWELL
04  Special Assistant to the President ..........Ms. K. Denise MOORE
20  Associate Provost ..............................Dr. Joseph P. REIDY
20  Associate Provost .............................Dr. Alvin THORNTON
20  Associate Provost ...........................Mr. Vasant G. TELANG
32  Vice Provost Student Affairs ................Dr. Franklin D. CHAMBERS
13  Vice Provost & Chief Info Officer ............Dr. Charles W. MOORE
51  Vice Prov Research/Dean Grad School ....Dr. Orlando L. TAYLOR
54  Dean College of Arts & Sciences ...........Dr. James A. DONALDSON
50  Dean School of Business ..................Dr. Barron H. HARVEY
60  Dean School of Communications ..........Dr. Jannette L. DATES
52  Dean College of Dentistry ...................Dr. Leo E. ROUSE
42  Int Dean School of Divinity ...............Dr. Bertram L. MELBOURNE
53  Interim Dean School of Education ........Dr. R. SARANANABHAVAN
54  Dean Coll Engr/Arch/Comptr Sciences ......Dr. James H. JOHNSON
61  Dean School of Law ..........................Mr. Kurt L. SCHMOKE
63  Interim Dean College of Medicine ..........Dr. Robert E. TAYLOR
48  Int Dn Coll Phar/Nur/Allied
           Hlth Sci ..............................Dr. Beatrice ADDERLEY-KELLY
70  Int Dean School of Social Work .............Dr. Cudore L. SNELL
57  Assoc Dean/Division of Fine Arts ..........Dr. Tritobia H. BENJAMIN
48  Asoc Dean Coll Engr/Arch/
           Comptr Svc .............................Prof. Victor C. DZIDZIENYO
67  Assoc Dean School of Pharmacy ..........Dr. Marcellus GRACE
66  Assoc Dean Division of Nursing ..........Dr. Dorothy L. POWELL
76  Assoc Dean/Div Allied Health Sci ........Dr. Peggy A. VALENTINE
51  Director Continuing Education Pgm .........Dr. Peggy A. BERRY
84  Assoc Vice Pres Enrollment Mgmt ....................Vacant
97  Director Fin Aid/Student Employment .....Mr. Steven L. JOHNSON
37  Dir Student Financial Svcs/Loans ...........Mr. Sexester BELL
83  Dean Andrew Rankin Chapel .............Dr. Bernard L. RICHARDSON
39  Dean Student Life & Activities ...............Ms. Tonya L. GUILLORY
39  Dean of Residence Life ......................Mr. Charles J. GIBBS
38  Dean Counseling/Career Development .....Dr. Thomas R. WESSEL
36  Director Career Planning/Placement .........Mr. Kim WELLS
23  Director Student Health Center ...........Mr. McLain G. GARRETT, JR.
22  Director International Student
           Services ........................Dr. Grace O. ANSAH-BIRIKORANG
29  Int Assoc Vice Provost for Research .......Dr. Wayne PATTERSON
09  Int Director Institutional Research ....Mr. Ranimon A. MANNING, III
08  Director University Libraries ...............Mr. Mohamed MEKKAWI
88  Director Health Sciences Library ............Mr. Larry S. ELLIS
82  Director Law Library ...................Ms. Rhea BALLARD-THROWER
53  Dir Teaching Learning & Assmnt Ctr .........Dr. Theresa M. REDD
92  Director of Honors Program ...............Dr. Daniel A. WILLIAMS, III
34  Director of Women's Program ................Dr. Rebecca L. REVIERE
29  Asst Vice Pres Alumni Relations ....Mr. Raymond W. ARCHER, III
28  Director of University .........................................Vacant
12  Director of Annual Giving ....................Mr. Michael H. BLAIR
32  Director of Planned Giving ..............Ms. Andrea A. MCINTOSH
26  Asst VP University
           Communications ...............Ms. Jennifer JAMES-PRYOR
16  Int Asst VP Human Resource Mgmt ......Ms. Elizabeth W. STROUD
16  Director of Employment ..................Ms. Martha C. BARON
12  Dir Equal Employment Opportunity ....Ms. Talaya GILMORE-MOYE
92  Sr Assoc VP Fiscal Affairs ..................Mr. Donald L. RICKFORD
18  Asst Vice Pres Administrative Svcs .........Mr. Wendell SUTTON
96  Int Director of Purchasing ...................Mr. George VARGHESE
40  Director University Bookstore .............Mr. Antwan D. CLINTON
23  Interim Chief Campus Police ...............Mr. Lawrence W. THOMAS
41  Director Athletics ..............................................Vacant
31  Director HU Community Association .....Ms. Maybelle T. BENNETT

## The Institute of World Politics               (E)
1521 16th Street, NW, Washington DC 20036
Identification: 666232
Telephone: (202) 462-2101               Carnegie Class: Other
FAX Number: (202) 464-0335              Calendar System: Semester
URL: www.iwp.edu
Established: 1990              Annual Graduate Tuition & Fees: $13,800
Enrollment: 115                                              Coed
Affiliation or Control: Independent Non-Profit     IRS Status: 501(c)3
Highest Offering: Master's; No Undergraduates
Program: Professional
Accreditation: @M

01  Director .......................................Dr. John LENCZOWSKI

| | |
|---|---|
| 37 | Director of Financial Aid ........................... Mr. Alex PRINCE |
| 09 | Director of Institutional Research ............... Ms. Linda GIBBS |
| 46 | Director Resource Development .................. Mr. Andy MONTEZ |
| 30 | Interim Foundation Director .... Ms. Patti WHITMIRE CARLTON |
| 19 | Director of Security & Safety .................................. Vacant |
| 72 | Dean Health Sciences ........................................... Vacant |
| 66 | Director of Nursing ........................ Dr. Norma PEREZ |
| 12 | President-Northwest College .................. Mr. Roger KLINE |
| 12 | President-Southwest College .......... Dr. Margaret FORD |
| 12 | President-Central College .................. Dr. Sue COX |
| 12 | President-Southeast College .......... Dr. William HARMON |
| 12 | President-Northeast College .......... Dr. Fena GARZA |
| 12 | President-Northwest College .......... Dr. Zachary HODGES |
| 07 | Director of Admissions ............................... Vacant |
| 18 | Director Building Operations .......... Mr. Emmett PUGH |
| 29 | Alumni Relations Officer .......... Mr. Mark LAMBERT |
| 38 | Director Learning Support .......... Ms. Ava COSEY |
| 96 | Exec Director Materials Management .... Mr. Michael KYME |
| 28 | Director of Diversity ............... Mr. James CORONA |
| 35 | Director Student/Financial Services .... Mr. Hernando BALDONADO |

## Houston Graduate School of Theology (A)

2501 Central Parkway, Suite A19, Houston TX 77092
County: Harris          FICE Identification: 023202
                        Unit ID: 246345
Telephone: (713) 942-9505         Carnegie Class: Specialized-Theological
FAX Number: (713) 942-9506        Calendar System: Semester
URL: www.hgst.edu
Established: 1983        Annual Graduate Tuition & Fees: $8,550
Enrollment: 195                   Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Doctorate; No Undergraduates
Program: Professional
Accreditation: THEOL

| | |
|---|---|
| 01 | President ..................................... Dr. Keith A. JENKINS |
| 05 | Dean of the Faculty ........................... Dr. Daniel K. DUNLAP |
| 73 | Dean of D Min Programs ...................... Dr. Terry CURTIS |
| 10 | Chief Financial Officer ...................... Mr. Martin BAY |
| 09 | Dean of Inst Effectiveness/Research ...... Dr. Ronald D. WORDEN |
| 20 | Assoc Dean-Curriculum & Instruction ...... Dr. Chuck PITTS |
| 33 | Associate Dean-Continuing Studies .... Dr. R. Mark KIMBERLEY |
| 30 | Child Development .................................. Vacant |
| 06 | Registrar .................................. Ms. Taryne DISMUKE |
| 08 | Director of Library Services ............... Dr. Robert TUCKER |

## Howard College (B)

1001 Birdwell Lane, Big Spring TX 79720-3799
County: Howard          FICE Identification: 003574
                        Unit ID: 225520
Telephone: (432) 264-5000         Carnegie Class: Associate's
FAX Number: (432) 264-5082        Calendar System: Semester
URL: www.howardcollege.edu
Established: 1945    Annual Undergrad Tuition & Fees (In-District): $1,312
Enrollment: 2,768                 Coed
Affiliation or Control: State/Local
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, ADNUR, DH, RSTH

| | |
|---|---|
| 01 | President .................................. Dr. Cheryl T. SPARKS |
| 05 | Vice Pres Educ Pgm & Inst Effect ...... Dr. Amy BURCHETT |
| 31 | Exec Vice Pres for Admin Services ...... Mr. Michael YEATER |
| 72 | Provost SW Col Inst for the Deaf ...... Dr. Ron BEASLEY |
| 12 | Provost San Angelo ...................... Ms. LeAnne BYRD |
| 20 | Administrative Dean of Student Svcs ...... Mr. Javier FLORES |
| 88 | Exec Dir for WF Dev ...................... Mr. LaJuan MERCHANT |
| 02 | President's Assistant ...................... Mr. Steve SMITH |
| 04 | Dean of Libraries ...................... Ms. Donna MERRICK |
| 58 | Director of Computer Services ...... Mr. Luis KINCADE |
| 09 | Institutional Research Officer ...... Ms. Ed ROBERTS |
| 55 | Director of Distance Learning ...... Ms. Barbara BRUMLEY |
| 48 | Director of Physical Plant ...... Mr. Stan SOLIS |
| 72 | Director Information/Marketing ...... Mr. Robert WILLIAMS |
| 71 | Athletic Director ...................... Ms. Shirley LEE |
| 40 | Director of Physical Plant ...... Mr. Mark ADAMS |
| 15 | Dir Human Resources/Payroll ...... Ms. Brenda CLAXTON |
| 07 | Director Enrollment Management ...... Ms. Rhonda KERNICK |
| 37 | Director of Purchasing ...... Mr. Dennis CHURCHWELL |

## Howard Payne University (C)

1000 Fisk Street, Brownwood TX 76801-2794
County: Brown           FICE Identification: 003575
                        Unit ID: 225548
Phone: (325) 646-2502             Carnegie Class: Baccalaureate-General
FAX Number: (325) 649-8900        Calendar System: Semester
URL: www.hputx.edu
Established: 1889        Annual Undergrad Tuition & Fees: $13,000
Enrollment: 1,319                 Coed
Affiliation or Control: Baptist
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: SC, MUS, SW

| | |
|---|---|
| 01 | President ............................... Dr. Lanny HALL |
| 05 | Vice President Academic Affairs ...... Dr. Donnie AUVENSHINE |
| 03 | Asst Dev Officer/Asst Vice Pres ...... Mrs. Louise SHARP |

| | |
|---|---|
| 10 | Chief Fin Ofcr/VP Business Affairs .......... Mrs. Brenda PENA |
| 84 | Vice Pres Enrollment/Student Svcs .......... Mr. Brad JOHNSON |
| 15 | Asst VP for Bus & Hum Resources .......... Mr. Bill FISHBACK |
| 56 | Dean Extended Education .......... Dr. Robert TUCKER |
| 06 | Registrar .......... Mrs. Lana WAGNER |
| 80 | Dean of Libraries .......... Mrs. Nancy K. ANDERSON |
| 37 | Director Financial Aid .......... Mrs. Glenda HUFF |
| 73 | Dean of Student Development .......... Mr. Brent MARSH |
| 88 | Director Academic Testing .......... Mrs. Amy DODSON |
| 40 | Director Bookstore .......... Ms. Debbie SINCLAIR |
| 27 | Director Communications .......... Mr. Kyle C. MIZE |
| 29 | Director Alumni and Media Relations ...... Mrs. Laura JOHNSON |
| 71 | Athletic Director .......... Mr. Mike JONES |
| 91 | Director Administrative Computing .......... Mr. Randy WEEHUNT |
| 38 | Director Facilities & Planning .......... Mr. Stan PENA |
| 90 | Computer Network Administrator .......... Mr. Clarence FOTHERGILL |
| 36 | Coordinator of Career Services .......... Mrs. Randi KING |
| 09 | Director Institutional Research .......... Mr. Nathan BROWN |
| 81 | Interim Dean Science & Math .......... Dr. Ed ROTH |
| 50 | Dean Business .......... Dr. Les F. FLAGERS |
| 53 | Dean Education .......... Dr. Robert C. PETERS |
| 64 | Dean Music & Fine Arts .......... Dr. Allen G. REED |
| 73 | Dean Christian Studies .......... Dr. Gary GRAMLING |
| 72 | Dean Humanities .......... Dr. Evelyn ROMIG |
| 45 | Director Institutional Effectiveness .......... Dr. Jack CHEW |
| 04 | Executive Assistant to President .......... Mrs. Betty BROOME |

## Huston-Tillotson University (D)

900 Chicon Street, Austin TX 78702-2795
County: Travis          FICE Identification: 003577
                        Unit ID: 225575
Telephone: (512) 505-3000         Carnegie Class: Baccalaureate-General
FAX Number: (512) 505-3190        Calendar System: Semester
URL: www.htu.edu
Established: 1875        Annual Undergrad Tuition & Fees: $8,780
Enrollment: 685                   Coed
Affiliation or Control: Multiple Protestant Denominations

                        IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General
Accreditation: SC

| | |
|---|---|
| 01 | President ................................... Dr. Larry L. EARVIN |
| 04 | Executive Assistant to President ...... Mr. Terry S. SMITH |
| 05 | Provost/VP Academic & Student Affs ...... Dr. Nadine F. JENKINS |
| 32 | Dean of Student Affairs .......... Vacant |
| 30 | VP for Institutional Advancement ...... Ms. Vicki B. MINOR |
| 31 | VP for Business Administration & Finance ...... Dr. Bronte D. JONES |
| 08 | Librarian .......... Ms. Patricia QUARTERMAN |
| 36 | Director Career Placement .......... Mrs. Ora B. WILSON |
| 09 | Director Inst Research & Assessment .......... Vacant |
| 13 | Director Information Technology ... Ms. Virginia STEWART-MILLER |
| 26 | Director of Public Relations .......... Mrs. Linda Y. JACKSON |
| 16 | Chief Facilities/Physical Plant .......... Mr. William S. GRIMES |
| 21 | Controller .......... Vacant |
| 29 | Director Alumni Relations .......... Mrs. Mary KEARSE ASHFORD |
| 35 | Director Student Activities .......... Vacant |
| 15 | Director of Human Resources .......... Mr. Del JJ. WATSON |
| 73 | Director Student Financial Aid .......... Mr. Antonio HOLLOWAY |
| 38 | Director Student Counseling .......... Ms. Yvonne ORTIZ-PRINCE |

## ITT Technical Institute (E)

551 Ryan Plaza Drive, Arlington TX 76011
County: Tarrant         FICE Identification: 023286
                        Unit ID: 225849
Telephone: (817) 794-5100         Carnegie Class: Associate's
FAX Number: (817) 275-8446        Calendar System: Quarter
URL: www.itt-tech.edu
Established: 1982        Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                   Coed
Affiliation or Control: Proprietary
Highest Offering: Associate Degree   IRS Status: Proprietary
Program: Technical Emphasis
Accreditation: ACICS

## ITT Technical Institute (F)

6330 Highway 290 East, Suite 150, Austin TX 78723-1035
County: Travis          Identification: 666551
                        Unit ID: 366678
Telephone: (512) 467-6800         Carnegie Class: Associate's
FAX Number: (512) 467-6677        Calendar System: Quarter
URL: www.itt-tech.edu
Established: N/A         Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                   Coed
Affiliation or Control: Proprietary
Highest Offering: Associate Degree   IRS Status: Proprietary
Program: Technical Emphasis
Accreditation: ACICS

† Branch campus of ITT Technical Institute, Indianapolis, IN.

## ITT Technical Institute (G)

2950 South Gessner, Houston TX 77063-3751
County: Harris          FICE Identification: 023287
                        Unit ID: 225858
Telephone: (713) 952-2294         Carnegie Class: Associate's

| | |
|---|---|
| | FAX Number: (713) 952-2393 .......... Calendar System: Quarter |

URL: www.itt-tech.edu
Established: 1983        Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                   Coed
Affiliation or Control: Proprietary
Highest Offering: Associate Degree   IRS Status: Proprietary
Program: Technical Emphasis
Accreditation: ACICS

† Branch campus of ITT Technical Institute, Indianapolis, IN.

## ITT Technical Institute (H)

2222 Bay Area Boulevard, Houston TX 77058-9841
County: Harris          Identification: 666552
                        Unit ID: 427663
Telephone: (281) 486-2630         Carnegie Class: Associate's
FAX Number: (281) 486-6099        Calendar System: Quarter
URL: www.itt-tech.edu
Established: 1995        Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                   Coed
Affiliation or Control: Proprietary
Highest Offering: Associate Degree   IRS Status: Proprietary
Program: Technical Emphasis
Accreditation: ACICS

## ITT Technical Institute (I)

15621 Blue Ash Drive, Suite 160, Houston TX 77090-5818
County: Harris          Identification: 666554
                        Unit ID: 366696
Telephone: (281) 873-0512         Carnegie Class: Associate's
FAX Number: (281) 873-0518        Calendar System: Quarter
URL: www.itt-tech.edu
Established: 1985        Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                   Coed
Affiliation or Control: Proprietary
Highest Offering: Associate Degree   IRS Status: Proprietary
Program: Technical Emphasis
Accreditation: ACICS

† Branch campus of ITT Technical Institute, Indianapolis, IN.

## ITT Technical Institute (J)

2101 Waterview Parkway, Richardson TX 75080-2208
County: Dallas          Identification: 666327
                        Unit ID: 377069
Telephone: (972) 690-9100         Carnegie Class: Other
FAX Number: (972) 690-0853        Calendar System: Quarter
URL: www.itt-tech.edu
Established: 2003        Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                   Coed
Affiliation or Control: Proprietary   IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Professional
Accreditation: ACICS

## ITT Technical Institute (K)

5700 Northwest Parkway, San Antonio TX 78249-3303
County: Bexar           FICE Identification: 030714
                        Unit ID: 377069
Telephone: (210) 694-4612         Carnegie Class: Associate's
FAX Number: (210) 694-4651        Calendar System: Quarter
URL: www.itt-tech.edu
Established: 1988        Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                   Coed
Affiliation or Control: Proprietary
Highest Offering: Associate Degree   IRS Status: Proprietary
Program: Technical Emphasis
Accreditation: ACICS

## Jacksonville College (L)

105 B. J. Albritton Drive, Jacksonville TX 75766-4759
County: Cherokee        FICE Identification: 003579
                        Unit ID: 225876
Telephone: (903) 586-2518         Carnegie Class: Associate's
FAX Number: (903) 586-0743        Calendar System: Semester
URL: www.jacksonville-college.edu
Established: 1899        Annual Undergrad Tuition & Fees: $6,406
Enrollment: 300                   Coed
Affiliation or Control: Baptist
Highest Offering: Associate Degree   IRS Status: 501(c)3
Program: 2-Year Principally Bachelor's Creditable
Accreditation: SC

| | |
|---|---|
| 01 | President .......... Dr. Edwin CRANK |
| 03 | Executive Vice President .......... Vacant |
| 05 | Academic Dean/Registrar .......... Mrs. Tari J. CLARK |
| 32 | Dean of Students .......... Dr. James D. SPURGEON |
| 08 | Director of the Library .......... Ms. Carolyn A. WHEELER |

## Jarvis Christian College (M)

Highway 80 West, PO Box 1470, Hawkins TX 75765-1470
County: Wood            FICE Identification: 003637
                        Unit ID: 225885
Telephone: (903) 769-5700         Carnegie Class: Baccalaureate-General
FAX Number: (903) 769-4842        Calendar System: Semester

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | | |
|---|---|---|
| rarian | Mr. Ronald L. SCHUETZ | |
| e Manager | Ms. Lesley NORIEGA | |
| ulticultural Student Svcs | Ms. Gina LOPEZ FERGUSON | |
| n for Academic Services | Ms. Jann F. JOHNSON | |
| siness/Computing/Math Div | Dr. G. Daniel CALLON | |
| ucation Division | Ms. Kathy REMSBURG | |
| manities Division | Mr. Paul M. JOHNSON | |
| urnalism Division | Mr. John KRULL | |
| tural Sciences Division | Dr. Steve K. BROWDER | |
| cial Sciences Division | Dr. Richard GAWTHROP | |

## College                                                          (A)

n Main Street, Goshen IN 46526-4794
t                                              FICE Identification: 001799
                                                              Unit ID: 150668
74) 535-7000     Carnegie Class: Baccalaureate-Liberal Arts
(574) 535-7060                Calendar System: Semester
shen.edu
8                          Annual Undergrad Tuition & Fees: $19,300
                                                                   Coed
ontrol: Mennonite Church          IRS Status: 501(c)3
ng: Baccalaureate
ral Arts And General; Teacher Preparatory; Professional
  NH, NLN, NURSE, SW, TED

| | | |
|---|---|---|
| resident | Dr. John D. YORDY | |
| & Executive VP | Dr. John D. YORDY | |
| n Dean/VP Academic Affairs | Dr. Anita K. STALTER | |
| inance | Mr. James L. HISTAND | |
| utional Advancement | Vacant | |
| of Multicultural Affairs | Vacant | |
| Students/VP Student Life | Mr. Bill BORN | |
| e Academic Dean | Dr. Tom J. MEYERS | |
| of Nursing | Ms. Vicki S. KIRKTON | |
| of Social Work | Dr. Robert M. BIRKEY | |
| of Elementary | | |
| er Educ | Dr. Kathryn MEYER HEIMER | |
| | Ms. Lisa G. CARRENO | |
| of International Education | Dr. Tom J. MEYERS | |
| of Information Tech Svcs | Mr. Michael SHEERER | |
| | Mr. Stan W. MILLER | |
| of Admissions | Vacant | |
| Student Financial Aid | Mr. Galen L. GRABER | |
| of Public Relations | Ms. Rachel J. LAPP | |
| of Alumni/Parent Relations | Ms. Carla F. WELDY | |
| | Ms. Sylvia SHIRK CHARLES | |
| of Career Services | Ms. Anita R. YODER | |
| of Facilities | Mr. Clay E. SHETLER | |
| of Human Resources | Mr. David P. JANZEN | |
| of Degree Completion Pgms | Dr. Mary MORETTO | |
| of Student Activities | Ms. Michelle FANFAIR STEURY | |
| of Special Programs | Ms. Janette K. YODER | |

## College and Seminary                                         (B)

ary Drive, Winona Lake IN 46590-1294
usko                                         FICE Identification: 001800
                                                              Unit ID: 150677
74) 372-5100     Carnegie Class: Baccalaureate-General
(574) 372-5139              Calendar System: Semester
ace.edu
948                       Annual Undergrad Tuition & Fees: $16,020
310                                                             Coed
ontrol: Fellowship Of Grace Brethren Churches
                                                 IRS Status: 501(c)3
ng: Doctorate
ral Arts And General; Teacher Preparatory
  NH, ICACREP, MUS, SW, TED

| | | |
|---|---|---|
| t | Dr. Ronald E. MANAHAN | |
| s Academic Affairs | Dr. David R. PLASTER | |
| nancial Officer | Mr. G. Stephen POPPEROOSD | |
| hancement Officer | Mr. John R. ROAL | |
| Minister | Mr. James SWANSON | |
| the Seminary | Dr. Jeffery A. GILL | |
| r/Director of Admissions | Mrs. Anecia A. MILLER | |
| | Mr. William E. DARR | |
| Student Financial aid | Mrs. Sherri SHOCKEY | |
| Personnel Services | Mr. Scott SHARIK | |
| Institutional Research | Vacant | |
| Physical Plant | Mr. Randy KLEINHANS | |
| Computer Center | Mr. Don FLUKE | |
| ublic Relations Officer | Mr. Joel CURRY | |
| Alumni Relations | Mr. Tim ZIEBARTH | |
| | Vacant | |

## r College                                                        (C)

08, Hanover IN 47243-0108
son                                          FICE Identification: 001801
                                                              Unit ID: 150756
12) 866-7000     Carnegie Class: Baccalaureate-Liberal Arts
(812) 866-2164             Calendar System: Other
nover.edu
827                       Annual Undergrad Tuition & Fees: $21,650
062                                                             Coed
ontrol: Presbyterian Church (U.S.A.)      IRS Status: 501(c)3
ng: Baccalaureate
ral Arts And General; Teacher Preparatory
  NH, TED

---

| | | |
|---|---|---|
| 01 | President | Dr. Russell L. NICHOLS |
| 05 | Vice Pres/Dean Academic Affairs | Dr. Jane JAKOUBEK |
| 11 | Vice Pres Administration | Mr. Terry A. PHILLIPS |
| 30 | Vice Pres Development | Mr. Richard HASKINS |
| 10 | Vice Pres Business Affairs | Mr. Jeffrey B. CONNER |
| 32 | Interim Vice Pres Student Life | Dr. David YEAGER |
| 07 | Dean of Admissions & Financial Aid | Vacant |
| 36 | Director of Placement | Mrs. Margaret KRANTZ |
| 35 | Coord Student Org/ | |
| | Leadership Trng | Mrs. Kathryn LOWE-SCHNEIDER |
| 08 | Director of College Libraries | Mr. Ken GIBSON |
| 06 | Registrar | Dr. Ken PRINCE |
| 18 | Chief Facilities/Physical Plant | Mr. Mike HUTCHINSON |
| 21 | Assoc Dir Bus Offcr/Human Resource | Michael BRUCE |
| 26 | Chief Public Relations Officer | Mr. Eric FREEMAN |
| 29 | Director of Alumni Relations | Mrs. Ann INMAN |
| 37 | Asst Dean Financial Aid/Admission | Mr. Jon RIESTER |
| 38 | Director of Student Counseling | Mrs. Katie DINE YOUNG |
| 15 | Human Resources Manager | Ms. Elsa CONBOY |

## Holy Cross College                                            (D)

PO Box 308, Notre Dame IN 46556-0308
County: Saint Joseph                         FICE Identification: 007263
                                                              Unit ID: 150774
Telephone: (574) 239-8400     Carnegie Class: Associate's
FAX Number: (574) 239-8323         Calendar System: Semester
URL: www.hcc-nd.edu
Established: 1966          Annual Undergrad Tuition & Fees: $11,000
Enrollment: 450                                                Coed
Affiliation or Control: Roman Catholic       IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General
Accreditation: NH

| | | |
|---|---|---|
| 01 | President | Bro. Richard B. GILMAN, CSC |
| 05 | Vice President for Academic Affairs | Dr. William T. MANGAN |
| 11 | Vice President for Administration | Mr. Mark P. MULLANEY |
| 32 | Vice President for Student Affairs | Dr. Tina S. HOLLAND |
| 30 | Director of Advancement | Mrs. Pat FALVEY |
| 06 | Registrar | Mr. Richard J. SULLIVAN |
| 07 | Director of Admissions | Mr. Vincent M. DUKE |
| 37 | Director of Financial Aid | Mr. Joce ARVISAIS |
| 38 | Director of Student Counseling Svcs | Bro. Chris J. DREYER, CSC |
| 13 | Director of Campus Technology | Bro. Charles D. DREVON, CSC |
| 15 | Director of Personnel Services | Mr. Mark P. MULLANEY |
| 18 | Director of Building & Grounds | Mr. John DEITSCH |
| 39 | Director of Residence Life | Mr. Daniel J. COCHRAN |
| 42 | Director of Campus Ministry | Mr. Robert J. KLOSKA |
| 26 | Director for Community Relations | Ms. Beverly M. BRADLEY |
| 08 | Director of Library Services | Bro. Charles B. GREGG, CSC |
| 36 | Director Student Placement | Mr. Tim P. RYAN |
| 04 | Executive Assistant | Ms. Jodie L. SWEET |

## Huntington College                                            (E)

2303 College Avenue, Huntington IN 46750-9986
County: Huntington                           FICE Identification: 001803
                                                              Unit ID: 150941
Telephone: (260) 356-6000     Carnegie Class: Baccalaureate-General
FAX Number: (260) 359-4086         Calendar System: 4/1/4
URL: www.huntington.edu
Established: 1897          Annual Undergrad Tuition & Fees: $18,490
Enrollment: 975                                                Coed
Affiliation or Control: United Brethren Church   IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, MUS, TED

| | | |
|---|---|---|
| 01 | President | Dr. G. Blair DOWDEN |
| 05 | Vice Pres & Dean of College | Dr. A. Norris FRIESEN |
| 10 | Vice Pres for Business & Finance | Mr. Thomas W. AYERS |
| 30 | Vice Pres Advancement | Mr. Ned J. KISER |
| 32 | Vice Pres Student Development | Mr. Ron COFFEY |
| 55 | Dean Graduate Sch Christ Ministry | Dr. Luke A. KEEFER |
| 84 | Vice Pres Enrollment Management | Mr. Jeffrey C. BERGGREN |
| 42 | Dean of Christian Faith & Life | Mr. Bill FISHER |
| 21 | Director of Financial Services | Mr. Jerry WHITE |
| 37 | Director of Financial Aid | Mrs. Sharon R. WOODS |
| 06 | Registrar | Ms. Sarah J. HARVEY |
| 08 | Director of Library Services | Mr. Robert E. KAEHR |
| 44 | Director of Gift Planning | Mr. Richard W. MCCONNELL |
| 13 | Director Technology Services | Mr. Gary CAMPBELL |
| 26 | Executive Director of Communication | Mr. John PAFF |
| 36 | Director of Counseling/Career Devel | Ms. Martha J. SMITH |
| 38 | Director of Learning Assistance | Mrs. Kristal L. CHAFIN |
| 40 | Bookstore Manager | Mrs. Candy SMITH |
| 03 | Director of Athletics | Mr. Gary TURNER |
| 18 | Director of Physical Plant | Mr. Jerry GRESSLEY |
| 88 | Asst Vice President of Advancement | Mr. Troy IRICK |
| 04 | Exec Assistant to the President | Mr. John PAFF |
| 15 | Director Personnel Services | Mrs. Julie HENDRYX |
| 29 | Director Alumni Relations | Mrs. Margaret ROUSH |

## Indiana Business College                                      (F)

140 East 53rd Street, Anderson IN 46013-1717
County: Madison                                 Identification: 666030
                                                              Unit ID: 151157
Telephone: (765) 644-7514     Carnegie Class: Other
FAX Number: (765) 644-5724         Calendar System: Quarter
URL: www.ibcschools.edu
Established: 1902          Annual Undergrad Tuition & Fees: N/A
Enrollment: 230                                                Coed

---

Affiliation or Control: Proprietary          IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS

| | | |
|---|---|---|
| 02 | Executive Director | Ms. Charlene STACY |

## Indiana Business College                                      (G)

2222 Poshard Drive, Columbus IN 47203-1843
County: Bartholomew                             Identification: 666428
                                                              Unit ID: 151193
Telephone: (812) 379-9000     Carnegie Class: Associate's
FAX Number: (812) 375-0414         Calendar System: Quarter
URL: www.ibcschools.edu
Established: 1902          Annual Undergrad Tuition & Fees: N/A
Enrollment: 250                                                Coed
Affiliation or Control: Proprietary          IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS

| | | |
|---|---|---|
| 02 | Executive Director | Ms. Angela RENTMEESTERS |

## Indiana Business College                                      (H)

4601 Theater Drive, Evansville IN 47715-3901
County: Vanderburgh                             Identification: 666429
                                                              Unit ID: 423670
Telephone: (812) 476-6000     Carnegie Class: Associate's
FAX Number: (812) 471-8576         Calendar System: Quarter
URL: www.ibcschools.edu
Established: 1980          Annual Undergrad Tuition & Fees: N/A
Enrollment: 237                                                Coed
Affiliation or Control: Proprietary          IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS, MAC

| | | |
|---|---|---|
| 02 | Regional Director | Mr. Steve D. HARDIN |

## Indiana Business College                                      (I)

6413 North Clinton Street, Fort Wayne IN 46825-4911
County: Allen                                   Identification: 666029
Telephone: (260) 471-7667     Carnegie Class: Quarter
FAX Number: (260) 471-6918         Calendar System: Quarter
URL: www.ibcschools.edu
Established: 1902          Annual Undergrad Tuition & Fees: N/A
Enrollment: 268                                                Coed
Affiliation or Control: Proprietary          IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS, MAC

| | | |
|---|---|---|
| 02 | Executive Director | Ms. Janet HEIN |

## Indiana Business College                                      (J)

550 East Washington Street, Indianapolis IN 46204
County: Marion                               FICE Identification: 021584
                                                              Unit ID: 151166
Telephone: (317) 264-5656     Carnegie Class: Associate's
FAX Number: (317) 264-5650         Calendar System: Quarter
URL: www.ibcschools.edu
Established: 1902          Annual Undergrad Tuition & Fees: N/A
Enrollment: 687                                                Coed
Affiliation or Control: Proprietary          IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS

| | | |
|---|---|---|
| 01 | | Mr. Ken KONESCO |
| 02 | Regional Director | Ms. Pat MOZLEY |

## Indiana Business College                                      (K)

4705 Meijer Court, Lafayette IN 47905-4859
County: Tippecanoe                              Identification: 666431
                                                              Unit ID: 151245
Telephone: (765) 447-9550     Carnegie Class: Associate's
FAX Number: (765) 447-0868         Calendar System: Quarter
URL: www.ibcschools.edu
Established: 1902          Annual Undergrad Tuition & Fees: N/A
Enrollment: 185                                                Coed
Affiliation or Control: Proprietary          IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS

| | | |
|---|---|---|
| 02 | Executive Director | Mr. Gregory P. REGER |

## Indiana Business College                                      (L)

830 North Miller Avenue, Marion IN 46952-2338
County: Grant                                   Identification: 666432
                                                              Unit ID: 151184
Telephone: (765) 662-7497     Carnegie Class: Associate's
FAX Number: (765) 651-9421         Calendar System: Quarter
URL: www.ibcschools.edu
Established: 1902          Annual Undergrad Tuition & Fees: N/A

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

The Higher Education Directory®

| | |
|---|---|
| 27 | Assoc VP Communications/Mktg ............ Ms. Catherine BRAENDEL |
| 18 | Assoc VP Facilities & Construction ............... Mr. Joseph BURI |
| 32 | Dean Student Affairs ...................................... Dr. Doug GEIGER |
| 61 | Dean College of Law ...................................... Mr. Harold KRENT |
| 49 | Dean College of Science & Letters ............ Dr. Fred MCMORRIS |
| 83 | Director Inst of Psychology ......................... Dr. M. Ellen MITCHELL |
| 54 | Dean Armour Col of Engineering ...... Dr. Hamid ARASTOOPOUR |
| 50 | Actg Dean Stuart Grad Sch Business ......... Dr. Allan MYERSON |
| 48 | Dean College of Architecture ................ Ms. Donna ROBERTSON |
| 88 | Director Institute of Design ....................... Mr. Patrick WHITNEY |
| 58 | Dean Graduate College ...................................... Dr. Ali CINAR |
| 12 | Director Rice Campus ............................ Dr. C. Robert CARLSON |
| 06 | Interim Dean Undergraduate College ................ Dr. Don UCCI |
| 38 | Director Counseling Center ...................... Ms. Carol YOKEN |
| 26 | Registrar ................................................ Ms. Rebecca NICHOLES |
| 36 | Director Career Development ...................... Mr. James OPON |
| 25 | Director Sponsored Research ............ Ms. Domenica PAPPAS |
| 09 | Director Information/Inst Research ......... Ms. Lee MATTHEWS |
| 75 | Exec Dir Alumni Rel/Annual Fund ......................... Vacant |
| 16 | Director Human Resources ..................... Mrs. Beverly PERRET |
| 85 | Director International Office ........................................ Vacant |
| 37 | Director Financial Aid ................................ Ms. Virginia FOSTER |
| 41 | Athletic Director ........................................... Mr. Lee HICHEN |
| 11 | Assoc Vice Pres Auxiliary Services ......... Ms. Jean M. BINGHAM |
| 19 | Director Public Safety ............................... Mr. Steve RUBIN |
| 08 | Acting Dean of Libraries ................ Dr. Christopher STEWART |
| 98 | Director Women's Services ................ Ms. Lisa MONTGOMERY |
| 21 | Dir Equal Opp/Affirmative Action ...... Ms. Candida MIRANDA |
| 07 | Director Admissions ...................................... Mr. Brent BENNER |
| 96 | Director of Purchasing ........................ Mr. Samuel WILLIAMS |
| 28 | Exec Multicultural Student Services ............ Mr. Kevin SMITH |
| 53 | Director Student Activities .................... Ms. Mary TAYLOR-BLASI |

## Illinois State University (A)

School and Nann Streets, Normal IL 61790-0001
County: McLean                    FICE Identification: 001692
                                   Unit ID: 145813
Telephone: (309) 438-2111        Carnegie Class: Doctoral/Research Int
FAX Number: (309) 438-2768       Calendar System: Semester
URL: www.ilstu.edu
Established: 1857     Annual Undergrad Tuition & Fees (In-State): $7,901
Enrollment: 20,419                              Coed
Affiliation or Control: State                   IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, AACS, ART, AT, AUD, BUS, BUSA, CONST, CS, DIETD,
DIETI, FIDER, IPSY, MT, MUS, NAIT, NRPA, NURSE, SCPSY, SP, SW, TED,
THEA

| | |
|---|---|
| 01 | President ............................................ Dr. C. Alvin BOWMAN, JR. |
| 05 | Vice President & Provost .......................... Dr. John PRESLEY |
| 10 | Vice President Finance & Planning ....... Dr. Stephen M. BRAGG |
| 32 | Vice President Student Affairs ......... Dr. Helen MAMARCHEV |
| 26 | Int Vice President Univ Advancement ...... Dr. Dianne E. ASHBY |
| 20 | Associate Provost ........................................... Dr. Jan SHANE |
| 35 | Assoc Vice Pres Student Affairs .......... Dr. Brent PATERSON |
| 21 | Assoc Vice Pres/Comptroller .......................... Mr. Greg L. ALT |
| 31 | Interim Assoc VP Technology ................ Mr. Mark WALDRON |
| 58 | Assoc VP Grad Std/Res/Inann Educ ........... Dr. Gary MCGINNIS |
| 18 | Asst Vice Pres Physical Planning ......... Dr. Richard C. RUNNER |
| 34 | Asst VP Enrollment Management ...... Mr. Steven L. ADAMS |
| 15 | Director of Human Resources ......... Dr. Ira S. SCHOENWALD |
| 85 | Asst to Pres/Govemment Relations .......... Mr. Philip ADAMS |
| 08 | Dean University Libraries ...................... Ms. Cheryl A. ELZY |
| 26 | University Registrar ........................ Dr. Jonathan M. ROSENTHAL |
| 07 | Director Admissions ................................ Ms. Molly K. ARNOLD |
| 20 | Director University College .................... Mr. William MCGUIRE |
| 30 | Director of Development ....................................... Vacant |
| 37 | Director Financial Aid ...................... Dr. Charles BOUDREAU |
| 28 | Director Alumni Services ...................... Ms. Barbara T. TODD |
| 38 | Director Couns/Career Svcs Ctr ...... Dr. Michael SCHEIMER |
| 19 | Chief University Police .......................... Mr. Ronald D. SWAN |
| 18 | Int Dir Diversity & Affirm Action ......... Mr. Shane MCCREERY |
| 23 | Director Health Services ...................... Dr. Wayne H. ERICSON |
| 39 | Director University Housing ...................... Ms. Maureen BLAIR |
| 41 | Director of Athletics ................................ Dr. Sheahon ZENGER |
| 85 | Director International Studies ................ Dr. Momar NDIAYE |
| 09 | Director of Institutional Research ......... Ms. Debra K. SMITLEY |
| 89 | Director Honors Program ........................ Dr. Douglas D. HESSE |
| 98 | Director Women's Studies ...................... Dr. Alison BAILEY |
| 49 | Dean College Arts & Sciences ................ Dr. Gary A. OLSON |
| 50 | Dean College Business ............................ Dr. Dixie L. MILLS |
| 53 | Int Dean College Education ............ Dr. Deborah J. CURTIS |
| 72 | Dean College Applied Science/Tech ...... Dr. Robert ROSSMAN |
| 57 | Assoc Dean College Fine Arts ............ Mr. Lonny GORDON |
| 66 | Dean Mennonite College of Nursing ...... Dr. Nancy RIDENOUR |

## Illinois Valley Community College (B)

815 North Orlando Smith Avenue, Oglesby IL 61348-9692
County: La Salle                  FICE Identification: 001705
                                  Unit ID: 145831
Telephone: (815) 224-2720        Carnegie Class: Associate's
FAX Number: (815) 224-3033       Calendar System: Semester
URL: www.ivcc.edu
Established: 1966     Annual Undergrad Tuition & Fees (In-District): $1,848
Enrollment: 4,078                               Coed
Affiliation or Control: Local                   IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ADNUR, DA

| | |
|---|---|
| 01 | Interim President ................................ Dr. Charles NOVAK |
| 05 | Vice Pres Academic Affairs ............ Dr. Harriet H. CUSTER |
| 32 | Vice Pres Student Services ............ Dr. Robert P. MARSHALL |
| 10 | Vice Pres Business Svcs/Finance ...... Mr. Jerry M. CORCORAN |
| 75 | Assoc Vice Pres Career Education ......... Ms. Sue L. ISERMANN |
| 24 | Director of Learning Technologies ......... Ms. Emily B. VESCOGNI |
| 27 | Dir Comm Relations & Mktg .......... Ms. Valery A. CALVETTI |
| 14 | Dir of Inform Technology Services ........ Mr. Arland M. BANNER |
| 51 | Dir Cont Educ/Business Services ......... Ms. Jane L. GAHM |
| 53 | Director Human Resources ...................... Ms. Jackie B. FOX |
| 37 | Director of Financial Aid ...................... Mr. Steve A. CRICK |
| 07 | Director of Admissions/Records ......... Ms. Tracy L. MORRIS |
| 18 | Head Librarian ............................................ Ms. Jane H. NOREM |
| 30 | Director of Development .................... Mr. Francis R. BROLLEY |
| 96 | Director of Purchasing ...................... Ms. Patricia A. REED |
| 18 | Interim Director of Facilities ................ Mr. James DUNCAN |
| 18 | Dean of Student Development ............ Ms. Juletta L. PATRICK |
| 81 | Dean Natural Science/Business ............ Mr. Ron W. GROLEAU |
| 66 | Dean Health Professions/Nursing ......... Ms. Gloria J. BOUXSEIN |
| 72 | Dean Occupational Technologies ...... Ms. Kay F. GLASGOCK |
| 53 | Dean Vice Pres Info/Social Sci ............ Mr. Tony D. KILLIAN |
| 88 | Dean English/Mathematics/Education ...... Ms. Marianne DZIK |
| 09 | Director of Institutional Research ......... Ms. Cathy L. BANGERT |

## Illinois Wesleyan University (C)

PO Box 2900, 1312 North Park Street,
Bloomington IL 61702-2900
County: McLean                    FICE Identification: 001696
                                  Unit ID: 145646
Telephone: (309) 556-1000        Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (309) 556-3411       Calendar System: Other
URL: www.iwu.edu
Established: 1850     Annual Undergrad Tuition & Fees: $27,474
Enrollment: 2,118                               Coed
Affiliation or Control: Independent Non-Profit  IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, MUS, NURSE

| | |
|---|---|
| 01 | President .......................................... Dr. Richard F. WILSON |
| 20 | Acting Provost ................................ Dr. Roger SCHNAITTER |
| 05 | Provost .............................................................. Vacant |
| 10 | Vice Pres Business & Finance ...... Mr. Daniel P. KLOTZBACH |
| 30 | Vice Pres University Advancement ........................ Vacant |
| 33 | Vice President for Public Relations ...... Mr. Gary D. HANNA |
| 32 | VP Stdnt Affs/Dean of Students ............ Dr. Kathryn M. LAVINIS |
| 07 | Dean of Admissions ................................ Mr. Jerry W. POPE |
| 20 | Acting Dean of the Faculty ............ Dr. Thomas A. GRIFFITHS |
| 15 | Assoc Vice Pres for Human Resources ...... Ms. Catherine SPITZ |
| 13 | Assoc Vice Pres for Inform Tech ............ Mr. Fred MILLER |
| 09 | Director of Institutional Research ............ Dr. Mona GARDNER |
| 38 | Director Student Counseling ............ Dr. Annorrah MOORMAN |
| 30 | Director of Development .................... Mr. Harold G. JAHNSEN |
| 04 | Exec Assistant to the President ............ Mr. Carl F. TEICHMAN |
| 14 | Assistant to the President ................ Ms. Susan E. BASSI |
| 26 | Registrar ............................................ Dr. Jeffrey A. FRICK |
| 08 | University Librarian .......................... Dr. Susan E. STROYAN |
| 21 | Controller ......................................................... Mr. John BRYANT |
| 64 | Director of School of Music ............ Dr. Mario J. PELUSI |
| 57 | Director of School of Art .............................. Prof. Miles C. BAIR |
| 57 | Director of School of Theatre Arts ......... Dr. Nancy B. LOITZ |
| 66 | Director of School of Nursing ............ Dr. Donna L. HARTWEG |
| 41 | Director of Athletics ........................ Prof. Dennis BRIDGES |
| 42 | University Chaplain ........................ Dr. Dennis E. GROH |
| 75 | Director of Alumni Relations ................ Mr. Lynn D. NICHELSON |
| 36 | Director of Career Center ...................... Mr. Warren KISTNER |
| 35 | Assoc Dean Stdnts/Curricular/Pgmng ...... Ms. Darcy L. GREDER |
| 18 | Director of Physical Plant ................ Mr. Stewart I. SALOWITZ |
| 27 | Director of News Services ................ Ms. Nancy STEELE |
| 28 | Int Director Multicultural Affairs ...... Ms. Nicole BROWN-DAVIS |
| 94 | Dir of Women's Studies Program ............ Dr. Vicki MAGEE |
| 14 | Director of Annual Fund ...................... Ms. Lora WEY |
| 22 | Assoc Dir Devel/Corp & Found Rels ............ Mr. Jo PORTER |
| 90 | Bookstore Manager .......................... Mr. Thaddeus SUTTER |

## Institute for Clinical Social Work (D)

200 North Michigan Avenue, #407, Chicago IL 60601-5908
County: Cook                      FICE Identification: 025737
                                  Unit ID: 145886
Telephone: (312) 726-8480        Carnegie Class: Specialized
FAX Number: (312) 726-7216       Calendar System: Semester
URL: www.icsw.edu
Established: 1981     Annual Graduate Tuition & Fees: $13,000
Enrollment: 82                                  Coed
Affiliation or Control: Independent Non-Profit  IRS Status: 501(c)3
Highest Offering: Doctorate; No Undergraduates
Program: Professional
Accreditation: NH

| | |
|---|---|
| 05 | Chief Administrative Officer ...................... Amy ELDRIDGE |
| 02 | Administrator .................................... Maureen A. HEWITT |
| 06 | Registrar/Director Student Financial Aid ...... Camisha RILEY |
| 07 | Dean of Admissions ...................... Barbara BREIDSTER |
| 18 | Head Librarian ...................................... Steven OLDERR |

## International Academy of Design and Technology (E)

1 North State Street, Suite 400, Chicago IL 60602-9736
County: Cook                      FICE Identification: 021603
                                  Unit ID: 146010
Telephone: (312) 980-9200        Carnegie Class: Specialized-Art/Music/Design
FAX Number: (312) 541-3929       Calendar System: Quarter
URL: www.iadtchicago.com
Established: 1977     Annual Undergrad Tuition & Fees: $14,700
Enrollment: 2,780                               Coed
Affiliation or Control: Proprietary             IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: 2-Year Principally Bachelor's Creditable; Liberal Arts And General
Accreditation: ACICS, FIDER

| | |
|---|---|
| 01 | President .......................................... Mr. William EDWARDS |
| 05 | Vice President of Academics ............ Mr. Mark HOLROYD |
| 10 | Vice President of Finance ...................... Mr. Robert DORKA |
| 07 | Assoc Vice Pres of Admissions ...... Mr. Douglas LOCHBAUM |
| 37 | Director of Adult Admissions .................................. Vacant |
| 06 | Registrar ........................................ Mr. Tom TIMMONS |
| 08 | Director School Admissions ............ Ms. Nicole MONTALVO |
| 08 | Director of Educational Resources ............ Ms. Mate WATKINS |
| 36 | Director of Career Svcs ...................... Ms. Mary LAUNDRY |
| 37 | Director of Financial Aid ...................... Ms. Andrea WATKINS |
| 72 | Director of Compliance ...................... Ms. Darlene ULMER |

## ITT Technical Institute (F)

7040 High Grove Boulevard, Burr Ridge IL 60527
County: DuPage                    Identification: 666118
                                  Unit ID: N/A
Telephone: (630) 455-6470        Carnegie Class: Other
FAX Number: (630) 455-6476       Calendar System: Quarter
URL: www.itt-tech.edu
Established: 1997     Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                                 Coed
Affiliation or Control: Proprietary             IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Technical Emphasis
Accreditation: ACICS

† Branch campus of ITT Technical Institute, Fort Wayne, IN.

## ITT Technical Institute (G)

600 Holiday Plaza Drive, Matteson IL 60443-2237
County: Cook                      Identification: 666539
                                  Unit ID: 414586
Telephone: (708) 747-2571        Carnegie Class: Unassigned
FAX Number: (708) 747-0023       Calendar System: Quarter
URL: www.itt-tech.edu
Established: 1993     Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                                 Coed
Affiliation or Control: Proprietary             IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Technical Emphasis
Accreditation: ACICS

† Branch campus of ITT Technical Institute, Grand Rapids, MI.

## ITT Technical Institute (H)

1401 Feehanville Drive, Mount Prospect IL 60056
County: Cook                      Identification: 666534
                                  Unit ID: 260973
Telephone: (847) 375-8800        Carnegie Class: Specialized-Engineering/Tech
FAX Number: (847) 375-9022       Calendar System: Quarter
URL: www.itt-tech.edu
Established: 1986     Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                                 Coed
Affiliation or Control: Proprietary             IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Technical Emphasis
Accreditation: ACICS

† Branch campus of ITT Technical Institute, Indianapolis, IN.

## John A. Logan College (I)

700 Logan College Road, Carterville IL 62918-2500
County: Williamson                FICE Identification: 008078
                                  Unit ID: 145107
Telephone: (618) 985-3741        Carnegie Class: Associate's
FAX Number: (618) 985-2248       Calendar System: Semester
URL: www.jalc.edu
Established: 1967     Annual Undergrad Tuition & Fees (In-District): $2,250
Enrollment: 5,731                               Coed
Affiliation or Control: State/Local             IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, CONST, DA, DH, DMS, OTA

| | |
|---|---|
| 01 | President ...................................... Dr. Robert L. MEES |
| 05 | Vice Pres Instruction Services ............ Dr. Julia SCHROEDER |
| 10 | Vice Pres Business Services ............ Mr. J. P. BAKKEN |
| 32 | Vice Pres Student Services ............ Dr. Larry PETERSON |
| 85 | Vice Pres Administration ...................... Mr. Terry ORAY |
| 32 | Dean Student Services ...................... Ms. Kim DIXON |
| 21 | Dean Financial Operations .................................... |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

Accreditation: **ACCSCT**

01  Director ..................................... Ms. Joan ELLISON

## IHM Health Studies Center    (A)
2500 Abbott Place, Saint Louis MO 63143-2636
County: Saint Louis      FICE Identification: 030949
Telephone: (314) 768-1234      Carnegie Class: Other
FAX Number: (314) 768-1595      Calendar System: Trimester
URL: www.ihmhealthstudies.edu
Established: 1977      Annual Undergrad Tuition & Fees: $5,985
Enrollment: 485      Coed
Affiliation or Control: Proprietary      IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: **ABHES**

01  President ................................. Mr. Matt MCCORMICK
05  Director of Education ..................Mr. James DOUGLAS
06  Registrar ............................... Ms. Barbara MEEKA

## ITT Technical Institute    (B)
1930 Meyer Drury Drive, Arnold MO 63010-6004
County: Jefferson      Identification: 666033
     Unit ID: 434548
Telephone: (636) 464-6600      Carnegie Class: Other
FAX Number: (636) 464-6611      Calendar System: Quarter
URL: www.itt-tech.edu
Established: 1997      Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A      Coed
Affiliation or Control: Proprietary      IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Professional
Accreditation: **ACICS**

† Branch campus of ITT Technical Institute, Newburgh, IN.

## ITT Technical Institute    (C)
13505 Lakefront Drive, Earth City MO 63045-1412
County: Saint Louis      FICE Identification: 007557
     Unit ID: 176637
Telephone: (314) 298-7800      Carnegie Class: Specialized-Engineering/Tech
FAX Number: (314) 298-0559      Calendar System: Quarter
URL: www.itt-tech.edu
Established: 1936      Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A      Coed
Affiliation or Control: Proprietary      IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Technical Emphasis
Accreditation: **ACICS**

## ITT Technical Institute    (D)
1740 West 92nd Street, Suite 100,
Kansas City MO 64114-3246
County: Jackson      Identification: 666380
Telephone: (816) 276-1400      Carnegie Class: Other
FAX Number: N/A      Calendar System: Quarter
URL: www.itt-tech.edu
Established:      Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A      Coed
Affiliation or Control: Proprietary      IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Technical Emphasis
Accreditation: **ACICS**

## Jefferson College    (E)
1000 Viking Drive, Hillsboro MO 63050-2441
County: Jefferson      FICE Identification: 002468
     Unit ID: 177676
Telephone: (636) 797-3000      Carnegie Class: Associate's
FAX Number: (636) 789-4012      Calendar System: Semester
URL: www.jeffco.edu
Established: 1963      Annual Undergrad Tuition & Fees (In-District): $1,980
Enrollment: 4,147      Coed
Affiliation or Control: State/Local      IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: **NH**

01  President ..........................Mr. William P. MCKENNA
46  VP Inst Advance/Research/Planning .................... Vacant
05  VP Academic Affairs & Student Svcs .......Dr. Dan L. STEADMAN
10  Vice Pres Finance & Administration ........Dr. Wayne H. WATTS
32  Dean Student Services ...................... Dr. Julia HAMPTON
06  Registrar ............................... Ms. Kim HARVEY
07  Director Admissions/Financial Aid ..............Ms. Julie PIERCE
88  Director Student Records ................................ Vacant
36  Director of Career Services ............................. Vacant
08  Director of Learning Resources ..........Ms. Linda K. BIGELOW
09  Director Jefferson College Arnold ...........Ms. Kathy J. HENSON
27  Director Advancement Services ..................Mr. Tom BURKE
35  Director of Student Development .........Mrs. Christin DALAVIRAS
25  Director of Public Relations ..............Mr. Roger A. BARRENTINE
09  Director Research & Planning ...............Dr. Joseph E. LANGE

15  Director of Human Resources .................Ms. Tasha WELSH
21  Controller ............................Mr. Richard H. HARDIN
88  Director Child Care Centers ................Ms. Sandra K. BASLER
88  Director Career Connections ..................Dr. Nancy WEGGE
41  Director Athletics ......................Ms. Jo Ellen STRINGER
88  Director Graphics/Production Svcs ......Mr. Roger A. BARRENTINE
18  Director Buildings & Grounds ..........Mr. Gerald L. GREENSTREET
88  Director Learning & Assess Centers ........Mr. Bryan D. HERRICK
51  Dean Nontradition/Extended Learning .........Mrs. Jane B. KOST
75  Dean Vocational/Technical Education .......Mr. Frank J. THOENDEL
11  Division Chair Math/Science ............................ Vacant
88  Dean Communications/Arts ...............Dr. Melinda GELSON
72  Assoc Dean Technology ....................Mr. Alan C. FOSTER
74  Director Veterinary Technology .........Mrs. Cheryl EMERSON
76  Director Health Technologies .................Ms. Michele SOEST
88  Director Business & Industry ...........Mr. Thomas J. BURKE
96  Director of Purchasing ...................Mr. Richard TURLEY
13  Director Telecomm & Networking ..............Mr. Tracy JAMES
91  Director Administrative Computing ............Mr. Tim CANNON
37  Director Student Financial Aid .................Ms. Julie PIERCE

## Kansas City Art Institute    (F)
4415 Warwick Boulevard, Kansas City MO 64111-1874
County: Jackson      FICE Identification: 002473
     Unit ID: 177746
Telephone: (816) 472-4852      Carnegie Class: Specialized-Art/Music/Design
FAX Number: (816) 472-3439      Calendar System: Semester
URL: www.kcai.edu
Established: 1885      Annual Undergrad Tuition & Fees: $22,392
Enrollment: 592      Coed
Affiliation or Control: Independent Non-Profit      IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Fine Arts Emphasis
Accreditation: **NH, ART**

01  President .............................Ms. Kathleen COLLINS
11  Executive Vice Pres Administration .......Mr. Ronald E. CATTELINO
30  Vice President for Advancement ..................Ms. Pamela SIBERT
20  Vice Pres for Academic Affairs ..............Mr. Derek LAWYTER
84  Vice Pres for Enrollment Management ..............Mr. Larry STONE
25  Director for Communications ................Ms. Anne CANFIELD
05  Dean of Faculty ..........................Mr. Gary SUTTON
32  Dean Academic Aff/Stdnt Life ....Mr. Tedd AGUIRRE-LAGANDRE
20  Dean Acad Aff/Spec Programs ...............Ms. Shirley O'LEARY
33  Dean Acad Aff/Stdnt Achievement .........Ms. Bambi BURGARD
06  Registrar ................................Ms. Ida SOHM
07  Regional Council for Admissions ..............Ms. Darcy DEAL
15  Director Human Resources ...................Ms. Barbara FINKE
18  Facilities Director/Plant Services .............Mr. Larry STUCKEY
29  Director Alumni Relations ....................Mr. Brad HARRAH
37  Director of Financial Aid ...........Ms. Christal D. WILLIAMS
21  Controller ............................Ms. Suzette NAYLOR
36  Director Career Services ...............Ms. Storm HULTGREN

## Kansas City College    (G)
800 E. 101st Terrace, Suite 100,
Kansas City MO 64131-5308
     Identification: 666361
Telephone: (816) 444-2232      Carnegie Class: Other
FAX Number: (816) 478-6101      Calendar System: Other
Established: N/A      Annual Undergrad Tuition & Fees: $10,000
Enrollment: N/A      Coed
Affiliation or Control: Proprietary      IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: **ACCSCT**

01  Director ..............................Ms. Susan WILLIAMSON

## Kansas City University of Medicine & Biosciences    (H)
1750 Independence Avenue, Kansas City MO 64106-1453
County: Jackson      FICE Identification: 002474
     Unit ID: 179812
Telephone: (816) 283-2000      Carnegie Class: Specialized-Medical
FAX Number: (816) 283-2303      Calendar System: Semester
URL: www.kcumb.edu
Established: 1916      Annual Graduate Tuition & Fees: $35,055
Enrollment: 926      Coed
Affiliation or Control: Independent Non-Profit      IRS Status: 501(c)3
Highest Offering: First Professional Degree; No Undergraduates
Program: Professional
Accreditation: **NH, OSTEO**

01  President/CEO ..........................Ms. Karen L. PLETZ
05  Exec Vice President/Acad Affs/Dean ...........Dr. William L. WILLSIE
10  Exec VP Finance/Administration ..........Mr. Richard K. HOFFINE
30  Exec Vice Pres Inst Devel/Corp Plng ......Mr. Douglas C. DALZELL
45  Exec Vice Pres for Inst Devel/Found ......Mr. Douglas C. DALZELL
88  VP Marketing/Comm/Instl Culture ..........Ms. Denise K. KAISER
30  Vice President for Advancement ..............Ms. Sheryl L. CUSTER
19  Asst Vice President of Finance ..............Mr. James E. PARK
04  Executive Administrative Assistant ...........Ms. Connie J. BOYD
32  Exec Dir Student Affairs/Admissions .......Ms. LeAnn K. CARLTON
88  Exec Dir Community Clinical Educ .......Mr. Stephen J. PHIPPS
88  Exec Dir University/Public Relations ...........Ms. Mary A. JONES
09  Director of Libraries ....................Miss Marilyn J. DEGEUS
15  Director of Human Resources .........Ms. Dawn M. HARRINGTON

18  Director Physical Facilities .................Mr. Walter W. SNYDER
96  Director of Purchasing ...............Ms. Carrie L. SIMSHEUSER
51  Dir of Continuing Medical Education .....Ms. Roberta S. MANDL
88  Director Clinical Research ....................Dr. Patrick G. CLAY
06  Registrar ...............................Mr. Lynn L. WALKER
27  Chief Information Officer ..................Ms. Rebecca G. TALKEN
37  Director of Financial Aid ...............Ms. Sharon S. HERMAN
88  Director of Recruitment Activities ..............Mr. Philip D. BYRNE
44  Dir Corporate Foundation Rels ...........Ms. Stephanie M. FINLEY
30  Director of Development ...............Ms. Christine A. WAHLERT
23  Dir of Community Clinic Operations ........Mr. Derell A. TALLMON
30  Director of Alumni Development ...............Mr. Ted P. PLACE
35  Director of Student Services ...............Ms. Natalie A. WOLF
88  Dean of College of Biosciences ..........Dr. Douglas R. RUSHING
20  Assoc Dean Basic Medical Sciences ..........Dr. Alan G. GLAROS
53  Sr Assoc Dean Curriculum Education ........Dr. Nehad I. EL-SAWI
88  Assoc Dean Strategic Initiatives ...........Dr. Maureen DUDGEON
88  Asst Dean/Academic Advancement ............Dr. Gary O. BALLAM
88  Assoc Dean College of Biosciences ......Dr. Robert E. STEPHENS
46  Associate Dean for Research .................Dr. James GUILLORY
24  Audio-Visual Coordinator ...................Mr. Wade W. GLOSSER
36  Student Placement Coordinator ..............Ms. Shari L. HUNTER

## Keller Graduate School of Management of DeVry University    (I)
11224 Holmes Road, Kansas City MO 64131
County: Jackson      Identification: 666212
Telephone: (816) 941-0367      Carnegie Class: Other
FAX Number: (816) 941-2224      Calendar System: Semester
URL: www.keller.edu
Established: 1988      Annual Graduate Tuition & Fees: $18,720
Enrollment: 162      Coed
Affiliation or Control: Proprietary      IRS Status: Proprietary
Highest Offering: Master's; No Undergraduates
Program: Professional; Business Emphasis
Accreditation: **&NH**

02  Center Dean .............................Mr. Gary MYERS
07  Asst Director of Admissions ................Ms. Metra HOLT

† Regional accreditation is carried under the parent institution in Oakbrook Terrace, IL.

## Keller Graduate School of Management of DeVry University    (J)
1010 Market Street, Suite 550, Saint Louis MO 63101
County: Saint Louis      Identification: 666213
Telephone: (314) 588-0066      Carnegie Class: Other
FAX Number: (314) 588-0099      Calendar System: Semester
URL: www.keller.edu
Established: 1988      Annual Graduate Tuition & Fees: $21,000
Enrollment: 45      Coed
Affiliation or Control: Proprietary      IRS Status: Proprietary
Highest Offering: Master's; No Undergraduates
Program: Professional; Business Emphasis
Accreditation: **&NH**

02  Center Dean .............................Ms. Penny SCHAFER

† Regional accreditation is carried under the parent institution in Oakbrook Terrace, IL.

## Kenrick-Glennon Seminary-Kenrick School of Theology    (K)
5200 Glennon Drive, Saint Louis MO 63119-4399
County: Saint Louis      FICE Identification: 002476
     Unit ID: 177816
Telephone: (314) 792-6100      Carnegie Class: Specialized-Theological
FAX Number: (314) 792-6500      Calendar System: Semester
URL: www.kenrick.edu
Established: 1893      Annual Graduate Tuition & Fees: $15,185
Enrollment: 60      Male
Affiliation or Control: Roman Catholic      IRS Status: 501(c)3
Highest Offering: Master's; No Undergraduates
Program: Professional
Accreditation: **NH, THEOL**

01  President/Rector ....................Msgr. Ted L. WOJCICKI
03  Vice Rector/Dean of Students .......Rev. Edward J. RICHARD, M.S.
05  Vice Rector/Academic Dean .......Rev. Lawrence C. BRENNAN
10  Chief Business Officer ..................Mr. Michael J. BASLER
08  Librarian ................................Dr. Andrew J. SOPKO
38  Director of Formation .............Rev. Edward J. RICHARD, M.S.
30  Director of Development .................Mr. John J. CLEARY
06  Registrar/Financial Aid ............Mrs. Kathleen M. RATERMAN

## Lincoln University    (L)
820 Chestnut Street, Jefferson City MO 65101-3537
County: Cole      FICE Identification: 002479
     Unit ID: 177940
Telephone: (573) 681-5000      Carnegie Class: Master's I
FAX Number: (573) 681-5566      Calendar System: Semester
URL: www.lincolnu.edu
Established: 1866      Annual Undergrad Tuition & Fees (In-State): $4,412
Enrollment: 3,275      Coed
Affiliation or Control: State      IRS Status: 501(c)3
Highest Offering: Beyond Master's But Less Than Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Business Emphasis

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

Case 2:06-cv-00882-MHT-TFM   Document 106-4   Filed 09/06/2006   Page 1 of 28

2006 Higher Education Directory®

01 President/Director .......................... Mr. Ronald DOVE
05 Vice President/Director Education ...... Mr. Wilbur O. CRAWFORD
32 Administrator/Student Services ...... Ms. Maureen P. FLANAGAN
07 Director Student Financial Aid .......... Ms. Susan J. COHEN
13 Admissions Director ...................... Ms. Lynne WARTMAN
10 Bookkeeper/Accounting .................. Ms. Stephana HAYS
48 Executive Secretary ...................... Ms. Jodi BRABAZON

## ICM School of Business & Medical Careers (A)

10 Wood Street, Pittsburgh PA 15222-1977
County: Allegheny                FICE Identification: 007436
                                 Unit ID: 213002
Telephone: (412) 261-2647        Carnegie Class: Associate's
FAX Number: (412) 261-6491       Calendar System: Quarter
URL: www.icmschool.com
Established: 1963       Annual Undergrad Tuition & Fees: $14,770
Enrollment: 1,065                          Coed
Affiliation or Control: Proprietary     IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: ACICS, MAC, OTA

01 President .......................... Ms. Jackie L. FLYNN
05 Director of Education ............ Ms. Carla M. RYBA
37 Director of Financial Aid ........ Mr. Chris FOX
07 Director of Admissions ........... Mrs. Marcia RICK
10 Director of Finance ...... Mrs. Denise RINGER-FISHER
36 Director of Career Services ...... Ms. Jennifer KELLY

## Immaculata University (B)

1145 King Road, Immaculata PA 19345-0654
County: Chester                  FICE Identification: 003276
                                 Unit ID: 213011
Telephone: (610) 647-4400        Carnegie Class: Master's I
FAX Number: (610) 251-1668       Calendar System: Semester
URL: www.immaculata.edu
Established: 1920       Annual Undergrad Tuition & Fees: $19,500
Enrollment: 3,811                          Coed
Affiliation or Control: Roman Catholic   IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: M, CLPSY, DIETD, DIETI, MUS, NUR, NURSE

37 President ...................... Sr. R. Patricia FADDEN
05 Vice Pres Academic Affairs ...... Sr. Carroll ISSELMANN
33 Vice Pres Finance/Administration ........... Vacant
30 Vice Pres Institutional Advancement ... Dr. Linda HOPKINS
32 Vice Pres Student Affairs ...... Mr. Stephen J. PUGLIESE
05 Dean ........................... Ms. Janice BATES
45 Director Inst Research/Assessment ... Mr. Kurt SCHMIEDMILLER
44 Dean of Enrollment Services ...... Mr. Kevin M. MCINTYRE
08 Director of Library ............ Mr. Jeffrey D. ROLLISON
37 Director Student Financial Aid ...... Mr. Peter LYSIONEK
44 Senior Director of Gift Planning ... Ms. Antoinette MAKOWSKI
91 Director Administrative Computing ...... Mr. Dale MARCHAND
26 Director Public Relations ...... Ms. Marie MOUGHAN
05 Director Alumnae Relations ...... Ms. Edie PETILLO
36 Director Career Advancement ...... Mr. Donald BROOM
38 Director Student Counseling ... Ms. Kristi PHILLIPS-MOORE
41 Athletic Director ............. Ms. Patricia CANTERINO
13 Director Institutional Advisor ... Sr. Catarin CONJAR
90 Director Academic Computing ...... Mr. Richard KRALEVICH
42 Chaplain ..................... Fr. Gregory J. HICKEY
43 Dean Graduate Division ........ Sr. Ann M. HEATH
51 Dean of Undergrad Studies ...... Dr. Janet KANE
51 Dean College of Lifelong Learning ...... Dr. Ellie FRANKE
12 Director Campus Safety ........ Mr. Eugene BIAGIOTTI
15 Director of Personnel Services ...... Mrs. Cathey PASSIN
13 Director of Physical Plant .... Mr. Dennis SHORES
07 Director of the Annual Fund ...... Ms. Karen D. MATHYEYCHUK
42 Director of Campus Ministry ........... Sr. Cathy NALLY
07 Director of Admissions ........ Mr. Michael WALDEN

## International Academy of Design & Technology (C)

555 Grant Street, Pittsburgh PA 15219-4415
County: Allegheny                FICE Identification: 010217
Telephone: (412) 391-4197        Carnegie Class: Associate's
FAX Number: (412) 391-4424       Calendar System: Other
URL: www.iadtpitt.com
Established: 1967       Annual Undergrad Tuition & Fees: $30,000
Enrollment: 550                            Coed
Affiliation or Control: Proprietary     IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS

01 President .................... Mr. William H. ROONEY
02 Vice President of Finance ...... Mr. James JONES
07 Senior Director of Admissions ...... Mr. Christopher LANG
05 Director of Education ......... Mr. Michael GAINEY
05 Director of Placement ......... Mr. May EIFLER
37 Director of Financial Aid ...... Ms. Shondra DUBROSKEY
42 Assistant to the President ...... Ms. Karen WILLOUGHBY
05 Director of Student Management ...... Mr. Ernest JUNSTROM
10 Registrar .................... Ms. Tami WEIMER
13 Asst Director Computing & Info Mgmt ... Mr. Todd NEDZELSKI
22 Manager of Compliance ........ Mr. Richard HORN

## ITT Technical Institute (D)

3330 Tillman Drive, Bensalem PA 19020-2030
County: Bucks                    Identification: 666320
Telephone: (215) 244-8871        Carnegie Class: Other
FAX Number: (215) 244-8872       Calendar System: Quarter
URL: www.itt-tech.edu
Established: 2003       Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                            Coed
Affiliation or Control: Proprietary     IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Professional
Accreditation: ACICS

## ITT Technical Institute (E)

760 Moore Road, King of Prussia PA 19406
                                 Identification: 666322
Telephone: (610) 491-8004        Carnegie Class: Other
FAX Number: (610) 491-9047       Calendar System: Quarter
URL: www.itt-tech.edu
Established: 2002       Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                            Coed
Affiliation or Control: Proprietary     IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Technical Emphasis
Accreditation: ACICS

## ITT Technical Institute (F)

5020 Louise Drive, Mechanicsburg PA 17055-4899
County: Cumberland               Identification: 666548
Telephone: (717) 691-9263        Carnegie Class: Associate's
FAX Number: (717) 691-9273       Calendar System: Quarter
URL: www.itt-tech.edu
Established: 1994       Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                            Coed
Affiliation or Control: Proprietary     IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Technical Emphasis
Accreditation: ACICS

† Branch campus of ITT Technical Institute, Indianapolis, IN.

## ITT Technical Institute (G)

105 Mall Boulevard, Suite 200 E, Monroeville PA 15146
County: Allegheny                Identification: 666482
                                 Unit ID: 430360
Telephone: (412) 856-5920        Carnegie Class: Associate's
FAX Number: (412) 856-4501       Calendar System: Quarter
URL: www.itt-tech.edu
Established: 1996       Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                            Coed
Affiliation or Control: Proprietary     IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Technical Emphasis
Accreditation: ACICS

† Branch campus of ITT Technical Institute, Youngstown, IN.

## ITT Technical Institute (H)

10 Parkway Center, Pittsburgh PA 15220-3801
County: Allegheny                Identification: 666483
                                 Unit ID: 414841
Telephone: (412) 937-9150        Carnegie Class: Associate's
FAX Number: (412) 937-9425       Calendar System: Quarter
URL: www.itt-tech.edu
Established: 1992       Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                            Coed
Affiliation or Control: Proprietary     IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Technical Emphasis
Accreditation: ACICS

† Branch campus of ITT Technical Institute, Youngstown, IN.

## JNA Institute of Culinary Arts (I)

1212 South Broad Street, Philadelphia PA 19146-3119
County: Philadelphia             FICE Identification: 031033
Telephone: (215) 468-8800        Carnegie Class: Associate's
FAX Number: (215) 468-8838       Calendar System: Other
URL: www.culinaryarts.com
Established: 1988       Annual Undergrad Tuition & Fees: $7,000
Enrollment: 60                             Coed
Affiliation or Control: Proprietary     IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

01 Director .................... Mr. Joseph DIGIRONIMO
07 Director of Admission ........ Mr. Robert FOX

## Johnson College (J)

3427 North Main Avenue, Scranton PA 18508-1495
County: Lackawanna               FICE Identification: 021142
                                 Unit ID: 212233
Telephone: (570) 342-6404        Carnegie Class: Associate's
FAX Number: (570) 348-2181       Calendar System: Semester
URL: www.johnson.edu
Established: 1916       Annual Undergrad Tuition & Fees: $11,663
Enrollment: 388                            Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT, RAD

01 President ...................... Dr. Ann L. PIPINSKI
05 Vice Pres Academic Affairs ...... Mr. Dominick A. CARACHILO
53 Vice Pres for Cont Education .................. Vacant
10 Vice Pres Operations/Administration ... Mr. Bob VALENTINE
45 Director Development/College Rels ...... Mrs. Mary Lou MILLER
13 Director of Computer Services ...... Mr. Stephen R. CHESKIEWICZ
37 Financial Aid Director ........ Ms. Jo-Ann ORCUTT
84 Director of Enrollment Management .................. Vacant
88 Tutorial Coord/Secretary ...... Ms. Lynn KRUSHINSKI
10 Director of Finance ........... Ms. Lynn VOLK
49 Head Librarian ........... Mrs. Michele M. SREBRO
42 Assistant to the President .......... Ms. Lisa TOOLE
06 Registrar .................... Ms. Melissa DEE
23 Dir of Career/Alumni Services ...... Mrs. Carol Y. SNYDER
41 Athletic Director ............ Mr. David COASSOLO
84 Ast Dir Student Support Svcs ...... Ms. Leslie LEARN
88 Counselor/Professional Tutor ...... Mr. Craig FRIES
39 Coord on-Campus Housing/Bookstore ... Ms. Christine BUCKERY
32 Coord Business/Community Programs ...... Ms. Marcia WALSH

## Juniata College (K)

1700 Moore Street, Huntingdon PA 16652-2119
County: Huntingdon               FICE Identification: 003279
                                 Unit ID: 213251
Telephone: (814) 641-3000        Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (814) 641-3199       Calendar System: Semester
URL: www.juniata.edu
Established: 1876       Annual Undergrad Tuition & Fees: $25,690
Enrollment: 1,427                          Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: M, SW

01 President ...................... Dr. Thomas R. KEPPLE, JR.
31 Provost/Vice Pres Student Devel ...... Dr. James J. LAKSO
10 Vice Pres Col Advancement/Marketing ...... Mr. John S. HILLE
10 Vice Pres Finance/Operations ...... Mr. William R. ALEXANDER
27 Vice Pres & Chief Info Officer ...... Mr. Ray CHAMBERS
26 Assoc VP External Relations/Mktg ...... Mrs. Michelle E. CORBY
88 Assoc Vice Pres College Devel .................. Vacant
44 Dean of Enrollment .......... Ms. Michelle M. BARTOL
85 Dean International Programs ...... Ms. Jo Ann D. WALLACE
06 Registrar .................... Ms. Andrea D. FREDERICK
30 Director Career Planning/Placement ...... Dr. Darwin V. KYSOR
37 Director Student Financial Planning ...... Mr. Randall S. RENNELL
08 Library Director ............. Mr. John W. MUMFORD
13 Director Admin Information Svcs ...... Ms. Barbara J. HUGHES
15 Director of Human Resources ...... Ms. Gail LEIBY-GREUBEL
32 Dean of Students ............. Mr. Kris R. CLARKSON
45 Director of Institutional Research ...... Ms. Cynthia G. CLARK
09 Director of Facilities Services ...... Mr. Tristan S. DEL GIUDICE
13 Director Campus Safety & Security ...... Mr. Rocco PANOSETTI, JR.
23 Director of Alumni Development ...... Mr. Chad H. HERZOG
39 Director of Residential Life ...... Mr. Timothy R. LAUNTZ
41 Athletic Director ............ Mr. Lawrence R. BOCK
90 Dir Technology Solutions Center ...... Dr. Dennis JOHNSTON
20 Controller ................... Mr. Philip G. THOMPSON
42 College Chaplain ............. Ms. Marsha F. HARTMAN
38 Assistant Dean of Students ...... Mr. Daniel COOK-HUFFMAN
42 College Chaplain ............. Mr. L. David WITKOVSKY
20 Director of Academic Support Svcs ...... Ms. Sarah M. CLARKSON
14 Director Technology Operations ...... Mr. David J. FUSCO
39 Director of Campus Activities ...... Ms. Staci A. WEBER
13 Director of Conferences ...... Ms. Colleen MCLAUGHLIN
07 Director of Admissions ...... Ms. Terri L. BOLLMAN-DALANSKY
38 Director of Student Counseling ...... Ms. M. Beth WILLIAMS
28 Director of Diversity ........ Ms. Rosalie RODRIGUEZ

## Keystone College (L)

One College Green, La Plume PA 18440-0200
County: Lackawanna               FICE Identification: 003280
                                 Unit ID: 213303
Telephone: (570) 945-8000        Carnegie Class: Associate's
FAX Number: (570) 945-8962       Calendar System: Semester
URL: www.keystone.edu
Established: 1868       Annual Undergrad Tuition & Fees: $14,100
Enrollment: 1,658                          Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General
Accreditation: M

01 President .................... Dr. Edward G. BOEHM, JR.
05 VP Academic Affairs/Dean of College ... Dr. Robert F. SCOTT

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

IRS Status: Proprietary
Highest Offering: Master's; No Undergraduates
Program: Professional; Business Emphasis
Accreditation: ≠NH

02  Center Dean ....................................Ms. Lewis ZANON

† Regional accreditation is carried under the parent institution in Oakbrook Terrace, IL.

## Keller Graduate School of Management of DeVry University (A)

2056 Westings Avenue, Suite 40, Naperville IL 60563
County: DuPage                        Identification: 666207
Telephone: (630) 428-9086    Carnegie Class: Other
FAX Number: (630) 428-4721   Calendar System: Semester
URL: www.keller.edu
Established: 2002    Annual Graduate Tuition & Fees: $22,440
Enrollment: 280     Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Master's; No Undergraduates
Program: Occupational; Professional; Business Emphasis
Accreditation: ≠NH

02  Center Dean ....................................Ms. Kristin TUTEN

† Regional accreditation is carried under the parent institution in Oakbrook Terrace, IL.

## Keller Graduate School of Management of DeVry University (B)

1051 Perimeter Drive, 9th Floor, Schaumburg IL 60173
County: Cook                          Identification: 666208
Telephone: (847) 330-0040    Carnegie Class: Other
FAX Number: (847) 330-0046   Calendar System: Semester
URL: www.keller.edu
Established: 1977    Annual Graduate Tuition & Fees: $22,440
Enrollment: 211     Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Master's; No Undergraduates
Program: Professional; Business Emphasis
Accreditation: ≠NH

02  Center Dean ....................................Mr. John KANTARSKI

† Regional accreditation is carried under the parent institution in Oakbrook Terrace, IL.

## Keller Graduate School of Management of DeVry University (C)

18624 West Creek Drive, Tinley Park IL 60477
County: Cook                          Identification: 666113
Telephone: (708) 342-3300    Carnegie Class: Other
FAX Number: (708) 342-3120   Calendar System: Semester
URL: www.tp.devry.edu
Established: 2000    Annual Undergrad Tuition & Fees: $11,890
Enrollment: 1,613   Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Master's
Program: Occupational; Liberal Arts And General
Accreditation: ≠NH

02  Director of Admissions .........................Dr. Susan L. FRIEDBERG
05  Campus Dean ....................................Mr. William G. EDWARDS
07  Director of Admissions .........................Mr. Bruce JONES
55  Assoc Dean Evening/Weekend Stds ................Mr. Koby LEE
06  Assoc Registrar ................................Ms. Carol CORTILIET
15  Human Resource Generalist ......................Ms. Kim DANIEL
32  New Student Coordinator ........................Ms. Kerrie FLYNN
72  Assoc Dean of Electronics Programs .............Mr. Joe BOOKER
05  Dean of Academic Affairs .......................Ms. Susan FRIEDBERG
35  Associate Dean of Students .....................Ms. Kathleen MARBURGER
37  Director of Student Finance ....................Ms. Connie ALABI
12  Graduate Center Dean ...........................Mr. Robert A. SALITORE

† Regional accreditation is carried under the parent institution in Oakbrook Terrace, IL.

## Kendall College (D)

900 N. North Branch Street, Chicago IL 60622-4278
County: Cook                        FICE Identification: 001703
                                    Unit ID: 146393
Telephone: (312) 752-2020    Carnegie Class: Baccalaureate-Associate's
FAX Number: (312) 752-2021   Calendar System: Quarter
URL: www.kendall.edu
Established: 1934    Annual Undergrad Tuition & Fees: $15,445
Enrollment: 600     Coed
Affiliation or Control: United Methodist    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Professional
Accreditation: NH, ACFEI

01  President ......................................Mr. Howard A. TULLMAN
05  Chief Academic Officer .........................Mr. Edwin EISENKRAITH
10  Vice President of Development ...................Mr. Charles E. JONES
08  Director Library Services ......................Mrs. Iva M. FREEMAN
10  Dir of Financial/Business Services .............Mr. David DONNENBERG

## Kishwaukee College (E)

21193 Malta Road, Malta IL 60150-9600
County: De Kalb                     FICE Identification: 007684
                                    Unit ID: 146418
Telephone: (815) 825-2086    Carnegie Class: Associate's
FAX Number: (815) 825-2072   Calendar System: Semester
URL: www.kishwaukeecollege.edu
Established: 1967    Annual Undergrad Tuition & Fees (In-District): $2,205
Enrollment: 4,380   Coed
Affiliation or Control: State/Local    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, COMTA, RAD

01  President ......................................Dr. David J. LOUIS
05  VP Career/Transfer Instruction .................Dr. Thomas CHOICE
10  VP Business Services & Finances ................Mr. William WILKINSON
32  VP Student Services ............................Mr. Larry G. APPERSON
81  Dean Math/Science/Health .......................Mr. Anthony MAKSA
83  Dean Arts/Communic/Social Science ..............Ms. Ann BUSSE
47  Assoc Dean Career Technologies .................Mr. William MCKINLEY
72  Dean Career Technologies .......................Mrs. Sara POHL
31  Dean Adult/Community Education .................Ms. Evelina CICHY
30  Dir Kishwaukee Col Foundation Devel ............Mrs. Tami ARMSTRONG
13  Director Information Technology ................Mr. Scott ARMSTRONG
07  Dir Admissions/Registration/Records ............Ms. Jill BIER
37  Director Student Financial Aid .................Mrs. Pam WAGENER
66  Director Nursing ...............................Ms. Heather PETERS
41  Athletic Director ..............................Ms. Karen WILEY
40  Director Bookstore .............................Mrs. Lynne DURIN
09  Director of Inst Research/Reports ..............Mr. Kevin J. FUSS
27  Director of Marketing ..........................Ms. Karen SCHMITT
13  Director Human Resources .......................Ms. Anne-Marie EGGLESTON
15  Director Nursing ...............................Mrs. Kate NOREIKO
18  Chief Facilities/Physical Plant ................Mr. Gary STROTHMAN
21  Director of Fiscal Services ....................Mr. Robert GALICK

## Knowledge Systems Institute (F)

3420 Main Street, Skokie IL 60076-2453
County: Cook                        FICE Identification: 026227
                                    Unit ID: 260956
Telephone: (847) 679-3135    Carnegie Class: Specialized-Engineering/Tech
FAX Number: (847) 679-3166   Calendar System: Semester
URL: www.ksi.edu
Established: 1978    Annual Graduate Tuition & Fees: $6,430
Enrollment: 96     Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's; No Undergraduates
Accreditation: NH

01  President ......................................Dr. Shi-Kuo CHANG
03  Executive Director .............................Ms. Judy PAN
05  Academic Dean ..................................Dr. Frederick THULIN
11  Office Administrator ...........................Mr. Craig WILLIAMS
07  Chr Computer Sci/Admiss Committee ..............Dr. Cheng-Yuan HSIEH
08  Library Director ...............................Ms. Ellen K. BRYANT

## Knox College (G)

2 East South Street, Galesburg IL 61401-4999
County: Knox                        FICE Identification: 001704
                                    Unit ID: 146427
Telephone: (309) 341-7000    Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (309) 341-7090   Calendar System: Trimester
URL: www.knox.edu
Established: 1837    Annual Undergrad Tuition & Fees: $26,100
Enrollment: 1,167   Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: NH

01  President ......................................Roger L. TAYLOR
05  Dean of the College ............................Lawrence B. BREITBORDE
10  Vice Pres for Finance & Admin Svcs .............Thomas B. AXTELL
32  Vice Pres Stdnt Dev/Dean of Stdnts .............Xavier E. ROMANO
30  Vice Pres for Advancement ......................Brian S. WILLIAMS
07  Vice Pres Enrollment/Dean of Admn ..............Paul R. STEENIS
06  Registrar ......................................Kevin J. HASTINGS
20  Associate Dean of College ......................Stephen BAILEY
37  Director Financial Aid .........................Teresa JACKSON
08  Librarian ......................................Jeffrey A. DOUGLAS
36  Director Ctr Career Pre-Prof Dev ...............Heather POPPE
14  Director Computer Center & Telecomm ............Steven JONES
15  Director Personnel Services ....................Rita A. SPRAGUE
18  Director Facilities Services ...................Scott MAUST
21  Controller .....................................Bobby Jo MAURER
88  Director Public Relations ......................Karrie HEARTLAIN

07  Director of Admissions
13  Director of Information Technology ........Mr. Duc D. NGUYEN
18  Superintendent of Maintenance ............Mr. Phil DAVIS
26  Director of Marketing ....................Mr. David LONG
29  Alumni Relations .........................Ms. Molly HAPNER
13  Director of Financial Aid ................Ms. Cynthia SABO
39  Director of Residence Life ...............Ms. Kate ALESSIO
49  Dean Arts & Sciences .....................Dr. John ZIMMERMANN

07  ..........................................Carol J.
38  Director Alumni Programs .................Daniel L.
41  Director of Athletics ....................Daniel A. CA...
96  Director of Purchasing ...................Ray L.

## Lake Forest College

555 North Sheridan Road, Lake Forest IL 60045-23...
County: Lake                        FICE Identification: ...
                                    Unit ID...
Telephone: (847) 234-3100    Carnegie Class: Baccalaureate-Li...
FAX Number: (847) 735-6291   Calendar System: ...
URL: www.lfc.edu
Established: 1857    Annual Undergrad Tuition & Fees ...
Enrollment: 1,380
Affiliation or Control: Independent Non-Profit    IRS Status ...
Highest Offering: Master's
Program: Liberal Arts And General
Accreditation: NH

01  President ..................................Mr. Stephen D.
05  Provost/Dean of Faculty ....................Dr. Janet MCC...
10  Vice Pres of Business/Treasurer ............Mrs. Leslie T. C...
30  Vice Pres Alumni/Devel/Secy of Col .........Dr. James P. THO
07  Vice Pres Admissions/Career Svcs ...........Mr. William G. MOT...
84  Director of Alumni Admiss
        Programs ...............................Mr. Francis B. GUMMER...
06  Executive Assistant to President ...........Ms. Ingrid H. ...
21  Controller .................................Ms. Lori H. SUR...
37  Director of Financial Aid ..................Mr. Gerard J. CEBR...
32  Dean of Students ...........................Ms. Bet...
33  Assoc Prov/Assoc Dean of Faculty ...........Dr. George L. ...
35  Sr Associate Dean of Students ..............Ms. Marita LABEL
41  Athletic Director ..........................Ms. Jacqueline
06  Registrar ..................................Ms. Ruthane
08  Librarian & Director Info Svcs/Tech ........Mr. James F...
31  Int Director of the Counseling Ctr .........Ms. Debra ...
29  Director Alumni & Devel Research ...........Mr. William ...
09  Director of Institutional Research .........Ms. Naomi WENT...
15  Director of Human Resources ................Ms. Cynthia B. C...
13  Director of Career Services ................Ms. Ellen BART...
18  Director of Facilities Management ..........Ms. Caro...
19  Director of Security .......................Mr. Jerry L. ...
81  Asst to Dean Faculty/Dir Cmty Educ .........Ms. Caro...
28  Director of Intercultural Relations ........Mr. Robert
26  Chief Public Relations Officer .............Ms. Elizabet...

## Lake Forest Graduate School of Management

1905 West Field Court, Lake Forest IL 60045
County: Lake                        FICE Identification: ...
                                    Unit ID: ...
Telephone: (847) 234-5005    Carnegie Class: Specialized-Busin...
FAX Number: (847) 295-3656   Calendar System: ...
URL: www.lakeforestmba.edu
Established: 1946    Annual Graduate Tuition & Fee...
Enrollment: 791
Affiliation or Control: Independent Non-Profit    IRS Status ...
Highest Offering: Master's; No Undergraduates
Program: Professional
Accreditation: NH

01  President ..................................Mr. John N.
05  Exec VP/Chief Academic Officer .............Mr. Bruce
88  Exec VP LF Corporate Education .............Ms. Kathleen
10  VP Enterprise Advancement ..................Ms. Joan M. STEF...
30  VP Finance/Technology/Admin ................Mr. Michael D. ...
27  VP Marketing & Communications ..............Mr. Curtis F. ...
16  Director Human Resources ...................Ms. Suzanne G. ...
20  Associate Dean Lake Forest .................Mr. Frank B. BL...
58  Dean-MBA Programs ..........................Ms. Arlene J. ...
07  Associate Dean Admissions ..................Ms. Nell L. MC...
12  Associate Dean Schaumburg ..................Ms. Sarah E. ...
12  Associate Dean-Chicago .....................Ms. Christine L. PERI...
06  Registrar ..................................Ms. ...
20  Assistant Dean .............................Ms. Erica ...

## Lake Land College

5001 Lake Land Boulevard, Mattoon IL 61938-9366
County: Coles                       FICE Identification: ...
Telephone: (217) 234-5253    Carnegie Class: Associate...
FAX Number: (217) 234-5400   Calendar System: Semester
URL: www.lakeland.cc.il.us
Established: 1966    Annual Undergrad Tuition & Fees (In-Distr...
Enrollment: 7,196
Affiliation or Control: State/Local    IRS Status ...
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ADNUR, DH, PNUR, PTAA

01  President ..................................Dr. Robert K. ...
10  Vice President Business Services ...........Mr. Scott ...
04  Vice President Academic Services ...........Ms. Ct ...
32  Vice President Student Services ............Ms. Pam ...
30  Vice President Development .................Mr. Linda ...
75  Assoc Vice Pres Work Force Develop .........Mr. Linda VONA...
20  Assoc Vice Pres Educational Svcs ...........Dr. De ...
88  Exec Dean Correctional Pgms ................Mr. Tom KE...

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

```
37  Director Financial Aid ........................ Mr. Ron HEMPHILL
07  Interim Director of Admissions ......... Ms. Lynne HENDERSON
08  Librarian ........................................... Ms. Adele MILLER
```

## Huntington College of Health Sciences (A)
1204 Kenesaw Avenue, Knoxville TN 37919
County: Knox                                   Identification: 666971
Telephone: (800) 290-4226          Carnegie Class: Associate's
FAX Number: (865) 524-8339          Calendar System: Semester
URL: www.hchs.edu
Established: 1985          Annual Undergrad Tuition & Fees: $7,900
Enrollment: 325                                                  Coed
Affiliation or Control: Proprietary          IRS Status: Proprietary
Program: Occupational
Accreditation: DETC

```
01  Chief Executive officer ....................... Dr. Art PRESSER
11  Administrator .................................. Mr. Robert SCHMAEF
88  Director of Education ....................... Ms. Jennifer GREEN
06  Director/Registrar ........................ Ms. Cheryl FREEMAN
05  Dean of Academics ........................... Mr. Gene BRUNO
```

## International Academy of Design and Technology (B)
1 Bridgestone Park, Nashville TN 37214
County: Davidson                              Identification: 666347
Telephone: (615) 232-7384                   Carnegie Class: Other
FAX Number: (615) 391-0728          Calendar System: Quarter
URL: www.iadtnashville.com
Established: 2004          Annual Undergrad Tuition & Fees: $30,000
Enrollment: 250                                                  Coed
Affiliation or Control: Proprietary          IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational; Liberal Arts And General
Accreditation: ACICS

```
01  President .................................... Mr. Richard WECHNER
37  Director of Financial Aid ................ Ms. Lisa KENNICOTT
```

## ITT Technical Institute (C)
10208 Technology Drive, Knoxville TN 37932
County: Knox                         FICE Identification: 030734
                                                         Unit ID: 366650
Telephone: (865) 671-2800   Carnegie Class: Specialized-Engineering/Tech
FAX Number: (865) 671-2811          Calendar System: Quarter
URL: www.itt-tech.edu
Established: 1988          Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                                                  Coed
Affiliation or Control: Proprietary          IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Technical Emphasis
Accreditation: ACICS

## ITT Technical Institute (D)
7260 Goodlett Farms Parkway, Cordova TN 38016
County: Shelby                                Identification: 666550
                                                         Unit ID: 413884
Telephone: (901) 381-0200            Carnegie Class: Associate's
FAX Number: (901) 381-0299          Calendar System: Quarter
Established: 1994          Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                                                  Coed
Affiliation or Control: Proprietary          IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Technical Emphasis
Accreditation: ACICS

† Branch campus of ITT Technical Institute, Earth City, MO.

## ITT Technical Institute (E)
2845 Elm Hill Pike, Nashville TN 37214-3717
County: Davidson                     FICE Identification: 023598
                                                         Unit ID: 151494
Telephone: (615) 889-8700   Carnegie Class: Specialized-Engineering/Tech
FAX Number: (615) 872-7209          Calendar System: Quarter
URL: www.itt-tech.edu
Established: 1984          Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                                                  Coed
Affiliation or Control: Proprietary          IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Technical Emphasis
Accreditation: ACICS

## John A. Gupton College (F)
1616 Church Street, Nashville TN 37203-2920
County: Davidson                     FICE Identification: 008859
                                                         Unit ID: 220464
Telephone: (615) 327-3927          Carnegie Class: Baccalaureate-General
FAX Number: (615) 321-4518          Calendar System: Semester
URL: www.guptoncollege.edu
```

```
Established: 1946          Annual Undergrad Tuition & Fees: $6,500
Enrollment: 98                                                   Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, FUSER
```

```
01  President ................................. Mr. B. Steven SPANN
10  Bursar ................................. Mr. Maurice A. MOFFITT
08  Librarian ................................. Mr. Pepper BRUCE
06  Registrar ................................. Mrs. Lisa BOLIN
```

## Johnson Bible College (G)
7900 Johnson Drive, Knoxville TN 37998-0001
County: Knox                         FICE Identification: 003495
                                                         Unit ID: 220473
Telephone: (865) 573-4517   Carnegie Class: Specialized-Theological
FAX Number: (865) 251-2337          Calendar System: Semester
URL: www.jbc.edu
Established: 1893          Annual Undergrad Tuition & Fees: $12,580
Enrollment: 888                                                  Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: SC, BI

```
01  President .................................... Dr. David L. EUBANKS
05  Vice Pres for Academics ............... Dr. Richard K. BREW
10  Vice Pres for Business ............... Mr. Benjamin D. LUTZ
32  Vice Pres for Student Services ......... Mr. David LEGG
30  Vice Pres for Development .......... Mr. Philip A. EUBANKS
26  Director of Public Relations ........ Mr. Wilbur A. REID, JR.
88  Librarian ................................. Mr. Marie Carrie B. LOWE
06  Registrar ................................. Mrs. Sandra J. BLEVINS
07  Director of Admissions ................... Mr. Tim WINGFIELD
37  Financial Aid Director ............... Mrs. Janelle OVERTON
29  Director of Alumni Relations ...... Mr. Wilbur A. REID, JR.
09  Director of Institutional Research ....... Mr. John M. LOWE
41  Athletic Director .......................... Mr. Doug KARNES
18  Director of Plant Services ........ Mr. John LINSENBIGLER
92  Director of Honors Program ...... Dr. Gerald L. MATTINGLY
```

## King College (H)
1350 King College Road, Bristol TN 37620-2699
County: Sullivan                     FICE Identification: 003496
                                                         Unit ID: 220516
Telephone: (423) 968-1187          Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (423) 968-4456          Calendar System: Other
URL: www.king.edu
Established: 1867          Annual Undergrad Tuition & Fees: $17,680
Enrollment: 812                                                  Coed
Affiliation or Control: Presbyterian Church (U.S.A.)   IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: SC, NURSE

```
01  President .................................... Dr. Gregory D. JORDAN
03  Senior Vice President ...................... Dr. Jack E. SNIDER
10  Vice Pres Finance/Operations ....... Mr. James P. DONAHUE
32  Vice Pres for Student Affairs ......... Dr. Robert A. LITTLETON
05  VP Academic Affairs/Dean of Faculty ......... Dr. Paul M. PERCY
84  Vice Pres of Enrollment Management ..... Ms. Melinda S. CLARK
30  Assoc Vice Pres Marketing & Devel .......... Mrs. LeAnn HUGHES
20  Associate Dean of Faculty ............ Ms. Tracy PARKINSON
08  Dean Library and Learning Services ....... Mr. Matthew S. PELTIER
06  Registrar/Dir Regist & Records .......... Mrs. Sarah L. DILLOW
44  Director of Development ............... Mr. Darren PARKER
09  Director of Institutional Research ...... Dr. Kevin DEFORD
29  Director of Alumni Relations ......................... Vacant
42  Chaplain ...................................... Dr. Errol ROHR
21  Director of Business Operations ...... Mr. Thomas R. LARSON
05  Director of Career Development .......... Ms. Donna FELTY
41  Athletic Director ....................................... Vacant
38  Director of Counseling ............. Mr. Charles S. THOMPSON
98  Sports Information Director ........................... Vacant
40  Business Manager ....................... Mrs. Rebekah EARL
26  Dir of Communications/Marketing ..... Mrs. Mackenzie B. FRAZIER
37  Director Student Financial Aid .......... Ms. Brenda CLARK
84  Director of Recruitment .......... Ms. Mandy BUTTERWORTH
18  Chief Facilities/Physical Plant ............ Mr. Todd THOMAS
35  Director Student Development ......... Mr. Bronson PASKO
92  Director of Honors Program .......... Dr. Craig MCDONALD
93  Webmaster ................................. Mr. Trey WOODRUFF
27  Publications Specialist ...................... Ms. Lori KAYE
```

## Lambuth University (I)
705 Lambuth Boulevard, Jackson TN 38301-5296
County: Madison                      FICE Identification: 003498
Telephone: (731) 425-2500          Carnegie Class: Baccalaureate-General
FAX Number: (731) 988-4600          Calendar System: Semester
URL: www.lambuth.edu
Established: 1843          Annual Undergrad Tuition & Fees: $15,400
Enrollment: 806                                                  Coed
Affiliation or Control: United Methodist   IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General
Accreditation: SC, ACBSP

```
05  Vice Pres Academic Affairs .............. Dr. Susan KUPISCH
10  Vice Pres Business Affairs .......................... Vacant
30  Vice Pres Devel/University Rels ...... Mr. Thomas E. SCHNEIDER
84  Vice Pres Enrollment Mgmt ........... Mr. Richard K. MCLLLIN
32  Vice Pres Student Development ......... Mr. David HESTER
06  Dean of Records & Registrar ......... Ms. Nita M. PEARCE
38  Director Inst Research/Assessment ...... Mrs. Barbara LINDAMANN
37  Director of Financial Aid ................ Ms. Lisa WARMATH
07  Director of Admissions ................... Ms. Lisa WARMATH
29  Director of Alumni Affairs ........... Mrs. Aletza BOUCHER
44  Director of Annual Giving ............................ Vacant
26  Director of University Relations ..... Mr. Richard SCHMIDT
41  Athletic Director .......................... Dr. Chris BILEY
13  Director of Technology Services ...... Mr. Tony PEARSON
27  Director Library .......................... Mr. Pamela DENNIS
22  Affirmative Action Officer ........ Mrs. Barbara LINDAMANN
36  Director of Career Development .............. Ms. Dawn KEY
21  Controller ........................................... Vacant
18  Director Facilities Management ...... Mr. Gary WILLIAMS
19  Director of Public Safety ................ Mr. David HESTER
15  Director Personnel Services ............. Mr. John HARDIN
42  Chaplin/Director Campus Ministry ...... Rev. Tiffany PADGITT
16  Director Financial Services ............. Mr. Phil MULLIN
35  Assoc Director Student Affairs .......... Mrs. Melanie OVERTON
50  School of Business/Economics Head ...... Dr. Wilburn LANE
81  School Mathematical/Nat Head ......... Dr. David HAWKES
57  School Arts/Communications-Head .......... Dr. Larry RAY
79  School of Humanities-Head ........... Dr. Charles MAYO
83  School of Education-Head ............................ Vacant
83  School of Social Sciences-Head ...... Dr. Paul JACOBSON
```

## Lane College (J)
545 Lane Avenue, Jackson TN 38301-4598
County: Madison                      FICE Identification: 003499
                                                         Unit ID: 220598
Telephone: (731) 426-7500          Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (731) 427-3987          Calendar System: Semester
URL: www.lanecollege.edu
Established: 1882          Annual Undergrad Tuition & Fees: $7,176
Enrollment: 1,045                                                Coed
Affiliation or Control: Christian Methodist Episcopal   IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: SC

```
01  President .................................... Dr. Wesley C. MCCLURE
03  Executive Vice President ............. Ms. Sharon T. BURNETT
04  Exec Assistant to the President ......... Mrs. Darlette C. SAMUELS
05  Vice Pres Academic Affairs .......... Dr. Vicki VERNON LOTT
10  Vice Pres Business & Finance ...... Mr. Melvin R. HAMLETT
32  Vice Pres Student Affairs ............. Ms. Sherrill B. SCOTT
30  Vice Pres Inst Advance/Dir Alum Aff ...... Mr. Richard H. DONNELL
18  Chief Facilities/Physical Plant ......... Mr. Joe N. PERSON
26  Chief Public Relations Officer ....... Ms. Darlette C. SAMUELS
09  Director Institutional Research ...... Dr. Nicole R. EDWARDS
06  Librarian ...................................... Vacant
07  Director of Admissions ................... Ms. Evelyn BROWN
06  Registrar ................................. Ms. Ragan SUMMERS
37  Director of Financial Aid ............. Ms. Ursula SINGLETON
38  Director Student Counseling ............ Ms. Karla MCLAUR
84  Director Enrollment Management ......... Dr. Kelly R. BOYD
89  Director of Freshman Studies .......... Ms. Monique M. JOHNSON
96  Director of Purchasing ................ Ms. Tammy MCDOUGAL
36  Director Placement Services ........... Ms. Robbie COLEMAN
14  Director Information Technology ...... Mr. Earnest L. MITCHELL, III
15  Director of Personnel .................. Ms. Juanita MARSHALL
19  Director Security ........................ Mr. Thomas A. PILLOW
07  Director Bookstore ...................... Mr. Carter MCCLURE
19  Director of Safety ...................... Mrs. Marsha MCCLURE
20  Associate Academic Officer ........ Dr. Jacqueline W. GRAY
21  Associate Business Officer ............ Mr. Duan ROBINSON
28  Director of Diversity .................. Dr. Alpha ALEXANDER
29  Director Alumni Relations .......... Ms. Sheila R. DEADMON
```

## Lee University (K)
1120 North Ocoee Street, Cleveland TN 37311-4475
County: Bradley                      FICE Identification: 003500
                                                         Unit ID: 220613
Telephone: (423) 614-8000          Carnegie Class: Baccalaureate-General
FAX Number: (423) 614-8016          Calendar System: Semester
URL: www.leeuniversity.edu
Established: 1918          Annual Undergrad Tuition & Fees: $9,400
Enrollment: 3,849                                                Coed
Affiliation or Control: Church Of God   IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: SC, MUS

```
01  President .................................... Dr. Paul CONN
05  Vice Pres for Academic Affairs ..... Dr. Carolyn DIRKSEN
10  Vice Pres Operations ....................... Mr. Dale GOFF
11  Vice Pres for Administration ............. Mr. Gary RAY
10  Vice Pres Business & Finance .......... Mr. Chris CONINE
32  Vice Pres Student Life .................. Mr. Walt MAULDIN
18  Assistant VP for Development ........... Mr. Phil COOK
26  Asst VP for University Relations ...... Dr. Jerome HAMMOND
35  Dean of Students ........................... Mr. Mike HAYES
13  Director Information Systems ............. Mr. Craig GRAY
08  Librarian .................................. Dr. Donald SMEETON
```

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

02 Center Dean ............................................... Mr. Debra SAWYER

† Regional accreditation is carried under the parent institution in Oakbrook Terrace, IL.

## Liberty University (A)

1971 University Boulevard, Lynchburg VA 24502-2269
County: Independent City
FICE Identification: 020530
Unit ID: 232557
Telephone: (434) 582-2000
Carnegie Class: Master's I
FAX Number: (434) 582-2304
Calendar System: Semester
URL: www.liberty.edu
Established: 1971
Annual Undergrad Tuition & Fees: $14,550
Enrollment: 10,475
Coed
Affiliation or Control: Baptist
IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: SC, AT, NURSE, TED, TRACS

01 President/Chancellor .................................. Dr. Jerry FALWELL
05 Provost/VP for Academic Affairs ................ Dr. Boyd C. RIST
03 Executive VP/COO ................................... Mr. David L. YOUNG
33 VP for Student Affairs .............................. Mr. Mark L. HINE
88 VP for Spiritual Life ................................ Dr. Rob R. JACKSON
30 VP for Advancement ............................... Mr. Barry MOORE
20 Assoc VP Academic Affairs ..................... Dr. Dave BECK
36 Assoc VP Distance Educ/Lrng Tech ......... Dr. David BARNETT
21 Associate VP Finance .............................. Mr. Anthony BECKLES
09 Assoc VP for Admin Info Management ...... Mr. Larry SHACKLETON
45 Assoc VP for Instit Effectiveness ............. Dr. Connie PEARSON
02 Registrar ................................................ Mr. Andrew T. ALEXSON
07 Director of Admissions ............................ Mr. Richard A. PLYTER
88 Exec Director Resident Recruitment ......... Mr. Chris JOHNSON
07 Director of Graduate Admissions .............. Mr. Kyle A. FALLEK
03 Director of Alumni Affairs ........................ Mr. Andy BARRICK
33 Dean of Library Services .......................... Mr. Greg SMITH
33 Dean of Men ........................................... Mr. Joshua T. BROWN
44 Dean of Women ...................................... Mrs. Hope A. MINAK
88 Dean of the Seminary .............................. Dr. Ergun CANER
86 Dean of Seminary ................................... Dr. Ron GODWIN
37 Director of Financial Aid ......................... Ms. Rhonda F. ALSECK
88 Director Student Accounts ....................... Mr. Doug LOWE
44 Athletic Director ..................................... Dr. Thom PARK
49 Dean Arts & Sciences ............................. Dr. Ronald E. HAWKINS
50 Dean Business ....................................... Dr. Bruce K. BELL
60 Dean Communications ............................ Dr. William G. GRIBBIN
53 Dir Ctr Acad Support/Adv Svcs ............... Mrs. Barbara SHERMAN
73 Dean Religion ......................................... Dr. Elmer L. TOWNS
53 Dean Education ...................................... Dr. Karen L. PARKER
32 Dean of Student Life ............................... Mr. Jeff BOYER
04 Asst to Exec VP/COO .............................. Mrs. Sharon HARTLESS
13 Chief Information Officer ......................... Mr. Maurice J. ZAFFKE
15 Director of Human Resources .................. Mrs. Laura J. WALLACE
18 Director of Field Operations ..................... Mr. J. O. RENALDS
19 Director of Security/Safety ....................... Mr. Randall E. SMITH
26 Director of Public Relations ..................... Mr. Donald K. EGLE
72 Dir Center for Computer/Info Tech ........... Dr. Ronald SOMES
28 Dir Ctr for Multichtrl Enrichment ............. Ms. Melany PEARL
36 Director of Career Center ........................ Ms. Trisha M. TOLAR
38 Director Student Counseling .................... Dr. R. Gene MARTIN
84 Dir Enrollment Mgmt-Resident ................ Mr. Chris JOHNSON
84 Dir Enrollment Mgmt-Distance Lrng ........ Mr. Scott O. TAYLOR
03 Director of Purchasing ............................ Mr. Larry FERGUSON

## Longwood University (B)

201 High Street, Farmville VA 23909-1801
County: Prince Edward
FICE Identification: 003719
Unit ID: 232566
Telephone: (434) 395-2000
Carnegie Class: Master's I
FAX Number: (434) 395-2635
Calendar System: Semester
URL: www.longwood.edu
Established: 1839
Annual Undergrad Tuition & Fees (In-State): $7,020
Enrollment: 4,289
Coed
Affiliation or Control: State
IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: SC, AT, BUS, MUS, NRPA, ØSP, SW, TED, THEA

01 President ............................................... Dr. Patricia P. CORMIER
05 Vice President Academic Affairs ............... Dr. Wayne E. MCWEE
10 Vice Pres Administration & Finance .......... Mrs. Kathy WORSTER
32 Vice Pres for Student Affairs .................... Dr. Tim J. PIERSON
30 Vice Pres Institutional Advancement ......... Ms. Barbara S. BURTON
13 VP Inform/Instructional Tech Svcs ........... Dr. Francis X. MOORE
26 Director Public Relations ......................... Mr. Dennis A. SERCOMBE
09 Dir Assessment & Inst Research ............... Mr. Jeff E. HOYT
02 Registrar ............................................... Mr. A. M. KNOX
03 Director of Library .................................. Dr. Wendell A. BARBOUR
29 Director Alumni Relations ........................ Mrs. Nancy B. SHELTON
33 Assistant Dean of Student Affairs ............. Dr. Laura BAYLESS
38 Director Student Counseling .................... Mr. Wayne R. O'BRIEN
37 Director Student Financial Aid ................. Mr. Michael W. BARREE
96 Director of Material Management .............. Mr. James E. SIMPSON
15 Director Human Resources ...................... Ms. Adrian M. COULTER
88 Director Facilities Management ................ Mr. Michael B. MONTGOMERY
28 Director of Multicultural Affairs ............... Mr. Lonnie I. CALHOUN

## Lynchburg College (C)

1501 Lakeside Drive, Lynchburg VA 24501-3199
County: Independent City
FICE Identification: 003720
Unit ID: 232609
Telephone: (434) 544-8100
Carnegie Class: Master's I
FAX Number: (434) 544-8499
Calendar System: Semester
URL: www.lynchburg.edu
Established: 1903
Annual Undergrad Tuition & Fees: $23,945
Enrollment: 2,248
Coed
Affiliation or Control: Christian Church (Disciples Of Christ)
IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: SC, AT, CACREP, NUR, NURSE

01 President ............................................... Dr. Kenneth R. GARREN
05 Dean of the College ................................ Dr. John G. EDDY
10 Vice Pres Business & Finance .................. Mr. Mitch WESOLOWSKI
30 Vice Pres Development/External Affs ........ Ms. Denise MCDONALD
84 Vice Pres Enrollment Management ........... Mrs. Rita DETWILER
32 Dean of Students .................................... Dr. John G. ECCLES
50 Dean School Business &
     Economics ........................................... Dr. Dan C. MESSERSCHMIDT
53 Dean School Education/Human Develop .... Dr. Jan STENNETTE
60 Dean Sch Communications & The Arts ...... Vacant
81 Dean Sch Humanities/Social Science ........ Dr. Kim MCCABE
81 Dean School of Sciences ......................... Dr. Julius SIGLER
76 Dean Sch Health Science/Human Perf ...... Dr. Linda ANDREWS
02 Registrar/Asst Dean Acad/Stndt Info ......... Mr. Jay K. WEBB
03 Director of the Library ............................. Mr. Christopher A. MILLSON-MARTULA
37 Coordinator of Financial Aid .................... Ms. Michelle DAVIS

## Mary Baldwin College (D)

Staunton VA 24401
County: Independent City
FICE Identification: 003723
Unit ID: 232672
Telephone: (540) 887-7000
Carnegie Class: Master's II
FAX Number: (540) 886-5561
Calendar System: Other
URL: www.mbc.edu
Established: 1842
Annual Undergrad Tuition & Fees: $20,405
Enrollment: 2,200
Female
Affiliation or Control: Presbyterian Church (U.S.A.)
IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: SC

01 President ............................................... Dr. Pamela FOX
09 Director Inst Research/Registrar .............. Dr. Lewis B. ASKEGAARD
30 Vice Pres Institutional Advancement ........ Vacant
10 Vice Pres Business & Finance ................. Dr. Jane PIETROWSKI
44 VP Enrollment Mgmt/Dean of Students .... Dr. Brenda BRYANT
32 Assoc VP Student Life ............................ Ms. Diane KENT
35 Assoc VP of Student Activities ................ Ms. Diane KENT
53 Dean of Adult & Graduate Studies ........... Dr. Nancy KRIPPEL
05 Academic Dean ..................................... Dr. Jeffry L. BULLER
37 Director Financial Aid ............................ Mr. William A. BETLEJ
07 Dir of Admissions & Financial Aid ........... Ms. Lisa BRANSON
02 Registrar .............................................. Dr. Lewis ASKEGAARD
08 Director of Library ................................. Ms. Carol CREAGER
59 Director of MAT .................................... Dr. Carole GROVE
57 Director MU/MFA .................................. Dr. Frank SOUTHERINGTON
88 Director Program for Exep Gifted ............ Dr. Elizabeth CONNELL
38 Director of Personnel Services ................ Ms. Shelly IRVINE
85 Foreign Student Advisor ......................... Ms. Judy METRAUX
18 Chief Facilities/Physical Plant ................ Mrs. Sharon CAMPBELL
20 Associate Academic Officer .................... Dr. Lewis ASKEGAARD
21 Associate Business Officer ..................... Mr. David MOKEN
26 Chief Public Relations Officer ................. Mr. Crista CABE
29 Director of Alumni Relations ................... Ms. Jennifer KIBLER
07 Director of Admissions ........................... Ms. Lisa BRANSON
38 Director Student Placement ..................... Ms. Erica WHITFIELD
38 Director Student Counseling ................... Ms. Nadia KULEY
96 Director of Purchasing ............................ Ms. Dreame BROWN

## Marymount University (E)

2807 North Glebe Road, Arlington VA 22207-4299
County: Arlington
FICE Identification: 003724
Unit ID: 232706
Telephone: (703) 522-5600
Carnegie Class: Master's I
FAX Number: (703) 284-1693
Calendar System: Semester
URL: www.marymount.edu
Established: 1950
Annual Undergrad Tuition & Fees: $18,114
Enrollment: 3,873
Coed
Affiliation or Control: Roman Catholic
IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: SC, ACBSP, ADNUR, CACREP, FIDER, HSA, NUR, NURSE, PTA, TED

01 President ............................................... Dr. James E. BUNDSCHUH
05 Vice Pres Academic Affairs ..................... Dr. Loretta A. SEIGLEY
10 Vice Pres for Financial Affairs ................. Mr. Richard MILLER
84 Vice Pres Enrollment/Student Svcs .......... Mr. Chris E. DOMES
30 Vice President for Development ................ Dr. Paula EINAUDI
92 Dir Mktg Communications/Marketing ........ Ms. Shelley A. DUTTON
15 Ass't Vice Pres Human Resource Svcs ..... Ms. Christine EDWARDS
20 Assoc Vice Pres Academic Affairs ........... Dr. Robert OTTEN

## (Right column)

07 Director of Admissions-Undergrad ........... Mr. Michael CANFIELD
07 Director of Graduate Admissions .............. Mrs. Francesca REI...
49 Dean Arts & Sciences ............................. Dr. Teresa RE...
50 Dean Business Administration .................. Mr. Ronald HU...
53 Dean Education/Human Services ............. Dr. Wayne LES...
66 Dean Health Professions ......................... Dr. Theresa CAPPE...
08 Dean Library/Learning Services ............... Dr. Zary MOSTASH...
53 Dean for Student Development .................. Mr. Frank RI...
02 University Registrar ................................. Vacant
36 Assoc Dean Career/Counseling Svcs ........ Dr. William DINEE...
26 Director of Public Relations ..................... Ms. Estelle F. CALLAH...
37 Director Financial Aid ............................ Ms. Deborah RAIA...
29 Exec Dir of Alumni Relations ................... Mrs. Margaret FRONDO...
42 Director Campus Ministry ........................ Fr. John PETERS...
44 Director Athletics ................................... Mr. William FINN...
19 Dir of Campus Safety/Transportation ........ Mr. Kevin WAL...
18 Dir of Admin System Services .................. Mr. David FERSI...
09 Dir Institutional Research/Assess ............. Mr. Michael SCHUCHE...
39 Director of Residence Life ....................... Mr. Kevin WAL...
35 Director of Student Activities ................... Mr. Vincent STOVA...
23 Director of Student Health Service ............ Ms. Diane WHI...
96 Coordinator of Purchasing ...................... Ms. Amy PAPP...

## Miller-Motte Technical College (F)

1011 Creekside Lane, Lynchburg VA 24502-4353
County: Lynchburg
FICE Identification: 00499...
Telephone: (434) 239-5222
Carnegie Class: Oth...
FAX Number: (434) 239-1069
Calendar System: Quart...
URL: www.miller-motte.com
Established: 1997
Annual Undergrad Tuition & Fees: $6,80...
Enrollment: 230
Coe...
Affiliation or Control: Proprietary
IRS Status: Proprietar...
Highest Offering: Associate Degree
Program: Occupational; Technical Emphasis
Accreditation: ACICS

01 Director ................................................. Mr. David TIPPS

## National College of Business & Technology (G)

100 Logan Street, PO Box 629, Bluefield VA 24605-0629
County: Tazewell
Identification: 666499
Telephone: (276) 326-3621
Carnegie Class: Associate's
FAX Number: (276) 322-5731
Calendar System: Quarter
URL: www.ncbt.edu
Established: 1886
Annual Undergrad Tuition & Fees: $8,400
Enrollment: 205
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational; Business Emphasis
Accreditation: ACICS, MAC

02 President ............................................... Mr. Frank LONGAKER
03 Vice President ....................................... Ms. Lenora DOWNING
02 Campus Director .................................... Mr. Denver RIFFE

## National College of Business & Technology (H)

1819 Emmet Street, Charlottesville VA 22901-2812
County: Charlottesville City
Identification: 666501
Telephone: (434) 295-0136
Carnegie Class: Associate's
FAX Number: (434) 979-8061
Calendar System: Quarter
URL: www.ncbt.edu
Established: 1865
Annual Undergrad Tuition & Fees: $8,400
Enrollment: 140
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational; Business Emphasis
Accreditation: ACICS, MAC

02 President ............................................... Mr. Frank LONGAKER
12 Director ................................................ Ms. Kimberly HALL
05 Executive Vice President ......................... Ms. Lenora DOWNING

## National College of Business & Technology (I)

336 Old Riverside Drive, Danville VA 24541-1819
County: Danville City
Identification: 666502
Telephone: (434) 793-6822
Carnegie Class: Other
FAX Number: (434) 793-3634
Calendar System: Quarter
URL: www.ncbt.edu
Established:
Annual Undergrad Tuition & Fees: $7,850
Enrollment: 320
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational; Business Emphasis
Accreditation: ACICS, MAC

02 Campus Director .................................... Ms. Cyndee MOORE
03 Executive Vice President ......................... Ms. Lenora S. DOWNING

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

URL: www.eaoc.edu
Established: 1974        Annual Undergrad Tuition & Fees (In-District): $1,176
Enrollment: 1,569                                                          Coed
Affiliation or Control: Local                          IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ADNUR

01  President .................................................. Dr. Coy F. GRACE
05  Vice Pres Academic Affairs ................... Mrs. Jan C. HAVEN
10  Vice Pres Business Affairs ............... Mr. Vernie B. MEADOR
32  Vice Pres Student Affairs ......... Mrs. Catherine T. COLEMAN
37  Director Student Financial Aid ............... Mr. Alvin COLEMAN
08  Director Learning Resource Center ....... Mr. Arthur I. BERMAN
84  Director Enrollment Mgmt/Registrar ........................... Vacant
31  Director Community/Continuing Educ ...Mrs. Beth J. BRIDGFORTH
26  Director of Public Relations ............. Mrs. Elizabeth C. LOEB
09  Director of Institutional Research ............................ Vacant
15  Director Personnel Services ............. Ms. Yvonne FRANKLIN
18  Chief Facilities/Physical Plant ................... Mr. Glenn FORD
38  Director Educational Guidance Svcs ....Mrs. June CHINN-JONES
96  Director of Purchasing .......................... Ms. Nancy HERBERT

## Ecclesia College                                                          (A)
9653 Nations Drive, Springdale AR 72762
County: Benton                          FICE Identification: 038553
Telephone: (479) 248-7236                Carnegie Class: Other
FAX Number: (479) 248-1455               Calendar System: Semester
URL: www.ecollege.edu
Established: 1975        Annual Undergrad Tuition & Fees: $10,790
Enrollment: 29                                                      Coed
Affiliation or Control: Independent Non-Profit      IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Religious Emphasis
Accreditation: BI

01  President ......................................... Mr. Oren PARIS, III
32  Vice President of Student Services ............ Mr. J. E. WADKINS
05  Vice President of Academics ............. Dr. Kenneth L. BROWN

## Harding University Main Campus                                            (B)
900 East Center, Searcy AR 72149-0001
County: White                          FICE Identification: 001097
                                        Unit ID: 107044
Telephone: (501) 279-4000               Carnegie Class: Master's II
FAX Number: (501) 279-4600              Calendar System: Semester
URL: www.harding.edu
Established: 1924        Annual Undergrad Tuition & Fees: $11,200
Enrollment: 5,602                                                   Coed
Affiliation or Control: Churches Of Christ          IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Occupational; Liberal Arts And General; Teacher Preparatory;
Professional
Accreditation: NH, ACBSP, #ARCPA, DIETD, MFCD, MUS, NUR, SW, TED

01  President ................................................ Dr. David B. BURKS
03  Executive Vice President .................... Dr. James W. CARR
21  Sr Vice President for Development ............... Mr. Floyd DANIEL
21  Vice President Finance ............................ Mr. Mel SANSOM
05  Vice President Academic Affairs ................. Dr. Larry LONG
44  Vice Pres Development ........................... Mr. Mike WILLIAMS
07  Asst Vice Pres Admission ...................... Mr. Glenn DILLARD
06  Registrar ................................................... Mr. Ron FINLEY
38  Director of Counseling ............................. Dr. Lew MOORE
26  Director of Public Relations ............... Mr. David CROUCH
37  Director Student Financial Aid .............. Mr. Jon ROBERTS
58  Director of Graduate Studies ................... Mr. Pat BASHAW
08  Librarian ........................................... Mrs. Ann DIXON
09  Director of Institutional Research ........... Dr. Marty SPEARS
18  Chief Facilities/Physical Plant ............. Mr. Danny DERAMUS
29  Director Alumni Relations .......................... Mrs. Liz HOWELL
93  Director of Minority Students ............... Dr. Butch GARDNER
15  Director Personnel Services ..................... Mr. Keith LAREY
42  Dean of Students/Asst Vice Pres ........... Dr. David COLLINS
35  Assistant Dean of Students ...................... Mr. Brian BUSH
33  Assistant Dean of Students ...................... Mr. Stu VARNER
34  Assistant Dean of Students ............... Mrs. Sheri SHEARIN
92  Dean/Director of Honors College ............. Dr. Jeff HOPPER
54  Dean of School of Business ................... Mr. Bryan BURKS
53  Dean of School of Education .................. Dr. Tony FINLEY
66  Dean of School of Nursing ............ Dr. Cathleen M. SHULTZ
73  Dean College of Arts & Humanities ........... Dr. Larry LONG
73  Dean College of Bible & Religion ........ Dr. Tom ALEXANDER
81  Dean College of Sciences .............. Dr. Travis THOMPSON
04  Assistant to the President .................. Mr. Daniel CHERRY

† See Also Affiliate: Harding Graduate School of Religion, TN.

## Henderson State University                                               (C)
1100 Henderson Street, Arkadelphia AR 71999-0001
County: Clark                          FICE Identification: 001098
                                        Unit ID: 107071
Telephone: (870) 230-5000               Carnegie Class: Master's II
FAX Number: (870) 230-5144              Calendar System: Semester
URL: www.hsu.edu
Established: 1890        Annual Undergrad Tuition & Fees (In-State): $4,352
Enrollment: 3,569                                                   Coed
Affiliation or Control: State         IRS Status: 501(c)3
Highest Offering: Beyond Master's But Less Than Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional

Accreditation: NH, BUS, MUS, NUR, TED

01  President ........................................... Dr. Charles D. DUNN
05  Vice Pres Academic Affairs ............. Dr. Robert E. HOUSTON
10  Vice Pres Finance & Administration ....... Mr. Bobby G. JONES
32  Vice Pres Student Services .............. Mr. Paul E. HANKINS
04  VP Univ/Cmty Rels/Exec Ast to Pres ....... Ms. Doris N. WRIGHT
43  General Counsel .................................. Mr. John S. CHOATE
28  Assistant to Pres for Diversity .................... Dr. Alvin FUTRELL
37  Director Computer/
     Communication Svc ............... Mr. David H. EPPERHART
30  Director Development .................................................. Vacant
41  Director Athletics ..................................... Mr. Sam GOODWIN
26  Director of Public Affairs .................. Ms. Penny A. MURPHY
49  Dean of College Arts/Sciences ......... Dr. Maralyn T. SOMMER
50  Dean of School of Business .................... Dr. Stanley A. CHOATE
53  Dean of School of Education ................. Dr. Kenneth MOORE
58  Dean of Graduate Studies ........................ Dr. Marck BEGGS
06  Registrar .................................................. Mr. Tom GATTIN
13  Director Learning Resources .................. Mr. Robert F. YEHL
18  Director Physical Plant ........................ Mr. John C. CORLEY
15  Director of Personnel ............................ Ms. Kathy TAYLOR
39  Director Judicial Affairs ............... Mr. Michael R. MARONEY
38  Director of Counseling ................................................ Vacant
29  Director Alumni Services ..................... Mr. Lloyd JACKSON
07  Director Univ Relations/Admissions .....Ms. Vikita B. HARDWRICK
37  Director of Financial Aid ........................ Ms. Jo E. HOLLAND
92  Director Honors College ............... Dr. David T. THOMSON
88  Director Student Research .................. Dr. Martin CAMPBELL
35  Director Student Affairs ........................ Mr. Chad FIELDING
16  Director Student Placement ...................... Ms. Pam LIGON
96  Director of Purchasing ............................ Mr. Tim JONES

## Hendrix College                                                          (D)
1600 Washington Avenue, Conway AR 72032-3080
County: Faulkner                       FICE Identification: 001099
                                        Unit ID: 107080
Telephone: (501) 329-6811               Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (501) 450-1200              Calendar System: Semester
URL: www.hendrix.edu
Established: 1876        Annual Undergrad Tuition & Fees: $21,636
Enrollment: 1,027                                                   Coed
Affiliation or Control: United Methodist      IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General
Accreditation: NH, MUS, TED

01  President ..................................... Dr. J. Timothy CLOYD
04  Executive Assistant to President ........ Ms. Nancy C. NEIGHBORS
03  Exec Vice Pres/Dean Inst Advance ............ Rev. Rock JONES
05  Provost ........................................ Dr. Robert L. ENTZMINGER
10  Vice Pres for Business & Finance ......... Mr. Robert G. YOUNG
44  Vice Pres for Development .................... Mr. Karen H. FOUST
18  Assoc VP Business Affs/Dir of Facil ................. Mr. Loyd RYAN
32  Dean of Students/VP Student Affairs ....... Dr. Joyce M. HARDIN
26  Exec Director of Communications ........... Ms. Helen S. PLOTKIN
06  Registrar ........................................... Ms. Xinyong WANG
08  Director of Libraries ........................... Ms. Amanda MOORE
13  Director Information Technology ........... Mr. Sam NICHOLS
29  Director Alumni Relations ............................................. Vacant
37  Director of Financial Aid ..................... Mr. Mark A. BANDRÉ
40  Bookstore Manager ................................... Ms. Dee Dee ALLEN
79  Area Head/Humanities .............................. Dr. Jane HARRIS
81  Area Head/Natural Sciences ......... Dr. Pradip BANDYOPADHYAY
83  Area Head/Social Sciences ................... Mr. Stephen KERR
42  Chaplain ......................................... Rev. Wayne CLARK
07  Director of Admissions ...................... Mr. Kevin KROPP
15  Director Personnel Services ................... Ms. Vicki LYNN
20  Associate Academic Officer .......... Dr. David SUTHERLAND
21  Associate Business Officer ............... Mr. Shawn MATHIS
36  Director Student Placement ..................................... Vacant
38  Director Student Counseling .......... Ms. Mary Anne SIEBERT

## ITT Technical Institute                                                  
4520 South University, Little Rock AR 72204
County: Pulaski                           Identification: 666531
                                          Unit ID: 413839
Telephone: (501) 565-5550               Carnegie Class: Associate's
FAX Number: (501) 565-4747              Calendar System: Quarter
URL: www.itt-tech.edu
Established: 1993        Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A                                                     Coed
Affiliation or Control: Proprietary           IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Technical Emphasis
Accreditation: ACICS

† Branch campus of ITT Technical Institute, CO.

## John Brown University                                                    (F)
2000 West University Street,
Siloam Springs AR 72761-2121
County: Benton                          FICE Identification: 001100
                                        Unit ID: 107141
Telephone: (479) 524-9500               Carnegie Class: Baccalaureate-General
FAX Number: (479) 524-9548              Calendar System: Semester
URL: www.jbu.edu
Established: 1919        Annual Undergrad Tuition & Fees: $15,279
Enrollment: 1,947                                                   Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's

Program: Liberal Arts And General; Teacher Preparatory
Accreditation: NH, CONST, ENG, TED

01  President ......................................... Dr. Charles POLLARD
03  Executive Vice President ..................................... Vacant
10  Vice Pres Finance &
     Administration .............................. Mrs. Patricia R. GUSTAVSON
84  Vice Pres Enrollment Management ....... Mr. Donald W. CRANDALL
30  Vice Pres of University Advancement ............. Dr. Jim KRALL
44  Director of Planned Giving ....................... Mr. Paul ELDRIDGE
32  Vice Pres for Student Development ........ Dr. Stephen T. BEERS
20  VP Academic Affairs/Dean of Faculty ............. Dr. Ed ERICSON
58  Dean of Graduate Studies ....................... Dr. Richard ELLIS
51  Dean Adult/Continuing Education ............. Dr. Richard ELLIS
47  Campus Pastor/Assoc Dean of Stdnts ..Mr. Stanley A. McKINNON
06  Registrar ............................................ Dr. Paul M. HINES
21  Controller ............................................ Mr. Tom PERRY
13  Chief Information Systems Ofcr ............... Mr. Paul MAST
18  Director of Facilities Services ............. Mr. Everett L. EASLEY
08  Director of Library ........................... Mrs. Mary HABERMAS
85  Director International Programs ............. Mr. Bill STEVENSON
29  Dir of Alumni/Parent Relations ............... Mr. Jerry ROLLENE
37  Director of Financial Aid ...................... Mr. Kim ELDRIDGE
41  Athletic Director ............................ Dr. G. Robert BURNS
38  Director of Counseling .......................... Dr. Tim DINGER
57  Coordinator of Graphic Arts ............... Mr. Allen DEMPSEY

## Lyon College                                                             (G)
PO Box 2317, Batesville AR 72503-2317
County: Independence                   FICE Identification: 001088
                                        Unit ID: 106342
Telephone: (870) 793-9813               Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (870) 698-4622              Calendar System: Semester
URL: www.lyon.edu
Established: 1872        Annual Undergrad Tuition & Fees: $13,905
Enrollment: 511                                                     Coed
Affiliation or Control: Presbyterian Church (U.S.A.)    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: NH, TED

01  President ...................................... Dr. Walter B. ROETTGER
05  Vice Pres Academic Services .................... Dr. John M. PEEK
30  Vice Pres Institutional Advancement ........ Mr. Timothy L. BRUNER
32  Vice Pres Student Life .......................... Dr. F. Bruce JOHNSTON
10  Vice Pres Business & Finance ................. Mr. Kenneth J. RUETER
84  Vice Pres Enrollment Services .............. Mr. Denes G. BARDOS
06  Registrar ...................................... Mrs. Janelle L. ELLIOTT
09  Director of Institutional Research ........ Mrs. Anne D. WOODBURY
08  Director Library ................................. Mr. Jean COVINGTON
26  Director Public Relations .................. Mr. Bob R. QUALLS
29  Director Alumni Relations .................. Mr. Donald R. TAYLOR
15  Director Personnel ........................ Mrs. Clarinda L. FOOTE
07  Director of Admissions ................................................ Vacant
37  Director Financial Aid ............................................... Vacant
36  Director Career Development ........... Mrs. Bethany M. PITTS
13  Director Information Services .................. Mr. Jay J. ZANNER
41  Director Athletics ............................. Mr. Terry J. GARNER
42  Chaplain .................................... Rev. Nancy MCSPADDEN
88  Director Nichols Intl
     Studies Pgm ..................... Ms. Isabelle RACINE-TENANCE
88  Director of Teacher Education ............. Dr. Patricia WHITFIELD
88  Asst Dir of Stdnt Fin Assistance ........ Mrs. Louise STRAUSER

## Mid-South Community College                                              (H)
2000 West Broadway, West Memphis AR 72301-3829
County: Crittenden                     FICE Identification: 023482
                                        Unit ID: 107318
Telephone: (870) 733-6722               Carnegie Class: Associate's
FAX Number: (870) 733-6719              Calendar System: Semester
URL: www.midsouthcc.edu
Established: 1992        Annual Undergrad Tuition & Fees (In-District): $1,250
Enrollment: 1,265                                                   Coed
Affiliation or Control: State/Local           IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH

01  President ...................................... Dr. Glen F. FENTER
03  Executive Vice President ................ Dr. Barbara C. BAXTER
10  Vice Pres Finance & Administration ...... Mrs. Susan MARSHALL
13  Vice Pres Information Technology ......... Mr. Raul A. FLETES
33  Vice Pres for Learning Support ................................... Vacant
31  Dean Business/Community Outreach ...... Ms. Pauline VERNON
26  Director Marketing/Public Rels ................................... Vacant
37  Director of Financial Aid ................. Ms. Jackie BRUBAKER
08  Director of Library Media Center ............. Ms. Rene JONES
09  Registrar/Dir Institutional Rsrch ......... Ms. Leslie ANDERSON
05  Chief Academic Officer ....................... Ms. Lynne SHARP
07  Director of Admissions & Recruiting ......... Mr. Jeremy REECE
15  Director of Human Resources ............. Ms. Jackie BRUBAKER
18  Chief Facilities/Physical Plant ............. Mr. Randy WEBB
30  Chief Development Officer .................. Ms. Brittney CAREY
38  Director of Student Counseling .......... Ms. Nancy HOGAN

## National Park Community College                                          (I)
101 College Drive,
Hot Springs National Park AR 71913-9174
County: Garland                        FICE Identification: 012105
                                        Unit ID: 106980
Telephone: (501) 760-4222               Carnegie Class: Associate's

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | |
|---|---|
| 00 | Chancellor .................................................... Mr. Jim HELMS |
| 05 | Exec Dean/Dean Stdnt Affairs ........... Mr. Donald L. HEIDERMAN, JR. |
| 12 | Assoc Dean Acad Affs Lawrenceburg ........... Mr. Mark GRAVER |
| 20 | Dean of Academic Affairs ........................... Dr. Joe MOORE |
| 10 | Director of Business Affairs ...................... Mr. Jeff HOLLKAMP |
| 15 | Director of Human Resources ................. Ms. Kathy MARTIN |
| 75 | Director of Business/Industry Trng ........... Mr. Randy JOHANN |
| 18 | Asst Director of Facilities ......................... Mr. Larry GRAVES |
| 23 | ASN/PSN Program Chair ........... Mrs. Gene Ann SHAPINSKY |
| 06 | Registrar ......................................... Mr. Kevin L. BRADLEY |
| 26 | Exec Dir Marketing/Communication ........... Mr. Hank BENTZ |
| 36 | Asst Dir Finan Aid/Career Svcs ............... Ms. Anne CUSKER |
| 37 | Director of Financial Aid ........................... Mr. Richard HILL |
| 07 | Asst Dir Admiss/Career Counseling .... Mrs. Cindy HUTCHERSON |
| 32 | Assoc Dean Student Affairs .................. Mr. George HUGHES |

## *Ivy Tech Community College of Indiana-Southern Indiana    (A)
8204 Highway 311, Sellersburg IN 47172-1897
County: Clark                                    FICE Identification: 010109
                                                      Unit ID: 151041
Telephone: (812) 246-3301              Carnegie Class: Associate's
FAX Number: (812) 246-9905              Calendar System: Semester
URL: www.ivytech.edu/sellersburg/
Established: 1968              Annual Undergrad Tuition & Fees (In-State): $2,588
Enrollment: 3,446                                                      Coed
Affiliation or Control: State                      IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: &NH, ACBSP, ADNUR, MAC, NAIT, PNUR

| | |
|---|---|
| 02 | Chancellor ......................................... Mr. Ty J. HANDY |
| 05 | Dean of Academic Affairs ......................... Mr. Ron A. KEY |
| 23 | Dean Student Affairs ........................... Ms. Laura N. BUTLER |
| 30 | Program Chair General Education ........... Ms. Gool B. RANDELIA |
| 10 | Director Business Affairs ................. Ms. Janet K. STALEY |
| 75 | Director Training Development ........ Mrs. Teresa J. BEGLEY |
| 07 | Director Admissions ........................... Ms. Mindy STEINBERG |
| 26 | Regional Relations Director ................. Mr. Terry L. NOLOT |
| 37 | Director Financial Aid ......................... Mr. Gary L. COTTRILL |
| 55 | Supervisor Evening Division ........................... Vacant |
| 36 | Coordinator Career/Employment Svcs ....... Ms. Linda S. REED |
| 18 | Director of Facilities ........................................... Vacant |
| 15 | Exec Director of Human Resources .......... Mr. Todd M. VOIGT |
| 06 | Registrar ......................................... Mr. Pat FAWCETT |
| 30 | Chief Development Officer ................. Ms. Rita H. SHOURDS |

## *Ivy Tech Community College of Indiana-Southwest    (B)
3501 First Avenue, Evansville IN 47710-1881
County: Vanderburgh                          FICE Identification: 009925
                                                      Unit ID: 151050
Telephone: (812) 426-2865              Carnegie Class: Associate's
FAX Number: (812) 429-1483              Calendar System: Semester
URL: www.ivytech.edu/evansville/
Established: 1968              Annual Undergrad Tuition & Fees (In-State): $2,588
Enrollment: 5,058                                                      Coed
Affiliation or Control: State                      IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: &NH, ACBSP, ADNUR, EMT, MAC, NAIT, PNUR, SURGT

| | |
|---|---|
| 02 | Chancellor ......................................... Dr. Daniel L. SCHENK |
| 05 | Dean of Academic Affairs ................. Dr. James NAAS |
| 72 | Division Chair Technology ........... Mr. Matthew DILLMAN |
| 50 | Division Chair Business ........................... Dr. Mary Jo DENTINO |
| 53 | Div Chair General Ed/Support Svcs ....... Dr. Michael E. PETTY |
| 51 | Exec Dir Corp/Continuing Educ Svcs .......... Mr. Terry W. HUBER |
| 15 | Exec Director of Human Resources ........... Ms. Mary MURPHY |
| 26 | Dir Marketing/Communications ............ Mrs. Jennifer NAGY |
| 10 | Exec Director of Finance ................. Mrs. Margaret CONWAY |
| 30 | Exec Director of Development ............ Mr. Rudy MONTEJANO |
| 18 | Director Facilities ........................... Mr. Alan J. RIPPLEMEIER |
| 32 | Dean of Student Affairs ................. Dr. Deborah GARRETT |
| 37 | Financial Aid Manager ....................... Ms. Kim HELDT |
| 36 | Career & Employment Svcs Manager ....... Ms. Margie SCHENK |
| 06 | Registrar ......................................... Ms. Helen FINKE |
| 07 | Director of Admissions ........... Mrs. Denise JOHNSON-KINCAID |

## *Ivy Tech Community College of Indiana-Wabash Valley    (C)
7999 US Highway 41 South, Terre Haute IN 47802-4898
County: Vigo                                    FICE Identification: 010618
                                                      Unit ID: 151069
Telephone: (812) 299-1121              Carnegie Class: Associate's
FAX Number: (812) 299-5723              Calendar System: Semester
URL: ivytech7.cc.in.us
Established: 1966              Annual Undergrad Tuition & Fees (In-State): $2,588
Enrollment: 4,931                                                      Coed
Affiliation or Control: State                      IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: &NH, ACBSP, MAC, MLTAD, NAIT, RAD, SURGT

| | |
|---|---|
| 02 | Chancellor ......................................... Dr. Jeff L. PITTMAN |
| 31 | Exec Director for Administration ........... Mr. John R. ADKINS |
| 05 | Dean of Academic Affairs ................. Mr. Ricky STREIGHT |

| | |
|---|---|
| 50 | Exec Dir Corp & Continuing Educ ....... Ms. Lea Anne CROOKS |
| 32 | Dean of Student Affairs ......................... Ms. Leah ALLMAN |
| 30 | Director of Development ....................... Mr. Gary WAGNER |
| 06 | Registrar ......................................... Ms. Leslie KING |
| 37 | Director of Financial Aid ................. Ms. Julie WONDERLIN |
| 07 | Director of Admissions ....................... Mr. Michael FISHER |
| 36 | Placement/Transfer Manager ........... Ms. Lisa WILLIAMS |
| 38 | Counselor ......................................... Ms. Brandy CANDLER |
| 10 | Business Office Manager ................. Mr. Charles RUBEY |
| 18 | Facility/Physical Plant Supervisor ........... Mr. Larry A. SWANK |

## Keller Graduate School of Management of DeVry University    (D)
1000 E 80th Place, Suite 222, Mall, Merrillville IN 46410
County: Lake                                    Identification: 666209
Telephone: (219) 736-7440              Carnegie Class: Other
FAX Number: (219) 736-7874              Calendar System: Semester
URL: www.keller.edu
Established: 1997              Annual Graduate Tuition & Fees: $11,890
Enrollment: 125                                                      Coed
Affiliation or Control: Proprietary              IRS Status: Proprietary
Highest Offering: Master's; Non-Undergraduates
Program: Occupational; Professional; Business Emphasis
Accreditation: &NH

| | |
|---|---|
| 02 | Center Dean ......................................... Ms. Pam TAYLOR |
| 07 | Admissions Officer ........................... Corey OCHALL |

† Regional accreditation is carried under the parent institution in Oakbrook Terrace, IL.

## Lincoln Technical Institute    (E)
7225 Winton Drive, Building 128, Indianapolis IN 46268
County: Marion                                  FICE Identification: 007938
                                                      Unit ID: 15161
Telephone: (317) 632-5553              Carnegie Class: Associate's
FAX Number: (317) 687-0475              Calendar System: Semester
URL: www.lincolntech.com
Established: 1982              Annual Undergrad Tuition & Fees: $25,050
Enrollment: 1,348                                                      Coed
Affiliation or Control: Proprietary              IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

| | |
|---|---|
| 01 | Executive Director ........................... Cindy RYAN |
| 05 | Academic Dean ......................................... Frank TROCKI |
| 11 | Dir of Administrative Services ........... Stephanie MILLER |
| 37 | Director Student Financial Aid ............ Janice MOON |
| 36 | Director Student Placement ................. Bill KINGERY |

## Manchester College    (F)
604 East College Avenue,
North Manchester IN 46962-1225
County: Wabash                                  FICE Identification: 001820
                                                      Unit ID: 151777
Telephone: (260) 982-5000              Carnegie Class: Baccalaureate-General
FAX Number: (260) 982-5043              Calendar System: 4/1/4
URL: www.manchester.edu
Established: 1889              Annual Undergrad Tuition & Fees: $18,750
Enrollment: 1,075                                                      Coed
Affiliation or Control: Church Of The Brethren    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, AT, SW, TED

| | |
|---|---|
| 01 | President ......................................... Dr. Jo YOUNG SWITZER |
| 05 | Vice Pres Academic Affairs ................. Dr. Glenn R. SHARFMAN |
| 32 | Vice Pres Student Development ....... Dr. Beth E. SWEITZER-RILEY |
| 30 | Int Vice Pres College Advancement ....... Ms. Mary L. CHRASTIL |
| 73 | Vice Pres Financial Affairs/Treas ....... Mr. Jack A. GOCHENAUR |
| 84 | Vice Pres Enrollment & Planning ........... Dr. David F. McFADDEN |
| 15 | Vice Pres Human Resources ............ Ms. Kimberly A. VOTAW |
| 20 | Associate Academic Dean ................. Dr. Albert A. WILLIAMS |
| 08 | Director of the Library ......................... Mr. Robin J. GRATZ |
| 06 | Registrar ......................................... Ms. Lila D. HAMMER |
| 24 | Director of Audio-Visual Services ....... Mr. Stanley G. PITTMAN |
| 32 | Director of Counseling ................. Ms. Danette NORMAN TILL |
| 39 | Director of Residence Life ................. Ms. Julie K. YAZ |
| 42 | Campus Pastor ......................... Mr. James H. CHINWORTH |
| 41 | Director of Athletics ......................... Mr. Thomas S. JARMAN |
| 29 | Exec Director of Alumni Association ....... Mr. Gary E. MONTEL |
| 13 | Director of Mgmt Info Services ........... Mr. Michael CASE |
| 04 | Bookstore Manager ......................... Ms. Nannie L. MEYER |
| 19 | Director of Security ......................... Mr. Leslie L. GAHL |
| 14 | Director of Annual Giving ................. Ms. Cathy D. GATCHELL |
| 37 | Director of Student Financial Aid ....... Ms. Gina L. VOELZ |
| 30 | Director of Development ................. Ms. Mary L. CHRASTIL |
| 85 | Director of Multicultural Affairs ........... Dr. Peter GITAU |
| 27 | Director of Public Relations ............ Ms. Jeri S. KORNEGAY |
| 18 | Director of Physical Plant ........... Mr. Christopher W. GARBER |
| 07 | Director of Admissions ................. Ms. Jolane E. ROHR |
| 23 | Director of Health Services ................. Ms. Tara L. VOGEL |
| 21 | Controller ......................................... Ms. Karman L. EASH |

## Marian College    (G)
3200 Cold Spring Road, Indianapolis IN 46222-1997
County: Marion                                  FICE Identification: 001821
                                                      Unit ID: 151786
Telephone: (317) 955-6000              Carnegie Class: Baccalaureate-General
FAX Number: (317) 955-6448              Calendar System: Semester
URL: www.marian.edu
Established: 1851              Annual Undergrad Tuition & Fees: $19,060
Enrollment: 1,678                                                      Coed
Affiliation or Control: Roman Catholic            IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: NH, ADNUR, NUR, TED

| | |
|---|---|
| 01 | President ......................................... Mr. Daniel J. ELSENER |
| 05 | Provost ......................................... Dr. Thomas ENNEKING |
| 10 | VP for Finance & Business Opers ........... Mr. William CURRAN |
| 84 | Vice Pres for Enrollment Management ....... Mr. Steve BUSHOUSE |
| 30 | VP for Institutional Advancement ........... Mr. Greg MANION |
| 26 | VP of Marketing Communications ........... Mr. Robert GOLOBISH |
| 55 | VP Mission Effective/Dir Human Res ....... Sr. Christa FRANZER |
| 42 | Director of Campus Ministry ............ Mr. Don MARKOVITCH |
| 21 | Treasurer ......................................... Sr. Christa FRANZER |
| 18 | Director of Facilities ......................... Mr. Ron KOBERSTEIN |
| 41 | Director of Athletics ......................... Mr. John F. GRIMES |
| 29 | Director of Alumni Affairs ............ Mrs. Ann KREICKER |
| 08 | Director of Library ......................... Mr. John A. HILL |
| 18 | Librarian ......................................... Ms. Kelley GRIFFITH |
| 35 | Asst Dean Acad/Orientation ........... Ms. Staci GLASA |
| 13 | Director of Safety & Police Svcs ........... Mr. James DAVIDSON |
| 13 | Director of Computer Services ............ Mr. Daniel D. MILLER |
| 27 | Dir of Marketing Communications ........... Mr. Andrea FAGAN |
| 36 | Dir of Internships & Career Svcs ....... Ms. Barbara BENSON |
| 37 | Dean Financial Aid/Enroll Mgmt ........... Mr. John E. SHELTON |
| 14 | Director of Development ................. Mr. Thomas FAGAN |
| 20 | Asst Dean for Academic Affairs ........... Mr. William HARTING |
| 38 | Director Academic Support Services ....... Mrs. Marjorie BATIC |
| 39 | Dean of Students ......................... Mr. Ruth RODGERS |
| 04 | Bookstore Manager ......................... Mr. Bryan HODELLE |
| 07 | Director of Enrollment ................. Ms. Laura BRAMES |
| 31 | Director of Enrolled Systems ............ Mr. Derek PERKINS |
| 55 | Exec Director Adult Programs ............ Ms. Amy BENNETT |
| 72 | Executive Dir of Technology ............ Mr. Richard FELTMAN |
| 38 | Director of Counseling Services ....... Mrs. Penny DOLLENS-SMITH |
| 14 | Dev Ofcr Planned Giving/Athletics ........... Mr. John FINKE |
| 46 | Dir of Advance Research/Stewardship ....... Mrs. Vida KOTARSKI |
| 23 | Director of Health & Wellness Svcs ........... Vacant |
| 90 | Director Instructional Technology ....... Ms. Jeanne HOOGERWERF |

## Martin University    (H)
2171 Avondale Place, PO 18567,
Indianapolis IN 46218-3878
County: Marion                                  FICE Identification: 021408
                                                      Unit ID: 151810
Telephone: (317) 543-3235              Carnegie Class: Baccalaureate-General
FAX Number: (317) 543-3257              Calendar System: Semester
URL: www.martin.edu
Established: 1977              Annual Undergrad Tuition & Fees: $9,440
Enrollment: 629                                                      Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General
Accreditation: NH

| | |
|---|---|
| 01 | President ......................................... Rev. Boniface HARDIN |
| 05 | Vice Pres Academic Affairs/Dean ........... Sr. Jane SCHILLING |
| 45 | Chair of Assessment ......................... Mr. Robert BONAR |
| 15 | Director Human Resources ................. Ms. Vicki WIMBS |
| 37 | Director Financial Aid ....................... Mr. Mason MOTON |
| 10 | Director Financial Management ............ Mr. Jim SCOTT |
| 30 | Director Institutional Advancement ....... Ms. Priscilla DILLON |
| 32 | Dean of Students ......................... Mrs. Bobby Jean CRAIG |
| 18 | Director Facilities Management ............ Ms. Stefanie LEE |
| 84 | Director Enrollment Management ........... Mrs. Brenda SHAHEED |
| 29 | Director Alumni Relations ............ Mrs. Demondra ROBERSON |
| 06 | Registrar ......................................... Ms. Rudi MOORE |
| 21 | Bursar ......................................... Ms. Bobbie SMITH |
| 40 | Manager Bookstore ......................... Mrs. Kamia JACKSON |
| 88 | Business Manager ......................... Ms. Shirley NICHOLS |
| 20 | Dean Adult Learning ....................... Dr. Martin GRENNAN |

## Mid-America College of Funeral Service    (I)
3111 Hamburg Pike, Jeffersonville IN 47130-9630
County: Clark                                   FICE Identification: 010618
                                                      Unit ID: 151962
Telephone: (812) 288-8878              Carnegie Class: Associate's
FAX Number: (812) 288-5942              Calendar System: Quarter
URL: www.mid-america.edu
Established: 1905              Annual Undergrad Tuition & Fees: $14,500
Enrollment: 104                                                      Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational
Accreditation: FUSER

| | |
|---|---|
| 01 | President ......................................... Mr. John R. BRABOY |
| 06 | Registrar ......................................... Mrs. Cathy DENISON |
| 32 | Dean of Students ......................... Mr. Richard D. NELSON |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

01 President .................................................. Dr. Michael LANSER
05 Vice President of Instruction ...................... Dr. Patrick M. LACEY
32 Administrator of Student Devel ...................... Ms. Karla ZAHN
53 Dean General Educ/GOAL ......................... Mr. Thomas H. HILKE
50 Dean Business & Technology ......................... Dr. Allyn FRENCH
47 Dean Agriculture/Trade & Industry .......... Mr. Douglas W. LINDSEY
88 Dean Business/Indus Svc/Publ Safety ....... Mr. Richard HOERTH
15 Director Human Resources .................... Ms. Markey KOTAJARVI
26 Chief Public Relations Officer ................ Ms. Marykay MORELLI
36 Director Student Placement ......................... Ms. Jane BIRKHOLZ
02 Dean Health & Human Services .............. Ms. Barbara DODGE
72 Dir Prgm/Curric Design/Dev/Dist Ed ..... Dr. Douglas GOSSEN
27 Chief Information Officer ........................... Mr. Todd YATES
21 Financial Services Director ..................... Ms. Cindy DROSS
89 Director Apprentice ................................. Mr. Jack A. MATTNER
18 Physical Plant Manager ...................... Mr. Timothy TOUGAS
08 Library Services Manager ...................... Mrs. Linda L. MCCABE
37 Financial Aid Manager ......................... Ms. Corey GIVENS
22 Affirm Action Manager ....................... Ms. Kelly KOTAJARVI
40 Bookstore Manager ................................ Ms. Kelly WOLFERT
09 Research & Planning Manager ............... Ms. Kim L. PAHL
96 Purchasing Agent ........................... Mr. Steven DEKARSKE

## Lawrence University  (A)

PO Box 599, Appleton WI 54912-0599
County: Outagamie
               FICE Identification: 003856
               Unit ID: 239017
Telephone: (920) 832-7000  Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (920) 832-6606           Calendar System: Other
URL: www.lawrence.edu
Established: 1847       Annual Undergrad Tuition & Fees: $27,924
Enrollment: 1,390                                             Coed
Affiliation or Control: Independent Non-Profit
             IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts and General
Accreditation: NH, MUS

01 President .......................................... Dr. Jill BECK
03 Executive Vice President ................... Mr. Gregory A. VOLK
44 Assoc VP Development/Alumni Rels ...... Mr. Robert J. HENKE
05 Provost and Dean of the Faculty .......... Dr. David BURROWS
13 Dean of Students ............................ Ms. Nancy D. TRUESDELL
48 Dean Admissions/Financial Aid ........ Mr. Steven T. SYVERSON
64 Dean Conservatory of Music ............ Dr. Robert W. THAYER
35 Dean Student Academic Services ...... Dr. Martha K. HEMWALL
23 Assoc Dean of the Faculty .............. Dr. Gerald SEAMAN
10 Registrar ......................................... Ms. Anne S. NORMAN
14 Librarian ......................................... Mr. Peter J. GILBERT
19 Director of Research Administration .. Dr. William F. SKINNER
29 Director of Alumni Relations ........ Ms. Janice Daniels QUINLAN
41 Athletic Director ............................ Mr. Robert L. BEEMAN, JR.
36 Director of the Career Center ......... Ms. Kathleen M. HELMEN
13 Chief Information Officer ............. Dr. Stephen A. HIRBY
37 Director of Financial Aid .............. Ms. Sara HOLMAN
26 Director of Public Affairs .............. Dr. Steven A. BLODGETT
15 Director of Human Resources ........ Mr. Barry HOOPES
30 Director of Physical Plant ............. Mr. Harold C. GINKE
04 Executive Assistant to President ....... Ms. Tracy WISE
21 Controller ....................................... Ms. Lori A. GLYNN
28 Asst Dean Students Multicul Affs ..... Mr. Rod BRADLEY
31 Dir Counseling Services ................. Ms. Kathleen F. FUCHS

## Madison Area Technical College  (B)

3550 Anderson Street, Madison WI 53704-2599
County: Dane
               FICE Identification: 004007
               Unit ID: 238263
Telephone: (608) 246-6282       Carnegie Class: Associate's
FAX Number: (608) 246-6880      Calendar System: Semester
URL: www.matcmadison.edu
Established: 1912  Annual Undergrad Tuition & Fees (In-District): $3,960
Enrollment: 13,345                                           Coed
Affiliation or Control: State/Local
             IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ACFEI, ADNUR, DH, DIETT, MAC, MLTAD, OPTT, OTA, RAD,
RSTH, SURGT

01 President .......................................... Dr. Bettsey L. BARHORST
04 External Communications/Advocacy ...... Mr. William L. GRAF
45 Vice Pres Strategic Innovations ........... Dr. Edward G. CLARKE
09 Vice Pres Strategic Effectiveness ...... Ms. Rebecca L. BAUMBACH
15 Human Resources Administrator ......... Mr. Will K. STRYCKER
06 Facilities Administrator ................... Mr. Terrance L. GALINAT
10 Chief Finance Officer ..................... Mr. Kevin MYERN
10 Registrar ..................................... Ms. Maureen MENENDEZ
08 District Librarian .......................... Ms. Kalleen MORTENSEN
26 Instit Marketing/Pub Relations Mgr ....... Ms. Janet KELLY
13 Chief Information Officer .................................. Vacant
30 Resource Dev Admin/Fndtn Exec Dir ...... Mr. Robert J. DINNDORF
35 Student Life Administrator ............... Mr. Keith T. CORNILLE
37 Financial Aid Supervisor ................ Mr. Timothy K. JACOBSON
28 Counseling Services Manager ......... Ms. Jacquelyn H. THOMAS
38 Diversity Coord/Affirm Action Ofcr ...... Mr. Eugene FUJIMOTO
52 Exec Dean Student Devel/Success ...... Dr. Debra DERR
20 Exec Dean For Learning Programs ...... Dr. Terrance S. WEBB
88 Exec Dean For Outreach Learning ...... Dr. John LALOR
47 Admn Dean Agricult
       Apprentice/T & I ............ Mr. David L. SHONKWILER
88 Admn Dean of Business/Applied Arts .... Mr. James K. EIGENFELD

---

49 Admn Dean Arts & Sciences
       Division ..................... Dr. JoAnn P. THRUSH-WITHERS
88 Dean Alternative Learning ............. Mr. Eduardo J. ARANGUA
76 Admn Dean Health/Human/Protect Svcs ...... Dr. Abdulcadir SIDO
12 Campus Admin-Downtown
       Education Ctr ..................... Ms. Maria G. BANUELOS
24 Instr Media/Distance Ed Specialist ...... Mr. Paul A. MESKE
88 Asc Dn Bus Tec/Clnry Trade/Leis Svc ...... Dr. Lorin K. TOEPPER
64 Artistic Director/Perf Arts Liaison ...... Mr. John DEMAIN
57 Chairperson of Art .................................. Vacant
40 Bookstore Manager ................................ Mr. Scott HEIMAN
41 Athletic Director ............................. Mr. Stephen C. HAUSER

## Madison Media Institute  (C)

2702 Agriculture Drive, Madison WI 53718-6787
County: Dane
               FICE Identification: 010913
Telephone: (608) 663-2000           Carnegie Class: Other
FAX Number: (608) 442-0141          Calendar System: Semester
URL: www.madisonmedia.com
Established: 1969       Annual Undergrad Tuition & Fees: $10,650
Enrollment: 304                                              Coed
Affiliation or Control: Proprietary
            IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

01 President .......................................... Mr. Chris HUTCHINGS
07 Admissions Director ...................... Mr. Steve HUTCHINGS

## Maranatha Baptist Bible College  (D)

745 West Main Street, Watertown WI 53094-7600
County: Jefferson
               FICE Identification: 023172
               Unit ID: 239071
Telephone: (920) 261-9300       Carnegie Class: Specialized-Theological
FAX Number: (920) 261-9109      Calendar System: Semester
URL: www.mbbc.edu
Established: 1968       Annual Undergrad Tuition & Fees: $8,510
Enrollment: 904                                              Coed
Affiliation or Control: Independent Non-Profit
            IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Religious
Emphasis
Accreditation: NH

01 President .......................................... Dr. Dave B. JASPERS
04 Administrative Assistant COO .......... Dr. Darryl L. STURGILL
55 Vice Pres for Academic Affairs ........ Dr. John R. BROCK
30 Vice Pres for Inst Advancement ....... Dr. Jim H. HARRISON
13 Vice Pres for Business Affairs ........ Mr. Mark W. STEVENS
32 Dean of Students ............................ Mr. Doug G. RICHARDS
06 Registrar ....................................... Mr. David L. HERSHBERGER
58 Director of Graduate Studies ......... Dr. Larry R. OATS

## Marian College of Fond Du Lac  (E)

45 South National Avenue, Fond Du Lac WI 54935-4699
County: Fond Du Lac
               FICE Identification: 003861
               Unit ID: 239080
Telephone: (920) 923-7600       Carnegie Class: Master's II
FAX Number: (920) 923-7154      Calendar System: Semester
URL: www.mariancollege.edu
Established: 1936       Annual Undergrad Tuition & Fees: $16,705
Enrollment: 2,918                                            Coed
Affiliation or Control: Roman Catholic
            IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: NH, NURSE, SW, TED

01 Acting President ........................... Sr. Mary MOLLISON
05 Vice Pres Academic Affairs ............. Ms. Sheryl K. AYALA
30 Vice President for Inst Advancement ...................... Vacant
13 Vice Pres Business & Finance ......... Mr. Brian W. HARRIS
88 Vice Pres Community Rels & Mission ...... Sr. Judith SCHMIDT
32 Vice Pres Student Services ............. Mr. William M. MCGEE
84 VP Enrollment Mgmt & Marketing ...... Ms. Stacey L. AKEY
20 Assoc VP Academic Affairs ............. Dr. Nancy C. RILEY
55 Dean Lifelong Learning ................... Dr. David O. MCPHAIL
60 Dean School of Education ............. Dr. Larry A. ROBINSON
64 Director for Development ............. Ms. Barbara A. BEUSCHER
49 Chair of Arts & Humanities ............. Sr. Susan TREIS
50 Chair of Business Administration ...... Dr. Richard E. BYRNE
81 Chair of Math/Sciences ................. Dr. John F. MAY
66 Dean School of Nursing .................................. Vacant
83 Chair Social/Behavioral Science ...... Dr. Michelle MAJEWSKI
08 Director of Libraries .................... Ms. Mary Ellen GORMICAN
18 Campus Services General Manager ...... Mr. Jeff GILE
06 Registrar ....................................... Ms. Cheryl A. TEICHMILLER
09 Director of Institutional Research ...... Dr. Sylvia K. REED
37 Director of Financial Aid ................ Ms. Debra E. MCKINNEY
26 Director Marketing & Public Rels ...... Mr. Stephen P. PRESTEGARD
29 Director of Alumni Relations ........ Mr. Jeffrey S. SCHWISTER
44 Director of Planned Giving ............. Ms. Diane M. ABRAHAM
88 Grant Devel/Prospect Rsrch .......... Mr. Cynthia E. BERTSCH
16 Director of Human Resources ....... Mr. Daren L. LALUZERNE
21 Controller ...................................... Mr. James V. DALY
41 Athletic Director ............................. Mr. Doug R. HAMMONDS
88 Dir Advising/Academic Support Svcs ...... Ms. Cathy M. MATHWEG
07 Director of Health Services ............. Ms. Connie DIENER
36 Director of Career Services .......... Ms. Rhonda J. BIRD

---

35 Dean of Students .......................... Ms. Kerry A. STRUPP
88 Director of Food Service .............. Ms. Jenny ROSS
33 Director of Campus Ministry ......... Sr. Marie SCOTT
13 Director of Information Technology ...... Mr. Keith L. FALK
40 Director of Bookstore ............... Ms. Mary MANGAN-FLOOD
38 Director Student Counseling ......... Ms. Ellen MERCER
28 Coord of Diversity Ministry ..... Rev. Mary COUNCIL-AUSTIN
92 Director Honors Program ............... Dr. Clarence R. DAVIS
07 Dean of Admissions .................... Mr. Eric A. PETERSON
85 International Student Advisor ......... Ms. Wendy YURK
88 Director of Assessment .............. Dr. Carleen M. VANDE ZANDE

## Marquette University  (F)

PO Box 1881, Milwaukee WI 53201-1881
County: Milwaukee
               FICE Identification: 003863
               Unit ID: 239105
Telephone: (414) 288-7700  Carnegie Class: Doctoral/Research Ext
FAX Number: (414) 288-3300      Calendar System: Semester
URL: www.mu.edu
Established: 1864       Annual Undergrad Tuition & Fees: $22,950
Enrollment: 11,510                                           Coed
Affiliation or Control: Roman Catholic
            IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: NH, ARCPA, AT, BUS, BUSA, CLPSY, COPSY, DENT, ENG,
JOUR, LAW, MIDWF, MT, NUR, NURSE, PTA, SP, #TED

01 President ..................................... Rev. Robert A. WILD, SJ
11 Executive Vice President ............... Mr. Gregory J. KLIEBHAN
05 Senior Vice President .................. Dr. Madeline WAKE
05 Provost ........................................ Dr. John C. LAMB
10 Vice President Finance ................ Mr. John C. LAMB
11 Vice President Administration ...... Mr. Arthur F. SCHEUBER
32 Vice Pres for Student Affairs ...... Rev. Andrew J. THON, SJ
26 Vice Pres University Advancement ...... Mr. John TOLAN
27 Vice Pres Public Affairs .............. Ms. Rana H. ALTENBURG
43 Vice President/General Counsel ...... Ms. Cynthia M. BAUER
18 Vice Pres Student Affairs ............. Dr. Linda J. LEE
39 Asst Vice Pres/Dean Residence Life ...... Dr. James P. MCMAHON
30 Chief Devel Ofcr Univ Advancement ...... Mr. Timothy J. SIMMONS
90 Asst Vice Prov for Educational Tech ...... Mr. Joe G. PRAY
58 V Prov Research/Dean Graduate Sch ...... Dr. William WIENER
84 Asst Prov for Enrollment Mgmt ...... Ms. Anne D. DEAHL
06 Registrar ....................................... Ms. Georgia MCRAE
49 Dean of Arts & Sciences ............. Dr. Michael A. MCKINNEY
50 Dean of Business Administration ...... Dr. David L. SHROCK
52 Dean of Dentistry .......................... Dr. William K. LOBB
54 Dean of Engineering ................ Dr. Stanley V. JASKOLSKI
60 Int Dean College of Communication ...... Dr. Ana C. GARNER
76 Dean of Health Sciences ............. Dr. Jack C. BROOKS
61 Dean of the Law School ........... Mr. Joseph D. KEARNEY
53 Dean of Nursing .......................... Dr. Lea T. ACORD
60 Dean of School of Education ...... Dr. William HENK
51 Dean of Coll of Professional Studies ...... Dr. Robert J. DEAHL
08 Dean of Libraries .......................... Dr. Nicholas C. BURCKEL
09 Dean of Admissions ................... Mr. Robert BLUST
35 Dean of Student Development ...... Dr. Mark D. MCCARTHY
88 Director International Program ...... Mr. David L. DRALY
09 Director Institutional Research ...... Mr. Daniel H. GEMOLL
37 Director of Financial Aid .............. Mr. Daniel L. GOYETTE
25 Exec Director of Research Support ...... Dr. Erik A. THELEN
38 Director Career Services Center ...... Ms. Laura KESSELER
41 Athletic Director .......................... Mr. William CORDS
23 Director Health Services ............. Mr. Dana MILLS
38 Director of Counseling Center ...... Dr. Michael J. ZEBROWSKI
33 Exec Dir of University Ministry ...... Mr. Stephen P. DUFFY
26 Director of Public Affairs ............. Dr. Keenan D. GRENELL
29 Director of University ................... Mr. Ronald L. RIPLEY
18 Director Facilities Services ........... Mr. Lawrence RICKARD
19 Director Public Safety .................. Mr. James K. GRAEBERT
40 Director Golden Eagle ................ Ms. Jenny ALEXANDER
96 Director of Purchasing ................

## Medical College of Wisconsin  (G)

PO Box 26509, Milwaukee WI 53226-0509
County: Milwaukee
               FICE Identification: 024535
               Unit ID: 239169
Telephone: (414) 456-8296  Carnegie Class: Specialized-Medical
FAX Number: (414) 456-6560      Calendar System: Other
URL: www.mcw.edu
Established: 1893       Annual Graduate Tuition & Fees: $33,370
Enrollment: 805                                              Coed
Affiliation or Control: Independent Non-Profit
            IRS Status: 501(c)3
Highest Offering: Doctorate; No Undergraduates
Program: Professional
Accreditation: NH, CHPM, DENT, MED, PDPSY

01 President & CEO ........................... Mr. T. Michael BOLGER
05 Dean & Exec Vice President ........... Dr. Michael J. DUNN
03 Dean Grad Sch Biomedical Science ...... Dr. William H. HENDEE
10 Sr Vice Pres Finance ................... Mr. Douglas R. CAMPBELL
30 Vice Pres Institutional Advancement ...... Mr. James W. HEALD
15 VP Human Resources ................... Ms. E. Gwynne DAY
85 VP of Planning/Government Affairs ...... Ms. Donna J. GARVEY
44 Asst Vice Pres Development ........ Ms. Pamela J. GARVEY
88 Asst Vice Pres Corporate Compliance ...... Mr. Daniel WICKERT
26 Assoc Vice Pres Public Affairs ...... Mr. Richard N. KATSCHKE
17 Sr Assoc Dean Clinical Affairs ..................... Vacant
20 Senior Assoc Dean Academic Affairs ...... Dr. Kenneth B. SIMONS
22 Assoc Dean Student Affs/Diversity ...... Dr. Dawn BRAGG

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | |
|---|---|
| 88 | Div Chair Developmental Education ..............Mrs. Pearl WILLIAMS |
| 07 | Director of Admissions & Records ..............Ms. Barbara BOROS |
| 10 | Director Business Services ..............Ms. Sue TAVAKOLI |

## •Gateway Community College (A)

108 North 40th Street, Phoenix AZ 85034-1795

County: Maricopa  FICE Identification: 008303
Unit ID: 105145
Telephone: (602) 286-8000  Carnegie Class: Associate's
FAX Number: (602) 286-8003  Calendar System: Semester
URL: www.gwc.maricopa.edu
Established: 1968  Annual Undergrad Tuition & Fees (In-District): $1,680
Enrollment: 7,583  Coed
Affiliation or Control: State/Local  IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ADNUR, DMS, PTAA, RAD, RSTH, SURGT

| | |
|---|---|
| 02 | President ..............Dr. Eugene GIOVANNINI |
| 11 | Vice President Academic Affairs ..............Dr. Jolyne GHANATABADI |
| 32 | Vice President Student Affairs ..............Dr. Sylvia MANLOVE |
| 11 | Vice President Administrative Svcs ..............Mr. Grady G. WOLFE |
| 26 | Dean Academic Affairs ..............Ms. Kathy KUNATH |
| 33 | Associate Dean of Student Services ..............Dr. Carolyn O'CONNOR |
| 26 | Associate Dean Academic Affairs ..............Ms. Gloria STAMMER |

## •Glendale Community College (B)

6000 West Olive Avenue, Glendale AZ 85302-3090

County: Maricopa  FICE Identification: 001076
Unit ID: 104708
Telephone: (623) 845-3000  Carnegie Class: Associate's
FAX Number: (623) 845-3329  Calendar System: Semester
URL: www.gc.maricopa.edu
Established: 1965  Annual Undergrad Tuition & Fees (In-District): $1,450
Enrollment: 20,649  Coed
Affiliation or Control: State/Local  IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ADNUR

| | |
|---|---|
| 02 | Interim President ..............Ms. Jean Ann ABEL |
| 11 | Vice Pres Administrative Services ..............Ms. Connie S. SHERMAN |
| 15 | Vice President of Student Affairs ..............Mr. Alberto SANCHEZ |
| 10 | Vice President of Academic Affairs ..............Vacant |
| 24 | Dean Enrollment Services ..............Ms. Mary Lou MASSAL |
| 49 | Dean Instr Arts/Sciences/Gen Ed ..............Mr. Fernando CAMELO |
| 20 | Dean Instruction Business & Tech ..............Mr. Randy KIMMENS |
| 46 | Dean of Institutional Planning ..............Mr. Charles JEFFERY |
| 37 | Dean of Student Life ..............Ms. Donna WHITE |
| 37 | Director Financial Aid ..............Ms. Ellen NEEL |
| 08 | Librarian Faculty Dept Chair ..............Ms. Diana DWYER |
| 15 | Manager College Employee Services ..............Ms. Karen MINNIHAN |
| 18 | Director of Facilities ..............Mr. Al GONZALES |
| 22 | Director College Business Services ..............Ms. Regis DELLA-CALCE |
| 30 | Director Inst Advancement ..............Mr. George MARTINEZ |
| 09 | Director of Research & Planning ..............Mr. Matthew ASHCRAFT |
| 44 | Asst Director of Development ..............Ms. Judy SANCHEZ |
| 38 | Counseling Dept Chair ..............Ms. Susan HIGH |

## •Mesa Community College (C)

1833 West Southern Avenue, Mesa AZ 85202-4866

County: Maricopa  FICE Identification: 001077
Unit ID: 105154
Telephone: (480) 461-7000  Carnegie Class: Associate's
FAX Number: (480) 461-7805  Calendar System: Semester
URL: www.mc.maricopa.edu
Established: 1965  Annual Undergrad Tuition & Fees (In-District): $1,680
Enrollment: 27,834  Coed
Affiliation or Control: State/Local  IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ADNUR, DM, FUSER

| | |
|---|---|
| 02 | President ..............Dr. Larry K. CHRISTIANSEN |
| 10 | Vice President of Academic Affairs ..............Dr. Gail MEE |
| 32 | Vice President of Student Affairs ..............Dr. Patricia CARDENAS-ADAME |
| 11 | Act Vice Pres Administrative Svcs ..............Mr. Kurt CONOVER |
| 12 | Dean of Red Mountain ..............Ms. Jo WILSON |
| 32 | Dean of Student Svcs Red Mountain ..............Ms. Joan SHAVER |
| 09 | Dean of Inst Planning & Analysis ..............Ms. Andrea GREENE |
| 35 | Dean of Student Services ..............Mr. Jesse DEANDA |
| 35 | Dean of Student Services ..............Ms. Judy TAUSSIG |
| 79 | Dean Arts/Humanities/Soc Sci ..............Dr. Rodney P. HOLMES |
| 12 | Dean Math/Sci/Phys Educ ..............Ms. Carol ACHS |
| 56 | Dean of Extended Campus ..............Mr. Joseph PEARSON |
| 52 | Dean Career/Tech Prgm ..............Mr. Larry THACKER |
| 13 | Director of Information Technology ..............Mr. William DELMAR |

## •Paradise Valley Community College (D)

18401 North 32nd Street, Phoenix AZ 85032-1200

County: Maricopa  FICE Identification: 026236
Unit ID: 364016
Telephone: (602) 787-7411  Carnegie Class: Associate's
FAX Number: (602) 787-6625  Calendar System: Semester
URL: www.pvc.maricopa.edu
Established: 1985  Annual Undergrad Tuition & Fees (In-District): $1,680

Enrollment: 8,516  Coed
Affiliation or Control: State/Local  IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH

| | |
|---|---|
| 02 | President ..............Dr. Mary Kay KICKLES |
| 05 | Vice President of Learning ..............Mr. Bob BENDOTTI |
| 05 | Vice Pres Administrative Services ..Dr. L. Jane SALDANA-TALLEY |
| 20 | Dean Instruction ..............Dr. Mary Lou MOSLEY |
| 32 | Vice President of Learning Support ..............Dr. Paul DALE |
| 90 | Dean Student Services ..............Dr. Shirley GREEN |
| 90 | Dean Academic Computing/Info ..............Ms. Cathlyn HART |
| 26 | Director Marketing/Public Relations ..............Mr. Rod FENSOM |
| 07 | Director of Admissions ..............Ms. Stella NAPOLES |
| 07 | Dir Planning/Research/Assessment ..............Mr. Paul MARSH |
| 10 | Chief Business Officer ..............Mr. Larry FIELDS |
| 15 | Director Personnel Services ..............Ms. Laurel SMITH |
| 18 | Chief Facilities/Physical Plant ..............Mr. Paul JARECKI |
| 44 | Director of Library Services ..............Ms. Joann CAUFIELD |
| 38 | Director Student Counseling ..............Dr. Jim ROBIN |
| 06 | Registrar ..............Ms. Shirley GREEN |
| 21 | Associate Business Officer ..............Ms. Sandy MCDILL |

## •Phoenix College (E)

1202 West Thomas Road, Phoenix AZ 85013-4234

County: Maricopa  FICE Identification: 001078
Unit ID: 105428
Telephone: (602) 264-2492  Carnegie Class: Associate's
FAX Number: (602) 285-7700  Calendar System: Semester
URL: www.pc.maricopa.edu
Established: 1920  Annual Undergrad Tuition & Fees (In-District): $1,450
Enrollment: 12,720  Coed
Affiliation or Control: State/Local  IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ADNUR, DA, DH

| | |
|---|---|
| 02 | Acting President ..............Dr. Anna SOLLEY |
| 05 | Acting VP of Academic Affairs ..............Ms. Casandra KAKAR |
| 11 | Vice Pres Administrative Services ..............Dr. James MOORE |
| 32 | Vice President Student Services ..............Vacant |
| 20 | Assoc Dean of Academic Affairs ..............Mr. Wilbert NELSON |
| 20 | Assoc Dean of Academic Affairs ..............Mr. Paul GOLISCH |
| 06 | Dir Admissions/Registration/Records ..............Ms. Mary BLACKWELL |
| 48 | Department Chair Library ..............Ms. Elizabeth SALIBA |
| 13 | Assoc Dean of Technology ..............Mr. Paul GOLISCH |
| 18 | Int Facilities Manager ..............Mr. Douglas MCCARTHY |
| 41 | Athletic Director ..............Mr. Scott GEDDIS |
| 37 | Director Financial Aid ..............Ms. Genevieve WATSON |
| 10 | Manager College Business Services ..............Ms. Ronnie ELLIOT |
| 15 | Supv College Employee Services ..Ms. Mary Helen ESCALANTE |
| 26 | Dir Marketing/Public Relations ..............Mr. Mike MURPHY |
| 39 | Coord Alumni/Comm Relations ..............Mr. Frank LUNA |
| 30 | Asst Director Development ..............Mr. Leonard RODRIGUEZ |
| 35 | Director Student Leadership ..............Ms. Kelly LOUCY |
| 36 | Int Coord of Jobs Placement ..............Ms. Debby SMITH |
| 38 | Department Chair Counseling ..............Ms. Queta CHAVEZ |
| 24 | Director Advisement Enrollment ..............Ms. Cheryl AXTELL |
| 96 | Physical Agent ..............Mr. Paul DEROSE |

## •Rio Salado College (F)

2323 West 14th Street, Tempe AZ 85281-6950

County: Maricopa  FICE Identification: 021775
Unit ID: 105666
Telephone: (480) 517-8000  Carnegie Class: Associate's
FAX Number: (480) 517-8199  Calendar System: Semester
URL: www.rio.maricopa.edu
Established: 1979  Annual Undergrad Tuition & Fees (In-District): $1,450
Enrollment: 18,092  Coed
Affiliation or Control: State/Local  IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: DH, DH

| | |
|---|---|
| 02 | President ..............Dr. Linda M. THOR |
| 11 | Vice President Academic Affairs ..............Dr. Karen L. MILLS |
| 11 | Vice Pres Administrative Services ..............Mr. Todd SIMMONS |
| 75 | Vice President Applied Programs ..............Dr. James E VAN DYKE |
| 20 | Dean Academic Affairs ..............Dr. Chris BUSTAMANTE |
| 88 | Dean Applied Programs ..............Vacant |
| 26 | Assoc Dean for Sales & Marketing ..............Ms. Mary RODES |
| 32 | Dean Student Enrollment Services ..............Ms. Sylvia HANTLA |
| 31 | Assoc Dean Student Enrollment Svcs ..............Ms. Kishia BROCK |
| 75 | Associate Dean Applied Programs ..............Mr. Rick KEMP |
| 88 | Asc Dean Course Production/Support ..............Ms. Dana REID |
| 37 | Director of Financial Aid ..............Ms. Linda ROSS |
| 07 | Director Admissions & Records ..............Ms. Ruby MILLER |
| 09 | Director of Institutional Research ..............Ms. Genevieve WINTERS |
| 19 | Director College Business Services ..............Mr. Dana SANTELLI |
| 15 | Manager College Employee Services ..Ms. Ginger MARTINDALE |
| 18 | Director of Facilities ..............Mr. Richard ESPINOZA |

## •Scottsdale Community College (G)

9000 East Chaparral, Scottsdale AZ 85256-2626

County: Maricopa  FICE Identification: 008304
Unit ID: 105747
Telephone: (480) 423-6000  Carnegie Class: Associate's
FAX Number: (480) 423-6200  Calendar System: Semester
URL: www.sc.maricopa.edu
Established: 1969  Annual Undergrad Tuition & Fees (In-District): $1,450

Enrollment: 11,479  Coed
Affiliation or Control: State/Local  IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ADNUR, FIDER

| | |
|---|---|
| 02 | President ..............Dr. Arthur W. DECABOOTER |
| 31 | Vice President Instruction ..............Dr. John NEIBLING |
| 32 | Vice President Student Services ..............Dr. Virginia STAHL |
| 11 | VP Administrative Services ..............Mr. Carl COUCH |
| 14 | VP of Information Technology Svcs ..............Ms. Sharon E. BLANTON |
| 20 | Dean of Instruction (OCI) ..............Dr. Jean E. HERMANSSON |
| 84 | Dean Stdnt Svcs/Enrollment Mgmt ..............Ms. Fira BRIMAGE |
| 20 | Associate Dean of Instruction ..............Ms. Marina E. GORTON |
| 35 | Assoc Dean Student Svcs ..............Vacant |
| 07 | Director of Admissions ..............Ms. Fran WATKINS |
| 09 | Director of Institutional Research ..............Dr. Elaine COHEN |
| 30 | Director of Development ..............Mr. Curtis BRUGGMAN |
| 08 | Director of Library Services ..............Dr. Pat LOKEY |
| 37 | Director Financial Aid/Placement ..............Ms. Dee SHIPLEY |
| 18 | Director Buildings/Grounds ..............Mr. Samuel J. VAN CLEAVE |
| 19 | Director of College Safety ..............Mr. Craig EMANUEL |
| 26 | Dir of Marketing/Public Relations ..............Ms. Chris CHESROWN |
| 38 | Director Continuing Education ..............Ms. Zhara M. DEAN |
| 41 | Athletic Director Men ..............Mr. Art C. BECKER |
| 41 | Athletic Director Women ..............Ms. Darcel COCO |
| 38 | Dir of Southwest Studies Program ..............Mr. Marshall TRIMBLE |
| 38 | Director Student Counseling ..............Ms. Debra GLASPER |

## •South Mountain Community College (H)

7050 South 24th Street, Phoenix AZ 85040-5898

County: Maricopa  FICE Identification: 021466
Unit ID: 105792
Telephone: (602) 243-8000  Carnegie Class: Associate's
FAX Number: (602) 243-8329  Calendar System: Semester
URL: www.smc.maricopa.edu
Established: 1979  Annual Undergrad Tuition & Fees (In-District): $1,450
Enrollment: 4,293  Coed
Affiliation or Control: State/Local  IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH

| | |
|---|---|
| 02 | President ..............Dr. Ken ATWATER |
| 05 | Vice President Academic Affairs ..............Dr. Linda LUJAN |
| 11 | Vice President Administrative Svcs ..............Dr. Joyce ELSNER |
| 32 | Vice President Student Services ..............Dr. Kay MARTENS |
| 84 | Executive Assistant to President ..............Dr. Raul SANDOVAL |
| 20 | Associate Dean Instruction ..............Mr. Stacey AYERS |
| 84 | Sr Assoc Dean Enrollment Management  Mr. Tony BRACAMONTE |
| 12 | Dir Site Operations Ahwatukee Ctr ..............Dr. Cheryl CRUTCHER |
| 12 | Dir Site Operations Guadalupe Ctr ..............Vacant |
| 37 | Director Financial Aid ..............Ms. Inez MORENO-WEINERT |
| 07 | Dir of Registration & Records ..............Ms. Angie MONTANO |
| 09 | Dir Research/Plng & Development ..............Dr. Susan STARRFIELD |
| 26 | Coord Marketing/Public Relations ..............Ms. Louise GACIOCH |

## Metropolitan College (I)

4129 East Van Buren, Suite 100, Phoenix AZ 85008

County: Maricopa  Identification: 030812
Unit ID: 106050
Telephone: (602) 955-5900  Carnegie Class: Specialized-Business/Mgmt
FAX Number: (480) 894-8999  Calendar System: Other
URL: www.metropolitancollege.edu
Established: 1981  Annual Undergrad Tuition & Fees: $6,775
Enrollment: 144  Coed
Affiliation or Control: Proprietary  IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational
Accreditation: #ACCSCT

| | |
|---|---|
| 01 | Director ..............Ms. Cheryl KING |
| 09 | Paralegal Director ..............Ms. Louise XIFO |
| 37 | Financial Aid Director ..............Ms. Erica WIEGER |

## Midwestern University (J)

19555 North 59th Avenue, Glendale AZ 85308-6814

County: Maricopa  Identification: 666001
Unit ID: 423643
Telephone: (623) 572-3400  Carnegie Class: Other
FAX Number: (623) 572-3410  Calendar System: Quarter
URL: www.midwestern.edu
Established: 1900  Annual Undergrad Tuition & Fees: $16,224
Enrollment: 1,284  Coed
Affiliation or Control: Independent Non-Profit  IRS Status: 501(c)3
Highest Offering: First Professional Degree
Program: Occupational
Accreditation: #NH, ANEST, ARCPA, OT, PERF, PHAR

| | |
|---|---|
| 03 | President & CEO ..............Dr. Kathleen H. GOEPPINGER |
| 03 | Exec Vice Pres/Chief College Ofcr ..Dr. Arthur G. DOBBELAERE |
| 10 | Sr Vice Pres/Chief Financial Ofcr ..............Mr. Gregory J. GAUS |
| 12 | Vice Pres Business Affairs ..............Mr. Dean MALONE |
| 26 | Vice Pres University Relations ..............Ms. Karen JOHNSON |
| 05 | Dean College of Health Sciences ..............Dr. Dennis J. PAULSON |
| 06 | Registrar ..............Ms. Christy SCHENK |
| 07 | Director of Admissions ..............Mr. James WALTER |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

hep **Higher Education Directory**®

### dale Free Will Baptist College (A)

S, I-35 Service Road, Moore OK 73160
County: Cleveland
FICE Identification: 010266
Unit ID: 207157
Telephone: (405) 912-9000
FAX Number: (405) 912-9050
URL: www.hc.edu
Established: 1979
Enrollment: 364
Affiliation or Control: Free Will Baptist Church
Highest Offering: Master's
Program: Liberal Arts And General; Religious Emphasis
Accreditation: TRACS
Carnegie Class: Baccalaureate-Associate's
Calendar System: Semester
Annual Undergrad Tuition & Fees: $8,456
Coed
IRS Status: 501(c)3

01 President .................................. Mr. Timothy W. EATON
Chief Academic Officer ................... Dr. Stephen M. ASHBY
Vice Pres Business Affairs .............. Mr. Dan C. ARNOLD
Director Institutional Advancement ..... Mr. Bob THOMPSON
Dean of Students/Dean Undergrad Stds ... Ms. Pam A. THOMPSON
Chief Academic Officer .................. Dr. Craig D. SHAW
Ac Director ............................. Mrs. Nancy J. DRAPER
Registrar ............................... Mr. William M. STEWART
Director of MIS ......................... Ms. Sue CHAFFIN
Registrar ............................... Dr. Stephen M. ASHBY
Dean of Graduate Studies ................ Mr. Denny KUHN
Women's Resident Life Coordinator ....... Ms. Linda CROSLIN
Women's Resident Life Coordinator ....... Vacant
Athletic Director ....................... Mr. Kenny MYERS
Director/Director Campus Ministries ..... Ms. Gina MYERS
Bookstore Manager ....................... Ms. Patti ASHBY
Coordinator of Adult Studies

### ngston University (B)

Box 907, Langston OK 73050-0907
County: Logan
FICE Identification: 003157
Unit ID: 207209
Phone: (405) 466-2231
FAX Number: (405) 466-3461
URL: www.lunet.edu
Established: 1897
Enrollment: 2,509
Affiliation or Control: State
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, ACBSP, CORE, @DIETD, NUR, PTA, TED
Carnegie Class: Baccalaureate-General
Calendar System: Semester
Annual Undergrad Tuition & Fees (In-State): $3,242
Coed
IRS Status: 501(c)3

President Emeritus ...................... Dr. Ernest L. HOLLOWAY
President ............................... Dr. JoAnn W. HAYSBERT
Vice Pres Academic Affairs .............. Dr. Jean B. MANNING
Vice Pres for Student Affairs ........... Dr. Elbert L. JONES
Vice Pres Fiscal/Admin Affairs .......... Mrs. Angela WATSON
Provost LU/Tulsa ........................ Vacant
Assoc VP Academic Affairs LU/Tulsa ...... Dr. Emily HARRIS
Assoc VP Academic Affairs LU/OKC ........ Dr. Blayne HINDS
Comptroller ............................. Mrs. Pego CAMPBELL
Director of Human Resources ............. Mrs. Beverly H. SMITH
Director Public Relations ............... Ms. Deena V. THOMAS
Director Alumni Affairs ................. Mrs. Vonnie W. ROBERTS
Director Assessment/Career Placement .... Mr. James A. WALKER
Assistant Director of Admissions ........ Mr. Brent RUSSELL
Director Financial Aid .................. Mrs. Yvonne MAXWELL
Registrar ............................... Mrs. Margie ALLEN-BONNER
Director of Libraries ................... Mrs. Njambi KAMOCHE
Dean School App/Applied Science ......... Dr. Marvin BURNS
Dean School of Arts & Sciences .......... Dr. Clyde MONTGOMERY
Dean School of Education/Behavioral Sci . Dr. Darlene S. ABRAM
Dean School of Business ................. Dr. Solomon SMITH
Dean Honors Program ..................... Dr. JoAnn R. CLARK
Chairperson Physical Education .......... Ms. Rozalyn L. WASHINGTON
Chairperson Communications .............. Dr. Karen CLARK
Chairperson Family/Consumer Sci ......... Dr. Dora DAVIS
Chairman Music Department ............... Dr. Mark DAVIS
Acting Chair of Natural Sciences ........ Dr. Rosemary HARKINS
Dean Sch Nursing/Health Professions ..... Dr. Carolyn T. KORNEGAY
Acting Chair English .................... Dr. Jo Ann CLARK
Coordinator Physical Sciences ........... Dr. John K. COLEMAN
Dean Physical Therapy Prgm .............. Dr. Milagros JORGE
Coordinator Dental Systems .............. Mr. John L. SMITH
Interim Athletic Director ............... Mr. Albert M. CHANDLER
Director Planning/Research .............. Mr. Richard MUMFORD
Chief Facilities/Physical Plant ......... Mr. Ruben OLIVER
Asst to VP for Student Affairs .......... Mr. Marc FLEMON
Director Professional Counseling Ctr .... Dr. William PRICE CURTIS
Director of Enrollment Management ....... Ms. Gayle ROBERTSON
Director of Purchasing .................. Ms. Jovona GREEN

### Metropolitan College (C)

1900 NW Expressway, Suite R-302,
Oklahoma City OK 73118
County: Oklahoma
FICE Identification: 030813
Unit ID: 411806
Telephone: (405) 843-1000
FAX Number: (405) 843-2325
URL: www.metropolitancollege.edu
Established: 1982
Enrollment: 175
Affiliation or Control: Independent Non-Profit
Highest Offering: Baccalaureate
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: ACCSC
Carnegie Class: Other
Calendar System: Other
Annual Undergrad Tuition & Fees: $6,534
Coed
IRS Status: 501(c)3

01 Director ............................. Mrs. Patricia WHEELER

### Metropolitan College (D)

10820 East 45th Street, Suite B-101,
Tulsa OK 74146-3800
County: Tulsa
FICE Identification: 030673
Unit ID: 413565
Telephone: (918) 627-9300
FAX Number: (918) 627-2122
URL: www.metropolitancollege.edu
Established: 1979
Enrollment: 113
Affiliation or Control: Independent Non-Profit
Highest Offering: Baccalaureate
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: ACCSC
Carnegie Class: Other
Calendar System: Trimester
Annual Undergrad Tuition & Fees: $7,020
Coed
IRS Status: 501(c)3

01 President ............................. Ms. Kimberley HARNAR
02 Academic Officer ..................... Ms. Barbara WRIGHT
40 Admissions Officer ................... Ms. Vicki ANGELO
02 Admissions Representative ............ Ms. Diane STEEN
88 Director Court Reporting ............. Ms. Caroline CHEEK
88 Director of Legal Studies ............ Ms. Rebecca WHITAKER
33 Director Medical Studies ............. Ms. Kim MARTINEZ
37 Director Financial Aid ............... Ms. Marsais BROADWAY
06 Registrar ............................ Ms. Michelle HINDLE

### Mid-America Christian University (E)

3500 SW 119th Street, Oklahoma City OK 73170
County: Cleveland
FICE Identification: 006942
Unit ID: 245953
Telephone: (405) 691-3800
FAX Number: (405) 692-3165
URL: www.macu.edu
Established: 1953
Enrollment: 636
Affiliation or Control: Church Of God
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Teacher Preparatory; Religious Emphasis
Accreditation: NH
Carnegie Class: Specialized-Theological
Calendar System: Semester
Annual Undergrad Tuition & Fees: $9,900
Coed
IRS Status: 501(c)3

01 President ............................. Dr. John D. FOZARD
02 Vice President for Academic Affairs .. Dr. Ronald RODDY
10 Chief Financial Officer .............. Ms. Mici SARTIN
30 Director of Development .............. Dr. Terrell EARNEST
14 Vice President for Student Affairs ... Mr. Derry BERT
06 Registrar ............................ Mrs. Debra SHOEMAKE
37 Dir Student Financial Services ....... Mr. James MENEFEE
07 Director of Admissions ............... Ms. Haley HOPE
18 Director Facilities/Physical Plant ... Mr. Maurice SLATER
29 Director Alumni Relations ............ Mr. Darryl ALLEN
49 Dean for College of Arts & Sciences .. Dr. Jonathan SPARKS
58 Dean of Col of Adult & Graduate Stds . Dr. Shirley RODDY

### Murray State College (F)

One Murray Campus Street, Tishomingo OK 73460-3130
County: Johnston
FICE Identification: 003158
Unit ID: 207258
Telephone: (580) 371-2371
FAX Number: (580) 371-9844
URL: www.msc.edu
Established: 1908
Enrollment: 1,958
Affiliation or Control: State
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ADNUR, MLTAD, PTAA
Carnegie Class: Associate's
Calendar System: Semester
Annual Undergrad Tuition & Fees (In-State): $1,820
Coed
IRS Status: 501(c)3

01 President ............................. Dr. William D. PENNINGTON
11 Exec VP Management & Finance ......... Ms. Joy A. MCDANIEL
02 Vice Pres Academic Affairs ........... Mr. Dennis A. TOEWS
45 Senior VP Plnt/Tech/Facilities ....... Mr. Greg GARDNER
32 Vice Pres Academic Affairs ........... Mr. Deborah COMBS
05 Vice Pres Student Affairs ............ Mrs. Marilyn SCHWARZ
37 Financial Aid Director ............... Mr. James W. KENNEDY
70 Director of Learning Resource Ctr .... Mr. Carey FLOYD
74 Chair Veterinary Tech Program ........ Ms. Joni R. JETER
66 Director of Nursing .................. Mr. Dennis WARREN
14 Dir Computer Svcs/Network ............ Mr. Dennis TOEWS
09 Director of Institutional Research ... Mrs. Julie A. HUSTON
73 Dir Alumni Relations/Chief Devel ..... Mrs. Amanda BALDRIDGE
53 Director Student Counseling .......... Mrs. Ann BECK
43 Director of Admissions ............... Mrs. S. Ann BECK
06 Registrar ............................ Mr. Joe Pat HUGHES
15 Director Human Resources ............. Mrs. Laurie BAILEY

### Northeastern Oklahoma Agricultural and Mechanical College (G)

200 I Street, NE, Miami OK 74354-6434
County: Ottawa
FICE Identification: 003160
Unit ID: 207290
Telephone: (918) 542-8441
FAX Number: (918) 542-9759
URL: www.neoam.edu
Established: 1919
Enrollment: 1,701
Affiliation or Control: State
Carnegie Class: Associate's
Calendar System: Semester
Annual Undergrad Tuition & Fees (In-State): $2,194
Coed
IRS Status: 501(c)3

Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ADNUR, MLTAD, PTAA

01 President ............................. Dr. Glenn E. MAYLE
21 Vice Pres Academic Affairs ........... Dr. Bill V. ABLE
10 Vice Pres for Fiscal Affairs ......... Mr. Thomas O. POOLE
24 Vice Pres for Student Affairs ........ Mr. Jon LANTZ
88 Dean Sch Hum Environmental Sci ....... Mr. Jim GENANDT
65 Dean Sch Agricultural Science ........ Mr. Jim LOMAX
08 Dean School of Liberal Arts .......... Mr. Brian HAUCK
47 Dean Enroll Mgmt/Student Records ..... Mrs. Amy ISHMAEL
37 Director of Financial Aid ............ Mrs. Tammy HIGGINS
03 Director of Institutional Research ... Ms. Bethene FAHNESTOCK
15 Director Personnel Services .......... Mrs. Marcia ENYART
38 Director Facilities/Physical Plant ... Mr. Steve GRIMES
18 Dir Public Information/Relations ..... Mr. Dennis STARK
14 Director Computer Center ............. Ms. Lou WILSON
30 Director Development ................. Ms. Edie INGRAM
23 Associate Business Officer ........... Mrs. Jessica BOLES
48 Athletic Director .................... Mrs. Cheryl BUTLER
40 Director Student Counseling .......... Mrs. Grace Ann COMBS
35 Bookstore Manager .................... Mr. Robert GREEN
85 Athletic Director .................... Mrs. Amy ISHMAEL
06 Registrar ............................ Mrs. Edie INGRAM
29 Director Alumni Relations ............ Mr. Rachel LLOYD
36 Coord Student Testing/Assessment ..... Mrs. Sloane BROWN
55 Coordinator Library Services ......... Mr. Jary DOUGLAS
42 Dept Chair Agriculture ............... Mr. Jim GROVER
15 Dept Chair Development ............... Dr. Mark GRIGSBY
54 Dept Chair Natural Sciences .......... Mrs. Katherine BLUNDELL
43 Dept Chair Social Science ............ Ms. Barbara GEORGE
52 Dept Chair Fine Arts ................. Mrs. Deborah MOORGAR
66 Dept Chair Nursing ................... Mrs. Gina MANDETS
31 Director Continuing Education ........ Mr. Alan BATT
81 Dept Chair Mathematics ............... Mr. James WEBSTER
60 Dept Chair Language/Literature ....... Mr. Don BIGBY
76 Dept Chair Health/Physical Educ ...... Mrs. Kay HARRIS
16 Dept Chair Allied Health ............. Mrs. Pat CREECH
82 Dept Chair Business .................. Dr. Jeff BIRDSONG
Dept Chair History

### Northeastern State University (H)

600 North Grand, Tahlequah OK 74464-2399
County: Cherokee
FICE Identification: 003161
Unit ID: 207263
Telephone: (918) 456-5511
FAX Number: (918) 458-2193
URL: www.nsuok.edu
Established: 1851
Enrollment: 9,562
Affiliation or Control: State
Highest Offering: First Professional Degree
Program: Liberal Arts And General; Teacher Preparatory; Professional; Business Emphasis
Accreditation: NH, ACBSP, DIETD, MUS, NUR, OPT, OPTN, SP, SW, TED
Carnegie Class: Master's I
Calendar System: Semester
Annual Undergrad Tuition & Fees (In-State): $3,270
Coed
IRS Status: 501(c)3

01 President ............................. Dr. Larry B. WILLIAMS
05 Vice Pres Academic Affairs ........... Dr. James P. PATE
11 Vice Pres for Administration ......... Ms. Kim CHERRY
25 Vice Pres for Univ Relations ......... Dr. Neal WEAVER
20 Assoc Vice Pres Academic Affairs ..... Dr. Janet BAHR
49 Dean Liberal Arts .................... Dr. Paul WESTBROOK
50 Dean Col of Business/Technology ...... Dr. John M. SCHLEEDE, JR.
51 Dean College of Education ............ Dr. Kay GRANT
78 Dean of Library ...................... Dr. Allen MCKIEL
81 Dean Science & Health Professions .... Vacant
48 Dean Optometry ....................... Dr. George E. FOSTER
53 Dean Graduate College ................ Dr. Thomas L. JACKSON
14 Director Computing/Telecommun ........ Mr. Michael GIBBONS
27 Director of Budget ................... Ms. Christy LANDSAW
10 Director Business Affrs/Auxiliaries .. Mr. Allan HANSON
16 Director of Personnel ................ Mr. John GYLLIN
30 Director of Development .............. Ms. Lynn HOWARD
33 Director of University Center ........ Mr. Tim FOUTCH
88 Asst VP for Administration ........... Ms. Barbara ABERCROMBIE
15 Director of Human Resources .......... Dr. Teri COCHRAN
37 Director Student Financial Services .. Ms. Paula PAGE
08 Associate Registrar .................. Mr. Jason JESSIE
82 Director High School & College Rels .. Mr. James SOUTHERLAND
44 Dean Enrollment Mgmt/Registrar ....... Mr. Ron M. AMBIANO
35 Dean of Student Affairs .............. Dr. Tim MCELROY
72 Dean Muskogee Campus ................. Dr. Ed HUCKEBY
12 Assoc VP Acad Affairs/BA Campus ...... Mr. Jack HANEY
17 Asst VP for Admissions/BA Campus ..... Mr. Bob CRIMINGER
18 Director of Physical Plant ........... Mr. Eddie GRIFFIN
71 Director of Athletics ................ Ms. Nancy GARBER
25 Director Public Relations ............ Mr. Judd BARTLEY
40 Director of Bookstore ................ Ms. Lori VERNON
19 Campus Police Chief .................. Ms. Anita THOMPSON
73 Director Alumni Relations ............ Dr. Donna WOOD
72 Director for Teaching/Learning ....... Ms. Dawn CAIN
37 Director at Admissions ............... Ms. Sharron STAUSS
96 Purchasing Agent

### Northern Oklahoma College (I)

1220 East Grand Avenue, PO Box 310,
Tonkawa OK 74653-0310
County: Kay
FICE Identification: 003162
Unit ID: 207281
Telephone: (580) 628-6200
FAX Number: (580) 628-6209
URL: www.north-ok.edu
Established: 1901
Carnegie Class: Associate's
Calendar System: Semester
Annual Undergrad Tuition & Fees (In-State): $1,922

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

## Lurleen B. Wallace Community College (A)

PO Drawer 1418, 1000 Dannelly Blvd.,
Andalusia AL 36420-1418

County: Covington

FICE Identification: 008988
Unit ID: 101602

Telephone: (334) 222-6591
FAX Number: (334) 881-2300
URL: www.lbwcc.edu
Established: 1969
Enrollment: 2,264
Affiliation or Control: State
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, EMT, FORTEC

Carnegie Class: Associate's
Calendar System: Semester

Annual Undergrad Tuition & Fees (In-State): $2,700
Coed
IRS Status: 501(c)3

| | |
|---|---|
| 01 | President .................................. Dr. Edward MEADOWS |
| 04 | VP & MacArthur Campus Director ......Dr. James D. KRUDOP |
| 20 | Dean of Instruction ......................... Ms. Peggy LINTON |
| 88 | Asst Dn Adult Ed/Skills Training Div ....... Ms. Tomella SALES |
| 18 | Director of Learning Resources ........... Ms. Mary Beth GREEN |
| 23 | Vice President Student Affairs ........... Mr. Wayne BENNETT |
| 30 | Dir Stdnt Svcs-AndAl/Greenville .................... Vacant |
| 30 | Dir Student Svcs-MacArthur Campus ......... Mr. Jason CAIN |
| 06 | Director Admissions & Records ....... Ms. Mackie STEPHENS |
| 30 | Dir Fin Aid-Andalusia/Greenville ........... Ms. Donna BASS |
| 37 | Director Financial Aid-MacArthur ......... Ms. Wanda S. BASS |
| 41 | Athletic Director .......................... Mr. Steve HELMS |
| 10 | Dir Financial Affairs/Treasurer .........Mrs. Linda A. HARTIN |
| 31 | Assistant Dir Financial Affairs .......... Ms. Cynthia DONALDSON |
| 30 | Assoc Dean Instit Advance/Ping/Rsch ....... Ms. Anne JONES |
| 25 | Dir College Facilities/Maintenance ........... Mr. Tim JONES |
| 15 | Assoc Dean Personnel ............... Dr. Michael J. DANIEL |
| 13 | Asst Dean Instruct & Info Tech ............ Mr. Greg APLIN |

## Marion Military Institute (B)

1101 Washington Street, Marion AL 36756-3213

County: Perry

FICE Identification: 001026
Unit ID: 101648

Telephone: (800) 664-1842
FAX Number: (334) 683-2380
URL: www.marion-institute.edu
Established: 1842
Enrollment: 168
Affiliation or Control: Independent Non-Profit
Highest Offering: Associate Degree
Program: 2-Year Principally Bachelor's Creditable
Accreditation: SC

Carnegie Class: Associate's
Calendar System: Semester

Annual Undergrad Tuition & Fees: $12,575
Coed
IRS Status: 501(c)3

| | |
|---|---|
| 01 | President .......................Col. James H. BENSON |
| 10 | Vice President Finance ............. Maj. Gary R. WALLACE |
| 20 | Vice President for Academics ...... Mrs. Susan STEVENSON |
| 41 | Vice President for Athletics .............. Maj. Michelle IVEY |
| 32 | Commandant of Cadets ................... Col. Daniel RUIZ |
| 29 | Director Alumni Affairs ............... Mrs. Carrie WILLIAMS |
| 30 | Dir of Institutional Advancement ....... Mrs. Suzanne MCKEE |
| 88 | ROTC Professor of Military Science .. LtCol. William B. MCMICLE |
| 07 | Director of Admissions ................SrChf. Robert SUMLIN |
| 17 | Registrar .............................. Mrs. Sherry MASSEY |
| 37 | Director of Guidance ............... Mrs. Brenda HIGHTOWER |
| 30 | Director of Financial Aid ........... Mrs. Kimberly T. STUART |
| 18 | Librarian ............................. Mrs. Kelly GRIFFIES |
| 25 | Director of Buildings & Grounds ........ Mr. Levern DUCK |
| 01 | Infirmary Nurse ..................... MSgt. Beth SWISHER |

## Miles College (C)

PO Box 3800, Birmingham AL 35208

County: Jefferson

FICE Identification: 001028
Unit ID: 101675

Telephone: (205) 929-1000
FAX Number: (205) 929-1453
URL: www.miles.edu
Established: 1905
Enrollment: 1,715
Affiliation or Control: Christian Methodist Episcopal
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: SC, SW

Carnegie Class: Baccalaureate-General
Calendar System: Semester

Annual Undergrad Tuition & Fees: $5,826
Coed
IRS Status: 501(c)3

| | |
|---|---|
| 01 | President ........................ Dr. Albert J. SLOAN, II |
| 05 | Academic Dean ...................... Dr. Hattie LAMAR |
| 10 | Business Manager ............... Mrs. Diana W. KNIGHTON |
| 07 | Director Admissions & Recruitment . Mr. Christopher ROBERTSON |
| 30 | Registrar .......................... Mrs. Norma J. KINDALL |
| 18 | Librarian ............................. Dr. Geraldine BELL |
| 30 | Director Institutional Advancement . Dr. George T. FRENCH |
| 32 | Dean of Students ................... Dr. Carolyn D. RAY |
| 36 | Director Career Development Center ... Dr. Glenda BROWN-WADE |
| 14 | Manager of Data Processing ......... Ms. Jackie HUDSON |
| 30 | Director Development ................. Dr. Rickey C. LEE |
| 29 | Director of Alumni Affairs .............. Mr. Leon JONES |
| 30 | Dir Institutional Effective/Rsrch ....... Ms. Orlena KNIGHT |
| 37 | Director Financial Aid ................ Mr. Percy LANIER |
| 18 | Director Physical Plant .............. Mr. Thomas BROWN |
| 30 | Director Sponsored Programs ................... Vacant |
| 35 | Director Student Activities ....................... Vacant |
| 38 | Dir Counseling/Advising/Testing ........ Dr. Joyce WOOD |
| 84 | Director Academic Records ........Mrs. Emogene CRITTENDEN |
| 15 | Director Personnel Services ............ Ms. Diessa USHER |

## Northeast Alabama Community College (D)

PO Box 159, 138 Alabama Highway 35,
Rainsville AL 35986-0159

County: DeKalb

FICE Identification: 001031
Unit ID: 101697

Telephone: (256) 638-4418
FAX Number: (256) 228-6558
URL: www.nacc.edu
Established: 1963
Enrollment: 2,533
Affiliation or Control: State
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, ADNUR, EMT

Carnegie Class: Associate's
Calendar System: Semester

Annual Undergrad Tuition & Fees (In-State): $2,700
Coed
IRS Status: 501(c)3

| | |
|---|---|
| 01 | President ...................... Dr. J. David CAMPBELL |
| 20 | Dean of Instruction ................. Dr. Hays W. WOODS |
| 88 | Director of Extended Day Programs .... Ms. Marilyn REECE |
| 22 | Dir Workforce Devel/Skills Training .... Mr. Mike KENNAMER |
| 23 | Dean of Students ................................. Vacant |
| 10 | Dean of Admin Services/Registrar ....... Mr. Larry D. GUFFEY |
| 37 | Director of Financial Aid ......... Mr. Harold BROOKSHIRE |
| 26 | Chief Public Relations Officer .... Mrs. Debra A. BARRENTINE |
| 07 | Director Admissions & Student Services ... Dr. Joseph D. BURKE |
| 09 | Dir Instl Planning & Assessment ...... Ms. Martha BANKS |
| 18 | Chief Facilities/Physical Plant ......... Mr. Wayne WILLIS |

## Northwest - Shoals Community College (E)

PO Box 2545, Muscle Shoals AL 35662-2545

County: Colbert

FICE Identification: 005697
Unit ID: 101736

Telephone: (256) 331-5200
FAX Number: (256) 331-5222
URL: www.nwscc.edu
Established: 1963
Enrollment: 5,331
Affiliation or Control: State
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, ADNUR, EMT

Carnegie Class: Associate's
Calendar System: Semester

Annual Undergrad Tuition & Fees (In-State): $2,880
Coed
IRS Status: 501(c)3

| | |
|---|---|
| 01 | President ..................... Dr. Humphrey LEE |
| 05 | Dean of Instruction ................ Dr. Glenda COLLABROSS |
| 10 | Chief Fiscal Officer .................... Dr. Paul MERRILL |
| 32 | Vice Pres of Student Development ..... Dr. Karen BERRYHILL |
| 35 | Assoc Dean Students/Athletic Admin ....... Mr. Taylor STAYLOR |
| 19 | Director of Planning/Research ....... Dr. Glenda COLLABROSS |
| 14 | Dir Mktg/Public Rels/Promo Svc ........ Mr. Tom CARTER |
| 30 | Director of Development .................... Mr. Tom CARTER |
| 37 | Director of Financial Aid .............. Mr. Joel PARRIS |
| 88 | Chair Learning Resource Center ......... Ms. Rachel TRAPP |
| 07 | Director of Admissions/Recruitment .......Mr. Tom CARTER |
| 15 | Director of Human Resources ....... Ms. Pam GATTMAN |
| 18 | Chief Facilities/Physical Plant ......... Dr. Paul MERRILL |
| 22 | Director of Job Training ....... Ms. Nan MITCHELL |
| 19 | Chief Safety Officer ............ Mr. Sammie WASHINGTON |
| 00 | Coordinator Admissions .............. Ms. Sheila WILLIAMS |

## Oakwood College (F)

7000 Adventist Boulevard, NW, Huntsville AL 35896-0003

County: Madison

FICE Identification: 001033
Unit ID: 101912

Telephone: (256) 726-7000
FAX Number: (256) 726-7409
URL: www.oakwood.edu
Established: 1896
Enrollment: 1,753
Affiliation or Control: Seventh-day Adventist
Highest Offering: Baccalaureate
Program: Occupational; Liberal Arts And General; Teacher Preparatory
Accreditation: SC, ACBSP, DIETD, DIETI, NUR, SW, TED

Carnegie Class: Baccalaureate-General
Calendar System: Semester

Annual Undergrad Tuition & Fees: $11,714
Coed
IRS Status: 501(c)3

| | |
|---|---|
| 01 | President .................... Dr. Delbert W. BAKER |
| 04 | Provost/Senior Vice President ...... Dr. Mervyn A. WARREN |
| 05 | Vice Pres Academic Affairs ........ Dr. John E. ANDERSON |
| 10 | Vice Pres Financial Affairs ......Mrs. Sabrina COTTON-HOLLIDAY |
| 32 | Vice Pres Student Services ................ Dr. Dedrick BLUE |
| 30 | Vice Pres Development ............. Mrs. Jacquelyn GATES |
| 13 | VP Information Technology ........... Dr. Mervyn A. WARREN |
| 20 | Asst Vice Pres Academic Affairs ..... Mrs. Juliette W. PHILLIPS |
| 31 | Asst VP Financial Affs/Controller ............ Mr. Eaton TOMLIN |
| 35 | Asst Vice Pres Student Services ...... Mr. Theodore GUNN |
| 16 | Director for Human Resources ........ Mrs. Sylvia GERMANY |
| 23 | Director Grants & Contracts ........ Mrs. Marcia BURNETTE |
| 26 | Managing Director Public Relations ........ Mr. Fred PULLINS |
| 84 | Int Dir of Enrollment Management ...... Mrs. Tanya BOWMAN |
| 37 | Director Financial Aid .................. Mr. Fred STENNIS |
| 30 | Director of Records ................... Mrs. Shirley SCOTT |
| 33 | Dean of Men ......................... Mr. Tracy HOLLIDAY |
| 34 | Dean of Women ...................... Mrs. Hadasah DAVIS |
| 08 | Librarian .......................... Mrs. Paulette JOHNSON |
| 09 | Director Instl Effectiveness ........... Mrs. Janis NEWBORN |
| 03 | Coord Institutional Effectiveness ...... Mrs. Arlene WIMBLEY |
| 18 | Director of Physical Plant ............... Mr. James HAMER |
| 19 | Interim Director of Security ........... Mr. Emmanuel CHESTER |
| 29 | Managing Director of Alumni Affairs ...... Mr. Sherman H. COX |
| 36 | Dir Work Education/Career Svcs ....... Mrs. Cynthia DOUGLAS |
| 38 | Director of Counseling & Testing ........ Mr. Deora JOHNSON |
| 51 | Dir of Adult & Continuing Education ........ Dr. Trevor FRASER |
| 42 | Chaplain .................................... Vacant |
| 23 | Director Health Services ............ Ms. Savonia MCCLELLAN |
| 84 | Assoc Director Enrollment Mgmt ........ Mrs. Tanya BOWMAN |
| 46 | Director Research ........................ Dr. Edith FRASER |
| 60 | Chair Business & Info Systems ....... Dr. Hashim BANGURA |
| 60 | Chair Education ...................... Dr. James MEYIRUKIRA |
| 59 | Chair Family & Consumer Science ........ Dr. Ruth DAVIS |
| 60 | Chair English & Foreign Languages ........ Dr. Derek BOWE |
| 60 | Chair Music ........................ Dr. Audley CHAMBERS |
| 65 | Chair Biological Sciences .............. Dr. Anthony PAUL |
| 65 | Chair Chemistry ................... Dr. Kenneth LAHRING |
| 65 | Chair Nursing ........................ Dr. Carol ALLEN |
| 60 | Chair Health & Physical Education ...... Dr. Howard SHAW |
| 70 | Chair Social Work ..................... Mr. George ASHLEY |
| 73 | Interim Chair Religion & Theology ......... Dr. Agniel SAMSON |
| 81 | Chair Math & Computer Science .... Mrs. Kathleen DOBBINS |
| 82 | Chair History ....................... Dr. Ciro SEPULVEDA |
| 64 | Chair Psychology .................... Mrs. Luetia CARTER |
| 50 | Chair Communication ................ Dr. Renae ELLIOTT |
| 84 | Director Freshmen Studies ........ Mr. James HUTCHINSON |
| 06 | Director of Purchasing ............. Mrs. Belita NEWBY |

## Prince Institute of Professional Studies (G)

7735 Atlanta Highway, Montgomery AL 36117-4231

County: Montgomery

FICE Identification: 022960
Unit ID: 101958

Telephone: (334) 271-1670
FAX Number: (334) 271-1671
URL: www.princeinstitute.edu
Established: 1976
Enrollment: 80
Affiliation or Control: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS

Carnegie Class: Associate's
Calendar System: Quarter

Annual Undergrad Tuition & Fees: $8,308
Coed
IRS Status: Proprietary

| | |
|---|---|
| 01 | President ........................... Mrs. Patricia HILL |
| 05 | Educational Affairs ................. Mr. C. SCHMIDT |
| 07 | Director of Admissions ................. Ms. Sherry HILL |
| 10 | Business Manager .................... Mrs. Candace SHEPHERD |
| 37 | Financial Aid Administrator ............. Mr. Mark PRINCE |
| 04 | Administrative Assistant ................ Ms. Sherry HILL |

## Reid State Technical College (H)

PO Box 588, Evergreen AL 36401-0588

County: Conecuh

FICE Identification: 005692
Unit ID: 101994

Telephone: (251) 578-1313
FAX Number: (251) 578-5355
URL: www.rstc.cc.al.us
Established: 1966
Enrollment: 934
Affiliation or Control: State
Highest Offering: Associate Degree
Program: Occupational; Technical Emphasis
Accreditation: ACBSP, COE

Carnegie Class: Associate's
Calendar System: Semester

Annual Undergrad Tuition & Fees (In-State): $2,160
Coed
IRS Status: 501(c)3

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

Case 3:04-cv-00882-MHT-TFM    Document 106-4    Filed 03/06/2007    Page 1 of 1

| | |
|---|---|
| 01 President | Dr. David C. COLE |
| 05 Vice Pres of Instruction | Dr. Sara JOHNSON |
| 10 Vice Pres of Business Services | Mr. Jerry SENTER |
| 32 Vice Pres of Student Services | Mr. Mike EATON |
| 30 Vice Pres Dev/Prog/Telecom/Info Svc | Mr. Wayne SULLIVAN |
| 07 Director Admiss/Guidance/Registr'n | Dr. Gregg JEFCOAT |
| 26 Director Public Relations | Ms. Donna FRANKS |
| 31 Director of Financial Aid | Mr. Robert WALKER |
| 24 Director of Learning Resources | Dr. Glenda SEGARS |
| 88 Librarian/Tupelo | Ms. Ruth A. FREE |
| 91 Director of Adult & Continuing Educ | Mr. Ron H. STEPHENS |
| 41 Athletic Director | Ms. Carrie BALL |
| 03 Registrar | Mr. Gregg JEFCOAT |
| 30 Dir of Institutional Advancement | Mr. William BUNCH |
| 18 Chief Facilities/Physical Plant | Mr. Thomas BONDS |
| 35 Dir Stdnt Aflts/Counseling | Mr. Larry BOGGS |
| 09 Director of Institutional Research | Dr. Judy WOODS |

## Jackson State University    (A)
1440 J. R. Lynch Street, Jackson MS 39217-0001
County: Hinds    FICE Identification: 002410
Unit ID: 175688
Telephone: (601) 979-2100    Carnegie Class: Doctoral/Research Int
FAX Number: (601) 979-2358    Calendar System: Semester
URL: www.jsums.edu
Established: 1877    Annual Undergrad Tuition & Fees (In-State): $3,964
Enrollment: 8,351    Coed
Affiliation or Control: State    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: SC, ART, BUS, CLPSY, CORE, CS, JOUR, MUS, NAIT, SP, SPAA, SW, TED

| | |
|---|---|
| 01 President | Dr. Ronald MASON |
| 05 Int VP Academic Aflts/Student Life | Dr. Velvelyn FOSTER |
| 10 Vice Pres for Business/Finance | Mrs. Lillian FRIERSON |
| 32 Vice Provost of Student Life | Mr. Larry BELTON |
| 30 Dir Development & Alumni Relations | Ms. Evangeline W. ROBINSON |
| 46 VP Research Devel/Support/Fed Rels | Dr. Felix A. OKOJIE |
| 86 VP Economic Devel/Local Govt Aflts | Dr. Roy DEBERRY |
| 88 Vice Pres Campus Devel/Opers/Svcs | Vacant |
| 04 Vice Pres of Info Management | Dr. Willie BROWN |
| 64 Chief of Staff | Ms. Evola BATES |
| 20 Assoc Prov for Academic Affairs | Dr. James MADDIROLA |
| 21 Assoc VP Business & Fin/Univ Treas | Ms. Alice JOHNSON |
| 20 Assoc Prov/ASC VP Academic Affairs | Vacant |
| 35 Asst Vice Prov for Student Life | Dr. Arthur JEFFERSON |
| 84 Assoc Vice Pres for Enrollment Mgmt | Dr. Bettye GRAVES |
| 21 Dir Budget & Financial Analysis | Mrs. Kathy CLARK |
| 09 Director Inst Research/Planning | Dr. Steve OKOYE |
| 00 On-Site Administrator Library | Ms. Melissa DRUCKERY |
| 26 Director Data Mgmt/Records | Mr. Alfred B. JACKSON |
| 15 Director Human Resources | Mr. Lester POURCIAU |
| 88 Director Affirmative Action | Mr. Marcus CHANEY |
| 29 Assoc Dir Alumni/Constituency Rels | Mrs. Gwendolyn CAPLES |
| 36 Director Career Planning/Placement | Mr. Obra HACKETT |
| 88 Dean College of Educ/Human Develop | Dr. Ivory PHILLIPS |
| 58 Dean Division of Graduate Studies | Dr. Dorris R. ROBINSON-GARDNER |
| 49 Dean College of Liberal Arts | Dr. Dollye M E. ROBINSON |
| 50 Dean College of Business | Dr. Glenda GLOVER |
| 54 Dean College of Public Service | Dr. Gwendolyn PRATER |
| 72 Dean Col Sci/Engineer/Technology | Dr. Job BARNETT |
| 51 Dean College of Lifelong Learning | Dr. Johnnie MILLS-JONES |
| 50 Associate Dean College of Business | Dr. Della POSEY |
| 54 Assoc Dean School of Engineering | Dr. Robert W. WHALIN |
| 54 Assoc Dean Coll Sci/Engr/Tech | Dr. Mark HARDY |
| 49 Assoc Dean College of Liberal Arts | Dr. Mary COLEMAN |
| 49 Assoc Dean College of Liberal Arts | Dr. John SULLIVAN |
| 88 Assoc Dean School Admin Leadership | Dr. Walter CROCKETT |
| 53 Assoc Dean Sch Instruct Leadership | Dr. Vivian TAYLOR |
| 88 Assoc Dean College of Public Svc | Dr. Ruth WILLIAMS |
| 80 Assoc Dean Sch of Policy/Planning | Dr. Maria HARRIS |
| 70 Dean Division Undergraduate Studies | Dr. Evelyn LEGGETTE |
| 92 Associate Dean Honors College | Dr. Maria HARVEY |
| 88 Dean Division of Internt'l Studies | Dr. Ally MACK |
| 07 Director of Undergrad Recruitment | Mrs. Linda RUSH |
| 39 Director of Housing | Mrs. Vera JACKSON |
| 26 Director Public Relations | Mrs. Jean FRAZIER |
| 18 Int Director Facilities Management | Mr. Wayne GOODWIN |
| 31 Director Financial Aid | Mrs. Betty MONCURE |
| 96 Purchasing Agent | Mrs. Claudette ANDERSON |
| 88 Director Mississippi Learning Inst | Dr. Monique GUILLORY |
| 43 General Counsel | Mrs. Regina QUINN |
| 21 Internal Auditor | Ms. Aia THOMPSON |
| 88 Director Athletic Media Relations | Vacant |
| 88 Director Campus Union | Mr. Billy ROBY |
| 70 Director Undergraduate Admissions | Mrs. Stephanie CHATMAN |
| 27 Director Publications | Mrs. Shirley LUALLEN |
| 88 Director Food Services | Mr. Wilbur SMITH |
| 23 Director of Athletics | Mr. Floyd CULBERSON |
| 25 Director Grants & Contracts | Ms. Sallie GRIFFIN |
| 31 Director Financial Services | Mrs. Sherry WILSON |
| 18 Director Title III | Dr. Mary MYLES |
| 96 Int Dir Procurement & Inventory | Mrs. Elma WADE |
| 88 Director MS Urban Research Ctr | Dr. Gregory PRICE |
| 88 Director Social Science Res Center | Ms. Sylvia WATLEY |
| 88 Mgr Low Power Television Station | Mrs. Judy ALSOBROOKS-MEREDITH |
| 19 Director Public Safety | Ms. Rebecca COLEMAN |
| 88 Coordinator of Veterans Affairs | Mrs. Donna EPPS |

| | |
|---|---|
| 88 Director WJSU-FM Radio Station | Mr. Larry MCADOO |
| 40 Manager Bookstore | Mr. Mark PERSON |
| 27 Director University Communications | Mr. Anthony DEAN |
| 88 ADA Compliance Officer | Mr. Vinson BALLARD |
| 88 Director Auxiliary Enterprises | Mr. Christopher REED |
| 31 Director Community Affairs | Ms. Angela GOBAR |
| 39 Director Housing-On Campus Initiatives | Mr. Jerry WATSON |
| 39 Director Housing-City Initiatives | Mr. Robert PATTERSON |
| 13 Director Information Systems | Mr. Jerry DANNER |
| 14 Director Computer Commun Ctr | Mr. Willie FOSTER |

## Jones County Junior College    (B)
900 South Court Street, Ellisville MS 39437-3999
County: Jones    FICE Identification: 002411
Unit ID: 175883
Telephone: (601) 477-4000    Carnegie Class: Associate's
FAX Number: (601) 477-4017    Calendar System: Semester
URL: www.jcjc.edu
Established: 1927    Annual Undergrad Tuition & Fees (In-District): $1,588
Enrollment: 5,563    Coed
Affiliation or Control: State/Local    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, ACBSP, ADNUR, EMT, RAD

| | |
|---|---|
| 01 President | Dr. Ronald E. WHITEHEAD |
| 03 Dean of the College | Dr. Jesse SMITH |
| 05 Academic Dean | Mr. James R. KELLY, JR. |
| 07 Director of Admissions & Records | Mrs. Dianne SPEED |
| 31 Director of Financial Aid | Mr. Troy YOUNGBLOOD |
| 37 Director of Student Financial Aid | Mrs. Tina FLANAGAN |
| 75 Dean Occupational/Career Education | Mrs. Elizabeth RUSSELL |
| 51 Adult Basic Career Education | Ms. Shannon CAMPBELL |
| 75 Asst Dean Occupational Education | Mr. Michael MOSELEY |
| 32 Dean of Student Affairs | Mr. Dan JONES |
| 34 Dean of Women | Mrs. Jennifer SMITH |
| 88 Director Admin Svcs/Learn Resources | Mr. John M. CARTER |
| 29 Director Alumni Affairs/Development | Mrs. Paula WALTERS |
| 40 Bookstore Manager | Mr. Kevin KUHN |
| 41 Athletic Director | Mr. George HARRISON |
| 84 Director of Enrollment Management | Mr. Jeff BROWN |
| 18 Chief Physical Plant | Mr. Barry BARNETT |
| 25 Director Information/Research | Ms. Candace SUMNER |
| 03 Registrar | Mr. Rick HAMILTON |

## Magnolia Bible College    (C)
PO Box 1109, Kosciusko MS 39090-1109
County: Attala    FICE Identification: 023612
Unit ID: 175917
Telephone: (662) 289-2896    Carnegie Class: Specialized-Theological
FAX Number: (662) 289-1850    Calendar System: Semester
URL: magnolia.edu
Established: 1976    Annual Undergrad Tuition & Fees: $6,090
Enrollment: 56    Coed
Affiliation or Control: Churches Of Christ    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts and General; Religious Emphasis
Accreditation:

| | |
|---|---|
| 01 President | Dr. Garris D. SEMORE |
| 05 Academic Dean | Mr. John F. GARDNER |
| 32 Dean of Students | Mr. Shawn L. HARDIN |
| 11 Chief Administrative Officer | Mr. Allen COKER |
| 08 Director Library | Ms. Beverly E. JOHNSON |
| 04 Asst to the President | Mrs. Mary MCCAFFERTY |
| 37 Financial Aid Coord/Dir Inst Rsch | Mr. Allen COKER |

## Meridian Community College    (D)
910 Highway 19 North, Meridian MS 39307-5890
County: Lauderdale    FICE Identification: 002413
Unit ID: 175935
Telephone: (601) 483-8241    Carnegie Class: Associate's
FAX Number: (601) 481-1305    Calendar System: Semester
URL: www.mcc.cc.ms.us
Established: 1937    Annual Undergrad Tuition & Fees (In-District): $1,556
Enrollment: 3,572    Coed
Affiliation or Control: Local    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, ADNUR, DH, MLTAD, PNUR, PTAA, RAD, RSTH, SURGT

| | |
|---|---|
| 01 President | Dr. Scott D. ELLIOTT |
| 10 Vice Pres for Finance | Mrs. Pam HARRISON |
| 11 Vice Pres for Operations | Dr. Tommy MCDONALD |
| 35 Assoc Vice Pres Workforce Education | Ms. Shirley N. GOODMAN |
| 09 Assoc VP Rsch & Dev/Government Aflts | Dr. Kathy BAXTER |
| 32 Dean of Students | Mr. Quinn CARLISLE |
| 03 Dean of Academic Aflts/General Educ | Mrs. Barbara JONES |
| 08 Dean of Learning Resources | Mr. Billy BEAL |
| 84 Assoc Dean Enrollment Services | Mrs. Dianne WALTON |
| 30 Dir Institutional Advancement | Ms. Kathy BROOKSHIRE |
| 18 Director Physical Plant | Mr. Terry WILLIAMS |
| 37 Director Financial Aid | Mrs. Soraya WELDEN |
| 15 Director Human Resources | Ms. Shellye ESPEY |
| 41 Athletic Director | Mr. Hilary ALLEN |
| 19 Chief of Security | Mr. Johnny MARLOW |
| 88 Director of Counseling | Ms. Martha WILLIAMS |
| 27 College Promotions Coordinator | Mrs. Sandy BYNUM |
| 36 Career Center Development Coord | Ms. Deborah NETTLES |

## Millsaps College    (E)
1701 North State Street, Jackson MS 39210-0001
County: Hinds    FICE Identification: 002414
Unit ID: 175980
Telephone: (601) 974-1000    Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (601) 974-1059    Calendar System: Semester
URL: www.millsaps.edu
Established: 1890    Annual Undergrad Tuition & Fees: $20,690
Enrollment: 1,146    Coed
Affiliation or Control: United Methodist    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: SC, BUS, TED

| | |
|---|---|
| 01 President | Dr. Frances LUCAS |
| 05 Senior VP & Dean of the College | Dr. Richard A. SMITH |
| 10 Vice President for Finance | Ms. Louise BURNEY |
| 30 VP for Institutional Advancement | Dr. Charles LEWIS |
| 13 Vice Pres for Campus Services | Mr. Todd ROSE |
| 32 VP Student Affairs/Dean Students | Dr. Brit KATZ |
| 50 Dean of the School of Management | Dr. Ken HARMAN |
| 79 Assoc Dean Arts & Letters Division | Dr. David C. DAVIS |
| 49 Associate Dean Sciences Division | Dr. George J. BEY |
| 26 Dir of Communications & Marketing | Ms. Patti P. WADE |
| 37 Director of Financial Aid | Mr. Frank JAMES |
| 88 Director Academic Support Services | Ms. Janet R. LANGLEY |
| 31 Dir Enrichment & Special Projects | Dr. Nola R. GIBSON |
| 88 College Librarian | Mr. Thomas W. HENDERSON |
| 40 Coordinator of Records | Ms. Vicki STUART |
| 29 Director of Alumni Relations | Mr. John A. CONWAY |
| 36 Director of Career Center | Ms. Tonya CRAFT |
| 14 Director of Athletics | Mr. Ron JURNEY |
| 31 Dir of Payroll & Employee Services | Ms. Patricia S. BRUCE |
| 38 Director of College Counseling | Dr. James E. BOOTH |
| 88 Chaplain | Rev. Elizabeth A. GARVIN |
| 88 Director of Multicultural Affairs | Ms. Sherryl E. WILBURN |
| 21 Assistant Controller | Ms. Gail WALDROP |
| 09 Institutional Research Analyst | Ms. Katherine S. LANDRUM |

## Mississippi College    (F)
200 West College Street, Clinton MS 39058-0001
County: Hinds    FICE Identification: 002415
Unit ID: 175999
Telephone: (601) 925-3000    Carnegie Class: Master's I
FAX Number: (601) 925-3804    Calendar System: Semester
URL: www.mc.edu
Established: 1826    Annual Undergrad Tuition & Fees: $12,058
Enrollment: 3,588    Coed
Affiliation or Control: Southern Baptist    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: SC, ACBSP, CACREP, LAW, MUS, NUR, SW, TED

| | |
|---|---|
| 01 President | Dr. Lee G. ROYCE |
| 04 Admin Assistant to President | Mrs. Bettye STEWART |
| 10 Sr Vice Pres for Administration/CFO | Dr. Lloyd ROBERTS |
| 05 Vice Pres Academic Affairs | Dr. Ronald HOWARD |
| 11 Vice Pres Student Affairs | Dr. Steve STANFORD |
| 43 Vice Pres Planning/Assessment | Dr. Debbie NORRIS |
| 42 Vice Pres Christian Development | Dr. Eric PRATT |
| 43 Counsel to the President | Vacant |
| 30 Vice Pres Advancement | Mr. Danny RUTLAND |
| 44 Vice President Enrollment Services | Dr. Jim TURCOTTE |
| 03 Registrar | Mrs. Carol BUSBEE |
| 09 Director of Institutional Research | Ms. Cassandra D. SESSOMS |
| 21 Controller | Mr. David WRIGHT |
| 13 Computer Center | Mrs. Cheryl MOBLEY |
| 14 Director Computer Center | Mr. Barry BOUNDS |
| 38 Director Counseling/Testing Center | Dr. Jimmy WAGNER |
| 15 Director Personnel Services | Mrs. Marilyn SAALS |
| 29 Director Alumni Affairs | Mr. Lance CLAY |
| 26 Director Public Relations | Mrs. Alice A. SMITH |
| 18 Director of Physical Plant | Mr. Glen WORLEY |
| 35 Director of Student Services | Mrs. Carolyn HAND |
| 88 Director School of Science/Mathematics | Dr. Stan BALDWIN |
| 50 Dean School of Business Admin | Dr. Marcelo EDUARDO |
| 79 Dean School of Humanities | Dr. Debbie PIERCE |
| 53 Dean School of Education | Dr. Cindy MELTON |
| 88 Dir Sch Christian Stds/Comm/Fine Art | Dr. John MEADORS |
| 88 Dean School of Law | Dr. Jim ROSENBLATT |
| 58 Dean Grad School/Special Programs | Dr. Debbie MORRIS |
| 61 Dean School of Nursing | Dr. Mary Jean PADGETT |
| 37 Director Student Financial Aid | Mrs. Mary GIVHAN |
| 07 Director of Admissions | Mr. Chad PHILLIPS |
| 19 Director of Public Safety | Mr. Jerald SHEEHAN |
| 40 Manager Bookstore | Mr. Hal HENRY |
| 41 Director of Athletics | Mr. Michael JONES |
| 88 Director of Purchasing | Mrs. Dana ELMORE |
| 36 Coordinator of Career Services | Mrs. Suzi NYBERG |

## Mississippi Delta Community College    (G)
PO Box 668, Moorhead MS 38761-0668
County: Sunflower    FICE Identification: 002416
Unit ID: 176008
Telephone: (662) 246-6322    Carnegie Class: Associate's
FAX Number: (662) 246-6321    Calendar System: Semester
URL: www.msdelta.edu
Established: 1926    Annual Undergrad Tuition & Fees (In-District): $1,920
Enrollment: 3,271    Coed

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

**202  MARYLAND**

| | |
|---|---|
| 21 Treasurer | Dr. William E. SNOW |
| 08 Dean of University Libraries | Mr. Winston G. TABB |
| 08 Registrar | Ms. Hedy A. SCHAEDEL |
| 29 Exec Dir Alumni Rels/Annual | Mr. William CONLEY |
| Pgms | Mr. Frederic W. SCHROEDER, III |
| 07 Director of Admissions | Mr. John LATTING |
| 37 Director Student Financial Services | Ms. Ellen FRISHBERG |
| 88 Int Dir Career Planning/Devel | Ms. Adrienne ALBERTS |
| 26 Director Communications/Public Affs | Mr. Dennis O'SHEA |
| 38 Assoc Dean & Dir Academic Advising | Mr. John BADER |
| 61 Interim Dean Arts & Sciences | Dr. Adam FALK |
| 54 Dean of Engineering | Dr. Nicholas P. JONES |
| 53 Dean Homewood Student Affairs | Ms. Susan K. BOSWELL |
| 63 Dean School of Professional Studies | Dr. Ralph FESSLER |
| 53 Dean of Faculty of Medicine | Dr. Edward D. MILLER, JR. |
| 63 Dean Hygiene & Public Health | Dr. Michael KLAG |
| 66 Dean Nursing | Dr. Martha N. HILL |
| 84 Dean Advanced International Studies | Dr. Jessica D. EINHORN |
| 18 Exec Dir Facilities Operations | Mr. Lawrence H. KILDUFF |
| 64 Int Director Peabody Institute | Mr. Peter LANDGREN |
| 88 Director Applied Phys Laboratory | Dr. Richard T. ROCA |
| 09 Director of Institutional Research | Dr. Cathy J. LEBO |
| 96 Director of Purchasing | Mr. Paul N. BEYER |

## Loyola College in Maryland  (A)

4501 North Charles Street, Baltimore MD 21210-2694
County: Independent City
FICE Identification: 002078
Unit ID: 163646
Telephone: (410) 617-2000  Carnegie Class: Master's I
FAX Number: (410) 322-2768  Calendar System: Semester
URL: www.loyola.edu
Established: 1852  Annual Undergrad Tuition & Fees: $28,683
Enrollment: 6,156  Coed
Affiliation or Control: Roman Catholic  IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: **M**, BUS, BUSA, CACREP, CLPSY, CS, ENG, SP, TED

| | |
|---|---|
| 01 President | Rev. Brian F. LINNANE, SJ |
| 04 Executive Asst to the President | Ms. Vicki WELLER |
| 05 Vice Pres for Academic Affairs | Dr. David C. HADDAD |
| 10 Vice Pres Finance and Treasurer | Mr. John A. PALMUCCI |
| 11 Vice President for Administration | Mr. Terrence M. SAWYER |
| 30 Vice Pres Devel/College Relations | Mr. Michael J. GOFF |
| 32 VP Student Devel/Dean of Students | Dr. Susan M. DONOVAN |
| 23 Assoc Vice Pres Academic Affairs | Dr. Anne L. YOUNG |
| 10 Asst VP Academic Affrs/Diversity | Dr. Martha L. WHARTON |
| 23 Asst Vice Pres Academic Affairs | Dr. Donald R. BOOMGAARDEN |
| 18 Assoc VP Facilities/Campus Services | Ms. Helen SCHNEIDER |
| 13 Asst VP of Technology Services | Mr. John C. MCFADDEN |
| 21 Asst VP for Financial Services | Mr. Richard BAILEY |
| 85 Asst Vice Pres/Dir Public Relations | Mr. Mark L. KELLY |
| 42 Asst VP Student Development | Mr. Richard SATTERLEE |
| 38 Dir Counsel Ctr/Ast VP Student Dev | Dr. Donelda COOK |
| 15 Asst Vice Pres for Human Resources | Vacant |
| 96 Spec Asst to VP for Administration | Ms. Joan FLYNN |
| 07 Director Undergraduate Admissions | Mr. David DUKEH-JACKSON |
| 07 Dean of Admissions | Mr. William J. BOSSEMEYER, III |
| 07 Dir of Graduate Admissions | Mr. Scott GREATOREX |
| 37 Director of Financial Aid | Mr. Mark L. LINDENMEYER |
| 19 Dean College of Arts & Sciences | Dr. James BUCKLEY |
| 49 Assoc Dean College Arts & Sciences | Dr. Amanda THOMAS |
| 49 Assistant Dean Arts & Sciences | Dr. Suzanne KEILSON |
| 80 Dean School Business and Management | Dr. Lee D. DAHRINGER |
| 35 Assoc Dean of Exec/Grad Bus Pgms | Dr. Jean MORAN |
| 50 Director of Executive MBA Programs | Ms. Manette GATES |
| 35 Director of Graduate Business Pgms | Ms. Ann ATTANASIO |
| 49 Dean First Yr Stdnts/Academic Svcs | Dr. Ilona MCGUINESS |
| 09 Director of Institutional Research | Ms. Jennifer V. FRANK |
| 06 Director of Records | Ms. Rita L. STEINER |
| 10 Director of Intl Programs | Dr. Andre COLOMBAT |
| 08 Director of Library | Mr. John MCGINTY |
| 42 Director of Campus Ministries | Rev. Daniel RUFF, SJ |
| 58 Dir Center for Values & Service | Sr. Catherine GUGERTY, SSND |
| 41 Director of Athletics | Mr. Joseph BOYLAN |
| 88 Assistant to the Dean of Students | Mr. Xavier COLE |
| 15 Human Resource Info Sys Manager | Ms. Kamaria MANN |
| 38 Assoc Dean Student/Dir Student Life | Mr. Leonard BROWN, JR. |
| 88 Dir Career Devel/Placement Center | Dr. CreSaundra Y. SILLS |
| 37 Dir Alcohol/Drug Ed/Support Svcs | Mr. Jan WILLIAMS |
| 88 Director Recreational Sports | Ms. Pamela WITHERBEE-MURDOCK |
| 88 Dir Leadership/New Student Program | Ms. Michele MURRAY |
| 35 Director Student Activities | Mr. Mark C. BRODERICK |
| 88 Director Alana Services | Mr. Rodney PARKER |
| 88 Director Intl Health Educ Pgms | Ms. Eugenia A. LOMBARDI |
| 88 Controller | Ms. Patricia C. ERNST |
| 21 Director of Resource Management | Mr. David DAUGHADAY |
| 18 Director of Facilities Operation | Mr. Charlie RIORDAN |
| 21 Director Event Svcs/Auxiliary Mgmt | Mr. Joseph BRADLEY |
| 18 Dir Project Mgmt/Facilities Maint | Mr. Les PELY |
| 88 Director Environment Health/Safety | Ms. Christi CARAMIA |
| 18 Director of Campus Services | Mr. Mel BLACKBURN |
| 19 Dir of Public Safety/Campus Police | Mr. Timothy FOX |
| 16 Dir Recruitment & Employment | Ms. Paula ALFONE |
| 29 Acting Director Alumni Relations | Mr. Mark L. KELLY |
| 44 Dir Development of Annual Giving | Mr. David THOMPSON |
| 29 Director of Corporation & Foundation Rels | Mr. Kurt SUDBRINK |
| 27 Director of Publications | Mr. Brian HATCHER |
| 88 Director of Development Services | Ms. Jennifer SMITH |

## Maple Springs Baptist Bible College & Seminary  (B)

4130 Belt Road, Capitol Heights MD 20743-5712
County: Prince Georges  FICE Identification: 038224
Telephone: (301) 736-3631  Carnegie Class: Specialized-Theological
FAX Number: (301) 735-6507  Calendar System: Semester
URL: www.msbbcs.edu
Established: 1986  Annual Undergrad Tuition & Fees: $4,800
Enrollment: 215  Coed
Affiliation or Control: Baptist  IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Religious Emphasis
Accreditation: TRACS

| | |
|---|---|
| 01 President | Dr. Larry W. JORDAN |
| 04 Executive Assistant to President | Mr. Jerome S. TARVER |
| 33 Executive Vice President | Dr. Vivian E. BESS |
| 05 Vice President Academic Affairs | Dr. Emanuel D. CHAIMAN |
| 11 Vice Pres Administration & Finance | Dr. Jerrye B. FELICIANA |
| 73 Dean Bible College | Dr. Carl KEELS |
| 06 Director Records/Admissions | Ms. Percy COKER |
| 07 Director Business Affairs | Mrs. Famela G. THOMPSON |
| 32 Director Student Affairs | Dr. James THOMPSON |
| 08 Director Learning Resource Center | Mr. Darren JONES |
| 73 Dean Bible Seminary | Dr. Daryl WATSON |

## Maryland Institute College of Art  (C)

1300 Mount Royal Avenue, Baltimore MD 21217-4191
County: Independent City  FICE Identification: 002080
Unit ID: 163205
Telephone: (410) 669-9200  Carnegie Class: Specialized-Art/Music/Design
FAX Number: (410) 669-9206  Calendar System: Semester
URL: www.mica.edu
Established: 1826  Annual Undergrad Tuition & Fees: $26,920
Enrollment: 2,047  Coed
Affiliation or Control: Independent Non-Profit  IRS Status: 501(c)3
Highest Offering: Master's
Program: Fine Arts Emphasis
Accreditation: **M**, ART

| | |
|---|---|
| 01 President | Mr. Fred LAZARUS, IV |
| 05 Vice President & Academic Dean | Mr. Ray ALLEN |
| 10 Vice President for Finance | Mr. Douglas MANN |
| 30 Vice President for Development | Mr. Douglas L. FROST |
| 32 Vice Pres/Dean for Student Affairs | Vacant |
| 07 Vice Pres/Dean Admiss/Finan Aid | Ms. Theresa BEDOYA |
| 13 Vice President for Technology | Mr. Jeffery DAVIS |
| 11 Vice President for Operations | Mr. Mike MOLLA |
| 37 Assoc Vice Pres Financial Affs | Ms. Diane PRENGAMAN |
| 27 Assoc Vice Pres Constituent Rels | Ms. Mary Ann LAMBROS |
| 27 Assoc Vice Pres of Communication | Ms. Kim CARLIN |
| 13 Asst Vice President for Technology | Ms. Susan MILTENBERGER |
| 44 Assoc Vice Pres Development | Ms. Victoria BOONE |
| 20 Assoc Dean Academic Affairs | Mr. Jan STINCHCOMB |
| 85 Asst Dean Stdnt Acad Svcs/Registrar | Ms. Christine PETERSON |
| 53 Asst Dean Students/Dir of Housing | Mr. Michael FIERTHALER |
| 35 Assoc Dean of Student Affairs | Mr. Dusty (J. Davidson) PORTER |
| 58 Dean of Graduate Studies | Dr. Leslie KING-HAMMOND |
| 51 Dean of Continuing Studies | Mr. David GRACYALNY |
| 88 Associate Dean Continuing Studies | Mr. Peter DUBEAU |
| 07 Director Undergraduate Admissions | Mr. Hans EVERS |
| 08 Director & Head Librarian | Ms. Cynthia BARTH |
| 84 Dir Media Resources Collection | Ms. Florence THORP |
| 88 Director of Exhibitions | Mr. Gerald ROSS |
| 44 Director Gift Planning | Ms. Genya HOPKINS |
| 88 Dir Data Mgmt/Registration Cont Std | Ms. Kathy GREENBLATT |
| 09 Director of Institutional Research | Mr. Dave MILLER |
| 09 Director Student Records & Research | Mr. Hadley GARBART |
| 18 Director of Facilities Management | Mr. Bob ALHOLM |
| 19 Director of Campus Safety | Mr. Harry AZIZ |
| 26 Media Relations Manager | Ms. Cheryl KNAUER |
| 53 Dir Multi-Ethnic/Intl Student Affs | Ms. Frankie MARTIN |
| 15 Director of Human Resources | Ms. Betty ENSELEIN |
| 07 Director of Administrative Services | Mr. Chris BOHASKA |
| 38 Director Counseling | Ms. Pat FARRELL |
| 29 Alumni Relations Coordinator | Ms. Joan TIMBIE |
| 24 Audio Visual Services Manager | Mr. John RHODES |

## McDaniel College  (D)

2 College Hill, Westminster MD 21157-4390
County: Carroll  FICE Identification: 002109
Unit ID: 164270
Telephone: (410) 848-7000  Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (410) 857-2279  Calendar System: Semester
URL: www.mcdaniel.edu
Established: 1867  Annual Undergrad Tuition & Fees: $26,010
Enrollment: 3,304  Coed
Affiliation or Control: Independent Non-Profit  IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: **M**, SW, TED

| | |
|---|---|
| 01 President | Dr. Joan DEVELIN COLEY |
| 05 Provost/Dean of Faculty | Dr. Thomas M. FALKNER |
| 11 Vice Pres Administration & Finance | Dr. Ethan A. SEIDEL |
| 05 Vice Pres Institutional Advancement | Mr. Richard G. KIEF |
| 32 Vice Pres/Dean of Student Affairs | Dr. Philip R. SAYRE |
| 84 VP Enroll Mgt/Dean of Admissions | Ms. M. Martha O'CONNELL |

## Montgomery College  (E)

900 Hungerford Drive, Rockville MD 20850-1733
County: Montgomery  FICE Identification: 006911
Unit ID: 163417
Telephone: (301) 279-5000  Carnegie Class: Associate's
FAX Number: (301) 251-6397  Calendar System: Semester
URL: www.montgomerycollege.edu
Established: 1946  Annual Undergrad Tuition & Fees (In-District): $3,708
Enrollment: 22,254  Coed
Affiliation or Control: Local  IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: **M**, ADNUR, DMS, MUS, PTAA, RAD, SURGT

| | |
|---|---|
| 01 President | Dr. Charlene R. NUNLEY |
| 05 Exec Vice Pres Acad & | |
| Student Svcs | Dr. Mary Kay SHARTLE-GALOTTO |
| 11 Exec Vice Pres Admin & Fiscal Svcs | Mr. William E. CAMPBELL |
| 30 Vice Pres of Institutional Advance | Mr. David M. SEARS |
| 04 Chief of Staff | Mr. Robert A. CEPHAS |
| 53 Director of Institutional Projects | Ms. Mona LEVINE |
| 23 Director of Government Relations | Ms. Susan MADDEN |
| 40 General Counsel | Mr. Clyde H. SORRELL |
| 10 Chief Business Officer | Mr. Marshall MOORE |
| 09 Dir Planning & Institutional Rsrch | Mr. Robert LYNCH |
| 13 Chief Information Officer | Mr. L. Richard HILB |
| 18 Chief Facilities Officer | Mr. David J. CAPP |
| 06 Dir Admiss/Records/Registration | Mr. Sherman HELBERG |
| 37 College Dir Student Financial Aid | Ms. Melissa GREGORY |
| 38 Chief Human Resources Officer | Ms. Hillel S. SCOTT |
| 21 Director of Procurement | Ms. Janet WORMACK |
| 21 Director of Budget | Ms. Donna L. DIMON |
| 16 Director of Policy Development | Ms. Vivian M. SMITH |
| 15 Chief Human Resource Officer | Ms. Kathi CAREY-FLETCHER |
| 53 Director of Auxiliary Services | Dr. Judy ACKERMAN |
| 12 Vice Pres/Provost Rockville Campus | Dr. Hercules PINKNEY |
| 12 Vice Pres/Provost Germantown Campus | Dr. Bradley J. STEWART |
| 12 Vice Pres/Prov Takoma Park Campus | |

## Morgan State University  (F)

1700 East Cold Spring Lane, Baltimore MD 21251
County: Independent City  FICE Identification: 002083
Unit ID: 163453
Telephone: (443) 885-3333  Carnegie Class: Master's I
FAX Number: (443) 885-3698  Calendar System: Semester
URL: www.morgan.edu
Established: 1867  Annual Undergrad Tuition & Fees (In-State): $6,110
Enrollment: 6,892  Coed
Affiliation or Control: State  IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: **M**, BUS, BUSA, CHPM, DIETD, ENG, LSAR, MT, MUS, PLNG, SW, TED

| | |
|---|---|
| 01 President | Dr. Earl S. RICHARDSON |
| 05 Provost/Vice Pres Academic Affairs | Dr. T. Joan ROBINSON |
| 40 Vice Pres Finance & Management | Mr. Abraham MOORE |
| 45 Vice Pres Planning | Dr. Joseph POPOVICH |
| 44 Vice Pres Institutional Advancement | Mr. A. Recardo PERRY |
| 30 Vice Pres Institutional Advancement | Ms. Cheryl Y. HITCHCOCK |
| 23 Assoc Vice Pres for Academic Affs | Dr. Nathaniel KNOX |
| 21 Assoc VP for Finance & Management | Mr. Ray C. VOLLMER |
| 35 Assistant VP Student Affairs | Ms. Tanya RUSH |
| 04 Executive Assistant to President | Dr. Cecil W. PAYTON |
| 49 Dean College Arts & Sciences | Dr. Burney HOLLIS |
| 50 Dean School Business & Management | Dr. Otis THOMAS |
| 53 Dean School of Education | Dr. Patricia MORRIS-WELCH |
| 54 Dean School of Engineering | Dr. Eugene DELOATCH |
| 58 Dean of the Graduate School | Dr. Maurice TAYLOR |
| 37 Director of Financial Aid | Mr. Nigel EDWARDS |

| 30 Assoc Vice Pres/Director Devel | Mr. Steven KRAHLING-HADDAD |
| 29 Assoc Vice Pres of Alumni Relations | Ms. Robin A. BRENTON |
| 25 Director Corp & Found Relations | Ms. Erika R. SETH |
| 58 Dean Graduate & Professional Stds | Dr. Kenneth W. POOL |
| 20 Assoc Dean of Academic Affairs | Dr. Henry B. REIFF |
| 49 Assoc Dean of First-Year Program | Dr. Jean H. SHIN |
| 50 Assoc Vice Pres/Com Mark | Ms. Joyce D. MULLER |
| 08 Director of Library | Ms. Michele M. REID |
| 37 Director Financial Aid | Ms. Patricia M. WILLIAMS |
| 04 Exec Assistant to the President | Ms. Mary Ann FISHAY |
| 06 Registrar | Ms. Jean A. KIPHART |
| 49 Director Athletics | Mr. James M. SMITH |
| 38 Director Career Advising | Ms. Karen N. ARNIE |
| 38 Director College Counseling | Ms. Susan J. GLORE |
| 27 Director Physical Plant/Services | Mr. Mitchell K. ALEXANDER |
| 45 Director Research Services/Treas | Mr. Arthur S. WISNER |
| 15 Director Human Resources | Mr. Thomas G. STEBACK |
| 45 Dir Facility Plng/Capital Projects | Mr. Edgar S. SELL, JR. |
| 88 Director Annual Giving | Mr. Joaquin P. BENTZ |
| 19 Director of Campus Safety | Mr. Michael M. WEBSTER |
| 90 Manager Bookstore | Mr. Kyle MELOCHE |
| 18 Director Conferences/Auxil Svcs | Ms. Mary J. COLBERT |
| 08 Director of Information Services | Ms. Michele M. REID |
| 48 Coord of Dept Education Program | Mr. Mark M. RUST |
| 09 Institutional Research Analyst | Ms. Jan C. FAZZARI |
| 20 Director of Multicultural Services | Ms. Zephia M. BRYANT |
| 92 Director of Honors Program | Dr. Gretchen K. MCKAY |
| 88 Director of Purchasing/Receiving | Ms. Margaret G. BELL |
| 14 Director Computer Center | Ms. Michele M. REID |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | |
|---|---|
| 41 | Director of Athletics ............................................. Mr. Steven LEE |
| 38 | Asst Director Students/Support Svcs ................................... Vacant |
| 19 | Director Campus Safety & Security .................................... Vacant |
| 23 | Director of Church Health Services ................... Mrs. Carol TYLER |
| 07 | Dean of Admission ......................................... Mr. Wray BLAIR |
| 88 | Sr Assoc Director of Admission ...................................... Vacant |
| 13 | Chief Information Officer ............................... Mr. Jeffrey DEVLIN |
| 32 | Director of Residence Life ............................................. Vacant |
| 00 | Manager Bookstore ..................................... Ms. Ann CHAFF |
| 36 | Dir of Student Support Services ...................................... Vacant |

### Corinthian Schools, Inc. - National Institute of Technology Campus    (A)

5514 Big Tyler Road, Cross Lanes WV 25313-1399
County: Kanawha    FICE Identification: 010356
     Unit ID: 237604
Telephone: (304) 776-6290    Carnegie Class: Associate's
FAX Number: (304) 776-6262    Calendar System: Quarter
URL: www.cci.edu
Established: 1968    Annual Undergrad Tuition & Fees: $20,000
Enrollment: 450    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

| | |
|---|---|
| 01 | President ........................................... Dr. Robert L. BLISS |
| 05 | Director of Education ................................ Mr. Richard RHODES |
| 07 | Director of Admission ...................... Ms. Karen WILKINSON |
| 10 | Business Officer ..................................... Ms. Aimee SWITZER |
| 36 | Director Student Placement ................ Ms. Jennifer RICHMOND |

### Davis & Elkins College    (B)

100 Campus Drive, Elkins WV 26241-3996
County: Randolph    FICE Identification: 003811
     Unit ID: 237358
Telephone: (304) 637-1900    Carnegie Class: Baccalaureate-Gen
FAX Number: (304) 637-1413    Calendar System: 4/1/4
URL: www.davisandelkins.edu
Established: 1904    Annual Undergrad Tuition & Fees: $16,832
Enrollment: 625    Coed
Affiliation or Control: Presbyterian Church (U.S.A.)    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: NH, ADNUR, THEA

| | |
|---|---|
| 01 | President ............................................ Dr. G. T. MANN |
| 05 | Vice President of Faculty .................. Dr. Laurence B. MCARTHUR |
| 10 | Vice Pres for Finance & Admin ............ Mr. Stephen E. BRIGHT |
| 30 | Vice Pres College Advancement ...... Ms. Patricia J. SCHUMANN |
| 32 | VP Student Life/Dean of Students ................. Dr. David M. SNEED |
| 84 | Director of Enrollment Management ........ Ms. Renee T. HECKEL |
| 48 | Head Librarian ............................................ Mr. T. E. HODGIN |
| 06 | Registrar ..................................... Dr. Laurence B. MCARTHUR |
| 37 | Director Financial Planning .............. Ms. Susan M. GEORGE |
| 20 | Director of Counseling Center ............ Mr. Kenton L. MCCOY |
| 26 | Director of Communications ........... Ms. Carol M. SCHULER |
| 15 | Director Personnel Services ..................... Ms. M. J. COREY |
| 18 | Chief Facilities/Physical Plant ............ Mr. Ronald J. SELDERS |
| 29 | Director Alumni Relations .......... Ms. Rachel H. MONTGOMERY |
| 07 | Director of Admissions ................................................ Vacant |
| 14 | Coord Administrative Computing ........... Mr. Craig W. MERRIAM |

### Huntington Junior College    (C)

900 Fifth Avenue, Huntington WV 25701-2004
County: Cabell    FICE Identification: 009047
     Unit ID: 237437
Telephone: (304) 697-7550    Carnegie Class: Associate's
FAX Number: (304) 697-7554    Calendar System: Quarter
URL: www.huntingtonjuniorcollege.edu
Established: 1936    Annual Undergrad Tuition & Fees: $7,400
Enrollment: 770    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: NH, MAC

| | |
|---|---|
| 01 | Director ............................................... Carolyn SMITH |

### International Academy of Design and Technology    (D)

2000 Green River Drive, Fairmont WV 26554-9790
County: Marion    Identification: 666506
     Unit ID: 367389
Telephone: (304) 534-5677    Carnegie Class: Other
FAX Number: (304) 534-5669    Calendar System: Other
URL: www.iadtwv.com
Established: 1988    Annual Undergrad Tuition & Fees: $21,200
Enrollment: 75    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Occupational
Program: Occupational
Accreditation: ACICS

| | |
|---|---|
| 01 | Acting President ...................... Ms. Patricia O'ROURKE |

| | |
|---|---|
| 05 | Director of Education ........................... Mr. George FULDA |

† Branch campus of Computer Tech, PA.

### Mountain State College    (E)

Spring at Sixteenth Street, Parkersburg WV 26101-3993
County: Wood    FICE Identification: 005008
     Unit ID: 237586
Telephone: (304) 485-5487    Carnegie Class: Associate's
FAX Number: (304) 485-3524    Calendar System: Quarter
URL: www.mountainstate.org
Established: 1888    Annual Undergrad Tuition & Fees: $7,200
Enrollment: 236    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS, ARCPA

| | |
|---|---|
| 01 | President ............................................ Mr. Michael MCPEEK |
| 03 | Vice President ..................................... Mrs. Judith SUTTON |

### Mountain State University    (F)

609 South Kanawha Street, Beckley WV 25802-2830
County: Raleigh    FICE Identification: 003807
     Unit ID: 237154
Telephone: (304) 253-7351    Carnegie Class: Baccalaureate-Associate's
FAX Number: (304) 929-1600    Calendar System: Semester
URL: www.mountainstate.edu
Established: 1933    Annual Undergrad Tuition & Fees: $5,880
Enrollment: 4,418    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Occupational; 2-Year Principally Bachelor's Creditable; Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, ACFEI, ANEST, DMS, MAC, NUR, OTA, PTAA, RAD, RSTH, RSTHT, SURGT, SW

| | |
|---|---|
| 01 | President ........................................ Dr. Charles H. POLK |
| 03 | Exec Vice Pres/Chief Academic Ofcr ...... Mr. James G. FLOOD |
| 04 | Chief of Staff ............................ Ms. Cynthia D. ALEXANDER |
| 50 | Sr Academic Ofcr Sch Business/Tech ...... Dr. Alan R. TILLQUIST |
| 56 | Sr Academic Ofcr Health Sciences ............ Dr. Patsy HASLAM |
| 49 | Sr Academic Ofcr Sch of Arts & Sci .......... Dr. Vincent BEACH |
| 87 | Sr Enrollment Mgr for Online/IS Pgm ........ Mr. Mark SARVER |
| 84 | Dean of Enrollment Management .......... Ms. Alexandria G. STONE |
| 20 | Assoc VP Instructional Technology ...... Mr. James M. OWSTON |
| 12 | Provost of the Beckley Campus ............... Dr. Jill HOPKINS |
| 12 | Provost of the Martinsburg Campus .......... Ms. Layne DIEHL |
| 12 | Provost of Distance Education ........ Ms. Roslyn CLARK-PAYNE |
| 26 | Dir Univ Public Relations/Marketing ........ Mrs. Sherry WADE |
| 10 | Chief Financial Officer ...................... Ms. Michele SARRETT |
| 10 | Chief Business Officer ........................ Mr. Ronald WARD |
| 88 | Dir of Undergraduate Leadership Pgm ....... Dr. William WHITE |
| 08 | Director of Library Services ............................ Ms. Judy ALTIS |
| 06 | Registrar .......................................... Ms. Rebecca HALL |
| 41 | Athletic Director ............................... Mr. Robert BOLEN, III |
| 32 | Dir Student Affairs/Campus Life .......... Mr. Reginald GARCON |
| 43 | General Counsel .......................................... Mr. Jon REED |
| 15 | Sr Human Resources Manager ............. Ms. M. Kay STUMP |
| 18 | Director of Physical Plant .............. Mr. William ATKINSON |
| 37 | Director Student Financial Aid ..................... Ms. Sue PACK |
| 30 | Senior Development Officer ........................ Ms. Alice EANES |
| 90 | Sr Officer Information Technology ........ Mr. Randy WHITE |
| 88 | Senior Student Services Manager ...... Ms. Melissa FARRISH |
| 54 | Director of Florida Campus ........... Dr. Matthew LONAM |
| 49 | Director of University Bookstores ............ Mr. Dallas BRAGG |
| 19 | Director of Campus Safety ...................... Mr. Everette STEELE |
| 84 | Director of Cohort Enrollments ............ Mr. William STONE |
| 84 | Dir of Call Center & Online Enroll ............ Ms. Alicia DERI |
| 88 | Senior Accreditation Manager .................. Ms. Kelli MAYS |
| 90 | Dir Purchasing & Auxiliary Services ...... Ms. Barbara DAWES |
| 88 | Dean of the Academy ...................... Mr. F. William BORG |
| 48 | Acting Dean of Leadership Studies ................ Dr. Ruth WYLIE |
| 88 | Dean Graduate IS & Spectrum Studies ...... Dr. Brian HOLLOWAY |
| 88 | Sr Ofcr School of Experiential Lrng ............ Dr. Mark MILLER |
| 56 | Sr Academic Ofcr for Grad Nursing ........ Dr. Jessica SHARP |
| 09 | Sr Ofcr Institutional Effectiveness ...... Mr. Lawrence KUSZYNSKI |
| 29 | Dir Alumni Relations/Annual Giving ...... Ms. Michael Ann DULCIE |

### Ohio Valley University    (G)

1 Campus View Drive, Vienna WV 26105-8000
County: Wood    FICE Identification: 003819
     Unit ID: 237640
Telephone: (304) 865-6000    Carnegie Class: Baccalaureate-Assoc
FAX Number: (304) 865-6001    Calendar System: Semester
URL: www.ovu.edu
Established: 1958    Annual Undergrad Tuition & Fees: $12,012
Enrollment: 530    Coed
Affiliation or Control: Churches Of Christ    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: NH

| | |
|---|---|
| 01 | President ...................................... Dr. James A. JOHNSON |
| 04 | Senior VP for Operations .................... Mr. Denver D. LUCKY |
| 02 | Chancellor ....................................... Dr. Keith STOTTS |
| 03 | Executive VP for Academic Affairs ................ Dr. C. Joy JONES |
| 90 | Senior Vice Pres for Advancement ...... Mr. Steve ECKMAN |
| 32 | Vice Pres Student Services ............... Mrs. Kathy MULLER |

| | |
|---|---|
| 10 | Senior Vice Pres for Finance ............ Mr. Steven M. MORGAN |
| 29 | Senior VP for Alumni Services ................ Mr. Dennis COX |
| 84 | Dean of Enroll Mgmt/General Counsel ...... Mrs. Becky MATHIS-STUMP |
| 07 | Director of Admissions ...................... Mr. Rob DUDLEY |
| 54 | Director of Campus Operations ...... Mr. Kristopher H. WILCOXEN |
| 37 | Director Student Financial Aid ............ Mrs. Margie W. LYONS |
| 06 | Registrar ..................................... Mrs. Tammi J. PAVAN |
| 26 | Chief Public Relations Officer ............ Mr. Marty DAVIS |

### Salem International University    (H)

223 West Main Street, Box 500, Salem WV 26426-0500
County: Harrison    FICE Identification: 003820
     Unit ID: 237593
Telephone: (304) 782-5011    Carnegie Class: Master's II
FAX Number: (304) 782-5395    Calendar System: Other
URL: www.salemiu.edu
Established: 1888    Annual Undergrad Tuition & Fees: $15,200
Enrollment: 660    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: NH

| | |
|---|---|
| 01 | President .................................... Dr. Richard W. FERRIN |
| 03 | Vice Pres Academic Affairs/Provost ........ Dr. Arthur E. LINKINS |
| 32 | VP Student Dev/Dean Student Affairs ...... Mr. Donald APPLEBY |
| 30 | VP University Advancement ...................... Dr. Richard BAXTER |
| 10 | VP Business Affs/Chief Finan Ofcr ........ Mr. James N. MAYFIELD |
| 06 | Registrar ..................................... Ms. Cynthia J. BRISSEY |
| 53 | Dean of Education ........................... Dr. Mary HARRIS-JOHN |
| 49 | Dean of Arts & Sciences ............................................ Vacant |
| 30 | Dean of Business ..................................................... Vacant |
| 58 | Dir Grad Biotech/Mol Biology Pgm ................ Dr. Patrick LAI |
| 58 | Director Graduate Education Program ...... Dr. Mary HARRIS-JOHN |
| 07 | Director of Admissions ....................... Mr. Jay LYNCH |
| 09 | Director of Institutional Research ...... Ms. Christine E. HOWERTON |
| 14 | Director Information/Data Tech .................... Mr. Patrick BELL |
| 18 | Director of Facilities .............................. Mr. Debra YODER |
| 08 | Director of Libraries .................... Dr. Phyllis D. FREEDMAN |
| 73 | Director of Security .......................... Mr. George BLAKE |
| 29 | Assoc to Pres for Alumni Relations ........ Dr. Dallas BAILEY |
| 35 | Asst Dean Stdnts/Dir Campus Activ ........ Mr. Jerry SHEARER |
| 37 | Director of Student Financial Aid ........ Ms. Charlotte LAKE |
| 38 | Coord Acad Enhancement/Career Svcs ....... Ms. Deb WOODS |
| 41 | Athletic Director ..................................... Mr. Lou TALERICO |

### University of Charleston    (I)

2300 Maccorkle Avenue, SE, Charleston WV 25304-1099
County: Kanawha    FICE Identification: 003818
     Unit ID: 237312
Telephone: (304) 357-4800    Carnegie Class: Baccalaureate-Assoc
FAX Number: (304) 357-4715    Calendar System: Semester
URL: www.ucwv.edu
Established: 1888    Annual Undergrad Tuition & Fees: $20,200
Enrollment: 981    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, ADNUR, AT, NUR, RAD, TED

| | |
|---|---|
| 01 | President ........................................ Dr. Edwin H. WELCH |
| 03 | Provost & Dean of Faculty ............ Dr. Margaret A. MALMBERG |
| 10 | Vice Pres Administration & Finance ........ Mrs. Cleta M. HARLESS |
| 30 | Vice Pres for Advancement ............................................ Vacant |
| 07 | Director Admissions .......................... Mr. Brad PARRISH |
| 06 | Registrar/Director Inst Research ............ Mr. Alan R. BELCHER |
| 88 | Dir of Annual Giving & Major Gifts .......... Ms. Linda PAULEY |
| 88 | Director Foundation .................................................. Vacant |
| 08 | Director of Library ........................ Ms. Lynn SHEEHAN |
| 32 | Dean of Students .......................... Mr. Douglas J. WALTERS |
| 29 | Director Alumni Relations ............ Ms. Bethany MEIGHEN |
| 37 | Director Financial Aid ........................ Ms. Janet M. RUGE |
| 84 | Director of Freshman Studies ............ Dr. Joseph H. JAMISCH |
| 26 | Asst Director University Relations ............ Mr. Randy OMEY |
| 55 | Director Student Involvement ......... Mr. Douglas J. WALTERS |
| 49 | Bookstore Manager .......................... Ms. Myreda FORGA |
| 18 | Director Plant & Property .................... Mr. Steve BALLARD |
| 19 | Director Security .......................... Mr. Jack L. RINCHICH |
| 54 | Director Arts & Sciences ................ Dr. J. Wayne JONES |
| 50 | Chair Division Business ...................... Dr. James FALTER |
| 76 | Chair Division Health Sciences ............ Ms. Sarah Fa FESTA |
| 41 | Athletic Director ...................... Mr. Thomas NOZICA |
| 88 | Director of Colleague Program ............ Mr. Anthony MARCHESE |
| 85 | Coord International Student Pgrms ........ Mr. Douglas WALTERS |
| 14 | Director of University Computing ........ Mr. James MEADOWS |
| 09 | Director of Institutional Research ............ Mr. Alan BELCHER |
| 21 | Associate Business Officer .................... Ms. Josie WRISTON |

### Valley College of Technology    (J)

287 Aikens Center, Martinsburg WV 25401-5711
County: Berkeley    FICE Identification: 026094
     Unit ID: 377661
Telephone: (304) 263-0979    Carnegie Class: Associate's
FAX Number: (304) 263-2413    Calendar System: Other
URL: www.vct.edu
Established: 1983    Annual Undergrad Tuition & Fees: $7,300
Enrollment: 90    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Associate Degree

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | |
|---|---|
| 05 Vice Pres Academic Affairs | Dr. Burnett JOINER |
| 32 Vice Pres Student Affairs | Dr. Joseph MORALE |
| 30 VP Institutional Advancement | Mrs. Karen HELTON |
| 14 Vice Pres Information Technology | Mr. Nathaniel HEWITT |
| 42 College Chaplain | Mr. George JOHNSON |
| 08 Director Sponsored Pgms | Mrs. Karen HELTON |
| 50 Chair Division Business/Technology | Dr. Shah SALAM |
| 53 Chr Education/Non-Traditional Stds | Dr. Robert L. WATKINS |
| 79 Chair Div Arts and Sciences | Dr. Ernest J. PLATA |
| 27 Director of Public Relations | Mr. Larry C. ACKER |
| 08 Librarian | Dr. Evelyn K. BONNER |
| 30 Registrar | Vacant |
| 07 Director of Admissions | Ms. Lafita W. ESTES |
| 15 Director Personnel Services | Ms. Mary E. CREEL |
| 37 Chief Facilities/Physical Plant | Mr. O. Ivan WHITE |
| 20 Associate Academic Officer | Dr. Robert L. WATKINS |
| 37 Int Director of Financial Aid | Ms. Oeoola JONES |
| 29 Director of Alumni Relations | Mr. George E. FOREMAN |
| 09 Director of Institutional Research | Dr. Warren H. HAWKINS |
| 11 Exec Director Administrative Svcs | Mr. Ivan WHITE |
| 23 College Nurse | Ms. Shonte EPPERSON |
| 36 Dir Student Placement/Counseling | Mrs. Eva HARRIS |
| 41 Director Bookstore/Purchasing | Ms. Verda D. BATTLE |
| 47 Director of Athletics | Dr. Richard COSBY |
| 26 Chief Public Relations Officer | Mr. Larry ACKER |
| 38 Director Student Counseling | Mrs. Sylvia FRANK |
| 96 Director of Purchasing | Mrs. Paulette GAYTON |

# UTAH

## Brigham Young University (A)

Provo UT 84602-0002
County: Utah
FICE Identification: 003670
Telephone: (801) 422-1211   Unit ID: 230038
FAX Number: (801) 422-0586   Carnegie Class: Doctoral/Research Ext
URL: www.byu.edu   Calendar System: Other
Established: 1875
Enrollment: 33,427   Annual Undergrad Tuition & Fees: $3,410
Affiliation or Control: Latter-day Saints   Coed
Highest Offering: Doctorate   IRS Status: 501(c)3
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: NW, ART, AT, BUS, BUSA, CACREP, CLPSY, CONST, COPSY, CS, DANCE, DIETD, DIETI, ENG, ENGT, IPSY, JOUR, LAW, MFCD, MT, MUS, NRPA, NUR, SP, SPAA, SW, #TED, THEA

| | |
|---|---|
| 01 President | Dr. Cecil O. SAMUELSON |
| 05 Academic Vice President | Dr. John S. TANNER |
| 11 Administrative Vice President | Mr. Brad W. FARNSWORTH |
| 30 Advancement Vice President | Dr. K. Fred SKOUSEN |
| 13 Vice Pres Info Tech/Chief Info Ofcr | Dr. J. Kelly FLANAGAN |
| 88 International Vice President | Dr. Sandra ROGERS |
| 32 Student Life Vice President | Dr. Janet S. SCHARMAN |
| 43 Asst to President/General Counsel | Mr. Thomas B. GRIFFITH |
| 45 Asst to Pres Planning/Assessment | Dr. Gerrit W. GONG |
| 27 Asst to Pres Univ Communications | Mrs. Carri P. JENKINS |
| 20 Assoc Acad VP Faculty | Dr. Richard N. WILLIAMS |
| 53 Assoc Acad VP Int/Distance/Cont Ed | |
| 20 Assoc Acad VP Undergraduate Stds | Dr. K. Newell DAYLEY |
| 45 Assoc Acad VP Research/Grad Stds | Dr. Gary H. HOOPER |
| 53 Asc Stdnt Life VP/Dir Coun/Car Ctr | Dr. Ronald K. CHAPMAN |
| 10 Chief Financial Officer | Mr. Brian K. EVANS |
| 18 Asst Admin VP Physical Facilities | Mr. Ole M. SMITH |
| 15 Asst Admin VP Human Resource Svcs | Mr. Forrest FLAKE |
| 35 Asst Admin VP/Stdnt Auxil Svc | Mr. David A. HUNT |
| 26 Assoc Advance VP Univ Relations | Mr. John C. LEWIS |
| 44 Executive Director Development | Mr. Bruce M. SNOW |
| 36 Dean Student Acad/Advancement Serv | Mr. Ford L. STEVENSON |
| 35 Dean Student Life | Mr. Vernon L. HEPERI |
| 37 Director Student Financial Aid | Vacant |
| 88 Dean Undergraduate Education | Dr. George S. TATE |
| 08 University Librarian | Mr. Randy J. OLSEN |
| 50 Dean Graduate Studies | Dr. Bonnie BRINTON |
| 51 Dean Continuing Education | Dr. Richard C. EDDY |
| 81 Dean Biology/Agriculture Sciences | Dr. Rodney BROWN |
| 56 Dean Engineering & Technology | Dr. Alan R. PARKINSON |
| 83 Dean Family Home & Social Science | Dr. David B. MAGLEBY |
| 57 Dean Fine Arts & Communications | Dr. Stephen M. JONES |
| 68 Dean Health/Human Performance | Dr. Sara Lee GIBB |
| 79 Dean Humanities | Dr. John ROSENBERG |
| 81 Dean Law School | Dr. Kevin J. WORTHEN |
| 50 Dean Marriott School Management | Dr. Ned C. HILL |
| 34 Dean McKay School of Education | Dr. K. Richard YOUNG |
| 81 Dean Physical & Math Science | Dr. Earl M. WOOLLEY |
| 66 Dean Nursing | Dr. Elaine S. MARSHALL |
| 73 Dean Religious Education | Dr. Andrew SKINNER |
| 09 Director Office of Assessment | Dr. Danny OLSEN |
| 30 Registrar | Mr. Gene F. PRIDAY |
| 07 Director of Admissions | Mr. Tom GOURLEY |
| 29 Director Alumni Relations | Mr. Michael J. BUSENBARK |

## California College for Health Sciences (B)

5295 S. Commerce Drive, Salt Lake City UT 84107
County: Salt Lake
FICE Identification: 022061
Unit ID: 110945
Telephone: (800) 221-7374   Carnegie Class: Associate's
FAX Number: (801) 263-0345   Calendar System: Other
URL: www.cchs.edu
Established: 1976   Annual Undergrad Tuition & Fees: $10,620
Enrollment: 3,500   Coed

| | |
|---|---|

Affiliation or Control: Proprietary
Highest Offering: Master's   IRS Status: Proprietary
Program: Professional
Accreditation: DETC, RSTHT

| | |
|---|---|
| 02 Executive Director | Chris L. JORGENSEN |

## Careers Unlimited (C)

575 East University Parkway I-163, Orem UT 84097-7445
FICE Identification: 034633
Telephone: (801) 226-1061   Carnegie Class: Other
FAX Number: (801) 224-2966   Calendar System: Other
Established:   Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A   Coed
Affiliation or Control: Proprietary   IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: ACCSCT

| | |
|---|---|
| 01 President | Mr. Kenneth MOLEN |

## Eagle Gate College (D)

5588 South Green Street, Murray UT 84123
County: Salt Lake
FICE Identification: 021785
Telephone: (801) 281-7700   Carnegie Class: Other
FAX Number: (801) 263-6520   Calendar System: Other
URL: www.eaglegatecollege.edu
Established:   Annual Undergrad Tuition & Fees: $19,792
Enrollment: 376   Coed
Affiliation or Control: Proprietary   IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS

| | |
|---|---|
| 02 Director | Mr. Larry LITCHFIELD |

## ITT Technical Institute (E)

920 West LeVoy Drive, Murray UT 84123-2500
County: Salt Lake
FICE Identification: 031565
Unit ID: 230384
Telephone: (801) 263-3313   Carnegie Class: Specialized-Engineering/Tech
FAX Number: (801) 263-3497   Calendar System: Quarter
URL: www.itt-tech.edu
Established: 1984   Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A   Coed
Affiliation or Control: Proprietary   IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Technical Emphasis
Accreditation: ACICS

## Latter-Day Saints Business College (F)

411 East South Temple, Salt Lake City UT 84111-1392
County: Salt Lake
FICE Identification: 003672
Unit ID: 230418
Telephone: (801) 524-8100   Carnegie Class: Associate's
FAX Number: (801) 524-1900   Calendar System: Semester
URL: www.ldsbc.edu
Established: 1886   Annual Undergrad Tuition & Fees: $2,480
Enrollment: 1,265   Coed
Affiliation or Control: Latter-day Saints   IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NW, MAC

| | |
|---|---|
| 01 President | Mr. Stephen K. WOODHOUSE |
| 04 Executive Assistant | Ms. Tanna BAIRD |
| 11 Vice President Administration | Mr. Jerold M. BRYAN |
| 10 Controller/Vice Pres Finance | Mr. Bob H. WISER |
| 05 Vice Pres for Academic Affairs | Dr. Carolyn S. BROWN |
| 32 VP Student Affairs/Advancement | Mr. Craig V. NELSON |
| 20 Dean of Instuctional Support | Mr. Tyler S. MORGAN |
| 35 Dean of Students | Ms. Karen PETERSON |
| 83 Assistant Dean of Students | Mr. Matthew D. TITTLE |
| 13 Chief Information Officer | Mr. R. Brent CHERRINGTON |
| 36 Director of Career Services | Ms. Kathy HOWE |
| 07 Director of Enrollment Management | Ms. Renae R. RICHARDS |
| 09 Director of Institutional Research | Mr. Robert M. EGAN |
| 60 Registrar/Executive Assistant | Ms. Tamra BAIRD |
| 08 Library & Information Resources Dir | Ms. Karen HALES |
| 28 Accounting Program Director | Mr. D. Paul GARDINER |
| 50 Business Department Chair | Mr. Keith A. POELMAN |
| 23 Medical Careers Department Chair | Mr. Bratt MERKLEY |
| 77 Information Tech Department Chair | Mr. Ken LARSON |
| 88 Assoc of Science Department Chair | Mr. Paul RICHARDS |
| 73 Interior Design Department Chair | Mr. Miles HUNSAKER |
| 72 Information/Technology Program Dir | Mr. Kevin MCREYNOLDS |
| 73 Institute of Religion Director | Mr. Steven G. DYRENG |
| 33 Assistant Controller | Mr. James MCGETTIGAN |
| 42 Financial Aid Administrator | Mr. J. Douglas HORNE |
| 18 Physical Facilities Manager | Mr. Jared KEITH |

## Midwives College of Utah (G)

560 South State Street Suite B2, Orem UT 84058
County: Utah
Identification: 666281
Telephone: (801) 489-1238   Carnegie Class: Other
FAX Number: (801) 764-9068   Calendar System: Other

URL: www.midwifery.edu
Established: 1980
Enrollment: 98   Annual Undergrad Tuition & Fees: $3,5
Affiliation or Control: Independent Non-Profit
Highest Offering: Master's   IRS Status: 501
Program: Occupational
Accreditation: MEAC

| | |
|---|---|
| 01 President | Ms. Jodie FISHER PALMER |

## Mountain West College (H)

3280 West 3500 South, West Valley City UT 84119
County: Salt Lake
FICE Identification: 022986
Unit ID: 230470
Telephone: (801) 840-4800   Carnegie Class: Associate's
FAX Number: (801) 969-0828   Calendar System: Other
URL: www.mwcollege.com
Established: 1982   Annual Undergrad Tuition & Fees: $9,687
Enrollment: 816   Coed
Affiliation or Control: Proprietary   IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: ACICS, MAC

| | |
|---|---|
| 01 President | Dr. Larry BANKS |
| 05 Academic Dean | Mr. Kevin MERTINS |
| 09 Business Manager | Mr. John ZASTROWNEY |
| 36 Director Placement | Mr. Scott SAINSBURY |
| 07 Registrar | Mrs. Cherilyn MYERS |
| 20 Assistant Academic Dean | Mr. Troy MITCHELL |

## Provo College (I)

1450 West 820 North, Provo UT 84601-1305
County: Utah
FICE Identification: 023608
Unit ID: 380438
Telephone: (801) 375-1861   Carnegie Class: Associate's
FAX Number: (801) 375-9728   Calendar System: Other
URL: www.provocollege.us
Established: 1984   Annual Undergrad Tuition & Fees: $8,100
Enrollment: 1,265   Coed
Affiliation or Control: Proprietary   IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT, DA, MAC, PTAA

| | |
|---|---|
| 01 Campus President | Mr. Gordon C. PETERS |
| 05 Academic Dean | Ms. Becki SIMONS |
| 10 Finance Manager | Mr. Robert HARPER |
| 07 Director of Admissions | Mr. Kim T. MILLER |
| 37 Lead Financial Svcs Representative | Ms. Mai DANNER |
| 36 Registrar | Ms. Jennifer MOSLEY |
| 36 Director of Placement | Mr. Elmer PATTERSON |

## Stevens-Henager College (J)

635 West 5300 South, Murray UT 84123
County: Salt Lake
Identification: 666038
Telephone: (801) 281-7600   Carnegie Class: Other
FAX Number: (801) 281-7660   Calendar System: Other
URL: www.stevenshenager.edu
Established: 1891   Annual Undergrad Tuition & Fees: $29,950
Enrollment:   Coed
Affiliation or Control: Proprietary   IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational
Accreditation: ACCSCT

| | |
|---|---|
| 02 President | Mr. Carol GASTIGER |
| 03 Associate Director | Mr. David TOLMAN |
| 03 Registrar | Ms. I-Dene ZAMORA |
| 08 Director of Admissions | Mr. Robert CLARK |
| 08 Head Librarian | Mr. Burt BARNARD |
| 37 Director of Financial Aid | Ms. Rebecca BROWN |

## Stevens-Henager College (K)

PO Box 9428, Ogden UT 84409-0428
County: Weber
FICE Identification: 003674
Unit ID: 230621
Telephone: (801) 394-7791   Carnegie Class: Associate's
FAX Number: (801) 621-0853   Calendar System: Quarter
URL: www.stevenshenager.edu
Established: 1891   Annual Undergrad Tuition & Fees: $18,200
Enrollment: 415   Coed
Affiliation or Control: Proprietary   IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: ACCSCT, MAC, SURGT

| | |
|---|---|
| 01 President of Ogden Campus | Ms. Vicky DEWSNUP |
| 07 Director of Admissions | Ms. Cindy WILLIAMS |
| 32 Director of Student Services | Ms. Athena HALKIDIS |
| 01 President | Ms. Lana MOON |

## Stevens-Henager College of Business (L)

25 East 1700 South, Provo UT 84606-6157
County: Utah
FICE Identification: 030030
Unit ID: 230630

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

88  Director of Clinical Programs ..................Prof. Peter WRIGHT
88  Director Inst for Health/Ethics ...............Prof. Tom BUNNELL
36  Assistant Dean for Career Services ........Ms. Mary B. SHEFFER
58  Graduate Programs Administrator .........Mr. John E. COOMBS
07  Assistant Dean for Admissions ..............Ms. Katie McDONALD
30  Director Institutional Advancement .......Ms. Gayle MAZALEWSKI
23  Alumni & Development Associate .........................Vacant
37  Financial Aid Director ................................Mr. Clinton HANSON
26  Director of Public Relations ...................Ms. Sharon CALLAHAN
04  Assistant to Dean ...................................Ms. Linda L. CHRONIAK

## Hesser College                                          (A)
3 Sundial Avenue, Manchester NH 03103-7245
County: Hillsborough                     FICE Identification: 004729
                                                Unit ID: 182865
Telephone: (603) 668-6660          Carnegie Class: Associate's
FAX Number: (603) 666-4722       Calendar System: Semester
Established: 1900          Annual Undergrad Tuition & Fees: $20,000
Enrollment: 3,296                                          Coed
Affiliation or Control: Proprietary        IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: EV, MAC, PTAA

01  President ...............................................Mrs. Mary-Jo GRECO
10  Controller ............................................Mr. Joseph CICCHETTO
10  Dean of Hesser College ...........................Mr. Paul TERO
29  Dean of Academic Affairs ................................Vacant
37  Executive Director Financial Aid ..................Mr. Deb GRAVEL
36  Registrar ............................................Mrs. Tonya LABROSSE
32  Director of Student Services ...............Ms. Linda CONNERS
26  Director Advertising & Public Rels ......Ms. Tina UNDERWOOD
08  Librarian .............................................Ms. Ada KENT
03  Director of Operations ...........................Mr. Tony MIGEAULT
19  Director of Security ..............................Mr. Ken LYNCH
41  Director of Athletics .............................Mr. Michael FISCHER
51  Exec Director Continuing Education ......Mr. Denis ST. PIERRE
36  Director of Career Placement ......................Vacant
37  Director Student Financial Aid .........Mrs. Cynde ROSSMANN
04  Assistant to the President .....................Mrs. Carol DEWALT

## Magdalen College                                        (B)
511 Kearsarge Mountain Road, Warner NH 03278
County: Merrimack                        FICE Identification: 022233
                                                Unit ID: 182917
Telephone: (603) 456-2656          Carnegie Class: Other
FAX Number: (603) 456-2660       Calendar System: Semester
URL: www.magdalen.edu
Established: 1973          Annual Undergrad Tuition & Fees: $16,000
Enrollment: 75                                             Coed
Affiliation or Control: Roman Catholic     IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General
Accreditation: AALE

01  President ...........................................Mr. Jeffrey J. KARLS
05  Chief Academic Officer ....................Dr. Patrick J. POWERS
07  Admissions Counselor ...............................Mr. Justin FOUT

## McIntosh College                                        (C)
23 Cataract Avenue, Dover NH 03820-3990
County: Strafford                        FICE Identification: 004730
                                                Unit ID: 182944
Telephone: (603) 742-1234          Carnegie Class: Associate's
FAX Number: (603) 743-0060       Calendar System: Other
URL: www.mcintoshcollege.edu
Established: 1896          Annual Undergrad Tuition & Fees: $26,000
Enrollment: 1,280                                          Coed
Affiliation or Control: Proprietary        IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: EV

01  Acting President .................................Dr. Robert G. GODDARD
10  Vice President and Controller ...............Ms. Nancy SMEATON
05  Vice Pres for Academic Affairs ...........Dr. Robert G. GODDARD
36  Vice Pres Placement .......................Ms. Dorothy JOHNSEN
07  Director of Admissions .............................Ms. Judy LABRIE
37  Financial Aid Director ...........................Ms. Toni BAPTISTE
32  Director Education Culinary Academy ....Mr. James GALLIVAN
07  Director of Admissions .................................Vacant

## New England College                                     (D)
7 Main Street, Henniker NH 03242-3244
County: Merrimack                        FICE Identification: 002579
                                                Unit ID: 182980
Telephone: (603) 428-2211          Carnegie Class: Baccalaureate-General
FAX Number: (603) 428-7230       Calendar System: Semester
URL: www.nec.edu
Established: 1946          Annual Undergrad Tuition & Fees: $23,010
Enrollment: 1,312                                          Coed
Affiliation or Control: Independent Non-Profit  IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: EH

01  President .............................................Dr. Stephen E. FRITZ
70  VP Academic Affs/Dean Faculty ..........Dr. Edward M. COOPER
10  Vice President for Finance ....................Mr. Kevin CORMIER
09  VP Institutional Advancement ..............Mr. William HARROLD
07  Sr Vice Pres Enrollment .......................Ms. Michele PERKINS
91  Vice President for Information Tech ............Mr. Carl THOMAS
32  VP Student Devel/Dean Student Affs ....Dr. E. Joseph PETRICK
58  Dean of Graduate Studies ..................Dr. Richard KEATING
64  Exec Assistant to the President ...........Ms. Linden A. JACKETT
15  Director of Human Resources ...............Ms. Leslie BATEMAN
84  Director Admissions .................................Mr. Paul MILLER
41  Athletic Director .................................Ms. Lori RUNKSMEIER
35  Director of Development ....................Mr. Douglas KRUSE
06  Registrar ............................................Mr. Frank L. HALL
39  Director of Campus Life .......................Ms. Jason EBBELING
37  Director Student Financial Svcs ................Mr. Ray NAULT
18  Chief Facilities/Physical Plant ............Mr. Gary HARPER
26  Director of Public Information ...........Ms. Kathleen WILLIAMS
29  Dir Alumni Rel & Annual Fund ...........Ms. Rosemary BLAIR
08  Librarian ...........................................Ms. Kathy VAN WEELDEN
35  Assistant Dean of Student Affairs ...............Mr. Jason BUCK
64  Director of Annual Giving ......................Mr. Ben SMITH
36  Director of Career Services .................Mr. Eugene DURKEE
58  Director of Counseling ......................Mr. Brian VAN BRUNT
06  Director of Nursing Services .................Ms. Maggie CAHOW

## New Hampshire Community                                 (E)
## Technical College, Berlin/Laconia
2020 Riverside Drive, Berlin NH 03570-3794
County: Coos                             FICE Identification: 005291
                                                Unit ID: 183105
Telephone: (603) 752-1113          Carnegie Class: Associate's
FAX Number: (603) 752-6335       Calendar System: Semester
URL: www.berlin.nhctc.edu
Established: 1966          Annual Undergrad Tuition & Fees (In-State): $4,700
Enrollment: 2,027                                          Coed
Affiliation or Control: State              IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: EH

01  President ...........................................Katharine ENEGUESS
05  Chief Camp Ofcr/VP Acad Affs/Berlin ............Daniel MCCRUM
05  Chief Camp Olc/VP Acad Affs/Laconia ..........Thomas GOULETTE
32  Vice Pres Student Affs/Berlin .................Martha LAFLAMME
32  VP Student Affairs/Laconia Campus ........Donald MORRISSEY
37  Financial Aid Officer/Berlin Campus .....Jacqueline I. CATELLO
10  Business Administrator/Berlin .....................Gloria R. BACON
06  Registrar/Berlin Campus .............................Marie BLY
08  Librarian/Berlin Campus ......................Katherine DOHERTY
18  Chief Facil/Physical Plant/Berlin ...........Stephen DEROSIER
34  Director Computer Center/Berlin .................Jennifer SCHALL
91  Director Admin Computing/Berlin ..............Donald WEEKS
38  Director Student Counseling/Berlin ..............Emily ELLIOTT
22  Dir Affirm Act/Equal Oppty/Berlin ..............Carol RIBNER
40  Director Bookstore/Berlin Campus ..............Lisa LOVE
26  Chief Public Rel Officer/Berlin ...................Kate BUGEAU
07  Director of Admissions/Berlin ..............Mark DESMARAIS
37  Financial Aid Officer/Laconia ...................Susan JACOBS
10  Accountant/Laconia Campus .................Wendy FARRANT
06  Registrar/Laconia Campus ......................Amy MORRELL
07  Director of Admissions/Laconia .............Wayne FRASER
33  Public Relations Officer/Laconia ...............Max BROWN
07  Director of Admissions/Laconia ..............Cynthia DAVIS
18  Chief Facil/Physical Plant/Laconia ..............Fed WELLS
14  Dir Comput Ctr/Admin Comput/Laconia ..........Jocelyn COTE
38  Director Student Counseling/Laconia .......William MILLER
22  Dir Affirm Act/Equal Oppty/Laconia ..........Deborah LARAMIE
40  Director Bookstore/Laconia Campus .......Deborah LARAMIE
41  Athletic Director/Laconia Campus ...............Scott BRYANT

† Laconia campus, 379 New Prescott Hill Road, Laconia, NH 03246.

## New Hampshire Community                                 (F)
## Technical College, Manchester/
## Stratham
1066 Front Street, Manchester NH 03102-8518
County: Hillsborough                     FICE Identification: 002582
                                                Unit ID: 183132
Telephone: (603) 668-6706          Carnegie Class: Associate's
FAX Number: (603) 668-5354       Calendar System: Semester
URL: www.manestra.tec.nh.us
Established: 1945          Annual Undergrad Tuition & Fees (In-State): $4,600
Enrollment: 4,310                                          Coed
Affiliation or Control: State              IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: EH, ACBSP, ADNUR, MAC, SURGT

01  President-Manchester/Stratham ...............Mr. Tom WISBEY
05  VP Academic Affs/Provost-Manchester ..........Mary SCERRA
32  VP Student/Community Services-Man .......Dr. Nan TRAVERS
26  Assoc VP Corp Ed-Man/Strath ...............Ms. Janet PHELPS
31  Assoc Vice Pres Academics-Man ...................Mr. Ray GODIN
20  Assoc Vice Pres Academics-Man ...........Mrs. Jean ACQUILA
37  Financial Aid Officer-Manchester .............Ms. Pamela BOYER
06  Registrar-Manchester ...........................Mrs. Evelyn R. PERRON
08  Librarian-Manchester ............................Ms. Mary MARKS
08  Dir of Inst Research-Man/Strath ................Dr. Jere TURNER

10  Business Mgr-Manchester/Stratham .........Mrs. Mary KIBBEE-LEE
32  Director AA/EO-Manchester ..................Ms. Marion KNEDLER
41  Athletic Director-Manchester .................Mr. David P. PICHETTE
40  Bookstore Manager-Manchester ..............Mrs. Cindy CORLISS
66  Nursing Director-Manchester/Strath ........Mrs. Lisa MCULLEY
21  Accountant I-Manchester .......................Mrs. Carol DESPATHY
14  Computer Coordinator-Manchester .........Mr. John EDWARDS
32  Dean Student Affairs-Manchester .......Mr. Michael COONS
07  Director of Admissions-Manchester .....Ms. Jacqueline POIRIER
15  Dir Personnel Svcs-Manchester ..........Ms. Adrienne HUTCHISON
35  Director Student Affairs-Manchester ............Ms. Aileen CLAY

## New Hampshire Community                                 (G)
## Technical College, Nashua/
## Claremont
505 Amherst Street, Nashua NH 03063-1092
County: Hillsborough                     FICE Identification: 009236
                                                Unit ID: 183141
Telephone: (603) 882-6923          Carnegie Class: Associate's
FAX Number: (603) 882-8690       Calendar System: Semester
URL: www.nashua.nhctc.edu
Established: 1967          Annual Undergrad Tuition & Fees (In-State): $5,248
Enrollment: 2,881                                          Coed
Affiliation or Control: State              IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: EH, ADNUR, ENGT, MAC, MLTAD, OTA, PTAA, RSTH

01  President ...........................................Mrs. Lucille JORDAN
05  VP Academic Affs/Chief Campus Ofcr ......Mr. Sidney BARNES
05  VP Ac Affs/Unit/Camp Ofcr-Claremont ....Dr. Susan HENDERSON
31  VP Stdnt & Cmty/Corp Affs-Claremont ......Mr. Francis KING
32  VP of Student Svcs/Community Affs ......Ms. Patricia GOODMAN
06  Registrar-Nashua ..............................Ms. Maryanne MURRAY
06  Registrar-Claremont ............................Mrs. Sharon GILBERT
08  Librarian-Nashua .............................Mr. William A. MCINTYRE
37  Financial Aid Officer-Nashua ...........Mrs. Shirley SILVA-Paige
37  Financial Aid Officer-Claremont .............Ms. Julia DOWER
10  Chief Financial Officer .......................Mrs. Constance M. MANUS
08  Librarian-Claremont ...........................Mr. David STURGES

## New Hampshire Institute of Art                          (H)
148 Concord Street, Manchester NH 03104-4858
County: Hillsborough                     FICE Identification: 031823
Telephone: (603) 623-0313          Carnegie Class: Other
FAX Number: (603) 641-1832       Calendar System: Semester
URL: www.nhia.edu
Established: 1898          Annual Undergrad Tuition & Fees: $12,280
Enrollment: 171                                            Coed
Affiliation or Control: Independent Non-Profit  IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Fine Arts Emphasis
Accreditation: ART

01  President ...........................................Mr. Roger WILLIAMS
04  Assistant to President .............................Ms. Sara ZELLA
10  Vice Pres Finance .................................Mr. Erik GROSS
05  Dean of Academic Affairs ......................Ms. Patrick MCCAY
30  Academic Affairs Administrator ............Ms. Naomi MCDREMOND
30  Director of Development .......................Ms. Jessica KINSEY
37  Director Financial Aid .............................Ms. Linda LAVALLEE
26  Development Assistant ..........................Ms. Katie BERGER
08  Director Library .................................Ms. Katharine RITTER
06  Registrar .............................................Ms. Jane LANGLOIS
40  Retail Manager ..................................Ms. Stephanie BERGERON
32  Student Services Director ....................Ms. Vilaysa WILLIAMS
23  Business Services Assistant ..................Ms. Diane LAMY
07  Director of Admissions .........................Mr. Liam SULLIVAN
38  Admissions Administrator .....................Ms. Amanda ABBOTT
18  Facilities Manager ..............................Mr. Chris SIEGFRIED

## New Hampshire Technical Institute                       (I)
31 College Drive, Concord NH 03301-7412
County: Merrimack                        FICE Identification: 002581
                                                Unit ID: 183099
Telephone: (603) 271-6484          Carnegie Class: Associate's
FAX Number: (603) 271-7734       Calendar System: Semester
URL: www.nhti.edu
Established: 1965          Annual Undergrad Tuition & Fees (In-State): $5,868
Enrollment: 3,926                                          Coed
Affiliation or Control: State              IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: EH, ADNUR, DA, DH, DMS, EMT, ENGT, RAD, RTT

01  President ...........................................Ms. Lynn KILCHENSTEIN
32  Vice President Student Affairs ...............Mr. Stephen P. CACCIA
05  Vice President Academic Affairs ...........Ms. Pamela LANGLEY
31  Vice President Cmty/Corporate Affs ..........Mr. Thomas FOULKES
10  Chief Financial Officer .........................Ms. Melanie KIRBY
08  Director Learning Resources ...............Ms. Patricia HAGE
07  Director of Admissions ........................Mr. Francis P. MEYER
26  Public Relations Officer ...................Ms. Michele KARWOCKI
26  Public Information Officer ...............Mr. Richard OSBORNE
08  Director of Institutional Research ..................Vacant
18  Chief Facilities/Physical Plant .............Mr. William SAUNDERS
21  Associate Academic Officer ...................Ms. Joyce MYLES
30  Dir Alumni Rels/Chief Development .............Mr. Alan BLAKE

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | |
|---|---|
| 01 | President ........................................ Ms. Inge HECKEL |
| 03 | Dean .............................................. Mr. Scott AGELOFF |
| 38 | Academic Advisor/Dir Stdt Placement ...... Ms. Patricia TIERNEY |
| 05 | Registrar ........................................ Mr. Jeffrey NAMIAN |
| 08 | Director of the Library ...................... Mr. Eric WOLF |
| 07 | Director of Administration .................. Mr. David SPROULS |
| 37 | Financial Aid Administrator ................ Ms. Nina BUNCHUK |
| 10 | Chief Financial Officer ...................... Ms. Jane CHEN |
| 15 | Director of Personnel Services ............ Ms. Balbina CALUB |
| 44 | Director of Enrollment Management ........ Ms. Susan LOVELL |
| 18 | Chief Facilities/Physical Plant ............ Mr. Zeco KRCIC |
| 26 | Chief Public Relations Officer ............ Mr. Thomas ROMICH |
| 34 | Chief Development/Dir Alumni Rels ........ Mr. Joe HEISSAN |

## New York Theological Seminary (A)

475 Riverside Drive, Suite 500, New York NY 10115
County: New York                                FICE Identification: 002674
                                                        Unit ID: 193894
Telephone: (212) 870-1211         Carnegie Class: Specialized-Theological
FAX Number: (212) 870-1236                 Calendar System: Semester
URL: www.nyts.edu
Established: 1900                  Annual Graduate Tuition & Fees: $7,299
Enrollment: 291                                                  Coed
Affiliation or Control: Independent Non-Profit      IRS Status: 501(c)3
Highest Offering: Doctorate; No Undergraduates
Program: Professional
Accreditation: THEOL

| | |
|---|---|
| 01 | President ........................................ Dr. Hillary GASTON |
| 03 | Vice President ................................ Dr. Laura PIRES-HESTER |
| 39 | VP Institutional Advancement .............. Mr. Paul BRADLEY |
| 05 | Academic Dean ................................ Dr. Dale IRVIN |
| 08 | Librarian ...................................... Mr. Jerry REISIG |
| 06 | Registrar ...................................... Ms. Yon Su KANG |
| 10 | Chief Financial Officer ...................... Ms. Nana BOAKYE |

## New York University (B)

70 Washington Square South, New York NY 10012-1092
County: New York                                FICE Identification: 002785
                                                        Unit ID: 193900
Telephone: (212) 998-1212         Carnegie Class: Doctoral/Research Ext
FAX Number: N/A                              Calendar System: Semester
URL: www.nyu.edu
Established: 1831                  Annual Undergrad Tuition & Fees: $31,690
Enrollment: 39,408                                               Coed
Affiliation or Control: Independent Non-Profit      IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional;
Business Emphasis
Accreditation: M, BUS, CHE, COPSY, DENT, DH, DIETD, DIETI, DMS, HSA,
IPSY, LAW, MACTE, MED, MIDWF, NUR, OT, PLNG, PTA, PTAA, RSTH, SCPSY,
SP, SPAA, SURGT, SW

| | |
|---|---|
| 01 | President ........................................ Dr. John E. SEXTON |
| 03 | Provost ........................................ Dr. David W. McLAUGHLIN |
| 03 | Executive Vice President .................... Dr. Robert BERNE |
| 17 | Senior VP for Health .......................... Dr. Robert BERNE |
| 29 | Sr VP Development/Alumni Relations ...... Ms. Debra LAMORTE |
| 43 | Sr VP/General Counsel/Secy Univ ...... Mr. S. Andrew SCHAFFER |
| 26 | Senior VP for Univ Rels/Pub Affairs ...... Dr. Lynne P. BROWN |
| 20 | Senior Vice Provost for Planning . Mr. Frank C. HOPPENSTEADT |
| 11 | Sr VP for Operations/Admin .................. Ms. Cheryl MILLS |
| 16 | Senior VP for Fiscal Affairs ........ Ms. Jeannemarie SMITH |
| 45 | VP Public Resource Admin & Devel ...... Dr. Richard N. BING |
| 32 | Vice Pres Student Affairs .................... Dr. Marc WAIS |
| 83 | Chair Univ Academic Priorities ............ Dr. Richard FOLEY |
| 24 | Chief of Staff/Deputy to President ........ Ms. Diane YU |
| 08 | Counselor to President ...................... Mr. Norman DORSEN |
| 31 | Vice Pres for Auxiliary Services ............ Dr. Robert NIVETZ |
| 26 | VP of Public Affairs .......................... Mr. John BECKMAN |
| 05 | Vice Pres for Public Safety .............. Mr. Jules A. MARTIN |
| 39 | Vice Provost for Globalization ............ Dr. Yaw NYARKO |
| 68 | Vice Provost for Faculty Affairs ...... Dr. E Frances WHITE |
| 20 | Vice Prov Univ Life/Interdcpy Intiii .......... Dr. Linda MILLS |
| 49 | Dean College Arts/Science |
|    | Undergrad ................................ Dr. Matthew S. SANTIROCCO |
| 61 | Dean School of Law .......................... Mr. Richard I. REVESZ |
| 53 | Dean School of Medicine .................. Dr. Robert M. GLICKMAN |
| 52 | Dean College of Dentistry .................. Dr. Michael C. ALFANO |
| 58 | Dean Grad Studies Arts/Science ...... Dr. Catharine R. STIMPSON |
| 72 | Dean for Humanities .................... Dr. Mary J. CARRUTHERS |
| 83 | Dean for Social Sciences .................. Dr. George W. DOWNS |
| 52 | Dean Faculty of Arts/Science ............ Dr. Richard FOLEY |
| 88 | Dean Tisch Sch of the Arts(Sci) ............ Dr. Peter LENNIE |
| 53 | Dean Steinhardt Sch of Education ........ Dr. Mary BRABECK |
| 50 | Dean Stern School of Business ............ Dr. Thomas COOLEY |
| 54 | Dean Stern Undergraduate College .......................... Vacant |
| 51 | Dean School Cont/Prof Studies ............ Dr. David F. FINNEY |
| 80 | Dean Wagner School of Public Svc ........ Dr. Ellen SCHALL |
| 54 | Dean Ehrenkranz Sch of Social Work .... Dr. Suzanne ENGLAND |
| 88 | Dean Inst School of the Arts .... Dr. Mary SCHMIDT CAMPBELL |
| 88 | Dean Gallatin School .................... Dr. E. Frances WHITE |
| 52 | Dean of the Libraries ...................... Ms. Carol A. MANDEL |
| 63 | Int Dean Mt. Sinai Sch of Medic NYU ...... Dr. Kenneth DAVIS |
| 57 | Director Institute of Fine Arts .......... Dr. Mariët WESTERMANN |
| 81 | Director Institute of Math/Science ...... Dr. Charles W. NEWMAN |
| 35 | Asst VP for Student Life ........................................ Vacant |
| 81 | Asst VP Human Resources ............ Ms. Karen BRADLEY |
| 88 | Asst VP Administrative Services .......... Mr. Stephen HELLER |
| 45 | Asst VP Planning/Construction .......... Mr. John RUTIGLIANO |

| | |
|---|---|
| 28 | Asst VP Diversity/Stdnt Cmty Devel ........ Mr. Allen MCFARLANE |
| 06 | Registrar ...................................... Ms. Yechiel ROSENRAUCH |
| 20 | Asst Chanc Academic Program |
|    | Review ...................................... Mr. Barnett W. HAMBERGER |
| 25 | Asst Chanc Sponsored Programs ........ Ms. Marti L. DUNNE |
| 13 | Chief Info Technology Officer .............. Ms. Marilyn McMILLAN |
| 07 | Assoc Vice Prov Admission/Fin Aid .......... Ms. Barbara HALL |
| 37 | Director of Academic Appts .................. Mr. Peter GONZALEZ |
| 83 | Director of University Events .............. Mr. Greg ALBANIS |
| 31 | Director of Community Service .............. Ms. Gloria CAHILL |
| 37 | Director of Financial Aid ........ Mr. Antonio DEL BONO, JR. |
| 23 | Director Student Health Services ...... Dr. Ernesto FERRAN |
| 38 | Director of Counseling Services .......... Dr. Paul GRAYSON |
| 41 | Director of Athletics ...................... Mr. Christopher BLEDSOE |
| 86 | Director Govt/Community Relations ...... Mr. Michael HABERMAN |
| 62 | Director of Business Services .............. Mr. Douglas CARLSON |
| 90 | Acting Director of Campus Stores ........ Mr. Phil CHRISTOPHER |
| 36 | Director of Career Services ................ Ms. Trudy STEINFELD |
| 88 | Dir Ctr Stdnts With Disabilities .......... Ms. Yolanda M. CACCIOLO |
| 23 | Director Intl Students/Scholars ............ Ms. Gail CHILD SZENES |
| 09 | Director of Institutional Research ........ Mr. Peter TEITELBAUN |
| 96 | Director of Purchasing ...................... Mr. John JAGARD |

## Niagara County Community College (C)

3111 Saunders Settlement Road, Sanborn NY 14132-9460
County: Niagara                                 FICE Identification: 002874
                                                        Unit ID: 193946
Telephone: (716) 614-6222                 Carnegie Class: Associate's
FAX Number: (716) 731-4053                 Calendar System: Semester
URL: www.sunyniagara.cc.ny.us
Established: 1962      Annual Undergrad Tuition & Fees (In-District): $1,548
Enrollment: 5,546                                                Coed
Affiliation or Control: State/Local                  IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: M, ADNUR, MAC, PTAA, RAD, SURGT

| | |
|---|---|
| 01 | President ........................................ Dr. James KLYCZEK |
| 05 | Exec VP/Dean Academic Affairs .......... Dr. George BISHOP |
| 13 | Vice President of Information Tech .......... Mr. Walter LUKHAUP |
| 10 | Vice President of Finance .................. Mr. William SCHICKLING |
| 18 | Asst Vice Pres Facilities/Security ........ Mr. Robert WATERS |
| 32 | Vice President of Student Services .......... Mr. Bassam DEEB |
| 21 | Vice President of Operations ................ Dr. LaVonne ANSARI |
| 09 | Director Institutional Research .......... Dr. Mary Jane FELDMAN |
| 20 | Associate Dean ................................ Ms. Rose Ann ROBERTS |
| 15 | Director of Human Resources ............ Mr. Donald ARMSTRONG |
| 35 | Director of Admissions ...................... Ms. Kathy SAUNDERS |
| 06 | Registrar/Grad Admissions ...... Ms. Theresa DIGREGORIO |
| 21 | Director Accounting/Finan Reporting .......... Ms. Patrice ELNICKI |
| 04 | Assistant to President ...................... Ms. Louise VOLPE |
| 06 | Registrar ...................................... Ms. Julie SPEER |
| 29 | Director Alumni Relations .................. Ms. Barbara MURPHY |
| 37 | Chief Development Officer .................. Ms. Barbara DURHAM |
| 37 | Director of Financial Aid .................. Mr. James TRIMBOLI |

## Niagara University (D)

Niagara University NY 14109-9999
County: Niagara                                 FICE Identification: 002887
                                                        Unit ID: 193973
Telephone: (716) 285-1212                 Carnegie Class: Master's I
FAX Number: (716) 286-8710                 Calendar System: Semester
URL: www.niagara.edu
Established: 1856      Annual Undergrad Tuition & Fees: $19,800
Enrollment: 3,689                                                Coed
Affiliation or Control: Roman Catholic              IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: M, BUS, SW, TED

| | |
|---|---|
| 01 | President ................................ Rev. Joseph LEVESQUE, CM |
| 03 | Vice President ................................ Dr. Bonnie ROSE |
| 03 | Exec Vice Pres ................................ Dr. Bonnie ROSE |
| 05 | Vice Pres Academic Affairs .................. Dr. Bonnie ROSE |
| 32 | Vice Pres for Student Life .............. Ms. Sheila L. HAUSRATH |
| 10 | Vice Pres Business Aff & Treasurer ...... Mr. Michael S. JASZKA |
| 30 | VP for Institutional Advancement .......... Mr. Patrick A. HANLEY |
| 20 | Assoc VP Academic Affrs/ |
|    | Academics ............................ Rev. Daniel F. O'LEARY, OMI |
| 20 | Assoc VP Acad Affs/Ops/Outreach ...... Ms. Mary E. BORGOGNONI |
| 30 | Assoc VP Institutional Advancement .... Mr. Donald P. BIELECKI |
| 45 | Asst to the President for Planning ........ Dr. Judith A. WILLARD |
| 43 | General Counsel .......................... Ms. Tracie L. LOPARDO |
| 09 | Director Inst Research .................... Ms. Catherine E. SERIANNI |
| 06 | Registrar/Dean of Enrollment Mgmt ...... Mr. George C. PACHTER |
| 07 | Director of Admissions .................... Mr. Michael KONOPSKI |
| 08 | Director of Library .......................... Mr. David SCHOEN |
| 32 | Director of Campus Safety .................. Mr. John P. BARKER |
| 35 | Dean of Student Affairs .................... Mr. Joseph H. OLDA |
| 38 | Director Student Financial Aid ............ Ms. Maureen SALU |
| 33 | Director of University Housing ...... Ms. Kimberly J. ZUKOWSKI |
| 26 | Director of Public Relations .............. Mr. Linus L. ORMSBY |
| 29 | Director of Alumni Association ............ Mr. Scott STUART |
| 91 | Director Information Technology .......... Mr. Richard P. KERNIN |
| 81 | Director Intramural/Grad Arts & Science ........ Dr. Nancy McGLEN |
| 52 | Dean College of Education .................. Dr. Debra COLLEY |
| 50 | Dean Col of Business Admin .............. Dr. John A. HELMUTH |
| 88 | Dean Col Hospitality/Tourism Mgmt ...... Dr. Gary D. PRAETZEL |
| 67 | Director of Athletics ...................... Dr. Laurene BUCKLEY |
| 15 | Director of Personnel ...................... Ms. Jeannine B. MILLER |

| | |
|---|---|
| 23 | Supervisor of Health Services .............. Ms. Ilona YUNGBLUT |
| 41 | Athletic Director .......................... Mr. Michael HERMANN |
| 18 | Director of Facility Services ............ Mr. Daniel M. GUARIGLIA |
| 36 | Director & Career Development .......... Ms. Christine S. O'HARA |
| 36 | Director of On Campus Ministry ............ Ms. Martha TROIA |
| 82 | Chaplain/Dir of Campus Ministry ...... Sr. Nora GATTO, DC |
| 88 | Director Academic Support Services ...... Ms. Patricia KINNER |
| 51 | Dir Continuing/Community |
|    | Education ................................ Mr. Jon Jay STOCKSLADER |
| 38 | Director Counseling Services ...... Mr. Thomas M. MCDERMOTT |
| 78 | Coord of Cooperative Education ........ Mr. Robert SWANSON |
| 21 | Controller ...................................... Mr. Donald E. SMITH |
| 96 | Director of Business Services .............. Ms. Christy FERGUSON |

## North Country Community College (E)

23 Santanoni Avenue, PO Box 89,
Saranac Lake NY 12983-0089
County: Essex                                   FICE Identification: 007111
                                                        Unit ID: 194028
Telephone: (518) 891-2915                 Carnegie Class: Associate's
FAX Number: (518) 891-2915                 Calendar System: Semester
URL: www.nccc.edu
Established: 1967     Annual Undergrad Tuition & Fees (In-District): $3,050
Enrollment: 1,407                                                Coed
Affiliation or Control: State/Local                  IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: M, RAD

| | |
|---|---|
| 01 | President ........................................ Dr. Gail R. RICE |
| 05 | Dean Academic Affairs ...................... Mr. Thomas J. FINCH |
| 32 | Interim Dean of Student Affairs .......... Mr. Bill BORZILLERI |
| 10 | Business Manager ............................ Dr. M. Paul ROOT |
| 84 | Ast to Pres Esnrol Svc/Dir Alum Rels ........ Mr. Fallon TRATHEN |
| 06 | Records Office/Registrar .................... Ms. Sandra BAKER |
| 30 | Development Officer ........................ Ms. Dee BROWN |
| 18 | Facilities/Special Projects Manager ...... Mr. Shane CHATELLE |

## Northeastern Seminary (F)

2265 Westside Drive, Rochester NY 14624
County: Monroe                                  FICE Identification: 034194
                                                        Unit ID: —
Telephone: (585) 594-6800                 Carnegie Class: Other
FAX Number: (585) 594-6801                 Calendar System: Semester
URL: www.nes.edu
Established: 1998                  Annual Graduate Tuition & Fees: $9,512
Enrollment: 123                                                  Coed
Affiliation or Control: Independent Non-Profit      IRS Status: 501(c)3
Highest Offering: Doctorate; No Undergraduates
Program: Professional
Accreditation: M, NY, THEOL

| | |
|---|---|
| 02 | President ........................................ Dr. John A. MARTIN |
| 03 | Vice President and Dean .................... Dr. Wayne G. MCCOWIN |
| 20 | Assistant Dean ................................ Dr. Brian D. BABCOCK |

† The Seminary is affiliated with Roberts Wesleyan College.

## Nyack College (G)

1 South Boulevard, Nyack NY 10960-3698
County: Rockland                                FICE Identification: 002790
                                                        Unit ID: 194161
Telephone: (845) 358-1710                 Carnegie Class: Master's II
FAX Number: (845) 358-1751                 Calendar System: Semester
URL: www.nyack.edu
Established: 1882      Annual Undergrad Tuition & Fees: $15,550
Enrollment: 2,908                                                Coed
Affiliation or Control: The Christian And Missionary Alliance
                                                  IRS Status: 501(c)3
Highest Offering: Master's
Program: 2-Year Principally Bachelor's Creditable; Liberal Arts And General;
Teacher Preparatory; Professional
Accreditation: M, MUS, @SW, THEOL

| | |
|---|---|
| 01 | President ........................................ Dr. David E. SCHROEDER |
| 04 | Assistant to the President .................. Ms. Mildred WHITE |
| 10 | Exec Vice Pres & Treasurer ................ Mr. David C. JENNINGS |
| 03 | Senior VP for Administration ................................ Vacant |
| 05 | Provost/VP for Academic Affairs .......... Dr. David F. TURK |
| 32 | Vice Pres for Student Development ...... Mr. Earl S. MILLER |
| 10 | Vice Pres for Advancement .................. Mr. Shiro JOHN |
| 06 | Registrar ...................................... Mr. George BEEMAN |
| 08 | Assoc Registrar/Seminary ................ Mr. Gregory A. BEEMAN |
| 07 | Director of Admissions/College .......... Ms. Bethany D. ILSLEY |
| 37 | Asst Dir of Admissions/Seminary ........ Mr. Robert HARRIS |
| 08 | Director of Library Services .............. Mrs. Linda K. POSTON |
| 26 | Director Institutional Research ............ Ms. Karen H. WIDBIN |
| 37 | Dir of Student Fin Svcs/College ........ Mr. Andres VALENZUELA |
| 89 | Director of First Year Studies ............ Dr. Gwen PARKER AMES |
| 29 | Director Alumni Relations/College ........................ Vacant |
| 41 | Director of Athletics ...................... Mr. Keith A. DAVIE |
| 23 | Asst Treasurer ................................ Mrs. Dona P. SCHEPENS |
| 15 | Director of Human Resources .............. Mr. Kevin A. BUEL |
| 18 | Director of Operations/Aramark ............ Mr. Joe OTTILO |
| 40 | Bookstore Manager .......................... Ms. Pam A. ALBANESE |
| 82 | Director of Spiritual Formation .......... Ms. Melissa K. NELSON |
| 36 | Career Advisor ................................ Ms. Elizabeth R. HOFFMAN |
| 35 | Director of Health Services ................ Ms. Luz YANEZ |
| 38 | Director of Counseling Services ...... Mrs. Rhonda T. NIEVES |
| 26 | Dir Publications & Media Relations ...... Ms. Deborah WALKER |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

Affiliation or Control: Christian Churches And Churches of Christ
IRS Status: 501(c)3

Highest Offering: Baccalaureate
Program: Religious Emphasis
Accreditation: BI

| | |
|---|---|
| 01 | President .................................................Mr. Richard MILLIKEN |
| 05 | Academic Dean/Registrar ....................Mr. M. Shane WOOD |
| 30 | Director of Development ...................Mr. Ron PALMQUIST |
| 32 | Dir of Students ..........................................Mr. David HUSKEY |
| 10 | Business Manager ....................................Mr. Hari DALLAKOTI |
| 07 | Director of Admissions ..........................Mr. Mike SANDER |
| 08 | Head Librarian ...........................................Ms. Linda LLOYD |
| 37 | Financial Aid Officer .............................Ms. Linda BIGBEE |

## Nebraska Indian Community (A)
## College

PO Box 428, Macy NE 68039-0428
County: Thurston                    FICE Identification: 025508
                                    Unit ID: 181419
Telephone: (402) 837-5078          Carnegie Class: Tribal
FAX Number: (402) 837-4183         Calendar System: Semester
URL: www.thenicc.edu
Established: 1979    Annual Undergrad Tuition & Fees: $2,990
Enrollment: 190                                        Coed
Affiliation or Control: Federal             IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH

| | |
|---|---|
| 01 | Acting President ...............................Michael OLTROGGE |
| 30 | Director of Development .................Edward WEBSTER |
| 32 | Student Support Services ....................Dawne WHITE |

## Nebraska Methodist College (B)

720 N 87th Street, Omaha NE 68114
County: Douglas                    FICE Identification: 006404
                                    Unit ID: 181297
Telephone: (402) 354-7000          Carnegie Class: Specialized-Other Health
FAX Number: (402) 354-7090         Calendar System: Semester
URL: www.methodistcollege.edu
Established: 1891    Annual Undergrad Tuition & Fees: $11,250
Enrollment: 456                                        Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Professional
Accreditation: NH, ADNUR, DMS, MAC, NUR, NURSE, RSTH, SURGT

| | |
|---|---|
| 01 | President ...........................................Dr. Dennis A. JOSLIN |
| 30 | Provost Emeritus ..................................Dr. Jean E. BEYER |
| 46 | Vice Pres Inst Effectiveness .................Dr. Kay F. RYAN |
| 32 | Vice President Student Affairs .............Dr. Kristine M. HESS |
| 05 | Vice President Academic Affairs ......Dr. Kenneth R. RYALLS |
| 66 | Associate Dean Nursing ....................Dr. Marilyn VALERIO |
| 76 | Associate Dean Health Professions ......Ms. Patricia SULLIVAN |
| 33 | Department Chair General Education ....Dr. Mary Lee LUSBY |
| 92 | Program Director Health Promotion ...Dr. Donna ALLEN COHER |
| 76 | Program Director Respiratory Care .....Ms. Christine HAMILTON |
| 81 | Program Director Radiography ............Mr. Rob HUGHES |
| 88 | Program Director Sonography ...........Ms. Rebecca MATHIASEN |
| 29 | Director Alumni Relations ..................Ms. Denise M. CARLSON |
| 07 | Director Admissions .............................Ms. Deann STERNER |
| 06 | Director Student Records .......................Mr. Lanny MORGAN |
| 37 | Director Financial Aid .........................Ms. Brenda BOYD |
| 83 | Exec Dir Prof Dev/Lifelong Learning .......Dr. Julie WAGNER |

## Nebraska State College System (C)

PO Box 94605, Lincoln NE 68509-4605
County: Lancaster                  FICE Identification: 033441
Telephone: (402) 471-2505          Carnegie Class: N/A
FAX Number: (402) 471-2669
URL: www.nscs.edu

| | |
|---|---|
| | Chancellor .............................................Mr. Stan CARPENTER |
| | Vice Chancellor Academic Affairs .......Dr. Larry SCHULTZ |
| | Vice Chancellor Finance/Facilities ......Ms. Jeari BALIS |
| | Facilities Management/Planning Dir .......Mr. Bruce DONELSON |
| | Public Relations Director .........................Ms. Sheri IRWIN |
| | Network Specialist/Accountant .............Ms. Becky KOHRS |

## Chadron State College (D)

Main Street, Chadron NE 69337-2690

County:                            FICE Identification: 002539
                                    Unit ID: 180948
Telephone: (308) 432-6000          Carnegie Class: Master's I
FAX Number: (308) 432-6464         Calendar System: Semester
URL: www.csc.edu
Established: 1911
Enrollment:    Annual Undergrad Tuition & Fees (In-State): $3,661
                                                       Coed
Affiliation or Control: State             IRS Status: 501(c)3
Highest Offering: Beyond Master's But Less Than Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: NH, ACBSP, SW, TED

| | |
|---|---|
| | President ...........................................Dr. Thomas L. KREPEL |
| | CSC Foundation .............................Ms. Connie A. RASMUSSEN |
| | VPres/Acad & Student Affairs ..............Dr. Joyce P. HARDY |

| | |
|---|---|
| 11 | Vice Pres Administration .......................Mr. Edward C. HOFFMAN |
| 84 | Asst VP Enrollment Management .......Ms. Theresa R. DAWSON |
| 56 | Asst VP External Campus Programs .......Mr. Stadley M. TAYLOR |
| 06 | Registrar ................................................Mr. Dale E. WILLIAMSON |
| 07 | Director of Admissions .........................Ms. Tena GOULD |
| 10 | Comptroller/Director Business Svcs .......Mr. Dale E. GRANT |
| 84 | Dean Professional/Graduate Studies .....Dr. Margaret CROUSE |
| 53 | Dean Arts & Sciences ..........................Dr. Lois VEATH |
| 32 | Dean of Students .....................................Dr. Robert STACK |
| 09 | Dir of Institutional Research ......Dr. William E. ROWETON |
| 08 | Director Library/Learning Resources .......................Vacant |
| 14 | Director of Computer Services ............Ms. Ann M. BURK |
| 37 | Director of Financial Aid .................Ms. Sherry L. DOUGLAS |
| 16 | Director Human Resources/Develop ..........Ms. Kara VOGT |
| 37 | Director Cultural Programs ...................Ms. Lorie K. MACNEILL |
| 44 | Director of Development ...................Ms. Connie A. RASMUSSEN |
| 29 | Director of Alumni & Annual Giving .........Ms. Karen K. POPE |
| 39 | Director of Housing ...........................Ms. Sherri J. SIMONS |
| 43 | Director of Athletics ...........................Mr. Bradley R. SMITH |
| 12 | Director Extended Campus Sites ..........Mr. Randy K. HAYS |
| 36 | Director of Student Placement ............Ms. Deena KENNELL |
| 36 | Director of Student Counseling .......Ms. Sharon RICKENBACH |
| 37 | Director Personnel Services .......................Ms. Kara VOGT |
| 18 | Chief Facilities/Physical Plant .............Mr. Alan CISNEROS |
| 21 | Associate Business Officer ...................Ms. Gale STETSON |
| 26 | Chief Public Relations Officer .............Ms. Loree MACNEILL |
| 26 | Director of Diversity .............................Ms. Kara VOGT |

## *Peru State College (E)

PO Box 10, Peru NE 68421-0010
County: Nemaha                     FICE Identification: 002559
                                    Unit ID: 181534
Telephone: (402) 872-3815          Carnegie Class: Master's II
FAX Number: (402) 872-2375         Calendar System: Semester
URL: www.peru.edu
Established: 1867    Annual Undergrad Tuition & Fees (In-State): $3,638
Enrollment: 1,683                  IRS Status: 501(c)3
Affiliation or Control: State
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: NH, TED

| | |
|---|---|
| 02 | President ...........................................Dr. Ben E. JOHNSON |
| 05 | Vice Pres Academic/Student Affairs ......Dr. Korinne TANDE |
| 10 | Vice Pres Administration & Finance .......Dr. Linda ECKERSON |
| 21 | Interim Athletic Director ...................Dr. Stephen SYLVESTER |
| 26 | Dir of Marketing & Media Services .....Mr. J. Alex GREENWOOD |
| 30 | Executive Director Foundation ...............Dr. Dan JOHNSON |
| 09 | Director Records/Inst Research ............Dr. DiAnna LOY |
| 07 | Interim Director Admissions ............Ms. Michaela WILLIS |
| 21 | Business Office Manager ...................Ms. Kathy TYNON |
| 37 | Director of Financial Aid ......................Ms. Diana LIND |
| 08 | Director of Library ...............................Mr. Roger BECKER |
| 15 | Human Resources Manager ................Ms. Nancy REEVES |
| 18 | Director Campus Services ...........................Mr. Paul PATE |
| 26 | Director of Diversity Programs ..............Mr. Zoon WOOD |
| 45 | Director of Assessment .................Mr. Ted L. HARSHBARGER |

## *Wayne State College (F)

1111 Main Street, Wayne NE 68787-1172
County: Wayne                      FICE Identification: 002566
                                    Unit ID: 181783
Telephone: (402) 375-7000          Carnegie Class: Master's I
FAX Number: (402) 375-7204         Calendar System: Semester
URL: www.wsc.edu
Established: 1909    Annual Undergrad Tuition & Fees (In-State): $3,803
Enrollment: 3,412                                      Coed
Affiliation or Control: State             IRS Status: 501(c)3
Highest Offering: Beyond Master's But Less Than Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: NH, TED

| | |
|---|---|
| 02 | President ...........................................Dr. Richard J. COLLINGS |
| 05 | Vice Pres Academic Affairs ................Dr. Robert MCCUE |
| 10 | Vice Pres Administration/Finance ......Ms. Carolyn MURPHY |
| 30 | Vice Pres Institutional Advancement .......Ms. Phyllis CONNER |
| 32 | Vice Pres & Dean Students ...................Mr. Curt FRYE |
| 20 | Assoc VP Acad Affs/Graduate Dean .......................Vacant |
| 37 | Director Financial Aid .........................Ms. Kyle ROSE |
| 07 | Director of Admissions .................Mr. R. Lincoln MORRIS |
| 38 | Director of Counseling ....................Ms. Lin BRUMMELS |
| 39 | Director Housing/Residence Life .........Mr. Jeff CARSTENS |
| 53 | Director Campus Services .................Mr. Jason BARELMAN |
| 14 | Director of Computer Center ..................Mr. Ken MURPHY |
| 26 | Director College Relations ....................Ms. Judy JOHNSON |
| 41 | Director of Athletics .............................Mr. Eric SCHOH |
| 18 | Director of Physical Plant ...................Mr. Dwayne JOHNSON |
| 57 | Director of Continuing Education .......Mr. Roger FEUERBACHER |
| 79 | Dean School of Arts & Humanities ........Dr. James O'DONNELL |
| 50 | Dean Sch of Business & Technology .......Dr. Vaughn BENSON |
| 53 | Dean School of Educ/Counseling .............Dr. Anthony KOYZIS |
| 83 | Int Dean School of Natural/Soc Sci .......Dr. Tamara WORNER |
| 06 | Registrar ................................................Ms. Lynette LENTZ |
| 29 | Director Alumni Relations ...................Ms. Deb LUNDAHL |
| 15 | Director of Information Services .......Ms. Cheryl WADDINGTON |

## Nebraska Wesleyan University (G)

5000 St. Paul Avenue, Lincoln NE 68504-2796
County: Lancaster                  FICE Identification: 002555
                                    Unit ID: 181446

Telephone: (402) 466-2371          Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (402) 465-2179         Calendar System: Semester
URL: www.nebwesleyan.edu
Established: 1887    Annual Undergrad Tuition & Fees: $18,410
Enrollment: 1,958                                      Coed
Affiliation or Control: United Methodist    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: NH, ACBSP, AT, MUS, NUR, SW, TED

| | |
|---|---|
| 01 | President ...................................Dr. Jeanie L. WATSON |
| 05 | Provost/Dean College Lib Arts/Sci ..................Dr. Joe GOW |
| 56 | Vice Pres Student Life/Campus Comm .....Dr. Sara A. BOATMAN |
| 10 | Vice Pres Finance/Administration .......Mr. Clark T. CHANDLER |
| 84 | Vice Pres Enrollment/Marketing .......Ms. Patricia F. KARTHAUSER |
| 30 | Vice Pres University Advancement ..........Dr. Gary L. KORRELL |
| 51 | Dean University College ........................Ms. Penny BERGER |
| 94 | Exec Assistant to the President .............Dr. Jack E. SIEMSEN |
| 20 | Assoc Dean Coll Liberal Arts/Sci ........Dr. Georgianne MASTERA |
| 44 | Director of Development ...................Ms. Amy M. SANTOS |
| 42 | University Minister .............Dr. William M. DRAPER FINLAW |
| 27 | Director of Public Relations ................Ms. Sara M. OLSON |
| 06 | Registrar ................................................Ms. Patricia G. HALL |
| 52 | Asst VP/Director of Student Life .......Ms. Kathy M. SHELLOGG |
| 15 | Asst VP for Human Resources ........Ms. Nancy B. COOKSON |
| 18 | Asst VP for Physical Plant ...........Mr. Matthew T. KADAVY |
| 08 | Director of Library ...............................Mr. John J. MONTAG |
| 08 | Director of Lifelong Learning ....................Ms. Amber TOM |
| 36 | Director of Career Development .......Ms. Geraldine E. COTTER |
| 29 | Director of Alumni/Special Programs ....Ms. Natalie A. CUMMINGS |
| 09 | Director Institutional Research ...........Ms. Patricia G. HALL |
| 41 | Athletic Director .................................Dr. Ira A. ZEFF |
| 38 | Multicultural Advisor/Coordinator ....................Vacant |
| 13 | Manager Computer Serv/Instr Tech .........Mr. Steven R. DOW |

## Northeast Community College (H)

801 East Benjamin, PO Box 469, Norfolk NE 68702-0469
County: Madison                    FICE Identification: 011667
                                    Unit ID: 181491
Telephone: (402) 371-2020          Carnegie Class: Associate's
FAX Number: (402) 844-7400         Calendar System: Semester
URL: www.northeastcollege.com
Established: 1973    Annual Undergrad Tuition & Fees (In-District): $2,096
Enrollment: 5,053                                      Coed
Affiliation or Control: State             IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable;
Professional; Technical Emphasis
Accreditation: NH, ADNUR, PTAA

| | |
|---|---|
| 01 | President ...........................................Dr. Bill R. PATH |
| 46 | Int Vice Pres Educational Services .......Mrs. Mary HENG |
| 10 | Vice Pres of Administrative Svcs .......Mr. Steve A. SCHRAM |
| 32 | Vice Pres of Student Services ...........Dr. Karen J. SEVERSON |
| 30 | Exec Director Inst Advancement .........Mr. Jim HONKE |
| 11 | Dean of Administrative Services .......Mrs. Lynne D. KOSKI |
| 15 | Director of Human Resources .........Mrs. Margy EHRENFRIED |
| 06 | Registrar ................................................Mrs. Kathy J. STOVER |
| 50 | Director Econ Dev/Business Industry .......Mr. Joe C. FERGUSON |
| 45 | Dir of Assessment/Instl Research ..........Dr. Dennis M. BRANDT |
| 08 | Library Coordinator .........................Mrs. Deb K. ROBERTSON |
| 13 | Director of Information Services ..............Ms. Karen I. GUY |
| 37 | Director Student Financial Aid ..........Mrs. Joan A. ZANDERS |
| 53 | Director of Student Employment .......Mrs. Rose Ann ROGERS |
| 18 | Physical Plant Director ....................Mr. Jan D. ROBERTSON |
| 14 | Director of Technology Support .......Mr. Tom A. LARSEN |
| 49 | Dean Humanities/Arts/Social Sci .....Mrs. Donna A. NIEMEYER |
| 50 | Dean of Business/Math/Tech ................Mr. John V. BLAYLOCK |
| 47 | Dean of Ag/Health/Sciences ..............Mr. Chuck M. POHLMAN |
| 75 | Dean of Applied Technology .................Mr. Lyle J. KATHOL |
| 53 | Dean of Cont Educ/Distance Lrng .......Mr. Wayne ERICKSON |
| 84 | Dean of Enrollment Management .......Mrs. Maureen BAKER |
| 44 | Director of Development .........................Mr. Angie M. MCLEAN |
| 39 | Director of Nursing Programs ...............Mrs. Ann OERTWICH |
| 40 | Bookstore Manager ..........................Mrs. Shirley A. POWERS |
| 95 | Coord of Alumni & Special Events ......Ms. Connie L. SIXTA |
| 38 | Advisor/Recruiter .............................Mrs. Shelley LAMBERS |
| 96 | Director of Purchasing ..........................Mrs. Mel VOTRUBA |
| 26 | Media Relations Coordinator .........Mrs. Janelle GERHARTER |
| 53 | Student Activities Coordinator .........Ms. Carissa KOLLATH |
| 53 | Coordinator of Student Housing .......Mrs. Liz MENDOZA |
| 41 | Athletic Director ...............................Mr. Mick MOLLBERG |
| 21 | Director of Accounting Services .......Mrs. Coleen BRESSLER |
| 53 | South Sioux City Educ Center Coord .......Mrs. Pamela MILLER |
| 76 | Director of Allied Health Services .......Mr. Keith NEAL |
| 07 | Recruiter/Advisor ...............................Mrs. Vickie DAVIS |
| 14 | Communications Supervisor ...............Mrs. Janet HEBERER |

## Wayne Community College

## Southeast Community College (I)

301 South 68 Street Place, Lincoln NE 68510-2449
County: Lancaster                  FICE Identification: 025083
                                    Unit ID: 181640
Telephone: (402) 323-3400          Carnegie Class: Associate's
FAX Number: (402) 323-3420         Calendar System: Quarter
URL: www.southeast.edu
Established: 1973    Annual Undergrad Tuition & Fees (In-District): $1,800
Enrollment: 10,079                                     Coed
Affiliation or Control: State/Local       IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable;

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

Ms. Inge HECKEL
Mr. Scott AGELOFF
isor/Dir Stdt Placement ............. Ms. Patricia TIERNEY
Mr. Jeffrey NAMNUM
Library ......................... Mr. Eric WOLF
missions ..................... Mr. David SPROULLS
Administrator ................ Ms. Nina BUCHNUK
J Officer ..................... Ms. Jane CHEN
rsonnel Services .............. Ms. Balbina CALO
rollment Management ....... Ms. Susan LAVELL
s/Physical Plant .............. Mr. Zeco KRCIC
rvices ........................ Mr. Thomas ROMICH
ment/Dir Alumni Rels .......... Mr. Joe HEISSAN

## Theological Seminary    (A)

Drive, Suite 500, New York NY 10115
FICE Identification: 002674
Unit ID: 193894
70-1211    Carnegie Class: Specialized-Theological
870-1236    Calendar System: Semester

Annual Graduate Tuition & Fees: $7,299
Coed
: Independent Non-Profit    IRS Status: 501(c)3
ctorate; No Undergraduates
nal
OL

......................... Dr. Hillary GASTON
.................. Dr. Laura PIRES-HESTER
al Advancement ............. Mr. Paul BRADLEY
an ........................... Dr. Dale IRVIN
.................................. Mr. Jerry REISIG
.................................. Ms. Yon Su KANG
al Officer ..................... Ms. Nana BOAKYE

## University    (B)

Square South, New York NY 10012-1092
FICE Identification: 002785
Unit ID: 193900
98-1212    Carnegie Class: Doctoral/Research Ext
Calendar System: Semester

Annual Undergrad Tuition & Fees: $31,690
Coed
: Independent Non-Profit    IRS Status: 501(c)3
octorate
rts And General; Teacher Preparatory; Professional;
MED, MIDWF, NUR, OT, PLNG, PTA, PTAA, RSTH, SCPSY, SW

.................................. Dr. John E. SEXTON
.................... Dr. David W. MCLAUGHLIN
e President ..................... Mr. Jacob J. LEW
Health ....................... Dr. Robert BERNE
pment/Alumni Relations ...... Ms. Debra LAMORTE
J Counsel/Secy Univ ...... Mr. S. Andrew SCHAFFER
Univ Rels/Pub Affairs ......... Dr. Lynne P. BROWN
vost for Planning .. Mr. Frank C. HOPPENSTEADT
erations/Admin ................ Ms. Cheryl MILLS
Fiscal Affairs ............ Ms. Jeannemarie SMITH
source Admin & Devel ....... Dr. Richard N. BING
dent Affairs .................... Dr. Marc WAIS
ademic Priorities ............ Dr. Richard FOLEY
Deputy to President ............ Ms. Diane YU
President .................... Mr. Norman DORSEN
Auxiliary Services ............. Dr. Robert KIVETZ
Affairs ........................ Mr. John BECKMAN
Public Safety ............... Mr. Jules A. MARTIN
for Globalization ............ Dr. Yaw NYARKO
lor Faculty Affairs ...... Dr. E. Frances WHITE
v Life/Interdcpy Intit ......... Dr. Linda MILLS
Arts/Science

.................. Dr. Matthew S. SANTIROCCO
old Law ..................... Mr. Richard L. REVESZ
of Medicine ............... Dr. Robert M. GLICKMAN
of Dentistry ............... Dr. Michael C. ALFANO
d Arts/Science .......... Dr. Catharine R. STIMPSON
anities .................... Dr. Mary J. CARRUTHERS
al Sciences .............. Dr. George W. DOWNS
of Arts/Science ............ Dr. Richard FOLEY
nce (Fac Art/Sci) ............ Dr. Peter LENNIE
 of Sch of Education ......... Dr. Mary BRABECK
chool of Business ........ Dr. Thomas COOLEY
dergraduate College ................. Vacant
Cont/Prof Studies ........... Dr. David F. FINNEY
School of Public Svc ......... Dr. Ellen SCHALL
nz Sch of Social Work .. Dr. Suzanne ENGLAND
ool of the Arts ... Dr. Mary SCHMIDT CAMPBELL
School ................. Dr. E. Frances WHITE
ibraries ................... Ms. Carol A. MANDEL
Sinai Sch of Medic NYU ......... Dr. Kenneth DAVIS
te of Fine Arts ........ Dr. Mariet WESTERMANN
of Math/Science ..... Dr. Charles W. NEWMAN
udent Life ............................ Vacant
Resources ............... Ms. Karen BRADLEY
istrative Services ........ Mr. Stephen HELLER
ng/Construction ........ Mr. John RUTIGLIANO

28  Asst VP Diversity/Stdnt Cmty Devel .....Mr. Allen MCFARLANE
06  Registrar ........................... Ms. Yechiel ROSENRAUCH
20  Asst Chanc Academic Program
    Review ........................ Mr. Barnett W. HAMBERGER
25  Asst Chanc Sponsored Programs ......... Ms. Marti L. DUNNE
13  Chief Info Technology Officer ...... Ms. Marilyn MCMILLAN
05  Chief Univ Office Prov Admission/Fin Aid ...... Ms. Barbara HALL
88  Director of Academic Appts ........... Mr. Peter GONZALEZ
21  Director of University Service .......... Mr. Greg ALBANIS
31  Director of Community Service ........... Ms. Gena CAHILL
37  Director of Financial Aid ..... Mr. Antonio DEL BONO, JR.
88  Director Student Health Services ...... Dr. Ernesto FERRAN
38  Director of Counseling Services ......... Mr. Paul GRAYSON
41  Director of Athletics ............. Mr. Christopher BLEDSOE
86  Director Govt/Community Relations ...... Mr. Michael HABERMAN
14  Director of Network Services ......... Mr. Douglas CARLSON
40  Director of Campus Stores ......... Mr. Phil CHRISTOPHER
38  Director of Career Services .......... Ms. Trudy STEINFELD
88  Dir Ctr Stdnts With Disabilities ...... Ms. Yolanda M. CACCIOLO
85  Director Intl Studnts/Scholars ......... Ms. Gail CHILD SZENES
09  Director of Institutional Research ...... Mr. Peter TEITELBAUN
96  Director of Purchasing ............... Mr. John JAGARD

## Niagara County Community    (C)
College

3111 Saunders Settlement Road, Sanborn NY 14132-9460
County: Niagara    FICE Identification: 002874
Unit ID: 193946
Telephone: (716) 614-6222    Carnegie Class: Associate's
FAX Number: (716) 731-4053    Calendar System: Semester
URL: www.sunyniagara.cc.ny.us
Established: 1962    Annual Undergrad Tuition & Fees (In-District): $1,548
Enrollment: 5,546    Coed
Affiliation or Control: State/Local    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: M, ADNUR, MAC, PTAA, RAD, SURGT

01  President ....................... Dr. James KLYCZEK
05  Exec VP/Dean Academic Affairs ......... Dr. George BISHOP
13  Vice President of Information Tech ...... Mr. Walter LUKHAUP
10  Vice President of Finance ........ Mr. William SCHICKLING
18  Asst Vice Pres Facilities/Security ...... Mr. Robert WATERS
32  Vice President of Student Services ......... Mr. Bassam DEEB
11  Vice President of Operations ........ Dr. LaVonne ANSARI
09  Director Institutional Research ...... Dr. Mary Jane FELDMAN
20  Associate Dean ................... Ms. Rose Ann ROBERTS
15  Director of Human Resources ...... Mr. Donald ARMSTRONG
31  Director of Admissions ............ Ms. Kathy SAUNDERS
21  Director of Business Services ...... Ms. Theresa DIGREGORIO
21  Director Accounting/Finan Reporting ...... Ms. Patrice ELNICKI
04  Registrar ....................... Ms. Louise VOLPE
06  Registrar ......................... Ms. Julie SPEER
29  Director Alumni Relations .......... Ms. Barbara MURPHY
30  Chief Development Officer .......... Ms. Barbara DURHAM
37  Director of Financial Aid .......... Mr. James TRIMBOLI

## Niagara University    (D)

Niagara University NY 14109-9999
County: Niagara    FICE Identification: 002788
Unit ID: 193973
Telephone: (716) 285-1212    Carnegie Class: Master's I
FAX Number: (716) 286-8710    Calendar System: Semester
URL: www.niagara.edu
Established: 1856    Annual Undergrad Tuition & Fees: $19,800
Enrollment: 3,689    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: M, BUS, SW, TED

01  President ................... Rev. Joseph LEVESQUE, OM
03  Exec Vice Pres .................... Dr. Bonnie ROSE
05  Vice Pres Academic Affairs .......... Dr. Bonnie ROSE
32  Vice Pres for Student Life ...... Ms. Sheila L. HAUSRATH
10  Vice Pres Business Aff & Treasurer ...... Mr. Michael S. JASZKA
30  VP for Institutional Advancement ...... Mr. Patrick A. HANLEY
20  Assoc VP Academic Affrs/
    Academics ............ Rev. Daniel F. O'LEARY, OMI
20  Assoc VP Acad Affs/Ops/Outreach .....Ms. Mary E. BORGOGNONI
30  Assoc VP Institutional Advancement ...... Mr. Joseph P. BIELECKI
45  Asst to the President for Planning ...... Dr. Judith A. WILLARD
20  Associate Dean .................. Ms. Tracie L. LOPARDI
09  Director Instl Research ...... Ms. Catherine E. SERIANNI
06  Registrar/Dean of Enrollment Mgmt ...... Mr. George C. PACHTER
07  Director of Admissions ......... Mr. Michael KONOPSKI
88  Director of Libraries ............. Mr. David SCHOEN
18  Director of Campus Safety ........... Mr. John P. BARKER
35  Dean of Student Affairs ......... Mr. Joseph H. CUDA
37  Director Student Financial Aid ...... Ms. Maureen SALFI
39  Director of University Housing ...... Ms. Kimberly J. ZUKOWSKI
26  Director of Public Relations ........ Mr. Linus L. ORMSBY
29  Director of Alumni Association ........... Mr. Scott STUART
91  Director Information Technology ...... Mr. Richard P. KERNIN
49  Dean Undergrad/Grad Arts & Science ...... Dr. Nancy MCGLEN
02  Vice President of Business ......... Dr. Debra COOLEY
50  Dean Col of Business Admin ...... Dr. John A. HELANTH
88  Dean Col Hospitality/Tourism Mgmt ......Dr. Gary D. PRAETZEL
52  Director of Art Museum ......... Dr. Laurene BUCKLEY
15  Director of Personnel ......... Ms. Jeannine B. MILLER

23  Supervisor of Health Services .......... Ms. Ilona YUNGBLUT
41  Athletic Director ................ Mr. Michael HERMANN
18  Director of Facility Services ...... Mr. Daniel M. GUARIGLIA
44  Annual Fund Director ........... Ms. Christine S. O'HARA
36  Director & Career Development ........... Ms. Martha TROIA
72  Chaplain/Dir of Campus Ministry ...... Sr. Nora GATTO, DC
88  Director Academic Support Services ...... Ms. Patricia KINNER
51  Dir Continuing/Community
    Education ...................... Mr. Jon Jay STOCKSLADER
38  Director Counseling Services ....Mr. Thomas M. MCDERMOTT
78  Coord of Cooperative Education ...... Mr. Robert SWANSON
21  Controller ......................... Mr. Donald E. SMITH
96  Director of Business Services ......... Ms. Christy FERGUSON

## North Country Community College    (E)

23 Santanoni Avenue, PO Box 89,
Saranac Lake NY 12983-0089
County: Essex    FICE Identification: 007111
Unit ID: 194028
Telephone: (518) 891-2915    Carnegie Class: Associate's
FAX Number: (518) 891-2915    Calendar System: Semester
URL: www.nccc.edu
Established: 1967    Annual Undergrad Tuition & Fees (In-District): $3,050
Enrollment: 1,407    Coed
Affiliation or Control: State/Local    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: M, RAD

01  President ....................... Dr. Gail R. RICE
05  Dean Academic Affairs ............ Mr. Thomas J. FINCH
32  Interim Dean of Student Affairs ...... Mr. Bill BORZILLERI
10  Business Manager ................. Dr. M. Paul ROOT
84  Ast to Pres Enrol Svc/Dir Alum Rels ...... Mr. Edwin THATHEN
06  Records Office/Registrar ......... Ms. Sandra BAKER
30  Development Officer .............. Ms. Dee BROWN
18  Facilities/Special Projects Manager ...... Mr. Shane CHATELLE

## Northeastern Seminary    (F)

2265 Westside Drive, Rochester NY 14624
County: Monroe    FICE Identification: 034194
Telephone: (585) 594-6800    Carnegie Class: Other
FAX Number: (585) 594-6801    Calendar System: Semester
URL: www.nes.edu
Established: 1998    Annual Graduate Tuition & Fees: $9,512
Enrollment: 123    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Doctorate; No Undergraduates
Program: Professional
Accreditation: M, NY, THEOL

02  President ....................... Dr. John A. MARTIN
03  Vice President and Dean ......... Dr. Wayne G. MCCOWIN
20  Assistant Dean .................. Dr. Brian D. BABCOCK

† The Seminary is affiliated with Roberts Wesleyan College.

## Nyack College    (G)

1 South Boulevard, Nyack NY 10960-3698
County: Rockland    FICE Identification: 002790
Unit ID: 194161
Telephone: (845) 358-1710    Carnegie Class: Master's II
FAX Number: (845) 358-1751    Calendar System: Semester
URL: www.nyack.edu
Established: 1882    Annual Undergrad Tuition & Fees: $15,550
Enrollment: 2,908    Coed
Affiliation or Control: The Christian And Missionary Alliance
    IRS Status: 501(c)3
Highest Offering: Master's
Program: 2-Year Principally Bachelor's Creditable; Liberal Arts And General;
Teacher Preparatory; Professional
Accreditation: M, MUS, oSW, THEOL

01  President ................... Dr. David E. SCHROEDER
04  Assistant to the President ........ Ms. Mildred WHITE
10  Exec Vice Pres & Treasurer ........ Mr. David C. JENNINGS
11  Exec VP for Administration ................. Vacant
05  Provost/VP for Academic Affairs ...... Dr. David F. TURK
32  Vice Pres for Student Development ...... Mr. Earl S. MILLER
30  Vice Pres of Advancement ........ Mr. Shino JOHN
06  Registrar ......................... Ms. Sue HO
88  Assoc Registrar/Seminary ...... Mr. Gregory A. BEEMAN
07  Director of Admissions/College ...... Ms. Bethany D. ILSLEY
07  Asst Dir of Admissions/Seminary ...... Mr. Robert HARRIS
88  Director of Library Services ...... Mrs. Linda K. POSTON
88  Director of First Year Studies ...... Dr. David WENDT
29  Director Alumni Relations/College ................. Vacant
41  Director of Athletics ............. Mr. Keith A. DAVIE
21  Asst Treasurer ................. Mrs. Dona P. SCHEPENS
15  Director of Human Resources ...... Mr. Kevin A. BUEL
13  Director of Information Services ...... Mr. Kevin A. BUEL
18  Director of Operations/Aramark ...... Mr. Joe OTTILO
40  Bookstore Manager ............. Ms. Pam A. ALBANESE
45  Director of Spiritual Formation ...... Ms. Wanda F. WALBORN
88  Career Advisor ............. Ms. Elizabeth R. HOFFMAN
23  Director of Health Services .......... Ms. Luz YANEZ
38  Director of Counseling Services ...... Mrs. Drusila F. NIEVES
26  Dir Publications & Media Relations ...... Ms. Deborah WALKER

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | |
|---|---|
| ..................................................Ms. Inge HECKEL | |
| ......................................Mr. Scott AGELOFF | |
| ..isor/Dir Stdt Placement ............Ms. Patricia TIERNEY | |
| ....................................Mr. Jeffrey NEWMAN | |
| r Library ...........................................Mr. Eric WOLF | |
| missions ..........................................Mr. David SPROULLS | |
| Administrator ..............................Ms. Nina MOLCHUK | |
| al Officer ...........................................Ms. Jane CHEN | |
| rsonnel Services ..............................Ms. Balbina CALO | |
| rollment Management ....................Mr. Susan LUVELL | |
| s/Physical Plant .................................Mr. Zeco KRCIC | |
| elations Officer ..................Mr. Thomas ROMICH | |
| ment/Dir Alumni Rels ....................Mr. Joe HEISSAN | |

### Theological Seminary (A)

Drive, Suite 500, New York NY 10115
FICE Identification: 002674
Unit ID: 193894

| | |
|---|---|
| ?0-1211 | Carnegie Class: Specialized-Theological |
| 870-1236 | Calendar System: Semester |

Annual Graduate Tuition & Fees: $7,299
Coed
: Independent Non-Profit    IRS Status: 501(c)3
octorate; No Undergraduates
anal
OL

| | |
|---|---|
| ...............................................Dr. Hillary GASTON | |
| .................................Dr. Laura PIRES-HESTER | |
| al Advancement .................................Mr. Paul BRADLEY | |
| an ...........................................................Dr. Dale IRVIN | |
| ...............................................Mr. Jerry REISIG | |
| ......................................................Ms. Yon Su KANG | |
| al Officer ..........................................Ms. Nana BOAKYE | |

### University (B)

Square South, New York NY 10012-1092
FICE Identification: 002785
Unit ID: 193900

| | |
|---|---|
| 98-1212 | Carnegie Class: Doctoral/Research Ext |
| | Calendar System: Semester |

Annual Undergrad Tuition & Fees: $31,690
Coed
: Independent Non-Profit    IRS Status: 501(c)3
octorate

rts And General; Teacher Preparatory; Professional;
.SW

US, CHE, COPSY, DENT, DH, DIETD, DIETI, DMS, HSA,
MED, MIDWF, NUR, OT, PLNG, PTA, PTAA, RSTH, SCPSY,
SW

| | |
|---|---|
| ....................................................Dr. John E. SEXTON | |
| ..............................Dr. David W. MCLAUGHLIN | |
| e President ..........................................Mr. Jacob J. LEW | |
| l Health .............................................Dr. Robert BERNE | |
| pment/Alumni Relations ..........Ms. Debra LAMORTE | |
| nl Counsel/Secy Univ ..........Mr. S. Andrew SCHAFFER | |
| Univ Rels/Pub Affairs .......................Dr. Lynne P. BROWN | |
| rovost for Planning ...Mr. Frank C. HOPPENSTEADT | |
| perations/Admin ...................................Ms. Cheryl MILLS | |
| Fiscal Affairs ............................Ms. Jeannemarie SMITH | |
| source Admin & Devel ............Dr. Richard N. BING | |
| dent Affairs ..........................................Dr. Marc WAIS | |
| ademic Priorities ..............................Dr. Richard FOLEY | |
| Deputy to President ...............................Ms. Diane YU | |
| esident ............................................Mr. Norman DORSEN | |
| Auxiliary Services .............................Dr. Robert KIVETZ | |
| l Affairs ..........................................Mr. John BECKMAN | |
| Public Safety ...............................Mr. Jules A. MARTIN | |
| for Globalization ................................Dr. Yaw NYARKO | |
| lor Faculty Affairs ................Dr. E. Frances WHITE | |
| nv Life/Interdcpy Intit ..................Dr. Linda MILLS | |
| Arts/Science | |
| .............................Dr. Matthew S. SANTIROCCO | |
| ilf Law .............................................Mr. Richard L. REVESZ | |
| of Medicine ....................................Dr. Robert M. GLICKMAN | |
| of Dentistry ..................................Dr. Michael C. ALFANO | |
| l Arts/Science ..................Dr. Catharine R. STIMPSON | |
| anities .....................................Dr. Mary J. CARRUTHERS | |
| al Sciences ......................................Dr. George W. DOWNS | |
| nce (Arts/Sci) ...............................Dr. Peter LENNIE | |
| olf Sch of Education ..................Dr. Mary BRABECK | |
| chool of Business ..................Dr. Thomas COOLEY | |
| nshadagda College .........................................Vacant | |
| Cont/Prof Studies ..................Dr. David F. FINNEY | |
| School of Public Svc ..................Dr. Ellen SCHALL | |
| nz Sch of Social Work ......Dr. Suzanne ENGLAND | |
| hool of the Arts ....Dr. Mary SCHMIDT CAMPBELL | |
| School ..................................Dr. E. Frances WHITE | |
| braries ........................................Ms. Carol A. MANDEL | |
| Sinai Sch of Medic NYU ...............Dr. Kenneth DAVIS | |
| te of Fine Arts ..................Dr. Mariet WESTERMANN | |
| of Math/Science ..........Dr. Charles W. NEWMAN | |
| tudent Life .......................................................Vacant | |
| n Resources ..................................Ms. Karen BRADLEY | |
| istrative Services ..................Mr. Stephen HELLER | |
| ning/Construction ..................Mr. John RUTIGLIANO | |

---

| | |
|---|---|
| 28 Asst VP Diversity/Stdnt Cmty Devel ....Mr. Allen MCFARLANE | |
| 06 Registrar ..........................................Ms. Yechiel ROSENRAUCH | |
| 20 Asst Chanc Academic Program | |
| Review ..........................................Mr. Barnett W. HAMBERGER | |
| 25 Asst Chanc Sponsored Programs ..........Ms. Maril L. DUNNE | |
| 13 Chief Info Technology Officer ..............Ms. Marilyn MCMILLAN | |
| 07 Assoc Vice Prov Admission/Fin Aid ..........Ms. Barbara HALL | |
| 88 Director of Academic Appts ..................Mr. Peter GONZALEZ | |
| 31 Director of Community Service ..................Mr. Greg ALBANIS | |
| 38 Director of University Service ..................Ms. Greta CAHILL | |
| 37 Director of Financial Aid ..........Mr. Antonio DEL BONO, JR. | |
| 31 Director of Student Health Services ............Dr. Ernesto FERRAN | |
| 38 Director of Counseling Services ..................Mr. Paul GRAYSON | |
| 21 Director of Athletics ..........................Mr. Christopher BLEDSOE | |
| 86 Director Govt/Community Relations ..........Mr. Michael HABERMAN | |
| 14 Director of Network Services ..................Mr. Douglas CARLSON | |
| 42 Acting Director of Campus Stores ..........Mr. Phil CHRISTOPHER | |
| 38 Director of Career Services ..........................Ms. Trudy STEINFELD | |
| 88 Dir Ctr Stdnts With Disabilities ..........Ms. Yolanda M. CACCIOLO | |
| 85 Director Intnl Students/Scholars ..........Ms. Gail CHILD SZENES | |
| 09 Director of Institutional Research ..........Mr. Peter TEITELBAUN | |
| 16 Director of Purchasing ..........................Mr. John JAGARD | |

### Niagara County Community College (C)

3111 Saunders Settlement Road, Sanborn NY 14132-9460
County: Niagara
FICE Identification: 002874
Unit ID: 193946

| | |
|---|---|
| Telephone: (716) 614-6222 | Carnegie Class: Associate's |
| FAX Number: (716) 731-4053 | Calendar System: Semester |
| URL: www.sunyniagara.cc.ny.us | |

Established: 1962    Annual Undergrad Tuition & Fees (In-District): $1,548
Enrollment: 5,546    Coed
Affiliation or Control: State/Local    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: M, ADNUR, MAC, PTAA, RAD, SURGT

| | |
|---|---|
| 01 President ..........................................Dr. James KLYCZEK | |
| 05 Exec VP/Dean Academic Affairs ..........Dr. George BISHOP | |
| 13 Vice President of Information Tech ..........Mr. Walter LUKHAUP | |
| 10 Vice President of Finance ..................Mr. William SCHICKLING | |
| 18 Asst Vice Pres Facilities/Security ..........Mr. Robert WATERS | |
| 32 Vice President of Student Services ..........Mr. Bassom DEEB | |
| 11 Vice President of Operations ..................Dr. LaVonne ANSARI | |
| 09 Director Institutional Research ..........Dr. Mary Jane FELDMAN | |
| 20 Associate Dean ..................................Ms. Rose Ann ROBERTS | |
| 15 Director of Human Resources ..........Mr. Donald ARMSTRONG | |
| 21 Director of Admissions ..........................Ms. Kathy SAUNDERS | |
| 21 Director of Business Services ..................Ms. Theresa DIGREGORIO | |
| 21 Director Accounting/Finan Reporting ..........Ms. Patrice ELNICKI | |
| 04 Assistant to President ..........................Ms. Louise VOLPE | |
| 06 Registrar ..........................................Ms. Julie SPEER | |
| 29 Director Alumni Relations ..................Ms. Barbara MURPHY | |
| 30 Chief Development Officer ..................Ms. Barbara DURHAM | |
| 37 Director of Financial Aid ..................Mr. James TRIMBOLI | |

### Niagara University (D)

Niagara University NY 14109-9999
County: Niagara
FICE Identification: 002788
Unit ID: 193973

| | |
|---|---|
| Telephone: (716) 285-1212 | Carnegie Class: Master's I |
| FAX Number: (716) 286-8710 | Calendar System: Semester |
| URL: www.niagara.edu | |

Established: 1856    Annual Undergrad Tuition & Fees: $19,800
Enrollment: 3,689    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: M, BUS, SW, TED

| | |
|---|---|
| 01 President ..........................................Rev. Joseph LEVESQUE, CM | |
| 03 Exec Vice Pres ..................................Dr. Bonnie ROSE | |
| 05 Vice Pres Academic Affairs ..................Dr. Bonnie ROSE | |
| 32 Vice Pres for Student Life ..........Ms. Sheila L. HAUSRATH | |
| 10 Vice Pres Business Aff & Treasurer ..........Mr. Michael S. JASZKA | |
| 20 VP for Institutional Advancement ..........Mr. Patrick A. HANLEY | |
| 20 Assoc VP Academic Affrs/ | |
| Academics ..........................................Rev. Daniel F. O'LEARY, OMI | |
| 20 Assoc VP Acad Affs/Ops/Outreach ..........Ms. Mary E. BORGOGNONI | |
| 30 Assoc VP Institutional Advancement ..........Mr. Donald P. BIELECKI | |
| 45 Asst to the President for Planning ..........Dr. Judith A. WILLARD | |
| 20 Associate Provost ..................................Ms. Tracie L. LOPARDI | |
| 09 Director Inst Research ..................Ms. Catherine E. SERIANNI | |
| 06 Registrar/Dean of Enrollment Mgmt ..........Mr. George C. PACHTER | |
| 07 Director of Admissions ..........................Mr. Michael KONOPSKI | |
| 38 Director of Libraries ............................Mr. David SCHOEN | |
| 19 Director of Campus Safety ..................Mr. John F. BARKER | |
| 35 Dean of Student Affairs ..........................Mr. Joseph H. CUDA | |
| 37 Director Student Financial Aid ..........Ms. Maureen SALFI | |
| 39 Director of University Housing ..........Ms. Kimberly J. ZUKOWSKI | |
| 25 Director of Public Relations ..................Mr. Linus I. ORMSBY | |
| 29 Director of Alumni Association ..................Mr. Scott STUART | |
| 91 Director Information Technology ..........Mr. Richard P. KERNIN | |
| 48 Dean Undergrad/Grad Arts & Science ..........Dr. Nancy MCGLEN | |
| 50 Dean College of Business ..................Dr. Deba COOLEY | |
| 52 Dean Col of Business Admin ..................Dr. John A. HELMUTH | |
| 58 Dean Col Hospitality/Tourism Mgmt ..........Dr. Gary D. PRAETZEL | |
| 52 Director of Art Museum ..................Dr. Laurane BUCKLEY | |
| 15 Director of Personnel ..................Ms. Jeannine B. MILLER | |

---

| | |
|---|---|
| 23 Supervisor of Health Services ..................Ms. Ilona YUNGBLUT | |
| 41 Athletic Director ..................................Mr. Michael HERMANN | |
| 18 Director of Facility Services ..................Mr. Daniel M. GUARIGLIA | |
| 44 Annual Fund Director ..........................Ms. Christine S. O'HARA | |
| 36 Director & Career Development ..................Ms. Martha TROIA | |
| 72 Chaplain/Dir of Campus Ministry ..........Sr. Nora GATTO, DC | |
| 88 Director Academic Support Services ..........Mrs. Patricia KINDER | |
| 51 Dir Continuing/Community | |
| Education ..........................................Mr. Jon Jay STOCKSLADER | |
| 38 Director Counseling Services ..........Mr. Thomas M. MCDERMOTT | |
| 78 Coord of Cooperative Education ..........Mr. Robert SWANSON | |
| 21 Controller ..........................................Mr. Donald E. SMITH | |
| 96 Director of Business Services ..................Ms. Christy FERGUSON | |

### North Country Community College (E)

23 Santononi Avenue, PO Box 89,
Saranac Lake NY 12983-0089
County: Essex
FICE Identification: 007111
Unit ID: 194028

| | |
|---|---|
| Telephone: (518) 891-2915 | Carnegie Class: Associate's |
| FAX Number: (518) 891-2915 | Calendar System: Semester |
| URL: www.nccc.edu | |

Established: 1967    Annual Undergrad Tuition & Fees (In-District): $3,050
Enrollment: 1,407    Coed
Affiliation or Control: State/Local    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: M, RAD

| | |
|---|---|
| 01 President ..........................................Dr. Gail R. RICE | |
| 05 Dean Academic Affairs ..........................Mr. Thomas J. FINCH | |
| 32 Interim Dean of Student Affairs ..........Mr. Bill BORZILLERI | |
| 10 Business Manager ..................................Dr. M. Paul ROOT | |
| 84 Ast to Pres Enrol Svc/Dir Alum Rels ..........Mr. Edwin TRATHEN | |
| 06 Records Office/Registrar ..................Ms. Sandra BAKER | |
| 30 Development Officer ..............................Ms. Dee BROWN | |
| 18 Facilities/Special Projects Manager ..........Mr. Shane CHATELLE | |

### Northeastern Seminary (F)

2265 Westside Drive, Rochester NY 14624
County: Monroe
FICE Identification: 034194

| | |
|---|---|
| Telephone: (585) 594-6800 | Carnegie Class: Other |
| FAX Number: (585) 594-6801 | Calendar System: Semester |
| URL: www.nes.edu | |

Established: 1998    Annual Graduate Tuition & Fees: $9,512
Enrollment: 123    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Doctorate; No Undergraduates
Program: Professional
Accreditation: M, NY, THEOL

| | |
|---|---|
| 02 President ..........................................Dr. John A. MARTIN | |
| 03 Vice President and Dean ..................Dr. Wayne G. MCCOWIN | |
| 20 Assistant Dean ..................................Dr. Brian D. BABCOCK | |

† The Seminary is affiliated with Roberts Wesleyan College.

### Nyack College (G)

1 South Boulevard, Nyack NY 10960-3698
County: Rockland
FICE Identification: 002790
Unit ID: 194161

| | |
|---|---|
| Telephone: (845) 358-1710 | Carnegie Class: Master's II |
| FAX Number: (845) 358-1751 | Calendar System: Semester |
| URL: www.nyack.edu | |

Established: 1882    Annual Undergrad Tuition & Fees: $15,550
Enrollment: 2,908    Coed
Affiliation or Control: The Christian And Missionary Alliance
IRS Status: 501(c)3

Highest Offering: Master's
Program: 2-Year Principally Bachelor's Creditable; Liberal Arts And General;
Teacher Preparatory; Professional
Accreditation: M, MUS, SW, THEOL

| | |
|---|---|
| 01 President ..........................................Dr. David E. SCHROEDER | |
| 04 Assistant to the President ..................Ms. Mildred WHITE | |
| 10 Exec Vice Pres & Treasurer ..................Mr. David C. JENNINGS | |
| 11 Exec VP for Administration ..........................Vacant | |
| 05 Provost/VP for Academic Affairs ..........Dr. David F. TURK | |
| 32 Vice Pres for Student Development ..........Mr. Earl S. MILLER | |
| 30 Vice Pres of Advancement ..................Mr. Shino JOHN | |
| 06 Registrar ..........................................Ms. Sue HO | |
| 06 Assoc Registrar/Seminary ..................Mr. Gregory A. BEEMAN | |
| 07 Director of Admissions/College ..........Ms. Bethany D. ILSLEY | |
| 07 Asst Dir of Admissions/Seminary ..........Mr. Robert HARRIS | |
| 08 Director of Library Services ..................Mrs. Linda K. POSTON | |
| 09 Director Institutional Research ..........Ms. Karen H. WIDBIN | |
| 37 Dir of Student Fin Svcs/College ..........Mr. Andres VALENZUELA | |
| 39 Director of First Year Studies ..................Dr. Gwen PARKER AMES | |
| 29 Director Alumni Relations/College ..........................Vacant | |
| 41 Director of Athletics ............................Mr. Keith A. DAVIE | |
| 21 Asst Treasurer ......................................Mrs. Dona P. SCHEPENS | |
| 15 Director of Human Resources ..................Ms. Karen DAVIE | |
| 13 Director of Information Services ..........Mr. Kevin A. BUEL | |
| 18 Director of Operations/Aramark ..................Mr. Joe OTTILO | |
| 40 Bookstore Manager ..................................Ms. Pam A. ALBANESE | |
| 72 Director of Spiritual Formation ..........Ms. Wanda F. WALBORN | |
| 58 Career Advisor ..................................Ms. Elizabeth R. HOFFMAN | |
| 23 Director of Health Services ..................Ms. Luz YANEZ | |
| 38 Director of Counseling Services ..........Mrs. Drusila F. NIEVES | |
| 26 Dir Publications & Media Relations ..........Ms. Deborah WALKER | |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

## Laramie County Community College (A)

1400 East College Drive, Cheyenne WY 82007-3299
County: Laramie
    FICE Identification: 009259
    Unit ID: 240620
Telephone: (307) 778-5222  Carnegie Class: Associate's
FAX Number: (307) 778-1399  Calendar System: Semester
URL: www.lccc.wy.edu
Established: 1968  Annual Undergrad Tuition & Fees (In-District): $1,956
Enrollment: 4,522  Coed
Affiliation or Control: State/Local  IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, #ADNUR, DH, RAD

| 01 | President | Dr. Charles H. BOHLEN |
|---|---|---|
| 05 | Vice Pres of Instruction | Dr. Marlene TIGNOR |
| 12 | Vice Pres of Business Services | Mr. Robert G. COX |
| 32 | Vice Pres of Student Services | Ms. Wilfadeen CHAMBERLAIN |
| 13 | Vice Pres Information Technology | Mr. Michael WALTERS |
| 35 | Exec Dir Devel/LCCC Foundation | Ms. Angela GLODE |
| 17 | Dean Albany County Campus | Dr. Eileen ELY |
| 82 | Librarian | Ms. Karen LANGE |
| 37 | Director of Financial Aid | Mr. Dennis SCHROEDER |
| 84 | Director of Enrollment Management | Mr. D. Joseph VON SEGGERN |
| 26 | Director of Public Relations | Ms. Lisa MURPHY |
| 16 | Director of Human Resources | Mr. Bruce E. CURLL |
| 88 | Director of Physical Plant | Mr. Timothy MACNAMARA |
| 21 | Director of Accounting Services | Mrs. Judy EXTER |
| 31 | Dean Ctr for Corporate/Community Ed | Mr. Stan TORVIK |
| 33 | Director of Student Life | Mr. Keith ROBINDER |
| 23 | Director Alumni Relations | Vacant |
| 30 | Manager Institutional Research | Ms. Ann MURRAY |
| 96 | Career Center Coordinator | Ms. Dian DAVIS |
| 96 | Purchasing Coordinator | Mr. Jerry HARRIS |
| 49 | Dean Arts & Humanities | Dr. Kerry HART |
| 50 | Dean Business & Technology | Dr. Mohamed S. SALMI |
| 48 | Dean Health/Science/Agriculture | Ms. Elizabeth (Lisa) STICH |
| 83 | Dean Social Sciences | Mrs. Phyllis JONES |
| 07 | Coordinator of Admissions | Ms. Jenny HARGETT |

## Northern Wyoming Community College District (B)

PO Box 1500, 3059 Coffeen Avenue,
Sheridan WY 82801-1500
County: Sheridan
    FICE Identification: 003930
    Unit ID: 240666
Telephone: (307) 674-6446  Carnegie Class: Associate's
FAX Number: (307) 674-4293  Calendar System: Semester
URL: www.sheridan.edu
Established: 1948  Annual Undergrad Tuition & Fees (In-District): $1,848
Enrollment: 2,761  Coed
Affiliation or Control: Local  IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, #ADNUR

| 01 | President | Dr. Kevin E. DRUMM |
|---|---|---|
| 38 | VP Inst Effectiveness/Dean Outreach | Dr. Paul YOUNG |
| 05 | VP Instruction/Dean Arts & Sciences | Mr. Douglas S. PARROTT |
| 32 | Dean of Students | Mr. Mark ENGLERT |
| 26 | Dean Health/Technical Careers | Mr. David FISHER |
| 17 | Dean of Health Sciences | Ms. Trudy MUNSICK |
| 12 | Comptroller | Ms. Cheryl HEATH |
| 10 | Director of Finance | Mr. Mike COLLINS |
| 30 | Director Institutional Research | Ms. Sharon ELWOOD |
| 13 | Director Information Technology | Mr. Matt RAMEY |
| 82 | Librarian | Ms. Deborah IVERSON |
| 36 | Registrar | Vacant |
| 37 | Director Student Finance Assistance | Mr. Randy R. THOMPSON |
| 39 | Director of Housing & Campus Life | Mrs. Ginny I. RACETTE |
| 07 | Director Admissions & Advising | Mr. Zane GARSTAD |
| 35 | Foundation Director | Ms. Jane HOWARD |
| 16 | Director Employee Services | Ms. Judy MARSHALL |
| 13 | Director College Information | Ms. Wendy SMITH |
| 40 | Director Bookstore | Ms. Cheri DOLLISON |
| 18 | Chief Facilities/Physical Plant | Mr. Kent ANDERSON |

## Northwest College (C)

231 West 6th Street, Powell WY 82435-1895
County: Park
    FICE Identification: 003931
    Unit ID: 240657
Telephone: (307) 754-6000  Carnegie Class: Associate's
FAX Number: (307) 754-6245  Calendar System: Semester
URL: www.northwestcollege.edu
Established: 1946  Annual Undergrad Tuition & Fees (In-District): $1,880
Enrollment: 1,755  Coed
Affiliation or Control: State/Local  IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ADNUR, MUS

| 01 | President | Dr. Miles LAROWE |
|---|---|---|
| 05 | Vice Pres for Academic Affairs | Dr. Sheryl HRUSKA |
| 11 | Vice Pres Administrative Services | Mr. Kim MILLS |
| 32 | Vice President for Student Affairs | Ms. Dana YOUNG |

| 26 | Vice President College Relations | Mr. Mark KEITHEN |
|---|---|---|
| 14 | Director of Computing Services | Mr. Bill KEIL |
| 90 | Network Manager | Mr. Casinger ANDREWS |
| 08 | Director Library | Dr. Susan RICHARDS |
| 23 | Assoc Dean of Academic Affairs | Ms. Virginia FISH |
| 38 | Director Student Success Programs | Dr. Deb MILLS |
| 15 | Director Personnel | Ms. Heather KOBBE |
| 06 | Registrar | Mr. Brad HAMMOND |
| 18 | Director of Physical Plant | Mr. Mike SPERRY |
| 23 | Director of Student Health Services | Ms. Roxanne HERMAN |
| 30 | Dir Planned Giving/Found Exec Dir | Ms. Shelby WETZEL |
| 31 | Director of Community Education | Ms. Ingrid EICKSTEDT |
| 38 | Counseling | Ms. Cynthia GARHART |
| 40 | Bookstore Director | Ms. Kim MARMAN |
| 31 | Director of Extended Campus | Ms. Ronda PEER |
| 38 | Counselor | Ms. Rowena STONE |
| 29 | Director Annual Giving/Alumni | Ms. Carrie GASCH |
| 37 | Director of Student Financial Aid | Ms. Bev BELL |

## University of Wyoming (D)

Dept 3434, 1000 E. University Ave.,
Laramie WY 82071-3434
County: Albany
    FICE Identification: 003932
    Unit ID: 240727
Telephone: (307) 766-1121  Carnegie Class: Doctoral/Research Ext
FAX Number: (307) 766-2271  Calendar System: Semester
URL: www.uwyo.edu
Established: 1886  Annual Undergrad Tuition & Fees (In-State): $3,426
Enrollment: 13,207  Coed
Affiliation or Control: State  IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, AT, AUD, BUS, CACREP, CLPSY, CS, ENG, LAW, MUS, NURSE, PHAR, SP, SW, TED

| 01 | President | Dr. Thomas BUCHANAN |
|---|---|---|
| 86 | Vice Pres Govt/Cmty/Legal Affairs | Mr. Richard H. MILLER |
| 05 | Vice Pres Academic Affairs | Dr. Myron B. ALLEN |
| 19 | Vice Pres Administration | Ms. Elizabeth A. HARDIN |
| 46 | Vice Pres Research | Dr. William A. GERN |
| 30 | Vice Pres Institutional Advancement | Mr. W. Ben BLALOCK, III |
| 32 | Vice Pres Student Affairs | Dr. Leellen BRIDGMAN |
| 43 | Vice Pres for Budget & Planning | Mr. Phillip HARRIS |
| 20 | Int Asc Vice Pres Academic Affairs | Dr. Nicole BALLENGER |
| 23 | Assoc Vice Pres Academic Affairs | Dr. Rollin H. ABERNETHY |
| 56 | Assoc VP Acad Affs/Dean Ext Stds | Dr. Margaret MURDOCK |
| 22 | Employment Practices Director | Ms. Neil RUSSELL |
| 13 | Vice Pres for Information Tech | Mr. Robert R. AYLWARD |
| 12 | Dean UW/Casper College Center | Dr. Brent PICKETT |
| 88 | Director of Physical Plant | Mr. Robert J. HENSLEY |
| 10 | Controller | Ms. Jane S. LOWE |
| 09 | Director Institutional Analysis | Dr. Constance S. BRIZUELA |
| 07 | Director of Admission | Ms. Sara L. AXELSON |
| 35 | Dean of Students | Mr. Richard STEGMAN |
| 37 | Director Student Financial Aid | Mr. David L. GRUEN |
| 29 | Director Career Services Center | Ms. Evelyn J. CHYTKA |
| 38 | Director Univ Counseling Center | Dr. David COZZENS |
| 39 | Director of Housing | Mr. Beth Jane WILSON |
| 85 | Director International Student Svcs | Mr. Dennis M. DREHER |
| 29 | Director Alumni Relations | Ms. Roberta M. DARNALL |
| 15 | Director Human Resources | Mr. James E. PREW |
| 19 | Chief University Police | Mr. Tim BANKS |
| 26 | Director University Relations | Mr. Jay N. FROMKIN |
| 41 | Athletic Director | Mr. Gary A. BARTA |
| 40 | Manager Bookstore | Ms. Peggy L. HALASE |
| 23 | Director Student Health Services | Dr. Joanne E. STEAME |
| 47 | Dean of Agriculture | Dr. Frank D. GALEY |
| 49 | Dean Arts & Sciences | Dr. B. Oliver WALTER |
| 50 | Dean of Business | Dr. Brent HATHAWAY |
| 55 | Dean of Graduate School | Dr. Don ROTH |
| 53 | Dean of Education | Dr. Patricia A. MCCLURG |
| 54 | Dean of Engineering | Dr. Ovid (Gus) A. PLUMB |
| 76 | Dean of Health Sciences | Dr. Robert O. KELLEY |
| 61 | Dean of Law | Mr. Jerry R. PARKINSON |
| 18 | Chief Facilities/Physical Plant | Mr. Richard D. BYERS |
| 86 | Director Enrollment Management | Ms. Sara L. AXELSON |
| 49 | Director of Personnel | Ms. Martha J. MILLER |

## Western Wyoming Community College (E)

PO Box 428, Rock Springs WY 82902-0428
County: Sweetwater
    FICE Identification: 003933
    Unit ID: 240693
Telephone: (307) 382-1600  Carnegie Class: Associate's
FAX Number: (307) 382-1636  Calendar System: Semester
URL: www.wwcc.wy.edu
Established: 1959  Annual Undergrad Tuition & Fees (In-District): $1,658
Enrollment: 2,654  Coed
Affiliation or Control: State/Local  IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ADNUR, RSTH, RSTHT

| 01 | President | Dr. Tex L. BOGGS |
|---|---|---|
| 05 | Dean of Academic Affairs | Mr. Kenneth FITSCHEN |
| 32 | Dean for Student Affairs | Ms. Jackie FREEZE |
| 11 | Dean of Administration | Mr. Marty KELSEY |
| 21 | Controller | Mr. Dan MORRISON |
| 07 | Director of Admissions | Ms. Laurie WATKINS |

| 06 | Registrar | Ms. Kay LEUM |
|---|---|---|
| 37 | Director Student Financial Aid | Ms. Stacee HANSON |
| 08 | Director of Library Services | Mr. Robert KALABUS |
| 18 | Director of Physical Resources | Mr. Richard MATTHEWS |
| 35 | Director Housing/Student Activities | Mr. Jon SCHRADE |
| 40 | Bookstore Manager | Ms. Jetta KRAGOVICH |
| 35 | Director Student Development Center | Ms. Kim DRANE-NASH |
| 41 | Athletic Director | Ms. Jackie FREEZE |
| 92 | Director of Honors Program | Ms. Karen LOVE |
| 09 | Director of Institutional Research | Ms. Jackie FREEZE |
| 15 | Director Personnel Services | Mr. Marty KELSEY |
| 26 | Chief Public Relations Officer | Ms. Carma CORRA |
| 30 | Chief Development | Mr. Margaret RUSSELL |
| 36 | Director Student Placement | Mr. Mark REMBACZ |
| 38 | Director Student Counseling | Ms. Kim DRANE-NASH |
| 21 | Director of Purchasing | Ms. Tammy REGISTER |

## Wyoming Technical Institute (F)

4373 North 3rd Street, Laramie WY 82072-9519
County: Albany
    FICE Identification: 009157
    Unit ID: 240718
Telephone: (307) 742-3776  Carnegie Class: Associate's
FAX Number: (307) 721-4854  Calendar System: Other
URL: www.wyotech.edu
Established: 1966  Annual Undergrad Tuition & Fees: $27,500
Enrollment: 2,256  Coed
Affiliation or Control: Proprietary  IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

| 01 | President | Mr. Wm. Guy WARPNESS |
|---|---|---|
| 05 | Director of Education | Mr. Randy CALHOON |
| 10 | CFO | Ms. Denise BOCK |
| 07 | Director of Admissions | Mr. Glenn HALSEY |
| 37 | Director of Financial Aid | Ms. Carrie DRENDEL |
| 32 | Director of Student Services | Mr. Mario A. IBARRA |
| 35 | Placement Specialist | Ms. Thecla WOOLCOTT |
| 06 | Registrar | Ms. Tracy STIBITZ |

# US SERVICE SCHOOLS

## Air Force Institute of Technology (G)

2950 Hobson Way, Wright Patterson AFB OH 45433-7765
County: Greene
    FICE Identification: 003009
    Unit ID: 200697
Telephone: (937) 255-2321  Carnegie Class: Specialized-Other Specialized
FAX Number: (937) 656-7600  Calendar System: Quarter
URL: www.afit.edu
Established: 1919  Annual Graduate Tuition & Fees: $3,440
Enrollment: 962  Coed
Affiliation or Control: Federal  IRS Status: Exempt
Highest Offering: Doctorate; No Undergraduates
Program: Professional
Accreditation: NH, ENG

| 01 | Commandant | B.Gen. Mark T. MATTHEWS |
|---|---|---|
| 03 | Vice Commandant | Capt. Kenneth L. GINADER |
| 05 | Director of Academic Affairs | Dr. Robert A. CALICO, JR. |
| 09 | Director Institutional Research | Dr. William F. ADAMS |
| 07 | Director Admissions/Registrar | Mr. L. Edward HART |
| 85 | Director of International Affairs | Ms. Andreon D. ROBB |
| 14 | Dir Communications & Information | Maj. James R. BOWEN |
| 27 | Director of Public Affairs | Mr. William T. HANCOCK |
| 08 | Director of Academic Library | Mr. James T. HELLING |
| 40 | Bookstore Supervisor | Mr. Pearl WIEHE |
| 54 | Dean Graduate School of Engineering | Dr. Robert A. CALICO, JR. |
| 54 | Dean Civil Engineer & Services Sch | Col. Jarad A. ASTIN |
| 88 | Dean School of Systems & Logistics | Col. Diana SCHULZ |

## Air University (H)

55 LeMay Plaza South, Maxwell AFB AL 36112-6335
County: Montgomery
    FICE Identification: 001001
Telephone: (334) 953-5613  Carnegie Class: Other
FAX Number: (334) 953-2749  Calendar System: Other
URL: www.au.af.mil
Established: 1944  Annual Undergrad Tuition & Fees: N/A
Enrollment: N/A  Coed
Affiliation or Control: Federal  IRS Status: Exempt
Highest Offering: Master's
Program: Professional
Accreditation: SC, OPTT

| 01 | Commandant | Lt.Gen. John F. REGNI |
|---|---|---|
| 03 | Vice Commander | M.Gen. Robert J. ELDER |
| 05 | Chief Academic Officer | Dr. Bruce T. MURPHY |

† Parent institution of Community College of the Air Force and School of Advanced Air and Space Studies.

## Community College of the Air Force (I)

130 West Maxwell Boulevard,
Maxwell AFB AL 36112-6613
County: Montgomery
    FICE Identification: 012308
Telephone: (334) 953-2223  Carnegie Class: Other
FAX Number: (334) 953-6211  Calendar System: Other
URL: www.maxwell.af.mil/ccaf/

01 President ..................................................Dr. Mark D. WAGNER
05 Academic Dean ..................................Mr. Russell H. GLESSNER
32 Dean of Students ..................................Mr. Gene HAITHCOX
10 Business Manager ..................................Mr. Ethan MOLSEE
06 Registrar ..............................................Dr. Mark JACOBSON
07 Director of Admissions ..........................Dr. Jack K. WILLSEY
40 Bookstore Manager ............................Mrs. Sherri WAGNER

### Northwest College of Art (A)
16301 Creative Drive, NE, Poulso WA 98370-8625
County: Kitsap
FICE Identification: 026021
Unit ID: 377546
Telephone: (360) 779-9993    Carnegie Class: Specialized-Art/Music/Design
FAX Number: (360) 779-9993    Calendar System: Semester
URL: www.nca.edu
Established: 1982    Annual Undergrad Tuition & Fees: $13,500
Enrollment: 115    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Fine Arts Emphasis
Accreditation: ACCSCT

01 President ..........................................Craig N. FREEMAN
06 Registrar ......................................................J. KEMPF
37 Financial Aid Director ..............................Kim PERIGARD
08 Library Services ..................................Rose CULLINANE

### Northwest Indian College (B)
2522 Kwina Road, Bellingham WA 98226-9278
County: Whatcom
FICE Identification: 021800
Unit ID: 380377
Telephone: (360) 676-2772    Carnegie Class: Tribal
FAX Number: (360) 738-0136    Calendar System: Quarter
URL: www.nwic.edu
Established: 1978    Annual Undergrad Tuition & Fees: $2,394
Enrollment: 817    Coed
Affiliation or Control: Tribal Control    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NW

01 President ..................................Ms. Cheryl CRAZY BULL
05 Vice President for Instruction ............Dr. Rissa WABAUNSEE
11 Vice Pres for Administration ..................Mr. David OREIRO
30 Executive Director for Foundation ..............Ms. Verneil LANE
04 Exec Assistant to the President ..................Ms. Tami JULIUS
08 Director of Library Services ..............Mrs. Nancy L. CARROLL
07 Director of Admission ........................Ms. Leilani IGNACIO
06 Registrar ............................................................Vacant
37 Financial Aid Director ........................Mr. Michael FENTRESS
96 Purchasing Manager ..........................Mr. Charles ROBERTS

### Northwest School of Wooden Boatbuilding (C)
42 N. Water Street, Port Hadlock WA 98339
County: Jefferson
Identification: 666756
Unit ID: 236124
Telephone: (360) 385-4948    Carnegie Class: Associate's
FAX Number: (360) 385-5089    Calendar System: Other
URL: www.nwboatschool.org
Established: 1981    Annual Undergrad Tuition & Fees: $14,300
Enrollment: 45    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

01 Chief Instructor/Managing Director ..............Mr. Jeff HAMMOND

### Northwest University (D)
PO Box 579, Kirkland WA 98083-0579
County: King
FICE Identification: 003783
Unit ID: 236133
Telephone: (425) 822-8266    Carnegie Class: Baccalaureate-General
FAX Number: (425) 827-0148    Calendar System: Semester
URL: www.northwestu.edu
Established: 1934    Annual Undergrad Tuition & Fees: $16,000
Enrollment: 1,180    Coed
Affiliation or Control: Assemblies Of God Church
Highest Offering: Master's
Accreditation: NW, NURSE

01 President ....................................................Dr. Don H. ARGUE
05 Provost ......................................................Dr. Jim HEUGEL
03 Executive Vice President ..............................Mr. Dan NEARY
50 Sr Vice Pres for Finance ....................Mr. Dan A. SCHWEFFENIG
09 Sr Vice Pres Institutional Research ..........Dr. Marshall FLOWERS
44 Vice Pres Enrollment Services ..................Mr. Myles CORRIGAN
32 Assoc Vice Pres Student Development ..............Mr. Paul BANGS
26 Assoc Vice President for Marketing ............Mr. Merlin QUIGGLE
36 Dean of the Chapel ......................Rev. Phil RASMUSSEN
06 Registrar ..............................................Mr. Wayne OTTO
07 Director of Admissions ..............Mrs. Rose-Mary K. SMITH
37 Director Student Financial Aid ..................Mrs. Lana WALTER
33 Resident Dean Extended Community ..............Rev. Dan HICKMAN

41 Athletic Director ..................................Miss Kristi BRODIN
08 College Librarian ................................Mr. Charles DIEDE
39 Director of Counseling Services ..............Ms. Teresa REGAN
29 Director of Alumni Services ..........Mrs. Rosemarie KOWALSKI
15 Director Human Resources ........................Mr. Fill SANKEY
36 Director Student Ministries ........................Ms. Amy JONES
18 Chief Facilities/Physical Plant ..............Mr. Greg ANDERSON

† Granted candidacy for highest offering at the Master's level.

### Olympic College (E)
1600 Chester Avenue, Bremerton WA 98337-1699
County: Kitsap
FICE Identification: 003784
Unit ID: 236188
Telephone: (360) 792-6050    Carnegie Class: Associate's
FAX Number: (360) 475-7151    Calendar System: Quarter
URL: www.oc.ctc.edu
Established: 1946    Annual Undergrad Tuition & Fees (In-State): $2,493
Enrollment: 7,056    Coed
Affiliation or Control: State    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NW, ACFEI, ADNUR, MAC

01 President ......................................Dr. David C. MITCHELL
05 Vice Pres of Instruction ..................Dr. Randall LAWRENCE
10 Vice Pres of Administration ..............Dr. Michael D. CONNOLLY
32 Vice Pres of Student Services ..........Dr. Richard MACLENNAN
30 Director Institutional Advancement ............Dr. Alan ROGERS
56 Exec Dir/Shelton Olympic College ..........Ms. Nora Ellen RICHARD
88 Exec Dir/Poulsbo Olympic College ..........Ms. Kelly WOODWARD
91 Exec Dir Information Technology ....................Mr. Brian DAHL
04 Exec Assistant to the President ............Ms. Asantewa ANTOBAM
22 Dean Workforce Development ..................Ms. Mary GARGUILE
50 Dean Business & Technology ..................Dr. Richard STRAND
31 Int Dean Math/Engineer/Sci/Health ............Dr. Jack BROWN
79 Int Dean Humanities/Social Science ..............Ms. Denise KING
08 Dean Library-Media ..............................Ms. Ruth M. ROSS
64 Dean Student Enrollment ..................Ms. Dianna LARSEN
35 Dean of Student Development ..................Dr. Gina HUSTON
16 Director Human Resource Services ..........Ms. Linda YERGER
37 Director Financial Aid ........................Mr. Robert PARKER
51 Dir Contract & Customized Trng ..............Ms. Wendy MILES
20 Institutional Researcher ..........................Ms. Janet HOAG
07 Registrar/Director of Admissions ..........Ms. Dianna LARSEN
18 Chief Facilities/Physical Plant ..........Mr. Robert HOLMES
15 Director Human Resource Services ..........Ms. Linda YERGER
21 Finance Officer ..................................Ms. Janet WHITELEY
47 Budget Officer ..................................Ms. Bridgid BRUNSON
90 Procurement Officer ..........................Ms. Judith HARRIS
28 Multicultural Services Manager ..........Ms. Rachel WELLMAN
40 Director Bookstore ..............................Mr. Denis SNYDER

### Pacific Lutheran University (F)
Tacoma WA 98447-0003
County: Pierce
FICE Identification: 003785
Unit ID: 236230
Telephone: (253) 531-6900    Carnegie Class: Master's I
FAX Number: (253) 535-8320    Calendar System: 4/1/4
URL: www.plu.edu
Established: 1890    Annual Undergrad Tuition & Fees: $22,040
Enrollment: 3,643    Coed
Affiliation or Control: Evangelical Lutheran Church In America
IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NW, BUS, BUSA, CS, MFCD, MUS, NUR, NURSE, SW, TED

01 President ..................................Loren J. ANDERSON
02 Provost ........................................James L. PENCE
10 Vice Pres Finance & Operations ..................Sheri J. TONN
30 Acting Vice Pres Devel/Univ Rels ..........James L. PLOURDE
44 Vice Pres Admissions & Student Life ..........Laura F. MAJOVSKI
40 Assistant to the President ....................Laura J. POLCYN
26 Exec Director of Church Relations ............Richard W. ROUSE
06 Registrar ........................................Kristin H. PLAEHN
09 Institutional Research Analyst ..................Maré J. WUTZKE
07 Dean for Admissions & Fin Aid ..............Karl A. STUMO
08 Dean Information Resource Services ..........Chris D. FERGUSON
37 Director Student Financial Aid ..................Kay W. SOLTIS
24 Director Alumni & Parent Relations ..........Lauralee HAGEN
15 Director Human Resource Services ..............Teri P. PHILLIPS
87 Director Academic Ptng/Summer Sess ..........Michael D. BARTANEN
56 Dean School of Business ..................James M. CLAPPER
53 Dean School of Education ......................Lynn G. BECK
63 Dean School of Nursing ........................Terry W. MILLER
66 Dean School of Physical Education ..........Anthony J. EVANS
52 Acting Dean School of the Arts ..........Edward J. POWERS
57 Dean of Student Academic Success ..........Patricia E. ROUNDY
77 Exec Dir University Communications ..........Greg W. BREWIS
28 Dir Student Involvement/Leadership ..........Eva R. JOHNSON
36 Dir Student Employment/Career Devel ..........Alina J. URBANEK
13 Director Campus Safety & Info ..............Marsha J. STRIIL
41 Athletic Director ..............................Laurie L. TURNER
18 Chief Facilities/Physical Plant ..............David L. KOHLER

### Peninsula College (G)
1502 East Lauridsen Boulevard,
Port Angeles WA 98362-6698
County: Clallam
FICE Identification: 003786
Unit ID: 236258
Telephone: (360) 452-9277    Carnegie Class: Associate's
FAX Number: (360) 457-8100    Calendar System: Quarter
URL: www.pc.ctc.edu
Established: 1961    Annual Undergrad Tuition & Fees (In-District): $2,241
Enrollment: 5,178    Coed
Affiliation or Control: State/Local    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NW

01 President ..............................Dr. Thomas A. KEEGAN
05 Sr Vice Pres Instruction ..................Dr. William EATON
11 Vice Pres Administrative Svcs ............Ms. Barbara MARTIN
32 Vice Pres Student Services ....................Mr. Jack HULS
08 VP Institutional Effectiveness ............Dr. Paula DOHERTY
75 Dean Workforce Training ..........Dr. Mary O'NEIL-GARRETT
43 Dean Arts & Science ............................Vacant
13 Director Information Technology ..........Mr. Steven BAXTER
51 Dean Continuing Education ..........Ms. Jackie JARDINE-MOORE
39 Dean of Counseling ............................Ms. Maria PENA
37 Director Financial Aid ..........................Ms. Cheryl REID
04 Executive Assistant ............................Ms. Carolyn MAIR
27 Director Public Information ..........Ms. Phyllis L. VAN HOLLAND
15 Director Human Resources ..........Ms. Bonnie H. CAUFFMAN
51 Director International Programs ................Mr. Gar YAU LIU
30 Director Foundation ............................Ms. Rhonda CURRY
40 Director Bookstore ........................Mr. Jonathan KOEHLER
06 Registrar ......................................Ms. Cindy LAUDERBACH
35 Director Student Programs ..........................Ms. VACANT
09 Director of Institutional Research ..............Ms. Sue NORRIS
18 Chief Facilities/Physical Plant ..............Mr. Matt GRAVES

### Pierce College District II (H)
1601 39th Avenue, SE, Puyallup WA 98374-2222
County: Pierce
FICE Identification: 005000
Unit ID: 235237
Telephone: (253) 840-8400    Carnegie Class: Associate's
FAX Number: (253) 840-8423    Calendar System: Quarter
URL: www.pierce.ctc.edu
Established: 1967    Annual Undergrad Tuition & Fees (In-State): $2,595
Enrollment: 12,029    Coed
Affiliation or Control: State    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NW, DH

01 District Chancellor ..........................Dr. Michele JOHNSON
02 President at Puyallup ..........................Dr. Tana HASART
02 President at Fort Steilacoom ..........................Vacant
03 Exec Vice Pres Extended Learning ..........Mr. Bill MCMEEKIN
05 VP Learning & Student Success - FS ........Dr. Sunny BURNS
05 VP Learning & Student Success - Puy ......Ms. Mary CHIKWINYA
10 Int VP Administrative Services ................Ms. Becki COLLINS
13 Dean of Institutional Technology ................Mr. Dan RUSS
45 Assoc Dean of Planning & Assessment ..............Vacant
15 Vice President for Human Resources ..........Ms. Jan BUCHOLZ
06 Registrar ..............................Ms. Cynthia TORRES-JIMENEZ
09 Director of Institutional Research ..............Mr. Jim POSEY
08 Director of Library ..........................Ms. Debra GILCHRIST
26 Dir College/Community Relations ..........Mr. Dale STOWELL
36 Director Student Development - FS ..........Mr. Larry PIERCE
36 Dir of Student Development - Puy ..........Ms. Patty NELSON
36 Dir Student Programs-Ft.Steilacoom ..........Mr. Walt SOMMERS
41 Director of Athletics ..........Mr. Duncan K. STEVENSON
30 Director of Development ........................Ms. Cherry TINKER
95 Director of Purchasing ..........................Mr. Jim TAYLOR
51 Dir of International Education ..............Dr. Pat CAVENDISH
35 Dir Enroll Svcs & Stdnt Life - Puy ..............Ms. Mari KRUGER
49 Chair Arts & Humanities Division ........Ms. Margaret PAYNE
50 Chair Business Division ........................Mr. Tom PHELPS
50 Chair Transitional Education Div ..........Ms. Cynthia WILSON
72 Chair Counseling & Technology Division ......Mr. Ronald MAY
83 Chair Social Science Division ..............Ms. Judy DEJARDIN
88 Chair Natural & Social Sciences Div ..........Mr. Mike LAMKA
88 Chair Business & Humanities Div ............Ms. Ann SALAK
19 District Manager Campus Safety ..........Mr. Chris MACKERSIE
07 Director Diversity/Minority
         Stdnts ..................................Ms. Agnes BARRON-STEWARD
96 Director of Purchasing ..........................Ms. Vernon QUINTON
07 Dir Admissions-Fort Steilacoom ......Ms. Cynthia TORRES-JIMENEZ
07 Director of Admissions/Puyallup ..............Ms. Mari KRUGER
21 Associate Business Officer ....................Ms. Shirley BEAN
37 Director Student Financial Aid ..............Mr. Robert WALKER
84 Director Enrollment Services-FS ..........Ms. Cynthia TORRES-JIMENEZ
84 Dir Enrollment Services-Puyallup ..............Ms. Mari KRUGER

### Pima Medical Institute-Seattle (I)
1627 Eastlake Avenue East, Seattle WA 98102
County: King
Identification: 666172
Telephone: (206) 322-6100    Carnegie Class: Other
FAX Number: (206) 324-1985    Calendar System: Other
URL: www.pmi.edu
Established: 1989    Annual Undergrad Tuition & Fees: N/A
Enrollment: 287    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

## (left column — partially cut off)

ancial Aid .................................. Ms. Debra J. FAAS
ad Bookstore ............................................. Vacant
th Services ................................................ Vacant
itutional Research ........... Mr. Darby L. HILLER-FREUND
tes/Campus Services ............................... Vacant
reer/Employment Svcs ............ Ms. Karen L. KAHLER
 Life/Campus Security ........ Ms. Cathleen R. MUMA
blic Relations ..................................................
Gifts Officer ...............................................
Officer .................................. Ms. Teri A. HEDRICH
ctor .................................... Mr. Gordon G. NIEMI
ns Instructor ............... Ms. Bronwyn R. JONES
ibrary ............................ Ms. Margaret M. BACON
ysical Education ............. Mr. Peter W. LACOURSE
ructor ................................... Mr. Terry L. SIEVERT
 .............................. Mr. Robert L. BUTTLEMAN
kes Culinary Inst ......... Mr. Fredrick L. LAUGHLIN
tructor ....................... Mr. Thomas A. GORDON
 Instructor ..................... Mr. Anthony L. JENKINS
Instructor ...................... Mr. Sean E. RUANE
ctor Training/Research ......... Mr. Richard R. WOLIN
.......................... Ms. Marilyn S. WILLOBEE
rchasing ................... Mr. Stephen A. WESTPHAL
d Bound/Bridge ............. Ms. Barbara A. ZUPIN

## University (A)

ive, Midland MI 48640-2398

FICE Identification: 004072
Unit ID: 171492

7-4200    Carnegie Class: Specialized-Business/Mgmt
37-1111    Calendar System: Quarter
.edu

Annual Undergrad Tuition & Fees: $15,183
Coed
Independent Non-Profit    IRS Status: 501(c)3
ster's
 And General

ief Executive Officer .................. Dr. David F. FRY
f Operating Officer ............... Dr. David D. LONG
ce & Treasurer ............... Mr. Donald E. HUNKINS
ment and Intl Programs ......... Dr. Robert W. SERUM
ncement ........................ Ms. Sherrie O. GRAHAM
Science ......................... Dr. William T. BUSBY
an Campus ...................... Dr. Timothy G. NASH
 Campus ......................... Mr. John H. HAYNIE
 Campus ......................... Dr. Kevin G. FEGAN
 College ....................... Ms. Rhonda C. ANDERSON
nal Programs ................... Dr. Lance B. LEWIS
issions .......................... Mr. Daniel F. TOLAND
 ..................................... Mr. David L. BENDER
Relations ........................ Ms. Charlene K. ROSIN
 ......................... Mr. James L. TOSCHKOFF
s ................................. Mr. Lawrence J. LINDSEY
al Aid Director ................... Ms. Joan L. BEGIN
 ..................................... Ms. Sandra L. POTTS

## ommunity College (B)

ad, Bloomfield Hills MI 48304-2266

FICE Identification: 002303
Unit ID: 171535

2000    Carnegie Class: Associate's
3-2118    Calendar System: Semester
du

Annual Undergrad Tuition & Fees (In-District): $1,815
Coed
tate/Local    IRS Status: 501(c)3
ciate Degree
e: 2-Year Principally Bachelor's Creditable
EI, ADNUR, DH, DMS, MAC, RAD, RSTH, SURGT

.................................. Dr. Mary S. SPANGLER
lemic & Student Affs ........... Dr. George F. KEITH
 Remaining a Devel ............................... Vacant
sources Officer .................. Ms. Catherine J. RUSH
inistrative Services ..... Mr. Clarence E. BRANTLEY
 the Chancellor ........... Ms. Pamela L. KRAMER
 Communication ........... Mr. George A. CARTSONIS
 Officer ......................... Mr. James R. HILLBERRY
nd Lakes Campus ............. Mr. Gordon F. MAY
outhfield Campus .......... Dr. Martha R. SMYDRA
wn Hills Campus ............. Dr. David P. ADAMS
 Ridge Campus .......... Dr. Jacqueline SHADKO
Services ......................... Mrs. Carla R. MATHEWS
 ........................................ Dr. Nadia E. BOULOS
keting ..................................................... Vacant
h Infrastructure ......... Mr. Robert J. MONTGOMERY
If Development ........... Ms. Linda L. POSOSKI
ervices ....................................................
 .................................... Dr. Maurice H. MCCALL
Facilities ..................... Mr. Daniel P. CHEREWICK
h Applications ........... Mr. David M. DUNSHEE
ately ............................ Mr. Terry L. MCCAULEY
ancement ..................... Ms. Cheryl A. KOZELL
 ...................................... Mrs. Gail S. PITTS
 Relations ...................... Mr. Gary S. CASEY
 .......................................... Ms. Jill K. DUNPHY
n/Coop Education ........... Mr. Willie L. LLOYD
ional Planning ........... Miss Elizabeth A. KENDALL

## (second column)

41    Athletic Director ........................ Mr. Bernard S. LITTLE
96    Director Purchasing/Auxiliary Svcs ........ Ms. Gheretta R. HARRIS
29    Coordinator Alumni Association .................................. Vacant
09    Director Inst Effectiveness ............. Mr. Martin A. ORLOWSKI
21    Director Financial Services ........... Ms. Sharon K. CONVERSE
37    Director Financial Asst/Scholarship ......... Ms. Wilma B. PORTER
21    Director of Personnel Services ........... Mrs. Margaret R. CARROLL

## Oakland University (C)

Rochester MI 48309-4401

County: Oakland    FICE Identification: 002307
Unit ID: 171571

Telephone: (248) 370-2100    Carnegie Class: Doctoral/Research Int
FAX Number: (248) 370-3286    Calendar System: Semester
URL: www.oakland.edu
Established: 1957    Annual Undergrad Tuition & Fees (In-State): $5,656
Enrollment: 16,902    Coed
Affiliation or Control: State    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, ANEST, BUS, BUSA, CACREP, CS, DANCE, ENG, MUS, NUR, NURSE, PTA, SPAA, TED, THEA

01    President ............................ Dr. Gary D. RUSSI
04    Assistant to the President ............ Mrs. Karen S. KUKUK
05    Vice Pres Academic Affairs/Provost ........ Dr. Virinder K. MOUDGIL
43    General Counsel ........................ Mr. Victor A. ZAMBARDI
32    Vice Pres for Student Affairs ............ Dr. Mary Beth SNYDER
93    Vice Pres University Relations ........ Ms. Susan DAVIES GOEPP
10    Vice Pres Finance & Administration ........ Mr. John BEAGHAN
20    Int Vice Provost Research ............ Dr. Ronald E. OLSON
20    Vice Provost Undergraduate Educ ........ Dr. Susan M. AWBREY
84    Assoc VP Enrol Mgt/Dir Admiss .................................
21    Assoc VP Finance/Administration ....... Mr. Stephen W. ROBERTS
18    Assoc Vice President Facilities Mgt ..... Mr. Terry STOLLSTEIMER
15    Asst VP for Employee Relations ........ Mr. Ronald P. WATSON
15    Director Human Resources ................................
43    Asst VP University Technology Svcs ..... Mr. Theresa M. ROWE
24    Ast VP Classrm Sprt/Instruct Tech .... Mr. George T. PREISINGER
49    Int Dean College of Arts & Sciences ........ Dr. Ronald SUDOL
50    Dean Sch Business Admin ............ Dr. Jonathan SILBERMAN
66    Dean of Nursing ......................... Dr. Linda S. THOMPSON
94    Dean Engineering/Computer Sci ........ Dr. Pieter A. FRICK
76    Int Dean School Health Sciences ....... Dr. Kenneth R. HIGHTOWER
08    Interim Dean of the Library ............ Dr. Julie H. VOELCK
35    Dean of Students ...................... Mr. Glenn MCINTOSH
44    Director Annual Giving ................. Ms. Julie VULAJ
06    Registrar .............................. Mr. Steven J. SHABLIN
15    Director Government Relations .......... Ms. Rochelle A. BLACK
04    Director Planned Giving ................ Mr. Dennis E. SHERIDAN
09    Dir of Inst Research/Assessment ....... Ms. Laura A. SCHARTMAN
37    Director of Financial Aid .............. Ms. Cindy L. HERMSEN
29    Director of Alumni Relations .......... Ms. Adrienne L. BASS
07    Director of Admissions ................................. Vacant
27    Director Communications/Marketing ...... Mr. Geoff C. UPWARD
30    Dir Corp Foundation Relations ......... Ms. Tracey UTECH
13    Director of Athletics ................. Mr. Jack G. MEHL
28    Dir Univ Diversity/Compliance ......... Ms. Joi M. CUNNINGHAM
39    Director of University Housing ......... Ms. Eleanor L. REYNOLDS
19    Director Public Safety & Police ........ Mr. Samuel C. LUCIDO
31    Dir Strategic Initiat/Bus Analysis ...... Ms. Peggy S. COOKE
36    Director Placement/Career Services ..... Mr. Robert B. THOMAS
38    Director Counseling Center ............ Dr. Bela CHOPP
85    Director Intl Student & Scholars ....... Mr. David John ARCHBOLD
09    Director Disability Support Svcs ....... Ms. Linda G. SISSON
96    Director of Purchasing ................. Ms. Catherine R. LARK

## Olivet College (D)

320 South Main Street, Olivet MI 49076-9406

County: Eaton    FICE Identification: 002308
Unit ID: 171599

Telephone: (269) 749-7000    Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (269) 749-7121    Calendar System: Semester
URL: www.olivetcollege.edu
Established: 1844    Annual Undergrad Tuition & Fees: $16,464
Enrollment: 1,073    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: NH

01    President ............................ Dr. Donald L. TUSKI
05    Vice Pres/Dean Academic Affairs ........ Mrs. Norma CURTIS
18    Vice Pres Admin/Physical Plant ........ Mr. Larry GOVUS
84    Vice Pres Enrollment Management ........ Mr. Tom SHAW
32    VP of Community Life .................. Dr. Linda MCWRIGHT
29    Assoc Athletic Director ............... Mr. Bill MAAS
26    Asst VP of College Relations ........... Mr. Jerry RASHID
06    Registrar ............................. Ms. Nicole BAKER
30    Dir of Development/Inst Advancement ...... Mr. Mark VEICH
03    Director Student Health Center ........ Ms. Martha O'DELL
42    Director of Church Relations .......... Mr. Michael F. FALES
35    Director Student Activities ........... Ms. Lori WHITTAKER
39    Director Career Services Network ....... Ms. Jane RHODES
37    Director of Student Financial Aid ...... Mr. Douglas GILBERTSON
28    Director of Diversity ................. Mrs. Lynn Ward GRAY
04    Director of Women's Studies ........... Rev Dr. Julie KILMER
39    Director of Student Housing ........... Mrs. Tamyra WALTERS
13    Information & Technology Manager ...... Mr. Suresh ACHARYA

## (third column)

15    Human Resources Specialist ........... Mrs. Therese WOOD
20    Associate Academic Officer ............ Dr. Charles WILSON
29    Assoc Athletic Director ............... Ms. Heather BATEMAN
29    Alumni Relations Coordinator .......... Ms. Martha MASON JENNINGS

## Reformed Bible College (E)

3333 East Beltline, NE, Grand Rapids MI 49525-9749

County: Kent    FICE Identification: 002311
Unit ID: 171881

Telephone: (616) 222-3000    Carnegie Class: Specialized-Theological
FAX Number: (616) 988-3608    Calendar System: Semester
URL: www.reformed.edu
Established: 1939    Annual Undergrad Tuition & Fees: $11,033
Enrollment: 289    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Professional
Accreditation: NH, BI, @SW

01    President ............................ Dr. Nicholas V. KROEZE
05    Vice Pres Academic Administration ...... Dr. Melvin J. FLIKKEMA
30    Vice President College Advancement ..................... Vacant
10    Vice Pres Business Administration ..................... Vacant
04    Assistant to the President ............ Ms. Dawn A. LYNEMA
70    Dean for Academic Programs ............ Dr. Jerry VREEMAN
30    Director of Advancement ............... Mr. Jeff ROLOFF
08    Librarian ............................. Ms. Dianne V. ZANDBERGEN
06    Registrar ............................. Dr. Bernard MEYER
35    Dean of Students ...................... Mr. Cisco GONZALEZ
37    Financial Aid Director ................ Ms. Agnes M. RUSSELL
40    Bookstore Manager ..................... Mr. Dean VANBRUGGEN
21    Director of Business/Finance .......... Mr. Duane P. BRAS
13    Dir of Alumni ......................... Ms. Jill JELSMA
23    Resident Director ..................... Ms. Michelle GREYDANUS
13    Director Computing/Info Management ..... Mr. Ben VLUG
07    Director of Admission ................. Ms. Larissa LIGHTHEISER
26    Director of Public Relations .......... Ms. Melissa FINKBEINER
18    Supervisor of Plant and Grounds ....... Mr. Tim CHUPP

## Rochester College (F)

800 West Avon Road, Rochester Hills MI 48307-2764

County: Oakland    FICE Identification: 002288
Unit ID: 170967

Telephone: (248) 218-2000    Carnegie Class: Baccalaureate-Associate's
FAX Number: (248) 218-2005    Calendar System: Semester
URL: www.rc.edu
Established: 1959    Annual Undergrad Tuition & Fees: $12,356
Enrollment: 1,011    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General
Accreditation: NH

01    President ............................ Dr. Michael W. WESTERFIELD
05    Vice President Academic Affairs ....... Dr. Brian STOGNER
03    Executive Vice President .............. Mr. Alan B. WAITES
93    Vice Pres for Advancement ............. Mr. Douglas P. EDWARDS
84    Vice Pres Enrollment Management ....... Mr. Kelvin BROWN
73    Vice Pres of Extended Learning ........ Mr. Tracey S. HEBERT
93    Vice Pres Inst Adv/Grants ............. Ms. Birgie K. NIEMANN
44    Vice President of Advancement ......... Mr. Donald ROBINSON
32    Assoc Vice Pres Student Services ...... Ms. Candace CAIN
15    Director of Human Resources ........... Ms. Lindsey DUPPEE
40    Bookstore Manager ..................... Mr. Larry A. STEWART
06    Registrar ............................. Ms. Cathy MACKENZIE
41    Director/Athletic Activities .......... Mr. Garth A. PLEASANT
07    Director of Library Services .......... Ms. Holly HEBERT
18    Maintenance Supervisor ................ Mr. Rick ESCKELSON
44    Vice President of Church Relations ...... Dr. David FLEER
36    Vice Pres of Career Services .......... Mr. Larry NORMAN
88    Food Service Director ................. Ms. Marsha DZIEWIT
88    Preschool Director .................... Ms. Amy M. VANZ
37    Director of Financial Aid ............. Ms. Lee WATSON
14    Director Information Technologies ...... Mr. Mark JOHNSON
08    Director of Enrollment for CEL ........ Mr. Eric CAMPBELL
35    Assoc Dean of Students/Campus Life ..... Mr. Terri HALL
39    Assoc Dean Students/Res Life .......... Ms. Melanie CRAMP
32    Director of Retention ................. Ms. Jan A. COE
44    Assoc Cmps Minister/Dir Spirit Life ...... Mr. Steve CORP
42    Campus Minister ...................... Ms. Sara BARTON
21    Controller ........................... Mr. Charles BLAKE
58    Dir of On-Line Learning ............... Mr. Jason RAGSDALE
50    Dean College of Business/Tech ......... Mr. Jeffery A. SIMMONS
49    Dean College of Arts & Sciences ....... Dr. Jennifer HAMILTON
26    Director of Public Information ........ Ms. Amanda T. WOLFE
28    Director of Diversity ................. Mr. J C THOMAS, JR.
29    Director Alumni Relations ............. Ms. Jennifer KIRBY

## Sacred Heart Major Seminary/ College and Theologate (G)

2701 Chicago Boulevard, Detroit MI 48206-1799

County: Wayne    FICE Identification: 002313
Unit ID: 172033

Telephone: (313) 883-8500    Carnegie Class: Specialized-Theological
FAX Number: (313) 868-6440    Calendar System: Semester
Established: 1919    Annual Undergrad Tuition & Fees: $10,341
Enrollment: 412    Coed
Affiliation or Control: Roman Catholic    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Professional

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

41  Director of Athletics .................................................Mr. Steven LEE
38  Asst Director Students/Support Svcs ..................................Vacant
13  Director Campus Safety & Security ....................................Vacant
23  Director of Student Health Services ...............Mrs. Carol TYLER
07  Dean of Admission ..........................................Mr. Wray BLAIR
88  Sr Assoc Director of Admission .........................................Vacant
13  Chief Information Officer ............................Mr. Jeffrey DEVLIN
33  Director of Residence Life ..............................................Vacant
40  Manager Bookstore .....................................Ms. Ann CRAFT
36  Dir of Student Support Services ......................................Vacant

## Corinthian Schools, Inc. - National    (A)
## Institute of Technology Campus
5514 Big Tyler Road, Cross Lanes WV 25313-1399
County: Kanawha                    FICE Identification: 010356
                                   Unit ID: 237604
Telephone: (304) 776-6290          Carnegie Class: Associate's
FAX Number: (304) 776-6262         Calendar System: Quarter
URL: www.coti.edu
Established: 1968                   Annual Undergrad Tuition & Fees: $20,000
Enrollment: 450                                    Coed
Affiliation or Control: Proprietary         IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

01  President ...........................................Dr. Robert L. BLISS
07  Director of Education .............................Mr. Richard RHODES
07  Director of Administration ................Ms. Karen WILKINSON
10  Business Officer .....................................Ms. Aimee SWITZER
33  Director Student Placement .........Ms. Jennifer RICHMOND

## Davis & Elkins College    (B)
100 Campus Drive, Elkins WV 26241-3996
County: Randolph                   FICE Identification: 003811
                                   Unit ID: 237358
Telephone: (304) 637-1900          Carnegie Class: Baccalaureate-General
FAX Number: (304) 637-1413         Calendar System: 4/1/4
URL: www.davisandelkins.edu
Established: 1904                   Annual Undergrad Tuition & Fees: $16,832
Enrollment: 625                                    Coed
Affiliation or Control: Presbyterian Church (U.S.A.)   IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: NH, ADNUR, THEA

01  President .............................................Dr. G. T. MANN
35  Vice Pres/Dean of Faculty ...........Dr. Laurence B. MCARTHUR
10  Vice Pres for Finance & Admin ............Mr. Stephen E. BRIGHT
30  Vice Pres College Advancement ..........Ms. Patricia J. SCHUMANN
32  VP Student Life/Dean of Students .............Dr. David M. SNEED
84  Director of Enrollment Management ..........Ms. Renee T. HECKEL
04  Head Librarian ..........................................Mr. T. E. HODGUM
01  Registrar .....................................Dr. Laurence B. MCARTHUR
37  Director Financial Planning ...............Ms. Susan M. GEORGE
25  Director of Counseling Center ...............Mr. Kenton L. MCCOY
26  Director of Communications ...........Ms. Carol M. SCHULER
15  Director Personnel Services ........................Ms. M. J. COREY
15  Director Physical/Physical Plant ..........Mr. Ronald J. SELDERS
07  Director Alumni Relations ..........Ms. Rachel H. MONTGOMERY
07  Director of Admissions ...................................................Vacant
14  Coord Administrative Computing .........Mr. Craig W. MERRIAM

## Huntington Junior College    (C)
900 Fifth Avenue, Huntington WV 25701-2004
County: Cabell                     FICE Identification: 009047
                                   Unit ID: 237437
Telephone: (304) 697-7550          Carnegie Class: Associate's
FAX Number: (304) 697-7554         Calendar System: Quarter
URL: www.huntingtonjuniorcollege.edu
Established: 1936                   Annual Undergrad Tuition & Fees: $7,400
Enrollment: 770                                    Coed
Affiliation or Control: Proprietary         IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: NH, MAC

01  Director .................................................Carolyn SMITH

## International Academy of Design    (D)
## and Technology
2000 Green River Drive, Fairmont WV 26554-9790
County: Marion
                                   Identification: 666506
                                   Unit ID: 367389
Telephone: (304) 534-5677          Carnegie Class: Other
FAX Number: (304) 534-5669         Calendar System: Other
URL: www.iadtwv.com
Established: 1988                   Annual Undergrad Tuition & Fees: $21,200
Enrollment: 75                                     Coed
Affiliation or Control: Proprietary         IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS

01  Acting President ......................Ms. Patricia O'ROURKE

05  Director of Education .............................Mr. George FULDA

† Branch campus of Computer Tech, PA

## Mountain State College    (E)
Spring at Sixteenth Street, Parkersburg WV 26101-3993
County: Wood                       FICE Identification: 005008
                                   Unit ID: 237598
Telephone: (304) 485-5487          Carnegie Class: Associate's
FAX Number: (304) 485-3524         Calendar System: Quarter
URL: www.mountainstate.edu
Established: 1888                   Annual Undergrad Tuition & Fees: $7,200
Enrollment: 236                                    Coed
Affiliation or Control: Proprietary         IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS, ARCPA

01  President ......................................Mr. Michael MCPEEK
03  Vice President .............................Mrs. Judith SUTTON

## Mountain State University    (F)
609 South Kanawha Street, Beckley WV 25802-2830
County: Raleigh                    FICE Identification: 003807
                                   Unit ID: 237154
Telephone: (304) 253-7351          Carnegie Class: Baccalaureate-Associate's
FAX Number: (304) 929-1600         Calendar System: Semester
URL: www.mountainstate.edu
Established: 1933                   Annual Undergrad Tuition & Fees: $5,880
Enrollment: 4,418                                  Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Master's
Program: Occupational; 2-Year Principally Bachelor's Creditable; Liberal
Arts and General; Teacher Preparatory; Professional
Accreditation: NH, ACFEI, ANEST, DMS, MAC, NUR, OTA, PTAA, RAD, RSTH,
RSTHT, SURGT, SW

01  President ......................................Dr. Charles H. POLK
03  Exec Vice Pres/Chief Academic Ofcr ........Mr. James D. SILOSKY
04  Chief of Staff ..................................Ms. Cynthia D. ALEXANDER
50  Sr Academic Ofcr Sch Business/Tech ...........Dr. Alan R. TILLQUIST
76  Sr Academic Ofcr Health Sciences .................Dr. Patsy HASLAM
59  Sr Academic Ofcr Sch of Arts & Sci ...........Dr. Cynthia MANN
97  Sr Enrollment Mgr for Online/IS Pgm .............Mr. Mark GARNER
84  Dean of Enrollment Management ...........Ms. Alexandria G. STONE
39  Assoc VP Instructional Technology .........Mr. James M. OWSTON
12  Provost of the Beckley Campus ...................Dr. Jill HOPKINS
12  Provost of the Martinsburg Campus ...........Ms. Lynne DIEHL
12  Provost of Distance Education .........Ms. Roslyn CLARK-PAYNE
26  Dir Univ Public Relations/Marketing .............Ms. Sherry WADE
08  Chief Financial Officer .....................Mr. Michele SANNETT
13  Chief Business Officer .........................Mr. Ronald WARD
80  Dir of Undergraduate Leadership Pgm ..........Dr. William WHITE
04  Director of Library Services .......................Ms. Judy ALTIS
01  Registrar .........................................Ms. Rebecca HALL
41  Athletic Director .............................Mr. Robert BOLEN, III
32  Dir Student Affairs/Campus Life ...........Mr. Reginald GARCON
42  General Counsel .................................Mr. Jon REED
05  Sr Human Resources Manager ..............Ms. M. Kay STUMP
18  Director of Physical Plant .................Mr. William ATKINSON
37  Director Student Financial Aid .....................Ms. Sue PACK
30  Senior Development Officer ....................Ms. Alice EANES
50  Sr Officer Information Technology ...........Mr. Randy HENRY
08  Senior Student Services Manager ..........Ms. Melissa FARRISH
12  Exec Director of Florida Campus ...........Dr. Matthew LONAM
40  Director of University Bookstores ...............Mr. Dallas BRAGG
88  Senior Accreditation Manager ..............Mr. Everette STEELE
96  Dir Purchasing & Auxiliary Services ...........Ms. Barbara DAWES
88  Dean of the Academy .............................Mr. F. William BORG
88  Acting Dean of Leadership Studies .............Dr. Ruth WYLIE
88  Dean Graduate IS & Spectrum Studies ...........Dr. Brian HOLLOWAY
88  Sr Ofcr School of Experiential Lrng ...........Dr. Mark MILLER
62  Academic Ofcr for Grad Nursing ...........Dr. Jessica SHARP
88  Sr Ofcr Institutional Effectiveness ...........Mr. Lawrence KUSZYNSKI
07  Dir Alumni Relations/Annual Giving ...........Ms. Michael Ann DULCIE

## Ohio Valley University    (G)
1 Campus View Drive, Vienna WV 26105-8000
County: Wood                       FICE Identification: 003819
                                   Unit ID: 237640
Telephone: (304) 865-6000          Carnegie Class: Baccalaureate-General
FAX Number: (304) 865-6001         Calendar System: Semester
URL: www.ovu.edu
Established: 1958                   Annual Undergrad Tuition & Fees: $12,012
Enrollment: 500                                    Coed
Affiliation or Control: Churches Of Christ   IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: NH

01  President ......................................Dr. James A. JOHNSON
04  Senior VP for Operations .................Mr. Denver D. LUCK
02  Chancellor ......................................Dr. E. Keith STOTTS
05  Provost/Sr VP for Academic Affairs ...........Dr. C. Joy JONES
30  Senior Vice Pres for Advancement ...........Mr. Steve ECKMAN
32  Vice Pres Student Services ...............Mrs. Kathy MULLER

05  Senior Vice Pres for Campus Ministry .........Mr. Steven M. MORGAN
29  Senior VP for Alumni Services ...............Mr. Dennis COX
84  Dean of Enroll Mgmt/General
      Counsel .....................................Mrs. Becky MATHIS-STUMP
07  Director of Admissions .........................Mr. Rob DUDLEY
37  Director of Campus Operations ...........Mr. Kristopher R. WILCOXEN
37  Director Student Financial Aid ...........Mrs. Margie W. LYONS
01  Registrar ......................................Mrs. Tammi J. PAVAN
26  Chief Public Relations Officer ...............Mr. Marty DAVIS

## Salem International University    (H)
223 West Main Street, Box 500, Salem WV 26426-0500
County: Harrison                   FICE Identification: 003820
                                   Unit ID: 237783
Telephone: (304) 782-5011          Carnegie Class: Master's II
FAX Number: (304) 782-5395         Calendar System: Other
URL: www.salemiu.edu
Established: 660                   Annual Undergrad Tuition & Fees: $15,200
Enrollment: 660                                    Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: NH

01  President ......................................Dr. Richard W. FERRIN
05  Vice Pres Academic Affairs/Provost .........Dr. Arthur E. LINKINS
32  VP Student Dev/Dean Student Affairs .........Mr. Donald APPIARIUS
30  VP University Advancement .................Dr. Richard BAXTER
97  VP Business Afs/Chief Finan Ofcr ...........Mr. James M. MAYFIELD
01  Registrar ......................................Ms. Cynthia J. BRISSEY
53  Director of Education .........................Dr. Mary HARRIS-JOHN
59  Dean of Arts & Sciences ............................................Vacant
53  Dean of Business ..................................................Vacant
58  Dir Grad Biotech/Mol Biology Pgm ...............Dr. Patrick LAI
53  Director Graduate Education Program ......Dr. Mary HARRIS-JOHN
07  Director of Admissions .........................Mr. Joy LYNCH
88  Director of Institutional Research ...........Ms. Christine E. HOWERTON
50  Director Information/Data Tech ...............Mr. Patrick BELL
18  Director of Facilities ...........................Ms. Debra YODER
04  Director of Libraries .........................Dr. Phyllis D. FREEDMAN
13  Director of Security ...........................Mr. Jorge BLAIR
29  Assoc to Pres for Alumni Relations ...........Dr. Dallas BAILEY
55  Asst Dean Stdnts/Dir Campus Activ ...........Mr. Jerry SHEARER
37  Director of Student Financial Aid ...........Ms. Charlotte LAKE
38  Coord Acad Enhancement/Career Svcs ...........Ms. Deb WOODS
41  Athletic Director ...........................Mr. Lou TALERICO

## University of Charleston    (I)
2300 MacCorkle Avenue, SE, Charleston WV 25304-1099
County: Kanawha                    FICE Identification: 003818
                                   Unit ID: 237312
Telephone: (304) 357-4800          Carnegie Class: Baccalaureate-General
FAX Number: (304) 357-4715         Calendar System: Semester
URL: www.ucwv.edu
Established: 1888                   Annual Undergrad Tuition & Fees: $20,200
Enrollment: 981                                    Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: NH, ADNUR, AT, NUR, RAD, TED

01  President ......................................Dr. Edwin H. WELCH
03  Provost & Dean of Faculty ...........Dr. Margaret A. MALMBERG
10  Vice Pres Administration & Finance ...........Mrs. Cleta M. HARLESS
30  Vice Pres for Advancement ............................................Vacant
07  Director of Admissions .........................Mr. Brad PARRISH
03  Registrar/Director Inst Research ...........Mr. Alan R. BELCHER
44  Dir of Annual Giving & Major Gifts ...........Ms. Linda PAULEY
30  Director Foundation ..................................................Vacant
04  Director of Library ...............................Ms. Lynn SHEEHAN
32  Dean of Students ...........................Mr. Douglas J. WALTERS
07  Director Alumni Relations .................Ms. Bethany MEIGHEN
37  Director Financial Aid .......................Ms. Janet M. RUGE
82  Director of Freshman Studies ............Dr. Joseph H. JANISSON
26  Asst Director University Relations .........Mr. Randy ONEY
55  Director Student Involvement ...........Mr. Douglas J. WALTERS
40  Bookstore Manager .........................Ms. Myreda FORGA
18  Director Plant & Property .................Mr. Steve BALLARD
19  Director Security ...........................Mr. Jack L. RINCHICH
59  Chair Division Arts & Sciences ...........Dr. J. Wayne JONES
53  Chair Division Business .......................Ms. James FALTER
76  Chair Division Health Sciences ...........Dr. Laura M. FESTA
41  Athletic Director ...........................Mr. Thomas NOZICA
88  Director of Colleague Program ...........Mr. Anthony MARCHESE
86  Coord International Student Pgms ...........Mr. Douglas WALTERS
39  Director of University Computing ...........Ms. James MEADOWS
03  Registrar Admissions & Records ...........Mr. Alan BELCHER
21  Associate Business Officer .................Ms. Josie WRISTON

## Valley College of Technology    (J)
287 Aikens Center, Martinsburg WV 25401-5711
County: Berkeley                   FICE Identification: 026094
                                   Unit ID: 377661
Telephone: (304) 263-0979          Carnegie Class: Associate's
FAX Number: (304) 263-2413         Calendar System: Other
URL: www.vct.edu
Established: 1983                   Annual Undergrad Tuition & Fees: $7,300
Enrollment: 90                                     Coed
Affiliation or Control: Proprietary         IRS Status: Proprietary
Highest Offering: Associate Degree

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

**376  OKLAHOMA**

Enrollment: 4,242                                                    Coed
Affiliation or Control: State
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ACBSP, ADNUR, RSTH

| | |
|---|---|
| 01 President | Dr. Joe M. KINZER |
| 05 Vice Pres for Academic Affairs | Dr. Roger STACY |
| 02 Vice Pres Financial Affairs | Mrs. Anita SIMPSON |
| 12 Vice Pres for First and Enid Campus | Dr. Ed VINEYARD |
| 32 Vice Pres for Student Affairs | Mr. Michael WEIBERG |
| 14 Vice Pres Information Technology | Mrs. Marion TUCKER |
| 50 Vice President for Development | Ms. Sheri SNYDER |
| 33 Dean of Men ENID | Mr. Boomer APPLEMAN |
| 33 Dean of Women | Mr. Jason JOHNSON |
| 35 Dean of Student Affairs | Mr. Jason JOHNSON |
| 06 Director of Admissions & Registrar | Mr. Rick EDGINGTON |
| 26 Director of External Relations | Mrs. Sheri SNYDER |
| 08 Director of Library Services | Mr. Benjamin HAMLINE |
| 18 Director of Physical Plant | Mr. Larry DYE |
| 40 Manager Student Bookstore | Mrs. Jimilea JANSSON |
| 34 Athletic Director | Mr. Mick WEIBERG |
| 38 Director Student Financial Aid | Sheri SNYDER |
| 37 Director Student Financial Aid | Linda BROWN |
| 38 Student Counseling | Fachaithe KINSLOW |
| 15 Director Human Resources | Ms. Marage LAWSON |
| 96 Purchasing Agent | Ms. Becky SIMMONS |

## Northwestern Oklahoma State University (A)
709 Oklahoma Boulevard, Alva OK 73717-2799
County: Woods
FICE Identification: 003163
Unit ID: 207306
Telephone: (580) 327-1700                Carnegie Class: Master's I
FAX Number: (580) 327-1881               Calendar System: Semester
URL: www.nwosu.edu
Established: 1897        Annual Undergrad Tuition & Fees (In-State): $3,213
Enrollment: 2,169                                                    Coed
Affiliation or Control: State                       IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: NH, NUR, TED

| | |
|---|---|
| 01 President | Dr. Paul B. BERAN |
| 03 Executive Vice Pres | Dr. Janet L. CUNNINGHAM |
| 05 Vice Pres Academic Affairs | Dr. Steven L. LOHMANN |
| 26 Assoc VP for University Relations | Dr. Steve J. VALENCIA |
| 32 Dean Student Svcs/Enrollment Mgmt | Vacant |
| 08 Chief Librarian | Mrs. Susan K. JEFFRIES |
| 36 Director of Recruitment | Mrs. Jennifer L. GOUCHER |
| 06 Registrar | Mrs. Shirley M. MURROW |
| 39 Director of Students/Housing | Mr. Marcus L. WALLACE |
| 34 Athletic Director | Mr. Milburn F. BARTON |
| 58 Dir of Graduate Studies | Dr. Rodney C. MURROW |
| 18 Chief Facilities/Physical Plant | Mr. E. James DETGEN |
| 29 Director Alumni Relations | Mrs. Lizabeth R. RICHEY |
| 37 Director Student Financial Aid | Mrs. Irala K. MAGEE |
| 38 Director of Student Life/Counselor | Mrs. Alysson M. TUCKER |
| 07 Director of Recruitment | Mrs. Jennifer L. GOUCHER |
| 09 Institutional Research Specialist | Mrs. Cynthia A. NIGHSWONGER |

## Oklahoma Baptist University (B)
500 West University, Shawnee OK 74804-2590
County: Pottawatomie
FICE Identification: 003164
Unit ID: 207403
Telephone: (405) 275-2850              Carnegie Class: Baccalaureate-General
FAX Number: (405) 878-2069             Calendar System: Semester
URL: www.okbu.edu
Established: 1910        Annual Undergrad Tuition & Fees: $14,276
Enrollment: 1,684                                                    Coed
Affiliation or Control: Southern Baptist            IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: NH, ACBSP, MUS, NUR, TED

| | |
|---|---|
| 01 President | Dr. Mark A. BRISTER |
| 16 Senior Vice Pres Business Affairs | Mr. Randy L. SMITH |
| 05 Senior Vice Pres Academic Affairs | Dr. James P. COLMAN |
| 50 Senior Vice Pres for Development | Mr. John A. PATTERSON |
| 11 Director of Executive Offices | Mrs. Tonia KELLOGG |
| 12 Campus Minister | Mr. Dale M. GRIFFIN |
| 29 Assoc VP Alum Affrs/Exr Dir Alum Assn | Mr. Martin O'GWYNN |
| 44 Assoc Vice Pres Development | Mr. Bill W. HOLLEY, JR. |
| 18 Director of Physical Plant | Mr. Anthony Duane DOUGLAS |
| 08 Dean Library Services | Vacant |
| 28 Dean of Enrollment Management | Mr. Trent ARGO |
| 07 Associate Director of Admissions | Ms. Margie LAWSON |
| 02 Associate Director of Admissions | Ms. Carrie MYLES |
| 37 Director Student Financial Services | Mr. Bob G. WOMACK |
| 35 Dir Stdt Svcs/Career Plng/Placement | Mr. Canaan R. CRANE |
| 12 Director Geiger Center | Ms. Cynthia K. GATES |
| 20 Director Academic Records | Mrs. Peggy J. ASKINS |
| 20 Dir Academic Svcs/Asst Registrar | Mrs. Teri F. WALKER |
| 21 Controller | Mrs. Lauri A. FLUKE |
| 16 Director of Human Resources | Ms. Cynthia G. CRAIG |
| 21 Director of Business Services | Mr. Larry A. WALKER |
| 19 Director Security/Safety | Mr. Larry THOMAS |
| 41 Athletic Director | Dr. Norris RUSSELL |
| 57 Dean of Fine Arts | Dr. Paul HAMMOND |
| 49 Dean of Arts & Sciences | Dr. Deborah BLUE |

| | |
|---|---|
| 73 Dean School Christian Service | Dr. D. Michael MARTIN |
| 50 Dean School of Business | Dr. Richard RUDEBOCK |
| 66 Dean School of Nursing | Dr. Lana ROLHOUSE |
| 13 Director Info Systems/Services | Mr. Gary NICKERSON |
| 26 Director of Public Relations | Vacant |
| 36 Director of Student Placement | Mr. Canaan R. CRANE |
| 35 Director of Purchasing | Mr. Larry WALKER |
| 38 Counselor | Mr. Bret L. ELLARD |

## Oklahoma Christian University (C)
PO Box 11000, Oklahoma City OK 73136-1100
County: Oklahoma
FICE Identification: 003165
Unit ID: 207324
Telephone: (405) 425-5000              Carnegie Class: Baccalaureate-General
FAX Number: (405) 425-5316             Calendar System: Semester
URL: www.oc.edu
Established: 1950        Annual Undergrad Tuition & Fees: $14,023
Enrollment: 1,947                                                    Coed
Affiliation or Control: Independent Non-Profit       IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: NH, ACBSP, ENG, MUS, TED

| | |
|---|---|
| 01 President | Dr. Mike E. O'NEAL |
| 03 Exec Vice Pres/Chief Oper Officer | Mr. Alfred BRANCH |
| 30 Vice Pres for Advancement | Dr. John DESTEIGUER |
| 05 Vice Pres for Academic Affairs | Dr. Jeanine VARNER |
| 50 Dean Coll of Professional Studies | Dr. Phil LEWIS |
| 73 Dean College of Biblical Studies | Dr. Lynn McMILLON |
| 49 Dean College of Arts & Sciences | Dr. David LOWRY |
| 12 President Cascade College | Dr. Dennis LYNN |
| 12 Provost/COO Cascade College | Dr. William P. GOAD |
| 13 VP Human Resources/University Svcs | Mr. James W. JONES |
| 10 Vice Pres of Finance | Mr. Jeff BINGHAM |
| 08 Dean of Library | Mr. Neil ARTER |
| 31 Vice Pres for Civic Affairs | Mr. John WILGLESS |
| 42 Assoc Dean for Spiritual Life | Mr. Chance VANOVER |
| 29 Director of Alumni Relations | Mr. Stephen ECK |
| 06 Registrar | Dr. Mickey D. BANISTER |
| 19 Library Director | Mrs. Tamie L. WILLIS |
| 18 Director Physical Plant | Mr. Jim A. STEPHENS |
| 35 Assoc Director Marketing Services | Mr. Wes McKINZIE |
| 41 Director of Athletic Operations | Mr. Chuck WHITE |
| 07 Director Computer & Network Svcs | Mr. John HERMES |
| 09 Director of Admissions/Marketing | Mrs. Risa FORRESTER |
| 37 Director Student Financial Aid | Mr. Clint LARUE |
| 88 Director of International Programs | Mr. John OSBORNE |
| 12 Director of Freshman Programs | Mrs. Amy GARDEN |
| 23 Director Health Center | Mrs. Pam FERGUSON |
| 38 Director of Counseling Services | Dr. Randy COCHRAN |
| 19 Director of Security | Mr. Fred McGINN |
| 85 International Student Adviser | Mrs. Tamara J. MEWELL |
| 40 Director of Bookstore | Mr. O. Lee WILLIAMS |
| 09 Director of Institutional Research | Dr. Lawrence MURRAY |
| 41 Athletic Director | Mr. DeWayne HALL |

## Oklahoma City Community College (D)
7777 South May Avenue, Oklahoma City OK 73159-4444
County: Oklahoma
FICE Identification: 010391
Unit ID: 207449
Telephone: (405) 682-1611              Carnegie Class: Associate's
FAX Number: (405) 682-7585             Calendar System: Other
URL: www.okccc.edu
Established: 1969        Annual Undergrad Tuition & Fees (In-District): $2,070
Enrollment: 12,527                                                   Coed
Affiliation or Control: State/Local                  IRS Status: 501(c)3
Highest Offering: Associate's
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ACBSP, ADNUR, EMT, OTA, PTAA, RSTH

| | |
|---|---|
| 01 President | Dr. Robert P. TODD |
| 43 Legal Counsel | Dr. Nancy GERRITY |
| 05 Provost/Vice Pres Academic Affairs | Dr. Paul SECHRIST |
| 31 VP Economic/Community Devel | Dr. Ann ACKERMAN |
| 32 Vice Pres Student Services | Dr. Marion PADEN |
| 26 VP Human Resources/Support Services | Mr. Gary A. LOMBARD |
| 10 Vice Pres Business & Finance | Mr. Harold CASE |
| 20 Assoc VP Academic Affairs | Dr. Brenda HARRISON |
| 31 Dean of Cultural Pgms Cmty Develop | Vacant |
| 37 Dean Financial Aid & Recruitment | Mr. Harold CASE |
| 28 Dean of Student Development | Mr. John HOCKETT |
| 20 Dean of Admissions/Registrar | Ms. Gloria Cardenas BARTON |
| 30 Exec Director Inst Advancement | Ms. Patricia BERRYHILL |
| 31 Director of Strategic Planning | Mr. Stu HARVEY |
| 14 Chief Technology Officer | Mr. Jeromy PITTMAN |
| 31 Director Recreation/Community Svcs | Ms. Traci WHEELER |
| 06 Registrar/Dean of Admissions | Ms. Gloria CARDENAS-BARTON |
| 30 Director of Development | Ms. Martha STONE |
| 35 Director of Student Life | Ms. Liz LARGENT |
| 18 Director of Physical Plant | Mr. J.B. MESSER |
| 50 Director of Marketing & Public Relations | Ms. Brenda REINKE |
| 84 Exec Director Enrollment Mgmt | Vacant |
| 38 Director Student Relations | Ms. Mary CANDLER |
| 25 Coordinator of Grants & Contracts | Ms. Alexis BLACK |

## Oklahoma City University (E)
2501 North Blackwelder, Oklahoma City OK 73106-1493
County: Oklahoma
FICE Identification: 003166
Telephone: (405) 208-5000              Carnegie Class: Master's I
FAX Number: (405) 208-5264             Calendar System: Semester
URL: www.okcu.edu
Established: 1904        Annual Undergrad Tuition & Fees: $16,700
Enrollment: 3,712                                                    Coed
Affiliation or Control: United Methodist             IRS Status: 501(c)3
Highest Offering: First Professional Degree
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: NH, ACBSP, LAW, MACTE, MUS, NUR

| | |
|---|---|
| 01 President | Mr. Tom J. McDANIEL |
| 05 Provost/Vice Pres Academic Affairs | Dr. Renee PATTERSON |
| 11 Vice President Administration | Ms. Mary E. COFFEY |
| 30 Vice Pres Inst Advancement | Mr. Art COTTON |
| 26 Vice Pres University/Church Relations | Mr. Maggie BALL |
| 10 Chief Financial Officer | Mr. Brian MELLING |
| 32 Vice Pres for Student Affairs | Dr. Richard HALL |
| 20 Asst Vice Pres for Academic Affairs | Dr. Susan BARBER |
| 06 Registrar | Mr. Charles MONNOT |
| 28 Dean of Enrollment Management | Dr. Dennis DUNHAM |
| 35 Dean of Students | Dr. Elizabeth DONNELLY |
| 09 Director of Institutional Research | Mr. Michael JACKSON |
| 08 Director Dulaney Browne Library | Dr. Victoria SWINNEY |
| 37 Director of Financial Aid | Mrs. Jeannie TACKETT |
| 22 Director of University Relations | Mrs. Vicki PATTERSON |
| 50 Director Planned Giving | Ms. Liz HEDRICK |
| 72 Director of Honors Program | Dr. Virginia McCOMBS |
| 49 Dean School of Arts & Sciences | Dr. David EVANS |
| 50 Dean School of Business | Dr. Vince ORZA |
| 64 Dean School of Law | Mr. Lawrence K. HELLMAN |
| 64 Dean School of Music | Mr. Mark PARKER |
| 66 Dean School of Nursing | Dr. Marvel WILLIAMSON |
| 73 Dean School of Religion | Dr. Mark DAVIES |
| 64 Dean School of Amer Dance/Arts Mgt | Mr. John BEDFORD |
| 07 Director of Admissions | Vacant |

## Oklahoma Panhandle State University (F)
Box 430, Goodwell OK 73939-0430
County: Texas
FICE Identification: 003174
Unit ID: 207361
Telephone: (580) 349-2611              Carnegie Class: Baccalaureate-General
FAX Number: (580) 349-2302             Calendar System: Semester
URL: www.opsu.edu
Established: 1909        Annual Undergrad Tuition & Fees (In-State): $2,274
Enrollment: 1,209                                                    Coed
Affiliation or Control: State                        IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: NH, NUR, TED

| | |
|---|---|
| 01 President | Dr. David A. BRYANT |
| 05 Vice Pres Academic Affairs | Dr. Wayne MANNING |
| 10 Vice Pres Business & Fiscal Affairs | Dr. Peter CAMFIELD |
| 47 Dean Agriculture | Ms. Diane MURPHEY |
| 50 Dean Business | Dr. Wayne STEWART |
| 57 Dean Education | Dr. Julie COLLINS |
| 66 Dean Nursing/Mathematics/Science | Mr. Bobby JENKINS |
| 06 Registrar | Mrs. Mary E. RILEY |
| 37 Director Student Financial Aid | Ms. Kristan NEUFELD |
| 09 Director Institutional Research | Mr. Howard HENDERSON |
| 19 Director Administrative Computing | Ms. Cheryl ASHPAUGH |
| 15 Director Personnel Services | Ms. Evlyn SCHMIDT |
| 08 Librarian | Vacant |
| 35 Dean of Student Affairs | |
| 21 Comptroller | Mr. Benny DAIN |
| 38 Director Counseling Service | Ms. Christi HALE |
| 14 Campus Communications | Ms. Laura DAVIS |
| 41 Athletic Director | Mr. Jerry OLSON |
| 40 Bookstore Manager | Ms. Mandy BATENMORST |
| 18 Chief Facilities/Physical Plant | Mr. Bob SCOTT |

## Oklahoma State University Main Campus (G)
407 Whitehurst, Stillwater OK 74078-1011
County: Payne
FICE Identification: 003170
Unit ID: 207388
Telephone: (405) 744-5000              Carnegie Class: Doctoral/Research Ext
FAX Number: (405) 744-5285             Calendar System: Semester
URL: www.okstate.edu
Established: 1890        Annual Undergrad Tuition & Fees (In-State): $4,134
Enrollment: 23,626                                                   Coed
Affiliation or Control: State                        IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: NH, AAFCS, AT, BUS, BUSA, CACREP, CLPSY, COPSY, DIETD, DIETI, ENG, ENGT, FIDER, FOR, JOUR, LSAR, MFCD, MUS, NRPA, SCPSY, SP, TED, THEA, VET

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

76 Chair Allied Health Department ............ Ms. Yovanna CARABALLO
07 Director of Admissions ....................... Mr. Ernest LLOYD
88 Director of Administration ............... Mrs. Margie BENNECKE
88 Director of Administration ..................... Mr. Larry BRUECK
53 Chair General Education Department ........... Mr. David COOPER
77 Chair ITI Department .......................... Mr. Miles JACKSON
88 Director of Administration ................. Ms. Laura CUNDIFF
60 Registrar .................................... Ms. Sharon FORBES
50 Chair Commerce Department ................... Mr. Willie MORRIS
36 Career Placement Coordinator ................ Mr. Amy BUOSCIO
61 Chair Legal Studies Department ........ Mr. James HIGGINBOTHAM

## Northwestern University  (A)

633 Clark Street, Evanston IL 60208-3854
County: Cook                FICE Identification: 001739
                                     Unit ID: 147767
Telephone: (847) 491-3741       Carnegie Class: Doctoral/Research Ext
FAX Number: (847) 491-7364            Calendar System: Quarter
URL: www.northwestern.edu
Established: 1851          Annual Undergrad Tuition & Fees: $31,789
Enrollment: 16,663                                         Coed
Affiliation or Control: Independent Non-Profit        IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, AUD, BUS, CHFM, CLPSY, COPSY, ENG, HSA, IPSY, JOUR,
LAW, MED, MFCD, MUS, OPE, PTA, SP, THEA

01 President ................................... Dr. Henry S. BIENEN
03 Provost ................................ Dr. Lawrence B. DUMAS
10 Sr Vice Pres Business/Finance ......... Mr. Eugene S. SUNSHINE
32 Vice Pres Student Affairs ................ Dr. William J. BANIS
30 Vice Pres University Relations ......... Mr. Alan K. CUBBAGE
45 Vice Pres Administration & Planning ..... Ms. Marilyn MCCOY
41 Vice Pres Information Technology ...... Dr. Morteza A. RAHIMI
30 Vice Pres Development ............... Ms. Sarah R. PEARSON
40 Vice President Research ................. Mr. Bradley MOORE
88 Vice Pres/Chief Investment Officer ..... Mr. William H. MCLEAN
43 Vice Pres/General Counsel ............. Mr. Thomas G. CLINE
84 Associate Provost Univ Enrollment ..... Mr. Michael E. MILLS
53 Associate Provost Undergrad Educ ..... Mr. Stephen D. FISHER
20 Associate Provost Faculty Affairs ...... Dr. John D. MARGOLIS
21 Assoc Prov Budget/Facil/Analysis ......... Ms. Jean E. SHEDD
86 Spec Asst to Pres for Govt Rels ............. Mr. Bruce LAYTON
04 Assistant to the President ............ Mr. Eugene Y. LOWE, JR.
31 Athletic Director ............................ Mr. Mark MURPHY
72 Dean Sch Engr/Applied Science .......... Dr. Julio M. OTTINO
50 Dean Graduate School of Management .... Dr. Dipak C. JAIN
60 Dean School of Journalism ............. Dr. Loren GHIGLIONE
61 Dean School of Music .............. Dr. Toni-Marie MONTGOMERY
63 Dean Medical Sch/VP Medical Affs ...... Dr. Lewis LANDSBERG
51 Dean/Assoc Prov Continuing Educ ...... Dr. Thomas F. GIBBONS
58 Dean Graduate School ............... Dr. Andrew B. WACHTEL
60 Dean School of Communication ...... Dr. Barbara J. O'KEEFE
53 Dean School of Education ......... Dr. Penelope L. PETERSON
43 Dean College Arts & Science ............. Dr. Daniel I. LINZER
61 Dean School of Law .................. Dr. David E. VAN ZANDT
18 University Librarian ..................... Mr. David F. BISHOP
36 Director of Univ Career Services .......... Dr. Lonnie J. DUNLAP
35 Associate Vice Pres Student Affairs ...... Ms. Mary K. DESLER
29 Asc VP Alum Rel/Ex Dir NW
   Alum Assn .................... Ms. Catherine L. STEMBRIDGE
88 Assoc Vice President for Research ......... Mr. Gary BORISY
88 Asc Vice Pres Strategic Initiatives ...... Mr. Samuel A. MIASA
21 Assoc Vice Pres Budget Planning ........ Mr. James E. ELSASS
18 Assoc Vice Pres Facilities Mgmt .......... Mr. Ronald NAYLER
16 Assoc Vice Pres for Human Resources ..... Mr. Guy E. MILLER
27 Assoc Vice Pres Finance/Controller ...... Ms. Ingrid S. STAFFORD
07 Dean of Undergraduate
   Admissions .................... Ms. Carol A. LUNKENHEIMER
88 Ex Dir Technology Transfer Pgm .......... Ms. Indrani MUKARJI
63 Director of Student Health Services ....... Dr. Donald A. MISCH
35 Director of Residential Life ............ Ms. Mary GOLDENBERG
38 Director of Counseling/
   Psych Svcs ............. Dr. Kathy R. HOLLINGSWORTH
42 University Arch ........................ Dr. Timothy S. STEVENS
39 Dir Housing/Food Svcs Admin .............. Mr. Garth MILLER
73 Director Analytical Studies ............. Mr. William G. HAYWARD
71 Planning/Special Projects Director ..... Ms. Lisa E. SWANSON
88 Dir Program Review/Spec Project ....... Ms. Mai Lin P. NOFFKE
88 Directory University Services ............ Mr. Brian S. PETERS
06 Registrar .......................... Dr. Suzanne M. ANDERSON
07 Director Financial Aid ................ Ms. Carolyn V. LINDLEY
19 Chief of University Police ................. Mr. Bruce LEWIS
17 Director Auditing ................... Ms. Betty L. MCPHILLMY
15 Dir HR Consulting Services/Staffing ...... Ms. Vera POTAPENKO
72 Dir Equal Empty Opprty/Affirm Act ..... Mr. Michael POWELL
14 Director University Purchasing .......... Mr. Jim KONRAD

## Oakton Community College  (B)

1600 East Golf Road, Des Plaines IL 60016-1256
County: Cook                FICE Identification: 009896
                                     Unit ID: 147800
Telephone: (847) 635-1600       Carnegie Class: Associate's
FAX Number: (847) 635-1992           Calendar System: Semester
URL: www.oakton.edu
Established: 1969      Annual Undergrad Tuition & Fees (In-District): $2,148
Enrollment: 9,964                                          Coed
Affiliation or Control: Local                          IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ADNUR, MLTAD, PTAA

01 President ................................ Dr. Zelema HARRIS
04 Asst to President/Board of Trustees ..... Ms. Mary R. WILLAMSON
05 Vice Pres Academic Services ........... Dr. Thomas R. RAMAGE
32 Vice Pres Student Services ............. Ms. Carol H. STEINMAN
11 Vice Pres Administrative Services ........ Mr. Jon A. SURMA
35 Director of Student Services ............. Dr. Linda H. MOORE
88 Assoc VP Teaching & Learning ..... Ms. Fay ROUSEFF-BAKER
75 Dean of Career Programs ............... Mr. Richard K. LAKE
50 Dean of Academic Services ................. Mr. Ted TREAT
58 Dept Chair Bus & Agri Industries ....... Mr. Bruce HENDRICKSON
71 Dept Chair Comp Sci & IT .............. Ms. Maria MORASSERI
54 Dept Chair Engr Sci/Tech ............... Mr. Evert M. LEVITT

01 President ................................... Dr. Margaret B. LEE
05 Act Vice Pres Academic Affairs ....... Dr. Nancy PRENDERGAST
32 Vice Pres Student Affairs ................. Dr. Joanne SMITH
10 Vice Pres Business & Finance ......... Mr. George L. CHIREMPES
51 VP Cont Educ & Trng/Workforce Dev ....... Ms. Barbara RIZZO
13 Vice Pres Information Technology ......... Ms. Bonnie LUCAS
76 Dean Science/Health Careers ............. Mr. Dennis GRAHAM
81 Acting Dean Math & Technology ...... Dr. Robert SOMPOLSKI
50 Dean Language/Humilties & the Arts ..... Ms. Linda KORBEL
83 Dean Social Science/Business ............. Mr. Bradly WOOTEN
88 Dir Continuing College Advancement .... Dr. Carlee DRUMMER
09 Director Research ...................... Dr. Trudy H. BERS
08 Director Library & Media Svcs ......... Mr. Gary NEWHOUSE
32 Dean of Students ...................... Dr. Gregory JAMES
84 Director of Admins/Enrollment Mgmt ...... Ms. Michele BROWN
06 Director Registration & Records ......... Mr. Bruce OATES
35 Director Student Activities ............ Ms. Ann Marie BARRY
41 Director Athletics ......................... Mr. David COLE
13 Director Systems & Network Svcs ......... Mr. John WADE
50 Dir Inst Business & Prof Devel ..................... Vacant
21 Director Accounting Services ........... Mr. Maurice ARCHER
21 Director Business Services .......... Ms. Doreen SCHWARTZ
16 Director Human Resources ........ Mr. D. Arnie OUDENHOVEN
18 Director Facilities .................... Mr. Carl COSTANZA
14 Dir of Educ Computing/End User Svcs ..... Mr. Paul GRASSMAN
51 Sr Dir Lifelong Learning Pgms/Opers .......... Ms. Brenda KELLY
37 Dir Student Financial Assistance ........ Ms. Cheryl WARMANN
25 Dir of Grants & Alternative Funding ...... Ms. Roxann MARSHBURN
88 Dir of Learning Center .................. Dr. Donna YOUNGER
48 Dir of Adult/Professional Education ....... Ms. Lynn SEINFELD
51 Asst Dir Lifelong Lrng Pgms/Ops ........... Ms. Robyn BAILEY

## Olivet Nazarene University  (C)

One University Avenue, Bourbonnais IL 60914-2345
County: Kankakee            FICE Identification: 001741
                                     Unit ID: 147828
Telephone: (815) 939-5011       Carnegie Class: Master's I
FAX Number: (815) 935-4998           Calendar System: Semester
URL: www.olivet.edu
Established: 1907          Annual Undergrad Tuition & Fees: $16,490
Enrollment: 4,364                                          Coed
Affiliation or Control: Church Of The Nazarene        IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, AT, ENG, MUS, NURSE, SW, TED

01 President ............................. Dr. John C. BOWLING
05 Vice Pres Academic Affairs ............. Dr. Gary W. STREIT
10 Vice Pres for Finance ................. Dr. Douglas E. PERRY
32 Vice Pres Student Development ........ Rev. Walter W. WEBB
30 Vice Pres Institutional Advancement ..... Dr. Brian ALLEN
88 Dean Sch of Grad/Continuing Studies ..... Dr. Carol MAXSON
49 Dean College of Arts & Sciences ...... Dr. Gregg CHENOWETH
73 Dir Sch Theology/Christian Ministry ..... Dr. Carl LETH
53 Dean School of Education .................. Dr. Karen LEA
50 Dean of Academic Support ............ Mr. Brock SCHROEDER
20 Director of Alumni Relations ........... Mrs. Susan WOLFF
07 Director of Admissions ................. Mr. Brian PARKER
86 International Student Advisor ..... Mrs. Karen ALVAREZ-HUNT
06 Registrar .......................... Dr. Jim D. KNIGHT
08 Director of the Library ................. Mrs. Kathy R. BOVENS
37 Director of Financial Aid ................ Mr. Greg BRUNER
36 Career Specialist ..................... Mrs. Amy ADAMS
37 Dir of Public Information ...................... Vacant
30 Director of Computer Center ....... Mr. Dennis SEYMOUR
04 Bookstore Manager ..................... Mr. Michael MOE
41 Athletic Director .............. Mr. Jeffrey SCHIMMELPFENNIG
73 Chaplain ............................ Mr. Michael BENSON
30 Director of Development ................ Mr. Dan J. FERRIS
35 Director Student Activities ............ Ms. Kathy JEWELL
15 Director of Human Resources ........... Mr. David PICKERING
18 Chief Facilities/Physical Plant ........... Mr. Matt WHITIS
88 Dean Sch Professional Studies .............. Dr. Fran REED

## Parkland College  (D)

2400 West Bradley Avenue, Champaign IL 61821-1899
County: Champaign           FICE Identification: 007118
                                     Unit ID: 147846
Telephone: (217) 351-2200       Carnegie Class: Associate's
FAX Number: (217) 351-2581           Calendar System: Semester
URL: www.parkland.edu
Established: 1966      Annual Undergrad Tuition & Fees (In-District): $2,160
Enrollment: 9,536                                          Coed
Affiliation or Control: State/Local                    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ADNUR, DH, OTA, PNUR, RAD, RSTH, SURGT

39 Dept Chair Engl & Crit Studies ..........Ms. Dorothy A. VOYLES
57 Dept Chair Fine & Applied Arts ......... Dr. Barbara WILSON
76 Dept Chair Health Professions ........... Ms. Sandy SAUER
81 Dept Chair Mathematics ................... Mr. Phil BLAZIER
83 Dept Chair Natural Sciences ........... Ms. Kristine YOUNG
83 Dept Chair Social Sci & Human Svcs ....... Ms. Amy MYERS
88 Director Cooperative Learning Ctr ......... Ms. Paula BOYD
08 Director Library ................ Ms. Anna Maria S. WATKIN
26 Director Community Relations ............ Ms. Jody LITTLETON
44 Exec Director Parkland Foundation ........ Mr. Al MEYER
88 Dean Adult & Workforce Educ ........ Ms. Ruth Ann EVANS
31 Director Community Education ............ Ms. Jan SIMON
30 Dir Institutional Rsch/Eval/Plng .....Dr. Sharon R. KRISTOVICH
30 Dir College Development ............. Mr. Douglas BENSON
08 Dir Admissions/Enrollment Mgmt ....... Mr. Michael D. HENRY
35 Director Student Life ................ Dr. Thomas M. CAULFIELD
41 Director Athletics .................... Mr. Rod M. LOVETT
36 Dir Career Center .................... Ms. Sandra L. SPENCER
58 Dir Counseling & Advising Center ...... Ms. Marilyn RYAN
37 Director Financial Aid ................ Mr. John K. LYONS
30 Director Public Safety .................. Mr. Von YOUNG
18 Director Physical Plant ............. Mr. James BUSTARD
12 Controller ......................... Mr. Chris RANDLES
15 Director of Human Resources ............ Mr. Minor JACKSON

## Prairie State College  (E)

202 South Halsted Street, Chicago Heights IL 60411-8226
County: Cook                FICE Identification: 001640
                                     Unit ID: 148007
Telephone: (708) 709-3500       Carnegie Class: Associate's
FAX Number: (708) 755-2587           Calendar System: Semester
URL: www.prairiestate.edu
Established: 1957      Annual Undergrad Tuition & Fees (In-District): $2,280
Enrollment: 5,342                                          Coed
Affiliation or Control: State/Local                    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ADNUR, DH, SURGT

01 President .............................. Dr. Paul J. MCCARTHY
10 Vice Pres Business/Information Svcs ...... Mr. Robert M. TENUTA
05 Vice Pres Academic Affs/Dean Facul ...... Dr. Linda F. UZUREAU
32 VP Student Affairs/Dean of Students ...... Ms. Mary B. REAVES
31 Vice Pres Community/Econ Devel ....... Dr. Christopher LONG
43 Vice Pres General Counsel .............. Dr. Susan R. SOLBERG
38 Dean Acad Services/Couns ............ Ms. Cathy A. ROBINSON
08 Dean Library/Dist Education ......... Ms. Pamela K. GAITSKILL
13 Exc Dir Mgmt Info Systems/Svcs ....... Ms. Celeste E. BRANDING
11 Controller/Dir of Business Svcs ............ Ms. Anne SWEET
53 Dir Human Resources/Empl Rels ........ Ms. Debbie ALLEN
33 Director Minority Student Affairs ................. Vacant
18 Director Physical Plant/Facilities ...... Mr. Ronald P. LEET
26 Director Communications .............. Ms. Betsy R. ELLIOTT
75 Dean Adult Education .............. Ms. Pamela M. CADDICK
51 Dean Health Prof/Dir Nursing .......... Ms. Gwen M. DEAN
88 Sr Exec Dir Corporate Educ & Trng ..... Mr. Charles L. JENNRICH
19 Director Campus & Public Safety ....... Mr. Arthur JACKSON
50 Dean Business and Technology ............. Mr. Utren K. MATBA
37 Director of Financial Aid & Vet Aff ....... Ms. Alice GARCIA
09 Dir Institutional/Outcomes
   Assess ...................... Ms. Lee A. HELBERT-GORDON
20 Dir Admiss/Enroll/Career Devel Svcs ..... Ms. Marietta TURNER
41 Director Physical Ed/Athletics ....... Mr. Robert E. FAIRBANK
22 Affirmative Action Officer ............ Ms. Mary B. REAVES
51 Coord Curriculum/Faculty Develop ..... Ms. Christy C. DONOVAN
51 Dean Cont/Professional Education ...... Ms. Terri L. DOUSIAS
30 Executive Director Foundation .......... Ms. Cathy K. KLOSS

## Principia College  (F)

Elsah IL 62028-9799
County: Jersey              FICE Identification: 001744
                                     Unit ID: 148016
Telephone: (618) 374-2131       Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (618) 374-5500           Calendar System: Quarter
URL: www.prin.edu
Established: 1898          Annual Undergrad Tuition & Fees: $20,415
Enrollment: 541                                            Coed
Affiliation or Control: Independent Non-Profit        IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: NH

01 President ............................. Dr. George D. MOFFETT
03 Academic Dean .................... Dr. G. Curtis MARTIN
10 Chief Financial Officer/Treasurer ..... Mr. Howard E. BERNER, JR.
20 Director of Alumni Affairs ......... Mrs. Jan BILSBORROW
27 Director of Publications .................. Mr. Peter SHAYS
06 Registrar ......................... Mrs. Patricia LANGTON
07 Dean of Admissions ................. Mrs. Mary G. GURK
88 Director of Libraries ................. Mrs. Carol STOOKEY
72 CIS Director ......................... Mr. Richard BOOTH
30 Director of Special Programs ........... Mr. Gary FLEENER
30 Chief Development Officer ............ Mr. Steven ABBOTT
40 Science Center Director ................. Mr. Jim SUAREZ
43 Director of Personnel Services ......... Mr. Philip RILEY
18 Chief Facilities/Physical Plant ....... Mr. Steve FULKERSON
20 Academic Officer .................... Dr. Elaine FOLLIS
26 Chief Public Relations Officer ....... Mrs. Linda CORNELL
25 Director of Alumni Relations ............ Mr. Jeff WILLIAMS
32 Chief Student Life Officer ............. Mrs. Carolyn BOOTH

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

## Prescott College (A)

220 Grove Avenue, Prescott AZ 86301-2912
County: Yavapai

FICE Identification: 020653
Unit ID: 105589

Telephone: (928) 778-2090    Carnegie Class: Master's II
FAX Number: (928) 776-5137    Calendar System: Other
URL: www.prescott.edu
Established: 1966    Annual Undergrad Tuition & Fees: $17,280
Enrollment: 1,002    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: NH

| | | |
|--|--|--|
| 01 | President | Dr. Daniel E. GARVEY |
| 35 | Chief Operating Officer/CFO | Mr. Steven M. COREY |
| 50 | Dean Adult Degree & Graduate Pgm | Vacant |
| 36 | Dean Resident Degree Program | Ms. Gret C. ANTILLA |
| 37 | Chief Student Services Officer | Dr. Mandy BRATTON |
| 20 | Chief Advancement Officer | Vacant |
| 50 | Assoc Dean Resident Degree Pgm | Dr. Mandy BRATTON |
| 02 | Controller | Ms. Catherine BOLAND |
| 08 | Registrar | Ms. Mary TREVOR |
| 07 | Dir of Admissions/Financial Aid | Ms. Eileen CHALFOUN |
| 21 | Director of Library | Ms. Connie ETZKIN |
| 15 | Director of Human Resources | Vacant |
| 03 | Dir Institutional Rsrch/Tech | Mr. Donald LAFFERTY |
| 18 | Facilities Director | Vacant |
| 29 | Dir Alumni Rel/Annual Giving | Ms. Abbey CARPENTER |
| 20 | ADGP Admissions Director | Mr. Timothy ROBISON |
| 07 | ADP Admissions Director | Ms. Ann HAVER-ALLEN |
| 36 | Director of Public Relations | Mr. Ralph PHILLIPS |
| 30 | Director of Development | Vacant |
| 37 | Financial Aid Director | |

## Rainstar University (B)

8370 East Via De Ventura Blvd #K100,
Scottsdale AZ 85258
County: Maricopa

FICE Identification: 036413
Unit ID: 42026

Telephone: (480) 423-0375    Carnegie Class: Other
FAX Number: (480) 990-8854    Calendar System: Trimester
URL: www.rainstaruniversity.com
Established: 1994    Annual Undergrad Tuition & Fees: $10,878
Enrollment: 88    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Master's
Program: Theology
Accreditation: @ACUP

| | | |
|--|--|--|
| 01 | CEO | Ms. Jody RUSSELL |
| 11 | Director Administrative Services | Ms. Amy L. MILLETARY |

## The Refrigeration School (C)

4210 East Washington Street, Phoenix AZ 85034-1816
County: Maricopa

FICE Identification: 011689
Unit ID: 105659

Telephone: (602) 275-7133    Carnegie Class: Associate's
FAX Number: (602) 267-4805    Calendar System: Other
URL: www.refrigerationschool.com
Established: 1965    Annual Undergrad Tuition & Fees: $16,500
Enrollment: 420    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

| | | |
|--|--|--|
| 01 | President & Chief Fiscal Officer | Ms. Elizabeth LONEY-CLINE |
| 37 | Financial Aid Director | Ms. Anne-Marie O'ROURKE |
| 07 | Admissions Director | Ms. Mary A. SIMMONS |

## Remington College-Tempe Campus (D)

875 West Elliot Road, Suite 126, Tempe AZ 85284
County: Maricopa

Identification: 666404
Unit ID: 262305

Telephone: (480) 834-1000    Carnegie Class: Associate's
FAX Number: (480) 491-2970    Calendar System: Quarter
URL: www.educationamerica.com
Established: 1999    Annual Undergrad Tuition & Fees: $26,800
Enrollment: 378    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: 2-Year Principally Bachelor's Creditable
Accreditation: ACICS

| | | |
|--|--|--|
| 01 | President | Mr. Jeffrey GEARHART |

† Branch campus of Remington College, Denver, CO, campus.

## Scottsdale Culinary Institute (E)

8100 East Camelback Road, Ste 1001,
Scottsdale AZ 85251-3940
County: Maricopa

FICE Identification: 026167
Unit ID: 262332

Telephone: (480) 990-3773    Carnegie Class: Other
FAX Number: (480) 990-0351    Calendar System: Other
URL: www.scichefs.com

---

Established: 1986    Annual Undergrad Tuition & Fees: $34,500
Enrollment: 730    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational
Accreditation: ACCSCT, ACFEI

| | | |
|--|--|--|
| 01 | President | Mr. John ALBERTS |
| 11 | Vice Pres/Director of Administration | Mr. Bruce TRAYLOR |
| 37 | Vice Pres/Director of Financial Aid | Mr. Ed CARR |
| 36 | Director Career Services | Ms. Jeanne HALE |
| 03 | Registrar | |

## Southwest College of Naturopathic Medicine & Health Sciences (F)

2140 East Broadway Road, Tempe AZ 85282-1751
County: Maricopa

FICE Identification: 031070
Unit ID: K20246

Telephone: (480) 858-9100    Carnegie Class: Specialized-Other Health
FAX Number: (480) 858-9116    Calendar System: Quarter
URL: www.scnm.edu
Established: 1992    Annual Graduate Tuition & Fees: $20,984
Enrollment: 320    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: First Professional Degree; No Undergraduates
Program: Professional
Accreditation: NH, NATUR

| | | |
|--|--|--|
| 01 | President | Dr. Paul MITTMAN |

## Southwest Institute of Healing Arts (G)

1100 East Apache Boulevard, Tempe AZ 85281
County: Maricopa

FICE Identification: 035933
Unit ID: 404780

Telephone: (480) 994-9244    Carnegie Class: Other
FAX Number: (480) 994-3228    Calendar System: Other
URL: www.swiha.org
Established: 1992    Annual Undergrad Tuition & Fees: $7,725
Enrollment: 19    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: CNCE

| | | |
|--|--|--|
| 01 | President | Mrs. K. C. MILLER |
| 05 | Director of Education | Ms. Carolyn FRASER |
| 35 | Director of Student Services | Ms. Tiffany JOHNSON |
| 07 | Director of Admissions | Mrs. Jaime HEYART |
| 37 | Director Student Financial Aid | Mrs. Sue BAYER |

## Southwestern College (H)

2625 East Cactus Road, Phoenix AZ 85032-7042
County: Maricopa

FICE Identification: 007113
Unit ID: 105689

Telephone: (602) 992-6101    Carnegie Class: Specialized-Theological
FAX Number: (602) 404-2159    Calendar System: Semester
URL: www.swcaz.edu
Established: 1960    Annual Undergrad Tuition & Fees: $11,475
Enrollment: 267    Coed
Affiliation or Control: Baptist    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: NH, BI

| | | |
|--|--|--|
| 01 | President | Dr. Brent D. GARRISON |
| 03 | Executive Vice President | Dr. David M. BARNES |
| 05 | Academic Dean/Registrar | Dr. Shelly J. RODEN |
| 32 | Dean of Students | Mr. Steve MORLEY |
| 08 | Head Librarian | Miss Alice J. EICKMEYER |
| 37 | Dir Admission/Stdnt Financial Aid | Mr. Pete L. LEONARD |

## Thunderbird, The Garvin School of International Management (I)

15249 North 59th Avenue, Glendale AZ 85306-3236
County: Maricopa

FICE Identification: 001070
Unit ID: 103778

Telephone: (602) 978-7011    Carnegie Class: Specialized-Business/Mgmt
FAX Number: (602) 978-8238    Calendar System: Trimester
URL: www.t-bird.edu
Established: 1946    Annual Graduate Tuition & Fees: $49,605
Enrollment: 1,245    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's; No Undergraduates
Program: Professional
Accreditation: NH, BUS

| | | |
|--|--|--|
| 01 | President | Dr. Angel CABRERA |
| 03 | Sr VP Executive Education | Mr. Jerome COUTTIER |
| 09 | Chief Financial Officer | Mr. Timothy PROPP |
| 20 | Sr Vice Pres Academic Programs | Dr. Robert WIDING |
| 35 | VP Student Services/Pgm Support | Mr. Kerry KECK |
| 26 | VP/Chief Marketing Officer | Mr. Ken LAMBERT |
| 38 | VP Exec Dir T-Bird Global Network | Mrs. Meredith PEABODY |
| 08 | Assoc VP Information Services | Ms. Carol HAMMOND |
| 07 | Assoc VP Admissions & Recruiting | Mrs. Judith JOHNSON |

---

| | | |
|--|--|--|
| 21 | Assoc VP Finance/Admin Services | Ms. Catherine KING-TODD |
| 36 | Assoc VP for Prof Career Devel | Mr. Kip... |
| 20 | Dean of Faculty | Dr. Jo... |
| 13 | Chief Information Officer | Mr. Richa... |
| 06 | Registrar | Mr. Jai... |
| 37 | Director Student Financial Aid | Mrs. Catherine KING-TODD |
| 39 | Director Student Housing | Ms. Joyce ROGERS |
| 38 | Dir Academic/International Services | Ms. Cathleen PRUDHOMME |
| 04 | Exec Assistant to the President | Ms. Jennifer DEMONEY |

## Tohono O'odham Community College (J)

PO Box 3129, Sells AZ 85634-3129
County: Pima

FICE Identification: 037844

Telephone: (520) 383-8401    Carnegie Class: Other
FAX Number: (520) 383-0029    Calendar System: Semester
URL: www.tocc.cc.az.us
Established: 1998    Annual Undergrad Tuition & Fees: $1,078
Enrollment: 171    Coed
Affiliation or Control: Tribal Control    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH

| | | |
|--|--|--|
| 02 | President | Ms. Olivia VANEGAS-FUNCHEON |
| 05 | Vice President for Education | Dr. Jesus DE LA GARZA |
| 32 | Vice President of Student Services | Ms. Angelina LISTO |
| 11 | Vice President of Administration | Vacant |
| 46 | Vice President Inst Devel/Research | Dr. Douglas M. ST. CLAIR |
| 75 | Dept Chair Occupational Pgms | Mr. John BAIR |
| 10 | Director of Admissions/Records | Mr. Leslie LUNA |
| 88 | Director Project NATIVE | Ms. Alma VINCE |
| 20 | Dept Chair for General Education | Ms. Juanna JOSE |
| 08 | Librarian | Ms. Elaine CUBBINS |

† Part of the Pima Community College District.

## Universal Technical Institute (K)

10695 West Pierce Street, Avondale AZ 85323-7946
County: Maricopa

FICE Identification: 008221
Unit ID: 106041

Telephone: (623) 245-4600    Carnegie Class: Associate's
FAX Number: (623) 245-4601    Calendar System: Other
URL: www.uticorp.com
Established: 1989    Annual Undergrad Tuition & Fees: $25,000
Enrollment: 2,800    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

| | | |
|--|--|--|
| 01 | Director | Mr. Bill BRITTAIN |
| 05 | Director of Training | Mr. Gary SALAZAR |
| 32 | Director of Student Services | Mr. Mark BOWERS |
| 10 | Director of Campus Accounting | Mr. Jim SANDO |
| 07 | Admissions Director | Mr. John PALUMBO |
| 36 | Director of Graduate Employment | Ms. Jennifer CLIFFORD |
| 37 | Director of Financial Aid | Ms. Terri MEIXSEL-CORDERO |
| 36 | Counselor | Ms. Heather GONZALES |
| 35 | Student Affairs Advisor | Mr. Derek WILSON |
| 18 | Maintenance Director | Mr. George MICKENS |

## University of Advancing Technology (L)

2625 West Baseline Road, Tempe AZ 85283-1042
County: Maricopa

FICE Identification: 025590
Unit ID: 363934

Telephone: (800) 658-5744    Carnegie Class: Specialized-Engineering/Tech
FAX Number: (602) 383-8222    Calendar System: Trimester
URL: www.uat.edu
Established: 1984    Annual Undergrad Tuition & Fees: $22,500
Enrollment: 1,383    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Master's
Program: Technical Emphasis
Accreditation: ACICS

| | | |
|--|--|--|
| 01 | President | Mr. Dominic PISTILLO |
| 03 | Executive Vice President | Mr. Jason PISTILLO |

## University of Arizona (M)

Tucson AZ 85721-0001
County: Pima

FICE Identification: 001083
Unit ID: 104179

Telephone: (520) 621-2211    Carnegie Class: Doctoral/Research Ext
FAX Number: (520) 621-9323    Calendar System: Semester
URL: www.arizona.edu
Established: 1885    Annual Undergrad Tuition & Fees (In-State): $4,498
Enrollment: 36,932    Coed
Affiliation or Control: State    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: NH, ART, AUD, BUS, BUSA, CEA, CLPSY, CORE, DANCE, @DIETD, ENG, IPSY, JOUR, LAW, LIB, LSAR, MED, MT, MUS, NURSE, PERF, @PH, PHAR, PLNG, SCPSY, SP, SPAA, THEA

© COPYRIGHT HiGHER EDUCATION PUBLICATIONS, INC. 2005

| 36 | Director of Career Services | Ms. Patricia BLAKEMORE |
| 31 | Director Auxiliary Services | Mr. Patrick TRACEY |
| 01 | Registrar | Ms. Doreen LASIEWSKI |
| 05 | Director Student Affairs | Ms. Lee PEEBLES |

## Providence College (A)

River Avenue and Eaton Street,
Providence RI 02918-0001

County: Providence

FICE Identification: 003406
Unit ID: 217402

Telephone: (401) 865-1000    Carnegie Class: Master's I
FAX Number: (401) 865-2057    Calendar System: Semester
URL: www.providence.edu
Established: 1917    Annual Undergrad Tuition & Fees: $25,310
Enrollment: 5,366    Coed
Affiliation or Control: Roman Catholic    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: EH, SW

| 01 | President | Rev. Brian J. SHANLEY, OP |
| 03 | Executive Vice President | Rev. Kenneth R. SICARD, OP |
| 07 | Actg Vice Pres for Academic Admin | Dr. Hugh F. LENA |
| 10 | VP for Finance & Business/CFO | Mr. Michael V. FRAZIER |
| 30 | Spec Asst to Pres for Devel Proj | Mr. Joseph P. BRUM |
| 32 | Vice Pres Student Services | Rev. J. Stuart MCPHAIL, OP |
| 36 | Vice Pres College Rels & Planning | Mr. Edward J. CARON |
| 43 | Vice Pres/General Counsel | Ms. Marifrances MCGINN |
| 30 | Vice Pres for Instit Advancement | Mr. William G. EUSTIS |
| 42 | Vice Pres Mission & Ministry | Rev. Joseph J. GUIDO, OP |
| 34 | Assoc VP for Finance/Asst Treasurer | Ms. Jacqueline WHITE |
| 20 | Assoc VP Academic Administration | Dr. Brian J. BARTOLINI |
| 28 | Asst Vice Pres for Academic Admin | Mr. Charles J. HAEFFLE |
| 35 | Asst Vice Pres for Student Services | Dr. Kirk A. BRAGUE |
| 44 | Asst Vice Pres for Development | Mr. William F. O'NEIL |
| 13 | Asst VP for Information Technology | Ms. Rebecca RAMOS |
| 41 | Assoc Vice Pres Athletics | Mr. Robert G. DRISCOLL, JR. |
| 07 | Assoc VP Admissions/Enrollment Plng | Mr. Christopher P. LYDON |
| 30 | Dean of Undergraduate Studies | Rev. Mark D. NOWEL, OP |
| 58 | Dean of Graduate Studies | Dr. Thomas F. FLAHERTY |
| 31 | Int Dean School of Continuing Educ | Ms. Judith K. JAMIESON |
| 39 | Dean of Residence Life | Dr. Steven A. SEARS |
| 31 | Executive Director College | |
|  | Events | Ms. Ann MANCHESTER-MOLAK |
| 84 | Dean of Enrollment Services | Mr. Brian G. WILLIAMS |
| 28 | Dean of Multicultural Affairs | Dr. Wilese COMISSIONG |
| 37 | Exec Director of Financial Aid | Mr. Herbert J. D'ARCY, JR. |
| 15 | Exec Director Human Resources | Ms. Kathleen M. ALVINO |
| 19 | Exec Director of Safety & Security | Mr. John LEYDEN |
| 27 | Director of Library | Dr. D. Russell BAILEY |
| 21 | Treasurer | Rev. Kenneth R. SIRCARD, OP |
| 19 | Director of Institutional Research | Mr. Thomas E. FRANK |
| 29 | Dir Alumni/Devel Oper/Research | Ms. Lisette CLEM |
| 88 | Manager of Telecommunications | Mr. Carmine PISCOPO |
| 18 | Director of Physical Plant | Mr. Jack MCCARTHY |
| 52 | Program Dir Liberal Arts Honors | Dr. Stephen J. LYNCH |
| 96 | Director Cntrl Purchasing/Receiving | Mr. Mark S. MCGOVERN |
| 06 | Dir of Scheduling & Registration | Ms. Ann E. BARONE |
| 36 | Dir of Career Services for Seniors | Mr. John MCGRATH |
| 36 | Dir of Career Planning/Internship | Ms. Kathleen CLARKIN |
| 07 | Director of Academic Services | Mr. Bryan D. MARINELLI |
| 32 | Dir Ofc Student Act/Involvmt/Ldrshp | Ms. Sharon L. HAY |

## Rhode Island College (B)

600 Mount Pleasant Avenue, Providence RI 02908-1991

County: Providence

FICE Identification: 003407
Unit ID: 217420

Telephone: (401) 456-8000    Carnegie Class: Master's I
FAX Number: (401) 456-8379    Calendar System: Semester
URL: www.ric.edu
Established: 1854    Annual Undergrad Tuition & Fees (In-State): $4,676
Enrollment: 8,878    Coed
Affiliation or Control: State    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: EH, ART, MUS, NURSE, SW, TED

| 01 | President | Dr. John NAZARIAN |
| 03 | Vice Pres Academic Affairs | Dr. Dan KING |
| 10 | Vice Pres Administration & Finance | Vacant |
| 32 | Vice Pres Student Affairs | Dr. Gary M. PENFIELD |
| 30 | Asst Vice Pres Academic Affairs | Dr. Marguerite M. BROWN |
| 20 | Asst Vice Pres Academic Affairs | Dr. James H. MCCROSKERY |
| 21 | Asst Vice Pres Finance/Controller | Mr. Paul FORTE |
| 19 | Assoc Vice Pres Administration | Dr. Richard W. PRULL |
| 49 | Dean Faculty Arts & Sciences | Dr. Richard R. WEINER |
| 53 | Dean School Educ & Human | |
|  | Devel | Dr. Julie E. WOLLMAN-BONILLA |
| 70 | Dean School of Social Work | Dr. Carol BENNETT-SPEIGHT |
| 50 | Dean School of Management | Dr. James A. SCHWEIKART |
| 38 | Director of the Library | Ms. Tjalda NAUTA |
| 19 | Director Institutional Research | Ms. Donna L. KONICKI |
| 07 | Director of Records | Mr. James DORIAN |
| 40 | Director Counseling Center | Dr. Thomas J. LAVIN |
| 07 | Director of Admissions | Dr. Holly L. SHADOIAN |
| 15 | Director of Personnel | Mr. Robert TETREAULT |
| 12 | Director Computer Center | Vacant |
| 19 | Director of Security | Mr. Cyrille W. COTE |

| 25 | Director Research & Grants Admin | Dr. Richard KEOGH |
| 36 | Director Office Career Services | Ms. Ellen WEAVER-PAQUETTE |
| 27 | Director News & Public Relations | Ms. Jane E. FUSCO |
| 29 | Director Alumni Affairs | Ms. Ellie O'NEILL |
| 37 | Director Student Financial Aid | Mr. James T. HANBURY |
| 18 | Director Facilities & Operations | Mr. Edward M. BRADY |
| 22 | Director of Affirmative Action | Dr. Patricia E. GIAMMARCO |
| 41 | Director of Development | Mr. Donald E. TENCHER |
| 44 | Director of Development | Vacant |
| 30 | Director of Honors Program | Dr. Spencer HALL |
| 05 | Director of Women's Studies | Dr. Leslie SCHUSTER |
| 26 | Chief Public Relations Officer | Ms. Jane E. FUSCO |
| 96 | Director of Purchasing | Ms. Jessica L. GONCALVES |

## Rhode Island School of Design (C)

2 College Street, Providence RI 02903-2784

County: Providence

FICE Identification: 003409
Unit ID: 217439

Telephone: (401) 454-6100    Carnegie Class: Specialized-Art/Music/Design
FAX Number: (401) 454-6320    Calendar System: Semester
URL: www.risd.edu
Established: 1877    Annual Undergrad Tuition & Fees: $29,775
Enrollment: 2,282    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Professional
Accreditation: EH, ART, LSAR

| 01 | President | Dr. E. Roger MANDLE |
| 05 | Interim Provost | Mr. Jay COOGAN |
| 32 | Assoc Provost for Student Affairs | Dr. Edward DWYER |
| 20 | Int Assoc Provost for Academic Affs | Ms. Rosanne SOMERSON |
| 30 | Vice Pres Institutional Advancement | Mr. William MELTON |
| 03 | Exec Vice Pres Admin/Finance | Mr. Arnold VASINKI |
| 18 | Assoc VP Facilities Planning | Ms. Frances G. GAST |
| 16 | Assoc Vice Pres Human Resource | Ms. Carol S. TERRY |
| 37 | Director Financial Aid | Mr. Peter R. RIEFLER |
| 09 | Dir Institutional Research/Planning | Dr. Felice BILLUPS |
| 06 | Registrar | Mr. Steven BEERENBACK |
| 07 | Director of Admissions | Mr. Edward NEWHALL, JR. |
| 22 | Director Alumni/Career Services | Mr. Steven WHITTEN |
| 48 | Dean of Architecture & Design | Mr. Dawn BARRETT |
| 42 | Dean of Fine Arts | Ms. Jesse SHEFRIN |
| 58 | Dean of Graduate Studies | Mr. John TERRY |
| 57 | Dean of Liberal Arts | Dr. Barbara VON ECKARDT |
| 88 | Dean of Foundation Studies | Ms. Joanne STRYKER |
| 88 | Director of Museum of Art | Ms. Hope ALSWANG |
| 40 | Registrar of Museum of Art | Ms. Tara EMSLEY |
| 51 | Director Continuing Education | Mr. Lewis SHENA |
| 38 | Dir Student Development/Counseling | Ms. Roberta MCMAHON |
| 84 | Director Enrollment Management | Mr. Edward NEWHALL |
| 26 | Chief Public Relations Officer | Ms. Ann HUDNER |
| 22 | Director of Diversity | Mr. Tony JOHNSON |

## Roger Williams University (D)

One Old Ferry Road, Bristol RI 02809-2921

County: Bristol

FICE Identification: 003410
Unit ID: 217518

Telephone: (401) 253-1040    Carnegie Class: Baccalaureate-General
FAX Number: N/A    Calendar System: Semester
URL: www.rwu.edu
Established: 1956    Annual Undergrad Tuition & Fees: $22,920
Enrollment: 4,190    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: EH, CONST, ENG, LAW

| 01 | President | Dr. Roy J. NIRSCHEL |
| 03 | Executive Vice Pres/Chief Ops Ofcr | Mr. Richard MITCHELL |
| 05 | Int Provost & Sr Vice President | Dr. Jeffrey MARTIN |
| 04 | Exec Asst to President | Mr. Jeffrey H. GILLOOLY |
| 10 | Vice Pres Finance/CFO | Mr. James C. NOONAN |
| 30 | Vice Pres University Advancement | Vacant |
| 84 | Vice Pres Enroll Mgmt/Retention | Ms. Lynn M. FAWTHROP |
| 32 | Vice President of Student Affairs | Dr. John J. KING |
| 21 | Assoc Vice Pres Finance | Mr. Peter B. WILBUR |
| 34 | Dean School of Law | Mr. David A. LOGAN |
| 48 | Dean Sch Arch/Art & Hist Preserv | Mr. Stephen E. WHITE |
| 50 | Dean Gabelli School of Business | Dr. Maling EBRAHIMPOUR |
| 54 | Dean Sch Engrng/Comput/Constr Mgmt | Dr. Robert A. POTTS |
| 51 | Dean School of Justice Studies | Dr. Stephanie MANZI |
| 49 | Dean School of Arts & Sciences | Vacant |
| 51 | Dean School of Continuing Studies | Mr. John W. STOUT |
| 53 | Dean Univ Libr Svcs/Dir Honors Pgm | Mr. Peter V. DEEKLE |
| 52 | Dir Center for Arts & Sciences | Dr. Ruth A. KOELLE |
| 55 | Dean Instruct Sys Dev/Spec Projects | Mr. Kenneth T. OSBORNE |
| 15 | Dir Human Resources/Affirmative Act | Ms. Jackie PHAM |
| 06 | Registrar | Mr. Daniel P. VILENSKI |
| 07 | Director of Freshman Admissions | Ms. Michelle L. BEAUREGARD |
| 07 | Director of Graduate Admissions | Mr. Matthew F. MCDONOUGH |
| 53 | Int Dir Student Finan Aid/Fin Plng | Ms. Tracy M. DACOSTA |
| 19 | Director of Public Safety | Mr. Brendan P. DOHERTY |
| 29 | Director Alumni/Annual Giving | Vacant |
| 22 | Director Corporate/Foundation Rels | Ms. Michele M. ALLAUX |
| 22 | Director of Communications | Dr. Kathleen N. MCMAHON |
| 30 | Associate Provost | Dr. Jeffrey MARTIN |
| 35 | Asst Dean Students/Dir of Camp | |
|  | Pgms | Ms. Tamara VON GEORGE |

| 41 | Dir Athletics/Intramurals/Recreat | Mr. George R. KOLB |
| 13 | Director of Information Technology | Mr. Joseph F. PANGBORN |
| 28 | Assoc Dean of Diversity | Mr. Jason PINA |
| 26 | Exec Director of Public Affairs | Ms. Susan T. RIVERS |
| 25 | Assoc Dean Enroll Mgmt/Amt Rsch | Ms. Tracy M. DACOSTA |
| 37 | Director of Facilities Management | Mr. Richard C. GOULET |
| 28 | Assoc Dean of Students | Ms. Robin L. BEAUCHAMP |
| 38 | Dir Counseling & Student Devel | Mr. James A. AZAR |
| 07 | Director Transfer Admissions | Vacant |
| 07 | Director of International Admissions | Vacant |
| 43 | General Counsel & VP Legal Affairs | Mr. Robert H. AVERY |
| 23 | Director Health Services | Ms. Anne M. ANDRADE |
| 44 | Assoc Director of Development | Ms. Margaret M. CHURCH |
| 37 | Director of Public Affairs | Ms. Lori E. KERSHNER |
| 28 | Asst Director Multicultural Affairs | Mr. Miriam KRUEGER |
| 39 | Director of Housing | Mr. Anthony MONTEFUSCO |
| 40 | Manager Bookstore | Ms. Michele MARSELLA |
| 88 | Dir Prospect Research | Ms. Nancy L. RAMOS |
| 96 | Exec Dir of Contracts/Purchasing | Mr. A. Tom DIDARIO |
| 88 | Dir Conferences/Spec Program Devel | Ms. Pamela S. KOPPLIN |
| 39 | Director Residence Life/Women's Ctr | Ms. Jennifer STANLEY |
| 35 | Assoc Dean of Students | Ms. Allison CHASE PADULA |
| 09 | Institutional Research Analyst | Ms. Julie KALOOSTIAN |
| 22 | Director of Mktg & Communications | Ms. Melissa DECOSTA |

## Salve Regina University (E)

100 Ochre Point Avenue, Newport RI 02840-4192

County: Newport

FICE Identification: 003411
Unit ID: 217536

Telephone: (401) 847-6650    Carnegie Class: Master's I
FAX Number: (401) 341-2925    Calendar System: Semester
URL: www.salve.edu
Established: 1934    Annual Undergrad Tuition & Fees: $23,950
Enrollment: 2,469    Coed
Affiliation or Control: Roman Catholic    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: EH, ART, NUR, SW

| 01 | President | Dr. M. Therese ANTONE, RSM |
| 05 | Vice Pres Academic Affairs | Dr. Theresa I. MADONNA |
| 32 | Vice Pres Student Life | Mr. John J. ROK |
| 30 | Vice Pres Institutional Advancement | Mr. Michael J. SEMENZA |
| 10 | Vice Pres Business & Financial Affs | Mr. William B. HALL |
| 84 | Vice President Enrollment | |
|  | Services | Ms. Laura E. MCPHIE-OLIVEIRA |
| 06 | Registrar | Ms. Aida MIRANTE |
| 37 | Director of Financial Aid | Ms. Kathleen O'BRIEN |
| 22 | Director of Communications | Ms. Kristine HENDRICKSON |
| 29 | Director of Alumni & Parent Pgms | Ms. Kristin STAHL |
| 41 | Athletic Director | Mr. Del F. MALLOY |
| 09 | Director Institutional Research | Mr. Frederick C. PRONAGES |
| 35 | Dean of Students | Mr. John F. QUINN |
| 27 | Director of Library Services | Ms. Kathleen BOYD |
| 39 | Director of Development | Mr. Dennis J. DEL GIZZO |
| 20 | Controller | Mr. Michael N. GRANDCHAMP |
| 90 | Director Academic Computing | Mr. Brian A. MCDONNELL |
| 13 | Director of Information Systems | Mr. Thomas H. BRENNAN |
| 15 | Director of Human Resources | Ms. Diane F. BLANCHETTE |
| 18 | Director of Physical Plant | Mr. L. Robert SNELL |
| 19 | Director of Security/Safety | Mr. John MIXTER |
| 44 | Director of Annual Giving | Ms. Victoria DUCLOS-BARRETT |
| 58 | Dean Graduate Studies | Dr. Lance CARLUCCIO |
| 50 | Dean of Undergraduate Studies | Dr. Stephen TRAINOR |
| 23 | Director of Health Services | Ms. Mary Kay CONNELL |
| 30 | Director of Development | Ms. Carol A. BENJAMIN |
| 35 | Director of Student Activities | Mr. Bart CARITHERS |
| 36 | Director Career Development Center | Mr. Edward TURILLI |
| 96 | Director of Purchasing | Ms. Francine MONFETTE |
| 38 | Coord Student Counseling Services | Ms. Elizabeth MINIFIE |
| 07 | Director of Undergraduate Admiss | Ms. Colleen EMERSON |

## University of Rhode Island (F)

Kingston RI 02881-0806

County: Washington

FICE Identification: 003414
Unit ID: 217484

Telephone: (401) 874-1000    Carnegie Class: Doctoral/Research Ext
FAX Number: (401) 874-7149    Calendar System: Semester
URL: www.uri.edu
Established: 1892    Annual Undergrad Tuition & Fees (In-State): $6,752
Enrollment: 14,749    Coed
Affiliation or Control: State    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: EH, AUD, BUS, BUSA, CLPSY, CYTO, DIETD, DIETI, ENG, LIB, LSAR, MFCD, MIDWF, MUS, NURSE, PHAR, PLNG, PTA, SCPSY, SP, TED

| 01 | President | Dr. Robert L. CAROTHERS |
| 05 | Provost & Vice Pres Academic Affs | Dr. M. Beverly SWAN |
| 10 | Vice Pres for Administration | Mr. Robert A. WEYGAND |
| 32 | Vice Pres Student Affairs | Dr. Thomas R. DOUGAN |
| 30 | Vice Pres University Advancement | Mr. Robert M. BEAGLE |
| 21 | Asst Vice President Business Svcs | Mr. J. Vernon WYMAN |
| 26 | Asst Vice Pres Public Affairs | Ms. Andrea HOPKINS |
| 15 | Asst Vice Pres Human Resources | Ms. Anne Marie COLEMAN |
| 32 | Act Asst Vice Pres Student Affs | Mr. Lester K. YEREMIAN |
| 19 | Int Provost Academic Pgms/Svcs | Ms. Judith M. SWIFT |
| 58 | Vice Prov Grad Stds/Rsrch Svcs | Dr. Lynn PASQUARELLA |
| 46 | Vice Prov Ocean | Dr. David FARMER |
| 65 | Dean Graduate School Ocean | |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | |
|---|---|
| 93 | Coordinator Financial Aid ................................ Ms. Debra J. FAAS |
| 51 | Department Head Bookstore .............................................. Vacant |
| 85 | Director of Health Professions .......... Dr. Darby L. HILLER-FREUND |
| 51 | Coordinate Institutional Advancement ................................. Vacant |
| 51 | Director Facilities/Campus Services ............................ Vacant |
| 73 | Coordinator Career/Employment Svcs ....... Ms. Karen L. KAHLER |
| 45 | Coord Student Life/Campus Security ....... Ms. Cathleen R. MRUNA |
| 53 | Coord Public Relations .................................................. Vacant |
| 44 | Major/Planned Gifts Officer ........................................... Vacant |
| 42 | Annual Giving Officer ............................... Ms. Teri A. HEDRICH |
| 41 | Business Instructor ................................... Mr. Gordon G. MIMER |
| 81 | Communications Instructor ................. Ms. Bronwyn R. JONES |
| 60 | Dept Director Library ........................... Ms. Margaret M. BACON |
| 72 | Coordinator Physical Education ......... Mr. Peter W. LACOURSE |
| 75 | Technical Instructor ............................... Mr. Terry L. SIEVERT |
| 75 | Aviation Instructor ............................. Mr. Robert L. BUTTLEMAN |
| 73 | Director Great Lakes Culinary Inst ........ Mr. Frederick L. LAUGHLIN |
| 81 | Humanities Instructor ........................... Mr. Thomas A. GORDON |
| 81 | Science & Math Instructor .................... Mr. Anthony L. JENKINS |
| 71 | Social Science Instructor .................... Mr. Sean E. RUANE |
| 75 | Director M-TEC Training/Research ........ Mr. Richard W. WOLIN |
| 60 | Controller ........................................... Ms. Marilyn S. WILLOBEE |
| 52 | Manager of Purchasing ........................ Mr. Stephen A. WESTPHAL |
| 52 | Vice Appvred Bound/Bridge ................ Ms. Barbara A. ZUPIN |

### Northwood University    (A)

4000 Whiting Drive, Midland MI 48640-2398

County: Midland    FICE Identification: 004072
       Unit ID: 171492
Telephone: (989) 837-4200    Carnegie Class: Specialized-Business/Mgmt
FAX Number: (989) 837-4111    Calendar System: Quarter
URL: www.northwood.edu
Established: 1959    Annual Undergrad Tuition & Fees: $15,183
Enrollment: 5,843    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General
Accreditation: NH

| | |
|---|---|
| 01 | President & Chief Executive Officer ........ Dr. David E. FRY |
| 05 | Chancellor/Chief Operating Officer ............ Dr. David D. LONG |
| 10 | Vice Pres Finance & Treasurer ............ Mr. Donald E. HUNKINS |
| 15 | Vice Pres of Acad and Intl Programs ........ Dr. Robert W. SERUM |
| 30 | Vice Pres Advancement ..................... Ms. Sherrie G. GRAHAM |
| 60 | Dean Graduate School ...................... Dr. William T. BUSBY |
| 12 | Provost-Michigan Campus ................... Dr. John H. HAYNIE |
| 12 | Provost-Texas Campus ........................ Mr. John H. HAYNIE |
| 12 | Provost-Texas Campus ........................ Dr. Kevin G. FEGAN |
| 12 | Dean University College .............. Ms. Rhonda C. ANDERSON |
| 88 | Assoc Dean Int'l Programs ................... Dr. Lance B. LEWIS |
| 20 | Director of Admissions ..................... Mr. Daniel F. TOLAND |
| 21 | Controller ........................................... Mr. David A. BENDER |
| 53 | Director Public Relations ..................... Ms. Charlene K. ROSIN |
| 16 | Registrar ........................................... Ms. Marisa L. TOSCHKOFF |
| 45 | Dean of Students ............................... Mr. Lawrence J. LINSKY |
| 32 | System Financial Aid Director .............. Ms. Joan L. BEGIN |
| 60 | Librarian ........................................... Ms. Sandra L. POTTS |

### Oakland Community College    (B)

2480 Opdyke Road, Bloomfield Hills MI 48304-2266

County: Oakland    FICE Identification: 002303
       Unit ID: 171535
Telephone: (248) 341-2000    Carnegie Class: Associate's
FAX Number: (248) 341-2118    Calendar System: Semester
URL: www.oaklandcc.edu
Established: 1964    Annual Undergrad Tuition & Fees (In-District): $1,815
Enrollment: 24,296    Coed
Affiliation or Control: State/Local    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ACFEI, ADNUR, DH, DMS, MAC, RAD, RSTH, SURGT

| | |
|---|---|
| 01 | Chancellor ........................................... Dr. Mary S. SPANGLER |
| 05 | Vice Chanc Academic & Student Affs ........ Dr. George F. KEITH |
| 45 | Vice Chanc for Planning & Devel ................ Vacant |
| 08 | Chief Human Resources Officer ........ Ms. Catherine J. RUSH |
| 10 | Vice Chanc Administrative Services ........ Mr. Clarence E. BRANTLEY |
| 04 | Exec Assistant to the Chancellor ........ Ms. Pamela L. KRAMER |
| 27 | Director College Communication ........ Mr. George A. CARTSONIS |
| 12 | Exec Dean Orchard Ridge Campus ........ Mr. Andrew R. HILLEBERRY |
| 12 | President Highland Lakes Campus ........ Mr. Gordon F. MAY |
| 12 | Pres Royal Oak/Southfield Campus ........ Dr. Martha R. SMYDRA |
| 12 | Int President Auburn Hills Campus ........ Dr. David P. ADAMS |
| 12 | President Orchard Ridge Campus ........ Dr. Jacqueline SHADKO |
| 81 | Dean Enrollment Services ................... Mrs. Carla R. MATHEWS |
| 76 | Dean Allied Health .............................. Dr. Nadia E. BOULOS |
| 35 | Exec Director Marketing ........................................ Vacant |
| 74 | Director Tech Infrastructure ........ Mr. Robert J. MONTGOMERY |
| 88 | Exec Director Staff Development ........ Ms. Linda L. POSOSKI |
| 20 | Dean Academic Services .................................... Vacant |
| 14 | Director Human Resources .......... Dr. Maurice H. McCALL |
| 45 | Director Physical Facilities .......... Mr. Daniel P. CHEREWICK |
| 74 | Exec Director Tech Applications ........ Mr. David M. DUNSHEE |
| 19 | Director Public Safety ...................... Mr. Terry L. MCCAULEY |
| 19 | Exec Director Advancement .............. Ms. Cheryl A. KOZELL |
| 32 | Controller .......................................... Mrs. Gail S. PITTS |
| 12 | Director Employee Relations ................ Mr. Gary S. CASEY |
| 70 | Director OCC Foundation ...................... Ms. Jill K. DUNPHY |
| 45 | Director Placement/Coop Education ........ Mr. Willie L. LLOYD |
| 45 | Director Budget/Financial Planning ...... Miss Elizabeth A. KENDALL |

| | |
|---|---|
| 41 | Athletic Director ................................... Mr. Bernard S. LITTLE |
| 96 | Director Purchasing/Auxiliary Svcs ........ Ms. Gheretta R. HARRIS |
| 29 | Coordinator Alumni Associate ................................ Vacant |
| 09 | Director Inst Effectiveness ............... Mr. Martin A. ORLOWSKI |
| 21 | Director Financial Services .................. Ms. Sharon K. CONVERSE |
| 37 | Director Financial Asst/Scholarship ........ Ms. Wilma B. PORTER |
| 15 | Director of Personnel Services ........ Mrs. Margaret R. CARROLL |

### Oakland University    (C)

Rochester MI 48309-4401

County: Oakland    FICE Identification: 002307
       Unit ID: 171571
Telephone: (248) 370-2100    Carnegie Class: Doctoral/Research Int
FAX Number: (248) 370-2286    Calendar System: Semester
URL: www.oakland.edu
Established: 1957    Annual Undergrad Tuition & Fees (In-State): $5,856
Enrollment: 16,902    Coed
Affiliation or Control: State    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, ANEST, BUS, BUSA, CACREP, CS, DANCE, ENG, MUS, NUR, NURSE, PTA, SPAA, TED, THEA

| | |
|---|---|
| 01 | President ........................................... Dr. Gary D. RUSSI |
| 04 | Assistant to the President ................. Ms. Karen S. HALSE |
| 05 | Vice Pres Academic Affairs/Provost ........ Dr. Virinder K. MOUDGIL |
| 43 | General Counsel .................................. Mr. Victor A. ZAMBARDI |
| 32 | Vice Pres for Student Affairs ............... Dr. Mary Beth SNYDER |
| 30 | Vice Pres University Relations ........ Ms. Susan DAVIES GOEPP |
| 10 | Vice Pres Finance & Administration ........ Mr. John BEAGHAN |
| 20 | Int Vice Provost Research ..................... Dr. Ronald E. OLSON |
| 23 | Vice Provost Undergraduate Educ ........ Dr. Susan M. AWBREY |
| 84 | Assoc VP Enrol Mgt/Dir Admiss ................................ Vacant |
| 10 | Assoc VP Finance/Administration ........ Mr. Stephen W. ROBERTS |
| 18 | Assoc Vice President Facilities Mgt ........ Mr. Terry STOLLSTEIMER |
| 15 | Asst VP for Employee Relations ........ Mr. Ronald P. WATSON |
| 26 | Asst VP University Relations ................................ Vacant |
| 13 | Asst VP University Technology Svcs ........ Mrs. Theresa M. ROWE |
| 24 | Ast VP Classrm Sport/Instruct Tech .. Mr. George T. PREISINGER |
| 49 | Int Dean College of Arts & Sciences ........ Dr. Ronald SUDOL |
| 50 | Dean Sch Business Admin ........ Dr. Jonathan SILBERMAN |
| 53 | Dean Education & Human Services ........ Dr. Mary L. OTTO |
| 60 | Dean of Nursing ................................ Dr. Linda S. THOMPSON |
| 54 | Dean Engineering/Computer Sci ........ Dr. Pieter A. FRICK |
| 76 | Int Dean School Health Sciences ........ Dr. Kenneth R. HIGHTOWER |
| 60 | Interim Dean of the Library ................ Dr. Julie H. VOELCK |
| 35 | Dean of Students ................................ Mr. Glenn McINTOSH |
| 44 | Director Annual Giving .......................... Ms. Julie VULAJ |
| 16 | Registrar ........................................... Mr. Steven J. SHABLIN |
| 13 | Director Government Relations ........ Ms. Rochelle A. BLACK |
| 67 | Director Comm/Media Relations ........ Ms. Donnis E. SHERIDAN |
| 09 | Dir of Inst Research/Assessment ........ Ms. Laura A. SCHARTMAN |
| 37 | Director of Financial Aid ..................... Ms. Cindy L. HERMSEN |
| 20 | Director of Admissions ...................... Ms. Adrienne L. BASS |
| 87 | Director of Athletics ........................... Mr. Jack G. MEHL |
| 27 | Director Communications/Marketing ........ Mr. Geoff C. UPWARD |
| 31 | Dir Corp Foundation Relations ........ Ms. Tracey UTECH |
| 87 | Director of Athletics ........................... Mr. Jack G. MEHL |
| 28 | Dir Univ Diversity/Compliance ........ Ms. Joi M. CUMMINGHAM |
| 39 | Director of University Housing ........ Ms. Eleanor L. REYNOLDS |
| 19 | Director Public Safety & Police ........ Mr. Samuel C. LUCIDO |
| 31 | Dir Strategic Initiat/Bus Analysis ........ Ms. Peggy S. COOKE |
| 36 | Director Placement/Career Services ........ Mr. Robert B. THOMAS |
| 38 | Director Counseling Center ............... Mr. Eb CHOPP |
| 88 | Director Intl Student & Scholars ........ Mr. David John ARCHBOLD |
| 88 | Director Disability Support Svcs ........ Ms. Linda G. SISSON |
| 96 | Director of Purchasing ....................... Ms. Catherine R. LARK |

### Olivet College    (D)

320 South Main Street, Olivet MI 49076-9406

County: Eaton    FICE Identification: 002308
       Unit ID: 171599
Telephone: (269) 749-7000    Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (269) 749-7121    Calendar System: Semester
URL: www.olivetcollege.edu
Established: 1844    Annual Undergrad Tuition & Fees: $16,464
Enrollment: 1,073    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: NH

| | |
|---|---|
| 01 | President ........................................... Dr. Donald L. TUSKI |
| 05 | Vice Pres/Dean Academic Affairs ........ Mrs. Norma CURTIS |
| 18 | Vice Pres Admin/Physical Plant ........ Mr. Larry COLVIN |
| 84 | Vice Pres Enrollment Management ........ Mr. Tom SHAW |
| 32 | VP of Community Life .................... Dr. Linda MCWRIGHT |
| 41 | Athletic Director .............................. Mr. Bill WAIVES |
| 86 | Asst VP of College Relations ........ Mr. Jary RASHID |
| 16 | Registrar ........................................... Ms. Nicole BAKER |
| 30 | Dir of Development/Inst Advancement ........ Mr. Mark VEICH |
| 43 | Director Student Health Center ........ Ms. Martha O'DELL |
| 42 | Director of Church Relations ........ Mr. Michael F. FALLS |
| 35 | Director Student Activities ........ Ms. Lori WHITTAKER |
| 36 | Director Career Services Network ........ Ms. Jane RHODES |
| 37 | Director of Student Financial Aid ........ Ms. Carol MCCLENDON |
| 28 | Director of Diversity ....................... Mrs. Lynn Ward GRAY |
| 35 | Director of Women's Studies ........ Rev Dr. Julie KILMER |
| 45 | Director of Student Housing ........ Mrs. Tamyra WALTERS |
| 13 | Information & Technology Manager ........ Mr. Suresh ACHARYA |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | |
|---|---|
| 15 | Human Resources Specialist ........ Mrs. Therese WOOD |
| 20 | Associate Academic Officer ................ Dr. Charles WILSON |
| 41 | Assoc Athletic Director ...................... Ms. Heather BATEMAN |
| 29 | Alumni Relations Coordinator ........ Ms. Martha MASON JENNINGS |

### Reformed Bible College    (E)

3333 East Beltline, NE, Grand Rapids MI 49525-9749

County: Kent    FICE Identification: 002311
       Unit ID: 171881
Telephone: (616) 222-3000    Carnegie Class: Specialized-Theological
FAX Number: (616) 988-3608    Calendar System: Semester
URL: www.reformed.edu
Established: 1939    Annual Undergrad Tuition & Fees: $11,033
Enrollment: 289    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Professional
Accreditation: NH, BI, @SW

| | |
|---|---|
| 01 | President ........................................... Dr. Nicholas V. KROEZE |
| 05 | Vice Pres Academic Administration ........ Dr. Melvin J. FLIKKEMA |
| 30 | Vice President College Advancement ........ Vacant |
| 10 | Vice Pres Business Administration ........ Vacant |
| 04 | Assistant to the President ........ Ms. Dawn A. LYNEMA |
| 20 | Dean for Academic Programs ........ Dr. Benard MEYER |
| 30 | Director of Advancement ........ Ms. Jodi ROLOFF |
| 18 | Librarian ........................................... Ms. Dianne V. ZANDBERGEN |
| 16 | Registrar ........................................... Dr. Benard MEYER |
| 37 | Director of Student Services ........ Mr. Cisco GONZALEZ |
| 37 | Financial Aid Director ......................... Ms. Agnes M. RUSSELL |
| 40 | Bookstore Manager ......................... Mr. Dean VANBRUGGEN |
| 21 | Director of Business/Finance ........ Mr. Duane P. BASS |
| 30 | Dir of Alumni ................................... Ms. Jill JELSMA |
| 30 | Director of Institutional Adv ........ Ms. Michelle GREYDANUS |
| 13 | Director Computing/Info Management ........ Mr. Ben VLUG |
| 07 | Director of Admission ...................... Ms. Larissa LIGHTHISER |
| 28 | Director of Public Relations ........ Ms. Melissa FISHENBERG |
| 18 | Supervisor of Plant and Grounds ........ Mr. Tim CHUPP |

### Rochester College    (F)

800 West Avon Road, Rochester Hills MI 48307-2764

County: Oakland    FICE Identification: 002288
       Unit ID: 170967
Telephone: (248) 218-2000    Carnegie Class: Baccalaureate-Associate's
FAX Number: (248) 218-2005    Calendar System: Semester
URL: www.rc.edu
Established: 1959    Annual Undergrad Tuition & Fees: $12,356
Enrollment: 1,011    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General
Accreditation: NH

| | |
|---|---|
| 01 | President ........................................... Dr. Michael W. WESTERFIELD |
| 05 | Vice President Academic Affairs ........ Dr. Brian STOGNER |
| 03 | Executive Vice President .................. Mr. Alan B. WATERS |
| 30 | Vice Pres for Advancement ........ Mr. Douglas P. EDWARDS |
| 84 | Vice Pres Enrollment Management ........ Mr. Kelvin BROWN |
| 51 | Vice Pres of Extended Learning ........ Mr. Tracy S. HEBERT |
| 13 | Vice Pres Inst Adv/Systems ........ Ms. Biggie A. NEIMANN |
| 44 | Vice President of Advancement ........ Mr. Donald ROBINSON |
| 32 | Assoc Vice Pres Student Services ........ Ms. Candace CAIN |
| 15 | Director of Human Resources ........ Ms. Lindsey DUNFEE |
| 40 | Bookstore Manager ......................... Ms. Mary A. STEWART |
| 16 | Registrar ........................................... Ms. Cathy MACKENZIE |
| 41 | Director/Athletic Activities .............. Mr. Garth A. PLEASANT |
| 18 | Library Director ................................ Mr. Hubert HOBBY |
| 18 | Maintainence Supervisor .................. Mr. Rick ESCHELBACH |
| 94 | Vice President of Church Relations ........ Dr. David FLEER |
| 88 | Director of Career Services ........ Mr. Larry NORMAN |
| 43 | Food Service Director ....................... Ms. Marsha DZIEWIT |
| 52 | Purchasing Manager ......................... Ms. Carol ECCLES |
| 37 | Director of Financial Aid .................. Ms. Lee WATSON |
| 14 | Director Information Technologies ........ Mr. Mark JOHNSON |
| 88 | Director of Enrollment for CEL ........ Mr. Eric CAMPBELL |
| 35 | Assoc Dean of Students/Campus Life ........ Mr. Terrill HALL |
| 33 | Assoc Dean Students/Res Life ........ Ms. Melanie CRAMP |
| 88 | Director of Retention ........................ Ms. Jan A. COE |
| 42 | Assoc Cmps Minister/Dir Spirit Life ........ Mr. Steve CORP |
| 42 | Campus Minister .............................. Ms. Sara BARTON |
| 21 | Controller ........................................... Mr. Charles BLAKE |
| 88 | Dir of On-Line Learning .................... Mr. Jason RAGSDALE |
| 50 | Dean College of Business/Tech ........ Mr. Jeffery A. SIMMONS |
| 49 | Dean College of Arts & Sciences ........ Dr. Jennifer HAMILTON |
| 26 | Director of Public Information ........ Ms. Amanda T. WOLFE |
| 28 | Director of Diversity ....................... Mr. J.C THOMAS, JR. |
| 29 | Director Alumni Relations ................. Ms. Jennifer KIRBY |

### Sacred Heart Major Seminary/    (G)
### College and Theologate

2701 Chicago Boulevard, Detroit MI 48206-1799

County: Wayne    FICE Identification: 002313
       Unit ID: 172033
Telephone: (313) 883-8500    Carnegie Class: Specialized-Theological
FAX Number: (313) 868-6440    Calendar System: Semester
Established: 1919    Annual Undergrad Tuition & Fees: $10,341
Enrollment: 412    Coed
Affiliation or Control: Roman Catholic    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Professional

Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: WJ, ACFEI, ADNUR, RAD

| | | |
|---|---|---|
| 01 | Superintendent/President | Mr. John B. ROMO |
| 75 | Exec Vice Pres Educational Programs | Dr. Jack FRIEDLANDER |
| 51 | Vice Pres Continuing Education | Ms. Lynda F. FAIRLY |
| 51 | Vice Pres Business Services | Mr. Joseph SULLIVAN |
| 10 | Vice Pres Human Resources & Lgl Aff | Ms. Susan EHRLICH |
| 14 | Vice Pres Info Technology | Vacant |
| 18 | Library Coordinator | Mr. George D. KILEY |
| 44 | Exec Director Found for SBCC | Vacant |
| 27 | Director of Institutional Research | Dr. Andreea SERBAN |
| 22 | College Information Officer | Ms. Kay BRUCE |
| 36 | Dean Educational Programs | Dr. Ronald E. BAKER |
| 35 | Dean Educational Programs | Mr. Pablo BUCKELEW |
| 72 | Dean Educational Programs | Ms. Jane CRAVEN |
| 81 | Dean Educational Programs | Mr. Keith C. McLELLAN |
| 76 | Dean Educational Programs | Ms. Erika ENDRIJONDAS |
| 85 | Dean Educational Programs | Ms. Marilyn SPAVENTA |
| 57 | Dean Educational Programs | Mr. Jack ULLOM |
| 29 | Director Alumni Relations | Ms. Ann FRYSLIE |
| 37 | Director of Student Financial Aid | Mr. Brad HARDISON |
| 30 | Director Campus Development | Mr. Alex PITTMAN |
| 84 | Director of Facilities & Operations | Ms. Julie HENDRICKS |
| 32 | Director Student Life | Ms. Ann FRYSLIE |
| 15 | Manager of Purchasing | Mr. Robert MORALES |

## Santa Barbara College of Oriental Medicine   (A)

1919 State Street, Suite 207,
Santa Barbara CA 93101-2430

County: Santa Barbara     FICE Identification: 031280
       Unit ID: 428107
Telephone: (800) 549-6299    Carnegie Class: Specialized-Other Health
FAX Number: (805) 682-1864    Calendar System: Semester
URL: www.sbcom.edu
Established: 1986    Annual Graduate Tuition & Fees: $13,300
Enrollment: 30    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: First Professional Degree; No Undergraduates
Program: Professional
Accreditation: ACUP

| | | |
|---|---|---|
| 01 | President | Ms. JoAnn TALL |
| 05 | Academic Dean | Mr. Daniel DIAMOND |
| 11 | Administrative Vice President | Ms. Cheri FUENTES |

## Santa Clara University   (B)

500 El Camino Real, Santa Clara CA 95053-0001

County: Santa Clara     FICE Identification: 001326
       Unit ID: 122931
Telephone: (408) 554-4000    Carnegie Class: Master's I
FAX Number: (408) 554-2700    Calendar System: Quarter
URL: www.scu.edu
Established: 1851    Annual Undergrad Tuition & Fees: $28,899
Enrollment: 7,924    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: WC, BUS, BUSA, ENG, LAN

| | | |
|---|---|---|
| 01 | President | Rev. Paul L. LOCATELLI, SJ |
| 05 | Provost | Dr. Denise L. CARMODY |
| 10 | Vice Pres Administration & Finance | Mr. Robert D. WARREN |
| 36 | Vice Pres University Relations | Mr. James M. PURCELL |
| 37 | Dir of Communications/Marketing | Ms. Joan SHEA |
| 54 | Exec Assistant to the President | Mr. James I. BRIGGS |
| 03 | Special Assistant to the President | Mr. George F. GIACOMINI |
| 49 | Dean of Arts & Sciences | Vacant |
| 50 | Dean of Business | Dr. Barry J. POSNER |
| 31 | Acting Dean of Education | Dr. Terry E. SHOUP |
| 06 | Dean of Engineering | Mr. Daniel PITT |
| 61 | Dean of Law | Dr. Donald J. POLDEN |
| 10 | Vice Provost for Academic Affairs | Dr. Don C. DODSON |
| 32 | Vice Provost for Student Life | Ms. Jeanne ROSENBERGER |
| 48 | Vice Provost for Enrollment Mgmt | Mr. Charles NOLAN |
| 20 | Associate Provost | Dr. Charles ERIKSON |
| 88 | Assoc Provost Res Lrng Communities | Dr. Philip R. KESTEN |
| 27 | Chief Information Officer | Dr. Ronald DANIELSON |
| 01 | Dir Athletics and Recreation | Dr. Daniel COONAN |
| 08 | Assoc Vice Provost Faculty Devel | Dr. Diane E. JONTE-PACE |
| 47 | Assoc Vice Provost/Dean Admissions | Ms. Sandra HAYES |
| 84 | Assoc Vice Provost Enrollment Mgt | Dr. Richard TOOMEY |
| 21 | Associate Vice President Finance | Mr. Harry M. FONG |
| 10 | Asst Vice President Human Resources | Ms. Molly McDONALD |
| 48 | Ast Vice Pres University Operations | Mr. Joe SUGG |
| 05 | Asst Vice Pres for Development | Ms. Nancy CALDERON |
| 06 | Registrar | Ms. Carol LAMOREAUX |
| 40 | University Librarian | Ms. Elizabeth M. SALZER |
| 08 | Law Librarian | Dr. Mary D. HOOD |
| 14 | Dir of Information Technology | Mr. Carl FUSSELL |
| 24 | Director Media Services | Ms. Nancy CUTLER |
| 30 | Dir Admission Advising/Lrng Ctr | Nedre G. SHUNK |
| 36 | Director Career Center | Ms. Kathy FORTNER |
| 09 | Director Institutional Research | Ms. Barbara A. STEWART |
| 89 | Director Sponsored Projects | Ms. Linda J. CAMPBELL |
| 29 | Director of Housing | Ms. Jane BERRANTES |
| 37 | Director of Financial Aid | Ms. Chas MERCURIO |
| 38 | Director Health & Counseling Svcs | Dr. Lawrence WOLFE |
| 85 | Director International Programs | Dr. Dennis GORDON |

| | | |
|---|---|---|
| 21 | Director Budget | Mr. Dennis ROBERTS |
| 88 | Chief Investment Officer | Mr. John E. KERRIGAN |
| 21 | Controller | Ms. Sarah GATENBY |
| 11 | Dir of Administrative Services | Ms. Patricia A. WILKINSON |
| 18 | Director of Facilities | Mr. Jeffrey CHARLES |
| 96 | Director Procurement & Delivery | Mr. Ed MERRYMAN |
| 19 | Director Campus Safety Services | Mr. Charles AROLLA |
| 40 | General Manager Bookstore | Mrs. Deborah KENDALL |
| 29 | Dir of Alumni Relations | Ms. Kathy KALE |
| 42 | Acting Dir of Campus Ministry | Rev. James C. SIWICKI, SJ |
| 08 | Director of Affirmative Action | Ms. Conchia SERPA |
| 88 | Director De Saisset Museum | Ms. Rebecca M. SCHAPP |
| 88 | Act Dir Bannan Ctr Jesuit Education | Dr. Dennis MOBERG |
| 88 | Dir Ctr for Science/Tech/Society | Dr. Geoffrey C. BOWKER |
| 88 | Exec Dir Markkula Ctr Applied Ethic | Mr. Kirk O. HANSON |

## Santa Monica College   (C)

1900 Pico Boulevard, Santa Monica CA 90405-1628

County: Los Angeles     FICE Identification: 001286
       Unit ID: 122977
Telephone: (310) 434-4000    Carnegie Class: Associate's
FAX Number: (310) 434-3645    Calendar System: Semester
URL: www.smc.edu
Established: 1929    Annual Undergrad Tuition & Fees (In-District): $684
Enrollment: 29,312    Coed
Affiliation or Control: State/Local    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: WJ, ADNUR

| | | |
|---|---|---|
| 01 | Interim President | Dr. Thomas J. DONNER |
| 10 | Vice Pres Business/Administration | Mr. Randal LAWSON |
| 10 | Vice Pres Human Resources | Vacant |
| 51 | Vice Pres Academic Affairs | Mr. Jeff SHIMIZU |
| 32 | Vice Pres Student Affairs | Mr. Robert ADAMS |
| 43 | VP Planning & Development | Mr. Robert SAMMIS |
| 18 | Assoc Vice Pres Facilities | Mr. David MULLER |
| 11 | Assoc VP Business Services | Ms. Reagan ROMALI |
| 20 | Dean Instruction | Mr. John GONZALEZ |
| 27 | Director Institutional Research | Ms. Jacqueline KALFAYAUS |
| 46 | Dean Institutional Effectiveness | Vacant |
| 84 | Dean of Enrollment Services | Ms. Teresita RODRIGUEZ |
| 10 | Dean of Human Resources | Ms. Sherri LEE-LEWIS |
| 50 | Dean of Student Services | Ms. Judith PENCHANSKY |
| 85 | Dean International Education | Dr. Dena GARATE |
| 33 | Acting Dean Student Life | Ms. Deyna HEARN |
| 12 | Dean External Programs | Ms. Katherine MULLER |
| 48 | Academic Support | Vacant |
| 38 | Dean Counseling/Retention | Ms. Brenda JOHNSON-BENSON |
| 20 | Dean Academic Affairs | Mr. John GONZALEZ |
| 20 | Dean Academic Affairs | Vacant |
| 13 | Dean Information Services | Ms. Jocelyn CHONG |
| 10 | Dean Human Resources | Dr. Patricia BROWN |
| 56 | Associate Dean Distance Education | Ms. Winniphred STONE |
| 57 | Associate Dean Emeritus College | Ms. Maggie HALL |
| 20 | Dean Academic Affairs | Vacant |
| 48 | Asst Dean Learning Resources | Ms. Mona MARTIN |
| 55 | Asst Dean Equal Employ/Diversity | Vacant |
| 64 | Asst Dean of Health Services | Ms. Ida DANTY |
| 84 | Asst Dean Enrollment Services | Ms. Elliott KIERSTEN |
| 43 | Asst Dean Student Judicial Affairs | Vacant |
| 37 | Director of Financial Aid | Mr. Myrow STEVE |
| 85 | Director International Programs | Mr. Darryl-Keith OGATA |
| 27 | Director Academic Computing | Vacant |
| 41 | Director Athletics | Ms. Rhonda HYATT |
| 18 | Director of EOP&S | Mr. Leonard CRAWFORD |
| 25 | Director of Grants | Ms. Laurie MCQUAY-PENNINGER |
| 88 | Director Spec Projects Development | Ms. Dale FRANZEN |
| 31 | Director Community Relations | Ms. Judy NEVEAU |
| 48 | Director of Classified Personnel | Vacant |
| 51 | Asst Dean Human Resources | Vacant |
| 14 | Director Technology Training | Vacant |
| 29 | Director Alumni Relations | Vacant |
| 25 | Director Grants and Contracts | Mr. Charlie YEN |
| 96 | Director of Purchasing | Mr. Keith WEBSTER |

## Santa Rosa Junior College   (D)

1501 Mendocino Avenue, Santa Rosa CA 95401-4395

County: Sonoma     FICE Identification: 001287
       Unit ID: 123013
Telephone: (707) 527-4011    Carnegie Class: Associate's
FAX Number: (707) 527-4816    Calendar System: Semester
URL: www.santarosa.edu
Established: 1918    Annual Undergrad Tuition & Fees (In-District): $624
Enrollment: 33,140    Coed
Affiliation or Control: State/Local    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: WJ, DA, DH, EMT, RAD

| | | |
|---|---|---|
| 01 | President | Dr. Robert F. AGRELLA |
| 05 | VP Acad Alfs/Asst Superintendent | Dr. Mary Kay RUDOLPH |
| 10 | Vice Pres Business Services | Dr. Michael BEEBE |
| 32 | Vice Pres Student Services | Mr. Ricardo D. NAVARRETTE |
| 11 | Vice Pres Administrative Services | Dr. Curtis GRONINGA |
| 04 | Executive Assistant to CEO | Ms. Maria GAITAN |
| 12 | Exec Dean/Vice Pres Petaluma Campus | Dr. Douglas GARRISON |
| 51 | Dean Educational Programs & Svcs | Mr. Enesto RICO |
| 50 | Dean Educational Programs & Svcs | Mrs. Terri FRONGIA |
| 75 | Dean Vocational/Economic Devel | Vacant |

| | | |
|---|---|---|
| 07 | Dean Admission/Records/Enroll Devel | Vacant |
| 50 | Dean of Counseling/Support Services | Mr. Marty LEE |
| 30 | Dean Matriculation/Student Support | Vacant |
| 19 | Dean Public Safety | Mr. David CLEAVER |
| 72 | Dean Science/Applied Tech | Dr. Tatjana OMRCEN |
| 17 | Dean Health/Life Sciences | Dr. Erbon JEN |
| 50 | Dean Bus/Comp Sci/Off-Camp/Wkend | Mr. Steve COHEN |
| 50 | Dean Arts/Cult/Communications | Ms. Kris ABRAHAMSON |
| 83 | Dean Letters & Social Science | Mr. Victor CUMMINGS |
| 50 | Dean PE/Dance/Athletics | Vacant |
| 50 | Dean Learning Res/Educ Tech | Dr. Delia ARELLANO |
| 50 | Dean Learning Res/Educ Tech | Mr. William BATY |
| 14 | Director Computing Services | Mr. Ken FIORI |
| 78 | Director Economic Development | Mr. Charles ROBBINS |
| 10 | Director Human Resources | Ms. Karen FURUKAWA |
| 32 | Director Student Financial Services | Ms. Kris SHEAR |
| 18 | Director Facility Operations | Mr. Jay CARPENTER |
| 19 | Chief of Police | Mr. Terry L. STEWART |
| 31 | Compliance Officer | Dr. Charles PRICKETT |
| 23 | Director Health Services | Ms. Susan QUINN |
| 96 | Public Relations Manager | Mrs. Susan BAGBY MATTHEWS |
| 09 | Director of Institutional Research | Dr. K. C. BOATSMAN |
| 33 | Director Student Affairs | Mr. Bob FLORES |
| 31 | Director Community Education | Ms. Kerry CAMPBELL-PRICE |
| 96 | Director of Purchasing & Graphics | Mr. Tim BOSMA |
| 40 | Manager of Bookstore | Ms. Lorraine FAZZOLARE |
| 24 | Director Media Services | Mr. Linda FRANK |
| 75 | Director Vocational Services | Ms. Stephanie THOMPSON |
| 24 | Manager Media Services | Mr. Russ BOWDEN |
| 41 | Interim Athletic Director | Mr. Ron MYERS |
| 90 | Director Academic Computing | Mr. Richard ABRAHAMS |
| 21 | Director Physical Education | Ms. Kate JOLLEY |

## Saybrook Graduate School Research Center   (E)

450 Pacific Avenue, Third Floor,
San Francisco CA 94133-4640

County: San Francisco     FICE Identification: 021206
       Unit ID: 123095
Telephone: (800) 825-4480    Carnegie Class: Specialized-Other Specialized
FAX Number: (415) 433-9271    Calendar System: Semester
URL: www.saybrook.edu
Established: 1970    Annual Graduate Tuition & Fees: $16,800
Enrollment: 506    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Doctorate; No Undergraduates
Program: Professional
Accreditation: WC

| | | |
|---|---|---|
| 01 | President | Dr. Maureen O'HARA |
| 20 | Associate Dean of Academic Affairs | Dr. Katherine CLARKE |
| 13 | Vice Pres for Operations | Mr. Jack REHO |
| 32 | Dean of Students | Dr. Theopia JACKSON |
| 20 | Associate Dean of Academic Affairs | Dr. William BRUFF |
| 06 | Registrar | Mr. J. Thomas BROWN |
| 08 | Director of Library Services | Ms. Annemarie WELTKEE |
| 37 | Director Student Financial Aid | Mr. Bruce GORDON |

## Scripps College   (F)

1030 Columbia, Claremont CA 91711-3948

County: Los Angeles     FICE Identification: 001174
       Unit ID: 123165
Telephone: (909) 621-8000    Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (909) 621-8323    Calendar System: Semester
URL: www.scrippscol.edu
Established: 1926    Annual Undergrad Tuition & Fees: $31,500
Enrollment: 816    Female
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General
Accreditation: WC

| | | |
|---|---|---|
| 01 | President | Ms. Nancy Y. BEKAVAC |
| 05 | Vice Pres/Dean of the Faculty | Dr. Michael D. LAMKIN |
| 33 | Vice Pres Devel/College Rels | Ms. Martha KEATES |
| 10 | Vice Pres Business Affairs | Mr. James MANIFOLD |
| 13 | Vice President/Dean of Students | Ms. Debra WOOD |
| 07 | VP & Dean Admission/Financial Aid | Ms. Patricia GOLDSMITH |
| 29 | Director Alumnae Relations | Ms. Emily RANKIN |
| 43 | Director Research & Planning | Ms. Janel HASTINGS |
| 42 | Assistant to the President | Ms. Linda R. SCOTT |
| 37 | Director Student Financial Aid | Mr. Sean SMITH |
| 09 | Director of Institutional Research | Ms. Janel HASTINGS |
| 15 | Director Personnel Services | Ms. Peggy BOOK |
| 20 | Associate Academic Officer | Ms. Amy MARCUS-NEWHALL |
| 33 | Director Student Affairs | Ms. Deb WOOD |
| 08 | Librarian | Ms. Judy B. HARVEY-SAHAK |
| 06 | Registrar | Ms. Carol ENTLER |
| 31 | Director Public Rels/ Communications | Ms. Mary SHIPP BARTLETT |
| 36 | Director Career Planning | Ms. Janelle LAFOND |
| 90 | Director Information Technology | Ms. Nancy PARKER |
| 18 | Chief Facilities/Physical Plant | Mr. Bill CALL |

## The Scripps Research Institute   (G)

10550 N. Torrey Pines Road, TPC19,
La Jolla CA 92037-1000

County: San Diego     FICE Identification: 033213
Telephone: (858) 784-8469    Carnegie Class: Specialized-Other Specialized
FAX Number: (858) 784-2802    Calendar System: Quarter

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

## Column 1

01 President ................................ Dr. Douglas M. LITTLES
03 Vice President ......................................... Vacant
10 Dean of Fiscal Services ................................. Vacant
37 Acting Financial Aid Officer .............. Ms. Christy BULGER
32 Dean of Students .................. Ms. Diannah ROWSER
27 Asst Dean Public Info/Cmty Devel ..... Ms. Alesia K. STUART
09 Assoc Dean for Effectiveness ..... Ms. Wilma Quarker SMITH
05 Dean of Instruction ............... Dr. William C. ROBBINS
21 Business Manager ...................... Mr. David J. RHODES

### Remington College, Mobile Campus (A)

828 Downtower Loop West, Mobile AL 36609-5404
County: Mobile                    FICE Identification: 026055
                                          Unit ID: 366535
Telephone: (251) 343-8200        Carnegie Class: Associate's
FAX Number: (251) 343-0577         Calendar System: Quarter
Established: 1986         Annual Undergrad Tuition & Fees: $31,490
Enrollment: 459                                      Coed
Affiliation or Control: Proprietary       IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational; Technical Emphasis
Accreditation: ACCSCT

01 President ...................... Mr. Stephen M. BACKMAN
06 Director of Education ................... Ms. Cindy MCMILLAN
37 Financial Aid Director ........... Ms. Linda K. CALVANESE
07 Director of Admissions .................. Mr. Chris JONES

### Samford University (B)

800 Lakeshore Drive, Birmingham AL 35229-0001
County: Jefferson                   FICE Identification: 001036
                                          Unit ID: 102049
Telephone: (205) 726-2011          Carnegie Class: Master's I
FAX Number: (205) 726-2171           Calendar System: 4/1/4
URL: www.samford.edu
Established: 1841        Annual Undergrad Tuition & Fees: $14,642
Enrollment: 4,416                                      Coed
Affiliation or Control: Southern Baptist     IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: SC, AALE, ANEST, AT, BUS, FIDER, LAW, MUS, NURSE, PHAR, TED, THEOL

01 President ...................... Dr. Thomas E. CORTS
05 Provost ........................ Dr. J. Bradley CREED
32 Vice Pres & Dean of Students ....... Dr. Richard FRANKLIN
26 Vice Pres University Relations ...... Mr. Michael M. MORGAN
43 Vice President General Counsel .... Mr. Joseph W. MATHEWS, JR.
10 Vice Pres of Business Affairs ....... Mr. Joseph W. MATHEWS, JR.
18 Vice President Facilities ............... Mr. Don M. MOTT
27 Chief Infor Officer/Assoc Provost ...... Dr. Alan D. HARGRAVE
09 Director of Institutional Research .... Dr. Sarah C. LATHAM
39 Director of Residence Life ............. Mr. Garry L. ATKINS
38 Director Counseling Services ........ Ms. Marcia W. HAMBY
44 Director of Annual Giving .............. Mr. Monty HOGEWOOD
24 Director of Media/Public Relations ... Mr. William A. NUNNELLEY
21 Controller .......................... Mr. James F. COOK
07 Director of Admissions .............. Mr. Robert N. HOOVER
37 Director of Financial Aid ........ Ms. Lissa R. BURLESON
06 Dean Academic Services/Registrar ...... Mr. Paul G. AUCOIN
08 Director of Library ................ Mrs. Mary B. THOMASON
49 Dean of Arts & Sciences ............. Dr. David W. CHAPMAN
50 Dean of Business School ............. Dr. Darlene M. REED
53 Dean of Education .................... Dr. Jean A. BOX
14 Dean of Performing Arts ............. Dr. Milburn PRICE
67 Dean of Pharmacy .................... Dr. Joseph O. DEAN
63 Dean of Nursing ..................... Dr. Nena F. SANDERS
61 Dean of Law ......................... Mr. John L. CARROLL
73 Dean of Divinity ................... Dr. Timothy F. GEORGE
35 Dean of Metro College ............... Dr. Cindy F. KIRK
55 Dean Stdnt Svcs/Values Advoca .................... Vacant
20 Asc Dean Stdnt Svc/Values Advocacy ... Dr. Lisa D. SKELTON
89 Director of Freshman Life ....... Ms. Dana K. BASINGER
42 University Minister .............. Dr. James R. BARNETTE
91 Athletic Director .................... Mr. Robert L. ROLLER
73 Director of London Programs ......... Ms. Jane N. HILES
15 Director of Human Resources ....... Ms. Marylyn K. GAVIN
40 Director of the Bookstore ............ Mr. Alan B. MORRIS
18 University Engineer ................... Mr. David T. WHITT
19 Director of Safety/Security .......... Mr. Bobby N. BREED
07 Dean of Admissions/Financial Aid ..... Dr. P. Phil KIMREY
30 Director of Development Systems ...... Mrs. Judi F. AUCOIN
72 Director Career Development Center ...... Ms. Alice MARTIN
21 Director Budget & Cap .............. Mr. Clayton G. FOGG
23 Director Student Health Services ..... Mrs. Shauna N. YELTON
96 Director of Business Services ....... Mr. Mike MCCORMACK

### Selma University (C)

1501 Lapsley Street, Selma AL 36701
County: Dallas                      FICE Identification: 001037
Telephone: (334) 872-2533          Carnegie Class: Other
FAX Number: (334) 872-7746         Calendar System: Semester
Established: 1878        Annual Undergrad Tuition & Fees: $3,450
Enrollment: 115                                      Coed
Affiliation or Control: Baptist           IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Religious Emphasis
Accreditation: ABHES, @BI

## Column 2

01 President .................. Dr. Alvin A. CLEVELAND, SR.
05 Dean ............................. Dr. George DAVIS

### Shelton State Community College (D)

9500 Old Greensboro Road, Tuscaloosa AL 35405-8522
County: Tuscaloosa               FICE Identification: 005691
                                          Unit ID: 102067
Telephone: (205) 391-2211        Carnegie Class: Associate's
FAX Number: (205) 391-2426         Calendar System: Semester
URL: www.sheltonstate.edu
Established: 1953        Annual Undergrad Tuition & Fees (In-State): $2,700
Enrollment: 8,298                                      Coed
Affiliation or Control: State             IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, ADNUR, EMT, RSTH

01 President .......................... Dr. Rick ROGERS
03 Vice President ....................................... Vacant
05 Dean of Instruction ............. Ms. Camille P. COCHRANE
10 Dean of Financial Services ...... Ms. Karen VAN LUVENDER
32 Dean of Students ................ Mr. Tommy J. TAYLOR
06 Interim Registrar ................ Mr. Byron ABSTON
35 Asst Dean for Student Services ..... Ms. Jeanetta HARGROW
20 Assoc Dean for Instructional Svcs ... Dr. Bruce D. BIZZOCO
06 Assoc Dean of Students & Registrar .................... Vacant
20 Assoc Dean for Academic Services ...................... Vacant
20 Assoc Dean Technical Services ......... Mr. Steve FAIR
76 Assoc Dean for Health Services ...... Ms. Gladys HILL
11 Assoc Dean for Administrative Svcs ... Ms. Linda GROTE
12 Executive Director of Fire College ..... Mr. Bill LANGSTON
12 Director of Fredd Campus .......... Mr. Bryant MELTON
37 Director of Personnel Services ..... Mr. Johnny F. PARKER
04 Asst to the President ............. Dr. Debbie J. GRIMES
08 Head Librarian ................... Dr. Debbie J. GRIMES
26 Chief Public Relations Officer ...... Ms. Wendy P. JONES
18 Chief Facilities/Physical Plant ...... Mr. Steve AVERETTE
30 Chief Development ..................................... Vacant
37 Director Student Financial Aid ..... Ms. JoAnn COUSETTE
38 Director Student Counseling ......... Ms. Holly ELLIOTT
06 Director of Purchasing ............. Ms. Andrea PARKER
09 Coord Institutional Research ...... Dr. Michele G. JARRELL

### Snead State Community College (E)

PO Box 734, Boaz AL 35957-0734
County: Marshall                   FICE Identification: 001038
                                          Unit ID: 102076
Telephone: (256) 593-5120        Carnegie Class: Associate's
FAX Number: (256) 593-7180         Calendar System: Semester
URL: www.snead.edu
Established: 1898        Annual Undergrad Tuition & Fees (In-State): $3,008
Enrollment: 1,938                                      Coed
Affiliation or Control: State             IRS Status: Exempt
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC

01 President ...................... Dr. Devin STEPHENSON
03 Vice President ................... Dr. Allen B. CHAMPION
10 Dean of Financial Services ....... Mr. Jody UPCHURCH
05 Dean of Academic Services ......... Dr. Greg CHAPMAN
07 Dir Admissions & Records/Registrar ... Ms. Martha D. BUCHANAN
38 Academic Advisor ............... Ms. Amanda DAVIS-HARBISON
18 IT Director ..................... Mr. Frank CORNUTT
81 Science Department Coordinator ...... Ms. Deborah RHODEN
79 Humanities Department Coordinator ... Dr. Cynthia D. BUNKAM
83 Social Science Dept Coordinator ...... Ms. Joyce W. SMART
81 Mathematics Department Coordinator ..... Mr. Blake LEETH
50 Business Department Coordinator ...... Mr. Mark SCOTT
51 Adult Ed/Skills Trng Coordinator ...... Ms. Melody WHITTEN
72 Director Health Sciences .......... Ms. Dianne WATTS
75 Technology Dept Coordinator ....... Mr. Blake LEETH
37 Financial Aid Officer ............. Ms. Kelly J. D'EATH
09 Dir of Inst Research .............. Ms. Kelly J. D'EATH
29 Dir of Development/Alumni Assoc ...... Mr. Stan MANNON
91 Athletic Director ................. Mr. Tony MABREY
08 Librarian ........................ Mr. John MILLER
26 Marketing Specialist .............. Ms. Shelley SMITH
45 Bookstore ....................... Mr. Grover KITCHENS
15 Human Resources Specialist ...... Ms. Barbara KILPATRICK
18 Coord Custodial/Maintenance Svcs ..... Mr. Steve WILLIAMS

### South University (F)

5355 Vaughn Road, Montgomery AL 36116-1120
County: Montgomery               FICE Identification: 004463
                                          Unit ID: 101116
Telephone: (334) 395-8800        Carnegie Class: Associate's
FAX Number: (334) 395-8859         Calendar System: Semester
URL: www.southuniversity.edu
Established: 1887        Annual Undergrad Tuition & Fees: $11,475
Enrollment: 354                                      Coed
Affiliation or Control: Proprietary       IRS Status: Proprietary
Highest Offering: Master's
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: @SC, MAC, PTAA

01 President ................... Mr. Victor K. BIERIGHAUSER
05 Dean of Academic Affairs ........... Mr. Basil MANLY

## Column 3

32 Dean of Student Affairs ............ Ms. Patricia BYRNSIDE
37 Director of Financial Aid ........... Mr. James D. BERRY
07 Director of Admissions ............ Ms. Anna M. PEARSON

† Regional accreditation is carried under the parent institution in Savannah, GA.

### Southeastern Bible College (G)

2545 Valleydale Road, Birmingham AL 35244-2083
County: Shelby                     FICE Identification: 022704
                                          Unit ID: 102261
Telephone: (205) 970-9200        Carnegie Class: Specialized-Theological
FAX Number: (205) 970-9207         Calendar System: Semester
URL: www.sebc.edu
Established: 1935        Annual Undergrad Tuition & Fees: $7,080
Enrollment: 260                                      Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: BI

01 President ...................... Dr. Don HAWKINS
05 Vice Pres for Academic Affairs ...................... Vacant
10 Vice Pres for Business & Finance ...... Mr. Paul S. WILLARD
35 Director Student Affairs ........... Mrs. Ruth WOOTEN
08 Librarian ........................ Mr. Paul ROBERTS
37 Director Student Financial Aid ..... Mrs. Joanne BELIN
06 Registrar ...................... Mrs. Barbara PHILLIPS
07 Director of Admissions ............ Mr. Joel DUNN
53 Director Elementary Education ...... Mr. Mark DUNN
73 Director of Pastoral Theology ...... Dr. Jason SNYDER
49 Director of Arts & Sciences ......... Mr. Gary GREENE
42 Chaplain/Director Campus Ministry ... Mr. Jay MATTOX
18 Facilities Manager ................. Mr. Louis HAWKINS
09 Coord of Institutional Effectiveness .... Mrs. Michelle HOWER

### Southern Christian University (H)

1200 Taylor Road, Montgomery AL 36117-3553
County: Montgomery               FICE Identification: 025034
                                          Unit ID: 100690
Telephone: (800) 351-4040        Carnegie Class: Specialized-Theological
FAX Number: (334) 387-3878         Calendar System: Semester
URL: www.southernchristian.edu
Established: 1967        Annual Undergrad Tuition & Fees: $5,600
Enrollment: 706                                      Coed
Affiliation or Control: Churches Of Christ   IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts and General; Professional
Accreditation: SC

01 President ..................... Dr. Rex A. TURNER, JR.
05 Academic Vice President/Dean ...... Dr. Stanley PATTERSON
06 Registry Officer ............... Mrs. Elaine P. TARENCE
07 Admissions .................... Mrs. Becky BAGWELL
08 Director of Library .............. Ms. Kay S. NEWMAN
10 Chief Business Officer .............. Mr. B. P. TURNER
13 Director of Computing/Information ...... Mr. Clayton F. SCHMIDT
37 Financial Aid Officer/Counselor ...... Mr. Phillip SAMPLEY
37 Financial Aid Officer/Counselor ...... Mrs. Rosemary KENNINGTON
42 Director of Church Relations ........ Mr. Curtis SAMPLEY
88 Director of World Missions .......... Mr. Demar ELAM
29 Director of Alumni Relations .......... Mr. Ed SMITH
20 Director of Institutional Research ...... Dr. J. H. WHITE
14 Director of Computer Center ........ Mr. Jack TEMPLE
18 Chief Facilities/Physical Plant ...... Mr. Robert SHIRLEY
20 Director of Educational Media ...... Mr. Thomas PATTERSON
38 Director of Student Counseling ...... Mr. Wayne PERRY
26 Chief Public Relations Officer ...... Mrs. Lana COSTANZA
42 Chaplain/Director Campus Ministry ...... Dr. Leon F. ESTEP
44 Director Annual/Planned Giving ...... Mr. Ed SMITH
73 Dean of School of Religion ........ Dr. Winston TEMPLE
68 Dean Sch of Leadership/Human Svcs .... Dr. Terry E. GUNNELLS
84 Director of Enrollment Mgmt ........ Mr. Rick JOHNSON
13 Director Academic Computing ........ Mr. Donnie E. CROSBY
90 Director Personnel Services ......................... Vacant

### Southern Union State Community College (I)

PO Box 1000, Wadley AL 36276-1000
County: Randolph                   FICE Identification: 001040
                                          Unit ID: 251260
Telephone: (256) 395-2211        Carnegie Class: Associate's
FAX Number: (256) 395-2215         Calendar System: Semester
URL: www.suscc.cc.al.us
Established: 1922        Annual Undergrad Tuition & Fees (In-State): $2,700
Enrollment: 4,880                                      Coed
Affiliation or Control: State             IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, ADNUR, EMT, RAD, SURGT

01 Acting President .............. Dr. Joanne S. JORDAN
05 Dean of Academics ................ Dr. Rod BRITT
32 Dean of Students ............. Mr. Patrick J. SALATTO
72 Dean of Technology ................ Dr. May WHITE
36 Int Dean Student Development ...... Mrs. Bridget BURNEY
20 Director Management Info Systems ...... Mr. Charles MCGHEE
37 Dir Financial Aid/Veteran Services ..... Mrs. Pamela JONES

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | |
|---|---|
| 14 | Director of Computer Services .................................Vacant |
| 42 | Interim Athletic Director ...................Mr. L. Howard REICHNER |
| 51 | Director Continuing Education ...................Dr. Mary F. AVERY |
| 10 | Chief Business Officer ...................................Mr. Harry L. KRALY |
| 08 | Director Personnel Services ...........Ms. Sandra P. BENFIELD |
| 41 | Chief Facilities/Physical Plant ...............................Vacant |
| 29 | Director Alumni Relations ...................Ms. Susan M. WENTZ |
| 35 | Director Student Placement ...........Ms. Michele G. SIMMONS |
| 34 | Director Student Financial Aid ...Ms. Kimberly A. DRIGGERS |
| 37 | Director Student Counseling ...............................Vacant |
| 27 | Chief Information Officer ...................Mr. Gary P. GREENE |
| 19 | Director Security/Safety ...............Mr. Thornton WILLIAMS |
| 03 | Director Bookstore .......................Ms. Janet SCHILLING |
| 20 | Associate Academic Officer ...........Dr. Edna A. LOFTUS |
| 96 | Director of Purchasing ...............................Vacant |

## St. Augustine's College (A)

1315 Oakwood Avenue, Raleigh NC 27610-2298
County: Wake
FICE Identification: 002968
Unit ID: 199582

Telephone: (919) 516-4000    Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (919) 828-0817    Calendar System: Other
URL: www.st-aug.edu
Established: 1867    Annual Undergrad Tuition & Fees: $10,800
Enrollment: 1,689    Coed
Affiliation or Control: Protestant Episcopal    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: SC, #TED

| | |
|---|---|
| 01 | President ...................Dr. Dianne BOARDLEY SUBER |
| 05 | Vice Pres Academic Affairs/Provost ...........Dr. Kim LUCKES |
| 10 | Chief Financial Officer ...................Mr. Leon SCOTT |
| 93 | Asst VP Institutional Plng/Effect ...........Ms. Debra A. FIELDS |
| 52 | Dean Student Development ...................Ms. Doris BULLOCK |
| 34 | Special Assistant to the President ...............................Vacant |
| 13 | Exec Dir Information Technology ...............Mr. Arron GIBBS |
| 42 | Chaplin ...................Fr. Clifford C. COLES |
| 46 | Registrar ...................Ms. Crystal G. WILLIAMS |
| 07 | Director Admissions ...................Mr. Anthony BROOKS |
| 37 | Director Financial Aid/Scholarships ...Ms. Rochelle D. KING |
| 08 | Director Library Services ...................Ms. Linda S. HENRY |
| 15 | Director Human Resources ...................Ms. Wanda RUSH |
| 18 | Director Physical Plant ...........Mr. Stephen J. SYLVESTER |
| 19 | Int Director Public Safety ...................Mr. Dan HOLDER |
| 28 | Director Public Relations ...............................Vacant |
| 29 | Director Alumni Affairs ...................Ms. Sheryl XIMINES |
| 36 | Director Career Services ...............................Vacant |
| 21 | Comptroller ...................Mr. Kent LUSK |
| 17 | Director of Business Services ...........Ms. Pamela E. TWITTY |
| 83 | Internal Auditor ...............................Vacant |
| 33 | Director of Student Activities ...............................Vacant |
| 41 | Director Athletics ...................Mr. George D. WILLIAMS |
| 90 | Director Academic Computing ...........Ms. Carlene MORGAN |
| 91 | Director Administrative Computing ...............................Vacant |
| 35 | Assoc Dean of Students ...............................Vacant |
| 20 | Associate Academic Officer ...........Dr. Yvonne COSTON |
| 96 | Director of Purchasing ...................Mr. Donald PEARSALL |

## Salem College (B)

PO Box 10548, Winston-Salem NC 27108-0548
County: Forsyth
FICE Identification: 002960
Unit ID: 199607

Telephone: (336) 721-2600    Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (336) 917-5339    Calendar System: 4/1/4
URL: www.salem.edu
Established: 1772    Annual Undergrad Tuition & Fees: $16,975
Enrollment: 1,114    Female
Affiliation or Control: Moravian Church    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: SC, MUS, TED

| | |
|---|---|
| 01 | President ...................Dr. Julianne S. THRIFT |
| 07 | VP Acad & Stdnt Affrs/Dn of ...............................Vacant |
| 20 | ...................Dr. Ann MCELANEY-JOHNSON |
| 08 | Director Institutional Advancement ...Ms. Vicki SHEPPARD |
| 34 | Director Admissions & Financial Aid ...Ms. Dana EVANS |
| 52 | Dean of Students ...................Mr. Krispin W. BARR |
| 51 | Director Graduate Studies ...................Dr. Robin SMITH |
| 93 | Director Continuing Studies ...........Dr. Alice C. PATTERSON |
| 35 | ...................Ms. Joyce K. JACKSON |
| 29 | Director Alumni Relations ...................Dr. Rose A. SIMON |
| 90 | Director Computing Services ...................Ms. Kris AMIDON |
| 93 | Asst VP of Institutional Research ...Ms. Kay S. MCKNIGHT |
| 93 | Director Institutional Research ...........Ms. Joyce K. JACKSON |
| 37 | Financial Aid ...................Vacant |
| 08 | Director Counseling Services ...........Ms. Peggy BLACKBURN |
| 41 | Director Financial Officer ...................Mr. Dana SMITH |
| 37 | Director Counseling Services ...........Ms. Suzanne WILLIAMS |
| 34 | Director Student Financial Aid ...........Ms. Julie SETZER |
| 08 | Director Institutional Services ...........Mr. Tommy WILLIAMSON |
| 27 | Director Communications ...........Ms. Julie LARISON |
| 18 | Facilities/Physical Plant ...........Ms. Anna GALLIMORE |
| 51 | Director Undergraduate Studies ...........Dr. Sabrina DETURK |
| 03 | Director Bookstore Manager ...................Ms. Nikki BROCK |
| 36 | Director Career Svcs/Internships ...........Ms. Katie BAWDEN |
| 08 | ...................Ms. Helen MCGUIRE |

## School of Communication Arts (C)

3000 Wakefield Crossing Drive, Raleigh NC 27614
County: Wake
FICE Identification: 031090

Telephone: (919) 488-8500    Carnegie Class: Other
FAX Number: (919) 488-8490    Calendar System: Other
URL: www.higherdigital.com
Established: 1992    Annual Undergrad Tuition & Fees: $30,000
Enrollment: 350    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational; Technical Emphasis
Accreditation: COE

| | |
|---|---|
| 01 | President ...................Ms. Debra A. HOOPER |

## Shaw University (D)

118 East South Street, Raleigh NC 27611-2399
County: Wake
FICE Identification: 002962
Unit ID: 199643

Telephone: (919) 546-8200    Carnegie Class: Baccalaureate-General
FAX Number: (919) 546-8301    Calendar System: Semester
URL: www.shawuniversity.edu
Established: 1865    Annual Undergrad Tuition & Fees: $9,438
Enrollment: 2,516    Coed
Affiliation or Control: Baptist    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General
Accreditation: SC, KIN, TED, THEOL

| | |
|---|---|
| 01 | President ...................Dr. Clarence G. NEWSOME |
| 03 | Executive Vice President ...................Mr. Malit PERRY |
| 05 | Acting Vice Pres Academic Affairs ...Dr. Herman THOMAS |
| 10 | Acting Vice Pres Fiscal Affairs ...........Mr. Thomas POITIER |
| 35 | Spec Asst to Pres/Actg VP Stdnt Aff ...........Dr. Claude FLYTHE |
| 15 | Asst Vice Pres Human Resources ...........Mrs. Diane CRAWFORD |
| 30 | Int VP Institutional Advancement ...Dr. Cleon THOMPSON |
| 46 | Sp Ast to Pres Strat Plng/Inst Rsrc ...........Dr. Lillie BOYD |
| 84 | Assoc VP Enrollment Management ...........Dr. Mack SOWELL |
| 35 | Spec Asst to Pres Devel/Church Rels ...Dr. Irene GILBERT-PERRY |
| 20 | Asst VP for Academic Affairs ...........Dr. Terrance LEATHERS |
| 08 | Director of the Library ...................Miss Sheila BOURNE |
| 21 | Comptroller ...................Mrs. Peta-Gaye SHAW |
| 86 | Director Records & Registration ...................Mr. Gene PAGE |
| 27 | Chief Information Officer ...........Mr. Hooshang FOROUDASTAN |
| 42 | Dean of Chapel ...................Dr. Quincy SCOTT, JR. |
| 53 | Dean College of Arts and Sciences ...........Dr. Elvira WILLIAMS |
| 55 | Dean Coll of Grad & Prof Studies ...........Dr. Joan BARRAX |
| 73 | Dean Shaw Univ Divinity School ...........Dr. James ROBERSON |
| 37 | Director of Financial Aid ...................Ms. Kaneshia EWING |
| 07 | Director of Admissions ...........Mr. Paul VANDERGRIFT |
| 08 | Director of Health Services ...........Mrs. Carolyn PARKS |
| 28 | Director of Public Relations ...........Mrs. Lachauna MASON |
| 29 | Director Alumni Affairs ...........Ms. Reekitta GRIMES |
| 35 | Director Placement ...................Ms. Juanda HOLLEY |
| 18 | Director of Physical Plant ...........Mr. Darrell DANIELS |
| 09 | Director of Institutional Research ...Mr. Brian CUMBERBATCH |
| 38 | Director Student Counseling ...........Mr. Reginald LOWERY |
| 96 | Director of Purchasing ...................Mrs. Cynthia HILL |
| 35 | Director Sponsored Programs ...........Dr. Daniel HOWARD |
| 21 | Bursar ...................Ms. Shirley FENNELL |
| 50 | Chair Dept Business/Public Admin ...................Dr. Mma KALU |
| 53 | Chair Dept Education ...................Dr. Deloris JERMAN |
| 84 | Chair Dept Natural Science/Math ...................Dr. Darryl BING |
| 76 | Chair Dept Allied Health Profession ...........Dr. Gaddis FAULCON |
| 79 | Chair Dept of Humanities ...................Dr. Frederick JONES |
| 60 | Chair Dept Mass Communication ...........Dr. Randall VOGT |
| 88 | Chair Dept Visual/Performing Arts ...........Mr. George HATCHER |
| 48 | Chair Dept Social Sciences ...................Dr. Ali ALTAIE |
| 88 | Chair Dept/Computer/Information Sci ...........Dr. Walter JOHNSON |
| 88 | Chair Dept Religion/Philosophy ...........Dr. William THURSTON |

## South College (E)

1567 Patton Avenue, Asheville NC 28806-1748
County: Buncombe
FICE Identification: 010264
Unit ID: 198242

Telephone: (828) 252-2486    Carnegie Class: Associate's
FAX Number: (828) 252-8558    Calendar System: Quarter
URL: www.southcollegenc.com
Established: 1905    Annual Undergrad Tuition & Fees: $10,800
Enrollment: 109    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: ACICS, MAC

| | |
|---|---|
| 01 | President/Owner ...................Mr. Stephen A. SOUTH |
| 05 | Dean of Academic Affairs ...........Mr. Robert A. DAVIS |
| 10 | Business Manager ...................Ms. Anne S. MOSS |
| 07 | Director of Admissions ...........Mr. Michael DARNELL |
| 37 | Financial Aid Officer ...............................Vacant |
| 08 | Head Librarian ...................Mr. Bob DAVIS |
| 13 | Director Computing & Info Mgmt ...........Ms. Cyndi SLOCUMB |

## Southeastern Baptist Theological Seminary (F)

Box 1889, Wake Forest NC 27588-1889
County: Wake
FICE Identification: 002963
Unit ID: 199759

Telephone: (919) 556-3101    Carnegie Class: Specialized-Theological

| | |
|---|---|
| | FAX Number: (919) 556-8550    Calendar System: Semester |

URL: www.sebts.edu
Established: 1950    Annual Undergrad Tuition & Fees: NA
Enrollment: 2,490    Coed
Affiliation or Control: Southern Baptist    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Professional
Accreditation: SC, THEOL

| | |
|---|---|
| 01 | President ...................Dr. Daniel L. AKIN |
| 05 | Academic Vice Pres/Dean of Faculty ...........Dr. L. Russ BUSH |

## Southern Evangelical Seminary (G)

3000 Tilley Morris Road, Matthews NC 28105
County: Mecklenburg
FICE Identification: 036115

Telephone: (704) 847-5600    Carnegie Class: Specialized-Theological
FAX Number: (704) 845-1747    Calendar System: Semester
URL: www.ses.edu
Established: 1992    Annual Undergrad Tuition & Fees: $7,050
Enrollment: 304    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Religious Emphasis
Accreditation: TRACS

| | |
|---|---|
| 01 | President ...................Dr. Norman L. GEISLER |
| 05 | Dean of the Seminary ...................Dr. Barry R. LEVENTHAL |
| 07 | Director of Admissions ...........Dr. Douglas E. POTTER |
| 10 | Business Manager ...................Mrs. Joan C. SOLHEIM |
| 08 | Librarian ...................Mr. Ronald I. JORDAHL |

## *University of North Carolina General Administration (H)

Box 2688, 910 Raleigh Road, Chapel Hill NC 27515-2688
County: Orange
FICE Identification: 002971
Unit ID: 199175

Telephone: (919) 962-1000    Carnegie Class: NA
FAX Number: (919) 962-2751
URL: www.northcarolina.edu

| | |
|---|---|
| 01 | President ...................Mrs. Molly C. BROAD |
| 05 | Sr Vice Pres Academic Affairs ...Dr. Gretchen M. BATAILLE |
| 20 | Sr Vice Pres University Affairs ...........Mr. Wayne MCDEVITT |
| 10 | Vice Pres for Finance ...................Mr. Jeffrey R. DAVIES |
| 45 | Vice Pres for Academic Planning ...........Dr. Alan R. MABE |
| 13 | Vice Pres Information Resources/CIO ...Mrs. Robyn R. RENDER |
| 88 | Vice Pres University/School Pgms ...........Dr. Richard L. THOMPSON |
| 43 | VP Legal Affairs/General Counsel ...Ms. Leslie J. WINNER |
| 46 | VP Research/Sponsored Pgms ...................Dr. Russ LEA |
| 26 | VP Communications & Strategy Devel ...Dr. Cynthia LAWSON |
| 04 | Secretary of the University ...................Mr. Bart CORGNATI |

## *Appalachian State University (I)

Boone NC 28608-0001
County: Watauga
FICE Identification: 002906
Unit ID: 197869

Telephone: (828) 262-2000    Carnegie Class: Master's I
FAX Number: (828) 262-2347    Calendar System: Semester
URL: www.appstate.edu
Established: 1899    Annual Undergrad Tuition & Fees (In-State): $3,435
Enrollment: 14,653    Coed
Affiliation or Control: State    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: SG, AAFCS, ART, AT, BUS, #CACREP, CS, DIETD, DIETI, IPSY, MFCD, MUS, NRPA, SP, SPAA, SW, TED, THEA

| | |
|---|---|
| 02 | Chancellor ...................Dr. Kenneth E. PEACOCK |
| 03 | Provost/Executive Vice Chancellor ...Dr. Stanley R. AESCHLEMAN |
| 10 | Vice Chanc Business Affairs ...................Ms. Jane P. HELM |
| 32 | Int Vice Chanc Student Development ...Ms. Cindy A. WALLACE |
| 30 | Int Vice Chanc Univ Advancement ...........Mr. Jerry L. HUTCHENS |
| 20 | Senior Assoc VC for Academic Affrs ...................Dr. Wilber WARD |
| 80 | Asc VC Dvrsty/Act Asc VC Enrol Svc ...........Dr. Harry WILLIAMS |
| 26 | Assoc VC for Cultural/Public Affs ...........Ms. Lynn DRURY |
| 23 | Asst Vice Chanc of Alumni Affairs ...........Ms. Tracey FORD |
| 43 | University Attorney ...................Mr. Dayton COLE |
| 13 | Dir Computer & Management Svcs ...........Mr. Jeff WILLIAMS |
| 06 | Registrar ...................Mr. Don RANKINS |
| 38 | Director Counsel/Psychological Svcs ...................Dr. Dan JONES |
| 37 | Director Student Financial Aid ...........Mr. Esther MANOGIN |
| 15 | Director Human Resource Services ...........Mr. Leonard JOHNSON |
| 36 | Director Career Development Center ...................Dr. David BALL |
| 09 | Dir Inst Research/Assessment Plng ...........Dr. Bobby SHARP |
| 37 | Director Summer Sessions ...............................Vacant |
| 52 | Director Equity Office ...................Dr. Linda ROBINSON |
| 51 | Director of Continuing Education ...Dr. Richard PARROTT |
| 41 | Athletic Director ...................Mr. Charles G. COBB |
| 49 | Dean College Arts & Sciences ...........Dr. Robert (Bob) D. LYMAN |
| 50 | Acting Dean College of Business ...Dr. Randal K. EDWARDS |
| 53 | Dean College of Education ...................Dr. Charles DUKE |
| 57 | Dean College of Fine/Applied Arts ...........Dr. J. Mark ESTEPP |
| 58 | Int Dean Graduate Studies/Research ...Dr. Edwina D. HUNTLEY |
| 18 | Director of Physical Plant ...........Mr. Larry BORDEAUX |
| 21 | Budget Director ...................Ms. Betsy PAYNE |
| 35 | Director of Students ...................Ms. Susie GREENE |
| 07 | Director of Admissions ...................Mr. Paul HIATT |
| 96 | Director of Purchasing ...................Mr. Bill RAGAN |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

Chancellor ............................................. Dr. Hollis L. GREEN
President .......................................... Dr. Rebecca E. TUCKER
Chief Academic Officer .................... Dr. Theodore H. KITTELL
Director Admissions .................................... Mr. John R. SELF
Head Librarian ............... Dr. Miriam D. DUILLON-FODERINGHAM
Director Institutional Research ...... Dr. Larry A. STANDRIDGE
Bursar ......................................... Ms. Joanne B. PHILLIPS
Dean ........................................... Dr. Eunice H. REYNOLDS
Director Alumni Relations ................ Dr. James E. HITTE
Director Student Services ............... Ms. Clarena N. SPENCER
Director Financial Aid ............................. Ms. Gail P. GREEN
Chaplain ................................................................. Vacant
Director Planned Gifts ............................. Mr. David KERR

### [remington] College (A)

[...]0 Nonconnah Boulevard, Suite 160,
[...]mphis TN 38132-2110
[...]nty: Shelby                              Identification: 666062
[...]phone: (901) 345-1000                  Carnegie Class: Other
[...]X Number: (901) 396-8310
[...]: www.remingtoncollege.edu
[...]ablished: 1987               Annual Undergrad Tuition & Fees: $10,497
[...]llment: 700                                          Coed
[...]ation or Control: Proprietary           IRS Status: Proprietary
[...]hest Offering: Baccalaureate
[...]gram: Occupational; 2-Year Principally Bachelor's Creditable
[...]reditation: ACCSCT

[...] President .......................................... Dr. Lori K. MAY

Branch campus of Remington College, Mobile, AL.

### [remington] College (B)

[...]1 Donelson Pike, Suite 150, Nashville TN 37214
[...]nty: Davidson                             Identification: 666307
[...]phone: (615) 889-5520                  Carnegie Class: Other
[...]X Number: (615) 889-5528
[...]: www.remingtoncollege.edu
[...]ablished: 2003               Annual Undergrad Tuition & Fees: N/A
[...]llment: N/A                                          Coed
[...]ation or Control: Proprietary           IRS Status: Proprietary
[...]hest Offering: Associate Degree
[...]gram: Occupational
[...]reditation: ACCSCT

[...] President .......................... Ms. Barbara HOLLIMAN

### Rhodes College (C)

[...]00 North Parkway, Memphis TN 38112-1690
[...]nty: Shelby                          FICE Identification: 003519
                                               Unit ID: 221351
[...]phone: (901) 843-3000    Carnegie Class: Baccalaureate-Liberal Arts
[...]X Number: (901) 843-3718            Calendar System: Semester
[...]: www.rhodes.edu
[...]ablished: 1848               Annual Undergrad Tuition & Fees: $27,874
[...]llment: 1,633                                        Coed
[...]ation or Control: Presbyterian Church (U.S.A.)    IRS Status: 501(c)3
[...]hest Offering: Master's
[...]gram: Liberal Arts and General
[...]creditation: SC

[...] President/CEO ............................ Dr. William E. TROUTT
Dean of the College .................... Dr. Robert R. LLEWELLYN
VP for Finance & Business Affairs .............. Mr. J. Allen BOONE
Dean of Admissions/Financial Aid .......... Mr. David J. WOTTLE
Dean of Students Affairs .............. Dr. William B. STACKMAN
Vice Pres for Information Services .... Dr. Robert M. JOHNSON, JR.
Vice Pres for External Programs ............ Ms. Beverly K. BOND
Assoc Dean of External Programs ........ Dr. Charles N. LANDRETH
Associate Dean of Students ................... Ms. Carol E. CASEY
Assoc Dean of Academic Affairs .......... Dr. John W. SHAFFER
Assoc Dean of Academic Affairs ...... Dr. Katheryn WRIGHT
Assoc Dean of Academic Affairs .......... Dr. John S. OLSEN
Assoc Dean of Academic Affairs .... Dr. Robert J. STRANDBURG
Registrar .................................... Mr. Glenn W. MUNSON
Director of Financial Aid ................... Mr. Arthur M. STUART
Librarian .......................................... Ms. Lynne M. BLAIR
Comptroller ................................ Mr. N. P. MCWHIRTER
Director of Alumni Relations ............. Mr. Warren A. RICHEY
Director of Human Resources ......... Ms. Claire R. SHAPIRO
Director of Inf Tech Services ......... Dr. L. Charles LEMOND
Director of Campus Safety ............ Mr. John R. BLAISDELL
Director of Athletics ..................... Mr. Michael T. CLARY
Director of Athletics ...................... Ms. Sandra G. TRACY
Director of Counseling Services .......... Mr. Robert B. DOVE
Director of Physical Plant .................... Mr. Brian E. FOSHEE
Director of Planned Giving ............ Ms. Roberta B. MATTHEWS
Exec Director of Communications ........ Ms. Daney O. KEPPLE
Assoc Director of Inst Research ................................. Vacant
Exec Assistant to the President ............ Ms. Melody H. RICHEY

### [South] College (D)

[...]00 Hayfield Road, Knoxville TN 37922
[...]nty: Knox                           FICE Identification: 004938
                                               Unit ID: 220552
[...]phone: (865) 251-1800               Carnegie Class: Associate
[...]AX Number: (865) 470-8730           Calendar System: Quarter
[...]RL: www.southcollegetn.edu

[...]                                  Annual Undergrad Tuition & Fees: $14,800
Enrollment: 622                                          Coed
Affiliation or Control: Proprietary      IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, MAC, OTA, PTAA

01 President ...................................... Mr. Stephen A. SOUTH
05 Vice Pres Academic/Student Affairs ........ Dr. Kim B. HALL
07 Director of Admissions ..................... Ms. Walter HOSEA
08 Librarian ........................................... Ms. Mary MCHUGH
10 Financial Director .................... Mr. Larry BROADWATER
30 Job Placement Director .................. Mr. Gary TAYLOR
35 Student Affairs Director ............... Ms. Barbara BRIMI

### Southeastern Career College- Nashville (E)

2416 21st Avenue, South, #300, Nashville TN 37212
County: Davidson                         FICE Identification: 023262
Telephone: (615) 269-9900               Carnegie Class: Other
FAX Number: (615) 297-6678              Calendar System: Other
URL: www.southeasterncareercollege.com
Established: 1981               Annual Undergrad Tuition & Fees: N/A
Enrollment: 300                                          Coed
Affiliation or Control: Proprietary      IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: COE

01 Executive Director ..................... Ms. Donna CLARKIN

### Southern Adventist University (F)

Box 370, 4881 Taylor Circle, Collegedale TN 37315-0370
County: Hamilton                         FICE Identification: 003518
                                               Unit ID: 221661
Telephone: (423) 236-2000    Carnegie Class: Baccalaureate-General
FAX Number: (423) 236-1000              Calendar System: Semester
URL: www.southern.edu
Established: 1892               Annual Undergrad Tuition & Fees: $14,020
Enrollment: 2,381                                        Coed
Affiliation or Control: Seventh-day Adventist    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: SC, ADNUR, MUS, NUR, SW, TED

01 President ...................................... Dr. Gordon BIETZ
05 Vice Pres Academic Administration ...... Dr. Steve PAWLUK
12 Vice Pres for Finance & Business Affairs .... Mr. Dale J. BIDWELL
32 Vice Pres Student Services ........... Dr. William R. WOHLERS
35 Vice Pres Marketing/Enrollment ...... Mrs. Vinita R. SAUDER
33 Vice President Advancement .................. Mr. Chris JAMES
09 Director Inst Research/Planning ......... Mr. Robert BENGE
08 Director of Libraries ................. Ms. Genevieve COTTRELL
06 Director Records & Advisement .................. Ms. Joni I. ZIER
07 Dir of Admissions/Student Finance .... Mr. Marc A. GRUNDY
13 Director of Computer Center .......... Mr. Harry L. HICKS
15 Director Personnel Services .......... Mrs. Pat COVERDALE
26 Chief Public Relations Officer ............. Ms. Ruthie GRAY
29 Director Alumni Relations ............ Mr. Jim WAMPLER
38 Director Student Counseling ........... Mr. Dwight E. MAGERS
33 Dean of Men ............................. Mrs. Sharon L. ENGEL
50 Dean School of Business/Mgmt .... Dr. Donald C. VAN ORMAN
53 Dean School of Education/Psych ...... Dr. Alberto DOS SANTOS
57 Dean School of Visual Art/Design ......... Mr. John WILLIAMS
60 Dean School of Journalism/Comm ....... Dr. Volker HENNING
64 Dean School of Music ...................... Dr. Scott BALL
66 Dean School of Nursing .................. Dr. Barbara JAMES
68 Dean Sch of Phys Ed/Health/Wellness ...... Dr. Phil GARVER
72 Dean School of Religion .............. Dr. Ron E. M. CLOUZET
77 Dean School of Computing ............. Dr. Jared A. BRUCKNER
30 Dean World/Family Studies ............. Dr. Rene DRUMM
73 Chair Social Work/Family Studies ......... Mr. Dale WALTERS
72 Chair Technology ....................... Dr. Arthur RICHERT
84 Chair Mathematics ..................... Dr. Henry KUHLMAN
76 Chair Biology/Allied Health ............. Dr. Rhonda J. SCOTT
83 Chair Chemistry ...................... Dr. Wilma K. MCCLARTY
88 Chair English ......................... Dr. Ben G. MCARTHUR
89 Chair History ......................... Dr. Ben G. MCARTHUR
84 Chair Modern Languages ............. Dr. Carlos P. PARRA
89 Chair Physics ....................... Dr. Ben E. CAVINESS

### Southern College of Optometry (G)

1245 Madison Avenue, Memphis TN 38104-2222
County: Shelby                           FICE Identification: 003517
                                               Unit ID: 221670
Telephone: (901) 722-3200               Carnegie Class: Specialized-Other Health
FAX Number: (901) 722-3279              Calendar System: Quarter
URL: www.sco.edu
Established: 1932               Annual Graduate Tuition & Fees: $19,560
Enrollment: 475                                          Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Doctorate; No Undergraduates
Program: Professional
Accreditation: SC, OPT, OPTR

01 President ...................................... Dr. William E. COCHRAN
05 Vice Pres Academic Affairs .......... Dr. Charles L. HAINE
30 Vice Pres of Inst Advancement .......... Dr. Lisa R. WADE

10 Vice Pres of Financial Affairs ......... Mr. Eugene J. BAGAGLIO
17 Vice Pres of Clinical Programs ........ Dr. James H. BURKE
32 Dean of Students/Financial Ofcr ....... Mr. Joe H. HAUSER
06 Director of Records/Admissions .......... Mr. Joe H. HAUSER
08 Director of Library ..................... Ms. Nancy L. GATLIN

### Temple Baptist Seminary (H)

1815 Union Avenue, Chattanooga TN 37404-3530
County: Hamilton                         FICE Identification: 034873
Telephone: (423) 493-4221   Carnegie Class: Specialized-Theological
FAX Number: (423) 493-4558              Calendar System: Semester
URL: www.templebaptistseminary.edu
Established: 1948               Annual Graduate Tuition & Fees: $4,480
Enrollment: 212                                          Coed
Affiliation or Control: Baptist
Highest Offering: Doctorate; No Undergraduates    IRS Status: 501(c)3
Program: Religious Emphasis
Accreditation: TRACS

01 President ...................................... Dr. James D. LOVETT
05 Academic Dean ........................... Mr. Gregory STEPHENS
10 Director of Business Affairs .......... Mr. Micheal PARISH
32 Director of Student Development ......... Dr. Roger MARTIN
08 Librarian .................................. Mr. Kevin WOODRUFF
06 Registrar ................................. Mr. Richard VAUPEL

### *Tennessee Board of Regents Office (I)

1415 Murfreesboro Road, Nashville TN 37217-2833
County: Davidson                         FICE Identification: 029031
                                               Unit ID: 409379
Telephone: (615) 366-4400
FAX Number: (615) 366-4464              Calendar System: N/A
URL: www.tbr.state.tn.us

01 Chancellor .............................. Dr. Charles W. MANNING
11 Vice Chanc Admin & Fac Mgmt ...... Mr. David B. GREGORY
05 Vice Chanc Academic Affairs ....... Dr. Paula MYRICK SHORT
10 Vice Chanc Business & Finance ......... Mr. Robert ADAMS
12 Vice Chanc Tn Technology Centers ........... Mr. James KING
13 Vice Chanc Information Systems ......... Mr. Tom DANFORD
43 General Counsel ...................... Ms. Christine A. MODISHER
16 Asst Vice Chanc Business .............. Mr. Renald J. SIMMONS
16 Asst Vice Chanc Human Resources ...... Ms. Debbie G. JOHNSON
09 Asst Vice Chanc Research/Assessment .... Dr. George E. MALO
21 Asst Vice Chanc Business .............. Ms. Reene STEWART
20 Ex Dir Renals Ctr/Assoc
        VC Acad ................... Dr. Robbie KENDALL-MELTON
22 Assoc Vice Chanc Academics ........... Dr. Treva G. BERRYMAN
23 Assoc Vice Chanc Academics ............ Dr. S. Kay CLARK
26 Director of Communications ............ Ms. Mary MORGAN

### *Austin Peay State University (J)

601 College Street, Clarksville TN 37044-0002
County: Montgomery                       FICE Identification: 003478
                                               Unit ID: 219602
Telephone: (931) 221-7011               Carnegie Class: Master's I
FAX Number: (931) 221-7475              Calendar System: Semester
URL: www.apsu.edu
Established: 1927   Annual Undergrad Tuition & Fees (In-State): $4,635
Enrollment: 8,650                                        Coed
Affiliation or Control: State                    IRS Status: 501(c)3
Highest Offering: Beyond Master's But Less Than Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: SC, ART, MT, MUS, NUR, SW, TED

02 President ...................................... Dr. Sherry L. HOPPE
05 Provost/VP Acad & Student Svcs ......... Dr. Bruce W. SPECK
10 Vice Pres for Finance & Admin ........ Mr. Mitch ROBINSON
43 VP Legal Affairs & Strategic Plan ..... Mr. Richard E. JACKSON
20 Assoc Vice Pres Academic Affairs .... Dr. Houston D. DAVIS
35 Assoc Vice Pres Student Affairs ............ Dr. Diane BERTY
33 Vice Pres for University Advancement ........ Mr. J. Allal IRBY
44 Asst Vice Pres for Finance ............. Mr. J. Roy GREGORY
39 Exec Director Univ Advancement ......... Mr. Shelia BOONE
26 Director Alumni & Annual Giving ....... Ms. Sonja STEWART
21 Budget Officer ........................ Ms. Sonja DIEHR
48 Dean Col Arts & Letters .............. Dr. James SIEHR
51 Dean Col Science & Math .............. Dr. Galeas HUNT
53 Dean Col Prof Prog/Soc Sci .......... Dr. Thomas BUTTERY
55 Dean Col Education .................. Dr. Charles PINDER
58 Dir Institute for Global Securities ..... Mr. J. Greg KAUFMAN
50 Dean Extended & Distance Educ ...... Dr. Stanley L. GROPPEL
04 Dean of Enrollment Management ...... Dr. Harriett MCQUEEN
08 Director Library ...................... Ms. Deborah FETCH
14 Director of Computer Services ......... Mr. Charles B. WALL
09 Dir Inst Research & Effectiveness ...... Mr. Gregory SCHUTZ
07 Director of Admissions ............... Mr. Scott MCDONALD
12 Director of Physical Plant ........... Ms. Teresia WRIGLEY
18 Director of Physical Plant ............. Mr. Ben PRATT
27 Director of Sports Publicity .......... Mr. Brad J. KIRTLEY
26 Exec Dir Marketing/Public Rels ........ Ms. Dennie B. BURKE
37 Int Dir of Student Financial Aid ....... Ms. Donna PRICE
38 Director Career Services ............ Ms. Barbara BLACKSTON
35 Assistant Dean of Students ......... Ms. Barbara A. PHILLIPS
44 African American Cultural Ctr .......................... Vacant
84 Exec Dir APSU Fort Campbell ....... Mr. Gerald R. BEAVERS
15 Director Human Resources ........................... Vacant
39 Director Public Safety ................... Mr. Joe SHELTON
39 Director Housing/Resident Life ........... Mr. F. Joe MILLS

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | |
|---|---|
| 06 Registrar | Vacant |
| 70 Dir Research and Planning | Mr. Rob SIMAS |
| 09 Dir Employment Development Ofcr | Mr. Zaler SUN |
| 18 Int Information Officer | Ms. Nancy HOPKINS |
| 27 Director Computer Services | Mr. James ENNIS |
| 14 Int Dean Counseling/Guidance & DSP ..... Dr. Phyllis PETERSON |
| 83 Dean URRITIA | Mr. John URRITIA |
| 50 Dean Business Division | Vacant |
| 48 Dean App/Applied Arts/Behav Sci | Vacant |
| 37 Dean PE & Athletics | Mr. Bob MYERS |
| 41 Dean Humanities | Ms. Kathy ROSENGREN |
| 51 Dean Mathematics | Dr. David REDFIELD |
| 78 Dean Health Occupations | Ms. Fran BROWN |
| 75 Dean Trade/Technical | Mr. Robert JOHNSON |

## Sonoma College-Petaluma (A)

1304 South Point Boulevard, Ste 280, Petaluma CA 94954

County: Sonoma — Identification: 666277
Telephone: (707) 283-0800 — Carnegie Class: Other
FAX Number: (707) 283-0808 — Calendar System: Other
URL: www.sonomacollege.com
Established: 1992 — Annual Undergrad Tuition & Fees: $22,500
Enrollment: N/A — Coed
Affiliation or Control: Proprietary — IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ABHES, PTAA

| | |
|---|---|
| 01 President | Mr. Joseph STALCUP |
| 02 Chief Administrator | Ms. Attila LORINCZI |

## Sonoma College-San Francisco (B)

301 Howard Street, Suite 510, San Francisco CA 94105

County: San Francisco — Identification: 666278
Telephone: (415) 543-1803 — Carnegie Class: Other
FAX Number: (415) 543-1883 — Calendar System: Other
URL: www.sonomacollege.com
Established: 1992 — Annual Undergrad Tuition & Fees: $22,500
Enrollment: N/A — Coed
Affiliation or Control: Independent Non-Profit — IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ABHES

| | |
|---|---|
| 01 President | Mr. John STALCUP |
| 02 Chief Administrator | Ms. Attila LORINCZI |

## South Baylo University (C)

1126 North Brockhurst Street, Anaheim CA 92801

County: Orange — FICE Identification: 025973
— Unit ID: 123633
Telephone: (714) 533-1495 — Carnegie Class: Specialized-Other Health
FAX Number: (714) 533-6040 — Calendar System: Quarter
URL: www.southbaylo.edu
Established: 1977 — Annual Undergrad Tuition & Fees: $11,000
Enrollment: 700 — Coed
Affiliation or Control: Independent Non-Profit — IRS Status: 501(c)3
Highest Offering: First Professional Degree
Program: Professional
Accreditation: ACUP

| | |
|---|---|
| 01 President | Dr. David PARK |
| 09 Vice Pres Institut Planning/Devel | Dr. Tony TRAN |
| 73 Academic Dean/Oriental Medicine | Dr. Hong FENG |
| 12 Administrative Dean | Dr. David KWON |
| 07 Admissions Dean | Dr. Melvin SHIRER |
| 46 Director of Research Division | Dr. Clark DANIELSON |
| 06 Registrar | Ms. Annie CHANG |
| 10 Treasurer | Dr. Siavash BABADI |
| 13 Personnel Director | Mrs. Sohila MOHIYEDDINI |
| 88 Program Coordinator | Dr. Soonock YIM |
| 15 Dir Public Relations Officer | Mr. Patrick LATIMER |
| 28 Director Alumni Relations | Dr. Seung Wook LEE |
| 38 University Librarian | Dr. Edwin Y. FULLICK |
| 27 Director Computer Information Ctr | Dr. Joshua CHUNG |
| 08 Clinic Director | Dr. Kathy LIN |
| 31 Fiscal Officer | Ms. Michelle JANG |
| 37 Financial Aid Director | Ms. Margerita RUITO |
| 20 Associate Academic Officer | Dr. Mar LAYYOUS |
| 03 Director Student Affairs | Ms. Christine TRAN |
| 33 Director Student Counseling | Mr. David KARABA |
| 88 Assistant Registrar | Mrs. Stephanie LEE |

## South Coast College (D)

2011 West Chapman Avenue, Orange CA 92868

County: Orange — FICE Identification: 022774
Telephone: (714) 867-5009 — Carnegie Class: Other
FAX Number: (714) 867-5026 — Calendar System: Quarter
URL: www.southcoastcollege.com
Established: 1961 — Annual Undergrad Tuition & Fees: $8,550
Enrollment: 405 — Coed
Affiliation or Control: Proprietary — IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS

| | |
|---|---|
| 01 President | Ms. Jean GONZALEZ |
| 07 Director of Admissions | Ms. Gina ATKINS |

## *South Orange County Community College District (E)

28000 Marguerite Parkway, Mission Viejo CA 92692-3697

County: Orange — FICE Identification: 033433
— Unit ID: 432144
Telephone: (949) 582-4500 — Carnegie Class: N/A
FAX Number: (949) 364-2726
URL: www.soccd.org

| | |
|---|---|
| 01 Chancellor | Dr. Raghu P. MATHUR |
| 10 Deputy Vice Chanc Admin/Bus Svcs ...... Mr. Gary L. POERTNER |
| 05 Vice Chanc Educational Services | Dr. Thomas F. ANDERSON |
| 13 Director Information Technology | Dr. Allan MAC DOUGALL |
| 26 Director Dist Public Information | Ms. Tracy DALY |

## *Irvine Valley College (F)

5500 Irvine Center Drive, Irvine CA 92618-4399

County: Orange — FICE Identification: 025395
— Unit ID: 116439
Telephone: (949) 451-5100 — Carnegie Class: Associate's
FAX Number: (949) 451-5270 — Calendar System: Semester
URL: www.ivc.edu
Established: 1979 — Annual Undergrad Tuition & Fees (In-District): $780
Enrollment: 12,500 — Coed
Affiliation or Control: State/Local — IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: WJ

| | |
|---|---|
| 02 President | Dr. Glenn R. ROQUEMORE |
| 05 Vice Pres Instruction | Dr. Dennis W. WHITE |
| 10 College Budget Manager | Ms. Beth MUELLER |
| 32 Vice Pres Student Services | Dr. Gwen VENDLEY |
| 47 Dean Advanced Technology | Dr. Susan COOPER |
| 59 Dean Student & Counseling | Dr. Elizabeth CIPRES |
| 50 Dean Business/Social Sciences | Ms. Susan L. CORUM |
| 79 Dean Humanities/Fine Arts/Libr Svcs .... Dr. Karima BENREMOUGA |
| 57 Dean Health Sci/Phys Educ/Athletic ...... Mr. Keith SHACKLEFORD |
| 30 Dean Math/Sciences/Engineering | Vacant |
| 10 Director Human Resources | Mr. Al TELLO |
| 07 Director Admiss/Records/Enroll Svcs ...... Mr. John EDWARDS |
| 18 Director Facilities & Maintenance | Mr. Wayne WARD |
| 19 Chief of Police | Mr. Owen KREZA |
| 88 Director Child Development Center | Ms. Becky THOMAS |
| 57 Director Financial Aid | Mr. Darryl COX |
| 35 Director Student Affairs | Ms. Helen LOCKE |
| 31 Director of Outreach/Community Rels ...... Ms. Donna SNEED |
| 14 Director Technology Services | Mr. Tran HOANG |
| 33 Dir Emeritus Inst/Cmty/Contract Ed ..... Mr. David ANDERSON, JR. |
| 88 Director CACT Project | Dr. Larry DE SHAZER |
| 02 Registrar | Mr. Ben GUZMAN |

## *Saddleback College (G)

28000 Marguerite Parkway, Mission Viejo CA 92692-3635

County: Orange — FICE Identification: 008918
— Unit ID: 122205
Telephone: (949) 582-4500 — Carnegie Class: Associate's
FAX Number: (949) 347-0438 — Calendar System: Semester
URL: www.saddleback.edu
Established: 1968 — Annual Undergrad Tuition & Fees (In-District): $456
Enrollment: 24,844 — Coed
Affiliation or Control: State/Local — IRS Status: 501(c)3
Highest Offering: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: WJ, ADNUR, EMT

| | |
|---|---|
| 02 President | Dr. Richard MCCULLOUGH |
| 05 Vice President Instruction | Dr. Rajen VURDIEN |
| 32 Vice President Student Services | Dr. Juan S. TELSON |
| 07 Director Admissions | Ms. Jane ROSENKRANS |
| 06 Registrar | Ms. Joyce SEMANIK |
| 09 Research Analyst | Mr. Deluxe INDJONG |
| 19 Director Security/Safety | Mr. Harry PARMER |
| 27 Director Public Information/Mktg | Vacant |
| 30 Director Foundation | Ms. Michelle ANSTADT |
| 18 Dean Counseling Services | Ms. Jan CHUMAN |
| 35 Director Student Affairs | Ms. Maria BESNARD |
| 10 Chief Business Officer | Ms. Carol HILTON |
| 13 Director Personnel Services | Ms. Tedd LORCH |
| 18 Chief Facilities/Physical Plant | Mr. John DZUROVICH |
| 28 Director Alumni Relations | Ms. Penny SKAFF |
| 85 Director International Services | Ms. Norma YANNI |
| 31 Director Honors Program | Ms. Amy AHEARN |
| 57 Dean Fine Arts | Mr. Rocco CIFONE |
| 75 Dean Vocational Educ/Business Sci ...... Mr. Ken PATTON |
| 61 Dean Health Science/Human Svcs ...... Dr. Kathleen WINSTON |
| 51 Dean Math/Science & Engineering ...... Dr. James WRIGHT |
| 62 Dean Learning Resources | Dr. Kevin O'CONNOR |
| 79 Dean Liberal Arts/Learning Res | Dr. Kevin O'CONNOR |
| 63 Dean Social & Behavioral Sciences ...... Dr. Patricia FLANIGAN |
| 72 Dean Tech Appl Science | Mr. Don TAYLOR |
| 68 Dean Physical Educ/Athltc Dir | Mr. Tony LIPOLD |
| 37 Assistant Dean Financial Aid | Vacant |
| 19 Director of Purchasing | Mr. Raul VILLALBA |

## Southern California College of Optometry (H)

2575 Yorba Linda Boulevard, Fullerton CA 92831-1699

County: Orange — FICE Identification: 001230
— Unit ID: 123943
Telephone: (714) 870-7226 — Carnegie Class: Specialized-Other Health
FAX Number: (714) 879-9834 — Calendar System: Quarter
URL: www.scco.edu
Established: 1904 — Annual Undergrad Tuition & Fees: $23,625
Enrollment: 380 — Coed
Affiliation or Control: Independent Non-Profit — IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Professional
Accreditation: WC, OPT, OPTR

| | |
|---|---|
| 01 President | Dr. Lesley L. WALLS |
| 05 Vice Pres/Dean Academic Affairs ...... Dr. Morris S. BERMAN |
| 36 Vice Pres for Advancement | Mr. William E. FEATON, JR. |
| 17 Vice Pres of Clinical Affairs | Dr. John NISHIMOTO |
| 32 Vice President of Student Affairs ...... Dr. Lorraine I. VOORHEES |
| 10 Controller | Ms. Lisa ALBERS |
| 46 Associate Dean for Research | Dr. Jerry NACE |
| 18 Director Campus Operations | Ms. Lee Ann JONES |
| 31 Director Continuing Education | Ms. Susan ATKINSON |
| 25 Director Invest & Restricted Funds ...... Mr. Cameron R. BENSON |
| 13 Director Human Resources | Ms. Catherine CROSBIE |
| 27 Director Communications | Vacant |
| 29 Director Publications | Ms. Debra J. MARKS |
| 28 Director Alumni Relations | Vacant |
| 27 Director Computer Services | Mr. Gary W. GRAY |
| 37 Director Financial Aid | Ms. Tami A. SATO |
| 07 Admissions Officer | Ms. Dawn BUNCH |
| 08 Director of Library Services | Ms. Donnajean MATTHEWS |
| 40 Manager Campus Store | Ms. Debra ANDERSON |
| 08 Director Audio/Visual Services | Mr. Emie CARRILLO |

## Southern California Institute of Architecture (I)

960 East 3rd Street, Los Angeles CA 90013

County: Los Angeles — FICE Identification: 020758
— Unit ID: 123952
Telephone: (213) 613-2200 — Carnegie Class: Specialized-Art/Music/Design
FAX Number: (213) 613-2260 — Calendar System: Trimester
URL: www.sciarc.edu
Established: 1972 — Annual Undergrad Tuition & Fees: $19,416
Enrollment: 469 — Coed
Affiliation or Control: Independent Non-Profit — IRS Status: 501(c)3
Highest Offering: Master's
Program: Professional
Accreditation: WC

| | |
|---|---|
| 01 President | Mr. Eric O. MOSS |
| 04 Assistant to the President | Ms. Lindsay AYDELOTT |
| 05 Graduate Program Director | Ms. Hsin-Ming FUNG |
| 48 Undergraduate Program Director | Mr. Chris GENIK |
| 10 Controller | Ms. Sue ALI |
| 13 Human Resources Director | Ms. Alison SNOW |
| 07 Admissions Coordinator | Ms. Wenona COLINCO |
| 37 Financial Aid Manager | Ms. Lina JOHNSON |
| 29 Director of Development | Mrs. Christina SCHULTZ |
| 08 Library Manager | Mr. Kevin MCMAHON |
| 90 Computer Resources Manager | Mr. Vic JABRASSIAN |
| 88 Wood & Metal Shopmaster | Mr. Jeff MCKIBBAN |
| 88 Wood & Metal Shopmaster | Mr. Katsumi MOROI |
| 20 Academic Counselor | Mr. William SIMONIAN |
| 06 Registrar/Counselor/Chief of Staff ...... Ms. Lisa RUSSO |
| 27 Publications Coordinator | Vacant |

## Southern California Institute of Technology (J)

1900 West Crescent Avenue, Bldg. A, Anaheim CA 92801-3801

County: Orange — FICE Identification: 031136
— Unit ID: 399869
Telephone: (714) 520-5552 — Carnegie Class: Specialized-Engineering/Tech
FAX Number: (714) 520-4520 — Calendar System: Quarter
URL: www.scit-scu.edu
Established: 1987 — Annual Undergrad Tuition & Fees: $5,100
Enrollment: 350 — Coed
Affiliation or Control: Proprietary — IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Technical Emphasis
Accreditation: ACCSCT

| | |
|---|---|
| 01 President | Dr. Parviz SHAMS |
| 03 Vice President | Mrs. Nazila SHAMS |
| 32 Director of Student Services | Mrs. Emily BUFF |
| 07 Director of Admissions | Mrs. Soheila SABOURY |

## Southern California Seminary (K)

2075 East Madison Avenue, El Cajon CA 92019-1108

County: San Diego — FICE Identification: 033323
— Unit ID: 117575
Telephone: (619) 442-9841 — Carnegie Class: Other
FAX Number: (619) 442-4510 — Calendar System: Quarter
URL: www.socalsem.edu
Established: 1946 — Annual Undergrad Tuition & Fees: $8,100

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

29 Director of Alumni Affairs .......... Mrs. Gloria B. MOULTRIE
08 Grants/Sponsored Research Officer ... Dr. William BELISLE
25 Registrar ................................. Ms. Gladys ALLEN
06 University Comptroller ................ Dr. Gerald J. WILLIAMS
37 Librarian ................................... Dr. Mary PENNY
18 Director of Financial Aid ............... Ms. Ursula SHORTY
37 Director of Student Placement ......... Mr. Joseph MARION
19 Director Information Technology ....... Mr. Edmond CUMMINGS
14 Director Personnel Services ........... Mrs. Theola S. CAITON
09 Director Security/Safety ................ Ms. Leatrice WARREN
23 Assoc Vice Chanc Academic Affairs ..... Dr. Matthew CAUSEY
23 Director Health Services ............... Dr. Walter J. BARIAL
27 Director Educational Media ............. Mr. Andrew BUTLER
24 Asst to Chanc Univ Communications ..... Mr. Robert MILLER
41 Athletic Director ....................... Mr. Earl R. HILL
30 Dir of Institutional Advancement ...... Mrs. Cheryl CRAMER
02 Dir of Admissions/Recruitment ......... Mr. Timotea BAILEY
13 Director Residential Facilities ...... Ms. Glenda M. MARZETT
29 Dir Plng/Rsrch/Evaluation ............. Mrs. Irene HOWARD
84 Director of Enrollment Management ..... Mr. Robert THOMAS
07 Director of Purchasing ................. Ms. Carolyn RAINEY
95 Dean Evening/Weekend College .......... Dr. Donald DEVORE
70 Dean School of Social Work ............ Dr. Millie M. CHARLES
50 Dean College of Business .............. Dr. Ugwe UDEH
52 Dean Graduate Programs ................ Dr. Leetta ALLEN-HAYNES
58 Dean College of Science ............... Dr. Joseph OMOJOLA
88 Dean Junior Division .................. Dr. Clara WILSON-COOK
53 Dean College of Education ............. Dr. Rose DUHON-SELLS

## *Southern University at Shreveport- (A) Louisiana

3050 Martin Luther King Drive, Shreveport LA 71107-4795
County: Caddo                    FICE Identification: 007686
                                           Unit ID: 160649
Telephone: (318) 674-3300        Carnegie Class: Associate's
FAX Number: (318) 674-3374       Calendar System: Semester
URL: www.susla.edu
Established: 1964    Annual Undergrad Tuition & Fees (In-State): $1,094
Enrollment: 2,331                                        Coed
Affiliation or Control: State              IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, DH, MLTAD, NAIT, RAD, RSTH, SURGT

02 Chancellor .............................. Dr. Ray L. BELTON
04 Spec Asst to Chanc/Dir Univ Rels ...... Mr. Theron J. JACKSON
04 Admin Secretary to the
    Chancellor ............... Ms. Carolyn S. WEBB-WILTSHIRE
05 Vice Chanc Academic Affairs ........... Dr. Emmanuel C. ABURIME
10 Vice Chanc for Fiscal Affairs ......... Mr. Benjamin W. PUGH
31 Int VC Cmty Outreach/Workforce Dev .... Mrs. Janice SNEED
32 Vice Chanc Student Affs/Athletics ..... Dr. Sharon F. GREEN
84 Assoc Vice Chanc Enrollment Mgt ....... Ms. Teresa JONES
80 Registrar ............................ Ms. Mahalier L. BROOM
08 Librarian .............................. Dr. Orella R. BRAZILE
33 Director of Student Activities ........ Ms. Melva K. TURNER
51 Director of Continuing Education ...... Mrs. Arcenia ANTHONY
14 Director of Counseling Services ....... Mrs. Wanda W. LEWIS
07 Director of Recruitment ............... Mr. Ted SCOTT
37 Director of Financial Aid ............. Mrs. Linda V. HINES
26 Coordinator Media/Public Relations .... Ms. Hazel L. PHILLIPS
83 Dir Chair Behavioral Sciences/Educ .... Mrs. Roslyn J. HOLT
50 Div Chair Business Studies ............ Mr. George LEWIS, III
79 Div Chair for Humanities .............. Mrs. June PHILLIPS
72 Div Chair Science & Technology ........ Dr. Barry C. HESTER
47 Dir Chair for Allied Health ........... Mr. Gerald GARNER
46 Dir Inst Rsrch/Grants & Sprsrd Pgms ... Mrs. Eddie J. CHEATHAM
31 Director of Information Technology .... Dr. Gabriel FAGBEYIRO
88 Director Student Support Services ..... Mrs. Valley C. PAYNE
75 Director Aerospace Technology ......... Mr. Concepcion RODRIGUEZ
38 Director Counseling Center ............ Ms. Rubie J. SCERE
14 Director Human Resources .............. Ms. Diane H. NEAL
07 Director of Purchasing ................ Ms. Sophia JACKSON-LEE
18 Directory Physical Plant Facilities ... Mr. Layne J. CHENEVERT
81 Director of Testing Center ............ Mr. Charlie J. WILLIAMS
21 University Budget Officer ............. Ms. Regina WINN
72 Director Radiologic Technology ........ Ms. Sheila SWIFT
88 Ex Dir TRIO Cmty Outrch/Talent Srch ... Mrs. Carrie ROBINSON
53 Director Dental Hygiene ............... Mrs. Kheysia H. WASHINGTON

## Southwest University (B)

2200 Veterans Boulevard, Kenner LA 70062
County: Jefferson                    Identification: 666310
Telephone: (504) 468-2900        Carnegie Class: Other
FAX Number: (504) 468-3213       Calendar System: Semester
URL: www.southwest.edu
Established: 1982    Annual Undergrad Tuition & Fees: $4,125
Enrollment: 355                                          Coed
Affiliation or Control: Proprietary      IRS Status: Proprietary
Highest Offering: Master's
Program: Professional
Accreditation: DETC

01 Administrator ......................... Dr. Reg SHELDRICK
03 Director of Education ................. Dr. Grayce LEE
01 Administrative Officer ................ Mr. Neil FEYER

## Tulane University (C)

6823 St. Charles Avenue, New Orleans LA 70118-5698
County: Orleans                      FICE Identification: 002029
                                           Unit ID: 160755

Telephone: (504) 862-8000        Carnegie Class: Doctoral/Research Ext
FAX Number: (504) 865-5202       Calendar System: Semester
URL: www.tulane.edu
Established: 1834    Annual Undergrad Tuition & Fees: $33,346
Enrollment: 12,693                                       Coed
Affiliation or Control: Independent Non-Profit
                                     IRS Status: 501(c)3
Highest Offering: Doctoral
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: SC, BUS, CS, DIETI, ENG, ENGR, HSA, IPSY, LAW, MED, PH, SCPSY, SW

01 President ............................ Dr. Scott S. COWEN
02 Senior Vice Pres Health Sciences ...... Dr. Paul K. WHELTON
43 General Counsel ....................... Ms. Victoria D. JOHNSON
10 Sr Vice Pres for Operations & CFO ..... Mr. Anthony P. LORINO
28 Sr Vice Pres for External Affairs ..... Ms. Yvette M. JONES
20 Sr Vice Pres Academic Affs/Provost .... Dr. Lester LEFTON
20 Associate Provost ..................... Dr. James MACLAREN
20 Associate Provost ..................... Ms. Ana LOPEZ
07 VP for Institutional Equity ........... Ms. Deborah E. LOVE
30 Sr Assoc VP TUHSC Advancement ......... Ms. Donna M. MURPHY
32 Vice President Student Affairs ........ Dr. Cynthia CHERREY
10 Vice Pres Development ................. Mr. Susan J. DOZIER
86 VP Government/Agency Affairs .......... Ms. Sharon P. COURTNEY
14 Assoc Vice Pres Human Resources ....... Ms. Ann BROOME
84 Vice Pres Enrollment Management ....... Mr. Richard WHITESIDE
30 VP Info Tech/Chief Info Officer ....... Dr. John D. LAWSON
57 Assoc Sr VP for Health Sciences ....... Dr. Alan M. MILLER
35 Assoc Vice Pres Student Affairs ....... Mr. Robert C. HAILEY
90 Assoc VP Auxil Svcs/Campus Rels ....... Mr. Robert C. HAILEY
21 Director Budget ....................... Mr. Gene MEYERS
18 VP for Oper & Facilities Services ..... Dr. Earl F. BIRMEYER
18 Assoc VP Facilities Services .......... Mr. Sylvester C. JOHNSON
09 Dir Research Administration ........... Ms. Kathleen KOZAR
29 Director Alumni Affairs ............... Ms. Charlotte TRAVIESO
08 University Registrar .................. Mr. William Van CLEAVE
85 Director International Student Ctr .... Mr. William LENNON
31 Dir Software Application Systems ...... Ms. Mary T. WALSH
30 Dir Information Technology ............ Mr. Richard P. DICKSON
04 Chief of Staff and Vice President ..... Ms. Anne BANOS
55 Dean University College ............... Dr. Rick MARKSBURY
72 Dean Tulane College .................. Dr. George BERNSTEIN
49 Dean Liberal Arts/Science Faculty ..... Dr. Teresa SOUFAS
87 Dean of Newcomb College ............... Dr. Cynthia LOWENTHAL
61 Dean School of Law .................... Mr. Lawrence PONOROFF
68 Dean Public Health/Tropical Med ....... Dr. Pierre BUEKENS
54 Dean School of Engineering ............ Dr. Nicholas J. ALTIERO
49 Dean School of Architecture ........... Mr. Reed A. KROLOFF
50 Dean School of Business ............... Dr. Angelo S. DENISI
74 Dean School of Social Work ............ Mr. Ronald MARKS
52 Dean of the Graduate School ........... Dr. Michael HERMAN

## *University of Louisiana System (D) Office

1201 North Third Street, Ste 7-300,
Baton Rouge LA 70802-5243
County: East Baton Rouge             FICE Identification: 033444
                                           Unit ID: 247083
Telephone: (225) 342-6950        Carnegie Class: N/A
FAX Number: (225) 342-6473
URL: www.ulsystem.net

01 President ............................ Dr. Sally CLAUSEN
05 Vice Pres Academic/Student Affairs .... Dr. Loren J. BLANCHARD
10 Vice Pres Finance/Administration ...... Mr. David C. NICKLAS
11 VP Administration/General Counsel ..... Dr. Kay KIRKPATRICK
04 Chief of Staff ........................ Mrs. Dawn M. WILSON-MUSCARELLO
18 Asst VP Facilities/Capital Improv ..... Mr. J. Douglas LEE
88 Asc VP Enrollment Mgt/Inst Research ... Mr. Edwin LITOLFF
21 Associate VP Budget & Planning ....... Mrs. Dee'Layo COTHERN
28 Interim Director of Communications .... Mrs. Jackie TISDELL
27 Director of Information Technology .... Mr. Devin BROOME

## *Grambling State University (E)

Grambling LA 71245-3091
County: Lincoln                      FICE Identification: 002006
                                           Unit ID: 159009
Telephone: (318) 247-3811        Carnegie Class: Master's I
FAX Number: (318) 274-6172       Calendar System: Semester
URL: www.gram.edu
Established: 1901    Annual Undergrad Tuition & Fees (In-State): $3,770
Enrollment: 4,764                                        Coed
Affiliation or Control: State              IRS Status: 501(c)3
Highest Offering: Doctoral
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: SC, BUS, CS, ENGT, JOUR, MUS, NRPA, NUR, SPAA, SW, TED, THEA

02 President ............................ Dr. Horace A. JUDSON
05 Provost/Vice Pres Academic Affairs .... Dr. Robert M. DIXON
10 Vice President Finance ................ Mr. Billy R. OWENS
32 VP Student Affairs/Enroll Mgmt ........ Dr. Earnest L. PICKENS, SR.
30 Vice Pres Inst Advancement ............ Mr. Henry BANKS
18 Sr Assoc Vice Pres for Campus Ops ..... Mr. Leon SANDERS
30 Assoc VP of Information Technology .... Mr. Winfred JONES
14 Asst VP Planning & Research ........... Ms. Nettie DANIELS
19 University Police Chief ............... Mr. Gary WILLIAMS
08 Director of Library Services .......... Dr. Rosemary MOKIA
80 Registrar ............................ Mrs. Nora TAYLOR
07 Director of Admissions ................ Mrs. Cynthia LEMELLE
30 Director of Placement ................. Mrs. Cynthia LEMELLE
27 Dir Communications/Public Affairs ..... Mrs. Vickie GANT-JACKSON
22 EEO Officer & Wage & Salary Officer ... Mrs. Monica BRADLEY
38 Director Counseling Center ............ Dr. Ruth OSBORNE
29 Director Alumni Affairs ............... Dr. Herbert SIMMONS
15 Director of Human Resources ........... Mrs. Karen EMMANUEL
14 Director of Purchasing ................ Mr. Alvin BRADLEY
53 Dean College of Education ............. Dr. Sean S. WARNER
10 Int Dean College of Business .......... Vacant
56 Dean Division Grad Studies/Research ... Dr. Janet A I. GUYDEN
66 Dean College of Professional Stds ..... Dr. Betty SMITH
72 Dean College of Arts & Sciences ....... Dr. Connie WALTON
37 Director Student Financial Aid ........ Mrs. Alvina THOMAS
30 Director of Housing .................. Ms. Shakira HARDISON
40 Manager University Bookstore .......... Mr. Bryce HUTCHINSON
41 Director of Athletics ................. Mr. Willie JEFFRIES
37 Director of Campus Ministry ........... Rev. Consuello BREAUX
84 Dir Annual Giving/Special Gifts ....... Mr. Ullysses TUCKER
21 Dir Admin Svcs/Auxiliary/Cash Mgt ..... Mrs. Delores SMITH

## *Louisiana Tech University (F)

PO Box 3168 Tech Station, Ruston LA 71272-0001
County: Lincoln                      FICE Identification: 002008
                                           Unit ID: 159647
Telephone: (318) 257-0211        Carnegie Class: Doctoral/Research Int
FAX Number: (318) 257-2928       Calendar System: Quarter
URL: www.latech.edu
Established: 1894    Annual Undergrad Tuition & Fees (In-State): $3,950
Enrollment: 11,710                                       Coed
Affiliation or Control: State              IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: SC, AAFCS, ADNUR, ART, AUD, BUS, BUSA, CAA, COPSY, CS, DIETI, ENG, ENGT, FIDER, FOR, MUS, SP, TED

02 President ............................ Dr. Daniel D. RENEAU
05 Vice Pres for Academic Affairs ........ Dr. Kenneth W. REA
32 Vice Pres for Student Affairs ......... Dr. Jim M. KING
10 Vice Pres Financial & Admin Svcs ...... Mr. Jerry S. DREWETT
10 Vice Pres Financial Svc/Comptroller ... Mr. Joe R. THOMAS
30 Vice Pres of Univ Advancement ......... Mr. James A. STEGALL
58 Exec VP & Dean of Graduate School ..... Dr. Terry M. MCCONATHY
10 Dean Administration & Business ........ Dr. Shirley P. REAGAN
54 Dean of Liberal Arts .................. Dr. Ed C. JACOBS
53 Dean of Education ..................... Dr. Jo Ann DAUZAT
54 Dean of Engineering & Science ......... Dr. Stan A. NAPPER
50 Dean of Applied & Natural Sciences .... Dr. James D. LIBERATOS
07 Director of Admissions ................ Mrs. Jan B. ALBRITTON
21 Business Manager ...................... Mr. Jerry S. DREWETT
14 Director of Computer Center ........... Mr. Roy S. WATERS
31 Director Student Financial Aid ........ Mr. Roger VICK
09 Director Institutional Research ....... Mrs. Lori C. THEIS
80 Registrar ............................ Mr. Robert D. VENTO
08 Director of Libraries ................. Dr. Walter WICKER
15 Director of Personnel ................. Mr. Donald D. DYSON
84 Dean of Enrollment Management ......... Mrs. Pamela R. FORD
26 Chief Public Relations Officer ........ Mr. Dave ARCHER
29 Director of Alumni Relations .......... Mr. Kyle EDMISTON
36 Director of Student Placement ......... Mrs. Cheryl B. MYERS
88 Director of Student Counseling ........ Mrs. Linda D. GRIFFIN
89 Director of Freshmen Studies .......... Vacant
92 Director of Honors Program ............ Dr. Donald KACZVINSKY
93 Director of Multicultural Affairs ..... Mrs. Mart DOUGLAS
90 Director of Purchasing ................ Ms. Karen MURPHY
18 Chief Facilities/Physical Plant ....... Mr. Bruce AYRES
35 Director Student Affairs .............. Dr. Jim KING

## *McNeese State University (G)

4205 Ryan Street, Lake Charles LA 70609-4510
County: Calcasieu                    FICE Identification: 002017
                                           Unit ID: 159717
Telephone: (337) 475-5000        Carnegie Class: Master's I
FAX Number: (337) 475-5012       Calendar System: Semester
URL: www.mcneese.edu
Established: 1939    Annual Undergrad Tuition & Fees (In-State): $3,239
Enrollment: 8,784                                        Coed
Affiliation or Control: State              IRS Status: 501(c)3
Highest Offering: Beyond Master's But Less Than Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: SC, AAFCS, BUS, CS, DIETD, DIETI, ENG, ENGT, MT, MUS, NUR, RAD, TED

02 President ............................ Dr. Robert D. HEBERT
05 Provost/Vice Pres Academic Affairs .... Dr. Jeanne M. DABOVAL
13 Vice Pres Admin Student Affairs ....... Dr. Kalii P. IEYOUB
10 Vice Pres for Business Affairs ........ Dr. Eddie P. MECHE
10 Vice Pres Devel/Public Affairs ........ Mr. Richard H. REID
22 Vice Pres Special Services & Equity ... Dr. Rosemary GRAY

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

## Sage College of Albany (A)

140 New Scotland Avenue, Albany NY 12208-3491
County: Albany
FICE Identification: 002811
Unit ID: 195137
Telephone: (518) 292-1717
Carnegie Class: Master's I
FAX Number: (518) 292-1728
Calendar System: Semester
URL: www.sage.edu
Established: 1949
Annual Undergrad Tuition & Fees: $16,520
Enrollment: 1,051
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: M, ALE, NURSE, TED

| | |
|---|---|
| 02 | President .................................................Dr. Jeanne H. NEFF |
| 12 | Vice Pres for Academic Affairs ...............Dr. Sally LAWRENCE |
| 09 | Dean Sage College of Albany .......................Dr. James GUNN |
| 30 | Vice Pres Development ................................................Vacant |
| 10 | Vice Pres for Finance & Admin ...............Mr. Gerald O. SILVER |
| 19 | Vice Pres Marketing/Enrollment Mgmt ...Ms. Kathleen FITZGERALD |
| 12 | Dean of Campus Life ..........................Ms. Patricia CELLEMME |
| 13 | Chief Information Officer .....................Ms. Deirdre ZARRILLO |
| 06 | Registrar ..................................................Ms. Kathleen GOFF |
| 04 | Director of Admissions .........................Ms. Amanda LANOUE |
| 17 | Director of Institutional Research ...................Ms. Lori PIZER |
| 15 | Director of Personnel Services ..................Ms. Rose GRIGNON |
| 39 | Director of Alumni Services ...............Ms. Letitia LATORRE |
| 35 | Director of Student Services ..................Ms. Kris GLEASON |
| 37 | Director of Student Financial Aid ...............Ms. Lisa KUBAN |
| 18 | Director of Facilities Mgmt ....................Mr. Robert PATTEE |
| 28 | Director of Communications ...............Ms. Megan GALBRAITH |
| 41 | Dir Cultural Enrichment/Diversity ..............................Vacant |
| 34 | Dir Advising & Career Services ..................Ms. Karen SCHELL |
| 38 | Director Student Counseling .........................Dr. Jean HYNES |
| 24 | Director Honors Program ......................Dr. Esther THYSSEN |

† One of The Sage Colleges.

## Sage Graduate School (B)

45 Ferry Street, Troy NY 12180-4199
County: Rensselaer
Identification: 666955
Telephone: (518) 244-2264
Carnegie Class: Other
FAX Number: (518) 244-4545
Calendar System: Semester
URL: www.sage.edu
Established: 1949
Annual Graduate Tuition & Fees: $10,800
Enrollment: 994
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Doctorate: No Undergraduates
Program: Professional
Accreditation: M, DIETI, NUR, NURSE, OT, PTA

| | |
|---|---|
| 02 | President .................................................Dr. Jeanne H. NEFF |
| 30 | Vice Pres for Development ..........................................Vacant |
| 05 | Vice Pres for Academic Affairs ...............Dr. Sally LAWRENCE |
| 10 | Vice Pres for Finance & Admin ...............Mr. Gerald O. SILVER |
| 09 | Dean of Campus Life ..........................Dr. Patricia CELLEMME |
| 26 | VP Marketing/Enrollment Management ...Ms. Kathleen FITZGERALD |
| 13 | Chief Information/Planning Officer ............Ms. Deirdre ZARRILLO |
| 58 | Dean of Sage Graduate School .................Dr. John TRIBBLE |
| 06 | Registrar ..................................................Ms. Kathleen GOFF |
| 07 | Director of Admissions .............................Ms. Zina LAWRENCE |
| 37 | Director Student Financial Aid ...................Ms. Lisa KUBAN |
| 17 | Coord of Institutional Research ......................Ms. Lori PIZER |
| 15 | Director of Human Resources .....................Ms. Rose GRIGNON |
| 18 | Director of Facilities Management ............Mr. Robert PATTEE |
| 28 | Coord Cultural Enrichment/Diversity ..........................Vacant |
| 26 | Director of Communications ...............Ms. Megan GALBRAITH |

† One of The Sage Colleges.

## Saint Bernard's School of Theology & Ministry (C)

120 French Road, Rochester NY 14618
County: Monroe
FICE Identification: 002815
Unit ID: 195155
Telephone: (585) 271-3657
Carnegie Class: Specialized-Theological
FAX Number: (585) 271-2045
Calendar System: Semester
URL: www.stbernards.edu
Established: 1893
Annual Graduate Tuition & Fees: $9,700
Enrollment: 152
Coed
Affiliation or Control: Roman Catholic
IRS Status: 501(c)3
Highest Offering: Master's; No Undergraduates
Program: Professional
Accreditation: THEOL

| | |
|---|---|
| 01 | President ...................Sr. Patricia A. SCHOELLES, SSJ |
| 05 | Academic Dean ...........Dr. Devadasan N. PREMNATH |
| 06 | Registrar ...................................................Mrs. Donna LONG |
| 12 | Accounting/Computer Operations ...........Ms. Mary Ann LACOUR |
| 07 | Admissions Director ....................Mr. Thomas MCDADE CLAY |

## St. Bonaventure University (D)

Saint Bonaventure NY 14778-9999
County: Cattaraugus
FICE Identification: 002817
Unit ID: 195164
Telephone: (716) 375-2000
Carnegie Class: Master's I
FAX Number: (716) 375-2005
Calendar System: Semester
URL: www.sbu.edu
Established: 1858
Annual Undergrad Tuition & Fees: $20,610

Enrollment: 2,720
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: M, AALE, BUS, TED

| | |
|---|---|
| 03 | President ...............................Dr. Margaret CARNEY, OSF |
| 05 | Vice Pres for Academic Affairs ...................Dr. Frank E. SALAG |
| 32 | Vice Pres Student Life ...................Mr. George F. SOLAN |
| 10 | Vice Pres Business/Finance ...........Ms. Brenda MCGEE SNOW |
| 26 | Vice Pres for Public Relations ..........Mr. David P. FERGUSON |
| 42 | Vice Pres University Ministries ............Mr. Robert M. DONIUS |
| 38 | Vice Pres for Franciscan |
| 90 | Mission ................Bro. F. Edward COUGHLIN, OFM |
| 88 | Assoc VP Devel/Campaign Director .....Ms. Andrea TRISCIUZZI |
| 04 | Assistant to the President .........Rev. Francis STORMS, OFM |
| 84 | Dean of Enrollment ................................Mr. Mary K. PICCIOLI |
| 15 | Director Human Resources .....................Mrs. June T. SOLAN |
| 07 | Director Admissions Services .........Mr. James M. DIRISIO |
| 37 | Director of Financial Aid .....................Ms. Elizabeth RANKIN |
| 39 | Director of Residence Life ...............Ms. Nichole GANZALEZ |
| 14 | Director Technology Services ...........Mr. Michael HOFFMAN |
| 98 | Librarian ...................................................Mr. Paul J. SPAETH |
| 38 | Director Counseling ..............................Mr. Peter E. KEENAR |
| 41 | Director Athletics ........................Dr. Ronald E. ZWERLEIN |
| 06 | Registrar ................................................Ms. Heather L. JACKSON |
| 29 | Director of Alumni Services ...........Mr. Joseph V. FLANAGAN |
| 34 | Director of Career Services .........Ms. Connie F. WHITCOMB |
| 60 | Director of Library Services ...........Mr. J. Michael SHANE |
| 13 | Director Student Infirmary .........................Mrs. Mary KOHL |
| 18 | Director Physical Plant ...............Mr. Philip G. WINGER |
| 35 | Director Security ...................................Mr. Jon E. PENNER |
| 24 | Director Honors Program ...........................Vacant |
| 11 | Controller ..................................Mr. Erne O. KALLENBACK |
| 39 | Director Housing & Conferences ......Mr. Joseph STOMIEROSKI |
| 40 | Manager Bookstore ...........................Mr. Andrew FRANCZAK |
| 44 | Director Annual Fund ...........................Mr. Robert KEENAN |
| 17 | Director of Institutional Research ........Mrs. Mary K. PICCIOLI |
| 92 | Director of Honors Program ...................Dr. Daniel L. TATE |
| 94 | Director of Women's Studies ...........Dr. Karen E. ROBBINS |
| 96 | Director of Purchasing .........................Ms. Deborah POST |
| 55 | Director Student Activities ...................Mr. Stephen PLESAC |
| 49 | Dean of Arts & Sciences ...........Dr. Stephen D. STAHL |
| 50 | Dean of Business ...................................Dr. Michael J. FISCHER |
| 51 | Dean San Fran Stds/Dir Fran Inst .Rev. Michael F. CUSATO, OFM |
| 53 | Dean School of Education ...........Dr. Peggy Y. BURKE |
| 60 | Dean J Jandoli Sch Journ/Communic ....Dr. Lee F. COPPOLA |

## St. Elizabeth College of Nursing (E)

2215 Genesee Street, Utica NY 13501-5998
County: Oneida
FICE Identification: 006461
Unit ID: 510485
Telephone: (315) 798-8144
Carnegie Class: Associate's
FAX Number: (315) 798-8271
Calendar System: Semester
URL: www.stenc.org
Established: 1904
Annual Undergrad Tuition & Fees: $16,695
Enrollment: 221
Coed
Affiliation or Control: Roman Catholic
IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational: 2-Year Principally Bachelor's Creditable
Accreditation: M, ADNUR, RAD

| | |
|---|---|
| 01 | President ...........................................Mrs. Marianne MONAHAN |
| 05 | Academic Dean ...........................Mrs. Marian KOVATCHITCH |

## St. Francis College (F)

180 Remsen Street, Brooklyn NY 11201-4398
County: Kings
FICE Identification: 002819
Unit ID: 195173
Telephone: (718) 522-2300
Carnegie Class: Baccalaureate-General
FAX Number: (718) 522-1274
Calendar System: Semester
URL: www.stfranciscollege.edu
Established: 1859
Annual Undergrad Tuition & Fees: $12,970
Enrollment: 2,326
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Nursing Emphasis
Accreditation: M, NURSE

| | |
|---|---|
| 01 | President ...........................Dr. Frank J. MACCHIAROLA |
| 03 | Executive Vice President ...............Dr. Richard HALVERSON |
| 05 | Vice Pres for Academic Affairs ........Dr. Gerald A. LARGO |
| 32 | Vice Pres Student Aff/Dean Students ..........Dr. James ADAMS |
| 26 | Vice Pres Govt/Community |
|  | Relations ...........Mrs. Linda WERBEL DASHEFSKY |
| 14 | Vice Pres Information Technology ...............Ms. Jessie RILEY |
| 30 | Vice President ..........................................Mr. Sean MCHARDY |
| 06 | Registrar ....................................................Mr. Adam STONE |
| 07 | Dean of Admissions ...........Bro. George LARKIN, OSF |
| 60 | Head Librarian ...................................Mr. James SMITH |
| 36 | Director of Career Placement Center ........Mr. Naomi KINLEY |
| 04 | Exec Assistant to the President .............Mr. Steven BOGART |
| 15 | Director of Human Resources ...........Ms. Andrea ARCAROLA |
| 18 | Director of Facilities Management ...........Mr. Kevin O'ROURKE |
| 37 | Director of Student Support Svcs ..........Ms. Sarah HOLLOWAY |
| 29 | Director of Alumni Relations ...........Mr. Dennis MCDERMOTT |
| 41 | Director of Athletics ...........................Mr. Edward AQUILONE |
| 42 | Director Campus Ministry ...........Bro. Thomas GRADY, OSF |
| 37 | Director of Financial Aid ...........Mr. Joseph CUMMINGS |
| 17 | Director of Institutional Research ...........Mr. Guy CARLSEN |

| | |
|---|---|
| 20 | Associate Academic Officer ............Dr. Timothy HOULIHAN |
| 84 | Director Enrollment Management ............Mr. Steven BOGART |

## St. John Fisher College (G)

3690 East Avenue, Rochester NY 14618-2259
County: Monroe
FICE Identification: 002821
Unit ID: 195720
Telephone: (585) 385-8000
Carnegie Class: Master's II
FAX Number: (585) 385-8386
Calendar System: Semester
URL: www.sjfc.edu
Established: 1948
Annual Undergrad Tuition & Fees: $19,300
Enrollment: 3,376
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: M, BUS, NURSE

| | |
|---|---|
| 01 | Interim President ...................................Dr. Donald E. BAIN |
| 04 | Exec Asst to Pres/Secy to Board ...........Mrs. Jean R. SIMEONE |
| 05 | Provost/Dean of College ...........Dr. Ronald J. AMBROSETTI |
| 10 | Interim CFO .........................................Mr. James WIMELING |
| 84 | Vice Pres Enrollment Management ...........Mr. Gerard J. ROONEY |
| 30 | VP Institutional Advancement ...........Mr. William J. O'CONNER |
| 09 | Associate Provost ......................................Mr. John EMERY |
| 32 | Dean Students/Residential Life ...........Dr. Richard DEJESUS-RUEFF |
| 89 | Dean Diversity/Multiculural Pgms .......Ms. Arlette MILLER-SMITH |
| 06 | Registrar ..................................................Ms. Julia THOMAS |
| 37 | Director College Information ...........................Ms. Anne GEER |
| 60 | Associate Registrar ...........................Ms. Cheryl O. EVANS |
| 08 | Director of the Library ...........................Mr. Karen J. JUMBER |
| 14 | Dir of Computer Svcs/Acad Computing .........Dr. William WINN |
| 15 | Director of Payroll & Benefits ...........Ms. Mary R. POWLEY |
| 29 | Director Alumni Relations ...........Mr. Christopher B. SULLIVAN |
| 37 | Director Student Financial Aid ...........Ms. Angela MONNAT |
| 38 | Director Student Counseling ...........Mr. Christopher KEFFER |
| 42 | Chaplain/Director Campus Ministry . Rev. Joseph M. LANZALACO |
| 40 | Director of Safety & Security ...............Mr. Mike MCCARTHY |
| 12 | Director of Media Center ..............................Ms. Anne GEER |
| 41 | Athletic Director ......................................Mr. Robert WARD |
| 18 | Director of Physical Plant ...............Mr. Larry JACOBSON |
| 11 | Controller ..........................................Vacant |
| 03 | Director of Wellness Center ...............Ms. Maureen NICHE |
| 17 | Coordinator of Community Service ...........Mrs. Sally VAUGHAN |
| 07 | Director of Admissions ...........................Mr. Gerry J. ROONEY |
| 17 | Director of Institutional Assessment ...........Mr. Mark ECKSTEIN |
| 26 | Chief Public Relations Officer ...........................Ms. Anne GEER |

## St. John's University (H)

8000 Utopia Parkway, Queens NY 11439-0001
County: Queens
FICE Identification: 002823
Unit ID: 195809
Telephone: (718) 990-6161
Carnegie Class: Doctoral/Research Int
FAX Number: (718) 990-5723
Calendar System: Semester
URL: www.stjohns.edu
Established: 1870
Annual Undergrad Tuition & Fees: $22,800
Enrollment: 19,813
Coed
Affiliation or Control: Roman Catholic
IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: M, ART, AUD, BUS, BUSA, CACREP, CLPSY, CORE, LAW, LIB, PHAR, SP

| | |
|---|---|
| 01 | President ...........................Rev. Donald J. HARRINGTON, CM |
| 03 | Executive Vice President/Treasurer ...............Mr. James PELLOW |
| 05 | Provost ...............................................Dr. Julia A. UPTON, RSM |
| 92 | Exec VP Mission & Branch |
|  | Campuses ...............Rev. Michael J. CARROLL, CM |
| 15 | Vice President & Chief of Staff ...............Mr. Anthony R. PACHECO |
| 88 | Exec Director Vincentian Center ...............Mr. Margaret J. KELLY |
| 11 | Senior Vice Pres for Administration .........Mr. James PERRINO |
| 16 | Sr VP Human Res/Inst Rsch & Ping ...........Ms. Mary T. HARPER |
| 32 | Acting Vice Pres for Student Life ...........Fr. James J. MAHER, CM |
| 19 | Vice Pres University Relations ...........Rev. Bernard M. TRACEY, CM |
| 26 | Vice Pres Academic Support Services .......Dr. Andre A. MCKENZIE |
| 14 | Vice Pres for International Rels/Dean .........Dr. Cecilia S. CHANG |
| 88 | Vice Pres for Enrollment Management ...........Mr. Glenn A. BRON |
| 17 | VP Institutional Research/Acad Plng .............Dr. Clover W. HALL |
| 42 | Vice Pres for University Ministry ...........Rev. James J. MAHER, CM |
| 26 | Vice Pres & Secretary of University ...........Dr. Dorothy E. HABBEN |
| 15 | Vice Pres Admins/Treasurer .........Mr. Thomas FLOOD |
| 26 | Vice Pres for Marketing & Comm ...........Mr. David C. WEGRZYN |
| 18 | Assoc Vice Pres Facil/Construction ......Mr. Salvatore P. CIAMPO |
| 26 | VP Mktg & Communications ...........Ms. Brenda MAJESKI |
| 19 | Exec Dir VP Public Safety/Risk Mgmt . Mr. Thomas J. LAWRENCE |
| 21 | Associate Provost Planning/ |
|  | Budget ...............Dr. Diane S. HERGENROTHER |
| 15 | Director of Human Resources Svcs ...Ms. Cynthia F. SIMPSON |
| 37 | Asst VP/Exec Director Financial Aid .......Mr. Jorge RODRIGUEZ |
| 58 | Vice Provost ..........................................Dr. James BENSON |
| 88 | Assistant Provost Administration ...........Ms. Linda A. SHANNON |
| 88 | Special Assistant to the President ...........Dr. Susan L. EBBS |
| 22 | Dir of Emp Relations & Comp Officer ......Ms. Jennifer PETRILLI |
| 88 | Director Staten Island Campus ...........Mr. Victor E. RAMOS |
| 12 | Director Rome Campus ...........Mr. Massimiliano TOMASSINI |
| 27 | Chief Information Officer ...........................Mr. Joseph TUFANO |
| 43 | Senior Associate General Counsel ...........Mr. Joseph E. OLIVA |
| 04 | Special Assistant to the President ...........Dr. Tony H. BONAPARTE |
| 04 | Chief of Staff to the President ...............Mr. Robert D. WILE |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | |
|---|---|
| 13 | Director Computer Services .................. Ms. Florence MCCUTCHIN |
| 24 | Dir Media Communications Center ................ Ms. Cindy BEYER |
| 18 | Director Buildings & Grounds ...........Sr. Georgeann KRZYZANOWSKI, SSND |
| 19 | Director of Safety & Security ................ Mr. Robert BROWN |
| 84 | Director Bookstore .................Sr. Annora POLEGA, SSND |
| 09 | Coordinator Institutional Rsrch ............ Ms. Sandra CORDES |
| 42 | Director Campus Ministry .................................. Vacant |
| 28 | Director of Diversity .................................... Vacant |
| 85 | Director Intl Student Affairs ................ Ms. Rachel COCOS |

## Nashotah House (A)

2777 Mission Road, Nashotah WI 53058-9793
County: Waukesha                     FICE Identification: 003874
                                     Unit ID: 239424
Telephone: (262) 646-6500      Carnegie Class: Specialized-Theological
FAX Number: (262) 646-6504           Calendar System: Semester
URL: www.nashotah.edu
Established: 1842           Annual Graduate Tuition & Fees: $12,000
Enrollment: 69                                           Coed
Affiliation or Control: Protestant Episcopal    IRS Status: 501(c)3
Highest Offering: Master's; No Undergraduates
Program: Professional
Accreditation: THEOL

| | |
|---|---|
| 01 | President & Dean ................V.Rev. Robert S. MUNDAY |
| 30 | Development Officer/Administration .... Mr. Terrence A. WELTY, III |
| 10 | Business Officer ......................................... Vacant |
| 08 | Librarian .......................... Mr. David G. SHERWOOD |
| 06 | Registrar/Admissions Director ...........Dr. Carol K. KLUKAS |

## Nicolet Area Technical College (B)

Box 518, Rhinelander WI 54501-0518
County: Oneida                       FICE Identification: 005384
                                     Unit ID: 239442
Telephone: (715) 365-4410            Carnegie Class: Associate's
FAX Number: (715) 365-4445           Calendar System: Semester
URL: www.nicoletcollege.edu
Established: 1967        Annual Undergrad Tuition & Fees (In-State): $3,725
Enrollment: 1,337                                        Coed
Affiliation or Control: State        IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH, ADNUR, MAC

| | |
|---|---|
| 01 | President ........................ Dr. Adrian LORBETSKE |
| 05 | Vice Pres Instructional Services ............ Dr. Jim BROWN |
| 11 | Vice Pres of College Advancement ........ Dr. Thomas ECKERT |
| 20 | Dean of Instruction ...................... Dr. Beth DAILEY |
| 20 | Dean of Instruction ..................... Mr. Allan MUSSEHL |
| 20 | Dean of Instruction ................... Ms. Dianne LAZEAR |
| 20 | Dean of Instruction ..................... Mr. Jerry GIBSON |
| 15 | Director of Human Resources ............... Mr. Dan GROLEAU |
| 21 | Accountant ............................ Mr. John VAN DE LOO |
| 48 | Day Care Center Director ............ Ms. Michelle CONRATH |
| 18 | Supervisor Buildings/Grounds ............ Mr. Charlie SMITH |
| 34 | Director of Enrollment Services ............ Ms. Susan KORDULA |
| 31 | Director of Community Relations ............ Ms. Sandy KINNEY |
| 17 | Director Info/Tech Services .............. Mr. William PESHEL |
| 93 | Dir Of Info Rels/Minority Svcs ........... Ms. Michele LAROCK |
| 10 | Director of Business Services .................. Ms. Jill PRICE |
| 14 | Director of CIT ........................ Mr. Steve JANSSEN |
| 36 | Dir Evat/Plcmnt/Disabil Svcs ............ Mr. Todd ALLGOOD |
| 45 | Director of Planning & Development ......... Ms. Bev LONG |
| 06 | Registrar ............................ Ms. Connie GENSLER |
| 50 | Director of Basic Education ............... Ms. Rose PRUNTY |
| 88 | Director of Fire/Safety/OSHA Trng ......... Mr. Lynn LARSEN |

## Northcentral Technical College (C)

1000 West Campus Drive, Wausau WI 54401-1880
County: Marathon                     FICE Identification: 005387
                                     Unit ID: 239460
Telephone: (715) 675-3331            Carnegie Class: Associate's
FAX Number: (715) 675-9776           Calendar System: Semester
URL: www.ntc.edu
Established: 1912     Annual Undergrad Tuition & Fees (In-District): $2,516
Enrollment: 3,634                                        Coed
Affiliation or Control: State        IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational
Accreditation: NH, ADNUR, DH, RAD, SURGT

| | |
|---|---|
| 01 | District President .................... Dr. Robert C. ERNST |
| 05 | Vice President Instruction ............ Mr. James A. NEWMAN |
| 10 | Vice Pres Operations/COO ......... Mr. Thomas L. MERCIER |
| 88 | Team Leader Continuous Improvement ...... Dr. Glenna J. EWING |
| 29 | Exec Director Community Relations ...... Ms. Stephanie L. SMITH |
| 49 | Dean-Health .......................... Mr. Julian F. EASTER |
| 69 | Dean-Public Safety .................... Ms. Deborah M. GRANT |
| 79 | Dean-General Studies ................. Ms. Janet H. OHLEMACHER |
| 75 | Dean-Technical and Industrial ..... Ms. Rachelle PHAKITHONG |
| 72 | Dean-Manufacturing/Apprenticeship ....... Ms. Becky L. RAJEK |
| 50 | Dean-Business/Marketing ................. Ms. Patsy T. MOWERY |
| 35 | Team Leader Student Success ......... Ms. Carolyn R. MICHALSKI |
| 26 | Team Leader Marketing ......... Ms. Melanie K. PLATT-GIBSON |
| 37 | Lead Registrar ........................ Mr. James D. BLIESE |
| 15 | Team Leader People Services ...... Mrs. Jeannie M. WORDEN |
| 22 | Employment Coord/Affirm Action Ofcr .......... Ms. Amy M. LANG |

## Northeast Wisconsin Technical College (D)

PO Box 19042, 2740 W. Mason Street,
Green Bay WI 54307-9042
County: Brown                        FICE Identification: 005301
                                     Unit ID: 239488
Telephone: (920) 498-5400            Carnegie Class: Associate's
FAX Number: (920) 498-6260           Calendar System: Semester
URL: www.nwtc.edu
Established: 1913   Annual Undergrad Tuition & Fees (In-District): $2,807
Enrollment: 10,865                                       Coed
Affiliation or Control: State/Local   IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational
Accreditation: NH, ADNUR, DA, DH, DMS, ENGT, MAC, MLTAD, PTAA, RSTH, SURGT

| | |
|---|---|
| 01 | President ...................... Dr. H. Jeffrey RAFN |
| 05 | Vice Pres for Learning ................. Dr. Lori WEYERS |
| 32 | Vice Pres for Student Services .... Dr. Pamela PHILLIPS |
| 30 | Vice Pres of College Advancement ...... Ms. Sandra M. DUCKETT |
| 15 | Vice Pres of Human Resources ......... Ms. Sandy RYCZKOWSKI |
| 28 | Director Inst & Racial Diversity ......... Mr. Patrick O'HARA |
| 54 | Dir Information/Instruction Tech ........... Mr. Pat HENNING |
| 10 | Chief Financial Officer ................. Mr. Jim BLUMREICH |
| 12 | Dean Marinette Campus ................ Mr. Patrick O'HARA |
| 12 | Dean Sturgeon Bay Campus ............ Mr. Dennis SKAREN |
| 50 | Dean Business/Marketing/Basic Educ ....... Mrs. Betty WILLING |
| 76 | Dean Health/Cmty Svcs ................ Ms. Kay TUPALA |
| 72 | Dean Trade & Technical .................... Dr. Al HILES |
| 53 | Dean General Education .................. Mr. Doug JENSEN |
| 88 | Assoc Dean Basic Education ............................. Vacant |
| 31 | Dean Cmty/Regional Lrng Svcs ........ Mrs. Sally L. MARTIN |
| 34 | Dean Enrollment Services ................................ Vacant |
| 37 | Director Financial Aid ................. Ms. Heather HILL |
| 08 | Supervisor Learning Resources .......... Ms. Kim LAPLANTE |
| 18 | Manager Facilities ..................... Mr. Daniel J. SEIDL |
| 24 | Media Services Manager ............... Mr. John SIEMERING |
| 09 | Director of Institutional Research ......................... Vacant |
| 67 | Director of Purchasing ................. Mr. Mark CICHON |
| 29 | Foundation Manager ..................... Ms. Linda CRAVILLION |
| 02 | Registrar ............................... Mr. Clark WAGNER |
| 07 | Director of Admissions ................. Mr. Mark FRANKS |

## Northland Baptist Bible College (E)

W10085 Pike Plains Road, Dunbar WI 54119
County: Marinette                    FICE Identification: 038725
Telephone: (715) 324-6900            Carnegie Class: Other
FAX Number: (715) 324-6215           Calendar System: Semester
URL: www.nbbc.edu
Established: 1976       Annual Undergrad Tuition & Fees: $8,480
Enrollment: 725                                          Coed
Affiliation or Control: Baptist       IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Religious Emphasis
Accreditation: @TRACS

| | |
|---|---|
| 00 | Chancellor ...................... Dr. Les J. OLLILA |
| 01 | President ...................... Dr. Matthew R. OLSON |
| 03 | Chief Academic Officer ............ Dr. Samuel E. HORN |
| 10 | Chief Financial Officer .......... Dr. Timothy G. COREY |
| 32 | Chief Student Officer ............ Mr. Matthew W. WILLIAMS |
| 11 | Chief Operating Officer .......... Mr. Bob WOOD, JR. |
| 06 | Registrar .......................... Dr. Kevin L. PRIEST |
| 07 | Director of Admissions ............ Mr. Mike GLANZER |
| 08 | Head Librarian .................... Mr. Van CARPENTER |

## Northland College (F)

1411 Ellis Avenue, Ashland WI 54806-3999
County: Ashland                      FICE Identification: 003875
                                     Unit ID: 239512
Telephone: (715) 682-1699            Carnegie Class: Baccalaureate-General
FAX Number: (715) 682-1308           Calendar System: Semester
URL: www.northland.edu
Established: 1892         Annual Undergrad Tuition & Fees: $19,135
Enrollment: 717                                          Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: NH

| | |
|---|---|
| 01 | President ...................... Dr. Karen I. HALBERSLEBEN |
| 05 | Vice Pres & Academic Dean .... Dr. Richard FAIRBANKS |
| 30 | Vice Pres Institutional Advancement .......... Ms. Judy HANKE |
| 10 | Vice Pres for Business & Finance .......... Ms. Petra CARVER |

## Ripon College (G)

300 Seward Street, PO Box 248, Ripon WI 54971-0248
County: Fond du Lac                  FICE Identification: 003884
                                     Unit ID: 239628
Telephone: (920) 748-8115        Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (920) 748-7243           Calendar System: Semester
URL: www.ripon.edu
Established: 1851          Annual Undergrad Tuition & Fees: $21,550
Enrollment: 929                                          Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: NH

| | |
|---|---|
| 01 | President ........................ David C. JOYCE |
| 05 | Vice Pres & Dean of Faculty ........ William G. SCHANG |
| 32 | Dean of Students ..................... Linda G. CORDER |
| 10 | Vice Pres for Finance ............ Mary M. DEREGNIER |
| 32 | Vice Pres Dean of Students .......... Christopher M. OGLE |
| 37 | Dean of Admission and Financial Aid ...... Steven M. SCHUETZ |
| 06 | Asst Dean Academic Affs/Registrar ...... Michele A. WITTLER |
| 21 | Controller ......................... Lori A. ERDMANN |
| 08 | Director of Libraries ................................ Vacant |
| 36 | Director Career Development ......... Thomas M. VAUBEL |
| 35 | Dir Student Activities/Orientation ........ Melissa BRAUN |
| 39 | Director of Residence Life ............ Joshua A. DEWAR |
| 26 | Publications/Institutional Image ......... Richard T. DAHM |
| 30 | Director of Alumni/Parents Rel/Annual Fund ...... Larry P. MALCHOW |
| 54 | Dir Information Technology Services ....... Ronald J. HAEFNER |
| 18 | Director Physical Plant ................ Layne SESSIONS |
| 25 | Conference & Contract Svcs Director .... Lisa A. DIEDRICH |
| 41 | Director of Athletics .............. Robert G. GILLESPIE |
| 27 | Director of Media/Public Relations ...... Scott A. WILSON |
| 04 | Spec Asst to Pres for Trustee Rels ........ William A. NEILL |
| 86 | Director Corporate & Fndn Rels ........... David M. MINOR |
| 88 | Major Gift Officer ..................... Dana L. BOURLAND |
| 20 | Asst Dean for Academic Affairs ...... Michele A. WITTLER |
| 38 | Counselor ......................... Cynthia S. VIERTEL |

## Sacred Heart School of Theology (H)

7335 South Highway 100, Box 429,
Hales Corners WI 53130-0429
County: Milwaukee                    FICE Identification: 020780
                                     Unit ID: 239637
Telephone: (414) 425-8300      Carnegie Class: Specialized-Theological
FAX Number: (414) 529-6999           Calendar System: Semester
URL: www.shst.edu
Established: 1933          Annual Graduate Tuition & Fees: $12,250
Enrollment: 142                                          Coed
Affiliation or Control: Roman Catholic   IRS Status: 501(c)3
Highest Offering: Master's; No Undergraduates
Program: Professional
Accreditation: NH, THEOL

| | |
|---|---|
| 01 | President-Rector ............ Rev. Thomas P. CASSIDY, SCJ |
| 10 | Vice Pres for Finance .................. Ms. Sally A. SMITS |
| 05 | Vice President for Academic Affairs ...... Rev. Raul GOMEZ, SDS |
| 42 | Director Spiritual Formation ..... Rev. C. Michael J. WELDON, OFM |
| 20 | Director Field Education .......... Rev. Robert W. SCHIAVONE |
| 08 | Director Library ..................... Ms. Kathleen M. HARTY |
| 07 | Director of Recruitment/Admissions ...... Rev. Thoman L. KNOEBEL |
| 51 | Director Continuing Education ......... Ms. Rose M. STINEFAST |
| 02 | Registrar/Director Academics ........... Ms. Rose M. STINEFAST |
| 26 | Director Public Relations .......... Mr. Raymond E. BOYLES |
| 18 | Chief Facilities/Physical Plant ........... Mr. Michael J. ERATO |
| 04 | Admin Asst to President-Rector ........ Ms. Margaret C. LIRETTE |

## Saint Francis Seminary (I)

3257 South Lake Drive, Saint Francis WI 53235-3795
County: Milwaukee                    FICE Identification: 009641
                                     Unit ID: 239752
Telephone: (414) 747-6400      Carnegie Class: Specialized-Theological
FAX Number: (414) 747-6442           Calendar System: Semester
URL: www.sfs.edu
Established: 1856          Annual Graduate Tuition & Fees: $8,400
Enrollment: 120                                          Coed
Affiliation or Control: Roman Catholic   IRS Status: 501(c)3
Highest Offering: Master's; No Undergraduates
Program: Professional
Accreditation: NH, THEOL

| | |
|---|---|
| 01 | Rector ...................... V.Rev. Michael G. WITCZAK |
| 03 | Vice Rector ................... Rev. Melvin E. MICHALSKI |
| 05 | Interim Academic Dean ........... Rev. Melvin E. MICHALSKI |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

## Accreditation: ACCSCT

| | |
|---|---|
| President | Mr. Daniel LIBERATOSCIOLI |
| Executive Director | Mr. Colin CLIFFORD |
| Director of Admissions | Mr. Karl BECKER |
| Chief Business Officer | Vacant |
| Chf Student Life Ofcr/Stdnt Plcmnt | Ms. Jennifer SHEA |
| Continuing Education | Ms. Gigi SHEPPARD |
| Director of Culinary Arts | Chef Philip PIMKNEY |
| Director School of Management | Vacant |

## Robert Morris University    (A)

6001 University Boulevard,
Moon Township PA 15108-1189
County: Allegheny    FICE Identification: 003359
Unit ID: 215655
Telephone: (412) 262-8200    Carnegie Class: Master's I
FAX Number: (412) 262-8619    Calendar System: Semester
URL: www.rmu.edu
Established: 1921    Annual Undergrad Tuition & Fees: $15,152
Enrollment: 4,971    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: M, CS, ENG

| | |
|---|---|
| President | Dr. Gregory G. DELL'OMO |
| Sr Vice Pres for Business Affairs | Mr. Dan KIENER |
| Sr Vice Pres Acad Affs/Student Svcs | Mr. Joseph J. KATIP |
| Vice Pres Institutional Advancement | Ms. Karen B. CRENSHAW |
| Vice Pres Financial Operations | Mr. Jeffrey A. LISTWAK |
| Vice President of Human Resources | Mr. Peter K. FAIX |
| Associate VP for Academic Affairs | Vacant |
| Assoc VP Student Affs/Dean Students | Mr. John MICHALENKO |
| Assoc VP Acad/Enrollment Services | Ms. Marianne L. BUDZISZEWSKI |
| Assistant VP Facilities | Mr. Perry F. ROGNER |
| Dean of Academic Services | Dr. Lawrence A. TOMEI |
| Dean of Enrollment | Ms. Linda A. BERARDI-DEMO |
| Chief Information Officer | Ms. Ellen G. WIECKOWSKI |
| Dean School Communictn/Info Systems | Dr. David L. JAMISON |
| Dean School of Business | Dr. Derya A. JACOBS |
| Dean Sch Engineering/Math/Science | Dr. Winston F. ERFEVELLES |
| Dean Sch Adult & Continuing Educ | Ms. Darcy B. TANNEHILL |
| Dean Sch Education/Social Sciences | Dr. John E. GRAHAM |
| Dean Sch Nursing & Allied Health | Dr. Lynda J. DAVIDSON |
| Controller | Mr. Julie A. LEHMAN |
| Exec Dir Island Sports Center | Mr. Richard J. ORIENZA |
| Registrar | Mr. Frank E. PERRY |
| Director of Development | Mr. Dan MURPHY |
| Director of Athletics | Dr. Craig G. COLEMAN |
| Director Career Services | Mr. Randy L. MINK |
| Director Center for Leadership | Ms. Mona S. DINE |
| Director of Library Services | Mr. Donald K. SMITH |
| Dir Public Rel & Enrollment Marketing | Dr. Frances J. CAPLAN |
| Dir Residence Life/Judicial Affs | Ms. Melinda E. FISHER |
| Director Institutional Research | Mr. David R. MALAKA |
| Exec Dir Bayer Ctr Nonprofit Mgmt | Ms. Peggy M. OUTON |
| Director Business Opers | Ms. Kelly K. STURDIVANT |
| Director Student Financial Aid | Ms. Shari L. PAYNE |
| Director Center for Student Success | Ms. Cassandra L. ODEN |
| Director Alumni Relations | Ms. Catherine A. SKENA |
| Dir Alumni Relations/Special Events | Ms. Catherine A. SKENA |

## Rosedale Technical Institute    (B)

4634 Browns Hill Road, Pittsburgh PA 15217-2919
County: Allegheny    FICE Identification: 012050
Unit ID: 215682
Telephone: (412) 521-6200    Carnegie Class: Associate's
FAX Number: (412) 521-2520    Calendar System: Semester
URL: www.rosedaletech.com
Established: 1974    Annual Undergrad Tuition & Fees: $9,410
Enrollment: 280    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

| | |
|---|---|
| President | Ben E. WILKE |

## Rosemont College    (C)

1400 Montgomery Avenue, Rosemont PA 19010-1699
County: Montgomery    FICE Identification: 003360
Unit ID: 215691
Telephone: (610) 527-0200    Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (610) 527-0341    Calendar System: Semester
URL: www.rosemont.edu
Established: 1921    Annual Undergrad Tuition & Fees: $20,550
Enrollment: 1,083    Female
Affiliation or Control: Roman Catholic    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: M

| | |
|---|---|
| President | Dr. Ann M. AMORE |
| Vice Pres for Academic Affairs | Dr. Debra G. KLINMAN |
| VP for Finance & Administration | Mrs. Brenda S. DUSKA |
| Vice President of Information Svcs | Mrs. Catherine L. FENNELL |

| | |
|---|---|
| VP for Institutional Advancement | Ms. Madonna H. MARION-LANDAIS |
| Vice Pres Marketing/Coll Relations | Mrs. Christyn MORAN NEWMAN |
| VP Student Affs/Dean of Students | Ms. Marilyn A. MOLLER |
| VP for Mission | Sr. Jeanne Marie HATCH, SHCJ |
| Vice Pres Recruitment/Admissions | Mrs. Rennie H. ANDREWS |
| Dean School of Continuing Studies | Vacant |
| Director of Alumnae Relations | Mrs. Erin E. GRECO |
| Director Media & Public Relations | Ms. Stacey PROHASKA |
| Registrar/Dir of Inst Research | Mr. Joseph T. ROGERS |
| Director of Financial Aid | Ms. Melissa WALSH |
| Director of Career Services | Ms. Audrey ROBINSON |
| Director of Athletics | Ms. Lynn S. ROTHENHOEFER |
| Director of Public Safety | Mr. Thomas G. HUNSICKER |
| Director of Human Resources | Mr. Thomas C. HUNSICKER |
| Director of Campus Ministry | Mr. Joshua SNYDER |
| Director UWC Recruitment/Admissions | Ms. Margaret L. JANES |
| Chief Facilities/Physical Plant | Mr. Glenn PIPPITT |
| Director Student Counseling | Ms. Marianne D. BENASH |

## Saint Charles Borromeo Seminary    (D)

100 East Wynnewood Road, Wynnewood PA 19096-3099
County: Montgomery    FICE Identification: 003364
Unit ID: 216047
Telephone: (610) 667-3394    Carnegie Class: Specialized-Theological
FAX Number: (610) 667-7635    Calendar System: Semester
URL: www.scs.edu
Established: 1832    Annual Undergrad Tuition & Fees: $12,350
Enrollment: 390    Male
Affiliation or Control: Roman Catholic    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Professional
Accreditation: M, THEOL

| | |
|---|---|
| Rector & President | Rev. Joseph G. PRIOR |
| Vice Rector | Rev. Michael J. FITZGERALD |
| Vice Pres of Finance & Operations | Mrs. Elaine K. RICE |
| Registrar | Mr. Lawrence A. HEYMAN |
| Director of Development | Mrs. Sandra LOVASCIO |
| Director of Library Services | Mrs. Cait KOKOLUS |
| Acad Dean Theology Division | Rev. Robert A. PESARCHICK |
| Acad Dean College Division | Rev. David E. DIAMOND |
| Acad Dean Religious Studies Div | Dr. Carmina M. MAGNUSEN CHAPP |
| Dean of Men College | Rev. Joseph I. MALONEY |
| Dean of Men Theology | Rev. Joseph J. SZOLACK |
| Director Spiritual Formation Col | Rev. Anthony J. COSTA |
| Director Spiritual Formation Theol | Rev. Joseph F. GLEASON |
| Director Pastoral/Apostolic Form | Rev. Joseph P. GENTILI |
| Director Student Financial Aid | Mrs. Bonnie L. BEHM |
| Director of Music | Dr. Theodore E. KIEFER |

## Saint Francis University    (E)

PO Box 600, Loretto PA 15940-0600
County: Cambria    FICE Identification: 003366
Unit ID: 215743
Telephone: (814) 472-3000    Carnegie Class: Master's I
FAX Number: (814) 472-3003    Calendar System: Semester
URL: www.francis.edu
Established: 1847    Annual Undergrad Tuition & Fees: $21,410
Enrollment: 1,847    Coed
Affiliation or Control: Roman Catholic    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: M, ARCPA, NURSE, OT, PTA, SW

| | |
|---|---|
| President | Rev. Gabriel ZEIS, TOR |
| Assistant to the President | Vacant |
| Acting Vice Pres Academic Affairs | Dr. Joseph A. MELUSKY |
| Vice Pres for Finance | Mr. Patrick G. DATISKO |
| Vice Pres for Student Development | Dr. F. Dennis RIEGELNEGG |
| Vice Pres Mission & Ministry | Rev. Malachi VAN TASSEL |
| Vice President for Advancement | Mr. Raymond P. PONCHIONE |
| Int Assoc Dean of General Education | Dr. Marnie L. MOIST |
| Director of Enrollment Management | Mr. Robert R. BEENER |
| Registrar | Dr. Brian R. ROMBOUTS |
| Dean of Enrollment Management | Mrs. Erin E. MCCLUSKEY |
| Director of Library Services | Ms. Patricia B. SEROTKIN |
| Director of Institutional Research | Vacant |
| Financial Aid Director | Mr. Vincent F. FRANK |
| Director Marketing & Public Affairs | Mr. Kirk J. DODSON |
| Director of Development | Ms. Marie B. MELUSKY |
| Director of Counseling Center | Mr. David P. WILSON |
| Director Computer Center | Mr. George PYO |
| Director of Alumni Relations | Ms. Anita M. BALUHMIN |
| Director Continuing Education | Vacant |
| Director of Physical Plant | Mr. Bernard C. GEISHAUSER |
| Controller | Mr. Thomas FRITZ |
| Director Career Services | Ms. Julie BARRES |
| Director of Athletics | Mr. Jeffrey EISEN |
| Dir Dehaski Business Center | Mr. Edward R. HUTTENHOWER |
| Director Security & Safety | Mr. William J. ELLICK |
| Director of Residence Life | Ms. Glenda J. GRIFFITH |
| Director of Campus Ministry | Rev. Bradley L. LEPAGE |
| Manager of Bookstore | Mr. Paul L. COX |
| Director Learning Resource Center | Ms. Denise G. KOVACH |
| Director of Student Activities | Mr. Dominick F. PERUSO |
| Director of Personnel Services | Ms. Heather J. MECK |

| | |
|---|---|
| Director of Diversity | Vacant |
| Director of Purchasing | Mr. William AGOSTA |
| Associate Academic Officer | Dr. Peter R. SKONER |

## Saint Joseph's University    (F)

5600 City Avenue, Philadelphia PA 19131-1376
County: Philadelphia    FICE Identification: 003367
Unit ID: 215770
Telephone: (610) 660-1000    Carnegie Class: Master's I
FAX Number: (610) 660-3300    Calendar System: Semester
URL: www.sju.edu
Established: 1851    Annual Undergrad Tuition & Fees: $27,455
Enrollment: 7,730    Coed
Affiliation or Control: Roman Catholic    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: M, ANEST, BUS, BUSA

| | |
|---|---|
| President | Rev. Timothy R. LANNON, SJ |
| Asst to the President | Ms. Sarah F. QUINN |
| Provost | Dr. Brice R. WACHTERHAUSER |
| Vice President Student Life | Dr. Linda L. LELII |
| Vice President for Finance | Mr. Louis J. MAYER |
| Vice President Administrative Svcs | Mr. Kevin W. ROBINSON |
| Vice Pres Development/Alumni Rels | Mr. Joseph P. KENDER, JR. |
| Int Vice Pres for External Affairs | Mr. Robert J. SKOMORUCHA |
| Vice Pres Enrollment Mmgt | Mr. David B. CONWAY |
| Vice Pres for Planning | Ms. Kathleen D. GAVAL |
| Vice Pres for Mission | Rev. Gerard J. MCGLONE, SJ |
| Asst Vice Pres for Govt Relations | Mr. Robert SKOMORUCHA |
| Asst Vice Pres Univ Communications | Mr. Joseph P. LUNARDI |
| Asst Vice Pres for Information Tech | Mr. Francis J. DISANTI |
| Asst VP for Information Technology | Mr. Joseph F. PETRAGNANI |
| Assoc Vice Pres/Director Athletics | Mr. Dominick J. BILLIA |
| Interim Associate Provost | Dr. Judith CHAPMAN |
| Director of Campus Ministry | Mr. Thomas J. SHEIBLEY |
| Int Dean College Arts & Sciences | Dr. John J. MCCALL |
| Dean Haub School of Business | Dr. Joseph D. DI ANGELO, JR. |
| Dean of Graduate & Cont Studies | Dr. Robert H. PALESTINI |
| Exec Dir of Alumni/Parent Pgms | Mr. Kevin F. QUINN |
| Director of Admissions | Ms. Susan KASSAB |
| Director of Financial Aid | Ms. Eileen TUCKER |
| Librarian | Ms. Evelyn MINICK |
| Dir Instruct Tech/Distance Lrng | Dr. David LEES |
| Registrar | Mr. Gerard J. DONAHUE |
| Director of Residence Life | Vacant |
| Director of Counseling | Dr. Gregory NICHOLLS |
| Dir Stdnt Leadership/Activities | Mr. John JEFFERY |
| Director of Student Health Center | Ms. Laura FUCHS-MOORE |
| Director of Human Resources | Ms. Sharon O'GRADY EISENMAN |
| Affirmative Action/EEO Officer | Ms. Anne MUNLEY |
| Dir Auxiliary Svcs & Public Safety | Mr. Albert B. HALL |
| Dir Admissions for Univ College | Ms. Judy GALLAGHER |
| Dir Career Development Center | Mr. Matthew J. BRINK |
| Director of Honors Program | Dr. Samuel B. SMITH |
| Director of Purchasing | Mr. Edmond O. ANDERSON |
| Director of Multicultural Life | Dr. Shoshonna EDWARDS-ALEXANDER |
| Director of Facilities Management | Mr. Jack SNYDER |
| Comptroller | Mr. Brian MCCLOSKEY |
| Coordinator Institutional Research | Ms. Annemarie MCMULLIN |

## St. Tikhon's Orthodox Theological Seminary    (G)

PO Box 130, South Canaan PA 18459-0130
County: Wayne    Identification: 666154
Telephone: (570) 937-4411    Carnegie Class: Other
FAX Number: (570) 937-3100    Calendar System: Semester
URL: www.stots.edu
Established: 1938    Annual Undergrad Tuition & Fees: $3,000
Enrollment: 75    Male
Affiliation or Control: Orthodox    IRS Status: 501(c)3
Highest Offering: First Professional Degree
Program: Religious Emphasis
Accreditation: THEOL

| | |
|---|---|
| President | Metropolitan HERMAN |
| Rector | Bishop TIKHON |
| Dean | V.Rev. Michael G. DAHULICH |
| Academic Dean | V.Rev. Alexander GOLUBOV |

## Saint Vincent College    (H)

300 Fraser Purchase Road, Latrobe PA 15650-2690
County: Westmoreland    FICE Identification: 003368
Unit ID: 215798
Telephone: (724) 539-9761    Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (724) 532-5600    Calendar System: Semester
URL: www.stvincent.edu
Established: 1846    Annual Undergrad Tuition & Fees: $21,104
Enrollment: 1,490    Coed
Affiliation or Control: Roman Catholic    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Professional
Accreditation: M, ACBSP

| | |
|---|---|
| Vice Chancellor & President | Mr. James F. WILL |
| Assistant to the President | Rev. Gilbert J. BURKE, OSB |
| Ex VP/Dn Natl Sci/Math/Computing | Bro. Norman W. HIPPS |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

## Southwestern College (A)

100 College Street, Winfield KS 67156-2499
County: Cowley                    FICE Identification: 001940
                                  Unit ID: 155900
Telephone: (620) 229-6000    Carnegie Class: Baccalaureate-General
FAX Number: (620) 229-6224    Calendar System: Semester
URL: www.sckans.edu
Established: 1885    Annual Undergrad Tuition & Fees: $16,218
Enrollment: 1,420    Coed
Affiliation or Control: United Methodist    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, MUS, NURSE, TED

| | | |
|--|--|--|
| 01 | President | Dr. William R. MERRIMAN, JR. |
| 05 | Vice Pres Academic Affairs | Dr. James A. SHEPPARD |
| 32 | Vice Pres Student Life | Ms. Dawn E. PLEAS-BAILEY |
| 51 | Vice Pres Professional Studies | Dr. Karen L. PEDERSEN |
| 84 | VP Enroll Mgmt/Plng/New Programs | Dr. Stephen K. WILKE |
| 10 | Vice Pres Finance | Ms. Sheila R. KRUG |
| 30 | Vice Pres Institutional Advancement | Mr. Paul M. BEAN |
| 26 | Vice Pres Communications | Ms. Sara S. WEINERT |
| 13 | Director Information Services | Mr. Phillip R. JARVIS |
| 18 | Dir Plant Operations/Purchasing | Mr. David H. OOLSEN |
| 29 | Director Alumni Programs | Ms. Susan G. LOWE |
| 44 | Director Development | Ms. Jill M. JOHNSON |
| 33 | Director Major Gifts | Ms. Heather N. CLAY |
| 23 | Assoc Dean Curriculum | Ms. Mary M. BUILLA |
| 35 | Assoc Dean of Students | Ms. Tami P. PULLINS |
| 08 | Library Director | Dr. Beth M. SHEPPARD |
| 88 | Director Professional Studies | Ms. Candyce F. DUGGAN |
| 07 | Director Admission | Mr. Todd N. MOORE |
| 37 | Director Financial Aid | Ms. Brenda D. HICKS |
| 86 | Registrar | Ms. Jill L. MEGREDY |
| 35 | Director Campus Life | Mr. Xavier L. WHITAKER |
| 03 | Director of Institutional Research | Ms. Margaret A. ROBINSON |
| 41 | Director Athletics | Mr. Michael J. KIRKLAND |
| 32 | Campus Minister | Dr. Stephen W. RANKIN |
| 31 | Dir Cont/Summer Programs/Human Res | Ms. Sue E. SIMMONS |
| 04 | Administrative Asst to President | Ms. Sharon K. WRIGHT |

## Sterling College (B)

PO Box 98, Sterling KS 67579-0098
County: Rice    FICE Identification: 001945
                Unit ID: 155937
Telephone: (620) 278-2173    Carnegie Class: Baccalaureate-General
FAX Number: (620) 278-4411    Calendar System: 4/1/4
URL: www.sterling.edu
Established: 1887    Annual Undergrad Tuition & Fees: $13,806
Enrollment: 487    Coed
Affiliation or Control: Presbyterian Church (U.S.A.)    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: NH

| | | |
|--|--|--|
| 01 | President | Dr. Albert B. ANDERSON |
| 05 | Vice Pres Academic Affairs | Dr. Vickie L. HESS |
| 30 | Vice Pres for Inst Advancement | Mr. Donald R. REED |
| 10 | Vice Pres Financial Services | Vacant |
| 32 | Vice Pres Student Life | Mr. Mark TREMAINE |
| 07 | Vice Pres Enrollment & Marketing | Mr. Dennis DUTTON |
| 86 | Registrar | Ms. Janet CAYWOOD |
| 08 | Head Librarian | Ms. LeAnn WELLER |
| 36 | Dir of Marketing | Ms. Melanie LIGHTNER |
| 37 | Director of Financial Aid | Ms. Jodi LIGHTNER |
| 29 | Director of Alumni/Parent Services | Ms. Tarah COLVIN |
| 41 | Athletic Director | Mr. Lonnie A. KRUSE |
| 20 | Director Academic Support | Ms. Jan SCHERLING |
| 44 | Director of Annual Giving | Mr. David EARLE |
| 90 | Director of Campus Computing | Vacant |

## Tabor College (C)

400 South Jefferson Street, Hillsboro KS 67063-1753
County: Marion    FICE Identification: 001946
                  Unit ID: 155973
Telephone: (620) 947-3121    Carnegie Class: Baccalaureate-General
FAX Number: (620) 947-2607    Calendar System: 4/1/4
URL: www.tabor.edu
Established: 1908    Annual Undergrad Tuition & Fees: $15,934
Enrollment: 606    Coed
Affiliation or Control: Mennonite Brethren Church    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, AT, MUS, NURSE

| | | |
|--|--|--|
| 01 | President | Mr. Larry NIKKEL |
| 05 | Vice Pres Academic/Student Affairs | Dr. Lawrence RESSLER |
| 10 | Vice Pres Business & Finance | Mr. Kirby FADENRECHT |
| 32 | Dean of Student Development | Dr. James FISCHER |
| 30 | Vice Pres Advancement | Mr. James ELLIOTT |
| 06 | Registrar | Mrs. Deanne DUERKSEN |
| 08 | Director of Library Services | Mr. Adam WARTHEN |
| 37 | Dir of Student Financial Services | Mr. Bruce JOST |
| 29 | Director of Alumni Relations | Mr. Steve BERG |
| 41 | Athletic Director | Mr. Don BRUBACHER |
| 26 | Director of Public Relations | Ms. Sara COOK |
| 64 | Director of Enrollment Management | Mr. Rusty ALLEN |
| 09 | Director of Institutional Research | Vacant |
| 18 | Chief Facilities/Physical Plant | Mr. Terry PRITCHETT |
| 38 | Director Student Counseling | Vacant |

## University of Kansas Main Campus (D)

1450 Jayhawk Blvd, Room 230, Lawrence KS 66045-7535
County: Douglas    FICE Identification: 001948
                   Unit ID: 155317
Telephone: (785) 864-2700    Carnegie Class: Doctoral/Research Ext
FAX Number: N/A    Calendar System: Semester
URL: www.ku.edu
Established: 1866    Annual Undergrad Tuition & Fees (In-State): $5,413
Enrollment: 29,590    Coed
Affiliation or Control: State    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, ART, AT, AUD, BUS, BUSA, CEA, CHPM, CLPSY, COPSY, CS, ENG, HSA, IPSY, JOUR, LAW, MUS, NURSE, PHAR, PLNG, SCPSY, SP, SPAA, SW, TED

| | | |
|--|--|--|
| 02 | Chancellor | Dr. Robert E. HEMENWAY |
| 03 | Exec Vice Chancellor/Provost | Dr. David E. SHULENBURGER |
| 04 | Executive Assistant to Chancellor | Ms. Mary G. BURG |
| 43 | General Counsel | Mr. James P. POTTORFF, JR. |
| 10 | Chief Business/Financial Plng Ofcr | Ms. Theresa K. KLINKENBERG |
| 20 | Senior Vice Provost | Dr. Kathleen MCCLUSKEY-FAWCETT |
| 18 | Vice Provost | Mr. James A. LONG |
| 87 | Vice Provost | Dr. Don STEEPLES |
| 18 | Vice Provost | Dr. Sandra GAUTT |
| 10 | Vice Provost | Dr. William EAKIN |
| 32 | Vice Provost Student Success | Dr. Marlesa RONEY |
| 51 | Vice Provost Research/Public Serv | Dr. James A. ROBERTS |
| 13 | Vice Provost Information Services | Ms. C. Denise STEPHENS |
| 92 | Vice Chancellor Edwards Campus | Dr. Robert M. CLARK |
| 26 | Exec Vice Chanc External Affairs | Mr. Paul L. CARTTAR |
| 35 | Interim Dean Student Life | Dr. Frank J. DESALVO, JR. |
| 16 | President Endowment Association | Mr. Dale SEUFERLING |
| 29 | President Alumni Association | Mr. Kevin J. CORBETT |
| 07 | Director Admissions | Ms. Lisa P. KRESS |
| 21 | Comptroller | Ms. Diane GODDARD |
| 21 | Director Budget Office | Mr. Richard L. MCKINNEY |
| 09 | University Registrar | Dr. Cindy DERRITT |
| 19 | Univ Director Inst Research Plng | Ms. Deborah J. TEETER |
| 15 | Director Human Resources | Ms. Ola FAUCHER |
| 25 | Director International Student Svcs | Dr. Joe POTTS |
| 23 | Director Contract Negotiations | Ms. Joanne ALTIERI |
| 25 | Director Corporate Operations | Ms. Barbara ARMBRISTER |
| 38 | Director Counseling/Psych Services | Dr. Frank J. DESALVO, JR. |
| 91 | Director Information Systems | Mr. David M. GARDINER |
| 87 | Director Design & Construction Mgmt | Mr. James E. MODIG |
| 37 | Director Financial Aid | Ms. Brenda MARGARD |
| 36 | Director Career/Employment Svcs | Mr. David GASTON |
| 42 | Director Intercollegiate Athletics | Mr. Lew PERKINS |
| 68 | Director Networking/Telecommun | Mr. John LOUIS |
| 18 | Director Facilities Operations | Mr. Douglas A. RIAT |
| 22 | Dir Equal Oppty/Recruitment | Ms. Linda FUND |
| 88 | Director Multicultural Affairs | Mr. Robert N. PAGE, JR. |
| 23 | Director Student Health Services | Ms. Carol SEAGER |
| 39 | Director Media Services | Dr. Susan M. ZVACEK |
| 39 | Director Housing | Dr. Kenneth L. STONER |
| 30 | Director Government Relations | Mr. Keith J. YEHLE |
| 96 | Director of Purchasing | Mr. Barry K. SWANSON |
| 92 | Director Honors Program | Dr. Stanley F. LOMBARDO |
| 40 | General Manager Bookstores | Ms. Mike REID |
| 28 | Coord Faculty & Staff Diversity | Dr. Jean B. EPSTEIN |
| 51 | Dean of Continuing Education | Dr. Jo Ann A. SMITH |
| 49 | Int Dean of Liberal Arts/Science | Dr. Barbara S. ROMZEK |
| 61 | Interim Dean of Law | Mr. Michael J. DAVIS |
| 50 | Dean of Engineering | Dr. Stuart R. BELL |
| 48 | Dean of Architecture & Urban Design | Mr. John GAUNT |
| 50 | Dean of Business | Dr. William L. FUERST |
| 59 | Dean Graduate School/Intl Programs | Dr. Diana CARLIN |
| 67 | Dean of Pharmacy | Dr. Kenneth L. AUDUS |
| 60 | Dean of Journalism | Dr. Ann M. BRILL |
| 53 | Dean of Education | Dr. Rick GINSBERG |
| 57 | Dean of Fine Arts | Dr. Steven HEDDEN |
| 70 | Dean of Social Welfare | Dr. Ann T. WEICK |
| 08 | Dean Library | Ms. Stella A. BENTLEY |

† Medical Center and Main campus enrollments should be combined for the total institution enrollment.

## University of Kansas Medical Center (E)

3901 Rainbow Boulevard, Kansas City KS 66160-0001
County: Wyandotte    FICE Identification: 024579
                     Unit ID: 155326
Telephone: (913) 588-5000    Carnegie Class: Specialized/Medical
FAX Number: (913) 588-1412    Calendar System: Semester
URL: www.kumc.edu
Established: 1905    Annual Undergrad Tuition & Fees (In-State): $5,111
Enrollment: 2,616    Coed
Affiliation or Control: State    IRS Status: 501(c)3
Highest Offering: First Professional Degree
Program: Professional
Accreditation: &NH, ANEST, CYTO, DIETI, DMS, MED, MIDWF, MT, NMT, OT, PTA, RSTH

| | | |
|--|--|--|
| 02 | Chancellor | Dr. Robert E. HEMENWAY |
| 03 | Executive Vice Chancellor | Dr. Barbara ATKINSON |
| 17 | President & CEO Hosp Exec Offices | Ms. Irene M. CUMMING |
| 05 | Vice Chancellor Academic Affairs | Dr. Allen B. RAWITCH |
| 11 | Vice Chancellor for Administration | Dr. H. Edward PHILLIPS |
| 63 | VC Clin Alfs/Exec Dean Sch of Med | Dr. Barbara F. ATKINSON |
| 46 | Assoc Vice Chanc Research Admin | Dr. Ted KNOUS |
| 30 | Vice Chanc of External Affairs | Mr. David ADKINS |
| 86 | Vice Chanc for Governmental Affairs | Ms. Marcia J. NIELSEN |
| 46 | Vice Chancellor for Research | Dr. Joan S. HUNT |
| 26 | Asst Vice Chanc External Affairs | Mr. David COOK |
| 10 | Assoc Vice Chanc Administration | Mr. R. Michael KEEBLE |
| 43 | Associate General Counsel | Mr. Steven L. RUDDICK |
| 63 | Dean School of Medicine-Wichita | Dr. S. Edwards DISMUKE |
| 21 | Senior Associate Dean Finance | Mr. Jim ALBERTSON |
| 11 | Sr Assoc Dean Operations/Admin | Mrs. Shelley GEBAR |
| 88 | Assoc Dean Conl Ed/Dir Cont Med Ed | Mr. Dale GRUBE |
| 66 | Dean Sch of Nursing & Allied Health | Dr. Karen L. MILLER |
| 32 | Dean of Students | Dr. Dorothy A. KNOLL |
| 51 | Vice Prov Un Outreach/Dean Cont Ed | Dr. Jo Ann A. SMITH |
| 13 | Assoc VC Info Res/Chief Info Ofcr | Mr. James L. BINGHAM |
| 06 | Assistant Dean Students/Registrar | Mr. Chris MEIERS |
| 30 | Sr Dir Bus/Strategic Development | Ms. Brenda A. DYKSTRA |
| 37 | Director of Student Financial Aid | Ms. Lisa ERWIN |
| 21 | Controller | Mr. Robert W. WESELOH |
| 18 | Dir Stdnt Counsel/Educ Spprt Svcs | Dr. Larry LONG |
| 09 | Dir Office of Planning & Analysis | Dr. Terry TURNER |
| 15 | Director Major Division | Mr. Neil RASMUSSEN |
| 88 | Director Facilities Management | Mr. Donald (Don) A. HAM |
| 29 | Dir Alumni/Community Relations | Ms. Kimberly K. CUDA |
| 32 | Dir Stdnt Res/Wellness/Diversity | Mrs. Theresa BROWN |
| 28 | Diversity Coordinator | Mr. Charles (Chuck) ROMERO |

† Medical Center and Main campus enrollments should be combined for the total institution enrollment. Regional accreditation is carried under the parent institution in Lawrence, KS.

## University of Saint Mary (F)

4100 South 4th Street Trafficway, Leavenworth KS 66048-5082
County: Leavenworth    FICE Identification: 001943
                       Unit ID: 155812
Telephone: (913) 682-5151    Carnegie Class: Master's I
FAX Number: (913) 758-6140    Calendar System: Semester
URL: www.stmary.edu
Established: 1923    Annual Undergrad Tuition & Fees: $15,300
Enrollment: 826    Coed
Affiliation or Control: Roman Catholic    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, TED

| | | |
|--|--|--|
| 01 | President | Dr. Diane STEELE |
| 05 | Academic Vice Pres & Dean | Dr. Sandra VAN HOOSE |
| 10 | Vice Pres for Finance | Mr. Jim CALVERT |
| 32 | Vice Pres Student Life | Dr. Keith HANSEN |
| 30 | Vice Pres Institutional Advancement | Mr. Molly SIRRIDGE |
| 51 | Site Coordinator Johnson County | Ms. Patricia HOWARD |
| 26 | Director of Marketing | Ms. Laura DAVIS |
| 07 | Director of Admissions | Ms. Jessica GOFFINET |
| 36 | Registrar | Ms. Wanda OWEN |
| 36 | Director of Career Services | Ms. Pricilla MCLEAN |
| 08 | Director of the Library | Ms. Penny LONERGAN |
| 09 | Dir of Institutional Research/Plng | Vacant |
| 29 | Director of Alumni | Ms. Rachel MCKAY |
| 37 | Director of Financial Aid | Mrs. Judith WIEDOWER |
| 42 | Campus Minister | Ms. Kate FAGGELLA-LUBY |
| 44 | Major Gifts Director | Ms. Kathi ROHR |
| 41 | Athletic Director | Mr. Darrell PHIPPS |
| 58 | Vice Pres & Graduate Dean | Dr. Ronald LOGAN |
| 37 | Director Personnel Services | Ms. Joyce JONES |
| 20 | Associate Academic Dean | Sr. Susan REEKE |
| 21 | Associate Academic Dean | Dr. Robert SCHIMOLER |
| 38 | Director Student Counseling | Ms. Lynette SPARKMAN-BARNES |
| 18 | Plant Manager | Mr. Mark GIESEMAN |
| 40 | Bookstore Manager | Ms. David HOEH |
| 91 | Coordinator of Computer Operations | Mr. Kevin GANTT |
| 39 | Coordinator of Residence Halls | Ms. Coranda HOY |
| 35 | Coordinator Student Development | Ms. Coranda HOY |

## Washburn University (G)

1700 SW College Avenue, Topeka KS 66621-0001
County: Shawnee    FICE Identification: 001949
                   Unit ID: 156082
Telephone: (785) 231-1010    Carnegie Class: Master's I
FAX Number: (785) 233-2780    Calendar System: Semester
URL: www.washburn.edu
Established: 1865    Annual Undergrad Tuition & Fees (In-District): $4,982
Enrollment: 7,251    Coed
Affiliation or Control: Local    IRS Status: 501(c)3
Highest Offering: First Professional Degree
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, ART, AT, LAW, MUS, NURSE, PTAA, RAD, RSTH, SW, TED

| | | |
|--|--|--|
| 01 | President | Dr. Jerry B. FARLEY |
| 05 | Vice Pres Academic Affairs | Dr. Ron L. WASSERSTEIN |
| 10 | Vice Pres Admin & Treasurer | Ms. Wanda HILL |
| 32 | Vice Pres for Student Life | Dr. Denise OTTINGER |
| 86 | Director Govt Rels/Dir Univ Rels | Mr. Brad S. BOSTIC |
| 84 | Dean Enrollment Management | Mr. Allen L. DICKES |
| 43 | University Legal Counsel | Mr. Kenneth HACKLER |
| 20 | Asst Vice Pres Academic Affairs | Dr. Nancy TATE |
| 30 | President Endowment Association | Dr. Juliann MAZACHEK |
| 09 | Registrar | Dr. Carla RASCH |
| 08 | University Librarian | Ms. Wanda DOLE |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | | |
|---|---|---|
| 30 | Vice Pres College Advancement | Mr. Michael SCHOENFELD |
| 11 | Vice Pres for Admin/Treasurer | Mr. F. Robert HUTH |
| 18 | Asst VP of Facilities | Ms. Susan R. PERSONETTE |
| 04 | Executive Assistant to President | Ms. Betsy M. ETCHELLS |
| 45 | Dean of Ping/Secretary of College | Dr. John EMERSON |
| 86 | Dean Language Schools/Sch Abroad | Dr. Michael GEISLER |
| 20 | Dean of Curriculum | Mr. Bob CLUSS |
| 25 | Dean for Faculty Devel/Research | Ms. Carol RIFELJ |
| 28 | Dean for Institutional Diversity | Mr. Roman GRAF |
| 32 | Dean of Student Affairs | Dr. Ann C. HANSON |
| 20 | Dean of Faculty | Dr. Susan CAMPBELL |
| 29 | Dean of the College | Dr. Tim SPEARS |
| 08 | Dean of Library & Information Svcs | Ms. Barbara E. DOYLE-WILCH |
| 07 | Dean of Admissions | Mr. Robert S. CLAGETT |
| 37 | Dir of Student Financial Services | Vacant |
| 06 | Registrar | Ms. Pamela L. ANASTASSIOU |
| 10 | Budget Director | Ms. Kristen C. ANDERSON |
| 21 | Assistant Treasurer | Mr. Thomas CORBIN |
| 15 | Director Human Resources | Ms. Drew MACAN |
| 19 | Dir Public Safety/Assoc Dn Sdt Affs | Ms. Elizabeth B. BOUDAH |
| 29 | Director Alumni/Parent Programs | Ms. Annie JANEWAY |
| 36 | Exec Director of Career Services | Ms. Jaye R. ROSEBOROUGH |
| 38 | Dir Counseling/Human Relations Ctr | Mr. Gary F. MARGOLIS |
| 42 | Chaplain | Ms. Laurel JORDAN |
| 41 | Director of Athletics | Mr. Russell REILLY |
| 40 | Manager of College Store | Mr. Robert T. SANTRY |
| 26 | Director of Public Affairs | Vacant |
| 09 | Director of Institutional Research | Ms. Rebecca H. BRODIGAN |
| 26 | Director College Communication | Margaret A. PAINE |
| 21 | Controller | Mr. Patrick J. NORTON |

† Tuition figure is a comprehensive fees figure.

## New England Culinary Institute (A)

250 Main Street, Montpelier VT 05602-9720
County: Washington
FICE Identification: 022540
Unit ID: 230977
Telephone: (802) 223-6324   Carnegie Class: Specialized-Other Specialized
FAX Number: (802) 223-0634   Calendar System: Semester
URL: www.neculinary.com
Established: 1980   Annual Undergrad Tuition & Fees: $21,500
Enrollment: 527   Coed
Affiliation or Control: Proprietary   IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational
Accreditation: ACCSCT

| | | |
|---|---|---|
| 01 | President & CEO | Mr. Francis VOIGT |
| 03 | Executive Vice President | Mr. David COATES |
| 03 | Senior Vice Pres for Education | Mr. Richard FLIES |
| 15 | Chief Operating Officer | Ms. Julie HENDRICKSON |
| 10 | Chief Financial Officer | Mr. Rich GOODWIN |
| 05 | Dean of Academic Affairs | Dr. Howard FISHER |
| 32 | Dean of Students | Chef Will BOHMANN |
| 88 | Chair Baking & Pastry Arts | Chef Jason GINGOLD |
| 15 | Dean School of HRM | Dr. Mika NASH |
| 36 | Dean Faculty Development | Dr. Patti COOK |
| 88 | Chair Dual Enrollment | Dr. Andrea MCMANIS |
| 20 | Director Curriculum & Accreditation | Ms. Laureen GAUTHIER |
| 20 | Dean of Culinary Affairs | Chef Lyndon VIRKLER |
| 06 | Registrar | Ms. Susan GRISWOLD |
| 07 | Director of Admissions | Ms. Dawn HAYWARD |
| 08 | Head Librarian | Ms. Cherie SPENCER |
| 13 | Director Information Systems | Mr. Jeff AREY |
| 15 | Director Human Resources | Mr. Steve SCHULTZ |
| 18 | Director of Facilities | Mr. Eric SEIDEL |
| 12 | Campus Director Montpelier Campus | Mr. David MILES |
| 12 | Campus Director Essex Campus | Ms. Terri MELINCOFF |

## New England Culinary Institute at Essex (B)

5 Franklin Street, Essex Junction VT 05452-3505
County: Chittenden
Identification: 666529
Unit ID: 382027
Telephone: (802) 872-3400   Carnegie Class: Associate's
FAX Number: (802) 872-3413   Calendar System: Semester
URL: www.neci.com
Established: 1980   Annual Undergrad Tuition & Fees: $21,500
Enrollment: 527   Coed
Affiliation or Control: Proprietary   IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACCSCT

| | | |
|---|---|---|
| 02 | President | Mr. Fran VOIGT |

## Norwich University (C)

158 Harmon Drive, Northfield VT 05663-1000
County: Washington
FICE Identification: 003692
Unit ID: 230995
Telephone: (802) 485-2000   Carnegie Class: Master's I
FAX Number: (802) 485-2032   Calendar System: Semester
URL: www.norwich.edu
Established: 1819   Annual Undergrad Tuition & Fees: $20,088
Enrollment: 2,537   Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Professional

Accreditation: EH, ACBSP, AT, ENG, NUR

| | | |
|---|---|---|
| 01 | President | Dr. Richard W. SCHNEIDER |
| 05 | Provost & Dean of Faculty | Dr. Hubert MAULTSBY |
| 30 | Vice Pres Institutional Advancement | Mr. David J. WHALEY |
| 32 | Commandant/VP Student Affairs | Dr. Michael KELLEY |
| 29 | Assoc VP Instl Advan/Alumni Rels | Ms. Julie BRESSOR |
| 10 | Chief Financial Officer | Mr. Richard REBMANN |
| 13 | Chief Information Officer | Mr. Phillip SUSMANN |
| 11 | Chief Administrative Officer | Mr. David MAGIDA |
| 04 | Assistant to President | Ms. Judith A. BAILEY |
| 84 | Dean of Enrollment Management | Ms. Karen MCGRATH |
| 35 | Dean of Students | Ms. Martha MATHIS |
| 39 | Dir Institutional Rsrch/Effective | Mr. Robert SCHMIDT |
| 15 | Director of Human Resources | Mr. Jay WISNER |
| 08 | Head Librarian | Ms. Ellen HALL |
| 06 | Registrar | Ms. Frances M. BURSTEIN |
| 41 | Athletic Director | Mr. Anthony A. MARIANO |
| 18 | Chief Facilities/Physical Plant | Mr. Bizhan YAHYAZADEH |
| 20 | Associate Provost | Dr. Joseph BYRNE |
| 26 | Chief Public Relations Officer | Mr. Anthony VENTI |
| 37 | Student Financial Aid | Ms. Karen MCGRATH |
| 38 | Director Student Counseling | Dr. Melvin MILLER |
| 07 | Director of Admissions | Ms. Shelby WALLACE |

## Saint Michael's College (D)

One Winooski Park, Colchester VT 05439-0001
County: Chittenden
FICE Identification: 003694
Unit ID: 231059
Telephone: (802) 654-2000   Carnegie Class: Master's I
FAX Number: (802) 654-2297   Calendar System: Semester
URL: www.smcvt.edu
Established: 1904   Annual Undergrad Tuition & Fees: $26,770
Enrollment: 2,176   Coed
Affiliation or Control: Roman Catholic   IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: EH

| | | |
|---|---|---|
| 01 | President | Dr. Marc A. VANDERHEYDEN |
| 04 | Assistant to the President | Ms. Lisa B. POWLISON |
| 05 | VP Academic Affairs/Provost | Dr. William E. WILSON |
| 10 | VP for Finance | Mr. Neal E. ROBINSON |
| 32 | VP for Student Affairs | Mr. Michael D. SAMARA |
| 84 | VP for Enrollment and Marketing | Mr. Jerry E. FLANAGAN |
| 15 | Vice President for Human Resources | Mr. Michael J. NEW |
| 30 | VP for Institutional Advancement | Ms. Anne W. HANSEN |
| 88 | Assoc VP for Devel Alumni Relations | Mr. Richard V. DI VENERE |
| 20 | Dean of the College | Dr. Jeffrey A. TRUMBOWER |
| 42 | Director of Campus Ministry | Rev. Brian J. CUMMINGS, SSE |
| 07 | Director of Admission | Ms. Jacqueline MURPHY |
| 37 | Director Student Financial Aid | Mrs. Nelberta D. LUNDE |
| 06 | Registrar | Mr. John D. SHEEHEY |
| 09 | Director of Institutional Research | Mr. John P. KUHHOWVICK |
| 29 | Director of Alumni/Parent Relations | Mr. Patrick GALLIVAN |
| 35 | Director Student Activities | Dr. Jennie F. CERNOSIA |
| 88 | Dir Multicultural Student Affairs | Mr. Moise ST. LOUIS |
| 39 | Director of Residence Life | Mr. Louis DIMASI |
| 20 | Asst Dean of the College | Ms. Joan R. WRY |
| 88 | Associate Dean for Academic Affairs | Dr. Kathleen BALUTANSKY |
| 85 | Associate Dean for GIS | Mr. Richard GAMACHE |
| 88 | Director of Study Abroad | Ms. Kelly CULLINS |
| 92 | Honors Program Faculty Coordinator | Dr. Francis NICOSIA |
| 94 | Coord of Gender/Women's Studies | Dr. Carey KAPLAN |
| 08 | Dir Library Information Services | Vacant |
| 14 | Director of Information Tech | Ms. Billie MILES |
| 87 | Director of Marketing | Ms. Anne CONAWAY PETERS |
| 26 | Director of Public Relations | Dr. Buff L. LINDAU |
| 88 | Director of Community Relations | Ms. Marilyn E. CORMIER |
| 19 | Director of Safety & Security | Mr. Peter D. SOONS |
| 18 | Director of Physical Plant | Mr. David A. CUTLER |
| 38 | Co-Dir Student Resource Center | Ms. Linda HOLLINGDALE |
| 38 | Co-Dir Student Resource Center | Ms. Christine CLARY |
| 36 | Career Development Coordinator | Ms. Ingrid PETERSON |
| 38 | Director of Health Services | Ms. Susan JACQUES |
| 41 | Director of Athletics | Ms. Geraldine KNORTZ |
| 47 | Director for Advancement Services | Mr. Brendan C. KINNEY |
| 86 | Dir Government & Foundation Rels | Ms. Angela IRVINE |
| 88 | Financial Accounting Manager | Ms. Shirley J. GOODELL-LACKEY |
| 21 | Director of Finance | Ms. Mary Jane RUSSELL |
| 96 | Director of Purchasing | Mr. David P. COSEO |
| 40 | Bookstore Manager | Mr. Stephen MCMAHON |
| 31 | Community Service Coordinator | Ms. Heidi ST. PETER |

## School for International Training (E)

Kipling Road, Brattleboro VT 05302-0676
County: Windham
FICE Identification: 008860
Unit ID: 231068
Telephone: (802) 257-7751   Carnegie Class: Master's II
FAX Number: (802) 258-3248   Calendar System: Other
URL: www.sit.edu
Established: 1964   Annual Undergrad Tuition & Fees: $26,462
Enrollment: 1,437   Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Master's
Program: Teacher Preparatory; Professional
Accreditation: EH

| | | |
|---|---|---|
| 01 | President | Ms. Carol BELLAMY |
| 05 | Provost | Dr. Paula A. HARBECKE |
| 10 | Vice President Finance | Mr. Stephen FITCH |

| | | |
|---|---|---|
| 13 | Vice President Info technology | Ms. Laurie RICHARDS |
| 16 | Vice President Human Resources | Mr. Roland RANSOM |
| 43 | General Counsel | Mr. Peter MAY |
| 30 | Vice President Development | Ms. Ellen HOLMES |
| 53 | Dean Language & Teacher Education | Dr. Donald FREEMAN |
| 83 | Dean Intercult Serv Leadership/Mgmt | Dr. John NIRENBERG |
| 78 | Dean SIT Study Abroad | Dr. Rebecca HOVEY |
| 28 | Director Ctr for Intercultural Pgms | Ms. Jenni INFANTINI |
| 08 | Library Director | Ms. Ann MAY |
| 07 | Director of Enrollment Svcs | Ms. Meredith MCDILL |
| 06 | Registrar | Ms. Jennifer CANNIZZARO |
| 37 | Student Financial Aid Officer | Mr. Michael IRELAND |
| 09 | Director Institutional Research | Dr. Dona ALPERT |
| 32 | Director Student Services | Mr. Tony DRAPELLE |
| 18 | Director Facilites Management | Mr. Andy MARTYN, SR |
| 26 | Executive Director Communications | Mr. Jerry GOLDBERG |

## Southern Vermont College (F)

982 Mansion Drive, Bennington VT 05201-6002
County: Bennington
FICE Identification: 003693
Unit ID: 231086
Telephone: (802) 442-5427   Carnegie Class: Baccalaureate-General
FAX Number: (802) 447-4695   Calendar System: Semester
URL: www.svc.edu
Established: 1926   Annual Undergrad Tuition & Fees: $14,374
Enrollment: 489   Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts and General
Accreditation: EH, ADNUR, NUR

| | | |
|---|---|---|
| 01 | President | Dr. Barbara P. SIRVIS |
| 16 | Exec Assistant/Personnel Coord | Mrs. Susan B. LAMONTAGNE |
| 05 | Academic Dean | Dr. Rebecca M. DILIDDO |
| 30 | Director of Development | Ms. Sigrid B. SOLOMON |
| 07 | Director of Admissions | Ms. Kathleen JAMES |
| 10 | Chief Financial Officer | Mr. William B. BECKMAN |
| 30 | Director of Development | Vacant |
| 26 | Director Public Relations | Mrs. Melissa M. SMITH |
| 38 | Director Learning Resources | Mrs. Sarah SANFILIPPO |
| 06 | Registrar | Mr. Adam B. EMERSON |
| 18 | Director of Facilities | Mr. Mark J. KLAUDER |
| 38 | Director of Counseling | Ms. Elizabeth A. KOZIK |
| 41 | Director of Athletics | Mr. Jason BOLGOS |
| 19 | Interim Director of Security | Mr. James GARRISON |
| 32 | Director of Special Services | Mr. John O. CASE |
| 40 | Coordinator Bookstore | Mrs. Priscilla KLAUDER |
| 32 | Coordinator Campus Life | Vacant |
| 88 | Coord Learning Disabilities | Mr. David A. LINDENBERG |

## Sterling College (G)

PO Box 72, Craftsbury Common VT 05827-0072
County: Orleans
FICE Identification: 021435
Unit ID: 231095
Telephone: (802) 586-7711   Carnegie Class: Associate's
FAX Number: (802) 586-2596   Calendar System: Semester
URL: www.sterlingcollege.edu
Established: 1958   Annual Undergrad Tuition & Fees: $16,950
Enrollment: 104   Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts and General
Accreditation: EV

| | | |
|---|---|---|
| 01 | President | Mr. John E. WILLIAMSON |
| 05 | Dean of the College | Dr. E. Perry THOMAS |
| 32 | Director of Admissions | Ms. Gwyn HARRIS |
| 37 | Director of Financial Aid | Mr. Edward HOUSTON |
| 04 | Administrative Asst to President | Ms. Shona SLADYK |
| 21 | Comptroller | Ms. Donna BURNS |
| 08 | Librarian | Ms. Petra VOGEL |
| 18 | Plant Manager | Mr. Stephen WILLIAMS |
| 38 | Director Student Counseling | Mr. Leland PETERSON |
| 32 | Dean of Students | Mr. John ZABER |
| 53 | Director Academic Programs | Mr. Heather MCCONVILLE |
| 36 | Director Food Services | Vacant |
| 30 | Director Development | Vacant |
| 06 | Registrar | Ms. Laurie LAGGNER |
| 36 | Director of Student Placement | Ms. Jennifer PAYNE |

## University of Vermont (H)

Burlington VT 05405-0160
County: Chittenden
FICE Identification: 003696
Unit ID: 231174
Telephone: (802) 656-3131   Carnegie Class: Doctoral/Research Ext
FAX Number: N/A   Calendar System: Semester
URL: www.uvm.edu
Established: 1791   Annual Undergrad Tuition & Fees (In-State): $10,711
Enrollment: 9,848   Coed
Affiliation or Control: State   IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: EH, AT, BUS, CACREP, CLPSY, DIETD, ENG, MED, MT, NMT, NUR, PTA, SP, SW, TED

| | | |
|---|---|---|
| 01 | President | Dr. Daniel M. FOGEL |
| 05 | Senior Vice Pres & Provost | Dr. A. John BRAMLEY |
| 30 | VP for Finance & Administration | Mr. J. Michael GOWER |
| 32 | VP for Student & Campus Life | Dr. Thomas J. GUSTAFSON |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| 01 | President | Dr. David R. RAY |
|---|---|---|
| 05 | Chief Academic Officer | Dr. David R. RAY |
| 06 | Registrar | Ms. Carol-Ann J. MENDOZA |
| 07 | Director of Admissions | Ms. Kathleen T. MILLER |
| 36 | Director Student Placement | Ms. Betty REED |
| 37 | Director Student Financial Aid | Mr. Michael HARGRAVE |

## Ringling School of Art and Design    (A)

2700 North Tamiami Trail, Sarasota FL 34234-5895
County: Sarasota
FICE Identification: 012574
Unit ID: 13674

Telephone: (941) 351-5100   Carnegie Class: Specialized-Art/Music/Design
FAX Number: (941) 359-7517   Calendar System: Semester
URL: www.ringling.edu
Established: 1931   Annual Undergrad Tuition & Fees: $21,400
Enrollment: 1,008   Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Professional
Accreditation: SC, ART, FIDER

| 01 | President | Dr. Larry R. THOMPSON |
|---|---|---|
| 05 | Vice Pres for Academic Affairs | Ms. Johnette L. ISHAM |
| 30 | VP Development/Alumni Relations | Mr. Lance BURCHETT |
| 10 | Vice Pres for Finance & Admin | Mr. Timothy J. HILL |
| 15 | VP Human/Organizational Development | Ms. Christine C. CARNEGIE |
| 21 | Asst VP for Fin & Admin/Controller | Ms. Monica K. WAID |
| 18 | Asst VP/Dir of Facilities Operations | Mr. Jeffrey A. POLESHEK |
| 32 | Dean of Students | Dr. Tammy WALSH |
| 07 | Dean of Admissions | Mr. James H. DEAN |
| 03 | Dean of Faculty | Ms. Melody M. WEILER |
| 51 | Director of Continuing Studies | Ms. Nancee L. CLARK |
| 30 | Dir of Alumni Rel/Dev Operations | Ms. Terri J. ARNELL |
| 86 | Dir Advising/Records & Registration | Ms. Donna M. ANDERSON |
| 90 | Director Institutional Technology | Dr. Mahmoud PEGAH |
| 26 | Director Career Services | Dr. Phyllis SCHAEN |
| 38 | Dir of Marketing & Communications | Ms. Christine MEEKER-LANGE |
| 37 | Director of Financial Aid | Ms. Anna TRUEX |
| 19 | Director of Public Safety | Mr. Richard E. TUBBS |
| 88 | Director of Library Services | Ms. Kathleen L. LIST |
| 09 | Dir of Student Outcomes Assessment | Dr. Alison L. WATKINS |

## Rollins College    (B)

1000 Holt Avenue, Winter Park FL 32789-4499
County: Orange
FICE Identification: 001515
Unit ID: 136950

Telephone: (407) 646-2000   Carnegie Class: Master's I
FAX Number: (407) 646-2600   Calendar System: 4/1/4
URL: www.rollins.edu
Established: 1885   Annual Undergrad Tuition & Fees: $29,224
Enrollment: 3,726   Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: SC, BUS, #CACREP, MUS

| 01 | President | Dr. Lewis DUNCAN |
|---|---|---|
| 05 | Vice Pres Acad Affairs/Provost | Dr. Patricia LANCASTER |
| 10 | Vice Pres Business/Finance | Mr. George HERBST |
| 30 | VP for Institutional Advancement | Ms. Cynthia WOOD |
| 26 | Assistant VP of Public Relations | Ms. Ann Marie VARGA |
| 83 | Asst VP Human Res/Risk Management | Ms. Maria MARTINEZ |
| 13 | Asst Vice Pres for Info Technology | Mr. Les LLOYD |
| 12 | Dean of the Faculty | Dr. Roger CASEY |
| 32 | Dean of Student Affairs | Mr. Steve NEILSON |
| 54 | Dean of Enrollment Management | Mr. David ERDMANN |
| 31 | Dean Hamilton Holt School | Dr. Sharon CARRIER |
| 50 | Dean of Graduate Business School | Dr. Craig MCALLASTER |
| 08 | Director of Olin Library | Ms. Donna COHEN |
| 21 | Asst Treasurer/Dir Budgets/Investmt | Mr. William SHORT |
| 37 | Director of Financial Aid | Mr. Phillip ASBURY |
| 88 | Assoc Dean Academic Administration | Ms. Toni STROLLO HOLBROOK |
| 39 | Assoc Dean/Dir of Residential Life | Mr. Kenneth POSNER |
| 36 | Director of Career Services | Ms. Jane CORDRAY-BRANSON |
| 38 | Director of Personal Counseling | Mr. Mark FREEMAN |
| 42 | Dean of the Chapel | Dr. Patrick POWERS |
| 41 | Interim Athletic Director | Ms. Pennie PARKER |
| 53 | Director Facilities Management | Mr. Scott BITHOFER |
| 19 | Campus Security Director | Mr. Ken MILLER |
| 35 | Dir Student Involvement Leadership | Ms. Cara MEIXNER |
| 40 | Manager of Bookstore | Ms. Peggy BEDFORD |
| 04 | Exec Assistant to the President | Dr. Lorrie KYLE |
| 09 | Assistant Provost | Ms. Jane GIBBS |
| 07 | Director of Admissions | Mr. Mike LYNCH |
| 29 | Director Alumni Relations | Ms. Elizabeth FRANCETIC |

## St. John Vianney College Seminary    (C)

2900 SW 87th Avenue, Miami FL 33165-3294
County: Miami-Dade
FICE Identification: 008075
Unit ID: 137272

Telephone: (305) 223-4561   Carnegie Class: Specialized-Theological
FAX Number: (305) 223-0650   Calendar System: Semester
URL: www.sjvcs.edu
Established: 1959   Annual Undergrad Tuition & Fees: $17,500
Enrollment: 48   Male
Affiliation or Control: Roman Catholic   IRS Status: 501(c)3

Highest Offering: Baccalaureate
Program: Liberal Arts and General
Accreditation: SC

| 01 | Rector & President | Rev. John NOONAN |
|---|---|---|
| 05 | Academic Dean | Dr. Barbara RIETBERG |
| 06 | Registrar | Mrs. Bonnie DE ANGULO |
| 08 | Librarian | Mrs. Maria RODRIGUEZ |
| 33 | Dean of Men | Vacant |
| 37 | Director of Counseling | Dr. Juan ROMAGOSA |

## St. Johns River Community College    (D)

5001 St. Johns Avenue, Palatka FL 32177-3897
County: Putnam
FICE Identification: 001523
Unit ID: 137281

Telephone: (386) 312-4200   Carnegie Class: Associate's
FAX Number: (386) 312-4292   Calendar System: Semester
URL: www.sjrcc.edu
Established: 1957   Annual Undergrad Tuition & Fees (In-District): $2,006
Enrollment: 4,812   Coed
Affiliation or Control: State/Local   IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC

| 01 | President | Dr. Robert L. MCLENDON, JR. |
|---|---|---|
| 63 | Exec Vice President/General Counsel | Dr. Melissa G. MILLER |
| 12 | Provost Orange Park Campus | Dr. William J. SIMMONS |
| 12 | Provost St Augustine Campus | Dr. Glen W. MOORE |
| 05 | Vice Pres Academic Affairs | Dr. Gary B. LOTT |
| 32 | Vice Pres Student Affairs | Dr. Gilbert L. EVANS, JR. |
| 10 | Vice Pres Business Affairs | Mr. Robert S. AUSTIN, JR. |
| 11 | Vice Pres Administrative Affairs | Ms. Annette W. BARRINEAU |
| 33 | Vice Pres Devel/Govt Affairs | Ms. Caroline D. TINGLE |
| 15 | Vice Pres Workforce Development | Mr. Mark M. LEBESCH |
| 45 | Vice Pres Research & Planning | Dr. Harry T. ALBERTSON |
| 57 | Dean of Florida School of the Arts | Dr. Gary L. PIAZZA |
| 07 | Dean of Admissions & Records | Mr. O'Neal W. WILLIAMS |
| 43 | Dean of Arts & Sci/Inst Effective | Dr. Shirley W. KENNEDY |
| 49 | Dean Acad Success/Global Retention | Dr. Geraldine W. SMITH |
| 53 | Dean of Adult Education | Dr. Lyndarae D. MARTIN |
| 88 | Associate Dean of Open Campus | Dr. Patrick O. ARNWINE |
| 49 | Assoc Dean Arts & Sciences | Dr. Rosalind M. HUMBERG |
| 50 | Dir Bus/Comptr/Apprenticeship Pgms | Ms. Serrill M. WILCOX |
| 37 | Director of Financial Aid | Mr. John W. BODIFORD |
| 14 | Director of Information Technology | Mr. Paul M. HAWKINS |
| 16 | Director of Library Services | Mrs. Carmen M. CUMMINGS |
| 41 | Director Athletics/Student Services | Mr. Charles R. ASHER |
| 30 | Dir Development/Alumni Relations | Mr. Morris B. SCOTT |
| 26 | Director of Public Relations | Ms. Tiffany A. MERLO |
| 11 | Provost Open Campus | Dr. John T. SKELTON |
| 38 | Dean of Counsel/Advise/Stdnt Svcs | Dr. Edward P. JORDAN |
| 04 | Asst to the President & Instructor | Mr. Joel D. MATHIS |
| 88 | Director Criminal Justice Training | Mr. Leon S. LANCASTER |
| 50 | Dir Nursing/Allied Health Programs | Ms. Virginia E. MCCOLM |
| 88 | Executive Dir/Thrasher Home Ctr | Mr. James A. WALSH |
| 31 | Dir Governmental Rels/Spec Proj | Mr. James C. ROY |

## Saint Leo University    (E)

33701 State Road 52 West, Saint Leo FL 33574-6665
County: Pasco
FICE Identification: 001526
Unit ID: 137032

Telephone: (352) 588-8200   Carnegie Class: Master's II
FAX Number: (352) 588-8654   Calendar System: Semester
URL: www.saintleo.edu
Established: 1889   Annual Undergrad Tuition & Fees: $14,680
Enrollment: 12,677   Coed
Affiliation or Control: Roman Catholic   IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: SC, SW

| 01 | President | Dr. Arthur F. KIRK, JR. |
|---|---|---|
| 05 | Interim Vice Pres Academic Affairs | Dr. Maribeth DURST |
| 10 | Vice Pres Business Affairs | Mr. Frank MEZZANINI |
| 13 | VP Continuing Ed/Student Services | Dr. Edward QUADEZ |
| 30 | Vice Pres University Advancement | Ms. Susan PEIRCE |
| 54 | Vice President of Enrollment | Mr. Gary BRACKEN |
| 91 | Assoc VP/Chief Information Officer | Mr. Steven BURRELL |
| 33 | Asst Vice Pres for Student Affairs | Mr. Mark STIER |
| 63 | Assistant to President for Planning | Dr. David PERSKY |
| 09 | Director Institutional Research | Dr. Jeanne ROBERTS |
| 75 | Executive Vice Pres | Sr. Dorothy NEUHOFER, OSB |
| 49 | Dean School of Arts & Sciences | Dr. Richard G. BRYAN |
| 75 | Dean School of Educ/Social Svcs | Dr. Marguerite MCINNIS |
| 50 | Dean School of Business | Dr. Michael NASTANSKI |
| 58 | Dean School Business Studies Pgm | Dr. T. Lynn WILSON |
| 58 | Director Grad Stds Criminal Justice | Dr. David BASS |
| 58 | Director Grad Psychology Studies | Dr. Christopher CRONIN |
| 58 | Director MA in Pastoral Studies | Dr. Michael TZACEK |
| 58 | Director Grad Education Studies Pgm | Dr. John O. SMITH |
| 06 | Registrar | Mrs. Karen HATFIELD |
| 15 | Human Resources Director | Mr. Harold NALLY |
| 18 | Director Physical Plant | Ms. Virginia FULLWOOD |
| 88 | Director Dining Services | Mr. Rich VOGEL |
| 29 | Director Alumni Relations | Dr. Theodore HEUER |
| 52 | Asst to Pres for Univ Ministry | Fr. Michael COOPER, SJ |
| 07 | Dir Admiss Grad Stdnts/Adult Enroll | Ms. Jean ZAMBERLAN |
| 37 | Director Student Financial Services | Mr. Jon WALSH |

| 38 | Director Counseling Services | Dr. Evelyn VITALE |
|---|---|---|
| 23 | Director Health Center | Ms. Janice WALDSTEIN |
| 26 | Director Public Relations | Ms. Karla WILLIMAN |
| 14 | Director of Gift Planning | Mr. Francis CROCIATA |
| 88 | Director of Major Gifts | Ms. Dawn PARISI |
| 88 | Director Corporate/Foundation Rels | Dr. Grant PURVIS |
| 36 | Director Career Services | Ms. Beverly BAEHR |
| 19 | Director of Campus Safety | Mr. Jerome HELTON |
| 40 | Manager Campus Store | Mr. John SHEWMAKER |
| 41 | Director of Athletics | Mr. Fran REIDY |
| 35 | Director Student Involvement | Ms. Ana DI DONATO |
| 85 | Asst Dir for International Students | Ms. Paige RAMSEY-HAMACHER |
| 88 | Director Center for Online Learning | Dr. Michael ROGICH |
| 13 | Dir of Academic Administration | Ms. Donna DENNEY |
| 45 | Exec Dir Assessment/Instit Research | Dr. Jeffrey ANDERSON |

## St. Petersburg College    (F)

PO Box 13489, Saint Petersburg FL 33733-9951
County: Pinellas
FICE Identification: 001528
Unit ID: 137078

Telephone: (727) 341-4772   Carnegie Class: Associate's
FAX Number: (727) 341-3318   Calendar System: Semester
URL: www.spcollege.edu
Established: 1927   Annual Undergrad Tuition & Fees (In-District): $2,511
Enrollment: 24,247   Coed
Affiliation or Control: State/Local   IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, ADNUR, DH, EMT, FUSER, MLTAD, NUR, PTAA, RSTH

| 01 | President | Dr. Carl M. KUTTLER, JR. |
|---|---|---|
| 04 | Actg Spec Asst to the President | Dr. Karen K. WHITE |
| 05 | Sr Vice Pres Educ & Student Svcs | Dr. Carol C. COPENHAVER |
| 14 | VP Info Sys/Bus Svc/Budget Plng/Res | Mr. Conferide GARNEY |
| 32 | Vice Pres Educational/Student Svcs | Mr. Willie B. FELTON |
| 10 | Assoc Vice Pres Financial/Bus Svcs | Ms. Theresa K. FURNAS |
| 05 | Assoc VP Mod Planning & Research | Mr. Thomas SABAN |
| 88 | Sr VP Bac Pgms/Univ Partnership | Dr. Thomas E. FURLONG |
| 12 | Director Human Resources | Mr. Douglas S. DUNCAN |
| 12 | Provost Clearwater Campus | Dr. Anne COOPER |
| 12 | Provost St Petersburg Campus | Dr. Charles L. ROBERTS |
| 12 | Provost/Health Education Center | Dr. Sandra PEPICELLO |
| 12 | Campus Exec Offcr Allstate Center | Mr. J. C. BROCK |
| 12 | Provost Tarpon Springs Campus | Dr. Robert RAMSAY |
| 12 | Provost Seminole Campus | Dr. James GILLIVER |
| 88 | Director of Special Programs | Ms. Linda L. HOGANS |
| 26 | Director Institutional Advancement | Mrs. Amelia CAREY |
| 06 | Registrar/Director Admissions | Dr. Martyn CLAY |
| 08 | Director of Libraries | Dr. Susan ANDERSON |
| 88 | Director Facilities Plng/Inst Svcs | Ms. Susan M. REITER |
| 09 | Director of Institutional Research | Dr. Carol WEIDEMAN |
| 37 | Director of Financial Aid | Ms. Marcia MCCONNELL |
| 30 | Director of Development | Dr. Janice BUCHANAN |
| 41 | Director of Athletics | Mr. Lars HAFNER |
| 43 | College Attorney | Mr. David T. HENNIGER |
| 29 | Director Alumni Relations | Mrs. Amelia W. CAREY |
| 84 | Coordinator Enrollment Management | Mr. Mark STRICKLAND |
| 28 | Director of Diversity | Dr. Prairie MACK |
| 96 | Director of Purchasing | Mr. Dotson HUNT |

## St. Petersburg Theological Seminary    (G)

10830 Navajo Drive, Saint Petersburg FL 33708-3116
County: Pinellas
Identification: 666075
Telephone: (727) 399-0276   Carnegie Class: Other
FAX Number: (727) 399-1324   Calendar System: Semester
URL: www.sptseminary.edu
Established: 1983   Annual Undergrad Tuition & Fees: $2,910
Enrollment: 71   Coed
Affiliation or Control: Interdenominational   IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Religious Emphasis
Accreditation: TRACS

| 02 | Chancellor | Dr. George PIERCE |
|---|---|---|
| 01 | President | Dr. Patrice FISCHER |
| 05 | Chief Academic Officer | Dr. John FISCHER |
| 06 | Registrar | Ms. M. Jane CARGILE |
| 08 | Head Librarian | Ms. Archie FERGUSAN |
| 37 | Director Student Financial Aid | Ms. Peggy NICHOLS |

## St. Thomas University    (H)

16401 NW 37th Avenue, Miami Gardens FL 33054-6498
County: Miami-Dade
FICE Identification: 001468
Unit ID: 137476

Telephone: (305) 625-6000   Carnegie Class: Master's I
FAX Number: (305) 628-6510   Calendar System: Semester
URL: www.stu.edu
Established: 1962   Annual Undergrad Tuition & Fees: $17,860
Enrollment: 2,630   Coed
Affiliation or Control: Roman Catholic   IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: SC, LAW

| 01 | President | Msgr. Franklyn M. CASALE |
|---|---|---|

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

05 VP Acad Affr/Int Dn Comm/Ed/Soc Sci ....Dr. Thomas C. MANS
10 VP/Chief Financial Admin Officer .........Mr. Richard S. WILLIAMS
30 Vice Pres/Chief Development Officer ..........Mr. Jay T. CARSON
32 VP/Chief Student Affairs Officer ..........Dr. Lucas C. LAMADRID
07 Asst VP Admission/Financial Aid ..........Mr. David A COLLINS
13 Assoc Vice Pres Finance & Admin ....Mr. Thomas C. MORRISON
20 Dean of Studies ..........................Ms. Alice J. KAYLOR
50 Dean McKenna Sch Bus/Econ/Govt .........Dr. Gary QUINLIVAN
36 Dean Humanities & Fine Arts ..............Rev. Rene KOLLAR
35 Dean Student Affairs ....................Mr. Jame CHADO
06 Registrar ................................Ms. Celine R. HAAS
13 Librarian ..............................Bro. David KELLY, OSB
29 Director of Alumni Affairs ...............Mr. Warner JOHNSON
26 Director of Public Relations ............Mr. Donald A. ORLANDO
36 Director Career Services ...........Mrs. Donna A. MORRISON
15 Director of Human Resources ............Mr. Timothy D. HUDSON
42 Director of Campus Ministry ..........Rev. Brian BOOSEL, OSB
23 Director Wellness Center ............Ms. Mary Alice ARMOUR
19 Director Public Safety ....................Mr. Stew BROWN
41 Athletic Director ....................Rev. Myron KIRSCH, OSB
39 Director Financial Aid ................Ms. Victoria THOMPSON
96 Dir of Purchasing/Chief Fire Dept ......Mr. Terry NOEL
40 Manager Book Center ....................Rev. Andrew GROSSI
09 Coord of Institutional Research ....Dr. Colleen FLEWELLING

## Saint Vincent Seminary (A)
300 Fraser Purchase Road, Latrobe PA 15650-2690
County: Latrobe
Identification: 666018
Telephone: (724) 537-4592
Unit ID: 215813
FAX Number: (724) 532-5052
Carnegie Class: Other
URL: www.benedictine.stvincent.edu/seminary/
Calendar System: Semester
Established: 1846
Annual Undergrad Tuition & Fees $13,539
Enrollment: 75
Coed
Affiliation or Control: Roman Catholic
IRS Status: 501(c)3
Highest Offering: Master's
Program: Religious Emphasis
Accreditation: THEOL

01 Rector ......................V.Rev. Kurt BELSOLE, OSB
88 Director of Spiritual Formation ........Rev. Charles BYRD
05 Academic Dean ..............Rev. Cyprian CONSTANTINE, OSB
88 Director of Pastoral Formation ........Rev. David BRZOSKA

## Schuylkill Institute of Business & Technology (B)
118 South Centre Street, Suite #2, Pottsville PA 17901
County: Schuylkill
FICE Identification: 021478
Unit ID: 215895
Telephone: (570) 622-4835
Carnegie Class: Associate's
FAX Number: (570) 622-6563
Calendar System: Semester
URL: www.sibt.edu
Established: 1977
Annual Undergrad Tuition & Fees $14,500
Enrollment: 160
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS, MAC

01 President ........................Mr. William KLETTKE
03 Exec Director & Dean of Education ....Mr. Anthony DOOLEY
37 Director of Financial Aid .................Ms. Nancy DAVIS

## Seton Hill University (C)
Seton Hill Drive, Greensburg PA 15601-1599
County: Westmoreland
FICE Identification: 003362
Unit ID: 215947
Telephone: (724) 834-2200
Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (724) 830-4611
Calendar System: Semester
URL: www.setonhill.edu
Established: 1883
Annual Undergrad Tuition & Fees $21,870
Enrollment: 1,730
Coed
Affiliation or Control: Roman Catholic
IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: M, ARCPA, DIETC, #MFCD, MUS, SW

01 President ........................Dr. JoAnne W. BOYLE
11 Vice Pres Admin/Student Life ........Dr. Lois SCULCO, SC
05 Vice Pres Academic Affairs ..........Dr. Mary Ann GAWELEK
10 Vice Pres Finance ....................Mr. Paul ROMAN
84 Vice Pres Enrollment Svcs/Registrar ....Mrs. Barbara C. HINKLE
30 Vice Pres Institutional Advancement ....Ms. Christine MUESELER
21 Controller ..........................Mr. Paul EDSALL
32 Dean of Student Services ............Dr. Charmaine R. STRONG
07 Dir Admissions/Adult Student Svcs ........Ms. Mary Kay COOPER
08 Director of Library ..................Mr. David STANLEY
33 Director Devel/Media Relations ....Ms. Molly ROBB SHIMKO
26 Director of Alumnae Relations ........Mrs. Ellen M. GREINER
37 Director of Financial Aid ..............Ms. Maryann DUDAS
24 Director of Career Development ....Mrs. Rebecca R. CAMPBELL
91 Director Administrative Computing ....Mr. Harry J. NOGASKY
15 Director Personnel Services ..........Mrs. Darlene YINGLING
19 Director Facilities ....................Mr. Bill VOKES
41 Executive Athletic Director ..........Mr. Chris SNYDER
42 Director Campus Ministry ............Ms. Cynthia BOLAND
88 Dir Natl Educ Ctr Women in Business ....Mrs. Jayne HUSTON
13 Exec Dir Info & Communications Tech ....Dr. Fred BILLMAN

04 Assistant to the President ................Mrs. Carol ZOLA
06 Registrar ..............................Ms. Barbara HINKLE

## South Hills School of Business and Technology (D)
480 Waupelani Drive, State College PA 16801-4516
County: Centre
FICE Identification: 013263
Unit ID: 216083
Telephone: (814) 234-7755
Carnegie Class: Associate's
FAX Number: (814) 234-0926
Calendar System: Quarter
URL: www.southhills.edu
Established: 1970
Annual Undergrad Tuition & Fees $11,082
Enrollment: 686
Coed
Affiliation or Control: Proprietary
IRS Status: Proprietary
Highest Offering: Associate Degree
Program: Occupational
Accreditation: ACICS

01 President & Owner ....................Mr. S. Paul MAZZA
05 Director ..........................Ms. Marilyn J. MAZZA

## Susquehanna University (E)
514 University Avenue, Selinsgrove PA 17870-1025
County: Snyder
FICE Identification: 003369
Unit ID: 216278
Telephone: (570) 374-0101
Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (570) 372-4040
Calendar System: Semester
URL: www.susqu.edu
Established: 1858
Annual Undergrad Tuition & Fees $26,265
Enrollment: 2,067
Coed
Affiliation or Control: Evangelical Lutheran Church in America
IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: M, BUS, MUS

01 President ........................Dr. L. Jay LEMONS
03 Exec VP for Admin & Planning ....Ms. Sara G. KIRKLAND
05 Provost ..........................Dr. Linda A. MCMILLIN
10 Vice Pres for Finance & Treasurer ........Mr. Michael COYNE
18 Vice Pres for Univ Relations ........Mr. Ronald A. COHEN
20 Dean of Academic Services ..........Ms. Pamela L. WHITE
04 Exec Assistant to the President ........Dr. Tracy M. TYREE
07 Dean Enrollment Management ........Dr. Philip E. WINGER
49 Dean School Natural/Social Sciences ....Dr. Lucien T. WINEGAR
08 Dean Arts/Humanities/Comm ........Dr. Valerie G. MARTIN
50 Dean Weis School of Business ..........Dr. James L. BROCK
28 Director of Multicultural Affairs ........Mr. David HATTON
07 Director of Admissions ..............Mr. Chris A. MARKLE
08 Director of the Library ............Ms. Kathleen GUNNING
39 Director of Financial Aid ............Ms. Helen S. NUNN
06 Registrar ..........................Mr. Alex G. H. SMITH
42 University Chaplain ................Rev. Mark Wm RADECKE
91 Director Information Technologies ....Mr. David C. HENRY
41 Director of Athletics ..............Ms. Pamela SAMUELSON
18 Director of Facilities Management ........Mr. David C. HENRY
36 Director of Career Services ..........Ms. Brenda FABIAN
17 Director Continuing Education ....Ms. Christine D. JAEGERS
26 Director of Communications ........Ms. Betsy J. ROBERTSON
29 Director of Alumni Relations ..........Ms. Shari MANGELS
15 Director Human Resources/Risk Mgmt ....Ms. Maureen N. PUGH
49 Director of Counseling ............................Vacant
19 Director of Public Safety ............Mr. Tom RAMBO
40 Manager of Donor Research ............Ms. Alison COOK
89 Director of First Year Programs ........................Vacant
91 Co-Director of Honors Program ........Dr. Simona HILL
92 Co-Director of Honors Program ........Dr. Karen MURA

## Swarthmore College (F)
500 College Avenue, Swarthmore PA 19081-1390
County: Delaware
FICE Identification: 003370
Unit ID: 216287
Telephone: (610) 328-8000
Carnegie Class: Baccalaureate-Liberal Arts
FAX Number: (610) 328-8673
Calendar System: Semester
URL: www.swarthmore.edu
Established: 1864
Annual Undergrad Tuition & Fees $41,280
Enrollment: 1,474
Coed
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General
Accreditation: M, ENG

01 President ........................Alfred H. BLOOM
05 Provost ..........................Constance C. HUNGERFORD
10 Vice Pres Finance/Treasurer ........Suzanne P. WELSH
03 Vice Pres Alumni/Development ................Dan WEST
04 VP Col/Cmty Rels/Exec Asst to Pres ....Maurice G. ELDRIDGE
18 Assoc VP Facilities & Services ..........C. Stuart HAIN
20 Dean of the College ................Robert J. GROSS
07 Dean of Admissions & Financial Aid ............Jim BOCK
16 Assoc Vice Pres for Human Resources ....Melanie YOUNG
29 Director of Alumni Relations ..............Lisa LEE
35 Associate Dean of Students ..........Joy CHARLTON
06 Registrar ..........................Martin O. WARNER
08 College Librarian ....................Peggy SEIDEN
09 Director Institutional Research ......Robin H. SHORES
41 Director of Athletics ..............Tom KRATTENMAKER
37 Director of Financial Aid ..............Laura TALBOT

36 Director Career Services ................Nancy BURKETT
19 Director Security/Safety Services ......Owen REDGRAVE
23 Director Equal Opportunity Office ....Sharmaine LAMAR
23 Director Worth Health Center ..........Linda ECHOLS
38 Director Psychological Services ......David RAMIREZ
40 Director Physical Educ/Athletics ..........Adam HERTZ
44 Director Annual Giving ................Patricia LAWS
91 Director Computing Services ............Judy R. DOWNING
32 Student Activities Coordinator ........Jenny YIM
21 Controller ..........................Christina M T. MAHONEY
28 Assoc Dean Multicultural Affairs ........Darryl M. SMAW

## Talmudical Yeshiva of Philadelphia (G)
6063 Drexel Road, Philadelphia PA 19131-1296
County: Philadelphia
FICE Identification: 012523
Unit ID: 216311
Telephone: (215) 473-1212
Carnegie Class: Specialized-Theological
FAX Number: (215) 477-5065
Calendar System: Semester
Established: 1953
Annual Undergrad Tuition & Fees $6,600
Enrollment: 107
Male
Affiliation or Control: Independent Non-Profit
IRS Status: 501(c)3
Highest Offering: Second Talmudic Degree
Program: Teacher Preparatory; Professional
Accreditation: RABN

01 President ........................Mr. Erwin WEINBERG
05 Dean ..............................Rabbi Elya SVEI
05 Dean ..........................Rabbi Shmuel KAMENETSKY

## Temple University (H)
Philadelphia PA 19122-6072
County: Philadelphia
FICE Identification: 003371
Unit ID: 216339
Telephone: (215) 204-7000
Carnegie Class: Doctoral/Research Ext
FAX Number: (215) 204-5600
Calendar System: Semester
URL: www.temple.edu
Established: 1884
Annual Undergrad Tuition & Fees (In-State): $9,140
Enrollment: 33,979
Coed
Affiliation or Control: State Related
IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: M, ART, AT, BUS, CHE, CLPSY, COPSY, DANCE, DENT, DNUR, ENG, ENGT, HSA, JPSY, JOUR, LAW, LSAR, MED, MUS, NRPA, NURSE, OT, PHAR, PNUR, POD, PTA, SCPSY, SP, SW, TED, THEA

01 President ........................Dr. David ADAMANY
43 University Counsel ................Mr. George E. MOORE
05 Provost ..........................Mr. Ira M. SCHWARTZ
10 Vice Pres Financial Affairs & Treas ........Mr. Martin S. DORPH
11 Senior Vice Pres Administration ....Mr. Clarence D. ARMBRISTER
32 Vice Pres for Student Affairs ..........Dr. Theresa A. POWELL
91 Vice Pres Computer/Information Svcs ..Mr. Timothy C. O'ROURKE
30 Vice Pres Development ..............Mr. Stuart P. SULLIVAN
48 Vice Pres Operations ............Mr. William T. BERGMAN, JR
84 Assoc Vice Pres Enrollment Mgmt ........Mr. Timm RINEHART
15 Assoc Vice Pres Human Resources ....Ms. Deborah HARTNETT
04 Chief of Staff Ofc of President ........Mr. Gregory S. ROST
20 Deputy Provost ....................Dr. Richard M. ENGLERT
25 Vice Provost Research ............Dr. Kenneth J. SOPRANO
04 Vice Provost Undergraduate Programs ........Dr. Peter JONES
08 Vice Provost for Libraries ..........Mr. Larry P. ALFORD
11 Assoc VP Budget & Planning ..........Mr. Richard A. GRANT
21 Assoc VP & Controller ..........Mr. Frank ANNUNZIATO
18 Assoc VP Facilities Management ....Mr. Robert BUCHHOLZ
31 Assoc VP Community Relations ................Vacant
88 Assoc VP Business Services ............Mr. Richard RUMER
22 Assoc VP Multicultural Affairs ........Ms. Rhonda BROWN
84 Associate VP Enrollment Mgmt ........Dr. Timm R. RINEHART
35 Dean of Students ..................Dr. Ainsley CARRY
06 Registrar ........................Ms. Jacqueline R. REAGAN
26 Chief Communications Officer ..........Mr. Mark EYERLY
41 Director Intercollegiate Athletics ......Mr. William BRADSHAW
29 Exec Director Alumni Relations ........Ms. Deborah FOWLKES
88 Director University Counseling ..........Dr. John L. DIMINO
36 Director Career Development ..........Dr. Cheri RISPOLI
13 Director Institutional Research ........Ms. Timothy A. WALSH
88 Director International Programs ....Ms. Denise A. CONNERTY
85 Dir Ctr International Svcs & Pgms ......Dr. Martyn J. MILLER
42 Director Student Housing ..............Mr. John NIVEN
23 Director Health Services ..................Vacant
40 Bookstore Manager ....................Mr. Mark ALLEN
47 Director Student Financial Services ......Dr. John F. MORRIS
95 Exec Dir Planning & Policy Analysis ....Dr. Thomas HEALY
96 Director of Purchasing ............Ms. Theresa E. BURT
43 Dean of Liberal Arts ....................Vacant
48 Dean of Education ................Dr. C. Kent MCGUIRE
68 Dean of the Graduate School ........Dr. Aquiles IGLESIAS
63 Dean Tyler School of Art ............Mr. Keith MORRISON
61 Vice President & Dean of Law ..........Mr. Robert J. REINSTEIN
64 Dean of Music ....................Dr. Robert STROKER
62 Dean Business/Management ..........Dr. Moshe PORAT
52 Dean of Dentistry ..................Dr. Martin F. TANSY
53 Dean of Medicine ................Dr. John M. DALY
54 Dean of Pharmacy ..................Dr. Peter H. DOUKAS
70 Dean Sch Social Administration ........Dr. Larry IGADO
72 Dean Engineering ................Dr. Keya SADEGHIPOUR
52 Dean Podiatric Medicine ............Dr. John A. MATTIACCI
70 Actg Dean Science & Technology ........Dr. Allen NICHOLSON
60 Dean Communications/Theater ........Dr. Concetta STEWART

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

01  Controller ....................................... Ms. Cheryl L. WILSON
03  Dean College of Communication ........ Dr. William T. SLATER
12  Director of Honors Program ................. Dr. Peggy WATSON
53  Director of Women's Resource Ctr ............... Ms. Mary PAUL
04  Director of Assessment .................. Ms. Melissa CANADY
04  Director of Purchasing ...................... Mr. Roger D. FULLER

## Texas College (A)

2404 North Grand Avenue, Tyler TX 75702
County: Smith

FICE Identification: 003638
Unit ID: 228884

Telephone: (903) 593-8311    Carnegie Class: Baccalaureate-General
FAX Number: (903) 593-0588    Calendar System: Semester
URL: www.texascollege.edu
Established: 1894    Annual Undergrad Tuition & Fees: $7,680
Enrollment: 757    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: 2-Year Principally Bachelor's Creditable; Liberal Arts And General;
Teacher Preparatory
Accreditation: #SC

31  President ..................................... Dr. Billy C. HAWKINS
16  VP Fees Academic Affairs ..................... Dr. Jean D. FITTS
53  Vice Pres Business & Finance ............ Mr. James E. HARRIS
24  Actg VP Institutional Advancement ...... Dr. Bobby J. STINSON
35  Actg Vice Pres Student Affairs .......... Dr. Neville MORGAN
30  Dean of Instruction .............................................. Vacant
25  Dean Records/Registrar .................. Dr. Herbert COLEMAN
55  Dir Inst Research/Effectiveness .......... Dr. Tequecia V. MEEK
37  Director Enrollment Services ............ Ms. Andrea D. FRANCIS
65  Director Human Resources ........................... Ms. Lois BOWIE
53  Comptroller ............................................ Mr. Ron JOHNSON
53  Dir Counseling & Career Services ........... Ms. Ardith WEISS
57  Director Financial Aid ...................... Dr. Reggie BRAZZLE
32  Chair Business/Social Sciences ...... Dr. Godwin T. UMOETTE
45  Chair Humanities/Education ............... Dr. Herbert COLEMAN
31  Chair Math/Computational Sciences ...... Dr. M. S. NAMBOODIRI
51  Chief Facilities/Physical Plant ............................... Vacant
36  Chief Public Relations Officer ................................ Vacant
53  Director Alumni Relations .................. Dr. Bobby J. STINSON
32  Dean of Students ...................... Ms. Jacqueline PADUO

## Texas College of Traditional Chinese Medicine (B)

4005 Manchara Road, Austin TX 78704
County: Travis

FICE Identification: 031795
Unit ID: 430704

Telephone: (512) 444-8082    Carnegie Class: Specialized-Other Health
FAX Number: (512) 444-6345    Calendar System: Trimester
URL: www.texastcm.edu.is
Established: 1990    Annual Undergrad Tuition & Fees: $13,250
Enrollment: 110    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Master's; No Lower Division
Program: Professional
Accreditation: ACUP

31  President ......................................... Dr. Luzhi GUO
32  Academic Dean ........................ Dr. Joseph McMILLIAN
53  Exec Vice President/Treasurer .................. Mr. Paul LIN
53  Administrator ...................................... Mr. Grant GEE
57  Financial Aid Officer ...................... Ms. Valerie QUAY
32  Dean of Students/Director Admission .... Mr. Dennis CHILDERS
34  Clinic Director .......................................... Yong CUI
45  Herbal Medical Dept ............................... Guili ZHENG
45  Director of Acupuncture Department .............. Han DONG
45  Director of Moxi Bun Dept ............... Andrei CHUGUNOV
46  Director of Library ......................... Mr. Charles CASTLE
63  Operations Mgr Budget/Human Res ............ Ms. Lisa LIN

## Texas Culinary Academy (C)

11400 Burnet Road, Suite 2100, Austin TX 78758
County: Travis

FICE Identification: 025693
Unit ID: 364973

Telephone: (512) 837-2665    Carnegie Class: Associate's
FAX Number: (512) 977-9753    Calendar System: Other
URL:
Established: ?    Annual Undergrad Tuition & Fees: $38,725
Enrollment: ?    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Associate
Program: Occupational
Accreditation: ACFEI

31  President ..................................... Harvey M. GIBLIN

## Texas Lutheran University (D)

1000 West Court Street, Seguin TX 78155-5999
County: Guadalupe

FICE Identification: 003641
Unit ID: 228681

Telephone: (830) 372-8000    Carnegie Class: Baccalaureate-General
FAX Number: (830) 372-8096    Calendar System: Semester
URL:
Established: ?    Annual Undergrad Tuition & Fees: $17,720
Enrollment: ?    Coed
Affiliation or Control: Evangelical Lutheran Church in America
    IRS Status: 501(c)3

---

01  President ...................................... Dr. Jon N. MOLINE
05  Executive Vice President & Provost ...... Dr. John T. MASTERSON
26  Sr Vice Pres University Relations ...Mr. Stephen P. ANDERSON
10  Vice Pres Finance/Administration ......... Ms. Karen BETHEL
84  Vice Pres Enrollment Services ............ Mr. E. Norman JONES
30  Vice Pres Resource Development .......... Ms. Betsy CLANDY
44  Vice Pres for Principal Gifts .............. Mr. Harold R. SAGER
31  Interim Dean of Students .................... Ms. Kristi QUIROS
06  Dir of Records & Registration ........ Ms. Brenda SCHUMANN
08  Library Director ................................ Ms. Martha RINN
37  Director of Financial Aid ...................................... Vacant
42  Campus Pastor ......................... Rev. Greg PENNING
26  Director Career Services ...................... Ms. Bonita VINSON
38  Director Counseling Services .................. Ms. Terry WEERS
07  Director of Admissions .......................................... Vacant
15  Director Personnel Services ............... Ms. Lindee LARSEN
41  Director of Athletics ....................... Mr. Bill MILLER
04  Exec Assistant to the President ............. Ms. Sharon CRAIG

## Texas Southern University (E)

3100 Cleburne Street, Houston TX 77004-4584
County: Harris

FICE Identification: 003642
Unit ID: 229063

Telephone: (713) 313-7011    Carnegie Class: Doctoral/Research Int
FAX Number: (713) 313-1092    Calendar System: Semester
URL: www.tsu.edu
Established: 1947    Annual Undergrad Tuition & Fees (In-State): $4,416
Enrollment: 11,635    Coed
Affiliation or Control: State    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: SC, BUS, DIETD, ENGT, LAW, MT, NAIT, PHAR, RSTH, SW

01  President .................................. Dr. Priscilla D. SLADE
10  Senior Vice Pres of Fiscal Affairs ........ Mr. Quintin F. WIGGINS
05  Sr VP Acad Relations/Ombudsperson ..... Dr. Charlene T. EVANS
35  Provost/Sr Vice Pres Academic Affs .......... Dr. Bobby L. WILSON
84  Sr Vice Pres Enrollment Management ...... Dr. Gayla B. THOMAS
30  Vice President of Development ............. Mrs. Nina W. JONES
88  VP of Strategic Development ........... Mrs. Kimberly WILLIAMS
20  Assoc Provost for Academic Affairs .......... Dr. Richard PITRE
32  Assoc Provost for Student Services ...... Dr. Willie H. MARSHALL
44  Assoc Provost for Research ................. Dr. Robert L. FORD
24  Asst VP of Information Technology ....... Mr. Abner E. TERRELL
13  Asst VP of Alumni Development ......... Mr. Kevin A. ADAMS
15  Ast Vice Pres Hum Res/Public Safety ...... Mr. Kelius S. FALLS
09  Asst VP of Enrollment Services ............ Mr. Hasan JAMIL
09  Director of Institutional Research ...... Dr. Veon McREYNOLDS
26  Director of Communications ............ Ms. Winifred J. KING
07  Director Admissions ................... Mrs. Joyce M. WADDELL
06  Registrar ................................ Mrs. Norma A. ROBINSON
12  Bursar .................................. Dr. Obidike N. KAMAU
36  Dir Co-Op Education & Placement ......... Mr. Harry E. CLARK
50  Dean of Business ................................ Dr. Joseph BOYD
63  Dean of Continuing Education ............ Dr. Irvine E. EPPS
53  Dean of Education ........................ Dr. Jay R. CUMMINGS
30  Dean of School of Public Affairs ........ Dr. Don Anthony WOODS
46  Dean of Law .................... Mr. McKen V. CARRINGTON
47  Dean Pharmacy & Health Science .......... Dr. Barbara HAYES
49  Dean Col Lib Arts/Behavioral Sci .......... Dr. Merline PITRE
77  Int Dean College of Science/Tech ....... Dr. Mitchell M. ALLEN
88  Interim Director of Public Safety ........ Chief Thaddeus SEALS
20  Director of GUAC ...................... Dr. Jacqueline FLEMING
21  Associate Business Officer .......... Mr. Sushil KHANDELWAL
41  Athletic Director ........................ Mrs. Alois S. BLACKWELL
43  Interim General Counsel ................ Ms. Gila P. BOLT
26  Director External Affairs ............ Mrs. Elizabeth E. BROCK
37  Director Financial Aid ................ Mr. Albert J. TEZENO
12  Director of Internal Audit ............ Mr. Terry L. HOLDERMAN
92  Director of Honors Program .............. Mrs. Linda F. COACH
04  Director of Purchasing .................. Ms. Wanda G. PLEASANT

## Texas Southmost College (F)

80 Fort Brown, Brownsville TX 78520-4993
County: Cameron

FICE Identification: 003643
Unit ID: 229072

Telephone: (956) 882-3879    Carnegie Class: Associate's
FAX Number: (956) 882-8111    Calendar System: Semester
URL: www.utb.edu
Established: 1926    Annual Undergrad Tuition & Fees (In-District): $2,010
Enrollment: 7,947    Coed
Affiliation or Control: State/Local    IRS Status: 501(c)3
Highest Offering: Master's
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, ADNUR, MLTAD, NUR, RAD, RSTHT

01  UTB/TSC President ........................ Dr. Juliet V. GARCIA
11  Vice Pres Admin/Partner Affs .......... Dr. John P. RONNAU
05  Vice President Academic Affairs .......... Dr. Ruth Ann RAGLAND
06  Director of Registrars .................... Mr. Albert BARREDA

† In partnership with the University of Texas at Brownsville.

---

## *Texas State Technical College System Office (G)

3801 Campus Drive, Waco TX 76705-1607
County: McLennan

FICE Identification: 009642
Unit ID: 229671

Telephone: (254) 867-4891    Carnegie Class: N/A
FAX Number: (254) 867-3960
URL: www.tstc.edu

01  Chancellor ................................. Dr. William E. SEGURA
10  Chief Fiscal Officer ............... Ms. Susan VONDER HOYA
13  Vice Chanc Educ Effectiveness ...... Dr. D. Francette CARNAHAN
03  Executive Vice Chancellor ........... Dr. Barbara SELKE-KERN
30  Assoc VC Resource Development .......... Dr. Tara L. ODOM

## *Texas State Technical College Harlingen (H)

1902 North Loop 499, Harlingen TX 78550-3697
County: Cameron

FICE Identification: 009225
Unit ID: 229319

Telephone: (956) 364-4001    Carnegie Class: Associate's
FAX Number: (965) 364-5100    Calendar System: Trimester
URL: www.harlingen.tstc.edu
Established: 1969    Annual Undergrad Tuition & Fees (In-State): $2,865
Enrollment: 4,456    Coed
Affiliation or Control: State    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, DA, DH, MAC, SURGT

02  President .................................. Dr. J. Gilbert LEAL
04  Executive Asst to the President ........... Ms. Jackie GILLES
05  Vice President for Student Learning ...... Mr. Pat HOBBS
32  Vice President for Student Devel .............................. Vacant
11  Vice President Administrative Srvcs ...... Mr. Michael D. BUCK
10  Chief Financial Officer .................. Mr. Robert GOMEZ
20  Assoc Vice Pres Student Learning ...... Ms. Cathy GUITER MAPLES
25  Assoc Vice Pres Economic Devel/Trng ...... Mr. Stephen VASSBERG
27  Director of Public Information .................................. Vacant
09  Director Inst Effective Research ...... Ms. Blanca TREVINO BAUER
15  Director of Human Resources ........ Ms. Mary PREPEJCHAL
19  Chief of Public Safety ................ Mr. Greg STITES
18  Director of Physical Plant ............ Mr. Martin ESPINOSA
55  Director of Evening School & ACE ............. Mr. Hector PENA
07  Director Admissions & Records ...... Ms. Blanca GUERRA
34  Director Career Guidance/Counseling .......... Mr. Don BYRD
37  Director of Financial Aid ...................... Mr. Roy CAVAZOS
13  Director of Network Services ........... Ms. Dawn D. QUINN
52  Director of Student Life ................... Mr. Roy CAVAZOS
41  Supervisor of Intramurals ................ Mr. Jose GARCIA
08  Director of the Library .................. Mr. David DIEHL
36  Placement Officer/Coop ............. Mr. Hector J. CANU
02  Supervisor Bookstore .................... Ms. Susan FLORES
39  Supervisor Housing/Dorms ............ Mr. Carlos PEREZ
96  Director of Purchasing ...... Ms. Linda RODRIGUEZ-GUILLEN

## *Texas State Technical College Marshall (I)

2400 East End Boulevard South, Marshall TX 75672-7402
County: Harrison

FICE Identification: 033965
Unit ID: ?

Telephone: (903) 935-1010    Carnegie Class: Other
FAX Number: (903) 935-9554    Calendar System: Semester
URL: www.marshall.tstc.is
Established: 1993    Annual Undergrad Tuition & Fees (In-District): $1,839
Enrollment: 704    Coed
Affiliation or Control: State/Local    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC

02  President ............................. Dr. J. Gary HENDRICKS
05  Vice Pres of Student Learning ............. Dr. Lucy MCGREGOR
20  Director of Financial Services ...... Mrs. Deborah L. SANDERS
20  Associate Dean Learning Community ...... Ms. Annette M. ELLIS
84  Dean of Enrollment Management ........ Mrs. Suzanne K. CARTER
06  Registrar .................................. Ms. Patricia A. ROBBINS
09  Dir of Inst Eff Res & Planning ........ Mrs. Millie D. HUTCHINS
15  Dir Human Res/Safety/Risk Mgmt .......... Mr. Jeff W. BELL
36  Director of Placement ................ Mrs. Cindy L. LELEKO
37  Financial Aid Specialist .......... Mrs. Susan F. WINGATE
96  Purchasing ............................ Mrs. Nichelle L. HONEYCUTT
63  Assoc VP Workforce & Economic Dev .... Dr. Jeanne L. WESLEY
13  Dir Network/Telecommunications Serv ...... Mr. Dennis J. BURRER

## *Texas State Technical College Waco (J)

3801 Campus Drive, Waco TX 76705-1695
County: McLennan

FICE Identification: 003634
Unit ID: 228680

Telephone: (254) 799-3611    Carnegie Class: Associate's
FAX Number: (254) 867-2006    Calendar System: Semester
URL: www.tstc.edu
Established: 1965    Annual Undergrad Tuition & Fees (In-State): $2,809
Enrollment: 4,519    Coed
Affiliation or Control: State    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | |
|---|---|
| 20 Associate Academic Dean | Mrs. Linda L. PAYNE |
| 13 Information Specialist | Mrs. Ruth DE GUZMAN DALMAN |
| 06 Registrar | Ms. Brenda MARTIN |
| 14 Exec Director Computer Operations | Mr. David R. RODGERS |
| 07 Director of Academic Services | Mrs. Sheryle L. KNIGHT |
| 02 Director of Admissions UK/Europe | Mr. Thomas PATTON |
| 26 Director of Enrollment Services | Mr. David B. LUTTRELL |
| 10 Director of Finance | Mr. M. G. (Rocky) WRYE |
| 21 Director of Student Accounts | Mr. Bradley T. CLARK |
| 88 Director of Transcript Services | Mrs. Carol S. CUSIC |
| 88 Senior Academic Advisor | Rev. Anthony C. TANUOCO |
| 30 Development Specialist | Mrs. Ana R. DEMPS |

## Tri-State University (A)

1 University Avenue, Angola IN 46703-1764
County: Steuben    FICE Identification: 001839
    Unit ID: 152567
Telephone: (260) 665-4100    Carnegie Class: Baccalaureate-General
FAX Number: (260) 665-4292    Calendar System: Semester
URL: www.tristate.edu
Established: 1884    Annual Undergrad Tuition & Fees: $20,200
Enrollment: 1,456    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Teacher Preparatory; Professional; Business Emphasis
Accreditation: NM, ENG, xTED

| | |
|---|---|
| 01 President | Dr. Earl D. BROOKS, II |
| 50 Vice Pres for Academic Affairs | Dr. David FINLEY |
| 30 Vice Pres Institutional Advancement | Mr. Robert L. REMINGTON |
| 09 Dir Inst Planning/Research | Dr. Dolores M. TICHENOR |
| 10 Interim Vice Pres Finance | Dr. Tom ZEIDEL |
| 88 Vice Pres Student/Univ Oper | Mr. Mike BOCK |
| 84 VP Enrollment Mgmt/Dean Admissions | Mr. Scott GOPLIN |
| 51 Asst VP for Adult Learning | Dr. Jean DELLER |
| 41 Director of Athletics | Ms. Sheila KOVALCHIK |
| 04 Assistant to the Pres | Ms. Dareen MCCLELLAND |
| 06 Registrar | Mrs. Debra F. HELMSING |
| 36 Int Director of Placement/Coop Educ | Ms. Deborah A. ROEMKE |
| 08 Director of the Library | Ms. Anne ABERNATHEY |
| 30 Director of Development | Mr. Raymond STUCKEY |
| 29 Director of Alumni Relations | Mr. Allen KEEN |
| 18 Director of Major Gifts | Mr. Mike FERRELL |
| 88 Director of Records | Ms. Erlene YENITES |
| 14 Manager of Computer Services | Mr. Larry C. HELMSING |
| 20 Dir Intergrated & Brand Marketing | Mr. Patrick JOHANSEN |
| 13 Human Resources | Ms. Diane PENIX |
| 86 Director of Sports Information | Ms. Jennifer L. RUSHTON |
| 12 Director of South Bend Campus | Ms. Alice FRANTZ |
| 12 Director of Fort Wayne Campus | Mr. Cliff GJERTSON, SR |
| 12 Director of Angola Evening Program | David W. BROWN |
| 33 Director Student Financial Planning | Ms. Kim BENNETT |
| 44 Asst Director of Regional Campaign | Ms. Julie WERT |

## University of Evansville (B)

1800 Lincoln Avenue, Evansville IN 47722-1586
County: Vanderburgh    FICE Identification: 001795
    Unit ID: 150434
Telephone: (812) 488-2000    Carnegie Class: Master's I
FAX Number: (812) 488-2320    Calendar System: Semester
URL: www.evansville.edu
Established: 1854    Annual Undergrad Tuition & Fees: $21,660
Enrollment: 2,704    Coed
Affiliation or Control: United Methodist    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NM, ART, ENG, MUS, NUR, PTA, PTAA, TED

| | |
|---|---|
| 01 President | Dr. Stephen G. JENNINGS |
| 26 Interim Vice Pres Academic Affairs | Dr. Jean C. BECKMAN |
| 30 Vice Pres Institutional Advancement | Mr. John C. BARNER |
| 10 Vice Pres Fiscal Affairs/Admin | Mr. Jeffery M. WOLF |
| 32 VP Student Affairs/Dean of Students | Ms. Dana CLAYTON |
| 84 Vice Pres Enrollment Services | Mr. Donald R. VOS |
| 49 Dean of Arts & Sciences | Dr. Jean C. BECKMAN |
| 50 Dean of Business | Dr. Robert A. CLARK |
| 53 Dean of Education/Health Science | Dr. Lynn R. PENLAND |
| 54 Dean Engr/Computer Science | Dr. Phillip M. GERHART |
| 20 Asst VP Academic Affs/Grants Dir | Dr. James L. GRABAN |
| 41 Controller | Ms. Donna O. TEAGUE |
| 41 Director of Athletics | Mr. William P. MCGILLIS |
| 26 Director of University Relations | Ms. Marcia A. DOWELL |
| 06 Registrar | Mr. Keith M. KUTZLER |
| 13 Asst VP and Director of OTS | Mr. Keith D. JACKSON |
| 08 Asst VP & Chief Technology Office | Mr. David J. FOWLER |
| 08 University Librarian | Mr. William F. LOUDEN |
| 35 Assoc Dean Students | Mr. Michael A. TESSIER |
| 32 University Chaplain | Rev. Brian ERICKSON |
| 07 Director of Administrative Services | Mr. Mark J. LOGEL |
| 29 Director of Alumni/Parent Relations | Ms. Sylvia Y. DEVAULT |
| 22 Director Annual Giving/Devel Svcs | Ms. Robaun L. CHARLES |
| 38 The Gift Planning/Annual Support | Ms. Jamie L. ELKINS |
| 36 Director of Career Svcs/Placement | Mr. C. Gene WELLS |
| 33 Director of Counseling/Health Educ | Ms. Sylvia T. BUCK |
| 33 Director of Financial Aid | Ms. JoAnn E. LAUGEL |
| 13 Director of Human Resources | Mr. Gregory R. BORDFELD |
| 11 Director of Institutional Research | Ms. Amy R. BRANDEBURRY |
| 88 Director of Physical Plant | Mr. Larry S. HORN |
| 37 Director of Safety & Security | Mr. Harold P. MATTHEWS |
| 18 Director of Study Abroad/Harlaxton | Mr. Earl D. KIRK |

| | |
|---|---|
| 27 Coordinator of News Services | Ms. Marsha L. JACKSON |
| 40 Manager of Bookstore | Mr. Kevin J. COLLINS |

## University of Indianapolis (C)

1400 East Hanna Avenue, Indianapolis IN 46227-3697
County: Marion    FICE Identification: 001804
    Unit ID: 151263
Telephone: (317) 788-3368    Carnegie Class: Master's I
FAX Number: (317) 788-3300    Calendar System: Other
URL: www.uindy.edu
Established: 1902    Annual Undergrad Tuition & Fees: $17,980
Enrollment: 4,116    Coed
Affiliation or Control: United Methodist    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NM, ACBSP, ADNUR, ART, AT, CLPSY, ©MIDWF, MUS, NURSE,
OT, PTA, PTAA, SW, TED

| | |
|---|---|
| 01 President | Dr. Beverly J. PITTS |
| 50 Sr Vice President & Provost | Dr. Everette J. FREEMAN |
| 46 VP Rsrch/Plng/Strategic Ptnrship | Dr. Mary C. MOORE |
| 10 Vice President Business & Finance | Mr. Michael L. BRAUGHTON |
| 52 Vice President for Student Affairs | Dr. David M. WANTZ |
| 30 Vice President for Inst Advancement | Mr. Michael J. FERIN |
| 84 Vice President for Enrollment | Mr. Mark T. WEIGAND |
| 49 Dean College of Arts & Sciences | Dr. Daniel H. BRIERE |
| 50 Dean School of Business | Dr. Mitch B. SHAPIRO |
| 53 Dean School of Education | Dr. E. Lynne WEISENBACH |
| 66 Dean School of Nursing | Dr. Sharon L. ISSAC |
| 88 Dean School of Physical Therapy | Dr. Pamela RITZLINE |
| 88 Dean School of Adult Learning | Dr. Patricia A. JEFFERSON-BILBY |
| 88 Dean School of Occupational Therapy | Dr. Candy L. BEITMAN |
| 06 Registrar | Dr. Mary Beth BAGG |
| 07 Director of Admissions | Mr. Ronald W. WILKS |
| 08 Director of the Library | Dr. Philip H. YOUNG |
| 15 Director Human Resources | Mr. Stant CLARK |
| 20 Director Marketing | Mr. Joe P. SOLARI |
| 36 Director Career Svcs/Employer Rels | Mr. Paul M. GABBNAY |
| 14 Chief Information Officer | Mr. Jeff L. RUSSELL |
| 33 Director Student Financial Aid | Mrs. Linda B. HANDY |
| 58 Director Graduate Business Pgms | Dr. Matthew W. WILL |
| 18 Director Physical Plant | Mr. Kenneth M. PIEPENBRINK |
| 29 Director Alumni Relations | Mr. Keith W. SMITH |
| 39 Director Alumni & Parent Relations | Mrs. Monica M. WOODS |
| 31 Director Univ Cmty Bridge Program | Dr. Mary E. BUSCH |
| 41 Director Athletics | Dr. Sue J. WILLEY |
| 42 Co-Chaplain | Rev. L. Lang BROWNLEE |
| 42 Co-Chaplain | Ms. Jennifer M. HORNER |
| 44 Director Annual Giving | Mr. Andy M. KOCHER |
| 85 Director International Programs | Ms. Marilyn O. CHASE |
| 36 Director Media Services/Client Svcs | Mr. Robert A. JONES |
| 38 Sr Staff Counselor/Counseling Ctr | Ms. Jackie A. REYNOLDS |
| 39 Director Student Life | Mr. Greg P. SMITH |
| 40 Bookstore Manager | Ms. Janine FRAINIER |
| 72 Director Ctr for Instructional Tech | Mrs. Elizabeth A. KIGGINS |
| 20 Director Institutional Enrollment | Ms. Mary E. GRANT |

## University of Notre Dame (D)

Notre Dame IN 46556
County: Saint Joseph    FICE Identification: 001840
    Unit ID: 152080
Telephone: (574) 631-5000    Carnegie Class: Doctoral/Research Extensive
FAX Number: (574) 631-6947    Calendar System: Semester
URL: www.nd.edu
Established: 1842    Annual Undergrad Tuition & Fees: $31,542
Enrollment: 11,479    Coed
Affiliation or Control: Roman Catholic    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Professional
Accreditation: NM, ART, BUS, BUSA, COPSY, ENG, IPSY, LAW, THEOL

| | |
|---|---|
| 01 President | Rev. John I. JENKINS, CSC |
| 05 Provost | Vacant |
| 03 Executive Vice President | Dr. John F. AFFLECK-GRAVES |
| 20 Vice Pres/Associate Provost | Dr. Christine M. MAZIAR |
| 20 Vice Pres/Associate Provost | Dr. Jean A. LINNEY |
| 20 Vice Pres/Associate Provost | Dr. Dennis C. JACOBS |
| 32 Vice Pres for Student Affairs | Rev. Mark L. POORMAN, CSC |
| 20 VP for Public Affs/Communications | Ms. Hilary CRNKOVICH |
| 10 Vice President for Finance | Mr. John A. SEJDINAJ |
| 58 Vice Pres for Grad Studies/Research | Dr. Jeffrey O. KANTOR |
| 43 Vice Pres General Counsel | Dr. Carol C. KAESEBIER |
| 11 Vice Pres of Business Opers | Mr. James J. LYPHOUT |
| 96 Assistant VP Procurement | Mr. John T. AFFLECK |
| 18 Vice Pres/Chief Investment Ofcr | Mr. Scott C. MALPASS |
| 26 Assoc VP News and Information | Mr. Matthew V. STORIN |
| 15 Assoc Vice Pres Human Resources | Mr. Robert K. MCQUADE |
| 29 Assoc VP/Exec Dir Alumni Assoc | Mr. Charles F. LENNON, JR |
| 04 Exec Assistant to the President | Dr. Frances L. SHAVERS |
| 04 Sr Exec Asst/Counselor to President | Rev. James E. MCDONALD, CSC |
| 20 Assistant Provost | Ms. Joy J. VANN-HAMILTON |
| 13 Asst Provost/Information Technology | Mr. Gordon D. WISHON |
| 07 Asst Provost Enrollment Management | Mr. Daniel J. SARACINO |
| 58 Asst Provost International Studies | Dr. Julia V. DOUTHWAITE |
| 33 Director of Financial Aid | Dr. Harold L. PACE |
| 58 Assoc VP Grad Studies/Research | Dr. Anthony K. HYDER |
| 51 Director of Continuing Education | Dr. Allison L. HEURING |
| 50 Dean of Business | Dr. Carolyn Y. WOO |

| | |
|---|---|
| 61 Dean of Law School | Prof. Patricia A. O'HARA |
| 54 Dean of Engineering | Dr. Frank P. INCROPERA |
| 49 Dean of Arts & Letters | Dr. Mark W. ROCHE |
| 81 Dean of Science | Dr. Joseph P. MARINO |
| 08 Director of Libraries | Dr. Michael N. LYKOUDIS |
| 18 Dean First Year of Studies | Dr. Hugh R. PAGE |
| 08 Director of University Libraries | Dr. Jennifer A. YOUNGER |
| 33 Director Student Financial Aid | Mr. Joseph A. RUSSO |
| 36 Director of Career Center | Mr. Lee J. SVETE |
| 38 Director of Counseling Center | Dr. Susan STEIBE-PASALICH |
| 09 Director of Institutional Research | Dr. Eva E. NANCE |
| 87 Director of Summer Session | Dr. James H. POWELL |
| 19 Director of Security/Police | Mr. Rex J. RAKOW |

## University of Saint Francis (E)

2701 Spring Street, Fort Wayne IN 46808-3994
County: Allen    FICE Identification: 001832
    Unit ID: 152336
Telephone: (260) 434-3100    Carnegie Class: Master's I
FAX Number: (260) 434-3183    Calendar System: Semester
URL: www.sf.edu
Established: 1890    Annual Undergrad Tuition & Fees: $16,750
Enrollment: 1,935    Coed
Affiliation or Control: Roman Catholic    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: NM, ADNUR, ARCPA, ART, NURSE, OTA, PTAA, RAD, SURGT,
SW, TED

| | |
|---|---|
| 01 President | Sr. M. Elise KRISS |
| 50 Vice President Academic Affairs | Dr. Marcia K. SAUTER |
| 30 Vice President Administration | Mr. Kenneth E. WILLIAMS |
| 52 Vice President Student Life | Ms. Sharon K. MEJEUR |
| 30 Vice Pres University Advancement | Dr. William SHUSTOWSKI |
| 84 Vice Pres Enrollment Management | Mr. Ronald SCHUMACHER |
| 10 Vice President Finance | Mr. Donald E. SIMMONS |
| 20 Assoc Vice Pres Academic Services | Dr. Barry BELKNAP |
| 20 Assoc Vice Pres Academic Affairs | Dr. Stacy J. ATKINSON |
| 35 Dean of Students | Ms. Linda JACKSON |
| 06 Registrar | Mr. Francis P. CONNOR |
| 62 Director Library Services | Ms. Lauralee AVEN |
| 29 Director Alumni | Mr. Edward SCHAAB |
| 42 Director Campus Ministry | Fr. James SAPP |
| 24 Director Educational Technology | Ms. Christina STROEBL |
| 88 Director Campus Computing | Ms. Teresa SORDELET |
| 18 Director Physical Plant | Mr. Thomas BUUCK |
| 13 Director Human Resources | Ms. Norma BOENKER |
| 86 Director Security | Mr. Richard ROBBINS |
| 33 Director Financial Aid | Ms. Jamie MCGRATH |
| 07 Director Admissions | Mr. Ronald SCHUMACHER |
| 09 Director of Institutional Research | Dr. Jacquelyn FELLER |
| 23 Budget Director | Ms. Cathy CRAWFORD |
| 26 Director Marketing | Ms. Beth MILLER |
| 36 Director Career Services | Mr. William BRUNE |
| 92 Director of Honors Program | Dr. Dominic AQUILA |
| 41 Athletic Director | Mr. Kevin DONLEY |
| 40 Mgr Barnes & Noble Campus Shoppe | Ms. Robin HUFFMAN |
| 81 Dean School of Science & Math | Dr. Gary TIEBEN |
| 50 Dean School of Business | Dr. Pam KEPHART |
| 57 Dean School of Creative Arts | Mr. Rick CARTWRIGHT |
| 53 Dean School of Health Sciences | Dr. Nancy GILLESPIE |
| 79 Dean School of Liberal Arts | Dr. Dominic AQUILA |
| 58 Dean School of Professional Studies | Dr. Rolf DANIEL |
| 58 Graduate Dean | Dr. Stacy J. ADKINSON |

## University of Southern Indiana (F)

8600 University Boulevard, Evansville IN 47712-3596
County: Vanderburgh    FICE Identification: 001808
    Unit ID: 151306
Telephone: (812) 464-8600    Carnegie Class: Master's I
FAX Number: (812) 464-1960    Calendar System: Semester
URL: www.usi.edu
Established: 1965    Annual Undergrad Tuition & Fees (In-State): $4,304
Enrollment: 10,050    Coed
Affiliation or Control: State    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NM, BUS, BUSA, DA, DH, ENGT, JOUR, NURSE, OT, OTA, RAD,
RSTH, SW, TED

| | |
|---|---|
| 01 President | Dr. H. Ray HOOPS |
| 04 Assistant to the President | Ms. Janet S. ALLEN |
| 26 Provost/VP for Academic Affairs | Dr. Linda L. M. BENNETT |
| 10 Vice Pres Business Affairs | Mr. Mark W. RAMING |
| 30 Vice Pres Business Affairs | Mr. Mark ROZEWSKI |
| 26 Vice Pres Advancement | Mrs. Sherrianne M. STANDLEY |
| 86 VP Governmental Relations | Ms. Cynthia S. BRINKER |
| 32 Vice Pres Student Affairs | Dr. M. Edward JONES |
| 20 Asst Academic VP/Dean Extnd Svcs | Dr. Charles T. HARRINGTON |
| 35 Assoc Vice Pres Student Affairs | Mr. John L. DEEM |
| 20 Asst VP Business Affairs | Ms. Mary A. HUPFER |
| 09 Director of Institutional Research | Vacant |
| 58 Director of Graduate Studies | Dr. Peggy F. HARREL |
| 06 Registrar | Ms. Sandy K. FARMER |
| 07 Director of Admission | Mr. Eric H. OTTO |
| 33 Director of Library Services | Mr. John H. MILLER |
| 30 Director of Development | Mrs. Suzanne A. NICHOLSON |
| 44 Asst Director Devel/Plan Giving | Mr. David A. BOWER |
| 58 Asst Director Devel/Plan Giving | Ms. Susan R. BUNNING |
| 92 Director Honors Program | Dr. Dane M. PARTRIDGE |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

44 Director of Planned Giving .............................Mr. Ken BOSS
21 Controller .....................................................Mr. Roger DYKSTRA
28 Director of Diversity .......................................Dr. Nelvia BRADY
15 Director Personnel Services ..........................Mr. Larry BOER
92 Dean of Honors Program ...............................Dr. Aron REPPMANN
35 Dir Student Affairs/Counseling ......................Mrs. Ginny CARPENTER
84 Director Enrollment Management ....................Mr. Pete HAMSTRA
96 Director of Purchasing ...................................Mr. Tom VLOEDMAN
22 Director of Institutional Research ...................Dr. Burt ROZEMA

## Trinity College of Nursing & Health Sciences (A)
2122 25th Avenue, Rock Island IL 61201-5317
County: Rock Island                        FICE Identification: 006225
                                                        Unit ID: 146755
Telephone: (309) 779-7700      Carnegie Class: Specialized-Other Health
FAX Number: (309) 779-7798               Calendar System: Semester
URL: www.trinitycollegeqc.edu
Established: 1994               Annual Undergrad Tuition & Fees: $5,814
Enrollment: 200                                                  Coed
Affiliation or Control: Independent Non-Profit      IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Nursing Emphasis
Accreditation: **NH**, EMT, NURSE, RAD, SURGT

01 President .......................................................Ms. Carol DWYER
76 Director Allied Health Department ..................Ms. Elaine FOHT

## Trinity International University (B)
2065 Half Day Road, Deerfield IL 60015-1284
County: Lake                               FICE Identification: 001772
                                                        Unit ID: 149514
Telephone: (847) 945-8800     Carnegie Class: Specialized-Theological
FAX Number: (847) 317-8090              Calendar System: Semester
URL: www.tiu.edu
Established: 1897               Annual Undergrad Tuition & Fees: $19,366
Enrollment: 2,851                                                Coed
Affiliation or Control: Evangelical Free Church of America
                                                    IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: **NH**, AT, THEOL

01 President .......................................................Dr. Gregory L. WAYBRIGHT
00 Chancellor ....................................................Dr. Kenneth M. MEYER
03 Executive Vice President ...............................Dr. Jeanette L. HSIEH
44 Exec Admin to President's Office ...................Dr. Milo F. L. UNRUH
05 Sr Vice Pres Educ/Dean Divinity Sch .............Dr. Tite TIENOU
10 Dean of College .............................................Dr. James STAMOOLIS
84 Vice Pres Enrollment Management .................Mr. Roger L. KIEFFER
30 Sr Vice Pres Instit Advancement ...................Mr. Paul J. MAURER
43 Sr VP Student Affs/Dean of
     Students ......................................................Dr. William O. WASHINGTON
18 Vice Pres Institutional Services .....................Mr. Lyle S. ERSTAD
12 Vice Pres Finances .......................................Mr. Mike PICHA
13 VP of Information Technology .........................Mr. Steven GEOGG
11 Chief Administrative/Financial Ofcr ...............Mr. Wesley L. ANDERSON
21 Controller .....................................................Mr. Paul EISENMANN
20 Assoc Academic Dean Graduate ...................Dr. James R. MOORE
20 Assoc Academic Dean Undergraduate ...........Dr. Steven R. POINTER
88 Assoc Dean of Nontraditional Educ ...............Ms. Margaret R. CONNER
30 Director of Acad/Desktop Computing ..............Mr. Chris MILLER
29 Director Administrative Computing .................Ms. Katie KEMP
23 Director of Health Services ............................Mrs. Denise HALLORAN
58 Dean of Graduate School ..............................Dr. James STAMOOLIS
61 Dean of Law School ......................................Mr. Donald R. MCCONNELL
42 University Chaplain ........................................Rev. David WHITED
07 Director Undergraduate Admissions ...............Mr. Matthew YODER
07 Director Admission/Divinity & Grad ................Dr. Kenneth V. BOTTOM
12 Exec Dir So Florida Regional Center ..............Dr. Kevin D. MEYER
84 Exec Dir California Regional Center ...............Mr. Joseph WYSE
19 Director of Security Services .........................Mr. Brian OLSON
40 Director of Bookstore .....................................Mr. Stacey L. DOUGLAS
15 Director of Human Resources ........................Mr. Lon SCHWENK
06 University Registrar .......................................Mr. Robert M. BOSANAC
37 Director of Financial Aid ................................Dr. Ron CAMPBELL
35 Director of Career Services ...........................Ms. Amy GROFT
30 Director of Placement/Graduate ....................Dr. Eugene SWANSTROM
08 University Librarian ........................................Dr. Robert H. KRAPOHL
20 Director of Alumni ..........................................Vacant
26 Director of Publications ..................................Mrs. Melissa STRATIS
30 Director of Development .................................Mrs. Zofia DRIPPS
41 Athletic Director ............................................Mr. Patrick GILLIAM
20 Director of Counseling Center ........................Ms. Cathy CONWAY
45 International Student Coordinator ...................Mrs. Evona VAN GEMEREN
35 Assoc Dean of Undergraduate Stdnts ............Mr. Matthew PERRAULT
39 Housing Coordinator ......................................Mrs. Amy HORTON
28 Director of Ethnic Diversity ............................Mr. Orlando FELICIANO
92 Director of Honors Program ...........................Dr. Steven POINTER
96 Director of Purchasing ...................................Mr. Patrick SMITH
12 Director of Student Activities ..........................Ms. Justine LANKTREE

## Triton College (C)
2000 Fifth Avenue, River Grove IL 60171-1995
County: Cook                               FICE Identification: 001773
                                                        Unit ID: 149532
Telephone: (708) 456-0300          Carnegie Class: Associate's
FAX Number: (708) 583-3121             Calendar System: Semester
URL: www.triton.edu
Established: 1964       Annual Undergrad Tuition & Fees (In-District): $1,930

Enrollment: 17,914                                               Coed
Affiliation or Control: Local                      IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: **NH**, ADNUR, @CONST, DMS, NMT, RAD, RSTH, SURGT

01 President .......................................................Dr. Patricia GRANADOS
10 Vice Pres Business Services .........................Mr. Sean SULLIVAN
05 Int Vice Pres Acad Alfs/Stdnt Svcs ...............Ms. Brenda WATKINS
16 Assoc VP Human Resources ........................Mr. Robert BURKSON
21 Executive Director Finance ............................Mr. James REYNOLDS
09 Exec Asst to Pres Intl Advancement ...............Vacant
13 Assoc Vice Pres Information Systems .............Mr. Kevin KENNEDY
72 Assoc Vice Pres Instructional Tech ................Mr. Mark LAUSCH
20 Assoc VP Lrng/Acad Support Svcs .................Ms. Kay LANGSTON
21 Assoc VP Business Services .........................Ms. Margaret STABILE
30 Exec Dir Institutional Development ................Dr. Edmund BRACKETT
32 Dean of Student Services ...............................Mr. Douglas OLSON
84 Dean of Enrollment Services ..........................Ms. Mary Rita MOORE
26 Dir Creative/Public Relations Svcs ................Mr. Thomas OLSON
18 Director Facilities ..........................................Mr. Joseph TIDEI
70 Director of Workforce Development ...............Ms. Mona MCCAFFERTY
07 Director Admissions & Records ......................Vacant
37 Director Financial Aid ....................................Ms. Patricia WILLIAMSON
31 Exec Director Community Education ...............Ms. Nina ORIGITANO
15 Exec Dir Professional Development .................Vacant
09 Dir Institutional Research/Planning ................Ms. Ileana RODRIGUEZ
19 Chief of Police ...............................................Mr. Michael PENDOLA
44 Director Triton Foundation ..............................Ms. Patricia VARGA
90 Director Information Tech Services .................Mr. Ron ELLING
49 Dean Arts & Sciences ...................................Dr. Edmund FORST
51 Dean of Community Education ........................Ms. Judith A. JOZAITIS
66 Dean Careers ................................................Ms. Cheryl ANTONICH
32 Assoc Dean Technology .................................Vacant
49 Asc Dean Arts/SCi/Alternative Lrng ...............Vacant
88 Dean of Adult & Basic Education ....................Ms. Cynthia BARNES
50 Associate Dean Business ..............................Ms. Elma JOHNSON
70 Associate Dean Health Careers .Ms. Catherine GIERMAN-RIBLON

## University of Chicago (D)
5801 South Ellis Avenue, Chicago IL 60637-1496
County: Cook                               FICE Identification: 001774
                                                        Unit ID: 144050
Telephone: (773) 702-1234      Carnegie Class: Doctoral/Research Ext
FAX Number: N/A                          Calendar System: Quarter
URL: www.uchicago.edu
Established: 1891           Annual Undergrad Tuition & Fees: $45,825
Enrollment: 13,400                                               Coed
Affiliation or Control: Independent Non-Profit      IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: **NH**, BUS, BUSA, DENT, IPSY, LAW, MED, SW, THEOL

01 President .......................................................Mr. Don M. RANDEL
05 Provost .........................................................Mr. Richard P. SALLER
10 VP of Administration/Chief Fin Ofcr ...............Mr. Donald J. REAVES
86 Vice Pres Community/Govt Affairs .................Mr. S. WEBBER
46 VP for Research/Argonne Natl Lab ...Mr. Thomas F. ROSENBAUM
17 Vice Pres Medical Affairs ..............................Mr. James L. MADARA
30 Vice Pres Development/Alumni Rltns ...........Ms. Randy L. HOLGATE
43 Vice Pres & General Counsel ........................Ms. Beth A. HARRIS
30 Vice Pres for University Relations .................Mr. Michael C. BEHNKE
88 Vice Pres/Chief Investment Officer .................Mr. Peter STEIN
13 Vice Pres & Chief Info Officer .........................Mr. Gregory A. JACKSON
32 VP & Dean of Students in the Univ ................Mr. Stephen P. KLASS
18 Assoc Vice Pres Facilities Services ...Ms. Elaine Lockwood BEAN
30 Int Assoc VP Human Resources Mgmt ...Mr. Arnold L. ARONOFF
29 Interim Exec Dir Alumni Assoc .......................Ms. Susan COHEN
49 Assoc VP Rsrch/Dir Rsrch Admin ...Ms. Mary Ellen SHERIDAN
17 Asst VP Risk Management & Audit ...............Mr. Glenn KLINKOSEK
31 Asst VP/Dir Community Affairs .......................Ms. Sonya MALUNDA
35 Ast VP Stdnt Life/Assoc Dean Coll ...............Mr. William J. MICHEL
49 Dean of the College ......................................Mr. John W. BOYER
84 Dean of College Enrollment .............................Mr. Michael C. BEHNKE
83 Dean of Social Sciences Division ..................Mr. J. Mark HANSEN
49 Dean of Humanities Division ..........................Ms. Danielle ALLEN
61 Dean of the Law School .................................Mr. Saul LEVMORE
53 Dean Biol Sci Div/Pritzker Sch Med ..............Dr. James L. MADARA
83 Dean Physical Sciences Division ....................Mr. Robert A. FEFFERMAN
72 Dean of the Divinity School ...........................Mr. Richard ROSENGARTEN
50 Dean of Graduate School of Business ..........Mr. Edward A. SNYDER
70 Dean Social Svcs Admin ................................Ms. Jeanne C. MARSH
80 Dean Grad Sch Public Policy Studies ...........Ms. Susan E. MAYER
44 Asst VP/Assoc Provost ..................................Ms. Ingrid E. GOULD
20 Deputy Provost for Research ..........................Mr. Keith MOFFAT
30 Deputy Provost for Research & Educ .............Ms. Martha T. ROTH
22 Assoc Provost/Affirm Action Ofcr ..................Ms. Amessah ALI
45 Assoc Provost for Planning ...........................Ms. Blair ARCHAMBEAU
20 Assoc Provost .............................................Mr. Stephen H. GABEL
47 Assoc Provost ...............................................Ms. Mary J. HARVEY
21 Comptroller ..................................................Mr. William J. HOGAN
88 Secretary Board of Trustees ..........................Ms. Kineret S. JAFFE
06 Registrar ......................................................Mr. Thomas C. BLACK
30 Director of College Admissions ......................Mr. Theodore A. O'NEILL
37 Director College Aid .......................................Ms. Alicia REYES
36 Dir Career Advising &
     Planning Svcs ............................................Ms. Elizabeth Gale MICHAELS
18 Director University Library ...............................Ms. Judith NADLER
30 Dir Stdnt Counseling/Resource Svc .....Dr. Thomas H. A KRAMER
19 Dir Central Procurement Services ..................Mr. Gene SLIVINSKI
42 Dean Rockefeller Memorial Chapel .......Rev Dr. Alison L. BODEN

## *University of Illinois University Administration (E)
506 South Wright Street, Urbana IL 61801
County: Champaign                      FICE Identification: 008001
                                                        Unit ID: 149587
Telephone: (217) 333-3070                  Carnegie Class: N/A
FAX Number: (217) 333-3072
URL: www.uillinois.edu

01 President .......................................................Dr. B. Joseph WHITE
05 Vice Pres Academic Affairs ...........................Dr. Chester S. GARDNER
11 Vice Pres Administration .................................Mr. Stephen K. RUGG
72 Vice Pres Technology/Economic Devel .........Dr. David L. CHICOINE
88 Exec Director for Govt Relations ....................Mr. Richard M. SCHOELL
44 Exec Assistant to the President ......................Ms. Susan J. SINDELAR
28 Exec Dir for University Relations ....................Mr. Thomas P. HARDY
43 University Counsel .........................................Mr. Thomas R. BEARROWS
88 Secretary Board of Trustees ..........................Dr. Michele M. THOMPSON

## *University of Illinois at Chicago (F)
601 South Morgan, M/C 102, Chicago IL 60607-7128
County: Cook                               FICE Identification: 001776
                                                        Unit ID: 145600
Telephone: (312) 996-7000      Carnegie Class: Doctoral/Research Ext
FAX Number: (312) 413-3393             Calendar System: Semester
URL: www.uic.edu
Established: 1896       Annual Undergrad Tuition & Fees (In-State): $8,302
Enrollment: 24,862                                               Coed
Affiliation or Control: State                      IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: **NH**, ART, BBT, BUS, BUSA, CEA, CLPSY, CS, DENT, DIETC, @DIETD, ENG, ENGR, IPSY, MED, MIDWF, MIL, MT, NURSE, OT, PH, PHAR, PLNG, PTA, SPAA, SW

02 Chancellor ....................................................Dr. Sylvia MANNING
05 Provost & Vice Chanc Acad Affs ...................Dr. R. Michael TANNER
32 Vice Chanc Student Affairs ............................Dr. Barbara HENLEY
11 Vice Chanc for Administrative Svcs .......Dr. Joseph MUSCARELLA
46 Vice Chanc Research .....................................Dr. Eric A. GISLASON
17 Vice Chanc Health Affairs ..............................Vacant
16 Int Asst Vice Pres Human Resources .............Dr. Patricia GILL
30 Asst Vice Pres Business/Finance ....Dr. Heather HABERAECKER
30 Assoc Chanc Development ............................Ms. Penny HUNT
22 Assoc Chanc/Affirmative Action .....................Ms. Patricia A. GILL
48 Dean College Arch & the Arts ........Dr. Judith RUSSI KIRSHNER
52 Dean College Business Admin ........................Dr. Stelanie A. LENWAY
52 Dean College Dentistry ..................................Dr. Bruce GRAHAM
53 Dean College Education .................................Dr. Victoria CHOU
54 Dean College Engineering ..............................Dr. Prith BANERJEE
76 Dean Col Applied Health Sciences .................Dr. Charlotte TATE
58 Dean Graduate College ..................................Dr. Clark HULSE
92 Dean of the Honors College ...........................Dr. Lon KAUFMAN
49 Dean Liberal Arts & Sciences ........................Dr. Christopher COMER
53 Dean College Medicine ..................................Dr. Joseph A. FLAHERTY
70 Dean College Nursing ...................................Dr. Joan SHAVER
60 Dean College Pharmacy ................................Dr. Rosalie SAGRAVES
70 Dean College Social Work ..............................Dr. Creasie HAIRSTON
69 Dean School Public Health .............................Dr. Susan C. SCRIMSHAW
26 Dean Urban Planning/Public Affs ...................Dr. Robin HAMBLETON
43 Associate University Counsel ........................Ms. Donna M. WILLIAMSON
08 University Librarian .........................................Ms. Mary CASE
88 Asst Univ Librarian for Hlth Sci ......................Ms. Susan JACOBSON
35 Dean of Student Affairs ..................................Dr. Linda DEANNA
27 Director Public Affairs ...................................Mr. Mark ROSATI
31 Director Community Relations ........................Dr. Diane HODGES
07 Director Admissions .......................................Mr. Thomas GLENN
41 Director Athletics ...........................................Mr. James W. SCHMIDT
35 Director Student Counseling ...........................Dr. Robert B. LEES
30 Director Institutional Research ........................Ms. Martha S. WEISS
09 Director of Institutional Research ...................Ms. Julie M. SMITH
15 Director Personnel Services ...........................Ms. Elizabeth A. BUNTE
30 Director Career Placement Services .............Mr. Andres GARZA
14 Director Computer Center ...............................Mr. Ahmed S. KASSEM
29 Director Alumni Association ............................Ms. Arlene NORSYM
56 Exec Director External Education ...................Ms. Mary NIEMIEC
31 Director Continuing Education ........................Ms. Cordelia MALONEY
18 Chief Facilities/Physical Plant .......................Mr. Mark DONOVAN
20 Associate Academic Officer ............................Dr. William RILEY
06 Registrar ......................................................Mr. Robert DIXON
84 Director Enrollment Management ...................Dr. Carole SNOW
96 Director of Purchasing ...................................Ms. Elizabeth AASEN

## *University of Illinois at Springfield (G)
One University Plaza, Springfield IL 62703-5407
County: Sangamon                       FICE Identification: 009333
                                                        Unit ID: 148654
Telephone: (217) 206-6600               Carnegie Class: Master's I
FAX Number: (217) 206-6511             Calendar System: Semester
URL: www.uis.edu
Established: 1969       Annual Undergrad Tuition & Fees (In-State): $5,050
Enrollment: 4,396                                                Coed
Affiliation or Control: State                      IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: **NH**, #CACREP, MT, SPAA, SW

02 Chancellor ....................................................Dr. Richard D. RINGEISEN

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

58  Director Grad Enrollment/Mgmt/Svcs ...... Ms. Adrian O. DUMAS
06  Registrar ........................................ Mr. David W. AALTO
13  Director of Information Technology ........ Dr. Robert M. FRY
15  Director of Human Resources/AAO .......... Ms. Grace BLUNT
26  Dir Public Affairs/Pubs/Advertising ...... Ms. Nancy A. MCBRIDE
28  Dir Pub Afs/Media Relat/Spec Events ...... Ms. Heidi M. PALUK
07  Director of Alumni Relations .............. Ms. Diane LASKA-NIXON
44  Director Major Gifts/Planned Giving ...... Mr. Michael L. REYNOLDS
44  Director of Annual Giving ................. Mr. James DYER
44  Director of Academic Support Center ...... Dr. Allen A. BRUEHL
35  Dean of Campus Life ....................... Ms. Nancy P. CRIMMIN
31  Assoc Dean Campus Life/Dir Std Act ...... Mr. Joseph N. GOLIA
39  Assoc Dean Campus Life/Dir Res Life ...... Mr. Conway CAMPBELL
41  Director of Athletics ..................... Mr. Ted PAULAUSKAS
19  Director of Public Safety ................. Mr. Pehr B. HOLMES
13  Director of Health Services ............... Ms. Anne T. KANE
24  Director of Media Services ................ Mr. Ted HALEY
37  Director of Financial Aid ................. Ms. Karen PUNTILLO
04  Exec Assistant to the President .......... Mr. Mark P. BILOTTA
88  Director of Central Services .............. Ms. June LEAHY
25  Director of Grants ........................ Ms. Lucy C. JOHNSON
35  Dean of Students .......................... Mr. Robert S. RAVENELLE
04  Director of Multicultural Affairs ......... Mr. Mario J. SILVA ROSA
96  Coordinator of Purchasing ................. Ms. Gail M. RACINE

## Atlantic Union College    (A)

PO Box 1000, South Lancaster MA 01561-1000
County: Worcester                FICE Identification: 002119
                                    Unit ID: 164571
Telephone: (978) 368-2000    Carnegie Class: Baccalaureate-General
FAX Number: (978) 368-2015        Calendar System: Semester
URL: www.atlanticuc.edu
Established: 1882          Annual Undergrad Tuition & Fees: $13,500
Enrollment: 490                                      Coed
Affiliation or Control: Seventh-day Adventist    IRS Status: 501(c)3
Highest Offering: Master's
Program: Occupational; 2-Year Principally Bachelor's Creditable; Liberal
Arts And General; Professional
Accreditation: #EH, ADNUR, MUS, NUR, SW

01  President ................................ Dr. George P. BABCOCK
05  Vice Pres Academic Administration ...... Dr. Issumael NZAMUTUMA
10  Vice President Finance .................... Mr. Earl C. KIRCHBERG
04  Asst to Pres for Administration .......... Dr. Bordes Henry SATURNE
32  Vice President for Student Services ...... Mr. Jack MENTGES
30  VP Advancement/Alum Affs ................. Vacant
06  Registrar ................................ Ms. Lynn ZABALETA
07  Director Admissions ...................... Mrs. Rosa G. LISLE
49  Librarian ................................ Ms. Monica MCCARTER
04  Dean of Women ............................ Ms. Chamra OTTO
33  Dean of Men .............................. Mr. Andrew FRANCIS
37  Director Financial Aid Mgt ............... Ms. Sandra BOUCHER
10  Director of Computer Center .............. Mr. Brian YAP
13  Director of Information Technology ....... Ms. Maria I. URBINA
18  Superintendent Physical Plant ............ Mr. Nic RUSO
19  Director of Security ..................... Mr. Robert BRAND
09  Director Housing ......................... Mrs. Paula RAMOS
23  Director Health Services ................. Mrs. Joan MITCHELL
40  Director of Bookstore .................... Mrs. Marie BAKERLIS
41  Athletic Director ........................ Mr. Sandy SMITH
42  Chaplain/Director Campus Ministry ...... Mr. Luis GRACIA
21  Director Personnel Services .............. Ms. Carmen RODRIGUEZ
21  Associate Business Officer ............... Mr. Oleg PREDOLIAK
36  Dir Stdnt Affairs/Stdnt Placement ....... Ms. Lois KING
36  Chief Public Relations Officer .......... Ms. Cynthia KURTZHALS
29  Director Alumni Relations ................ Vacant
84  Director Enrollment Management .......... Mr. Wayne DUNBAR
09  Director of Institutional Research ...... Dr. Timothy TROTT
30  Director of Advancement .................. Mrs. Hebe (Abby) SOARES

## Babson College    (B)

231 Forest Street, Babson Park MA 02457-0310
County: Norfolk                  FICE Identification: 002121
                                    Unit ID: 164580
Telephone: (781) 235-1200    Carnegie Class: Specialized-Business/Mgmt
FAX Number: (781) 239-5231        Calendar System: Semester
URL: www.babson.edu
Established: 1919          Annual Undergrad Tuition & Fees: $30,496
Enrollment: 3,288                                    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Professional
Accreditation: EH, BUS

01  President ................................ Mr. Brian M. BAREFOOT
05  Provost .................................. Dr. Michael L. FETTERS
30  Vice Pres Development & Alumni Afts ...... Mr. Peter RAMSEY
27  Vice President of College Marketing ...... Mr. F. Scott TIMMINS
11  Vice President of Administration ......... Ms. Mary ROSE
17  Vice President for Finance ............... Dr. Henry DENEAULT
32  Assoc Vice Pres Student/Cmty Svcs ....... Ms. Carol J. HACKER
18  Assoc VP Facilities Services ............. Mr. Shelley KAPLAN
35  Dean of Student Affairs .................. Mr. Tim MANN
43  Assoc VP of Planning/Chief of Staff ...... Mr. Richard VOOS
20  Dean of Faculty .......................... Dr. Fritz FLEISCHMAN
58  Dean of Graduate Programs ................ Mr. Mark RICE
20  Dean of Undergraduate School ............. Dr. Patricia GREENE
51  Dean of School of Exec Education ......... Ms. Elaine EISENMANN
06  Registrar ................................ Ms. Linda KEAN
07  Dean Undergraduate Admissions ............ Mr. Alan KINES

37  Assoc Dean UG Sch/Dir Std Fin Svcs ...... Ms. Melissa J. SHAAK
38  Assoc Dean of Students ................... Mr. Brent DAMROW
15  Director Human Resources/AA .............. Ms. Adele LANGEVIN
36  Director Graduate Career Services ....... Mr. David FETHERSTON
07  Director of Libraries .................... Ms. Hope N. TILLMAN
36  Dir Undergraduate Career Services ....... Ms. Jennifer SHIRE
09  Director of Institutional Research ...... Ms. Anne Marie DELANEY
26  Director Public Relations ................ Mr. Michael CHMURA
21  Controller ............................... Mr. Richard BOWMAN
96  Director of Purchasing ................... Mr. Christopher SWEZEY

## Bay Path College    (C)

588 Longmeadow Street, Longmeadow MA 01106-2292
County: Hampden                  FICE Identification: 002122
                                    Unit ID: 164632
Telephone: (413) 565-1000    Carnegie Class: Baccalaureate-Associate's
FAX Number: (413) 565-1105        Calendar System: Semester
URL: www.baypath.edu
Established: 1897         Annual Undergrad Tuition & Fees: $20,606
Enrollment: 1,347                                   Female
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: EH, OT

01  President ................................ Dr. Carol A. LEARY
05  Vice Pres Academic Affairs/Provost ...... Dr. William SIPPLE
10  VP Finance/Administrative
      Services ............................... Ms. Rachel ST.ONGE-BOISSEAU
30  VP for Institutional Advancement ........ Ms. Kathleen BOURQUE
33  VP Plng/Student Development .............. Ms. Caron T. HOBIN
44  Assistant to the President ............... Ms. Eleanor H. GAY
11  Asst Vice Pres Finance ................... Ms. Donna GUERTIN
05  Assoc VP Academic Affairs ................ Ms. Ann DOBMEYER
20  Assoc VP Academic Affairs ................ Dr. Vana NESPOR
26  Director of Communications ............... Ms. Kathleen WROBLEWSKI
37  Director of Financial Aid ................ Ms. Stephanie KING
07  Director of Admissions ................... Ms. Lisa CASASSA
49  Director of the Library .................. Ms. Maureen HORAK
05  Director of Campus Svcs .................. Mr. Charles J. BERTOLINO
36  Director Career Services ................. Ms. Sally J. SCHIRMER-SMITH
30  Dir Development/Alumni Relations ........ Ms. Kathleen COTNOIR
88  Dean Special Academic Initiatives ....... Ms. Brenda WISHART
23  Director of Health Services .............. Ms. Margaret ANDERSON
19  Director of Campus Public Safety ........ Mr. Kenneth COLLAMORE
15  Dir Human Resources/Admin Services ...... Ms. Joanne OLLSON
14  Information Systems Administrator ....... Mrs. Linda A. SIMONDS
18  Director Facilities/Campus Svcs ......... Mr. Paul E. STANTON
36  Director Publications & Advertising ..... Ms. Joanne GUERTNER
41  Director of Athletics .................... Mr. Steven J. SMITH
13  Manager of Tech Services ................. Ms. Christiane TORCHIA
88  Dir Masters of Sci Commun/Info Mgmt ..... Dr. Elizabeth RIVET
03  Director of Student Life ................. Ms. Peter AXTMANN
96  Director of Purchasing/Office Svcs ...... Ms. Stacey WIKAR
85  International Student Advisor ............ Ms. Caron HOBIN
00  Chair Business Department ................ Dr. Joan M. INZINGA
88  Chair Criminal Justice Department ....... Dr. Victor J. MILANI
88  Chair Education Department ............... Ms. Estelle LEAVITT
88  Chair Occupational Therapy Dept ......... Dr. Karen SLADYK
88  Chair Psychology Department .............. Dr. Carol WINTERS-SMITH
88  Chair Legal Studies Department ........... Vacant
51  Dir of Cont Educ & Grad Recruitment ..... Ms. Diane RANALDI
88  Chair Information Technology ............. Dr. Arlene EISENMAN-PALKA
88  Chair Liberal Studies .................... Dr. John JARVIS
81  Chair Science & Mathematics .............. Dr. Gina SEMPREBAN

## Bay State College    (D)

122 Commonwealth Avenue, Boston MA 02116-2975
County: Suffolk                  FICE Identification: 003965
                                    Unit ID: 164641
Telephone: (617) 236-8000    Carnegie Class: Associate's
FAX Number: (617) 536-1735        Calendar System: Semester
URL: www.baystate.edu
Established: 1946          Annual Undergrad Tuition & Fees: $15,300
Enrollment: 890                                      Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: EH, MAAB, PTAA

01  President ................................ Howard HORTON
05  Vice President of Academic Affairs ....... Vacant
30  Vice Pres of Enrollment Management ....... Kathleen LYNCH
10  Chief Financial Officer .................. Joyce HANLON
20  Associate VP of Academic Affairs ........ Sylvia R. REIFLER
37  Director of Financial Aid ................ Susan DE JONG
06  Registrar ................................ Ray BARNES
08  Librarian ................................ Jessica NEAVE
33  Director Student Affairs ................. Stacey MICA

## Becker College-Worcester    (E)

61 Sever Street, Box 15071, Worcester MA 01609
County: Worcester                FICE Identification: 002123
                                    Unit ID: 164720
Telephone: (508) 791-9241    Carnegie Class: Baccalaureate-Associate's
FAX Number: (508) 831-7505        Calendar System: Semester
URL: www.beckercollege.edu
Established: 1887          Annual Undergrad Tuition & Fees: $18,000
Enrollment: 1,676                                    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3

Highest Offering: Baccalaureate
Program: 2-Year Principally Bachelor's Creditable; Liberal Arts And General
Accreditation: EH, ADNUR, PTAA

01  President ................................ Dr. Kenneth E. ZIRKLE
05  Vice Pres for Academic Affairs .......... Dr. Raj V. PATHI
84  Vice Pres for Enrollment Management ..... Mrs. Elaine LAPOMARDO
83  VP Lifelong Lrng/New Initiatives ........ Mr. John R. FORAN
04  Chief Information Officer ................ Mr. John A. HALLIS
30  Vice Pres Institutional Advancement ..... Mr. Gerald N. TUORI
88  Dean of Accelerated Studies ............. Ms. Linda ESPER
04  Chief Financial Officer .................. Mr. Tyler KELSOH
02  Dean of the Libraries .................... Mr. Jean COLLINS
06  Registrar ................................ Mr. Andrew BAGLIO
15  Assoc Vice Pres of Human Resources ...... Ms. Kathleen M. GARVEY
22  Assistant Director Alumni Affairs ....... Ms. Kathleen L. WOO
34  Dean of Students ......................... Mr. Ken CAMERON
07  Assoc Dir Recruitment/Admissions ........ Ms. Pamela HAWKINS
35  Dir Student Services-Worcester .......... Mr. Tom COOLEY
35  Dir of Student Services - Leicester ..... Ms. Shula CHMURA
37  Dir of Student Financial Services ....... Ms. Denise LAWRIE
36  Administrator Cooperative Education ..... Vacant
33  Director of Counseling ................... Ms. Wendy MILES
20  Administrator Ctr for Acad Success ...... Ms. Madeline ENTEL
88  Dean of New Initiatives .................. Mr. Paul GUTNOR
41  Director of Athletics .................... Mr. Craig BARNETT
37  Director Animal Science Programs ........ Dr. James KNIGHT
87  Communications Director .................. Ms. Sandy LASUIN-CUREWITZ
00  Director of Business Operations ......... Mr. Tim LOEW
30  Director of Development .................. Mr. Dean HICKEY
26  Director of Marketing .................... Mr. Robert FERNANDEZ
21  Controller ............................... Mr. Francis GEORGE
19  Campus Police Chief ...................... Mr. David BOVSQUET
35  Dir of Student Svcs-Leicester ........... Mr. Joseph WHITNEY

## Benjamin Franklin Institute of Technology    (F)

41 Berkeley Street, Boston MA 02116-6296
County: Suffolk                  FICE Identification: 002151
                                    Unit ID: 165884
Telephone: (617) 423-4630    Carnegie Class: Specialized-Engineering/Tech
FAX Number: (617) 482-3706        Calendar System: Semester
URL: www.bfit.edu
Established: 1908          Annual Undergrad Tuition & Fees: $42,100
Enrollment: 390                                      Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Occupational; Technical Emphasis
Accreditation: EV, ENGT

01  President ................................ Michael TAYLOR
15  Int Dean of the Faculty .................. Paul VARBO
32  Dean of Students ......................... Paula COYLE
04  Chief Financial Officer .................. Madalena GOMES
06  Registrar/Financial Aid Director ........ Kevin M. SULLIVAN
08  Librarian ................................ Dr. Daren B. BONK
35  Director Student Life .................... David DRUCKER
07  Dir of Admiss/Dean of Enroll Mgmt ....... Norman KRAFT
05  Director Academic Success ................ Frances R. CAGE
32  Director of College Placement ........... Vacant
20  Director of Development .................. Vacant
20  Director Academic Support Services ...... Paula COYLE
13  Director Computing & Info Mgmt .......... Sa NGO

## Bentley College    (G)

175 Forest Street, Waltham MA 02452-4705
County: Middlesex                FICE Identification: 002124
                                    Unit ID: 164739
Telephone: (781) 891-2000    Carnegie Class: Master's I
FAX Number: (781) 891-2569        Calendar System: Semester
URL: www.bentley.edu
Established: 1917          Annual Undergrad Tuition & Fees: $28,390
Enrollment: 5,554                                    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Professional
Accreditation: EH, BUS, BUSA

01  President ................................ Dr. Joseph G. MORONE
88  Dir Foundation Rels/Secy Col Corp ....... Mr. Paul K. CARBERRY
25  Provost/Vice Pres Academic Affairs ...... Dr. Robert D. GALLIERS
10  VP Business/Finance/Treas ............... Mr. Paul J. CLEMENTE
30  Vice Pres Institutional Advancement ..... Dr. Robert H. MINETTI
33  VP Mktg/Comm/Public Affairs ............. Mr. James T. KING
32  Vice Pres for Student Affairs .......... Dr. Kathleen L. YORKIS
04  Vice Prov/CIO for Information Tech ...... Ms. Traci A. LOGAN
84  VP Enrollment Management ................ Ms. Joann C. MCKENNA
49  Dean of Arts and Sciences ............... Dr. Catherine A. DAVY
58  Dean of Business/McCallum Grad Sch ...... Dr. Margrethe H. OLSON
09  Director Institutional Research ......... Ms. Audrey I. ADAM
88  Assoc Dean of Arts and Sciences ......... Dr. Marilyn B. DURKIN
44  Exec Dir of Dev/Alumni Relations ........ Ms. Molly A. KNIGHT
26  Director Mktg/Communication ............. Ms. Katherine H. BLAKE
58  Exec Director of Human Resources ........ Dr. Barbara ADDISON-REID
85  Assoc Dean Business ...................... Ms. Judy KAMM
21  Director Financial Operations ........... Ms. Marianne F. CWALINA
06  Registrar ................................ Mr. Daniel E. SHEEHAN
22  Pres Assistant Legal Representative ..... Dr. Earl L. AVERY
33  Assoc Dean/Dir Couns & Student Dev ...... Dr. Roger A. DANCHISE
41  Director of Athletics .................... Mr. Robert A. DEFELICE

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

02 President/CEO .....................................James O. ORTIZ
05 Vice President/Academic Dean ..........Janet M. SORTOR
03 Dean of Student Affairs ...............William F. BERMAN
04 Assistant to the President .........................Laura LIBBY
10 Director of Finance ....................................Don A. LADD
21 Business Manager ............................Kathleen DOYLE
37 Director of Financial Aid .............Scott MACDONALD
14 Coordinator Technical Support Svc .......................Vacant
36 Career/Placement Counselor ..............Shane LONG
06 Registrar ..............................................Staci GRASKEY
12 Asst to Vice Pres/Dir Bath Campus ......Robert WEIMONT
08 Director of Library/Info Svcs ..............................Vacant
09 Director of Institutional Research .......Diane VICKREY
19 Director Campus Security .....................................Vacant
41 Director of Athletics .....................Matthew RICHARDS
38 Personal Counselor ...........................Mark A. KROGMAN
72 Computer Technology Chair ............David T. PRATT
18 Plant Maintenance Engineer III .............James RENY
40 Campus Store ....................................Kathy H. GOODE
88 Learning Assistance Chair ...................Joyce LESLIE
21 Bursar ..................................................Karen L. FIELD
30 Chief Devel Dir of Alumni Relations ..........Kelly CANNON
84 Director Enrollment Management ............David TRACY
07 Director of Admissions ......Odilia SILVERIA-HARMON
26 Chief Public Relations Officer ......Carolyn CIANCHETTE
15 Personnel Technician .........................Denise RENY

## Washington County Community (A) College

One College Drive, Calais ME 04619-9704
County: Washington            FICE Identification: 009231
                                      Unit ID: 161581
Telephone: (207) 454-1000     Carnegie Class: Associate's
FAX Number: (207) 454-1026    Calendar System: Semester
URL: www.wccc.me.edu
Established: 1968    Annual Undergrad Tuition & Fees (In-State): $3,524
Enrollment: 436                                        Coed
Affiliation or Control: State          IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational
Accreditation: EH

02 President ...............................Dr. William H. CASSIDY
05 Vice Pres/Academic Dean .........Ms. Veronica DELCOURT
10 Director of Finance .........................Ms. Arlene M. WREN
51 Dean of Continuing Education .........Mr. Darin L. MCGAW

## York County Community College (B)

112 College Drive, Wells ME 04090-0529
County: York                  FICE Identification: 031229
                                      Unit ID: 420440
Telephone: (207) 646-9282     Carnegie Class: Associate's
FAX Number: (207) 646-9675    Calendar System: Semester
URL: www.yccc.edu
Established: 1994    Annual Undergrad Tuition & Fees (In-State): $3,150
Enrollment: 924                                        Coed
Affiliation or Control: State          IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational
Accreditation: EH

02 President ...............................Dr. Patricia M. RYAN
05 Asst VP/Dean Academic/Stdnt Affs ........Ms. Paula GAGNAN
30 Director of Institutional Advancement .........Dr. John J. RAINONE
10 Director of Finance/Administration .......Mr. John SULLIVAN
51 Cont Ed & Business Services ..........Ms. Paulette MILLETTE
08 Asst Academic Dean Instruct/Lrng .......Mr. David MARKOW
37 Director Financial Aid .......................Mr. David DAIGLE
08 Director Library/Learning Resources .........Ms. Amber TATNALL
06 Assistant Academic Dean/
     Registrar ............................Ms. Doreen FAULCONER-ROGAN
35 Assistant Dean of Students ..............Ms. Debra FIELDING
07 Director of Admissions .................Mr. Fred QUISTGORD
29 Director Finance ..............................Dr. John RAINONE
18 Chief Facilities/Physical Plant ............Mr. Don AYERS
96 Director of Purchasing ...............Ms. Sandra BARTOLOME
21 Business Manager ...........................Ms. Nancy DROUIN
26 Chief Public Relations Officer .........Ms. Joyce DROUIN
04 Admin Assistant to the President .......Ms. Monica L. DUMONT
15 Director Personnel Services ............Ms. Rachel NEWMAN

## Maine Maritime Academy (C)

Castine ME 04420-0001
County: Hancock               FICE Identification: 002044
                                      Unit ID: 161299
Telephone: (207) 326-4311  Carnegie Class: Specialized-Other Specialized
FAX Number: (207) 326-2218    Calendar System: Semester
URL: www.mainemaritime.edu
Established: 1941    Annual Undergrad Tuition & Fees (In-State): $9,620
Enrollment: 816                                        Coed
Affiliation or Control: State          IRS Status: 501(c)3
Highest Offering: Master's
Program: Professional
Accreditation: EH, ENG, ENGT

02 President ..............................Mr. Leonard H. TYLER
05 Academic Dean ..................................Dr. John BARLOW
51 Vice Pres Administration & Finance ........Mr. Richard R. ERICSON

84 Vice Pres of Enrollment Mgmt ...Mr. Jeffrey LOUSTAUNAN
30 Chief Advance Officer/Public Rels .....Ms. Ellie COURTEMANCHE
15 Human Resource Officer .....................Mr. James SOUCIE
35 Dean of Student Services ......................Ms. Deidra DAVIS
36 Placement Director ...........................Mr. Richard YOUCIS
07 Director of Admissions .................Mr. Jeffrey WRIGHT
06 Registrar ......................................Mr. Thomas SAWYER
29 Director Alumni Relations ...............Ms. Sally MOTTOLA
37 Director Student Financial Aid ............Ms. Kathy HEATH
38 Director Student Counseling ........Mr. Richard SCHAMLE
08 Head Librarian .....................................Mr. H. Brent HALL
10 Chief Business Officer ...........................Ms. Dana SNAPP
18 Chief Facilities/Physical Plant .......Ms. Stacey BOWDEN

## New England School of (D) Communications

One College Circle, Bangor ME 04401-2999
County: Penobscot             FICE Identification: 023471
                                      Unit ID: 373827
Telephone: (207) 941-7176     Carnegie Class: Associate's
FAX Number: (207) 947-3987    Calendar System: Semester
URL: www.nescom.edu
Established: 1981    Annual Undergrad Tuition & Fees: $9,340
Enrollment: 283                                        Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Occupational
Accreditation: ACCSCT

01 President/CEO ....................Mr. William H. BEARDSLEY
03 Executive Vice President .........Mr. Benjamin E. HASKELL
07 Director of Admissions ..............Mrs. Louise G. GRANT
06 Registrar ........................................Mrs. Kimberly NASON
14 Director of Educational Media ..........Mr. David MACLAUGHLIN
37 Director of Student Financial Aid .......Ms. Nicole REDIKER
29 Director Alumni Relations ...................Mr. Mark NASON

## Saint Joseph's College (E)

278 White's Bridge Road, Standish ME 04084-5263
County: Cumberland            FICE Identification: 002051
                                      Unit ID: 161518
Telephone: (207) 892-6766     Carnegie Class: Master's I
FAX Number: (207) 893-7861    Calendar System: Other
URL: www.sjcme.edu
Established: 1912    Annual Undergrad Tuition & Fees: $20,605
Enrollment: 2,497                                      Coed
Affiliation or Control: Roman Catholic   IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: EH, NURSE

01 President ..............................Dr. David B. HOUSE
04 Executive Vice President ..............Mr. Philip A. VAUCH
04 Assistant to the President .......Ms. Carlene P. LEMIEUX
05 Vice Pres for Academic Affairs .......Dr. Daniel P. SHERIDAN
32 Dean of Students ..........................Mr. Michael P. CONNOLLY
30 Vice Pres Institutional Advancement ....Mr. Edward R. BROZMAN
34 VP for Enroll Mgmt/Dir of Admiss .......Dr. Alexander POPOVICS
51 Interim Dean Graduate/Prof Studies ...........Ms. Lynn OLSEN
06 Olc of Acad Recs & Stdnt Advising ....Mr. Steven H. SELIGMAN
20 Associate Academic Officer ..................Ms. Joyce COBURN
08 Director of the Library ...............Ms. Natalie HUTCHINSON
29 Director of Alumni ............................Ms. Heather PLATI
37 Director Student Financial Aid ..........Ms. Andrea CROSS
15 Director Human Resources .............Ms. Janet LAFLAMME
40 Campus Store Manager .......................Ms. Maureen TARPEY
18 Chief Facilities/Physical Plant .........Mr. Daniel GEARAN
41 Athletic Director .............................Mr. David E. ROUSSEL
42 College Chaplain ..................................Fr. John TOKAZ, OFM
26 Chief Public Relations Officer .......Mr. William MCCARTHY
38 Director Student Counseling ........Dr. Elizabeth WIESEN
07 Director of Admissions ............Mr. Vincent KLOSKOWSKI

## Thomas College (F)

180 West River Road, Waterville ME 04901-5097
County: Kennebec              FICE Identification: 002052
                                      Unit ID: 161563
Telephone: (207) 859-1111  Carnegie Class: Specialized-Business/Mgmt
FAX Number: (207) 859-1114    Calendar System: Semester
URL: www.thomas.edu
Established: 1894    Annual Undergrad Tuition & Fees: $16,690
Enrollment: 870                                        Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Master's
Program: Professional
Accreditation: EH

01 President ..........................Dr. George R. SPANN
05 Vice President Academic Affairs .......Dr. Thomas EDWARDS
10 Vice Pres Financial Affs/Treasurer ..........Ms. Beth B. GIBBS
26 Vice Pres Institutional Advancement .........Mr. Eric ROLFSON
13 Vice Pres Information Services .......Mr. Christopher RHODA
32 Dean Student Affairs ..............Ms. Lisa DESAUTELS-POLIQUIN
07 Vice Pres Enrollment Management .......Mr. Robert CALLAHAN
30 Director of Development ........................................Vacant
58 Director Continuing Ed/Grad School ......Ms. Suzanne POOLER
06 Registrar ...........................................Ms. Valerie SIROIS
08 Asst Dir of Library Services ................Ms. Susan BEANE

37 Dir Student Financial Services .......Ms. Jennifer QUINLAN
36 Director Career Services ..............Mr. William SCHISSLER
30 Director of Student Life .........................Ms. Sonya QUINN
18 Director of Physical Plant ...............Mr. Charles WINTERS
29 Director of Alumni Relations ...............................Vacant
15 Director Human Resources .......Ms. Michelle JOLER-LABBE

## Unity College (G)

90 Quaker Hill Road, Unity ME 04988-9502
County: Waldo                 FICE Identification: 006858
                                      Unit ID: 161572
Telephone: (207) 948-3131   Carnegie Class: Baccalaureate-General
FAX Number: (207) 948-5626    Calendar System: Semester
URL: www.unity.edu
Established: 1966    Annual Undergrad Tuition & Fees: $16,740
Enrollment: 521                                        Coed
Affiliation or Control: Independent Non-Profit   IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Occupational; Liberal Arts and General
Accreditation: EH

01 Interim President .......................Dr. Mark B. LAPPING
04 Assistant to the President ............Ms. Chris MELANSON
05 Provost ..................................................................Vacant
10 Vice Pres/Business Manager .............Mr. Roger R. JOLIN
30 Director College Development ......Ms. Martha NORDSTROM
32 Dean for Student Affairs ..................................Vacant
06 Dean Enroll/Ret Svcs/Registrar .........Ms. Holly A. HEIN
07 Director of Admissions ....................Ms. Kay FIEDLER
41 Director of Athletics .....................Mr. Joshua J. HUNT
86 Assoc Dir College Communications ..........Mr. Mark TARDIF
36 Director Experiential Programs .......Ms. Libbey A. SEIGARS
18 Director Facilities .........................Mr. Roger DUVAL
37 Director Student Financial Aid ..........Mr. Rand E. NEWELL
23 Kathleen Hall & Wellness Center .......Ms. Anna MCGALLIARD
16 Director Human Resources ..........Mrs. Kathleen HALE
13 Director Information Technology ............Mr. Bill MORGAN
88 Director Learning Resource Center .......Mr. James J. HORAN
35 Director Student Account .................Ms. Jeri ROBERTS
88 Dir New Stdnt Orient/Svc Learning ........Ms. Susan LOWLEY
88 Director Dining Services ..............Ms. Sandy DONAHUE
88 Director Writing Center .....................Ms. Judy EYERER
39 Director Residence Life ...............Mr. Stephen S. NASON
08 Director Quimby Library ...................Mr. Robert DOAN
19 Chief Public Safety Officer ..................Mr. Dean BESSEY
40 Manager Bookstore .......................Ms. Leigh JUSKEVICE

## University of Maine System Office (H)

107 Maine Avenue, Bangor ME 04401-1805
County: Penobscot             FICE Identification: 008012
                                      Unit ID: 161280
Telephone: (207) 973-3200     Carnegie Class: N/A
FAX Number: (207) 973-3296
URL: www.maine.edu

01 Chancellor ...........................Dr. Joseph W. WESTPHAL
05 VC Academic & Student Affairs .........Dr. Elsa NUNEZ
10 CFO & Treasurer ..............Ms. Joanne YESTRAMASKI
43 University Counsel/Clerk of Board .......Mr. J. Kelly WILTBANK
86 Asst to Chanc Governmental Rels .......Mr. John LISNIK
15 Exec Director of Human Resources ......................Vacant
45 Exec Dir Planning/Policy Analysis .......Dr. James BREECE
88 Director of Labor Relations ................Mr. Frank GERRY
88 Director of UNET ..............................Mr. Gerald DUBE
18 Director of Facilities ....................Mr. David WILSON
26 Exec Dir Univ Sys External Affairs .......Mr. John DIAMOND
04 Chief of Staff ...................................Ms. Tracy BIGNEY

## University of Maine (I)

Orono ME 04469-0001
County: Penobscot             FICE Identification: 002053
                                      Unit ID: 161253
Telephone: (207) 581-1110   Carnegie Class: Doctoral/Research Ext
FAX Number: (207) 581-1604    Calendar System: Semester
URL: www.umaine.edu
Established: 1865    Annual Undergrad Tuition & Fees (In-State): $6,290
Enrollment: 11,288                                     Coed
Affiliation or Control: State          IRS Status: 501(c)3
Highest Offering: Doctoral
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: EH, BUS, CLPSY, CS, @DIETD, DIETI, ENG, ENGT, FOR, IPSY, MUS, NURSE, SP, SPAA, SW, TED

02 President ..............................Dr. Robert A. KENNEDY
03 Executive Vice Pres & Provost .......Dr. John F. MAHON
10 Vice Pres for Administration .......Ms. Janet WALDRON
30 Vice Pres for Development ......................................Vacant
20 Assoc Provost Undergrad Educ .......Dr. Susan J. HUNTER
46 Vice Pres for Research .................Dr. Michael ECKARDT
04 Senior Asst to the President ...........Ms. Carol GARDNER
04 Senior Advisor to the President .......Dr. Evelyn SILVER
08 Dean of Libraries ...........................Ms. Joyce RUMERY
35 Dean of Students .............................Dr. Robert DANA
88 Director University Relations ...................Mr. Joe CARR
25 Dir Research & Sponsor Program .......Mr. Michael HASTINGS
06 Interim Director Student Records .......Ms. Tammy LIGHT
07 Director of Admissions .....................Ms. Sharon OLIVER
37 Director of Financial Aid .......Ms. Peggy L. CRAWFORD
15 Director for Human Resources .......Ms. Catherine PEASE

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

| | |
|---|---|
| 01 President | Mr. Peter MITCHELL |
| 05 Director | Ms. Cheryl TILLEY |

## Vatterott College (A)

12970 Maurer Industrial Drive,
Sunset Hills MO 63127-1516

County: Saint Louis
Identification: 666522
Unit ID: 436191

| | |
|---|---|
| Telephone: (314) 843-4200 | Carnegie Class: Associate's |
| FAX Number: (314) 843-1709 | Calendar System: Other |
| URL: www.vatterott-college.com | |
| Established: 1969 | Annual Undergrad Tuition & Fees: $26,900 |
| Enrollment: N/A | Coed |
| Affiliation or Control: Proprietary | IRS Status: Proprietary |
| Highest Offering: Baccalaureate | |
| Program: Occupational | |
| Accreditation: ACCSCT | |

| | |
|---|---|
| 02 President/CEO | Mr. Mark DEFUSCO |
| 12 Director | Mr. Mel PATTON |

## Washington University in St. Louis (B)

One Brookings Drive, Saint Louis MO 63130-4899

County: Saint Louis
FICE Identification: 002520
Unit ID: 179867

| | |
|---|---|
| Telephone: (314) 935-5000 | Carnegie Class: Doctoral/Research Ext |
| FAX Number: (314) 935-5799 | Calendar System: Semester |
| URL: www.wust.edu | |
| Established: 1853 | Annual Undergrad Tuition & Fees: $32,042 |
| Enrollment: 13,380 | Coed |
| Affiliation or Control: Independent Non-Profit | IRS Status: 501(c)3 |
| Highest Offering: Doctorate | |
| Program: Liberal Arts And General; Professional | |
| Accreditation: NH, ART, AUD, BUS, CLPSY, ENG, HSA, LAW, MED, OT, PTA, SW | |

| | |
|---|---|
| 01 Chancellor | Prof. Mark S. WRIGHTON |
| 03 Vice Chancellor | Mr. Richard A. ROLOFF |
| 05 Exec VC/Dean Arts & Science | Prof. Edward S. MACIAS |
| 48 Dean of Architecture | Mr. Jerome J. SINCOFF |
| 03 Dean of College of Arts & Sciences | Mr. James E. McCLOUD |
| 58 Dean of Graduate School of A & S | Prof. Robert E. THACH |
| 50 Dean of Business | Prof. Mahendra R. GUPTA |
| 40 Dean of Engineering/Applied Science | .Prof. Christopher J. BYRNES |
| 57 Dean of Art | Prof. Jeffrey C. PIKE |
| 51 Dean of Law | Prof. Daniel L. KEATING |
| 70 Dean of Social Work | Prof. Edward F. LAWLOR |
| 51 Dean of University College | Prof. Robert E. WILTENBURG |
| 63 Exec Vice Chanc & Dean of Medicine | Dr. Larry J. SHAPIRO |
| 30 Exec Vice Chanc Alumni/ | |
| Development | Mr. David T. BLASINGAME |
| 43 Exec Vice Chanc & General Counsel | Mr. Michael A. CANNON |
| 11 Exec Vice Chancellor Administration | Mr. John E. KLEIN |
| 16 Vice Chanc for Human Resources | Ms. Ann B. PRENATT |
| 22 Vice Chanc for Finance/CFO | Mr. Barbara A. FEIKER |
| 13 Vice Chanc for Info Technology | Ms. Shirley K. BAKER |
| 09 Vice Chanc for Public Affairs | Mr. M. Fredric VOLKMANN |
| 32 Vice Chanc for Students | Mr. James E. McLEOD |
| 46 Vice Chanc for Research | Prof. Theodore J. CICERO |
| 82 Assoc VC Undergraduate Admissions | Mr. John A. BERG |
| 20 Assoc VC Spec Asst Academic Afrs | Dr. Gerhild S. WILLIAMS |
| 10 Assoc VC Computing & Info Systems | Mr. Bill D. SMITH |
| 18 Assoc VC Facilities Planning/Mgmt | Mr. Ralph H. THAMAN, JR. |
| 72 Assoc VC for Techology Management | Dr. Michael G. DOUGLAS |
| 35 Asst Vice Chanc for Students | Ms. Jill E. CARNAGHI |
| 08 Dean of Libraries | Ms. Shirley K. BAKER |
| 88 Dean of Student Affairs | Mr. Justin X. CARROLL |
| 89 Assoc Dean for Freshman Transition | Ms. Karen L. COBURN |
| 93 Assoc Dean Minority Students | Ms. Adrienne L. GLORE |
| 56 Exec Dir Resource Mgmt | Mr. Alan S. KUEBLER |
| 37 Director of Student Financial Svcs | Mr. William H. WITBRODT |
| 06 Director of Student Records | Ms. Susan E. HOSACK |
| 27 Director Career Center | Mr. Mark W. SMITH |
| 38 Assoc Dir of Counseling Service | Dr. Thomas M. BROUNK |
| 86 Director Governmental Relations | Ms. Pamela S. LOKKEN |
| 61 Assistant to the Chancellor | Mr. Steven J. GIVENS |
| 41 Director of Athletics | Mr. John M. SCHAEL |
| 19 Director University Police | Mr. Donald STROM |
| 23 Director Student Health Services | Dr. Alan I. GLASS |
| 94 Director of Women's Studies | Prof. Linda NICHOLSON |
| 28 International Office | Ms. Kathy STEINER-LANG |
| 29 Director Alumni Relations | Ms. Laura CHAUVIN |
| 07 Director of Admissions | Ms. Nanette TARBOUNI |
| 28 Special Asst Diversity Initiatives | Ms. Leah A. MERRIFIELD |
| 28 Coord for Multicultural Activities | Vacant |

## Webster University (C)

470 East Lockwood, Webster Groves MO 63119-3194

County: Saint Louis
FICE Identification: 002521
Unit ID: 179804

| | |
|---|---|
| Telephone: (314) 968-6900 | Carnegie Class: Master's I |
| FAX Number: (314) 968-7112 | Calendar System: Semester |
| URL: www.webster.edu | |
| Established: 1915 | Annual Undergrad Tuition & Fees: $17,210 |
| Enrollment: 21,094 | Coed |
| Affiliation or Control: Independent Non-Profit | IRS Status: 501(c)3 |
| Highest Offering: Doctorate | |
| Program: Liberal Arts And General | |
| Accreditation: NH, ANEST, MUS, NUR | |

| | |
|---|---|
| 01 President | Dr. Richard S. MEYERS |
| 05 Exec Vice Pres/Vice Pres Acad Affs | Dr. Neil J. GEORGE |
| 30 Vice Pres Inst Advancement | Dr. Russell VIEHMANN |
| 84 Vice Pres Enrollment Mgmt | Dr. Deborah DEY |
| 11 Vice Pres Finance/Administration | Mr. David GARAFOLA |
| 13 Vice Pres Information Technology | Mr. Lawrence HAFFNER |
| 32 Dean of Students | Mr. Ted HOEF |
| 20 Assoc VP for Academic Affairs | Dr. James STALEY |
| 46 Assoc VP for Research | Ms. Vickie FREDRICK |
| 30 Assoc VP Institutional Advancement | Mr. Chris DWYER |
| 04 Exec Assistant to the President/VP | Dr. Karen LUEBBERT |
| 58 Asc VP Acad Affs/Dir Metro Campuses | Mr. Dan VIELE |
| 26 Assoc VP for Marketing | Ms. Ellen HORAN |
| 92 Assoc VP International Recruitment | Ms. James EVANS |
| 88 Director International Recruitment | Mr. Calvin SMITH |
| 50 Dean School Business & Technology | Dr. Benjamin O. AKANDE |
| 53 Actg Dean School of Education | Dr. Brenda S. FYFE |
| 57 Dean School of Fine Arts | Mr. Peter E. SARGENT |
| 49 Dean Col of Arts & Sciences | Dr. David WILSON |
| 60 Dean School of Communication | Ms. Debra CARPENTER |
| 20 Director of Academic Advising | Mr. Tom NICKOLAI |
| 39 Coordinator Residence/Housing | Mr. John BUCK |
| 34 Dir Annual/Major & Planned Gifts | Mr. Mark LAVELLE |
| 06 Registrar | Mr. Don MORRIS |
| 07 Director of Freshman Admission | Mr. Niel DEVASTO |
| 27 Director News & Public Information | Ms. Polly BURTCH |
| 24 Director of Media Center | Mr. Greg LITTLE |
| 41 Director Athletics | Mr. Tom HART |
| 36 Director Career Center | Mr. O. Ray ANGLE |
| 38 Director Counseling Center | Ms. Jean GAILY |
| 35 Director Student Activities | Mr. John GINSBURG |
| 85 Director International Student Svcs | Mr. Bert BARRY |
| 37 Director Financial Aid | Mr. Jon QUATT |
| 38 Director Counsel & Life Development | Mr. Patrick STACK |
| 29 Director/Team Leader of Alumni | |
| Pgms | Ms. Jennifer JEZEK-TAUSSIG |
| 15 Director Personnel Services | Ms. Betsy SCHMUTZ |
| 18 Chief Facilities/Physical Plant | Ms. Rena SNAVELY |
| 09 Coordinator Institutional Research | Ms. Chris KEMMERER |

## Wentworth Military Academy and Junior College (D)

1880 Washington Avenue, Lexington MO 64067-1799

County: Lafayette
FICE Identification: 002522
Unit ID: 179919

| | |
|---|---|
| Telephone: (660) 259-2221 | Carnegie Class: Associate's |
| FAX Number: (660) 259-2677 | Calendar System: Semester |
| URL: www.wma.edu | |
| Established: 1880 | Annual Undergrad Tuition & Fees: $15,430 |
| Enrollment: 623 | Coed |
| Affiliation or Control: Independent Non-Profit | IRS Status: 501(c)3 |
| Highest Offering: Associate Degree | |
| Program: Liberal Arts And General | |
| Accreditation: NH | |

| | |
|---|---|
| 01 Superintendent/President | M.Gen. John H. LITTLE |
| 03 Executive Vice President | Col. Mike LIERMAN |
| 05 Vice Pres Academic Affairs | Dr. Roger N. HAMILTON |
| 84 Vice President Enrollment Mgmt | LtCol. Robert M. HILL |
| 32 Commandant of Cadets | Maj. Ed FIORA |
| 07 Director of Admissions | Maj. Michael HERMAN |
| 08 Registrar | Ms. Trudy MARMOY |
| 08 Librarian | Mrs. Linda TANNER |
| 37 Director Student Financial Aid | Mr. David OSBORNE |
| 41 Athletic Director | Maj. Bob GIBSON |
| 29 Alumni Director | Capt. Mark MULLENIOUX |
| 21 Business Manager/CFO | LtCol. Bruce WHITSITT |
| 12 Director of Junior College | Maj. Todd KITCHEN |
| 51 Professor of Military Science | LtCol. Mike DESENS |
| 12 Director of Branch Campus | Dr. Roger N. HAMILTON |
| 15 Director of Human Resources | Mrs. Sharon BAYNE |
| 20 Associate Academic Officer | Maj. Todd KITCHEN |
| 28 Chief Public Relations Officer | Capt. Mark MULLENIOUX |

## Westminster College (E)

501 Westminster Avenue, Fulton MO 65251-1230

County: Callaway
FICE Identification: 002523
Unit ID: 179946

| | |
|---|---|
| Telephone: (573) 642-3361 | Carnegie Class: Baccalaureate-Liberal Arts |
| FAX Number: (573) 592-5227 | Calendar System: Semester |
| URL: www.westminster-mo.edu | |
| Established: 1851 | Annual Undergrad Tuition & Fees: $13,750 |
| Enrollment: 861 | Coed |
| Affiliation or Control: Independent Non-Profit | IRS Status: 501(c)3 |
| Highest Offering: Baccalaureate | |
| Program: Liberal Arts And General; Teacher Preparatory | |
| Accreditation: NH | |

| | |
|---|---|
| 01 President | Dr. Fletcher M. LAMKIN |
| 05 Senior Vice Pres/Dean of Faculty | Dr. George B. FORSYTHE |
| 30 Vice Pres Institution Advancement | Mr. Daniel C. DUBBERT |
| 10 Vice Pres Financial Affairs | Dr. A. Wayne LOWEN |
| 26 Director of College Relations | Vacant |
| 84 Dean of Enrollment Services | Dr. Patrick T. KIRBY |
| 32 Dean of Student Life | Dr. John COMERFORD |
| 20 Associate Academic Officer | Dr. Cathryn PRIDAL |
| 08 Director of Library Services | Ms. Angela GERLING |
| 06 Registrar | Mrs. Phyllis J. MASEK |
| 14 Director of Computer Services | Ms. Teresa FORT |
| 37 Director of Financial Aid | Ms. Aimee BRISTOW |

| | |
|---|---|
| 15 Director Human Resources | Mr. Carl MARRIOTT |
| 35 Director Student Activities | Mr. Jason LEGRAND |
| 41 Athletic Director | Mr. Matt MITCHELL |
| 38 Director of Counseling | Dr. Robert N. HANSEN |
| 29 Exec Dir Alumni/College Relations | Ms. Kris LENSMEYER |
| 36 Director of Career Services | Ms. Margaret LANGLAND |
| 18 Exec Dir Plant Operat/Auxiliary Svc | Mr. Daniel HASLAG |
| 07 Director of Admissions | Ms. Kelle SILVEY |
| 09 Director of Institutional Research | Mr. Ray BROWN |
| 28 Diversity Programs Coordinator | Ms. Cindi ELLIOTT |

## William Jewell College (F)

500 College Hill, Liberty MO 64068-1896

County: Clay
FICE Identification: 002524
Unit ID: 179955

| | |
|---|---|
| Telephone: (816) 781-7700 | Carnegie Class: Baccalaureate-Liberal Arts |
| FAX Number: (816) 415-5027 | Calendar System: Semester |
| URL: www.jewell.edu | |
| Established: 1849 | Annual Undergrad Tuition & Fees: $18,500 |
| Enrollment: 1,558 | Coed |
| Affiliation or Control: Baptist | IRS Status: 501(c)3 |
| Highest Offering: Baccalaureate | |
| Program: Liberal Arts And General; Teacher Preparatory; Professional | |
| Accreditation: NH, MUS, NURSE | |

| | |
|---|---|
| 01 President | Dr. David L. SALLEE |
| 05 VP Academic Affs/Dean of College | Dr. John D. WESTLIE |
| 10 Vice Pres for Finance & Admin | Mr. Ron DEMPSEY |
| 90 Vice Pres Institutional Advancement | Dr. Chad J. JOLLY |
| 42 Chaplain/Vice Pres Rel Ministries | Dr. Andrew L. PRATT |
| 84 VP Enrollment & Dean of Admission | Dr. Edwin B. HARRIS |
| 32 Dean Student Affairs | Mr. Richard P. WINSLOW |
| 08 Director of the Library | Mr. John P. YOUNG |
| 06 Dir Academic Services/Registrar | Dr. J. Stephan SCHWEGLER |
| 51 Assoc Dean for Continuing | |
| Education | Dr. J. Stephan SCHWEGLER |
| 18 Director of Facilities Mgmt | Mr. Norman A. BOOS |
| 37 Director of Financial Aid | Ms. Susan J. ARMSTRONG |
| 41 Director of the Arts Program | Mr. Clark W. MORRIS |
| 47 Director of Athletics | Dr. James C. REDD |
| 39 Director Campus Life | Ms. Page KELTNER |
| 36 Director of Career Services | Ms. Judith A. RYCHLEWSKI |
| 38 Director of Counseling & Testing | Dr. Shawn ANDERSON |
| 27 Director of Information Services | Mr. Larry J. DICKERSON |
| 15 Director of Human Resources | Ms. Karen J. BRINK |
| 26 Chief Public Relations Officer | Mr. Mark VANTILBURG |
| 88 Coordinator of Overseas Study | Ms. Jodi JOHNSON |

## William Woods University (G)

One University Avenue, Fulton MO 65251-1098

County: Callaway
FICE Identification: 002525
Unit ID: 179964

| | |
|---|---|
| Telephone: (573) 642-2251 | Carnegie Class: Master's I |
| FAX Number: (573) 592-1146 | Calendar System: Other |
| URL: www.williamwoods.edu | |
| Established: 1870 | Annual Undergrad Tuition & Fees: $15,120 |
| Enrollment: 2,432 | Coed |
| Affiliation or Control: Christian Church (Disciples Of Christ) | |
| | IRS Status: 501(c)3 |
| Highest Offering: Master's | |
| Program: Liberal Arts And General; Teacher Preparatory; Professional | |
| Accreditation: NH, AT, SW | |

| | |
|---|---|
| 01 President | Jahnae H. BARNETT |
| 05 Vice President & Academic Dean | Sherry McCARTHY |
| 10 Vice Pres/Chief Financial Officer | Robert FESSLER |
| 30 Vice Pres Advancement Svcs | Scott GALLAGHER |
| 07 Exec Assistance to President | Kenda E. G. SHINDLER |
| 07 Vice Pres Admissions & Recruitment | Jimmy CLAY |
| 32 Dean of Student Life | Venita MITCHELL |
| 24 Dean of Student Life | Lary YORK |
| 26 Director Marketing & PR | Dallas GREENHAW |
| 50 Dean Business & Economics Division | David FORSTER |
| 20 Assoc Dean Academic Services | Tom FRANKMAN |
| 27 Director of University Relations | Amy MEAHON |
| 08 Director Libraries | Erlene DUDLEY |
| 18 Director of Buildings & Grounds | Larry MARTIN |
| 06 Director of Records/Registrar | Brenda WILLIAMSON |
| 15 Director Human Resources & Benefits | Patty FISCHER |
| 21 Controller | Marie BEAVER |
| 37 Director Student Financial Services | Liz BENNETT |
| 29 Director of Alumni Activities | Becky STINSON |
| 30 Director University Advancement | Barb DANUSER |
| 17 Chair Education Division | Betty R. TUTT |
| 49 Chair Arts & Science Division | Paul CLERVI |
| 88 Chair Equestrian Studies Division | Laura WARD |
| 83 Director/Professional Soc Studies Div | Jerrie JACOBS-KENNER |
| 19 Manager of Safety | George MINCE |
| 95 Dir Greek Life/Student Involvement | Chandra DAFFER |
| 42 Chaplin Faith & Service Director | Travis TAMERIUS |
| 28 Coordinator Multicultural Affairs | Cindi ELLIOTT |
| 88 ADA Coordinator/Interpreter | Vacant |
| 39 Director of Residential Life | Rachel RUMPLE-COMERFORD |
| 13 Director of Technology | Susan MAZE |
| 92 Director Honors Program | Shawn HULL |
| 09 Director of Institutional Research | Erin HANSMAN |

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

06 Exec Vice President & Provost ..... Dr. Thomas J. LEBLANC
12 Sr Vice Pres for Business & Finance ... Mr. David A. LIEBERMAN
26 Sr VP & Dean School of Medicine ..... Dr. John G. CLARKSON
23 VP President/Treasurer ..... Mrs. Diane M. COOK
61 VP Inform Tech/Dean Col Engineering ... Dr. M. Lewis TEMARES
04 Vice Provost/Dean Col Arts & Sci ..... Dr. Michael HALLERAN
87 Vice Provost & Dean School ..... Dr. Steven G. ULLMANN
05 Vice Pres/General Counsel/Secretary ... Mr. Robert L. BLAKE
32 Vice Pres Student Affairs ..... Dr. Patricia A. WHITELY
13 Vice Pres Univ Advan/Govr Rels ..... Mr. Sergio GONZALEZ
15 VP Human Resources/Affirm Action ..... Dr. Roosevelt THOMAS
19 Vice Pres Information Technology ..... Dr. M. Lewis TEMARES
13 Vice Prov for Fac Affs & Univ Admin ... Dr. Steven G. ULLMANN
05 Vice Pres for Communications ..... Mr. Jerry LEWIS
34 Vice Pres Undergraduate Affairs ..... Dr. Perri Lee ROBERTS
02 Vice Provost for Research ..... Dr. Norman H. ALTMAN
16 Vice President for Enrollments ..... Mr. Paul M. OREHOVEC
31 Assoc Vice Pres Business Services ..... Mr. Alan J. FISH
07 VP VP Admissions ..... Mr. Victor ATHERTON
01 Asst Vice Pres Governmental Rels ..... Mr. Richard CANDIA
81 Asst Vice Pres Budgeting ..... Mr. Glendon L. CARDWELL
24 Asst VP Alumni Relations ..... Ms. Donna A. ARBIDE
29 Asst VP University Communications ... Ms. Sarah N. ARTIGONA
18 Asst VP University Communications ... Mr. David JOHNSON
06 Dean of Students ..... Mr. William W. SANDLER, JR.
18 Assoc Dean Enrollment/Registrar ..... Dr. Scott INGOLD
01 Assoc VP Planning & Inst Research ..... Dr. Mary M. SAPP
63 Exec Dir Academic & Res Systems ..... Dr. James D. SHELLEY
12 Director Ctr for Hemisphere Policy ... Dr. Susan K. PURCELL
14 Director Student Counseling ..... Dr. Malcolm L. KAHN
16 Director Toppel Career Center ..... Mr. James G. SMART
13 Director Public Safety ..... Maj. Henry L. CHRISTENSEN
41 University Librarian ..... Mr. William WALKER
38 Director Intercollegiate Athletics ..... Mr. Paul T. DEE
39 Director International
   Student Svcs ..... Ms. Teresa S. DE LA GUARDIA
36 Director Residence Halls ..... Dr. Robert J. REDICK
47 Dir Student Financial Assistance ..... Mr. James M. BAUER
48 Dean/Prof School of
   Architecture ..... Ms. Elizabeth M. PLATER-ZYBERK
50 Dean Business Administration ..... Dr. Paul K. SUGRUE
20 Dean School Communication ..... Mr. Sam L. GROGG
13 Dean of Education ..... Dr. Samuel J. YARGER
51 Dean of Law ..... Mr. Dennis O. LYNCH
64 Dean of Music ..... Dr. William HIPP
65 Dean Marine & Atmos Science ..... Dr. Otis B. BROWN
66 Dean of Nursing/Health Studies ..... Dr. Nilda PERAGALLO

## University of St. Augustine for Health Sciences    (A)

1 University Boulevard, Saint Augustine FL 32086-5783
County: Saint Johns    FICE Identification: 037513
Unit ID: 367954
Telephone: (904) 826-0084    Carnegie Class: Specialized-Other Health
FAX Number: (904) 826-0085    Calendar System: Other
URL: www.usa.edu
Established: 1979    Annual Graduate Tuition & Fees: $20,700
Enrollment: 345    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Master's; No Undergraduates
Program: Professional
Accreditation: DPT, OT, PTA

01 President ..... Dr. Stanley V. PARIS
10 Vice Pres Finance & Operations ..... Mr. Matthew S. ANDERSON
88 Dean Div of Advanced Studies ..... Dr. Richard H. JENSEN
11 Dir Trans Doctor Physical Therapy ... Ms. Wanda NITSCH
86 Dean Developmental Physical Therapy ... Ms. Karen S. HOWELL
81 Pgm Director Physical Therapy ..... Dr. Gary GORNIAK
08 Director Online Education ..... Dr. Cindy K. MATHENA
06 Registrar ..... Ms. Diane RONDINELLI
07 Director of Admissions ..... Ms. Dian HARTLEY

## University of Tampa    (B)

401 West Kennedy Boulevard, Tampa FL 33606-1490
County: Hillsborough    FICE Identification: 001538
Unit ID: 137847
Telephone: (813) 253-3333    Carnegie Class: Master's II
FAX Number: (813) 258-7207    Calendar System: Other
URL: www.ut.edu
Established: 1931    Annual Undergrad Tuition & Fees: $18,848
Enrollment: 4,856    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts and General; Teacher Preparatory; Professional
Accreditation: SC, AT, BUS, MUS, NUR

01 President ..... Dr. Ronald L. VAUGHN
84 Vice Pres for Administration/Finance ... Mr. Robert E. FORSCHNER
13 Vice Pres Enrollment ..... Ms. Barbara P. STRICKLER
30 Vice Pres Development/Univ Rels ..... Mr. Daniel T. GURA
43 Vice Pres Operations & Planning ..... Dr. Linda W. DEVINE
05 Co-Chief Academic Officer ..... Dr. Joseph D. SCLAFANI
02 Co-Chief Academic Officer ..... Dr. Joseph E. McCANN, III
11 Exec Director of Admin Services ..... Dr. Rodney J. PLOWMAN
45 Director of the Library ..... Ms. Leslie SUTTON-SMITH
29 Director of Alumni Relations ..... Mr. D. Todd MARRS
44 Director of Annual Giving ..... Ms. Tracy Edwards FRYE
07 Director of Financial Aid ..... Mr. John MARSH

27 Director of Public Information ..... Mr. R. Grant DONALDSON
32 Dean of Students ..... Mr. Robert M. RUDAY
35 Director of Student Activities ... Ms. Stephanie A. RUSSELL HOLZ
05 Director of Career Services ..... Vacant
18 Director of Facilities Management ..... Mr. David RAMSEY
92 Director Information Systems ..... Mr. Jon ALBRECHT
14 Exec Director Info Technology ..... Ms. Donna R. ALEXANDER
15 Exec Director of Human Resources ..... Ms. Donna B. POPOVICH
07 Sr Associate Director of Admissions ..... Mr. Brent BENNER
88 Athletic Director ..... Mr. Larry J. MARRISE
40 Manager Campus Store ..... Ms. Cheryl R. RILEY
37 Director of Residence Life ..... Ms. Krystal SCHOFIELD
50 Dean College of Business ..... Dr. Joseph E. McCANN, III
49 Int Dean College Liberal Arts & Sci ... Dr. Joseph D. SCLAFANI
51 Director Adult Enrollment Services ..... Ms. Jane LAWLER
12 Affirmative Action Officer ..... Ms. Donna B. POPOVICH
19 Director Safety & Security ..... Mr. Charles MASCENIK
23 Dir Health Center/Stdnt Counseling ... Ms. Sharon P. SCHAEFER
03 Director of Planned Giving ..... Dr. Thomas GIDDENS
90 Director of Instruction Services ..... Mr. Steve MAGRIBY
01 Associate Academic Officer ..... Dr. Michael STACZAR
06 Associate Academic Officer ..... Dr. Stephen KUCERA
20 Associate Academic Officer ..... Dr. Mary Anne WATSON
21 Associate Business Officer ..... Mr. Richard OGOREK
26 Chief Public Relations Officer ..... Mr. R. Grant DONALDSON
38 Director Student Counseling ..... Ms. Sharon P. SCHAEFER
03 Director of Procurement ..... Mr. Brian S. SUTTON
09 Coord Institutional Research/Assess ... Ms. Jeanine ROMANO
92 Director of Honors Program ..... Dr. J. Richard PIPER

## Valencia Community College    (C)

PO Box 3028, Orlando FL 32802-3028
County: Orange    FICE Identification: 006750
Unit ID: 138187
Telephone: (407) 299-5000    Carnegie Class: Associate's
FAX Number: (407) 299-8839    Calendar System: Semester
URL: www.valenciacc.edu
Established: 1967    Annual Undergrad Tuition & Fees (In-State): $1,900
Enrollment: 29,556    Coed
Affiliation or Control: State    IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: SC, ADNUR, DH, DMS, EMT, RAD, RSTH

01 President ..... Dr. Sanford C. SHUGART
05 Int Vice Pres/Chief Learning Ofcr ..... Dr. Louise N. PITTS
52 Vice Pres Student Affairs ..... Dr. Joyce C. ROMANO
10 Vice Pres Administrative Svcs ..... Mr. Keith W. HOUCK
30 Vice Pres Institutional Advancement ... Ms. Susan E. KELLEY
05 Vice Pres Policy & General Counsel ... Dr. William J. MULLOWNEY
13 Vice Pres Human Resources/Diversity ... Dr. Stanley H. STONE
12 Provost East Campus ..... Dr. Ruth L. PRATHER
12 Provost Osceola Campus ..... Dr. Silvia ZAPICO
12 Provost West Campus ..... Dr. Paula M. GASTENVELD
12 Provost Winter Park Campus ..... Dr. Kaye WALTER
78 Asst Vice Pres Facilities Services ... Ms. Helene LOISELLE
30 Asst VP Workforce Development ..... Ms. B. Joan TILLER
21 Asst Vice Pres Financial Svcs ..... Mr. Dennis P. MICARE
85 Asst Vice Pres Student Affairs ..... Dr. Sonya M. JOSEPH
38 Dean of Students/Student Svcs ..... Ms. Linda B. HARRIS
38 Dean of Students/Student Services ... Mr. Tyron S. JOHNSON
37 Director Financial Aid Services ..... Ms. Linda I. DOWNING
07 Director Admissions & Records ..... Dr. Renee K. SIMPSON
00 Director Institutional Research ..... Vacant
29 Director Col & Cmty Rel/Alumni Assn ... Dr. Fiona M. BAXTER
40 Director College Bookstore ..... Mr. Todd A. HUNT
92 Director Honors Program ..... Mr. Ronald G. BRANDOLINI
96 Director Purchasing/Aux Svcs ..... Mr. William Ed AMES

## Warner Southern College    (D)

13895 Highway 27, Lake Wales FL 33859
County: Polk    FICE Identification: 008848
Unit ID: 138275
Telephone: (863) 638-1426    Carnegie Class: Baccalaureate-General
FAX Number: (863) 638-1472    Calendar System: Semester
URL: www.warner.edu
Established: 1968    Annual Undergrad Tuition & Fees: $12,590
Enrollment: 1,026    Coed
Affiliation or Control: Church of God    IRS Status: 501(c)3
Highest Offering: Bachelor's
Program: Liberal Arts and General; Teacher Preparatory
Accreditation: SC

01 President ..... Dr. Gregory V. HALL
05 Exec Vice Pres/Chief Academic Ofcr ... Dr. William M. RIGEL
10 Vice Pres for Finance & Business ..... Mr. Greg RODDEN
43 Vice Pres Advancement ..... Mrs. Doris B. GUKICH
84 Dean of Enrollment Management ..... Mrs. Dawn RAFOOL
50 Dean of School of Business ..... Dr. Cynthia ROBINSON
49 Dean of Arts & Sciences ..... Dr. Jim CHRISTOPH
32 Dean Student Affairs ..... Mrs. Janice L. ROBILLARD
43 General Counsel ..... Dr. Norman WHITE
06 Registrar ..... Ms. Sara FASEL
07 Director of Admissions ..... Mr. Jason ROE
37 Director Student Financial Aid ..... Mrs. Lorrie WHITE
77 Controller ..... Mr. Dean MEADOWS
08 Director Alumni Relations ..... Mrs. Jan ROBILLARD
42 Campus Pastor ..... Rev. Mike D. SANDERS
09 Chrm Communication Arts ..... Dr. James G. MOYER, JR.

53 Chrm Teacher Education ..... Mr. Terry B. FASEL
81 Chrm Natural Sciences & Math ..... Dr. Jim H. CHRISTOPH
65 Chrm Bible & Church Ministry ..... Vacant
83 Chrm Social & Behavioral Science ..... Dr. Thomas L. WALTON
57 Chrm Fine Arts ..... Dr. Steven L. DARR
08 Chrm Physical Educ/Rec/Health ..... Dr. Dennis OBERMEYER
50 Dir of MBA Program ..... Vacant
81 Dir of Organizational Mgmt ..... Dr. Jerry SHMIDT
42 Online Church Ministries Coord ..... Vacant
29 Director of Institutional Research ..... Dr. Ken REAVES
15 Director of Personnel Services ..... Vacant
18 Chief Facilities/Physical Plant ..... Mr. Rick ROBINSON
26 Chief Public Relations Officer ..... Mrs. Charlene LAWSON

## Webber International University    (E)

PO Box 96, 1201 Scenic Hwy North,
Babson Park FL 33827-0096
FICE Identification: 001540
Unit ID: 138293
Telephone: (863) 638-1431    Carnegie Class: Specialized-Business/Mgmt
FAX Number: (863) 638-2823    Calendar System: Semester
URL: www.webber.edu
Established: 1927    Annual Undergrad Tuition & Fees: $13,950
Enrollment: 642    Coed
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Business Emphasis
Accreditation: SC

01 President ..... Mr. Rex R. YENTES
03 Executive Vice President ..... Vacant
05 Vice Pres of Academic Affairs ..... Dr. H. Keith WADE
10 Vice President for Finance ..... Ms. Priscilla GERARD
32 Director of Student Development ..... Mr. Steve WARRNER
06 Registrar ..... Mrs. Kathy A. WILSON
02 Director Career Services ..... Ms. Juana LUGO
93 Chair of Business Administration ..... Dr. Jeanette EBERLE
49 Chair of General Education ..... Dr. Charles T. WUNKER
88 Athletic Director ..... Mr. Bill HEATH
48 Librarian ..... Ms. Sue JAMMES
26 Director Public Relations ..... Mr. Bill HEATH
29 Director of Alumni Affairs ..... Mr. Rick WRIGHT
13 Director Computer Center ..... Mr. Bob M. WEIS
50 MBA Coordinator ..... Dr. Joann McKENNA
30 Director of Development ..... Mr. Rick WRIGHT
18 Director of Building Maintenance ..... Mr. Joann McKENNA
40 Director of Bookstore ..... Mr. Steve HAY
07 Director of Admissions ..... Miss Julie RAGANS
09 Director of Institutional Research ..... Mr. Bruce SABIN

## Webster College    (F)

2127 Grand Boulevard, Holiday FL 34690-4554
County: Pasco    Identification: 666425
Unit ID: 138336
Telephone: (727) 942-0069    Carnegie Class: Other
FAX Number: (727) 938-5709    Calendar System: Quarter
URL: www.webstercollege.com
Established: 1968    Annual Undergrad Tuition & Fees: $12,500
Enrollment: 290    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational
Accreditation: ACICS

02 Executive Director ..... Mrs. Claire P. WALKER

## Webster College    (G)

2221 SW 19th Avenue Road, Ocala FL 34474
County: Marion    FICE Identification: 008501
Unit ID: 138309
Telephone: (352) 629-1941    Carnegie Class: Other
FAX Number: (352) 629-0926    Calendar System: Quarter
URL: www.webstercollege.com
Established: 1968    Annual Undergrad Tuition & Fees: $11,900
Enrollment: 350    Coed
Affiliation or Control: Proprietary    IRS Status: Proprietary
Highest Offering: Baccalaureate
Program: Occupational
Accreditation: ACICS

01 Campus Director ..... Ms. Greta A. FERKEL
02 Associate Director ..... Mr. Pete BEASLEY

## Yeshiva Gedolah Rabbinical College    (H)

1140 Alton Road, Miami Beach FL 33139
County: Dade    FICE Identification: 032563
Unit ID: 363712
Telephone: (305) 653-8770    Carnegie Class: Specialized-Theological
FAX Number: (305) 532-9820    Calendar System: Semester
Established: 1973    Annual Undergrad Tuition & Fees: $8,000
Enrollment: 53    Male
Affiliation or Control: Independent Non-Profit    IRS Status: 501(c)3
Highest Offering: Master's
Program: Teacher Preparatory; Professional
Accreditation: @RABN

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

58 Dean Graduate Studies ........................................Dr. Michael AUSTIN
38 Dean Teaching Learning .......................................Dr. Patricia DWYER
21 Comptroller ..........................................................Ms. Shelley THARP
39 Assoc Vice Pres for Student Affairs ......Dr. Richard STEVENS
36 Assoc Vice Pres for Student Affairs .............Dr. John E. ADAMS
15 Director Human Resources ..............................Dr. Daniel C. STAERLPER
13 Director Info Technology Services ..........Mr. David THOMPSON
06 Registrar ...............................................................Ms. Tracy SEFFERS
07 Director of Admissions .............................Ms. Kimberly SCRANAGE
37 Director Student Financial Aid ......................Ms. Elizabeth STURM
19 Director Public Safety .......................................Mr. Grover BOYER
53 Coordinator Teacher Education ...................Dr. Doug KENNARD
18 Director Physical Plant .........................................Mr. Dan YANNA
40 Director Auxiliary Services ..............................Mr. James VIGIL
41 Athletic Director .....................................................Mr. Karl WOLF
96 Director of Purchasing ................................Ms. Debra LANGFORD
38 Director Student Counseling .......................Ms. Barbara BYERS
23 Assistant Director Alumni Relations ..........Ms. Jennifer SPATAFORE
92 Director Honors Program ......Dr. Stephanie SLOCUM-SCHAFFER

## *West Liberty State College     (A)

PO Box 295, West Liberty WV 26074-0295

County: Ohio     FICE Identification: 003823

Unit ID: 237932

Telephone: (304) 336-5000    Carnegie Class: Baccalaureate-General
FAX Number: (304) 336-8312    Calendar System: Semester
URL: www.wlsc.edu
Established: 1837    Annual Undergrad Tuition & Fees (In-State): $3,686
Enrollment: 2,374                          Coed
Affiliation or Control: State           IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Liberal Arts And General; Teacher Preparatory; Professional;
Business Emphasis
Accreditation: NH, DH, MT, MUS, NUR, TED

02 President .............................................................Dr. Richard H. OWENS
05 Provost/VP of Academic Affairs ...........Dr. John P. MCCULLOUGH
11 Vice Pres of Administration ..............................Mr. John L. DAVIS
10 CFO/CPO ............................................................Mr. Patrick J. HENRY
32 Vice Pres of Student Affairs ....................Dr. James D. CARPENTER
30 VP of Institutional Advancement .............Ms. Genny S. MCINTYRE
81 Int Dean School of Sciences ............................Dr. Donna LUKICH
49 Dean School of Liberal Arts ......................Dr. David T. JAVERSAK
53 Dean School Education ........................................Dr. Beth E. MUSSER
50 Int Dean School of Business Admin .......Ms. Elizabeth ROBINSON
15 Director of Human Resources ...................Mr. Brian L. WARMUTH
14 Director Computer Services ....................Mr. Joseph S. CARISANO
19 Dir of Inst Research & Assessment .............Mr. John C. GIESMANN
41 Director of Athletics ...........................................Mr. James W. WATSON
07 Director of Admissions ...................................Ms. Brenda KING
06 Registrar/Director Financial Aid .......................Mr. Scot A. COOK
31 Director of Cont Educ/Special Pgm ...Mr. Lawrence P. WILLIAMS
08 Director of Library .......................................Ms. Cheryl R. HARSHMAN
26 Chief Public Relations Officer ....................Ms. Tammi SECRIST
29 Director of Alumni Association ...........................Mr. Ron A. WITT
37 Director Student Financial Aid ............................Mr. Scott COOK
64 Director of Annual Giving ..................................Ms. Erin NEELY
36 Director of Major & Planned Gifts ................Mr. Sven DE JONG
38 Assistant Dean Student Affairs ....................................Vacant
31 Director of Auxiliary Services .........................Mr. John L. DAVIS
18 Director of Facilities Management .....................Mr. Jeff TURNER
38 Director of Counseling ................................Ms. Shelly M. BEHM
22 Director of Honors Program ..........................Dr. Linda MCGINLEY
89 Freshman Students .......................Mr. Robert T. MCCORMACK
93 Minority Students ......................................Ms. Carole L. HARRIS
96 Director of Purchasing ...................................Ms. Carole L. HARRIS
68 Director of Nursing Programs ......................Dr. Donna J. LUKICH
88 Dir Dental Hygiene Programs ...................Ms. Margaret SIX
88 Dir Clinical Lab Science Program ......Dr. William C. WAGENER
20 Associate Academic Officer ......................Mr. John C. GIESMANN
34 Admissions Officer ...........................................Ms. Cindy MCGEE
25 Director of Diversity ....................................Ms. Carole L. HARRIS
35 Director Student Affairs .......................Dr. James D. CARPENTER
84 Director Enrollment Management .........................Ms. Brenda KING

## *West Virginia School of     (B)
## Osteopathic Medicine

400 North Lee Street, Lewisburg WV 24901-1196

County: Greenbrier     FICE Identification: 011245

Unit ID: 237848

Telephone: (304) 645-6270    Carnegie Class: Specialized-Medical
FAX Number: (304) 645-4859    Calendar System: Semester
URL: www.wvsom.edu
Established: 1972    Annual Graduate Tuition & Fees (In-State): $17,650
Enrollment: 363                          Coed
Affiliation or Control: State           IRS Status: 501(c)3
Highest Offering: First Professional Degree; No Undergraduates
Program: Professional
Accreditation: OSTEO

02 President .......................................................Dr. Olen E. JONES, JR.
05 Provost VP of Academic Affairs .................Mr. Larry M. KELLEY
05 Vice Pres Academic Affairs & Dean ....Dr. Michael D. ADELMAN
06 Registrar .........................................................Ms. Sharon L. HOWARD
20 Assoc Dean Graduate Med Educ .................Dr. Lorenzo L. PENCE
20 Asst Dean Graduate Med Educ ...................Mr. William SHIRES
20 Assoc Dean Predoctoral Clinical Ed .........Dr. Robert W. FOSTER
20 Asst Dean Postdoctoral Clinical Educ .....Ms. Stephanie SCHULER
20 Assoc Dean Preclinical Education .............Dr. James W. NEMITZ
20 Assoc Dean Osteopathic Med Educ ............Dr. Karen M. STEELE

20 Assoc Dean Problem-Based
     Learning .......................................Dr. Malcolm MODRZAKOWSKI
20 Assoc Dean Assessment/Educ Develop ..........Dr. Helen BAKER
32 Assoc Dean Student Affairs ...........................................Vacant
20 Director Communications .................Mr. John M. MANCHESTER
15 Director of Personnel ........................................Ms. Linda M. MOONEY
08 Director of Library ...........................................Ms. Mary F. BODEMULLER
96 Director of Purchasing ........................................Ms. Betty BAKER

## *West Virginia State University     (C)

PO Box 1000, Institute WV 25112-1000

County: Kanawha     FICE Identification: 003826

Unit ID: 237899

Telephone: (304) 766-3000    Carnegie Class: Baccalaureate-General
FAX Number: (304) 768-9842    Calendar System: Semester
URL: www.wvstateu.edu
Established: 1891    Annual Undergrad Tuition & Fees (In-State): $3,971
Enrollment: 3,344                      Coed
Affiliation or Control: State         IRS Status: 501(c)3
Highest Offering: Master's
Program: Liberal Arts And General; Teacher Preparatory
Accreditation: NH, ACBSP, NMT, NRPA, SW, TED

02 President .....................................................Dr. Hazo W. CARTER, JR.
10 Vice President for Finance ........................Mr. Robert PARKER
05 Vice Pres for Academic Affairs ...................Dr. Arnold COOPER
32 Vice Pres Student Affairs .................................Mr. Bryce S. CASTO
11 Vice Pres Administrative Services ..........Dr. Cassandra WHYTE
45 Vice Pres Planning/Advancement ...........Dr. R. Charles MYERS
51 President Community & Tech College ...........Dr. Ervin GRIFFIN
20 Asst Vice Pres Academic Affairs ...............Dr. John TEEUWISSEN
88 Asst Vice Pres Administrative Affs ..........Dr. Gregory D. EPPS
35 Asst Vice Pres Student Affairs ...................Mr. Joseph ODEN, JR.
54 Dean Cmty & Technical Coll .................Mr. Thomas E. MCNABB
72 Dean Off Academic Affs C&T College ...........................Vacant
45 Asst VP Planning/Advancement .................Ms. Pamela S. STURM
79 Dean Arts & Humanities Division .......................Dr. David WOHL
81 Dean Natural Science/Math Division .......Dr. Katherine HARPER
58 Dean Professional Studies Division ................Dr. Gail FLINT
83 Acting Dean Social Science Division ...........Dr. John TEEUWISSEN
50 Int Dean Business/Economics Div ...................Mrs. Patty SHAFER
53 Chrmn Department of Education .......Dr. Robert L. HARRISON, JR.
70 Chrmn Department Sociology ..................................................
68 Chrmn Music Department .....................Dr. Charlotte E. GILES
68 Chrmn Health & Human
     Performance ........................Mrs. Debra ANDERSON-CONLIFFE
76 Prgm Chrmn Allied Hlth/Human Perf ..............Mr. John GASKINS
14 Director Computer Services ........................Mr. Robert H. HUSTON
18 Dirctor Physical Facilities ....................................Mr. Phillip H. JUDD
07 Director Records & Registration ....................Dr. John L. FULLER
13 Director of Public Safety ............................Cpl. Joseph SAUNDERS
10 Director of Fiscal Affairs ........................Mr. Lawrence J. SMITH
08 Director of the Library ....................................Dr. Ravinda N. SHARMA
37 Director Financial Aid .......................................Ms. Mary E. BLIZZARD
23 Director Alumni Affairs ...............................Ms. Lynette A. REDD
15 Director of Human Resources ...................Miss Barbara ROWELL
36 Dir Career Services &
     Coop Educ .......................Ms. Sandhya (Sandy) G. MAHARAJ
07 Int Director of Admissions .......................Mr. Treynor N. SOWELL
09 Director of Institutional Research .............Ms. Pamela S. STURM
26 Chief Public Relations Officer ....................Ms. Patricia DICKINSON
38 Director New Student Programs .................Mrs. Sharon S. BANKS
96 Director of Purchasing ..................................Mrs. Janis A. BENNETT

## *West Virginia University     (D)

1500 University Avenue, Morgantown WV 26506-0002

County: Monongalia     FICE Identification: 003827

Unit ID: 238032

Telephone: (304) 293-0111    Carnegie Class: Doctoral/Research Ext
FAX Number: (304) 293-5883    Calendar System: Semester
URL: www.wvu.edu
Established: 1867    Annual Undergrad Tuition & Fees (In-State): $4,164
Enrollment: 25,255                    Coed
Affiliation or Control: State        IRS Status: 501(c)3
Highest Offering: Doctorate
Program: Liberal Arts And General; Teacher Preparatory; Professional
Accreditation: NH, ART, AT, AUD, BUS, BUSA, CACREP, CHPM, CLPSY,
COPSY, CORE, DENT, DH, DIETD, DIETI, DMS, ENG, ENGR, FIDER, FOR, IPSY,
JOUR, LAW, LSAR, MED, MT, MUS, NMT, NRPA, NURSE, OT, PHAR, PTA, RAD,
RTT, SP, SPAA, SW, TED, THEA

02 President ......................................................Mr. David C. HARDESTY, JR.
05 Provost & VP Academic Affairs .......................Dr. Gerald E. LANG
26 Int VP Institutional Advancement ............Ms. Christine M. MARTIN
17 Vice Pres for Health Science ...................Dr. Robert M. D'ALESSANDRI
10 Vice Pres for Admin & Finance ...................Dr. Gary W. ROGERS
32 Vice Pres Student Affairs ..........................Mr. Kenneth D. GRAY
46 Vice Pres Research & Econ Devel ..............Dr. John D. WEETE
76 Sr Assoc Vice Pres/Health Sciences .........Mr. Fred R. BUTCHER
13 Chief Information Officer ...........................Mr. Sidney C. MORRISON
20 Assoc Provost Academic Affairs ...............Dr. Russell K. DEAN
35 Dean of Student Life ...................................Dr. David C. STEWART
37 Assoc Provost Faculty Development ................Dr. C. B. WILSON
88 Assoc Vice Pres/Rural Health ........................Ms. Hilda R. HEADY
88 Asst VP/Health Sci/Social Justice ...........Ms. Ann L. CHESTER
88 Exec Officer for Social Justice ..........Ms. Jennifer A. MCINTOSH
04 Chief of Staff ..................................................Ms. Margaret R. PHILLIPS
85 Spec Asst to Pres for External Rels ...........Mr. David E. MILLER
88 Special Assistant to Pres/Provost ........Ms. Virginia J. PETERSEN
43 General Counsel ............................................Mr. Thomas HORNE

88 Assoc VP Finance & Admin/Health Sci ......Mr. James K. HACKETT
21 Interim Assoc Vice Pres for Finance ...............Ms. Alan D. MARTIN
56 Assoc Provost Extern/Public Services ........Dr. Lawrence S. COTE
10 President WVU Foundation .............................Mr. F. Duke PERRY
20 Assoc Provost Academic Programs ..........Dr. David P. TORSNEY
18 Asst Vice Pres Facilities & Svcs ..............Mr. Joseph C. FISHER
35 Int Asst Vice Pres Student Affairs ............Mr. Michael A. ELLINGTON
84 Asst Vice Pres Enroll Mgmt Svcs ...........Mr. Thomas E. RESIDY
15 Int Asst VP for Human Resources .........Ms. Elizabeth P. REYNOLDS
45 Asst Vice Pres for Planning .........................Mr. Narvel G. WEESE, JR.
25 Director Office of Sponsored Pgms ..............Ms. Alan B. MARTIN
22 Director Affirmative Action/EEO .....Ms. Jennifer A. MCINTOSH
11 Director Admin Information Systems ......Mr. R. Timothy MARTON
39 Dir Housing & Residence Life ...............................Mr. G. Corey FARRIS
41 Director Intercollegiate Athletics ..........Mr. Edward M. PASTILONG
23 Director of Library Services ...............................Dr. Jan PALMER
40 Gen Manager Bookstore/Privately Own ............Mr. David LANG
24 Director of Radio & TV Services .....................Mr. John E. DUVALL
27 Director News/Information Services .....Ms. Rebecca B. LOFSTEAD
23 Exec Director Alumni Association ............Mr. Stephen L. DOUGLAS
07 Int Director Financial Aid ...............................Ms. Kaye C. WIDNEY
36 Director Career Services Center .....................Mr. Robert L. KENT
07 Director Admissions & Records ...................Mr. Cheng H. KENG
06 Registrar ................................................................Mr. Steve A. TURYER
08 Dean of Library Services ..........................Ms. Frances L. O'BRIEN
58 Director Student Counsel/Psych Svcs ....Dr. Catherine A. YURA
21 Director Controllers Office ............................Ms. Lisa A. MITCHELL
19 Dir Public Safety/Transport/Parking ......Capt. Bob E. ROBERTS
13 Director Info Technology Svcs .........Mr. Phillip R. CHARNESKI
85 Asst Dean/Intl Students/Scholars ..........................Mr. Peter O. LI
50 Dean Business/Economics ....................Dr. R. Stephen SEARS
49 Interim Dean of Arts & Sciences ..........Dr. Mary Ellen MAZEY
57 Dean College Creative Arts ...........................Dr. Bernie SCHULTZ
53 Int Dean Human Resources/Education ...........Dr. Anne H. NARDI
61 Dean of Law ...................................................Mr. John W. FISHER, II
63 Dean of Medicine ........................................Dr. John E. PRESCOTT
54 Dean of Dentistry .......................................Mr. Richard WEAVER
52 Dean of Engin/Mineral Resources ...........Dr. Eugene V. CILENTO
47 Dean Agriculture & Forestry .....................Dr. Cameron R. HACKNEY
67 Dean of Pharmacy ........................................Dr. George R. SPRATTO
20 Interim Dean of Journalism ...........................Dr. Maryanne REED
58 Dean Physical Education .................................Dr. Dana D. BROOKS
66 Dean of Nursing ............................................Dr. E. Jane MARTIN
58 Dean Extended Learning ...........Dr. Susan D. DAY-PERROOTS

## *Potomac State College of West     (E)
## Virginia University

Keyser WV 26726-2698

County: Mineral     FICE Identification: 003829

Unit ID: 237701

Telephone: (304) 788-6800    Carnegie Class: Associate's
FAX Number: (304) 788-6940    Calendar System: Semester
URL: www.potomacstatecollege.edu
Established: 1901    Annual Undergrad Tuition & Fees (In-State): $2,328
Enrollment: 1,305                   Coed
Affiliation or Control: State        IRS Status: 501(c)3
Highest Offering: Associate Degree
Program: Occupational; 2-Year Principally Bachelor's Creditable
Accreditation: NH

02 Campus Provost ...............................................Dr. Kerry S. ODELL
10 Chief Financial Officer .......................................Dr. Gary ROGERS
05 Dean for Curriculum & Instruction .........Dr. Douglas R. WILMES
30 Dean of Student Affairs ..........................Mr. William M. LETRENT
07 Director Admissions & Records ....................Mrs. Beth E. LITTLE
22 Director of Workforce Development .........Ms. Frances M. DOLLOPH
37 Financial Aid/Veterans Coordinator .............Mrs. Beth E. LITTLE
08 Librarian ...................................................................Mr. Jill M. GARDNER
14 Coordinator of Computer Center ......Mr. Geoffrey L. CHEVALIER
27 Public Information Officer ...........................Mrs. Rene M. TREZISE
23 Director of Alumni Affairs ...............Mrs. Libby M. NICHOLS
41 Athletic Director ......................................Mr. Shawn A. WHITE

## *West Virginia University at     (F)
## Parkersburg

300 Campus Drive, Parkersburg WV 26104-8647

County: Wood     FICE Identification: 003828

Unit ID: 237686

Telephone: (304) 424-8000    Carnegie Class: Baccalaureate-Associate's
FAX Number: (304) 424-8315    Calendar System: Semester
URL: www.wvup.edu
Established: 1971    Annual Undergrad Tuition & Fees (In-State): $2,280
Enrollment: 3,853                   Coed
Affiliation or Control: State        IRS Status: 501(c)3
Highest Offering: Baccalaureate
Program: Occupational; 2-Year Principally Bachelor's Creditable; Liberal
Arts And General
Accreditation: NH, ADNUR, SURGT, TED

02 President ...............................................Dr. Marie FOSTER GNAGE
20 Sr Admin Asst to President .........................Mrs. Debra L. RICHARDS
05 Executive Dean of Academic Affairs .....Dr. Joseph L. BADGLEY
51 Dean Corporate & Community Educ ...............Dr. David BELL
32 Dean of Students ...............................................Mr. Sally SWISHER
10 Chief Financial Officer ..................................Mr. Jack SIMPKIN
18 Director Facilities & Services .................Mr. David CUNNINGHAM
15 Director Human Resources .........................Ms. Mary WILKINSON
14 Director Computer Services ......................Mr. Dan D. WILLIAMSON
12 Director Jackson County Center ...........Miss Pamela A. BRADEN

© COPYRIGHT HIGHER EDUCATION PUBLICATIONS, INC. 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

---

REGIONS ASSET COMPANY, et al.,)
                            )
        Plaintiffs,     }
                            )  Civil Action No.2:06-cv-882-MHT
     v.                 )
                            )
REGIONS UNIVERSITY, INC.    )
                            )
        Defendant.     )

---

## DECLARATION OF LILY MONIR MATINI

I, Lily Monir Matini, declare and say:

1.    I am an associate at Shlesinger, Arkwright & Garvey, LLP. I represent Regions University, Inc. in this case.

2.    Attached as Exhibits A and B are true and correct copies of Registration Certificates for the following marks registered at the U.S. Patent and Trademark Office (Exhibit A), and pages from the 2006 Higher Education Directory showing the following schools (Exhibit B):

| | | |
|---|---|---|
| **Exhibit A:** | | **Exhibit B:** |
| Reg. No. | Mark | School (state locale): |
| 3,026,914 | ACADEMY BANK | Academy College (MN) |
| 1,763,243 | AIB | AIB College of Business (IA) |
| 2,512,950 | AIG | American International College (MA) |
| 3,021,041 | AIG BANK | American International College (MA) |
| 2,384,207 | ALASKA PACIFIC BANK | Alaska Pacific University (AK) |
| 1,890,153 | ALBRIGHT | Albright College (PA) |
| 1,524,830 | APOLLO | Apollo College (campuses in ID and AZ) |
| 1,533,587 | ATLANTIC BANK | Atlantic College (PR) Atlantic University (VA) |
| 3,004,013 | AUSTIN BANK | Austin College (TX) |
| 2,450,573 | BAY STATE | Bay State College (MA) |
| 3,261,794 | BAY STATE BANK | Bay State College (MA) |
| 2,706,827 | BEAL BANK | Beal College (ME) |
| 2,200,183 | BANKBOSTON | Boston College (MA) Boston Conservatory (MA) Boston University (MA) |
| 2,713,368 | B BRADFORD BANK | Bradford School (campuses in OH, PA, and TX) |
| 2,810,700 | BUTLER BANK | Butler University (IN) |
| 2,740,887 | CENTURY BANK | Century College (MN) |
| 1,158,344 | CHARTER BANK | Charter College (AK) |
| 2,301,218 | CHESAPEAKE | Chesapeake College (MD) |
| 2,774,985 | CITRUS BANK | Citrus College (CA) |
| 2,437,316 | COPPER MOUNTAIN | Copper Mountain College (CA) |
| 1,556,097 | COVENANT | Covenant College (GA) |
| 3,176,609 | DEAN BANK | Dean College (MA) |
| 2,272,297 | EASTERN BANK | Eastern University (PA) |
| 2,025,824 | EAST WEST BANK | East-West University (IL) |
| 2,895,625 | EL CAMINO | El Camino College (CA) |
| 2,549,722 | GROSSMONT BANK | Grossmont College (CA) |
| 2,058,540 | GULF COAST BANK | Gulf Coast College (FL) |
| 2,582,541 | THE HARTFORD BANK | Hartford Seminary (CT) |
| 2,928,375 | HAVERFORD | Haverford College (PA) |
| 2,972,433 | HOWARD BANK | Howard University (DC) Howard College (TX) |
| 1,031,009 | HUNTINGTON | Huntington College (IN) |
| 2,413,751 | HUNTINGTON | Huntington College (IN) |
| 3,215,345 | ILLINOIS STATE BANK | Illinois State University (IL) |
| 1,380,724 | JEFFERSON BANK | Jefferson College (MO) |
| 2,844,389 | JOHNSON BANK | Johnson College (PA) |

- 2 -

| **Exhibit A:** | | **Exhibit B:** |
|---|---|---|
| Reg. No. | Mark | School (state locale): |
| 2,768,853 | J. JOHNSON | Johnson College (PA) |
| 2,975,119 | J. JOHNSON | Johnson College (PA) |
| 2,839,923 | JOHNSON BANK | Johnson College (PA) |
| 2,389,780 | KENDALL | Kendall College (IL) |
| 2,259,433 | KING | King College (TN) |
| 3,148,491 | LIBERTY BANK | Liberty University (VA) |
| 2,779,172 | LYON | Lyon College (AR) |
| 2,769,231 | MANCHESTER | Manchester College (IN) |
| 2,445,635 | MARQUETTE | Marquette University (WI) |
| 2,445,634 | MARQUETTE BANKS | Marquette University (WI) |
| 2,954,012 | METROPOLITAN | Metropolitan College (campuses in AZ and OK) |
| 2,671,035 | BANK MILES | Miles College (AL) |
| 2,346,349 | BANK OF MISSISSIPPI | Mississippi College (MA) |
| 2,860,611 | MONTGOMERY BANK | Montgomery College (MD) |
| 1,747,400 | MOUNTAIN STATE BANK | Mountain State College (WV) Mountain State University (WV) |
| 2,874,612 | MOUNTAIN WEST BANK | Mountain West College (UT) |
| 3,091,918 | BANK OF NEW ENGLAND | New England College (NH) |
| 841,428 | THE BANK OF NEW YORK | New York University (NY) |
| 1,560,124 | THE BANK OF NEW YORK | New York University (NY) |
| 3,261,007 | NORTHEAST COMMUNITY BANK | Northeast Community College (NE) |
| 1,843,171 | NORTHEASTERN BANK | Northeastern Seminary (NY) |
| 3,214,996 | NORTHWEST BANK | Northwest College (WY) Northwest University (WA) |
| 2,658,740 | BANK OF OAKLAND | Oakland University (MI) |
| 1,952,564 | OHIO VALLEY BANK | Ohio Valley University (WV) |
| 2,653,858 | OKLAHOMA STATE BANK | Oklahoma State University (OK) |
| 1,465,834 | PRAIRIE STATE BANK | Prairie State College (IL) |
| 3,195,701 | PRESCOTT | Prescott College (AZ) |
| 3,198,109 | BANK RHODE ISLAND | Rhode Island College (RI) |
| 2,541,968 | THE BANK OF ROCHESTER | Rochester College (MI) |
| 2,412,605 | SANTA MONICA BANK | Santa Monica College (CA) |
| 2,932,762 | SOUTHBANK | South University (campuses in AL, FL, and GA) South College (NC) South College (TN) |
| 2,412,606 | SOUTHERN CALIFORNIA BANK | Southern California Seminary (CA) |

- 3 -

| **Exhibit A:** | | **Exhibit B:** |
|---|---|---|
| Reg. No. | Mark | School (state locale): |
| 2,519,114 | SOUTHWEST BANK | Southwest University (LA) |
| 2,174,122 | SOUTHWEST BANK | Southwest University (LA) |
| 2,680,632 | ST FRANCIS BANK | St. Francis College (NY) |
| | | Saint Francis Seminary (WI) |
| | | Saint Francis University (PA) |
| 1,530,060 | STERLING | Sterling College (KS) |
| | | Sterling College (VT) |
| 3,205,422 | BANK OF ST. PETERSBURG | St. Petersburg College (FL) |
| 3,170,304 | BANK OF ST. PETERSBURG | St. Petersburg College (FL) |
| 3,071,958 | SUSQUEHANNA | Susquehanna University (PA) |
| 2,980,295 | TEXASBANK | Texas College (TX) |
| 2,187,730 | BANK OF TEXAS N.A. | Texas College (TX) |
| 2,370,046 | TRI-STATE BANK | Tri-State University (IN) |
| 3,071,147 | TRITON | Triton College (IL) |
| 2,514,180 | UNION ATLANTIC LC | Atlantic Union College (MA) |
| 2,782,280 | UNITY | Unity College (ME) |
| 3,012,979 | WEBSTER BANK | Webster University (MO) |
| | | Webster College (FL) |
| 2,801,838 | WEBSTER | Webster University (MO) |
| | | Webster College (FL) |
| 1,530,058 | BANK OF WEST VIRGINIA | West Virginia University (WV) |

I declare under penalty of perjury that the above facts are true to the best of my knowledge.

Executed: August 24, 2007

LILY MONIR MATINI

- 4 -

Respectfully submitted,


/s/ VICTOR T. HUDSON
[HUDSV1684]
tom@alabamatrial.com
WILLIAM W. WATTS, III
[WATTW5095]
bill@alabamatrial.com
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601

JAMES E. SHLESINGER
Shlesinger, Arkwright &
Garvey LLP
1420 King Street, Suite 600
Alexandria, Virginia 22314

ATTORNEYS FOR DEFENDANT


CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

William G. Pecau, Esq.
Rachel M. Marmer, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Charles B. Paterson, Esq.
Paul A. Clark, Esq.
BALCH & BINGHAM, LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama  36104


/s/ VICTOR T. HUDSON