# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

```
_____
REGIONS ASSET COMPANY, et al.,)
                               )
          Plaintiffs,          )
                               )
                               ) Civil Action No. 2:06-cv-882-MHT
                               )
REGIONS UNIVERSITY, INC.       )
                               )
          Defendant.           )
_____)
```

## NOTICE OF FILING TRADEMARK REGISTRATIONS/APPLICATIONS

COMES NOW the defendant Regions University, Inc. and gives notice of the filing of the attached certified copies of trademark applications filed in the United States Patent and Trademark Office with respect to the following:

| Name of Mark | Date of Application | Application Number | Date of Publication | Date of Notice of Allowance |
|---|---|---|---|---|
| Regions Foundry | 12/18/06 | 77/066,517 | 07/10/07 | |
| Regions Specialty Coffee | 06/25/07 | 76/678,650 | | |
| REGIONS (For Wine) | 04/17/01 | 76/242,955 | 09/07/04 | 12/30/04 |

Respectfully submitted,

/s/ VICTOR T. HUDSON
[HUDSV1684]
tom@alabamatrial.com
WILLIAM W. WATTS, III
[WATTW5095]
bill@alabamatrial.com

Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601

JAMES E. SHLESINGER
Shlesinger, Arkwright &
    Garvey LLP
1420 King Street, Suite 600
Alexandria, Virginia 22314

ATTORNEYS FOR DEFENDANT


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

William G. Pecau, Esq.
Rachel M. Marmer, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Charles B. Paterson, Esq.
Paul A. Clark, Esq.
BALCH & BINGHAM, LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36104


/s/ VICTOR T. HUDSON



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 16, 2007

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE TRADEMARK FILE WRAPPER AND
CONTENTS OF:

TRADEMARK APPLICATION: *77/066,517*
FILING DATE: *December 18, 2006*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



W. MONTGOMERY

Certifying Officer

PTO Form 1478 (Rev 9/2006)

OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77066517**
**Filing Date: 12/18/2006**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77066517 |
| **MARK INFORMATION** | |
| *MARK | REGIONS FOUNDRY |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | REGIONS FOUNDRY |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | American Faucet & Coatings Corporations |
| *STREET | 3280 Corporate View |
| *CITY | Vista |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 92081 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Nevada |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 011 |
| | Faucets; shower and tub fixtures, namely, |

file://D:\p2mp\temp\html\OEMS.htm

7/10/2007

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

| DESCRIPTION | shower heads, shower head sprayers, hand-held shower heads; plumbing fittings, namely, valves, thermostatic valves and shower control valves |
|---|---|
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 06/01/2006 |
| FIRST USE IN COMMERCE DATE | At least as early as 06/01/2006 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT\IMAGEOUT\7 70\665 \77066517\xml1\APP0 003.JPG |
| SPECIMEN DESCRIPTION | ceramic button displaying mark which is applied to the products |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 012 |
|---|---|
| DESCRIPTION | Kitchen and bath accessories, namely, towel bars, toilet paper holders, towel rings and soap dishes |
| FILING BASIS | SECTION 1(b) |

## ATTORNEY INFORMATION

| NAME | Peter K. Hahn |
|---|---|
| ATTORNEY DOCKET NUMBER | 25691-1/T10 |
| FIRM NAME | Luce, Forward, Hamilton & Scripps, LLP |
| STREET | 600 West Broadway, Suite 2600 |
| CITY | San Diego |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 92101 |
| PHONE | 619-699-2585 |
| FAX | 619-446-8243 |
| EMAIL ADDRESS | phahn@luce.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Katherine M. Hoffman |

## CORRESPONDENCE INFORMATION

| NAME | Peter K. Hahn |
|---|---|

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

| FIRM NAME | Luce, Forward, Hamilton & Scripps, LLP |
|---|---|
| STREET | 600 West Broadway, Suite 2600 |
| CITY | San Diego |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 92101 |
| PHONE | 619-699-2585 |
| FAX | 619-446-8243 |
| EMAIL ADDRESS | phahn@luce.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 650 |
| **SIGNATURE INFORMATION** | |
| * SIGNATORY FILE | \\TICRS\EXPORT\IMAGEOUT\770\665\77066517\xml1\APP0004.JPG |
| SIGNATORY'S NAME | Charles C. Butler |
| SIGNATORY'S POSITION | Founder |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Mon Dec 18 15:32:07 EST 2006 |
| TEAS STAMP | USPTO/BAS-63.145.243.253-20061218153207313937-7706 6517-360736c81412f1e506ea 95025f6be44889a-CC-201-20 061218144656475962 |

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

PTO Form 1478 (Rev 9/2006)

OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77066517**
**Filing Date: 12/18/2006**

## To the Commissioner for Trademarks:

**MARK:** REGIONS FOUNDRY (Standard Characters, see mark)
The literal element of the mark consists of REGIONS FOUNDRY. The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, American Faucet & Coatings Corporations, a corporation of Nevada, having an address of 3280 Corporate View, Vista, California, United States, 92081, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

International Class 011: Faucets; shower and tub fixtures, namely, shower heads, shower head sprayers, hand-held shower heads; plumbing fittings, namely, valves, thermostatic valves and shower control valves

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 011, the mark was first used at least as early as 06/01/2006, and first used in commerce at least as early as 06/01/2006, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) ceramic button displaying mark which is applied to the products.
Specimen File1

International Class 012: Kitchen and bath accessories, namely, towel bars, toilet paper holders, towel rings and soap dishes
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints Peter K. Hahn and Katherine M. Hoffman of Luce, Forward, Hamilton & Scripps, LLP, 600 West Broadway, Suite 2600, San Diego, California, United States, 92101 to submit this application on behalf of the applicant. The attorney docket/reference number is 25691-1/T10.

Correspondence Information: Peter K. Hahn
600 West Broadway, Suite 2600
San Diego, California 92101

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

619-699-2585(phone)
619-446-8243(fax)
phahn@luce.com (authorized)

A fee payment in the amount of $650 will be submitted with the application, representing payment for 2 class(es).

## Declaration

Signatory's Signature: <u>signatory file</u>
Signatory's Name: Charles C. Butler
Signatory's Position: Founder

RAM Sale Number: 201
RAM Accounting Date: 12/19/2006

Serial Number: 77066517
Internet Transmission Date: Mon Dec 18 15:32:07 EST 2006
TEAS Stamp: USPTO/BAS-63.145.243.253-200612181532073
13937-77066517-360736c81412f1e506ea95025
f6be44889a-CC-201-20061218144656475962

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

Trademark/Service Mark Application, Principal Register

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Signature Section:**

Signature: *Charles C Butler Founder*

Date Signed: 12-12-06

Signatory's Name: Charles C. Butler

Signatory's Position: Founder

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page must include both the signature information **and** the boilerplate declaration language. Do **not** include the entire application, but do ensure that the boilerplate declaration language actually appears; *a signature by itself will not be acceptable*. If, due to browser limitations, the boilerplate declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

# REGIONS FOUNDRY



Copy provided by USPTO from the TICRS Image Database on 07/10/2007

# REGIONS FOUNDRY

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

*** User:ebelenker ***

| #  | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|----|-------------|------------|------------------|---------------------|-------------------------|--------|
| 01 | 1   | 0   | 1   | 1   | 0:01   | 77066517[SN] |
| 02 | 1   | 0   | 1   | 1   | P/0:01 | "american faucet & coatings"[ow] |
| 03 | 822 | N/A | 0   | 0   | P/0:01 | *region* |
| 04 | 200 | 104 | 1   | 1   | P/0:01 | *foundry* |
| 05 | 1   | 0   | 1   | 1   | P/0:01 | 3 and 4 |
| 06 | 14  | 5   | 9   | 6   | P/0:01 | regions[fm] |
| 07 | 8   | 2   | 4   | 2   | P/0:03 | 4 and ("011" "021" a b "200")[ic] |
| 08 | 35  | 16  | 19  | 7   | P/0:02 | foundry[ds] |
| 09 | 18  | 6   | 12  | 6   | P/0:03 | 3 and ("011" "021" a b "200")[ic] |
| 10 | 441 | 194 | 247 | 192 | P/0:01 | 3 and ("011" "021" a b "200")[cc] |

Session started 4/11/2007 4:38:30 PM
Session finished 4/11/2007 4:51:39 PM
Total search duration 0 minutes 15 seconds
Session duration 13 minutes 9 seconds
Defaut NEAR limit=1 ADJ limit=1

Sent to TICRS as Serial Number: 77066517

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

| To: | American Faucet & Coatings Corporation (phahn@luce.com) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 77066517 - REGIONS FOUNDRY - 25691-1/T10 |
| Sent: | 4/13/2007 4:13:00 PM |
| Sent As: | ECOM111@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 77/066517

**APPLICANT:**     American Faucet & Coatings Corporation

# *77066517*

**CORRESPONDENT ADDRESS:**
PETER K. HAHN
LUCE, FORWARD, HAMILTON & SCRIPPS, LLP
600 W BROADWAY STE 2600
SAN DIEGO, CA 92101-3372

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

If no fees are enclosed, the address should include
the words "Box Responses - No Fee."

**MARK:**     REGIONS FOUNDRY

**CORRESPONDENT'S REFERENCE/DOCKET NO:**   25691-1/T10

**CORRESPONDENT EMAIL ADDRESS:**
phahn@luce.com

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
4. Your telephone number and email
   address.

Serial Number  77/066517

## EXAMINER'S AMENDMENT

**ADVISORY – AMENDMENTS TO GOODS/SERVICES:** If the identification of goods and/or services has been amended below, any future amendments must be in accordance with 37 C.F.R. §2.71 (a) and TMEP §1402.07(e).

**AMENDMENT(S) AUTHORIZED:** No telephone call is required for the amendment listed below. *If applicant disagrees with or objects to any of the amendments below, please notify the undersigned trademark examining attorney immediately.* Otherwise, no response is necessary. TMEP §707.

file://D:\p2mp\temp\html\OEMS.htm

7/10/2007

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

**This examiner's amendment is supplemental to the examiner's amendment also sent to the applicant's attorney on April 13, 2007.**

Classification of Services

The application is amended to classify the goods filed in Class 12 in **International Class 21.** 37 C.F.R. §2.85; TMEP §1401.03(b).

The decision as to the proper classification of goods or services is a purely administrative matter which is within the sole discretion of the Patent and Trademark Office. *In re Tee-Pak, Inc.*, 164 USPQ 88 (TTAB 1969).

/Esther A. Belenker/
Trademark Examining Attorney
Law Office 111
Tel: 571/272-9125
Fax: 571/273-9125

**NOTICE OF NEW PROCEDURE FOR E-MAILED OFFICE ACTIONS:** In late spring 2007, for any applicant who authorizes e-mail communication with the USPTO, the USPTO will no longer directly e-mail the actual Office action to the applicant. Instead, upon issuance of an Office action, the USPTO will e-mail the applicant a notice with a link/web address to access the Office action using Trademark Document Retrieval (TDR), which is located on the USPTO website at http://portal.uspto.gov/external/portal/tow. The Office action will <u>not</u> be attached to the e-mail notice. Upon receipt of the notice, the applicant can then view and print the actual Office action and any evidentiary attachments using the provided link/web address. TDR is available 24 hours a day, seven days a week, including holidays and weekends. This new process is intended to eliminate problems associated with e-mailed Office actions that contain numerous attachments.

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

| **To:** | American Faucet & Coatings Corporations (phahn@luce.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 77066517 - REGIONS FOUNDRY - 25691-1/T10 |
| **Sent:** | 4/13/2007 4:03:57 PM |
| **Sent As:** | ECOM111@USPTO.GOV |
| **Attachments:** | |

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 77/066517

**APPLICANT:**  American Faucet & Coatings Corporations

# *77066517*

**CORRESPONDENT ADDRESS:**
PETER K. HAHN
LUCE, FORWARD, HAMILTON & SCRIPPS, LLP
600 W BROADWAY STE 2600
SAN DIEGO, CA 92101-3372

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

If no fees are enclosed, the address should include
the words "Box Responses - No Fee."

**MARK:**    REGIONS FOUNDRY

**CORRESPONDENT'S REFERENCE/DOCKET NO:** 25691-1/T10

**CORRESPONDENT EMAIL ADDRESS:**
phahn@luce.com

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
4. Your telephone number and email
   address.

Serial Number  77/066517

# EXAMINER'S AMENDMENT

**OFFICE RECORDS SEARCH:** The Office records have been searched and no similar registered or pending mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d).  TMEP §704.02.

**ADVISORY – AMENDMENTS TO GOODS/SERVICES:** If the identification of goods and/or services has been amended below, any future amendments must be in accordance with 37 C.F.R. §2.71 (a) and TMEP §1402.07(e).

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

**AMENDMENT(S) AUTHORIZED**: As authorized by the applicant's attorney, Peter K. Hahn, on April 12, 2007, the application is amended as noted below. *If applicant disagrees with or objects to any of the amendments below, please notify the undersigned trademark examining attorney immediately.* Otherwise, no response is necessary. TMEP §707.

Disclaimer
The following disclaimer statement is added to the record:

No claim is made to the exclusive right to use "FOUNDRY" apart from the mark as shown.

15 U.S.C. §1056; TMEP §§1213, 1213.03(a) and 1213.08(a)(i).

A disclaimer does *not* physically remove the disclaimed matter from the mark, but rather is a written statement that applicant does not claim exclusive rights to the disclaimed wording and/or design separate and apart from the mark as shown in the drawing.

Correction of Applicant's Name
The applicant's name is American Faucet & Coatings Corporation.

The "s" which was listed at the end of Corporation by the applicant has been deleted.

/Esther A. Belenker/
Trademark Examining Attorney
Law Office 111
Tel: 571/272-9125
Fax: 571/273-9125

**NOTICE OF NEW PROCEDURE FOR E-MAILED OFFICE ACTIONS**: In late spring 2007, for any applicant who authorizes e-mail communication with the USPTO, the USPTO will no longer directly e-mail the actual Office action to the applicant. Instead, upon issuance of an Office action, the USPTO will e-mail the applicant a notice with a link/web address to access the Office action using Trademark Document Retrieval (TDR), which is located on the USPTO website at http://portal.uspto.gov/external/portal/tow. The Office action will not be attached to the e-mail notice. Upon receipt of the notice, the applicant can then view and print the actual Office action and any evidentiary attachments using the provided link/web address. TDR is available 24 hours a day, seven days a week, including holidays and weekends. This new process is intended to eliminate problems associated with e-mailed Office actions that contain numerous attachments.

Copy provided by USPTO from the TICRS Image Database on 07/10/2007



## UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

Jun 20, 2007

## NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   77/066,517

2. Mark:
   REGIONS FOUNDRY
   Standard Character Mark

3. International Class(es):
   11, 21

4. Publication Date:
   Jul 10, 2007

5. Applicant:
   American Faucet & Coatings Corporation

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

Correspondence Address:

PETER K. HAHN                                               TMP&I
LUCE, FORWARD, HAMILTON & SCRIPPS, LLP
600 W BROADWAY STE 2600
SAN DIEGO, CA 92101-3372

file://D:\p2mp\temp\html\OEMS.htm                                               7/10/2007

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

## Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77066517 | FILING DATE | 12/18/2006 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | BELENKER, ESTHER ANN | L.O. ASSIGNED | 111 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 05/04/2007 |
| PUB DATE | N/A |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 05/03/2007 |
| LITERAL MARK ELEMENT | REGIONS FOUNDRY |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

file://D:\p2mp\temp\html\OEMS.htm

7/10/2007

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

## MARK DATA

| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | REGIONS FOUNDRY |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | American Faucet & Coatings Corporation |
| ADDRESS | 3280 Corporate View<br>Vista, CA 92081 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Nevada |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 011 |
| DESCRIPTION TEXT | Faucets; shower and tub fixtures, namely, shower heads, shower head sprayers, hand-held shower heads; plumbing fittings, namely, valves, thermostatic valves and shower control valves |
| INTERNATIONAL CLASS | 021 |
| DESCRIPTION TEXT | Kitchen and bath accessories, namely, towel bars, toilet paper holders, towel rings and soap dishes |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 011 | FIRST USE DATE | 06/01/2006 | FIRST USE IN COMMERCE DATE | 06/01/2006 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 021 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
| DISCLAIMER W/PREDETER TXT | FOUNDRY |

file://D:\p2mp\temp\html\OEMS.htm

7/10/2007

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|------|--------|----------|-------------|---------|
| 05/03/2007 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 013 |
| 05/03/2007 | ALIE | A | ASSIGNED TO LIE | 012 |
| 04/13/2007 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 04/13/2007 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 010 |
| 04/13/2007 | GNEA | O | EXAMINERS AMENDMENT E-MAILED | 009 |
| 04/13/2007 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 008 |
| 04/13/2007 | ZZZX | Z | PREVIOUS ALLOWANCE COUNT WITHDRAWN | 007 |
| 04/13/2007 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 006 |
| 04/13/2007 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 005 |
| 04/13/2007 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 004 |
| 04/13/2007 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 003 |
| 04/11/2007 | DOCK | D | ASSIGNED TO EXAMINER | 002 |
| 12/21/2006 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| | |
|---|---|
| ATTORNEY | Peter K. Hahn |
| CORRESPONDENCE ADDRESS | PETER K. HAHN<br>LUCE, FORWARD, HAMILTON & SCRIPPS, LLP<br>600 W BROADWAY STE 2600<br>SAN DIEGO, CA 92101-3372 |
| DOMESTIC REPRESENTATIVE | NONE |

file://D:\p2mp\temp\html\OEMS.htm

7/10/2007

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

# REGIONS FOUNDRY

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77066517 | FILING DATE | 12/18/2006 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | BELENKER, ESTHER ANN | L.O. ASSIGNED | 111 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 04/14/2007 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 04/13/2007 |
| LITERAL MARK ELEMENT | REGIONS FOUNDRY |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

file://D:\p2mp\temp\html\OEMS.htm

7/10/2007

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

# MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | REGIONS FOUNDRY |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | American Faucet & Coatings Corporation |
| ADDRESS | 3280 Corporate View<br>Vista, CA 92081 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Nevada |

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 011 |
| DESCRIPTION TEXT | Faucets; shower and tub fixtures, namely, shower heads, shower head sprayers, hand-held shower heads; plumbing fittings, namely, valves, thermostatic valves and shower control valves |
| INTERNATIONAL CLASS | 021 |
| DESCRIPTION TEXT | Kitchen and bath accessories, namely, towel bars, toilet paper holders, towel rings and soap dishes |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 011 | FIRST USE DATE | 06/01/2006 | FIRST USE IN COMMERCE DATE | 06/01/2006 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 021 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| DISCLAIMER W/PREDETER TXT | FOUNDRY |

file://D:\p2mp\temp\html\OEMS.htm

7/10/2007

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

# PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|------|--------|----------|-------------|---------|
| 04/13/2007 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 04/13/2007 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 010 |
| 04/13/2007 | GNEA | O | EXAMINERS AMENDMENT E-MAILED | 009 |
| 04/13/2007 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 008 |
| 04/13/2007 | ZZZX | Z | PREVIOUS ALLOWANCE COUNT WITHDRAWN | 007 |
| 04/13/2007 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 006 |
| 04/13/2007 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 005 |
| 04/13/2007 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 004 |
| 04/13/2007 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 003 |
| 04/11/2007 | DOCK | D | ASSIGNED TO EXAMINER | 002 |
| 12/21/2006 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Peter K. Hahn |
|----------|---------------|
| CORRESPONDENCE ADDRESS | PETER K. HAHN<br>LUCE, FORWARD, HAMILTON & SCRIPPS, LLP<br>600 W BROADWAY STE 2600<br>SAN DIEGO, CA 92101-3372 |
| DOMESTIC REPRESENTATIVE | NONE |

file://D:\p2mp\temp\html\OEMS.htm

7/10/2007

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

# REGIONS FOUNDRY

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| SERIAL NUMBER | 77066517 | FILING DATE | 12/18/2006 |
|---|---|---|---|
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | BELENKER, ESTHER ANN | L.O. ASSIGNED | 111 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 04/14/2007 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 04/13/2007 |
| LITERAL MARK ELEMENT | REGIONS FOUNDRY |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | REGIONS FOUNDRY |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | American Faucet & Coatings Corporation |
| ADDRESS | 3280 Corporate View<br>Vista, CA 92081 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Nevada |

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 011 |
| DESCRIPTION TEXT | Faucets; shower and tub fixtures, namely, shower heads, shower head sprayers, hand-held shower heads; plumbing fittings, namely, valves, thermostatic valves and shower control valves |
| INTERNATIONAL CLASS | 021 |
| DESCRIPTION TEXT | Kitchen and bath accessories, namely, towel bars, toilet paper holders, towel rings and soap dishes |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 011 | FIRST USE DATE | 06/01/2006 | FIRST USE IN COMMERCE DATE | 06/01/2006 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 021 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| DISCLAIMER W/PREDETER TXT | FOUNDRY |

file://D:\p2mp\temp\html\OEMS.htm

7/10/2007

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|------|--------|----------|-------------|---------|
| 04/13/2007 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 04/13/2007 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 010 |
| 04/13/2007 | GNEA | O | EXAMINERS AMENDMENT E-MAILED | 009 |
| 04/13/2007 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 008 |
| 04/13/2007 | ZZZX | Z | PREVIOUS ALLOWANCE COUNT WITHDRAWN | 007 |
| 04/13/2007 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 006 |
| 04/13/2007 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 005 |
| 04/13/2007 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 004 |
| 04/13/2007 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 003 |
| 04/11/2007 | DOCK | D | ASSIGNED TO EXAMINER | 002 |
| 12/21/2006 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Peter K. Hahn |
|----------|---------------|
| CORRESPONDENCE ADDRESS | PETER K. HAHN<br>LUCE, FORWARD, HAMILTON & SCRIPPS, LLP<br>600 W BROADWAY STE 2600<br>SAN DIEGO, CA 92101-3372 |
| DOMESTIC REPRESENTATIVE | NONE |

file://D:\p2mp\temp\html\OEMS.htm

7/10/2007

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

# REGIONS FOUNDRY

Copy provided by USPTO from the TICRS Image Database on 07/10/2007



Copy provided by USPTO from the TICRS Image Database on 07/10/2007





# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 16, 2007

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE TRADEMARK FILE WRAPPER AND
CONTENTS OF:

TRADEMARK APPLICATION:  *76/678,650*

FILING DATE:  *June 25, 2007*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. MONTGOMERY

Certifying Officer

# 76678650

## TRADEMARK APPLICATION SERIAL NO. ------------------

### U.S. DEPARTMENT OF COMMERCE
### AND PATENT AND TRADEMARK OFFICE
### FEE SHEET

```
./26/2007 SWILSON1 00000001 76678650
  FC:6001                     375.00 OP
```

PDF - www.fastio.com

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark: **REGIONS SPECIALTY COFFEE & design**

Class: **Intl. Class 30**

To the Assistant Commissioner for Trademarks:

| | |
|---|---|
| Applicant Name: | **Food Services of America, Inc.** |
| Applicant Address: | **8501 Pricess Dr.,  Ste. 200** |
| | **Scottsdale, AZ  85255-5482** |
| | |
| State of Incorporation: | **Delaware** |

## Goods and/or services

Applicant requests registration of the above-identified trademark ( **X** ) service mark (  ) shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 USC 1051 et seq., as amended) for the following goods/services:

**Coffee sold in whole bean and ground form  Int'l Cl  30**

## Basis for Application

Check one, but not both, and supply requested information:

___  Applicant is using the mark in commerce on or in connection with the above-identified goods/services. (15 USC 1051(a), as amended).  One specimen showing the mark as used in commerce are submitted with this application.

- Date of first use by Applicant or its predecessor of  the mark anywhere:

- Date of first use by Applicant or its predecessor of the mark in commerce which the U.S. Congress may  regulate:

- Specify the type of commerce:

(e.g., interstate, between U.S. and a specified foreign country)

bPDF - www.fastio.com

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

-    Specify the manner or mode of use of mark on or in connection with the goods/services:

(e.g., trademark is applied to labels, service mark is used in advertisements)

**X**  Applicant has a bona fide intention to use the mark in commerce on or in connection with the above- identified goods/services. (15 USC 1051(b), as amended).

Specify intended manner or mode of use of mark on or in connection with the goods/services:

**The mark will be displayed on the labeling affixed to the containers/packaging for the goods, and will be displayed at point of sale, and in other ways customary to the trade.**

**A check is enclosed in the amount of $375 to cover the filing fees.**

**Applicant disclaims "COFFEE" apart from the mark as shown.**

<div align="center">

Declaration
</div>

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 USC 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 USC 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Applicant appoints Rebecca Nittle whose postal address is: 221 E. Marconi Ave, Phoenix, AZ 85022 its attorney to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration; said Rebecca Nittle (telephone No. 602-564-1200) to have, in addition, power of substitution and revocation.

June 20, 2007
(Date)

Name: Rebecca Nittle
Attorney for Applicant
221 E. Marconi Ave
Phoenix, AZ  85022
602/564-1200

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

## CERTIFICATE OF MAILING

I hereby certify that this paper Trademark Application, with drawing, check for filing fees and receipt post card for mark **REGIONS SPECIALTY COFFEE & design,** are being deposited with the United States Postal Service as first class mail in an envelope addressed to:

**Commissioner for Trademarks**
**P.O. Box 1451**
**Alexandria, VA  22313-1451**

on the _20th_ day of June,  2007.

_Rebecca Nittle_
Rebecca Nittle
Attorney

_June 20, 2007_
Date of Signature

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

Applicant Name:            **Food Services of America, Inc.**

Applicant Address:         **8501 E. Princess Dr.**
                           **Ste. 200**
                           **Scottsdale, AZ  85255-5482**

Goods and/or Services:     **Coffee sold in whole bean and ground form Int'l Cl  30**

06-25-2007

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #51



**Regions**
SPECIALTY COFFEE

U.S. Patent & TM Ofc/TM

**76678650**

IbPDF - www.fastio.com

Applicant Name:         **Food Services of America, Inc.**

Applicant Address:      **8501 E. Princess Dr.**
                        **Ste. 200**
                        **Scottsdale, AZ 85255-5482**

Goods and/or Services:  **Coffee sold in whole bean and ground form Int'l Cl 30**

06-25-2007
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #51



U.S. Patent & TM Ofc/TM

76678650

bPDF - www.fastio.com

Copy provided by USPTO from the TICRS Image Database on 07/10/2007

# FILING RECEIPT FOR TRADEMARK APPLICATION

Jul 6, 2007

This acknowledges receipt on the FILING DATE of the application for registration for the mark identified below. The FILING DATE is contingent upon all minimum filing date requirements being met. Your application will be considered in the order in which it was received. Please review the status of your application every six months from the filing date of your application. You can check the status of your application on-line at http://tarr.uspto.gov/ or by contacting the Trademark Assistance Center at 1-800-786-9199. Also, documents in the electronic file for pending applications can be viewed and downloaded at http://www.uspto.gov/.

REBECCA NITTLE
221 E MARCONI AVE
PHOENIX, AZ 85022-3019

**ATTORNEY
REFERENCE NUMBER**

---

## PLEASE REVIEW THE ACCURACY OF THE FILING RECEIPT DATA.

A request for correction to the filing receipt should be submitted within 30 days. Such requests may be submitted by mail to:
COMMISSIONER FOR TRADEMARKS, P.O. BOX 1451, ALEXANDRIA, VIRGINIA 22313-1451; by fax to 571-273-9913; or by e-mail to tmfiling.receipt@uspto.gov. The USPTO will review the request and make corrections when appropriate.

---

SERIAL NUMBER:         76/678650
FILING DATE:           Jun 25, 2007
REGISTER:              Principal
MARK:                  REGIONS SPECIALTY COFFEE
MARK TYPE(S):          Trademark
DRAWING TYPE:          Stylized words, letters, or numbers
FILING BASIS:          Sect. 1(b) (Intent to Use)

ATTORNEY:   Rebecca Nittle

OWNER:      Food Services of America, Inc. (DELAWARE, Corporation)
            8501 Pricess Dr., Ste. 200
            Scottsdale , ARIZONA  852555482

---

FOR:   Coffee sold in whole bean and ground form
       INT. CLASS:  030
       FIRST USE:  NONE          USE IN COMMERCE:  NONE

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

---

OTHER DATA

DISCLAIMER: No claim is made to the exclusive right to use COFFEE, apart from the mark as shown.

COLOR(S) CLAIMED: Color is not claimed as a feature of the mark.

---

ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS

Copy provided by USPTO from the TICRS Image Database on 07/10/2007





# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 30, 2007

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE TRADEMARK FILE WRAPPER AND CONTENTS OF:

TRADEMARK APPLICATION: *76/242,955*
FILING DATE: *April 17, 2001*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

PART ( 1 ) OF ( 2 ) PART(S)

FORM PTO-102
/99

Trademark

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

| | PUBLISHED 9/7/04 | NOA |
|---|---|---|
| Approved for Registration (Section 1(d)) (Signature/Date) | | |
| Approved for Registration (Supplemental Register) (Signature/Date) | ☐ Abandoned | (Date) |

76242955

TRADEMARK APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

04/24/2001 SWILSON1 00000148 76242955

01 FC:361                      325.00 OP

PTO-1555
   (5/87)

## TRADEMARK EXAMINATION WORKSHEET

☐ AMENDMENT STAGE   ☐ NO CHANGE   ☑ PUBLICATION/REGISTRATION STAGE

Name: _Ernest Marfo_  L.O. 108 _____  Date _6/29/4_____  Serial No. _76/242955_

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

### Legal Instrument Examiner (LIE)

| | Amended | | Data Element |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan Drawing | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| | | ☐ Amendment/Renewal | ☐ Correction |
| | | ☐ Concurrent Use | ☐ Restriction |
| | | ☐ Interference Statement | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

_____  _____
          LIE                            6/29/4  DATE

Other: _____
_____



**April 17, 2001**

BROBECK, PHLEGER & HARRISON LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CALIFORNIA 94105
direct 415.442.1301
fax 415.442.1010
COAKLEY@BROBECK.COM
WWW.BROBECK.COM

By U.S. Express Mail

BOX NEW APP FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Re:  New U.S. Trademark Application
     Mark: REGIONS
     Class(es): 33
     Our reference: 031998.2090 MG

Dear Sir:

Enclosed for filing please find a Trademark/Service Mark Application, Principal Register for the above-identified trademark. Also enclosed is our check in the amount of $325.00 and a postcard.

The Assistant Commissioner is hereby authorized to charge any additional fees which may be required, or to credit any overpayment, to **Deposit Account No. 02-3950**. A duplicate copy of this letter is enclosed for this purpose.

Very truly yours,

Carla B. Oakley

Enclosure

SFRLIB1\M6G\5496398.01(39T1Q011.DOC)

TRADEMARK
Docket No. 031998.2090 MG

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the Application of:

Wineryexchange.com

Mark:      REGIONS

Class(es):   33

Serial:      Unassigned

Filing Date:  Herewith

## CERTIFICATE OF MAILING BY EXPRESS MAIL UNDER 37 C.F.R. § 1.10

BOX NEW APP FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Dear Sir:

Express Mail Label No.: EL684871640US

Date of Deposit: April 17, 2001

I hereby certify that the attached transmittal (+ copy), application, power of attorney, declaration, drawing, our check for the amount of $325.00 and receipt verification postcard are being deposited with the United States Postal Service Express Mail delivery as "Express Mail Post Office to Addressee" service under 37 C.F.R § 1.10 on the date indicated above, and are addressed to BOX NEW APP FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

Respectfully submitted,

Dennis L. Labaria

SFRLIB1\b69G\5496398.01(39T1Q011.DOC)

TRADEMARK
Docket No. 031998.2090 MG

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark:          REGIONS

Class(es):     33

BOX NEW APP FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

## TRADEMARK/SERVICE MARK APPLICATION,
## PRINCIPAL REGISTER, WITH DECLARATION

**APPLICANT NAME:**                    Wineryexchange.com

**APPLICANT BUSINESS ADDRESS:**        1150 Bayhill Drive, Suite 215
                                       San Bruno, California 94066

**APPLICANT ENTITY:** (Check one and supply requested information.)

☐    Individual – Citizenship (Country):

☐    Partnership – State where organized (Country, if appropriate):

     Name and Citizenship (Country of General Partners):

☒    Corporation – State (Country, if appropriate) of Incorporation:  California

☐    Other (Specify Nature of Entity and Domicile):

SFRLIB1\M6G\5496398.01(39T1Q01!.DOC)

**GOODS AND/OR SERVICES:**

Applicant requests registration of the trademark/service mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. § 1051 et seq., as amended) for the following goods/services:

Wine in International Class 33.

**BASIS FOR APPLICATION:** (Check one or more, but NOT both the first AND second boxes, and supply requested information.)

☐   Applicant is using the mark in commerce on or in connection with the above-identified goods/services. (15 U.S.C. § 1051(a), as amended.) One specimen showing the mark as used in commerce is submitted with this application.

  •   Date of first use of the mark anywhere:

  •   Date of first use of the mark in commerce which the U.S. Congress may regulate:

☒   Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods/services. (15 U.S.C. § 1051(b), as amended.)

☐   Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods/services, and asserts a claim of priority based upon a foreign application in accordance with 15 U.S.C. § 1126(d), as amended.

  •   Country of foreign filing:

  •   Date of foreign filing:

☐   Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods/services and, accompanying this application, and a certification or certified copy of a foreign registration in accordance with 15 U.S.C. § 1126(e), as amended will be provided.

  •   Country of registration:

  •   Registration number:

Docket No. 031998.2090 MG

## POWER OF ATTORNEY

Applicant hereby appoints Rochelle D. Alpert, Carla B. Oakley, Savita N. Lepore, Leslie C. McKnew, Sue J. Nam, Clark T. Thiel, Carolyn B. Burton, Ronit M. Alcheck, and any and all attorneys at Brobeck, Phleger & Harrison LLP, all members of a bar of a state in the United States, as its attorneys with full power of substitution and revocation, to prosecute the application to register, and to transact all business in the Patent and Trademark Office in connection therewith and to receive the Certificate of Registration; provided that if any of such attorneys ceases being affiliated with the law firm of Brobeck, Phleger & Harrison LLP as shareholder, employee or of counsel, such attorney's appointment as attorney and all powers derived therefrom shall terminate on the date such attorney ceases being so affiliated.

Please direct all communications to:

Carla B. Oakley
Brobeck Phleger & Harrison LLP
Spear Street Tower
One Market
San Francisco, California 94105

Please direct all telephone calls or e-mails to Carla B. Oakley at (415) 442-1301 or coakley@brobeck.com.

## DECLARATION

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. § 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Date: ___April 17, 2001___

Carla B. Oakley
Attorney for Applicant Wineryexchange.com

Brobeck, Phleger & Harrison LLP
Spear Street Tower, One Market
San Francisco, California 94105
(415) 442-1301 (Phone)
(415) 442-1010 (Fax)
coakley@brobeck.com (email)

3

Docket No. 031998.2090 MG

APPLICANT: Wineryexchange.com

ADDRESS: 1150 Bayhill Drive, Suite 215
San Bruno, California 94066

DATE OF FIRST USE: Based on intent to use.

FIRST USE IN COMMERCE: Based on intent to use.

GOODS/SERVICES: Wine in International Class 33.

04-17-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #72

REGIONS

**TRADEMARK**

76242955

Carla B. Oakley, Esq.
(415) 442-1301 or coakley@brobeck.com

Docket No. 031998.2090 MG

# UNITED STATES PATENT AND TRADEMARK OFFICE

| SERIAL NO. | APPLICANT | PAPER NO. |
|---|---|---|

SERIAL NO. 76/242955 Wineryexchange.com

**MARK**

REGIONS

| ADDRESS | | |
|---|---|---|

ADDRESS
CARLA B. OAKLEY
BROBECK PHLEGER & HARRISON LLP
SPEAR STREET TOWER
ONE MARKET
SAN FRANCISCO, CALIFORNIA 94105

**ACTION NO.**
01

**MAILING DATE**
11/06/01

**REF. NO.**

FORM PTO-1525 (5-90)    U.S. DEPT. OF COMM. PAT. & TM OFFICE    031998.2090

**ADDRESS:**
**Commissioner for Trademarks**
**2900 Crystal Drive**
**Arlington, VA 22202-3513**
**www.uspto.gov**

If no fees are enclosed, the address should include the words "Box Responses - No Fee."

Please provide in all correspondence:

1. Filing Date, serial number, mark and Applicant's name.
2. Mailing date of this Office action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and ZIP code.

**A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE DATE OF THIS ACTION IN ORDER TO AVOID *ABANDONMENT*.** *For your convenience and to ensure proper handling of your response, a label has been enclosed. Please attach it to the upper right corner of your response. If the label is not enclosed, print or type the Trademark Law Office No., Serial No., and Mark in the upper right corner of your response.*

RE: Serial Number: 76/242955

The examining attorney has reviewed the referenced application and has determined the following.

Search

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d). TMEP section 1105.01.

Proposed Mark is Descriptive

The examining attorney refuses registration on the Principal Register because the proposed mark is merely descriptive of the identified goods. Trademark Act Section 2(e)(1), 15 U.S.C. Section 1052(e)(1); TMEP section 1209 *et seq.* The applicant's proposed mark is "REGIONS" for wine.

76/242955                                    -2-

"Region" is defined as a specified district or territory.[1]  Wines are known for the specific territory where they are made or where the grapes are grown (see attached).  A mark is merely descriptive under Trademark Act Section 2(e)(1), 15 U.S.C. 1052(e)(1), if it describes an ingredient, quality, characteristic, function, feature, purpose or use of the relevant goods.  *In re Gyulay*, 820 F.2d 1216, 3 USPQ2d 1009 (Fed. Cir. 1987);  *In re Bed & Breakfast Registry*, 791 F.2d 157, 229 USPQ 818 (Fed. Cir. 1986); *In re MetPath Inc.*, 223 USPQ 88 (TTAB 1984); *In re Bright-Crest, Ltd.*, 204 USPQ 591 (TTAB 1979); TMEP section 1209.01(b).    The proposed mark appears to be descriptive of a feature of the identified goods, namely, wines hailing from a certain region.

A Lexis/Nexis search illustrates the descriptive nature of the proposed mark.  A search of U.S. news articles for the term "wine" within one term of "region" found over one thousand stories.  Articles found within this search illustrate the descriptive nature of the term as applied to the identified goods (See attached for random examples).  Based on the above, the mark can not be registered on the Principal Register.

Request for Additional Information

The nature of the goods is not clear from the present record.  The examining attorney requires information about the nature of the goods to determine whether all or part of the wording in the mark is merely descriptive as applied to the goods and to allow proper identification of the services in connection with which the applicant intends to use the mark.  TMEP sec. 1105.02.

The applicant must submit samples of advertisements or promotional materials for good or services of the same type.  If such materials are not available, the applicant must describe the nature, purpose and channels of trade of the goods or services with which the applicant has asserted a bona fide intent to use the mark.  37 C.F.R. Section 2.61(b); TMEP sections 1103.04 and 1105.02.  In particular, any information whether or not the goods will indicate or have any other connection with specific wine regions must be submitted.

Trademark Rule 2.61(b) states "The examiner may require the applicant to furnish such information and exhibits as may be reasonably necessary to the proper examination of the application".  The Trademark Trial and Appeal Board has upheld a refusal of registration based on the applicant's failure to provide information requested under this rule.  *In re Babies Beat Inc.*, 13 USPQ2d 1729 (TTAB 1990)(failure to submit patent information regarding configuration).

Although the examining attorney has refused registration, the applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

---

[1] *The American Heritage® Dictionary of the English Language, Third Edition* copyright © 1992 by Houghton Mifflin Company. Electronic version licensed from INSO Corporation; further reproduction and distribution restricted in accordance with the Copyright Law of the United States. All rights reserved.

76/242955                              -3-

If the applicant has any questions or needs assistance in responding to this office action, please telephone the assigned examining attorney.

Jason P. Turner
Examining Attorney
Law Office 108
(703) 308-9108 Ext. 129
(703) 308-7195 (Fax)
(703) 305-8747 (Status information)

Search - Error

**More Than 1000 Results**

This search (**wine w/5 regions**) has been interrupted because it will return more than 1000 results. Please edit your search and try again. You may want to try one or more of the following:

- Add more search terms.
- Use less common search
- Use a more specific date.

**Edit Search**

About LexisNexis | Terms and Conditions

Copyright © 2001 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**More Than 1000 Results**

This search (**wine w/1 regions**) has been interrupted because it will
return more than 1000 results. Please edit your search and try
again. You may want to try one or more of the following:

- Add more search terms.
- Use less common search
- Use a more specific date.



---

About LexisNexis | Terms and Conditions

Copyright © 2001 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

*Newsday (New York, NY) November 5, 2001 Monday*

Copyright 2001 Newsday, Inc.
Newsday (New York, NY)

**November 5, 2001 Monday ALL EDITIONS**

**SECTION:** BUSINESS & TECHNOLOGY, Pg. C03

**LENGTH:** 816 words

**HEADLINE:** INSIDE STORIES;
Wedding Bells Sound Joy, Pain

**BYLINE:** Christian Murray and Jamie Herzlich

**BODY:**
... will showcase their wines, along with cuisine from top local restaurants that serve their wine.

"What we're trying to do is to raise the awareness of Nassau County residents of how close they are to one of the world's fastest-growing and most exciting **wine regions**," Lynn said.

PLANS ARE MOVING AHEAD on the much anticipated Millennium Centers for Convergent Technologies.

Insiders tells us that members of the Millennium planning consortium are scheduled to meet Nov. 15 to review the ...

Source: All Sources > / . . . / > US News, Combined ⓘ
Terms: wine w/1 regions and date geq (10/30/2001) (Edit Search)
View: KWIC ± 25
Date/Time: Monday, November 5, 2001 - 11:51 AM EST

About LexisNexis | Terms and Conditions

Copyright © 2001 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.



The San Francisco Chronicle NOVEMBER 4, 2001, SUNDAY,

Copyright 2001 The Chronicle Publishing Co.
The San Francisco Chronicle

NOVEMBER 4, 2001, SUNDAY, FINAL EDITION

**SECTION:** CHRONICLE MAGAZINE; Pg. 28

**LENGTH:** 3007 words

**HEADLINE:** WINEMAKER OF THE YEAR;

And vintners on the rise who are behind the best wines

**BYLINE:** Gerald D. Boyd, Karola Saekel

**BODY:**
... survive and thrive.

-Karola Saekel

-- -- --

Philippe Melka

AGE: 35

WINERY: Independent winemaker/consultant

WINE TO SERVE TO AN IMPORTANT GUEST: Undecided - a Bordeaux or Bordeaux-style wine from any number of **wine regions**

So many wines, so many choices! That, in a nutshell, was Philippe Melka's response when asked what wine he would serve an important guest.

The question may have posed a genuine dilemma. Should he favor his ...

... thanks to the wine industry" for setting him on the right course, he says with a laugh.

After graduating in 1991, he went to work for a large French company with interests in many **wine regions** (their most prestigious holding in France is Chateau Petrus; in California, high-profile Dominus), a job that led to stints in France, Italy, Australia and California.

The Melkas' permanent move here, in ...

Source: All Sources > / . . . / > US News, Combined ⓘ
Terms: wine w/1 regions and date geq (10/30/2001) (Edit Search)
View: KWIC ± 25
Date/Time: Monday, November 5, 2001 - 11:51 AM EST

Search - 9 Results - wine w/1 actions

About LexisNexis | Terms and Conditions

Copyright © 2001 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

*The News and Observer (Raleigh, NC) November 2, 2001 Friday,*

Copyright 2001 The News and Observer
The News and Observer (Raleigh, NC)

**November 2, 2001 Friday, FINAL EDITION**

**SECTION:** WHAT'S UP; Pg. WUP16

**LENGTH:** 978 words

**HEADLINE:** Tally ho

**BYLINE:** Greg Cox, Restaurant Critic

**BODY:**
... expect, the draft beer selection leans heavily to
British ales, from Newcastle Brown to Guinness Stout. The wine
list is surprisingly varied for a pub, comprising three dozen
reasonably priced labels from **wine regions** all over the world.

In the decade since The Fox & Hound first opened its doors,
the number of pubs with an Old World flavor and Guinness on tap
has grown exponentially. Many of them serve a ...

Source: All Sources > / . . . / > US News, Combined ⓘ
Terms: wine w/1 regions and date geq (10/30/2001) (Edit Search)
View: KWIC ± 25
Date/Time: Monday, November 5, 2001 - 11:51 AM EST

About LexisNexis | Terms and Conditions

Copyright © 2001 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

*THE DALLAS MORNING NEWS, October 31, 2001*

Copyright 2001 The Dallas Morning News
The Dallas Morning News

October 31, 2001, Wednesday SECOND EDITION

**SECTION:** TEXAS TASTE; Pg. 1F

**LENGTH:** 2114 words

**HEADLINE:** Chianti Classico;
The black rooster is the sign of one of Tuscany's great red wines

**SOURCE:** Texas Taste Editor

**BYLINE:** CATHY BARBER

**DATELINE:** CHIANTI CLASSICO, Italy

**BODY:**
... wine in an evening, but a bottle of the precious olive oil will last for some time.

ON THE WEB

The website www.chianticlassico.com contains general information about the **wine and the region.** You can search for a particular winery; some have more information than others. Or you can search for a particular wine.

Winery site www.castellodibossi.it has a slide show of views around the vineyard and winery.

FOR MORE INFORMATION

E-mail info@chianticlassico.com for more information about the **wine and the region.**

Source: All Sources > / . . . / > US News, Combined ⓘ
Terms: **wine w/1 regions and date geq (10/30/2001)** (Edit Search)
View: KWIC ± 25
Date/Time: Monday, November 5, 2001 - 11:51 AM EST

About LexisNexis | Terms and Conditions

Copyright © 2001 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

*Los Angeles Times October 31, 2001 Wednesday*

Copyright 2001 / Los Angeles Times
Los Angeles Times

**October** 31, 2001 Wednesday  Home Edition

**SECTION:** Food; Part H; Page 4; Food Desk

**LENGTH:** 1247 words

**HEADLINE:**
Wine;
South Africa's Classic Sauvignon Blanc Country

**BYLINE:** ROD SMITH, SPECIAL TO THE TIMES

**BODY:**
... cellars and reestablish an export market. That has given a huge boost to the wine industry's evolution.

The prevalent impression of Africa is searing heat, which is not a good thing for fine wine, but the **wine regions** fanning inland from the Cape of Good Hope defy that stereotype. Between the warm Indian Ocean and the cold Atlantic, the fine, dry heat of the continent is tempered and shaped into excellent growing conditions.

The Indian Ocean is a ...

... South Africa's northwest coast.

The complex marine-influenced climate is reflected and amplified by diverse exposures and well-drained granite soils, producing a multifaceted range of wines. Among all the world's **wine regions**, only Margaret River in southwestern Australia is similarly situated. Not surprisingly, the wines of the Cape are generally similar to those of Margaret River: nicely fragrant with crisp, intense fruit, well-defined flavor, bracing ...

Source: All Sources > / ... / > US News, Combined ⓘ
Terms: wine w/1 regions and date geq (10/30/2001) (Edit Search)
View: KWIC ± 25
Date/Time: Monday, November 5, 2001 - 11:52 AM EST

About LexisNexis | Terms and Conditions

Copyright © 2001 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.



**Brobeck**

ATTORNEYS AT LAW

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #57

05-06-2002

**May 1, 2002**

BROBECK, PHLEGER & HARRISON LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CALIFORNIA 94105
direct 415.442.1135
fax 415.442.1010
RALCHECK@BROBECK.COM
WWW.BROBECK.COM

BOX RESPONSES NO FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Re:    U.S. Trademark Application No.: 76/242955
       Mark: REGIONS
       Class: 33
       Our reference: 031998.2090

Dear Sir:

Enclosed for filing is a Response to Office Action No. 1 dated November 6, 2001 in connection
with the above-referenced application. Also enclosed is our receipt verification postcard.

The Assistant Commissioner is hereby authorized to charge any additional fees that may be
required, or to credit any overpayment, to **Deposit Account No. 02-3950**. A duplicate copy of
this letter is enclosed for this purpose.

Very truly yours,

Ronit Alcheck

Ronit M. Alcheck

Enclosure(s)

# Brobeck

ATTORNEYS AT LAW

May 1, 2002

BROBECK, PHLEGER & HARRISON LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CALIFORNIA 94105
direct 415.442.1135
fax 415.442.1010
RALCHECK@BROBECK.COM
WWW.BROBECK.COM

BOX RESPONSES NO FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Re:   U.S. Trademark Application No.: 76/242955
      Mark: REGIONS
      Class: 33
      Our reference: 031998.2090

Dear Sir:

Enclosed for filing is a Response to Office Action No. 1 dated November 6, 2001 in connection with the above-referenced application. Also enclosed is our receipt verification postcard.

The Assistant Commissioner is hereby authorized to charge any additional fees that may be required, or to credit any overpayment, to **Deposit Account No. 02-3950**. A duplicate copy of this letter is enclosed for this purpose.

Very truly yours,

*Ronit Alcheck*

Ronit M. Alcheck

Enclosure(s)

TRADEMARK
Docket No. 031998.2090

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In the application of: | |
| Winery Exchange, Inc. (formerly Wineryexchange.com) | Trademark Atty:    Jason F. Turner |
| | Law Office:    108 |
| Mark:    REGIONS | Office Action Mailing Date:    November 6, 2002 |
| Serial No.:    76/242955 | |
| Filing Date:    April 17, 2001 | |

BOX RESPONSES NO FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

### RESPONSE TO OFFICE ACTION NO. 1

This response is being filed in connection with Office Action No. 1 dated November 6, 2001.  The Office Action has been carefully reviewed, and every effort has been made to put the application in condition for approval for publication.

### STATEMENT OF OWNERSHIP

Applicant hereby advises the Examining Attorney that Applicant has changed its name since the REGIONS application was filed by Wineryexchange.com.  Applicant thereafter changed its name to Winery Exchange, Inc.  This name change was recorded with the United States Patent and Trademark Office on August 17, 2001 at Reel/Frame 002360/0338.  Applicant respectfully requests that this name change be made of record so that the registration issues in the name of Winery Exchange, Inc.

# REFUSAL UNDER SECTION 2(E)(1) OF THE TRADEMARK ACT

The Examining Attorney has refused to register the mark REGIONS pursuant to Section 2(e)(1) of the Trademark Act, 15 U.S.C. §1052(e)(1), stating that the mark "appears to be descriptive of a feature of the identified goods, namely, wines hailing from a certain region." Applicant respectfully disagrees with the Examining Attorney's conclusion that Applicant's REGIONS mark is merely descriptive and not registrable on the Principal Register. To the contrary, Applicant submits that the term "region" has many meanings and that the mark REGIONS cannot be deemed merely descriptive of Applicant's wine. Moreover, Applicant respectfully submits that the mark REGIONS for wine is inherently distinctive and registrable on the Principal Register.

## A.    The Cited Evidence Does Not Support a Finding of Descriptiveness.

In support of his argument, the Examining Attorney has cited two Lexis/Nexis searches and a few articles that use the term "regions" in conjunction with the term "wine." In addition, the Examining Attorney has referred to one definition for the term "region." These various items do not establish that the term "region" merely describes Applicant's wine or has any one meaning.

With respect to the dictionary reference, *The American Heritage® Dictionary of the English Language,* which is cited by the Examining Attorney, provides six separate and distinct definitions for the term "region." In addition to being defined as "a specified district or territory," the term "region" has also been defined as:

(1) A large, usually continuous segment of a surface or space; area;

2

(2) A large, indefinite portion of the earth's surface;
(3) An area of interest or activity; a sphere;
(4) A part of the earth characterized by distinctive animal or plant life; and
(5) An area of the body having natural or arbitrarily assigned borders.

Attached as Exhibit A is a true and correct copy of *The American Heritage® Dictionary of the English Language, Fourth Edition's* definition of the term "region."

Given that the term "region" can either be defined as a *specific* district or territory or an *indefinite* portion of the earth's surface, the plural of that term alone does not and cannot connote a feature or characteristic of Applicant's wine. In fact, the mark REGIONS does not identify a familiar or recognizable geographic area. As such, the proposed REGIONS mark does not describe that Applicant's wines are "hailing from a certain region" (emphasis added), as the Examining Attorney indicates in the office action. Since the term "regions" can be associated with either *specific* or *indefinite* territories or portions of the earth's surface, one could not determine whether either or both definitions might apply from the mark REGIONS, even when used in connection with wine. Moreover, given the fact that every product is either derived from some location or locations, the mark REGIONS cannot possibly be descriptive of any one type of product. It is well-settled that mere conclusions of descriptiveness, without more, are not sufficient to support a merely descriptive refusal under Section 2(e)(1) of the Trademark Act. *See* T.M.E.P. § 1106.07(a).

With respect to the Lexis/Nexis searches and articles using the term "wine" in the same sentence as the term "region," these articles do not describe or reference a particular wine specified with the REGIONS mark, nor do they compel the conclusion that the term REGIONS is merely descriptive of Applicant's products. *See In re Monotype Corp. PLC*, 14 U.S.P.Q.2d 1070, 1071 (T.T.A.B. 1989)("the Examining Attorney is presumed to provide the best support of the refusal to register available from the source").

3

Moreover, there are various comparable words that are used in the same sentence as the term "wine" and are also used in marks for wine, but which have not been deemed descriptive. For example, a search of U.S. news articles for the terms "country" and "state" within one term of "wine" found over one thousand stories each. Attached as Exhibit B are true and correct copies of Lexis/Nexis searches for the term "wine" within one word and five words of the term "country" or "state." Nonetheless, there are a number of third party marks that incorporate these terms for use with alcoholic beverages, including wine. Attached as Exhibit C are printouts from the U.S. Trademark Electronic Search System for the following co-existing third party marks that are used in Class 33 for wine or spirits, where the term COUNTRY or STATE was not disclaimed:

> COUNTRY COCKTAILS (with "COCKTAILS" disclaimed), U.S. Reg. No. 1,758,656 for "cordials," owned by Jack Daniel Distillery;
>
> HILL COUNTRY CELLARS (with "CELLARS" disclaimed), U.S. Reg. No. 1,658,713, for "wines," owned by Hill Country Cellars, Inc;
>
> MOUNTAIN COUNTRY CELLARS (with "CELLARS" disclaimed), U.S. Reg. No. 2,105,450, for "wines," owned by East-West Distributing Co.;
>
> SUN COUNTRY, U.S. Reg. No. 1,357,084, for "a wine cooler," and LAKE COUNTRY, U.S. Reg. No. 1,080,563, for "wine," owned by Canandaigua Wine Company, Inc.;
>
> CAPE COUNTRY, U.S. Reg. No. 2,299,953, for "wines," owned by Edward Cavendish & Sons Limited;
>
> OCEAN STATE, U.S. Reg. No. ,1851,646, for "spirits; namely, gin, vodka, rum, flavored brandies, schnapps, tequila, triple sec and creme de menthe," owned by Jenkins Spirits Corporation, Ltd.;
>
> THE COUNTRY VINTNER (with "VINTNER" disclaimed), U.S. Reg. No. 2,281,386, for "import agency and wholesale distributorship featuring wine, beer, water, drink mixes, cork screws, and menu covers," owned by Country Vintner, Inc.;
>
> COUNTRY KWENCHER, U.S. Reg. No. 1,840,815, for "wines," owned by E. & J. Gallo Winery; and

4

COUNTRY DAWN, U.S. Reg. No. 1,155,029, for "wines," owned by Paul Masson, Inc.

Third party registrations with the same or similar term are entitled to some weight in determining whether a term should be disclaimed as descriptive. *See In re Fairfield Laboratories, Inc.*, 144 U.S.P.Q. 452, 453 (T.T.A.B. 1964). If the cited marks incorporating terms such as "country" and "state" are not found to be descriptive and can proceed to registration for use with wine or spirits, Applicant's mark, incorporating the comparable term "regions," should be allowed to proceed to registration. The mark REGIONS, which designates neither a specific nor an indefinite geographic area or areas, is not merely descriptive of Applicant's wine.

Based on the above, Applicant respectfully requests that the Examining Attorney withdraws his refusal under Section 2(e) with respect to Applicant's REGIONS mark.

**B.    The Term "REGIONS" Is Not Descriptive of Applicant's Services.**

To be characterized as "descriptive," a term must immediately convey information about the qualities, characteristics or features of the product. *In re Abcor Development Corp.*, 588 F.2d 811, 813, 200 U.S.P.Q. 215, 217-18 (C.C.P.A. 1978). Moreover, the immediate idea must be conveyed with a "degree of particularity." *In re TMS Corporation of the Americas*, 200 U.S.P.Q. 57, 59 (T.T.A.B. 1978). On the other hand, a term is suggestive if it requires imagination, thought and perception to reach a conclusion as to the nature of the goods. *In re Gyulay*, 820 F.2d 1216, 1217, 2 U.S.P.Q.2d 1009 (Fed. Cir. 1987). The mark REGIONS, as used by Applicant herein, does not directly give potential customers any reasonably accurate description or distinct knowledge of Applicant's wines. Nothing about the mark REGIONS implies anything in particular about Applicant's wine.

5

Unless the term REGIONS clearly informs potential customers *"only* what the goods or services are, their function, their characteristics or their use," the term is not merely descriptive. *In re Colonial Stores, Inc.,* 394 F.2d 549, 552 (C.C.P.A. 1968) (SUGAR & SPICE found not merely descriptive of bakery products); *see also In re Quik-Print Copy Shop, Inc.,* 616 F.2d 523, 525 n. 7 (C.C.P.A. 1980). Indeed, if one must exercise mature thought or follow a multi-stage reasoning process to determine characteristics of the goods or services, then the term is suggestive, not descriptive. *See* McCarthy, J., *and McCarthy on Trademarks and Unfair Competition* §11.67 (4th Ed. 1997).

In this case, because the REGIONS mark does not merely describe a particular product or, or type of product or service, its function, characteristics, or use, it cannot be deemed merely descriptive. It is clear that a certain amount of imagination and mental analysis remains necessary to connect the term REGIONS with Applicant's wine. Therefore, Applicant submits that the REGIONS mark is arbitrary or at least cleverly suggestive of Applicant's goods.

Moreover, while the Examining Attorney argues that wines are associated with specific regions, it can similarly be argued that all wines are associated with a country (such as France) or state (such as California). Nonetheless, as discussed above, there are numerous registered marks that include the terms "country" or "state" and these terms were not disclaimed. Similarly, it can be argued that all wines have a particular origin or relate to the earth. Nonetheless, the marks ORIGINS (U.S. App. Ser. No. 76/288332) and TELLURIAN (U.S. App. Ser. No. 76/307679) have been *allowed* to proceed to registration for use with wine. Attached as Exhibit D are printouts from the U.S. Trademark Electronic Search System for the marks ORIGINS and TELLURIAN.

Where a mark "stimulates speculation as to its intended meaning and leaves the mind in doubt," it is not merely descriptive. *Ex parte Candle Vase, Inc.,* 105 U.S.P.Q. 73, 74

6

(Commissioner of Patents 1955) (CANDLE VASE not merely descriptive of flower holder adapted for fitting around the base of a candle in a candleholder). The term REGIONS, as used in Applicant's mark, certainly stimulates speculation as to its intended meaning, but given the fact that the term does not connote a discernable geographic area, the mark does not merely describe a feature of Applicant's goods. In short, the REGIONS mark is not merely descriptive of Applicant's wine. Any doubts regarding whether a term is merely descriptive are to be resolved in favor of the applicant. *See, e.g., In re Stroh Brewery Co.*, 34 U.S.P.Q.2d 1796, 1797 (T.T.A.B. 1994); *In re Conductive Sys., Inc.*, 220 U.S.P.Q. 84,86 (T.T.A.B. 1983).

Based on the above, Applicant respectfully requests that the Examining Attorney withdraw his objection and that the application proceed to publication.

## REQUEST FOR ADDITIONAL INFORMATION

The Examining Attorney has requested information to clarify whether the goods offered under the REGIONS mark "will indicate or have any other connection with specific wine regions." Applicant does not have any samples of advertisements or promotional materials to submit at this time. Nonetheless, Applicant can inform the Examining Attorney that Applicant intends to use its mark with wine to be sold in traditional channels of trade for wine and spirits, including liquor stores, grocery stores, and wholesale distributors. In all events, Applicant respectfully submits that this information should not be considered relevant given that Applicant's REGIONS mark alone does not designate any familiar or discernable geographic area or other function, characteristic or use of the wine.

7

## CONCLUSION

It is believed that Applicant has responded to all of the Examining Attorney's questions and objections and that the application is now in condition to proceed to publication. Should the Examining Attorney have any questions about the application or information contained herein, the Examining Attorney is invited to telephone or e-mail the undersigned at (415) 442-1301 or coakley@brobeck.com.

Dated: May 1, 2002

Respectfully submitted,

By: Ronit Alcheck

Ronit M. Alcheck
Attorney for Applicant
Winery Exchange, Inc.

Brobeck, Phleger & Harrison LLP
Spear Street Tower
One Market
San Francisco, CA 94105
(415) 442-1135 (phone)
(415) 442-1010 (fax)
ralcheck@brobeck.com (email)

8

 **Look up:** regions 

Search: ⦿ Dictionary    ○ Thesaurus


ADVERTISEMENT

## Home - Fun & Games - Translator - Word of the Day - Help

Get the Top 10 Most Popular Sites for "regions"
*Powered by Ask Jeeves*

**1** entry found for **regions**.

---

**re·gion**  Pronunciation Key  (rē′jən)
*n.*
1. A large, usually continuous segment of a surface or space; area.
2. A large, indefinite portion of the earth's surface.
3. A specified district or territory.
4. An area of interest or activity; a sphere.
5. *Ecology.* A part of the earth characterized by distinctive animal or plant life.
6. An area of the body having natural or arbitrarily assigned boundaries: *the abdominal region.*

---

[Middle English, from Old French, from Latin regiō, regiōn-, from regere, *to rule.* See reg-
in Indo-European Roots.]

Source: *The American Heritage® Dictionary of the English Language, Fourth Edition*
Copyright © 2000 by Houghton Mifflin Company.
Published by Houghton Mifflin Company. All rights reserved.

**More Than 1000 Results**

This search (**wine /1 country**) has been interrupted because it will return more than 1000 results. Please edit your search and try again. You may want to try one or more of the following:

- Add more search terms.
- Use less common search terms.
- Use a more specific date.

Edit Search

About LexisNexis | Terms and Conditions

Copyright © 2002 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**More Than 1000 Results**

This search (**wine /5 country**) has been interrupted because it will
return more than 1000 results. Please edit your search and try
again. You may want to try one or more of the following:

- Add more search terms.
- Use less common search terms.
- Use a more specific date.

**Edit Search**

About LexisNexis | Terms and Conditions

Copyright © 2002 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**More Than 1000 Results**

This search (**wine /1 state**) has been interrupted because it will return more than 1000 results. Please edit your search and try again. You may want to try one or more of the following:

- Add more search terms.
- Use less common search terms.
- Use a more specific date.

**Edit Search**

About LexisNexis | Terms and Conditions

Copyright © 2002 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**More Than 1000 Results**

This search (**wine /5 state**) has been interrupted because it will
return more than 1000 results. Please edit your search and try
again. You may want to try one or more of the following:

- Add more search terms.
- Use less common search terms.
- Use a more specific date.



About LexisNexis | Terms and Conditions

Copyright © 2002 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.



## UNITED STATES PATENT AND TRADEMARK OFFICE



Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Apr 26 04:10:35 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | COUNTRY COCKTAILS |
| **Goods and Services** | IC 033. US 049. G & S: cordials. FIRST USE: 19920201. FIRST USE IN COMMERCE: 19920201 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74290188 |
| **Filing Date** | July 1, 1992 |
| **Published for Opposition** | December 22, 1992 |
| **Registration Number** | 1758656 |
| **Registration Date** | March 16, 1993 |
| **Owner** | (REGISTRANT) JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. CORPORATION KENTUCKY Lynchburg TENNESSEE 37352 |
| | (LAST LISTED OWNER) JACK DANIEL'S PROPERTIES, INC. CORPORATION BY MERGER WITH DELAWARE 4040 CIVIC CENTER DRIVE, SUITE 528 SAN RAFAEL CALIFORNIA 94903 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DAVID S GOODER |
| **Prior Registrations** | 1630258;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COCKTAILS" |

APART FROM THE MARK AS SHOWN

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

PTO HOME   TRADEMARK   TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   TOP   HELP

TESS - Document Display                                        Page 1 of 1



### UNITED STATES PATENT AND TRADEMARK OFFICE


Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Apr 26 04:10:35 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

Check Status  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | HILL COUNTRY CELLARS |
| **Goods and Services** | IC 033. US 047. G & S: wine. FIRST USE: 19900725. FIRST USE IN COMMERCE: 19910430 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74025949 |
| **Filing Date** | February 5, 1990 |
| **Filed ITU** | FILED AS ITU |
| **Published for Opposition** | August 14, 1990 |
| **Registration Number** | 1658713 |
| **Registration Date** | September 24, 1991 |
| **Owner** | (REGISTRANT) Hill Country Cellars, Inc. CORPORATION TEXAS P.O. Box 26146 Austin TEXAS 787550146 |
| **Attorney of Record** | Richard J. Groos |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CELLARS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |

TESS - Document Display



## UNITED STATES PATENT AND TRADEMARK OFFICE



Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Apr 26 04:10:35 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | MOUNTAIN COUNTRY CELLARS |
| **Goods and Services** | IC 033. US 047 049. G & S: wines. FIRST USE: 19830000. FIRST USE IN COMMERCE: 19830000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75186758 |
| **Filing Date** | October 24, 1996 |
| **Published for Opposition** | July 22, 1997 |
| **Registration Number** | 2105450 |
| **Registration Date** | October 14, 1997 |
| **Owner** | (REGISTRANT) East-West Distributing Co. CORPORATION ILLINOIS 200 Wilmot Road Deerfield ILLINOIS 60015 |
| **Attorney of Record** | ROBERT R DELANEY JR |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CELLARS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |



## UNITED STATES PATENT AND TRADEMARK OFFICE



*TESS was last updated on Fri Apr 26 04:10:35 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

**LOGOUT** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | SUN COUNTRY |
| **Goods and Services** | IC 033. US 047. G & S: A WINE COOLER. FIRST USE: 19840301. FIRST USE IN COMMERCE: 19840301 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73473323 |
| **Filing Date** | April 2, 1984 |
| **Published for Opposition** | June 18, 1985 |
| **Registration Number** | 1357084 |
| **Registration Date** | August 27, 1985 |
| **Owner** | (REGISTRANT) CANANDAIGUA WINE COMPANY, INC. CORPORATION DELAWARE 116 BUFFALO STREET CANANDAIGUA NEW YORK 14424 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | STEPHEN L. BAKER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15: SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |

TESS - Document Display                                                    Page 1 of 2



## UNITED STATES PATENT AND TRADEMARK OFFICE


Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Apr 26 04:10:35 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | CAPE COUNTRY |
| **Goods and Services** | IC 033. US 047 049. G & S: wines |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75582415 |
| **Filing Date** | November 5, 1998 |
| **Published for Opposition** | September 21, 1999 |
| **Registration Number** | 2299953 |
| **Registration Date** | December 14, 1999 |
| **Owner** | (REGISTRANT) Edward Cavendish & Sons Limited LIMITED LIABILITY COMPANY UNITED KINGDOM 1 Park Court, Abbey Park Hampshire SO 51 9AQ UNITED KINGDOM |
| **Attorney of Record** | LAWRENCE E A POLZON |
| **Section 44 Indicator** | SECT44 |
| **Prior Registrations** | 2029633 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



# UNITED STATES PATENT AND TRADEMARK OFFICE



Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Apr 26 04:10:35 EDT 2002*

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP

**Logout** Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | OCEAN STATE |
| **Goods and Services** | IC 033. US 049. G & S: spirits; namely, gin, vodka, rum, flavored brandies, schnapps, tequila, triple sec and creme de menthe. FIRST USE: 19890800. FIRST USE IN COMMERCE: 19890800 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 070309 200310 261321 |
| **Serial Number** | 74384292 |
| **Filing Date** | April 26, 1993 |
| **Published for Opposition** | June 7, 1994 |
| **Registration Number** | 1851646 |
| **Registration Date** | August 30, 1994 |
| **Owner** | (REGISTRANT) Jenkins Spirits Corporation, Ltd. CORPORATION NEW HAMPSHIRE P. O. Box 6128 Manchester NEW HAMPSHIRE 03108 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of** | |

http://tess.uspto.gov/bin/showfield?f=doc&state=v1mj7g.10.1                    4/26/2002

| | |
|---|---|
| **Record** | Daniel J. Bourque |
| **Description of Mark** | The mark consists of the words "OCEAN STATE" above a lighthouse situated on rocks with the ocean in the background. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP



# UNITED STATES PATENT AND TRADEMARK OFFICE



*TESS was last updated on Fri Apr 26 04:10:35 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

LOGOUT **Please logout when you are done to release system resources allocated for you.**

## Record 1 out of 1

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | THE COUNTRY VINTNER |
| **Goods and Services** | IC 035. US 100 101 102. G & S: import agency and wholesale distributorship featuring wine, beer, water, drink mixes, cork screws, and menu covers. FIRST USE: 19800801. FIRST USE IN COMMERCE: 19800801 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75525971 |
| **Filing Date** | July 27, 1998 |
| **Published for Opposition** | July 6, 1999 |
| **Registration Number** | 2281386 |
| **Registration Date** | September 28, 1999 |
| **Owner** | (REGISTRANT) COUNTRY VINTNER, INC., THE CORPORATION VIRGINIA 1655 Broad Street Road Post Office Box 217 Oilville VIRGINIA 231290217 |
| **Attorney of Record** | Anthony F. Vittone |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "VINTNER" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS - Document Display



# UNITED STATES PATENT AND TRADEMARK OFFICE



Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Apr 26 04:10:35 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | COUNTRY KWENCHER |
| **Goods and Services** | IC 033. US 047. G & S: wines. FIRST USE: 19750000. FIRST USE IN COMMERCE: 19750000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74423704 |
| **Filing Date** | August 12, 1993 |
| **Published for Opposition** | March 29, 1994 |
| **Registration Number** | 1840815 |
| **Registration Date** | June 21, 1994 |
| **Owner** | (REGISTRANT) E. & J. GALLO WINERY CORPORATION CALIFORNIA 600 Yosemite Boulevard Modesto CALIFORNIA 95354 |
| **Attorney of Record** | Paul W. Reidl |
| **Prior Registrations** | 0980476 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |



## UNITED STATES PATENT AND TRADEMARK OFFICE



*TESS was last updated on Fri Apr 26 04:10:35 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | COUNTRY DAWN |
| **Goods and Services** | IC 033. US 047. G & S: Wine. FIRST USE: 19790405. FIRST USE IN COMMERCE: 19790405 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73217510 |
| **Filing Date** | May 29, 1979 |
| **Published for Opposition** | February 24, 1981 |
| **Registration Number** | 1155029 |
| **Registration Date** | May 19, 1981 |
| **Owner** | (REGISTRANT) Paul Masson, Inc. a.k.a. Paul Masson Vineyards CORPORATION CALIFORNIA 13150 Saratoga Ave. Saratoga CALIFORNIA 95070 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |

TESS - Document Display                                                    Page 1 of 1

 UNITED STATES PATENT AND TRADEMARK OFFICE



*TESS was last updated on Fri Apr 26 04:10:35 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

Check Status   *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | ORIGINS |
| **Goods and Services** | IC 033. US 047 049. G & S: Wine |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76288332 |
| **Filing Date** | July 20, 2001 |
| **Filed ITU** | FILED AS ITU |
| **Published for Opposition** | December 25, 2001 |
| **Owner** | (APPLICANT) Winery Exchange, Inc. CORPORATION CALIFORNIA 35 Leveroni Court Suite 100 Novato CALIFORNIA 94949 |
| **Attorney of Record** | Carla B. Oakley |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |

TESS - Document Display                                          Page 1 of 1



### UNITED STATES PATENT AND TRADEMARK OFFICE



*TESS was last updated on Fri Apr 26 04:10:35 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

Check Status   *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | TELLURIAN |
| **Goods and Services** | IC 033. US 047 049. G & S: Wine |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76307679 |
| **Filing Date** | August 31, 2001 |
| **Filed ITU** | FILED AS ITU |
| **Published for Opposition** | January 22, 2002 |
| **Owner** | (APPLICANT) Winery Exchange, Inc. CORPORATION CALIFORNIA 35 Leveroni Court, Suite 100 Novato CALIFORNIA 94949 |
| **Attorney of Record** | Carla B. Oakley |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |

TRADEMARK
Docket No. 031998.2090

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In the application of: | Trademark Atty: | Jason F. Turner |
| Winery Exchange, Inc. (formerly Wineryexchange.com) | Law Office: | 108 |
| Mark: REGIONS | Office Action Mailing Date: | November 6, 2002 |
| Serial No.: 76/242955 | | |
| Filing Date: April 17, 2001 | | |

### CERTIFICATE OF MAILING UNDER 37 C.F.R. § 1.8

BOX RESPONSES NO FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Dear Sir:

I hereby certify that the attached Response to Office Action No. 1 and receipt verification postcard are being deposited with the United States Postal Service as First Class Mail in an envelope addressed to: RESPONSES NO FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, VA 22202-3513, on May 1, 2002.

Respectfully submitted,

*Nettie Miller*

Nettie Miller

## UNITED STATES DEPARTMENT OF COMMERCE
### Patent and Trademark Office

| SERIAL NO. | APPLICANT | | PAPER NO. |
|---|---|---|---|
| 76/242955 Wineryexchange.com | | | |

| MARK | | | ADDRESS: |
|---|---|---|---|
| REGIONS | | | Assistant Commissioner for Trademarks 2900 Crystal Drive Arlington, VA 22202-3513 |

| ADDRESS | | ACTION NO. 02 | |
|---|---|---|---|
| CARLA B. OAKLEY BROBECK PHLEGER & HARRISON LLP SPEAR STREET TOWER ONE MARKET SAN FRANCISCO, CALIFORNIA 94105 | | MAILING DATE 07/01/02 | If no fees are enclosed, the address should include the words "Box Responses - No Fee." |
| | | REF. NO. | Please provide in all correspondence: |

| FORM PTO-1525 (5-90) | U.S. DEPT. OF COMM. & TM OFFICE | 031998.2090 |
|---|---|---|

Please provide in all correspondence:
1. Filing Date, serial number, mark and Applicant's name.
2. Mailing date of this Office action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and ZIP code.

**A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE DATE OF THIS ACTION IN ORDER TO AVOID *ABANDONMENT*.** *For your convenience and to ensure proper handling of your response, a label has been enclosed. Please attach it to the upper right corner of your response. If the label is not enclosed, print or type the Trademark Law Office No., Serial No., and Mark in the upper right corner of your response.*

RE: Serial Number: 76/242955

The examining attorney has reviewed the submitted amendments and arguments in favor of registration contained in the response to the first Office action. The amendment to the recitation has been entered into the record. The examining attorney has determined the following.

Refusal is Maintained

Registration was refused under Trademark Act Section 2(e)(1), 15 U.S.C. Section 1052(e)(1), because the proposed mark is merely descriptive of the identified services. The applicant's proposed mark is "REGIONS" for wine.

The applicant submits several arguments in favor of registration. The main arguments are, in essence, that the proposed mark does not directly describe the goods, that there are other definitions of the proposed mark, and that third party registrations for different marks illustrate that the proposed mark should be allowed in this instance.

The examining attorney has considered the applicant's arguments carefully but has found them unpersuasive. For the reasons below, the refusal under Section 2(e)(1) is maintained and made **FINAL**.

75/190969                                      -2-

As the Trademark Act Section (2)(e)(1), 15 U.S.C. 1052(e)(1) states:

> No trademark by which the goods of the applicant may be distinguished from the goods of others
> shall be refused registration on the principal register on account of its nature unless it . . .
> (e) Consists of a mark which, (1) when used on or in connection with the goods of the applicant
> is merely descriptive or deceptively misdescriptive of them . . . .

The proposed mark "Region" is defined as a specified district or territory.[1]  A mark is merely descriptive under Trademark Act Section 2(e)(1), 15 U.S.C. 1052(e)(1), if it describes an ingredient, quality, characteristic, function, feature, purpose or use of the relevant goods. *In re Gyulay*, 820 F.2d 1216, 3 USPQ2d 1009 (Fed. Cir. 1987); *In re Bed & Breakfast Registry*, 791 F.2d 157, 229 USPQ 818 (Fed. Cir. 1986); *In re MetPath Inc.*, 223 USPQ 88 (TTAB 1984); *In re Bright-Crest, Ltd.*, 204 USPQ 591 (TTAB 1979); TMEP section 1209.01(b).    As applied to the goods, the term appears to be descriptive of an aspect of the goods, namely, where the goods originate.  In fact, some wines are named for the region from which they originate.[2]

The applicant argues that there are several different definitions of "region."   However, the examining attorney must consider descriptiveness in relation to the relevant goods or services.  The fact that a term may have different meanings in another context is not controlling on the question of descriptiveness. *In re Bright-Crest, Ltd.*, 204 USPQ 591 (TTAB 1979).  TMEP §1209.03(e).

The applicant argues and submits several third party registrations for different terms to indicate that the proposed mark in question should be allowed.  However, third-party registrations are not conclusive on the question of descriptiveness.  The examining attorney must consider each case on its own merits.  A mark which is merely descriptive is not registrable merely because other similar marks appear on the register. *In re Scholastic Testing Service, Inc.*, 196 USPQ 517 (TTAB 1977).  TMEP §1209.03(a).  In addition, it should be noted that none of the marks selected by the applicant have the term "regions" as applied to wine nor do they claim the term the applicant syllogistically argues for alone (For example, the marks are all "country" or "state" combined with an additional term (Response p. 4).

The applicant also argues that the proposed mark does not directly describe the identified goods.  The examining attorney submits that the mark both immediately conveys and describes a characteristic of the applicant's goods, namely, a commonly used term identifying where the wine originates. *In re Orleans Wines, Ltd.*, 196 USPQ 516 (TTAB 1977).  It should be noted that it is not necessary that a term describe all of the purposes, functions, characteristics or features of the goods or services to be merely descriptive.  It is enough if the term describes an attribute of the goods, as it clearly does in this instance. *In re Gyulay*, 820 F.2d 1216, 3 USPQ2d 1009 (Fed. Cir. 1987);   *In re Bed & Breakfast Registry*, 791 F.2d 157, 229 USPQ 818 (Fed. Cir. 1986); *In re MetPath Inc.*, 223 USPQ 88 (TTAB 1984); *In re Bright-Crest, Ltd.*, 204 USPQ 591 (TTAB 1979);

---

[1] *The American Heritage® Dictionary of the English Language, Third Edition* copyright © 1992 by Houghton Mifflin Company. Electronic version licensed from INSO Corporation; further reproduction and distribution restricted in accordance with the Copyright Law of the United States. All rights reserved.
[2] Such as Champagne and Bordeaux originating in the Champagne and Boudreaux regions of France. See map of France from The Essential Wine Book (2001) attached.

75/190969                                    -3-

*In re H.U.D.D.L.E.*, 216 USPQ 358 (TTAB 1982); *In re MBAssociates*, 180 USPQ 338 (TTAB 1973), *In re Omaha National Corp.*, 819 F.2d 1117, 2 USPQ2d 1859 (Fed. Cir. 1987).

An examination of what appears to be the applicant's website further illustrates the descriptive nature of the proposed mark as applied to the goods. Within the website "www.wineryexchange.com," several references are made to wine regions. The website states:

> "Winery Exchange is the global supplier of top quality corporate brands from noted *wine producing* **regions**. With offices in each of these **regions**, we maintain . . ." (italics and bold added, attached)

-and-

> "We also understand the nuances of all the different *wine* **regions** and are able to capitalize on the strength of each **region**." (italics and bold added attached)

The website also provides links to and information on regional weather that might affect the wines of a particular region.

A Lexis/Nexis search further illustrates the descriptiveness of the term as applied to grocery store services. A search for "wine region" in U. S. news articles found over a thousand stories. Articles found within a focused search for "wines" within five terms of "wine region" (finding over eight hundred stories) illustrate the descriptiveness of the term as applied to wine. (See for random examples, The Pittsburgh Post-Gazette, June 27, 2002, at x-7, attached, The Capital, June 26, 2002, at C1, attached, The Record, June 26, 2002, at F02, attached, The Press-Enterprise, June 21, 2002, at AA24, attached, The Oregonian, June 18, 2002, at FD01, attached, The Gazette, June 16, 2002, attached, The Buffalo News, May 29, 2002, at D1, attached and others attached). These articles illustrate the descriptive nature of the proposed mark.

The Essential Wine Book (2001) by Oz Clarke further illustrates the descriptive nature of the proposed mark. As stated on the back cover:

"Each chapter of the book explores a different *wine producing* **region** of the world and includes:

-    A lively introduction to the **region**, with useful maps and a full description of the grape varieties cultivated and wine styles produced
-    Evocative descriptions of the taste of the **region's** *wines*. . . . (bold and italics added)

Please see the attached additional copies from the book illustrating descriptive use of the term regions in identifying and describing various wines. Based on the above, the mark can not be registered on the Principal Register as it is merely descriptive of a characteristic of the identified goods.

Please note that the only appropriate responses to a final action are either (1) compliance with the outstanding requirements, if feasible, or (2) filing of an appeal to the Trademark Trial and Appeal

75/190969                          -4-

Board. 37 C.F.R. Section 2.64(a). If the applicant fails to respond within six months of the mailing date of this refusal, this Office will declare the application abandoned. 37 C.F.R. Section 2.65(a).

Jason F. Turner
Examining Attorney
Law Office 108
(703) 308-9108 ext. 129

Case 2:06-cv-00882-MHT-TFM    Document 107-5    Filed 08/24/2007    Page 1 of 54

About Us | Contact Us



# WINERY EXCHANGE

SERVING THE WINE INDUSTRY FROM THE GROUND UP™

🏠 Home    📈 Wine Info Center    ➕ The Exchange    📋 Industry News    🔍 Resources

Help

**LOGIN / REGISTER** 🔒

User ID: [        ]

Password: [        ]

[LOGIN]

Forgot Your Password?

New User? [REGISTER]

## "The World is our Vineyard"

Winery Exchange is the leading **Corporate Brands** development and marketing company serving the global retail wine trade. Winery Exchange also develops and delivers innovative, up-to-date **Strategic Information** for the global wine industry.

  



**TradePulse**



Data mining technology to sharpen your depletion strategies. Developed and offered exclusively by Winery Exchange.

**Strategic Affiliates**



GOMBERG, FREDRIKSON & ASSOCIATES

**WINE&VINES**

EUROMONITOR

INTERNATIONAL

*making sense of global markets*



ACNielsen

iCGCommerce
*Online Procurement Services*

## Industry News
### Headlines

- <u>Over a Barrel: The Art of Making the Containers for Aging Wine is Expanding from France to Napa, Sonoma</u>
  (San Francisco Chronicle - North America - 06/28/02 )
- <u>Is the Bottom Dropping out of the Chardonnay Market?</u>
  (St. Helena Star - North America - 06/28/02 )
- <u>Australia Achieved another Record Grape Harvest</u>
  (Tiz Wine - Australia/New Zealand - 06/28/02 )
- <u>New Zealand Report Summarises 'Evidence for Health Benefits of Wine'</u>
  (Tiz Wine - Australia/New Zealand - 06/28/02 )
- <u>BRL Hardy's US Joint Venture with Constellation Brands Starting to Pay Dividends with Australian Wine Maker</u>
  (Industry Search - Australia/New Zealand - 06/28/02 )
- <u>Wine Institute's 27-Year President to Vacate Top Position; Makes Way for President George W. Bush's Brother-In-Law Robert Koch</u>
  (St. Helena Star - North America - 06/28/02 )

More Industry News ▶

**Tell Us**

WineryExchange

<u>Tell us</u> what you think about
WineryExchange and how
we can improve our
services.

Copyright © 2000-2002, Winery Exchange, Inc. All Rights Reserved. Winery
Exchange, Inc. and the Winery Exchange logo and TradePulse are Trademarks
or Service Marks of Winery Exchange, Inc. No Duplication of any material
herein is authorized without the express written consent of Winery Exchange,
Inc.
<u>Terms & Conditions</u> | <u>Privacy Policy</u> | <u>Legal Notice</u>

WineryExchange : The Exchange    Page 1 of 2



# WINERY ⬤ EXCHANGE

SERVING THE WINE INDUSTRY FROM THE GROUND UP™

| ⌂ Home | ✎ Wine Info Center | ❧ The Exchange | 📖 Industry News | Resources |

Help

**LOGIN / REGISTER** 🔒

User ID: [ ]
Password: [ ]
**LOGIN**
Forgot Your Password?
New User? **REGISTER**

### Exchange Statistics

• Over 4,000 Exchange Members
• 47 Countries Represented
• USA: 78% of total production represented
• Australia: 76% of total production represented
• Chile: 53% of total production represented
• New Zealand: 55% of total production represented

### Wine Info Center

Now available at the Wine Industry Information Center



**Premium WineScan**
Reports on consumer premium wine purchases in food stores. Exclusively offered by ACNielsen/Adams and WineryExchange.

### TRADE⬤PULSE™

Data mining technology to sharpen your depletion strategies.

### Resources

Resources offers useful

① ## Corporate Brands

### Strength in Partnership

Winery Exchange is the global supplier of top quality corporate brands from noted wine producing regions. With offices in each of these regions, we maintain strong relationships with wineries throughout the world, enabling retailers to effectively capitalize on popular varietals, wine styles, and emerging trends.

Winery Exchange partners with retailers to understand their business needs and mutually develop unique and targeted brands to ensure success. With no predisposition to sell existing inventories or brands, Winery Exchange recognizes market opportunities as the key driver for brand development.

### One Stop Shop

Leveraging offices in California, Australia, New Zealand, Chile, Argentina and Europe, Winery Exchange is able to fulfill the needs of wine retailers around the world with wines from every major Country of Origin. In addition, Winery Exchange maintains Production, Winemaking, Marketing, Compliance, Logistics, and Sales expertise at our headquarters office in California.

### Experienced Team

The Winery Exchange team has over 150 years of combined wine industry experience.

We have expertise in winemaking, supply chain management, logistics, legal compliance, trademark registration, finance, brand building and marketing, and finally, a world-class global retail sales team.

### Private Label Focused

Our focus on private labels is unique in the wine industry. These private labels yield a higher margin and lower direct and indirect costs to both the retailer and the consumer.

We are here to help you capitalize on the global trend towards private labels in the retail sector.

### Demand Driven

resources for the wine
industry, including:

- Wines & Vines Buyer's Guide Online Directory
- Trade Associations
- Industry Links
- Events

As an exclusive brand builder we are not burdened with inventories and we do not position our brands over those of our clients. We are not reliant on or restricted to our own brands like some of the large wine conglomerates. Instead, we satisfy the needs of our retail customers through tailor-made wine brands.

**Global Supply Base**

Winery Exchange has no pre-disposition to sell existing inventories or brands, nor are we linked to only one supplier. Winery Exchange recognizes market opportunities as the driver for brand development. Because of this flexibility, we are capable of capturing pricing opportunities and trends. We also understand the nuances of all the different wine regions and are able to capitalize on the strengths of each region.

**Quality Driven**

We source from the top quality suppliers in every country. In fact, we are in contact with twenty-five percent of the best suppliers in each wine-producing country. This allows you, the retailer, to locate and secure a high-quality wine that matches your own particular needs. We also provide quality control with experienced personnel at the source.

**Innovative Marketing Approach**

Through our proprietary six-step global brand development methodology, we create brand equity for your private label based on extensive research and benchmarking. We don't just provide a bottle and a label; we deliver a true brand to rival any other. As diversified brands struggle for diminishing marketing dollars, we provide speed to market as well as a comprehensive, worldwide distribution network.

Copyright © 2000-2002, Winery Exchange, Inc. All Rights Reserved. Winery Exchange, Inc. and the Winery Exchange logo and TradePulse are Trademarks or Service Marks of Winery Exchange, Inc. No Duplication of any material herein is authorized without the express written consent of Winery Exchange, Inc.
Terms & Conditions | Privacy Policy | Legal Notice

WineryExchange



About Us  |  Contact Us

**WINERY ◉ EXCHANGE**
SERVING THE WINE INDUSTRY FROM THE GROUND UP™

| ⌂ Home | ✎ Wine Info Center | ✦ The Exchange | 🗐 Industry News | 🗐 Resources |

Buyer's Guide Directory  |  **Industry Links**  |  Int'l. Reports & Data  |  Trade Associations                Help

**LOGIN / REGISTER**

User ID: [ ]

Password: [ ]

[LOGIN]

Forgot Your Password?

New User? [REGISTER]

**Strategic Affiliates**


GOSCHNIG, FREDRIKSON & ASSOCIATES

**WINES&VINES**

E U R O M O N I T O R
I N T E R N A T I O N A L
*making sense of global markets*


ACNielsen


iCGCommerce
Online Procurement Services

Resources > Industry Links
## Industry Links

---

### United States Federal Government

Federal regulation code from the Bureau of Alcohol, Tobacco and Firearms (ATF)

- American Viticultural Areas
- Labeling and Advertising of Wine
- Production Data Regulations

Federal Tax information from the Federation of Tax Administrators (FTA)

- State Wine Excise Tax Rates

Information from the International Trade Administration

- Tariffs, Taxes and Other Fees Applied to Wine Imports
- U.S. Wine Exports
- U.S. Wine Imports

Other Federal Resources

- Federal Trade Commission
- Foreign Agriculture Service, USDA
- Wine Institute Alcoholic Beverage Control Authorities

### California State Government

California statistical data from the California Agricultural Statistics Service (CASS)

- California Acreage Report
- California Crop Report
- California Grape Crush Report
- California Grape Pricing District Map

Other California Resources

- California Department of Food and Agriculture (CDFA)
- California Department of Alcohol Beverage Control

### California Universities and Libraries

WineryExchange 

- California State University, Fresno
- California State University, Fresno Library
- University of California Davis, Viticulture and Enology
- University of California Davis, Shields Library
- University of California Berkeley, Agricultural & Resource Economics
- University of California Berkeley, Giannini Foundation of Agricultural Economics Library
- Sonoma County Wine Library

## United States Industry Links

Agricultural Real Estate Services - CalWineLand

Regional Weather and Disease Risk Maps - Terra Spase

Copyright © 2000-2002, Winery Exchange, Inc. All Rights Reserved. Winery Exchange, Inc. and the Winery Exchange logo and TradePulse are Trademarks or Service Marks of Winery Exchange, Inc. No Duplication of any material herein is authorized without the express written consent of Winery Exchange, Inc.

Terms & Conditions | Privacy Policy | Legal Notice

Company
Soils
Vineyard



Wine
Weather
Remote Sensing

*Your Map To Fine Wine*

Click here to view FREE regional weather and disease risk maps!



345 La Fata St., SuiteD
St. Helena, CA 95474
(707) 967-8325 tel
(707) 967-8596 fax
terraspase@earthlink.net

**More Than 1000 Results**

This search (**"wine regions"**) has been interrupted because it will
return more than 1000 results. Please edit your search and try
again. You may want to try one or more of the following:

- Add more search terms.
- Use less common search
- Use a more specific date.

**Edit Search**

About LexisNexis | Terms and Conditions

Copyright © 2002 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**LexisNexis**

Practice Area Pages | Change Client | Options | Feedback | Sign Off | Help

Search | Search Advisor | Get a Document | Shepard's® | Check a Citation                    ECLIPSE | History

View: Cite | KWIC ± 25 | Full | Custom          ◄PREV 1 of 853 NEXT►              Text Only | Print | Download | Fax | Email
                                            FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

                                                                                                    Pages:      1

Source: All Sources > / . . . / > US News, Combined ⓘ
Terms: "wine regions" w/5 wines  (Edit Search)

    ☞ Select for FOCUS™ or Delivery
    ☐

*Pittsburgh Post-Gazette June 27, 2002 Thursday*

Copyright 2002 P.G. Publishing Co.
Pittsburgh Post-Gazette

June 27, 2002 Thursday REGION EDITION

**SECTION:** FOOD, Pg.X-7

**LENGTH:** 604 words

**HEADLINE:** EXCEPTIONAL REDS INVITE DISCRIMINATING PALATES

**BODY:**
... at the store that you frequent, please ask the store manager to locate the wine for you.

Highly Recommended and Great Value

Outstanding (90--94)

* 1996 Fontanafredda Ampelio Chardonnay ($7.99; PLCB Specialty 9177)


This **wine** comes from the Langhe **wine region** of Italy, in the southern part of Piedmont. The wine displays varietal appley and peach fruit with some spice in the nose. The flavors are rich with nice buttery fruit and spice. A few years of bottle ...


View: Cite | KWIC ± 25 | Full | Custom          ◄PREV 1 of 853 NEXT►              Text Only | Print | Download | Fax | Email
                                            FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

                                                                                                    Pages:      1

    Source: All Sources > / . . . / > US News, Combined ⓘ
    Terms: "wine regions" w/5 wines  (Edit Search)
      View: KWIC ± 25
Date/Time: Friday, June 28, 2002 - 2:46 PM EDT


Search | Search Advisor | Get a Document | Shepard's ® - Check a Citation
Eclipse ™ | History | Delivery Manager | Practice Area Pages | Change Client | Options | Feedback | Signoff | Help
About LexisNexis | Terms and Conditions

Search - 853 Results - "wine regions" w/5 wines

Page 1 of 1

Practice Area Pages | Change Client | Options | Feedback | Sign Off | Help

Search | Search Advisor | Get a Document | Shepard's® | Check a Citation

ECLIPSE | History

View: Cite | KWIC ± 25 | Full | Custom    ◄PREV 2 of 853 NEXT►    Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages: 1

Source: All Sources > / . . . / > US News, Combined ⓘ
Terms: "wine regions" w/5 wines  (Edit Search)

☞ Select for FOCUS™ or Delivery
☐

*The Capital (Annapolis, MD) June 26, 2002 Wednesday*

Copyright 2002 Capital-Gazette Communications, Inc.
The Capital (Annapolis, MD)

June 26, 2002 Wednesday

**SECTION:** FOOD; Pg. C1

**LENGTH:** 697 words

**HEADLINE:** WINE, ETC.;
Summer the time to test chardonnay alternatives

**BYLINE:** TOM MARQUARDT AND PATRICK DARR

**BODY:**
... writers are writing about this summer. So, if we all just stick together, somehow we'll manage to get through the summer without drinking Bordeaux.

For now, let's just talk about several **wine regions** that produce ideal summer **wines.**

It seems like everyone has discovered pinot gris by now. In Italy it's pinot grigio and in Alsace it's pinot blanc and pinot gris. They are all as related as the Kennedy's, so ...

View: Cite | KWIC ± 25 | Full | Custom    ◄PREV 2 of 853 NEXT►    Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages: 1

Source: All Sources > / . . . / > US News, Combined ⓘ
Terms: "wine regions" w/5 wines  (Edit Search)
View: KWIC ± 25
Date/Time: Friday, June 28, 2002 - 2:46 PM EDT

Search | Search Advisor | Get a Document | *Shepard's ®* - Check a Citation
Eclipse ™ | History | Delivery Manager | Practice Area Pages | Change Client | Options | Feedback | Signoff | Help
About LexisNexis | Terms and Conditions

Copyright © 2002 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.



**LexisNexis**

Practice Area Pages | Change Client | Options | Feedback | Sign Off | Help

Search | Search Advisor | Get a Document | Shepard's® Check a Citation

ECLIPSE | History

View: Cite | KWIC ± 25 | Full | Custom          ◄PREV 3 of 853 NEXT►          Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages:     1

Source: All Sources > / . . . / > US News, Combined ⓘ
Terms: "wine regions" w/5 wines  (Edit Search)

↵ Select for FOCUS™ or Delivery
☐

*The Record (Bergen County, NJ) June 26, 2002 Wednesday All Editions*

Copyright 2002 Bergen Record Corporation
The Record (Bergen County, NJ)

June 26, 2002 Wednesday All Editions

**SECTION:** FOOD; BUY OF THE WEEK; Pg. F02

**LENGTH:** 286 words

**HEADLINE:** BUY OF THE WEEK

**BYLINE:** JOHN FOY

**BODY:**
... lesson.

The French government gave moral, material, and political assistance throughout our war of independence. Following the Revolutionary War, Benjamin Franklin and Thomas Jefferson served as ambassadors in Paris, allowing them to explore France's **wine regions** and ship **wines** to their respective homes in Philadelphia and Virginia.

Charles de Fere is a French sparkling wine made by Jean-Louis Denois. Raised near the Champagne region and trained in Burgundy, Monsieur ...

View: Cite | KWIC ± 25 | Full | Custom          ◄PREV 3 of 853 NEXT►          Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages:     1

Source: All Sources > / . . . / > US News, Combined ⓘ
Terms: "wine regions" w/5 wines  (Edit Search)
View: KWIC ± 25
Date/Time: Friday, June 28, 2002 - 2:46 PM EDT

Copyright © 2002 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

 **LexisNexis**   [ Practice Area Pages ] [ Change Client | Options | Feedback | Sign Off | Help ]

[ Search | Search Advisor | Get a Document | Shepard's ® - Check a Citation ]    [ ECLIPSE | History ]

View: Cite | **KWIC ± 25** | Full | Custom    ◄PREV 5 of 853 NEXT►    Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages:    1

Source: All Sources > / . . . / > US News, Combined ⓘ
Terms: "wine regions" w/5 wines  (Edit Search)

☞ Select for FOCUS™ or Delivery
☐

*THE PRESS-ENTERPRISE (RIVERSIDE, CA.) June 21, 2002, Friday*

Copyright 2002 The Press Enterprise Co.
THE PRESS-ENTERPRISE (RIVERSIDE, CA.)

June 21, 2002, Friday

**SECTION:** THE GUIDE; Pg. AA24

**LENGTH:** 970 words

**HEADLINE:** Pechanga casino adds to activities for visitors: There are 15 wineries in the Temecula area and more than 600 antique dealers

**BYLINE:** CECILIA M. GOMEZ; THE PRESS-ENTERPRISE

**BODY:**
... year and wine-tasting classes," says Linda
Kissam, executive director of the Temecula Valley Winegrowers
Association. "It doesn't matter what level of wine appreciation
you are. You'll learn a little bit about **wines** and vineyards and
the **wine regions.**"

A shuttle service will be available soon to take visitors from
winery to winery. For now, limousine services are offered for a fee.

Kissam said, "It's nice to connect with the romance of the
wineries. ...

View: Cite | **KWIC ± 25** | Full | Custom    ◄PREV 5 of 853 NEXT►    Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages:    1

Source: All Sources > / . . . / > US News, Combined ⓘ
Terms: "wine regions" w/5 wines  (Edit Search)
View: KWIC ± 25
Date/Time: Friday, June 28, 2002 - 2:47 PM EDT

Search | Search Advisor | Get a Document | *Shepard's* ® - Check a Citation
Eclipse ™ | History | Delivery Manager | Practice Area Pages | Change Client | Options | Feedback | Signoff | Help
About LexisNexis | Terms and Conditions

Search - 853 Results - "wine regions" w/5 wines

Page 1 of 1

LexisNexis

Practice Area Pages | Change Client | Options | Feedback | Sign Off | Help

Search | Search Advisor | Get a Document | Shepard's Check a Citation

ECLIPSE | History |

View: Cite | KWIC ± 25 | Full | Custom     PREV 6 of 853 NEXT     Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages:     1

Source: All Sources > / . . . / > US News, Combined ⓘ
Terms: "wine regions" w/5 wines  (Edit Search)

☞ Select for FOCUS™ or Delivery
☐

*The Oregonian June 18, 2002 Tuesday*

Copyright 2002 The Oregonian
The Oregonian

June 18, 2002 Tuesday SUNRISE EDITION

**SECTION:** FOODDAY; Pg. FD01

**LENGTH:** 2269 words

**HEADLINE:** HONOR ROLL:

**SOURCE:** AMY MARTINEZ STARKE - The Oregonian

**BODY:**
... 1966, when the term "Oregon wine" sounded like a joke, Lett established The Eyrie (eye-ree) Vineyards. He was the first vintner in Oregon to produce pinot gris.

He established Oregon as an important **wine region when his wine** outperformed some of the top burgundies in a blind tasting in Paris in the 1970s. As the story goes, the French were so upset they set up another tasting -- and he did it again. Eyrie's pinot ...

View: Cite | KWIC ± 25 | Full | Custom     PREV 6 of 853 NEXT     Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages:     1

Source: All Sources > / . . . / > US News, Combined ⓘ
Terms: "wine regions" w/5 wines  (Edit Search)
View: KWIC ± 25
Date/Time: Friday, June 28, 2002 - 2:47 PM EDT

Search | Search Advisor | Get a Document | *Shepard's* ® - Check a Citation
Eclipse ™ | History | Delivery Manager | Practice Area Pages | Change Client | Options | Feedback | Signoff | Help
About LexisNexis | Terms and Conditions

Copyright © 2002 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

http://www.lexis.com/research/retrieve?_m=711a64e5aa655544b88206242314dfad&docnum=6&_fmtstr=Vl...  6/28/02

Search - 853 Results - "wine regions" w/5 wines  Page 1 of 2

 LexisNexis™

| Practice Area Pages | Change Client | Options | Feedback | Sign Off | Help |

Search | Search Advisor | Get a Document | Shepard's® Check a Citation |    ECLIPSE | History |

View: Cite | **KWIC ± 25** | Full | Custom    ◄PREV 7 of 853 NEXT►    Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages:    1

Source: All Sources > / . . . / > US News, Combined ⓘ
Terms: "wine regions" w/5 wines  (Edit Search)

⤶ Select for FOCUS™ or Delivery
☐

*The Gazette (Colorado Springs) June 16, 2002, Sunday*

Copyright 2002 Knight Ridder/Tribune Business News
Copyright 2002 The Gazette
The Gazette (Colorado Springs)

June 16, 2002, Sunday

**KR-ACC-NO:** GT-WINERY

**LENGTH:** 1235 words

**HEADLINE:** Winemaker's Business Thrives in Colorado

**BYLINE:** By Bill McKeown

**BODY:**
... see it ever challenging California or even Washington in the quantity of wine produced. But they say there's no reason Colorado can't develop a boutique wine industry much like Oregon's, producing **wine** the equal of any in this country or from the **wine regions** of Europe.

"The public's perception is that Colorado is all about mountains and snow," said Stephen Smith, owner of Grande River Vineyards near Grand Junction. "It's just convincing people that the same kind of mountainous ...

... Vineyard owner Smith said the biggest complaint he hears about Colorado wines is not the quality but the price. People question how a Colorado wine can be priced as high -- or higher -- than premium **wines** from well-known **wine regions.**

Smith said the bottom line is that making wine is expensive: You have to grow or buy grapes, harvest them, transport them, ferment them in large stainless steel tanks and, in the case of red wines, let the grapes sit ...

View: Cite | **KWIC ± 25** | Full | Custom    ◄PREV 7 of 853 NEXT►    Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages:    1

Source: All Sources > / . . . / > US News, Combined ⓘ
Terms: **"wine regions" w/5 wines**  (Edit Search)
View: KWIC ± 25
Date/Time: Friday, June 28, 2002 - 2:47 PM EDT

LexisNexis™

( Practice Area Pages ) ( Change Client · Options · Feedback · Sign Off · Help )

Search | Search Advisor | Get a Document | Shepard's | Check a Citation              Eclipse · History

View: Cite | KWIC ± 25 | Full | Custom          ◄PREV 13 of 853 NEXT►          Text Only | Print | Download | Fax | Email

Pages:    1

Source: All Sources > / . . . / > US News, Combined ⓘ
Terms: "wine regions" w/5 wines  (Edit Search)

☞ Select for FOCUS™ or Delivery
☐

The Buffalo News May 29, 2002 Wednesday, FINAL EDITION

Copyright 2002 The Buffalo News
The Buffalo News

May 29, 2002 Wednesday, FINAL EDITION

**SECTION:** FOOD, Pg.D1

**LENGTH:** 1061 words

**HEADLINE:** THE REIGN OF SPAIN;
SPANISH WINES HAVE ASCENDED TO THE TOP OF MANY WINE-LOVERS' LISTS

**BYLINE:** JANICE OKUN; News Food Editor

**BODY:**
... Others sell for much more, including those made from the Tempranillo grape, which can sell for more than $50 a bottle.

This is the major grape of the Rioja and the Ribera del Duero, Spain's best-known **wine regions. Wine** guides tell you that the Tempranillo generates deep-colored wines with characteristics of strawberry and spice. Sometimes it is blended with other grapes and usually produces wines that are intense.

Though Spain has historically been known for red ...

View: Cite | KWIC ± 25 | Full | Custom          ◄PREV 13 of 853 NEXT►          Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages:    1

Source: All Sources > / . . . / > US News, Combined ⓘ
Terms: "wine regions" w/5 wines  (Edit Search)
View: KWIC ± 25
Date/Time: Friday, June 28, 2002 - 2:48 PM EDT

Search | Search Advisor | Get a Document | Shepard's ® - Check a Citation
Eclipse ™ | History | Delivery Manager | Practice Area Pages | Change Client | Options | Feedback | Signoff | Help
About LexisNexis | Terms and Conditions

Copyright © 2002 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Search - 853 Results - "wine regions" w/5 wines

Page 1 of 1

 **LexisNexis™**

Practice Area Pages | Change Client | Options | Feedback | Sign Off | Help

Search | Search Advisor | Get a Document | Shepard's® | Check a Citation

ECLIPSE | History

View: Cite | **KWIC ± 25** | Full | Custom       ◄PREV 14 of 853 NEXT►       Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages:     1

Source: All Sources > / . . . / > US News, Combined 🛈
Terms: **"wine regions" w/5 wines** (Edit Search)

☞ Select for FOCUS™ or Delivery
☐

*The Houston Chronicle May 27, 2002, Monday*

Copyright 2002 The Houston Chronicle Publishing Company
The Houston Chronicle

May 27, 2002, Monday 2 STAR EDITION

**SECTION:** HOUSTON; Pg. 2

**LENGTH:** 151 words

**HEADLINE:** COMING UP WEDNESDAY

**SOURCE:** Staff

**BODY:**
... not just of farms but of pie charts, graphs and global-trading patterns, it's clearly not your
grandmother's fruits and vegetables anymore.

Bordeaux is known not only as the most revered French **wine** from the most revered French **wine** region -
but as one of the world's most expensive acts of pampering. Wine writer Michael Lonsford points out,
however, that there are some values to be spotted among the vines.

View: Cite | **KWIC ± 25** | Full | Custom       ◄PREV 14 of 853 NEXT►       Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages:     1

Source: All Sources > / . . . / > US News, Combined 🛈
Terms: **"wine regions" w/5 wines** (Edit Search)
View: KWIC ± 25
Date/Time: Friday, June 28, 2002 - 2:49 PM EDT

Search | Search Advisor | Get a Document | *Shepard's* ® - Check a Citation
Eclipse ™ | History | Delivery Manager | Practice Area Pages | Change Client | Options | Feedback | Signoff | Help
About LexisNexis | Terms and Conditions

Copyright © 2002 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Search - 853 Results - "wine regions" w/5 wines

**LexisNexis**

Practice Area Pages | Change Client | Options | Feedback | Sign Off | Help

Search | Search Advisor | Get a Document | Shepard's | Check a Citation | Eclipse | History

View: <u>Cite</u> | <u>KWIC ± 25</u> | <u>Full</u> | <u>Custom</u>    ◄PREV 15 of 853 NEXT►    Text Only | Print | <u>Download</u> | <u>Fax</u> | <u>Email</u>
<u>FOCUS™</u> | <u>Save As ECLIPSE</u> | <u>More Like This</u> | <u>More Like Selected Text</u>    Pages:    1

Source: <u>All Sources</u> > / . . . / > US News, Combined ⓘ
Terms: **"wine regions" w/5 wines** <u>(Edit Search)</u>

☞ Select for FOCUS™ or Delivery
☐

*The New York Times, May 21, 2002*

Copyright 2002 The New York Times Company
The New York Times

May 21, 2002, Tuesday, Late Edition - Final

**SECTION:** Section A; Page 4; Column 3; Foreign Desk

**LENGTH:** 904 words

**HEADLINE:** Villany Journal;
Harvesting the Fruits Of Capitalism: Grapes

**BYLINE:** By IAN FISHER

**DATELINE:** VILLANY, Hungary

**BODY:**
... experts in wine," said Gergo Csonka, 24, a waiter who had just downed samples of four different wines,
then had more with lunch, on a tour of one of Hungary's top red **wine regions.** "But we are great fans of
quality **wine.**"

View: <u>Cite</u> | <u>KWIC ± 25</u> | <u>Full</u> | <u>Custom</u>    ◄PREV 15 of 853 NEXT►    Text Only | <u>Print</u> | <u>Download</u> | <u>Fax</u> | <u>Email</u>
<u>FOCUS™</u> | <u>Save As ECLIPSE</u> | <u>More Like This</u> | <u>More Like Selected Text</u>    Pages:    1

Source: <u>All Sources</u> > / . . . / > US News, Combined ⓘ
Terms: **"wine regions" w/5 wines** <u>(Edit Search)</u>
View: KWIC ± 25
Date/Time: Friday, June 28, 2002 - 2:49 PM EDT

Search | Search Advisor | Get a Document | *Shepard's* ® - Check a Citation
Eclipse ™ | History | Delivery Manager | Practice Area Pages | Change Client | Options | Feedback | Signoff | Help
About LexisNexis | Terms and Conditions

Copyright © 2002 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

LexisNexis™

Practice Area Pages | Change Client | Options | Feedback | Sign Off | Help

Search | Search Advisor | Get a Document | Shepard's | Check a Citation | Eclipse™ | History

View: Cite | **KWIC ± 25** | Full | Custom                                    Text Only | Print | Download | Fax | Email
PREV 16 of 853 NEXT
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages: 1

Source: All Sources > / . . . / > US News, Combined
Terms: "wine regions" w/5 wines  (Edit Search)

☞ Select for FOCUS™ or Delivery
☐

*Los Angeles Times May 19, 2002 Sunday*

Copyright 2002 / Los Angeles Times
Los Angeles Times

May 19, 2002 Sunday  Home Edition

**SECTION:** Travel; Part L; Page 5; Features Desk

**LENGTH:** 1291 words

**HEADLINE:** Tours & Cruises;
Paths of Literary Greats in England and Wales

**BYLINE:** KARIN ESTERHAMMER, TIMES STAFF WRITER

**BODY:**
... visit to the Salvador Dali Museum in Figueres, where the surrealist artist spent his final years. The tour continues to Zaragoza and historic Pamplona.

Two nights are spent in Pamplona, with a daytime excursion to the nearby **wine region** of La Rioja for a **wine** tasting and luncheon. The Guggenheim Museum in Bilbao is a stop on the way to San Sebastian, the resort town on the Cantabrian Sea.

The tour returns to Madrid via Burgos, known for its impressive ...

View: Cite | **KWIC ± 25** | Full | Custom                                    Text Only | Print | Download | Fax | Email
PREV 16 of 853 NEXT
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages: 1

Source: All Sources > / . . . / > US News, Combined
Terms: "wine regions" w/5 wines  (Edit Search)
View: KWIC ± 25
Date/Time: Friday, June 28, 2002 - 2:49 PM EDT

Search | Search Advisor | Get a Document | Shepard's ® - Check a Citation
Eclipse ™ | History | Delivery Manager | Practice Area Pages | Change Client | Options | Feedback | Signoff | Help
About LexisNexis | Terms and Conditions

Copyright © 2002 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Search - 853 Results - "wine regions" w/5 wines ⬤ ⬤    Page 1 of 2

 LexisNexis®

( Practice Area Pages ) ( Change Client | Options | Feedback | Sign Off | Help )

Search | Search Advisor | Get a Document | Shepard's | Check a Citation    Eclipse | History

View: Cite | KWIC ± 25 | Full | Custom    ◄PREV 18 of 853 NEXT►    Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text
Pages:    1

Source: All Sources > / . . . / > US News, Combined ℹ
Terms: "wine regions" w/5 wines (Edit Search)

⤶ Select for FOCUS™ or Delivery
☐

*San Antonio Express-News May 1, 2002, Wednesday*

Copyright 2002 San Antonio Express-News
San Antonio Express-News

May 1, 2002, Wednesday , METRO

**SECTION:** FOOD; Pg. 1F

**LENGTH:** 1502 words

**HEADLINE:** The STATE of WINE ;Texas vineyards growing in number, respect

**BYLINE:** Bonnie Walker and John Griffin

... climate than the chardonnay, cabernet and merlot that most Texas growers have gone for - grapes such as Italy's sanglovese, Spain's tempranillo and grenache, and varietals from the Rhone regions such as syrah, mourvedre, viognier and carignan.

"There also are some fine red **wines** coming from the Duoro (Spain and Portugal) **wine region**," de Luna added. Among these grapes are touriga nacional, tinta roriz (tempranillo), tinta barroca and tinta cao.

Jim Johnson of Alamosa Wine Cellars also has advocated going beyond the conventional planting of merlot and ...

View: Cite | KWIC ± 25 | Full | Custom    ◄PREV 18 of 853 NEXT►    Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text
Pages:    1

Source: All Sources > / . . . / > US News, Combined ℹ
Terms: "wine regions" w/5 wines (Edit Search)
View: KWIC ± 25
Date/Time: Friday, June 28, 2002 - 2:49 PM EDT

Search | Search Advisor | Get a Document | Shepard's ® - Check a Citation
Eclipse ™ | History | Delivery Manager | Practice Area Pages | Change Client | Options | Feedback | Signoff | Help
About LexisNexis | Terms and Conditions

*Sacramento Bee April 3, 2002, Wednesday*

Copyright 2002 McClatchy Newspapers, Inc.
Sacramento Bee

April 3, 2002, Wednesday METRO FINAL EDITION

**SECTION:** TASTE; Pg. F1

**LENGTH:** 1227 words

**HEADLINE:** Writers muse over the fruits of labor, love

**BYLINE:** Mike Dunne Bee Food Editor

**BODY:**
... it if we hadn't worked in the trenches for so long, doing the unglamorous scut work of trying to remake society. This is a glorious period for us; it's very sweet.

Q: What's the most underappreciated **wine or wine region?**

Dorothy: Muscadet; there's not a better food wine. And beaujolais; it's fruity and goes with anything.

John: Real Chablis, and real chianti, the good stuff, the stuff that is $18, $20, $22. There are so many ...

Source:  <u>All Sources</u> > / . . . / > **US News, Combined** ⓘ
Terms:  **"wine regions" w/5 wines**  (<u>Edit Search</u>)
View:  KWIC ± 25
Date/Time:  Friday, June 28, 2002 - 2:50 PM EDT

<u>About LexisNexis</u> | <u>Terms and Conditions</u>

<u>Copyright</u> © 2002 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

LexisNexis™

Practice Area Pages | Change Client | Options | Feedback | Sign Off | Help

Search  Search Advisor  Get a Document  Shepard's  Check a Citation

View: Cite | KWIC ± 25 | Full | Custom                                    Text Only | Print | Download | Fax | Email
                              PREV 24 of 853 NEXT
                              FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages:    1

Source: All Sources > / . . . / > US News, Combined
Terms: "wine regions" w/5 wines  (Edit Search)

⟵ Select for FOCUS™ or Delivery
☐

*The San Luis Obispo Tribune April 14, 2002 Sunday TRIBUNE EDITION*

Copyright 2002 The San Luis Obispo Tribune
All Rights Reserved

THE
TRIBUNE
*Newspaper of the Central Coast*
Found on SanLuisObispo.com

The San Luis Obispo Tribune

April 14, 2002 Sunday TRIBUNE EDITION

**SECTION:** CC LIVING; Pg. H1

**LENGTH:** 1416 words

**HEADLINE:** WINE TASTING 101;
TANNINS, TEARS AND TRILLS;
IT'S ENOUGH TO MAKE ANY AMATEUR SELF-CONSCIOUS. LUCKILY, THERE ARE COURSES THAT CAN HELP
WINE TASTING

**BYLINE:** Joe Brekke, The Tribune

**BODY:**
When I moved to San Luis Obispo a couple of years ago -- unexpectedly landing in one of the state's
fastest-growing **wine regions** -- I decided to explore the world of **wine** tasting. Like many new arrivals, I
felt obligated to learn a little winespeak to impress visiting relatives.

Growing up in Minnesota, my first wine-tasting experiences took ...

View: Cite | KWIC ± 25 | Full | Custom                                    Text Only | Print | Download | Fax | Email
                              PREV 24 of 853 NEXT
                              FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages:    1

Source: All Sources > / . . . / > US News, Combined
Terms: "wine regions" w/5 wines  (Edit Search)
View: KWIC ± 25
Date/Time: Friday, June 28, 2002 - 2:50 PM EDT

Search | Search Advisor | Get a Document | *Shepard's* ® - Check a Citation
Eclipse ™ | History | Delivery Manager | Practice Area Pages | Change Client | Options | Feedback | Signoff | Help

Search - 853 Results - "wine regions" w/5 wines

Page 1 of 2

 LexisNexis™

Practice Area Pages | Change Client | Options | Feedback | Sign Off | Help

Search | Search Advisor | Get a Document | Shepard's ® - Check a Citation

Eclipse™ | History

View: Cite | KWIC ± 25 | Full | Custom                PREV 20 of 853 NEXT              Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages:    1

Source: All Sources > / . . . / > US News, Combined ⓘ
Terms: "wine regions" w/5 wines  (Edit Search)

☞ Select for FOCUS™ or Delivery
☐

*Saint Paul Pioneer Press April 26, 2002 Friday*

Copyright 2002 Saint Paul Pioneer Press
All Rights Reserved

## ST. PAUL PIONEER PRESS

Found on TwinCities • com

Saint Paul Pioneer Press

April 26, 2002 Friday

**SECTION:** EAT!; Pg. 1F

**LENGTH:** 382 words

**HEADLINE:** More good restaurants are stocking bottles under $20. Hopefully, it's a trend.

**BYLINE:** GITA SITARAMIAH Pioneer Press

**BODY:**
... at $20 and under, depending on the type of restaurant," says the Minneapolis restaurateur.

Still, you might have to do a little digging to find reasonable bottles of wine. Start by choosing restaurants carefully. Scan the **wine** lists with an open mind to **wines and regions** you've never heard of and ask a lot of questions, especially if you think a server is trying to push expensive bottles simply to increase his tip.

"If you're at a restaurant where wine is really important, nine ...

View: Cite | KWIC ± 25 | Full | Custom                PREV 20 of 853 NEXT              Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages:    1

Source: All Sources > / . . . / > US News, Combined ⓘ
Terms: "wine regions" w/5 wines  (Edit Search)
View: KWIC ± 25
Date/Time: Friday, June 28, 2002 - 2:49 PM EDT

Search | Search Advisor | Get a Document | Shepard's ® - Check a Citation
Eclipse ™ | History | Delivery Manager | Practice Area Pages | Change Client | Options | Feedback | Signoff | Help

http://www.lexis.com/research/retrieve?_m=711a64e5aa655544b88206242314dfad&docnum=20&_fmtstr=\...  6/28/02

**LexisNexis**

Practice Area Pages | Change Client | Options | Feedback | Sign Off | Help

Search | Search Advisor | Get a Document | Shepard's® - Check a Citation

Eclipse | History

View: Cite | KWIC ± 25 | Full | Custom        ◄PREV 21 of 853 NEXT►        Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages:    1

Source: All Sources > / . . . / > US News, Combined ●
Terms: "wine regions" w/5 wines (Edit Search)

↵Select for FOCUS™ or Delivery
☐

*The Sun Herald (Biloxi, MS) April 18, 2002 Thursday MARQUEE EDITION*

Copyright 2002 The Sun Herald
All Rights Reserved

**THE SUN HERALD**

Found on SunHerald ● com

The Sun Herald (Biloxi, MS)

April 18, 2002 Thursday MARQUEE EDITION

**SECTION:** MARQUEE; Pg. M18

**LENGTH:** 699 words

**HEADLINE:** WHEN CHIANTI CHANGES WITH THE TIMES, CLASSICO RECIPE GETS LEFT BEHIND

**BYLINE:** TOM HYLAND, KNIGHT RIDDER NEWSPAPERS

**BODY:**
... sauvignon.

"I'm firmly convinced that if I would produce, just as an example, a pure cabernet franc (another international variety)," he says, "such wine would keep a Tuscan character, very different from a similar **wine** produced in another **wine region**."

Not every producer in Chianti Classico is going international. At Villa Dievole in Vagliagli, owner Mario Schwenn has concentrated on traditional varieties. Schwenn purchased the estate in 1986 and ...

View: Cite | KWIC ± 25 | Full | Custom        ◄PREV 21 of 853 NEXT►        Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages:    1

Source: All Sources > / . . . / > US News, Combined ●
Terms: "wine regions" w/5 wines (Edit Search)
View: KWIC ± 25
Date/Time: Friday, June 28, 2002 - 2:50 PM EDT

http://www.lexis.com/research/retrieve?_m=711a64e5aa655544b88206242314dfad&docnum=21&_fmtstr=\...  6/28/02

LexisNexis™

Practice Area Pages | Change Client | Options | Feedback | Sign Off | Help

Search | Search Advisor | Get a Document | Shepard's® | Check a Citation

ECLIPSE™ | History

View: Cite | KWIC ± 25 | Full | Custom    ◄PREV 4 of 9 NEXT►    Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages:    1

Source: All Sources > News > By Individual Publication > B > Black Enterprise ❶
Terms: "wine regions" or wine consult! (Edit Search)

☞ Select for FOCUS™ or Delivery
☐

*Black Enterprise, June, 1997*

Copyright 1997 Earl G. Graves Publishing Company, Inc.
Black Enterprise

June, 1997

**SECTION:** VERVE (R); Consumer Advice; Pg. 337

**LENGTH:** 824 words

**HEADLINE:** Choosing the right wine

**BYLINE:** Eunice Fried, EDITED BY Valerie Lynn Gray

**BODY:**
... grape and has a gentle, strawberry- or cherry-like flavor. Unlike Cabernet Sauvignon and Merlot, which grow well in many parts of the world, Pinot Noir is a fragile grape, and only a few **wine regions** outside of Burgundy -- Oregon, New Zealand and cooler regions of California -- really succeed with it. But a really good one makes a great impression.

Burgundy's highly honored white wines are made of Chardonnay, ...

View: Cite | KWIC ± 25 | Full | Custom    ◄PREV 4 of 9 NEXT►    Text Only | Print | Download | Fax | Email
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Pages:    1

Source: All Sources > News > By Individual Publication > B > Black Enterprise ❶
Terms: "wine regions" or wine consult! (Edit Search)
View: KWIC ± 25
Date/Time: Friday, June 28, 2002 - 3:02 PM EDT

Search | Search Advisor | Get a Document | Shepard's® - Check a Citation
Eclipse ™ | History | Delivery Manager | Practice Area Pages | Change Client | Options | Feedback | Signoff | Help
About LexisNexis | Terms and Conditions

Copyright © 2002 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.



LexisNexis™

Practice Area Pages | Change Client | Options | Feedback | Sign Off | Help

ECLIPSE

Search | Search Advisor | Get a Document | Shepard's® Check a Citation

◄ PREV 8 of 9 NEXT ►                                    Text Only | Print | Download | Fax | Email

View: Cite | KWIC | Full | Custom                                                          Pages:    2
FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

Source: All Sources > News > By Individual Publication > B > Black Enterprise ⓘ
Terms: "wine regions" or wine consult! (Edit Search)

☞ Select for FOCUS™ or Delivery
☐

*Black Enterprise, October, 1993*

Copyright 1993 Earl G. Graves Publishing Company, Inc.
Black Enterprise

October, 1993

**SECTION:** WINES AND SPIRITS; Pg. 149

**LENGTH:** 588 words

**HEADLINE:** VINTAGES FROM DOWN UNDER

**BYLINE:** BY EUNICE FRIED

**HIGHLIGHT:**
Australian imports are gaining favor among wine lovers

**BODY:**
Barely a dozen years ago, Australia's wines were thought of as either rough-edged reds or as cheap, sweet and fortified. Then, in the early 1980s, a new and greatly improved generation of Australian wines burst upon the American scene with such force they made us take another taste. We tried them, liked them and have been consuming the wines from "Down Under" ever since. Australia had no native grapes when European settlers arrived in 1788. But within a few years, the newcomers brought vines and began planting the country's first vineyards. Today, Australia is making its mark with a wide range of well-made, well-known varietal wines -- Chardonnay, Sauvignon Blanc and Riesling white wines, and Cabernet Sauvignon, Pinot Noir and Merlot reds. Many of its finest wines are those made from the two grapes that Australia began planting early last century: Shiraz, the red Syrah of France's Rhone Valley (sometimes labeled Hermitage), and Semillon, a white grape from France's Bordeaux region.

Australian commercial winemaking began in Hunter Valley, a verdant, rolling region some 120 miles north of Sydney in the state of New South Wales. The state produces 20% of Australia's highest quality wines, while Hunter Valley produces 5%. Tyrrell's a family-owned winery, exports Long Flats, its inexpensive, everyday wines, as well as its expensive Vat series, especially Vat 47 Chardonnay and Vat 9 Shiraz. Also worth seeking out are McWilliams's Mount Pleasant Semillon and Pinot Noir, the Rothbury Estate Syrah and Chardonnay, Rosemount Chardonnay and Wyndham Estate Semillon.

Thirty-five miles northeast of Adelaide, in South Australia, lies the Barossa **wine region.** Only slightly younger than Hunter Valley, Barossa has been known for its wine-making since the 1840s. Since most of its early settlers were German, the region's villages have a 19th century German appearance, and much of its original plantings were the famous German Riesling grapes.

In sharp contrast to its small, self-contained and pristine villages are the sprawling, giant wineries that moved to Barossa earlier this century and expanded with Australia's 20-year-old wine boom. There are

wines from such giants as Penfolds, Australia's largest winery and producers of the country's famous red wine, Grange Hermitage, as well as other fine wines including Bin 707 Cabernet Sauvignon; and Orlando Winery, which exports wines under its Jacob's Creek label and its highest quality wines under the St. Hugo label. Still, in this land of giants, two of Barossa's smaller, family-owned wineries hold their own. Henschke makes a range of Shiraz, Pinot Noir and Cabernet Sauvignon, while Peter Lehmann has a Shiraz, Cabernet Sauvignon and a sweet Semillon Sauternes. There are vineyards in other parts of the country as well, including the states of Victoria, Western Australia and Tasmania, an island off the southern coast.

Since Australia is located in the Southern Hemisphere, the farther north you go, the closer you are to the equator. Grapes need warmth to mature, but too much heat burns out the flavor and quality. In turn, this creates a rougher, more alcoholic wine. As Australia works to refine its winemaking, it is planting more vineyards in its cooler, southern regions.

While Australian wines have gone up in price from the bargain days of the early 1980s, so have their quality. And, if value can be considered as price in relation to quality, Australian wines are still one of the best bargains in town.

**GRAPHIC:** Picture, no caption, AUSTRALIAN TOURIST COMMISSION

View: Cite | KWIC | **Full** | Custom          ◄ PREV ◄ 8 of 9 ► NEXT ►          Text Only | Print | Download | Fax | Email
                              FOCUS™ | Save As ECLIPSE | More Like This | More Like Selected Text

                                                                                        Pages:     **2**

Source: All Sources > News > By Individual Publication > B > **Black Enterprise** ⓘ
   Terms: **"wine regions" or wine consult!**  (Edit Search)
   View: Full
Date/Time: Friday, June 28, 2002 - 3:03 PM EDT

Search | Search Advisor | Get a Document | *Shepard's* ® - Check a Citation
Eclipse ™ | History | Delivery Manager | Practice Area Pages | Change Client | Options | Feedback | Signoff | Help
About LexisNexis | Terms and Conditions

Copyright © 2002 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Amazon.com: buying info: The Wine Atlas of France: An Traveller's Guide to the Vineyar... Page 1 of 5

 **amazon**.com.    VIEW CART | WISH LIST | **YOUR ACCOUNT** | HELP

WELCOME | YOUR STORE | BOOKS | ELECTRONICS | DVD | HEALTH & BEAUTY | COMPUTERS | CAMERA & PHOTO | SEE MORE STORES

SEARCH | BROWSE SUBJECTS | BESTSELLERS | MAGAZINES | CORPORATE ACCOUNTS | E-BOOKS & DOCS | NEW & USED TEXTBOOKS | USED BOOKS

**SEARCH**

Books

[GO!]

**BOOK INFORMATION**

**buying info**

editorial reviews

customer reviews

**RATE THIS ITEM**

I dislike it        I love it!

○  ○  ○  ○  ○
1   2   3   4   5

[Submit]

Edit your ratings

**Favorite Magazines!**



Explore our new Magazine Subscriptions store.

**Visit the Kitchen & Housewares Store**



Henckels Fine Edge Pro 7-Piece Knife Set with Block

## The Wine Atlas of France: An Traveller's Guide to the Vineyards

by Hubrecht Duijker (Contributor), Hugh Johnson



see larger photo

List Price: $45.00

**Our Price: $31.50**
You Save: $13.50 (30%)

 Eligible for **FREE Super Saver Shipping** on orders over $49. See details.

**Availability:** Usually ships within 2 to 4 weeks

**See all used:** from $31.00

**Edition:** Hardcover

▸ **See more product details**

**READY TO BUY?**

[Add to Shopping Cart]

Sign In to turn on 1-Click ordering.

**MORE BUYING CHOICES**

**2 used:** from $31.00

Have one to sell? [Sell yours here]

[Add to Wish List]

- or -

[Add to Wedding Registry]

Don't have one?
We'll set one up for you.

---

## Great Buy

Buy this book with A Traveller's Wine Guide to France (The Traveller'... today!

 +

Total List Price: $64.95
**Buy Together Today: $45.47**

[Buy both now!]

---

## Customers who bought this book also bought:

- *Adventures on the Wine Route: A Wine Buyers's Tour of France* by Kermit Lynch, Gail Skoff (Photographer)
- *An Encyclopedia of the Wines and Domaines of France* by Clive, M. W. Coates
- *Wine & War: The French, the Nazis & the Battle for France's Greatest Treasure* by Don Kladstrup, et al
- *Terroir* by James E. Wilson, Hugh Johnson
- *Bordeaux: Touring in Wine Country (Touring in Wine Country)* by Hubrecht Duijker, et al
- *Citizen Kane (Special Edition)* **DVD** ~ Orson Welles

Amazon.com: buying info: The Wine Atlas of France: An Traveller's Guide to the Vineya... Page 2 of 5

**Visit the DVD Store**



Citizen Kane (Special Edition) DVD ~ Orson Welles



Take $20 off your purchase of $199 in Tools & Hardware.

**So You'd Like to...**



Create A Romantic Evening For ...: A guide by Victoria Taylor Murray, (Author) "The Lambert" series

▸ Create your guide

▸ **Explore similar items**

## Product Details

- **Hardcover:** 264 pages ; Dimensions (in inches): 0.95 x 11.79 x 9.39
- **Publisher:** Mitchell Beazley; ISBN: 185732336X; Revised edition (December 1997)
- **Average Customer Review:** ★★★★★ Based on 2 reviews. Write a review.
- **Amazon.com Sales Rank:** 81,855

Usually ships within 2 to 4 weeks

## What's Your Advice?

What happened to the What's Your Advice feature? Find out.

## Editorial Reviews
*Book Description*

This indispensable atlas is packed with details on the world's best loved wine country. The wines and traditions of every region are covered, complete with listings of recommended producers, hotels, restaurants, and places of interest. The text is illustrated with detailed specially commissioned maps of each region.

## All Customer Reviews Avg. Customer Rating: ★★★★★

**Write an online review** and share your thoughts with other customers!

★★★★★  **very useful in locating wines and their vineyards**, June 19, 2002
Reviewer: **Rosengarten (see more about me)** from London, UK
The Wine Atlas of France by Hubrecht Duijker (with support from Hugh Johnson) is the best way to start exploring the various famous French wine regions by car. After presentation of the history and a description of a particular wine region, the book lists the address and describes the important wine estates of the region. Suggested routes for driving as well as listings of the top regional restaurants and hotels, in order to recover from the wine tasting. Besides excellent maps of different scales to find your way round the book has superb pictures so that you know what to expect. Alternatively, you may first want to use the book to browse through the various wine regions. Even without using the book as a travel guide it is very useful in locating wines and their vineyards.

Was this review helpful to you?   

16 of 16 people found the following review helpful:

★★★★★ **a must for travellers**, September 28, 1998
Reviewer: **Nick** from Rochester,NY
This books contains informative descriptions, combined with detailed maps, and beautiful pictures, covering all the major wine producing regions of France. In addition, the author includes his favorite vineyards for each region. This book is a must for anyone travelling to France or just interested in learning more about the wine producing regions of France. Included in each section are a few selections on where to eat and where to stay as well. Having personally taken this book on my most recent trip, I can give it my hearty endorsement.

Was this review helpful to you?  

## Customers who bought titles by Hubrecht Duijker also bought titles by these authors:

- Robert M., Jr Parker
- Christopher Fielden
- Clive, M. W. Coates
- Susan Herrmann Loomis
- Kermit Lynch

▸ **Explore similar authors**

## Auctions and zShops sellers and our other stores recommend:

- FRANCE-WAR-1871 (Current bid: $22.00)
- IGN Wine Country Map: Beaujolais Wine Region (Price: $12.95)

## So You'd Like To...

- Create A Romantic Evening For Two...: by Victoria Taylor Murray, (Author) "The Lambert" series

## Listmania!

- So You Dislike the French?: A list by ejm, a francophile who understands
- Après Mayle: A list by Laure-Madeleine, francophile
- How to Make God Do Your Bidding: A list by Joe Vitale, Famous author

## Look for similar books by subject:

**Browse for books in:**

- Subjects > Cooking, Food & Wine > Drinks & Beverages > Spirits
- Subjects > Cooking, Food & Wine > Drinks & Beverages > Wine > Wine & Winemaking
- Subjects > Travel > Europe > France > General

**Search for books by subject:**

- ☐ Wine and wine making
- ☐ France
- ☐ Guidebooks
- ☐ Cooking / Wine
- ☐ Cooking
- ☐ Beverages - Wine & Spirits
- ☐ Europe - France
- ☐ Travel
- ☐ Beverages - Non-Alcoholic

[ Find books matching all checked subjects ]

i.e., each book must be in subject 1 AND subject 2 AND ...

---

- **I have read this book, and I want to review it.**
- E-mail a friend about this item.
- Write a So You'd Like to... guide.
- Correct errors and omissions in this listing.
- Is there a specific product you'd like us to sell?
  Tell us about it.

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.
- See our animated demo!

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

Search [ Books ] for [            ] (GO!)

## Your Recent History

Learn More

### Recent Searches
- In All Products: hugh johnson

## Turn your past books purchases into $$$

**Learn more about selling at Amazon.com today!**

Top of Page

Text Only

**Books Search | Browse Subjects | Bestsellers | Magazines | Corporate Accounts**
**e-Books & Docs | New & Used Textbooks | Used Books**

Amazon.com Home | Directory of All Stores

Our International Sites: United Kingdom | Germany | Japan | France

Help | Shopping Cart | Your Account | Sell Items | 1-Click Settings

About Amazon.com | Join Our Staff

Conditions of Use | Privacy Notice © 1996-2002, Amazon.com, Inc. or its affiliates

The great wine regions of the world



## Wine Regions of the World

Wine is produced all over the world. Today, the finest wines originate anywhere from the famous, established vineyards of France, to the newer wineries of Australia and South America.

To learn more about a region, simply click on that area on the map below, or select from the list to the right.



### Wine Regions

- France
- Germany
- The Balkans
- Spain
- Portugal
- USA West Coast
- Chile
- Australia
- Eastern Asia
- Canada
- South Africa
- Italy
- United Kingdom
- New Zealand

### Sites of Interest:

Tasting Wine
Hosting a Tasting Party
History of Wine
Wine Accessories
Cork Cuisine
English Bubbly
Wine Online (UK only)

[ **Home | Regions | Climate And Wine | Vineyard Tours | Vineyard Seasons** ]

Questions or comments? Please contact our Web Master.
View the Terms of Use, Privacy Policy, or Security Policy.
Copyright © W3COMMERCE, Inc. 1997-2002. All rights reserved.

http://www.wine-regions-of-the-world.com/html/regions.html

6/29/02



# *The* ESSENTIAL WINE BOOK

FULLY REVISED AND UPDATED

## *Oz Clarke*

*"The Essential Wine Book . . . is the best introductory text to wine and the most enjoyable to read."*
—ROBERT M. PARKER, JR., *THE WINE ADVOCATE*

## AN INDISPENSABLE GUIDE TO THE WINES OF THE WORLD



# *The*
# ESSENTIAL
## WINE BOOK

**FULLY REVISED AND UPDATED**



AN INDISPENSABLE GUIDE
TO THE WINES OF THE WORLD

## *Oz Clarke*

A Fireside Book
Published by Simon & Schuster

# CONTENTS

F

FIRESIDE
Rockefeller Center
1230 Avenue of the Americas
New York, New York 10020

This edition © 1996, 1998 and 2001
Websters International Publishers
and Octopus Publishing Group.
Text © 1985, 1988, 1990, 1996, 1998 and 2001 Oz Clarke

All rights reserved, including the right of reproduction in
whole or in part in any form.

FIRESIDE and colophon are registered trademarks of
Simon & Schuster, Inc.

Colour separations by Columbia Offset, Singapore
Printed and bound in Hong Kong

This completely revised and updated edition, most
recently updated in 2001, was created and designed by
Websters International Publishers Limited,
Axe and Bottle Court,
70 Newcomen Street,
London SE1 1YT
in association with Octopus Publishing Group,
2-4 Heron Quays,
Docklands,
London E14 4JP, England.

*Associate Editorial Director*  Fiona Holman
*Project Art Director*  Nigel O'Gorman
*Editor*  Margaret Rand
*Map Designer*  Christopher Howson
*Maps*  European Map Graphics
*Photography*  Mick Rock/Cephas Picture Library
*Desktop Publishing*  Jonathan Harley
*Indexer*  Naomi Good
*Production*  Karen Smith

10 9 8 7 6 5

Library of Congress Cataloging-in-Publication Data
Clarke, Oz.
    The essential wine book / by Oz Clarke. – 3rd ed.
    320p. 27.2cm
    "A Fireside book."
    Includes index.
    1. Wine and wine making. I. Title.
    TP548.C575 1997
    641.2'2–dc20

ISBN 0-684-83064-7

Photographs:
Page 2  *New plantings on the shore of Lake Wanaka, in
        New Zealand's Central Otago region, are the
        world's most southerly vineyards.*
Page 3  *Chardonnay is undoubtedly the world's most
        popular white grape variety.*

Introduction                               6
The World of Wine                          8
Choosing Wine                             10
Tasting Wine                              14
Storing and Buying Wine                   18
Serving Wine                              20
From Vine to Wine                         22
Glossary                                  26
Vintage Guide                             28

**FRANCE**
Introduction                              30
Wine Regions                              32
Bordeaux                                  34
    The Médoc Region                      39
    Margaux                               45
    St-Julien                             46
    Pauillac                              48
    St-Estèphe                            49
    Haut-Médoc                            51
    Médoc                                 52
    St-Émilion                            53
    Pomerol                               57
    Graves and Pessac-Léognan            60
    Sauternes                             63
    Other Bordeaux Wines                  66
Burgundy                                  68
    Generic Burgundy Wines               72
    Chablis                               74
    Côte d'Or                             77
    Côte Chalonnaise                      87
    Mâconnais                             90
    Beaujolais                            93
Champagne                                 96
Rhône                                    106
    Northern Rhône                       107
    Southern Rhône                       112
Loire                                    116
    Muscadet/Pays Nantais                118
    Anjou                                120
    Touraine                             122
    Central and Upper Loire              124
    Sweet Loire Wines                    126
Alsace                                   128
Jura and Savoie                          133
Provence and Corsica                     134
Languedoc-Roussillon                     137
South-West France                        142

**GERMANY**
Introduction                             146
Wine Regions                             148
Mosel-Saar-Ruwer                         150
Rhine Valley                             155
    Ahr and Mittelrhein                  156
    Rheingau                             157
    Nahe                                 160
    Rheinhessen                          163
    Pfalz                                166
Baden-Württemberg                        169

Hessische Bergstrasse
Franken
Saale-Unstrut and Sachsen
Sweet German Wines

**ITALY**
Introduction
Wine Regions
North-West Italy
    Piedmont
    Valle d'Aosta
    Liguria
    Lombardy
North-East Italy
    Alto Adige
    Trentino
    Veneto
    Friuli-Venezia Giulia
Central Italy
    Tuscany
    Emilia-Romagna
    Marche
    Umbria
    Abruzzo and Molise
    Lazio
Southern Italy

**SPAIN**
Introduction
Wine Regions
North-East Spain
    Rioja
    Catalonia
North-West Spain
    Galicia
    Castilla y León
Central Spain
Southern Spain
    Sherry

**PORTUGAL 226**
Northern Portugal
Port and Douro Table Wines
Central Portugal
Madeira

**ENGLAND & WALES 234**

**SWITZERLAND 236**

**AUSTRIA 239**

**EASTERN EUROPE 244**
Czech Republic, Slovakia and CIS States
Hungary
Romania
Western Balkans
Bulgaria

Oz Clarke's perennial bestseller *The Essential Wine Book* is one of the most original and diverting wine volumes ever published. Now this conversational encyclopedia of wine, which provides complete coverage of all wine regions of the world, has been revised, updated, and expanded to reflect the latest changes in the fast-developing world of wine.

Clarke's extraordinary wine-tasting talents and eloquence combine in this beautifully illustrated book to produce a resource for every wine lover, whether a newcomer or a longtime aficionado. With his trademark combination of hard facts and breezy practical advice, Clarke outlines what makes each wine work—what it tastes like, why it's different from its neighbors, and most important, whether or not it is worth seeking out.

Each chapter covers a different wine-producing region of the world and includes:

- A lively introduction to the region, with useful maps and a full description of grape varieties cultivated and wine styles produced
- Evocative descriptions of the taste of the region's wines, explanations of how to read the local wine labels, evaluations of recent vintages, and recommendations for enjoying these wines with food
- Vintage ratings and tasting notes, along with useful summaries of the value-for-money and availability of specific wine styles



OZ CLARKE is one of the world's most celebrated wine authorities, distinguished for a unique writing style that renders his books both entertaining and informative. Renowned worldwide for his virtually infallible palate, accessible writing, and down-to-earth wine criticism, he has twice received the prestigious Glenfiddich Wine Writer of the Year Award. His books have gathered countless prizes, including the Glenfiddich Drink Book of the Year Award, the André Simon Wine Book of the Year Award, the James Beard Award, the Wine Guild Premier Award, and most recently a Julia Child Cookbook award. He is also host of the multimedia CD-ROM *Oz Clarke's Wine Guide*. He lives in London.

A FIRESIDE BOOK
Published by Simon & Schuster New York

Cover design by Timothy Hsu
Cover photograph by Steve Marwood



02972200

U.S. $22.00
Can. $32.50

52200

9 780684 830643

ISBN 0-684-83064-7

# INTRODUCTION

Looking back to the first edition of this book. I marvel at how much has changed in 15 years, how many wine regions then thought of as unimportant now play vital roles in our wine-making, how many grape varieties then unheard of now proudly offer us an ever-growing choice of flavours, and how many winemakers and wineries that barely existed then, if indeed they did at all, are now exciting players in the thrilling, challenging modern world of wine.

But one thing hasn't changed, and that is my attitude to wine and wine-drinking. I love to exult in it! I love to find the fun in it before I check the facts of it. I love to immerse myself in the endless varieties of flavours and scents, I love to feel my heart beat with the sheer joy of it before I settle into the whys and wherefores of the world of wine. My approach has always been one of unashamed enthusiasm, hedonism if you like. I see wine as fun, as friendship, as laughter and jokes, frivolity and passion all hurled into the cauldron of pleasure – and what will the end result be? I don't always know, but I do know I will have had fun.

Of course, part of the pleasure I gain from wine is increasing my knowledge, not only of the old classic regions and their wines, where you reach back into the experience of generations past as you attempt to understand that quality, but also of the new. For me, a new wine region may be one where a dozen years ago there was nothing but virgin soil, uncleared forest and scrub and yet a lone visionary gazed upon the vacant slopes and dreamed of greatness. Or it may be vineyards neglected and forlorn, rejected by fashion, abused rather than used by whoever still deigned to harvest their grapes and make their wine. Until someone determines to resurrect past glories, maybe in an ancient style, maybe in a style that is radical and new and completely unrelated to what went before.

Ancient and modern, radical or reactionary, I try to cover it all in this book. And I try to cover everything from the viewpoint of the consumer. Many wine books are written from the viewpoint of the producers and sellers of wine. I write about wine as a consumer, because I love wine and all it stands for. When I first wrote about wine I was a singer in London's West End stage seeking out bargains for myself and my cronies to drink at our backstage parties. Actors and singers are a

demanding lot, and I quickly learnt there was no point in bringing them back anything that was overpriced and underflavoured. I've never lost that attitude. I still care more about the flavour than the label, more about the wine's personality than the pedigree of the owner's family.

Even so, you'll find it all in here – the good, the bad and the ugly. The areas that are exciting, the areas that are underperforming - you'll find them in here. The vintages that are generally delicious, and the ones that bombed – you can find out here. The wines that need to age, the wines that wouldn't dream of it – you'll get my views on every page.

And hopefully they will all lead you to making up your own mind about what you like and don't like – and developing both the courage to stand up for your preferences and the openmindedness to accept that just because you don't like a wine, it doesn't mean that someone else won't find it delightful. And so long as we do all stand up for our rights as wine drinkers, the world of wine can only get better and better. Less than a generation ago, wine producers rarely considered the consumers' likes and dislikes. A mere decade ago the new age of wine consumer was born – opinionated, knowledgeable, enthusiastic yet demanding; prepared to pay for what they liked and pay well, prepared to refuse the stale, the musty, the lazily concocted and the dishonest – however famous the region, however pretentious the label. This consumer army now leads the world of wine, and the producers react by bringing out better flavours at fairer prices than ever before.

That's the modern world of wine, and this book is your essential guide to that modern world of wine.

32 FRANCE

# WINE REGIONS

France started off by influencing the New World – even now, if you ask many an Australian or Californian winemaker about the models for his wine, he will name a village or two in Bordeaux or Burgundy. But then the New World began to have an influence on France. New wine-making techniques filtered in. The use of new oak barriques, introduced to the New World by Bordeaux and Burgundy, became so fashionable that other French regions have decided that they, too, want that rich, buttery taste in their wines, and most recently the south of France has started producing wines, often under simple Vin de Pays labels, that are every bit as upfront and fruity as their equivalents from South Australia or the Napa Valley. The wine world has got smaller. But still, no matter to which style you turn, France is there. And without ever admitting that she cares what other countries do, she still manages to absorb the best of what she sees.

So let's take a quick look around France's wine regions. In the far north Champagne uses classic grape varieties – Pinot Noir, Pinot Meunier and Chardonnay – to make lean, barely ripe still wine which is the perfect base for the greatest of sparkling wines. Just to the east, a rainshadow under the Vosges mountains allows Alsace to make intensely perfumed, yet dry wines from such Germanic grapes as Riesling and Gewürztraminer.

Away from the German border, south of Paris, begins one of the most contentious, passionately involving wine regions of the world – Burgundy. The whites, from the Chardonnay grape, range from the frosty, steely chill of Chablis to the power, ripeness and beauty of the Côte d'Or, where there are wines that combine honeyed richness with savoury fragrance in a way that has had two generations of winemakers across the globe wearing their fingers to the bone trying to reproduce them. Also on the Côte d'Or the Pinot Noir does its best to disprove its reputation as one of the two greatest red wine grapes in the world, but in the hands of the top growers makes wines of such haunting, perfumed brilliance that one is almost prepared to forgive the many mediocre bottles.

A short leap south to the Rhône and it is the Syrah's turn. This dark, strong, pungent grape makes the great red wines of Hermitage and Côte-Rôtie, as well as contributing to a host of others. Along France's warm Mediterranean coast, in Provence and Languedoc-

Roussillon, the vine grows almost too easily and vast quantities of ordinary red and white wine are made. But the region is undergoing a revolution and there are many exciting, modern wines being made from international varieties led by Cabernet Sauvignon, Merlot, Syrah and Chardonnay.

On the south-west coast is the Mecca for red wine makers: Bordeaux. Any red wine maker who wishes to be admitted to the international top rank must sooner or later try his hand at Cabernet Sauvignon. The sweet wines of Sauternes, too, are indisputably some of the world's greatest dessert wines. Bordeaux's maritime climate also influences the great rivers of the Dordogne, Lot, Garonne and Tarn and here in the South-West, a colourful ragbag of grape varieties is used to make almost every wine style imaginable.

Finally, turning back north again, the Loire Valley offers a wide range of wines from different grapes. Loire Sauvignons used to set the standard for tangy, fresh whites; now, since New Zealand has shown what she can do, the Loire must share the honours.

The other way in which France has set the pace for the world is in its Appellation d'Origine Contrôlée laws. Except in Germany, these have formed the basis for demarcation systems elsewhere in Europe and in North America and the southern hemisphere.

## CLASSIFICATIONS

French wine is divided into four categories.
**Vin de table** or table wine is the most basic level. The regulations governing its production are minimal.

**Vin de Pays** Literally, 'Country Wine'. This category was created to improve the general level of basic table wine by giving the best of it a regional identity, and in this it has succeeded superbly. There are now almost 100 Vins de Pays. Quality is variable, from the dreadful to the superb, so buy from a reliable retailer. There are limits on yields but regulations are far more relaxed than for VDQS or AC wines. There are three levels: **Vins de Pays Régionaux** are four areas which between them carve up most of France's vineyards: Vin de Pays du Jardin de la France covers the Loire Valley; Vin de Pays du Comté Tolosan includes the South-West (but not Bordeaux); Vin de Pays des Comtés Rhodaniens applies to the northern Rhône and Savoie; and Vin de Pays d'Oc (a nam-



ENGLISH
CHANNEL

RENNES ●

●NANTES    ●TOU
LOIRE

ATLANTIC
OCEAN

●BORDE
BORDEA

SOUT

N

0 km    1
0 miles

**WINE REGIONS OF FRANCE**
- Champagne
- Lorraine
- Alsace
- Burgundy
- Jura
- Savoie
- Rhône Valley
- Provence
- Corsica
- Languedoc-Roussillon
- South-West
- Bordeaux
- Loire Valley

appearing on a lot of good-value wines t days) is for Provence and the Midi. **Vins Pays Départementaux** cover a si département: Vin de Pays de l'Aude example. **Vins de Pays de Zone** are most tightly controlled and can apply to a as small as a single commune. Vin de Pay l'Uzège, for example, is for wines from locality of Uzès in the Gard department.

**Vin Délimité de Qualité Supéri (VDQS)** This is a kind of junior Appell Contrôlée. There are rules governing yi grape varieties and the like, but they are strict than they would be for AC wines. S wines are VDQS rather than AC because wrong grapes are grown in the right place example, Sauvignon de St-Bris is V because it is made from Sauvignon Blan the Burgundy area, where the only w wines accorded AC status are Chardon and Aligoté. Others are VDQS because

n, the vine grows almost too easily
quantities of ordinary red and white
made. But the region is undergoing
tion and there are many exciting
wines being made from international
led by Cabernet Sauvignon, Merlot
d Chardonnay.

ie south-west coast is the Mecca for
e makers: Bordeaux. Any red wine
ho wishes to be admitted to the inter-
top rank must sooner or later try his
Cabernet Sauvignon. The sweet wines
mes, too, are indisputably some of
d's greatest dessert wines. Bordeaux's
climate also influences the great
the Dordogne, Lot, Garonne and
here in the South-West, a colourful
f grape varieties is used to make
very wine style imaginable.

y, turning back north again, the Loire
fers a wide range of wines from dif-
apes. Loire Sauvignons used to set
dard for tangy, fresh whites; now
w Zealand has shown what she can
oire must share the honours.

ther way in which France has set the
the world is in its Appellation d'Orig
rôlée laws. Except in Germany, these
rmed the basis for demarcation
elsewhere in Europe and in North
and the southern hemisphere.

**FICATIONS**

rine is divided into four categories.
**able** or table wine is the most basi
e regulations governing its produ
minimal.

**Pays** . Literally, 'Country Wine'. Thi
was created to improve the general
basic table wine by giving the best of
onal identity, and in this it has suc
uperbly. There are now almost 100
Pays. Quality is variable, from the
to the superb, so buy from a reliable
There are limits on yields but regula
far more relaxed than for VDQS o
s. There are three levels: **Vins de**
**gionaux** are four areas which
them carve up most of France's vine
n de Pays du Jardin de la France cov
oire Valley; Vin de Pays du Comté
includes the South-West (but no
); Vin de Pays des Comtés Rhô
applies to the northern Rhône and
and Vin de Pays d'Oc (a name

**WINE REGIONS OF FRANCE**

- Champagne
- Lorraine
- Alsace
- Burgundy
- Jura
- Savoie
- Rhône Valley
- Provence
- Corsica
- Languedoc-Roussillon
- South-West
- Bordeaux
- Loire Valley

*ENGLISH CHANNEL*

CHAMPAGNE  LORRAINE  STRASBOURG
● Paris
ALSACE
RENNES ●
DIJON ●
● NANTES ● TOURS●   BURGUNDY
LOIRE VALLEY          JURA
*ATLANTIC OCEAN*       SAVOIE
                      ● LYON
● BORDEAUX           RHÔNE
BORDEAUX             VALLEY
SOUTH-WEST ● TOULOUSE     PROVENCE
          LANGUEDOC-   ● MARSEILLE
          ROUSSILLON
               MEDITERRANEAN SEA

CORSICA

N
0 km  100    300   500
0 miles    100

appearing on a lot of good-value wines these
days) is for Provence and the Midi. **Vins de
Pays Départementaux** cover a single
department: Vin de Pays de l'Aude, for
example. **Vins de Pays de Zone** are the
most tightly controlled and can apply to areas
as small as a single commune. Vin de Pays de
l'Uzège, for example, is for wines from the
locality of Uzès in the Gard department.

**Vin Délimité de Qualité Supérieure
(VDQS)** This is a kind of junior Appellation
Contrôlée. There are rules governing yields,
grape varieties and the like, but they are less
strict than they would be for AC wines. Some
wines are VDQS rather than AC because the
wrong grapes are grown in the right place; for
example, Sauvignon de St-Bris is VDQS
because it is made from Sauvignon Blanc in
the Burgundy area, where the only white
wines accorded AC status are Chardonnay
and Aligoté. Others are VDQS because the

general standard of the wines is not yet good
enough for promotion to full AC status.

**Appellation d'Origine Contrôlée (AC)**
This is the top designation for French wines.
The area of each AC is determined by *terroir*,
a French term that covers soil, aspect and cli-
mate. Appellation rules then govern the grape
varieties allowed, the permitted yields (notori-
ously elastic, this), the alcohol level of the
wines, the methods of pruning and picking,
the density of planting and the wine-making.
Sometimes bottling in the region of produc-
tion is mandatory. All AC wines have to be
submitted to a tasting panel to make sure they
are typical of the appellation – but an AC des-
ignation is not in any way a guarantee of
quality. It merely guarantees that the wine has
been produced in accordance with the rules,
which is not the same thing at all. The con-
sumer's best guarantee of quality is the name
of the producer on the bottle.

# WINE REGIONS

Well, it's happening at last. So let me say it, loud and clear: the Germans are revolting. Not all of them, of course. It's only the best growers who have started to take the law into their own hands and make their wine the way they want, whatever the regulations say. Their reasoning is that it is these regulations that have ruined the image of German wine abroad. They say that the same wine law that should be upholding standards is in fact responsible for lowering them to the lowest common denominator. And frankly, I agree with them.

The problem is not so much the minute delimitation of the whole of Germany, vineyard by vineyard, and the corresponding morass of single-vineyard names that this produces. Once you know that the first word of a two-word name on a wine label is the village, and the second the vineyard, you've more or less got that system cracked. The problem is that there are larger areas, called Grosslagen, which have names that sound suspiciously like single vineyards – Niersteiner Gutes Domtal, for example. Nierstein is a village that can produce very fine wine indeed – but Gutes Domtal is an area so large, and is sold at a price so low, that the wine is never more than rock-bottom quality. It is most emphatically not to be compared to a single-vineyard wine from Nierstein – but to 99 per cent of consumers it sounds just the same. Sneaky – or sneaky?

Then there are still larger wine areas called Bereiche. These, again, often borrow the name of their most famous village – like Bereich Bernkastel. The village of Bernkastel produces some of Germany's finest wines – but wine sold under the Bereich Bernkastel name has probably never even been within shouting distance of Bernkastel, and will not even have a fraction of its quality.

Add to this the enormous yields from inferior grape varieties that are the bane of most German wine regions (of which there are 13 – see the map opposite) and you have ever-increasing amounts of wine that have to be shipped at ever-lower prices. The only way to escape the pressure of this downward spiral, if you want to make good wine, is to do what you believe in and sell your wine at the prices it needs – which means high – to the discerning few.

What the leading growers are doing is imposing stricter rules on themselves than the law requires. This applies to yields, minimum

ripeness levels, how the vines should be pruned and so on. A few are maturing their wines in new oak barrels and then selling them as (high-priced) Tafelwein, or table wine. Others have banded together to classify the best vineyards in the best areas – as far as German wine law is concerned, all vineyards are equal, but commonsense tells us that this can't be true.

These growers are also fussy about the vines they grow. In most of Germany the Riesling stands head and shoulders above any other grape: it's one of the world's classic grapes. Only in Franken, where Silvaner can be excellent, and in Baden, where the whole Pinot family flourishes, should the Riesling take a back seat. But one of the German wine industry's biggest projects is research into new vine varieties that will reliably produce large crops in the country's cool climate. Yes, you can do that – but you sacrifice the quality that you get with Riesling. And large yields of inferior wine are, as I've said, the main reason why the reputation of German wine has disappeared where too many of its wines should have been put – down the drain.

## CLASSIFICATION

German wine law makes no distinctions of quality between vineyards. Instead the wines are classified according to the ripeness of the grapes and measured by their must weight or sugar level.

Sugar levels are measured in degrees Oechsle, a measure of how much heavier a litre of grape juice is than a litre of water. Thus, a reading of 95° Oechsle means that a litre of the grape juice in question is 95 grams heavier than a litre of water. The extra weight is that of the natural grape sugar, so the riper the grapes, the higher the reading and the greater the potential alcohol.

**Tafelwein** is basic table wine, usually a low-quality blend. 'Deutscher Tafelwein' must be German; EU Tafelwein can be a blend of anywhere in the EU and should be avoided.

**Landwein** was introduced as the equivalent of France's Vin de Pays, but has never really taken off. Quality is not exciting.

**Qualitätswein bestimmter Anbaugebiete (QbA)** Quality Wine from a Designated Region – the equivalent of French AC, although QbA quality probably plumbs

greater from

**Qualit** where six Pr wines alway

**Kabi** driest sweet dry) c

**Spät** usuall Again

**Ausle** extra may quite or Tr



WINE REGIONS OF GERMANY
Quality wine regions
- Ahr
- Mittelrhein
- Mosel-Saar-Ruwer
- Rheingau
- Nahe
- Rheinhessen
- Pfalz
- Hessische Bergstrasse
- Franken
- Württemberg
- Baden
- Saale-Unstrut
- Sachsen

vels, how the vines should be
l so on. A few are maturing
ew oak barrels and then selling
high-priced) Tafelwein, or table
s have banded together to classify
eyards in the best areas – as far as
ne law is concerned, all vineyards
but commonsense tells one that
: true.

rowers are also fussy about the
grow. In most of Germany the
ds head and shoulders above any
: it's one of the world's classic
y in Franken, where Silvaner car
t, and in Baden, where the whole
y flourishes, should the Riesling
seat. But one of the German wine
biggest projects is research into
arieties that will reliably produce
in the country's cool climate. Yes
that – but you sacrifice the quality
with Riesling. And large yields of
e are, as I've said, the main reason
outation of German wine has dis
here too many of its wines should
out – down the drain.

**ATION**

ne law makes no distinctions
veen vineyards. Instead the wine
d according to the ripeness of the
measured by their must weight

vels are measured in degrees
measure of how much heavier
e juice is than a litre of water
ding of 95° Oechsle means that
rape juice in question is 95 gram
a litre of water. The extra weight
e natural grape sugar, so the rip
the higher the reading and the
potential alcohol.

is basic table wine, usually a low
d. 'Deutscher Tafelwein' must
: Tafelwein can be a blend of any
e EU and should be avoided.

was introduced as the equivalent
Vin de Pays, but has never real
uality is not exciting.

ein bestimmter Anbaugebiet
ality Wine from a Designated
the equivalent of French A
QbA quality probably plumb

greater depths, more regularly. But a QbA
from a good grower will be a safe buy.

**Qualitätswein mit Prädikat (QmP)** This is
where the quality gets interesting. There are
six Prädikats, or special attributes, and the
wines get steadily rarer, usually sweeter and
always more expensive:

**Kabinett** Wine made from ripe grapes. The
driest and lightest of the lot. It will be semi-
sweet unless the label says 'Halbtrocken' (half
dry) or 'Trocken' (dry).

**Spätlese** Wine from late-picked grapes. It is
usually sweetish, though not very sweet.
Again, it can be Halbtrocken or Trocken.

**Auslese** Made from selected bunches of
extra-ripe grapes. In the warmest years there
may well be some noble rot. Auslesen can be
quite sweet; a few are made as Halbtrocken
or Trocken.

**Beerenauslese** Made from individually
selected berries. They should be nobly rotten,
and the wines will be sweet and luscious.

**Trockenbeerenauslese** Made from indi-
vidually selected berries that are shrivelled
with noble rot. TBAs are intensely sweet and
long-lived – and expensive. To make a single
bottle takes the grapes of six to eight vines. If
you were going to make cheap commercial
wine you'd expect at least 15 to 20 bottles
from that number of vines.

**Eiswein** Made from grapes that have frozen
on the vine, when the temperature drops to
-6°C. When they are pressed – still frozen –
the water is left behind in the form of ice and
only the intensely sweet juice – too full of
sugar to freeze – comes off the press. Yields
are tiny, and the risk of losing the whole crop
is large, since the grapes must stay on the vine
until December or even January. The wine is
fearfully rare, fearfully expensive.

180 ITALY

# WINE REGIONS

Italian wine has an image – carefree, happy-go-lucky – that is pretty much identical to the popular image of the Italians themselves. Some of the wines fit the image but the greatest wines don't. These can be serious, even sombre wines, that take years of patient waiting before they reveal their hidden complexities. Doesn't sound very Italian, does it?

Then there are wines that come from cool, hilly vineyards where the grapes only just ripen, and where the wines may be aged in French oak – and where some of the wines may be made from French vine varieties. That doesn't sound very Italian, either. And then there are the whites made by ultra-modern methods to produce clean, neutral wines with no personality. That sounds even less Italian.

What all this means is that Italian wine is a far more complex subject than a quick look at the most famous names would suggest. For a start, while wine might be the natural accompaniment to every meal in Italy, fine wine is made only in certain areas – and they are not as many as the proliferation of DOCs would suggest. Piedmont in the north-west makes sensational reds in Barolo, Barbaresco and Dolcetto, and light, frothing fizz in Asti. The mountainous Alto Adige, where the language of choice for many of the locals is German, makes clean, light whites from Chardonnay, Pinot Bianco, Traminer and others (in fact the village of Tramin, from which the grape is supposed to have taken its name, is situated here). Go further east and we reach the Veneto where Valpolicella, Soave and Bardolino originate. All these can be fine wines, although the versions most commonly found can make this hard to believe. Friuli-Venezia Giulia, pushing up against the Slovenian border, makes wines of almost every conceivable style and colour.

In Tuscany there is Chianti, Chianti and more Chianti, plus Brunello di Montalcino, Vino Nobile di Montepulciano and Carmignano – superb reds, all of them – and rather duller whites from the Trebbiano grape that straggles over most of Italy and doesn't make anything of much interest anywhere. And if all these weren't enough, Tuscany is the home of the 'Super-Tuscans', the ultra-smart Vino da Tavolas that glory in their humble designation and charge higher prices than most top DOC wines. Why do they do it? Because they think the Italian wine law got it wrong when, in 1963, it laid the foundations of the present classification. They decided,

during the 1970s and 1980s, that they wanted to use French vines like Cabernet Sauvignon, mature their wines in small new oak barriques and generally make wines that, while still Italian in character, had a more international style to them. Now the law has changed, and is prepared to welcome these rebels back with open arms. They can even apply for their own personal DOCs if they like. But will they want to? So far there's not much of a queue.

Even the south, for long a source of cheap, alcoholic red ideal for filling the European wine lake and for bolstering weaker blends from further north, has some surprises. Nowadays it's the home of some characterful inexpensive wines, like Salice Salentino and Copertino.

This is not to suggest that the story of Italian wine is one of unmitigated success. If only. All too often in this great country, the true potential is not being realized, the astonishing flavours that are possible are being cast aside for neutrality or wasted through idle malpractice. Traditional wine-making methods have much in their favour, yet are frequently abused to produce tired, fruitless wines; and the most modern methods don't always get it right, either. But between these two extremes there are gems to be discovered. And it is the weird, wild flavours pining to be coaxed out of these finest wines which the world should be getting.

## CLASSIFICATION

Italy has a new wine law, the 1992 Goria Law. The idea was to sort out the anomalies of the existing law, and bring more wines under its wing; until it was passed only about 13 per cent of the whole Italian wine harvest was covered by the DOC rules compared with France where 55 per cent of the crop is covered by the Appellation Contrôlée regulations, with Germany's massive 98 per cent. Even Spain can muster 35 per cent.

There are four designations of Italian wine:

**Vino da Tavola** This most basic quality classification has perversely also been appropriated by some of the country's best producers, who believe that the wine law prevents them from making their wine as well as they want to. These 'Super-Vini da Tavola' are bound by the Vino da Tavola rules and may not indicate region or grape variety on the label – but the name of the producer and the brand name (and the price) say it all. The Goria Law allows these wines to become

VALLE D'AOSTA

PIEDMONT

TURIN

LIGURIA

SARL

WINE REGIONS OF
Main DOCG/DOC wi
■ North-West Italy
■ North-East Italy
□ Central Italy
□ Southern Italy
■ Sicily
□ Sardinia

DOC. One of
taken advant.

**Indicazione**
new level of
French Vin d
gent than for

**Denominiza
(DOC)** This
Appellation C
graphical ori
ing methods
requirements
improved sin
many others

Case 2:06-cv-00882-MHT-TFM    Document 107-5    Filed 08/24/2007    Page 43 of 54



Main DOCG/DOC wines

| | |
|---|---|
| 1 Barolo | 16 Salice Salentino |
| 2 Barbaresco | 17 Cirò |
| 3 Asti, Moscato d'Asti | 18 Alcamo |
| 4 Valpolicella | 19 Marsala |
| 5 Soave | 20 Cannonau di Sardegna |
| 6 Alto Adige | Vermentino di Sardegna |
| 7 Colli Orientali del Friuli | |
| 8 Collio | |
| 9 Chianti Classico | |
| 10 Brunello di Montalcino | |
| 11 Vino Nobile di Montepulciano | |
| 12 Verdicchio dei Castelli di Jesi | |
| 13 Montepulciano d'Abruzzo | |
| 14 Frascati | |
| 15 Aglianico del Vulture | |

WINE REGIONS OF ITALY
Main DOCG/DOC wine areas
North-West Italy
North-East Italy
Central Italy
Southern Italy
Sicily
Sardinia

is and 1980s, that they wanted ...ines like Cabernet Sauvignon, ...es in small new oak barriques ...ake wines that, while still Ital... ..r, had a more international ...ow the law has changed, and ... welcome these rebels back... . They can even apply for their ...OCs if they like. But will they ...here's not much of a queue. ...th, for long a source of cheap, ...leal for filling the European ...for bolstering weaker blends ...h, has some surprises. Nowa... ...ne of some characterful inex... ...like Salice Salentino and

...suggest that the story of Ital... ... of unmitigated success. If ...en in this great country, the ...ot being realized, the aston... ...at are possible are being cast ...ity or wasted through idle ...litional wine-making meth... ...in their favour, yet are fre... ...to produce tired, fruitless ...nost modern methods don't ...t, either. But between these ...re are gems to be discov... ... weird, wild flavours pining ...of these finest wines which ...be getting.

N

...ne law, the 1992 Goria Law, ...rt out the anomalies of the ...bring more wines under its ...passed only about 13 per ...: Italian wine harvest was ...DOC rules compared with ...er cent of the crop is cov... ...ellation Contrôlée regula... ...ny's massive 98 per cent. ...ster 35 per cent.

...designations of Italian wine: ...This most basic quality ...erversely also been appro... ...the country's best produc... ...tat the wine law prevents ...their wine as well as they ...uper-Vini da Tavola' are ... da Tavola rules and may ...or grape variety on the ...e of the producer and the ...the price) say it all. The ...these wines to become

DOC. One of the most famous, Sassicaia, has taken advantage; most others so far haven't.

**Indicazione Geografica Tipica (IGT)** This new level of table wine is based on the French Vin de Pays. The rules are less stringent than for DOC.

**Denominazione di Origine Controllata (DOC)** This level is similar to France's Appellation Contrôlée laws and regulates geographical origin, vine varieties, yields, pruning methods, alcoholic strength and aging requirements. Although many wines have improved since the introduction of DOC, many others have found themselves caught in

a time warp, as the DOC rules serve to preserve existing traditions, while innovation has been flooding through the rest of the world.

**Denominazione di Origine Controllata e Garantita (DOCG)** This was introduced as a higher tier of DOC as a way of recognizing the finest Italian wines, and is supposed to provide some sort of guarantee of quality as well as of provenance. The restrictions are tighter and the wine has to be tasted and analyzed by a panel of judges. The first wine was not promoted to DOCG until 1980, and there are still only 15 of them –, and frankly they're not all of equal quality. Politics intruded here, just as it always seems to.

256 USA

# WINE REGIONS

As far as we can judge, there have always been vines in North America. Lief Ericsson, the Viking explorer, found wild vines in profusion when he landed on the north-east coast and named it Vinland; several hundred years later, the colonists of Virginia and Carolina set about making wine out of them.

They failed. Well, no, they didn't fail. The grapes fermented and turned into wine. But the wine didn't taste like anything those colonists could recognize as wine.

So as early as 1619 cuttings from European vines were used. They rooted and they grew; and then they died. It happened every time. Wine made from the native grapes didn't taste particularly nice; yet European vines turned up their noses. What those early colonists were seeing was a rehearsal of what was to happen in Europe, centuries later.

Wines from the native grapes didn't taste the same as European wines because the vines were of different species. European grape vines are *Vitis vinifera*; those native to north America are of various species, particularly *Vitis labrusca*. They lived where European vines could not because they were immune to a minute insect that during a phase of its life cycle lives on the vine roots and sucks the life out of them. The European vines, faced with this louse (later named *Phylloxera vastatrix*) had no natural immunity and succumbed.

When European vines were first planted on the West Coast, however, they lived. Those first plantings were of Mission grapes, tended by missionaries. But phylloxera in due course spread across the continent, and was spotted in California in 1873, just ten years after its first appearance in France.

However, North America, having exported the pest to the world, was also able to supply the cure. Rootstocks from those very vines [ ] wine had so disgusted the early [ ]sts are now used, specially bred, all [ ]the world, and European vines are [ ]d on to them.

[ ]itis labrusca grapes are still used for wine [ ]he eastern seaboard and in some of the [ ]hern states, where the climate is problem-[ ]l for vinifera vines. In New England it can [ ]painfully cold in the winter for vinifera [ ]es, although they are on the increase. In [ ] south the problem is the opposite: too [ ]uch heat and humidity in the summer, too [ ]tle chill in the winter. So when I say that wine is made in almost all the states of the

USA, I don't necessarily mean wine on the French model of Cabernet Sauvignon, Pinot Noir and Chardonnay. To find these vines and indeed to find the wines with which the USA has made her international reputation you will have to look in only a few places.

First and foremost, there's California. The Gold Rush of 1849 kick-started the vinous careers of the Napa and Sonoma Valleys, and the hotter San Joaquin Valley, further east. Then there's Oregon, where viticulture only really got started as late as the 1970s, was hyped too early and is now fighting to hold on to its reputation of being the USA's prime source of Pinot Noir. Washington State is just as young, indeed still young enough to warrant the label of 'emerging'. And then on the East Coast there's New York State, where the growers are beginning to find ways round their climate.

But I've jumped an awful lot of time. It wasn't all plain sailing between the conquest of phylloxera and the time when California wines started to take us all by storm. There was the little matter of Prohibition, when between 1919 and 1933 alcohol actually became an illegal drug in the USA.

The acreage of land under vine actually increased during Prohibition. It sounds daft, but there you are. Grape-growing wasn't forbidden, only the manufacture of wine – and even that wasn't actually forbidden if you did it in the privacy of your own home, using yeast and bought grape concentrate or even bought fresh grapes. Some commercial wine-making was allowed, too, for altar wine. Even so, from producing 55 million gallons of wine just before Prohibition, the USA produced only 3.5 million gallons in 1925. And this wasn't wine designed to tickle the palates of connoisseurs. Instead it was cheap and alco-holic and produced from inferior varieties. There was a lot of Alicante Bouschet and Thompson Seedless grown, neither of which is usually allowed near a serious winery. In order to survive (and most wineries didn't) wineries had to give up all thought of making decent wine. It was a period that did nothing to train the national palate.

After Repeal came the Depression and World War Two, so not until the 1970s did a new, revivified California wine industry start to take shape; and then it hit the headlines almost immediately. In 1976, at a blind wine tasting in Paris, Chateau Montelena Chardon-nay 1973 beat top white Burgundies into a

on't necessarily mean wine on the
model of Cabernet Sauvignon, Pinot
Chardonnay. To find these vines —
—d to find the wines with which the
made her international reputation —
have to look in only a few places.
nd foremost, there's California. The
h of 1849 kick-started the vinous
the Napa and Sonoma Valleys, and
San Joaquin Valley, further east.
e's Oregon, where viticulture only
started as late as the 1970s, was
early and is now fighting to hold
eputation of being the USA's prime
Pinot Noir. Washington State is just
indeed still young enough to war-
bel of 'emerging'. And then on the
there's New York State, where the
re beginning to find ways round
re.

jumped an awful lot of time. The
lain sailing between the conquest
era and the time when California
ed to take us all by storm. There
ttle matter of Prohibition, when
919 and 1933 alcohol actually
illegal drug in the USA.
eage of land under vine actually
uring Prohibition. It sounds daft,
ou are. Grape-growing wasn't for-
y the manufacture of wine – and
asn't actually forbidden if you did
ivacy of your own home, using
ought grape concentrate or even
grapes. Some commercial wine-
allowed, too, for altar wine. Even
ducing 55 million gallons of wine
Prohibition, the USA produced
llion gallons in 1925. And this
designed to tickle the palates of
. Instead it was cheap and alco-
produced from inferior grapes.
lot of Alicante Bouschet and
eedless grown, neither of which
owed near a serious winery. In
vive (and most wineries didn't)
to give up all thought of making
It was a period that did nothing
ational palate.
eal came the Depression and
wo, so not until the 1970s did a
d California wine industry start
; and then it hit the headlines
liately. In 1976, at a blind wine
s, Chateau Montelena Chardon-
t top white Burgundies into a



USA AND CANADA WINE REGIONS
■ US AVA and other wine areas
■ Canada VQA and other wine areas

cocked hat. Stag's Leap Cabernet Sauvignon
1973 did the same for the reds, beating lead-
ing red Bordeaux (to the apoplectic fury of
the French). California wine was on its way. It
hasn't looked back since.

## CLASSIFICATION

An official classification of any sort is a new
and still controversial idea in the American
wine industry. In the early days no-one knew
or cared where a bottle of wine came from –
or how it was labelled. If it was white it might
be called 'Chablis' or 'Sauternes', if it was red,
then it must be 'claret' or 'burgundy'. If it was
fizzy it was 'Champagne'.

Such borrowings are all very well for a
local, infant industry, but when, in the 1970s,
California wine grew serious and American
wine began to hold its own at international
level, a better system was needed. Accord-
ingly, the first home-grown legislation came
in 1983 with the introduction of the first
American Viticultural Areas, or AVAs.

Based, like French Appellations Con-
trôlées, on topography, climate and soil types,
AVAs do not attempt, unlike their European
counterparts, to regulate grape varieties,
wine-making methods or vineyard yields.
They are thus purely an indication of origin. It
is highly debatable whether most AVAs have
their own identifiable character: from the con-
sumer's point of view the name of the pro-
ducer is probably a surer guide. There are
now nearly 130 AVAs, of which more than
half are in California.

## MAJOR LABELLING REQUIREMENTS

**Grape variety** Varietal labelling is most
common in the United States. If a variety is
named on the label then 75 per cent of the
blend must be of that variety. In Oregon the
figure is 90 per cent, with an exception being
made for Cabernet Sauvignon, where a mini-
mum of 75 per cent is permitted to allow for
Bordeaux-type blends which commonly use
this variety.

**Region of origin** The winery and region of
origin also appear on the label. If an AVA is
named on the label, then 85 per cent of the
grapes in the wine, regardless of variety, must
come from that AVA. If a county is named, the
minimum figure is the same. If the wine is a
varietal 75 per cent of the named variety must
come from the named AVA. (AVAs and coun-
ties do not generally coincide.) If the label
simply names a state, then 100 per cent of the
wine must come from that state. At the most
basic level if the source is given simply as
'America', then the wine can be a blend of
grapes from two or more states.

**Health warning** These have to be displayed
not just on the label but also, prominently, in
the winery (puritanical values die hard). The
presence of sulphites must be stated on the
label: sulphur dioxide, used as a preservative
and anti-oxidant in wine-making, is a sul-
phite. Labels also must warn pregnant women
or those in charge of heavy machinery against
the consumption of the contents.

Docket No. 031998.2090

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| In the application of: | Trademark Atty:    Jason F. Turner, Esq. |
| Winery Exchange, Inc. (formerly | Law Office:       108 |
| Wineryexchange.com) | Office Action Mailing Date: |
| Mark:       REGIONS | July 1, 2002 |
| Serial No.:    76/242955 | |
| Filing Date:    April 17, 2001 | |

BOX RESPONSES NO FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

### REQUEST FOR RECONSIDERATION PURSUANT TO C.F.R. §2.64(a)

Applicant Winery Exchange, Inc. ("Applicant") hereby requests

reconsideration in connection with the final Office Action No. 2, dated July 1, 2002,

issued for the above-referenced application.  Applicant provides recently available,

additional information that it believes directly addresses the Examining Attorney's

objection, and provides further grounds to support the withdrawal of the Examining

Attorney's objection.  Concurrently with this request for reconsideration and out of an

abundance of caution, Applicant did file a Notice of Appeal.

### Applicant's Mark is Not Descriptive

The Examining Attorney issued a final refusal to register Applicant's applied for REGIONS mark pursuant to Section 2(e)(1) of the Trademark Act, 15 U.S.C. §1052(e)(1), having concluded that the mark merely describes Applicant's goods based on use of the word "regions" in the context of "wine." As previously stated in response to the initial office action, Applicant respectfully disagrees with the Examining Attorney's assertion that the applied for REGIONS mark functions as a descriptor of Applicant's wine and submits that the mark is at least suggestive of wine.

Simply stated, Applicant's REGIONS mark, akin to other marks that include the word "regions" for wine, does not describe an ingredient, quality, characteristic, function, feature, purpose or use of the wine. Applicant's mark alone does not and cannot describe the origin of the wine to consumers. Use of the word "regions" does not in any way inform the consumer about the wine sold under the REGIONS mark.

The Examining Attorney continues to rely on web pages and LEXIS NEXIS citations that reference the term "wine region" or a particular "wine region," such as Bordeaux or Loire, to support his position that REGIONS is some how descriptive of wine. For all of the reasons previously noted in Applicant's initial office action response, these citations, however, do not render the term "regions" descriptive of wine. Rather, these citations illustrate only the general notion that wine grapes are understood to emanate from a particular geographic area of the world. These citations fail to show how use of the mark "REGIONS" in anyway communicates to consumers in a descriptive fashion an inherent quality, characteristic, function, or feature of Applicant's wine. Indeed, the proposed mark REGIONS does not convey in any way the geographic area,

2

SFL&HDL\623487v

country, state or wine region, from where the wine grapes of Applicant's product emanate. As such, the mark REGIONS should be considered at least suggestive.

This conclusion that Applicant's REGIONS mark for wine should be accepted as sufficiently distinct and not descriptive recently has been accepted by the Trademark Office with regards to a third party application. The application for the mark SEVEN REGIONS COLLECTION (Serial. No. 78/072019, filed July 2, 2001)[1] was published on July 2, 2002, the day after the Examining Attorney's final Office Action issued here, and allowed on September 24, 2002 for wine without any requirement that the term REGIONS be disclaimed. Rather, there the Examining Attorney only found the word "collection" descriptive and subject to a disclaimer. Even though REGIONS was not disclaimed, significantly no third party opposition was brought against this application only serving further to confirm that the relevant marketplace does not consider REGIONS a descriptive term as applied to wine. A true and correct copy of the TEAS printout for the mark SEVEN REGIONS COLLECTION for wine is attached hereto as Exhibit A. Since the SEVEN REGIONS COLLECTION mark has been allowed to proceed to registration for wine without any need to disclaim the word "regions", Applicant's REGIONS mark also should be allowed to proceed to registration for wine.

Indeed, it is well accepted that any doubts regarding whether a term is merely descriptive should be resolved in favor of the applicant. *See, e.g., In Re the Stroh Brewery Co.*, 34 U.S.P.Q. 2d 1796 (T.T.A.B. 1994) ("VIRGIN" allowed to register for non alcoholic malt beverages without disclaimer); *In Re Health Facts, Inc.*, 2001 WL

---

[1] Significantly, the filing date of the SEVEN REGIONS COLLECTION intent to use application falls well after that of Applicant.

3

12820 (TTAB 2001) (A MAN'S FACE allowed to register for non-medicated skin products).

Accordingly, based on the Applicant's response to Office Action No. 1 and the additional information provided here in connection with this request for reconsideration,  Applicant requests that the Examining Attorney withdraw his final office action and allow the application at issue to proceed to publication.

Dated: December 30, 2002                    Respectfully submitted,

Rochelle D. Alpert
Attorney for Applicant
Brobeck Phleger & Harrison, LLP
Spear Street Tower
One Market
San Francisco, CA 94105
(415) 442-1326
ralpert@brobeck.com

4



TESS - Document Display



UNITED STATES PATENT AND TRADEMARK OFFICE

**Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Dec 27 04:31:13 EST 2002

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

Logout

*(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Record 1 out of 1

Check Status

**Typed Drawing**

| | |
|---|---|
| Word Mark | SEVEN REGIONS COLLECTION |
| Goods and Services | IC 033. US 047 049. G & S: Alcoholic beverages, namely wines |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 78072019 |
| Filing Date | July 2, 2001 |
| Filed ITU | FILED AS ITU |
| Published for Opposition | July 2, 2002 |
| Owner | (APPLICANT) DIAGEO NORTH AMERICA, INC. CORPORATION BY CHANGE OF NAME CONNECTICUT SIX LANDMARK SQUARE STAMFORD CONNECTICUT 06901 |
| Assignment Recorded | ASSIGNMENT RECORDED |

http://tess.uspto.gov/bin/showfield?f=doc&state=ejipcl.4.1

12/27/2002

TESS - Document Display

| | |
|---|---|
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COLLECTION" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |

Latest Status Info

United States
**State or Country of Incorporation:** Connecticut
**Legal Entity Type:** Corporation

## GOODS AND/OR SERVICES

Alcoholic beverages, namely wines
**International Class:** 033
**First Use Date:**
**First Use in Commerce Date:**

**Basis:** 1(b)

## ADDITIONAL INFORMATION

**Disclaimer:** "COLLECTION"

## PROSECUTION HISTORY

2002-09-24 - Notice of allowance - mailed

2002-07-02 - Published for opposition

2002-06-12 - Notice of publication

2002-03-07 - Approved for Pub - Principal Register (Initial exam)

2002-01-22 - Communication received from applicant

2001-09-07 - Non-final action mailed

2001-08-31 - Case file assigned to examining attorney

## CONTACT INFORMATION

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=78072019

12/27/2002

Latest Status Info

Page 3 of 3

**Correspondent (Owner)**
GUINNESS UDV NORTH AMERICA, INC.
6 LANDMARK SQ
STAMFORD CT 06901-2704
United States

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=78072019

12/27/2002

TRADEMARK
Docket No. 031998.2090

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the application of:

      Winery Exchange, Inc. (formerly
Wineryexchange.com)

Mark:        REGIONS

Serial No.:    76/242955

Filing Date:   April 17, 2001

Trademark Atty:    Jason F. Turner, Esq.

Law Office:      108

Office Action Mailing Date:
              July 1, 2002

### CERTIFICATE OF MAILING UNDER 37 C.F.R. § 1.8

BOX RESPONSES- NO FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Dear Sir:

      I hereby certify that the attached request for reconsideration and receipt verification postcard are being deposited with the United States Postal Service as First Class Mail in an envelope addressed to: BOX RESPONSES NO FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, VA 22202-3513, on December 30, 2002

               Respectfully submitted,

               Nettie Miller

Jul 14 03 06:36p    Winery Exchange Inc    415-382-6905    p.3

*miscellaneus Exhibit*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Winery Exchange, Inc.

Marks:    See attached Schedule A

**COMPLETED**

\* \* \* \* \*

### REVOCATION AND APPOINTMENT OF POWER OF ATTORNEY
### AND NOTICE OF CHANGE OF CORRESPONDENCE ADDRESS

TO THE COMMISSIONER FOR TRADEMARKS

Dear Sir or Madam:

#### POWER OF ATTORNEY

Applicant hereby appoints Richard L. Kirkpatrick, Cydney A. Tune, Laura C. Gustafson,

Robert B. Burlingame, Michelle T. Rutledge, Reese A. Pecot, and Devin R. Cuyler of Pillsbury

Winthrop LLP, and all members of that firm and all other attorneys associated with that firm,

with full powers of revocation and substitution, to transact all business in the Patent and

Trademark Office in connection with these applications.

#### CORRESPONDENCE ADDRESS

Please direct all correspondence concerning the applications identified in the attached
Schedule A:

    Calendar/Docketing Department
    Pillsbury Winthrop LLP
    Post Office Box 7880
    San Francisco, CA 94120-7880

Please direct all telephone and/or email communications to Robert B. Burlingame at
(415) 983-1274; SFtrademarks@pillsburywinthrop.com.

Winery Exchange, Inc.

By: _____
        Oliver Colvin, General Counsel

Date: July 14, 2003

Winery Exchange Power of Attorney - apps.doc          -1-



Jul 14 03 06:36P     ... ery Exchange Inc     +1 415-382-6905     p.4

## Schedule A

| Mark | Application No. |
|---|---|
| VILLA CAMPAGNA | 78/144502 |
| DRAKE-HUDSON | 78/241846 |
| Q | 78/245287 |
| DELLATORRI | 78/236439 |
| DRINK GLOBAL | 78/224594 |
| PARKERS ESTATE BLUE ASH ROAD | 78/162675 |
| PARKERS ESTATE OLD VINE STREET | 78/146828 |
| PARKERS ESTATE NORTH PEYTON BLOCK | 78/146825 |
| PARKERS ESTATE BLUE ASH ROW | 78/146823 |
| LANDSCAPES | 78/075318 |
| ORTOLANO | 76/408088 |
| OMBRETTA | 76/416853 |
| KARALTA | 76/409047 |
| PASITOS | 76/360202 |
| PIACE | 76/310896 |
| ALBURY COVE | 76/289644 |
| ORGINS | 76/288332 |
| KALBARRI | 76/288195 |
| HUNTERS GROVE | 76/415702 |
| RED GUMTREE | 76/413940 |
| Grape Design | 76/114551 |
| LA MIRA | 76/288331 |
| RAPAKI BAY | 76/288462 |
| TORRIGO BAY | 76/288061 |
| TIMARA VALLEY | 76/288060 |
| JENICA PARK | 76/288057 |
| REGIONS | 76/242955 |

Winery Exchange Power of Attorney - apps.doc          -2-

Jul 14 03 06:36p    Exchange Inc    •15 ‾92-6905    p.3

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Winery Exchange, Inc.

Marks:    See attached Schedule A

* * * * *

## REVOCATION AND APPOINTMENT OF POWER OF ATTORNEY AND NOTICE OF CHANGE OF CORRESPONDENCE ADDRESS

TO THE COMMISSIONER FOR TRADEMARKS

Dear Sir or Madam:

### POWER OF ATTORNEY

Applicant hereby appoints Richard L. Kirkpatrick, Cydney A. Tune, Laura C. Gustafson, Robert B. Burlingame, Michelle T. Rutledge, Reese A. Pecot, and Devin R. Cuyler of Pillsbury Winthrop LLP, and all members of that firm and all other attorneys associated with that firm, with full powers of revocation and substitution, to transact all business in the Patent and Trademark Office in connection with these applications.

### CORRESPONDENCE ADDRESS

Please direct all correspondence concerning the applications identified in the attached Schedule A:

Calendar/Docketing Department
Pillsbury Winthrop LLP
Post Office Box 7880
San Francisco, CA 94120-7880

Please direct all telephone and/or email communications to Robert B. Burlingame at (415) 983-1274; SFtrademarks@pillsburywinthrop.com.

Winery Exchange, Inc.

By: _____
Oliver Colvin, General Counsel

Date: _July 14, 2003_____

Winery Exchange Power of Attorney - apps.doc    -1-



Schedule A

| Mark | Application No. |
|------|----------------|
| VILLA CAMPAGNA | 78/144502 |
| DRAKE-HUDSON | 78/241846 |
| Q | 78/245287 |
| DELLATORRI | 78/236439 |
| DRINK GLOBAL | 78/224594 |
| PARKERS ESTATE BLUE ASH ROAD | 78/162675 |
| PARKERS ESTATE OLD VINE STREET | 78/146828 |
| PARKERS ESTATE NORTH PEYTON BLOCK | 78/146825 |
| PARKERS ESTATE BLUE ASH ROW | 78/146823 |
| LANDSCAPES | 78/075318 |
| ORTOLANO | 76/408088 |
| OMBRETTA | 76/416853 |
| KARALTA | 76/409047 |
| PASITOS | 76/360202 |
| PIACE | 76/310896 |
| ALBURY COVE | 76/289644 |
| ORGINS | 76/288332 |
| KALBARRI | 76/288195 |
| HUNTERS GROVE | 76/415702 |
| RED GUMTREE | 76/413940 |
| Grape Design | 76/114551 |
| LA MIRA | 76/288331 |
| RAPAKI BAY | 76/288462 |
| TORRIGO BAY | 76/288061 |
| TIMARA VALLEY | 76/288060 |
| JENICA PARK | 76/288057 |
| REGIONS | 76/242955 |

# Confirmation Report - Memory Send

Page        : 001
Date & Time: 07-15-03   09:27am
Line 1      : 4159831200
Line 2      : 4159831200
E-mail      :
Machine ID : Pillsbury Winthrop LLP

| | | |
|---|---|---|
| Job number | : | 124 |
| Date | : | 07-15 09:26am |
| To | : | ☎917033054100 |
| Number of pages | : | 003 |
| Start time | : | 07-15 09:26am |
| End time | : | 07-15 09:27am |
| Pages sent | : | 003 |
| Status | : | OK |

Job number    : 124              *** SEND SUCCESSFUL ***

PILLSBURY WINTHROP LLP

50 FREMONT STREET SAN FRANCISCO, CA 94105-2228  415-983-1000  F: 415-983-1200
MAILING ADDRESS: P. O. BOX 7880  SAN FRANCISCO, CA 94120-7880

**FACSIMILE**

HOUSTON
LONDON
LOS ANGELES
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
SACRAMENTO
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
SINGAPORE
STAMFORD
SYDNEY
TOKYO
WASHINGTON DC

Total Pages (including cover):  3

| | | | |
|---|---|---|---|
| Date: | July 15, 2003 | Must Be Sent By: | ASAP |
| To: | Publication & Issue - Trademark | Fax No: | (703) 305-4100 |
| Company: | USPTO | Phone No: | (703) 305-9401 |
| From: | Stacy L. Brown | Phone No: | (415) 983-1403 |
| User No: | 14342 | C/M No: | 063914/0000003 |
| Comments: | | | |

XEROX FAX CONFIRMA...
TO _Publication + Issue_
FROM _Stacy Brown_
# OF PAGES _3 pages_
                        _Pat K._
OPERATOR _____
              RETURN TO
_Stacy Brown - 1235_

**Confidentiality Note**
The document accompanying this facsimile transmission may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please immediately notify us by telephone and mail the original transmission to us. Thank you.

If you have not properly received this fax, please call (415) 983-1000. Thank you.
Operator: _____ Time Sent: _____ Batch ID: _____

# Confirmation Report — Memory Send

Page        : 001
Date & Time : 07-15-03   09:43am
Line 1      : 4159831200
Line 2      : 4159831200
E-mail      :
Machine ID : Pillsbury Winthrop LLP

| | | |
|---|---|---|
| Job number | : | 393 |
| Date | : | 07-15  09:42am |
| To | : | ☎917038729801 |
| Number of pages | : | 003 |
| Start time | : | 07-15  09:42am |
| End time | : | 07-15  09:43am |
| Pages sent | : | 003 |
| Status | : | OK |
| Job number | : 393 | *** SEND SUCCESSFUL *** |

### PILLSBURY WINTHROP

50 FREMONT STREET SAN FRANCISCO, CA 94105-2228 ADDRESS P 415.983.1000
MAILING ADDRESS: P. O. BOX 7880 SAN FRANCISCO, CA 94120-7880

**FACSIMILE**

HOUSTON
LONDON
LOS ANGELES
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
SACRAMENTO
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
SINGAPORE
STAMFORD
SYDNEY
TOKYO
WASHINGTON DC

| | | | |
|---|---|---|---|
| | | Total Pages (including cover): | 3 |
| Date: | July 15, 2003 | Must Be Sent By: | ASAP |
| To: | Intent-to-Division - Trademark | Fax No: | (703) 308-7196   872-9801 |
| Company: | USPTO | Phone No: | (703) 308-9550 |
| From: | Stacy L. Brown | Phone No: | (415) 983-1403 |
| User No: | 14342 | C/M No: | 063914/0000003 |
| Comments: | | | |

XEROX FAX CONFIRMATION
TO   Intent-to-Div. Trademark
FROM   Stacy Brown
# OF PAGES   3 pages
OPERATOR   Beth K.
RETURN TO
S. Brown —   10-35   / FLOOR

Confidentiality Note
The documents accompanying this facsimile transmission may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please immediately notify us by telephone and mail the original transmission to us. Thank you.

If you have not properly received this fax, please call (415) 983-1000. Thank you.
Operator:_____     Time Sent:_____     Batch ID:_____

TRADEMARK
Docket No. 031998.2090

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the application of:

    Winery Exchange, Inc. (formerly
Wineryexchange.com)

Mark:      REGIONS

Serial No.:    76/242955

Filing Date:    April 17, 2001

Trademark Atty:    Jason F. Turner, Esq.

Law Office:    108

Office Action Mailing Date:
    July 1, 2002

### CERTIFICATE OF MAILING UNDER 37 C.F.R. § 1.8

BOX RESPONSES- NO FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Dear Sir:

    I hereby certify that the attached request for reconsideration and receipt verification postcard are being deposited with the United States Postal Service as First Class Mail in an envelope addressed to: BOX RESPONSES NO FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, VA 22202-3513, on December 30, 2002

    Respectfully submitted,

*Nettie Miller*
Nettie Miller

TRADEMARK
Docket No. 031998.2090

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the matter of:

          Winery Exchange, Inc.
          (formerly Wineryexchange.com)

Mark:          REGIONS

Serial No.:      76/242955

Office Action Mailed: July 1, 2002

Examining Attorney:  Jason F. Turner, Esq.

Law Office:      108

## CERTIFICATE OF MAILING UNDER 37 C.F.R. 1.8

BOX TTAB FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

     I hereby certify that the attached Notice of Appeal of Final Refusal to Register
Under 37 C.F.R. § 2.142(a) and receipt verification postcard are being deposited with the
United States Postal Service as First Class Mail in an envelope addressed to:  BOX
TTAB FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive,
VA 22202-3513, on December 30, 2002

                  Respectfully submitted,

                  Nettie Miller

SFRLIB1\NM3\5379545.02

# Incoming Correspondence Routing Sheet
## To:  TMEG LAW OFFICE 108 – AWAITING RESPONSE DOCKET

**Word Mark:  REGIONS**

**Serial No: 76242955**



**Mail Date:  01062003**



**Doc. Type:  Requests for Reconsideration of Examining Attorney Final Refusal**

# No Fee

**RAM Mail Date: 010603**



Docket No. 031998.2090

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the application of:

Winery Exchange, Inc. (formerly
    Wineryexchange.com)

Mark:        REGIONS

Serial No.:     76/242955

Filing Date:    April 17, 2001

Trademark Atty:    Jason F. Turner, Esq.

Law Office:     108

Office Action Mailing Date:
            July 1, 2002

BOX RESPONSES NO FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

### REQUEST FOR RECONSIDERATION PURSUANT TO C.F.R. §2.64(a)

Applicant Winery Exchange, Inc. ("Applicant") hereby requests

reconsideration in connection with the final Office Action No. 2, dated July 1, 2002,

issued for the above-referenced application. Applicant provides recently available,

additional information that it believes directly addresses the Examining Attorney's

objection, and provides further grounds to support the withdrawal of the Examining

Attorney's objection. Concurrently with this request for reconsideration and out of an

abundance of caution, Applicant did file a Notice of Appeal.

## Applicant's Mark is Not Descriptive

The Examining Attorney issued a final refusal to register Applicant's applied for REGIONS mark pursuant to Section 2(e)(1) of the Trademark Act, 15 U.S.C. §1052(e)(1), having concluded that the mark merely describes Applicant's goods based on use of the word "regions" in the context of "wine." As previously stated in response to the initial office action, Applicant respectfully disagrees with the Examining Attorney's assertion that the applied for REGIONS mark functions as a descriptor of Applicant's wine and submits that the mark is at least suggestive of wine.

Simply stated, Applicant's REGIONS mark, akin to other marks that include the word "regions" for wine, does not describe an ingredient, quality, characteristic, function, feature, purpose or use of the wine. Applicant's mark alone does not and cannot describe the origin of the wine to consumers. Use of the word "regions" does not in any way inform the consumer about the wine sold under the REGIONS mark.

The Examining Attorney continues to rely on web pages and LEXIS NEXIS citations that reference the term "wine region" or a particular "wine region," such as Bordeaux or Loire, to support his position that REGIONS is some how descriptive of wine. For all of the reasons previously noted in Applicant's initial office action response, these citations, however, do not render the term "regions" descriptive of wine. Rather, these citations illustrate only the general notion that wine grapes are understood to emanate from a particular geographic area of the world. These citations fail to show how use of the mark "REGIONS" in anyway communicates to consumers in a descriptive fashion an inherent quality, characteristic, function, or feature of Applicant's wine. Indeed, the proposed mark REGIONS does not convey in any way the geographic area,

2

SFL\#DL\623487v

country, state or wine region, from where the wine grapes of Applicant's product

emanate. As such, the mark REGIONS should be considered at least suggestive.

This conclusion that Applicant's REGIONS mark for wine should be

accepted as sufficiently distinct and not descriptive recently has been accepted by the

Trademark Office with regards to a third party application. The application for the mark

SEVEN REGIONS COLLECTION (Serial. No. 78/072019, filed July 2, 2001)[1] was

published on July 2, 2002, the day after the Examining Attorney's final Office Action

issued here, and allowed on September 24, 2002 for wine without any requirement that

the term REGIONS be disclaimed. Rather, there the Examining Attorney only found the

word "collection" descriptive and subject to a disclaimer. Even though REGIONS was

not disclaimed, significantly no third party opposition was brought against this

application only serving further to confirm that the relevant marketplace does not

consider REGIONS a descriptive term as applied to wine. A true and correct copy of the

TEAS printout for the mark SEVEN REGIONS COLLECTION for wine is attached

hereto as Exhibit A. Since the SEVEN REGIONS COLLECTION mark has been

allowed to proceed to registration for wine without any need to disclaim the word

"regions", Applicant's REGIONS mark also should be allowed to proceed to registration

for wine.

Indeed, it is well accepted that any doubts regarding whether a term is

merely descriptive should be resolved in favor of the applicant. *See, e.g., In Re the Stroh*

*Brewery Co.*, 34 U.S.P.Q. 2d 1796 (T.T.A.B. 1994) ("VIRGIN" allowed to register for

non alcoholic malt beverages without disclaimer); *In Re Health Facts, Inc.*, 2001 WL

---

[1] Significantly, the filing date of the SEVEN REGIONS COLLECTION intent to use application falls well after that of Applicant.

3

SFL&/DL\623487v

12820 (TTAB 2001) (A MAN'S FACE allowed to register for non-medicated skin products).

Accordingly, based on the Applicant's response to Office Action No. 1 and the additional information provided here in connection with this request for reconsideration, Applicant requests that the Examining Attorney withdraw his final office action and allow the application at issue to proceed to publication.

Dated: December 30, 2002                    Respectfully submitted,

Rochelle D. Alpert
Attorney for Applicant
Brobeck Phleger & Harrison, LLP
Spear Street Tower
One Market
San Francisco, CA 94105
(415) 442-1326
ralpert@brobeck.com

4

SFLB\DL\623487v

A

TESS - Document Display



# UNITED STATES PATENT AND TRADEMARK OFFICE



*TESS was last updated on Fri Dec 27 04:31:13 EST 2002*

`PTO Home` `Trademark` `TESS Home` `New User` `Structured` `Free Form` `Browse Dict` `Bottom` `HELP`

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

`Check Status` *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | SEVEN REGIONS COLLECTION |
| **Goods and Services** | IC 033. US 047 049. G & S: Alcoholic beverages, namely wines |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78072019 |
| **Filing Date** | July 2, 2001 |
| **Filed ITU** | FILED AS ITU |
| **Published for Opposition** | July 2, 2002 |
| **Owner** | (APPLICANT) DIAGEO NORTH AMERICA, INC. CORPORATION BY CHANGE OF NAME CONNECTICUT SIX LANDMARK SQUARE STAMFORD CONNECTICUT 06901 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

http://tess.uspto.gov/bin/showfield?f=doc&state=ejipcl.4.1

12/27/2002

TESS - Document Display

| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COLLECTION" APART FROM THE MARK AS SHOWN |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

PTO HOME   TRADEMARK   TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   TOP   HELP

United States
**State or Country of Incorporation:** Connecticut
**Legal Entity Type:** Corporation

---

### GOODS AND/OR SERVICES

Alcoholic beverages, namely wines
**International Class:** 033
**First Use Date:**
**First Use in Commerce Date:**

**Basis:** 1(b)

---

### ADDITIONAL INFORMATION

**Disclaimer:** "COLLECTION"

---

### PROSECUTION HISTORY

2002-09-24 - Notice of allowance - mailed

2002-07-02 - Published for opposition

2002-06-12 - Notice of publication

2002-03-07 - Approved for Pub - Principal Register (Initial exam)

2002-01-22 - Communication received from applicant

2001-09-07 - Non-final action mailed

2001-08-31 - Case file assigned to examining attorney

---

### CONTACT INFORMATION

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=78072019                    12/27/2002

Latest Status Info

**Correspondent (Owner)**
GUINNESS UDV NORTH AMERICA, INC.
6 LANDMARK SQ
STAMFORD CT 06901-2704
United States

TRADEMARK
Docket No. 031998.2090

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the application of:

    Winery Exchange, Inc. (formerly
Wineryexchange.com)

| | |
|---|---|
| Trademark Atty: | Jason F. Turner, Esq. |
| Law Office: | 108 |

Office Action Mailing Date:
                 July 1, 2002

| | |
|---|---|
| Mark: | REGIONS |
| Serial No.: | 76/242955 |
| Filing Date: | April 17, 2001 |

### CERTIFICATE OF MAILING UNDER 37 C.F.R. § 1.8

BOX RESPONSES- NO FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Dear Sir:

        I hereby certify that the attached request for reconsideration and receipt verification postcard are being deposited with the United States Postal Service as First Class Mail in an envelope addressed to: BOX RESPONSES NO FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, VA 22202-3513, on December 30, 2002

                       Respectfully submitted,

                          *[signature]*
                        Nettie Miller

Docket No. 031998.2090

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the application of:

Winery Exchange, Inc. (formerly
    Wineryexchange.com)

Mark:      REGIONS

Serial No.:    76/242955

Filing Date:    April 17, 2001

Trademark Atty:    Jason F. Turner, Esq.

Law Office:    108

Office Action Mailing Date:
    July 1, 2002

01-06-2003
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #77

BOX RESPONSES NO FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

## REQUEST FOR RECONSIDERATION PURSUANT TO C.F.R. §2.64(a)

Applicant Winery Exchange, Inc. ("Applicant") hereby requests

reconsideration in connection with the final Office Action No. 2, dated July 1, 2002,

issued for the above-referenced application. Applicant provides recently available,

additional information that it believes directly addresses the Examining Attorney's

objection, and provides further grounds to support the withdrawal of the Examining

Attorney's objection. Concurrently with this request for reconsideration and out of an

abundance of caution, Applicant did file a Notice of Appeal.

### Applicant's Mark is Not Descriptive

The Examining Attorney issued a final refusal to register Applicant's applied for REGIONS mark pursuant to Section 2(e)(1) of the Trademark Act, 15 U.S.C. §1052(e)(1), having concluded that the mark merely describes Applicant's goods based on use of the word "regions" in the context of "wine." As previously stated in response to the initial office action, Applicant respectfully disagrees with the Examining Attorney's assertion that the applied for REGIONS mark functions as a descriptor of Applicant's wine and submits that the mark is at least suggestive of wine.

Simply stated, Applicant's REGIONS mark, akin to other marks that include the word "regions" for wine, does not describe an ingredient, quality, characteristic, function, feature, purpose or use of the wine. Applicant's mark alone does not and cannot describe the origin of the wine to consumers. Use of the word "regions" does not in any way inform the consumer about the wine sold under the REGIONS mark.

The Examining Attorney continues to rely on web pages and LEXIS NEXIS citations that reference the term "wine region" or a particular "wine region," such as Bordeaux or Loire, to support his position that REGIONS is some how descriptive of wine. For all of the reasons previously noted in Applicant's initial office action response, these citations, however, do not render the term "regions" descriptive of wine. Rather, these citations illustrate only the general notion that wine grapes are understood to emanate from a particular geographic area of the world. These citations fail to show how use of the mark "REGIONS" in anyway communicates to consumers in a descriptive fashion an inherent quality, characteristic, function, or feature of Applicant's wine. Indeed, the proposed mark REGIONS does not convey in any way the geographic area,

2

country, state or wine region, from where the wine grapes of Applicant's product

emanate. As such, the mark REGIONS should be considered at least suggestive.

This conclusion that Applicant's REGIONS mark for wine should be

accepted as sufficiently distinct and not descriptive recently has been accepted by the

Trademark Office with regards to a third party application. The application for the mark

SEVEN REGIONS COLLECTION (Serial. No. 78/072019, filed July 2, 2001)[1] was

published on July 2, 2002, the day after the Examining Attorney's final Office Action

issued here, and allowed on September 24, 2002 for wine without any requirement that

the term REGIONS be disclaimed. Rather, there the Examining Attorney only found the

word "collection" descriptive and subject to a disclaimer. Even though REGIONS was

not disclaimed, significantly no third party opposition was brought against this

application only serving further to confirm that the relevant marketplace does not

consider REGIONS a descriptive term as applied to wine. A true and correct copy of the

TEAS printout for the mark SEVEN REGIONS COLLECTION for wine is attached

hereto as Exhibit A. Since the SEVEN REGIONS COLLECTION mark has been

allowed to proceed to registration for wine without any need to disclaim the word

"regions", Applicant's REGIONS mark also should be allowed to proceed to registration

for wine.

Indeed, it is well accepted that any doubts regarding whether a term is

merely descriptive should be resolved in favor of the applicant. *See, e.g., In Re the Stroh*

*Brewery Co.*, 34 U.S.P.Q. 2d 1796 (T.T.A.B. 1994) ("VIRGIN" allowed to register for

non alcoholic malt beverages without disclaimer); *In Re Health Facts, Inc.*, 2001 WL

---

[1] Significantly, the filing date of the SEVEN REGIONS COLLECTION intent to use application falls well after that of Applicant.

3

12820 (TTAB 2001) (A MAN'S FACE allowed to register for non-medicated skin products).

Accordingly, based on the Applicant's response to Office Action No. 1 and the additional information provided here in connection with this request for reconsideration, Applicant requests that the Examining Attorney withdraw his final office action and allow the application at issue to proceed to publication.

Dated: December 30, 2002                    Respectfully submitted,

Rochelle D. Alpert
Attorney for Applicant
Brobeck Phleger & Harrison, LLP
Spear Street Tower
One Market
San Francisco, CA 94105
(415) 442-1326
ralpert@brobeck.com

4

TESS - Document Display

 UNITED STATES PATENT AND TRADEMARK OFFICE



*TESS was last updated on Fri Dec 27 04:31:13 EST 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | SEVEN REGIONS COLLECTION |
| **Goods and Services** | IC 033. US 047 049. G & S: Alcoholic beverages, namely wines |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78072019 |
| **Filing Date** | July 2, 2001 |
| **Filed ITU** | FILED AS ITU |
| **Published for Opposition** | July 2, 2002 |
| **Owner** | (APPLICANT) DIAGEO NORTH AMERICA, INC. CORPORATION BY CHANGE OF NAME CONNECTICUT SIX LANDMARK SQUARE STAMFORD CONNECTICUT 06901 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

http://tess.uspto.gov/bin/showfield?f=doc&state=cjipcl.4.1

12/27/2002

| | |
|---|---|
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COLLECTION" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP

United States
**State or Country of Incorporation:** Connecticut
**Legal Entity Type:** Corporation

## GOODS AND/OR SERVICES

Alcoholic beverages, namely wines
**International Class:** 033
**First Use Date:**
**First Use in Commerce Date:**

**Basis:** 1(b)

## ADDITIONAL INFORMATION

**Disclaimer:** "COLLECTION"

## PROSECUTION HISTORY

2002-09-24 - Notice of allowance - mailed

2002-07-02 - Published for opposition

2002-06-12 - Notice of publication

2002-03-07 - Approved for Pub - Principal Register (Initial exam)

2002-01-22 - Communication received from applicant

2001-09-07 - Non-final action mailed

2001-08-31 - Case file assigned to examining attorney

## CONTACT INFORMATION

**Correspondent (Owner)**
GUINNESS UDV NORTH AMERICA, INC.
6 LANDMARK SQ
STAMFORD CT 06901-2704
United States

TTAB

Docket No. 031998.2090

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE
### BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

04 JAN 13 AM 9: 30

| | | | |
|---|---|---|---|
| Applicant | : | Winery Exchange, Inc. (formerly Wineryexchange.com) | ) |
| | | | ) |
| Serial No. | : | 76/242955 | ) |
| | | | ) |
| Office Action Mailed | : | July 1, 2002 | ) |
| | | | ) |
| Mark | : | REGIONS | ) |
| | | | ) |
| Examining Attorney | : | Jason F. Turner, Esq. | ) |
| | | | ) |
| Law Office | : | 108 | ) |

01-06-2003

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #77

## NOTICE OF APPEAL OF FINAL REFUSAL TO REGISTER
### UNDER 37 C.F.R. §2.142(a)

BOX TTAB - FEE
Assistant Commissioner of Patent and Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

01/09/2003 MWILSON   00000100 76242955

01 FC:6403                      100.00 OP

Applicant appeals the Examining Attorney's refusal of the above referenced

application.

In the Office Action mailed on July 2, 2002, the Examining Attorney maintained

his objection to the above-referenced application on the basis that the above-referenced mark is

descriptive of the identified services.  In its Request for Reconsideration under C.F.R. §2.64(a)

and Response to Office Action No. 2 ("Request for Reconsideration and Response"), filed

simultaneously herewith, Applicant supplies additional information that it believes addresses the

SFRLIB1\DL88\6234869.01

Docket No. 031998.2090

Examining Attorney's objections raised in the Office Action and states grounds which support the withdrawal of the Examining Attorney's objections. A copy of Applicant's Request for Reconsideration and Response is attached hereto.

In addition, Applicant encloses a check in the amount of $100.00 to cover the necessary filing fee. Applicant respectfully requests that the Commissioner charge any additional fees that may be required to **Deposit Account No. 02-3950.**

Pursuant to C.F.R. §2.142(b)(1), Applicant shall file a brief in support of its appeal within 60 days from the mailing date of this Notice of Appeal.

Should there be any questions regarding the foregoing, Applicant respectfully requests that the undersigned be contacted at the telephone number listed below.

Respectfully submitted,

Dated: December 30, 2002

BROBECK, PHLEGER & HARRISON LLP
Attorneys for Applicant

Rochelle D. Alpert
One Market
Spear Street Tower
San Francisco, California 94105
(415) 442-1326
ralpert@brobeck.com

SFRLIB1\DL88\6234869.01

# Incoming Correspondence Routing Sheet

**To:** ~~TMEG LAW OFFICE 108 - EXAMINING ATTORNEY ASSI~~

*657 PrePublication Final Review*
*LO - 108*

**Word Mark:  REGIONS**



**Serial No: 76242955**

**Mail Date:  04162004**

**Doc. Type:  Notice of Appeal and Appeal Brief**

---

# No Fee

**RAM Mail Date: 041604**

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
**Trademark Trial and Appeal Board**
2900 Crystal Drive
Arlington, Virginia 22202-3513

Mailed:  January 17, 2003

In re Wineryexchange.com

Serial No. 76242955

Filed: 04/17/2001

CARLA B. OAKLEY
BROBECK PHLEGER & HARRISON
ONE MARKET, Spear Street Twr
SAN FRANCISCO, CA 94105

*Karl Kochersperger, Paralegal*

Applicant's appeal and request for reconsideration filed January 6, 2003, (with a certificate of mailing dated December 30, 2002) are noted.

The request for reconsideration requires consideration by the Trademark Examining Attorney.  The appeal is instituted, but action on it is suspended and the file is herewith remanded to the Examining Attorney.

In the event registrability is found on the basis of this paper, the appeal will be moot and the Board should be so informed.  In the event the refusal of registration is maintained, the file should be returned to the Trademark Trial and Appeal Board, proceedings will be resumed and applicant will be allowed time in which to file its brief on appeal.

# UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO: 76/242955

APPLICANT:           Wincryexchange.com

CORRESPONDENT ADDRESS:
    CARLA B. OAKLEY
    BROBECK PHLEGER & HARRISON LLP
    SPEAR STREET TOWER
    ONE MARKET
    SAN FRANCISCO, CALIFORNIA 94105

RETURN ADDRESS:
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
**ecom108@uspto.gov**

MARK:     REGIONS·

CORRESPONDENT'S REFERENCE/DOCKET NO:  031998.2090

CORRESPONDENT EMAIL ADDRESS:

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

## OFFICE ACTION

**TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE.**

Serial Number  76/242955

Applicant is requesting reconsideration of a final refusal dated 7/01/02. The examining attorney has carefully reviewed the request for reconsideration and has determined that no new facts or reasons have been presented that are significant or compelling with regard to the point at issue. Accordingly, the final action is maintained as written and the request for reconsideration is *denied*. 37 C.F.R. §2.64(b); TMEP §715.03(c).

Refusal is Maintained

Registration was refused under Trademark Act Section 2(e)(1), 15 U.S.C. Section 1052(e)(1), because the proposed mark is merely descriptive of the identified goods. The applicant's proposed mark is "REGIONS" for wine. The applicant submits in the request for reconsideration that a third party registration for different mark illustrates that the proposed mark should be allowed in this instance. The examining attorney has considered the applicant's argument carefully but has found it unpersuasive. For the reasons below, the <u>FINAL</u> refusal under Section 2(e)(1) is maintained.

As the Trademark Act Section (2)(e)(1), 15 U.S.C. 1052(e)(1) states:

No trademark by which the goods of the applicant may be distinguished from the goods of others
be refused registration on the principal register on account of its nature unless it . . .
(e) Consists of a mark which, (1) when used on or in connection with the goods of the applic:
merely descriptive or deceptively misdescriptive of them . . . .

The proposed mark "region" is defined as a specified district or territory.[1]  A mark is merely
descriptive under Trademark Act Section 2(e)(1), 15 U.S.C. 1052(e)(1), if it describes an ingredient,
quality, characteristic, function, feature, purpose or use of the relevant goods.  *In re Gyulay*, 820 F.2d
1216, 3 USPQ2d 1009 (Fed. Cir. 1987);  *In re Bed & Breakfast Registry*, 791 USPQ 818
(Fed. Cir. 1986);  *In re MetPath Inc.*, 223 USPQ 88 (TTAB 1984);  *In re Bright-Crest, Ltd.*, 204 USPQ
591 (TTAB 1979);  TMEP section 1209.01(b).    As applied to the goods, the term appears to be
descriptive of an important aspect of the goods,  namely, the district or territory where the goods
originate.  In fact, some wines are named for the region from which they originate.  For example,
"Bordeaux" is defined as "a red or white wine originally produced in the *region* around Bordeaux,
France and as a city of southwest France on the Garonne River. . . Bordeaux is the trading center of a
notable wine-producing *region*. Population, 208,159 (italics added). [2]  Accordingly, the term "region"
appears to describe a rather important feature of wine.

The applicant argues and submits a third party registration which utilizes the proposed mark in questi
illustrate why the proposed mark is allowable.  However, third-party registrations are not conclusive o
question of descriptiveness.  The examining attorney must consider each case on its own merits.  A
which is merely descriptive is not registrable merely because other similar marks appear on the register.
*Sun Microsystems Inc.*, 59 USPQ2d 1084 (TTAB 2001).  TMEP §1209.03(a).

The examining attorney submits that the mark both immediately conveys and describes a characteristic
of the applicant's goods, namely, a commonly used term identifying where the wine originates.  *In re
Orleans Wines, Ltd.*, 196 USPQ 516 (TTAB 1977).  It should be noted that it is not necessary that a term
describe all of the purposes, functions, characteristics or features of the goods or services to be merely
descriptive.  It is enough if the term describes an attribute of the goods, as it clearly does in this instance.
*In re Gyulay*, 820 F.2d 1216, 3 USPQ2d 1009 (Fed. Cir. 1987);  *In re Bed & Breakfast Registry*, 791
F.2d 157, 229 USPQ 818 (Fed. Cir. 1986);  *In re MetPath Inc.*, 223 USPQ 88 (TTAB 1984);  *In re
Bright-Crest, Ltd.*, 204 USPQ 591 (TTAB 1979);  *In re H.U.D.D.L.E.*, 216 USPQ 358 (TTAB 1982);  *In
re MBAssociates*, 180 USPQ 338 (TTAB 1973),  *In re Omaha National Corp.*, 819 F.2d 1117, 2
USPQ2d 1859 (Fed. Cir. 1987).

The "Certified Wine Specialist Study Guide," a manual for a wine professional certification program,
uses "WINE REGIONS" as one of the five unit headings for the entire manual.  The region from which
the wine originates clearly appears to be a significant consideration in the taste, texture and ultimate
selection of wine.  Granting exclusive rights to the term in question would appear to severely hamper the
ability of others to effectively inform consumers of a significant factor concerning the goods.

Please see the attached additional articles and internet evidence further illustrating descriptive use of the
"regions" in identifying and describing a significant aspect of wines.  Based on the above, the mark ca
be registered on the Principal Register as it is merely descriptive of a characteristic of the identified go
The application file will be returned to the Trademark Trial and Appeal Board for resumption of the appe

/Jason F. Turner/
Examining Attorney
Law Office 108
(703) ~~308-9108~~ Ext. 247

(703) 746-8108 (Fax)
ecom108@uspto.gov
(703) 305-8747 (Status)

**How to respond to this Office Action:**

To respond formally using the Office's Trademark Electronic Application System (TEAS), visit **http://www.uspto.gov/teas/index.html** and follow the instructions.

To respond formally via E-mail, visit **http://www.uspto.gov/web/trademarks/tmelecresp.htm** and follow the instructions.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at **http://tarr.uspto.gov/**

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at **http://www.uspto.gov/main/trademarks.htm**

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.**

---

[1]*The American Heritage® Dictionary of the English Language, Third Edition* copyright © 1992 by Houghton Mifflin Company. Electronic version licensed from INSO Corporation; further reproduction and distribution restricted in accordance with the Copyright Law of the United States. All rights reserved.

[2]*The American Heritage® Dictionary of the English Language, Third Edition* copyright © 1992 by Houghton Mifflin Company. Electronic version licensed from INSO Corporation; further reproduction and distribution restricted in accordance with the Copyright Law of the United States. All rights reserved.







*Wine Regions of Italy* - Microsoft Internet Explorer provided by USPTO

Back  Forward  Stop  Refresh  Home  Search  Favorites  History  Mail  Print  Edit  Discuss

File  Edit  View  Favorites  Tools  Help

Links

Address http://www.wine-regions-of-italy.com/

*Wine Regions of Italy* .com

Wine Ratings   Wine Regions Map

Northern

Central

Southern

Sardinia

Sicily

**Click On A Region To Explore**

**Links:**

**The Northern Regions:** The vineyards and wines of the Alpine regions.
**The Central Regions:** Wine regions at "the heart of the Roman Empire."
**The Southern Regions:** The diverse geography and vines of the southern regions of Italy.
**The Island Regions:** The unique cultures and wines of Sardinia and Sicily.
**Wine Ratings:** Laws and controls that guarantee the quality of the finest Italian vines.

**Buy Wine and Accessories:**

**Carr-Taylor**
**Veritaus**
**Wine Things UK**
**Wooldings Vineyard**
**Hosting a Wine Tasting Party**

## Italian Wines: Romance, History and Taste

What's the first thing you think of when someone mentions Italy? Perhaps an intimate and romantic ride in a gondola through the waters of Venice with a special someone. Maybe it's the quiet majesty of the Italian Alps rearing to meet the clouds. It could be the grandeur of Rome—still as striking and awe-inspiring today as it was in the time of the Caesars. Or maybe the small quaint villages on Sicily or Sardinia call to you.

As diverse as the images of Italy are, so too, are her wines: rich, full-bodied reds, crisp whites, both fruity and dry, sparkling champagnes and spumantes, unique goldens and more. Whether you seek a wine to accompany a fine Italian meal, a beverage to lighten the spirit and warm the heart, or just a quiet glass of wine at the end of the day, Italy has a wine for you.

Italy has twenty different wine-making regions. To help you navigate this site, these regions have been divided into four geographic areas:

**Northern** (which includes Valle d'Aosta, Piedmont, Liguria, Veneto, Trentino-Alto Adige and Friuli-Venezia Giulia);

**Central** (which includes Emilia-Romagna, Tuscany, Umbria, Marches, Latium and Abruzzi);

Help

Internet





**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Trademark Trial and Appeal Board
2900 Crystal Drive
Arlington, Virginia 22202-3513

Mailed:  June 17, 2003

In re Wineryexchange.com

Serial No. 76242955

Filed: 04/17/2001

CARLA B. OAKLEY
BROBECK PHLEGER & HARRISON
ONE MARKET, Spear Street Twr
SAN FRANCISCO, CA 94105

    In view of the decision by the Trademark Examining

Attorney on June 2, 2003, the appeal is resumed; and

applicant is allowed until sixty days from the date hereof

in which to file its brief herein.[1]  A request for an oral

hearing, if desired, must be made not later than ten days

after the due date for applicant's reply brief.

Karl Kochersperger, Paralegal

---

[1]It should be noted that the Trademark Attorney
inadvertently indicated that "A PROPER RESPONSE TO THIS
OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE
DATE OF THIS ACTION IN ORDER TO AVOID ABANDONMENT."  This
clause is not applicable under the circumstances of this
case.

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 76/242955

**APPLICANT:** Wineryexchange.com

**CORRESPONDENT ADDRESS:**
    CARLA B. OAKLEY
    BROBECK PHLEGER & HARRISON LLP
    SPEAR STREET TOWER
    ONE MARKET
    SAN FRANCISCO, CALIFORNIA 94105

**MARK:**    REGIONS

**CORRESPONDENT'S REFERENCE/DOCKET NO:**  031998.2090

**CORRESPONDENT EMAIL ADDRESS:**

JUN - 2 2003

**RETURN ADDRESS:**
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
**ecom108@uspto.gov**

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

## OFFICE ACTION

**TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE.**

RE: Serial Number 76/242955

Applicant is requesting reconsideration of a final refusal dated 7/01/02. The examining attorney has carefully reviewed the request for reconsideration and has determined that no new facts or reasons have been presented that are significant or compelling with regard to the point at issue. Accordingly, the final action is maintained as written and the request for reconsideration is *denied*. 37 C.F.R. §2.64(b); TMEP §715.03(c).

<u>Refusal is Maintained</u>

Registration was refused under Trademark Act Section 2(e)(1), 15 U.S.C. Section 1052(e)(1), because the proposed mark is merely descriptive of the identified goods. The applicant's proposed mark is "REGIONS" for wine. The applicant submits in the request for reconsideration that a third party registration for different mark illustrates that the proposed mark should be allowed in this instance. The examining attorney has considered the applicant's argument carefully but has found it unpersuasive. For the reasons below, the <u>FINAL</u> refusal under Section 2(e)(1) is maintained.

As the Trademark Act Section (2)(e)(1), 15 U.S.C. 1052(e)(1) states:

> No trademark by which the goods of the applicant may be distinguished from the goods of others
> shall be refused registration on the principal register on account of its nature unless it . . .
> (e) Consists of a mark which, (1) when used on or in connection with the goods of the applicant
> is merely descriptive or deceptively misdescriptive of them . . . .

The proposed mark "region" is defined as a specified district or territory.[1]  A mark is merely descriptive under Trademark Act Section 2(e)(1), 15 U.S.C. 1052(e)(1), if it describes an ingredient, quality, characteristic, function, feature, purpose or use of the relevant goods.  *In re Gyulay*, 820 F.2d 1216, 3 USPQ2d 1009 (Fed. Cir. 1987);  *In re Bed & Breakfast Registry*, 791 F.2d 157, 229 USPQ 818 (Fed. Cir. 1986); *In re MetPath Inc.*, 223 USPQ 88 (TTAB 1984); *In re Bright-Crest, Ltd.*, 204 USPQ 591 (TTAB 1979); TMEP section 1209.01(b).    As applied to the goods, the term appears to be descriptive of an important aspect of the goods, namely, the district or territory where the goods originate.  In fact, some wines are named for the region from which they originate.  For example, "Bordeaux" is defined as "a red or white wine originally produced in the *region* around Bordeaux, France and as a city of southwest France on the Garonne River. . . Bordeaux is the trading center of a notable wine-producing *region*. Population, 208,159 (italics added).[2]  Accordingly, the term "region" appears to describe a rather important feature of wine.

The applicant argues and submits a third party registration which utilizes the proposed mark in question to illustrate why the proposed mark is allowable.  However, third-party registrations are not conclusive on the question of descriptiveness.  The examining attorney must consider each case on its own merits.  A mark which is merely descriptive is not registrable merely because other similar marks appear on the register.  *In re Sun Microsystems Inc.*, 59 USPQ2d 1084 (TTAB 2001). TMEP §1209.03(a).

The examining attorney submits that the mark both immediately conveys and describes a characteristic of the applicant's goods, namely, a commonly used term identifying where the wine originates.  *In re Orleans Wines, Ltd.*, 196 USPQ 516 (TTAB 1977).  It should be noted that it is not necessary that a term describe all of the purposes, functions, characteristics or features of the goods or services to be merely descriptive.  It is enough if the term describes an attribute of the goods, as it clearly does in this instance. *In re Gyulay*, 820 F.2d 1216, 3 USPQ2d 1009 (Fed. Cir. 1987);  *In re Bed & Breakfast Registry*, 791 F.2d 157, 229 USPQ 818 (Fed. Cir. 1986); *In re MetPath Inc.*, 223 USPQ 88 (TTAB 1984); *In re Bright-Crest, Ltd.*, 204 USPQ 591 (TTAB 1979); *In re H.U.D.D.L.E.*, 216 USPQ 358 (TTAB 1982); *In re MBAssociates*, 180 USPQ 338 (TTAB 1973), *In re Omaha National Corp.*, 819 F.2d 1117, 2 USPQ2d 1859 (Fed. Cir. 1987).

The "Certified Wine Specialist Study Guide," a manual for a wine professional certification program, uses "WINE REGIONS" as one of the five unit headings for the entire manual.  The region from which the wine originates clearly appears to be a significant consideration in the taste,

---

[1] *The American Heritage® Dictionary of the English Language, Third Edition* copyright © 1992 by Houghton Mifflin Company. Electronic version licensed from INSO Corporation; further reproduction and distribution restricted in accordance with the Copyright Law of the United States. All rights reserved.

[2] *The American Heritage® Dictionary of the English Language, Third Edition* copyright © 1992 by Houghton Mifflin Company. Electronic version licensed from INSO Corporation; further reproduction and distribution restricted in accordance with the Copyright Law of the United States. All rights reserved.

texture and ultimate selection of wine.  Granting exclusive rights to the term in question would appear to severely hamper the ability of others to effectively inform consumers of a significant factor concerning the goods.

Please see the attached additional articles and internet evidence further illustrating descriptive use of the term "regions" in identifying and describing a significant aspect of wines.  Based on the above, the mark can not be registered on the Principal Register as it is merely descriptive of a characteristic of the identified goods.  The application file will be returned to the Trademark Trial and Appeal Board for resumption of the appeal.

/Jason F. Turner/
Examining Attorney
Law Office 108
(703) 308-9108 Ext. 247
(703) 746-8108 (Fax)
ecom108@uspto.gov
(703) 305-8747 (Status)

**How to respond to this Office Action:**

To respond formally using the Office's Trademark Electronic Application System (TEAS), visit **http://www.uspto.gov/teas/index.html** and follow the instructions.

To respond formally via E-mail, visit **http://www.uspto.gov/web/trademarks/tmelecresp.htm** and follow the instructions.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at **http://tarr.uspto.gov/**

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at **http://www.uspto.gov/main/trademarks.htm**

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.**







**Italian Wines: Romance, History and Taste**

What's the first thing you think of when someone mentions Italy? Perhaps an intimate and romantic ride in a gondola through the waters of Venice with a special someone. Maybe it's the quiet majesty of the Italian Alps rearing to meet the clouds. It could be the grandeur of Rome—still as striking and awe-inspiring today as it was in the time of the Caesars. Or maybe the small quaint villages on Sicily or Sardinia call to you.

As diverse as the images of Italy are, so too, are her wines: rich, full-bodied reds, crisp whites, both fruity and dry, sparkling champagnes and spumantes, unique goldens and more. Whether you seek a wine to accompany a fine Italian meal, a beverage to lighten the spirit and warm the heart, or just a quiet glass of wine at the end of the day, Italy has a wine for you.

Italy has twenty different wine-making regions. To help you navigate this site, these regions have been divided into four geographic areas:

**Northern** (which includes Valle d'Aosta, Piedmont, Liguria, Veneto, Trentino-Alto Adige and Friuli-Venezia Giulia);

**Central** (which includes Emilia-Romagna, Tuscany, Umbria, Marches, Latium and Abruzzi);

**Click On A Region To Explore:**

**Links:**

**The Northern Regions:** The vineyards and vines of the Alpine regions.

**The Central Regions:** Wine regions at "the heart of the Roman Empire."

**The Southern Regions:** The diverse geography and vines of the southern regions of Italy.

**The Island Regions:** The unique cultures and wines of Sardinia and Sicily.

**Wine Ratings:** Laws and controls that guarantee the quality of the finest Italian wines.

**Buy Wine and Accessories:**

**Carr-Taylor**
**Veritas.us**
**Wine Things UK**
**Weddings Vineyard**
**Hosting a Wine Tasting Party**

Serial Number 76242955        Attachment # 4 regions4        Page 1 Of 1





*Wine Education and Certification Programs*

# CERTIFIED WINE SPECIALIST
## Study Guide



An Educational Resource
Published by The Society of Wine Educators

# Table of Contents

# CERTIFIED WINE SPECIALIST

## Study Guide



## UNIT ONE
### VITICULTURE AND GRAPE VARIETIES

1.    Viticulture
2.    White Grape Varieties
3.    Red Grape Varieties

## UNIT TWO
### WINE PRODUCTION

4.    Fermentation and Still Wine Production
5.    Sparkling Wine Production
6.    Fortified Wine Production

## UNIT THREE: WINE REGIONS

7.    The United States
8.    France
9.    Italy
10.    Spain and Portugal
11.    Germany and Austria
12.    The Southern Hemisphere

## UNIT FOUR: WINE TASTING

13.    Wine Composition and Chemistry
14.    Wine Tasting and Faults
15.    The Physiology of Taste

## UNIT FIVE:
## ADDITIONAL RESOURCES

16.    Wine and Health
17.    Wine Etiquette and Service
18.    How to Read a Wine Label

Conversions
Study Questions
Bibliography and Supplementary Reading

## PREFACE

Advancing wine education through professional development and certification: this is the mission of the Society of Wine Educators (SWE). The *Certified Wine Specialist Study Guide*, the first of its type published by SWE, is living proof of this mission. The purpose of SWE's educational programs and this guide in particular are to:

- assist wine professionals in becoming better at what they do in the wine arena—be it as educators, trainers, sales professionals, importers, restaurateurs, public relations professionals, or some other role
- provide access to current, reliable wine information
- help wine professionals gain a competitive edge in the marketplace through improved knowledge and assist individuals in enhancing their careers by providing them with a set of high professional standards

## WHY THIS PROGRAM WAS CREATED

The original concept for this project came out of the need discovered through many calls and requests for a comprehensive, step-by-step training program for individuals wanting to enter into the wine industry. Who better than SWE to lead this initiative and provide the study materials and training that would fulfill this need? Acknowledging this need led to the revision of SWE's mission by the Board of Directors back in 1998 followed by the creation of a professional development framework in 1999.

To accomplish this portion of the Society's mission, the board split the governance of the education program into three parts: professional development and certification, corporate training and certification, and hospitality training and certification. This guide is a direct result of the corporate training and certification committee.

When the first group of SWE's corporate members were asked for input about SWE's role in wine education, it was clear that while many companies already provide their employees with ongoing training, they desired independent certification of those employees. These leaders in industry wine education stated clearly that there are de facto industry standards for their employees' wine education needs and that SWE should promote them. The committee then identified a list of specific topics needed and supplied the supporting material. The Society has compiled this material into this comprehensive study guide. Without the vision and contributions of this committee, this publication would not have been possible.

# FOOD & WINE

June 2003

# the grilling issue

### fast barbecue sauces & salsas

## tasty, juicy burgers

### wraps & packs for the grill



## tequila
### a connoisseur's guide

AOL Keyword: Food & Wine

U.S. $3.95 CAN. $4.95

06>

0 391599 8

10486

# wine guide

## FACT SHEET:
## greece

### BY RICHARD NALLEY



A NEW GENERATION OF INTERNATIONALLY TRAINED GREEK winemakers are scouting out some of the best vineyard sites from Crete to Macedonia and turning out some truly gorgeous wines. Their top offerings aren't cheap, but their prices haven't yet caught up with their remarkable achievements.

**GREEK GRAPES** While French grapes like Merlot are now more common in Greece, many producers are using indigenous Greek grapes like Naoussa's spicy red Xinomavro and the dark, perfumed Agiorghitiko of Nemea. In whites, look for wines made from the rich Malagouzia or the crisp Assyrtiko.

**FOOD MATCHES** Greece's best modern producers are creating fresher, rounder wines that still retain the grapes' natural acidity to make them perfect for pairing with food.

**NAMES TO KNOW** Top importers include Athenee, Fantis and Amerikus.

Grapes have long been grown near the monasteries of Mt. Athos.

## ▮ 10 TOP BOTTLES ▮



**2001 Antonopoulos Adoli Ghis ($14)** Made predominantly from the Lagorthi grape, which is grown in the mountain villages of Kalavryta, this exotic white is dry and medium-bodied with a minerally undercurrent and flavors of melon, apple and honeysuckle.
**2001 Chateau Carras Malagouzia ($18)** This northern Aegean white is produced from organic grapes grown on the slopes of Mt. Meliton. Round and full in the mouth, it has a lean, lively cut of acidity—and a lovely aroma of apple and citrus.
**2002 Gai'a Notios ($10)** This fresh, aromatic white, blended

from the native Moscophilero and Roditis grapes, exudes an intriguing perfume of grapefruit and peach.
**2001 Domaine Spiropoulos Meliasto ($10)** Here's something different in a dry rosé. This light-bodied wine comes from the central Peloponnese and is marked by a delicate floral bouquet of roses and gardenias.
**2000 Estate Averoff Ktima Averoff ($20)** Averoff is home to some of the oldest vines in Greece, which produce this Cabernet blend—a top example of a Bordeaux-style Greek red. Along with its silky tannins, it shows off classic notes of plum and cassis.

**2000 Karydas Naoussa ($22)** Grown in limestone soils in a vineyard planted 23 years ago in the northern region of Naoussa, this noteworthy red is supersoft, with delicate cherry aromas reminiscent of Pinot Noir.
**1999 Papaïoannou Estate Nemea ($14)** A big, impressive red from Nemea that's just beginning to open up, this wine will benefit from another 5 to 10 years of aging. Give it half an hour in a decanter to unfold aromas of earth and burnt spice.
**2000 Tsantali Xinomavro ($15)** Produced by one of Greece's top large wineries, this Macedonian red is made from the Xinomavro (the name means "acid, black") grape. It's medium-bodied with luscious notes of blackberry and blueberry.
**1999 COOPERATIVE OF SAMOS NECTAR ($14)** This is a knockout dessert wine and a great bargain as well. Made on the island of Samos, it has walnut and raisin flavors reminiscent of a fine tawny port.

**1997 Boutari Grande Reserve Naoussa ($15)** This deftly oaked, medium-rich wine from one of Greece's best-known producers is marked by bright notes of red fruit and racy acidity; it seems to grow more luscious when paired with food.

114

Exploring Sonoma Valley ◆ Cab Is King! ◆ Picnicing In Provence

# Touring  Tasting

WINE • FOOD • TRAVEL

*Spring-Summer Edition*

**HERITAGE**
America's Bordeaux

A TASTE OF

**INTERVIEWS**
Gina Gallo
Jerry Lohr

# Touring & Tasting in Washington



■ Featured This Issue  ○ Cellar
■ Previously Featured  ● Lodging  □ Tasting



Located on approximately the same latitude (46°N) as some of the great French wine regions—Bordeaux and Burgundy, Washington wine regions include five federally recognized viticultural appellations. A variety of climates and soils combine with the long summer sunlight hours of northern latitudes to create prime growing conditions. Washington grapes merit with about two more hours of summer sunlight each day than California grapes. Gradually cooling autumn temperatures throughout Washington help wine grapes reach full maturity while maintaining desirable acid levels.

Four Washington wine regions—Yakima Valley, Walla Walla Valley, Columbia Valley and the new Red Mountain wine region—produce 98% of the state's wine grapes. There are currently over 200 wineries in Washington wine country, with 97,600 tons of grapes harvested each year, more than any other state in the U.S. except California. The top three varietals produced are Cabernet Sauvignon, Merlot, and Chardonnay. Washington State is quickly becoming as well known for its award-winning wines as it is for its apples, cherries, and pears.

For more information, visit www.washingtonwine.org

# Touring & Tasting Monterey County, Santa Cruz Mts., & Sierra Foothills

The 70-plus wineries that make up the Sierra Foothills wine region are situated in seven counties, spanning nearly 300 miles. Highway 49 links the wineries from north to south.

The Santa Cruz Mountains were first recognized as a premium wine growing region at the turn of the century when its wines won acclaim in European competitions. Today over 40 wineries specialize in handcrafted wines.

Monterey County encompasses eight appellations with more than 40 wineries and vineyards. Most of the wineries and tasting rooms are clustered in three areas: the City of Monterey, Carmel Valley and the Salinas Valley.



# Touring & Tasting in Sonoma County and Mendocino

**L**ow key and unassuming, Sonoma County is home to some of California's best wine grapes. The picturesque countryside is also dotted with chicken and cattle ranches, and peach, walnut, apple, and plum orchards.

Mendocino County is the northern frontier of California's famous North Coast wine region. This is a rugged, mountainous, heavily forested region. Riversides and ridgetops, often in isolated locations, provide Mendocino's vineyard sites. These vineyards and wineries produce distinctive grapes and wine filled with a rare sense of place.



## Mendocino



## Northern Sonoma

## Southern Sonoma

* Featured This Issue    ○ Other
■ Previously Featured   ● Lodging   ○ Towns

TESS - Document Display



UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*



Please logout when you are done to release system resources allocated for you.

**List At:** [        ] OR [      ] **to record:** [        ] **Record 37 out of 49**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | ZONE |
| **Goods and Services** | IC 033. US 047 049. G & S: vodka-based distilled spirits with added natural fruit flavors. FIRST USE: 19950600. FIRST USE IN COMMERCE: 19970400 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74720403 |
| **Filing Date** | August 8, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 15, 1997 |
| **Registration Number** | 2186191 |
| **Registration Date** | September 1, 1998 |
| **Owner** | (REGISTRANT) R & A IMPORTS, INC. CORPORATION CALIFORNIA 15332 Antioch St. Pacific Palisades CALIFORNIA 90272 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |

TESS - Document Display

Page 1 of 2



UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*



Please logout when you are done to release system resources allocated for you.

List At: [      ] OR [JUMP] to record: [      ] **Record 22 out of 49**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | ZONE |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: BOWLING BALLS. FIRST USE: 19980804. FIRST USE IN COMMERCE: 19980804 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75658249 |
| **Filing Date** | March 11, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 7, 1999 |
| **Registration Number** | 2324221 |
| **Registration Date** | February 29, 2000 |
| **Owner** | (REGISTRANT) Brunswick Bowling & Billiards Corporation CORPORATION DELAWARE 525 West Laketon Avenue Post Office Box 329 Muskegon MICHIGAN 494430329 |
| **Attorney of Record** | Richard C. Cooper |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

TESS - Document Display 

Page 2 of 2

**Live/Dead Indicator**    LIVE

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

TESS - Document Disp■

Page 1 of 2



### UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

■■■■■ Please logout when you are done to release system resources allocated for you.

■■■■ List At: [        ] OR ■■■■ to record: [        ] **Record 14 out of 49**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | ZONE |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: BOWLING BALLS. FIRST USE: 20001200. FIRST USE IN COMMERCE: 20001200 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 261113 261121 261704 |
| **Serial Number** | 76161143 |
| **Filing Date** | November 7, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 14, 2001 |
| **Registration Number** | 2583643 |
| **Registration Date** | June 18, 2002 |
| **Owner** | (REGISTRANT) Brunswick Bowling & Billiards Corporation CORPORATION |

TESS - Document Display

DELAWARE 525 West Laketon Avenue P.O. Box 329 Muskegon MICHIGAN 494430329

| | |
|---|---|
| **Attorney of Record** | Carl S Clark |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME  TRADEMARK  TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  TOP  HELP  PREV LIST

CURR LIST  NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

TESS - Document Display ●                    ●                    Page 1 of 2



## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*

Please logout when you are done to release system resources allocated for you.

List At: [      ] OR [      ] to record: [      ]    **Record 14 out of 15**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | ORCHARD |
| **Goods and Services** | IC 031. US 046. G & S: Fresh Citrus Fruits. FIRST USE: 19040000. FIRST USE IN COMMERCE: 19040000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 71436478 |
| **Filing Date** | September 28, 1940 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0389985 |
| **Registration Date** | September 2, 1941 |
| **Owner** | (REGISTRANT) NATIONAL ORANGE COMPANY CORPORATION CALIFORNIA RIVERSIDE CALIFORNIA |
| | (LAST LISTED OWNER) NATIONAL ORANGE PACKING COMPANY CORPORATION BY ASSIGNMENT CALIFORNIA 2601 THIRD STREET RIVERSIDE CALIFORNIA 925020226 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of** | |

TESS - Document Display

| | |
|---|---|
| **Record** | THOMAS M. MOORE |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 12C. SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20010518. |
| **Renewal** | 3RD RENEWAL 20010518 |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT



**UNITED STATES PATENT AND TRADEMARK OFFICE**

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*



PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

LOGOUT Please logout when you are done to release system resources allocated for you.

Start List At: [        ] OR Jump to record: [        ] **Record 26 out of 44**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | COUNTRYSIDE |
| **Goods and Services** | IC 029. US 046. G & S: FRESH DAIRY PRODUCTS, EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT. FIRST USE: 19691231. FIRST USE IN COMMERCE: 19691231 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73563781 |
| **Filing Date** | October 18, 1985 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 22, 1986 |
| **Registration Number** | 1413524 |
| **Registration Date** | October 14, 1986 |
| **Owner** | (REGISTRANT) PACKET DAIRY, INCORPORATED CORPORATION MISSOURI 610 EAST STATE STREET O'FALLON ILLINOIS 62269 |
| | (LAST LISTED OWNER) LAND-O-SUN DAIRIES, INC. CORPORATION ASSIGNEE OF DELAWARE |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

TESS - Document Display

| | |
|---|---|
| **Attorney of Record** | JEROME A. GROSS |
| **Prior Registrations** | 1346502 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**



## UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**LOGOUT** Please logout when you are done to release system resources allocated for you.

**START** List At: [          ] OR **JUMP** to record: [          ] **Record 23 out of 44**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | COUNTRYSIDE |
| **Goods and Services** | IC 032. US 045. G & S: FRUIT JUICE DRINKS CONTAINING WATER. FIRST USE: 19631231. FIRST USE IN COMMERCE: 19631231 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73587899 |
| **Filing Date** | March 14, 1986 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 23, 1987 |
| **Registration Number** | 1457674 |
| **Registration Date** | September 15, 1987 |
| **Owner** | (REGISTRANT) PACKET DAIRY, INCORPORATED CORPORATION MISSOURI 610 EAST STATE STREET O'FALLON ILLINOIS 62269 |
| | (LAST LISTED OWNER) LAND-O-SUN DAIRIES, INC. CORPORATION ASSIGNEE OF DELAWARE |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of** | |

TESS - Document Display                                      Page 2 of 2

| | |
|---|---|
| **Record** | JEROME A. GROSS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

PTO Home  TRADEMARK  TESS Home  NEW USER  STRUCTURED  FREE FORM  Browse Dict  Top  HELP  Prev List

CURR LIST  Prev List  First Doc  Prev Doc  Next Doc  Last Doc

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT**



## United States Patent and Trademark Office

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*



Please logout when you are done to release system resources allocated for you.

List At: [          ] OR [          ] to record: [          ] **Record 12 out of 44**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | COUNTRYSIDE |
| **Goods and Services** | IC 029. US 046. G & S: fresh dairy products, excluding ice cream, ice milk and frozen yogurt. FIRST USE: 19850500. FIRST USE IN COMMERCE: 19850500 |
| | IC 032. US 045. G & S: fruit juice drinks containing water. FIRST USE: 19850500. FIRST USE IN COMMERCE: 19850500 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 050125 060903 070304 |
| **Serial Number** | 74484981 |
| **Filing Date** | January 31, 1994 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 8, 1994 |
| **Registration** | 1876773 |

| | |
|---|---|
| **Number** | |
| **Registration Date** | January 31, 1995 |
| **Owner** | (REGISTRANT) LAND-O-SUN DAIRIES, INC. CORPORATION DELAWARE 2900 BRISTOL HIGHWAY P.O. BOX O,CRS JOHNSON CITY TENNESSEE 376023440 |
| | (LAST LISTED OWNER) LAND-O-SUN DAIRIES, L.L.C. LIMITED LIABILITY COMPANY BY ASSIGNMENT DELAWARE 2900 BRISTOL HIGHWAY JOHNSON CITY TENNESSEE 37601 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Bingham B. Leverich |
| **Prior Registrations** | 1413524;1457674 |
| **Description of Mark** | The lining shown in the drawing is a feature of the mark and is not intended to represent color in the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |



HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT



## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*



Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | FARMS |
| **Goods and Services** | IC 035. US 101. G & S: Agricultural Publication Audience Research. FIRST USE: 19820501. FIRST USE IN COMMERCE: 19830715 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73453168 |
| **Filing Date** | November 17, 1983 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 12, 1985 |
| **Registration Number** | 1332498 |
| **Registration Date** | April 23, 1985 |
| **Owner** | (REGISTRANT) Starch/INRA/Hooper, Inc. CORPORATION NEW YORK 566 E. Boston Post Rd. Mamaroneck NEW YORK 10543 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Allen J. Baden |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |

TESS - Document Display 

**Live/Dead
Indicator**      LIVE

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT**

TESS - Document Display ●                              ●                    Page 1 of 2



## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*



Please logout when you are done to release system resources allocated for you.

List At: [        ]  OR [     ] to record: [        ]  **Record 8 out of 12**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | FIELD |
| **Goods and Services** | IC 029. US 046. G & S: FRESH AND PROCESSED MEATS, CHEESE, LARD AND POULTRY. FIRST USE: 19540101. FIRST USE IN COMMERCE: 19710315 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 071109 |
| **Serial Number** | 73705555 |
| **Filing Date** | January 14, 1988 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 13, 1988 |
| **Registration Number** | 1515604 |
| **Registration Date** | December 6, 1988 |

| | |
|---|---|
| **Owner** | (REGISTRANT) FIELD PACKING COMPANY CORPORATION KENTUCKY P.O. BOX 766 OWENSBORO KENTUCKY 42302 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | WILLIAM R. DEXTER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

TESS - Document Display                                     Page 1 of 2



**UNITED STATES PATENT AND TRADEMARK OFFICE**

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At: [        ] OR [Jump] to record: [        ]    **Record 7 out of 12**

**Check Status**  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | FIELD |
| **Goods and Services** | IC 029. US 046. G & S: FRESH AND PROCESSED MEATS, CHEESE, LARD AND POULTRY. FIRST USE: 19831017. FIRST USE IN COMMERCE: 19831017 |
| | (CANCELLED) IC 030. US 046. G & S: [ CORN DOGS ]. FIRST USE: 19831017. FIRST USE IN COMMERCE: 19831017 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 261120 261121 |
| **Serial Number** | 73705556 |
| **Filing Date** | January 14, 1988 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 27, 1988 |

TESS - Document Display                                          Page 2 of 2

| | |
|---|---|
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1517319 |
| **Registration Date** | December 20, 1988 |
| **Owner** | (REGISTRANT) FIELD PACKING COMPANY CORPORATION KENTUCKY P.O. BOX 766 OWENSBORO KENTUCKY 42302 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | WILLIAM R. DEXTER |
| **Description of Mark** | THE MARK IS LINED FOR THE COLORS GREEN AND YELLOW. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. PARTIAL SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | 

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

TESS - Document Display ●                    ●            Page 1 of 2



## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*

PTO HOME   TRADEMARK   TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   BOTTOM   HELP   PREV LIST

CURR LIST   NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

LOGOUT  Please logout when you are done to release system resources allocated for you.

START  List At: [        ] OR Jump  to record: [        ]  **Record 11 out of 12**

Check Status  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | FIELD |
| **Goods and Services** | IC 031. US 001. G & S: Seeds and Nursery Stock, Including Flower and Vegetable Seeds, Shrubs, Trees, Plants, Vines, Bulbs, Roots, Tubers, Scions, and Corms. FIRST USE: 19620315. FIRST USE IN COMMERCE: 19620315 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 050101 260521 |
| **Serial Number** | 72143358 |
| **Filing Date** | April 30, 1962 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0754816 |
| **Registration Date** | August 20, 1963 |
| **Owner** | (REGISTRANT) Henry Field Seed and Nursery Company CORPORATION IOWA |

TESS - Document Display                                       Page 2 of 2

|  | 407 SYCAMORE ST. Shenandoah IOWA |
| --- | --- |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 0533642 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Renewal** | 1ST RENEWAL 19831129 |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT



**UNITED STATES PATENT AND TRADEMARK OFFICE**

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At: [    ] OR to record: [    ]  **Record 3 out of 11**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

# Place

| | |
|---|---|
| **Word Mark** | PLACE |
| **Goods and Services** | IC 025. US 022 039. G & S: children's pants, trousers, jeans, slacks, jumpsuits, shorts, shirts, sweaters, sweatshirts, sweat shorts, tights, vests, jackets, blazers, T-shirts, overalls, swimsuits, hats, socks, underwear, scarves, gloves and footwear. FIRST USE: 19970800. FIRST USE IN COMMERCE: 19970800 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 75297926 |
| **Filing Date** | May 27, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 13, 1998 |
| **Registration Number** | 2202251 |
| **Registration Date** | November 3, 1998 |

TESS - Document Display 

| | |
|---|---|
| **Owner** | (REGISTRANT) Children's Place Retail Stores, Inc., The CORPORATION DELAWARE One Dodge Drive West Caldwell NEW JERSEY 07006 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | BETH R STEARNS |
| **Prior Registrations** | 1020741;1020742;1137068;1642868;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

TESS - Document Display                                                 Page 1 of 2



**Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*



Please logout when you are done to release system resources allocated for you.

List At: [＿＿＿] OR [＿＿＿] to record: [＿＿＿] **Record 11 out of 11**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | PLACE |
| **Goods and Services** | IC 003. US 051. G & S: COLOGNE. FIRST USE: 19451204. FIRST USE IN COMMERCE: 19451204 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 71494560 |
| **Filing Date** | January 10, 1946 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 12, 1946 |
| **Registration Number** | 0427455 |
| **Registration Date** | February 11, 1947 |
| **Owner** | (REGISTRANT) IRRESISTIBLE, INC. CORPORATION NEW JERSEY 1041 PROSPECT AVE. NEW YORK NEW YORK |
| | (LAST LISTED OWNER) NESTLE-LEMUR COMPANY CORPORATION ASSIGNEE OF DELAWARE 114 FIFTH AVENUE NEW YORK NEW YORK 10011 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

http://tess2.uspto.gov/bin/gate.exe?f=doc&state=29n91q.2.11                         11/24/03

TESS - Document Display

Page 2 of 2

| | |
|---|---|
| **Attorney of Record** | BLUM KAPLAN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Renewal** | 2ND RENEWAL 19880203 |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**



**Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*



Please logout when you are done to release system resources allocated for you.

List At: [          ] OR [      ] to record: [          ] **Record 4 out of 15**

---

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | AREA |
| **Goods and Services** | IC 024. US 042 050. G & S: HOME TEXTILES, NAMELY, BEDDING, NAMELY PILLOW CASES, PILLOWS SHAMS, SHEETS, COMFORTERS, SHAMS AND DUVETS; TABLE LINENS AND CURTAINS. FIRST USE: 19900905. FIRST USE IN COMMERCE: 19900905 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 260102 260115 |
| **Serial Number** | 75624196 |
| **Filing Date** | January 20, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 2, 2002 |
| **Registration Number** | 2622618 |

| | |
|---|---|
| **Registration Date** | September 24, 2002 |
| **Owner** | (REGISTRANT) Area, Inc. CORPORATION NEW YORK 180 Varick Street New York NEW YORK 10014 |
| **Attorney of Record** | Daniel Ebenstein |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME  TRADEMARK  TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  TOP  HELP  PREV LIST
CURR LIST  NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**



## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*



Please logout when you are done to release system resources allocated for you.

List At: _____  OR _____ to record: _____  **Record 1 out of 2**

---

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | LOCATION |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer program, for use as a database providing referencing insurance information regarding specific addresses. FIRST USE: 20010200. FIRST USE IN COMMERCE: 20010300 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76222814 |
| **Filing Date** | March 9, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 6, 2002 |
| **Registration Number** | 2641969 |
| **Registration Date** | October 29, 2002 |
| **Owner** | (REGISTRANT) ISO Properties, Inc. CORPORATION DELAWARE 222 Delaware Avenue Suite 1461 Wilmington DELAWARE 19801 |
| **Attorney of Record** | Inga-Kerstin Wilder |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

TESS - Document Display

**Live/Dead Indicator**    LIVE



HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

TESS - Document Display ●                    ●                    Page 1 of 2



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

LOGOUT  Please logout when you are done to release system resources allocated for you.

START  List At: [          ] OR JUMP  to record: [          ]   **Record 2 out of 4**

Check Status  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | LOCATIONS |
| **Goods and Services** | IC 016. US 038. G & S: magazines for event and party planning. FIRST USE: 19930415. FIRST USE IN COMMERCE: 19930415 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74184568 |
| **Filing Date** | July 12, 1991 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 12, 1993 |
| **Registration Number** | 1841311 |
| **Registration Date** | June 21, 1994 |
| **Owner** | (REGISTRANT) Scher, Joel INDIVIDUAL UNITED STATES 124 East 79th Street New York NEW YORK 10021 |
| **Attorney of Record** | Seth Natter |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead** | LIVE |



UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*

PTO HOME   TRADEMARK   TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   BOTTOM   HELP

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

Check Status  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | SOURCE |
| **Goods and Services** | IC 030. US 046. G & S: Tea based bottled beverages. FIRST USE: 20001101. FIRST USE IN COMMERCE: 20001102 |
| | IC 032. US 045 046 048. G & S: Fruit juice beverages in bottles. FIRST USE: 20001101. FIRST USE IN COMMERCE: 20001102 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 76205249 |
| **Filing Date** | February 6, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 12, 2002 |
| **Registration Number** | 2668049 |
| **Registration Date** | December 31, 2002 |
| **Owner** | (REGISTRANT) P.R. Performance, Inc. CORPORATION FLORIDA 705 N. Garfield Ave. Deland FLORIDA 32724 |

TESS - Document Display    Page 2 of 2

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

TESS - Document Display                                 Page 1 of 2



## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*

PTO HOME   TRADEMARK   TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   BOTTOM   HELP   PREV LIST
CURR LIST   NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

LOGOUT   Please logout when you are done to release system resources allocated for you.

GO   List At: [        ]   OR   JUMP   to record: [        ]   **Record 14 out of 55**

Check Status   *(TARR contains current status, correspondence address and attorney of record for this*
*mark. Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | SOURCE |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: Toys, namely rubber and plastic action balls and squeeze balls, dolls and foam squeeze toys. FIRST USE: 19961224. FIRST USE IN COMMERCE: 19970100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75628651 |
| **Filing Date** | January 27, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 1, 2000 |
| **Registration Number** | 2480455 |
| **Registration Date** | August 21, 2001 |
| **Owner** | (REGISTRANT) FOR-WELLA ENTERPRISE CO., LTD. CORPORATION TAIWAN No. 29, Sec. 3, Hsinsheng N. Rd. Taipei TAIWAN |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | THOMAS M CHAMPAGNE |



| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT**

TESS - Document Display

Page 1 of 2



## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*

Please logout when you are done to release system resources allocated for you.

List At: [        ] OR [    ] to record: [        ]  **Record 15 out of 55**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | SOURCE |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: non-medicated hair care preparations; non-medicated skin care preparations, namely, skin cleansers, creams, moisturizers, soaps, massage oils, gels and body wash. FIRST USE: 19950601. FIRST USE IN COMMERCE: 19950601 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75438640 |
| **Filing Date** | February 23, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 20, 1998 |
| **Registration Number** | 2217426 |
| **Registration Date** | January 12, 1999 |
| **Owner** | (REGISTRANT) Rainforest Company, L.L.C., The LIMITED LIABILITY COMPANY MISSOURI 701 North 15th Street 5th Floor St. Louis MISSOURI 63101 |
| **Attorney of Record** | JOHN B GREENBERG |
| **Type of Mark** | TRADEMARK |

| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

[Logout] Please logout when you are done to release system resources allocated for you.

[Jump] List At: [        ] OR [Jump] to record: [        ] **Record 17 out of 55**

[Check Status] *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



## SOURCE

| | |
|---|---|
| **Word Mark** | SOURCE |
| **Goods and Services** | IC 021. US 002 013 023 029 030 033 040 050. G & S: drinking flasks. FIRST USE: 19990728. FIRST USE IN COMMERCE: 19990728 |
| | IC 025. US 022 039. G & S: money belts, shoes, slippers and carrying vests, namely, vests with pockets and other compartments, specifically designed to transport personal items. FIRST USE: 19990728. FIRST USE IN COMMERCE: 19990728 |
| | IC 018. US 001 002 003 022 041. G & S: trunks, backpacks and traveling bags. FIRST USE: 19990728. FIRST USE IN COMMERCE: 19990728 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 260102 260117 260118 260121 260520 260521 260901 |
| **Serial Number** | 75164353 |
| **Filing Date** | September 11, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |

TESS - Document Display ●                          ● Page 2 of 2

| | |
|---|---|
| **Published for Opposition** | October 12, 1999 |
| **Registration Number** | 2398203 |
| **Registration Date** | October 24, 2000 |
| **Owner** | (REGISTRANT) SOURCE VAGABOND SYSTEMS LTD. CORPORATION ISRAEL P.O. BOX 32 Tirat Hacarmel, 30250 ISRAEL |
| **Attorney of Record** | BENJAMIN J HAUPTMAN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**



## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*



Please logout when you are done to release system resources allocated for you.

List At: [    ] OR [    ] to record: [    ]    **Record 20 out of 55**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | SOURCE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: loudspeakers. FIRST USE: 19810000. FIRST USE IN COMMERCE: 19810000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75079431 |
| **Filing Date** | March 27, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 16, 1997 |
| **Registration Number** | 2118920 |
| **Registration Date** | December 9, 1997 |
| **Owner** | (REGISTRANT) Pyle Industries, Incorporated CORPORATION INDIANA 8500 Balboa Boulevard Northridge CALIFORNIA 91329 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DALE G MOHLENHOFF |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

TESS - Document Display

**Live/Dead Indicator**    LIVE

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
|---|---|---|---|---|---|---|---|---|---|
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

TESS - Document Display

Page 1 of 2



## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*



Please logout when you are done to release system resources allocated for you.

List At: [        ] OR [      ] to record: [        ] **Record 48 out of 55**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | SOURCE |
| **Goods and Services** | IC 005. US 018. G & S: DIETARY FOOD SUPPLEMENT FOR ANIMAL FEED, COMPOSED OF VITAMINS, MINERALS TRACE ELEMENTS AND OTHER MICRONUTRIENTS, NOT INTENDED FOR HUMAN CONSUMPTION. FIRST USE: 19750725. FIRST USE IN COMMERCE: 19750827 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73294967 |
| **Filing Date** | January 30, 1981 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 9, 1983 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1255764 |
| **Registration Date** | November 1, 1983 |
| **Owner** | (REGISTRANT) Source, Inc. UNKNOWN North Guilford CONNECTICUT |
| **Attorney of Record** | ROBERT H. WARE |

TESS - Document Display ●                                    ●                    Page 2 of 2

| | |
|---|---|
| **Prior Registrations** | 1092632 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT

TESS - Document Display



**UNITED STATES PATENT AND TRADEMARK OFFICE**

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**LOGOUT** Please logout when you are done to release system resources allocated for you.

**START** List At: [    ] OR **JUMP** to record: [    ] **Record 51 out of 55**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



## SOURCE

| | |
|---|---|
| **Word Mark** | SOURCE |
| **Goods and Services** | IC 005. US 018. G & S: DIETARY SUPPLEMENT FOR HORSEFEED COMPOSED OF VITAMINS, MINERALS, TRACE ELEMENTS, AND VARIOUS OTHERS MICRONUTRIENTS. FIRST USE: 19770407. FIRST USE IN COMMERCE: 19770407 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 031907 261121 |
| **Serial Number** | 73122427 |
| **Filing Date** | April 12, 1977 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1092632 |
| **Registration Date** | June 6, 1978 |

| | |
|---|---|
| **Owner** | (REGISTRANT) SOURCE, INC. CORPORATION CONNECTICUT 101 FOWLER ROAD NORTH BRANFORD CONNECTICUT |
| **Attorney of Record** | ROBERT H WARE |
| **Description of Mark** | THE DOTTED BACKGROUND IS A DESIGN FEATURE OF THE MARK, AND DOES NOT INDICATE SHADING OR COLOR. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. |
| **Renewal** | 1ST RENEWAL 19980706 |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

TESS - Document Display ●                          ●                    Page 1 of 2



**UNITED STATES PATENT AND TRADEMARK OFFICE**

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | SHOW LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At: [     ] OR [     ] to record: [     ]    **Record 10 out of 55**

**Check Status**    *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

# SOURCE

| | |
|---|---|
| **Word Mark** | SOURCE |
| **Goods and Services** | IC 037. US 100 103 106. G & S: Installation of heating, ventilating, air conditioning, refrigeration and electrical energy controllers comprising energy efficient systems for industry; and installation and repair of refrigeration systems. FIRST USE: 20011019. FIRST USE IN COMMERCE: 20011019 |
| | IC 042. US 100 101. G & S: Design for others and conducting feasibility studies and technical consultations, both in the field of energy efficient systems for industry comprising heating, ventilating, air conditioning, refrigeration and electrical energy controllers; and design for others in the field of refrigeration systems. FIRST USE: 20011019. FIRST USE IN COMMERCE: 20011019 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 261710 |
| **Serial Number** | 76321888 |
| **Filing Date** | October 4, 2001 |
| **Current Filing Basis** | 1A |
| **Original** | |

TESS - Document Display

| | |
|---|---|
| **Filing Basis** | 1B |
| **Published for Opposition** | September 3, 2002 |
| **Registration Number** | 2738375 |
| **Registration Date** | July 15, 2003 |
| **Owner** | (REGISTRANT) Source Refrigeration & HVAC, Inc. CORPORATION CALIFORNIA 800 E. Orangethorpe Ave. Anaheim CALIFORNIA 928011123 |
| **Attorney of Record** | BERNARD R GANS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

TESS - Document Display                      Page 1 of 2



## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*

Please logout when you are done to release system resources allocated for you.

List At: [____] OR [____] to record: [____] **Record 2 out of 41**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | ORIGIN |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: ACRYLIC BATHTUBS FEATURING WOODEN BASES. FIRST USE: 20020301. FIRST USE IN COMMERCE: 20020301 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78127478 |
| **Filing Date** | May 9, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 12, 2003 |
| **Registration Number** | 2779493 |
| **Registration Date** | November 4, 2003 |
| **Owner** | (REGISTRANT) MAAX INC. CORPORATION CANADA 640, route Cameron Sainte-Marie, Quebec CANADA G6E 1B2 |
| **Attorney of Record** | Jess M. Collen |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

TESS - Document Display

**Live/Dead
Indicator**    LIVE



HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT



## UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*

| PTO Home | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [      ] OR **Jump** to record: [      ] **Record 1 out of 15**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | SITE |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: CAST ALUMINUM CEILING AND WALL-MOUNTED COMPACT FLUORESCENT LUMINAIRES AND PARTS THEREFORE, NAMELY, BASES, SOCKETS, SOCKET HOLDERS, REFLECTORS AND COVERS USED INDOORS SOLD EXCLUSIVELY THROUGH MANUFACTURES REPRESENTATIVES AND ADVERTISED EXCLUSIVELY IN TRADE MAGAZINES ADDRESSED TO LIGHTING CONSULTANTS |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76341483 |
| **Filing Date** | November 19, 2001 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 1B;44E |
| **Published for Opposition** | December 3, 2002 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 2690323 |
| **Registration** | February 25, 2003 |





# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS; SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**

United States Patent and Trademark Office

**July 30, 2007**

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE TRADEMARK FILE WRAPPER AND CONTENTS OF:

**TRADEMARK APPLICATION:** *76/242,955*

**FILING DATE:** *April 17, 2001*

By Authority of the

**Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office**

**P. R.  GRANT**

Certifying Officer

PART ( 2 ) OF ( 2 ) PART(S)

**Date**

**Owner**          (REGISTRANT) ERCO LEUCHTEN GMBH CORPORATION FED REP
                   GERMANY Brockhauser Weg 80-82 58507 Ludenscheid FED REP GERMANY

**Attorney of
Record**           Herbert Dubno

**Type of Mark**   TRADEMARK

**Register**       PRINCIPAL

**Live/Dead
Indicator**        LIVE

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT**



**Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*



Please logout when you are done to release system resources allocated for you.

List At: [ ] OR [ ] to record: [ ]    **Record 6 out of 15**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | SITE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: CHARGE COUPLED DEVICES. FIRST USE: 19930901. FIRST USE IN COMMERCE: 19930907 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75557036 |
| **Filing Date** | September 23, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 1, 2000 |
| **Registration Number** | 2344716 |
| **Registration Date** | April 25, 2000 |
| **Owner** | (REGISTRANT) Scientific Imaging Technologies, Inc. CORPORATION DELAWARE 2nd Floor, 600 Perimeter Drive Lexington KENTUCKY 40517 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | James A. Mitchell |
| **Type of Mark** | TRADEMARK |

TESS - Document Display

**Register**            PRINCIPAL

**Live/Dead**           LIVE
**Indicator**

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT**



### UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At: [        ] OR [       ] to record: [        ] **Record 11 out of 15**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | SITE |
| **Goods and Services** | IC 042. US 100. G & S: association services; namely, promoting the interests of incentive travel executives. FIRST USE: 19900427. FIRST USE IN COMMERCE: 19900427 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 010701 |
| **Serial Number** | 74139997 |
| **Filing Date** | February 19, 1991 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 17, 1991 |
| **Registration Number** | 1667958 |
| **Registration Date** | December 10, 1991 |

| | |
|---|---|
| **Owner** | (REGISTRANT) SOCIETY OF INCENTIVE TRAVEL EXECUTIVES, INC. CORPORATION NEW YORK 21 West 38th Street, 10th Floor New York NEW YORK 10018 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | James F. Gossett |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20020204. |
| **Renewal** | 1ST RENEWAL 20020204 |
| **Live/Dead Indicator** | LIVE |

PTO HOME  TRADEMARK  TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  TOP  HELP  PREV LIST
CURR LIST  NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**



**UNITED STATES PATENT AND TRADEMARK OFFICE**

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

[LOGOUT]  Please logout when you are done to release system resources allocated for you.

[START]  List At: [        ] OR [JUMP] to record: [        ]  **Record 3 out of 19**

[Check Status]  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

# CITY

| | |
|---|---|
| **Word Mark** | CITY |
| **Goods and Services** | IC 037. US 100 103 106. G & S: Installation, maintenance, and repair of residential, industrial, and commercial electrical wiring. FIRST USE: 19980101. FIRST USE IN COMMERCE: 19980101 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 76208605 |
| **Filing Date** | February 12, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 2, 2002 |
| **Registration Number** | 2623771 |
| **Registration Date** | September 24, 2002 |
| **Owner** | (REGISTRANT) City Electric Company of Boulder, Inc. CORPORATION |

TESS - Document Display                                             Page 2 of 2

COLORADO 5425 Airport Blvd., Suite 106 Boulder COLORADO 80301

**Attorney of Record**      Donald T Goulart

**Type of Mark**            SERVICE MARK

**Register**                PRINCIPAL

**Live/Dead Indicator**     LIVE

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

http://tess2.uspto.gov/bin/gate.exe?f=doc&state=grk2e8.9.3                    11/24/03



## UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*



Please logout when you are done to release system resources allocated for you.

List At: [        ] OR [    ] to record: [        ]  **Record 2 out of 3**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | CITIES |
| **Goods and Services** | IC 020. US 002 013 022 025 032 050. G & S: furniture, namely, chairs, multiple seat units, sofas, couches, and tables for lounge, waiting room and lobby areas. FIRST USE: 19970601. FIRST USE IN COMMERCE: 19970601 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75299084 |
| **Filing Date** | May 28, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 17, 1998 |
| **Registration Number** | 2237584 |
| **Registration Date** | April 6, 1999 |
| **Owner** | (REGISTRANT) Nemschoff Chairs, Inc. CORPORATION WISCONSIN 2218 Julson Court, P.O. Box 129 Sheboygan WISCONSIN 530820129 |
| **Attorney of Record** | RODNEY D DEKRUIF |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

TESS - Document Display

**Live/Dead
Indicator**  LIVE



**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT**



**Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*



**Please logout when you are done to release system resources allocated for you.**

**List At:** [        ] OR [        ] **to record:** [        ] **Record 3 out of 3**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | CITIES |
| **Goods and Services** | IC 025. US 039. G & S: Footwear. FIRST USE: 19810728. FIRST USE IN COMMERCE: 19810728 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73325599 |
| **Filing Date** | August 27, 1981 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 22, 1982 |
| **Registration Number** | 1208597 |
| **Registration Date** | September 14, 1982 |
| **Owner** | (REGISTRANT) El Greco Leather Products Co., Inc. a.k.a. Candie's International CORPORATION NEW YORK 2 Harbor Park Dr. Port Washington NEW YORK 11050 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | BLUM KAPLAN |
| **Type of Mark** | TRADEMARK |

http://tess2.uspto.gov/bin/gate.exe?f=doc&state=grk2e8.10.3

TESS - Document Display

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

PTO HOME   TRADEMARK   TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   TSD   HELP   PREV LIST

CURR LIST   NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT

TESS - Document Display  Page 1 of 2



## UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

### Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | |
| CURR LIST | | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | |

Please logout when you are done to release system resources allocated for you.

List At: [          ] OR [     ] to record: [          ]    **Record 4 out of 13**

Check Status  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | STATE |
| **Goods and Services** | IC 034. US 002 008 009 017. G & S: CIGARETTES; TOBACCO; TOBACCO PRODUCTS, NAMELY, CHEWING TOBACCO, SMOKING TOBACCO, TOBACCO PIPES; SMOKERS' ARTICLES, NAMELY, ASHTRAYS NOT OF PRECIOUS METAL, CIGARETTE CASES NOT OF PRECIOUS METAL, CIGARETTE PAPERS; CIGARETTE LIGHTERS NOT OF PRECIOUS METAL; MATCHES |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75749884 |
| **Filing Date** | July 14, 1999 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 44E |
| **Published for Opposition** | June 26, 2001 |
| **Registration Number** | 2489956 |
| **Registration Date** | September 18, 2001 |
| **Owner** | (REGISTRANT) Ardath Tobacco Company Limited CORPORATION ENGLAND Globe House, 4 Temple Place London, WC2R 2PG ENGLAND |
| **Attorney of** | MAREN COBURN |

TESS - Document Display ● ● Page 2 of 2

| | |
|---|---|
| **Record** | |
| **Prior Registrations** | 0041324;1028870 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

TESS - Document Display



# Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*



**Please logout when you are done to release system resources allocated for you.**

**List At:** [       ] **OR** [       ] **to record:** [       ] **Record 2 out of 13**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | STATE |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: Water heaters for domestic, commercial or industrial use. FIRST USE: 19571223. FIRST USE IN COMMERCE: 19571223 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76312214 |
| **Filing Date** | September 14, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 24, 2002 |
| **Registration Number** | 2662408 |
| **Registration Date** | December 17, 2002 |
| **Owner** | (REGISTRANT) State Industries, Inc. CORPORATION TENNESSEE 500 Lindahl Parkway Ashland City TENNESSEE 37015 |
| **Attorney of Record** | DAVID R PRICE |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | LIVE |



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |
|------|-------|--------|---------------|------------------|----------------|------------|

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*



Please logout when you are done to release system resources allocated for you.

List At: [    ] OR to record: [    ]   **Record 1 out of 7**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | STATES |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: electrical power distribution and substation equipment, namely electric junction boxes, panel boards, switchboards, bus ducts, wireways and control cabinets. FIRST USE: 19241201. FIRST USE IN COMMERCE: 19450301 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74682957 |
| **Filing Date** | June 1, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 9, 1996 |
| **Registration Number** | 1965774 |
| **Registration Date** | April 2, 1996 |
| **Owner** | (REGISTRANT) States Electric Manufacturing Co. CORPORATION MINNESOTA 650 Ottawa Avenue North Minneapolis MINNESOTA 55422 |
| **Attorney of Record** | JOHN W PROVO |
| **Prior** | |

TESS - Document Display

| | |
|---|---|
| **Registrations** | 1016751 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TCD | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**



## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*



**Please logout when you are done to release system resources allocated for you.**

List At: [        ] OR [    ] to record: [        ] **Record 5 out of 7**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | STATES |
| **Goods and Services** | IC 009. US 021. G & S: ELECTRICAL POWER DISTRIBUTION AND SUBSTATION EQUIPMENT-NAMELY, ELECTRIC JUNCTION BOXES, PANEL BOARDS, SWITCHBOARDS, BUS DUCTS, WIREWAYS AND CONTROL CABINETS. FIRST USE: 19241201. FIRST USE IN COMMERCE: 19450301 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 261501 |
| **Serial Number** | 73019629 |
| **Filing Date** | April 24, 1974 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1016751 |

TESS - Document Display ●                    ●                    Page 2 of 2

| | |
|---|---|
| **Registration Date** | July 29, 1975 |
| **Owner** | (REGISTRANT) STATES ELECTRIC MANUFACTURING CO. CORPORATION MINNESOTA 650 OTTAWA AVE. N. MINNEAPOLIS MINNESOTA 55422 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Renewal** | 1ST RENEWAL 19950810 |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT



## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*

Please logout when you are done to release system resources allocated for you.

List At: ☐ OR ☐ to record: ☐ **Record 1 out of 3**

**Check Status**   *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | DERIVATION |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: Equipment sold as a unit for playing a word game. FIRST USE: 20021024. FIRST USE IN COMMERCE: 20021024 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78197520 |
| **Filing Date** | December 23, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 19, 2003 |
| **Registration Number** | 2782061 |
| **Registration Date** | November 11, 2003 |
| **Owner** | (REGISTRANT) Entspire, LLC LIMITED LIABILITY JOINT STOCK COMPANY WASHINGTON 4467 Forest Avenue Mercer Island WASHINGTON 98040 |
| **Attorney of Record** | Melvyn J. Simburg |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

**Live/Dead**
**Indicator**        LIVE

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**LOGOUT** Please logout when you are done to release system resources allocated for you.

**START** List At: [          ] OR **JUMP** to record: [          ]    **Record 2 out of 23**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | VALLEY |
| **Goods and Services** | IC 043. US 100 101. G & S: Contract food services. FIRST USE: 20000600. FIRST USE IN COMMERCE: 20000600 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 010501 |
| **Serial Number** | 76369984 |
| **Filing Date** | February 12, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 3, 2002 |
| **Registration Number** | 2654343 |
| **Registration Date** | November 26, 2002 |
| **Owner** | (REGISTRANT) Valley Services, Inc. DBA "Valley" CORPORATION |

MISSISSIPPI P.O. Box 5454 4400 Mangum Drive Jackson MISSISSIPPI 392885454

| | |
|---|---|
| **Attorney of Record** | Susan M. Rosenfeld |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**





## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*

Please logout when you are done to release system resources allocated for you.

List At: [     ] OR [    ] to record: [     ] **Record 2 out of 3**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | NEIGHBORHOOD |
| **Goods and Services** | IC 025. US 022 039. G & S: Active sportswear, namely, T-shirts, long pants, short pants, jeans, beanies, caps and caps. FIRST USE: 19930831. FIRST USE IN COMMERCE: 19930831 |
| | IC 028. US 022 023 038 050. G & S: Sporting goods, namely, skateboards and skateboard components, namely decks, trucks, wheels and wheel bearings. FIRST USE: 19930831. FIRST USE IN COMMERCE: 19930831 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75747809 |
| **Filing Date** | July 12, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 25, 2000 |
| **Registration Number** | 2395400 |
| **Registration Date** | October 17, 2000 |
| **Owner** | (REGISTRANT) International Sales, Inc. CORPORATION MISSOURI 3210 Production Avenue, suite B Oceanside CALIFORNIA 92054 |



| | |
|---|---|
| **Attorney of Record** | Kam W. Li |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

TESS - Document Display     Page 1 of 2



## Trademark Electronic Search System(Tess)
*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*

Please logout when you are done to release system resources allocated for you.

List At: [_____] OR [_____] to record: [_____]    **Record 1 out of 2**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | CONTINENT |
| **Goods and Services** | IC 007. US 013 019 021 023 031 034 035. G & S: printing presses for the use in the graphic arts industry |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75165530 |
| **Filing Date** | September 11, 1996 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 1B;44D |
| **Published for Opposition** | May 27, 1997 |
| **Registration Number** | 2089295 |
| **Registration Date** | August 19, 1997 |
| **Owner** | (REGISTRANT) KOENIG & BAUER-ALBERT AKTIENGESELLSCHAFT CORPORATION FED REP GERMANY Friedrich-Koenig-Str. 4 97080 Wurzburg FED REP GERMANY |
| **Attorney of Record** | DOUGLAS R HANSCOM |
| **Priority Date** | March 13, 1996 |
| **Type of Mark** | TRADEMARK |



| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |
|------|-------|--------|---------------|------------------|----------------|------------|

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*



Please logout when you are done to release system resources allocated for you.

List At: _____ OR _____ to record: _____ **Record 2 out of 2**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | VICINITY |
| **Goods and Services** | IC 042. US 100 101. G & S: computer services, namely, providing an interactive computer database in the field of geographical and/or business information via on-line computer communications networks; database development services in the field of geographical information. FIRST USE: 19960600. FIRST USE IN COMMERCE: 19960600 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75198197 |
| **Filing Date** | November 14, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 2, 1997 |
| **Registration Number** | 2159691 |
| **Registration Date** | May 19, 1998 |
| **Owner** | (REGISTRANT) Vicinity Corporation CORPORATION CALIFORNIA 1135a San Antonio Road Palo Alto CALIFORNIA 94303 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |



| | |
|---|---|
| **Attorney of Record** | JOHN C NISHI |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*



| PTO Home | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | BOTTOM | HELP | |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At: [       ] OR [     ] to record: [       ] **Record 1 out of 2**

---

Check Status  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | VICINITY |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Computer services, namely, providing an interactive computer database in the field of business location and product location via wire line and wireless telephone and via on-line computer communications network. FIRST USE: 19981001. FIRST USE IN COMMERCE: 19981001 |
| | IC 042. US 100 101. G & S: Computer services, namely, providing an interactive database in the field of geographical information via wire line and wireless telephone and via on-line computer communications network; database development services in the field of geographical and business information. FIRST USE: 19981001. FIRST USE IN COMMERCE: 19981001 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 261112 |
| **Serial Number** | 76040271 |
| **Filing Date** | May 3, 2000 |
| **Current Filing Basis** | 1A |
| **Original** | |

| | |
|---|---|
| **Filing Basis** | 1A |
| **Published for Opposition** | August 21, 2001 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 2506043 |
| **Registration Date** | November 13, 2001 |
| **Owner** | (REGISTRANT) Vicinity Corporation CORPORATION CALIFORNIA 1135A San Antonio Road Palo Alto CALIFORNIA 94303 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Eric D. Offner |
| **Description of Mark** | The mark is lined for the color red. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

TESS - Document Display

Page 1 of 2





## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*

PTO HOME   TRADEMARK   TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   BOTTOM   HELP   PREV LIST
CURR LIST   NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

LOGOUT Please logout when you are done to release system resources allocated for you.

START List At: [        ] OR JUMP to record: [        ] **Record 1 out of 2**

Check Status   *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | LOCALITY |
| **Goods and Services** | IC 042. US 100 101. G & S: Providing temporary use of online non-downloadable software for generating maps and directories for finding businesses. FIRST USE: 19991001. FIRST USE IN COMMERCE: 19991001 |
| | IC 035. US 100 101 102. G & S: Information services, namely providing a database of business directory and advertising information via a global computer network; providing business information such as product and service descriptions, maps, contact and URL information on a global computer information network and via print; promoting the goods and services of others through the distribution of coupons to use at participating businesses downloadable via a global computer information network and via print; preparing and placing advertisements for participating businesses on a global computer information network. FIRST USE: 19991001. FIRST USE IN COMMERCE: 19991001 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75908867 |
| **Filing Date** | February 2, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 28, 2002 |

| | |
|---|---|
| **Registration Number** | 2608550 |
| **Registration Date** | August 20, 2002 |
| **Owner** | (REGISTRANT) E2GROW, INC. CORPORATION DELAWARE 25350 ROCKSIDE ROAD CLEVELAND OHIO 44146 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | CATHRYN A. SUSSMAN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**



## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*



Please logout when you are done to release system resources allocated for you.

List At: [_____] OR [_____] to record: [_____] **Record 2 out of 2**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | LOCALITY |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Information services, namely business directory and advertising information services provided online via a global computer network. FIRST USE: 20000101. FIRST USE IN COMMERCE: 20010622 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 070104 260321 |
| **Serial Number** | 75823704 |
| **Filing Date** | October 15, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 26, 2000 |
| **Registration Number** | 2598574 |
| **Registration** | July 23, 2002 |

TESS - Document Display                                                      Page 2 of 2

| | |
|---|---|
| **Date** | |
| **Owner** | (REGISTRANT) e2grow, Inc. CORPORATION DELAWARE 25350 Rockside Road Cleveland OHIO 44146 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Cathryn A. Sussman |
| **Description of Mark** | The lining on the mark on the drawing of record is there to indicate the color, green. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT



**UNITED STATES PATENT AND TRADEMARK OFFICE**

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*



Please logout when you are done to release system resources allocated for you.

List At: [        ] OR [      ] to record: [        ]    **Record 14 out of 22**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | REALM |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: [ perfume, ] eau de perfume, body lotion, after shave cream. FIRST USE: 19950406. FIRST USE IN COMMERCE: 19950406 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74802690 |
| **Filing Date** | March 22, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 7, 1993 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1975469 |
| **Registration Date** | May 21, 1996 |
| **Owner** | (REGISTRANT) Erox Corporation CORPORATION CALIFORNIA 4034 CLIPPER COURT FREMONT CALIFORNIA 94538 |
| | (LAST LISTED OWNER) HUMAN PHEROMONE SCIENCES, INC. |

CORPORATION BY CHANGE OF NAME CALIFORNIA 84 WEST SANTA CLARA STREET SUITE 720 SAN JOSE CALIFORNIA 95113

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

PTO HOME   TRADEMARK   TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   TOP   HELP   PREV LIST

CURR LIST   NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT



**Trademark Electronic Search System(Tess)**

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

LOGOUT    Please logout when you are done to release system resources allocated for you.

START    List At: [        ]   OR   JUMP   to record: [        ]    **Record 15 out of 22**

Check Status    *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | REALM |
| **Goods and Services** | IC 003. US 051 052. G & S: cologne and eau de toilette. FIRST USE: 19930913. FIRST USE IN COMMERCE: 19930913 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74801765 |
| **Filing Date** | March 22, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 7, 1993 |
| **Registration Number** | 1867411 |
| **Registration Date** | December 13, 1994 |
| **Owner** | (REGISTRANT) Erox Corporation CORPORATION CALIFORNIA 599 Lexington Avenue, Suite 2300 New York NEW YORK 10022

(LAST LISTED OWNER) HUMAN PHEROMONE SCIENCES, INC CORPORATION BY CHANGE OF NAME CALIFORNIA 4034 CLIPPER COURT FREMONT CALIFORNIA 94538 |
| **Assignment** | |

TESS - Document Display

| | |
|---|---|
| **Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | MARY A. MOY |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT



UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | |
| CURR LIST | | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | |

Please logout when you are done to release system resources allocated for you.

List At: [          ] OR [      ] to record: [          ]    **Record 2 out of 5**

Check Status  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

Typed Drawing

| | |
|---|---|
| **Word Mark** | QUARTERS |
| **Goods and Services** | IC 025. US 022 039. G & S: women's, men's, and children's clothing, namely, sweaters, blouses, jerseys, shirts, T-shirts, hosiery, socks, belts, pants, slacks, jackets, coats, sweatshirts, sweatsuits, nightgowns, pajamas, bathrobes, underpants, undershirts, thermal underwear, gloves, and hats. FIRST USE: 19940315. FIRST USE IN COMMERCE: 19940315 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74434238 |
| **Filing Date** | September 10, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 24, 1995 |
| **Registration Number** | 2042168 |
| **Registration Date** | March 4, 1997 |
| **Owner** | (REGISTRANT) Ames Department Stores, Inc. CORPORATION DELAWARE 2418 Main Street Rocky Hill CONNECTICUT 06067 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

http://tess2.uspto.gov/bin/gate.exe?f=doc&state=tgu1ao.5.2

11/26/03



| | |
|---|---|
| **Attorney of Record** | Deborah M. Lodge |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

TESS - Document Display                                          Page 1 of 2



## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*



Please logout when you are done to release system resources allocated for you.

List At: [_____] OR [____] to record: [_____]  **Record 6 out of 6**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | COUNTY |
| **Goods and Services** | IC 012. US 023. G & S: TRACTORS FOR AGRICULTURAL AND FORESTRY PURPOSES AND FOR INDUSTRIAL USES, AND STRUCTURAL PARTS THEREFOR. FIRST USE: 19490000. FIRST USE IN COMMERCE: 19560400 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72388768 |
| **Filing Date** | April 9, 1971 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0960343 |
| **Registration Date** | June 5, 1973 |
| **Owner** | (REGISTRANT) COUNTY COMMERCIAL CARS LIMITED COMPANY GREAT BRITAIN 84-96 ALBERT ST. FLEET, ALDERSHOT ENGLAND |
| | (LAST LISTED OWNER) COUNTY TRACTORS LTD. CORPORATION ASSIGNEE OF UNITED KINGDOM LUDLOW ROAD KNIGHTON, POWYS LD7 1LP UNITED KINGDOM |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

TESS - Document Display                                                     Page 2 of 2

| | |
|---|---|
| **Attorney of Record** | BARTH X. DEROSA |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Renewal** | 1ST RENEWAL 19931013 |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**



**UNITED STATES PATENT AND TRADEMARK OFFICE**

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |
| CURR LIST | | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**LOGOUT** Please logout when you are done to release system resources allocated for you.

**START** List At: [        ] OR **JUMP** to record: [        ] **Record 2 out of 6**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | PROVINCE |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Luggage. FIRST USE: 20011201. FIRST USE IN COMMERCE: 20011201 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78080735 |
| **Filing Date** | August 23, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 27, 2001 |
| **Registration Number** | 2725927 |
| **Registration Date** | June 10, 2003 |
| **Owner** | (REGISTRANT) Samsonite Corporation CORPORATION DELAWARE 11200 East 45th Avenue Denver COLORADO 80239 |
| **Attorney of Record** | Gregory W. O'Connor |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS - Document Display



**UNITED STATES PATENT AND TRADEMARK OFFICE**

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 26 04:30:17 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | |
| CURR LIST | | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | |

Please logout when you are done to release system resources allocated for you.

List At: [        ] OR [JUMP] to record: [        ]  **Record 3 out of 6**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | PROVINCE |
| **Goods and Services** | IC 020. US 002 013 022 025 032 050. G & S: Sleep products, namely, mattresses. FIRST USE: 19970700. FIRST USE IN COMMERCE: 19970700 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75367490 |
| **Filing Date** | October 3, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 19, 1999 |
| **Registration Number** | 2238347 |
| **Registration Date** | April 13, 1999 |
| **Owner** | (REGISTRANT) Dynasty Consolidated Industries, Inc. CORPORATION TEXAS 4646 Harry Hines Blvd. Dallas TEXAS 752357704 |
| **Attorney of Record** | EDWARD JORGENSON |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | LIVE |



**UNITED STATES PATENT AND TRADEMARK OFFICE**

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*



Please logout when you are done to release system resources allocated for you.

List At: [ ]    OR [ ] to record: [ ]    **Record 6 out of 11**

**Check Status**  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | JARDIN |
| **Translations** | The English translation of "JARDIN'S" is "garden's". |
| **Goods and Services** | IC 032. US 045 046 048. G & S: fruit nectars and fruit juices. FIRST USE: 19960813. FIRST USE IN COMMERCE: 19960814 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74380015 |
| **Filing Date** | April 19, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 30, 1993 |
| **Registration Number** | 2051062 |
| **Registration Date** | April 8, 1997 |
| **Owner** | (REGISTRANT) Fonten Corp. CORPORATION CALIFORNIA 39839A Paseo Padre Parkway, Suite A Fremont CALIFORNIA 94538 |
| **Attorney of Record** | Gregory N. Owen |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | LIVE |

TESS - Document Display                                                      Page 1 of 2



UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At: [          ] OR [     ] to record: [          ]  **Record 2 out of 11**

---

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | JARDIN |
| **Translations** | The English translation of "JARDIN" is "GARDEN". |
| **Goods and Services** | IC 020. US 002 013 022 025 032 050. G & S: Garden furniture; cushions for garden furniture; cupboards |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 260521 261121 |
| **Serial Number** | 75818715 |
| **Filing Date** | October 8, 1999 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 14, 2002 |
| **Registration Number** | 2647776 |
| **Registration Date** | November 12, 2002 |

http://tess2.uspto.gov/bin/gate.exe?f=doc&state=grk2e8.36.2                    11/24/03

TESS - Document Display

| | |
|---|---|
| **Owner** | (REGISTRANT) Jardin Netherlands B.V. CORPORATION NETHERLANDS Ericssonstraat 17 5121 MK Rijen NETHERLANDS |
| **Attorney of Record** | Beth M. Goldman |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

TESS - Document Display



## UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

### Trademark Electronic Search System(Tess)
*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*

| PTO Home | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At: [        ]  OR  [        ] to record: [        ]  **Record 4 out of 11**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | JARDIN |
| **Goods and Services** | IC 020. US 002 013 022 025 032 050. G & S: Garden furniture, cushions for garden furniture |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75818642 |
| **Filing Date** | October 8, 1999 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 44E |
| **Published for Opposition** | March 19, 2002 |
| **Registration Number** | 2577111 |
| **Registration Date** | June 11, 2002 |
| **Owner** | (REGISTRANT) Jardin Netherlands B.V. CORPORATION NETHERLANDS Ericssonstraat 17 5121 MK Rijen NETHERLANDS |
| **Attorney of Record** | Beth M. Goldman |
| **Priority Date** | August 29, 1994 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | LIVE |



**UNITED STATES PATENT AND TRADEMARK OFFICE**

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At: [ ]  OR [ ] to record: [ ]  **Record 27 out of 30**

---

**Check Status**  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | LA VINA |
| **Translations** | THE WORDS "LA VINA" ARE TRANSLATED AS "THE VINEYARD." |
| **Goods and Services** | IC 030. US 046. G & S: WINE SAUCE FOR COOKING. FIRST USE: 19661115. FIRST USE IN COMMERCE: 19661123 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 72426746 |
| **Filing Date** | June 8, 1972 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0973518 |
| **Registration Date** | November 20, 1973 |
| **Owner** | |
| | (REGISTRANT) GOYA FOODS, INC. CORPORATION NEW YORK 25 12TH ST. BROOKLYN NEW YORK 11215 |

(LAST LISTED OWNER) GOYA FOODS, INC. CORPORATION BY MERGER WITH DELAWARE 100 SEAVIEW DRIVE SECAUCUS NEW JERSEY 07094

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Renewal** | 1ST RENEWAL 19940112 |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

TESS Document Display

Page 1 of 2



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)
*TESS was last updated on Thu Nov 20 04:23:12 EST 2003*



Please logout when you are done to release system resources allocated for you.

List At: [     ]  OR [     ] to record: [     ]  **Record 4 out of 4**

**Check Status**  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | REGIONS |
| **Goods and Services** | IC 036. US 102. G & S: banking services. FIRST USE: 19931200. FIRST USE IN COMMERCE: 19931200 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74431003 |
| **Filing Date** | August 30, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 21, 1994 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1881600 |
| **Registration Date** | February 28, 1995 |
| **Owner** | (REGISTRANT) REGIONS FINANCIAL CORPORATION CORPORATION DELAWARE 417 NORTH 20TH STREET BIRMINGHAM ALABAMA 35203 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Richard L. Kirkpatrick |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

**Affidavit Text**    SECT 15. SECT 8 (6-YR).

**Live/Dead
Indicator**    LIVE

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT



UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Nov 20 04:23:12 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At: [          ] OR [      ] to record: [          ]  **Record 3 out of 4**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | REGIONS |
| **Goods and Services** | IC 036. US 100 101 102. G & S: banking services. FIRST USE: 19931200. FIRST USE IN COMMERCE: 19931200 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 74433150 |
| **Filing Date** | September 1, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 19, 1994 |
| **Registration Number** | 1914267 |
| **Registration Date** | August 22, 1995 |
| **Owner** | (REGISTRANT) REGIONS FINANCIAL CORPORATION CORPORATION DELAWARE 417 NORTH 20TH STREET BIRMINGHAM ALABAMA 35203 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of** | NANCY D. BOLYARD |

TESS - Document Display

| | |
|---|---|
| **Record** | |
| **Description of Mark** | The drawing is lined for the colors green and gold, and color is claimed as a feature of the mark. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

PTO HOME   TRADEMARK   TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   TOP   HELP   PREV LIST   CURR LIST
NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT





**Trademark Electronic Search System(Tess)**

*TESS was last updated on Thu Nov 20 04:23:12 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At: [        ] OR [        ] to record: [        ]   **Record 2 out of 4**

**Check Status**  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | REGIONS |
| **Goods and Services** | IC 042. US 100 101. G & S: medical services, namely, health care services, hospital services, and in-patient, out-patient and surgery room care. FIRST USE: 19970915. FIRST USE IN COMMERCE: 19970915 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75283429 |
| **Filing Date** | April 29, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 11, 1997 |
| **Registration Number** | 2175755 |
| **Registration Date** | July 21, 1998 |
| **Owner** | (REGISTRANT) HealthPartners, Inc. CORPORATION MINNESOTA 8100 34th Avenue South P.O. Box 1309 Minneapolis MINNESOTA 554401309 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LINDA M BYRNE |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

TESS - Document Display

**Live/Dead Indicator**     LIVE

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | | |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT



**UNITED STATES PATENT AND TRADEMARK OFFICE**

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

START List At: [          ] OR JUMP to record: [          ]   **Record 1 out of 6**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



# REGION

| | |
|---|---|
| **Word Mark** | REGION |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely, aprons, baseball caps, belts, bottoms, caftans, capes, caps, cardigans, chemises, coats, collars, corsets, coveralls, cover-ups, culottes, dresses, dressing gowns, dungarees, dusters, evening gowns, fur coats, fur jackets, gloves, gowns, halter tops, hats, head wear, hoods, jackets, jeans, jerseys, knit shirt, leather coats, leather jackets, lingerie, lounge wear, miniskirts, neck wear, negligees, night gowns, overalls, overcoats, pants, pantsuits, polo shirts, pullovers, sarongs, sashes, scarves, shawls, shirts, shorts, shoulder pads for clothing, skirts, slacks, slips, sport shirts, suit coats, suits, sweatshirts, sweaters, T-shirts, tank tops, neckties, topcoats, tops, trousers, tunics, turbans, turtleneck sweaters, turtlenecks, tuxedos, undergarments, V-neck sweaters, veils, vests, wedding gowns, wraps. FIRST USE: 20001205. FIRST USE IN COMMERCE: 20001205 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 261709 261710 |
| **Serial Number** | 78037098 |
| **Filing Date** | November 29, 2000 |

| | |
|---|---|
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 4, 2001 |
| **Registration Number** | 2583861 |
| **Registration Date** | June 18, 2002 |
| **Owner** | (REGISTRANT) Region Design Studio, Inc. CORPORATION NEW YORK 134 West 113th Street Suite 5F New York NEW YORK 10026 |
| **Attorney of Record** | Carrie Anne Juliano |
| **Description of Mark** | The design portion of the mark is loosely based upon a Ghanaian symbol which means "initiative" or "versatility". |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**



**UNITED STATES PATENT AND TRADEMARK OFFICE**

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Nov 22 04:23:39 EST 2003*

| PTO Home | Trademark | TESS Home | New User | Structured | Free Form | Browse Dict | Bottom | Help | Show List |
| Curr List | Next List | First Doc | Prev Doc | Next Doc | Last Doc | | | | |

Please logout when you are done to release system resources allocated for you.

List At: [        ] OR [        ] to record: [        ] **Record 6 out of 6**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | SAVOR THE REGIONS |
| **Goods and Services** | IC 041. US 100 101 107. G & S: entertainment services, namely, televised cooking instruction show. FIRST USE: 19960300. FIRST USE IN COMMERCE: 19960300 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75006192 |
| **Filing Date** | October 16, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 4, 1997 |
| **Registration Number** | 2064574 |
| **Registration Date** | May 27, 1997 |
| **Owner** | (REGISTRANT) Southwest Louisiana Hospital Association NON-PROFIT CORPORATION LOUISIANA 1701 Oak Park Boulevard Lake Charles LOUISIANA 70601 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Edward M. Prince |
| **Type of Mark** | SERVICE MARK |



| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

PTO HOME  TRADEMARK  TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  TOP  HELP  PREV LIST

CURR LIST  NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
**Trademark Trial and Appeal Board**
2900 Crystal Drive
Arlington, Virginia 22202-3513

Mailed:  December 16, 2003

In re Wineryexchange.com

Serial No. 76242955

Filed: 04/17/2001

ROBERT B. BURLINGAME
PILLSBURY WINTHROP LLP
PO BOX 7880
50 FREMONT STREET
SAN FRANCISCO, CA 94105

**Amy King, Paralegal Specialist**

Applicant's request to extend time filed November 11, 2003 and request for remand filed December 1, 2003 are noted.

Applicant seeks remand in order for the Examining Attorney to consider additional evidence.  Good cause having been shown, the request for remand is granted, action on the appeal is suspended, and the file is remanded to the Trademark Examining Attorney for consideration.

In the event registrability is found on the basis of this paper, the appeal will be moot and the Board should be so informed.  In the event the refusal of registration is maintained, the file should be returned to the Trademark

Trial and Appeal Board, proceedings will be resumed and applicant will be allowed time in which to file its brief on appeal.

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 76/242955

**APPLICANT:** Wineryexchange.com

**CORRESPONDENT ADDRESS:**
Robert B. Burlingame
PILLSBURY WINTHROP LLP
PO BOX 7880
SAN FRANCISCO, CA 94120-7880

**RETURN ADDRESS:**
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
**ecom108@uspto.gov**

**MARK:** REGIONS

**CORRESPONDENT'S REFERENCE/DOCKET NO:** N/A

**CORRESPONDENT EMAIL ADDRESS:**

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

## OFFICE ACTION

Serial Number 76/242955

The applicant is requesting reconsideration for a final refusal dated 7/01/02. The examining attorney has carefully reviewed this second request for reconsideration and has determined that no new facts or reasons have been presented that are significant or compelling with regard to the point at issue. Accordingly, the final action is maintained as written and the request for reconsideration is *denied*. 37 C.F.R. §2.64(b); TMEP §715.03(c). Once this action is mailed, the change of name will be entered and the application will be returned to the Board for resumption of the appeal process.

Refusal is Maintained

Registration was refused under Trademark Act Section 2(e)(1), 15 U.S.C. Section 1052(e)(1), because the proposed mark is merely descriptive of the identified goods. The applicant's proposed mark is "REGIONS" for wine. The applicant submits in the request for reconsideration that a third party registration for different mark illustrates that the proposed mark should be allowed in this instance. The examining attorney has considered the applicant's argument carefully but has found it unpersuasive. For the reasons below, the <u>FINAL</u> refusal under Section 2(e)(1) is maintained.

As the Trademark Act Section (2)(e)(1), 15 U.S.C. 1052(e)(1) states:

No trademark by which the goods of the applicant may be distinguished from the goods of others be refused registration on the principal register on account of its nature unless it . . .
(e) Consists of a mark which, (1) when used on or in connection with the goods of the applic:

merely descriptive or deceptively misdescriptive of them . . . .

The proposed mark "region" is defined as a specified district or territory.[1]  A mark is merely descriptive under Trademark Act Section 2(e)(1), 15 U.S.C. 1052(e)(1), if it describes an ingredient, quality, characteristic, function, feature, purpose or use of the relevant goods.  *In re Gyulay*, 820 F.2d 1216, 3 USPQ2d 1009 (Fed. Cir. 1987); *In re Bed & Breakfast Registry*, 791 F.2d 157, 229 USPQ 818 (Fed. Cir. 1986); *In re MetPath Inc.*, 223 USPQ 88 (TTAB 1984); *In re Bright-Crest, Ltd.*, 204 USPQ 591 (TTAB 1979); TMEP section 1209.01(b).   As applied to the goods, the term appears to be descriptive of an important aspect of the goods, namely, the district or territory where the goods originate.  In fact, some wines are named for the region from which they originate.  For example, like "Bordeaux" mentioned in the previous Office action, "Champagne" is defined as "a sparkling white wine produced in Champagne,"[2] and as "A historical *region* and former province of northeast France. It was incorporated into the French royal domain in 1314. The sparkling wine champagne was first produced here c. 1700 (bold and italics added).[3]"  Accordingly, the term "region" appears to describe a rather important feature of wine.

The applicant argues and submits various third party registrations which utilize different location terms ( proposed mark in question (with different goods) to illustrate why the proposed mark is allowable.  How as previously stated, third-party registrations are not conclusive on the question of descriptiveness. examining attorney must consider each case on its own merits.  A mark which is merely descriptive i registrable merely because other similar marks appear on the register.  *In re Sun Microsystems Inc* USPQ2d 1084 (TTAB 2001). TMEP §1209.03(a).

The examining attorney submits that the mark both immediately conveys and describes a characteristic of the applicant's goods, namely, a commonly used term identifying where the wine originates.  *In re Orleans Wines, Ltd.*, 196 USPQ 516 (TTAB 1977).  It should be noted that it is not necessary that a term describe all of the purposes, functions, characteristics or features of the goods or services to be merely descriptive.  It is enough if the term describes an attribute of the goods, as it clearly does in this instance. *In re Gyulay*, 820 F.2d 1216, 3 USPQ2d 1009 (Fed. Cir. 1987); *In re Bed & Breakfast Registry*, 791 F.2d 157, 229 USPQ 818 (Fed. Cir. 1986); *In re MetPath Inc.*, 223 USPQ 88 (TTAB 1984); *In re Bright-Crest, Ltd.*, 204 USPQ 591 (TTAB 1979); *In re H.U.D.D.L.E.*, 216 USPQ 358 (TTAB 1982); *In re MBAssociates*, 180 USPQ 338 (TTAB 1973), *In re Omaha National Corp.*, 819 F.2d 1117, 2 USPQ2d 1859 (Fed. Cir. 1987).  The region from which the wine originates appears to be a significant consideration in the taste, texture and ultimate selection of wine.  Granting exclusive rights to the term in question would appear to severely hamper the ability of others to effectively inform consumers of a significant factor concerning the goods.

Please see the attached additional articles and internet evidence further illustrating descriptive use of the "regions" in identifying and describing a significant aspect of wines.  A Lexis search for news ar containing "wine regions" found over three thousand stories.  A focused search for the term in news ar of the last week found several examples (see attached).  Based on the above, the mark can not be regis on the Principal Register as it is merely descriptive of a characteristic of the identified goods.  The applic file will be returned to the Trademark Trial and Appeal Board for resumption of the appeal.

/Jason F. Turner/
Examining Attorney
Law Office 108
(703) 308-9108 Ext. 247
(703) 746-8108 (Fax)
ecom108@uspto.gov
(703) 305-8747 (Status)

**How to respond to this Office Action:**

To respond formally using the Office's Trademark Electronic Application System (TEAS), visit **http://www.uspto.gov/teas/index.html** and follow the instructions.

To respond formally via E-mail, visit **http://www.uspto.gov/web/trademarks/tmelecresp.htm** and follow the instructions.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at **http://tarr.uspto.gov/**

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at **http://www.uspto.gov/main/trademarks.htm**

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.**

```
108B8C
Print Request:    Selected Document(s): 1-3,6-11,14,16,18

Time of Request: January 31, 2004  07:33 PM EST

Number of Lines: 249
Job Number:      1822:0:2739417

Client ID/Project Name:

Research Information:

 US Newspapers
"wine regions"
```

```
Send to:  TURNER, JASON
          TRADEMARK LAW LIBRARY
          2101 CRYSTAL PLAZA ARC
          MAILBOX 314
          ARLINGTON, VIRGINIA 22202-4600
```

1 of 18 DOCUMENTS

Copyright 2004 The New York Times Company
The New York Times

**January** 30, 2004, Friday, Late Edition - Final

**SECTION:** Section F; Page 1; Column 3; Escapes

**LENGTH:** 70 words

**HEADLINE:** DAY TRIPS;
No Wine in Antarctica; Try the Finger Lakes

**BODY:**

...Freezing rain? Arctic windchills? It's a great time to visit the not-too-crowded tasting rooms of the Finger Lakes **wine region.** Among the offerings is proof that winter's cruel weather has a bright side: ice wine, a sweet amber nectar ...

2 of 18 DOCUMENTS

Copyright 2004 The New York Times Company
The New York Times

<u>January</u> 30, 2004, Friday, Late Edition - Final

**SECTION:** Section F; Page 8; Column 1; Escapes

**LENGTH:** 1186 words

**HEADLINE:** DAY TRIPS;
In the Finger Lakes, the Sweet Taste of Winter

**BYLINE:** By TATIANA BONCOMPAGNI

**BODY:**

...winter, the ice wine season can mean an intimate look inside the operations of one of New York's prime **wine regions.** During the winter months almost a dozen wineries, many of them family owned and operated, are in the process of picking, pressing and ...

...so there would be room to cart all the cases home to Long Island. "The vidal blanc is outrageous," Ms. Seltzer said of her favorite **wine from the region.**

But it's ice wine that is increasingly putting the Finger Lakes region on the wine map. In the last three ...

3 of 18 DOCUMENTS

Copyright 2004 The Times-Picayune Publishing Company
Times-Picayune (New Orleans, LA)

January 29, 2004 Thursday

SECTION: FOOD; Pg. 9O

LENGTH: 610 words

HEADLINE: SCOOP DU JOUR

BODY:

...Ridge Coastal Vines Cabernet ($10)

This Napa Ridge wine isn't from Napa -- or anywhere close to California's most famous **wine region** -- but it is, nevertheless, a solid value in red wine. It's a medium-bodied wine with intense ...

6 of 18 DOCUMENTS

Copyright 2004 The Commercial Appeal, Inc.
The Commercial Appeal (Memphis, TN)

<u>**January**</u> 28, 2004 Wednesday Final Edition

**SECTION:** APPEAL; Pg. E5

**LENGTH:** 721 words

**HEADLINE:** WHAT TO DO WITH THAT FUNKY BOTTLE? TAKE IT BACK

**BYLINE:** Leslie Kelly kelly@commercialappeal.com

**BODY:**

...Vin Expo. I've worked on grape harvests in Walla Walla, Wash., and toured California's most famous <u>**wine regions.**</u>

Though I've sampled my way through thousands of bottles and interviewed scores of winemakers and growers, I don't consider ...

7 of 18 DOCUMENTS

Copyright 2004 DR Partners d/b Las Vegas Review-Journal
Las Vegas Review-Journal (Nevada)

<u>**January**</u> 28, 2004 Wednesday FINAL EDITION

**SECTION:** E; Pg. 1E

**LENGTH:** 647 words

**HEADLINE:** TASTE OF THE TOWN: Lutefisk season returns

**BYLINE:** Heidi Knapp Rinella

**BODY:**

...Wine' (reading a wine list, buying wine, and food and wine pairings); March 13, 'North and South American **Wine Regions';** April 3, 'How Wine is Created'; May 8, 'European **Wine Regions';** and June 5, 'The New World **Wine Regions.'** Each session will include two hours of theory and one hour of wine tasting with cheese and crackers. To register, call ...

8 of 18 DOCUMENTS

Copyright 2004 The Times Mirror Company; Los Angeles Times
All Rights Reserved
Los Angeles Times

**January** 28, 2004 Wednesday
Home Edition

**SECTION:** FOOD; Features Desk; Part F; Pg. 3

**LENGTH:** 78 words

**HEADLINE:** For the record

**BODY:**

   **Wine region** -- An article in last week's Food section about wines from the Russian River Valley incorrectly stated that in the ...

9 of 18 DOCUMENTS

Copyright 2004 Bergen Record Corporation
The Record (Bergen County, NJ)

January 28, 2004 Wednesday All Editions

**SECTION:** FOOD; WINE TALK; Pg. F02

**LENGTH:** 839 words

**HEADLINE:** 3 plans for the big day

**BYLINE:** ROBERT WHITLEY

**BODY:**

...knowledge. At northbay.com, you will find a wealth of information about food and wine in the North Coast **wine regions** of Napa, Sonoma, and Mendocino.

\* \* \*

Robert Whitley is a nationally syndicated wine columnist and radio host. Send questions to Wine ...

10 of 18 DOCUMENTS

Copyright 2004 McClatchy Newspapers, Inc.
Sacramento Bee

**January** 28, 2004, Wednesday METRO FINAL EDITION

**SECTION:** TASTE; Pg. F9; APPETIZERS

**LENGTH:** 686 words

**HEADLINE:** A bit of Ambrosia downtown

**BYLINE:** Mike Dunne

**BODY:**

...business eventually. They've bought the shuttered Sportsman in downtown Plymouth, gateway to the Shenandoah Valley. The area, for a **wine region,** is surprisingly shy of creative, upscale restaurants. The Berkners could change that, but for now they are undecided about what to do with the place.

"We're figuring ...

11 of 18 DOCUMENTS

Copyright 2004 San Antonio Express-News
San Antonio Express-News (Texas)

**January** 28, 2004, Wednesday , METRO

**SECTION:** FOOD; Pg. 2F

**LENGTH:** 157 words

**HEADLINE:** Q&A

...upbringing." On a wine label, it refers to the aging that the wine received. The time varies according to the rules of each **wine region.** If a **wine region** (called a DO, for denominacion de origen ) doesn't have its own rules, a crianza wine must be aged at ...

14 of 18 DOCUMENTS

Copyright 2004 Star-Telegram Newspaper, Inc.
Fort Worth Star Telegram (Texas)

**January** 26, 2004, Monday FINAL EDITION

**SECTION:** METRO; Pg. 5B

**LENGTH:** 317 words

**HEADLINE:** 10 MINUTES WITH ... CHRISTOPHE PANIAGUA

**BYLINE:** PUNCH SHAW; Star-Telegram Staff Writer

**BODY:**

Christophe Paniagua, a 16-year-old exchange student from Bourdeaux, France, a small town, not the **wine region,** which is spelled without a u. At the Stock Show, he is showing hogs owned by his host Freddy Helmuth, who ...

16 of 18 DOCUMENTS

Copyright 2004 The Miami Herald
All Rights Reserved
The Miami Herald

January 25, 2004 Sunday F1TR EDITION

**SECTION:** J; Pg. 10

**LENGTH:** 865 words

**HEADLINE:** LUXURY IN AFRICA

**BODY:**

...800-223-6800; www.orient-express.com

* Spier Estate: Located near Cape Town in the Stellenbosch **wine region,** Spier estate combines upscale lodging and dining with expansive grounds, summer arts programs and cheetah conservation programs. Activities ...

18 of 18 DOCUMENTS

Copyright 2004 The Wichita Eagle
All Rights Reserved
The Wichita Eagle

**January** 25, 2004 Sunday MAIN EDITION

**SECTION:** H; BRIEF; Pg. 1

**LENGTH:** 752 words

**HEADLINE:** South African summer deals

**BODY:**

Cape Town great escape

From the natural beauty of Table Mountain to the famous **wine region,** there's never been a better time to visit Cape Town. The $1,550 price tag includes round-trip airfare from Atlanta or ...

108B8C
********** Print Completed **********

Time of Request:  January 31, 2004  07:33 PM EST

Print Number:    1822:0:2739417
Number of Lines:  249
Number of Pages:

Send To:  TURNER, JASON
          TRADEMARK LAW LIBRARY
          2101 CRYSTAL PLAZA ARC
          MAILBOX 314
          ARLINGTON, VIRGINIA 22202-4600

[1]The American Heritage® Dictionary of the English Language, Third Edition copyright © 1992 by Houghton Mifflin Company. Electronic version licensed from INSO Corporation; further reproduction and distribution restricted in accordance with the Copyright Law of the United States. All rights reserved.

[2]*The American Heritage® Dictionary of the English Language, Third Edition* copyright © 1992 by Houghton Mifflin Company. Electronic version licensed from INSO Corporation; further reproduction and distribution restricted in accordance with the Copyright Law of the United States. All rights reserved.

[3]*The American Heritage® Dictionary of the English Language, Third Edition* copyright © 1992 by Houghton Mifflin Company. Electronic version licensed from INSO Corporation; further reproduction and distribution restricted in accordance with the Copyright Law of the United States. All rights reserved.

Date of Deposit November 6, 2003. I hereby certify that this Motion to Reset/Extend Time to File Ex Parte Appeal Brief is being deposited with the United States Postal Service, First Class Mail, addressed to Commissioner for Trademarks, BOX TTAB – NO FEE, 2900 Crystal Drive, Arlington, Virginia 22202-3514.

Tyler A. Theobald

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| In re Trademark Application of | ) |
| | ) |
| Winery Exchange, Inc. | ) |
| (formerly Wineryexchange.com) | ) |
| | ) |
| Serial No.:    76/242955 | ) |
| | ) |
| Filed:    April 17, 2001 | ) |
| | ) |
| Mark:    REGIONS | ) |
| | ) |
| Exam. Atty:    Jason F. Turner, Esq. | ) |
| | ) |
| Law Office:    108 | ) |

11-12-2003

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #22

Commissioner for Trademarks
BOX TTAB – NO FEE
2900 Crystal Drive
Arlington, VA 22202-3514

### MOTION TO RESET/EXTEND TIME
### TO FILE EX PARTE APPEAL BRIEF

Dear Sir or Madam:

Applicant hereby moves that the deadline for filing its appeal brief for the above-referenced application be reset for November 26, 2003. Applicant respectfully requests this extension of time because the appeal brief was not filed as a result of excusable neglect due to unusual and inadvertent circumstances.

10762563_1.DOC                    1

As detailed below, Applicant and its current trademark counsel were unaware until yesterday, November 5, 2003, that the Board had set August 16, 2003 as the deadline for submitting Applicant's appeal brief, and Applicant moves that the Board grant this additional time to enable Applicant to file its brief to address the Examining Attorney's unjustified descriptiveness refusal.

On December 30, 2002, in response to the Examining Attorney's final refusal dated July 1, 2003, Applicant filed a Request for Reconsideration together with this appeal.

On June 2, 2003, the Examining Attorney refused the Request for Reconsideration. However, the Examining Attorney did so in the form of an office action which stated that Applicant had six months to respond. Accordingly, upon receipt of the office action in June 2003, Applicant's prior trademark counsel, Brobeck, Phleger & Harrison (which firm is no longer in existence) docketed that a response was due by December 2, 2003.

Later in June 2003, Applicant changed its outside trademark counsel to Pillsbury Winthrop LLP. Likely on account of the fact that Applicant's prior counsel was in the process of transferring the trademark files to Applicant's new counsel, Applicant's prior counsel did not docket the August 16, 2003 deadline set forth in the Board's order of June 17, 2003, and Applicant's prior counsel did not inform Applicant or Applicant's new counsel of that August 16 deadline. Although the purported December 2, 2003 due date was docketed and passed along to Applicant and Applicant's new counsel, it was not until yesterday, when Applicant's new counsel began to prepare its December 2 response, that either Applicant or Applicant's new counsel learned of the existence of the Board's June 17, 2003 order.

The Board's June 17 order states that "the appeal is resumed; and applicant is allowed until sixty days from the date hereof in which to file its brief herein." The order also contains a

footnote which states "It should be noted that the Trademark Attorney inadvertently indicated that 'A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE DATE OF THIS ACTION IN ORDER TO AVOID ABANDONMENT.' This clause is not applicable under the circumstances of this case." Nevertheless, Applicant and its new counsel had not seen, and had no knowledge of, that June 17 order or its contents until yesterday. Instead, Applicant and its new counsel were mindful of the purported December 2, 2003 deadline.

Applicant remains vitally interested in obtaining registration of its REGIONS mark for wine and continues to believe that the mark REGIONS is not merely descriptive for wine. Applicant's failure to file an appeal brief by the August 16 deadline was due to excusable neglect, and Applicant hereby moves to reset the date for filing its appeal brief in light of the above circumstances. Applicant and its new counsel are currently in the process of preparing the factual and legal arguments for briefing the appeal, and the additional time is needed to complete this process.

Applicant therefore respectfully requests that the Board grant this Motion to Reset/Extend Time to File Ex Parte Appeal Brief.

Dated:  November 6, 2003

Respectfully submitted,

WINERY EXCHANGE, INC.

By: _____
Robert B. Burlingame
PILLSBURY WINTHROP LLP
50 Fremont Street
P.O. Box 7880
San Francisco, CA 94105
(415) 983-1274
rburlingame@pillsburywinthrop.com



**PILLSBURY WINTHROP**LLP

50 FREMONT STREET  SAN FRANCISCO, CA  94105-2228  415.983.1000  F: 415.983.1200
MAILING ADDRESS: P. O. BOX 7880  SAN FRANCISCO, CA  94120-7880

November 19, 2003

Tyler A. Theobald
415.983.1259
ttheobald@PillsburyWinthrop.com

<u>VIA FIRST CLASS MAIL</u>

The Commissioner for Trademarks
United States Patent and Trademark Office
2900 Crystal Drive
Arlington, Virginia  22202-3514

11-21-2003

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #74

Re:    Revocation and Appointment of Power of Attorney
and Notice of Change of Correspondence Address
Applicant:    Winery Exchange, Inc.
Marks:        See attached Schedule A
Our Ref.: 063914/0000003

Dear Sir or Madam:

On behalf of our client Winery Exchange, Inc., we hereby file the enclosed
materials necessary for transmittal of the Request for Revocation and Appointment of
Power of Attorney and Notice of Change of Correspondence for the marks set forth in the
attached Schedule A.

Accordingly, enclosed for processing please find a separate Revocation and
Appointment of Power of Attorney and Notice of Change of Correspondence Address for
each of the marks listed on the Schedule A attached thereto.

Please note that we previously filed the Request on July 15, 2003 (see attached
coversheets) but the Request  was never processed by the USPTO.  We have changed the
Correspondence Address through the USPTO's online system, but we still need the
USPTO to process the Power of Attorney.

Please acknowledge your receipt of the enclosed by date-stamping the enclosed
self-addressed, stamped postcard and returning the same to us.

1076553lV1

The Commissioner for Trademarks
November 19, 2003
Page 2

Any correspondence regarding the above-reference matter should be addressed to:

    Calendar/Docketing Department
    Pillsbury Winthrop LLP
    Post Office Box 7880
    San Francisco, CA 94120-7880

Thank you for your assistance.

                    Respectfully Submitted,

                    Tyler A. Theobald

10765531V1

## Confirmation Report — Memory Send

```
Page      : 001
Date & Time: 07-15-03  09:27am
Line 1    : 4159831200
Line 2    : 4159831200
E-mail    :
Machine ID : Pillsbury Winthrop LLP
```

| | | |
|---|---|---|
| Job number | : | 124 |
| Date | : | 07-15  09:26am |
| To | : | ☎917033054100 |
| Number of pages | : | 003 |
| Start time | : | 07-15  09:26am |
| End time | : | 07-15  09:27am |
| Pages sent | : | 003 |
| Status | : | OK |

Job number    : 124              *** SEND SUCCESSFUL ***



**PILLSBURY WINTHROP**

50 FREMONT STREET SAN FRANCISCO, CA 94105-2228  415-983-1000  Fx 415-983-1200
MAILING ADDRESS: P. O. BOX 7880 SAN FRANCISCO, CA 94120-7880

**FACSIMILE**

Total Pages (including cover): 3

| | | |
|---|---|---|
| HOUSTON | Date: July 15, 2003 | Must Be Sent By: ASAP |
| LONDON | To: Publication & Issue - | Fax No: (703) 305-4100 |
| LOS ANGELES | Trademark | Phone No: (703) 308-9401 |
| NEW YORK | Company: USPTO | |
| NORTHERN VIRGINIA | From: Stacy L. Brown | Phone No: (415) 983-1403 |
| ORANGE COUNTY | User No: 14342 | C/M No: 063914/0000003 |
| SACRAMENTO | | |
| SAN DIEGO | Comments: | |
| SILICON VALLEY | | |
| SINGAPORE | | |
| STAMFORD | | |
| SYDNEY | | |
| TOKYO | | |
| WASHINGTON DC | | |

XEROX FAX CONFIRMATION

TO _Publication & Issue_
FROM _Stacy Brown_
# OF PAGES _3 pages_
OPERATOR _Phil K._
RETURN TO

_Stacy Brown_ 1235

**Confidentiality Note**
The document accompanying this facsimile transmission may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please immediately notify us by telephone and mail the original transmission to us. Thank you.

If you have not properly received this fax, please call (415) 983-1000.  Thank you.
Operator: _____Time Sent: _____ Batch ID: _____

## Confirmation Report — Memory Send

```
                              Page      : 001
                              Date & Time: 07-15-03   09:43am
                              Line 1    : 4159831200
                              Line 2    : 4159831200
                              E-mail    :
                              Machine ID : Pillsbury Winthrop LLP
```

Job number           :  393

Date                 :  07-15  09:42am

To                   : ☎917038729801

Number of pages      :  003

Start time           :  07-15  09:42am

End time             :  07-15  09:43am

Pages sent           :  003

Status               :  OK

Job number   : 393                *** SEND SUCCESSFUL ***



PILLSBURY WINTHROP

50 FREMONT STREET, SAN FRANCISCO, CA 94105-2228  415-983-1000  F: 415-983-1200
MAILING ADDRESS: P. O. BOX 7880 SAN FRANCISCO, CA 94120-7880

| FACSIMILE | | | |
|---|---|---|---|
| | | Total Pages (including cover): 3 | |

| | | | | |
|---|---|---|---|---|
| HOUSTON | Date: | July 15, 2003 | Must Be Sent By: | ASAP |
| LONDON | | | | |
| LOS ANGELES | To: | Intent-to-Division – Trademark | Fax No: | (703) 308-7126  872-9801 |
| NEW YORK | Company: | USPTO | Phone No: | (703) 308-9550 |
| NORTHERN VIRGINIA | | | | |
| ORANGE COUNTY | From: | Stacy L. Brown | Phone No: | (415) 983-1403 |
| SACRAMENTO | User No: | 14342 | C/M No: | 063914/0000003 |
| SAN DIEGO | | | | |
| SAN FRANCISCO | Comments: | | | |
| SILICON VALLEY | | | | |
| SINGAPORE | | | | |
| STAMFORD | | | | |
| SYDNEY | | | | |
| TOKYO | | | | |
| WASHINGTON DC | | | | |

XEROX FAX CONFIRMATION
TO _Intent-to-Div. Trademark_
FROM _Stacy Brown_
# OF PAGES _3 pages_
OPERATOR _Red K._
RETURN TO
S. Brown – 10:35 / FLOOR

Confidentiality Note:
The documents accompanying this facsimile transmission may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please immediately notify us by telephone and that the original transmission to us. Thank you.

If you have not properly received this fax, please call (415) 983-1000.  Thank you.
Operator _____  Time Sent _____  Batch ID: _____

Schedule A

| Mark | Application No. |
|------|----------------|
| VILLA CAMPAGNA | 78/144502 |
| DRAKE-HUDSON | 78/241846 |
| Q | 78/245287 |
| DELLATORRI | 78/236439 |
| DRINK GLOBAL | 78/224594 |
| PARKERS ESTATE BLUE ASH ROAD | 78/162675 |
| PARKERS ESTATE OLD VINE STREET | 78/146828 |
| PARKERS ESTATE NORTH PEYTON BLOCK | 78/146825 |
| PARKERS ESTATE BLUE ASH ROW | 78/146823 |
| LANDSCAPES | 78/075318 |
| ORTOLANO | 76/408088 |
| OMBRETTA | 76/416853 |
| KARALTA | 76/409047 |
| PASITOS | 76/360202 |
| PIACE | 76/310896 |
| ALBURY COVE | 76/289644 |
| ORGINS | 76/288332 |
| KALBARRI | 76/288195 |
| HUNTERS GROVE | 76/415702 |
| RED GUMTREE | 76/413940 |
| Grape Design | 76/114551 |
| LA MIRA | 76/288331 |
| RAPAKI BAY | 76/288462 |
| TORRIGO BAY | 76/288061 |
| TIMARA VALLEY | 76/288060 |
| JENICA PARK | 76/288057 |
| REGIONS | 76/242955 |



**PILLSBURY WINTHROP** LLP

50 FREMONT STREET SAN FRANCISCO, CA 94105-2228 415.983.1000 F: 415.983.1200
MAILING ADDRESS: P. O. BOX 7880 SAN FRANCISCO, CA 94120-7880

November 19, 2003

Tyler A. Theobald
415.983.1259
ttheobald@PillsburyWinthrop.com

<u>VIA FIRST CLASS MAIL</u>

The Commissioner for Trademarks
United States Patent and Trademark Office
2900 Crystal Drive
Arlington, Virginia 22202-3514

Re:    Revocation and Appointment of Power of Attorney
       and Notice of Change of Correspondence Address
       Applicant:    Winery Exchange, Inc.
       Marks:        See attached Schedule A
       Our Ref.: 063914/0000003

Dear Sir or Madam:

On behalf of our client Winery Exchange, Inc., we hereby file the enclosed materials necessary for transmittal of the Request for Revocation and Appointment of Power of Attorney and Notice of Change of Correspondence for the marks set forth in the attached Schedule A.

Accordingly, enclosed for processing please find a separate Revocation and Appointment of Power of Attorney and Notice of Change of Correspondence Address for each of the marks listed on the Schedule A attached thereto.

Please note that we previously filed the Request on July 15, 2003 (see attached coversheets) but the Request was never processed by the USPTO. We have changed the Correspondence Address through the USPTO's online system, but we still need the USPTO to process the Power of Attorney.

Please acknowledge your receipt of the enclosed by date-stamping the enclosed self-addressed, stamped postcard and returning the same to us.

10765531V1

The Commissioner for Trademarks
November 19, 2003
Page 2

Any correspondence regarding the above-reference matter should be addressed to:

> Calendar/Docketing Department
> Pillsbury Winthrop LLP
> Post Office Box 7880
> San Francisco, CA 94120-7880

Thank you for your assistance.

Respectfully Submitted,

Tyler A. Theobald

10765531V1

**Turner, Jason**

| | |
|---|---|
| **From:** | rburlingame@pillsburywinthrop.com |
| **Sent:** | Friday, January 02, 2004 7:57 PM |
| **To:** | Turner, Jason |
| **Subject:** | REGIONS -- U.S. Application Ser. No. 76242955 |

Dear Jason,

I hope you are enjoying a wonderful holiday season.

We recently received the Board's Notice explaining that it granted our motion and remanded the REGIONS file (Ser. No. 76242955) to you for reconsideration. We are delighted as you can now review the additional evidence that we submitted to further demonstrate that REGIONS is not descriptive of wine. Based on all of the evidence and arguments, we respectfully request that you approve the REGIONS application for publication.

I am also writing to request that the owner, attorney and correspondence information be corrected for this REGIONS application. Currently, the system shows "Wineryexchange.com" as the owner of record with an address at 1150 Bayhill Drive, Suite 215, San Bruno, CA 94066". However, pursuant to the change of owner name recorded August 27, 2001 at Reel/Frame 2360/0338, and pursuant to the request included in the Response to Office Action No. 1 filed by prior counsel on May 1, 2002, the owner name and address should read "Winery Exchange, Inc." at "35 Leveroni Court, Suite 100, Novato, California 94949".

Furthermore, the USPTO's online system shows "Tyler A. Theobald" as the attorney and correspondent of record. Although Mr. Theobald prepared and signed the cover letter with which the Power of Attorney was submitted, the Power of Attorney itself appoints me and specifically states (in the Power of Attorney's concluding sentence) that all correspondence should be directed to my attention. Therefore, particularly because Mr. Theobald is our practice assistant and not an attorney, we would be grateful if you could amend the attorney-of-record and correspondence address information to reflect my name and contact information as set forth in the Power of Attorney.

Thank you very much for your assistance.

--Bob

Robert B. Burlingame
rburlingame@pillsburywinthrop.com
Pillsbury Winthrop LLP (http://www.pillsburywinthrop.com)
50 Fremont Street, San Francisco, CA 94105
Direct Phone: (415) 983-1274; Fax: (415) 983-1200
General Office Phone: (415) 983-1000
Biography: http://www.pillsburywinthrop.com/attorneys/bio.asp?empid=000058851444

The contents of this message, together with any attachments, are intended only for the use of the

1/6/04

individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Help Desk at Tel: 800-477-0770 x4860 immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.

1/6/04

## PILLSBURY WINTHROP

50 FREMONT STREET SAN FRANCISCO, CA 94105-2228 415-983-1000 F: 415-983-1200
MAILING ADDRESS: P. O. BOX 7880  SAN FRANCISCO, CA 94120-7880

**FACSIMILE**

| | | | | Total Pages (including cover): | 10 |
|---|---|---|---|---|---|

HOUSTON
LONDON
LOS ANGELES
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
SACRAMENTO
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
SINGAPORE
STAMFORD
SYDNEY
TOKYO
WASHINGTON DC

| Date: | February 4, 2004 | Must Be Sent By: | A.S.A.P. |
|---|---|---|---|
| To: | Dave Shallant | Fax No: | 703-872-9184 |
| | Managing Attorney | | |
| Company: | U.S.P.T.O. | Phone No: | 703-308-9108 |
| From: | Robert B. Burlingame | Phone No: | (415) 983-1274 |
| User No: | 14062 | C/M No: | 063914/0304904 |

Comments:

Dear Mr. Shallant,

To enable you to recreate the USPTO file for Application Ser. No. 78/224594 for the mark DRINK GLOBAL, I am faxing you the attached documents per Examining Attorney Jeri Fickes' request.

The recreation should not be difficult on account of the fact that no office actions were issued. Rather, the application was filed on March 12, 2003, and it was approved on August 26, 2003 for publication. Furthermore, a "Revocation and Appointment of Power of Attorney and Notice of Change of Correspondence Address" was filed on July 15, 2003.

The applicant respectfully requests that you recreate the USPTO file and publish this application as soon as possible given the delay it has already sustained.

Please contact me if you have any questions.  Thank you.

By Robert B. Burlingame

Confidentiality Note:
The documents accompanying this facsimile transmission may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please immediately notify us by telephone and mail the original transmission to us.
Thank you.

If you have not properly received this fax, please call (415) 983-1000.  Thank you.
Operator: _____  Time Sent: _____  Batch ID: _____

10790054V1

02-04-04    08:27pm    From-Pillsbury Winthrop LLP           4159831200          T-976   P.002/010   F-842

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2004-01-13 13:16:07 ET

**Serial Number:** 78224594

**Registration Number:** (NOT AVAILABLE)

**Mark (words only):** DRINK GLOBAL

**Standard Character claim:** No

**Current Status:** Approved by the examining attorney for publication for opposition. This is NOT the beginning of the Opposition period. In approximately two months, please visit the web site to learn the actual date of publication for opposition in the Trademark Official Gazette.

**Date of Status:** 2003-08-26

**Filing Date:** 2003-03-12

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**Attorney Assigned:**
FICKES JERI J Employee Location

**Current Location:** L2D -TMEG Law Office 102 - Docket Clerk

**Date In Location:** 2003-10-01

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Winery Exchange, Inc.

**Address:**
Winery Exchange, Inc.
35 Leveroni Court, Suite 100
Novato, CA 94949
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

### GOODS AND/OR SERVICES

PAGE 2/10 * RCVD AT 2/4/2004 8:35:20 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-1/2 * DNIS:8729184 * CSID:4159831200 * DURATION (mm-ss):03-06   1/13/04

02-04-04    05:27pm    From-Pillsbury Winthrop LLP                    4159931200              T-976   P.003/010   F-342

Wine
**International Class:** 033
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**Basis:** 1(b)

### ADDITIONAL INFORMATION

(NOT AVAILABLE)

### MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

### PROSECUTION HISTORY

2003-11-21 - PAPER RECEIVED

2003-09-17 - TEAS Change of Correspondence Received

2003-08-26 - Approved for Pub - Principal Register (Initial exam)

2003-08-25 - Case file assigned to examining attorney

### CONTACT INFORMATION

Correspondent (Owner)
Carla B. Oakley (Attorney of record)    *Should be corrected per new Power of Atty filed 7/15/03*

Robert B. Burlingame
Pillsbury Winthrop L.L.P.
Calendar/Docketing Dept. P.O. Box 7880
San Francisco CA 94105-7880

Phone Number: 415-983-1274
Fax Number: 415-983-1200



PAGE 4/10 * RCVD AT 2/4/2004 8:35:20 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-1/2 * DNIS:8729184 * CSID:4159931200 * DURATION (mm-ss):03-06

02-04-04   05:25pm   From-Pillsbury Winthrop LLP              4159831200          T-876   P.005/010   F-342

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:     Winery Exchange, Inc.

Marks:         See attached Schedule A

\* \* \* \*

REVOCATION AND APPOINTMENT OF POWER OF ATTORNEY
AND NOTICE OF CHANGE OF CORRESPONDENCE ADDRESS

TO THE COMMISSIONER FOR TRADEMARKS

Dear Sir or Madam:

POWER OF ATTORNEY

Applicant hereby appoints Richard L. Kirkpatrick, Cydney A. Tune, Laura C. Gustafson, Robert B. Burlingame, Michelle T. Burridge, Reese A. Pecot, and Devin R. Cuyler of Pillsbury Winthrop LLP, and all members of that firm and all other attorneys associated with that firm, with full powers of revocation and substitution, to transact all business in the Patent and Trademark Office in connection with these applications.

CORRESPONDENCE ADDRESS

Please direct all correspondence concerning the applications identified in the attached Schedule A:

Calendar/Docketing Department
Pillsbury Winthrop LLP
Post Office Box 7880
San Francisco, CA 94120-7880

Please direct all telephone and/or email communications to Robert B. Burlingame at (415) 983-1274; SFtrademarks@pillsburywinthrop.com.

Winery Exchange, Inc.

By: _____
        Oliver Colvin, General Counsel

Date: _____July 14, 2003_____

Winery Exchange Power of Attorney - apoa.doc                     -1-

02-04-04    05:29pm    From-Pillsbury Winthrop LLP    4156831200    T-976    P.006/010    F-942

Schedule A

| Mark | Application No. |
|---|---|
| VILLA CAMPAGNA | 78/144303 |
| DRAKE-HUDSON | 78/241846 |
| Q | 78/242387 |
| DELLATORRI | 78/236439 |
| DRINK GLOBAL | 78/234594 |
| PARKERS ESTATE BLUE ASH ROAD | 78/162673 |
| PARKERS ESTATE OLD VINE STREET | 78/146828 |
| PARKERS ESTATE NORTH PEYTON BLOCK | 78/146825 |
| PARKERS ESTATE BLUE ASH ROW | 78/146833 |
| LANDSCAPES | 78/073318 |
| ORTOLANO | 76/408065 |
| OMBRETTA | 76/416835 |
| KABALTA | 76/409047 |
| FASTTOS | 76/360202 |
| FIACE | 76/310896 |
| ALBURY COVE | 76/289644 |
| ORGINS | 76/288322 |
| KALBARRI | 76/288193 |
| HUNTERS GROVE | 76/415702 |
| RED GUMTREE | 76/413940 |
| Grape Design | 78/114631 |
| LA MIRA | 76/288331 |
| RAFARI BAY | 76/288462 |
| TORROO BAY | 76/288061 |
| TIMARA VALLEY | 76/288060 |
| JENICA PARK | 76/288057 |
| REGIONS | 76/242955 |

Winery Exchange Power of Attorney - appa.doc    -2-

PAGE 6/10 * RCVD AT 2/4/2004 8:35:20 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-1/2 * DNIS:8729184 * CSID:4156831200 * DURATION (mm-ss):03-06

02-04-04    05:28pm    From-Pillsbury Winthrop LLP                4159831200            T-976    P.007/010    F-242

——Original Message——
From: PrinTEAS@uspto.gov [mailto:PrinTEAS@uspto.gov]
Sent: Wednesday, March 12, 2003 10:28 AM
To: Oakley, Carla B.
Cc: teas@uspto.gov; e-receipt@teas1.uspto.gov
Subject: Received your Trademark Application

<MARK> DRINK GLOBAL

We have received your application and assigned serial number '76224694' to your submission. The summary of the application data below serves as your official filing receipt. For electronically-submitted applications, the USPTO will no longer mail a paper filing receipt. If the USPTO later determines that no filing date was justified, your submission will be returned, and your filing fee will be refunded. You could then, if possible, cure the deficiency, and re-file the application.

If you determine that you made an error in the information you entered, you may file a preliminary amendment electronically, stating your proposed correction, at http://eteas.uspto.gov/V2.0/pe200/WIZARD.htm.
NOTE: You cannot file a Preliminary Amendment until at least 15 days after initial filing of the application. Prior to that time, the serial number will not appear in the USPTO database (even though the number was assigned at the time of filing), preventing the uploading of new data.

The examining attorney will determine whether the change proposed in the amendment is permissible, within the normal course of his or her review of the application. Please note that not all errors may be corrected; for example, if you submitted the wrong mark or the incorrect goods and/or services. If the proposed correction would be considered a material alteration to your original filing, this will NOT be accepted. Unfortunately, your only recourse in that event is to re-file - your filing would NOT be refunded. Once you submit an application, either electronically or through the mail, we will not cancel the filing or refund your fee, unless the application fails to satisfy minimum filing requirements. The fee is a processing fee, which we do not refund even if we cannot issue a registration after our substantive review.

In approximately 6 months, you will hear from the assigned examining attorney.

NOTE: If you have a question, comment or technical concern about your specific application or TEAS in general, please send that question to PrinTEAS@uspto.gov. NOTE: To check status information, please use either http://tarr.uspto.gov, or call 703-305-8747 (M-F, 6:30 a.m. to 12 midnight, EST). However, do NOT attempt to check status until at least 45 days after submission, to allow sufficient time for our databases to be updated.

The applicant, Winery Exchange, Inc., a corporation of California, residing at 35 Leveroni Court, Suite 100
, Novato, CA USA 94949, requests registration of the trademark/service mark shown on the drawing page in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

* Classification and Listing of Goods/Services:

The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 033: Wine

*Correspondence Information

The applicant, hereby appoints Carla B. Oakley and Rochelle D. Alpert, Leslie Mcknew, Sharon R. Smith, and Denise Lo of Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower,  San Francisco, CA USA 94105 to submit this application on behalf of the applicant.

* Fees

A fee payment in the amount of $335 will be submitted with the application, representing payment for 1 class(es).

2

02-04-04    08:28pm    From-Pillsbury Winthrop LLP    4159931200    T-975    P.008/010    F-342

**-Declaration Signature**

Signature:/Carla B. Oakley// Date: 03/12/2003
Signatory's Name: Carla B. Oakley
Signatory's Position: Attorney for Applicant

========================TEAS XML APPLICATION========================

<?xml version = "1.0" encoding = "ISO-8859-1"?>
<uspto-trademark document document-type="app" description="Base Application Form" system-creator="eteas" version="2.0"
version-date="2002-08-17" copyright="Copyright 1999-2002 United States Patent and Trademark Office">
<trademark-case-file>
<trademark-case-file>
<case-file-header>
<serial-number>78224594</serial-number>
<mark action-code="create" version="new">
<typed-mark>
<mark-text>DRINK GLOBAL</mark-text>
</typed-mark>
</mark>
<filing-date>20030312</filing-date>
</case-file-header>
<base-application-form>
<goods-services>
<goods-service action-code="create" version="new">
<sequence-number>1</sequence-number>
<class-code>033</class-code>
<description-text>Wine</description-text>
<filing-basis-current-1b-in>Y</filing-basis-current-1b-in>
</goods-service>
</goods-services>
<case-file-owners>
<case-file-owner action-code="create" version="new">
<legal-entity-type-code>03</legal-entity-type-code>
<name>Winery Exchange, Inc.</name>
<street>35 Leveroni Court,
Suite 100
</street>
<city>Novato</city>
<state>CA</state>
<postal-code>94949</postal-code>
<country-name>USA</country-name>
<incorporated-in-state-code>California</incorporated-in-state-code>
</case-file-owner>
</case-file-owners>
<signatures>
<signature action-code="create" version="new">
<signature-type>D</signature-type>
<signature-entry-number>1</signature-entry-number>
<signature-name>/Carla B. Oakley/</signature-name>
<signatory-date>20030312</signatory-date>
<signatory-name>Carla B. Oakley</signatory-name>
<signatory-position>Attorney for Applicant</signatory-position>
</signature>
</signatures>
<fee-types>
<fee action-code="create" version="new">
<fee-code>7001</fee-code>
<number-of-classes>1</number-of-classes>
<number-of-classes-paid>1</number-of-classes-paid>
<subtotal-amount>335</subtotal-amount>

3

02-04-04    05:29pm    From-Pillsbury Winthrop LLP                4159831200              T-676   P.009/010   F-842

    </fee-type>
    <total-amount>335</total-amount>
    </fee-types>
    <payment>
    <ram-sale-number>750</ram-sale-number>
    <ram-accounting-date>20030312</ram-accounting-date>
    </payment>
    </base-application-form>
    <correspondence-form>
    <source-form>APP</source-form>
    <correspondence>
    <correspondence action-code="create" version="new">
    <type-code>s</type-code>
    <new-address>
    <name>Carla B. Oakley</name>
    <firm-name>Morgan, Lewis &#38; Bockius LLP</firm-name>
    <street>One Market, Spear Street Tower</street>
    <city>San Francisco</city>
    <state>CA</state>
    <postal-code>94105</postal-code>
    <country-name>USA</country-name>
    <phone>(415) 442-1301</phone>
    <fax>(415) 442-1010</fax>
    <email authorized="y">coakley@morganlewis.com</email>
    <attorney-docket-number>031666.2480</attorney-docket-number>
    <other-appointed-attorney>Rochelle D. Alpert, Leslie McKnew, Sharon R. Smith, and Denise Lo</other-appointed-attorney>
    </new-address>
    </correspondence>
    <correspondence action-code="create" version="new">
    <type-code>s</type-code>
    <new-address>
    <name>Carla B. Oakley</name>
    <firm-name>Morgan, Lewis &#38; Bockius LLP</firm-name>
    <street>One Market, Spear Street Tower</street>
    <city>San Francisco</city>
    <state>CA</state>
    <postal-code>94105</postal-code>
    <country-name>USA</country-name>
    <phone>(415) 442-1301</phone>
    <fax>(415) 442-1010</fax>
    <email authorized="y">coakley@morganlewis.com</email>
    </new-address>
    </correspondence>
    </correspondence-form>
    <trademark-case-files>
    <filing>
    <filing-identifier>20030312132616196162-78224594</filing-identifier>
    <xml-create-date>20030312 13:19:24</xml-create-date>
    <submit-date>Wed Mar 12 13:26:16 EST 2003</submit-date>
    <tess-stamp>USPTO/BAS-19521613126-20030312132616196162-78224594-2006923ed90838aef7d617d2c2ecd80b8-RAM-750-20030312131924088542</tess-stamp>
    <filing-description>Trademark/Service Mark Application, Principal Register, with Declaration</filing-description>
    <reply-email>coakley@morganlewis.com</reply-email>
    </filing>
    </uspto-tm-document>

    TEAS support team
    Wed Mar 12 13:26:16 EST 2003

STAMP: USPTO/BAS-19521613126-20030312132616196162-78224594-2006923ed90838aef7d617d2c2ecd80b8-RAM-750-20030312131924088542

PAGE 9/10 * RCVD AT 2/4/2004 8:35:20 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-1/2 * DNIS:8729184 * CSID:4159831200 * DURATION (mm-ss):03-09

02-04-04     05:28pm     From-Pillsbury Winthrop LLP          4156831200          T-878   P.010/010   F-842

Success!

We have received your application and assigned serial number 78224594 to your submission. We will send an Email summary of the
application data to "cmckley@morgaslewis.com", which will be your official confirmation of receipt. For electronically-submitted
applications, the USPTO will no longer mail an additional paper filing receipt. However, since e-mail is not always reliable, please
print out and save this notice. If the USPTO later determines that no filing date was justified, your submission will be returned, and
your filing fee will be refunded. You would then have the opportunity to cure the deficiency, and re-file the application. Thank you.

**NOTE:** Do NOT send a duplicate paper copy of this filing to the USPTO, as it will interfere with the proper processing of the electronic submission
and will result in your being charged for two filings, neither of which can be refunded.

TEAS support team
Wed Mar 12 13:28:16 EST 2003
STAMP: USPTO/BAS-16831911138-20030312132816153-7822494-20092bad90988bad7d917d0d0ed90b6-RAM-750-400R0312121258408542

 Trademark Electronic Application System (TEAS) service
U.S. Patent and Trademark Office
PrinTEAS@uspto.gov

PAGE 10/10 * RCVD AT 2/4/2004 3:35:29 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-1/2 * DNS:8729184 * CSID:4156831200 * DURATION (mm-ss):03-06          3/12/2003

9

Date of Deposit November 26, 2003. I hereby certify that this Request to Suspend and Remand is being deposited with the United States Postal Service, First Class Mail, addressed to Attn: TTAB, Commissioner for Trademarks, 2900 Crystal Drive, Arlington, Virginia 22202-3514.

*Betty Bryant-Phillips*
Betty Bryant-Phillips

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In re Trademark Application of

      Winery Exchange, Inc.
      (formerly Wineryexchange.com)

12-01-2003

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #22

| | | |
|---|---|---|
| Serial No.: | 76/242955 | ) |
| Filed: | April 17, 2001 | ) |
| Mark: | REGIONS | ) |
| Exam. Atty: | Jason F. Turner, Esq. | ) |
| Law Office: | 108 | ) |

Commissioner for Trademarks
BOX TTAB – NO FEE
2900 Crystal Drive
Arlington, VA 22202-3514

### REQUEST TO SUSPEND AND REMAND

Dear Sir or Madam:

Further to Applicant's previously filed Motion to Reset/Extend Time to File Ex Parte Appeal Brief, Applicant respectfully submits this Request to Suspend and Remand pursuant to 37 CFR § 2.142(d) and TBMP 1207.02.

1. Good Cause for Suspension and Remand.

After this appeal was filed, Applicant obtained new counsel (as explained in Applicant's Motion to Reset/Extend Time to File Ex Parte Appeal Brief, and as illustrated by the Revocation

1

and Appointment of Power of Attorney filed with the United States Patent and Trademark Office and attached hereto as Exhibit A).

Applicant's new counsel wants to submit additional evidence in order to provide the Board and the Examining Attorney with a full record, and as stated in TBMP 1207.02, situations in which a "new attorney for the applicant . . . has taken over the case and wishes to supplement the evidence of record" constitute good cause for a remand for additional evidence.

2.  Additional Evidence Sought to Be Introduced.

At its core, the Examining Attorney's refusal and arguments are based on the theory that the term REGIONS is descriptive because wine comes from certain regions. However, every product inevitably comes from some region, and although people use many terms in their general sense (e.g., regions, countryside, orchard) to refer to the type of source of various products, such terms can also be used outside of that general sense as trademarks that do not describe anything about the products on which they are used. If taken to its logical conclusion, the Examining Attorney's argument would render many marks merely descriptive simply because they are used in their general "dictionary" sense to refer to the source of a product.

Applicant's new counsel has learned that many such terms have been registered as trademarks on the Principal Register without any disclaimer or claim of acquired distinctiveness, including the following examples:

- ZONE – Reg. No. 2186191 for vodka-based distilled spirits with added fruit flavors;

- ZONE – Reg. Nos. 2583643 and 2324221 for bowling balls;

- ORCHARD – Reg. No. 0389985 for fresh citrus fruits;

- COUNTRYSIDE – Reg. Nos. 1413524, 1457674 and 1876773 for dairy products and fruit juice drinks;

- FARMS – Reg. No. 1332498 for agricultural publication audience research;

10767149_1.DOC                                   2

- FIELD – Reg. Nos. 1515604 and 1517319 for meats, cheese, lard and poultry;

- FIELD – Reg. No. 0754816 for seeds and nursery stock;

- PLACE – Reg. No. 2202251 for children's clothes;

- PLACE – Reg. No. 0427455 for cologne;

- AREA – Reg. No. 2622618 for bedding, table linens and curtains;

- LOCATION – Reg. No. 2641969 for a computer program;

- LOCATIONS – Reg. No. 1841311 for magazines for event and party planning;

- SOURCE – Reg. No. 2668049 for tea-based bottled beverages and fruit juice beverages;

- SOURCE – Reg. No. 2480455 for toys;

- SOURCE – Reg. No. 2217426 for non-medicated hair care and skin care preparations;

- SOURCE – Reg. No. 2398203 for various products including drinking flasks and shoes;

- SOURCE – Reg. No. 2118920 for loudspeakers;

- SOURCE – Reg. Nos. 1255764 and 1092632 for food supplements for animal feed;

- SOURCE – Reg. No. 2738375 for services including installation of heating, ventilating, air conditioning, refrigeration and electrical energy controllers;

- ORIGIN – Reg. No. 2779493 for bathtubs;

- SITE – Reg. No. 2690323 for fluorescent luminaires;

- SITE – Reg. No. 2344716 for charge coupled devices;

- SITE – Reg. No. 1667958 for promoting the interests of incentive travel executives;

- CITY – Reg. No. 2623771 for installation, maintenance and repair of electrical wiring;

- CITIES – Reg. No. 2237584 for furniture;

- CITIES – Reg. No. 1208597 for footwear;

- STATE – Reg. No. 2489956 for cigarettes, tobacco and tobacco products;

- STATE – Reg. No. 2662408 for water heaters;

- STATES – Reg. Nos. 1965774 and 1016751 for electrical power distribution and substation equipment;

- DERIVATION – Reg. No. 2782061 for equipment for playing a word game;

- VALLEY – Reg. No. 2654343 for contract food services;

- NEIGHBORHOOD – Reg. No. 2395400 for sportwear and sporting goods;

- CONTINENT – Reg. No. 2089295 for printing presses;

- VICINITY – Reg. Nos. 2159691 and 2506043 for computer services;

- LOCALITY – Reg. Nos. 2608550 and 2598574 for information services;

- REALM – Reg. Nos. 1975469 and 1867411 for cologne, eau de toilette and eau de perfume;

- QUARTERS – Reg. No. 2042168 for clothing;

- COUNTY – Reg. No. 0960343 for tractors;

- PROVINCE – Reg. No. 2725927 for luggage;

- PROVINCE – Reg. No. 2238347 for mattresses;

- JARDIN (translated as GARDEN) – Reg. No. 2051062 for fruit nectars and fruit juices;

- JARDIN (translated as GARDEN) – Reg. Nos. 2647776 and 2577111 for garden furniture; and

- LA VINA (translated as THE VINEYARD) – Reg. No. 0973518 for a wine sauce for cooking.

Additionally, even with respect to the mark REGIONS itself, Applicant's new counsel has learned that the United States Patent and Trademark Office has on several occasions determined that the marks REGION and REGIONS are not merely descriptive, as evidenced by the following registrations without any disclaimer or claim of acquired distinctiveness for the term REGION or REGIONS:

- REGIONS – Reg. Nos. 1881600 and 1914267 for banking services (despite the fact that the type of banking services available may be based on a particular region);

10767149_1.DOC                                    4

- REGIONS – Reg. No. 2175755 for medical services (despite the fact that medical services are typically offered through hospitals located in particular regions);

- REGION – Reg. No. 2583861 for clothing (despite the fact that clothing comes from a particular region and is typically designed to fit the needs and styles of a particular region); and

- SAVOR THE REGIONS – Reg. No. 2064574 for a televised cooking instruction show (despite the fact that such shows typically explore the cooking techniques and recipes of particular regions).

None of the above-identified trademark registrations have yet been made part of the record in this appeal because they were not previously brought to the Examining Attorney's attention by Applicant's former counsel. Because these registrations bear directly on the issue of registrability of Applicant's mark, Applicant – through its new counsel – respectfully hereby seeks to introduce these registrations as evidence. Copies of the registrations, taken from the electronic records of the United States Patent and Trademark Office (through its online TESS system), are attached hereto as Exhibit B.

Accordingly, Applicant respectfully requests that the Board suspend this appeal and remand the application for further examination in light of this additional evidence. In the event that this Request is denied, Applicant requests that the Board reset the deadline for the submission of Applicant's Appeal Brief for a date in the near term.

Dated: November 26, 2003

Respectfully submitted,

WINERY EXCHANGE, INC.

By: _____
Robert B. Burlingame
PILLSBURY WINTHROP LLP
50 Fremont Street
P.O. Box 7880
San Francisco, CA 94105
(415) 983-1274
rburlingame@pillsburywinthrop.com

10767149_1.DOC

5

T TFM

Date of Deposit April 13, 2004. I hereby certify that this Applicant's Appeal Brief is being deposited with the United States Postal Service, First Class Mail, addressed to Commissioner for Trademarks, BOX TTAB – NO FEE, 2900 Crystal Drive, Arlington, Virginia 22202-3514.

*Betty Bryant Phillips*
Betty Bryant Phillips .

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

|  |  |
|---|---|
| In re Trademark Application of | ) |
| | ) |
| Winery Exchange, Inc. | ) |
| (formerly Wineryexchange.com) | ) |
| | ) |
| Serial No.:   76/242955 | ) |
| | ) |
| Filed:        April 17, 2001 | ) |
| | ) |
| Mark:        REGIONS | ) |
| | ) |
| Exam. Atty:   Jason F. Turner, Esq. | ) |
| | ) |
| Law Office:    108 | ) |

04-16-2004
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #22

Commissioner for Trademarks
BOX TTAB – NO FEE
2900 Crystal Drive
Arlington, VA 22202-3514

### APPLICANT'S APPEAL BRIEF

Dear Sir or Madam:

Applicant respectfully submits this brief in support of its appeal of the Examining

Attorney's 2(e)(1) refusal of registration of the mark REGIONS for wine.

The mark REGIONS is inherently distinctive and is not merely descriptive of Applicant's

wine. The Examining Attorney has failed to evaluate the mark directly with respect to

Applicant's goods and has erroneously considered the mark in the abstract in a general sense

without immediate reference to wine. Everything comes from some region, but that does not

render the term REGIONS merely descriptive of every product. Furthermore, the facts support

10766740_2.DOC                                    1

allowance rather than refusal, and the Examining Attorney has not met the required evidentiary burden to show mere descriptiveness.

## I. Summary of the Record.

### A. Examining Attorney's Evidence.

The Examining Attorney's evidence consists of a dictionary definition, maps of wine-producing territories and various wine-related articles and excerpts from Lexis/Nexis, the Internet and magazines which contain the terms "regions" or "region". For example, the Examining Attorney stated that one of the definitions of REGION is "a specified district or territory"[1] and included a copy of a map of France and cited Champagne and Bordeaux as examples of wines named for the region from which they originate.[2]

In addition, the Examining Attorney attached print-outs which indicated that Lexis/Nexis searches disclosed thousands of articles containing the phrase "wine regions" or the term "wine" in close proximity to the term "region", and he provided excerpts from approximately 40 such articles to show descriptive use of phrases such as "famous wine region", "most exciting wine regions", "number of wine regions", "interests in many wine regions", "labels from wine regions", "general information about the wine and the region", "information about the wine and the region", "the wine regions fanning inland", "the Stellenbosch wine region" and "wine regions of Napa, Sonoma, and Mendocino."[3] The Examining Attorney also included exhibits which showed that the terms "regions" and "region" were used on websites, magazines and two books relating to wine regions.[4]

---

[1] See Office Actions dated 11/6/01, 7/1/02, 6/2/03 and 2/2/04.
[2] See Office Actions dated 7/1/02 and 6/2/03.
[3] See Office Actions dated 11/6/01, 7/1/02 and 2/2/04.
[4] See Office Actions dated 7/1/02 and 6/2/03.

### B. Applicant's Evidence.

Applicant provided the Examining Attorney with details of other REGIONS-based marks that the United States Patent and Trademark Office ("USPTO") deemed to be inherently distinctive and registered on the Principal Register, as well as dozens of registrations on the Principal Register (without disclaimer) for terms that are similar in nature to the term "region" (e.g., ORIGIN, ZONE, ORCHARD, COUNTRYSIDE, FARMS, FIELD, PLACE, AREA).[5] Applicant also called the Examining Attorney's attention to the multiple definitions of the term "regions".[6]

In addition to the issues discussed in this Appeal Brief, Applicant respectfully refers the Board to the arguments and evidence previously submitted to the Examining Attorney in connection with this application. Such arguments and evidence clearly point out the flaws in the Examining Attorney's descriptiveness refusal and demonstrate that REGIONS is not merely descriptive of Applicant's wine.

### II. Applicant's Mark is Inherently Distinctive as Applied to the Goods

As discussed below, Applicant's mark REGIONS is inherently distinctive as applied to Applicant's wine. It should be noted that REGIONS is a plural term, thus negating the idea that Applicant's wine is somehow descriptive of any particular region. The term REGIONS also does not describe to consumers anything about the characteristics of Applicant's wine. Rather, the mark REGIONS connotes a sense of adventure and travel to different parts of the world. When viewing Applicant's use of REGIONS on wine, consumers are reminded of multiple far away places and distant lands – not of any particular region in which wine is produced.

---

[5]  See Response to Office Action dated 5/1/02, Request for Reconsideration dated 12/30/02, and Request to Suspend and Remand dated 11/26/03.

[6]  See Response to Office Action dated 5/1/02.

Furthermore, consumers are likely to perceive Applicant's use of REGIONS as suggesting that Applicant's REGIONS wine is a universal wine that can be shared with – and enjoyed by – people from regions all around the world.

### III.  Examining Attorney's Contentions.

From the arguments repeated in the Examining Attorney's four office actions, it is apparent that the Examining Attorney erroneously based his refusal on three beliefs:  (1) that the term REGIONS is defined as "a specified district or territory"; (2) that many people in the wine industry use the term REGIONS or WINE REGIONS to refer to districts or territories from which wines originate; and (3) that REGIONS is merely descriptive of a feature of Applicant's goods, namely, wines hailing from a certain region.  The first two beliefs, even if true, do not prove that Applicant's mark is merely descriptive for wine.  The third belief is incorrect – even if Applicant's wine comes from a certain geographic region, that does not make the mark REGIONS merely descriptive of that wine.

Furthermore, the Examining Attorney explained that he was not persuaded by the existence of multiple meanings for the term REGIONS, and he brushed aside the numerous third-party registrations cited by Applicant.

### IV.  Applicable Law.

Trademark Section 2(e)(1), 15 U.S.C. 1052(e)(1) states:  "No trademark by which the goods of the applicant may be distinguished from the goods of others shall be refused registration on the principal register on account of its nature unless it . . . (e) Consists of a mark which, (1) when used on or in connection with the goods of the applicant is merely descriptive or deceptively misdescriptive of them . . . ."

A trademark is "merely descriptive" if it "describes an ingredient, quality, characteristic, function, feature, purpose or use of the relevant goods." In re Gyulay, 3 U.S.P.Q. 2d 1009 (Fed. Cir. 1987); In re Bed & Breakfast Registry, 229 U.S.P.Q. 818 (Fed. Cir. 1986); In re MetPath Inc., 223 U.S.P.Q. 88 (T.T.A.B. 1984); In re Bright-Crest, Ltd., 204 U.S.P.Q. 591 (T.T.A.B. 1979); TMEP section 1209.01(b).

However, a "descriptive" mark must also *immediately* convey information about the qualities, characteristics or features of the product. In re Abcor Development Corp., 200 U.S.P.Q. 215, 217-18 (C.C.P.A. 1978). The immediate idea must be conveyed with a "degree of particularity"; if imagination, thought and perception are required to reach a conclusion as to the nature of the goods, then the term is suggestive rather than descriptive. In re TMS Corporation of the Americas, 200 U.S.P.Q. 57, 59 (T.T.A.B. 1978); In re Gyulay, 3 U.S.P.Q. 2d 1009.

As explained in Section II above, Applicant's mark REGIONS is inherently distinctive as applied to wine. Additionally, as discussed below, Applicant's mark REGIONS is not merely descriptive because it does not immediately describe or convey information about, with a degree of particularity, an ingredient, quality, characteristic, function, feature, purpose or use of wine.

### V. Descriptive Use in Wine Context Does Not Make Mark Merely Descriptive.

Despite the Examining Attorney's assertions, the mark REGIONS is not merely descriptive for wine. What does the mark REGIONS, by itself, describe or inform consumers about wine? Nothing. Although the term "regions" is used frequently in the context of wine to refer in a general sense to geographic locales (e.g., "the many wine regions throughout the world"), the mark REGIONS itself does not immediately convey anything about wine.

The Examining Attorney correctly noted that the term REGIONS can be defined as a district or territory, and that wines sometimes are known for the specific territory where they are

made or where the grapes are grown. However, Applicant's mark REGIONS is not the name of a specific territory where wines are made or where grapes are grown. While the name of a particular geographic region could theoretically be descriptive for wine, the general term REGIONS (which does not connote any particular place or area) is not.

Despite the Examining Attorney's statements to the contrary, Applicant's mark does <u>not</u> describe "wines hailing from a certain region," and Applicant's mark does <u>not</u> convey "where the goods originate." In sharp contrast to the Bordeaux or Champagne examples cited by the Examining Attorney (in which cases the names of specific regions are used rather than the general term REGIONS), if a consumer viewed a bottle of wine bearing the REGIONS mark, the consumer would not perceive anything about the wine on account of the REGIONS mark (other than goodwill associated with Applicant's REGIONS mark). The term REGIONS does not describe or indicate where the wine was made or where the grapes were grown. The term REGIONS does not describe or indicate anything about the soil or climate of the relevant vineyards. The term REGIONS does not describe or indicate anything about the function or purpose of the wine. The term REGIONS does not describe or indicate anything about the ingredients, taste or quality of the wine. In sum, the term REGIONS does not describe any characteristic of Applicant's goods.

The Board's decision in <u>In re Orleans Wines, Ltd.</u>, 516 U.S.P.Q. at 517 (cited by the Examining Attorney in the second office action to Applicant) further supports Applicant's arguments. In that case, Orleans Wines, Ltd. filed an application to register the mark BREADSPRED for jellies and jams, and the Board correctly held that the mark was merely descriptive. In its decision, the Board noted that the dictionary defined the term "SPREAD" as a food "(as butter, jam, jelly, fruit or peanut butter, or deviled meat) used or made for use to spread

on bread or crackers" and that the "only rational, logical reaction by a normal person to the term 'BREADSPRED' when used in association with jellies and jams would in our opinion be a spread made for bread." In sharp contrast, there is absolutely no mention of wine in the dictionary's definition of the term REGIONS, and people viewing the term REGIONS in association with wine would not perceive any descriptive message about the wine.

At its core, the Examining Attorney's refusal and arguments are based on the theory that the term REGIONS is descriptive because wine comes from certain regions. However, every product inevitably comes from some region, and although people use many terms in their general sense (e.g., regions, countryside, orchard) to refer to the type of source of various products, such terms can also be used outside of that general sense as trademarks that do not describe anything about the products on which they are used. If taken to its logical conclusion, the Examining Attorney's argument would render many marks merely descriptive simply because they are used in their general "dictionary" sense to refer to the source of a product.

Instead, Applicant notes that many such terms have been registered as trademarks on the Principal Register without any disclaimer or claim of acquired distinctiveness despite their frequent use in descriptive manners, including but not limited to the following examples (which the Examining Attorney has elected to disregard):

- ORIGIN – Reg. No. 2798492 for wine;

- TELLURIAN – Reg. No. 2618973 for wine;

- OCEAN STATE – Reg. No. 1851646 for spirits;

- ZONE – Reg. No. 2186191 for vodka-based distilled spirits with added fruit flavors;

- ZONE – Reg. Nos. 2583643 and 2324221 for bowling balls;

- ORCHARD – Reg. No. 0389985 for fresh citrus fruits;

10766740_2.DOC

7

- COUNTRYSIDE – Reg. Nos. 1413524, 1457674 and 1876773 for dairy products and fruit juice drinks;

- FARMS – Reg. No. 1332498 for agricultural publication audience research;

- FIELD – Reg. Nos. 1515604 and 1517319 for meats, cheese, lard and poultry;

- FIELD – Reg. No. 0754816 for seeds and nursery stock;

- PLACE – Reg. No. 2202251 for children's clothes;

- PLACE – Reg. No. 0427455 for cologne;

- AREA – Reg. No. 2622618 for bedding, table linens and curtains;

- LOCATION – Reg. No. 2641969 for a computer program;

- LOCATIONS – Reg. No. 1841311 for magazines for event and party planning;

- SOURCE – Reg. No. 2668049 for tea-based bottled beverages and fruit juice beverages;

- SOURCE – Reg. No. 2480455 for toys;

- SOURCE – Reg. No. 2217426 for non-medicated hair care and skin care preparations;

- SOURCE – Reg. No. 2398203 for various products including drinking flasks and shoes;

- SOURCE – Reg. No. 2118920 for loudspeakers;

- SOURCE – Reg. Nos. 1255764 and 1092632 for dietary food supplements for animal feed;

- SOURCE – Reg. No. 2738375 for services including installation of heating, ventilating, air conditioning, refrigeration and electrical energy controllers;

- ORIGIN – Reg. No. 2779493 for bathtubs;

- SITE – Reg. No. 2690323 for fluorescent luminaires;

- SITE – Reg. No. 2344716 for charge coupled devices;

- SITE – Reg. No. 1667958 for promoting the interests of incentive travel executives;

- CITY – Reg. No. 2623771 for installation, maintenance and repair of electrical wiring;

- CITIES – Reg. No. 2237584 for furniture;

- CITIES – Reg. No. 1208597 for footwear;

- STATE – Reg. No. 2489956 for cigarettes, tobacco and tobacco products;

- STATE – Reg. No. 2662408 for water heaters;

- STATES – Reg. Nos. 1965774 and 1016751 for electrical power distribution and substation equipment;

- DERIVATION – Reg. No. 2782061 for equipment for playing a word game;

- VALLEY – Reg. No. 2654343 for contract food services;

- NEIGHBORHOOD – Reg. No. 2395400 for sportswear and sporting goods;

- CONTINENT – Reg. No. 2089295 for printing presses;

- VICINITY – Reg. Nos. 2159691 and 2506043 for computer services;

- LOCALITY – Reg. Nos. 2608550 and 2598574 for information services;

- REALM – Reg. Nos. 1975469 and 1867411 for cologne, eau de toilette and eau de perfume;

- QUARTERS – Reg. No. 2042168 for clothing;

- COUNTY – Reg. No. 0960343 for tractors;

- PROVINCE – Reg. No. 2725927 for luggage;

- PROVINCE – Reg. No. 2238347 for mattresses;

- JARDIN (translated as GARDEN) – Reg. No. 2051062 for fruit nectars and fruit juices;

- JARDIN (translated as GARDEN) – Reg. Nos. 2647776 and 2577111 for garden furniture;

- LA VINA (translated as THE VINEYARD) – Reg. No. 0973518 for a wine sauce for cooking;

- COUNTRY COCKTAILS – Reg. No. 1758656 for cordials;

- HILL COUNTRY CELLARS – Reg. No. 1658713 for wines;

- MOUNTAIN COUNTRY CELLARS – Reg. No. 2105450 for wines;

- SUN COUNTRY – Reg. No. 1357084 for wine coolers;

- LAKE COUNTRY – Reg. No. 1080563 for wine;

- CAPE COUNTRY – Reg. No. 2299953 for wines;

- COUNTRY DAWN – Reg. No. 1155029 for wines;

- THE COUNTRY VINTNER – Reg. No. 2281386 for and import agency and wholesale distributorship featuring wine, beer, water, drink mixes, cork screws and menu covers; and

- COUNTRY KWENCHER – Reg. No. 1840815 for wines.

Such registrations illustrate that these types of marks can be registrable and can be used in a non-descriptive manner even though the terms are often used in a descriptive fashion in reference to the origin of such types of products. See also Sally Beauty Co., Inc. v. Beautyco, Inc., 64 U.S.P.Q. 2d 1321, 1327 (10th Cir. 2002) (explaining that "[m]erely because a producer manufactures goods which feature the word 'generic,' however, does not render the trademark itself generic. . . . [T]he 'Generic Value Products' mark does not, by its terms, describe hair care products.").

Additionally, even with respect to the mark REGIONS itself, the United States Patent and Trademark Office has on several occasions determined that the marks REGION and REGIONS are not merely descriptive, as evidenced by the following registrations without any disclaimer or claim of acquired distinctiveness for the term REGION or REGIONS:

- REGIONS – Reg. Nos. 1881600 and 1914267 for banking services (despite the fact that the type of banking services available may be based on a particular region);

- REGIONS – Reg. No. 2175755 for medical services (despite the fact that medical services are typically offered through hospitals located in particular regions);

- REGION – Reg. No. 2583861 for clothing (despite the fact that clothing comes from a particular region and is typically designed to fit the needs and styles of a particular region); and

- SAVOR THE REGIONS – Reg. No. 2064574 for a televised cooking instruction show (despite the fact that such shows typically explore the cooking techniques and recipes of particular regions).

Although the Examining Attorney has maintained that "third-party registrations are not conclusive on the question of descriptiveness", Applicant has previously pointed out to the Examining Attorney (see Applicant's Response to Office Action dated May 1, 2002) that the Board has held that third-party registrations with the same or similar term are entitled to some weight in determining whether a term should be disclaimed as descriptive. See In re Fairfield Laboratories, Inc., 144 U.S.P.Q. 452, 453 (T.T.A.B. 1964).

Furthermore, the above third-party registrations illustrate another flaw in the Examining Attorney's reasoning. The Examining Attorney attempted to demonstrate that REGIONS is merely descriptive because the Lexis/Nexis database contained more than 1000 stories in which the term "region" (not in plural form) was located within one term of the word "wine". However, as Applicant pointed out to the Examining Attorney in its Response to Office Action dated May 1, 2002, the USPTO has registered numerous COUNTRY and STATE marks for wine on the Principal Register without disclaimer, and yet the Lexis/Nexis database contained more than 1000 stories in which the terms "country" and "state" were located within one term of the word "wine".

The fundamental legal error committed by the Examining Attorney, however, was his failure to tether Applicant's mark directly to the goods. "[I]t is well established that the determination of mere descriptiveness must be made not in the abstract or on the basis of guesswork, but in relation to the goods or services for which registration is sought, the context in

which the mark is used or intended to be used, and the impact that it is likely to make on the average purchaser of such goods or services." In re Remacle, 66 U.S.P.Q. 2d 1222, 1224 (T.T.A.B. 2002) quoting In re Recovery, 196 U.S.P.Q. 830 (T.T.A.B. 1977); TMEP section 1209.01(b). When considering whether a term or mark is descriptive, the Examining Attorney must consider the issue of descriptiveness in relation to the identified goods as purchased or used by the relevant public, not in the abstract. In re Omaha National Corp., 2 U.S.P.Q. 2d 1859 (Fed. Cir. 1987); In re Abcor Development Corp., 200 U.S.P.Q. 215 (C.C.P.A. 1978).

The Examining Attorney erroneously considered the REGIONS mark in the abstract and only in a general sense rather than with an immediate application and reference to Applicant's wine. The Examining Attorney also provided no evidence that REGIONS is used or would be recognized as having a definite and readily understood meaning *in relation to Applicant's identified goods*. Consequently, the Examining Attorney has failed to meet the required legal standard for refusing the mark as merely descriptive.

### VI.  Granting Registration Does Not Prevent Descriptive Use.

The above-identified third-party registrations also demonstrate that granting registration for Applicant's REGIONS mark will not hinder or prevent others from using that term in a descriptive non-trademark fashion. Certainly the terms COUNTRY, STATE, ORIGIN, ZONE, ORCHARD, COUNTRYSIDE, FARMS, FIELD, PLACE, SOURCE, SITE, LOCATION, AREA, CITY, DERIVATION, VALLEY, NEIGHBORHOOD, CONTINENT, COUNTY, PROVINCE, GARDEN and VINEYARD have not been removed from the lexicon simply because someone was permitted to register those terms as trademarks.

Similarly, despite the Examining Attorney's stated fear that "[g]ranting exclusive rights to the term in question would appear to severely hamper the ability of others to effectively

inform consumers of a significant factor concerning the goods," registering REGIONS for wine will not affect other people's right to use the term "regions" in a descriptive sense. Applicant will be uniquely using REGIONS as a trademark to refer to its wine, while others will be free to continue to use the term "regions" to refer to a geographic locale (e.g., as part of the phrase "wine regions" as shown in nearly all of the Examining Attorney's evidence). Even if other entities will not be permitted to name their wines REGIONS and use REGIONS as a brand name for their wines, they will nonetheless still be able to use the term "regions" to discuss wine growing regions or to effectively inform consumers that their wines comes from particular regions.

### VII.  Facts Support Allowance, Not Refusal.

#### A.  Examining Attorney Has Not Met Required Evidentiary Burden.

"The PTO has the burden of proving that a trademark falls within a prohibition of § 1052." In re Mavety, 31 U.S.P.Q. 2d 1923, 1925 (Fed. Cir. 1994) (vacating TTAB affirmance of refusal to register). Furthermore, the Examining Attorney bears the burden of establishing that a mark is merely descriptive. In re Remacle, 66 U.S.P.Q. 2d 1222 (T.T.A.B. 2002).

As in the Remacle case, the present situation necessitates the finding that, "[b]ased on the record before us, we cannot conclude that [the mark] is merely descriptive in connection with the identified goods and services. There is little evidence in this record that is *clearly relevant to Applicant's identified goods* . . . . The Examining Attorney has the burden of establishing that the mark is merely descriptive, and that burden has not been met." Id. at 1224 (emphasis added).

#### B.  Examining Attorney's Evidence Is Not Probative of Descriptiveness.

As set forth above, the Examining Attorney's evidence of descriptive use of the terms "region" and "regions" in the context of wine is not probative of whether the mark REGIONS is

merely descriptive of wine. The Examining Attorney has not proven how other's use of "region" or "regions", to refer to named places where wine or other products are produced, means that REGIONS describes anything about Applicant's wine.

### C. Examining Attorney Has Ignored the Significance of the Plural Form of the Mark.

As mentioned above, the mark REGIONS is in the plural form; the Examining Attorney, however, has ignored the significance of that plural form. While every product comes from some region, a single product generally does not come from multiple regions, and consumers that view Applicant's REGIONS mark on a bottle of wine are unlikely to believe that the bottle of Applicant's wine comes from multiple regions. Accordingly, this again demonstrates that the mark REGIONS does not immediately describe or convey to consumers anything about Applicant's wine.

### VIII. Doubts Regarding Descriptiveness Should Be Resolved in Applicant's Favor.

To the extent that Applicant's arguments raise doubts on the issue of whether the mark REGIONS is descriptive, the law is clear that such doubts "should be resolved in applicant's behalf . . . ." In re Aid Laboratories, Inc., 221 U.S.P.Q. 1215, 1216 (T.T.A.B. 1983); In re American Hospital Supply Corp., 219 U.S.P.Q. 949 (T.T.A.B. 1983); In re Gourmet Bakers, Inc., 173 U.S.P.Q. 565 (T.T.A.B. 1972). Therefore, if there remain any doubts about whether the mark REGIONS is descriptive of wine, then the Board should decide in favor of Applicant and permit registration of its REGIONS mark.

<p style="text-align:center">*    *    *</p>

Applicant therefore respectfully requests that the Board grant this appeal and permit registration of Applicant's REGIONS mark.  Thank you.

Dated:  April 13, 2004

Respectfully submitted,

WINERY EXCHANGE, INC.

By: _[signature]_
Robert B. Burlingame
PILLSBURY WINTHROP LLP
50 Fremont Street
P.O. Box 7880
San Francisco, CA 94105
(415) 983-1274
sftrademarks@pillsburywinthrop.com

10766740_2.DOC                    15

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
**Trademark Trial and Appeal Board**
2900 Crystal Drive
Arlington, Virginia 22202-3513

Mailed:  April 20, 2004

In re Wineryexchange.com

Serial No. 76242955

Filed: 04/17/2001

ROBERT B. BURLINGAME
CALENDAR/DOCKETING DEPT.
PILLSBURY WINTHROP LLP PO BOX 7880
SAN FRANCISCO, CA 94120-7880

**Amy Matelski, Paralegal Specialist**


Applicant's brief filed April 16, 2004 is noted and the application file is forwarded herewith to the Trademark Examining Attorney for his/her brief in accordance with Trademark Rule 2.142(b).

A request for an oral hearing, if desired, is due not later than ten days after the due date for applicant's reply brief.

PTO Form 1581 (Rev 9/2005)

OMB No. 0651-0054 (Exp. 11/30/2008)

# SOU Extension Request

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76242955 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 108 |
| **MARK SECTION** | |
| STANDARD CHARACTERS | NO |
| LITERAL ELEMENT | REGIONS |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION (current)** | |
| NAME | Robert B. Burlingame |
| **ATTORNEY SECTION (proposed)** | |
| NAME | Robert B. Burlingame |
| DOCKET NUMBER | 063914/0305034/JMS/RBB |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 033 |
| GOODS AND/OR SERVICES | KEEP ALL LISTED |
| **EXTENSION SECTION** | |
| EXTENSION NUMBER | 1 |
| ALLOWANCE MAIL DATE | 11/30/2004 |
| STATEMENT OF USE | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 150 |
| TOTAL AMOUNT | 150 |
| **SIGNATURE SECTION** | |

| SIGNATURE | /per Oliver Colvin/ |
| --- | --- |
| SIGNATORY NAME | Robert B. Burlingame |
| SIGNATORY POSITION | Attorney |
| DATE SIGNED | 05/27/2005 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Fri May 27 14:46:51 EDT 2005 |
| TEAS STAMP | USPTO/ESU-204.227.255.10-20050527144651442172-7624 2955-2504e898e895ada2a6b8 722ff3a5338dd-DA-1659-200 50527143844621358 |

Trademark/Service Extension of Time

PTO Form 1581 (Rev 9/2005)

OMB No. 0651-0054 (Exp. 11/30/2008)

## SOU Extension Request
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** REGIONS
**SERIAL NUMBER:** 76242955

The applicant, WINERY EXCHANGE, INC., having an address of 35 LEVERONI CRT. STE. 100, NOVATO, California United States 94949, requests a six-month extension of time to file the Statement of Use under 37 C.F.R. Section 2.89 in this application.    The Notice of Allowance mailing date was 11/30/2004.

For International Class: 033, the applicant has a continued bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with all of the goods and/or services listed in the Notice of Allowance, or as subsequently modified.

This is the first extension request.

The applicant hereby appoints Robert B. Burlingame to submit this Request for Extension of Time to File a Statement of Use on behalf of the applicant. The attorney docket/reference number is 063914/0305034/JMS/RBB.

A fee payment in the amount of $150 will be submitted with the form, representing payment for 1 class.

### Declaration

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /per Oliver Colvin/      Date Signed: 05/27/2005
Signatory's Name: Robert B. Burlingame
Signatory's Position: Attorney

RAM Sale Number: 1659
RAM Accounting Date: 05/27/2005

Serial Number: 76242955
Internet Transmission Date: Fri May 27 14:46:51 EDT 2005
TEAS Stamp: USPTO/ESU-204.227.255.10-200505271446514
42172-76242955-2504e898c895ada2a6b8722ff

Trademark/Service Extension of Time

3a5338dd-DA-1659-20050527143844621358

PTO Form 1581 (Rev 9/2005)

OMB No. 0651-0054 (Exp. 11/30/2008)

# SOU Extension Request

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76242955 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 108 |
| **MARK SECTION** | |
| STANDARD CHARACTERS | NO |
| LITERAL ELEMENT | REGIONS |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION (current)** | |
| NAME | Robert B. Burlingame |
| **ATTORNEY SECTION (proposed)** | |
| NAME | Robert B. Burlingame |
| DOCKET NUMBER | 063914/0305034/JMS/RBB |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 033 |
| GOODS AND/OR SERVICES | KEEP ALL LISTED |
| **EXTENSION SECTION** | |
| EXTENSION NUMBER | 2 |
| ONGOING EFFORT | continuing market research and product development |
| ALLOWANCE MAIL DATE | 11/30/2004 |
| STATEMENT OF USE | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 150 |
| TOTAL AMOUNT | 150 |

| SIGNATURE SECTION | |
|---|---|
| SIGNATURE | /per Oliver Colvin/ |
| SIGNATORY NAME | Robert B. Burlingame |
| SIGNATORY POSITION | Attorney |
| DATE SIGNED | 11/17/2005 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Nov 17 19:58:52 EST 2005 |
| TEAS STAMP | USPTO/ESU-204.227.255.18-20051117195852521732-7624 2955-320d712696e36c61b58a c698fe7d7820af-DA-795-200 51117194423725337 |

PTO Form 1581 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 11/30/2008)

## SOU Extension Request
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** REGIONS
**SERIAL NUMBER:** 76242955

The applicant, WINERY EXCHANGE, INC., having an address of 35 LEVERONI CRT. STE. 100, NOVATO, California United States 94949, requests a six-month extension of time to file the Statement of Use under 37 C.F.R. Section 2.89 in this application.     The Notice of Allowance mailing date was 11/30/2004.

For International Class: 033, the applicant has a continued bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with all of the goods and/or services listed in the Notice of Allowance, or as subsequently modified.

This is the second extension request.   The applicant has made the following ongoing efforts to use the mark in commerce on or in connection with each of those goods and/or services covered by the extension request: continuing market research and product development.

The applicant hereby appoints Robert B. Burlingame to submit this Request for Extension of Time to File a Statement of Use on behalf of the applicant. The attorney docket/reference number is 063914/0305034/JMS/RBB.

A fee payment in the amount of $150 will be submitted with the form, representing payment for 1 class.

### Declaration

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /per Oliver Colvin/     Date Signed: 11/17/2005
Signatory's Name: Robert B. Burlingame
Signatory's Position: Attorney

RAM Sale Number: 795
RAM Accounting Date: 11/18/2005

Serial Number: 76242955
Internet Transmission Date: Thu Nov 17 19:58:52 EST 2005

Trademark/Service Extension of Time                                    Page 4 of 4

TEAS Stamp: USPTO/ESU-204.227.255.18-200511171958525
21732-76242955-320d712696e36c61b58ac698f
e7d7820af-DA-795-20051117194423725337

**TEAS ROUTING SHEET**

**To:  INTENT TO USE UNIT**

**Work Loc:  INTENT TO USE SECTION**

**Doc Type: Extension Request for SOU (ESU)**



**Serial Number: 76242955**



**Mark: REGIONS**

**Mail Date: 2005/11/17**



**Examiner Number:  73712**



**Examiner Name:**
**TURNER, JASON FITZGERA**

**L.O. Assigned:  LAW OFFICE 108**

**Special Instruction(s):**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Extension Request for SOU | 7004 | 20051117 | $150 | 1 | $150 |

Trademark/Service Extension of Time                                     Page 1 of 4

PTO Form 1581 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 11/30/2008)

# SOU Extension Request

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76242955 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 108 |
| **MARK SECTION** | |
| STANDARD CHARACTERS | NO |
| LITERAL ELEMENT | REGIONS |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION (current)** | |
| NAME | Robert B. Burlingame |
| **ATTORNEY SECTION (proposed)** | |
| NAME | Robert B. Burlingame |
| DOCKET NUMBER | 063914/0305034/JMS/RBB |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 033 |
| GOODS AND/OR SERVICES | KEEP ALL LISTED |
| **EXTENSION SECTION** | |
| EXTENSION NUMBER | 3 |
| ONGOING EFFORT | continuing market research and product development |
| ALLOWANCE MAIL DATE | 11/30/2004 |
| STATEMENT OF USE | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 150 |
| TOTAL AMOUNT | 150 |

| SIGNATURE SECTION | |
|---|---|
| SIGNATURE | /per Oliver Colvin/ |
| SIGNATORY NAME | Robert B. Burlingame |
| SIGNATORY POSITION | Attorney |
| DATE SIGNED | 04/10/2006 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Mon Apr 10 19:53:49 EDT 2006 |
| TEAS STAMP | USPTO/ESU-204.227.255.18-20060410195349233308-7624 2955-32020bf638e13b353e38 6816975ad6f-DA-817-200604 10191314015297 |

PTO Form 1581 (Rev 9/2005)

OMB No. 0651-0054 (Exp. 11/30/2008)

## SOU Extension Request
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** REGIONS
**SERIAL NUMBER:** 76242955

The applicant, WINERY EXCHANGE, INC., having an address of 35 LEVERONI CRT. STE. 100, NOVATO, California United States 94949, requests a six-month extension of time to file the Statement of Use under 37 C.F.R. Section 2.89 in this application.    The Notice of Allowance mailing date was 11/30/2004.

For International Class: 033, the applicant has a continued bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with all of the goods and/or services listed in the Notice of Allowance, or as subsequently modified.

This is the third extension request.   The applicant has made the following ongoing efforts to use the mark in commerce on or in connection with each of those goods and/or services covered by the extension request: continuing market research and product development.

The applicant hereby appoints Robert B. Burlingame to submit this Request for Extension of Time to File a Statement of Use on behalf of the applicant. The attorney docket/reference number is 063914/0305034/JMS/RBB.

A fee payment in the amount of $150 will be submitted with the form, representing payment for 1 class.

### Declaration

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /per Oliver Colvin/     Date Signed: 04/10/2006
Signatory's Name: Robert B. Burlingame
Signatory's Position: Attorney

RAM Sale Number: 817
RAM Accounting Date: 04/11/2006

Serial Number: 76242955
Internet Transmission Date: Mon Apr 10 19:53:49 EDT 2006

file://\\ticrs-ais-01\ticrsexport\HtmlToTiffInput\ESU00012007_07_11_08_46_23_WS131...    7/11/2007

Trademark/Service Extension of Time                                        Page 4 of 4

TEAS Stamp: USPTO/ESU-204.227.255.18-200604101953492
33308-76242955-32020bf638e13b353e3868169
75ad6f-DA-817-20060410191314015297

**TEAS ROUTING SHEET**

**To:  INTENT TO USE UNIT**

**Work Loc:  INTENT TO USE SECTION**

**Doc Type: Extension Request for SOU (ESU)**



**Serial Number: 76242955**



**Mark: REGIONS**

**Mail Date: 2006/04/10**



**Examiner Number:  73712**



**Examiner Name:**
**TURNER, JASON FITZGERA**

**L.O. Assigned:  LAW OFFICE 108**

**Special Instruction(s):**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Extension Request for SOU | 7004 | 20060410 | $150 | 1 | $150 |

PTO Form 1581 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 11/30/2008)

# SOU Extension Request

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76242955 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 108 |
| **MARK SECTION** | |
| STANDARD CHARACTERS | NO |
| LITERAL ELEMENT | REGIONS |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION (current)** | |
| NAME | Robert B. Burlingame |
| DOCKET NUMBER | 0639140/0305 |
| **ATTORNEY SECTION (proposed)** | |
| NAME | Robert B. Burlingame |
| DOCKET NUMBER | 063914/0305034/JMS/RBB |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 033 |
| GOODS AND/OR SERVICES | KEEP ALL LISTED |
| **EXTENSION SECTION** | |
| EXTENSION NUMBER | 4 |
| ONGOING EFFORT | product or service research development;market research |
| ALLOWANCE MAIL DATE | 11/30/2004 |
| STATEMENT OF USE | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |

Trademark/Service Extension of Time                          Page 2 of 4

| SUBTOTAL AMOUNT | 150 |
|---|---|
| TOTAL AMOUNT | 150 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /per Oliver Colvin/ |
| SIGNATORY NAME | Robert B. Burlingame |
| SIGNATORY POSITION | Attorney |
| DATE SIGNED | 11/22/2006 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Nov 22 18:32:16 EST 2006 |
| TEAS STAMP | USPTO/ESU-204.227.255.18-20061121183217014557-7624 2955-3409d37b31a63fec2a19 7e520095fdfa35-DA-922-200 61122180941494839 |

Trademark/Service Extension of Time                                    Page 3 of 4

PTO Form 1581 (Rev 9/2005)

OMB No. 0651-0054 (Exp. 11/30/2008)

## SOU Extension Request
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** REGIONS
**SERIAL NUMBER:** 76242955

The applicant, WINERY EXCHANGE, INC., having an address of 35 LEVERONI CRT. STE. 100, NOVATO, California United States 94949, requests a six-month extension of time to file the Statement of Use under 37 C.F.R. Section 2.89 in this application.    The Notice of Allowance mailing date was 11/30/2004.

For International Class: 033, the applicant has a continued bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with all of the goods and/or services listed in the Notice of Allowance, or as subsequently modified.

This is the fourth extension request.   The applicant has made the following ongoing efforts to use the mark in commerce on or in connection with each of those goods and/or services covered by the extension request: product or service research development;market research.

The applicant hereby appoints Robert B. Burlingame to submit this Request for Extension of Time to File a Statement of Use on behalf of the applicant. The attorney docket/reference number is 063914/0305034/JMS/RBB.

A fee payment in the amount of $150 will be submitted with the form, representing payment for 1 class.

### Declaration

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /per Oliver Colvin/      Date Signed: 11/22/2006
Signatory's Name: Robert B. Burlingame
Signatory's Position: Attorney

RAM Sale Number: 922
RAM Accounting Date: 11/24/2006

Serial Number: 76242955
Internet Transmission Date: Wed Nov 22 18:32:16 EST 2006

file://\\ticrs-ais-01\ticrsexport\HtmlToTiffInput\ESU00012007_07_11_08_46_28_WS131...   7/11/2007

Trademark/Service Extension of Time                                        Page 4 of 4

TEAS Stamp: USPTO/ESU-204.227.255.18-200611221832170
14557-76242955-3409d37b31a63fec2a197e520
095fdfa35-DA-922-20061122180941494839

Trademark/Service Extension of Time                                 Page 1 of 4

PTO Form 1581 (Rev 9/2005)

OMB No. 0651-0054 (Exp. 11/30/2008)

# SOU Extension Request

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76242955 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 108 |
| **MARK SECTION** | |
| STANDARD CHARACTERS | NO |
| LITERAL ELEMENT | REGIONS |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION (current)** | |
| NAME | Robert B. Burlingame |
| DOCKET NUMBER | 0639140/0305 |
| **ATTORNEY SECTION (proposed)** | |
| NAME | Robert B. Burlingame |
| DOCKET NUMBER | 063914/0305034/JMS/RBB |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 033 |
| GOODS AND/OR SERVICES | KEEP ALL LISTED |
| **EXTENSION SECTION** | |
| EXTENSION NUMBER | 5 |
| ONGOING EFFORT | product or service research development;market research |
| ALLOWANCE MAIL DATE | 11/30/2004 |
| STATEMENT OF USE | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |

| SUBTOTAL AMOUNT | 150 |
|---|---|
| TOTAL AMOUNT | 150 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /per Oliver Colvin/ |
| SIGNATORY NAME | Robert B. Burlingame |
| SIGNATORY POSITION | Attorney |
| DATE SIGNED | 05/25/2007 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Fri May 25 15:28:38 EDT 2007 |
| TEAS STAMP | USPTO/ESU-204.227.255.18-20070525152838395354-7624 2955-360e9c1bbb4df7f51408 a168bb82bedbd-DA-561-2007 0525144914826162 |

PTO Form 1581 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 11/30/2008)

## SOU Extension Request
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** REGIONS
**SERIAL NUMBER:** 76242955

The applicant, WINERY EXCHANGE, INC., having an address of 35 LEVERONI CRT. STE. 100, NOVATO, California United States 94949, requests a six-month extension of time to file the Statement of Use under 37 C.F.R. Section 2.89 in this application.    The Notice of Allowance mailing date was 11/30/2004.

For International Class: 033, the applicant has a continued bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with all of the goods and/or services listed in the Notice of Allowance, or as subsequently modified.

This is the fifth extension request.   The applicant has made the following ongoing efforts to use the mark in commerce on or in connection with each of those goods and/or services covered by the extension request: product or service research development;market research.

The applicant hereby appoints Robert B. Burlingame to submit this Request for Extension of Time to File a Statement of Use on behalf of the applicant. The attorney docket/reference number is 063914/0305034/JMS/RBB.

A fee payment in the amount of $150 will be submitted with the form, representing payment for 1 class.

## Declaration

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /per Oliver Colvin/     Date Signed: 05/25/2007
Signatory's Name: Robert B. Burlingame
Signatory's Position: Attorney

RAM Sale Number: 561
RAM Accounting Date: 05/29/2007

Serial Number: 76242955
Internet Transmission Date: Fri May 25 15:28:38 EDT 2007

Trademark/Service Extension of Time                    Page 4 of 4

TEAS Stamp: USPTO/ESU-204.227.255.18-200705251528383
95354-76242955-360e9c1bbb4df7f51408a168b
b82bedbd-DA-561-20070525144914826162

\*\*\* User: jturner \*\*\*

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 0 | 0 | 0 | 0 | 0:01 | "wineryexchange"[on] |
| 02 | 10 | 0 | 10 | 10 | 0:01 | "wineryexchange.com"[on] |
| 03 | 501 | N/A | 0 | 0 | 0:07 | *r{"iey"}{"gj"}{"iey"}{v}n*[bi,t i] |
| 04 | 311 | 0 | 311 | 311 | 0:01 | 3 not dead |

Session started  11/1/01 8:10:52 PM
Session finished 11/1/01 8:16:27 PM
Total search duration 0:10 minutes
Session Duration 5:35 minutes

Default NEAR limit= 1 ADJ limit= 1

# UNITED STATES PATENT AND TRADEMARK OFFICE

FEB - 2 2004

**SERIAL NO:** 76/242955

**APPLICANT:** Wineryexchange.com

**CORRESPONDENT ADDRESS:**
    Robert B. Burlingame
    PILLSBURY WINTHROP LLP
    PO BOX 7880
    SAN FRANCISCO, CA 94120-7880

**RETURN ADDRESS:**
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
**ecom108@uspto.gov**

**MARK:**    REGIONS

**CORRESPONDENT'S REFERENCE/DOCKET NO:** N/A

**CORRESPONDENT EMAIL ADDRESS:**

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

## OFFICE ACTION

RE: Serial Number 76/242955

The applicant is requesting reconsideration for a final refusal dated 7/01/02. The examining attorney has carefully reviewed this second request for reconsideration and has determined that no new facts or reasons have been presented that are significant or compelling with regard to the point at issue. Accordingly, the final action is maintained as written and the request for reconsideration is *denied.* 37 C.F.R. §2.64(b); TMEP §715.03(c). Once this action is mailed, the change of name will be entered and the application will be returned to the Board for resumption of the appeal process.

Refusal is Maintained

Registration was refused under Trademark Act Section 2(e)(1), 15 U.S.C. Section 1052(e)(1), because the proposed mark is merely descriptive of the identified goods. The applicant's proposed mark is "REGIONS" for wine. The applicant submits in the request for reconsideration that a third party registration for different mark illustrates that the proposed mark should be allowed in this instance. The examining attorney has considered the applicant's argument carefully but has found it unpersuasive. For the reasons below, the <u>FINAL</u> refusal under Section 2(e)(1) is maintained.

As the Trademark Act Section (2)(e)(1), 15 U.S.C. 1052(e)(1) states:

> No trademark by which the goods of the applicant may be distinguished from the goods of others shall be refused registration on the principal register on account of its nature unless it . . .
> (e) Consists of a mark which, (1) when used on or in connection with the goods of the applicant is merely descriptive or deceptively misdescriptive of them . . . .

The proposed mark "region" is defined as a specified district or territory.[1]  A mark is merely descriptive under Trademark Act Section 2(e)(1), 15 U.S.C. 1052(e)(1), if it describes an ingredient, quality, characteristic, function, feature, purpose or use of the relevant goods. *In re Gyulay*, 820 F.2d 1216, 3 USPQ2d 1009 (Fed. Cir. 1987); *In re Bed & Breakfast Registry*, 791 F.2d 157, 229 USPQ 818 (Fed. Cir. 1986); *In re MetPath Inc.*, 223 USPQ 88 (TTAB 1984); *In re Bright-Crest, Ltd.*, 204 USPQ 591 (TTAB 1979); TMEP section 1209.01(b).    As applied to the goods, the term appears to be descriptive of an important aspect of the goods, namely, the district or territory where the goods originate.  In fact, some wines are named for the region from which they originate.  For example, like "Bordeaux" mentioned in the previous Office action, "Champagne" is defined as "a sparkling white wine produced in Champagne,"[2] and as "A historical *region* and former province of northeast France. It was incorporated into the French royal domain in 1314. The sparkling wine champagne was first produced here c. 1700 (bold and italics added).[3]"  Accordingly, the term "region" appears to describe a rather important feature of wine.

The applicant argues and submits various third party registrations which utilize different location terms or the proposed mark in question (with different goods) to illustrate why the proposed mark is allowable. However, as previously stated, third-party registrations are not conclusive on the question of descriptiveness. The examining attorney must consider each case on its own merits.  A mark which is merely descriptive is not registrable merely because other similar marks appear on the register. *In re Sun Microsystems Inc.*, 59 USPQ2d 1084 (TTAB 2001). TMEP §1209.03(a).

The examining attorney submits that the mark both immediately conveys and describes a characteristic of the applicant's goods, namely, a commonly used term identifying where the wine originates. *In re Orleans Wines, Ltd.*, 196 USPQ 516 (TTAB 1977).  It should be noted that it is not necessary that a term describe all of the purposes, functions, characteristics or features of the goods or services to be merely descriptive. It is enough if the term describes an attribute of the goods, as it clearly does in this instance. *In re Gyulay*, 820 F.2d 1216, 3 USPQ2d 1009 (Fed. Cir. 1987); *In re Bed & Breakfast Registry*, 791 F.2d 157, 229 USPQ 818 (Fed. Cir. 1986); *In re MetPath Inc.*, 223

---

[1] *The American Heritage® Dictionary of the English Language, Third Edition* copyright © 1992 by Houghton Mifflin Company. Electronic version licensed from INSO Corporation; further reproduction and distribution restricted in accordance with the Copyright Law of the United States. All rights reserved.

[2] *The American Heritage® Dictionary of the English Language, Third Edition* copyright © 1992 by Houghton Mifflin Company. Electronic version licensed from INSO Corporation; further reproduction and distribution restricted in accordance with the Copyright Law of the United States. All rights reserved.

[3] *The American Heritage® Dictionary of the English Language, Third Edition* copyright © 1992 by Houghton Mifflin Company. Electronic version licensed from INSO Corporation; further reproduction and distribution restricted in accordance with the Copyright Law of the United States. All rights reserved.

USPQ 88 (TTAB 1984); *In re Bright-Crest, Ltd.*, 204 USPQ 591 (TTAB 1979); *In re H.U.D.D.L.E.*, 216 USPQ 358 (TTAB 1982); *In re MBAssociates*, 180 USPQ 338 (TTAB 1973), *In re Omaha National Corp.*, 819 F.2d 1117, 2 USPQ2d 1859 (Fed. Cir. 1987). The region from which the wine originates appears to be a significant consideration in the taste, texture and ultimate selection of wine. Granting exclusive rights to the term in question would appear to severely hamper the ability of others to effectively inform consumers of a significant factor concerning the goods.

Please see the attached additional articles and internet evidence further illustrating descriptive use of the term "regions" in identifying and describing a significant aspect of wines. A Lexis search for news articles containing "wine regions" found over three thousand stories. A focused search for the term in news articles of the last week found several examples (see attached). Based on the above, the mark can not be registered on the Principal Register as it is merely descriptive of a characteristic of the identified goods. The application file will be returned to the Trademark Trial and Appeal Board for resumption of the appeal.

/Jason F. Turner/
Examining Attorney
Law Office 108
(703) 308-9108 Ext. 247
(703) 746-8108 (Fax)
ecom108@uspto.gov
(703) 305-8747 (Status)

**How to respond to this Office Action:**

To respond formally using the Office's Trademark Electronic Application System (TEAS), visit **http://www.uspto.gov/teas/index.html** and follow the instructions.

To respond formally via E-mail, visit **http://www.uspto.gov/web/trademarks/tmelecresp.htm** and follow the instructions.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at **http://tarr.uspto.gov/**

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at **http://www.uspto.gov/main/trademarks.htm**

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.**

108B8C
Print Request:     Selected Document(s): 1-3,6-11,14,16,18

Time of Request: January 31, 2004   07:33 PM EST

Number of Lines: 249
Job Number:        1822:0:2739417

Client ID/Project Name:

Research Information:

 US Newspapers
"wine regions"

Send to:   TURNER, JASON
           TRADEMARK LAW LIBRARY
           2101 CRYSTAL PLAZA ARC
           MAILBOX 314
           ARLINGTON, VIRGINIA 22202-4600

1 of 18 DOCUMENTS

Copyright 2004 The New York Times Company
The New York Times

**January** 30, 2004, Friday, Late Edition - Final

**SECTION:** Section F; Page 1; Column 3; Escapes

**LENGTH:** 70 words

**HEADLINE:** DAY TRIPS;
No Wine in Antarctica; Try the Finger Lakes

**BODY:**

...Freezing rain? Arctic windchills? It's a great time to visit the not-too-crowded tasting rooms of the Finger Lakes **wine region.** Among the offerings is proof that winter's cruel weather has a bright side: ice wine, a sweet amber nectar ...

2 of 18 DOCUMENTS

Copyright 2004 The New York Times Company
The New York Times

**January** 30, 2004, Friday, Late Edition - Final

**SECTION:** Section F; Page 8; Column 1; Escapes

**LENGTH:** 1186 words

**HEADLINE:** DAY TRIPS;
In the Finger Lakes, the Sweet Taste of Winter

**BYLINE:** By TATIANA BONCOMPAGNI

**BODY:**

...winter, the ice wine season can mean an intimate look inside the operations of one of New York's prime **wine regions.** During the winter months almost a dozen wineries, many of them family owned and operated, are in the process of picking, pressing and ...

...so there would be room to cart all the cases home to Long Island. "The vidal blanc is outrageous," Ms. Seltzer said of her favorite **wine from the region.**

But it's ice wine that is increasingly putting the Finger Lakes region on the wine map. In the last three ...

3 of 18 DOCUMENTS

Copyright 2004 The Times-Picayune Publishing Company
Times-Picayune (New Orleans, LA)

**January** 29, 2004 Thursday

**SECTION:** FOOD; Pg. 90

**LENGTH:** 610 words

**HEADLINE:** SCOOP DU JOUR

**BODY:**

...Ridge Coastal Vines Cabernet ($10)

This Napa Ridge wine isn't from Napa -- or anywhere close to California's most famous **wine region** -- but it is, nevertheless, a solid value in red wine. It's a medium-bodied wine with intense ...

6 of 18 DOCUMENTS

Copyright 2004 The Commercial Appeal, Inc.
The Commercial Appeal (Memphis, TN)

<u>**January**</u> 28, 2004 Wednesday Final Edition

**SECTION:** APPEAL; Pg. E5

**LENGTH:** 721 words

**HEADLINE:** WHAT TO DO WITH THAT FUNKY BOTTLE? TAKE IT BACK

**BYLINE:** Leslie Kelly kelly@commercialappeal.com

**BODY:**

...Vin Expo. I've worked on grape harvests in Walla Walla, Wash., and toured California's most famous **<u>wine regions.</u>**

Though I've sampled my way through thousands of bottles and interviewed scores of winemakers and growers, I don't consider ...

Copyright 2004 DR Partners d/b Las Vegas Review-Journal
Las Vegas Review-Journal (Nevada)

**January** 28, 2004 Wednesday FINAL EDITION

**SECTION:** E; Pg. 1E

**LENGTH:** 647 words

**HEADLINE:** TASTE OF THE TOWN: Lutefisk season returns

**BYLINE:** Heidi Knapp Rinella

**BODY:**

...Wine' (reading a wine list, buying wine, and food and wine pairings); March 13, 'North and South American **Wine Regions';** April 3, 'How Wine is Created'; May 8, 'European **Wine Regions';** and June 5, 'The New World **Wine Regions.'** Each session will include two hours of theory and one hour of wine tasting with cheese and crackers. To register, call ...

8 of 18 DOCUMENTS

Copyright 2004 The Times Mirror Company; Los Angeles Times
All Rights Reserved
Los Angeles Times

January 28, 2004 Wednesday
Home Edition

**SECTION:** FOOD; Features Desk; Part F; Pg. 3

**LENGTH:** 78 words

**HEADLINE:** For the record

**BODY:**

   **Wine region** -- An article in last week's Food section about wines from the Russian River Valley incorrectly stated that in the ...

9 of 18 DOCUMENTS

Copyright 2004 Bergen Record Corporation
The Record (Bergen County, NJ)

**January** 28, 2004 Wednesday All Editions

**SECTION:** FOOD; WINE TALK; Pg. F02

**LENGTH:** 839 words

**HEADLINE:** 3 plans for the big day

**BYLINE:** ROBERT WHITLEY

**BODY:**

...knowledge. At northbay.com, you will find a wealth of information about food and wine in the North Coast **wine regions** of Napa, Sonoma, and Mendocino.

\* \* \*

Robert Whitley is a nationally syndicated wine columnist and radio host. Send questions to Wine ...

10 of 18 DOCUMENTS

Copyright 2004 McClatchy Newspapers, Inc.
Sacramento Bee

**January** 28, 2004, Wednesday METRO FINAL EDITION

**SECTION:** TASTE; Pg. F9; APPETIZERS

**LENGTH:** 686 words

**HEADLINE:** A bit of Ambrosia downtown

**BYLINE:** Mike Dunne

**BODY:**

...business eventually. They've bought the shuttered Sportsman in downtown Plymouth, gateway to the Shenandoah Valley. The area, for a **wine region,** is surprisingly shy of creative, upscale restaurants. The Berkners could change that, but for now they are undecided about what to do with the place.

"We're figuring ...

Copyright 2004 San Antonio Express-News
San Antonio Express-News (Texas)

**January** 28, 2004, Wednesday , METRO

**SECTION:** FOOD; Pg. 2F

**LENGTH:** 157 words

**HEADLINE:** Q&A

...upbringing." On a wine label, it refers to the aging that the wine received. The time varies according to the rules of each **wine region.** If a **wine region** (called a DO, for denominacion de origen ) doesn't have its own rules, a crianza wine must be aged at ...

14 of 18 DOCUMENTS

Copyright 2004 Star-Telegram Newspaper, Inc.
Fort Worth Star Telegram (Texas)

**January** 26, 2004, Monday FINAL EDITION

**SECTION:** METRO; Pg. 5B

**LENGTH:** 317 words

**HEADLINE:** 10 MINUTES WITH ... CHRISTOPHE PANIAGUA

**BYLINE:** PUNCH SHAW; Star-Telegram Staff Writer

**BODY:**

 Christophe Paniagua, a 16-year-old exchange student from Bourdeaux, France, a small town, not the **wine region,** which is spelled without a u. At the Stock Show, he is showing hogs owned by his host Freddy Helmuth, who ...

16 of 18 DOCUMENTS

Copyright 2004 The Miami Herald
All Rights Reserved
The Miami Herald

**January** 25, 2004 Sunday F1TR EDITION

**SECTION:** J; Pg. 10

**LENGTH:** 865 words

**HEADLINE:** LUXURY IN AFRICA

**BODY:**

...800-223-6800; www.orient-express.com

* Spier Estate: Located near Cape Town in the Stellenbosch **wine region,** Spier estate combines upscale lodging and dining with expansive grounds, summer arts programs and cheetah conservation programs. Activities ...

18 of 18 DOCUMENTS

Copyright 2004 The Wichita Eagle
All Rights Reserved
The Wichita Eagle

**January** 25, 2004 Sunday MAIN EDITION

**SECTION:** H; BRIEF; Pg. 1

**LENGTH:** 752 words

**HEADLINE:** South African summer deals

**BODY:**

Cape Town great escape

From the natural beauty of Table Mountain to the famous **wine region,** there's never been a better time to visit Cape Town. The $1,550 price tag includes round-trip airfare from Atlanta or ...

108B8C

********** Print Completed **********

Time of Request:  January 31, 2004  07:33 PM EST

Print Number:    1822:0:2739417
Number of Lines:  249
Number of Pages:

Send To:  TURNER, JASON
          TRADEMARK LAW LIBRARY
          2101 CRYSTAL PLAZA ARC
          MAILBOX 314
          ARLINGTON, VIRGINIA 22202-4600

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
**Trademark Trial and Appeal Board**
2900 Crystal Drive
Arlington, Virginia 22202-3513

Mailed: February 13, 2004

In re Wineryexchange.com

Serial No. 76242955

Filed: 04/17/2001

Robert B. Burlingame
PILLSBURY WINTHROP LLP
PO BOX 7880
SAN FRANCISCO, CA 94120-7880

**Amy King, Paralegal Specialist**

In view of the decision by the Trademark Examining
Attorney on February 2, 2004, the appeal is resumed; and
applicant is allowed until sixty days from the date hereof
in which to file its brief herein.  A request for an oral
hearing, if desired, must be made not later than ten days
after the due date for applicant's reply brief.

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
**Trademark Trial and Appeal Board**
2900 Crystal Drive
Arlington, Virginia 22202-3513

Mailed:  April 20, 2004

In re Wineryexchange.com

Serial No. 76242955

Filed: 04/17/2001

ROBERT B. BURLINGAME
CALENDAR/DOCKETING DEPT.
PILLSBURY WINTHROP LLP PO BOX 7880
SAN FRANCISCO, CA 94120-7880

**Amy Matelski, Paralegal Specialist**


    Applicant's brief filed April 16, 2004 is noted and the
application file is forwarded herewith to the Trademark
Examining Attorney for his/her brief in accordance with
Trademark Rule 2.142(b).

    A request for an oral hearing, if desired, is due not
later than ten days after the due date for applicant's **reply**
brief.



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
**Trademark Trial and Appeal Board**
2900 Crystal Drive
Arlington, Virginia 22202-3513

Mailed:  April 20, 2004

In re Wineryexchange.com

Serial No. 76242955

Filed: 04/17/2001

ROBERT B. BURLINGAME
CALENDAR/DOCKETING DEPT.
PILLSBURY WINTHROP LLP PO BOX 7880
SAN FRANCISCO, CA 94120-7880

**Amy Matelski, Paralegal Specialist**

Applicant's brief filed April 16, 2004 is noted and the
application file is forwarded herewith to the Trademark
Examining Attorney for his/her brief in accordance with
Trademark Rule 2.142(b).

A request for an oral hearing, if desired, is due not
later than ten days after the due date for applicant's reply
brief.

Page 1 of 1



UNITED STATES
PATENT AND
★ ★ ★ ★ TRADEMARK OFFICE

Commissioner for Trademarks
2900 Crystal Drive
Arlington , VA  22202-3514
www.uspto.gov

Aug 18, 2004

## NOTICE OF PUBLICATION UNDER 12(a)

1.  Serial No.:
    76/242,955

2.  Mark:
    REGIONS

3.  International Class(es):
    33

4.  Publication Date:
    Sep 7, 2004

5.  Applicant:
    WINERY EXCHANGE, INC.

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: (202) 512-1800

By direction of the Commissioner.

Correspondence Address:

ROBERT B. BURLINGAME                    TMP&I
CALENDAR/DOCKETING DEPT.
PILLSBURY WINTHROP LLP
PO BOX 7880
SAN FRANCISCO, CA 94120-7880

**U.S. Patent and Trademark Office (USPTO)**

# NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 703-746-3400. Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:** Nov 30, 2004

ROBERT B. BURLINGAME
CALENDAR/DOCKETING DEPT.
PILLSBURY WINTHROP LLP
PO BOX 7880
SAN FRANCISCO, CA 94120-7880

---

### ** IMPORTANT INFORMATION:  6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce.  You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark.  You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request").  If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed.  Applicant may file a total of five (5) extension requests.  FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF YOUR APPLICATION.

Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees.  Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important informaton.  Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online.  If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

---

### The following information should be reviewed for accuracy:

SERIAL NUMBER:            76/242955
MARK:                     REGIONS
OWNER:                    WINERY EXCHANGE, INC.
                          35 LEVERONI CRT. STE. 100
                          NOVATO , CALIFORNIA  94949

This application has the following bases, but not necessarily for all listed goods/services:

    Section 1(a): NO        Section 1(b): YES        Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

033 -     Wine

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS

Side - 1



## NOTICE OF APPROVAL
## OF EXTENSION REQUEST
**MAILING DATE: Jun 1, 2005**

A Notice of Allowance issued for the trademark application identified below on Nov 30, 2004. The FIRST request for extension of time to file a Statement of Use has been approved. Applicant must continue to file extension requests every 6 months calculated from the date the Notice of Allowance was issued until a Statement of Use is filed. Please note that a Statement of Use cannot be filed more than 36 months from the issuance date of the Notice of Allowance.

For further information, visit our website at: http://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**SERIAL NUMBER:**   76242955
**MARK:**                REGIONS
**OWNER:**             WINERY EXCHANGE, INC.

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

ROBERT B BURLINGAME
PILLSBURY WINTHROP LLP
PO BOX 7880
CALENDAR DOCKETING DEPT
SAN FRANCISCO, CA  94120-7880

Page 1 of 1

Side - 1



## NOTICE OF APPROVAL
## OF EXTENSION REQUEST
### MAILING DATE: Dec 2, 2005

A Notice of Allowance issued for the trademark application identified below on Nov 30, 2004. The SECOND request for extension of time to file a Statement of Use has been approved. Applicant must continue to file extension requests every 6 months calculated from the date the Notice of Allowance was issued until a Statement of Use is filed. Please note that a Statement of Use cannot be filed more than 36 months from the issuance date of the Notice of Allowance.

For further information, visit our website at: http://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**SERIAL NUMBER:**  76242955
**MARK:**  **REGIONS**
**OWNER:**  **WINERY EXCHANGE, INC.**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

ROBERT B BURLINGAME
PILLSBURY WINTHROP LLP
PO BOX 7880
CALENDAR DOCKETING DEPT
SAN FRANCISCO, CA  94120-7880

Page 1 of 1

Side - 1



# NOTICE OF APPROVAL
# OF EXTENSION REQUEST
## MAILING DATE: Apr 27, 2006

A Notice of Allowance issued for the trademark application identified below on Nov 30, 2004. The THIRD request for extension of time to file a Statement of Use has been approved. Applicant must continue to file extension requests every 6 months calculated from the date the Notice of Allowance was issued until a Statement of Use is filed. Please note that a Statement of Use cannot be filed more than 36 months from the issuance date of the Notice of Allowance.

For further information, visit our website at: http://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**SERIAL NUMBER:** 76242955
**MARK:** REGIONS
**OWNER:** WINERY EXCHANGE, INC.

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

ROBERT B BURLINGAME
PILLSBURY WINTHROP LLP
PO BOX 7880
CALENDAR DOCKETING DEPT
SAN FRANCISCO, CA  94120-7880

file://\\ticrs-ais-01\ticrsexport\HtmlToTiffInput\AER00012007_07_11_08_47_16_WS131...  7/11/2007

Side - 1



**NOTICE OF APPROVAL
OF EXTENSION REQUEST
MAILING DATE: Nov 24, 2006**

A Notice of Allowance issued for the trademark application identified below on Nov 30, 2004. The FOURTH request for extension of time to file a Statement of Use has been approved. Applicant must continue to file extension requests every 6 months calculated from the date the Notice of Allowance was issued until a Statement of Use is filed. Please note that a Statement of Use cannot be filed more than 36 months from the issuance date of the Notice of Allowance.

For further information, visit our website at: http://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**SERIAL NUMBER:**    76242955
**MARK:**                     REGIONS
**OWNER:**                   WINERY EXCHANGE, INC.

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

ROBERT B BURLINGAME
PILLSBURY WINTHROP LLP
PO BOX 7880
CALENDAR DOCKETING DEPT
SAN FRANCISCO, CA   94120-7880

Side - 1



### NOTICE OF APPROVAL
### OF EXTENSION REQUEST
**MAILING DATE: May 29, 2007**

A Notice of Allowance issued for the trademark application identified below on Nov 30, 2004.  The FIFTH request for extension of time to file a Statement of Use has been approved.  Applicant must continue to file extension requests every 6 months calculated from the date the Notice of Allowance was issued until a Statement of Use is filed.  Please note that a Statement of Use cannot be filed more than 36 months from the issuance date of the Notice of Allowance.

For further information, visit our website at: http://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**SERIAL NUMBER:**   76242955
**MARK:**             REGIONS
**OWNER:**            WINERY EXCHANGE, INC.

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

ROBERT B BURLINGAME
PILLSBURY WINTHROP LLP
PO BOX 7880
CALENDAR DOCKETING DEPT
SAN FRANCISCO, CA  94120-7880

*Wine Education and Certification Programs*

# CERTIFIED
# WINE SPECIALIST
## Study Guide



An Educational Resource
Published by The Society of Wine Educators

# Table of Contents

# CERTIFIED WINE SPECIALIST Study Guide

**UNIT ONE**
**VITICULTURE AND GRAPE VARIETIES**

1    Viticulture
2    White Grape Varieties
3    Red Grape Varieties

**UNIT TWO**
**WINE PRODUCTION**

4    Fermentation and Still Wine Production
5    Sparkling Wine Production
6    Fortified Wine Production

**UNIT THREE: WINE REGIONS**

    The United States
9    France
    Italy
10    Spain and Portugal
11    Germany and Austria
12    The Southern Hemisphere

**UNIT FOUR: WINE TASTING**

13    Wine Composition and Chemistry
14    Wine Tasting and Faults
15    The Physiology of Taste

**UNIT FIVE:**
**ADDITIONAL RESOURCES**

16    Wine and Health
17    Wine Etiquette and Service
18    How to Read a Wine Label
Conversions
Study Questions
Bibliography and Supplementary Reading



## PREFACE

Advancing wine education through professional development and certification: this is the mission of the Society of Wine Educators (SWE). The *Certified Wine Specialist Study Guide*, the first of its type published by SWE, is living proof of this mission. The purpose of SWE's educational programs and this guide in particular are to:

- assist wine professionals in becoming better at what they do in the wine arena—be it as educators, trainers, sales professionals, importers, restaurateurs, public relations professionals, or some other role
- provide access to current, reliable wine information
- help wine professionals gain a competitive edge in the marketplace through improved knowledge and assist individuals in enhancing their careers by providing them with a set of high professional standards

## WHY THIS PROGRAM WAS CREATED

The original concept for this project came out of the need discovered through many calls and requests for a comprehensive, step-by-step training program for individuals wanting to enter into the wine industry. Who better than SWE to lead this initiative and provide the study materials and training that would fulfill this need? Acknowledging this need led to the revision of SWE's mission by the Board of Directors back in 1998 followed by the creation of a professional development framework in 1999.

   To accomplish this portion of the Society's mission, the board split the governance of the education program into three parts: professional development and certification, corporate training and certification, and hospitality training and certification. This guide is a direct result of the corporate training and certification committee.

   When the first group of SWE's corporate members were asked for input about SWE's role in wine education, it was clear that while many companies already provide their employees with ongoing training, they desired independent certification of those employees. These leaders in industry wine education stated clearly that there are de facto industry standards for their employees' wine education needs and that SWE should promote them. The committee then identified a list of specific topics needed and supplied the supporting material. The Society has compiled this material into this comprehensive study guide. Without the vision and contributions of this committee, this publication would not have been possible.

# Table of Contents

# CERTIFIED WINE SPECIALIST

## Study Guide

**UNIT ONE**
**VITICULTURE AND GRAPE VARIETIES**

Viticulture
White Grape Varieties
Red Grape Varieties

**UNIT TWO**
**WINE PRODUCTION**

Fermented and Still Wine Production
Sparkling Wine Production
Fortified Wine Production

**UNIT THREE: WINE REGIONS**

The United States
France
Italy
Spain and Portugal
Germany and Austria
The Southern Hemisphere

**UNIT FOUR: WINE TASTING**

Wine Composition and Chemistry
Wine Tasting and Faults
The Physiology of Taste

**UNIT FIVE**
**ADDITIONAL RESOURCES**

Wine and Health
Wine Etiquette and Service
How to Read a Wine Label
Conversions
Study Questions
Bibliography and Supplementary Reading



# FOOD & WINE

June 2003

## the grilling issue

### fast barbecue sauces & salsas

### tasty, juicy burgers

### wraps & packs for the grill



## tequila
### a connoisseur's guide

AOL Keyword: Food & Wine

U.S. $3.95 CAN $4.95

0 391599 8

10486

06>

www.foodandwine.com

## wine guide

### FACT SHEET:
# greece

BY RICHARD NALLEY



**Grapes have long been grown near the monasteries of Mt. Athos.**

A NEW GENERATION OF INTERNATIONALLY TRAINED GREEK winemakers are scouting out some of the best vineyard sites from Crete to Macedonia and turning out some truly gorgeous wines. Their top offerings aren't cheap, but their prices haven't yet caught up with their remarkable achievements.

**GREEK GRAPES** While French grapes like Merlot are now more common in Greece, many producers are using indigenous Greek grapes like Naoussa's spicy red Xinomavro and the dark, perfumed Agiorghitiko of Nemea. In whites, look for wines made from the rich Malagouzia or the crisp Assyrtiko.

**FOOD MATCHES** Greece's best modern producers are creating fresher, rounder wines that still retain the grapes' natural acidity to make them perfect for pairing with food.

**NAMES TO KNOW** Top importers include Athenee, Fantis and Amerikus.

## ▐ 10 TOP BOTTLES ▐



**2001 Antonopoulos Adoli Ghis** ($14) Made predominantly from the Lagorthi grape, which is grown in the mountain villages of Kalavryta, this exotic white is dry and medium-bodied with a minerally undercurrent and flavors of melon, apple and honeysuckle.

**2001 Chateau Carras Malagouzia** ($18) This northern Aegean white is produced from organic grapes grown on the slopes of Mt. Meliton. Round and full in the mouth, it has a lean, lively cut of acidity—and a lovely aroma of apple and citrus.

**2002 Gai'a Notios** ($10) This fresh, aromatic white, blended from the native Moscophilero and Roditis grapes, exudes an intriguing perfume of grapefruit and peach.

**2001 Domaine Spiropoulos Meliasto** ($10) Here's something different in a dry rosé. This lightbodied wine comes from the central Peloponnese and is marked by a delicate floral bouquet of roses and gardenias.

**2000 Estate Averoff Ktima Averoff** ($20) Averoff is home to some of the oldest vines in Greece, which produce this Cabernet blend—a top example of a Bordeaux-style Greek red. Along with its silky tannins, it shows off classic notes of plum and cassis.

**2000 Karydas Naoussa** ($22) Grown in limestone soils in a vineyard planted 23 years ago in the northern region of Naoussa, this noteworthy red is supersoft, with delicate cherry aromas reminiscent of Pinot Noir.

**1999 Papaïoannou Estate Nemea** ($14) A big, impressive red from Nemea that's just beginning to open up, this wine will benefit from another 5 to 10 years of aging. Give it half an hour in a decanter to unfold aromas of earth and burnt spice.

**2000 Tsantali Xinomavro** ($15) Produced by one of Greece's top large wineries, this Macedonian red is made from the Xinomavro (the name means "acid, black") grape. It's medium-bodied with luscious notes of blackberry and blueberry.

**1999 COOPERATIVE OF SAMOS NECTAR** ($14) This is a knockout dessert wine and a great bargain as well. Made on the island of Samos, it has walnut and raisin flavors reminiscent of a fine tawny port.

**1997 Boutari Grande Reserve Naoussa** ($15) This deftly oaked, medium-rich wine from one of Greece's best-known producers is marked by bright notes of red fruit and racy acidity; it seems to grow more luscious when paired with food.

**Exploring Sonoma Valley** ◆ **Cab Is King!** ◆ **Picnicing In Provence**

# Touring & Tasting

WINE • FOOD • TRAVEL



*Spring-Summer Edition*

# Touring & Tasting in Washington



■ **Featured This Issue** ○ **Cities**
■ **Previously Featured** ■ **Lodging** ○ **Towns**



Located on approximately the same latitude (46ºN) as some of the great French wine regions of Bordeaux and Burgundy, Washington wine regions include five federally recognized viticultural appellations. A variety of climates and soils combine with the long summer sunlight hours of northern latitudes to create prime growing conditions. Washington grapes ripen with about two more hours of summer sunlight each day than California grapes. Gradually cooling autumn temperatures throughout Washington help wine grapes reach full maturity, while maintaining desirable acid levels.

Four Washington wine regions—Yakima Valley, Walla Walla Valley, Columbia Valley, and the new Red Mountain wine region—produce 98% of the state's wine grapes. There are currently over 200 wineries in Washington wine country, with 97,600 tons of grapes harvested each year—more than any other state in the U.S., except California. The top three varietals produced are Cabernet Sauvignon, Merlot, and Chardonnay. Washington State is quickly becoming as well known for its award-winning wines as it is for its apples, cherries, and pears.

For more information, visit www.washingtonwine.org.

# Touring & Tasting Monterey County, Santa Cruz Mts., & Sierra Foothills

The 50-plus wineries that make up the Sierra Foothills wine region are situated in seven counties, spanning nearly 300 miles. Highway 49 links the wineries from north to south.

The Santa Cruz Mountains were first recognized as a premium winegrowing region at the turn of the century, when its wines won acclaim in European competitions. Today over 40 wineries specialize in handcrafted wines.

Monterey County encompasses eight appellations with more than 40 wineries and vineyards. Most of the wineries and tasting rooms are clustered in three areas: the City of Monterey, Carmel Valley, and the Salinas Valley.



■ Featured This Issue   ○ Cities
■ Previously Featured  ■ Lodging  ○ Towns

# Touring & Tasting in Sonoma County and Mendocino

Low key and unassuming, Sonoma County is home to some of California's best wine grapes. The picturesque countryside is also dotted with chicken and cattle ranches, and peach, walnut, apple, and plum orchards.

Mendocino County is the northern frontier of California's famous North Coast wine region. This is a rugged, mountainous, heavily forested region. Riversides and ridgetops, often in isolated locations, provide Mendocino's vineyard sites. These vineyards and wineries produce distinctive grapes and wine filled with a rare sense of place.



**Mendocino**



**Northern Sonoma**

**Southern Sonoma**

■ Featured This Issue    ○ Cities
■ Previously Featured    ■ Lodging    ● Towns

22    Touring & Tasting

# Touring & Tasting in the Napa Valley



**Carneros**

O ver the past 30 years, the Napa Valley has become America's favorite destination for wine lovers. Attractions include over 400 wineries, world-class dining, luxury resorts, championship golf, hot air ballooning, bicycle tours, and more.

An ideal way to combine wining and dining is the Napa Valley Wine Train, featuring a leisurely ride through wine country. Visitors will want to stop in the City of Napa, where Victorian-era homes serve as elegant bed and breakfasts; St. Helena, the perfect jumping-off spot for many famous wineries; and Calistoga and Yountville, charming resort towns known for their spas, inns, and cuisine.

# Touring & Tasting the Central Coast

## Paso Robles

The Central Coast's first grapevines were planted in 1797 at Mission San Miguel Archangel in San Luis Obispo, and the first commercial winery opened in 1882. Today over 60 wineries and 20,000 acres of wine grapes dot the rolling hills of the Paso Robles appellation, ranging in elevation from 700 to 1,900 feet.

A typical day of wine touring along Hwy. 46 near Paso Robles and Templeton might include chats with local winemakers, a picnic on the grounds of a winery, and dinner at a local restaurant accompanied by local vintages. For special festivities, visit during the Harvest Wine Tour in October, the Zinfandel Festival in March, or the Paso Robles Wine Festival Weekend in May.

To find out more, contact the Paso Robles Vintners and Growers Association, (805) 239-VINE, www.pasowine.com.

## Edna Valley/Arroyo Grande Valley

The soils and climate of the Edna Valley and Arroyo Grande Valley appellations combine to produce superior Chardonnay, Pinot Noir, Syrah, Grenache, and white Rhone varieties such as Roussanne and Viognier.

The first vineyard in Arroyo Grande Valley was planted near Lake Lopez in 1879. The modern era began in 1968 with the success of some experimental plantings in the Edna Valley. Since then, Edna Valley and Arroyo Grande Valley have produced many talented winemakers, and the influx of new wineries continues with 24 to date.

Mark your calendar for the Harvest Celebration in November or the Barrel Tasting and Auction in May. Contact the San Luis Obispo Vintners & Growers Association, (805) 541-5868, www.sanluisobispowines.com.



■ **Featured This Issue**    ○ Cities
■ Previously Featured  ■ Lodging    ○ Towns

 

# Trademark Assignment Abstract of Title

**Total Assignments: 1**
**Serial #:** <u>76242955</u>    **Filing Dt:** 04/17/2001    **Reg #:** NONE    **Reg. Dt:**
**Applicant:** Wineryexchange.com
**Mark:** REGIONS
**Assignment: 1**

| | **Received:** | **Recorded:** | **Mailed:** | **Pages:** |
|---|---|---|---|---|
| **Reel/Frame:** <u>2360/0338</u> | 09/04/2001 | 08/27/2001 | 11/02/2001 | 6 |

**Conveyance:** CHANGE OF NAME
**Assignor:** <u>WINERY EXCHANGE.COM</u>

        **Exec Dt:** 06/27/2001
        **Entity Type:** CORPORATION
        **Citizenship:** CALIFORNIA

**Assignee:** <u>WINERY EXCHANGE, INC.</u>
        35 LEVERONI CRT. STE. 100
        NOVATO, CALIFORNIA 94949

        **Entity Type:** CORPORATION
        **Citizenship:** CALIFORNIA

**Correspondent:** BROBECK, PHLEGER & HARRISON, LLP
        CARLA B. OAKLEY
        SPEAR STREET TOWER
        ONE MARKET
        SAN FRANCISCO, CA 94105

*Search Results as of: 7/28/2004 3:21:19 P.M.*

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723
Web interface last modified: Oct. 5, 2002






05-16-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #61

TRADEMARK
Docket No. 031998.2090

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the application of:

       WineryExchange.com

Mark:     REGIONS

Serial No.:   76242955

Filing Date:   April 17, 2001



### REQUEST FOR CORRECTED FILING RECEIPT

OFFICE OF TRADEMARK PROGRAM CONTROL
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Dear Sir:

     During a review of the official Filing Receipt, Attorney for Applicant noted that

the International Class Number as printed is incorrect.  The Filing Receipt shows the International

Class Number as Class 35.

SFRLIB1\TAH\5253693.01(34LRX01.DOC)

The International Class Number as it appears on the application and drawing page as filed is International Class 33. Applicant respectfully requests that the Filing Receipt be corrected accordingly.

Dated: May 14, 2001

Respectfully submitted,

By: _Carla Oakley_

Carla Oakley
Attorney for Applicant
WineryExchange.com

Brobeck, Phleger & Harrison LLP
Spear Street Tower
One Market
San Francisco, CA 94105
(415) 442-1301 (phone)
(415) 442-1010 (fax)
coakley@brobeck.com (email)

SFRLIB1\TAH\5253693.01(34LRX01I.DOC)

2

TRADEMARK
Docket No. 031998.2090

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the application of:

> WineryExchange.com

Mark:          REGIONS

Serial No.:    76242955

Filing Date:   April 17, 2001

### CERTIFICATE OF MAILING UNDER 37 C.F.R. § 1.8

OFFICE OF TRADEMARK PROGRAM CONTROL
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Dear Sir:

      I hereby certify that the attached Request for Corrected Filing Receipt and receipt verification postcard are being deposited with the United States Postal Service as First Class Mail in an envelope addressed to: Office of Trademark Program Control, Assistant Commissioner for Trademarks, 2900 Crystal Drive, VA 22202-3513, on May 14, 2001.

Respectfully submitted,

Dennis L. Labatra

SFRLIB1\TAH\5253693.01(34LRX011.DOC)

*108*

06-14-2001

U.S. Patent & TMO/tc/TM Mail Rcpt Dt. #71

TRADEMARK
Docket No. 031998.2090

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the Application/Registration of:

WineryExchange.com

| | |
|---|---|
| Mark: | REGIONS |
| Serial No.: | 76242955 |
| Filing Date: | April 17, 2001 |

### NOTICE OF CHANGE OF ADDRESS

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia  22202-3513

Dear Sir:

Applicant has changed its address to the following:

35 Leveroni Court, Suite 100
Novato, California 94949

Applicant requests that this change be made of record in this application.

Dated: June 6, 2001

Respectfully submitted,

By: _____
Susan J. Nam
Attorney for Applicant
WineryExchange.com

Brobeck, Phleger & Harrison LLP
Spear Street Tower
One Market
San Francisco, CA 94105
415-442-1615(phone)
415-442-1010 (fax)
snam@brobeck.com

SFRLIB1\TAN\253332.01(34LNG01!.DOC)



**06-14-2001**
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #71

TRADEMARK
Docket No. 031998.2090

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the Application/Registration of:

WineryExchange.com

Mark:           REGIONS

Serial No.:     76242955

Filing Date:    April 17, 2001

### CERTIFICATE OF MAILING UNDER 37 C.F.R. § 1.8

BOX RESPONSES NO FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Dear Sir:

I hereby certify that the attached Notice of Change of Address and receipt verification postcard are being deposited with the United States Postal Service as First Class Mail in an envelope addressed to: BOX RESPONSES NO FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, VA 22202-3513 on June 11, 2001.

Respectfully submitted,

Dennis L. Labaria

SFRLIB1\TAR\5253532.01(34LNG01!.DOC)

T TAB

Date of Deposit <u>April 13, 2004</u>. I hereby certify that this Applicant's Appeal Brief is being deposited with the United States Postal Service, First Class Mail, addressed to Commissioner for Trademarks, BOX TTAB – NO FEE, 2900 Crystal Drive, Arlington, Virginia 22202-3514.

*Betty Bryant Phillips*
Betty Bryant Phillips .

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| In re Trademark Application of | ) |
| | ) |
| Winery Exchange, Inc. | ) |
| (formerly Wineryexchange.com) | ) |
| | ) |
| Serial No.: 76/242955 | ) |
| | ) |
| Filed: April 17, 2001 | ) |
| | ) |
| Mark: REGIONS | ) |
| | ) |
| Exam. Atty: Jason F. Turner, Esq. | ) |
| | ) |
| Law Office: 108 | ) |

04-16-2004

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #22

Commissioner for Trademarks
BOX TTAB – NO FEE
2900 Crystal Drive
Arlington, VA 22202-3514

## APPLICANT'S APPEAL BRIEF

Dear Sir or Madam:

Applicant respectfully submits this brief in support of its appeal of the Examining Attorney's 2(e)(1) refusal of registration of the mark REGIONS for wine.

The mark REGIONS is inherently distinctive and is not merely descriptive of Applicant's wine. The Examining Attorney has failed to evaluate the mark directly with respect to Applicant's goods and has erroneously considered the mark in the abstract in a general sense without immediate reference to wine. Everything comes from some region, but that does not render the term REGIONS merely descriptive of every product. Furthermore, the facts support

10766740_2.DOC

1

allowance rather than refusal, and the Examining Attorney has not met the required evidentiary burden to show mere descriptiveness.

### I. Summary of the Record.

#### A. Examining Attorney's Evidence.

The Examining Attorney's evidence consists of a dictionary definition, maps of wine-producing territories and various wine-related articles and excerpts from Lexis/Nexis, the Internet and magazines which contain the terms "regions" or "region". For example, the Examining Attorney stated that one of the definitions of REGION is "a specified district or territory"[1] and included a copy of a map of France and cited Champagne and Bordeaux as examples of wines named for the region from which they originate.[2]

In addition, the Examining Attorney attached print-outs which indicated that Lexis/Nexis searches disclosed thousands of articles containing the phrase "wine regions" or the term "wine" in close proximity to the term "region", and he provided excerpts from approximately 40 such articles to show descriptive use of phrases such as "famous wine region", "most exciting wine regions", "number of wine regions", "interests in many wine regions", "labels from wine regions", "general information about the wine and the region", "information about the wine and the region", "the wine regions fanning inland", "the Stellenbosch wine region" and "wine regions of Napa, Sonoma, and Mendocino."[3] The Examining Attorney also included exhibits which showed that the terms "regions" and "region" were used on websites, magazines and two books relating to wine regions.[4]

---

[1] See Office Actions dated 11/6/01, 7/1/02, 6/2/03 and 2/2/04.
[2] See Office Actions dated 7/1/02 and 6/2/03.
[3] See Office Actions dated 11/6/01, 7/1/02 and 2/2/04.
[4] See Office Actions dated 7/1/02 and 6/2/03.

### B.  Applicant's Evidence.

Applicant provided the Examining Attorney with details of other REGIONS-based marks that the United States Patent and Trademark Office ("USPTO") deemed to be inherently distinctive and registered on the Principal Register, as well as dozens of registrations on the Principal Register (without disclaimer) for terms that are similar in nature to the term "region" (e.g., ORIGIN, ZONE, ORCHARD, COUNTRYSIDE, FARMS, FIELD, PLACE, AREA).[5] Applicant also called the Examining Attorney's attention to the multiple definitions of the term "regions".[6]

In addition to the issues discussed in this Appeal Brief, Applicant respectfully refers the Board to the arguments and evidence previously submitted to the Examining Attorney in connection with this application.  Such arguments and evidence clearly point out the flaws in the Examining Attorney's descriptiveness refusal and demonstrate that REGIONS is not merely descriptive of Applicant's wine.

### II.  Applicant's Mark is Inherently Distinctive as Applied to the Goods

As discussed below, Applicant's mark REGIONS is inherently distinctive as applied to Applicant's wine.  It should be noted that REGIONS is a plural term, thus negating the idea that Applicant's wine is somehow descriptive of any particular region.  The term REGIONS also does not describe to consumers anything about the characteristics of Applicant's wine.  Rather, the mark REGIONS connotes a sense of adventure and travel to different parts of the world. When viewing Applicant's use of REGIONS on wine, consumers are reminded of multiple far away places and distant lands – not of any particular region in which wine is produced.

---

[5] See Response to Office Action dated 5/1/02, Request for Reconsideration dated 12/30/02, and Request to Suspend and Remand dated 11/26/03.

[6] See Response to Office Action dated 5/1/02.

Furthermore, consumers are likely to perceive Applicant's use of REGIONS as suggesting that Applicant's REGIONS wine is a universal wine that can be shared with – and enjoyed by – people from regions all around the world.

### III.  Examining Attorney's Contentions.

From the arguments repeated in the Examining Attorney's four office actions, it is apparent that the Examining Attorney erroneously based his refusal on three beliefs:  (1) that the term REGIONS is defined as "a specified district or territory"; (2) that many people in the wine industry use the term REGIONS or WINE REGIONS to refer to districts or territories from which wines originate; and (3) that REGIONS is merely descriptive of a feature of Applicant's goods, namely, wines hailing from a certain region.  The first two beliefs, even if true, do not prove that Applicant's mark is merely descriptive for wine.  The third belief is incorrect – even if Applicant's wine comes from a certain geographic region, that does not make the mark REGIONS merely descriptive of that wine.

Furthermore, the Examining Attorney explained that he was not persuaded by the existence of multiple meanings for the term REGIONS, and he brushed aside the numerous third-party registrations cited by Applicant.

### IV.  Applicable Law.

Trademark Section 2(e)(1), 15 U.S.C. 1052(e)(1) states:  "No trademark by which the goods of the applicant may be distinguished from the goods of others shall be refused registration on the principal register on account of its nature unless it . . . (e) Consists of a mark which, (1) when used on or in connection with the goods of the applicant is merely descriptive or deceptively misdescriptive of them . . . ."

10766740_2.DOC                                     4

A trademark is "merely descriptive" if it "describes an ingredient, quality, characteristic, function, feature, purpose or use of the relevant goods." In re Gyulay, 3 U.S.P.Q. 2d 1009 (Fed. Cir. 1987); In re Bed & Breakfast Registry, 229 U.S.P.Q. 818 (Fed. Cir. 1986); In re MetPath Inc., 223 U.S.P.Q. 88 (T.T.A.B. 1984); In re Bright-Crest, Ltd., 204 U.S.P.Q. 591 (T.T.A.B. 1979); TMEP section 1209.01(b).

However, a "descriptive" mark must also *immediately* convey information about the qualities, characteristics or features of the product. In re Abcor Development Corp., 200 U.S.P.Q. 215, 217-18 (C.C.P.A. 1978). The immediate idea must be conveyed with a "degree of particularity"; if imagination, thought and perception are required to reach a conclusion as to the nature of the goods, then the term is suggestive rather than descriptive. In re TMS Corporation of the Americas, 200 U.S.P.Q. 57, 59 (T.T.A.B. 1978); In re Gyulay, 3 U.S.P.Q. 2d 1009.

As explained in Section II above, Applicant's mark REGIONS is inherently distinctive as applied to wine. Additionally, as discussed below, Applicant's mark REGIONS is not merely descriptive because it does not immediately describe or convey information about, with a degree of particularity, an ingredient, quality, characteristic, function, feature, purpose or use of wine.

### V.  Descriptive Use in Wine Context Does Not Make Mark Merely Descriptive.

Despite the Examining Attorney's assertions, the mark REGIONS is not merely descriptive for wine. What does the mark REGIONS, by itself, describe or inform consumers about wine? Nothing. Although the term "regions" is used frequently in the context of wine to refer in a general sense to geographic locales (e.g., "the many wine regions throughout the world"), the mark REGIONS itself does not immediately convey anything about wine.

The Examining Attorney correctly noted that the term REGIONS can be defined as a district or territory, and that wines sometimes are known for the specific territory where they are

made or where the grapes are grown. However, Applicant's mark REGIONS is not the name of a specific territory where wines are made or where grapes are grown. While the name of a particular geographic region could theoretically be descriptive for wine, the general term REGIONS (which does not connote any particular place or area) is not.

Despite the Examining Attorney's statements to the contrary, Applicant's mark does not describe "wines hailing from a certain region," and Applicant's mark does not convey "where the goods originate." In sharp contrast to the Bordeaux or Champagne examples cited by the Examining Attorney (in which cases the names of specific regions are used rather than the general term REGIONS), if a consumer viewed a bottle of wine bearing the REGIONS mark, the consumer would not perceive anything about the wine on account of the REGIONS mark (other than goodwill associated with Applicant's REGIONS mark). The term REGIONS does not describe or indicate where the wine was made or where the grapes were grown. The term REGIONS does not describe or indicate anything about the soil or climate of the relevant vineyards. The term REGIONS does not describe or indicate anything about the function or purpose of the wine. The term REGIONS does not describe or indicate anything about the ingredients, taste or quality of the wine. In sum, the term REGIONS does not describe any characteristic of Applicant's goods.

The Board's decision in In re Orleans Wines, Ltd., 516 U.S.P.Q. at 517 (cited by the Examining Attorney in the second office action to Applicant) further supports Applicant's arguments. In that case, Orleans Wines, Ltd. filed an application to register the mark BREADSPRED for jellies and jams, and the Board correctly held that the mark was merely descriptive. In its decision, the Board noted that the dictionary defined the term "SPREAD" as a food "(as butter, jam, jelly, fruit or peanut butter, or deviled meat) used or made for use to spread.

10766740_2.DOC                                6

on bread or crackers" and that the "only rational, logical reaction by a normal person to the term 'BREADSPRED' when used in association with jellies and jams would in our opinion be a spread made for bread." In sharp contrast, there is absolutely no mention of wine in the dictionary's definition of the term REGIONS, and people viewing the term REGIONS in association with wine would not perceive any descriptive message about the wine.

At its core, the Examining Attorney's refusal and arguments are based on the theory that the term REGIONS is descriptive because wine comes from certain regions. However, every product inevitably comes from some region, and although people use many terms in their general sense (e.g., regions, countryside, orchard) to refer to the type of source of various products, such terms can also be used outside of that general sense as trademarks that do not describe anything about the products on which they are used. If taken to its logical conclusion, the Examining Attorney's argument would render many marks merely descriptive simply because they are used in their general "dictionary" sense to refer to the source of a product.

Instead, Applicant notes that many such terms have been registered as trademarks on the Principal Register without any disclaimer or claim of acquired distinctiveness despite their frequent use in descriptive manners, including but not limited to the following examples (which the Examining Attorney has elected to disregard):

- ORIGIN – Reg. No. 2798492 for wine;
- TELLURIAN – Reg. No. 2618973 for wine;
- OCEAN STATE – Reg. No. 1851646 for spirits;
- ZONE – Reg. No. 2186191 for vodka-based distilled spirits with added fruit flavors;
- ZONE – Reg. Nos. 2583643 and 2324221 for bowling balls;
- ORCHARD – Reg. No. 0389985 for fresh citrus fruits;

10766740_2.DOC

7

- COUNTRYSIDE – Reg. Nos. 1413524, 1457674 and 1876773 for dairy products and fruit juice drinks;

- FARMS – Reg. No. 1332498 for agricultural publication audience research;

- FIELD – Reg. Nos. 1515604 and 1517319 for meats, cheese, lard and poultry;

- FIELD – Reg. No. 0754816 for seeds and nursery stock;

- PLACE – Reg. No. 2202251 for children's clothes;

- PLACE – Reg. No. 0427455 for cologne;

- AREA – Reg. No. 2622618 for bedding, table linens and curtains;

- LOCATION – Reg. No. 2641969 for a computer program;

- LOCATIONS – Reg. No. 1841311 for magazines for event and party planning;

- SOURCE – Reg. No. 2668049 for tea-based bottled beverages and fruit juice beverages;

- SOURCE – Reg. No. 2480455 for toys;

- SOURCE – Reg. No. 2217426 for non-medicated hair care and skin care preparations;

- SOURCE – Reg. No. 2398203 for various products including drinking flasks and shoes;

- SOURCE – Reg. No. 2118920 for loudspeakers;

- SOURCE – Reg. Nos. 1255764 and 1092632 for dietary food supplements for animal feed;

- SOURCE – Reg. No. 2738375 for services including installation of heating, ventilating, air conditioning, refrigeration and electrical energy controllers;

- ORIGIN – Reg. No. 2779493 for bathtubs;

- SITE – Reg. No. 2690323 for fluorescent luminaires;

- SITE – Reg. No. 2344716 for charge coupled devices;

- SITE – Reg. No. 1667958 for promoting the interests of incentive travel executives;

- CITY – Reg. No. 2623771 for installation, maintenance and repair of electrical wiring;

10766740_2.DOC                                    8

- CITIES – Reg. No. 2237584 for furniture;

- CITIES – Reg. No. 1208597 for footwear;

- STATE – Reg. No. 2489956 for cigarettes, tobacco and tobacco products;

- STATE – Reg. No. 2662408 for water heaters;

- STATES – Reg. Nos. 1965774 and 1016751 for electrical power distribution and substation equipment;

- DERIVATION – Reg. No. 2782061 for equipment for playing a word game;

- VALLEY – Reg. No. 2654343 for contract food services;

- NEIGHBORHOOD – Reg. No. 2395400 for sportswear and sporting goods;

- CONTINENT – Reg. No. 2089295 for printing presses;

- VICINITY – Reg. Nos. 2159691 and 2506043 for computer services;

- LOCALITY – Reg. Nos. 2608550 and 2598574 for information services;

- REALM – Reg. Nos. 1975469 and 1867411 for cologne, eau de toilette and eau de perfume;

- QUARTERS – Reg. No. 2042168 for clothing;

- COUNTY – Reg. No. 0960343 for tractors;

- PROVINCE – Reg. No. 2725927 for luggage;

- PROVINCE – Reg. No. 2238347 for mattresses;

- JARDIN (translated as GARDEN) – Reg. No. 2051062 for fruit nectars and fruit juices;

- JARDIN (translated as GARDEN) – Reg. Nos. 2647776 and 2577111 for garden furniture;

- LA VINA (translated as THE VINEYARD) – Reg. No. 0973518 for a wine sauce for cooking;

- COUNTRY COCKTAILS – Reg. No. 1758656 for cordials;

- HILL COUNTRY CELLARS – Reg. No. 1658713 for wines;

- MOUNTAIN COUNTRY CELLARS – Reg. No. 2105450 for wines;

- SUN COUNTRY – Reg. No. 1357084 for wine coolers;

- LAKE COUNTRY – Reg. No. 1080563 for wine;

- CAPE COUNTRY – Reg. No. 2299953 for wines;

- COUNTRY DAWN – Reg. No. 1155029 for wines;

- THE COUNTRY VINTNER – Reg. No. 2281386 for and import agency and wholesale distributorship featuring wine, beer, water, drink mixes, cork screws and menu covers; and

- COUNTRY KWENCHER – Reg. No. 1840815 for wines.

Such registrations illustrate that these types of marks can be registrable and can be used in a non-descriptive manner even though the terms are often used in a descriptive fashion in reference to the origin of such types of products.  See also Sally Beauty Co., Inc. v. Beautyco, Inc., 64 U.S.P.Q. 2d 1321, 1327 (10th Cir. 2002) (explaining that "[m]erely because a producer manufactures goods which feature the word 'generic,' however, does not render the trademark itself generic. . . . [T]he 'Generic Value Products' mark does not, by its terms, describe hair care products.").

Additionally, even with respect to the mark REGIONS itself, the United States Patent and Trademark Office has on several occasions determined that the marks REGION and REGIONS are not merely descriptive, as evidenced by the following registrations without any disclaimer or claim of acquired distinctiveness for the term REGION or REGIONS:

- REGIONS – Reg. Nos. 1881600 and 1914267 for banking services (despite the fact that the type of banking services available may be based on a particular region);

- REGIONS – Reg. No. 2175755 for medical services (despite the fact that medical services are typically offered through hospitals located in particular regions);

- REGION – Reg. No. 2583861 for clothing (despite the fact that clothing comes from a particular region and is typically designed to fit the needs and styles of a particular region); and

- SAVOR THE REGIONS – Reg. No. 2064574 for a televised cooking instruction show (despite the fact that such shows typically explore the cooking techniques and recipes of particular regions).

Although the Examining Attorney has maintained that "third-party registrations are not conclusive on the question of descriptiveness", Applicant has previously pointed out to the Examining Attorney (see Applicant's Response to Office Action dated May 1, 2002) that the Board has held that third-party registrations with the same or similar term are entitled to some weight in determining whether a term should be disclaimed as descriptive. See In re Fairfield Laboratories, Inc., 144 U.S.P.Q. 452, 453 (T.T.A.B. 1964).

Furthermore, the above third-party registrations illustrate another flaw in the Examining Attorney's reasoning. The Examining Attorney attempted to demonstrate that REGIONS is merely descriptive because the Lexis/Nexis database contained more than 1000 stories in which the term "region" (not in plural form) was located within one term of the word "wine". However, as Applicant pointed out to the Examining Attorney in its Response to Office Action dated May 1, 2002, the USPTO has registered numerous COUNTRY and STATE marks for wine on the Principal Register without disclaimer, and yet the Lexis/Nexis database contained more than 1000 stories in which the terms "country" and "state" were located within one term of the word "wine".

The fundamental legal error committed by the Examining Attorney, however, was his failure to tether Applicant's mark directly to the goods. "[I]t is well established that the determination of mere descriptiveness must be made not in the abstract or on the basis of guesswork, but in relation to the goods or services for which registration is sought, the context in

10766740_2.DOC                                     11

which the mark is used or intended to be used, and the impact that it is likely to make on the average purchaser of such goods or services." In re Remacle, 66 U.S.P.Q. 2d 1222, 1224 (T.T.A.B. 2002) quoting In re Recovery, 196 U.S.P.Q. 830 (T.T.A.B. 1977); TMEP section 1209.01(b). When considering whether a term or mark is descriptive, the Examining Attorney must consider the issue of descriptiveness in relation to the identified goods as purchased or used by the relevant public, not in the abstract. In re Omaha National Corp., 2 U.S.P.Q. 2d 1859 (Fed. Cir. 1987); In re Abcor Development Corp., 200 U.S.P.Q. 215 (C.C.P.A. 1978).

The Examining Attorney erroneously considered the REGIONS mark in the abstract and only in a general sense rather than with an immediate application and reference to Applicant's wine. The Examining Attorney also provided no evidence that REGIONS is used or would be recognized as having a definite and readily understood meaning *in relation to Applicant's identified goods*. Consequently, the Examining Attorney has failed to meet the required legal standard for refusing the mark as merely descriptive.

### VI.  Granting Registration Does Not Prevent Descriptive Use.

The above-identified third-party registrations also demonstrate that granting registration for Applicant's REGIONS mark will not hinder or prevent others from using that term in a descriptive non-trademark fashion. Certainly the terms COUNTRY, STATE, ORIGIN, ZONE, ORCHARD, COUNTRYSIDE, FARMS, FIELD, PLACE, SOURCE, SITE, LOCATION, AREA, CITY, DERIVATION, VALLEY, NEIGHBORHOOD, CONTINENT, COUNTY, PROVINCE, GARDEN and VINEYARD have not been removed from the lexicon simply because someone was permitted to register those terms as trademarks.

Similarly, despite the Examining Attorney's stated fear that "[g]ranting exclusive rights to the term in question would appear to severely hamper the ability of others to effectively

inform consumers of a significant factor concerning the goods," registering REGIONS for wine will not affect other people's right to use the term "regions" in a descriptive sense. Applicant will be uniquely using REGIONS as a trademark to refer to its wine, while others will be free to continue to use the term "regions" to refer to a geographic locale (e.g., as part of the phrase "wine regions" as shown in nearly all of the Examining Attorney's evidence). Even if other entities will not be permitted to name their wines REGIONS and use REGIONS as a brand name for their wines, they will nonetheless still be able to use the term "regions" to discuss wine growing regions or to effectively inform consumers that their wines comes from particular regions.

### VII.  Facts Support Allowance, Not Refusal.

#### A.  Examining Attorney Has Not Met Required Evidentiary Burden.

"The PTO has the burden of proving that a trademark falls within a prohibition of § 1052." In re Mavety, 31 U.S.P.Q. 2d 1923, 1925 (Fed. Cir. 1994) (vacating TTAB affirmance of refusal to register).  Furthermore, the Examining Attorney bears the burden of establishing that a mark is merely descriptive.  In re Remacle, 66 U.S.P.Q. 2d 1222 (T.T.A.B. 2002).

As in the Remacle case, the present situation necessitates the finding that, "[b]ased on the record before us, we cannot conclude that [the mark] is merely descriptive in connection with the identified goods and services.  There is little evidence in this record that is *clearly relevant to Applicant's identified goods* . . . .  The Examining Attorney has the burden of establishing that the mark is merely descriptive, and that burden has not been met." Id. at 1224 (emphasis added).

#### B.  Examining Attorney's Evidence Is Not Probative of Descriptiveness.

As set forth above, the Examining Attorney's evidence of descriptive use of the terms "region" and "regions" in the context of wine is not probative of whether the mark REGIONS is

merely descriptive of wine. The Examining Attorney has not proven how other's use of "region" or "regions", to refer to named places where wine or other products are produced, means that REGIONS describes anything about Applicant's wine.

C.  Examining Attorney Has Ignored the Significance of the Plural Form of the Mark.

As mentioned above, the mark REGIONS is in the plural form; the Examining Attorney, however, has ignored the significance of that plural form. While every product comes from some region, a single product generally does not come from multiple regions, and consumers that view Applicant's REGIONS mark on a bottle of wine are unlikely to believe that the bottle of Applicant's wine comes from multiple regions. Accordingly, this again demonstrates that the mark REGIONS does not immediately describe or convey to consumers anything about Applicant's wine.

**VIII.  Doubts Regarding Descriptiveness Should Be Resolved in Applicant's Favor.**

To the extent that Applicant's arguments raise doubts on the issue of whether the mark REGIONS is descriptive, the law is clear that such doubts "should be resolved in applicant's behalf . . . ." In re Aid Laboratories, Inc., 221 U.S.P.Q. 1215, 1216 (T.T.A.B. 1983); In re American Hospital Supply Corp., 219 U.S.P.Q. 949 (T.T.A.B. 1983); In re Gourmet Bakers, Inc., 173 U.S.P.Q. 565 (T.T.A.B. 1972). Therefore, if there remain any doubts about whether the mark REGIONS is descriptive of wine, then the Board should decide in favor of Applicant and permit registration of its REGIONS mark.

\*        \*        \*

Applicant therefore respectfully requests that the Board grant this appeal and permit registration of Applicant's REGIONS mark. Thank you.

Dated: April 13, 2004

Respectfully submitted,

WINERY EXCHANGE, INC.

By: _Robert Burlingame_

Robert B. Burlingame
PILLSBURY WINTHROP LLP
50 Fremont Street
P.O. Box 7880
San Francisco, CA 94105
(415) 983-1274
sftrademarks@pillsburywinthrop.com

10766740_2.DOC                          15

# Incoming Correspondence Routing Sheet

**To:** ~~TMEG LAW OFFICE 108 - EXAMINING ATTORNEY ASSIG~~

*657 Pre Publication Final Review*

*LAW Office 108*

**Word Mark:  REGIONS**



**Serial No: 76242955**

**Mail Date:  04202004**

**Doc. Type:  Notice of Appeal and Appeal Brief**

# No Fee

**RAM Mail Date: 042004**

APPLICANT: Wineryexchange.com

ADDRESS: 1150 Bayhill Drive, Suite 215
San Bruno, California 94066

DATE OF FIRST USE: Based on intent to use.

FIRST USE IN COMMERCE: Based on intent to use.

GOODS/SERVICES: Wine in International Class 33.

04-17-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #72

REGIONS

PUBLISHED
9/7/04

**TRADEMARK**
76242955

Carla B. Oakley, Esq.
(415) 442-1301 or coakley@brobeck.com

Docket No. 031998.2090 MG

TRADEMARK
Docket No. 031998.2090 MG

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark:        REGIONS

Class(es):    33

BOX NEW APP FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

### TRADEMARK/SERVICE MARK APPLICATION, PRINCIPAL REGISTER, WITH DECLARATION

**APPLICANT NAME:**            Wineryexchange.com

**APPLICANT BUSINESS ADDRESS:**    1150 Bayhill Drive, Suite 215
San Bruno, California 94066

**APPLICANT ENTITY:** (Check one and supply requested information.)

☐    Individual – Citizenship (Country):

☐    Partnership – State where organized (Country, if appropriate):

Name and Citizenship (Country of General Partners):

☒    Corporation – State (Country, if appropriate) of Incorporation:  California

☐    Other (Specify Nature of Entity and Domicile):

SFRLIB1\M6G\5496398.81(39T1Q011.DOC)

**GOODS AND/OR SERVICES:**

Applicant requests registration of the trademark/service mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. § 1051 et seq., as amended) for the following goods/services:

Wine in International Class 33.

**BASIS FOR APPLICATION:** (Check one or more, but NOT both the first AND second boxes, and supply requested information.)

☐    Applicant is using the mark in commerce on or in connection with the above-identified goods/services. (15 U.S.C. § 1051(a), as amended.) One specimen showing the mark as used in commerce is submitted with this application.

•    Date of first use of the mark anywhere:

•    Date of first use of the mark in commerce which the U.S. Congress may regulate:

☒    Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods/services. (15 U.S.C. § 1051(b), as amended.)

☐    Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods/services, and asserts a claim of priority based upon a foreign application in accordance with 15 U.S.C. § 1126(d), as amended.

•    Country of foreign filing:

•    Date of foreign filing:

☐    Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods/services and, accompanying this application, and a certification or certified copy of a foreign registration in accordance with 15 U.S.C. § 1126(e), as amended will be provided.

•    Country of registration:

•    Registration number:

2

Docket No. 031998.2090 MG

## POWER OF ATTORNEY

Applicant hereby appoints Rochelle D. Alpert, Carla B. Oakley, Savita N. Lepore, Leslie C. McKnew, Sue J. Nam, Clark T. Thiel, Carolyn B. Burton, Ronit M. Alcheck, and any and all attorneys at Brobeck, Phleger & Harrison LLP, all members of a bar of a state in the United States, as its attorneys with full power of substitution and revocation, to prosecute the application to register, and to transact all business in the Patent and Trademark Office in connection therewith and to receive the Certificate of Registration; provided that if any of such attorneys ceases being affiliated with the law firm of Brobeck, Phleger & Harrison LLP as shareholder, employee or of counsel, such attorney's appointment as attorney and all powers derived therefrom shall terminate on the date such attorney ceases being so affiliated.

Please direct all communications to:

Carla B. Oakley
Brobeck Phleger & Harrison LLP
Spear Street Tower
One Market
San Francisco, California 94105

Please direct all telephone calls or e-mails to Carla B. Oakley at (415) 442-1301 or coakley@brobeck.com.

## DECLARATION

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. § 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Date:   April 17, 2001

Carla B. Oakley
Attorney for Applicant Wineryexchange.com

Brobeck, Phleger & Harrison LLP
Spear Street Tower, One Market
San Francisco, California 94105
(415) 442-1301 (Phone)
(415) 442-1010 (Fax)
coakley@brobeck.com (email)

3

Docket No. 031998.2090 MG

TRADEMARK
Docket No. 031998.2090 MG

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the Application of:

Wineryexchange.com

Mark:           REGIONS

Class(es):      33

Serial:         Unassigned

Filing Date:    Herewith

## CERTIFICATE OF MAILING BY EXPRESS MAIL UNDER 37 C.F.R. § 1.10

BOX NEW APP FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Dear Sir:

Express Mail Label No.: EL684871640US

Date of Deposit: April 17, 2001

I hereby certify that the attached transmittal (+ copy), application, power of attorney, declaration, drawing, our check for the amount of $325.00 and receipt verification postcard are being deposited with the United States Postal Service Express Mail delivery as "Express Mail Post Office to Addressee" service under 37 C.F.R § 1.10 on the date indicated above, and are addressed to BOX NEW APP FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

Respectfully submitted,

Dennis L. Labaria

SFRLIB1\M6G\5496398.01(39T1Q011.DOC)

# Brobeck

ATTORNEYS AT LAW

April 17, 2001

BROBECK, PHLEGER & HARRISON LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CALIFORNIA 94105
direct 415.442.1301
fax 415.442.1010
COAKLEY@BROBECK.COM
WWW.BROBECK.COM

By U.S. Express Mail

BOX NEW APP FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Re:     New U.S. Trademark Application
        Mark: REGIONS
        Class(es): 33
        Our reference: 031998.2090 MG

Dear Sir:

Enclosed for filing please find a Trademark/Service Mark Application, Principal Register for the above-identified trademark.  Also enclosed is our check in the amount of $325.00 and a postcard.

The Assistant Commissioner is hereby authorized to charge any additional fees which may be required, or to credit any overpayment, to **Deposit Account No. 02-3950**.  A duplicate copy of this letter is enclosed for this purpose.

Very truly yours,

Carla B. Oakley

Enclosure

SFRLIB1\M6G\3496398.01(39T1Q011.DOC)

# Brobeck

ATTORNEYS AT LAW

**April 17, 2001**

BROBECK, PHLEGER & HARRISON LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CALIFORNIA 94105
direct 415.442.1301
fax 415.442.1010
COAKLEY@BROBECK.COM
WWW.BROBECK.COM

By U.S. Express Mail

BOX NEW APP FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Re:    New U.S. Trademark Application
       Mark: REGIONS
       Class(es): 33
       Our reference: 031998.2090 MG

Dear Sir:

Enclosed for filing please find a Trademark/Service Mark Application, Principal Register for the above-identified trademark. Also enclosed is our check in the amount of $325.00 and a postcard.

The Assistant Commissioner is hereby authorized to charge any additional fees which may be required, or to credit any overpayment, to **Deposit Account No. 02-3950**. A duplicate copy of this letter is enclosed for this purpose.

Very truly yours,

Carla B. Oakley

Enclosure

SFRLIB1\M6G\5496398.01(39T1Q011.DOC)

**76242955**

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

04/24/2001 SWILSON1 00000148 76242955
01 FC:361                         325.00 OP

PTO-1555
(5/87)



**TRADEMARK EXAMINATION WORKSHEET**

☑ AMENDMENT STAGE ☑ NO CHANGE ☐ PUBLICATION/REGISTRATION STAGE

Name: LAWRENCE COPELIN, SR.  L.O. 112  Date  5 / 18 /2002   Serial No. 74/ 75/76/78  242955

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

**Legal Instrument Examiner (LIE**

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan Sub Drawing | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

LAWRENCECOPELIN, SR.                    3/ 25 /2002
LIE                          DATE

Other:_____

_____

_____

APPLICANT: Wineryexchange.com

ADDRESS: 1150 Bayhill Drive, Suite 215
San Bruno, California 94066

DATE OF FIRST USE: Based on intent to use.

FIRST USE IN COMMERCE: Based on intent to use.

GOODS/SERVICES: Wine in International Class 33.

04-17-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #72

REGIONS



TRADEMARK

76242955

Carla B. Oakley, Esq.
(415) 442-1301 or coakley@brobeck.com

Docket No. 031998.2090 MG



Post Registration

| Section 8 Accepted | | Renewal Granted | | Section 15 |
|---|---|---|---|---|
| (Signature) | (Date) | (Initials) | (Date) | Acknowledged |
|  |  |  |  | (Signature) |

Trademark

76242955

**TRADEMARK**

76242955

NEW CASE DELIVERED

SEP 25 2001

LAW OFFICE 108

## PROSECUTION HISTORY

| | Entry | Date | Initials |
|---|---|---|---|
| 1. | | | TN |
| 2. | Hr. Exb | 5.6.0% | |
| 3. | | JUL - 1 | |
| 4. | Appeal to Board, Recon | 1/6/03 | |
| 5. | Appeal ackj Remanded | 1/17/03 | |
| 6. | | | |
| 7. | Appeal resumed; Brief due 8/16/03 | 6/17/03 | |
| 8. | Req. Ext. time / Pwr of Atty | 11.12.03 | |
| 9. | Request Remand | 12.1.03 | |
| 10. | Remanded | 12.16.03 | |
| 11. | | | |
| 12. | Appeal Resumed; Brief due (4/13/04) | 2.13.04 | |
| 13. | | | |
| 14. | NOP | | |
| 15. | 9/7/04 | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |

❏ See inside of file for additional entries.

