## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 27, 2007

## NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    Regions Asset Company, et al v. Regions University, Inc.**

**Case Number:    2:06cv00882-MHT**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.    Reference is made to document # 106   filed on    August 24, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

REGIONS ASSET COMPANY, et al.,)
                          )
        Plaintiffs,      }
                          )   Civil Action No.2:06-cv-882-MHT
    v.                  )
                          )
REGIONS UNIVERSITY, INC.    )
                          )
        Defendant.      )

## DECLARATION OF LILY MONIR MATINI

I, Lily Monir Matini, declare and say:

1.    I am an associate at Shlesinger, Arkwright & Garvey, LLP. I represent Regions University, Inc. in this case.

2.    Attached as Exhibits A and B are true and correct copies of Registration Certificates for the following marks registered at the U.S. Patent and Trademark Office (Exhibit A), and pages from the 2006 Higher Education Directory showing the following schools (Exhibit B):

| **Exhibit A:** | | **Exhibit B:** |
|---|---|---|
| Reg. No. | Mark | School (state locale): |
| 3,026,914 | ACADEMY BANK | Academy College (MN) |
| 1,763,243 | AIB | AIB College of Business (IA) |
| 2,512,950 | AIG | American International College (MA) |
| 3,021,041 | AIG BANK | American International College (MA) |
| 2,384,207 | ALASKA PACIFIC BANK | Alaska Pacific University (AK) |
| 1,890,153 | ALBRIGHT | Albright College (PA) |
| 1,524,830 | APOLLO | Apollo College (campuses in ID and AZ) |
| 1,533,587 | ATLANTIC BANK | Atlantic College (PR) Atlantic University (VA) |
| 3,004,013 | AUSTIN BANK | Austin College (TX) |
| 2,450,573 | BAY STATE | Bay State College (MA) |
| 3,261,794 | BAY STATE BANK | Bay State College (MA) |
| 2,706,827 | BEAL BANK | Beal College (ME) |
| 2,200,183 | BANKBOSTON | Boston College (MA) Boston Conservatory (MA) Boston University (MA) |
| 2,713,368 | B BRADFORD BANK | Bradford School (campuses in OH, PA, and TX) |
| 2,810,700 | BUTLER BANK | Butler University (IN) |
| 2,740,887 | CENTURY BANK | Century College (MN) |
| 1,158,344 | CHARTER BANK | Charter College (AK) |
| 2,301,218 | CHESAPEAKE | Chesapeake College (MD) |
| 2,774,985 | CITRUS BANK | Citrus College (CA) |
| 2,437,316 | COPPER MOUNTAIN | Copper Mountain College (CA) |
| 1,556,097 | COVENANT | Covenant College (GA) |
| 3,176,609 | DEAN BANK | Dean College (MA) |
| 2,272,297 | EASTERN BANK | Eastern University (PA) |
| 2,025,824 | EAST WEST BANK | East-West University (IL) |
| 2,895,625 | EL CAMINO | El Camino College (CA) |
| 2,549,722 | GROSSMONT BANK | Grossmont College (CA) |
| 2,058,540 | GULF COAST BANK | Gulf Coast College (FL) |
| 2,582,541 | THE HARTFORD BANK | Hartford Seminary (CT) |
| 2,928,375 | HAVERFORD | Haverford College (PA) |
| 2,972,433 | HOWARD BANK | Howard University (DC) Howard College (TX) |
| 1,031,009 | HUNTINGTON | Huntington College (IN) |
| 2,413,751 | HUNTINGTON | Huntington College (IN) |
| 3,215,345 | ILLINOIS STATE BANK | Illinois State University (IL) |
| 1,380,724 | JEFFERSON BANK | Jefferson College (MO) |
| 2,844,389 | JOHNSON BANK | Johnson College (PA) |

- 2 -

**Exhibit A:**                              **Exhibit B:**

Reg. No.        Mark                    School (state locale):

| Reg. No. | Mark | School (state locale): |
|---|---|---|
| 2,768,853 | J. JOHNSON | Johnson College (PA) |
| 2,975,119 | J. JOHNSON | Johnson College (PA) |
| 2,839,923 | JOHNSON BANK | Johnson College (PA) |
| 2,389,780 | KENDALL | Kendall College (IL) |
| 2,259,433 | KING | King College (TN) |
| 3,148,491 | LIBERTY BANK | Liberty University (VA) |
| 2,779,172 | LYON | Lyon College (AR) |
| 2,769,231 | MANCHESTER | Manchester College (IN) |
| 2,445,635 | MARQUETTE | Marquette University (WI) |
| 2,445,634 | MARQUETTE BANKS | Marquette University (WI) |
| 2,954,012 | METROPOLITAN | Metropolitan College (campuses in AZ and OK) |
| 2,671,035 | BANK MILES | Miles College (AL) |
| 2,346,349 | BANK OF MISSISSIPPI | Mississippi College (MA) |
| 2,860,611 | MONTGOMERY BANK | Montgomery College (MD) |
| 1,747,400 | MOUNTAIN STATE BANK | Mountain State College (WV) Mountain State University (WV) |
| 2,874,612 | MOUNTAIN WEST BANK | Mountain West College (UT) |
| 3,091,918 | BANK OF NEW ENGLAND | New England College (NH) |
| 841,428 | THE BANK OF NEW YORK | New York University (NY) |
| 1,560,124 | THE BANK OF NEW YORK | New York University (NY) |
| 3,261,007 | NORTHEAST COMMUNITY BANK | Northeast Community College (NE) |
| 1,843,171 | NORTHEASTERN BANK | Northeastern Seminary (NY) |
| 3,214,996 | NORTHWEST BANK | Northwest College (WY) Northwest University (WA) |
| 2,658,740 | BANK OF OAKLAND | Oakland University (MI) |
| 1,952,564 | OHIO VALLEY BANK | Ohio Valley University (WV) |
| 2,653,858 | OKLAHOMA STATE BANK | Oklahoma State University (OK) |
| 1,465,834 | PRAIRIE STATE BANK | Prairie State College (IL) |
| 3,195,701 | PRESCOTT | Prescott College (AZ) |
| 3,198,109 | BANK RHODE ISLAND | Rhode Island College (RI) |
| 2,541,968 | THE BANK OF ROCHESTER | Rochester College (MI) |
| 2,412,605 | SANTA MONICA BANK | Santa Monica College (CA) |
| 2,932,762 | SOUTHBANK | South University (campuses in AL, FL, and GA) South College (NC) South College (TN) |
| 2,412,606 | SOUTHERN CALIFORNIA BANK | Southern California Seminary (CA) |

- 3 -

| **Exhibit A:** | | **Exhibit B:** |
|---|---|---|
| Reg. No. | Mark | School (state locale): |
| 2,519,114 | SOUTHWEST BANK | Southwest University (LA) |
| 2,174,122 | SOUTHWEST BANK | Southwest University (LA) |
| 2,680,632 | ST FRANCIS BANK | St. Francis College (NY) |
| | | Saint Francis Seminary (WI) |
| | | Saint Francis University (PA) |
| 1,530,060 | STERLING | Sterling College (KS) |
| | | Sterling College (VT) |
| 3,205,422 | BANK OF ST. PETERSBURG | St. Petersburg College (FL) |
| 3,170,304 | BANK OF ST. PETERSBURG | St. Petersburg College (FL) |
| 3,071,958 | SUSQUEHANNA | Susquehanna University (PA) |
| 2,980,295 | TEXASBANK | Texas College (TX) |
| 2,187,730 | BANK OF TEXAS N.A. | Texas College (TX) |
| 2,370,046 | TRI-STATE BANK | Tri-State University (IN) |
| 3,071,147 | TRITON | Triton College (IL) |
| 2,514,180 | UNION ATLANTIC LC | Atlantic Union College (MA) |
| 2,782,280 | UNITY | Unity College (ME) |
| 3,012,979 | WEBSTER BANK | Webster University (MO) |
| | | Webster College (FL) |
| 2,801,838 | WEBSTER | Webster University (MO) |
| | | Webster College (FL) |
| 1,530,058 | BANK OF WEST VIRGINIA | West Virginia University (WV) |

I declare under penalty of perjury that the above facts are true to the best of my knowledge.

Executed: August 24, 2007

LILY MONIR MATINI

- 4 -

Respectfully submitted,


/s/ VICTOR T. HUDSON
[HUDSV1684]
tom@alabamatrial.com
WILLIAM W. WATTS, III
[WATTW5095]
bill@alabamatrial.com
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601

JAMES E. SHLESINGER
Shlesinger, Arkwright &
Garvey LLP
1420 King Street, Suite 600
Alexandria, Virginia 22314

ATTORNEYS FOR DEFENDANT


CERTIFICATE OF SERVICE

   I hereby certify that on August 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

       William G. Pecau, Esq.
       Rachel M. Marmer, Esq.
       STEPTOE & JOHNSON LLP
       1330 Connecticut Avenue, NW
       Washington, DC 20036

       Charles B. Paterson, Esq.
       Paul A. Clark, Esq.
       BALCH & BINGHAM, LLP
       105 Tallapoosa Street, Suite 200
       Montgomery, Alabama  36104


                            /s/ VICTOR T. HUDSON