IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

REGIONS ASSET COMPANY,           )
                                 )
        Plaintiff,               )
                                 )        CIVIL ACTION NO.
        v.                       )         2:06cv882-MHT
                                 )
REGIONS UNIVERSITY, INC.,        )
                                 )
        Defendant.               )

ORDER

It is ORDERED that the motions to strike (Doc. Nos. 101 & 102) are set for submission, without oral argument, on September 5, 2007, with all briefs due by said date.

DONE, this the 27th day of August, 2007.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE