**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

REGIONS ASSET COMPANY, REGIONS )
FINANCIAL CORPORATION and )
REGIONS BANK )
)
           Plaintiffs, )      Civil Action No. 2:06-cv-882-MHT
)
    v. )
)
REGIONS UNIVERSITY, INC. )
)
          Defendant.

## SUPPLEMENTAL DECLARATION OF RACHEL MARMER

I, Rachel Marmer, declare and say:

1.     I am an associate at Steptoe & Johnson LLP.  I represent Regions Asset Company, Regions Financial Corporation and Regions Bank in this case.

2.     Attached as Exhibit A are true and correct copies of phone book pages from the following locations: Birmingham, Raleigh, Jackson, Mobile, Monroe and West Monroe, Memphis, Houston, Charlotte, Nashville, Alexandria, and Richmond.

3.     Attached as Exhibit B is a true and correct copy of an advertisement of Regions.

4.     Attached as Exhibit C are true and correct copies of web page printouts from www.secsports.com and www.sunbeltsports.org.

5.     Attached as Exhibit D are true and correct copies of web page printouts showing the generic nature of the term "Corporate University" at Wikipedia, located at http://en.wikipedia.org/wiki/Corporate_universities, New Foundations, located at

http://www.newfoundations.com/OrgTheory/Hearn721.html; and Dallas Business Journal,

located at http://dallas.bizjournals.com/dallas/stories/2003/07/28/focus2.html?page=1.


    I declare under penalty of perjury that the above facts are true to the best of my

knowledge.  Executed August  31, 2007.

Rachel M Marmer

Rachel Marmer

# EXHIBIT A

Case 2:06-cv-00882-MHT-TFM    Document 111-2    Filed 08/04/2017    Page 2 of 43

## REGIONS BANK

## REGIONS CHARITY CLASSIC
Suite 110
www.regionscharityclassic.com
100 Grandview Pl 35243 ------------------------------- 969-9229

## RELIABLE INSPECTION SERVICE

## RELIANCE ELECTRIC COMPANY-
BIRMINGHAM SERVICE CENTER

## RE/MAX ADVANTAGE

## RE/MAX ADVANTAGE SOUTH



# *BELL*SOUTH

WAKE COUNTY NORTH CAROLINA Public Libraries
www.WakeGOV.com

# The Real White Pages

NC State University

## Raleigh

Official Directory of NC

Do Not Discard Before
### March 2007

Including Angier, Apex, Benson, Cary, Clayton, Creedmoor, Durham-Wake County, Four Oaks, Franklinton, Fuquay-Varina, Holly Springs, Kenly, Knightdale, Louisburg, Morrisville, Pittsboro, Princeton, Research Triangle Park, Selma, Smithfield, Spring Hope, Wake Forest, Wendell & Zebulon

Includes customer listings for all local telecommunications companies.

©2006 BellSouth Advertising & Publishing Corp.
100% Recyclable
Printed on Recycled Paper

RAC00031202

## MIXED CONCRETE CO.

| | |
|---|---|
| Red Cames The 121 N Salem St Rent 27560 | 919 553-4656 |
| Red Carpet Dental Ceramists | 919 362-4006 |

Carver Professional Center Garner

Red Dragon Chinese Restaurant
9613 Harden Rd 27608 ............... 919 781-1160

Red Fire Traffic
Red Fire Traffic System 6630 Knightdale Bird Ins ....... 919-261-0702

## READY CREEK GOLF COURSE
www.readycreekgolf.com
............................................. 919 934-7502

## RED HOT & BLUE
6415 Falls Of Neuse Rd Ral 27615 .............. 919 846-7427

Red Line Design 10 N Neds St Wnd 27591 .......... 919 345-9479

Red Lobster Restaurants

Red Rock Diagnostic

## RED WOLF CROSSING
142 Mine Lake Ct 27615 .......... 919 532-1156

## REEVE-SMITH AUTO REPAIR SERVICE INC
Off Departure Dr Near Spring Forest
2417 Discovery Dr 27616 ............ 919 876-8046

Redman Richard EA Ala Alia
804 Salem Woods Dr 27615 ............ 919 872-1657

## REEDY CREEK GOLF COURSE
www.readycreekgolf.com
............................................. 919 934-7502

## REGENCY PARK CORP
2000 Regency Pkwy 27511 .......... 919 467-6000

## REDWINE PHILIP Q PA pa
............................................. 919 831-1212

## REGIONS BANK
4500 Falls Of Neuse Rd Ral 27609 .......... 919 790-6246

## REGIONS MORTGAGE
4500 Falls Of Neuse Rd Ral 27609 .......... 919 790-6246

RAC00031203



# Sprint

# Tallahassee

## 2006 Edition
Area Code 850

**Includes complete business and residential listings for:**

| | |
|---|---|
| Crawfordville | Panacea |
| Greenville | Saint Marks |
| Madison | Sopchoppy |
| Monticello | |

*With Listings*

Alligator Point
Bristol
Carrabelle
Chattahoochee
Greensboro

The Best RE

Published



*Maclay Gardens*



Hungry for options?
See our New and Improved
Restaurant Section

In need of a physician?
See our new physicians
and surgeons guide.

Looking for a place
to see a show?
See our useful theatre guide.

**WIRED!℠** Search the Yellow Pages and more online!
Select Tallahassee at **bestredyp.com**.

Issued December 2005



RAC00031204

## BUSINESS LISTINGS

**RAYNE MICHAEL**
Attorney At Law
Criminal Defense
Personal Injury
Real Estate

1014 N Adams St
Tallahassee FL 32300

**850-224-2999**

**RE/MAX CAPITAL GROUP REALTORS**
668-2008

www.krisandmarialaughter.net

1901 Capital Circle NE
Tallahassee ........................ 385-6683

133 A Coastal Hwy
Panacea .......................... 984-4450
Toll Free .................... 888 701-2205



AREA CODES 601/769    GREATER JACKSON AREA BUSINESS    REED-RENT

# DI MIX INC. CONCRETE

## 932-8779

OFFICE - 932-8751
FAX - 932-8712

### SERVING YOUR COMPLETE CONCRETE NEEDS



RE/MAX ALLIANCE

## 601-983-1130

Multiple Offices To Serve You Better

2001 Airport Rd., Flowood
721 Clinton Pkwy., Clinton
591 Northpark Dr., Ridgeland



RE/MAX



RE/MAX CONNECTION ARMISTEAD
LARRY & MARTHA ........ 601 953-8003

REMODELING BY DESIGN ...... 601 918-4861

RENFROW DECORATIVE CENTER
........ 601 373-8408

JACKSON BUS

RAC00031207



**BELL**SOUTH

*The Real Yellow Pages*®

Bellingrath Gardens and Home

**Greater Mobile**

Do Not Discard or Deface
June 2007

Including Bay Minette, Belle Fontaine, Chickasaw, Citronelle, Daphne, Fairhope, Lake Forest, Montrose, Mt. Vernon, Point Clear, Prichard, Saraland, Satsuma, Semmes, Spanish Fort, Theodore, Wilmer & South Mobile County

Includes customer listings for all local telecommunications companies.

VISIT US online at YELLOWPAGES.COM™

Information

Surgeons

Menus

©2006 BellSouth Advertising & Publishing Corp.

100% Recyclable
Printed on Recycled Paper

AREA CODE 251    MOBILE BUSINESS    RAYMOND-REIMER

MOBILE BUS.

**REGENCY CHURCH OF CHRIST**

501 S University Blvd 36609 ........... 345-8050

**REGENCY GATES APARTMENTS**

5700 Girdet Rd 36607 ........... 344-5755

**REGIONS BANK**

**REHM ANIMAL CLINIC**

751 Hillcrest Rd 36695 ........... 639-9120

**REHM ANIMAL CLINIC AT TIMBER LINE**

Toll Free-Dial '1' & Then ........... 877 269-2512

**REID INDUSTRIAL SUPPLY COMPANY INC.**

www.reidindustrial.com

**REID'S AUTO SALVAGE**

See Our Ad in Armottive Parts & Supplies-Used & Rebuilt
6700 Highway 45 N Kuskta 36613 ........... 679-9560

RAC00031209

JUN-8-2007  01:28P FROM:LAREF                    TO:82024293902                P.2/7

Regional Hospice Services
3600 Jackson St Alexandria 71303 ........... 448-9064
Regional Medical Rental & Sales
3003 N MacArthur Dr 71303 ................... 449-4510

## REGIONAL MEDICAL RENTAL & SALES
3003 N MacArthur Dr Alexandria 71303

### 443-6522

REGIONS BANK-
Customer Service Center
Toll Free-Dial '1' & Then ............ 800 REGIONS
Loan By Phone
Toll Free-Dial '1' & Then .......... 800 588-1267
Branch Locations-
Downtown Office 803 6th St 71301 ......... 484-4721
Centre Office 1440 Dorchester Dr 71301 ... 484-4813
MacLee Office 3412 Maclee Dr 71302 ....... 484-4805
Westgate Office 333 MacArthur Dr 71303 ... 484-4741
Hwy 28 Office
3580 Hwy 28 East Pineville 71485 ....... 448-2201
Pinecreek Office
3201 Monroe Hwy Pineville 71360 ......... 640-6869
Commercial Loans ......................... 484-4713
Regions Mortgage 1440 Dorchester 71301 ... 484-4839
Regix Salon Alexandria Mall 71301 ........ 445-8414
Register Sandra 6720 Longleaf Tr Ball 71405 .. 640-0655
Rehab Xcel 2602 Hwy 28 E Pineville 71360 .... 448-4201
Rehabilitation Specialists
3347 Masonic Dr 71301 .................... 443-3311
Rehoboth Investment Builders
109 Texas Av Alexandria 71301 ............ 448-9208
Reich Charles & Janet
100 Drummond Ln 71485 .................... 473-9677
Reich Ray & Barbara 10140 Hwy 165 S ...... 448-3749
Reich Robert 46 Monk Rd Lecompte .......... 443-4520
Reich Tea Ray II & Claudine
306 Country Club Dr Pineville 71360 ...... 641-8880
Reichard Raul Dr 4816 Whitehall Blvd ...... 561-0186
Reichle Albert 112 Walker Dr Pineville 71360 .. 640-7059
Reichman James 12558 Hwy 71 Colfax 71417 .... 640-5593
Children's Telephone
12558 Hwy 71 Colfax 71417 ................ 640-5694
Reichman James 12559 Hwy 71 Colfax 71417 .... 640-5594
REICHMAN JAMES B 728 Jackson St 71301 .... 442-3251
Reid Ann 1250 Dorchester Dr 71301 ......... 445-7520
Reid Fred M 311 Camille St ................ 448-8548
Reid India 3123 Nelson St Alexandria 71301 .... 619-9530
Reid James Larry 1636 Audubon Dr ......... 442-0086
Reid Will R Jilil 12760 Bullet Ln Deville 71328 .. 466-1292
REID'S CAR CARE 1308 Windsor Pl 71303 .... 445-3098
Reigning PC 1927 Day St 71301 ............. 487-0388
Reiley Ann F MD
8425 Cumberland Pl Baton Rouge 70806
                Alexandria Tel No 442-6669
Reilly Ignatius J
1700 Beech St Alexandria 71301 ........... 445-2727
Reimer Chris 3136 Bear Tr Alexandria 71301 .... 442-6487
Reimer Chris 5226 Benjamin St Alexandria 71302 .. 445-9390
Reimer D & L 794 Stafford Rd Pineville ..... 442-2559
Reimer David & Beth
5412 Old Marksville Hwy Pineville 71360 .. 561-9748
Reimiller Byron C 3210 Elliott St 71301 .... 445-9527
Reine June 63 Dupuy Ln 71302 ............. 445-5975
Reinhardt James 6804 Ball Ln 71303 ....... 473-2554
Reisner Shawn & Amber
328 Iris Park Dr Pineville 71360 ......... 641-0196
Reiszner Jas P 219 Evergreen Ct 71405 .... 640-6704
Reliable Financial Service Of Pineville Inc
500 Main St Pineville 71360 .............. 445-9575
Reliable Medical Inc
3900 Sterkx Rd Alexandria 71301 .......... 442-0017
Reliant Energy
                See CenterPoint Energy
Reliant Rehabilitation
5100 Jackson St Alexandria 71303 ......... 487-4658
Reliford Cheryl 220 Sunset Dr Alex 71301 .... 442-2314
REMEDIOS DAVID M DR
5615 Jackson St Alexandria 71301 ......... 442-6989
Remedios David & Yvonne
6212 Grand Oak Dr 71301 .................. 487-1401
REMEDY INTELLIGENT STAFFING
1268 Texas Av Alexandria 71301 ........... 449-9675
Renaissance Home For Youth
6177 Bayou Rapides Rd 71303 .............. 473-0530
Renda John 2827 MacArthur Dr .............. 443-6692
Renda Rodney
4725 Clubhouse Dr 71303 .................. 449-4771

Renee G ................................... 442-0171

## Renegade Harley-Davidson
HARLEY-DAVIDSON

### 318-448-1509
2030 North Mall Dr Alexander
Or
### 1-866-266-3300
www.renegadehd.com

Renegade Harley-Davidson Buell
2030 North Mall Dr Alexandria 71301 ...... 448-1509
Renegar Don 4025 Mayflower Blvd .......... 443-0634
Renegar Gerald & Nell
1727 Sturley Park Pl Alexandria 71301 .... 443-0577
Renew Faith Apostolic Assembly
1718 Ulster Dr Alexandria 71303 .......... 449-9060
Renewed Faith Missionary Baptist Church
592 Douglas St 71302 ..................... 473-4086
Renfrow Chad & Evelyn
716 Rocky Bayou Dr Pineville 71360 ....... 640-1971
Renfrow Ray
1507 Bayou Mama Rd Pineville 71360 ....... 448-1877
Renise Niccole 6101 N Bolton Av 71303 .... 445-1112
RENOIS DANIEL MD
425 Scott St Alexandria 71301 ............ 445-7255
Renois Daniel MD 821 Elliott St 71301 .... 441-1030
Renois Kasey 6016 Pepper Tree Cv ......... 487-4702
Renshaw Paula 410 Pine Lake Dr Pineville 71360 .. 561-6794
Rent-A-Center-
400 Bolton Av 71301 ...................... 473-8301
Westgate Shopping Center ................. 487-9777
Rent-N-Company
          See Rental Service Corporation

## RENTAL COMPANY THE
820 Dallas Av Alexandria 71302 ........... 449-1011

Rental Gallery 538 MacArthur Dr 71303 .... 443-3661
Renwick Joe F
3435 E Circle Dr Alexandria 71301 ........ 487-1786
Renzi Community Home 347 Rosemere Bend Rd .. 442-7087
Reppond Joey 23 Alvin Dr 71360 ........... 443-3969
Reproduction Supply Agency offers suppli-
Printing Dept 1313 Elliott St 71301 ...... 443-8371
REPUBLIC BEVERAGE COMPANY
618 Murray St Alex 71301
Toll Free-Dial '1' & Then ............ 800 966-4984
REPUBLIC FINANCE
1323 Peterman Dr Alexandria 71301 ........ 442-2202
Reschke Ewald A
3286 Skyline Dr Pineville 71360 .......... 443-5435
Resettlement Center Of Central Louisiana
525-A Main St ............................ 487-0234
Residential Design 2519 Jackson St 71301 .... 445-6809
Residential Design Studio Alexandria ..... 201-1292
Resourcenet International
                        See Xpedx
Restland Memorial Gardens cmetry
3307 Monroe Hwy Pineville 71360 .......... 448-0846
Restoration Apostolic Ministries
3029 Olcutt St 71301 ..................... 473-4437
Restructure Petroleum Marketing Service Inc
3244 E Hwy 28 Pineville 71477 ............ 445-1904
Retired Senior Volunteer Program
304 Cleaver Dr ........................... 442-2409
Rates Steve L 1406-1/2 Creed St Pineville 71360 .. 443-5164
Reuben Dequesha
3712 Felber St Alexandria 71302 .......... 483-4608
Revelett Marlon L & Deborah
6100 Tennyson Oaks Ln .................... 443-7255
Revels D F Dr vet 5990 Jackson St 71303 .... 445-5245
Rex 5204 Lark Ln 71303 ................... 473-9801
Revoir Angelique 2914 Thomas St .......... 448-2223
Revoir Bobbye 915 Overton St Pineville 71360 ... 641-6716
Revoir Duane 5225 Edward Av .............. 640-5469
Rex TV 3437 Masonic Dr ................... 449-1301
Rexel 3008 Broadway Aven 71302 ........... 445-6462

Rexel Southern-
Toll Free-Dial '1' & Then .......... 800 521-8198
Rexel Summers
3088 Broadway Av Alexandria 71302 ........ 473-2504
Rexar J B Jr 5903 Larkspur Dr ............. 442-7754
Rey Adams Billy 4803 Pardue Rd Pineville 71360 .. 640-9562
Reyes C 5319 Airview Dr Alexandria 71302 .... 442-6030
Reyes Naomia R
2121 Madison St Alexandria 71301 ........ 473-2728
Reyes Nestor & Joyce ..................... 443-0787
Reyes Orlando 3017 Herbert St 71301 ...... 473-9444
Reyes Shannon 2820 Derby St Alex 71301 .... 442-7463
Reyes Tina 1221 Oriole Ln Ball 71405 ..... 640-7069
Reynaud Estelle Rev 6479 Bouef Trace 71301 .. 448-3976
Reynaud Ervin 1391 Hwy 457 71146 ......... 473-9570
Reynaud Gregory 51 North Lake Dr 71485 ... 443-2390
Reynaud K 627 Washboard Rd Ball 71360 .... 441-9742
Reynaud Lloyd S 5406 Airview Dr 71302 .... 442-1865
Reynaud Ryan 49 Bayou Oak Dr ............. 443-0553
Reynaud Steve & Lisa 3822 Brenda St 71302 .. 449-4518
Reynold Eleanor 6101 N Bolton Av 71303 ... 767-5838
Reynolds Aubrey 222 Nation Rd 71328 ...... 466-9594
Reynolds Austin
177 Woodrose Landing Rd Deville 71328 .... 466-1229
Reynolds Charles W
6201 Bouef Trace Alexandria 71301 ........ 448-0042
Reynolds Cheyenna B
121 Shanghai Rd Ball 71405 ............... 640-8576
Reynolds Clarence R
6605 Tennyson Oaks Ln Alexandria 71301 ... 442-5264
Reynolds Darren & Tracy
4705 Whispering Pines Loop Pineville 71360 .. 619-9546
Reynolds Ethel 3712 3rd St .............. 445-9160
Reynolds Ethel 5512 Jube St Alexandria 71301 .. 448-3884
Reynolds Francis & Mary Jean
1003-B Hwy Dr Alexandria 71301 ........... 767-0359
Reynolds Frederick 5810 Deerfield Dr 71301 .. 448-6221
Reynolds Helene A 2808 N City Park Blvd .... 448-8772
Reynolds Hilton & Wanda
8205 Shreveport Hwy Pineville 71360 ...... 640-5650
Reynolds Insurance
7919 Shreveport Hwy Tioga 71360 .......... 640-4122
Reynolds J M 1250 Dorchester Dr .......... 443-8089
Reynolds James
402 Brookwood Dr Woodworth 71485 ......... 449-8840
Reynolds James D & Faye
2420 Hwy 457 71302 ....................... 443-2924
Computer Line 2420 Hwy 457 71302 ......... 473-8679
Reynolds Janice
1741 White St Alexandria 71302 ........... 442-2557
Children's Telephone
1741 White St Alexandria 71301 ........... 473-4140
Reynolds Jerry W 232 Mosby Dr Pineville 71360 .. 640-4421
Reynolds Jimmy & Phyllis Mann
2411 Hwy 457 71302 ....................... 443-8931
Reynolds John P & Lynne
607 Holly Moore Dr Pineville 71360 ....... 641-1753
Reynolds Judson B Christa
6605 Tennyson Oaks Ln Alexandria 71301 ... 448-4844
Reynolds L C 87 Lucas Rd Deville 71328 ... 466-3193
Reynolds L D 82 Tennessee Av ............. 449-3977
Reynolds L R 2408 Hwy 457 71302 .......... 442-0556
Reynolds Larry W
912 Retreat East St Pineville 71360 ...... 443-1076
Reynolds Louise B
102 Aubrey St E Pineville 71360 .......... 442-4369
Reynolds Marylin 410 Arnason Rd Pnevl ..... 445-1369
Reynolds Rebecca 1866 Hwy 115 Deville 71328 .. 664-1386
Reynolds Russell 4206 Misty Ln Pineville 71360 .. 445-3399
Reynolds Ryan 373 Magnolia Dr ............ 449-4859
Reynolds Terry 89 Lucas Rd Deville 71328 .. 466-3261
Reynolds V L 3940 Old Marksville Hwy 71360 .. 443-0688
RGC Auto Sales LLC
5609 Monroe Hwy Ball 71405 ............... 641-7776
Rhame Barbara 877 Robinson Bridge Rd ..... 487-9608
Rhame Jessica
476 Twin Bridges Rd Alexandria 71303 ..... 767-0033
Rhame Kenneth 119 Georgetown Dr 71303 .... 445-6499
Rhame Melissa
154 S Dogwood Ln Dry Prong 71423 ......... 641-1696
Rhame Randall 9249 Hwy 8 ................. 442-8534
Rhea Milton 6305 Tennyson Oaks Ln ........ 442-8368
Rhea Richard 1417 Texas Av 71301 ......... 448-8654

BATON ROUGE, LA 70821-0131

NOTICE: THIS MATERIAL MAY BE PROTECTED BY
COPYRIGHT LAW (TITLE 17 U.S. CODE)



@ BELLSOUTH · find it at YELLOWPAGES.COM™

**Banks** 69

## Banks-(Cont'd)

**REGIONS BANK**
www.regions.com

Customer Service Center
Toll Free-Call 't & Then ----- 800 734-4667
Loan By Phone
Toll Free-Dial 't & Then ----- 800 588-1267
Alexandria
  803 4th St ------------------------ 318 484-4721
  1440 Dorchester Dr ------------ 318 484-4813
  3412 MacLee Dr ---------------- 318 484-4805
  333 MacArthur Dr ------------- 318 484-4741
Pineville
  3506 Hwy 28 ------------------- 318 448-2201
  3201 Monroe Hwy -------------- 318 640-5869
  Commercial Loans ------------- 318 484-4713

**SABINE STATE BANK & TRUST CO**

■ MEMBER FDIC

■ EQUAL HOUSING
  LENDER

■ 24 HOUR ATM SERVICE

■ CONSUMER, COMMERCIAL
  & HOME MORTGAGE LOANS

www.sabinebank.com

2250 Highway 28 E ------------- 561-0050
3095 Jackson St ---------------- 443-3030
Access Line --------------------- 448-8308
Mortgage Loan Office
Toll Free-Dial '1' & Then ---- 800 242-4454
603 Front St Chaneyville Branch --- 278-2141
306 Walnut St Bunkie ---------- 346-7022
4275 Highway 112 Forest Hill --- 748-4864
1717 Highway 71 S Lecompte --- 776-6120

Southern Mortgage Bank
4617 Monroe Hwy Pineville ------ 640-4550
( Please See Our Display Ad This Page )
Southern Heritage Bank
5617 Coliseum Blvd Alexandria --- 442-2229
Southern Heritage Bank
3596 Hwy 28 E Pineville --------- 442-5290
( Continued Next Page )



**RED RIVER BANK**
An Independent Community Bank - Member FDIC

# Totally Free! Checking



**Your Community Banking Centers:**

ALEXANDRIA (Main Office) . 1412 Centre Court Drive
DOWNTOWN . . . . . . . . . . . . 600 Jackson Street
FOREST HILL . . . . . . . . . . . . 4292 Highway 112
LECOMPTE . . . . . . . . . . . . . 1210 Wall Street
NORTH MALL . . . . . . . . . 3422 North Boulevard
NORTH RAPIDES . . . . . . . 4425 Monroe Highway
PINEVILLE . . . . . . . . . . . . 3120 Highway 28 East
COMING SOON . . . . . . . . . Highway 28 West

**Lending Departments:**

COMMERCIAL BANKING . . . . . . 318-561-4000
MORTGAGE LENDING . . . . . . . 318-561-403
PRIVATE BANKING . . . . . . . . . 318-561-405
SMALL BUSINESS BANKING . . . . 318-561-400

*Let us find the best insurance rates for you.*

**RED RIVER INSURANCE SERVICES, LLC**

Call for a free quote: 318-561-0203
• Auto • Business • Home

**RED RIVER INVESTMENT GROUP**
A division of Red River Bank

Securities offered through STERNE AGEE FINANCIAL SERVICES
A STERNE AGEE & LEACH GROUP COMPANY   Member NASD/SIPC

1412 Centre Court Drive • Alexandria, LA 71301 • 561-4094

• NO BANK GUARANTEE
• NOT FDIC INSURED
• MAY LOSE MONEY

Main Office: 318-561-4000 • Customer Service: 318-561-5800 • 24 Hour Account Info: 318-561-BANK (2265) • www.redriverbank.net

---

**Bank Line Phone 1(800)992-7059**



**ALEXANDRIA**
5221 Jackson Street Ext.

5617 Hwy 28 West

**PINEVILLE**
3596 Hwy 28 East

**BALL**
4517 Monroe Hwy

NOTICE: THIS MATERIAL MAY BE PROTECTED BY
COPYRIGHT LAW (TITLE 17 U.S. CODE).

www.shbnet.com

LOUISIANA DEPARTMENT
State Library of Louisiana
P. O. Box 131
BATON ROUGE, LA 70821-0131



# Think for All Your Financial Needs



5615-A Jackson St.
(318) 448-9540

110 N. 6th St.
(337) 639-2038

701 Keyser Ave.
(318) 352-6611

519 N. Pine St.
(337) 462-2425

222 S. 10th St.
(318) 335-2031

5696 Hwy 1 Bypass Suite B
(318) 352-8383

82 Lakeshore Dr.
(337) 433-3611

324 E. McNeese St.
(337) 480-0180

640 Sam Houston Jones Pkwy.
(337) 855-4545

2440 Hwy. 14
(337) 477-8204

4090 Nelson Rd.
(337) 480-0808

2250 Maplewood Dr.
(337) 625-6388

2214 Sampson St.
(337) 439-3082

---

RAC00031212

JUN-8-2007  01:32P FROM:LAREF                    TO:82024293902              P.5/7



RAC00031213

JUN-8-2007  01:33P FROM:LAREF                                    TO:82024293902                P.6/7

RUSTON                                          318                                    39

Reeves R J Jr 356 McBduff Rd ---- 255-7813
Reeves David 1900 Church St Ruston ---- 251-8894
Reeves Gene 702 Aspen Cir ---- 513-1189
Reeves Gerald W 2901 Post Oak Dr ---- 255-8317
Reeves Helen C 121 Woodstone Dr Ruston ---- 254-8207
Reeves Joe 306 E Maryland Av Ruston ---- 255-6251
Reeves Joe III 306 E Maryland Av Ruston ---- 255-5548
REEVES W D DR optmtrst
   303 N Trenton St Ruston ---- 255-3418
   Res 1301 J7Abonne Dr ---- 255-2193
Reflections Healthcare
   823 W California Av Ruston ---- 251-9904
Regal Nails 1201 N Service Rd E Ruston ---- 513-1185
Regan S 164 Deer Creek Rd Ruston ---- 251-4084
Regge Gordon 4587 Hwy 80 Ruston ---- 255-2878
REGIONS BANK—NIK-
   1317 N Trenton ---- 251-8724
   Time And Temperature ---- 255-7722
   The Right Call 24-Hour Automated Banking
   Toll Free-Dial '1' & Then ---- 800 997-3938
   CUSTOMER SERVICE
   Toll Free-Dial '1' & Then ---- 800 734-4667
Reich Claude & Peggy 4067 Hwy 818 ---- 513-9914
Reichert Arthur A 6154 Hwy 33 Chdmt ---- 255-3811
Reichert Tommy 6191 Hwy 33 Chdmt ---- 251-1655
Reid Bill and Suzanne
   2505 Cedar Creek Dr Ruston ---- 254-0488
Reis Ann 910 Longstraw Rd ---- 255-3527
Reiser Charles 916 Fisher Ln Ruston ---- 255-2548
RELAX INN Interstate Highway 20 ---- 255-2911
Reliant Energy 553 Arkansas Plant Rd Ruston ---- 255-5999
Reliford B M 505 Grant Av ---- 255-3520
RENDINA BOB DC 103 W Georgia Av Ruston ---- 251-2243
Renbau Dan D Jr ofc LTU Campus ---- 257-3785
Res Bulldog Dr ---- 255-8350
Renicker B 1114 Cassidy Ln Ruston ---- 255-6200
Rent-A-Center 827 W California St ---- 255-8189
Rent-A-John Rentals
   119 Dimwood Dr West Monroa ---- 396-6188
Renters Choice
                        See Rent-A-Center
Renukanta Nagaraj 620 Henderson St Ruston ---- 251-5683
RESOURCE DEVELOPMENT ASSOCIATES
   804 Trenton St N Ruston ---- 255-7127
RESPIRATORY THERAPISTS HOME MEDICAL
   775 S Bonner St Ruston ---- 255-3077
Revels Estelle 3720 Hwy 80 Ruston ---- 254-1305
Revels F W 4484 Hwy 821 ---- 251-9145
Revels Henry 1906 Goodwin Rd ---- 251-1837
Revels Mike 4714 Hwy 822 Ruston ---- 251-1262
Revels Scott & Jessica 4063 Hwy 822 Dubach ---- 513-9049
Revels Thomas 4113 Hwy 822 Dubach ---- 255-3253
Rexel 2020 Pineville Ruston ---- 255-8632
Reyes M P 117 Wesley Dr ---- 255-8388
Reynolds Amanda 1708 Edmiston Rd Clay ---- 254-1005
Reynolds Bobby B Marsha 215 S Hazel St ---- 254-1841
Reynolds Greg 1239 Pea Ridge Rd ---- 513-9939
Reynolds Greg 1239 Pea Ridge Rd ---- 251-2617
Reynolds James 440 Harrison Rd Ruston ---- 255-1469
Reynolds Joyce 158 Chesboro St Ruston ---- 254-2084
Reynolds Joyce & Lamar
   1267 Pea Ridge Rd Dubach ---- 251-2660
Reynolds K 552 Fair Rd ---- 513-9009
Reynolds Kevin & Jeannie 552 Fair Rd ---- 251-9497
Reynolds Lisa 1706 Broadway Av Ruston ---- 255-3738
Reynolds Mike L 517 Mitcham Orchard Rd ---- 251-1518
Reynolds Ronnie 1160 Brown Rd Dubach ---- 254-1375
Rhinehart Willie 3720 Hwy 80 Ruston ---- 255-4369
Rhodes Courtney 1124 Sybil Dr Ruston ---- 513-1164
Rhodes Homer 3001 W Barnett Springs Av ---- 251-9280
Rhodes D 2005 Beech Av ---- 255-3701
Rhodes Marcus 602 University Blvd Ruston ---- 255-1363
Rhodes Marilyn 2601 Tara Dr ---- 255-1685
Rhodes Paula 204 Tarbutton Rd Ruston ---- 254-1485
Rhodes Robert 6205 Fletcher Ln Ruston ---- 255-4017
Rhone Eddie 1305 Eastland Av ---- 513-2573
Rhone Gwendolyn 706 Vienna St ---- 251-1803
Rhone Jettie Mae 288 Clinton Cir ---- 251-8449
Rhone Leola 501 Martin L King Dr ---- 254-5388
Rhone Martha 203 Water Tank Rd Ruston ---- 242-0133
Rhone Sumika 211 S Bernard St Ruston ---- 254-8252
Rhymes Donnie ---- 254-1226
Rhymes Ron 100 E Woodhaven Rd Ruston ---- 513-1228
Rice David Wall 3747 Riddea Cove Cir Ruston ---- 255-8139
Rice R 318 Pleasant Hill Ln Ruston ---- 513-1873
Rich Billy 186 Baxter Rd ---- 255-2635
Rich Brandon 808 Center St Ruston ---- 255-7699
Rich Leonard S MD 1310 N 19th St Monroe ---- 388-2020
Rich Leonard S MD 1010 S Vienna St Ruston ---- 255-9686
Rich Robert 182 Trace Dr Ruston ---- 254-8181
   Children's Telephone 182 Trace Dr Ruston ---- 255-6596

Richard Allie 611 S Bonner St Ruston ---- 255-0412
Richard C ---- 513-2155
Richard C S 583 Mitcham Orchard Rd ---- 255-1158
Richard Elbe 8 Riser Rd ---- 255-5152
Richard Fannia 725 Jonesboro St Ruston ---- 251-0829
Richard James 903 Lewis St Ruston ---- 254-0788
Richard John L 405 Mix St ---- 255-0582
Richard James 500 S Barnett Spring St Ruston ---- 255-0733
Richard Keith 1023 Jessamine St ---- 254-0477
Richard Linda 718 Jenkins Av ---- 254-0453
Richard Louiz ---- 251-6318
Richard Margaret 216 Cotton Av ---- 255-5816
Richard Oneil J 708 Tech Dr ---- 255-2282
Richard Philip Sr 1109 Gill St ---- 251-2501
Richard Robert J & Louise 4350 Hwy 818 ---- 255-2812
Richard Ryan & Kathleen
   204 Timber Ridge Dr Ruston ---- 255-4082
Richard Slade 140 Woodshire Ln Ruston ---- 251-8263
Richard Slade 140 Woodshire Ln Ruston ---- 255-9497
Richard Sterling & Linda 718 Jenkins Av ---- 255-8487
Richard Steve 126 Newman St Rsta ---- 254-5395
Richard Virginia 607 Cinnamon Ln Ruston ---- 513-2370
Richards Deshawn 118 Calvin Av Ruston ---- 255-2875
Richards Diane 2009 Roosevelt Dr ---- 255-8614
Richards Ethel 1609 W California Av Ruston ---- 251-1851
Richards Gregory 1316 Larson St Ruston ---- 255-2875
Richards Lakeitha & Marcus 606 Eastland Av ---- 254-0628
Richards Mark 2400 Kolwell Dr ---- 251-0618
Richards Sharon 2901 Beacon Light Rd Ruston ---- 251-2111
Richardson Bobby 1407 Clara Carr St ---- 255-6643
Richardson Bobby 1407 Clara Carr St ---- 251-0812
Richardson Earline 1103 Gibson St Ruston ---- 254-8816
Richardson F N (Rusty) 1222 Ashland St ---- 255-7344
Richardson F N (Rusty) 154 Twin Oaks Ln Ruston ---- 513-2313
Richardson J A 2203 Rose Rd Clay ---- 255-0107
Richardson James D 3200 W California Av ---- 255-8548
Richardson Jimmie & Karen
   153 Slow Creek Dr ---- 255-0192
Richardson Jo A 333 Harrison Rd Ruston ---- 254-8494
Richardson Jo Ann 398 Forest Cir ---- 255-0853
Richardson John R 192 Hwy 818 ---- 251-2267
Richardson S 188 Hwy 818 ---- 288-4282
Richardson Johnny 252 Rodgers Rd Ruston ---- 251-0139
Richardson Jon & Natalie
   1306 Robaetta Dr Ruston ---- 254-8448
Richardson Joseph P 2175 Ken's Landing Rd ---- 251-2334
Richardson Ila Baldwin Attorney At Law
   711 N Alabama Av Ruston ---- 254-8600
Richardson Margaret 133 Eugene Dr Ruston ---- 513-9462
Richardson Mark R 1006 Hunt Ln Ruston ---- 255-3797
Richardson Patricia 1501 Cardinal St Ruston ---- 255-4278
Richardson Peter & Annie 1600 Georgia Av C ---- 251-2867
   Children's Telephone 1600 E Georgia Av ---- 251-9006
Richardson Peter R Inc 401 W Mississippi Av ---- 254-0055
Richardson Shay 1508 Robin St ---- 251-9396
Richardson Shaylena 3606 Zachry Av Ruston ---- 255-7995
Richardson Stephen 248 Baxter Rd ---- 255-0565
Richburg Aisha 2410 Beacon Light Rd Ruston ---- 251-9710
Richey Jerry 1508 Cooktown Rd Ruston ---- 255-1280
Richmond Annie 816 Lewis St Ruston ---- 254-8494
Richmond John F Jr 1500 St John Av Ruston ---- 255-6848
Richmond Latasha 713 McDonald Av Rstn ---- 254-8329
Ricketson William 639 Melissa St Ruston ---- 255-1357
Ricks Auto Sales 2679 Hwy 33 ---- 255-9237
Ricks Metals
                        See Mitchells Metals
Riddle Laura 1106 Woodward Av Ruston ---- 255-4490
Riggle Ronald & Carolyn
   383 Slow Creek Rd Ruston ---- 254-2892
Riggs David A 905 Robinette Dr ---- 255-4093
Riggs Jordan B & Christi
   287 Creeks Edge Cir Ruston ---- 513-9699
Riley Bill Sgt 1513 Broadmoor Dr Ruston ---- 255-6284
Riley Co Of La Inc-
   Engineering Division 112 E Mississippi Av ---- 251-0238
   Surveying Division 112 E Mississippi Av ---- 251-0567
Riley Desaundra 423 Fountain Dr Rstn ---- 255-2850
Riley Joe 3172 Hwy 821 ---- 513-8297
Riley Leandrew 311 S Farmerville St Ru ---- 251-2482
Riley Michael 1525 Fowler St ---- 513-1178
Riley Paul 202 Farrington Dr Ruston ---- 255-2442
Riley Sam 157 Timber Ridge Cir Rstn ---- 255-5845
Riley Sam 157 Timber Ridge Cir ---- 255-9755
Riley Tyrone & 4530 Hwy 80 Ruston ---- 255-7359
Rinehart John 2581 Arcadia Dr Ruston ---- 255-2183
Rinehart Rea & Sonya
   219 Slow Creek Rd Ruston ---- 254-4850
Rineharts Corvettes & Classics
   187 Hadden Rd Ruston ---- 254-0780
Ringagoeu M 4111 Woodward Av Ruston ---- 251-0786

Ringle Colin 3208 English Turn Ruston ---- 252-8060
Rinl J ---- 254-8140
Rinicker Lowery & Wynne Dee
   2701 Foxwood Dr Ruston ---- 255-3292
Riser Bunkie P 138 Eugene Dr ---- 255-6605
Riser Herman H Jr Riser Rd ---- 251-1304
Riser Jesse J 2003 Vienna St N ---- 255-4540
Riser Robert B 2790 Hwy 3061 ---- 255-6483
Risher Janet 150 North Village Pvt Rd Ruston ---- 513-9824
Ritchie Bertha 1201 Larson St ---- 255-6374
Ritchie J C ofc 209 W Mississippi Av ---- 255-6843
   Res 220 Maryland Av E ---- 255-8140
Ritchie's Inc 209 W Mississippi Av ---- 255-6845
Rite Aid Express 1 Hour Photo
   109 W California Av ---- 513-1260
RITE AID PHARMACIES 109 W California Av ---- 513-1260
Riva Kurtis & Suzanne 601 Simmons Rd ---- 255-8817
Rivers Taff 643 Apple Dr Rsta ---- 255-4247
RL Hester Designs 512 E Texas Av Ruston ---- 254-0183
Roach M S 303 E Texas Av ---- 255-4833
Roach Robert M 3158 Hwy 821 ---- 251-9533
Roadway Express 1108 Oak West Ruston ---- 255-3889
Roane Adilcia 118 Pecan St Ruston ---- 513-2611
Roane Brandy 4195 Hwy 33 Ruston ---- 254-8599
Roane Christene 806 Johnson St ---- 255-1331
Roane Christine 610 Lewis St Rstn ---- 255-3757
Roane D 104 Dupree Dr Ruston ---- 255-6708
Roane Deborah 2943 Beacon Light Rd Ruston ---- 255-1525
Roane E R 165 Jefferson Av Ruston ---- 255-4263
Roane E R Ins 307 N Trenton St Ruston ---- 255-9401
Roane Florence 3195 Hwy 33 ---- 251-8893
Roane Henry S 38 147 Turkey Creek Rd ---- 255-8552
Roane Lasater 1504 E Line Av ---- 255-0714
Roane M J 180 Rough Edge Rd Ruston ---- 255-3503
Roane Paul Hwy 33 ---- 254-0679
Roane Rebecca 1405 Cardinal St ---- 255-6462
Roane S ---- 255-9303
Roane Therese 4149 Hwy 33 Rstn ---- 255-2993
Roane Veronica 4199 Hwy 33 Ruston ---- 251-8089
Roark A ---- 251-9918
Robbins Bridgett 287 Rough Edge Rd Ruston ---- 255-6620
Robbins Don Unionville ---- 777-8382
Robbins Jackie 1/4 Deer Creek Rd Ruston ---- 255-6528
Robbins Jay 2227 Cedar Creek Rd Ruston ---- 254-6372
Robbins Robin 140 Parish Park Rd Ruston ---- 255-3082
ROBBYS TREE SERVICE ---- 255-7961
Roberson Brad 269 Pea Ridge Rd ---- 251-0405
Roberson Carolyn 2001 W Alabama Av Ruston ---- 255-6448
Roberson Gary E 2342 Hwy 818 Clay ---- 251-0135
Roberson Hosey M Hwy 167 ---- 255-8995
Roberson Kan 255 Turtle Creek Rd ---- 251-2872
Roberson Mary ---- 251-8664
Roberson Mary Lou 555 Lewis St ---- 513-9461
Roberson Robert & Joann 1763 Yale Dr ---- 255-0917
Roberts Bertha F 215 Penny Ln Ruston ---- 255-8259
Roberts Bryan & Carla 2108 Hwy 818 Clay ---- 251-3196
Roberts Charles D W 1805 E Georgia Av ---- 255-6289
Roberts Donald O 2301 Cypress Springs Av ---- 254-0701
Roberts Freddy & Judy 1105 Fairfield Dr ---- 255-1774
Roberts Harold H 1102 Center St ---- 255-6215
Roberts Heather 2316 Lily Dr Ruston ---- 255-2803
ROBERTS JESSIE H DR dntst
   702 N Trenton St Ruston ---- 255-9440
Roberts Jesse H III dntst
   702 N Trenton St Ruston ---- 513-1654
Roberts John & Karen 800 Maple St ---- 251-8362
Roberts Johnnie 514 Edgewood St ---- 255-3227
Roberts Julie & Don
   2235 Kan's Landing Rd Choudrant ---- 255-0521
Roberts Laverne 206 W Vaughn Av ---- 251-0639
Roberts M 1402 Avon Av Ruston ---- 255-9639
Roberts Milton 1612 Sikes St Ruston ---- 251-0692
Roberts R & Mary 140 Hodges Av ---- 255-3894
Roberts Sandra 1269 Hwy 818 Clay ---- 255-3838
Roberts Sandy 2350 Hwy 818 Clay ---- 251-0872
Roberts Susan 117 Sundance Dr Ruston ---- 255-1268
Roberts Todd 311 E Arizona Av Ruston ---- 255-7631
Roberts Crystal 118 E Hilly Av Ruston ---- 254-8248
Robertson Fruit & Produce 10526 Crossett Rd ---- 251-1821
Robertson James 1701 Goodwin Rd Ruston ---- 254-0349
Robertson Juanita 611 S Bonner St Ruston ---- 254-8237
Robertson Ken 602 Monterey Dr ---- 255-3857
Robertson Scotty 420 Ford Ln Ruston ---- 255-0997
Robertson Sherika 807 Marie Av ---- 251-0249
Robertson Tawanna 116 Terrill Dr Ruston ---- 254-1280
Robison Carolyn 318 Valley View Dr Ruston ---- 255-7090
Robichaux Rachel 187 Creeks Edge Cir Rstn ---- 513-9282
Robinson Albert 713 McDonald Av Rstn ---- 251-0366

LOUISIANA DEPARTMENT
State Library of Louisiana
P.O. Box 131
BATON ROUGE

NOTICE: THIS MATERIAL MAY BE PROTECTE[
COPYRIGHT LAW (TITLE 17 U.S. CODE)

RAC00031214

JUN-8-2007  01:35P FROM:LAREF                          TO:82024293902              P.7/7

® BELLSOUTH   Find it at YELLOWPAGES.COM

Banks-Bathtubs   57

## Banks-(Cont'd)

**IBERIABANK**

www.iberiabank.com

24 Hour Access Information
Toll Free-Dial '1' & Then .... 800 968-0801
Branches

**Monroe**
Oliver Rd-1304 Oliver Rd ................... 327-3320
University-3300 DeSiard St .............. 327-7810
Lakeshore-4619 DeSiard St .............. 327-7820
165 North-4094 Hwy 165 North ......... 327-7840

**West Monroe**
State Mall-1 Stella And Mid St .......... 327-7870
McMillan-619 McMillan Rd ................. 327-7850
Cypress-5121 Cypress St ................... 327-7860

**Tallulah**
Ruston-400 N Vienna St ..................... 233-1001
North Trenton-3327 N Trenton St ..... 322-1079

**Bastrop**
Bastrop-617 E Madison Ave ............. 283-2000
Bastrop Motor-2126 E Madison ...... 556-3624

Mississippi River Trust
2106 N 19th St West Monroe ............. 324-8102

**GENERAL INFORMATION**
2106 N 19th St West Monroe

( Please See Our Display Ad Previous Page )

**REGIONS BANK**
See White Pages For Branch Locations
Toll Free-Dial '1' & Then .......... 800 734-4667

Regions Bank
2103 N 7th St West Monroe ............. 327-1387

**RICHLAND STATE BANK**

**RSB**
*RICH IN SERVICE*
Mortgage Loans
Full Service Banking
24 Hour Customer Link
397-4565
MEMBER FDIC

www.richlandbank.net

2500 N 7th St West Monroe ............ 329-8338
3435 Cypress St West Monroe ......... 397-4818
1616 Forsythe Monroe ..................... 698-8412
724 Louisa Rayville ........................ 728-3024
1222 Hamer Rd Minden .................... 377-3338
410 Horace St Mangham ................. 248-2136

**STATE FARM BANK®**

• Member FDIC
• Equal Housing Lender

For information call a participating
State Farm Agent listed below.

Accardo Pam
5500 Cypress St West Monroe ......... 322-4434
Deke Kimberly S
3713 Cypress St West Monroe ......... 397-3600
CB Nadeau 99 Lincoln Rd Monroe ... 343-8555
Kennedy Robert S 407 Hudson Ln ... 323-7795
Lutegharm Paulos Lamarca
2116 Forsythe Av Monroe ............... 388-2450
Sanders Tausha
1603 Arizona Monroe ...................... 323-2213
Wheats Blake
211 Crasley St West Monroe ........... 323-0117

**STERLINGTON**

CROSS KEYS BANK
167 Keystone Rd Sterlington ........... 665-4511
( Continued Next Column )

---

## STERLINGTON(CONT'D)

Marion State Bank
9033 Hwy 165 N Sterlington ............ 665-4571

## Banners

ADS PLUS INC
807 Pine St Monroe ......................... 325-7507

COTTRELL DESIGN

Since 1970
2795 Oliver Rd Monroe .................... 322-5828

732 Stella St West Monroe
Deep South Signs & Awards
113 Downing Pines Rd West Monroe .. 322-0298
Signt First 2390 Louisville Av Monroe .. 387-1707
SIGNS NOW
807 North 18th St .......................... 388-8990

WHEELER SIGNS & GRAPHICS
Banners • Yard Signs
Political Signs • Decals
Larry@bayou.com ......................... 381-6944

## Banquet Facilities

**ATRIUM THE**
2001 Louisville Av Monroe .... 410-4000

BOUNTIFUL FOODS CATERING INC
1807 Pine St Monroe ...................... 325-0082

PRO SHOP CALHOUN
515 Hedge Watson Rd Calhoun
CANADOS RESTAURANT
2900 N 7th St West Monroe ............ 325-5812

HILTON GARDEN INN
Full Service Catering Staff
For Meetings & Banquet Rooms
Please See Our Ad At Hotels
400 Mane St West Monroe .............. 388-8633

HOLIDAY INN HOTEL & SUITES
Meetings & Banquet Rooms
Full Service Catering Staff to Create Your
Next Event
1051 US Highway 165 ..................... 318 387-5100
King Of Hearts 1707 Hudson Ln ...... 322-4274

KIROLI PARK
Award Banquets • Weddings
Receptions • Reunions
150 Acres & Trails
Covered Facilities • Conservatory
• Rehearsal Dinners
www.kirolipark@ymbw.com
820 Kiroli Rd West Monroe .............. 396-4016

Kiroli Park Lodge
820 Kiroli Rd West Monroe .............. 397-1722
MONROE CIVIC CENTER
401 Lea Joyner Expressway ............. 329-2234

TALL OAKS LODGE
Weddings • Receptions
Parties • Reunions
2701 Sterlington Rd Monroe ............ 318 322-9927
Today's Restaurant Bar & Grill
2909 Louisville Av ........................... 323-3963

WEST MONROE CONVENTION CENTER
IN HOUSE AND OFF SITE CATERING
LARGE & SMALL BANQUET ROOMS
www.wmeconventioncenter.com
901 Ridge Av .................................. 396-5000

Banquet Service
See Wedding Receptions

## Barbecue

Gunken Traé B-B-Q 7702 DeSiard St .. 343-0773

LOUISIANA DEPARTMENT
State Library of Louisiana
P. O. Box 131
BATON ROUGE, LA 70821-0131

---



Refinishing of Bathtubs & Showers
Sinks, Ceramic Tile, Formica,
Chips, Cracks, & Holes
Grab Bars Installed

**Fiberglass Tub
& Shower Repair**

Catering Else 4005 Curry St Monroe .. 410-0149

## Barbers

B POWELL'S BARBER & MEN'S HAIR
SYSTEMS
*CLASSIC CUTS & HAIR REPLACEMENT*
323-4010
1714 Roselawn Av & N 18th .......... 323-4010

Bobbys Barber Shop
3406 7th St N West Monroe ........... 396-3332
Chopper Style
1520 Richwood Rd No 1 Monroe ...... 322-4707
Conca's Hair Barber Studio
806 Jackson St Monroe .................. 387-2146
Good Sam's Hair Styling
1.5 Cypress St West Monroe ........... 323-7632
H V Barber Styling
1807 Roselawn Av West Monroe ..... 323-4811
Hart Gallery The
1853 Arkansas Rd West Monroe .... 396-7436
Hair Place The 1607 Avenue Of America .. 388-2961
Hair of Vanity Barber & Beauty Salon
1940 Pecan Ave West .................... 388-6125
Harridene Barber & Salon
1947 Cypress St West Monroe ........ 388-0009
NAGEY'S BARBER SHOP
2124 Renwick St .......................... 388-0007
Nuddler's James Barber Shop
607 Richwood Rd .......................... 343-3637
Nuckols Barbershop
2318 Jonesboro Rd West Monroe ... 651-8640
Mair & Company
2318 Jonesboro Rd West Monroe ... 325-2267
Majercik Pecanland Mall ................ 322-1777
Melodie Family Hair Salon ............. 324-4338
Men Only Barber Shop
706 S Grand St ............................. 322-7632
Mills Mound 301 Renwick St .......... 329-4556
Nostalgia Hair Hair Styling
image 3416 4th St N ..................... 325-4558
Nostalgia Barber Shop 3613 4th St N .. 325-1726
image 3215 Louisville Av Monroe ... 388-0649
Price's Hair Styling 1308 13th St N ... 322-9932
image Performance Beauty & Barber
5626 2nd St More ......................... 387-5288
5626 Arkansas Rd West Monroe ..... 397-8760
Tommy's Barber Shop
807 DeSiard St Monroe ................. 322-6191
TODAY'S BARBER SHOP

102 Broadmoor St Monroe ............. 368-3636
Tonale Secret Pecanland Mall ........ 329-9990
Town City Barber Shop 2219 Louisville Av .. 325-0812
Village Hair Designs 107 University Av .. 343-6167
Wehet's Judson Shear Barber Shop
2121 Renwick St ........................... 587-8605
William Barber & Beauty Salon
1517 Bonnie Breeze St West Monroe .. 387-3310

## Barbers' Equipment &
Supplies

Sally Beauty Supply
407 Louisville Ave ........................ 325-1456

## Barrels & Drums

See Also Plastics-Products-Finished-
Whol & Mfrs

WEST DRUM CORP
New • Reconditioned Drums
Waste Drums • Drum Disposal
Grossles LA & Longview, TX
Toll Free-Dial '1' & Then ...... 800 992-3786

## Bars

Clubpenerstrom 3103 Hadley St West Monroe .. 387-9089
Holiday Inn Hotel & Suites
1051 Marion Luther King Jr Dr Monroe .. 387-5100
Pep A Top Lounge
1205 Washington St West Monroe .. 323-5668
River Breeze 101 Wood St West Monroe .. 322-5668
Robert E Lees
3371 Sterlington Rd Monroe .......... 410-0031
6th Street Bar 1026 N 6th St Monroe .. 387-8210
Tommy's Place
1612 Thomas Rd West Monroe ...... 410-8444

## Baseball Batting Ranges

Cyrus Batting Cages
1306 N 7th St West Monroe ........... 388-6190

## Baseball Clubs &
Instruction

PITCHER PERFECT BASEBALL ACADEMY
BASEBALL & SOFTBALL
Pitching, Throwing & Hitting Instruction
www.PitcherPerfect.us
797 30th St N West Monroe ........... 398-0633
West Monroe Dixie Youth
228 Blackhatch Dr West Monroe .... 397-0306

## Basketball Clubs &
Instruction

Twin City Gators 7287 Desiard St Monroe .. 812-0060

## Bathroom Accessories

Southern Pipe & Supply Co Inc
400 4th St N ................................. 387-9164
TWIN CITY DOOR & HARDWARE INC
3104 Concordia Av ....................... 323-0474

## Bathroom Fixtures

See Plumbing Fixtures, Parts &
Supplies-Whol & Mfrs

## Baths

West Monroe Marble
617 Industrial Pkwy West Monroe .. 396-1682

## Bathtubs & Sinks-Repairing
& Refinishing

BRADDOCK JIM BATH TUB REFINISHING
..................................................... 387-3825
( Please See Our Display Ad This Page )
Professional Porcelain & Fiberglass Refinishing

NOTICE: THIS MATERIAL MAY BE PROTECTED
COPYRIGHT LAW (TITLE 17 U.S. CODE).

The Real Yellow Pages®.



# ⓐ *BELL*SOUTH

## *The Real* Yellow Pages

**Greater Memphis Area**

The University of Memphis

Community Information

Attorneys

Automobile

Physicians & Surgeons

Restaurants/ Menus

Coupons

Proud Choice
of the
Tennessee
Titans

100% Recyclable
Printed on Recycled Paper

Includes customer listings for all
local telecommunications companies.

KEEP
AMERICA
BEAUTIFUL
WWW.KAB.ORG

RAC00031216

NOV 06 1998 23:18 FR CIRC ILL        901 323 7637 TO 12024293902        P.03/04

MEMPHIS BUSINESS

## REED'S ACCELERATED READING SYSTEMS

6074 Apple Tree Dr 38115 .............. **901 365-7085**

## REGIONS BANK

## REGIONAL MEDICAL CENTER AT MEMPHIS

### PATIENT INFORMATION .............. **901 545-7577**

## REICHMAN CROSBY HAYS .............. **901 345-2200**

RAC00031217





Most seen,
most used,
most trusted
directory





## AT&T
## White Pages

### Greater Houston Business

AT&T Texas

**March 2007**
**Area Codes**
**713/281/832**

YELLOWPAGES.COM
We wrote the book on local search

## *The Sound of Your Money Growing*

3050 Post Oak Blvd. • Ste 1680 • Houston, TX 77056 • (713) 579-2700 • www.bizradio.com

**Weekday Program Schedule**












Brent Clanton    Mike Norman    Jack Warkenthien & John Batt    Vince Rowe    Ray Lucia    Dot Walmsley    Jack Bouroudjian    Dan Frishberg    Tobie Smith    David Walkato

To recycle this directory, call 1-800-953-4400.

# INJURED?
## *All Serious Injuries and Wrongful Death Cases*

**CALL FOR FREE CONSULTATION • SE HABLA ESPAÑOL**
## 713-529-0025

Not Certified By The Texas Board Of Legal Specialization

**Know Your Rights.**

Working for injured people and their families
throughout Houston and surrounding counties.

Vehicle Accidents    Nursing Home
Wrongful Death    Serious Injuries
Medical Malpractice

## TERRY BRYANT
Houston

**Call 24 Hours, 7 Days**
## 713-973-7349
www.terrybryant.com

Board Certified — Personal Injury Trial Law Texas Board of Legal Specialization

© AT&T Advertising, L.P. 2007

RAC00031219

## BUSINESS PAGES

**REED-REHAB**

continued from previous column

| | |
|---|---|
| 30 — 713 827-1958 | Regatta The Apartment Homes 1315 Nasa Pkwy |
| 4 — 713 988-8802 | 77058 |
| | Regensburgh Business Resources 16603 Berkshire Way |
| — 713 534-9900 | 77058 — 281 488-4433 |
| | Regency 19515 West Rd 77388 — 281 651-9980 |
| — 713 849-8110 | Regency Auto Sales 3308 Deaver 77003 — 713 229-0414 |
| — 713 413-2511 | Regency Business Farms 1511 Bingle 77065 — 713 984-9840 |
| | Regency Car Wash 10454 I Remstead Pkwy |
| — 713 723-2584 | 77092 |
| — 713 923-6571 | Regency Car Wash 506 S Hwy 6 77079 — 713 683-0776 |
| | Regency Car Wash 8810 S Main 77025 — 281 870-8967 |
| — 713 946-9553 | Regency Car Wash 702 E Southmore Av 77502 — 713 471-2314 |
| | Regency Cleaners By Hyatt 1200 Louisiana — 713 654-1234 |
| — 713 473-9902 | Regency Cleaners |
| — 713 936-2752 | 2503 Rice Blvd 77005 — 713 524-6941 |
| | 5650 Westheimer 77056 — 713 622-6929 |
| — 713 771-9112 | Regency Cleaners 3350 Chimney Rock Rd |
| | 77056 — 713 781-0057 |
| — 713 748-9393 | Regency Cleaners 2110 Holly Hall 77054 — 713 795-5334 |
| | Regency Cleaners 2021 Rayford Rd 77386 — 281 296-7417 |
| — 281 476-1924 | Regency Cleaners 5475 West Loop South |
| N Hwy 146 | 77081 — 713 665-4300 |
| — 281 470-0304 | Regency Crossings 197 Goodson 77060 — 281 591-2050 |
| | Regency Deli 7211 Regency Square Blvd 77036 — 713 977-9488 |
| — 713 783-5353 | Regency Food Corp 2714 Bingle 77055 — 713 789-1123 |
| | Regency Furniture USA 6751 S Hwy 6 77083 — 281 564-0826 |
| — 281 376-6222 | Regency Gas Services |
| S Shepherd | Regency Group The Ltd 1757 San Felipe — 713 812-9004 |
| — 713 523-8124 | 77003 — 713 952-7575 |
| Saylor | Regency Health Services 5896 Bissonnet |
| — 713 224-1331 | 77063 — 713 271-1551 |
| 22nd St | Regency House 2701 Westheimer 77098 — 713 523-2661 |
| — 713 880-8066 | Regency Hyatt Hotel 1200 Louisiana 77002 — 713 654-1234 |
| sal Pkwy | Regency Inn & Suites 9114 Airport Blvd 77061 — 713 944-3004 |
| — 281 356-6993 | Regency Inn & Suites 2583 Clinton Dr 77020 — 713 425-1805 |
| | Regency Inn & Suites 4734 Orange Grove — 713 678-8222 |
| — 713 647-4310 | 77039 |
| — 281 449-2222 | Regency Inn & Suites 28382 Southwest Fwy |
| | 77469 — 281 342-6000 |
| — 713 777-3471 | Regency Medicine & Pain Management |
| | 4776 Southwest Fwy 77074 — 713 974-7246 |
| — 713 644-0730 | Regency Motel The 2859 Reed Rd 77051 — 713 734-8900 |
| 3rd | Regency Plumbing Inc 13003 Murphy Rd |
| — 713 644-1761 | 77047 — 281 561-7800 |
| — 713 880-2707 | Regency Publishing 50 Briar Hollow Ln 77027 — 713 840-1175 |
| — 281 458-3131 | Regency Realty Corp 7312 Louetta Rd 77379 — 281 257-2890 |
| — 713 267-3318 | Regency Remodeling 5951 Southwest Fwy |
| | Suite 301 77057 |
| — 281 655-3331 | Regency 2 Child Brogans Park Dr 77380 — 281 367-6180 |
| — 713 694-3951 | Regency Square Apartments 7222 Bellerive — 713 780-9725 |
| | Regency Suites 15428 W Hardy 77060 — 281 272-0068 |
| — 281 338-8880 | Regency Telecom Corp 3315 Marquart St |
| | 77027 — 713 627-9800 |
| — 281 405-8452 | Regency Tribe 350 Greens Pkwy 77067 — 281 821-1800 |
| | Regency 2 Hair Designs 1600 Smith 77002 — 713 650-3561 |
| — 713 868-9973 | Regency Walk Apartments 10301 Sandpiper Dr |
| stal Gate | 77086 — 713 988-1141 |
| — 281 481-2009 | Regent A&H H atty 333 Clay St — 713 769-0814 |
| CK 22nd | Regent & Associates 3660 Fountain View — |
| — 281 992-1600 | Santa 910 77057 — 713 266-2458 |
| | Regent Forest Texas Inc 13225 Bellaire Blvd — 281 498-6681 |
| — 713 426-1311 | 77083 |
| — 713 460-3615 | Regent Limo Inc Sales Office — 713 529-9211 |
| | Regent Limo Services Inc Sales Office — 713 757-9076 |
| — 713 682-8231 | Regent OptiGaze 1120 Medical Plaza Dr 77380 — 281 363-2871 |
| Contractors Inc — 77003 |
| | Regent Resource Company 7500 San Felipe |
| — 770?? | 77057 — 713 924-0450 |
| — 713 869-8413 | Regents Walk Apartments 1177 Rosewood Dr — |
| — 713 674-7777 | Reggae Bodega 4816-1/2 Almeda Rd 77004 — 713 496-6620 |
| — 713 937-7888 | Reggae Hut The 4614 Almeda Rd 77004 — 713 520-7171 |
| IPSES | Regional Warehouse 5419 W Airport Blvd |
| — 281 481-0955 | 77035 — 713 721-0072 |
| | Regis Nail Market 13316 FM 529 77041 — 713 910-0475 |
| | Regismundo Gray LLC 7211 Regency Square Blvd — |
| | 77036 — 713 977-9014 |



SBC. Now joined with AT&T.
New name.  Same great book.

# AT&T Yellow Pages

## Greater Houston
*A through L*

AT&T Texas

November 2006
Area Codes
713/281/832



**YELLOWPAGES.COM™**
We wrote the book on local search.™



The Houston Symphony's recent appearance at Carnegie Hall  www.houstonsymphony.org

## NORTHWEST DODGE

**New & Used Car Super Center ✹ Guaranteed Buy Back ✹ Our Goal Is To Beat Any Deal**

290 @ 1960  •  832-912-2564  •  www.northwestdodge.com

## Know Your Rights.

Working for injured people and their families
throughout Houston and surrounding counties.

**Board Certified
Injury Lawyer***

*Board Certified – Personal Injury Trial Law Texas Board of Legal Specialization

# Terry Bryant
Houston

Call 24 Hours, 7 Days
**713-973-8888**
www.terrybryant.com

**Vehicle Accidents
Wrongful Death
Medical Malpractice
Nursing Home
Serious Injuries**

©AT&T Advertising, L.P. 2006

To recycle this directory, call 1-800-953-4400.

RAC00031221

08/07/2007 12:21 FAX 713 749 8082    HCPL MAT SEL DEPT.    @004
L SMITH

## LAREDO NATIONAL BANK

7047 Harrisburg ---------------- 713 924-4700
1218 Spencer Hwy -----------------713 647-7988
8437 Long Point------------------ 713 647-6767
7040 A Lawndale----------------- 713 923-8803
★See Display Ad Page 335
LAREDO NATIONAL BANK 5706 Bellaire Blvd--- 713 664-3300
LONE STAR BANK 8117 East Frwy-------------713 574-4580
LONE STAR BANK 952 Echo Lane-------------713 450-3977
LONE STAR BANK THE NA 12727 East Frwy----713 453-7142

## METROBANK

METROBANK, N.A.
SBA Preferred Lender
www.metrobank-na.com

4639 Highway 6 77478 ----281-276-8100
2808 Milam #A------------713-630-3200
15144 S.W. Frwy 77478 ----281-565-7756
1460 Blalock 77055----- 713-272-5651
11205 Bellaire Blvd. 77072 -713-272-5688
2424 Bay Area Blvd------ 281-282-6076
9600 Bellaire Blvd 77036 --713 776-3876
6730 Capital 77011 ------713 924-4500
10000 Harwin 77036------713 414-3688
13480 Veterans Memorial
------------------281 586-2828

METROBANK
24 HOUR TELEBANK
Toll Free-Dial "1" & Then
------------------888 414-3555
Customer Service
Toll Free-Dial "1" & Then
------------------888 414-3556

METROBANK
HWY 6
14633 Highway 6 -----------713 272-5660
SPRING BRANCH
1460 Blalock-------------713 272-5651
MOODY NATIONAL BANK 1010 Bay Area Blvd-281 462-9920
MOODY NATIONAL BANK 1504 Broadway----281 648-9699
MOODY NATIONAL BANK 3245 Broadway---281 485-9746
MOODY NATIONAL BANK
3245 Broadway PEARLAND----------281 485-2056
MOODY NATIONAL BANK 8323 Broadway------281 485-1920
MOODY NATIONAL BANK
16490 El Camino Real------------281 990-8128
MOODY NATIONAL BANK 650 N Eldridge Pkwy-281 496-6896
MOODY NATIONAL BANK 8003 Fairmont Pkwy-281 487-4605
MOODY NATIONAL BANK 8533 Fairmont Pkwy-281 998-3332
MOODY NATIONAL BANK 1796 Fry Rd--------281 646-7042
MOODY NATIONAL BANK 3105 S Hwy 35-----281 585-4336
MOODY NATIONAL BANK 408 N Parkwood---281 992-7958
MOODY NATIONAL BANK 3550 Spencer Hwy---713 948-0820
MOODY NATIONAL BANK SEABROOK
1905 El Mar--------------281 291-0624
MUSBANCE LLC 2203 Timberloch Pl--------281 296-3818
NARA BANK---------------713 228-6272
NATEXIS BANQUE POPULAIRES 333 Clay----713 571-8491
NATEXISBANQUE POPULARES 333 Clay-------713 571-8491
NATIONAL BANK OF WALLER COUNTY
------------------281 391-8943
NEW FIRST NATIONAL BANK 2214 Jn-------832 344-2005
NEW SOUTH FEDERAL SAVINGS BANK
2550 North Loop West-------------
NEW SOUTH FSB RESIDENTIAL CONSTRUCTION
LENDING 1020 Bay Area Blvd--------281 461-1237
NORTH HOUSTON BANK
www.northhoustonbank.com
3945 Little York Rd-------------281 449-4282
Bookkeeping Dept 3945 Little York Rd----281 449-4284
Loan Dept 3945 Little York Rd----------281 449-4220
NORTH HOUSTON BANK 5417 McKinley------713 729-7323
NORTHERN TRUST BANK
509 Banking Dept-----------------
NORTHERN TRUST BANK 13000 Memorial Dr--713 266-1222
NORTHERN TRUST BANK-------------713 250-2140
NORTHERN TRUST BANK
10003 Woodloch Forest Dr---------281 863-2300

## OMNIBANK NA

GREENSPOINT
TO REPORT LOST OR STOLEN ATM/CHECK CARDS
CONTACT LOCAL BRANCH
307 N Sam Houston Pkwy------------281 999-9100
OST
1728 Old Spanish Tr------------713 747-9000

## PREFERRED BANK

Preferred Bank
Houston Owned, Texas Friendly
Since 1985 • Member FDIC
FULL SERVICE BANK
www.preferredbanktx.com

PREFERRED BANK
16522 Stuebner Airline Rd
------------------281 376-4325
PREFERRED BANK
16522 Stuebner Airline Rd
------------------281 556-6443
PREFERRED BANK
8710 Stella Link-----713 839-8339

PREFERRED BANK
11767 Katy Frwy-----------------281 556-8439
PREFERRED BANK 8710 Stella Link-----713 839-8339
PREFERRED BANK 16522 Stuebner Airline Rd--281 376-4325
PRIMEWAY FEDERAL CREDIT UNION
------------------713 799-6200
★See Display Ad Previous Page

## PROSPERITY BANK

MEMBER FDIC
CLEAR LAKE
19900 Aldine Border-------------281 987-7600
Cypress 23500 US Hwy 290--------281 373-0862
Downtown 777 Walker-------------713 693-9250
Fairfield 15050 Fairfield Village Square Dr--281 371-0080
Galderbrook 3934 W FM 1960 West----832 249-7606
Medical Center 7505 S Main St----713 693-9175
Post Oak 8040 Post Oak Blvd-------713 993-0022
River Oaks 4296 San Felipe------713 693-9400
Tanglewood 5707 Woodway---------713 693-9225
RIVER OAKS
Fastline 24 Hr Banking----------713 621-6663
Wauga Drive 55 Waugh Dr---------713 693-9215
PROSPERITY BANK
1300 W Cypress Av DAYTON
Channelview Tele No 281 457-3787
PROSPERITY BANK
10365 Eagle Dr MONT BELVIEU------281 576-5444
PROSPERITY BANK 3934 W Fm 1960-----832 249-0651
PROSPERITY BANK 7737 Southwest Frwy---713 777-0748
PROSPERITY BANK INTERNATIONAL
3040 Post Oak Blvd-------------713 439-8144
REDSTONE BANK 109 N Post Oak Ln----713 316-3660
## REGIONS BANK
Toll Free Dial "1" & Then-----800 734-4667
★See Display Ad Previous Page
REGIONS BANK
SPRING OFFICE
7601 Louetta Rd------------281 376-7751
MAGNOLIA OFFICE
18934 FM 1488-----------281 356-1102
HOUSTON OFFICES
2401 S Kirkwood--------------281 556-5556
TOMBALL HOSPITAL OFFICE
805 S Thackeridth Blvd---------281 255-4347
ALVIN OFFICE
221 S Gordon---------------281 331-2616
Houston Offices 2517 River Oaks Blvd----713 524-7216
KROGER IN STORE BRANCH
---------------281 255-3227
PINEHURST OFFICE
32523 Highway 249--------------281 356-6173
TOMBALL MAIN OFFICE
----------------281 255-9799
MAGNOLIA BRANCH
----------------281 356-7845
REGIONS BANK
3491 E Sam Houston Pkwy S Pasadena----281 487-9537
REGIONS BANK 2304 E 517 Rd DICKINSON---281 337-1147
REGIONS BANK 8008 W Main League City---281 332-7576
REGIONS BANK 3901 Main Santa Fe-------281 337-1518
REGIONS BANK MAIN
Tomball Office 419 W Main------281 351-1491
11560 Louetta Rd Suite 100------281 251-7245
Pearland/Broadway Office 2408 Broadway----281 485-0905
REPUBLIC NATIONAL BANK
----------------281 487-8972
REPUBLIC NATIONAL BANK Pasadena----------281 473-6100
REVAD BANK 7000 Louisiana-----------713 224-8073
REVAD BANK 7000 Louisiana---------713 224-8071
ROYAL BANK OF CANADA 12450 Greenspoint------281 875-7133
ROYAL OAKS BANK 13000 Westheimer Rd----281 940-0770
ROYAL OAKS BANK 13000 Bellaire Blvd------281 902-1650
ROYAL OAKS BANK 4207 E FM 1960 West------281 902-1780
ROYAL OAKS BANK 4207 E FM 1960 West------281 902-1650
ROYAL OAKS BANK 1111 Uptown Pk Blvd------713 965-0866
SAKURA BANK THE 1100 Louisiana--------713 754-7200
SANDERSON STATE BANK LENDING OFFICE
----------------281 463-1433

stateform.com®
2035 FM 39-----------------------
SOUTHERN NATIONAL BANK OF TEXAS
5733 2ND ST KATY-----------------281 994-5289
SOUTHTRUST BANK
9601 Katy Frwy------------------713 430-4100
OFFICES
Bunker Hill 960 I Katy Freeway------713 932-4151
Greenspoint 12400 Greenspoint Dr-----713 820-0708
SOUTHTRUST BANK 1233 West Loop South----713 680-8568
SOUTHWEST BANK NA
OFFICES
Hwy 6 North Office 6611 Hwy 6 N----281 859-3435
## SOUTHWEST BANK OF TEXAS
SEE AMEGY BANK OF TEXAS
SOUTHWEST BANK OF TEXAS
Bissonnet & Wilcrest-----281 498-3272
SOUTHWEST BANK OF TEXAS
Sterling Ridge 16375 Kuykendahl Rd---281 465-6300
SOUTHWEST BANK OF TEXAS 1801 Main----713 692-0006
SOUTHWEST BANK OF TEXAS NA
913 Ave L KATY-----------------281 392-3583
## SOUTHWESTERN NATIONAL BANK
2601 Fannin---------------------713 490-0977
6901 Corporate------------------713 771-9700
SOUTHWESTERN NATIONAL BANK
1565 Highway 6 Suite A SUGAR LAND---713 272-5028
STAGE CYPRESS AND 290 FINANCIAL CENTER
17802 Spring Cypress Rd----------281 256-9754
STATE BANK 18415 Fm 1488---------281 252-8705
STATE BANK OF TEXAS
3330 Antoine---------------------713 681-2265
Bookkeeping----------------------713 956-0003

## STATE FARM BANK®



STATE FARM
INSURANCE
statefarm.com®
• Member FDIC
• Equal Housing Lender

For information call a participating
State Farm Agent listed below.

### ALIEF
COOLEY JOE PAUL
3848 S Dairy Ashford-281 531-7445
### BEAR CREEK-KATY
PEREZ ED
20660 Westheimer Pkwy Katy
------------------281 828-2222
### BELLAIRE-WEST
### UNIVERSITY
STOMEL JAN L
OPEN EVENINGS-SATURDAY BY
APPOINTMENT
4900 Bissonnet Bellaire
------------------713 660-0990
### CENTRAL LOOP-EAST
PEREZ ANDREW R
6606 Lawndale Houston
------------------713 923-6430
### CYPRESS
CARROLL J B
13712 Cypress-North Houston Cypress
------------------281 890-3100
### DEER PARK-
### LAPORTE
ANDING AL
712 West Fairmont Pkwy Laporte
------------------281 471-0160
### DOWNTOWN-
### MIDTOWN-MEDICAL
### CENTER
BANKS JAMES H
4809 Main Houston--713 523-7100

statefarm.com®
## GREENSPOI
LENNON JR GEORGE W
11005 North Frwy---- 281
## HEIGHTS
CEBALLOS CHRISTINA
427 W 20th St Houston
------------281
## MEMORIAL/W
## HOUSTON
CONNOLLY BOB
454 S Hwy 6--------281
## NORTHSHO
## CHANNELVI
FAHRENHOLZ DAVID P
www.fahrenholz-insurance.com
5805 Beltway 8 & Wallisvill
------------713
## NORTHWE
## TOMBAL
BUNCH PAMELA K
13103 FM 1960 West Hous
------------281
LEE SHERRY
10780 Grant Rd------281
PRICE RODERICK E SR
12777 Jones Rd------281
## PASADEI
PHELPS JOHN H
4207 Fairmont Pkwy--28
PHELPS KEN
4207 Fairmont Pkwy--28
## PEARLA
SIMMONS BERT
9330 Broadway Pearland
------------28
## RIVER OA
## MONTRO
WALLACE JACK
3405 Mercer--------71
## SOUTHEA
BEECHER CYNTHIA M
11705 S Sam Houston Pk
------------28
EPPERSON THUY
www.thuyepperson.com
10904 Scarsdale Blvd H
------------21
JASMINOY JAVIER
12587 Gulf Frwy Housto
------------21
RICHARDSON JR NOR
12403 Scarsdale------2
SPENCER STEVE
12132 Gulf Frwy-----7
## SOUTHW
BALLARD SUSAN F
susan.ballard.b4u2@state
WESTHEIMER AT FONDR
8811 Westheimer----7
MASTERS JENNIFER
3300 S Gessner Houston
## SPRING BR
## MEMOR
BOURGEOIS LESLIE J
1080 W Sam Houston P
## SPRING-CHA
STUCKEY KERRY
"SE HABLA ESPAÑOL"
6605 Cypresswood Dr

RAC00031222



**AREA CODES 704 & 980**  **CHARLOTTE BUSINESS**  **REED'S-REMAX**

## REHAB CENTER THE INC.

2610 E 7th St Char 28204 .............. **704-375-8900**

## REISS PAUL I. DPM** podiatrist

4915 Albemarle Rd 28215 .............. **704-568-5444**

**The Real Estate Leaders**

**RE/MAX Executive Realty**
www.charlotteproperty.com

SouthPark          **704 540-7500**
6842 Morrison Blvd • Charlotte

Ballantyne Area    **704 549-3000**
7825 Ballantyne Commons • Charlotte

Huntersville/Lake Norman  **704 815-3200**
9601 Holly Point Dr • Huntersville

York County        **803 548-6555**
757 Stockbridge Dr • Fort Mill, SC

Each Office Independently Owned & Operated

**RE/MAX EXECUTIVE REALTY**

**RE/MAX METRO REALTY**

**UNIVERSITY**



**Above the Crowd!**

RAC00031224



RAC00031225

JUN-7-2007  10:53A FROM:INDEPENDENCE REGIONA 7045679703          TO:12024293902          P.5/5



**FIRST CITIZENS BANK**

**FIRST TRUST BANK**
www.firsttrustnc.com

**RBC CENTURA**
24 HOUR ACCOUNT INFORMATION
www.rbccentura.com

**REGIONS BANK**
www.regions.com


**SCOTTISH BANK THE**
You'll feel right at home here.
www.thescottishbank.com

get closer
to your Bobcats
**BOBCATS**
bobcatsBasketball.com

**SunTrust**
"GENERAL INFORMATION"

**Banners**

CUSTOM BANNERS
STOCK GENERIC BANNERS
MasterCard & Visa Accepted

DISCOUNT BANNERS
WWW.CAROMARK.COM



**160  Banks-Banners**                    The *Real Yellow Pages* from BellSouth

### Banks-(Cont'd)

**First Tennessee**
Account And Product Information
Customer Service ................................. 748-8380
( Please See Our Display Ad Previous Page )
First Tennessee Home Loans Office
Nashville
2232 21st Av S ................................. 297-1766
Full Service Financial Centers
Nashville
Belmont/Hillsboro
1306 21st Av S ................................. 292-2258
East Nashville
908 Woodland St ................................. 227-7411
Elm Hill-Airport
2740 Elm Hill Pike ................................. 871-1714
Harborn
2360 Murfreesboro Pke Nashville ........ 963-7290
Southern Hills
4400 Nolensville Pke ................................. 331-9161
First Tennessee Bank
427 W Main St Hendersonville ............ 822-4900
First Tennessee Financial Center
2316 Abbott Martin Rd Nashville ........ 298-6011

**1ST TRUST BANK, FSB SAVINGS**
For Locations, See The White Pages, Or
www.1sttrustbank.com
FDIC Insured      Equal Housing Lender
1st Line 24 Hour Banking Toll
Free-Dial "1" & Then ................................. 800 817-3455
Bank Office ................................. 615 221-5104
Mortgage Office ................................. 615 221-0440
1st Trust Solutions ................................. 615 221-0440

FirstBank 200 4th Av N Nashville .......... 313-0060
FirstBank 2202 Fairview Blvd Fairview .......... 799-7700

**MIDSOUTH BANK**
ALL OFFICES ................................. 278-7100

Nashville Bank & Trust 4325 Harding Pk ..... 515-3700

# OLD HICKORY
# CREDIT UNION
www.ohcu.com
1000 Industrial Dr Old Hickory
.................................................... 847-4043

**PRIMETRUST BANK**

## PrimeTrust Bank
*"Your Success is Our Prime Concern"*
www.primetrustbank.com
Prime24 Telephone Banking:
646-9809
Member FDIC

7601 Highway 70 S ................................. 646-4555
Ashland City Office ................................. 682-8070
Brentwood Office ................................. 312-8210
Cool Springs Office ................................. 771-1065
Dickson Office ................................. 740-2240
Franklin Office ................................. 598-5960
Green Hills Office ................................. 690-5500
Commercial Lending ................................. 690-6635
Mortgage Services Nashville .......... 646-5335
Mortgage Services Cool Springs ...... 390-7025
Operations Department ................................. 662-6000
SBA Division ................................. 690-5985

PrimeTrust Bank
4320 Thoroughbred Ln Brentwood ...... 312-8230
PrimeTrust Bank 2019 Richard Jones Rd .. 690-5985
PrimeTrust Telephone Banking .......... 646-9809

**REGIONS BANK**
See White Pages For Branch Listings
Toll Free-Dial "1" & Then ................ 800 734-4667
Nashville Village
3250 Murfreesboro Rd ................................. 367-4066

**RELIANT BANK**
*Clearly Better*
www.reliantbank.com
1736 Carothers Pkwy Brentwood ...... 221-3020

Let The Real Yellow Pages
Help You Find It!

---

**RENASANT BANK**

## RENASANT BANK
*We're more than a bank*

### Call Us For Your
### Commercial Lending Needs
Member FDIC and
Equal Housing Lender
www.renasantbank.com

Suite 160
5250 Virginia Way Brentwood ............ 507-1477
West Main
34-Hour Automated Account
Information Toll Free-Dial "1"
& Then ................................. 800 960-1901
Customer Service Toll
Free-Dial "1" & Then ................ 877 367-5511

**STATE FARM BANK®**

State Farm
Agency
Nashville
State Farm
296 White Bridge Pke Nashville .......... 356-3508

statefarm.com

Bank.

· Member FDIC
· Equal Housing Lender
For information call a participating
State Farm Agent listed below.

**ANTIOCH**
Allen Bobby
3200 Mt View Rd Antioch ................ 731-7457
Maurice Bath 5510 Nolensville Pike .... 332-9876
**BRENTWOOD**
Henderson Jay
7000 Executive Center Dr Brentwood .. 377-8735
Lafla Mary
185 Greenlea Crag Brentwood .......... 373-1432
**FRANKLIN**
Smith Brian
1795 General George Patton Dr Franklin .. 771-2330
**HERMITAGE**
Sam Bobby
3900 Old East St Steele New Bridge .... 885-5000
Puckett Cindy
4443 Lebanon Rd Hermitage ............ 885-9090
**MT JULIET**
Gress D Gary
952 W Division St Mt Juliet ............ 758-6420
**NASHVILLE**
Banks Shelley
4833 Trousdale Dr Nashville ............ 833-1308
Burke Valerie 5012 6th Av S ............ 259-8050
Grant Michael C
2017 West 3rd Av Nashville .......... 321-8302
Eubank Sam
915 Harpeth Valley Plaza ................ 646-1551
Jones Terry W
2214 Metrocenter Blvd Nashville ...... 256-1666
McClain Lester C
3209 Charlotte Av ................................. 385-0499
Fisher Phil 1
801 Old Hickory Blvd ................................. 
5014 Waterworth Rd ................................. 832-0897
Sargent Carol W Jr
Green Hills
4094 Hillsboro Rd ................................. 385-1700
Stewart Barbara 3949 Lebanon Rd .... 791-5300
Underwood Ed
4313 Highway 70 S Bellevue ............ 352-4333
**WHITES CREEK**
Galvin Mike 3340 Hwy Ave .......... 873-7774

**SUNTRUST**

SunTrust
We offer everything
you want from a bank

See White Pages For
Branches & Departments
Member FDIC - Equal Housing Lender
**GENERAL INFORMATION**
SunTrust
24 Hour Access To Account And Loan
Information To Open A New Account
To Apply For A Loan-For Customer
Service ................................. 391-3216
SunTrust Directory Assistance ........ 748-4930

---

**TENNESSEE CREDIT UNION THE**

## THE TENNESSEE CREDIT UNION
www.tcu.org

Main Branch
1400 9th Av S Nashville ................ 244-1810
Cool Springs Branch
1209 Mallory Lane ................................. 790-7800
West Branch
197 White Bridge Rd ................................. 352-1544
Riverside Branch
717 Rivergate Parkway
Goodlettsville ................................. 868-0280
Gallatin Branch
882 Nashville Pike ................................. 452-7910
Express Call Audio Response .......... 242-0232

**US BANK**
Toll Free-Dial "1" & Then ........ 800 872-2657
U S Bank
Branch Offices
Brentwood
Brentwood Tn Office ................................. 377-5780
Nashville
Northern Village Kroger Office .......... 340-2649
2884 Murfreesboro Pke ................

**WACHOVIA**

## WACHOVIA

· A financial service provider focused
  on superior customer service
  Member FDIC
· See our listing under Wachovia
  in the White Pages for a
  Financial Center near you
· Visit us at wachovia.com

24 Hour Telephone Access
Toll Free-Dial "1" & Then ............ 800 WACHOVIA
Toll Free-Dial "1" & Then .......... 800 922-4684
Small Business Telephone Access
Toll Free-Dial "1" & Then ........ 800 566-3862

Wachovia Superstore 509 10th Av S .... 301-8802

**WILSON BANK & TRUST**

### Visit Us At
### www.wilsonbank.com
4795 Andrew Jackson Pkwy
Hermitage ................................. 885-0046
317 Donelson Pke ................................. 222-9925
1476 N Mt Juliet Rd ................................. 754-0630
Hendersonville Branch ................................. 449-8333
Investments Hermitage ................................. 885-4929
Mortgage Dept Hermitage ............ 872-7842
Investments Mt Juliet ................................. 547-5395
Mortgage Dept Mt Juliet ................ 547-5505

Wilson Bank & Trust
Donelson Branch
632 Donelson Pke ................................. 279-1925

### Banners

A Phy Digital Reprographics
4246 Cruisys Dr Antioch ................ 254-6356

**ADVANTAGE SIGN CO INC**
## CUSTOM BANNERS
## SPECIAL EVENTS
## TRADE SHOWS
4 Color Digital Banners &
Point-of-Purchase Signage
1345 Sprouse Rd Nashville ............ 872-7448

---

**ADVENT MARKETING RESULTS**
INTERIOR & SHOWROOM SIGNAGE
High Quality For Best Results
10 FT. WIDE W/O A SEAM
2329 Crown St Nashville .................

**AMERIGRAPHICS SIGN COMPANY**
FAST & FRIENDLY
· Digital Printing · Magnetics · Vinyl
Vehicle & Window Graphics · Banners
ALL MAJOR CREDIT CARDS ACCEPTED
www.amerigraphics.net
2324 Wilma Rudolph Blvd
Clarksville Tn ...

**R AND B SILKSCREEN**
Nashville's Real Estate Sign
Headquarter's For Over 40 Years
917 Woodland St Nashville .................
Real Signs & Graphics Hendersonville .......

**ENDLESS EDGE**
Large & Grand Format Printing
Banners, Backdrops & Event
Cloth, Vinyl, 20 + Stock Media
10', Wide, 6 Color Solvent Printer
www.EndlessEdge.com
435 Southward Ln Franklin .................

**FASTSIGNS**
Custom Banners and Signs
· Full Color Digital Printing · Large & Sm
· Banner Stands ...... · Vinyl Lettering
· Ready to Apply ...... · Magnetic Signs
See Our Ad under Signs

Green Hills
2016 Glen Echo Rd .......................... 615 385
Hickory Hollow
5300 Mt View Rd .......................... 615 170

Flag Shop The 349 Dory Mills Dr Nashville ...

**HAWKEYE SIGNMAKERS**
46-F Industrial Park Dr Hendersonville ...

**HKI Shel Sign Company**
J Niel Cooperston 2010 Azalea Pl
JARVIS AWARD SIGN & FLAG CO
Formerly Clipped Award Sign Flag Co
115 Old Hickory Blvd E Madison ...........
Madison Trophy Shop
912 Madison Sq Madison ...................
**NASHVILLE TENT & AWNING CO**
1301 Harmon St Nashville .................
Products Signmakers
www.portlandsignworks.com
1701 Hd Av .........................

**SIGN STATION**
**CUSTOM BANNERS & SIGNS**
See Our Display Ad At Signs
816-B Dennison Pke Nashville ...........

**SIGNOLOGY**
13325 Lebanon Rd Mt Juliet ...............

**SIGNS FIRST**
· Banners ★ Sporting Events
★ Trade Show Signs
★ 4 Color Digital Banners
★ Embroidery
ALL WORK GUARANTEED
One Day Service
4516 Harding Rd .........................
1594 Galbraith Rd B .........................

**SIGNS FAST**
1694 Gallatin Pke N .........................

**SIGNS NOW**

# SIGNS NOW.
# CALL NOW.
Providing Sign and
Graphic Solutions For
Businesses Everyday
· Full Color Digital Imaging
www.signsnowtn.com
435 Donelson Pke Nashville ...............
134 George L Davis Blvd .................

*Classification Continued Next Column*

---

RAC00031228

FROM :                          FAX NO. :                    Jun. 05 2007 02:48PM  P3

REGIONAL-RHEA              AREA CODE 318                    ALEXANDRIA

Regional Hospice Services
3600 Jackson St Alexandria 71303 -------------- 448-9064
Regional Medical Rental & Sales
3003 N MacArthur Dr 71303 -------------- 449-4510

## REGIONAL MEDICAL
## RENTAL & SALES
3003 N MacArthur Dr Alexandria 71303

### 443-6522

REGIONS BANK—
 Customer Service Center
  Toll Free-Dial '1' & Then -------------- 800 REGIONS
 Loan By Phone
  Toll Free-Dial '1' & Then -------------- 800 588-1267
 Branch Locations—
  Downtown Office 803 6th St 71301 -------------- 484-4721
  Centre Office 1440 Dorchester Dr 71301 -------------- 484-4913
  MacLee Office 3412 Maclee Dr 71302 -------------- 484-4805
  Westgate Office 333 MacArthur Dr 71303 -------------- 484-4741
  Hwy 28 Office
   3590 Hwy 28 East Pineville 71485 -------------- 448-2201
  Pinecreek Office
   3201 Monroe Hwy Pineville 71360 -------------- 640-6869
  Commercial Loans -------------- 484-4713
  Regions Mortgage 1440 Dorchester 71301 -------------- 484-4839
  Regis Salon Alexandria Mall 71301 -------------- 445-8414
  Register Sandra 6720 Longleaf Tr Ball 71405 -------------- 640-0655
  Rehab Xcel 2602 Hwy 28 E Pineville 71360 -------------- 448-4191
 Rehabilitation Specialists
  3347 Masonic Dr 71301 -------------- 443-3311
 Rehoboth Investment Builders
  109 Texas Av Alexandria 71301 -------------- 448-9206
 Reich Charles & Janet
  100 Drummond Ln 71485 -------------- 473-9677
 Reich Ray & Barbara 10140 Hwy 165 S -------------- 448-3749
 Reich Robert 46 Smith Rd Lecompte -------------- 443-4250
 Reich Tee Ray II & Claudine
  306 Country Club Dr Pnvl 71302 -------------- 641-8880
 Reichard Raul Dr 4816 Whitehall Blvd -------------- 561-0186
 Reichle Albert 112 Walker Dr Pineville 71360 -------------- 640-7059
 Reichman James 12558 Hwy 71 Colfax 71417 -------------- 640-5593
  Childrens Telephone
   12558 Hwy 71 Colfax 71417 -------------- 640-5594
 Reichman James 12558 Hwy 71 Colfax 71417 -------------- 640-5994
 REICHMAN JAMES B 728 Jackson St 71301 -------------- 442-3211
 Reid Ann 1250 Dorchester Dr 71303 -------------- 445-7333
 Reid Fred M 311 Camille St -------------- 448-8548
 Reid India 3123 Nelson St Alexandria 71301 -------------- 619-9530
 Reid James Larry 1636 Audubon Dr -------------- 442-0036
 Reid Will & Jill 12760 Bullet Ln Deville 71328 -------------- 466-1292
 REID'S CAR CARE 3308 Windsor Pl 71303 -------------- 445-3090
 Reigning PC 1927 Day St 71301 -------------- 487-0388
 Reilley Ann F MD
  8425 Cumberland Pl Baton Rouge 70806
   -------------- Alexandria Tel No 442-6669
 Reilly Ignatius J
  1700 Beech St Alexandria 71301 -------------- 445-2727
 Reimer Chris 3116 Bear Tr Alexandria 71301 -------------- 442-6487
 Reimer Chris 5226 Benjamin St Alexandria 71303 -------------- 445-9399
 Reimer D & L 79-1 Stafford Rd Pineville -------------- 442-2559
 Reimer David & Beth
  5412 Old Marksville Hwy Pineville 71360 -------------- 561-9748
 Reimiller Byron C 3210 Elliott St 71301 -------------- 445-9527
 Reine June 63 Dupuy Ln 71302 -------------- 445-5975
 Reinhardt James 6014 Ball Ln 71303 -------------- 473-2554
 Reisner Shawn & Amber
  328 Iris Park Dr Pineville 71360 -------------- 641-0196
 Reisner Jas P 215 Evergreen Ct 71405 -------------- 640-6704
 Reliable Financial Service Of Pineville Inc
  300 Main St Pineville 71360 -------------- 445-9575
 Reliable Medical Inc
  3900 Sterkx Rd Alexandria 71301 -------------- 442-0017
 Reliant Energy
   -------------- See CenterPoint Energy
 Reliant Rehabilitation
  5100 Jackson St Alexandria 71303 -------------- 487-4658
 Reliford Cheryl 220 Sunset DR Alex 71301 -------------- 442-2314
 REMEDIOS DAVID M DR
  5615 Jackson St Alexandria 71303 -------------- 442-6989
 Remedios David & Yvonne
  6212 Grand Oak Dr 71302 -------------- 487-1401
 REMEDY INTELLIGENT STAFFING
  1260 Texas Av Alexandria 71301 -------------- 449-9675
 Renaissance Home For Youth
  6177 Bayou Rapides Rd 71303 -------------- 473-0530
 Renda John 2827 MacArthur Dr -------------- 445-6692
 Renda Rodney
  4325 Clubhouse Dr Alexandria 71303 -------------- 449-4771

Renea G -------------- 442-0171


## Renegade  Harley-Davidson
### 318-448-1509
2030 North Mall Dr • Alexander
### 1-866-266-3300
www.renegadehd.com

Renegade Harley-Davidson Buell
 2030 North Mall Dr Alexandria 71301 -------------- 448-1509
Renegar Don 4025 Mayflower Blvd -------------- 443-0634
Renegar Gerald & Neil
 1727 Shirley Park Pl Alexandria 71301 -------------- 443-0577
Renew Faith Apostolic Assembly
 1718 Ulster Dr Alexandria 71303 -------------- 449-9060
Renewed Faith Missionary Baptist Church
 522 Douglas St 71302 -------------- 473-4006
Renfrow Chad & Evelyn
 716 Rocky Bayou Dr Pineville 71360 -------------- 640-1971
Renfrow Ray
 1507 Bayou Maria Rd Pineville 71360 -------------- 448-1877
Renise Nicole 6101 N Bolton Av 71303 -------------- 445-1112
RENOIS DANIEL MD
 425 Scott St Alexandria 71301 -------------- 445-7355
Renois Daniel MD 821 Elliott St 71301 -------------- 441-1030
Renois Kasey 6016 Pepper Tree Dr -------------- 487-4702
Renshaw Paula 410 Pine Lake Dr Pineville 71360 -------------- 561-6794
Rent-A-Center—
 400 Bolton Av 71301 -------------- 473-8301
 Westgate Shopping Center -------------- 487-9777
Rent-It-Company
 -------------- See Rental Service Corporation

## RENTAL COMPANY
## THE
820 Dallas Av Alexandria 71302 -------------- 449-1011

Rental Gallery 536 MacArthur Dr 71303 -------------- 443-3661
Renwick Joe F
 5635 E Circle Dr Alexandria 71301 -------------- 487-1786
Renzi Community Home 347 Browns Bend Rd -------------- 442-7037
Reppond Joey 23 Alvin Dr 71360 -------------- 443-3969
Reproduction Supply Agency engrs suplis-
 Printing Dept 1/35 Elliott St 71301 -------------- 443-8371
REPUBLIC BEVERAGE COMPANY
 618 Murray St Alexandria 71301
  Toll Free-Dial '1' & Then -------------- 800 966-4984
REPUBLIC FINANCE
 1523 Peterman Dr Alexandria 71301 -------------- 442-2201
Reschke Ewald A
 1206 Skyline Dr Pineville 71360 -------------- 443-3435
Resettlement Center Of Central Louisiana
 525-A Main St -------------- 449-3199
Residential Design 2519 Avenue B 71301 -------------- 445-6891
Residential Design Studio Alexandria -------------- 201-1292
Resourcenet International
 -------------- See Xpedx
Restland Memorial Gardens cemtry
 1307 Monroe Hwy Pineville 71360 -------------- 448-0846
Restoration Apostolic Ministries
 3029 Olcutt St 71301 -------------- 473-4437
Restructure Petroleum Marketing Service Inc
 5244 E Hwy 28 Pnvl 71477 -------------- 445-1904
Retired Senior Volunteer Program
 204 Chester St -------------- 442-2405
Rators Steve L 1406-1/2 Creed St Pineville 71360 -------------- 443-5164
Reuben Dequesha
 3717 Falker St Alexandria 71301 -------------- 483-4608
Revelett Marion L & Deborah
 4506 Tennyson Oaks Ln -------------- 443-7255
Revels D F Dr ret 9990 Jackson St 71303 -------------- 473-0974
 Reg 5204 Lark Ln 71303 -------------- 473-9801
Revoir Angelique 2914 Thomas St -------------- 448-2223
Revoir Babbye 915 Overton St Pineville 71360 -------------- 641-6716
Rexel Duane 5205 Edward Av -------------- 445-9811
Rex TV 3437 Masonic Dr -------------- 449-1301
Rexel 3008 Broadway Aven 71302 -------------- 445-6462

Rexel Southern—
 Toll Free-Dial '1' & Then -------------- 808 93
Rexel Summers
 3008 Broadway Av Alexandria 71302 -------------- 45
Rexer J B Jr 5003 Larkspur Dr -------------- 45
Rey Adams Billy 4803 Pardue Rd Pineville 71360 -------------- 64
Reyes C 5319 Airview Dr Alexandria 71302 -------------- 45
Reyes Naomia R
 2121 Madison St Alexandria 71301 -------------- 45
Reyes Nestor & Joyce -------------- 45
Reyes Orlanda 3017 Herbert St 71301 -------------- 45
Reyes Shannon 2806 Corby St Alex 71301 -------------- 45
Reyes Tina 1221 Oriole Ln Ball 71405 -------------- 64
Reynaud Coledia Rev 6479 Bouef Trace 71301 -------------- 45
Reynaud Ervin 1391 Hwy 457 71346 -------------- 45
Reynaud Gregory 51 North Lake Dr 71485 -------------- 64
Reynaud K 627 Washboard Rd Ball 71360 -------------- 44
Reynaud Cloyd S 5406 Airview Dr 71302 -------------- 45
Reynaud Ryan 49 Bayou Oak Dr -------------- 45
Reynaud Steve & Lisa 3822 Brenda St 71302 -------------- 45
Reynaud Eldnar 6101 N Bolton Av 71303 -------------- 45
Reynolds Aubrey 222 Nation Rd 71328 -------------- 45
Reynolds Austin
 177 Woodson Landing Rd Deville 71328 -------------- 46
Reynolds Charles W
 6201 Bouef Trace Alexandria 71303 -------------- 46
Reynolds Chéyeama B
 121 Shanghai Rd Ball 71405 -------------- 46
Reynolds Clarence R
 6605 Tennyson Oaks Ln Alexandria 71301 -------------- 44
Reynolds Darren & Tracy
 4705 Whispering Pines Loop Pineville 71360 -------------- 64
Reynolds Ethel 3712 3rd St -------------- 44
Reynolds Ethel 5512 Jude St Alexandria 71301 -------------- 44
Reynolds Francis & Mary Jean
 1003-B Rya Dr Alexandria 71303 -------------- 44
Reynolds Frederick 5830 Deerfield Dr 71301 -------------- 44
Reynolds Helane A 2808 N City Park Blvd -------------- 44
Reynolds Hilton & Wanda
 8305 Shreveport Hwy Pineville 71360 -------------- 44
Reynolds Insurance
 7919 Shreveport Hwy Tioga 71360 -------------- 44
Reynolds J M 1250 Dorchester Dr -------------- 44
Reynolds James
 402 Brookwood Dr Woodworth 71485 -------------- 42
Reynolds James D & Faye
 2420 Hwy 457 71302 -------------- 44
 Computer Line 2420 Hwy 457 71302 -------------- 44
Reynolds Janice
 1741 White St Alexandria 71301 -------------- 44
 Childrens Telephone
  1741 White St Alexandria 71301 -------------- 44
Reynolds Jerry W 212 Mosby Dr Pineville 71360 -------------- 64
Reynolds Jimmy & Phyllis Mann
 2411 Hwy 457 71302 -------------- 44
Reynolds John P & Lynne
 6605 Tennyson Oaks Ln Alexandria 71301 -------------- 44
Reynolds Judson & Christa
 6605 Tennyson Oaks Ln Alexandria 71301 -------------- 44
Reynolds L C 67 Lucas Rd Deville 71328 -------------- 46
Reynolds L D 82 Tennessee Av -------------- 44
Reynolds L R 2408 Hwy 457 71302 -------------- 44
Reynolds Larry N
 912 Retreat East St Pineville 71360 -------------- 64
Reynolds Louise B
 102 & O F Av Pineville 71360 -------------- 64
Reynolds Maryfin 410 Amazon Rd Pnvl -------------- 44
Reynolds Rebecca 1866 Hwy 115 Deville 71328 -------------- 46
Reynolds Russell 6906 Misty Ln Pineville 71360 -------------- 64
Reynolds Ryan 373 Magnolia Dr -------------- 44
Reynolds Terry 89 Lucas Rd Deville 71328 -------------- 46
Reynolds V L 3940 Old Marksville Hwy Pineville 71360 -------------- 56
RGC Auto Sales LLC
 5609 Monroe Hwy Ball 71405 -------------- 64
Rhame Barbara 877 Robinson Bridge Rd -------------- 48
Rhame Jessilee
 476 Twin Bridges Rd Alexandria 71303 -------------- 48
Rhame Kenneth 119 Georgetown Dr 71303 -------------- 47
Rhame Melissa
 154 S Dogwood Ln Dry Prong 71423 -------------- 44
Rhame Randall L 214 Mark St -------------- 48
Rhea Milton S PhD 1232 Maryland Av 71301 -------------- 44
Rhea Milton Slater 915 City Park Blvd -------------- 44
Rhea Richard 5608 Mildred Av -------------- 48

FROM :                          FAX NO. :              Jun. 05 2007 02:49PM  P4

BELLSOUTH   Find it at YELLOWPAGES.COM™

**Banks (Cont'd)**

www.regions.com

# RED RIVER BANK
An Independent Community Bank • Member FDIC

# Totally Free! Checking

**Your Community Banking Centers:**
ALEXANDRIA (Main Office)...1412 Centre Court Drive
DOWNTOWN.............600 Jackson Street
FOREST HILL............4292 Highway 112
LECOMPTE..............1210 Walt Street
NORTH MALL............3422 North Boulevard
NORTH RAPIDES.........4425 Monroe Highway
PINEVILLE..............3120 Highway 28 East
COMING SOON...........Highway 28 West

**Lending Departments:**
COMMERCIAL BANKING........318-561-4000
MORTGAGE LENDING.........318-561-4035
PRIVATE BANKING..........318-561-4054
SMALL BUSINESS BANKING...318-561-4000

Let us find the best insurance rates for you.
**RED RIVER INSURANCE SERVICES, LLC**
Call for a free quote: 318-561-0203
• Auto  • Business • Home

# RED RIVER
INVESTMENT GROUP
A division of Red River Bank

Main Office: 318-561-4000 • Customer Service: 318-561-5800 • 24 Hour Account Info.: 318-561-BANK (2265) • www.redriverbank.net



# Southern Heritage Bank

**Bank Line Phone 1(800)992-7059**

Your leader in Banking Technology
Internet Banking
Mortgage Loans
ATM Services

**ALEXANDRIA**
5221 Jackson Street Ext.
561-2227

5617 Hwy 28 West
442-2228

**PINEVILLE**
3696 Hwy 28 East
442-5250

**BALL**
4617 Monroe Hwy
640-4550

www.shbnet.com

A Solid Past...A Bright Future.



Think FIRST for All Your Financial Needs
# FIRST FEDERAL BANK
OF LOUISIANA
• Home Loans
• Consumer Loans
• Checking
• Savings
• Investments

**ALEXANDRIA**
5615-A Jackson St.
(318) 443-9540

**DERIDDER**
519 N. Pine St.
(337) 462-2425

**OBERLIN**
110 N. 6th St.
(337) 639-2036

**OAKDALE**
222 S. 10th St.
(318) 335-2031

**LAKE CHARLES**
Main Office
1135 Lakeshore Dr.
(337) 433-3611

McNeese
324 E. McNeese St.
(337) 480-0189

Oak Park
2440 Hwy. 14
(337) 477-6204

Nelson
4090 Nelson Rd.
(337) 480-0806

**NATCHITOCHES**
Keyser
701 Keyser Ave.
(318) 352-5511

University
9696 Hwy. 1 Bypass Suite B
(318) 352-6383

**MOSS BLUFF**
640 Sam Houston Jones Pkwy.
(337) 855-4545

**SULPHUR**
2250 Maplewood Dr.
(337) 625-6388

**WESTLAKE**
2214 Sampson St.
(337) 439-3062

Online Banking @ ffbla.com
24 Hour Account Information 337-421-1234
Outside Local Area 1-800-360-1238

RAC00031230



veri on

**Verizon Yellow Pages**
superpages.com
America's Best Yellow Pages™

# GREATER
# RICHMOND
Includes Listings for All Local Exchange Telephone Companies
**AREA CODE 804 • JANUARY 2007**




To check menus, hours and credit cards accepted, turn to *Dining Your Way*



Your guide to valuable savings. Shop on. Save on!



Looking to brighten your smile? Quick! Turn to Dentists for fast help.



**Proud Partner of
the Richmond Braves**

Order any directory anytime by calling 1-800-888-8448 or online at www.directorystore.com



BEFORE    AFTER

*Have the Smile of Your Dreams!*
• NO SHOTS* • NO PAIN*
• NO DRILLING OF SENSITIVE
  TOOTH STRUCTURE* *in most cases

LUMINEERS
BY CERINATE

**266-2074**

*Dr. Hart practices family dentistry and is certified and experienced in providing Sedation Dentistry*

Verizon Recurities. The white and yellow pages are printed on paper containing up to 40% post-consumer recycled fiber. ©2007 Idearc Media Corp. All rights reserved.

RAC00031231



**BANKS** 149



First Community Bank

## The Bank of Richmond
### The Friendliest Bank in Town

Loans • Deposit Accounts • Mortgages • Construction Lending

### BRANCH LOCATIONS:

5300 Patterson Ave. Richmond ---------- 288-7151
2730 Buford Rd. ---------------------------- 320-1397
8905 Fargo Rd. @ Parham ------------------ 270-2822
8209 W. Broad St. @ Parham -------------- 346-4559
13804 Hull St. @ Harbour Pt. ------------- 521-6585
12090 W. Broad St. ------------------------- 521-6575
Mortgage Division -------------------------- 521-6678

First Union
3608 West Cary St ------------------- 254-1560

FRANKLIN FEDERAL SAVINGS AND LOAN ASSOCIATION OF RICHMOND

**Franklin Federal**
SAVINGS AND LOAN
Association of Richmond
• Money Market Checking Accounts
• Savings • Certificates of Deposit
• First and Second Mortgage Loans
• Construction Loans • Lot Loans
Equal Housing Lender
Member FDIC
4501 Cox Rd Glen Allen
**967-7000**
4501 Cox Rd Glen Allen --------- 967-7000

Harris Williams
1001 Haxall Pt Richmond -------------- 648-0689
Jos A Banks
11733 W Broad St Richmond ----------- 364-3617

**MILLENNIUM BANK**
9921 W Broad St Richmond -------- 217-6040
Paragon Commercial Bank
6806 Paragon Pl Richmond --------- 545-7540
Peoples Bank Of Virginia Inc
6951 Oxbottom Rd Chesterfield ----- 748-4284
Peoples Bank Of Virginia Inc
9754 Hopkins Rd Richmond ---------- 271-0682
Peoples Bank Of Virginia
2705 N Parham Rd Richmond -------- 270-0800
Peoples Bank Of Virginia
14441 Sommerville Ct Midlothian --- 794-7810

**PROVIDENT BANK**
www.provbank.com
**900 PBM LEND**
**888 TOP BANK**
see white pages for branch listings
Toll Free --------------------- 800 952-9644

**REGIONS BANK**
Commercial and Private Banking ---- 225-1199
Corporate Banking ------------------- 225-1188
Regions Financial Corp
1957 Western Pkwy Richmond ------ 934-5400
Resource Bank
6730 Stony Point Pkwy Richmond -- 565-4400
Branch Location --
6730 Stony Point Pkwy Richmond -- 565-4400

**RIVER CITY BANK**



PEEBLE CREEK
804-569-0422
6127 Mechanicsville Turnpike
MECHANICSVILLE VILLAGE
804-569-0335
8051 Mechanicsville Turnpike
HIGHLAND SPRINGS
804-328-5666
100 East Nine Mile Rd
LEE DAVIS (ADMIN)
804-730-4100
7402 Lee Davis Rd Mechanicsville
www.rivercitybank.org
6127 Mechanicsville Turnpike ----- 569-0422

River City Bank
8051 Mechanicsville Tpnk
Mechanicsville ---------------------- 569-0335
River City Bank
100 E Nine Mile Rd Highland Springs - 328-5666
River City Bank Adm
7402 Lee Davis Rd Mechanicsville - 730-4100
South Trust Bank Na
4181 Cox Rd Glen Allen ------------- 418-7966
SouthTrust Bank
Offices
Goochland Courthouse
6435 Lucas Logan Rd ---------------- 275-1572
Southtrust Bank
16791 W Broad St Glen Allen ------- 727-3100

CONTINUED NEXT LISTING PAGE

Federal Reserve Bank Of Richmond
701 E Byrd Street -------------------- 697-8000

**1ST ADVANTAGE FEDERAL CREDIT UNION**
Toll Free ----------------------- 800 359-7650
First Capital Bank
1504 Santa Rosa Rd Richmond ----- 281-4182

**FIRST CAPITAL BANK INC**
Hometown Personalized Banking
Service For Consumers And Small
Business
4101 Dominion Blvd Glen Allen --- 273-9300
4600 W. Hundred Rd, Chester --- 748-6197
1985 Wakefield St., Petersburg --- 733-2350
469 S Washington Highway Ashland - 804 752-0090
1580 Koger Center Blvd Ste C
Richmond ---------------------------- 804 378-3661
1776 Staples Mill Rd. Richmond ---
4222 Cox Rd. Ste. 200 Glen Allen -- 804 273-3160
1504 Santa Rosa Rd Richmond ----- 804 281-4182

**FIRST CITIZENS BANK**
Member FDIC
For A Complete List
Of Offices Please Refer
To The White Pages
www.firstcitizens.com

ACCTS INFO NEW ACCTS & LOANS
**FIRST CITIZENS BANK**
Toll Free --------------------- 888 323-4732

**FIRST COMMUNITY BANK**
905 N Parham Rd Richmond ------- 741-4600
(See Our Display Ad This Page)
First Community Bank
4121 Cox Rd Glen Allen ------------- 270-0577

FIRST FEDERAL SAVINGS BANK OF VIRGINIA

First Federal Service Bank

"The Small Bank That's Big On Service"
Savings • Interest Checking
Mortgage Loans • Consumer Loans
Commercial Checking • Commercial Loans
Equal Housing Lender - Member FDIC
FOR FURTHER INFORMATION CALL:
BRANCHES
4232 Bonnichsens Rd., Richmond -- 271-8976
406 N. Ridge Rd., Richmond -------- 285-4540
4600 W. Hundred Rd., Chester ----- 748-6197
1985 Wakefield St., Petersburg --- 733-2350
9805 S. Sycamore St. ---------------- 732-6822
3209 Boulevard, Colonial Heights - 526-1563
1421 W. City Point Rd Hopewell --- 458-0823
1703 N. Main St., Suffolk ----------- 925-1404
1118 Courthouse Rd, Richmond --- 794-2802
MAIN OFFICE
1985 Wakefield St., Petersburg -- 732-2350
www.ffsbofva.com

First Market Bank
Branch Locations
Ashland-in Ukrop's
253 N Washington Hwy ------------ 752-2370
Brandermill Branch
6036 Harbor Park Dr Midlothian -- 639-6901
Chesterfield Crossing-in Ukrop's
11261 Midlothian Tmpk ----------- 379-4461
Gayton Crossing-in Ukrop's
9782 Gayton Rd -------------------- 754-1383
Harbour Point-in Ukrop's
13708 Hull Street Rd -------------- 739-1657
Mechanicsville-in Ukrop's
7324 Bell Creek Rd S -------------- 559-6990
Short Pump-in Ukrop's
3460 Pump Rd ---------------------- 360-1670
Sycamore Square-in Ukrop's
1320 Sycamore Sq ----------------- 897-1916
Westpark-in Ukrop's
4440 W Broad St ------------------- 968-5184
First Market Bank
7279 Bell Creek Rd Mechanicsville - 730-5313
First Market Bank
3 Gateway Rd Richmond ----------- 285-6127
First Market Bank
10061 Hull Street Rd Richmond -- 745-6392
First Market Bank
7129 Staples Mill Rd Richmond -- 264-3418
First Market Bank
111 Virginia St Richmond --------- 327-7506
First National Merchant Solutions
Glen Allen ------------------------- 360-2622

Verizon's SuperPages
makes shopping
a guy thing.
It's the
no-nonsense-
no-wasted-time-
wandering-aimlessly
shopping alternative
made for men.

Looking for customers
who are looking for you?
Advertise in
Verizon's SuperPages.

RAC00031232



*veri on*

Proud Partner of
the Richmond Braves

# WHITE PAGES
superpages.com
# GREATER RICHMOND
Includes Listings for All Local Exchange Telephone Companies
**AREA CODE 804 • JANUARY 2007**



We'll help you find your way with
useful tips and important information
to enhance your Verizon experience.
*Turn to Customer Guide.*



Listings for your local, state
and federal government
officials and offices
**Government Pages**



Find all those people you
need to talk to right away.
Quick! Turn to
*Verizon White Pages.*

Order any directory anytime by calling 1-800-888-8448 or online at www.directorystore.com



**Helping students find and finance their education.**

Verizon Recycles. The white and yellow pages are printed on paper containing up to 40% post-consumer recycled fiber. ©2007 Idearc Media Corp. All rights reserved.

RAC00031233



**R**  **Reg—Rei**  **776**

RAC00031234



AREA CODES 601/769    GREATER JACKSON AREA BUSINESS    REED-RENT

# REDI MIX INC. CONCRETE
# 932-8779

OFFICE - 932-8751
FAX - 932-8712

SERVING
YOUR COMPLETE
CONCRETE
NEEDS

JACKSON BUS



## RE/MAX ALLIANCE
### 601-983-1130
Multiple Offices To Serve You Better

2001 Airport Rd., Flowood
721 Clinton Pkwy., Clinton
591 Northpark Dr.,
Ridgeland



RE/MAX CONNECTION ARMISTEAD
LARRY & MARTHA — 601 953-8003

[Directory listings illegible due to scan quality]



# AT&T Yellow Pages
including White Pages

## Little Rock
## North Little Rock

February 2007
Area Code
501

YELLOWPAGES.COM™
We wrote the book on local search.™

Official Yellow Pages Directory
of Razorback Athletics

## Cosmetic Surgery
### CENTER

Rhys L. Branman, MD        Michael A. Devlin, MD

**501-227-0707 • 800-877-7926**

*www.lrcsc.com*

*featured on...Dateline NBC, Oprah, Entertainment Tonight, E! True Hollywood Story*

To recycle this directory, call 1-800-953-4400.

## The Brad Hendricks
### LAW FIRM, P.A.

500 C Pleasant Valley Drive • Little Rock, AR 72227

SEE OUR DISPLAY AD UNDER ATTORNEYS

**501-221-0444** • 1-800-603-5100

- FREE CONSULTATION
- AUTO ACCIDENTS
- TRACTOR-TRAILER CASES
- MEDICAL NEGLIGENCE
- SOCIAL SECURITY BENEFITS
- NURSING HOME NEGLIGENCE
- BIRTH INJURIES

## ALL SEASONS
# ROOFING
Commercial • Industrial • Residential

# 374-0069
**1-866-889-5712**
www.allseasonsroofing.net



We've even had the same
phone number for over 30 years!

. AT&T Advertising. L.P. 2007

RAC00031237

06/05/07  21:34    UALR LIBRARY → S Ø Å å JA EåÅE    NO.637  P004/005

**RECTOR-RELIABLE**

# Rector Phillips Morse

1501 N University Ave, LR, AR 72207
17700 Chenal Parkway, LR, AR 72223
5515 JFK, NLR, AR 72116

## RECTOR PHILLIPS MORSE—
Commercial & Investment Sales .......... **664-7807**

Residential Management & Leasing .......... 664-7807
Residential Sales-LR Office .......... 791-1721
Residential Sales-W.LR Office .......... 791-1721
Residential Sales-NLR Office .......... 758-9080
Residential Sales-WLR Office .......... 219-0683
Residential Sales-Bryant Office .......... 653-0041
Relocation .......... 791-1725

PROPERTY LINES—
Commercial .......... 664-0104
Residential-LR Office .......... 791-1731
Residential-NLR Office .......... 758-1221
Residential-WLR Office .......... 664-0148
Property Management .......... 664-0141

## REDDING DAVID L MD—
W No Answer Call .......... **224-0200**

# REDLICH REFRIGERATION & APPLIANCE SERVICE
**223-5764**

# REED'S OUTDOOR EQUIPMENT
.......... **565-6393**

# REEVES RECYCLING INC
.......... **835-0322**

---

Red Lobster Restaurants—

# REFRIGERATION & ELECTRIC SUPPLY CO
Downtown Store 1222 S Spring St
.......... **374-6373**

# REFURBISHED OFFICE PANELS
.......... **376-7024**

---

# REFRIGERATION & ELECTRIC SUPPLY CO
Downtown Store 1222 S Spring St .......... **374-6373**

Regions Bank MK 2208 N Rodney Parham Rd .......... 954-9741
Regions Capital Management Capital & Broadway .......... 371-6748

## REGIONS CENTER BUILDING MANAGEMENT
.......... **372-6162**

Regions Executive Floor 400 W Capital Av .......... 374-4892

## REGIONS MORGAN KEEGAN TRUST—
Capital & Broadway .......... **371-6760**

## REHABILITATION MEDICINE CONSULTANTS OF ARKANSAS PA
1401 Shrinehill Dr 72211 .......... **945-1888**

# REJUVENATION CLINIC
DAY SPA
www.rejuvenationclinic.com

## REJUVENATION CLINIC & DAY SPA
11125 Arcade Dr 72212 .......... **228-06...**

---

RAC00031238

# BELLSOUTH

## The Real White Pages

**Greater Nashville**

Do Not Discard Before
**January 2008**

Visit us online at
**YELLOWPAGES.COM**

Fairview, Franklin-Brentwood, Goodlettsville (including Millersville), Hendersonville, Old Hickory & Triune-Arrington Also LaVergne, Mt. Juliet & Nolensville

©2007 BellSouth Advertising & Publishing Corp.
100% Recyclable
Printed on Recycled Paper

Includes customer listings for all local telecommunications companies.

Proud Choice of the Tennessee Titans

KEEP AMERICA BEAUTIFUL
WWW.KAB.ORG

RAC00031239

165      AREA CODE 615     NASHVILLE TENN BUSINESS     REDIRECTIONS-RELM

## BOBBY REESE, INC
### HEATING & AIR CONDITIONING

205 Shady Grove Rd. Nashville 37214
Sales, Service & Installation of All Brands

## 391-8000

"Nashville's Oldest Family Owned
& Operated HVAC Business"

## EVES POWER TOOLS &
## EPAIR INC

"rvice You Deserve"

## 256-8817

# MIDDLE TENNESSEE'S TOP VOLUME DODGE DEALER
"That's My Dealer"

## Regent Dodge

SALES & LEASING   SERVICE   PARTS   BODY SHOP

SPECIAL FINANCE IN OUR HOTLINE 877-418-0277
SALES • PARTS • SERVICE
Nationwide Toll Free 800-446-6944

## 868-8550

720 N. GALLATIN RD. MADISON

## REED FINANCIAL GROUP INC
140 Wilson Park Cir Brentwood 37027 ........... 377-7751

## REGAL CINEMAS BELLEVUE STADIUM 12
8815 TN Highway 70S 37221 ........... 646-3111

## REGIONS BANK



RAC00031241

**166  Banks-Banners**    *The Real Yellow Pages® from BellSouth*

**Banks-(Cont'd)**

RENASANT BANK

**RENASANT BANK**

**Call Us For Your Commercial Lending Needs**
Member FDIC and Equal Housing Lender
www.renasantbank.com

THE TENNESSEE CREDIT UNION
www.ttcu.org

**OLD HICKORY CREDIT UNION**
www.ohcu.com
1000 Industrial Dr Old Hckry ............ 847-4043

**PrimeTrust Bank**
*"Your Success Is Our Prime Concern"*
www.primetrustbank.com
**Prime24 Telephone Banking:**
646-9809
Member FDIC

WACHOVIA

**WACHOVIA**
A financial services provider focused
on superior customer service
Member FDIC
See your listing under Wachovia
in the White Pages for a
Financial Center near you
or visit us at wachovia.com

WILSON BANK & TRUST
**Visit Us At**
**www.wilsonbank.com**

SUNTRUST
SunTrust
Member FDIC – Equal Housing Lender
*"GENERAL INFORMATION"*

**Banners**

**CUSTOM BANNERS SPECIAL EVENTS TRADE SHOWS**
4 Color Digital Banners &
Point-of-Purchase Signage

**SIGNS NOW.**
**CALL NOW.**
Providing Sign and
Graphic Solutions For
Businesses Everyday
Full Color Digital Imaging
www.signsnowtn.com

RAC00031242

# EXHIBIT B



RAC00000872

Mailing Indicia

**Regions** Bank

5202 Cottage Hill Road
Mobile, AL 36609

A lot of people missed our first Grand Opening due to Hurricane Ivan. So, now that we've all weathered the storm, we have even more reasons to celebrate. Come discover the bank you've always wanted at the Grand Opening of Regions' new University Oaks Office in Mobile, October 28-30.

Drop in Thursday through Saturday to meet our bank staff, share some refreshments, grab some freebies and find out more about Regions' personalized approach to banking.

## THE CHECKING OPTIONS YOU'VE ALWAYS WANTED

**REGIONS E-essential Banking**
- Unlimited check-writing
- Free Visa® CheckCard
- Free RegionsNet® Online Banking with Bill Pay

*Just $5.95 a month or free with direct deposit*

**REGIONS HERITAGE CLUB**
- Interest-bearing checking
- Free wallet-style checks and savings on banking services

*For people age 50 and older!*

**REGIONS PREFERRED PLUS BANKING**
- Interest-bearing checking
- Free RegionsNet® Online Banking with Bill Pay
- Savings on banking services

*Two ways to waive your service charge!*

People age 50 and older receive special benefits with any checking account. Ask us for more information.

**Regions** Bank

*The Strength To Help You Do More*

1-800-REGIONS | WWW.REGIONS.COM | MEMBER FDIC

© 2004 Regions Bank

D4405A-UIC/R24/3

RAC00000873

EXHIBIT C

Page 1 of 3

www.secsports.com

8/30/2007






http://secsports.com/

**SEC Scoreboard**

at&t

Volleyball (8 / 29) - Kentucky 3 , Western Kentucky 1



Student Athlete experience

SEC

**SEC SPORTS FAN POLL**

PRESENTED BY △ REGIONS

Which SEC Eastern Division school has the best fight song?

- ○ Florida — 12%
- ○ Georgia — 17%
- ○ Kentucky — 9%
- ○ South Carolina — 14%
- ○ Tennessee — 41%
- ○ Vanderbilt — 6%

[ Vote Here ]



**SEC**

Since 1990, how many SEC squads have earned NCAA Baseball Tournament Bids?

Play the trivia game!



With a new stage on which to perform, Regal Soccer Stadium, Tennessee head coach Angela Kelly and her staff are looking to propel the 2007 edition of the Lady Vols to another level.

→more

### SEC Volleyball Roundup - Wednesday, August 29th



Aug 29, 2007
Check out the SEC volleyball action from Wednesday, August 29th, including Georgia become the first squad in school history to open a season with four-straight shutout victories.

→more

### SEC-TV on FSN South for Thursday, August 30th



Aug 29, 2007
Thursday's SEC-TV (8/30 at 6:30 p.m. ET on FSN South and re-airing 9/6 at 10:30 p.m. on SportSouth) marks the first of 41 weekly shows during the 2007-08 school year where host Dave Neal starts things off in a big way.

→more



The leading wireless provider has now joined
with the largest broadband provider in America.

▶ Learn More

© 2007 SEC and Host Communications.
All rights reserved worldwide.
Click here for our Privacy Policy

www.secsports.com - Corporate Sponsors



SEC Store : SEC Kids : SEC Insider : Kids College : Search...

TV/Radio : Ticket Office : Multimedia : Corporate Sponsors : In The Community : SEC Members : Championships : The SEC :

Team Sites...

Football : Men's Hoops : Women's Hoops : Baseball : Softball : Olympic Sports

HEADLINES

**CSTV Announces "Chick-fil-A SEC Football Tailgate"**



Aug 27, 2007
CSTV and Chick-fil-A are partnering in the latest way to bring fans the most in-depth and entertaining coverage of SEC football with a new, weekly pregame show, live from the site of the CBS Sports SEC Game of the Week.

MORE

**Nissan Is Exclusive Automotive Sponsor of the SEC**



Aug 22, 2007
Nissan has extended its dedication to college football by becoming an official sponsor of the SEC. As part of the sponsorship, Nissan will celebrate the 75th Anniversary of the SEC by partnering with Sports Illustrated.

MORE

**SEC Football Kicks Off on XM Radio This Fall**

Aug 20, 2007
SEC football fans are gearing up for the 2007 season, and XM Satellite Radio is getting ready to launch its first season as

 at&t

**Corporate Champions**

 

**Corporate Sponsors**

 



Corporate Sponsors

RETURN HOME



www.secsports.com - Corporate Sponsors









the official satellite radio network of the SEC.



100,000,000 Cingular, AT&T

and Bell south business phone plans for ????


at&t

© 2007 SEC and Host Communications.
All rights reserved worldwide.
Click here for our Privacy Policy



Put the power of Weight Watchers at your fingertips
with our customized online plan.    Learn more

Ⓦ WeightWatchers
Online

⊕ Over 1,000 Recipes | ⊕ Restaurant Guide | ⊕ POINTS® Tracker | ⊕ Fitness Resources | ⊕ Over 30,000 Food Options | ⊕ Weight Tracker

Volleyball: Western Kentucky 1, Kentucky, 3 (August 29)

Search: Search



The Official Site of the Sun Belt Conference
www.sunbeltsports.org



Home
Conference News
Championships
SBC Shop
Ticket Offices
Corporate Partners
Staff Directory
Multimedia Central
SBC Media Relations
NCAA Championships

Men's Sports

Baseball
Basketball
Cross Country
Football
Golf

## Corporate Partners

*Written by: Sun Belt Conference*
*Release: 06/09/2005*

The Sun Belt Conference offers corporations a perfect opportunity to put their name and product in front of thousands of people. Our corporate partner packages are tailor-made to fit each company's needs.

The Sun Belt Conference has 19 championship events ranging from cross country to the R + L Carriers New Orleans Bowl. The bowl game will be held on Friday, December 21, 2007 featuring the Sun Belt Conference champion and a selection from Conference USA. It is held annually in the New Orleans Superdome and is televised on ESPN.

Another marquee event at the Sun Belt is the league's men's and women's basketball tournament. This year's tournament will take place March 8-11 in Mobile, Alabama. Thousands of fans annually travel to the event that showcases the Sun Belt's talent.







Corporate Partners – SunBeltSports.org—Official Web Site of the Sun Belt Conference

Swimming & Diving
Tennis
Track (Indoor)
Track (Outdoor)

Women's Sports
Basketball
Cross Country
Golf
Soccer
Softball
Swimming & Diving
Tennis
Track (Indoor)
Track (Outdoor)
Volleyball












MultiAd™

One company. Many solutions.



Learn how to make smart decisions
about the foods you love
to help you lose weight.



GO



WeightWatchers®







*The Sun Belt Conference*
*601 Poydras St (Suite 2355)*
*New Orleans, LA 70130*
*Site Map | News Feeds (RSS) | Contact Us | Terms & Conditions | College Sports Direct*

EXHIBIT D

# Corporate universities

From Wikipedia, the free encyclopedia

**Corporate Universities** (CUs) are a growing trend in companies. Corporate Universities are anything from a pumped up training department to a degree granting branch of major companies. Denise Hearn in her article "Education in the Workplace: An Examination of Corporate University Models" (http://www.newfoundations.com/OrgTheory/Hearn721.html) cites these statistics: In 1993, corporate universities existed in only 400 companies. In 2001, this number jumped to 2,000. This number is only expected to grow in the future. Although changes in the economy may alter that growth to some extent, this trend is still receiving attention from such companies as Walt Disney, Boeing, and Motorola.

## Contents

- 1 Goals of a CU
- 2 Planning for a CU
- 3 Curriculum
- 4 References
- 5 External links

## Goals of a CU

Corporate Universities are set up for a variety of reasons, but most organizations have the same basic needs. According to Hearn, these are to:

- Organize training
- Start and support change in the organization
- Get the most out of the investment in education
- Bring a common culture, loyalty, and belonging to a company
- Remain competitive in today's economy
- Retain employees

CUs offer valuable training and education to employees, but they also help organizations retain and promote key employees. Although a CU may sound attractive, there is a lot of work that goes into the planning and implementation of such a project.

## Planning for a CU

Before you jump into planning a CU, Hearn suggest that you conduct "a full learning audit and assessment, a series of design workshops, the creation of a business case and recommendations to senior management, implementation, and finally, further recommendations and review." These steps can help you to analyze what work needs to be done. One of your most important goals is to ensure that this project has support from the CEO down. Without funding and support, this project will go nowhere.

According to Jeanne Meister, the president of the consulting firm Corporate University Xchange(CUX),

there are ten primary steps to implementing and sustaining a successful corporate university. These steps, provided by Hearn, are reproduced below:

1. First, the executives or top management of an organization must form a governing body for the corporate university, much like that of a traditional university, which will establish and profess the organization's commitment to the program.
2. Secondly, the vision or strategic plan of the corporate university must be crafted; thereby,determining the organization's goals for the program.
3. The organization must then recommend a funding strategy. Most commonly, corporate universities are either funded through corporate allocations or through charges placed on individual business unit budgets.
4. Next the organization must determine its audience or stakeholders who will use the corporate university service.
5. In addition to determining the audience, the organization must also determine how the needs of the audience will be met while continually pursuing the strategic goal of the corporate university.
6. Following the completion of the above tasks, corporate university organizers must develop a template for how products and services will be designed to achieve university goals.
7. The organization must also select suppliers, consultants, traditional universities and for-profit firms who will act as learning partners, if appropriate.
8. The use of technology and resources to be used by the corporate university must then be determined.
9. Additionally, a measurement system should be developed that will allow the organization to continually monitor its progress against the university's strategic goals.
10. Lastly, the governing body must communicate the vision of the corporate university constantly and consistently. All stakeholders should be made aware of the mission, products and programs that make up their organization's corporate university.

Of course, these steps may need to be tweaked depending on the size or goals of your organization. CUs can be outsourced to a consulting firm or planned and implemented inhouse. It is a growing trend for organizations to partner with traditional universities. A traditional university brings organization, structure, and faculty. Universities are often interested in CU opportunities because of the economic gain. There are a number of consulting firms that will help you to set up you Corporate University, but that can become very expensive. This process can also take a long time, sometimes up to a two years.

Hearn also provides overviews of the CUs at Walt Disney, Boeing, and some other large corporations to give you ideas of what other organizations have done.

# Curriculum

Lisa Tanner of the *Dallas Business Journal* cites J.P. Morgan and Co. as an example of a company with an organized curriculum. They have three different types of courses: Business specific courses, organizational learning and communication classes, and management and executive training. What your company decides to offer will depend on your needs (such as sales training, marketing, or soft skills) and your company's business (like manufacturing, consulting, or technology).

Most CUs offer a blended curriculum of online and in person classes. Some organizations offer courses during the workday while other offer them at varying times. Courses can be short workshops or longer, more traditional courses.

Sharon Shinn of BizEd reminds readers that, unlike traditional universities, CUs demand a return on their investment. There must be concrete evidence that the classroom is delivering results. Many CUs provide hands-on and team learning as a more effective alternative to lecture-based courses, but all CUs agree that what is learned in the classroom should be directly applicable to the work environment.

# References

- "Corporate University Approach Taking Hold: Umbrella Approach to Company-Wide Training is Becoming Popular" by Lisa Tanner in the Dallas Business Journal. http://dallas.bizjournals.com/dallas/stories/2003/07/28/focus.html?page=1 Retrieved September 1, 2004.
- "Education in the Workplace: An Examination of Corporate University Models" by Denise R. Hearn http://www.newfoundations.com/OrgTheory/Hearn721.html Retrieved September 1, 2004.
- "Handbook of Corporate University Development: Managing Strategic Learning Initiatives in Public and Private Domains" Rob Paton, Geoff Peters, John Storey and Scott Taylor (Eds) Gower.ISBN 0-566-08583-6

# External links

- "Corporate University Approach Taking Hold: Umbrella Approach to Company-Wide Training is Becoming Popular" by Lisa Tanner in the Dallas Business Journal (http://dallas.bizjournals.com/dallas/stories/2003/07/28/focus2.html?page=1)
- "Education in the Workplace: An Examination of Corporate University Models" by Denise R. Hearn (http://www.newfoundations.com/OrgTheory/Hearn721.html)
- "Handbook of Corporate University Development Managing Strategic Learning Initiatives in Public and Private Domains" Edited by Rob Paton, Geoff Peters, John Storey and Scott Taylor (http://www.gowerpub.com/TitleDetails.asp?sQueryISBN=0566085836&sPassString=Y&sKeyword)
- Dietmar Moews (http://www.freie-universitaet-dresden.com/)

Retrieved from "http://en.wikipedia.org/wiki/Corporate_universities"

Categories: Cleanup from September 2006 | All pages needing cleanup | Business education | Alternative education

- This page was last modified 06:02, 17 August 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

Education in the Workplace An Examination of Corporate University Models    Page 1 of 8

**Education in the Workplace:**
**An Examination of Corporate University Models**
©2001 Denise R. Hearn

**RETURN**
edited 5/10/02

## Introduction

According to Jeanne Meister, the phrase "corporate university" can be defined as a"...centralized strategic umbrella for the education and development of employees ... [which] is the chief vehicle for disseminating an organization's culture and fostering the development of not only job skills, but also such core workplace skills as learning-to-learn, leadership, creative thinking, and problem solving," (1998, Ten, p. 38). Jeanne Meister is the president of a New York consulting firm that specializes in corporate university management called Corporate University Xchange(CUX). She claims that corporate universities are developed by those corporations who have shifted their focus from employee training to employee education as a result of "the emergence of the knowledge economy" (1998, Extending, p. 52). The phrase "knowledge economy" expresses that these corporations have recognized their responsibility to provide employees education that can evolve with changing business needs in order to foster the business' sustained success. Many corporations believe that through continued employee education, they can "achieve strategic goals and performance improvement" (Meister, 1998, Extending, p. 52).

In 1993, corporate universities existed in only 400 companies. In 2001, this number jumped to 2,000. Nelson Heller states that according to CUX, this number will grow to exceed 3,700 by2010, which is more than the number of private United States universities (2000). In an interview with Lillian Beltaos, dean of the School of Applied Media and Information Technology at the Northern Alberta Institute of Technology, Sandra Dillich found that "companies form corporate universities in order to systemize the training function, maximize the investment in education, drive change in the organization, spread common culture and values, develop the employability of the workforce and remain competitive in the marketplace" (2000, p. 25). Judith Mottl further believes that the primary factor for developing a corporate university is to "improve employee productivity and keep staff in touch with the latest technology" (1999, p. 23). While, Jill Vitiello explains that corporate universities do not only focus their curricula on junior and midlevel employees but often provide leadership and executive development education as well (2001).

With the mission of corporate universities in mind, this paper will examine the models that companies use to establish such programs. Recommendations for developing successful corporate universities will be reviewed. In addition, actual examples of corporate universities will be presented and the technology they use to support these programs will be discussed.

## Creating a Corporate University

As established, CUX is "a for-profit education research and consulting firm that's been helping organizations launch and implement corporate universities since 1997" (Nelson, 2001, p. 1). CUX's consultation includes an audit of a company's educational strategy and an implementation of a corporate university program. The educational audit follows a 5-step model developed and tested by CUM This model includes "a full learning audit and assessment, a series of design workshops, the creation of a business case and recommendations to senior·management,implementation, and finally, further recommendations and review" (Nelson, 2001, p. 1).

Following the completion of CUX's 5-steps, there are a variety of methods in which corporate universities can foster the continuing education of their employees. Jeanne Meister explains to her clients that there are ten primary steps to implementing and sustaining a successful corporate university. First, the executives or top management of an organization must form a governing body for the corporate university, much like that of a traditional university, which will establish and profess the organization's commitment to the program. Secondly, the vision or strategic plan of the corporate university must be crafted; thereby, determining the organization's goals for the program. The organization must then recommend a funding strategy. Most commonly, corporate universities are either funded through corporate allocations or through charges placed on individual business unit budgets. Next the organization must determine its audience or stakeholders who will use the corporate university service. In addition to determining the audience, the organization must also determine how the needs of the audience will be met while continually pursuing the strategic goal of the corporate university. (Meister, 1998, Ten).

Following the completion of the above tasks, corporate university organizers must develop a template for how products and services will be designed to achieve university goals. The organization must also select suppliers, consultants, traditional universities and for-profit firms who will act as learning partners, if appropriate. The use of technology and resources to be used by the corporate university must then be determined. Additionally, a measurement system should be developed that will allow the organization to continually monitor its progress against the university's strategic goals. Lastly, the governing body must communicate the vision of the corporate university constantly and consistently. All stakeholders should be made aware of the mission, products and programs that make up their organization's corporate university. (Meister, 1998, Ten).

Meister warns that these ten steps may take eighteen months or more to achieve. In following the CUX model, Meister believes organizations can reach the primary corporate university goal of "preparing an organization's employees to take full advantage of the emerging opportunity and to institutionalize a culture of continuous learning aligned to core business strategies" (Meister, 1998, Ten, p. 41).

## Organizational Models for Corporate Universities

Margaret Kaeter, in her article Virtual Cap and Gown, believes that there are three primary organizational models for Corporate Universities. These models include Classic, Education Portal and Tailored Training. The Classic model refers to tuition support from the employer that allows employees to pursue a degree from a college's standard curriculum. In this case, students must apply to the college, be accepted and complete required credits to graduate. In some cases, the student's coursework is done via distance education techniques that may include the Internet, mail and videos. (Kaeter, 2000). The Classic model is also referred to as the Hybrid model. As Meryl Davids explains, using this type of model has encouraged corporate universities to provide their curriculum to non-employees, as well. (Davis, 2000).

Through Education Portals, corporations work with traditional universities or training businesses to provide college courses on-line. These universities may provide the corporation with its own corporate website (portal) which provides students with a virtual campus complete with a company's logo. This model of the corporate university "offers a seamless blend of courses designed by colleges, commercial training suppliers, and the company's own training staff" (Kaeter, 2000, p. 119).

Corporate universities may also follow the Tailored Training model which refers to those traditional universities and corporations who are "working in tandem to develop distance learning courses designed to address a company's specific needs" (Kaeter, 2000 p. 119). In this case, corporations can direct universities on which components of their standard curriculum should be passed on to their employees.

Additionally, this partnership allows corporations to add their own input and information into the training materials.

## Educational Methods and Materials

Corporate university education is designed and presented in a variety of formats. Most often, curriculum is designed and presented through satellite communication, web based instruction,virtual reality and/or virtual campuses. Through satellite based education, employees from different locations can be brought together in real-time to participate in the course at the same time through video conferencing. Web-based learning is conducted via the Internet or through a corporation's Intranet. Meister explains that web-based courses allow corporations to "customize learning experiences for individual needs and preferences, and provide the ability to measure performance"(Meister, 1998, Extending, p. 52). Virtual reality offers simulated training that mimics actual employee job duties, while virtual campuses link each of these media components by computers.

## Accreditation of Corporate Universities

In 1974, the American Council on Education's Program on Noncollegiate Sponsored instruction (ACE/PONSI) was founded to evaluate "instructional courses and programs offered by business and industry, labor unions, professional and voluntary associations, and government agencies and makes recommendations for college credit based upon such instruction" (Thompson,2000, p. 323). By 2000, ACE/PONSI recommended that courses from over 250 companies receive college credit. These companies included McDonald's, Bell Telephone and The Ford Motor company.

Following this lead, Gordon Thompson explains that the Arthur D. Little corporation "has created their own in-house educational institutions that offer accredited degrees" (2000, p. 324). When offering degrees, workplace education programs are referred to as corporate colleges. Thompson explains that he supports the notion that corporate colleges have often been established to offer skills to employees that were not otherwise available. He also found through his research that 14institutions met the definition of corporate colleges in 2000 (2000).

## Corporate Effects on Traditional Universities

Gordon Thompson believes that accredited institutions may pose a threat to traditional universities as they compete for students and faculty. Conversely, corporate universities are similar to traditional universities in that they are spawning lifelong learning. Furthermore, many traditional universities have found corporate universities to be a benefit rather than a threat. Gordon Thompson found that corporate funds have become increasingly important to traditional universities, consisting of more than "20% of the voluntary support for higher education in the united States" (2000, p. 327). With universities, corporations are able to customize higher education needs to fit their "just-in time skills development," as quoted from Bruce Pietrykowksi, by dividing college courses "into sub-units each with its own set of learning outcomes" (2001, p. 299). He continues by stating that "these units can then be combined and recombined to create modules or courses that can lead to certificates that validate a certain type of knowledge or skill set as desired by company or industry standards" (2001, p. 299).

According to Nelson Heller, "about sixteen percent of all corporate education partnerships today are with traditional colleges and universities." (2001, p. 1). As an example, Intel now offers its employees the opportunity to enroll in a MBA program through Babson College which offers students a degree that primarily focuses on Intel cases. Likewise,Valencia Community College earns between $1.5 to $2 million in revenues by supporting the college education of Walt Disney World and Universal Studio employees. (Heller, 2001).

According to Meryl Davids "corporate university advocates are quick to admit that their program don't take the place of top-notch universit[ies]" (2000, p. 19). However for those students who can not geographically attend top-notch universities, corporate programs no offer them the opportunity. The true burden of corporate universities on traditional universities may actually be felt in a lowered interest in the graduate business schools that offer executives leadership courses. These courses are offered at a cost of $4,000-7,000 dollars and can now be offered through one'sown corporate university at a minimal cost. (Davids, 2000).

## Examining Corporate Universities

To measure the success of the entity of a corporate university, one need not look far to find information on a variety of well-known organizations that have established and sustained successful corporate universities. Several of these organizations have been examined and summaries of their corporate model structures are provided below. In each of these cases, one can recognize the common thread through each organization's corporate university to be that of technology and its use in providing cooperate education. Motorola

Motorola established Motorola University as its corporate university and was "one of the first learning organizations to institute virtual reality in manufacturing training" (Meister, 1998, p. 53). To provide its employee education, Motorola University uses virtual manufacturing labs to train line workers by modeling the equipment instead of using the actual equipment for training purposes. These labs can be used at any Motorola site via the companyintranet through CD-ROM programs. (Meister, 1998). In addition to serving its own employees,Motorola now provides for-profit Learning and Certification services to outside sources as an independent subsidiary of the parent company. (Nelson, 2001).

## The Boeing Company.

The Boeing Company provides education to its employees through the Leadership Center. Jill Vitiello explains that a large component of Boeing's curricula focuses on executive learning. As she mentions, newly promoted supervisory personnel must complete a web-based curriculum within 30 days. This training includes topics on C6company policies and procedures, finding and using resources, and understanding fiduciary responsibilities" (2001, p. 42). Entry level managers"spend one week at a local training site studying performance management, reviewing organizational structure and learning state and regional laws and regulations that govern [their]industry" (Vitiello, 2001, p. 42). Managers are also "required to take core leadership courses at the center at five specific turning points in their careers: when they receive their first management assignments, become managers of managers, prepare for executive responsibilities, begin their first days as executives and assume the challenges of global leadership" (Vitiello, 2001, p. 42).

Boeing's primary means of evaluating the success of its Leadership Center is by conducting employee surveys on as annual basis. These surveys have indicated, as Vitiello summarizes, that "executives and managers who have attended programs ... are more satisfied in their jobs than those who haven't yet attended the programs" (200 1, p. 42).

## Walt Disney

For those employees hired to work at Disneyland, California, their career begin at the University of Disneyland with an orientation and 40-hour apprenticeship program, most of which takes place on rides. In the classroom, these new hires are given "a very thorough introduction to matters of managerial concern and are tested on their absorption of famous Disneyland fact, lore,and procedure" (Van Maanen,

p. 65). Professional Disneyland trainers are responsible for the instructional design, methods and materials they provide in the courses. Course topics include park operations, appearance standards, and Disneyland values. (Van Maanen, p. 68).

For those employees hired to work at Walt Disney World, Florida, they are offered the opportunity to enroll in Valencia Community College. In addition, Disney also trains outside professionals on their successful traits. These three-day professional development programs are designed to provide non-employee executives with Disney "magic" that can be provided in their own industries. This program takes place at the Disney Institute, a 47acre Orlando, Florida campus. The executive program costs $3,000 and includes admission to surrounding Disney parks. Disney is said to offer this program because it believes such an offering enhances their reputation. (Davids,2000). Federal Express

Using exit interviews to determine deficiencies in their business, Federal Express found that many employees left the company because of a lack of career development. As a result, the FederalExpress Quality University was established. This learning strategy allows more than 140,000employees to educate themselves through web-based education. Additionally, Martin Delahoussaye explains that when FedEx employees cannot find a suitable course in the Quality University, they fund up to $2,500 from Federal Express to take courses at outside sources (2001).

**United Health/United Technologies Corporation**

United Health, a health care provider, offers corporate education through its Learning Institute. Using distance learning technology to offer 24/7 access to course work, United Health partnered with United Technologies Corp. and the Rennselaer Polytechnic Institute (RPI). Distance learning technology is provided by RPI and includes video, nondegree seminars, technical courses and desktop training. These courses are offered from Boston University, Carnegie Mellon,Stanford and the Massachusetts Institute of Technology to employees at both organizations. (Mottl, 1999). The Learning Institute operates on a tuition basis, even within its own corporation. Like many corporate universities, a hybrid funding model requires those who attend the Learning institute to pay for training form their own business unit budgets. (Davids, 2000). OracleCorporation

Oracle University supports those employees from the Oracle Corporation through web-based learning. Oracle University provides its more than 32,000 employees and partner organizations with up-to-date product knowledge. The university consists of a virtual campus and a network of regional classrooms. This campus is comprised of industry knowledge, sales methods,technical skills, and Oracle-specific processes. (Meister, 1998). The General Motors' Saturn Corporation

Saturn Consulting Services primarily offers corporate university curriculum to noncompetitive non-General Motors employees. The education is primarily geared towards executives and includes information on leading change, team development, and customer care. Meryl Davis explains that the company also "formed a strategic alliance with $20billion aerospace and defense giant, Raytheon Co.... [and] in this arrangement, one of Raytheon's training divisions,Door Training acts as the international distraction arm for Saturn's Consulting service, delivering Saturn's content to other global organizations" (Davis, 2000, p. 19). Bell Atlantic

Bell Atlantic offered its telecommunications technicians the opportunity to earn an Applied Science degrees in Telecommunications Technology through Bell Atlantic's Training, Education,and Development department. This opportunity resulted from contract negotiations in 1994. The programs' curriculum, which was custom designed by Bell Atlantic and its union, was offered through twenty-five community colleges. The curriculum included topics in general studies,electricity and electronics, telecommunications, introduction to voice/data, LANs and WANs, and advance technologies, as well as,

leadership and teamwork.

Overall, students were required to earn 60 credits through the four-year program. Classes were held during company time, one day per week for two semesters per year. To enroll in the program, employee seniority and scores on the ASSET Test (standard college entrance exam) were considered. The program was free to employees and included books and fees. In 1998, 92 students were awarded degrees. (Mottl, 1999).

## Ford Motor Company

Ford Motor Company calls its corporate university FORDSTAR. FORDSTAR is a"network that enables Ford to provide training, access to experts and product information, and networking opportunities straight to [their more than 6,000] dealerships" (Meister, 1998, Extending, p. 52). This training is conducted via one-way video and two-way audio through a digital worldwide network. FORDSTAR programs are designed for employees in their credit,technical, sales, services and parts departments. Nearly 1, 100 sites can be accessed at the same time, reaching up to 300 employees in a single session. Ford's satellite system allows employees to obtain the information and training they need when they are available to participate. (Meister, 1998,Extending).

Ford assesses the education it provides employees through various measurement techniques. Primarily, each session requires a progression of steps. If employees are not able to progress through the course, educators can quickly recognize their deficiencies and make changes to curriculum or learning techniques as necessary. FORDSTAR cultivates its educators by providing instructional designers and instructors with their own orientation courses. These"courses focus more on learner's roles and responsibilities than on the role of the instructor"(Meister, 1998, Extending, p. 52). Dell Computer Corporation

Dell Computer Corporation's university, Dell University, provides education to its employees via web-based embedded learning. Jeanne Meister explains that embedded learning stems from "the premise that old learning methods are woefully inadequate to keep up with business needs of companies at the forefront of a rapidly changing industry in which knowledge must be constantly updated" (1998, Extending, p. 52). 35-45%of Dell University's curriculum is delivered via the web. The university's mission relies on catering to the various learning styles of their employees. (Meister, Extending).

## Summary

As stated by Daniel Twomey, et al, "developing a corporate university expresses [an organization's] commitment to the value of investing in human capital" (1999, p. 340). Companies that develop corporate universities believe that in focusing on employee competencies, skills, and abilities, they are ensuring their competitiveness and future success. Corporate provided education has been found to improve employee satisfaction and employee retention, as well as, provide a competitive advantage for many organizations. (Twomey, et al, 1999).

## Conclusion

As Jeanne Meister concludes, corporate universities are built on a system that understands"the chief concern for knowledge workers in nearly every industry and occupation is the short shelf life of their knowledge, causing them to have to constantly retool their schools" (1998, Extending,p. 52). Employees benefit from the corporate university movement in more ways than simply being able to perform their assigned jobs better. They also learn skills and possibly earn degrees that can be carried through their career, making they, themselves, more marketable to the workplace. Corporate universities are the

"fastest growing segment of the adult education market" (Meister,1998, Ten, p. ). Additionally, those corporations that provide corporate universities tend to have an advantage over the "eligible employee pool," in that they are often perceived as "employers of choice" (Meister, 1998, Ten, p. 53).

In closing, corporate universities strive to achieve their mission of developing programs that are clearly linked to business objectives and organizational strategy. These programs are designed to convey corporate culture and focus on learning beyond on-the job training. By doing so, many employees throughout the United States and abroad are offered educational opportunities that might not otherwise be available to them.

## REFERENCES

Davids, M. (2000). Corporate universities. *Journal of business Strategy. V21* P19.

Delahoussaye, A (2001). European economy: Europe begins to adopt U.S. training styles. *Training. V38 ii* p6l.

Dillich, S. (2000). Corporate universities: More companies are creating their own corporate universities in order to train employees. *Computing Canada.* p25.

Heller, N. (2001). Changes sees corporate universities on rise. *Heller Report on Educational Technology Markets. v12 i8* pl.

Kaeter, A (2000). Virtual cap and gown. *Training. v37 n9* p 114-22.

Meister, J. (1998). Extending the short shelf life of knowledge. *Training and Development. v52 no6* p52-53.

Meister, J. (1998). Ten steps to creating a corporate university. *Training and Development. v52 nl I* p38-43.

Mottl, J. (1999). Corporate universities grow: Bell atlantic, motorola, others have elaborate technology, training programs. *Internetweek.* p23.

Pietrykowski, B. (2001). Information technology and commercialization of knowledge incorporate universities and class dynamics in an era of technological restructuring. *Journal of Economic Issues. v35 i2* p299.

Thompson, G. (2000). Unfulfilled prophecy: The evolution of corporate colleges. *The Journal of Higher Education. v71 n3* p322-4 1.

Twomey, D. and G. Jones, L. Densford, T. Keller and J. Davis. (1999). Corporate universities change and competitive advantage. *Global Competitiveness.* v7 i I p340.

Van Maanen, J. (unknown). "The smile factory: Work at disneyland," found in *The Differentiation Perspectiv*e. p58-76.

Vitiello, J. (2001). *New roles for corporate universities.* Computerworld. p42.

**TO TOP**

No business is too small.
Get big company benefits with the new AT&T.

See details ▸



# Dallas Business Journal

Members: Log in
Not Registered? Register for free extra services.



HOME ⁃ | ONLINE EDITION ⁃ | PRINT EDITION ⁃ | SUBSCRIBE ⁃ | MARKETPLACE ⁃ | BUSINESS RESC

Search  Keywords        **GO**  Search Archive                                    ⁀ News by C

**IN DEPTH:**

Dallas > Print Edition > Industries > Business Services - Human Resources

BUSINESS PULSE SURVEY:  Has the subprime/tighter credit environment made it tougher for your co. to borrow money?

VIDEO F

## Corporate university approach taking hold
### Umbrella approach to company-wide training is becoming popular

Dallas Business Journal - July 25, 2003 by Lisa Tanner Senior Writer

🖶 Print this Article   ✉ Email this Article   📄 Reprints   📶 RSS Feeds   ★ Most Viewed   ★ Most Emailed

Going to university may not be what many employees had in mind when they entered the work force, but that's exactly where they might find themselves when it comes to training and development.

At some companies, training is done on an as-needed basis. But at others -- primarily larger companies with many employees -- a formal structure may be in place to ensure ongoing and unified development.





**NEW!** V
busines
new vid

Toda

**BUSINE**

**Starting**
Sponsore
**Solid fc**
busines
start.

**Sales 8**
Sponsore
**Nailing**
principle
markets

**Buildin**
Sponsore
**Getting**
some hi

**Techno**
**Starting**
loves a

**HR & C**
**Right s**
people i

These operations, often referred to as corporate universities, tie employee learning and development directly to the company's overall business strategy.

Inhouse programs can be run by a company's training department or outsourced to training specialists, including companies, universities or consultants. Either way, the goal is to make learning an ongoing process and to measure its success.

But the commitment to training must come from the top, with strong support from executives from the CEO on down through the organization, said Frank Bilbao, director of training for Berkeley, Calif.-based Grocery

Outlet Inc.

The company recently moved into the Dallas area with the purchase of 17 Yes!LESS discount grocery stores from Fleming Cos. Inc. of Lewisville.

In preparation for converting those stores to the company's Grocery Outlet Bargains Only brand, 21 store managers, assistant managers and others traveled in late May to the company's California headquarters for extensive training. The customized, six-day school met for 10 hours a day to cover all aspects of the company from its culture and customer-care values to distribution and management systems.

The program is similar to others put on throughout the year by the company, both at its headquarters and in the regions where its stores operate. Other workshops cover specific topics such as store point-of-sale systems or provide training for key personnel like managers and future store operators. One of the company's three-person training department travels from store to store to train workers onsite.

"Even in tough economic times, when many shave back their training, we're continuing to invest in our people and give them the basic tools they need to be successful," Bilbao said.

At J.P. Morgan Chase & Co. in Dallas, training programs fall into three broad categories. There are business-specific classes like teller training; organizational learning and effectiveness classes that include communications; and management and executive training, said Mark Waters, who manages organizational learning for the company's 16-state Western region.




**RELATED INDUSTRY STORIES**
- Navy awards communications work to Argon ST [Washington, D.C.]
- RealLife HR to be acquired [Baltimore]
- Manpower launches employment law blog [Milwaukee]
- Leyden, Johnson to co-chair Tech Valley High School business alliance [Albany]
- PDL BioPharma to sell assets, cut jobs [San Jose]

**TODAY'S LATEST NEWS STORIES**
- TXU's largest shareholder to vote 'yes' on buyout
- Dallas and Fort Worth most expensive Texas metros
- Dallas think tank names new director
- Study: U.S. CEOs earn 364 times more than subordinates

**DALLAS JOBS**  powered by onTargetjobs
- Sales Opportunities - American Career Fairs
- Engineering - Diversity Working
- Financial Advisor - U.S. cities - UBS Financial Services
- Executive Opportunities - American Career Fairs
- Military Friendly Employers - Landmark Destiny Group

**Search Jobs | Post Resume | View More**

**Employers - Post a Job Today**

**POST A JOB LOCALLY**

**Reach Qualified Candidates**
- Local, targeted results
- Custom packages available
- 60-day posting, no character limit - $375
- We can post and manage your account

- Apartment project planned for McKinney Ranch
→ Most Viewed Stories
→ Most Emailed Stories
→ People in the News

Begin Posting or Volume Discount

**SEARCH PRESS RELEASES**

- View all Dallas Press Releases
- View ALL Press Releases

Search by Company, Organization, or Keyword

**GO**

Content provided by PR Newswire. Learn more about this service.

**PREFERRED PARTNER**



Find home-based businesses, food franchises and master and multi-unit franchise opportunities. Look to Bison for expert advice on franchise law and how to buy a franchise.

**Finding a Franchise**

→ Find the right franchise business for you
→ Trends Article Archive
→ Full List of Franchises

SPONS(
credit
Dallas
Dallas
Site M

» **Sign up for breaking news alerts.    Brought to you by Cingular**



Get **$200** when you open a    CHASE BUSINESS CHECKING ACC(
CHASE VISA BUSINESS CHECK (

Use of, registration on, this site constitutes acceptance of our User Agreement. Please read our Privacy Policy

**ONLINE:** Home | Business News | Print Edition | Advertise | Marketplace | Business Resources | About Us | Search | RSS Feeds | Site F/
**PRINT EDITION:** Subscribe to Print Edition | Advertise | Book of Lists | Download Electronic Version | Article Reprints Rights
**BIZJOURNALS:** bizjournals | BizSpace.com | Jobs | bizwomen.com
**AFFILIATE PUBLICATIONS:** portfolio

© 2007 American City Business Journals, Inc. and its licensors. All rights reserved. The material on this site may not be reproduced, distri
the prior written permission of bizjournals.