**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

```
_____
REGIONS ASSET COMPANY, et al.,)
                              )
        Plaintiffs,           )
                              )
                              ) Civil Action No. 2:06-cv-882-MHT
                              )
REGIONS UNIVERSITY, INC.      )
                              )
        Defendant.            )
_____)
```

**NOTICE OF FILING**

COMES NOW the defendant Regions University, Inc. and gives notice of the filing of the following:

1. Excerpt from the telephonic deposition of Patsy Fulghum at p. 19.

2. Excerpt from the telephonic deposition of Carolyn Hughes at p. 21.

3. Excerpts from the deposition of Sam Upchurch at pp. 14, 15, and 26.

Respectfully submitted,

/s/ VICTOR T. HUDSON
[HUDSV1684]
tom@alabamatrial.com
WILLIAM W. WATTS, III
[WATTW5095]
bill@alabamatrial.com
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601

JAMES E. SHLESINGER

```
                        Shlesinger, Arkwright &
                           Garvey LLP
                        1420 King Street, Suite 600
                        Alexandria, Virginia 22314

                        ATTORNEYS FOR DEFENDANT
```

CERTIFICATE OF SERVICE

    I hereby certify that on September 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

    William G. Pecau, Esq.
    Rachel M. Marmer, Esq.
    STEPTOE & JOHNSON LLP
    1330 Connecticut Avenue, NW
    Washington, DC 20036

    Charles B. Paterson, Esq.
    Paul A. Clark, Esq.
    BALCH & BINGHAM, LLP
    105 Tallapoosa Street, Suite 200
    Montgomery, Alabama  36104

                                                            /s/ VICTOR T. HUDSON

COPY

1

```
1         IN THE UNITED STATES DISTRICT COURT
2          FOR THE MIDDLE DISTRICT OF ALABAMA
3                    NORTHERN DIVISION
4
5   REGIONS ASSET COMPANY,
6         Plaintiff,
7   Vs.                              CIVIL ACTION NO.
                                     2:06CV882-MHT
8   REGIONS UNIVERSITY, INC.,
9         Defendant.
10
11             * * * * * * * * * * * *
12
13        TELEPHONIC DEPOSITION OF PATSY FULGHUM,
14   taken pursuant to stipulation and agreement before
15   Lisa J. Green, Registered Professional Reporter and
16   Commissioner for the State of Alabama at Large, in
17   the Law Offices of Balch & Bingham, Suite 200, 105
18   Tallapoosa Street, Montgomery, Alabama on
19   Wednesday, August 15, 2007, commencing at
20   approximately 3:00 p.m.
21
22             * * * * * * * * * * * *
23
```

HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
(334) 263-4455

19

1    bank at Regions Bank?
2  A. No.
3  Q. And is it fair to say you were aware that
4     Regions Bank was a major bank in Alabama?
5  A. I'm familiar with Regions Bank, yes.
6  Q. When was that call when somebody called in
7     and asked that question of you?
8  A. I can't recall.  It's been so long ago that
9     I just -- I can't recall exactly when it
10    was.
11 Q. Do you think it was this calendar year in
12    '07?
13 A. I'm just not sure.
14 Q. So you don't know whether it was '06 or
15    '07?
16 A. I don't.
17 Q. Is that the only call you've ever gotten
18    with an inquiry of that nature?
19 A. Yes.
20 Q. Are you aware of any of your colleagues
21    that work for the school that have received
22    questions of that nature over the
23    telephone?

COPY

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE MIDDLE DISTRICT OF ALABAMA

 3                       NORTHERN DIVISION

 4

 5   REGIONS ASSET COMPANY,

 6            Plaintiff,

 7   Vs.                              CIVIL ACTION NO.
                                        2:06CV882-MHT
 8   REGIONS UNIVERSITY, INC.,

 9            Defendant.

10

11               * * * * * * * * * * * *

12

13         TELEPHONIC DEPOSITION OF CAROLYN HUGHES,

14   taken pursuant to stipulation and agreement before

15   Lisa J. Green, Registered Professional Reporter and

16   Commissioner for the State of Alabama at Large, in

17   the Law Offices of Balch & Bingham, Suite 200, 105

18   Tallapoosa Street, Montgomery, Alabama on

19   Wednesday, August 15, 2007, commencing at

20   approximately 3:42 p.m.

21

22               * * * * * * * * * * * *

23
```

21

1  A.   It was after the name changed, but it could
2       have been, you know, before the beginning
3       of this year or it could have been after.
4       It's been so long ago, I really don't
5       remember.
6  Q.   That's fine.  So sometime after the name
7       changed, you got a call from a prospective
8       student; is that correct?
9  A.   Yes.  I will say that it was maybe two or
10      three months after the name change.
11 Q.   And, what?  Did that prospective student
12      just call in on your number, correct?
13 A.   He called in on the queue which came to my
14      extension.
15 Q.   Okay.  And do you remember about what time
16      of day that was?
17 A.   It would have been, I'm sure, after five
18      o'clock.
19 Q.   And what did the person ask you?
20 A.   Well, they were asking questions about --
21      it was a typical prospective student
22      calling in, asking questions about degree
23      programs.  And we had probably talked about

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

```
 1
 2
 3
 4
 5
 6
 7   REGIONS ASSET COMPANY,           *
                                      *
 8          Plaintiff,                *
                                      *
 9   Vs.                              *   CIVIL ACTION NUMBER
                                      *
10   REGIONS UNIVERSITY, INC.,        *   2:06cv882-MHT
                                      *
11          Defendant.                *
12
13
14
15
16          * * * * * * * * * * * * * * * * * * * *
17
18          Deposition of SAMUEL E. UPCHURCH, JR., taken
19   before David Michael Camp, CSR, in the law offices
20   of Balch & Bingham, LLP, 1901 6th Avenue North,
21   Birmingham, Alabama, on August 14, 2007,
22   commencing at approximately 10:19 o'clock a.m.
23
```

Camp & Associates

| Toll free | Certified Shorthand Reporters | Local |
| --- | --- | --- |
| (888) 661-8833 | 5009 Aldebaran Way, West | (251) 661-8833 |
| Fax | Mobile, Alabama 36693-4206 | Fax |
| (888) 661-8844 | www.campandassociates.com | (251) 666-9797 |

```
 1  particular is the name Region 2020?
 2       A    I have a recollection of it being
 3  discussed.  I would say several.  More than one.
 4  I can't tell you how many because I don't have
 5  specific recollections of any besides Regions
 6  2020.
 7       Q    Okay.  And the best you can do is that
 8  it was more than once?
 9       A    Yes.
10       Q    Okay.  Was this something that came up
11  frequently, this sort of topic, or it came up
12  infrequently?
13       A    Oh, it would only came up when somebody
14  identified something they thought was an
15  infringement.
16       Q    Okay.  During that period of time, was
17  there any outreach that was being done by your
18  department to determine whether or not third
19  parties were using the name "Regions"?
20       A    We were more reactive.  When we would
21  see it or when someone would -- would send
22  something to the legal department that showed a
23  usage, that would be how we would get involved.
```

Camp & Associates
Toll free (888) 661-8833
Fax (888) 661-8844
Certified Shorthand Reporters
5009 Aldebaran Way, West
Mobile, Alabama 36693-4206
www.campandassociates.com
Local (251) 661-8833
Fax (251) 666-9797

```
 1      Q    Reactive as opposed to proactive?
 2      A    That's correct.
 3      Q    So you were not proactive?
 4      A    We were not proactive to my knowledge.
 5      Q    Okay.  You spoke of Region 2020.  Let me
 6 show you what was previously marked as Exhibit
 7 One-ten and Exhibit One Thirty-seven that's in
 8 front of you there, and ask you if you recall
 9 seeing those before today.
10      A    Yes, I do.
11      Q    When did you see them last?
12      A    Oh, probably -- I can't recall when I
13 saw them last.  Years ago.
14      Q    Do you want to take a moment and read
15 both of them, please?
16      A    Okay.
17      Q    All right, sir.  If we can look first at
18 Exhibit One-ten --
19      A    All right.
20      Q    -- the cover letter purports to have
21 been drafted by Stephen Leara, addressed to Ann
22 Florie and copied to you, together with an
23 enclosure which is a draft of the Non-exclusive
```

Camp & Associates

Toll free  
(888) 661-8833  
Fax  
(888) 661-8844

Certified Shorthand Reporters  
5009 Aldebaran Way, West  
Mobile, Alabama 36693-4206  
www.campandassociates.com

Local  
(251) 661-8833  
Fax  
(251) 666-9797

```
 1            something we had to worry about.
 2   BY MR. HUDSON:
 3        Q    Did you ever get any suggestion or
 4   advice that you should be concerned with companies
 5   who used the name "Regions" but were not involved
 6   in banking or financial services?
 7        A    Yes, I did.
 8        Q    Okay.  I think you said during the time
 9   you were General Counsel, the bank was not
10   proactive in seeking out the names of others who
11   used the name "Regions" as third party names for
12   third party companies.
13        A    We did not proactively search for people
14   using the names.
15        Q    Okay.  And that would mean that you
16   wouldn't have searched the records of the
17   Secretary of State of Alabama --
18        A    That's correct.
19        Q    Nor for domain names on the web.
20        A    I don't recall any search for domain
21   names.
22        Q    Or for the U.S. Trademark Office.
23        A    Right.  Typically, as I said earlier, we
```

Camp & Associates
Certified Shorthand Reporters
Toll free (888) 661-8833
Fax (888) 661-8844
5009 Aldebaran Way, West
Mobile, Alabama  36693-4206
www.campandassociates.com
Local (251) 661-8833
Fax (251) 666-9797