## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| REGIONS ASSET COMPANY, REGIONS FINANCIAL CORPORATION and REGIONS BANK | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 2:06-cv-882-MHT |
| v. | ) ) | |
| REGIONS UNIVERSITY, INC. | ) ) ) | |
| Defendant. | ) | |

### RESPONSE TO DEFENDANT'S MOTION FOR LEAVE
### TO FILE A REPLY BRIEF TO PLAINTIFFS' OPPOSITION TO
### DEFENDANT'S MOTION TO STRIKE THE DECLARATION OF JIM JAGER

Plaintiffs, Regions Asset Company, Regions Financial Corporation, and Regions Bank

("Regions"), hereby respond to Defendant's Motion for Leave to File a Reply Brief to Plaintiffs'

Opposition to Defendant's Motion to Strike the Declaration of Jim Jager (Doc. 121).

### BACKGROUND

Since the deadline for dispositive motions on July 17, 2007, Defendant has filed three

motions accompanied by nearly 160 pages of briefing. On August 24, 2007, Defendant filed a

motion to strike the declaration of Jim Jager, a market researcher who has conducted non-

litigation market studies for Regions for nearly 17 years. The erroneous grounds for Defendant's

motion to strike Mr. Jager's declaration were fully explained in Defendant's moving papers.

Regions opposed Defendant's motion to strike the Jager Declaration on September 5, 2007.

Now, without any basis, Defendant seeks to submit yet additional briefing on this issue in the

form of a reply brief. Defendant should not be permitted to burden this Court with further paper

on a fully briefed issue. Defendant's motion should be denied.

## ARGUMENT

### Defendant Has Not Shown Any Need for Additional Briefing

On September 7, 2007 – two days after Regions filed its opposition to the motion to strike – Defendant asked this Court for leave to file a reply brief. Defendant made no effort to confer with counsel for Regions in advance of filing this motion. Even more surprising, however, Defendant failed to explain in its motion why it believes additional briefing is warranted. Indeed, Defendant's motion for leave consists of <u>one</u> sentence and offers no support for the requested relief.

Defendant should not be permitted to submit additional briefing on this issue. Neither the Local Rules of this Court nor the Uniform Scheduling Order provide for the filing of reply briefs and Defendant has not demonstrated any cause, let alone good cause, for filing additional papers on this limited issue. This Court has been inundated with significant briefing on a host of issues – including the fact Regions was not obligated to disclose Mr. Jager as an expert. Nevertheless, Defendant seeks to have the last word on this issue through the filing of a brief not permitted by this Court.

The Court should deny Defendant's motion for leave to file a reply brief. Should the Court grant Defendant's motion, however, Regions respectfully requests the opportunity to file a surreply brief in response to Defendant's reply brief.

## CONCLUSION

For all of the foregoing reasons, Defendant's Motion for Leave to File a Reply Brief to Plaintiffs' Opposition to Defendant's Motion to Strike the Declaration of Jim Jager should be denied.

2

Respectfully submitted this the 11th day of September, 2007.

/s/ William G. Pecau
One of the Attorneys for Plaintiffs Regions Asset
Company, Regions Financial Company and Regions
Bank

**OF COUNSEL:**

Charles B. Paterson (PAT018)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
pclark@balch.com

William G. Pecau
Rachel M. Marmer
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202)429-6244
Facsimile: (202)429-3902
wpecau@steptoe.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 11th day of September, 2007:

| | |
|---|---|
| Victor T. Hudson<br>William W. Watts, III<br>Hudson & Watts, LLP<br>Post Office Box 989<br>Mobile, Alabama 36601-0989 | James E. Shlesinger<br>Shlesinger, Arkwright & Garvey LLP<br>1420 King Street<br>Suite 600<br>Alexandria, Virginia 22314 |

/s/ William G. Pecau
Of Counsel