**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 12, 2007

# NOTICE OF CORRECTION

**From:**                Clerk's Office

**Case Style:**          Regions Asset Company v. Regions University, Inc.

**Case Number:**         #2:06-cv-00882-MHT

**Referenced Document:** Document #120
                         Corporate/Conflict Disclosure Statement by Regions Financial Corporation

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf omitted Regions Asset Company on the list. The corrected pdf is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, REGIONS FINANCIAL CORPORATION, and REGIONS BANK,<br><br>    Plaintiffs,<br><br>v.<br><br>REGIONS UNIVERSITY, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 2:06-cv-882-MHT<br>)<br>)<br>)<br>)<br>) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, Regions Financial Corporation, a Plaintiff in the above-captioned matter, hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047.

Regions Financial Corporation is a publicly traded company. The following entities are hereby reported, none of which is a publicly traded company.

> Regions Bank
> Regions Title Company, Inc. (Inactive)
> Regions Asset Holding Company, Inc.
> Regions Asset Company
> Regions Licensing Company
> Regions Investment Management Holding Company
> Regions Investment Management Company
> RAMCO – FL Holding, Inc.
> Regions Asset Management Company, Inc.
> Regions Agency, Inc.
> Regions Insurance Agency of Arkansas
> Regions Interstate Billing Service, Inc.

Regions Reinsurance Corporation
MCB Life Insurance Company
Regions Agency, Inc.
Regions Acceptance, LLC
Union Planters Mortgage Finance Corporation
Millcreek Development Partnership, L.P.
Magna Data Services, Inc.
Uptenco, Inc.
Upartco, LP
Upmortgages GP
Upbna Holdings, Inc.
UPB Holdings, Inc.
Union Planters Preferred Funding Corp
Union Planters Preferred Funding II Corp
UPB Investments, Inc.
UPIB, Inc.
MICB, Inc.
Union Planters Community Foundation
CID Holding Company
Leader Holding Company, LLC
First Service Corporation
Union Planters Home Equity Corp.
UP Investments LP
Union Planters Hong Kong, Inc.
Regions Hong Kong Limited
Planters Enterprise Holding, Inc.
Planters Enterprise of Illinois, Inc.
Capital Factors Holdings, Inc.
CF One, Inc.
CF Investor Corporation
CF Two, LLC
Capital Factors, Inc.
Capital TempFunds, Inc.
CF Funding Corporation
Athletic Resource Management, Inc.
The Housing Enterprise of Central Alabama, LLC
Lone Star New Markets LP
RF Trust Company
Park Meridian Statutory Trust I
Morgan Keegan & Company, Inc.
MK Licensing, Inc.
MK Assets, Inc.
SouthPoint Structured Assets, Inc.
MK Holdings, Inc.
Morgan Keegan Fund Management, Inc.
Morgan Asset Management, Inc.

WealthTrust, Inc.
Merchant Bankers, Inc.
Morgan Keegan Mortgage Company, Inc.
Morgan Keegan Municipal Products, Inc.
Morgan Keegan Municipal Products II, Inc.
Morgan Properties, LLC
Morgan Keegan Insurance Agency of Alabama, Inc. (Inactive)
Morgan Keegan Insurance Agency of Louisiana, Inc. (Inactive)
Morgan Keegan Insurance Agency of Arkansas, Inc. (Inactive)
MK Investment Management / MK Realty
Morgan Keegan Funding Corporation (Inactive)
Cumberland Securities Company, Inc. (Inactive)
Albrecht & Associates, Inc.
Morgan Keegan Financial Products, Inc.
PFIC Corporation - Trenton, TN
PFIC Pennsylvania Agency, Inc.
Union Planters Insurance Agency of Texas, Inc.
PFIC Arizona Agency, Inc.
Union Planters Insurance Agency, Inc.
Union Planters Insurance Agency of Florida, Inc.
PFIC Tennessee Agency, Inc.
Regions/Morgan Keegan Financial Services, Inc. (fka Union Planters Insurance Agency of Mississippi, Inc.)
PFIC Securities Corporation
Regions/Morgan Keegan Financial Services, Inc. (fka Union Planters Insurance Agency, Inc.)
Regions Insurance Group, Inc.
Rebsamen Insurance, Inc.
ICT Insurance Agency, Inc.
Regions Insurance Services, Inc.
Regions Insurance Services of Alabama, Inc.
Regions Life Insurance Company
Regions Financing Trust I
Regions Financing Trust II
Regions Financing Trust III
Regions Financing Trust IV
Regions Financing Trust V
Regions Financing Trust VI
Union Planters Capital Trust A
Fundsxpress, Inc.
UP Energy Investments, Inc.
Colona Synfuel Limited Partnership, LLP
Regions Financial (DE) Inc.
A-F Leasing, LLC
AmSouth Auto Receivables LLC
AmSouth Investment Management Company, LLC

    AmSouth Investment Services, Inc.
    Cahaba Corporation
    Cahaba International, Inc.
    AmSouth Reinsurance Company, Ltd.
    Cahaba International, Ltd.
    FMLS, Inc.
    OakBrook Investments, LLC
    ASB Affordable Housing, Inc.
    Regions Business Capital Corporation
    AmSouth Finance corporation
    Regions Equipment Finance Corporation
    Regions Equipment Finance, Ltd.
    A-F Leasing, Ltd.
    AmSouth Asset Management, Inc.
    GTC Title, Inc.
    MCC Holdings, Inc.
    Meriwether Capital Corporation
    First AmTenn Life Insurance Company
    Southern Equity Mortgage, LLC
    PFIC Advisors, Inc.
    Crockett Adjustment, Inc.
    Regions Community Development Corporation (fka AmSouth Community Development Corporation
    Regions Financial Corporation Foundation
    Regions/AmSouth Foundation
    Greenview Townhomes, LLC
    Provence Place GP, Inc.
    Regions Provence Place, LLC
    Provence Place, LP

Respectfully submitted this 6th day of September, 2007.

                                /s/ William G. Pecau
                                One of the Attorneys for Plaintiff Regions Financial Corporation

- 5 -

**OF COUNSEL:**

Charles B. Paterson (PAT018)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
pclark@balch.com

William G. Pecau
Rachel M. Marmer
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202)429-6244
Facsimile: (202)429-3902
wpecau@steptoe.com

- 6 -

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 6th day of September, 2007:

| Victor T. Hudson<br>William W. Watts, III<br>Hudson & Watts, LLP<br>Post Office Box 989<br>Mobile, Alabama 36601-0989 | James E. Shlesinger<br>Shlesinger, Arkwright & Garvey LLP<br>1420 King Street<br>Suite 600<br>Alexandria, Virginia 22314 |
|---|---|

/s/ William G. Pecau
Of Counsel