IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


REGIONS ASSET COMPANY,            )
                                  )
        Plaintiff,                )
                                  )        CIVIL ACTION NO.
        v.                        )        2:06cv882-MHT
                                  )
REGIONS UNIVERSITY, INC.,         )
                                  )
        Defendant.                )

## ORDER SETTING PRETRIAL HEARING

It is ORDERED that this cause is hereby set for a pretrial hearing as provided by Rule 16 of the Federal Rules of Civil Procedure, on October 19, 2007, at 8:30 a.m. in Chambers 200FMJ, Frank M. Johnson, Jr. U. S. Courthouse Complex, One Church Street, Montgomery, Alabama.

At the pretrial hearing, the court will consider the matters addressed by Rule 16.  All parties are expected to have complied fully with this court's previously entered Rule 16 uniform scheduling order.  All parties should prepare and have ready all stipulations and possible admissions of fact and of documents which might avoid unnecessary proof upon trial.

ANY PRO SE LITIGANTS and ALL LEAD ATTORNEYS must appear at the time above designated and be fully prepared to state the facts of the case in the most minute detail, and be authorized to admit all facts that are true.  All motions which have not been otherwise submitted or ruled

on will be heard at the above stated time. Counsel should be prepared to argue them. Appropriate penalties will be imposed for failure to comply with these requirements.

The parties are DIRECTED to prepare JOINTLY a proposed pretrial order in accordance with the attached outline. The plaintiff(s) shall ensure that the proposed pretrial order is received by the court NOT LATER THAN TWO BUSINESS days prior to the pretrial conference by either (1) delivery of the order (both hard copy and on disk) to chambers or (2) by transmitting an electronic copy of the proposed pretrial order to the court as an attachment to an email message sent to <propord_thompson@almd.uscourts.gov>. For these purposes, the electronic or disk copy should be in WordPerfect or Word format and not in Adobe Acrobat PDF format. If the plaintiff is pro se, then the defendant(s) shall have this responsibility.

TRIAL TERM COMMENCES November 26, 2007, in Montgomery, Alabama.

DONE, this the 18th day of September, 2007.


_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE

NOTICE TO ATTORNEYS

The proposed pretrial order must be joint, and not piecemeal, and it should be reviewed and approved by all parties BEFORE the pretrial hearing.

---

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA,  DIVISION

```
                              )
                              )
         Plaintiff,           )
                              )
v.                            )    CIVIL ACTION NO.
                              )
                              )
         Defendant.           )
```

<u>ORDER ON PRETRIAL HEARING</u>

A pretrial hearing was held in this case on _____,

wherein the following proceedings were held and actions

taken:

1. <u>PARTIES AND TRIAL COUNSEL</u>:

<u>COUNSEL APPEARING AT PRETRIAL HEARING</u>: (same as

trial counsel) or (indicate if different)

_____

2.   <u>JURISDICTION AND VENUE</u>:

3.      <u>PLEADINGS</u>:    The  following pleadings and

amendments were allowed:

4.   <u>CONTENTIONS OF THE PARTIES</u>:

(a) The plaintiff(s)

(b) The defendant(s)

5.   <u>STIPULATIONS BY AND BETWEEN THE PARTIES</u>:

PLEASE  LEAVE  ORDER  UNFINISHED  AT  THIS  POINT  FOR

COMPLETION BY THE COURT.