IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **REGIONS ASSET COMPANY,** | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv882-MHT |
| | ) | |
| **REGIONS UNIVERSITY, INC.,** | ) | |
| | ) | |
|    Defendant. | ) | |

                                 **ORDER**

It is ORDERED that the motion for leave to file reply brief (Doc. No. 121) is granted, with any sur-reply due within seven days.

DONE, this the 27th day of September, 2007.

                                                   /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**