IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>REGIONS UNIVERSITY, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:06-cv-882-MHT<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned attorney, Charles B. Paterson, hereby respectfully moves the Court, pursuant to Local Rule 83.1(b), to admit *pro hac vice*, Michael J. Allan, to practice before this Court in connection with the above-titled case. In support of this Motion, Mr. Paterson asserts the following:

1. Petitioner resides at 535 Tobacco Quay, Alexandria, Virginia 22314.

2. Petitioner is an attorney and member of the law firm Steptoe & Johnson LLP, with offices at 1330 Connecticut Avenue, NW, Washington, DC 20036, (202) 429-6749.

3. Petitioner has been retained personally, or as a member of the above-named law firm, by Regions Asset Company to provide legal representation in connection with the above-styled matter now pending in this Court.

4. Since August 2, 2004, Petitioner has been, and presently is a member of the United States District Court for the District of Columbia, where Petitioner regularly practices

law. A Certificate of Good Standing from the United States District Court for the District of Columbia is attached hereto.

5. Petitioner has also been admitted to practice before the following courts listed in Schedule A, which is attached hereto. Petitioner is presently a member in good standing of the Bars of each of the courts listed in Schedule A.

6. Petitioner presently is not subject to any disbarment proceedings.

7. Petitioner presently is not subject to any suspension proceedings.

8. Petitioner never has been subject to any disbarment proceedings.

9. Petitioner never has been subject to any suspension proceedings.

10. Petitioner never has had any certificate or privilege to appear and practice before any regulatory administrative body suspended or revoked.

11. The undersigned attorney, Charles B. Paterson, is one of the local counsels of record for Regions Asset Company and is a member in good standing of the bar of this Court. Mr. Paterson is a member of the firm of Balch & Bingham, LLP, 105 Tallapoosa Street, Suite 200, Montgomery, Alabama, 36104, (334) 834-6500.

12. The following accurately represents the names and addresses of each party in this matter, WHETHER OR NOT REPRESENTED BY THIS COUNSEL, and the names and addresses of each counsel of record who appeared for said parties:

<u>Attorneys for Plaintiff</u>:

Charles B. Paterson (PAT018)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
pclark@balch.com

William G. Pecau
Rachel M. Marmer
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202)429-6244
Facsimile: (202)429-3902
wpecau@steptoe.com
rmarmer@steptoe.com

<u>Attorneys for Defendant</u>:

Victor T. Hudson
William W. Watts, III
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601-0989

James E. Shlesinger
Shlesinger, Arkwright & Garvey LLP
1420 King Street
Suite 600
Alexandria, Virginia 22314

13.     Petitioner agrees to comply with the Standards for Professional Conduct, and petitioner consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama.

14.     Petitioner respectfully requests to be admitted to practice in this Court for this cause only.

Wherefore, premises considered, Mr. Paterson respectfully moves this Court to admit Michael J. Allan *pro hac vice* in the above-styled matter pursuant to Local Rule 83.1(b) of the United States District Court for the Middle District of Alabama.

Respectfully submitted this the 5th day of October, 2007.

/s/ Charles B. Paterson
One of the Attorneys for Plaintiffs Regions Asset Company, Regions Financial Company and Regions Bank

**OF COUNSEL:**
Charles B. Paterson (PAT018)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
pclark@balch.com

William G. Pecau
Rachel M. Marmer
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202)429-6244
Facsimile: (202)429-3902
wpecau@steptoe.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 5th day of October, 2007:

| | |
|---|---|
| Victor T. Hudson | James E. Shlesinger |
| William W. Watts, III | Shlesinger, Arkwright & Garvey LLP |
| Hudson & Watts, LLP | 1420 King Street |
| Post Office Box 989 | Suite 600 |
| Mobile, Alabama 36601-0989 | Alexandria, Virginia 22314 |

/s/ Charles B. Paterson
Of Counsel

# UNITED STATES DISTRICT COURT
## for the District of Columbia
### CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that

## MICHAEL   J.   ALLAN

was, on the _2nd_ day of _August_ A.D. _2004_ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this _21st_ day of _September_ A.D. 2007



**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _Maureen Higgins_
Deputy Clerk

# **Schedule A**

### Court Admissions

Appellate Division of the Supreme Court of the State of New York, Fourth Department (February 24, 1999)

Supreme Court of the State of South Carolina (January 9, 2001)

District of Columbia, Court of Appeals (December 4, 2000)

United States District Court, Northern District of New York (September 8, 1999)

United States District Court, District of Columbia (August 4, 2004)