IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| REGIONS ASSET COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv882-MHT |
| | ) | |
| REGIONS UNIVERSITY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 129) is granted.

DONE, this the 5th day of October, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**