**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                       TELEPHONE (334) 954-3600

October 18, 2007

# NOTICE OF CORRECTION

**From:**            **Clerk's Office**

**Case Style:**      **Regions Asset Company, et al. v. Regions University, Inc.**

**Case Number:**     **#2:06-cv-00882-MHT**

**Referenced Document:**  **Document #132**
                          **Supplemental Affidavit of Andrea R. Bender**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a signature, and it was not notarized. The corrected pdf is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

REGIONS ASSET COMPANY, et al.,   )
        Plaintiffs,   )
                                    CV No. 2:06-cv-882-MHT
V.   )

REGIONS UNIVERSITY, INC.   )   **SUPPLEMENTAL AFFIDAVIT OF ANDREA R. BENDER**
        Defendant.   )

I, Andrea R. Bender, residing at 3650 Hayfield Place, Mobile, Alabama 36608, to the best of my knowledge, information and belief, formed after reasonable inquiry, hereby declare:

1. I am over the age of 21 and have personal knowledge of the matters herein declared.

2. I am submitting this Supplemental Affidavit in support of the Motion for Summary Judgment, filed by the by the Defendant, Regions University, Inc.

3. I received my Bachelor of Arts degree in English from the University of Alabama. I was a full-time paralegal from September 1990 to December 1996. I have worked for the past 10 years as a contract paralegal with various Alabama law firms.

4. The following is a summary of additional contacts I have made with additional businesses using the name "Region" or "Regions".

FLORIDA

In the State of Florida, I was able to confirm the following information about the following businesses and organizations:

Region South Enterprises, Inc. (Alta Monte Springs, FL).

I called a telephone listing for Region South Enterprises, Inc, in Alta Monte Springs, FL, and the the person with whom I spoke, Arnie Wurst, indicated that he was the owner of Region South Enterprises and that he has been in business under that name for 29 years. He further stated the business was a well-respected commercial construction company with four full-time employees. They have never been contacted by Regions Bank regarding their business name. Their marketing area is central Florida.

TEXAS

In the State of Texas, I was able to confirm the following information about the following businesses and organizations:

Region Health Care (McAllen, TX)

I called a telephone listing for Region Health Care. The person who answered the telephone, Maribel Mata, identified herself as the office manager of Region Health Care. She said that the businesss was a home health care business that had been open for 1 year and 3 months and has four employees. Their marketing area is the Rio Grande Valley.

Further affiant sayeth not.

Signed at: _Mobile, Alabama_, this 17th day of October, 2007.

ANDREA R. BENDER

2

STATE OF ALABAMA:

COUNTY OF MOBILE:

I, Melodie D. McGehee, the undersigned Notary Public, in and for said State and County, do hereby certify that ANDREA R. BENDER, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that she had read the foregoing Supplemental Affidavit and knows the contents thereof, that the same are true to the best of her knowledge, information and belief, and that she executed the same voluntarily on the day the same bears date.

Given under my hand and seal this the 17th day of October 2007.

Notary Public, State of Alabama
My Commission Expires: _____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: May 12, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

3