# EXHIBIT A

STEPTOE & JOHNSON LLP

ATTORNEYS AT LAW

William G. Pecau
202.429.6244
wpecau@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

September 6, 2007

**Via FEDERAL EXPRESS**

Mr. Jim Curtis
Regions Development Group, LLC
195 S. Center St.
Collierville, TN 38017

> RE:    **Regions Asset Company v. Regions Development Group, LLC**
> **Infringement of REGIONS Name and Mark**

Dear Mr. Curtis:

We represent Regions Asset Company and its affiliates, including Regions Financial Corporation and Regions Bank, (together "Regions") in trademark and unfair competition litigation and related matters.

As you no doubt know, Regions is one of the top 10 financial institutions in the United States providing retail and commercial banking, mortgage, trust, securities brokerage, and insurance products and services. A major aspect of its business is its commercial lending, mortgage and financing services for all kinds of commercial enterprises and its related real estate services.

The mark REGIONS is our client's principal mark and name that it uses for its many banking, mortgage, trust and investment services and for its businesses. The REGIONS mark is the subject of a number of federal registrations in the United States Patent and Trademark Office. These registrations include the mark REGIONS, Reg. No. 1,881,600, and the mark REGIONS, Reg. No. 1,914,267, and the mark REGIONS MORTGAGE, Reg. No. 3,224,650. Regions' exclusive right to use its REGIONS mark is incontestable by reason of 15 U.S.C. § 1065.

Regions has become aware that you are using its REGIONS mark as the dominant and distinctive element of your name, Regions Development Group, LLC, for real estate development services. Your development services are closely related to Regions' mortgage services and other commercial enterprise lending services and may be advertised to and

RAC00041.386

STEPTOE & JOHNSON

Mr. Jim Curtis
September 6, 2007
Page 2

purchased by the same persons and companies. Thus, you are using the famous REGIONS name and mark for a closely related business and service. Such use will likely confuse persons into believing that Regions Development Group is a Regions company or is sponsored by, affiliated with, or otherwise connected with Regions, and will dilute the distinctiveness of the famous REGIONS mark and name.

Moreover, it appears that you adopted your business name fully aware of our client's famous REGIONS mark as you have previously used Regions for your financing needs. Accordingly, your adoption and use of the REGIONS mark as the distinctive element of your business name appears to be a deliberate attempt to misappropriate the goodwill of Regions' famous REGIONS mark.

Thus, your use of the REGIONS name and mark is an obvious infringement of the famous and federally registered REGIONS name and mark and constitutes trademark infringement, unfair competition and trademark dilution in violation of the United States Trademark Act of 1946, 15 U.S.C. §1051 *et seq.* and related state laws.

Regions demands, therefore, that you end your use of the REGIONS name. Regions expects your written undertaking by September 20, 2007, that you will comply with this demand. Otherwise, Regions will take further appropriate action to protect its valuable REGIONS mark, and will seek all remedies to which it may be entitled.

Very truly yours,

William G. Pecau

RAC00041387

LAW OFFICES
OF

# WILLIAM M. JETER, PLLC

35 Union Avenue, Suite 300
Memphis, Tennessee 38103
(901) 544-1556
(901) 544-1667 (Fax)

William M. Jeter
Lucinda Fones Morse
Michael D. Herrin*
Adam M. Nahmias

*ALSO LICENSED IN MISSISSIPPI AND ALABAMA

Kathy S. Burnett, Legal Assistant
-------------------------
anahmias@jeter-law.com

September 10, 2007

William G. Pecau, Esq.               Via Fax & Mail
Steptoe & Johnson                    202-429-3902
1330 Connecticut Avenue, NW
Washington, DC 20036-1795

RE:    Regions Development Group, LLC

Dear Mr. Pecau:

This firm represents Regions Development Group, LLC. My client has provided me with a copy of your correspondence dated September 6, 2007, and has instructed me to respond to the same.

Despite the representations set forth in your letter (and the lack of any substantive evidence to support any of your factual or legal allegations), my client has assured me that under no circumstances did it intentionally or purposely select the name Regions Development Group, LLC as an attempt to "misappropriate" or otherwise cause confusion with the public concerning the identities of Regions Development and your client. In fact, Regions Development is a small Tennessee company whose sole purpose is the development of convenience stores that it ultimately resells. Furthermore, and prior to establishing Regions Development, the Tennessee Secretary of State had no information which indicated that the name was reserved, unavailable or otherwise protected, and there are presently at least forty (40) other entities registered with the Secretary of State in Tennessee that utilize "Regions" as the first word in their title.

While my client also disputes that it infringed upon any name or trademark of Regions Bank, it is nonetheless willing to take the appropriate steps necessary to resolve your client's concerns. I have been advised that Regions Development will likely be dissolved within the next six months, but I will nonetheless instruct it to immediately cease and desist with the use of any marks which any way relate to those utilized by Regions Bank, although my client frankly does not even utilize any "marks" or symbols in its business. I will also recommend that from this date onward, Regions Development utilize a different name under which it conducts its public business, and the corporate entity known as "Regions Development Group, LLC" will continue to exist only internally amongst the members of the LLC, and for federal/state income tax purposes..

Please let me know if the foregoing is acceptable to your client, or if you require any additional

RAC00041426

RECEIVED

SEP 1 2 2007

STEPTOE & JOHNSON LLP

Mr. William Pecau, Esq.
Page 2
September 10, 2007

information. If I do not hear from you within one week from the date of this letter, I will presume that the foregoing will be an acceptable resolution of this matter.

Sincerely,

Adam M. Nahmias

AMN/gla
cc:    Jim Curtis

RAC00041427

# EXHIBIT B

STEPTOE & JOHNSON LLP

ATTORNEYS AT LAW

William G. Pecau
202.429.6244
wpecau@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

September 6, 2007

**Via FEDERAL EXPRESS**

Roy D. Wigfield
Regions Real Estate
7719 Bayshore Dr.
Elberta, AL 36350

RE:   **Regions Asset Company v. Regions Real Estate
Infringement of REGIONS Name and Mark**

Dear Mr. Wigfield:

We represent Regions Asset Company and its affiliates, including Regions Financial Corporation and Regions Bank, (together "Regions") in trademark and unfair competition litigation and related matters.

Regions is the largest Alabama corporation and one of the top 10 financial institutions in the United States offering a wide variety of banking and related services. In particular, Regions Mortgage is Alabama's leader and one of the nation's top leaders in mortgage origination and servicing.

REGIONS is our client's principal mark and name that it uses for its mortgage services and its various other banking services and businesses. The REGIONS mark is the subject of a number of federal registrations in the United States Patent and Trademark Office. These registrations include the mark REGIONS, U.S. Reg. No. 1,881,600, the mark REGIONS, U.S. Reg. No. 1,914,267, and the mark REGIONS MORTGAGE, Reg. No. 3,224,650. Regions' exclusive right to use its REGIONS mark is incontestable by reason of 15 U.S.C. § 1065.

Regions has recently learned that you are using its REGIONS mark as the dominant and distinctive element of your name Regions Real Estate for real estate services in Alabama. Moreover, your real estate services are closely related to Regions' mortgage services and its many other real estate programs and services and may be advertised to and purchased by the same persons. Thus, you are using our client's REGIONS mark for closely related services and business. Such use will likely confuse persons into believing that Regions Real Estate is a

RAC00041396

Mr. Roy Wigfield
September 6, 2007
Page 2

Regions company or is sponsored by, affiliated with, or otherwise connected with Regions, and will dilute the distinctiveness of the famous REGIONS mark and name.

      Therefore, your use of the REGIONS name and mark is an obvious infringement of the famous and federally registered REGIONS name and mark and constitutes trademark infringement, unfair competition and dilution in violation of the United States Trademark Act of 1946, 15 U.S.C. §1051 *et seq.* and related state laws.

      Accordingly, Regions demands that you end your use of the REGIONS name. Regions expects your written undertaking by September 20, 2007, that you will comply with this demand. Otherwise, Regions will take further appropriate action to protect its valuable REGIONS mark, and will seek all damages and remedies to which it may be entitled.

Very truly yours,

William G. Pecau

RAC00041397

Steptoe & Johnson
Attorneys at Law

William G Pecau
Fax # 202-429-3902

Roy D. Wigfield
Regions Real Estate
Fax 251-987-1402

Date October 12, 2007

Regarding; your letter dated, September 06, 2007
Regions Asset Co. Vs Regions Real Estate

This response has been delayed due to the fact you sent your letter to the old address. Please be informed my new address is 575 Park Av. Foley Alabama 36535.

According to the Alabama Secretary of State the name Regions Real Estate had not been used and that it was available. Therefore I had reserved it for my use. I incorporated under the name, Regions Real Estate. At the present time I am doing business as Regions Real Estate.

It was not my intention to deceive anyone by using the name" Regions Real Estate" This was one of the reasons I cleared the name with Secretary of State.

I was not aware of the United States Trademark Act of 1946, S1051, especially Item 3D. After researching this "Act" I have come to the conclusion you are right and I will comply with your letter and end the use of the REGIONS name effective October 31, 2007.

I trust all the above meets with your approval.

*Roy D. Wigfield*

Roy D. Wigfield
251-987-1401 home
251-504-1111 Cell
October 12, 2007

RAC00041442

# EXHIBIT C

STEPTOE & JOHNSON LLP

ATTORNEYS AT LAW

William G. Pecau
202.429.6244
wpecau@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC  20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

September 6, 2007

**Via FEDERAL EXPRESS**

Mr. Jay Crisp
Mr. Jim Johnson
Regions Claim Management Group, LLC
9716-B Rea Road #212
Charlotte, NC 28277

> RE:    **Regions Asset Company v. Regions Claim Management Group, LLC**
> **Infringement of REGIONS Mark and Name**

Dear Messrs. Crisp and Johnson:

We represent Regions Asset Company and its affiliates, including Regions Financial Corporation, Regions Bank, Regions Insurance Group, Inc., (together "Regions") in trademark and unfair competition litigation and related matters.

Regions is one of the top 10 financial institutions in the United States providing retail and commercial banking, mortgage, trust, securities brokerage, and insurance products and services and is one of the preeminent providers of online banking services on its www.regions.com website.  Regions Insurance Group, Inc., ranks among the 50 largest insurance agencies in the United States and provides both home and auto insurance and related services.

REGIONS is our client's principal mark and name that it uses for its many banking, mortgage, trust and investment services and for its businesses.  The REGIONS mark is the subject of a number of federal registrations in the United States Patent and Trademark Office. These registrations include the mark REGIONS, Reg. No. 1,881,600, and the mark REGIONS, Reg. No. 1,914,267.  Regions' exclusive right to use its REGIONS mark is incontestable by reason of 15 U.S.C. § 1065.

Regions has learned of your use of its REGIONS mark as the dominant and distinctive element of your name Regions Claim Management Group, LLC, for insurance adjusting services, and that you offer your services on the website located at the domain name regionscmg.com.  Your insurance adjusting services are identical or closely related to Regions'

RAC00041392

WASHINGTON   •   NEW YORK   •   CHICAGO   •   PHOENIX   •   LOS ANGELES   •   CENTURY CITY   •   LONDON   •   BRUSSELS

STEPTOE & JOHNSON

Mr. Jay Crisp
Mr. Jim Johnson
September 6, 2007
Page 2

insurance services and may be advertised to and purchased by the same persons. Thus, you are using our client's famous REGIONS mark for services identical or closely related to Regions' services. Such use will likely confuse persons into believing that Regions Claim Management is a Regions company or is sponsored by, affiliated with, or otherwise connected with Regions, and will dilute the distinctiveness of the famous REGIONS mark and name.

Therefore, your use of the REGIONS name and mark is an obvious infringement of the famous REGIONS name and mark and constitutes trademark infringement, unfair competition and trademark dilution in violation of the United States Trademark Act of 1946, 15 U.S.C. §1051 *et seq.* and related state laws.

Accordingly, Regions demands that you end your use of its REGIONS name and transfer the regionscmg.com domain name to Regions. Regions expects your written undertaking by September 20, 2007, that you will comply with these demands. Otherwise, Regions will take further appropriate action to protect its valuable REGIONS mark, and will seek all damages and remedies to which it may be entitled.

Very truly yours,

William G. Pecau

RAC00041393



September 19, 2007

William G. Pecau
Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, DC 20036-1795

      **RE:**    **Regions Asset Company v. Regions Claim Managent Group, LLC**
                  **Infringement of REGIONS Mark and Name**

Dr. Mr. Pecau:

We are in receipt of your letter dated September 6, 2007 requesting our company to discontinue the use of the name REGIONS in our company name. We were unaware of the branding of the REGIONS name and it was not our intent to suggest a connection between the companies with our company name.

Pursuant to your correspondence we are in the process of changing our company name to remove the name REGIONS from it. We will also discontinue the use of the domain name regionscmg.com with this change in our company name.

As our main source of correspondence and communication via e-mail and the Internet we will need a transitional period to move our communications over to a new domain name. We intend to create a blind forward from the domain regionscmg.com to the new domain name. Once this is set up we will use the blind forward for a period of 1 year to allow all correspondence to be moved over to the new domain name.

After this transition period we will abandon the use of the domain regionscmg.com altogether. At this time the regionscmg.com domain will be available for purchase if your client so desires otherwise we will allow the domain name regionscmg.com to expire.

With this change we will consider this matter resolved. Please contact me if you have any questions.

Regards,

**Regions Claim Management Group, LLC**

RAC00041429

Jay S. Crisp
General Partner

RECEIVED

SEP 2 4 2007

STEPTOE & JOHNSON LLP

# EXHIBIT D

STEPTOE & JOHNSON LLP

ATTORNEYS AT LAW

William G. Pecau
202.429.6244
wpecau@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC  20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

September 6, 2007

**Via FEDERAL EXPRESS**

Mr. C. Paisley Gordon
Regions Real Estate Services, Inc.
9032 Crump Road
Pineville, NC 28134

RE:    **Regions Asset Company v. Regions Real Estate Services, Inc.
Infringement of REGIONS Name and Mark**

Dear Mr. Gordon:

We represent Regions Asset Company and its affiliates, including Regions Financial Corporation and Regions Bank, (together "Regions") in trademark and unfair competition litigation and related matters.

Regions is one of the top 10 financial institutions in the United States providing retail and commercial banking, mortgage, trust, securities brokerage, and insurance products and services and is one of the preeminent providers of international online banking services on its www.regions.com website.

REGIONS is our client's principal mark and name that it uses for its many banking, mortgage, trust and investment services and for its businesses. The REGIONS mark is the subject of a number of federal registrations in the United States Patent and Trademark Office. These registrations include the mark REGIONS, Reg. No. 1,881,600, and the mark REGIONS, Reg. No. 1,914,267. Regions' exclusive right to use its REGIONS mark is incontestable by reason of 15 U.S.C. § 1065.

Accordingly, Regions was surprised to learn that you are using its REGIONS mark as the dominant and distinctive element of the name under which you operate, Regions Real Estate Services, Inc., for real estate services. Moreover, your real estate services are closely related to Regions' mortgage services and its many other real estate programs and services and may be advertised to and purchased by the same persons. Thus, you are using our client's famous REGIONS mark for closely related services. Such use will likely confuse persons into believing that Regions Real Estate Services is a Regions company or is sponsored by, affiliated

RAC00041398

STEPTOE & JOHNSON

Mr. C. Paisley Gordon
September 6, 2007
Page 2

with, or otherwise connected with Regions, and will dilute the distinctiveness of the famous REGIONS mark and name.

Therefore, your use of the REGIONS name and mark is an obvious infringement of the famous and federally registered REGIONS name and mark and constitutes trademark infringement, unfair competition and dilution in violation of the United States Trademark Act of 1946, 15 U.S.C. §1051 *et seq.* and related state laws.

Accordingly, Regions demands that you end your use of the REGIONS name. Regions expects your written undertaking by September 20, 2007, that you will comply with this demand. Otherwise, Regions will take further appropriate action to protect its valuable REGIONS mark, and will seek all damages and remedies to which it may be entitled.

Very truly yours,

William G. Pecau

RAC00041399

**SUMMA, ALLAN
& ADDITON, P.A.**
PATENT ATTORNEYS

13010 NORTH COMMUNITY HOUSE RD.
SUITE 200
BALLANTYNE CORPORATE PARK
CHARLOTTE, NC 28277-2199

T:   704.945.6700
F:   704.945.6735
W:  WWW.SUMMALAW.COM

September 20, 2007

*Via Email*

William G. Pecau, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036-1795

Re: Region's Real Estate Services, Inc.

Dear Mr. Pecau;

    This letter is to follow up on my brief voice mail advising you that Region's Real Estate Services, Inc. has retained us regarding this matter.  We have not had an opportunity to look into this matter and advise our client on the short deadline set forth in your letter.

    Our client has been using the mark for a number of years and is not aware of any incidences of confusion and does not believe that there is any likelihood of confusion with the use of its mark based on the different services.  While our client does not believe it has infringed the "Regions Bank" mark, our client has no desire to litigate this matter.

    Please give me a call at your convenience so we can discuss reasonable terms under which our client can effect a name change.

Very truly yours,

John P. Higgins

JPH:jam

cc: Gordon Paisley

RAC00041433

**SUMMA, ALLAN & ADDITON, P.A.**
PATENT ATTORNEYS

11610 NORTH COMMUNITY HOUSE RD.
SUITE 200
BALLANTYNE CORPORATE PARK
CHARLOTTE, NC 28277-2199

T:   704.945.6700
F:   704.945.6735
W:   WWW.SUMMALAW.COM

September 27, 2007

*Via Email& First Class Mail*

William G. Pecau, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036-1795

Re: Region's Real Estate Services, Inc.

Dear Mr. Pecau;

This letter is to follow up on our telephone conversation yesterday and to confirm that Region's Real Estate Services, Inc. has agreed to change its name and Regions Bank has agreed to allow six months to complete the name change. Therefore, Region's Real Estate Services will complete the name change by March 26, 2008.

If this is not correct of if other issues need to be resolved, please contact me at your earliest convenience.

Very truly yours,

John P. Higgins

JPH:jam

cc: Gordon Paisley

RAC00041434

# EXHIBIT E

STEPTOE & JOHNSON

ATTORNEYS AT LAW

William G. Pecau
202.429.6244
wpecau@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

September 6, 2007

**Via FEDERAL EXPRESS**

Mr. Vic Jodt
Regions Survey
E Us 40 Hwy
Kansas City, MO 64101

RE:    **Regions Asset Company v. Regions Survey**
**Infringement of REGIONS Name and Mark**

Dear Mr. Jodt:

We represent Regions Asset Company and its affiliates, including Regions
Financial Corporation and Regions Bank, (together "Regions") in trademark and unfair
competition litigation and related matters.

Regions is one of the top 10 financial institutions in the United States providing
retail and commercial banking, mortgage, trust, securities brokerage, and insurance products and
services. A major aspect of Regions' business is its mortgage business, its loan programs to aid
the purchase of homes and other real estate related services, including commercial lending.

REGIONS is our client's principal mark and name that it uses for its many
banking, mortgage, trust and investment services and for its businesses. The REGIONS mark is
the subject of a number of federal registrations in the United States Patent and Trademark Office.
These registrations include the mark REGIONS, Reg. No. 1,881,600, the mark REGIONS, Reg.
No. 1,914,267, and the mark REGIONS MORTGAGE, Reg. No. 3,224,650. Regions' exclusive
right to use its REGIONS mark is incontestable by reason of 15 U.S.C. § 1065.

Accordingly, Regions was surprised to learn that you are using its REGIONS
mark as the dominant and distinctive element of your name Regions Survey for land survey
services. Your land survey services are closely related to Regions' mortgage services and its
many other real estate programs and services and may be advertised to and purchased by the
same persons or businesses. Thus, you are using a mark closely similar to Regions' mark for
services closely related to Regions' services. Such use of the REGIONS name for such your
land survey services will likely confuse persons into believing that Regions Survey is sponsored,

RAC00041388

STEPTOE & JOHNSON

Mr. Vic Jodt
September 6, 2007
Page 2

affiliated with or otherwise connected to Regions and will dilute the distinctive quality of the famous REGIONS mark.

Therefore, your use of the REGIONS name and mark is an obvious infringement of the famous and federally registered REGIONS name and mark and constitutes trademark infringement, unfair competition and dilution in violation of the United States Trademark Act of 1946, 15 U.S.C. §1051 *et seq.* and related state laws.

Accordingly, Regions demands that you end your use of the REGIONS name. Regions expects your written undertaking by September 20, 2007, that you will comply with this demand. Otherwise, Regions will take further appropriate action to protect its valuable REGIONS mark, and will seek all damages and remedies to which it may be entitled.

Very truly yours,

William G. Pecau

RAC00041389

**Region Land Survey**
16716 E. 40 HWY Suite "C"
Independence, MO 64055
(816) 966-1191 Phone
(816) 966-1441 Fax



# Fax

| To: | William Pecau | From: | Vic Jodts |
|---|---|---|---|
| Attn: | | Phone: | |
| Fax: | 202.429.3902 | Date: | 9/10/2007 |
| Re: | REGION LAND SURVEY | Pages: | 2 |

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply

● Comments:

Company name clarification

RAC00041424



**Region Land Survey Inc. 16716 40 HWY Independence, MO 64055**

Steptoe & Johnson
Attention: William G. Pecau
1330 Connecticut Avenue
Washington, DC 20036

**Re: Region Land Survey Inc.**
Dear Mr. Pecau

Per our earlier phone conversation, please find the letterhead of our company as shown above as Region Land Survey Inc. If you have additional questions please feel free to contact me at the number listed below.

Sincerely

Victor R. Jodts PLS
816.966.1191 office
816.966.1441 fax
service@regionsurvey.com

RAC00041425

September 10, 2007                                                                                       1

# EXHIBIT F

## PUBLIC ANNOUNCEMENT

Thank you for visiting RegionsAir's website, for your interest, and for your support.

Please accept that RegionsAir has a strict corporate policy in adherence to Federal Law, Rules, and Regulations of not commenting on rumors, innuendoes, law suits, and or accusations. It is the company policy to refer all subject inquire to the company website.

By accessing executiveoffices@RegionsAir.com you may request to be placed on the company email list and notified via email of public notices regarding pertinent developments that impact the community and the RegionsAir family. Once a public announcement has been made the executive offices may make a statement. Please stay in contact as the company moves quickly forward. RegionsAir hopes you will be fair with an unbiased opinion. On behalf of RegionsAir, the furloughed employees and the communities it serves "are" RegionsAir and its family. This relationship is utmost in our minds at this moment.

The Executive Offices.

## MESSAGE TO THE FORMER EMPLOYEES AND CUSTOMERS OF WHAT WAS

# REGIONSAIR ✈

We, the new management of RegionsAir, see tremendous value in the former employees of this company, and have set as our goal to bring back this company to life for our valued customers. We also assure you now that we will take all measures possible to bring back to the local community and aviation community what has been taken in terms of the jobs of the former employees and convenience and value of and to the customers.

You as a former employee will have first choice in getting your job back as you had it before as soon as you position becomes available to fill. Follow the link to

**RAC00041444**

submit your resume. If you don't have one that's OK.
Just tells us who you are and what you did and whether
you have any employment currently that we can first
provide for those who lost their jobs at regions air that
have not been as fortunate to find any work. Sooner or
later all will be welcomed to come back but we must
first take care of those in need.

Former Employees - Submit resume or message

To do this we must first make right the wrongs. This
site has the mechanisms for all of us to gain
understanding of what went wrong. All that desire may
feel free to join in the CHAT forum established here to
provide your input on that subject. Please do not misuse
this by slandering those you MAY THINK were
responsible. That will not get you your job back. It is
not to point blame or find fault. Facts are fine; be ready
to support your words or keep it to yourself if you can't.
Remember that it is not possible to FIX something
unless you know the problem(s). There will be no band
aids here. Only a healing process will put us back on
track. If you are angry; get over it and exert your
energy towards something more useful. If you are
depressed; we understand and we want to help. But
you also need to help yourself. If you are partly
responsible for what has happened; you can confess if
that makes you feel better. We don't want an
explanation just an apology would be fine. Suggestions
on how to right the wrongs would be better and then
move on, thanks.

The new management team is committed to bringing
this back as a new way "to Fly". Help us to do this by
participation. Rise to the occasion and become a family
again. Support each other as Brother and Sister,
Husband and Wife, Father and Mother. Afterwards it will
be "Our Family" Have patience in these trying days.
Have faith in yourself and others you trust. Find
strength in your knowledge and talents. Above all else;
If you're not having fun you're wrong. A recent email
from a member of our newly formed board contained
these infamous words;

"Let's Roll"

Watch this space.

Life Choices

JBI
AEI                    RAC00041445

GSG

**Pilots**

RegionsAir is planning to resume operations in the near future. We are now accepting resumes from pilots to staff flight operations in the US, Puerto Rico, and the Dominican Republic. Sign-on bonuses of $2500 to $5000 are available for qualified and current Jetstream 31/32/41 and Saab 340 applicants. If interested in becoming a part of our team please forward your resume using the link below:

RegionsAir está planeando reasumir operaciones en el futuro cercano. Ahora estamos aceptando curriculums vitae de pilotos para operaciones en los E.E.U.U., Puerto Rico, y la República Dominicana. Primas de $2500 a $5000 US se ofrecen a pilotos calificados en Jetstream 31/32/41 o/y SAAB 340. Por favor, hagáse seguir su curriculum vitae usando el acoplamiento abajo si está interesado:

Submit resume

---

**Restart of Operations** hosted by **regionsair**,

Join now (You need to install Skype first (free)!
Go to www.skype.com

---

Chat about what's on your mind. More about public chats.

RAC00041446

# EXHIBIT G

STEPTOE & JOHNSON LLP
ATTORNEYS AT LAW

William G. Pecau
202.429.6244
wpecau@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

September 6, 2007

**Via FEDERAL EXPRESS**

Ms. Carol Beavers
Regions Land and Investments, Inc.
d/b/a Regions Realty
42 N. Fourth St.
Colbert, GA 30628

> RE:  **Regions Asset Company v. Regions Land and Investments, Inc.,**
> **d/b/a Regions Realty**
> **Infringement of REGIONS Name and Mark**

Dear Ms. Beavers:

We represent Regions Asset Company and its affiliates, including Regions Financial Corporation and Regions Bank, (together "Regions") in trademark and unfair competition litigation and related matters.

Regions is one of the top 10 financial institutions in the United States providing retail and commercial banking, mortgage, trust, securities brokerage, and insurance products and services and is one of the preeminent providers of international online banking services on its www.regions.com website.

REGIONS is our client's principal mark and name that it uses for its many banking, mortgage, trust and investment services and for its businesses. The REGIONS mark is the subject of a number of federal registrations in the United States Patent and Trademark Office. These registrations include the mark REGIONS, Reg. No. 1,881,600, the mark REGIONS, Reg. No. 1,914,267, and the mark REGIONS MORTGAGE, Reg. No. 3,224,650. Regions' exclusive right to use its REGIONS mark is incontestable by reason of 15 U.S.C. § 1065.

Accordingly, Regions was surprised to learn of your use of its REGIONS mark as the dominant and distinctive element of the name under which you operate, Regions Realty, for real estate services, and that you offer your services on the website located at the domain name regionsrealty.com. Moreover, your real estate services are closely related to Regions' mortgage

RAC00041390

Ms. Carol Beavers
September 6, 2007
Page 2

services and its many other real estate programs and services and may be advertised to and purchased by the same persons. Thus, you are using our client's REGIONS mark for closely related services. Such use will likely confuse persons into believing that Regions Realty is a Regions company or is sponsored by, affiliated with, or otherwise connected with Regions, and will dilute the distinctiveness of the famous REGIONS mark and name.

Therefore, your use of the REGIONS name and mark is an obvious infringement of the famous and federally registered REGIONS name and mark and constitutes trademark infringement, unfair competition and dilution in violation of the United States Trademark Act of 1946, 15 U.S.C. §1051 *et seq.* and related state laws.

Accordingly, Regions demands that you end your use of the REGIONS name, that you transfer the regionsrealty.com domain name to Regions and choose a domain name that does not consist of or contain the mark REGIONS. Regions expects your written undertaking by September 20, 2007, that you will comply with these demands. Otherwise, Regions will take further appropriate action to protect its valuable REGIONS mark, and will seek all damages and remedies to which it may be entitled.

Very truly yours,

William G. Pecau

RAC00041391

# Northeast Georgia Real Estate



**The Reserve  South Creek   Search All     Featured    Contact Me**
**Properties    Listings**

*Welcome to your one-stop source for real estate services covering North East Georgia.*

*Real estate is one of the most exciting investments one can make, and it should be a fun and rewarding experience.*

*Here you'll find everything you'll need to buy or sell real estate, as well as learn about the market value.*

*It is my goal to provide you with superior service at all times.*

### Virginia Beavers
706.202.9650



**Privacy Policy   Agent Login   Site Map   REALTOR ® Website Marketing & Design** Z57 Inc.
Copyright © 2007 Virginia Beavers. All rights reserved.

**RAC00041449**

# EXHIBIT H

MANNINGTON.COM > COMMERCIAL > FIND A FLOOR

FIND A FLOOR ▼   GLO



| About Us | Carpet |
|----------|--------|
| What's New | Resilient |
| Environment | DesignLine |
| Portfolio | Technical |

# FIND A FLOOR results




sheet · tile · pla

## 12 Mannington products match your criteria

QUICK SEARCH  enter produc



CARPET
Modular Tile
[Regions]
Regions
AERI
Aerial
**Samples >**



CARPET
Modular Tile
[Regions]
Regions
CHAR
Charts
**Samples >**



CARPET
Modular Tile
[Regions]
Regions
DOMA
Domain
**Samples >**



CARPET
Modular Tile
[Regions]
Regions
ELEV
Elevation
**Samples >**



CARPET
Modular Tile
[Regions]
Regions
GEOG
Geography
**Samples >**



CARPET
Modular Tile
[Regions]
Regions
MAPS
Maps
**Samples >**



CARPET
Modular Tile
[Regions]
Regions
PROV
Province
**Samples >**



CARPET
Modular Tile
[Regions]
Regions
SECT
Section
**Samples >**



CARPET
Modular Tile
[Regions]
Regions
TERR
Terrain
**Samples >**



CARPET
Modular Tile
[Regions]
Regions
TETO
Territory
**Samples >**



CARPET
Modular Tile
[Regions]
Regions
TRAC
Tract
**Samples >**



CARPET
Modular Tile
[Regions]
Regions
ZONE
Zone
**Samples >**

RAC00041447

| Healthcare | Retail |
| Education | GSA |
| Corporate | Main Street |

create v

RAC00041448

# EXHIBIT I

STEPTOE & JOHNSON LLP

ATTORNEYS AT LAW

William G. Pecau
202.429.6244
wpecau@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC  20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

September 6, 2007

**Via FEDERAL EXPRESS**

Mr. John C. McManus, Esq.
McManus & Warlick, LLP
Palisades Office Park
5901-A Peachtree Dunwoody Road
Suite 510
Atlanta, GA 30328

RE:    **Regions Asset Company v. Regions Contractors, Inc. and Regions
Development Ltd. Co.
Infringement of REGIONS Name and Mark**

Dear Mr. McManus:

We represent Regions Asset Company and its affiliates, including Regions
Financial Corporation and Regions Bank (together "Regions") in trademark and unfair
competition litigation and related matters.

Regions is one of the top 10 financial institutions in the United States providing
retail and commercial banking, mortgage, trust, securities brokerage, and insurance products and
services and is one of the preeminent providers of international online banking services on its
www.regions.com website.  One of the most important aspects of its business is its mortgage
servicing for all kinds of commercial enterprises.  Regions provides, among other things,
commercial loans, equipment financing, asset based lending and letters of credit to meet all kinds
of companies' needs.

The mark REGIONS is our client's principal mark and name that it uses for its
many banking, mortgage, trust and investment services and for its businesses.  The REGIONS
mark is the subject of a number of federal registrations in the United States Patent and
Trademark Office.  These registrations include the mark REGIONS, Reg. No. 1,881,600, and the
mark REGIONS, Reg. No. 1,914,267, and the mark REGIONS MORTGAGE, Reg. No.
3,224,650.  Regions' exclusive right to use its REGIONS mark is incontestable by reason of 15
U.S.C. § 1065.

RAC00041420

STEPTOE & JOHNSON

Mr. John C. McManus
September 6, 2007
Page 2


Regions has recently learned that your client is using its REGIONS mark as the dominant and distinctive element of its name Regions Contractors, Inc., that operates in Florida, Arkansas and Tennessee and provides general contracting services, and that it has registered but does not use the domain name regionscontractors.com. Your client also appears to own the business name Regions Development Ltd. Co., but it is unknown whether this company is active. Your client's contracting services are closely related to Regions' mortgage services and other commercial enterprise lending services and may be advertised to and purchased by the same persons and companies. Thus, your client is using the famous REGIONS name and mark for a closely related business and service. Such use will likely confuse persons into believing that your client's businesses are Regions companies or are sponsored by, affiliated with, or otherwise connected with, Regions and will dilute the distinctiveness of the famous REGIONS mark and name.

Thus, your client's use of the REGIONS name and mark is an obvious infringement of the famous and federally registered REGIONS name and mark and constitutes trademark infringement, unfair competition and trademark dilution in violation of the United States Trademark Act of 1946, 15 U.S.C. §1051 *et seq.* and related state laws.

Accordingly, Regions demands that your client end its use of the REGIONS name and delete the regionscontractors.com domain name. Regions expects your client's written undertaking by September 20, 2007, that it will comply with these demands. Otherwise, Regions will take further appropriate action to protect its valuable REGIONS mark, and will seek all remedies to which it may be entitled.

Very truly yours,

William G. Pecau


cc:    Mr. Steve Gammon


RAC00041421

# BRENNAN, MANNA & DIAMOND

76 South Laura Street ◆ Suite 2110 ◆ Jacksonville, FL 32202 ◆ *www.bmdpl.com*

Karen Koster Burr
Phone: (904) 366-2326
Fax: (904) 366-1501
*kkburr@bmdpl.com*

September 20, 2007

William G. Pecau, Esq.
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795

Re:    Alleged Infringement of REGIONS Name and Mark

Dear Mr. Pecau:

Our firm represents Regions Contractors, Inc. with respect to intellectual property matters. We have reviewed your correspondence directed to Mr. John McManus alleging infringement of your clients' REGIONS marks. We do not agree with your assessment that Regions Contractors is infringing your clients' rights with its use and therefore respectfully decline to cease use of the name. We hope that our analysis will allay your concerns.

Regions Contractors, Inc. has employed the REGIONS name for its company that provides apartment building contractor services since May of 2003. It chose the name because it does business in several different geographical areas, or "regions". The name as applied to our client's business is a descriptive, fair use. Moreover, Regions Contractors promotes its services in very select channels. It works with a select group of apartment developers in Oklahoma, Arkansas, Texas, Kansas, Mississippi, Tennessee, Florida and Illinois. Their website is not yet active, as you have noted, because the client has not found a need to advertise, yet it has sales over $30,000,000.00 annually.

We understand that your client provides financial services, including commercial lending that may be relevant here. To the extent that there might be any overlap in the services of our respective clients, it appears that the sophistication of the professionals procuring their services has and will preclude any likelihood of confusion. In fact we know that actual confusion has not arisen, even when most likely: our client recalls that the lender involved in one of their first jobs was Regions Bank! Not only did no one assume an affiliation between Regions Bank and Regions Contractors, Inc., but Regions Bank had no comment to my client regarding its business name at that time.

Despite familiarity with Regions Contractors, our client heard nothing from any of the Regions financial companies before now. After over four years of use, our client has developed significant good will in its business name. Your clients are guilty of *laches* and will not be heard to complain at this juncture, when they have neglected to alert our client to any concerns for four years.

**RECEIVED**

SEP 2 4 2007

RAC00041431

STEPTOE & JOHNSON LLP

William G. Pecau, Esq.
September 20, 2007
Page 2

Finally, you assert in your letter that our client's company name use dilutes your clients' marks. As you are no doubt aware, Congress amended the Dilution Act to clarify that niche fame no longer qualifies for designation of a "famous" mark protected under the relevant provisions of The Trademark Act. National ranking of the financial conglomerate notwithstanding, we dispute the supposed fame of the mark and are not convinced it rises to the level of a "famous" mark under either the federal statute or related state laws. Most importantly, even if the marks were famous, our client's fair use of the word "Regions" is a complete defense to a dilution claim under state and federal statutes.

Our client's limited, descriptive use, in select channels, does not violate state or federal trademark or unfair competition laws. Hopefully these explanations will satisfy your clients that they need not be concerned with our client's continued use of its name.

Very truly yours,

Karen Koster Burr

KKB:dmm
c:    Mark Bajalia, Esq.
      Steve Gammon – Regions Contractors, Inc.

RAC00041432

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REGIONS ASSET COMPANY, REGIONS FINANCIAL CORPORATION and REGIONS BANK | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 2:06-cv-882-MHT |
| v. | ) ) | |
| REGIONS UNIVERSITY, INC. | ) ) | |
| Defendant. | ) | |

## SECOND SUPPLEMENTAL DECLARATION OF RACHEL MARMER

I, Rachel Marmer, declare and say:

1.      I am an associate at Steptoe & Johnson LLP. I represent Regions Asset Company, Regions Financial Corporation and Regions Bank (together "Regions") in this case. I submit this Supplemental Declaration in support of plaintiffs' opposition to defendant's motion for summary judgment and in support of plaintiffs' cross motion for summary judgment.

2.      Attached as Exhibit A are letters showing that on September 6, 2007, Regions objected to the use of the name Regions Development Group LLC and that on September 10, 2007, Regions Development Group LLC agreed to change its name to a name that does not consist of or contain REGIONS.

3.      Attached as Exhibit B are letters showing that on September 6, 2007, Regions objected to the use of the name Regions Real Estate and that on October 12, 2007, Regions Real Estate agreed to change its name to a name that does not consist of or contain REGIONS.

4.    Attached as Exhibit C are letters showing that on September 6, 2007, Regions objected to the use of the name Regions Claim Management Group and that on September 19, 2007, Regions Claim Management Group agreed to change its name to a name that does not consist of or contain REGIONS.

5.    Attached as Exhibit D are letters showing that on September 6, 2007, Regions objected to the use of the name Regions Real Estate Services, and that on September 20, 2007, Regions Real Estate Services agreed to change its name to a name that does not consist of or contain REGIONS, as confirmed by its attorney in a letter dated September 27, 2007.

6.    Attached as Exhibit E are letters showing that on September 6, 2007, Regions objected to the use of the name Regions Survey, and that on September 10, 2007, Regions received a letter that shows that there is no business called Regions Survey. Rather, the correct business name is Region Land Survey.

7.    Attached as Exhibit F is a printout from RegionsAir.com showing that Regions Air is currently not in business.

8.    Attached as Exhibit G is a letter showing that on September 6, 2007, Regions objected to the use of the name Regions Realty. Also attached is a printout from the website virginiabeavers.com. I was redirected to this website on October 15, 2007, when I entered regionsrealty.com into the Internet browser. The content of the website virginiabeavers.com does not refer to Regions Realty.

9.    Attached as Exhibit H is a printout from Mannington.com showing that Mannington's Regions carpets are commercial items that appear not to be sold to consumers.

10.    Attached as Exhibit I are letters showing that on September 6, 2007, Regions objected to the use of the name Regions Contractors, Inc., and that in response, Regions

Contractors, Inc., explained that it does not advertise to consumers and that its website,

regionscontractors.com, is not an active website.

I declare under penalty of perjury that the above facts are true to the best of my

knowledge. Executed October 18, 2007.

*Rachel Marmer*

Rachel Marmer

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and service was perfected upon any CM/ECF participants electronically this 18th day of October, 2007, and a copy of the foregoing document to any non-CM/ECF participants was mailed by United States Postal Service this the 19th day of October, 2007:

| | |
|---|---|
| Victor T. Hudson<br>William W. Watts, III<br>Hudson & Watts, LLP<br>Post Office Box 989<br>Mobile, Alabama 36601-0989 | James E. Shlesinger<br>Shlesinger, Arkwright & Garvey LLP<br>1420 King Street<br>Suite 600<br>Alexandria, Virginia 22314 |

/s/ Rachel Marmer
Of Counsel