**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 19, 2007

# NOTICE OF CORRECTION

**From:**                        **Clerk's Office**

**Case Style:**              **Regions Asset Company, et al. v. Regions University, Inc.**

**Case Number:**          **#2:06-cv-00882-MHT**

**Referenced Document:  Document #135**
                                        **Supplemental Affidavit**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record.  The original pdf did not contain a certificate of service.  The corrected pdf is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| REGIONS ASSET COMPANY, REGIONS FINANCIAL CORPORATION and REGIONS BANK | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 2:06-cv-882-MHT |
| v. | ) ) | |
| REGIONS UNIVERSITY, INC. | ) ) | |
| Defendant. | ) | |

## SECOND SUPPLEMENTAL DECLARATION OF RACHEL MARMER

I, Rachel Marmer, declare and say:

1.      I am an associate at Steptoe & Johnson LLP. I represent Regions Asset Company, Regions Financial Corporation and Regions Bank (together "Regions") in this case. I submit this Supplemental Declaration in support of plaintiffs' opposition to defendant's motion for summary judgment and in support of plaintiffs' cross motion for summary judgment.

2.      Attached as Exhibit A are letters showing that on September 6, 2007, Regions objected to the use of the name Regions Development Group LLC and that on September 10, 2007, Regions Development Group LLC agreed to change its name to a name that does not consist of or contain REGIONS.

3.      Attached as Exhibit B are letters showing that on September 6, 2007, Regions objected to the use of the name Regions Real Estate and that on October 12, 2007, Regions Real Estate agreed to change its name to a name that does not consist of or contain REGIONS.

4.    Attached as Exhibit C are letters showing that on September 6, 2007, Regions objected to the use of the name Regions Claim Management Group and that on September 19, 2007, Regions Claim Management Group agreed to change its name to a name that does not consist of or contain REGIONS.

5.    Attached as Exhibit D are letters showing that on September 6, 2007, Regions objected to the use of the name Regions Real Estate Services, and that on September 20, 2007, Regions Real Estate Services agreed to change its name to a name that does not consist of or contain REGIONS, as confirmed by its attorney in a letter dated September 27, 2007.

6.    Attached as Exhibit E are letters showing that on September 6, 2007, Regions objected to the use of the name Regions Survey, and that on September 10, 2007, Regions received a letter that shows that there is no business called Regions Survey. Rather, the correct business name is Region Land Survey.

7.    Attached as Exhibit F is a printout from RegionsAir.com showing that Regions Air is currently not in business.

8.    Attached as Exhibit G is a letter showing that on September 6, 2007, Regions objected to the use of the name Regions Realty. Also attached is a printout from the website virginiabeavers.com. I was redirected to this website on October 15, 2007, when I entered regionsrealty.com into the Internet browser. The content of the website virginiabeavers.com does not refer to Regions Realty.

9.    Attached as Exhibit H is a printout from Mannington.com showing that Mannington's Regions carpets are commercial items that appear not to be sold to consumers.

10.    Attached as Exhibit I are letters showing that on September 6, 2007, Regions objected to the use of the name Regions Contractors, Inc., and that in response, Regions

Contractors, Inc., explained that it does not advertise to consumers and that its website,

regionscontractors.com, is not an active website.

I declare under penalty of perjury that the above facts are true to the best of my

knowledge.  Executed October 18, 2007.

Rachel Marmer

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and service was perfected upon any CM/ECF participants electronically this 18th day of October, 2007, and a copy of the foregoing document to any non-CM/ECF participants was mailed by United States Postal Service this the 19th day of October, 2007:

| | |
|---|---|
| Victor T. Hudson<br>William W. Watts, III<br>Hudson & Watts, LLP<br>Post Office Box 989<br>Mobile, Alabama 36601-0989 | James E. Shlesinger<br>Shlesinger, Arkwright & Garvey LLP<br>1420 King Street<br>Suite 600<br>Alexandria, Virginia 22314 |

/s/ Rachel Marmer
Of Counsel