IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, )<br>)<br>    Plaintiff, )<br>) | <br><br><br>CIVIL ACTION NO. |
| v. )<br>) | 2:06cv882-MHT |
| REGIONS UNIVERSITY, INC., )<br>)<br>    Defendant. ) | |

ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 48) is denied.

DONE, this the 22nd day of October, 2007.

                                  /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE