**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **REGIONS ASSET COMPANY,** | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv882-MHT |
| | ) | |
| **REGIONS UNIVERSITY, INC.,** | ) | |
| | ) | |
|    Defendant. | ) | |

**ORDER**

It is ORDERED that the cross motion for summary judgment (Doc. No. 77) is denied.

DONE, this the 22nd day of October, 2007.

          /s/ Myron H. Thompson
     **UNITED STATES DISTRICT JUDGE**