IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| REGIONS ASSET COMPANY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv882-MHT |
| | ) | |
| REGIONS UNIVERSITY, INC., | ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER

It is ORDERED that the motion to strike (Doc. No. 101) is denied.

DONE, this the 22nd day of October, 2007.

                             /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE