IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| REGIONS ASSET COMPANY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv882-MHT |
| | ) | |
| REGIONS UNIVERSITY, INC., | ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER

It is ORDERED that the motion to strike (Doc. No. 102) and motion to preclude (Doc. No. 133) are denied. The parties are allowed until November 2, 2007, to file any supplemental expert reports and until November 26, 2007, to complete any discovery regarding expert testimony.

DONE, this the 22nd day of October, 2007.

                                                      /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE