IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

REGIONS ASSET COMPANY, et al.,)
                              )
          Plaintiffs,         )
                              )
                              ) Civil Action No. 2:06-cv-882-MHT
                              )
REGIONS UNIVERSITY, INC.      )
                              )
          Defendant.          )
_____)

**DEFENDANT'S DESIGNATION OF**
**RESPONSIVE DEPOSITION TESTIMONY**

COMES NOW the defendant Regions University, Inc. and designates the following deposition testimony in response to the deposition testimony designated by the plaintiff.

1.   Deposition of Patsy Fulgham

     Page No.              Lines

      19                   6-19
      21                   3-9
      22                   4-14

2.   Deposition of Carolyn Hughes

     Page No.              Lines

      24                   1-20
      26                   1-10
      28                   16-20
      38                   1-23
      39                   1-21

3.    Deposition of Emmett M. Pollard

Page No.                    Lines

34                    1-12
37                    14-20
40                    10-19
41                    15-23
42                    1-14
43                    7-9
50                    5-14
51                    10-19, 23
52                    1-9
53                    1-3
57                    5-12
83                    21-23
84                    1-7
87                    12-23
88                    1-23
89                    1-5
90                    5-23
91                    1-3
94                    22-23
95                    1-9, 23
96                    1-13


Respectfully submitted,


/s/ WILLIAM W. WATTS
WILLIAM W. WATTS, III
[WATTW5095]
bill@alabamatrial.com
[HUDSV1684]
tom@alabamatrial.com
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601


JAMES E. SHLESINGER
Shlesinger, Arkwright &
     Garvey LLP
1420 King Street, Suite 600
Alexandria, Virginia 22314

ATTORNEYS FOR DEFENDANT


CERTIFICATE OF SERVICE

    I hereby certify that on October 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

        William G. Pecau, Esq.
        Rachel M. Marmer, Esq.
        STEPTOE & JOHNSON LLP
        1330 Connecticut Avenue, NW
        Washington, DC 20036

        Charles B. Paterson, Esq.
        Paul A. Clark, Esq.
        BALCH & BINGHAM, LLP
        105 Tallapoosa Street, Suite 200
        Montgomery, Alabama  36104


        /s/ WILLIAM W. WATTS

Emmett M. Pollard                                              Victor Hudson

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


REGIONS ASSET COMPANY,           *
                                 *
          Plaintiff,             *
                                 *
                                 *
Vs.                              *    CIVIL ACTION NUMBER
                                 *
REGIONS UNIVERSITY, INC.,        *    2:06cv882-MHT
                                 *
          Defendant.             *


       * * * * * * * * * * * * * * * * * * * *

     Rule 30(b)(5); 30(b)(6) deposition of Regions

Asset Company, taken through the witness, EMMETT

M. POLLARD, before David Michael Camp,

Commissioner, in the law offices of Balch &

Bingham, LLP, 105 Tallapoosa Street, Suite 200,

Montgomery, Alabama, on May 10th, 2007, commencing

at approximately 8:59 o'clock a.m.

Emmett M. Pollard                                                    Victor Hudson

2 (Pages 2 to 5)

Page 2

```
1        A P P E A R A N C E S
2
3    For Plaintiff:
       BALCH & BINGHAM, LLP
4      Attorneys at Law
       Post Office Box 78
5      Montgomery, Alabama 36101
       (334) 834-6500
6      BY: CHARLES PATERSON
7         -AND-
8      STEPTOE & JOHNSON, LLP
       Attorneys at Law
9      1330 Connecticut Avenue
       Washington, D.C. 20036
10     (202) 429-3000
       BY: WILLIAM G. PECAU
11
12
    For Defendant:
13     HUDSON & WATTS, L.L.P.
       Attorneys at Law
14     One St. Louis Centre, Suite 2500
       Post Office Box 989
15     Mobile, Alabama 36601
       (251) 432-7200
16     BY: VICTOR T. HUDSON
17        -AND-
18     SHLESINGER, ARKWRIGHT & GARVEY, LLP
       Attorneys at Law
19     1420 King Street, Suite 600
       Alexandria, Virginia 22314
20     (703)684-5600
       BY: JAMES E. SHLESINGER
21
22   Also present: REX A. TURNER, JR.
23        * * * * * * * * *
```

Page 3

```
1        I N D E X
2
3    Witness
     EMMETT M. POLLARD
4
5
       EXAMINATION
6
     MR. HUDSON ........................  6
7
8        * * * * * * * * *
9
10
11
       EXHIBITS
12
13   DEFENDANT'S EXHIBIT SEVEN .........  28
     DEFENDANT'S EXHIBIT EIGHT .........  28
     DEFENDANT'S EXHIBIT NINE ..........  34
14   DEFENDANT'S EXHIBIT TEN ...........  34
     DEFENDANT'S EXHIBIT ELEVEN ........  34
15   DEFENDANT'S EXHIBIT TWELVE ........  58
     DEFENDANT'S EXHIBIT THIRTEEN ......  60
16   DEFENDANT'S EXHIBIT FOURTEEN ......  89
     DEFENDANT'S EXHIBIT FIFTEEN .......  96
17   DEFENDANT'S EXHIBIT SIXTEEN .......  96
18
       * * * * * * * * *
19
20
21
22
23
```

Page 4

```
1          STIPULATION
2        It is stipulated by and between the parties
3    hereto and their respective attorneys at law that
4    the deposition on oral examination of the Witness,
5    EMMETT M. POLLARD, may be taken before David
6    Michael Camp, Commissioner and Notary Public,
7    State of Alabama at Large, and that the said
8    deposition shall be taken in accordance with and,
9    when so taken, may be used in accordance with the
10   provisions of the Federal Rules of Civil
11   Procedure.
12       It is further stipulated and agreed that all
13   notices provided for by said Federal Rules of
14   Civil Procedure are waived, as is the reading over
15   of said deposition to or by the witness, the
16   signing thereof by the witness, the signing and
17   certification of said David Michael Camp, the
18   filing of said deposition with the Clerk of the
19   Court and all other requirements and
20   technicalities of every sort which would be a
21   prerequisite to the use of said deposition.
22       It is the intent of the parties hereto that
23   this deposition may be used in evidence as though
```

Page 5

```
1    all requirements of said Federal Rules of Civil
2    Procedure had been complied with.
3        It is further stipulated and agreed that all
4    parties hereto reserve the right to have
5    corrections made to this deposition as provided
6    for by said Federal Rules of Civil Procedure.
7        It is further stipulated and agreed that all
8    objections, save as to the form of the questions
9    asked and the responsiveness of the answers
10   thereto are reserved until the time of trial in
11   accordance with the provisions of said Federal
12   Rules of Civil Procedure.
13
14       * * * * * * * * * * *
15
16
17
18
19
20
21
22
23
```

Emmett M. Pollard                                          Victor Hudson

3  (Pages 6 to 9)

Page 6

1        EMMETT M. POLLARD, having been first duly
2   sworn to speak the truth, the whole truth, and
3   nothing but the truth, testified as follows:
4                   EXAMINATION
5   BY MR. HUDSON:
6        Q   Mr. Pollard, would you please state your
7   name for the record?
8        A   Mike Pollard.
9        Q   Where are you employed, Mr. Pollard?
10       A   Regions Bank.
11       Q   In what capacity?
12       A   Director of Organization Development.
13       Q   How long have you been in that position?
14       A   Officially, since the merger, which
15   would be November of last year.
16       Q   The AmSouth merger?
17       A   Yes.
18       Q   And what position did you hold prior to
19   the AmSouth merger?
20       A   It was called the Director of
21   Organizational Development Learning.
22       Q   Why was the name changed?
23       A   We took the responsibilities and split

Page 7

1   them in half so that the person that essentially
2   had the kind of job I did at AmSouth and I -- you
3   know, they put the two banks together, just kind
4   of separated the collective training and
5   development functions for the company.
6        Q   Perhaps you could explain the difference
7   to me between organizational development and
8   learning as those terms are used by your banks.
9        A   Okay.  Organizational development is
10   kind of used to kind of focus on the systems that
11   are in place, and HR, such as performance
12   management, talent management, leadership
13   development, executive development, employee
14   selection and assessment.
15        The learning part is focused on technical
16   training.
17        Q   Would it be fair to say that -- and any
18   time somebody says "fair to say," get ready
19   because that's some kind of leading question.  In
20   this case, it's not.  But would it be fair to say
21   that the organizational development part is more
22   traditional HR functions?
23        And if not, let's just find some

Page 8

1   classification so I can get my arms around it.
2        A   They would be, yes.  It's probably more
3   of the cutting edge kind of things you find in HR
4   today.  When you use the word "traditional",
5   that's not what you would have found fifteen or
6   twenty years ago necessarily.
7        Q   I didn't mean it that way.  I meant if
8   you went to a modern day HR department, you'd find
9   those things.
10       A   That's right.
11       Q   And the learning aspect, how do you
12   classify that?
13       A   The corporate training.
14       Q   Okay.  And did AmSouth Bank have a
15   program of its own for corporate training prior to
16   the merger?
17       A   Yes.
18       Q   What, if any, name was given to their
19   program?
20       A   All I know is that the function was
21   called corporate training.
22       Q   I'm hard of hearing.  I'm sorry?
23       A   It was called corporate training.

Page 9

1        Q   Corporate training.  Now, was any part
2   or all of the AmSouth corporate training program
3   adopted by the new bank after the merger?
4        A   It depends on which systems are
5   surviving in the new company.  And so you would
6   say that the training programs that were
7   associated with the bank, the system that
8   survived, would have that training survive with it
9   because it supports it.  And so it would be
10   somewhat of a mix between both Regions and
11   AmSouth.
12       Q   Okay.  Sometimes in mergers, you tend to
13   take the best of both and put them together.  Was
14   that what was accomplished here?
15       A   I believe that was the attempt, yes.
16       Q   And I gather that prior to the merger,
17   Regions had its own corporate training program.
18       A   Yes.
19       Q   And by what name, if any, did Regions
20   refer to its corporate training program as?
21       A   Regions University.
22       Q   Okay.  Whose idea was it to use that
23   catchy name to describe the Regions corporate

4 (Pages 10 to 13)

Page 10

1    training program?
2        A    The director of HR.
3        Q    What was his name?
4        A    John Daniel.
5        Q    And when did he do that?  When did that
6    occur?
7        A    John was the surviving head of HR out of
8    the Regions/Union Planters merger.  Union
9    Planters' training function was UP University.
10       Q    I'm sorry.  I didn't hear.  What
11   university?
12       A    Union Planters -- UP University.  And
13   that survived then into Regions.  So it became
14   Regions University at the merger between the two
15   companies.
16       Q    And what was the approximate date of
17   that merger?
18       A    I believe it was May of 2004.
19       Q    Okay.  Was any authority required by
20   someone senior to him in order to use that name?
21       A    I'm --
22       Q    Don't know?
23       A    -- not aware.  Don't know.

Page 11

1        Q    Please tell us your background and
2    training.  And it would be easier if you did it in
3    a narrative way.  And what I'd be interested in
4    hearing is your college education and then your
5    training and work experience.
6        A    Okay.  Graduated from East Carolina
7    University in 1972 with an undergraduate degree in
8    Psychology, pursued a Master's degree in
9    Psychology and Counseling and Management Sciences
10   from the University of Memphis and graduated in
11   1991.
12       Started a professional career with Cannon
13   Mills in 1972 as a Management Trainer.  I left
14   Cannon Mills and went to work for Menica Bank &
15   Trust out of Berkford in '76 as a Human Resource
16   Specialist that focused on leadership training.
17       I joined First Oklahoma Bank Corporation in
18   '79 as their Director of Training.  I had the
19   opportunity in '80 to go over to the First Bank of
20   Memphis and head up their training function.
21       In '99, I left First Tennessee and consulted
22   for about two years.  In September of 2000 --
23       Q    Excuse me just one second.  You

Page 12

1    consulted in what?
2        A    Human resource practices, leadership
3    development, executive coaching assessments.
4        And then in September of 2000, I went to work
5    for Union Planters as their Director of Career
6    Management.  And then in 2003, I moved into the
7    Director of Organizational Development Learning
8    position.
9        Q    Was there any practical difference,
10   speaking in generalities, between being the
11   Director of Career Management in 2000 with one
12   company and in 2003 holding the position that you
13   held with Regions?
14       A    Yes.
15       MR. PECAU:
16           Object to the form of the question.
17   BY MR. HUDSON:
18       Q    The answer is yes?
19       A    Yes.
20       Q    What would the difference be?
21       A    Scope of the job.
22       Q    Sir?
23       A    Scope.

Page 13

1        Q    And would you describe the difference in
2    the scope?
3        A    The Manager of Career Development was an
4    individual contributor position.  The Director of
5    Organization Development and Learning had, you
6    know, several dozen reports and responsibility for
7    the University.
8        Q    Okay.  Now, I may go through those
9    several dozen but I may be able to short circuit
10   it.  With regard to the learning part, the
11   Director of Organization Development and Learning
12   that you had in 2003 -- with regard to the
13   learning aspect, was that substantially the same
14   as the job that you had in 2000 where you were the
15   Director of Career Management?
16       A    No.
17       Q    Okay.  It might serve if you explained
18   the function of what you had in 2003, Director of
19   -- what was it?
20       A    Organization Development and Learning.
21       Q    If this were a jury case and you were
22   explaining to a layman what your job was, would
23   you please explain it in those terms so that a

Emmett M. Pollard                                          Victor Hudson

5 (Pages 14 to 17)

| Page 14 | Page 16 |
|---|---|
| 1 layman would understand what a Director of<br>2 Organization Development and Learning is?<br>3    A  It had the responsibility for<br>4 understanding the skill development needs of the<br>5 workforce and working on putting programs in place<br>6 to address those skill needs, responsibilities for<br>7 understanding the systems that were needed out of<br>8 HR, to provide management with information on<br>9 performance and talent.<br>10    Q  And provide -- I got systems needed out<br>11 of HR. And then what was the next thing you said?<br>12    A  Information on performance and talent.<br>13    Q  If you left out the systems part, would<br>14 what you were doing be to identify the skills that<br>15 you needed to train your workforce to be able to<br>16 accomplish and then develop a method of training<br>17 your workforce to accomplish those skills?<br>18    MR. PECAU:<br>19      I object to the form of the<br>20      question. Go ahead and answer if<br>21      you can.<br>22    THE WITNESS:<br>23      I don't know how you can do that. I | 1 models for?<br>2    A  At last count, it was about sixty jobs<br>3 that covered eighty percent of what we'd call high<br>4 incumbent positions.<br>5    Q  What positions?<br>6    A  High incumbent. It would be the jobs<br>7 that you had the most folks in. So tellers,<br>8 customer service representatives, assistant branch<br>9 managers, branch managers, group sales managers,<br>10 relationship bankers, commercial bankers, trust<br>11 administrators, IT systems programmers, HR<br>12 managers, accountants, auditors. I don't think we<br>13 got into the legal force though.<br>14    Q  They are hard to train, aren't they?<br>15    MR. PECAU:<br>16      Like cats.<br>17 BY MR. HUDSON:<br>18    Q  Was it your job attempt to improve,<br>19 through training, the competency of variably all<br>20 of the Regions employees?<br>21    A  I would classify that as management's<br>22 job. I supported management in that effort.<br>23    Q  And was the training that you oversaw, |

| Page 15 | Page 17 |
|---|---|
| 1      don't know.<br>2 BY MR. HUDSON:<br>3    Q  Well, when you say that you wanted to<br>4 identify the skills needed, what does that mean?<br>5    A  Well, what we did was develop competency<br>6 models on positions, understand the competency<br>7 requirements of jobs. We would go in and study<br>8 then those competencies to understand high<br>9 performer behaviours.<br>10      And then we would develop our training<br>11 programs to try to replicate what a person needed<br>12 to learn to be a high performer.<br>13    Q  Okay. How would you develop the<br>14 competency models?<br>15    A  We developed a process that would take<br>16 about three months per model. It began with basic<br>17 job analysis work, where you would go out in the<br>18 field, talk to folks to try to determine, you<br>19 know, the --<br>20    Q  I'm going to interrupt you only because<br>21 I asked a question that I don't need an answer to<br>22 and it's going to require a lot of time. Which<br>23 jobs within Regions did you develop competency | 1 coordinated or whatever you did with respect to<br>2 that training designed specifically to increase<br>3 the competency of the Regions workforce?<br>4    A  Yes, sir.<br>5    Q  Was it designed for any other purpose?<br>6    A  No.<br>7    Q  Okay. Was Regions University purely a<br>8 corporate training program?<br>9    A  I'm not sure what you mean by "corporate<br>10 training program".<br>11    Q  Well, you had used that term earlier and<br>12 told us, as I remember, of a man who now has come<br>13 over from AmSouth and was in charge of their<br>14 corporate training program.<br>15    A  You can, you know, kind of use corporate<br>16 training to -- I just want to make sure we didn't<br>17 say corporate training is just over the corporate<br>18 part of the bank. "Corporate" in this case would<br>19 mean the whole bank.<br>20    Q  The whole bank.<br>21    A  Yes.<br>22    Q  And is that purely what this program<br>23 was, was a bank training program for bank |

Page 18

1    employees?
2        A    That's right.
3        Q    And has Regions University ever offered
4    any training or service of any kind or nature to
5    anyone who is not an employee of the bank?
6        A    There would be various outreaches from
7    the organization that would provide training.
8        Q    Okay.
9        A    Not out of my area though.  This would
10   just be individuals that were asked to, you know,
11   step into a civic responsibility and provide a
12   program to a local school or to an organization
13   that wanted to know more information about
14   banking.
15       Q    Maybe this is an unfair
16   characterization.  But it seems to me that's more
17   sort of a show-and-tell kind of presentation.  Is
18   that correct?
19           MR. PECAU:
20           I object to the form of the
21           question.
22           THE WITNESS:
23           No.  I think it was -- I don't know

Page 19

1           how to answer that.
2    BY MR. HUDSON:
3        Q    Okay.  Would it be your testimony that
4    Regions University would actually go out into the
5    public and use the name Regions University and
6    offer educational training services to the public?
7        A    No.  That was not the purpose of it.
8        Q    Is Regions University accredited in any
9    state as an educational institution?
10       A    I don't believe so.
11       Q    Has Regions University applied for and
12   received an exemption from any state in order to
13   conduct its affairs?
14           MR. PECAU:
15           Object.  I object to the form of the
16           question.
17           THE WITNESS:
18           I don't know how to answer that.
19   BY MR. HUDSON:
20       Q    Well, to your knowledge, has Regions
21   University applied for and obtained an exemption
22   from any authority in any state in order to
23   conduct its business?

Page 20

1           MR. PECAU:
2           Objection, form.
3    BY MR. HUDSON:
4        Q    You can answer the question.
5        A    I don't know.
6        Q    Okay.  At the time that you were the
7    Director of Organization Development and Learning
8    in 2003, if it were necessary for Regions
9    University to obtain an exemption from any state
10   in order to conduct its business, would it have
11   been your responsibility to obtain that
12   exemption?
13           MR. PECAU:
14           That's a long question.  Could you
15           read that back?
16           THE REPORTER:
17           "At the time that you were the
18           Director of Organization Development
19           and Learning in 2003, if it were
20           necessary for Regions University to
21           obtain an exemption from any state
22           in order to conduct its business,
23           would it have been your

Page 21

1           responsibility to obtain that
2           exemption?"
3           MR. PECAU:
4           I object to the form.
5           THE WITNESS:
6           In 2003, Regions University -- it
7           didn't take shape until 2004.
8    BY MR. HUDSON:
9        Q    Okay.  And in 2004, did you still hold
10   the position as Director of Organization
11   Development and Learning?
12       A    Yes, sir.
13       Q    And did you hold that position when
14   Regions University took shape?
15       A    Yes.
16       Q    At that time, if an exemption were
17   required from any state in order for Regions
18   University to conduct its business, would it have
19   been your responsibility to obtain that
20   exemption?
21           MR. PECAU:
22           Objection as to form.
23           THE WITNESS:

Page 22

1       I don't know what any of that would
2    have entailed.  And so if it would
3    have been my responsibility, I don't
4    know.
5  BY MR. HUDSON:
6    Q   Okay.  You just know you didn't do it.
7    A   I didn't -- no.
8    Q   Okay.  And you don't know if anybody
9  else did?
10    A   I don't know if it was supposed to be
11  done.
12    Q   Okay.  To your knowledge, was any
13  consideration given by anyone at the bank to the
14  use of the term "university" as it was used by the
15  organization, entity or whatever you might call
16  it, quote "Regions University" close quote?
17    MR. PECAU:
18       Object to the form of the question.
19    THE WITNESS:
20       I don't understand the question.
21  BY MR. HUDSON:
22    Q   Are you familiar with entities that
23  regulate banks?

Page 23

1    A   No, sir.
2    Q   Any of them?  I mean, do you know the
3  FDIC exists?
4    A   I know the name, yes.
5    Q   And you know regulators come into the
6  bank.  You know everybody gets nervous when they
7  come in?
8    A   Yes, sir.
9    Q   Do you have any personal knowledge about
10  whether or not those who are not regulated by
11  federal authority are prohibited from using the
12  word "bank?"
13    MR. PECAU:
14       I object to the form.
15    THE WITNESS:
16       I have no knowledge, no.
17  BY MR. HUDSON:
18    Q   Do you have any knowledge as to whether
19  those who are not appropriately approved by state
20  authority are prohibited from using the word
21  "university?"
22    MR. PECAU:
23       I object to the form of the

Page 24

1  question.
2    THE WITNESS:
3       I have no knowledge.
4  BY MR. HUDSON:
5    Q   To your knowledge, has anyone at the
6  bank investigated whether or not the bank is
7  permitted to use the word "university" without
8  being appropriately licensed?
9    MR. PECAU:
10       Same objection.
11    THE WITNESS:
12       I have no knowledge.
13  BY MR. HUDSON:
14    Q   Okay.  You had mentioned some outreach
15  programs.  Do you recall when we talked about
16  those?
17    A   Uh-huh.
18    Q   I've changed the subject.  Can you give
19  me the names, titles or descriptions of the
20  outreach programs to which you refer?
21    A   The ones that I remember were designed
22  by the American Bankers Association.  And they
23  were built in modules.

Page 25

1    Q   I'm sorry?
2    A   They were built in modules, learning
3  modules.
4    Q   Modules.
5    A   So they would have kind of a complete
6  package, would have facilitator's guide, probably
7  a video, handouts, et cetera.
8       And the subject matter I remember was around
9  personal banking, you know, what was a checking
10  account, what was the life of a check, the general
11  products that a bank offers; loans, checking
12  accounts, investments.  Another one was, you know,
13  how to save money.  Those are the ones I recall.
14    Q   Do those modules still exist?
15    A   I don't know.
16    Q   I don't want to limit my question.  So
17  I'm really looking for some descriptive term to
18  describe the training materials to which you have
19  referred.  Is there a descriptive term that I
20  could use that, if I asked for them in an
21  appropriate request for production, you would know
22  what I'm asking for?
23       Let me tell you what I'm driving at.  In the

Emmett M. Pollard                                        Victor Hudson

8 (Pages 26 to 29)

---

Page 26

1 case, I may ask your lawyers to let me see these
2 materials. And when I ask for them, I want to ask
3 for them in a way that you'll know what I'm
4 talking about.
5    A    All I would know is that they would be
6 materials produced by the American Bankers
7 Association.
8    Q    And if we call them that, you would know
9 what we are talking about, these materials that
10 you and I are conversationally discussing now?
11   A    That's what I remember, yeah.
12   Q    Okay. Good. Are there any other
13 programs you've used in outreach that occur to you
14 other than the American Bankers Association
15 programs?
16   A    It wasn't my job to be involved in
17 outreach. So, not to my knowledge.
18   Q    Okay. Whose job would outreach have
19 been? And I know I've asked -- when I've asked
20 that question, I guess I would begin in 2004 and
21 not go back farther than that.
22   A    You know, the way I remember that
23 working is, it was mainly done by folks that had a

---

Page 27

1 relationship with the community. So it would be a
2 branch manager or a regional sales manager with
3 branches reporting to them.
4       That person probably -- it wasn't all of
5 them, but for some had also had a relationship
6 with the state banking association, or that would
7 be called upon by a member of the ABA. It's all
8 volunteer. So there wasn't any form or fashion,
9 if you will.
10      But those who had a desire or, you know, saw
11 it as something that they could do to contribute
12 back to the community would be the ones that would
13 usually tend to step up. So passed down by word
14 of mouth, passed down by relationships, passed
15 down by association, newsletters.
16      So, you know, the materials are the ones that
17 were kind of passed around. I mean, there wasn't
18 any kind of system that I'm aware of.
19   Q    Sure. In any event, that wouldn't have
20 been either under the auspices of Regions
21 University or under your supervision or control.
22   A    No.
23   Q    Actually, it was a double negative. So

---

Page 28

1 I guess the answer would be yes. It wasn't under
2 your control and it wasn't under their auspices.
3 Is that right?
4    A    No. That's correct.
5    Q    Thank you. We have marked deposition
6 notices as Exhibits Seven and Eight. Have you had
7 an opportunity to see these before today?
8       One is your individual deposition notice and
9 the other is what lawyers refer to as a 30(b)(5;)
10 30(b)(6) notice. And the one that is the
11 30(b)(5;) 30(b)(6) notice has a list of things
12 that we want to ask you about.
13   A    Mr. Pecau, you know, showed me some
14 paperwork so I didn't have it in my hand.
15   Q    I'm just asking you if you've seen it
16 before.
17   A    I don't know.
18   Q    Okay. I believe that you are being
19 designated on the categories listed on Exhibit
20 Eight except for category Six. Is that correct?
21      MR. PECAU:
22      I'll answer that question. That's
23      correct.

---

Page 29

1 BY MR. HUDSON:
2    Q    Did you review documents in preparation
3 for your deposition here today?
4    A    I did go back and look at my own files
5 that I've had over the years.
6    Q    Did you bring those files with you
7 today?
8    A    No.
9    Q    Did you realize that they had been
10 requested that you bring them here today?
11   A    No.
12   Q    Can you describe to me the files that
13 you looked at? Let's do something as a shorthand
14 rendition. I'm going to take that question back
15 just for a moment.
16      We were given what was marked as Exhibit
17 Four. And my guess is that it probably came from
18 your files.
19   A    These would be the files.
20   Q    Were there any files that you looked at
21 that are not included in Exhibit Four?
22   A    I'm sorry. I don't understand the
23 question.

---

Emmett M. Pollard

Victor Hudson

9 (Pages 30 to 33)

Page 30

1    Q   Your testimony, as I recall it, is that
2  in preparation for your deposition today, you
3  looked at your files.  And I've shown you Exhibit
4  Four.  And my question is, is Exhibit Four the
5  entirety of the file that you looked at before you
6  came here to testify today?
7    A   Yes, sir.
8    Q   Okay.
9    A   These are the files I looked at.
10   Q   Okay.  And did you look at anything else
11 before you came here to testify today in
12 preparation for your testimony?
13   A   No, sir.
14   Q   Did you discuss your testimony, your
15 proposed testimony or any aspect of your testimony
16 with anyone except your lawyers?
17   A   No, sir.
18   Q   Is there any plan or proposal to market
19 Regions University outside of the bank?
20     MR. PECAU:
21     I object to the form of the
22     question.
23     THE WITNESS:

Page 31

1      I don't know.
2  BY MR. HUDSON:
3    Q   If there is, you don't know about it?
4    A   I don't know what you really mean by
5  "market" outside the bank.
6    Q   Is there any plan or proposal to use
7  Regions University for anything except the bank's
8  internal corporate training program?
9    A   Not that I'm aware of.
10   Q   Do you advertise in any way the
11 existence or services of Regions University?
12   A   Would you define the word "advertise?"
13   Q   I don't know if I can.  What I would do
14 is ask you what your understanding of the word
15 "advertising" is.  And you can tell me that and
16 then we can work with that.
17   A   If it's to communicate and display
18 information about the bank in order to attract
19 individuals to join the bank, the answer would be
20 yes.
21   Q   All right.  And how do you do that and
22 where do you do that?
23   A   There are brochures that are used by

Page 32

1  recruiters as they, you know, market the bank to
2  prospective candidates for hire.
3    Q   I'll mark these in a moment.  But just
4  to get us on the same track, are these examples of
5  the sort of brochures you're speaking of?
6    A   I don't see what I was speaking of in
7  here.
8    Q   Would you describe the brochures that
9  you're speaking of so that we can ask for them to
10 be produced, as well?  If we just called them
11 brochures, would that be enough?
12     MR. PECAU:
13     Well, they have been produced.
14     MR. HUDSON:
15     Have they?
16     MR. PECAU:
17     Yeah.
18     MR. HUDSON:
19     And I didn't recognize them.  Okay.
20 BY MR. HUDSON:
21   Q   Then would you describe to me the
22 brochures?
23   A   It's been so long since I've seen those

Page 33

1  -- I remember on the phone --
2      MR. PECAU:
3      Let's go off the record.
4  WHEREUPON, THERE WAS AN OFF-THE-RECORD
5  DISCUSSION.
6  BY MR. HUDSON:
7    Q   Mr. Pollard, to your knowledge, has
8  Regions ever been approved by a regional
9  accrediting body recognized by the U.S. Secretary
10 of Education or the U.S. Department of Education?
11   A   Not to my knowledge.
12   Q   To your knowledge, has Regions ever
13 filed for recognition or exemption under the post
14 secondary education laws of any particular state
15 to use the term "Regions University" or to operate
16 it's program for Regions University?
17   A   Not to my knowledge.
18   Q   To your knowledge, has Regions ever
19 sought or obtained authorization from any state to
20 use the term "university" for its training
21 program?
22   A   Not to my knowledge.
23   Q   To your knowledge, has Regions ever

Emmett M. Pollard                                              Victor Hudson

10 (Pages 34 to 37)

Page 34

1  sought or obtained authorization from any state to
2  publish the use of the term "university" as it
3  apparently has done in Exhibits Nine, Ten and
4  Eleven?
5      A    Would you repeat that question, please?
6      Q    Sir?
7      A    Would you repeat the question?
8      Q    To your knowledge, has Regions ever
9  obtained authority from any state to authorize it
10  to publish the term "university" as it apparently
11  has done in Exhibits Nine, Ten and Eleven?
12      A    Not to my knowledge.
13      Q    Okay.  In fact, do Exhibits Nine, Ten
14  and Eleven reflect that Regions Asset Company
15  and/or Regions Financial Corporation have
16  published to the public the fact that it is using
17  the term "university?"
18      A    If that question is to mean by the fact
19  that those brochures are passed out to non-bank
20  people in an effort to solicit, you know, them to
21  consider joining the bank, making them public
22  solicitations and awareness, then, yes.
23      Q    Has the bank made any effort to limit

Page 35

1  its publication of its use of the term
2  "university" such as is reflected in Exhibits
3  Nine, Ten and Eleven, or elsewhere, to trying to
4  attract new employees to the bank?
5      MR. PECAU:
6      I object to the form of the
7      question.
8      THE WITNESS:
9      I don't understand the question.
10  BY MR. HUDSON:
11      Q    To the extent that the bank has made
12  public its use of the term "university", has the
13  use of that been limited to its attempt to attract
14  new hires?
15      A    I don't know.
16      Q    Do you know of any other reason that the
17  bank has made public its use of the word
18  "university" except in an attempt to attract new
19  hires as is reflected in Exhibits Nine, Ten and
20  Eleven?
21      A    That would be what I would think would
22  be -- that would be what I'm aware of.  I'm not
23  aware of any other efforts that they've used the

Page 36

1  word "university" outside of recruiting.
2      Q    Outside of trying to attract new hires?
3      A    To my knowledge.
4      Q    Okay.  Now, please, if you will,
5  identify for us Exhibits Nine, Ten and Eleven.
6      A    Nine is a recruiting brochure.  Ten is a
7  brochure, I believe, that's used in new employee
8  orientation.
9      Q    In what?
10      A    In new employee orientation.
11      Q    So Ten would not be publicly
12  disseminated.  That would be used within the bank?
13      A    My knowledge is that it was used for
14  orientation programs.  It could have been used for
15  something else but I'm not aware of it.
16      Q    All right, sir.  But Nine would have
17  been used publicly?
18      A    Yes.
19      Q    Okay.
20      A    And Eleven is a copy of a web page.
21      Q    And is that publicly available?
22      A    Yes.
23      Q    Okay.  Now, your attorney was kind

Page 37

1  enough to give us Nine, Ten and Eleven because I
2  didn't have them here this morning, and
3  represented that this may or may not be all of the
4  brochures that were distributed outside the bank.
5      In your recollection, were there brochures
6  distributed outside the bank touting the existence
7  of Regions University other than Exhibit Nine?
8      A    I believe there have been other
9  brochures that I have seen over the last three or
10  four years that communicate, you know, Regions
11  University, especially in its connection with
12  careers at the company.  And they could have been
13  used for recruiting.
14      Q    Could have been?  Sir?
15      A    Could have been used for recruiting.
16      Q    Okay.  And if they were used in any
17  respect, in conjunction with somebody who is not
18  an employee of the bank, the purpose would have
19  been recruiting.  Is that correct?
20      A    Yes, to my knowledge.
21      Q    Okay.  Now, when I'm looking at Exhibit
22  Nine, the reference I see -- and there may be
23  more.  I just skimmed it.  The reference I see to

Emmett M. Pollard

Victor Hudson

11 (Pages 38 to 41)

| Page 38 | Page 40 |
|---|---|
| 1 Regions University is on what has been Bates stamp<br>2 numbered 12341. Do you see that?<br>3    A. Uh-huh.<br>4    MR. PECAU:<br>5    He can't take down "uh-huh". So<br>6    could you say it?<br>7    THE WITNESS:<br>8    Yes. I see that. Yes.<br>9 BY MR. HUDSON:<br>10    Q Thank you. Would you quickly thumb<br>11 through there and just see if you see any other<br>12 reference to Regions University or RU?<br>13    A That's the one notice of Regions<br>14 University that I see.<br>15    Q And would you please look at Exhibit<br>16 Eleven, Bates stamp number 126, that says<br>17 "Regions1Source and RU Learning (Regions<br>18 University Learning)" on it? Do you see that?<br>19    A Yes, sir.<br>20    Q Is there any other place to your<br>21 recollection as you sit here today where RU<br>22 Learning or Regions University appears on a<br>23 website that is available to the public? | 1 training that is available online is available to<br>2 employees and it's password protected. Is that<br>3 correct?<br>4    A It's -- well, my understanding is it's<br>5 available 24/7.<br>6    Q Right.<br>7    A And you can access it from your home.<br>8    Q If you're an employee of Regions.<br>9    A If you're an employee of Regions, yes.<br>10    Q What I'm really asking about is what the<br>11 general public can get to.<br>12    A Okay. Yeah. I'm not aware of anything<br>13 that the general public can see then.<br>14    Q All right. And is there, in your<br>15 recollection, any reference to Regions University,<br>16 RU Learning or RU that the general public's eyes<br>17 would see except for perhaps this reference on<br>18 Defendant's Exhibit Eleven?<br>19    A That would be my understanding.<br>20    Q Okay. And does Regions have web pages<br>21 and links to its human resources department?<br>22    A I believe so.<br>23    Q At one point, did your responsibilities |

| Page 39 | Page 41 |
|---|---|
| 1    A Yes, sir.<br>2    Q Where is that?<br>3    A It's on a link off of Regions -- Life at<br>4 Regions. There's a place, I think that you click<br>5 where it says "Training." And then it will take<br>6 you to another place where you can click on a link<br>7 for RU Learning.<br>8    Q And as you recall, when you click that<br>9 link, what does that bring up?<br>10    A As I recall, it brings up -- I believe<br>11 it's the RU Learning site page.<br>12    Q RU Learning what?<br>13    A The site page, the home page.<br>14    MR. PECAU:<br>15    I think there is some confusion<br>16    going on.<br>17    MR. HUDSON:<br>18    I think there is too.<br>19 BY MR. HUDSON:<br>20    Q The testimony yesterday, as I understood<br>21 it -- and it may be inaccurate. But as I<br>22 understood it -- and my understanding may be wrong<br>23 -- was that the Regions University home page, the | 1 also include human resources?<br>2    A Not at Regions.<br>3    Q Okay. What I'm curious about -- and<br>4 maybe you can help me with it -- on Exhibit Eleven<br>5 -- I think you told us it was your belief that<br>6 Exhibit Eleven is available to the general<br>7 public. And I don't want to be argumentative.<br>8 But Exhibit Eleven looks like something that<br>9 would go to the employees that says "Let's Get<br>10 Started", and it tells employees how to go about<br>11 doing things. Is that correct?<br>12    A It looks like it's information about the<br>13 company, www.regions.com. I believe<br>14 www.regions.com is a public website.<br>15    Q Okay. I'm no tech guy. I'm in real<br>16 trouble with it. You may be too. And I guess<br>17 we'll ultimately just get somebody in front of the<br>18 computer and pull up what they can. But what it<br>19 says is "regions.com" and then it says "/welcome/<br>20 lets_get_started". It has more than that in that<br>21 address.<br>22    Q Do you know as you sit here today whether or<br>23 not that full address on this page, in fact, is |

Page 42

1  available to the general public or is something
2  that is available to Regions people?
3      A   No, not for sure.
4      Q   Okay.
5      A   I'd have to go on there to see.  What I
6  do know is that usually when you see -- when
7  you're looking at something like that -- and
8  again, I'm not a tech person either -- it's
9  usually HTTPS, which indicates it's a secured
10 server.  That doesn't have an S beside the P.
11     Q   So that normally wouldn't be a secure
12 server?
13     A   That address would be -- if it had an S
14 on it, it would be a secured server.
15     Q   And just assuming that this may be
16 publicly available, Exhibit Eleven, in your
17 capacity as operating the Regions University and
18 being in charge of learning -- I don't want to
19 mischaracterize it -- but as you previously
20 testified, can you think of any reason that you
21 would make available to the general public
22 information about how to get started as an
23 employee at Regions?

Page 43

1      A   I think it would be a good way to show
2  the general public that the bank has a process in
3  which, you know, if you come join the bank, that
4  we can take care of you from day one.  So it would
5  -- you know, I could see where it could be used as
6  a good recruiting tool.
7      Q   And we'll just have to find out what it
8  is.  You can't tell us.  Is that correct?
9      A   That's correct.
10     Q   Okay.  Now, when we looked at Exhibit
11 Eleven earlier, I asked you to look at Bates stamp
12 126 where it says "Human Resources and training
13 systems.  Two of these systems you will find
14 particularly helpful is Regions1Source and RU
15 Learning (Regions University Learning).  Is there
16 any link from that to anywhere else?
17     A   On that page?
18     Q   Yes.
19     A   I don't know.
20     Q   Okay.  If somebody wanted to test me on
21 this, I'd fail miserably.  We'll just have to ask
22 somebody that knows about it.  I gather from your
23 testimony that Regions University conducts some of

Page 44

1  its training online.  Am I correct in that?
2      A   Yes, sir.
3      Q   Is training also conducted by your
4  corporate training program that is not online?
5      A   Yes, sir.
6      Q   And where is that training conducted?
7      A   It would usually be within the footprint
8  of the company.  And so Regions is in sixteen
9  states.  And so the training could be delivered
10 anywhere within those sixteen states.
11     Q   Okay.  What physical locations are
12 typically used?
13     A   For the instructor-lead training, there
14 are quite a few, we'd call, training labs.  They'd
15 have classroom spaces so they would have your
16 classic teller training.
17     Q   Owned by the company?
18     A   Owned by the company.  We also use
19 external sites, like the Marriott Conference
20 Center here in Prattville.  So we've got -- we've
21 probably used that several times in the last
22 couple of years to deliver executive leadership
23 courses.

Page 45

1      Q   Are there any other places that you can
2  think of that are used?  I'm not asking for every
3  conference center that you rent.  But I gather you
4  rent conference centers for that purpose.
5      A   Yes, sir.
6      Q   Is there any other place other than
7  these company-owned facilities or facilities that
8  you rent specifically for the purpose of training
9  your employees that are used?
10     A   Yes, sir.
11     Q   What are they?
12     A   Well, the conference centers.
13     Q   My question was so awkward, I
14 apologize.  Am I correct in saying that you
15 operate this corporate training program when you
16 teach physically and not online either at company-
17 owned facilities or at facilities you specifically
18 rent for that purposes?
19     A   Yes, sir.
20     Q   And there aren't any other places that
21 you do it that you can think of today?
22     A   Not to my knowledge.
23     Q   Okay.  Are your employees required to

Page 46

1  take corporate training?
2      A    There are mandatory curriculum that must
3  be completed for some job families.  And then I
4  guess everyone is -- is subjected to having to
5  complete compliance training.  So, I guess the
6  answer would be yes.
7      Q    Do you issue any diplomas or
8  certificates upon completion of any course or any
9  part of the training?
10     A    Yes, sir.
11     Q    Which?  Diplomas or certificates, or
12 both?
13     A    Certificates.
14     Q    And would you tell me the typical form
15 of the certificate, what it would say?
16     A    It would say something, in recognition
17 of completion of a certain course, you know, this
18 certificate is presented to, the person's name,
19 and it would be signed by the instructor.  You
20 know, it could be signed by the chairman of the
21 bank.  Just depending on what the course is.
22     Q    All right.  Capable of being framed?
23     A    Yes, sir.

Page 47

1      Q    And does the bank intentionally prepare
2  the certificates in a way that they would be
3  attractive if framed?
4      A    Yes, sir.
5      Q    And have you seen them framed and hung
6  on walls?
7      A    Yes, sir.
8      Q    Have you seen that frequently?
9      A    Yes, sir.
10     Q    Have you seen people display them
11 outside the bank?
12     A    I'm not -- I don't remember seeing any
13 outside the bank.
14     Q    Does the bank allow its employees to
15 represent to others that they have completed
16 courses of study at Regions University?
17     A    I would answer that as, we have produced
18 transcripts for folks that have needed to prove to
19 an association that they have completed certain
20 numbers of hours of course work to keep their --
21 whatever it is, you know, like a CPA, valid.
22     Q    So would you please tell me more about
23 the transcripts that are produced?  Would you

Page 48

1  describe one such transcript?
2      A    The ones I've seen would have their
3  name.  Below their name, they would have the list
4  of courses that they would have completed, the
5  dates that they would have completed and the
6  amount of contact hours that that course consisted
7  of.
8      Q    And those transcripts might be used, for
9  instance, in aid of obtaining a CPA?  Is that what
10 you said?
11     A    Well, the CPA -- to maintain the CPA
12 license, you have to have so many hours of --
13     Q    Continuing learning?
14     A    Yes, continuing learning on a one-year
15 or three-year basis.  So some courses we offer
16 have satisfied those requirements in the past.
17     Q    And for what purposes other than these
18 CPA Requirements have you produced transcripts?
19     A    That's -- that's -- that's pretty much
20 what I remember that we've done for folks that
21 have said, I need to have a record of course work
22 that I've taken.  It's usually for some kind of an
23 association licensure that they have to provide

Page 49

1  recognition of training taken.
2      Q    And in conjunction with their
3  professional licensure?
4      A    Yes, sir.
5      Q    Have you provided transcripts to schools
6  or colleges?
7      A    Not that I'm aware of.
8      Q    Are any steps taken by the bank, to your
9  knowledge, to prevent such transcripts from being
10 presented by graduates of Regions University to
11 schools or colleges?
12     MR. PECAU:
13 I object to the form of the
14 question.
15     THE WITNESS:
16 Could you repeat that, please?
17     THE REPORTER:
18 "Are any steps taken by the bank, to
19 your knowledge, to prevent such
20 transcripts from being presented by
21 graduates of Regions University to
22 schools or colleges?"
23     THE WITNESS:

Emmett M. Pollard                                                    Victor Hudson

14 (Pages 50 to 53)

Page 50

1       I don't know how to answer that.
2       I'm not sure what a graduate from
3       Regions University is.
4  BY MR. HUDSON:
5       Q   Fair enough.  Are any steps taken by the
6  bank, to your knowledge, to prevent attendees at
7  Regions University from presenting transcripts of
8  their attendance at Regions University to schools
9  or colleges?
10       MR. PECAU:
11       I object to the form of the
12       question.
13       THE WITNESS:
14       I'm not aware of any.
15  BY MR. HUDSON:
16       Q   Okay.  Are attendees at Regions
17  University encouraged by the bank to let members
18  of the general public know that they've attended
19  Regions University?
20       A   Would you repeat that question?
21       THE REPORTER:
22       "Are attendees at Regions University
23       encouraged by the bank to let

Page 51

1       members of the general public know
2       that they've attended Regions
3       University?"
4       MR. PECAU:
5       I object to the form of the
6       question.
7       THE WITNESS:
8       I'm not aware of that.
9  BY MR. HUDSON:
10       Q   Are any steps taken within your
11  knowledge to caution attendees of Regions
12  University not to represent to members of the
13  public that they have attended Regions
14  University?
15       MR. PECAU:
16       I object to the form of the
17       question.
18       THE WITNESS:
19       Not to my knowledge.
20  BY MR. HUDSON:
21       Q   Sir?
22       A   Not to my knowledge.
23       Q   Okay.  Has it been brought to your

Page 52

1  attention that former employees of the bank have
2  represented on their transcripts that they have
3  attended Regions University?
4       MR. PECAU:
5       I object to the form of the
6       question.
7       THE WITNESS:
8       It's not been brought to my
9       knowledge.
10  BY MR. HUDSON:
11       Q   Would you be surprised to learn that?
12       MR. PECAU:
13       Object to the question.
14       THE WITNESS:
15       I'm not sure what "surprised" would
16       be.
17  BY MR. HUDSON:
18       Q   Good answer.  If you want a break at any
19  time, just say so.
20       A   Thank you.
21       Q   Am I correct that the bank's Regions
22  University does not offer educational services of
23  any kind to the general public?

Page 53

1       A   If I understand that to mean Regions
2  University, Regions University does not offer
3  courses to the public.
4       Q   Since you struggled, does the bank,
5  itself, in any way offer educational services to
6  the general public?
7       A   Other than what we've already talked
8  about.
9       Q   These American Bankers courses, that
10  sort of thing we talked about?
11       A   Yeah.
12       Q   Okay.  Has anyone brought to your
13  attention, any bank employee brought to your
14  attention, that they were confused about whether
15  the bank's corporate training program was the same
16  as Regions University being operated by the school
17  that was formerly Southern Christian University?
18       A   No associate has brought that to my
19  attention.
20       Q   Sir?
21       A   No employee has brought that to my
22  attention.
23       Q   The transcripts that you described

Emmett M. Pollard

## Page 54

1 earlier in your testimony, does the name "Regions
2 University" appear on the transcripts, or do you
3 recall?
4    A    I don't recall.
5    Q    If we would like to see those
6 transcripts, if we just describe them as
7 "transcripts", would you know what we were
8 speaking of?
9    A    Yes.
10    Q    Okay.  Do you maintain copies of them
11 after they're issued?
12    A    No.
13    Q    Does the bank maintain copies?
14    A    No.  Those transcripts are created off
15 of the Learning Management System.
16    Q    The what?
17    A    The Learning Management system.
18    Q    Okay.
19    A    And so it maintains the information on
20 the associate.  But there's no hard copies kept.
21    Q    Is there an electronic copy of the
22 transcript that was issued?
23    A    I don't think so.  I think what you do

## Page 55

1 -- you create a report and that is essentially a
2 transcript.  And then once you create it, it
3 disappears.  You create it, print it off and it
4 doesn't exist anymore.
5    Q    I'm just trying to visualize this.  But
6 I gather that there is a central place where
7 electronically, the training records of every
8 employee are maintained.  Is that what you're
9 saying?
10    A    That's the Learning Management System,
11 yes, sir.
12    Q    So what you would do, if, for instance,
13 I wanted a transcript, you would call up Victor
14 Hudson in your computer and push a button and it
15 would print my training transcript.
16    A    Yes, sir.  You would put in some
17 parameters, like courses from this date to this
18 date.
19    Q    Okay.  And it would print those.  And
20 that's what would be used by somebody, for
21 instance, for their CPA Licensure?
22    A    Yes, sir.
23    Q    Has it ever been brought to your

## Page 56

1 attention that either any employee or former
2 employee has used those transcripts or information
3 from those transcripts on any resume?
4    A    I think it would be smart if they did.
5 But I don't know if I've ever seen a resume from
6 someone who had a transcript that used it to
7 create it.
8    Q    They wouldn't give you the resume, would
9 they?
10    A    You know, it would be like, you mean
11 you're looking for a job outside the bank now?
12    Q    That makes good sense.  But it's the
13 kind of information you would expect them to use
14 on a resume?
15    A    I have personally used some of the
16 courses that I've taken in the past in a similar
17 kind of situation on a resume.  So I would only
18 say, you know -- you know, we have offered, in the
19 past, four-week executive development courses.
20    You know, when you complete that, it's a
21 pretty big deal.  And some folks would recognize
22 that.
23    Q    And you get a certificate for that also?

## Page 57

1    A    Yes, sir.
2    Q    And that's the sort of certificate that
3 you might well attach to your resume.
4    A    Yes, sir.
5    Q    And would the certificate that is issued
6 now have the name "Regions University" on it?
7    A    Not today.
8    Q    And I wish I hadn't asked the question
9 that way.  At any point in time, did the
10 certificates have "Regions University" on them?
11    A    I don't know.  I'd have to go back and
12 look at them to answer that.
13    Q    Well, do you have any certificates with
14 Regions University on them?
15    A    I mean, they are around the company.
16 So, you walk into an office, you're likely to see
17 one, as well as not see one.  So when you walk in
18 an executive's office, if they've been through any
19 of the executive, you know, workshops, you may see
20 it.  I would have to go around and look.
21    Q    Well, I'm really being awkward in my
22 question.  At any time if you looked at a typical
23 certificate, would it have on its heading or

|  | Page 58 |
|---|---|
| 1 | somewhere else, the words "Regions University"? |
| 2 | A   I'd have to go look. |
| 3 | Q   You don't remember? |
| 4 | A   I don't remember. |
| 5 | Q   Fair enough. |
| 6 | A   I do remember that some of the |
| 7 | certificates had colleges on them.  Now, whether |
| 8 | they would have actually said "Regions |
| 9 | University", I don't know.  But I know a lot of |
| 10 | them had like "Retail College", "Commercial |
| 11 | College".  Now, if it would have said of the |
| 12 | University, I don't know. |
| 13 | Q   Each certificate would have on it at |
| 14 | least the college, Retail College, or one of the |
| 15 | others, and may also have Regions University on |
| 16 | it.  Is that correct? |
| 17 | A   It could.  There was also another |
| 18 | component of the University called the Leadership |
| 19 | and Sales institute.  It could have had that on |
| 20 | it. |
| 21 | Q   Well, let's look.  This may help us a |
| 22 | little and make it easier for us.  Look, if you |
| 23 | will, please, sir, at Exhibit Twelve marked for |

|  | Page 59 |
|---|---|
| 1 | identification and tell me if you can identify |
| 2 | that. |
| 3 | A   Yes, sir. |
| 4 | Q   And it's several pages long.  You might |
| 5 | want to thumb through it.  The Bates stamp numbers |
| 6 | go from 1403 through 1407. |
| 7 | A   It brings back memories. |
| 8 | Q   Pleasant ones.  What is it?  I don't |
| 9 | know what it is. |
| 10 | A   This was the original artist renditions |
| 11 | of Regions University logos. |
| 12 | Q   I think what you just looked at is Bates |
| 13 | stamp number 1404.  Is that correct? |
| 14 | A   All right.  This -- that's what all this |
| 15 | is. |
| 16 | Q   All right.  All of that -- this entire |
| 17 | exhibit is the original artist renditions of the |
| 18 | logos? |
| 19 | A   That we had to choose from. |
| 20 | Q   All right. |
| 21 | A   And then we had chose the ones that are |
| 22 | on page 1403. |
| 23 | Q   Okay. |

|  | Page 60 |
|---|---|
| 1 | A   I haven't seen these in years. |
| 2 | Q   But in any event, the ones on 1403 are |
| 3 | the ones that have been chosen? |
| 4 | A   Yes, sir. |
| 5 | Q   All right.  Now, let me show you Exhibit |
| 6 | Thirteen marked for identification and ask you if |
| 7 | you could tell me what that is. |
| 8 | A   I recognize the logos but I don't |
| 9 | recognize the pictures. |
| 10 | Q   Let me tell you, I'm not all that |
| 11 | interested in knowing whether you remember this |
| 12 | particular picture or anything like that. |
| 13 | I would think your recollection of what I'm |
| 14 | driving at might be more general and it might be |
| 15 | something like, well, this is typical of the sort |
| 16 | of thing we used for such and such, whatever.  But |
| 17 | that's the kind of thing I'm going to ask you |
| 18 | about. |
| 19 | A   Yeah.  That would be my assumption, that |
| 20 | these were, I guess, the ability to start the |
| 21 | development of brochures or it could have been web |
| 22 | pages for the University website.  Here's one for |
| 23 | a leader's guide. |

|  | Page 61 |
|---|---|
| 1 | So that would have been the front cover of an |
| 2 | instructor's manual.  That would, you know, |
| 3 | signify the college that it represented within the |
| 4 | University. |
| 5 | Q   And those all would have been |
| 6 | distributed internally.  Is that correct?  Or used |
| 7 | internally and solely internally? |
| 8 | A   These would be used internally, yes, |
| 9 | sir. |
| 10 | Q   Look, for instance, at Exhibit Thirteen, |
| 11 | the top one, which is 1300.  You see "Regions |
| 12 | University" and under that in smaller letters, |
| 13 | "Retail College".  And if you look at Exhibit |
| 14 | Twelve, you find the same logo.  Do you see that? |
| 15 | A   Yes, sir. |
| 16 | Q   Now, unless it's changed, it looks to me |
| 17 | like the logo that's used when you refer to the |
| 18 | Retail College would be in the format that you see |
| 19 | on Thirteen, Exhibit Thirteen, Bates stamp number |
| 20 | 1300.  Am I correct in that? |
| 21 | A   Yes, sir. |
| 22 | Q   And has that logo changed? |
| 23 | A   Today? |

Emmett M. Pollard

Page 62

1    Q    Yes.
2    A    All of them are changes.
3    Q    But has it changed yet?
4    A    No, sir, it hasn't changed yet.
5    Q    Okay.  That's good enough.  Now, the
6    logos that are set forth on Exhibit Twelve, 1403
7    are those logos that have been used consistently
8    since the coming into existence of Regions
9    University as a name for the corporate training
10   program?  I'm speaking only of 1403.
11       A    Yes, sir.
12       Q    Okay.  And so, for instance, if a
13   certificate had Retail College on it, now that you
14   look at this, would you expect it to have Regions
15   University Retail College in the format of this
16   logo?
17          MR. PECAU:
18          I object to the form of the
19          question.  If you know, answer.  If
20          you don't --
21          THE WITNESS:
22          Yeah.  My understanding would be
23          that if it would have Retail College

Page 63

1          -- if it be a Retail College
2          certificate, this would be what
3          would be displayed as a logo.
4    BY MR. HUDSON:
5        Q    On that Exhibit Twelve, would you please
6    circle what you're indicating would be the logo
7    that you expect would be displayed on a
8    certificate from the Retail College?
9        A    Yes, sir.
10       Q    Okay.  And similarly, if the certificate
11   were issued by the Operations College, the
12   Mortgage College, the Corporate Support College,
13   the Trust College, the Commercial College or the
14   Leadership and Sales Institute, would you expect
15   the certificate to bear the corresponding logo
16   that appears on Exhibit Twelve, Bates stamp number
17   1403?
18          MR. PECAU:
19          Object to the form of the question.
20          THE WITNESS:
21          We would like for it to have had
22          that.
23   BY MR. HUDSON:

Page 64

1    Q    These three leaves that appear on the
2    logo that are depicted on Exhibit Twelve, 1403,
3    are those similar to the three leaves that are
4    depicted in the triangular logo that's used by
5    Regions Bank?
6        A    Yes, sir.
7        Q    Earlier testimony, as I understood it to
8    be -- and I'm just asking you if you have the same
9    understanding -- is that that was adopted to
10   depict the joinder between Union Planters and
11   Regions.  Do you have any recollection about that?
12          MR. PECAU:
13          Object to the form of the question.
14   BY MR. HUDSON:
15       Q    When was the triangle with the three
16   leaves first used as a part of the Regions logo?
17   I'm speaking now of the bank, or the Regions
18   companies, the Regions logo, in your recollection.
19       A    In my recollection, it would have been
20   in 2004.
21       Q    And was there any seminal event that was
22   associated with that?
23       A    I don't recall.

Page 65

1    Q    Okay.  Do you have any understanding of
2    what the significance of these three little leaves
3    in this column is that's depicted on Exhibit
4    Twelve, 1403?
5        A    You know, I've seen things where they
6    represented just different concepts, different
7    perspectives.  But none that I would say would be
8    official.
9        Q    Sir?
10       A    None that I'm aware of that, you know,
11   the company puts forth.
12       Q    Okay.  Look, if you would, please, sir,
13   at Exhibit Two that was previously marked in
14   another deposition, and also Exhibit Three that
15   was previously marked in another deposition.
16          Do you recognize a sign like the one depicted
17   in Exhibit Two?  I'm not asking you to identify
18   Exhibit Two.  I'm just asking you to look at the
19   picture.
20       A    I'm not sure what you're asking.
21       Q    Yeah.  It's a picture of a bank sign.
22   Have you seen one that looked like that before?
23       A    Yes, sir, I've seen this before.

Emmett M. Pollard                                                      Victor Hudson

18 (Pages 66 to 69)

---

**Page 66**

1  Q   Okay.  And is that typical of the signs
2  that Regions Bank uses to identify its banks?
3      MR. PECAU:
4      Object to the form of the question.
5      THE WITNESS:
6      This is an old sign, I believe,
7      prior to the changeover.
8  BY MR. HUDSON:
9      Q   Now you're pointing to exhibit what,
10  Three?
11     A   Three.
12     Q   And with the changeover, do you now have
13  on your signs Regions and that little triangle?
14     A   Yes, sir.
15     Q   Now, when I drove into Montgomery, I saw
16  a big tall building that had Regions on the top
17  and it was written just like it is on Exhibit
18  Two.  Have you seen that?
19     A   I didn't recognize that.
20     Q   You didn't look to see it?
21     A   I didn't look to see it.
22     Q   Well, if I'm wrong, you tell me.  But I
23  think I see a lot of them still that look like

---

**Page 67**

1  Exhibit Two.  Do you?
2      A   That's not something I pay attention to,
3  to be honest with you.
4      Q   That's fair enough.  But in any event,
5  they are supposed to either look like Two or
6  Three, one or the other?
7      MR. PECAU:
8      Object to the form of the question.
9      THE WITNESS:
10     I know that Exhibit Three is what
11     the corporate standard has been
12     that's been what the company has
13     been working towards.
14  BY MR. HUDSON:
15     Q   Right.  And they've told you that in
16  your training programs?
17     A   No, sir.  That comes from management
18  communications.
19     Q   Okay.  In any event, upper management
20  has told you that.
21     A   Yes, sir.  That's --
22     Q   Okay.  And they've told you they're
23  working to move from the depiction in Exhibit Two

---

**Page 68**

1  towards the one in Exhibit Three?
2      A   Yes, sir.
3      MR. PECAU:
4      Object to the form of the question.
5  BY MR. HUDSON:
6      Q   The answer is yes?
7      A   Yes.
8      Q   Thank you.  I don't intend to make this
9  a memory contest so I'm asking you to just do as
10  best you can.  Would you please, as you can,
11  recite for me the courses or subjects that are
12  offered by the bank's corporate training program,
13  Regions University?
14     A   In the areas of leadership, you would
15  have Management Foundations.  You would have
16  Exceptional Practices for Managerial --
17     Q   Sir?
18     A   Exceptional Practices for Managerial --
19  for Managers.  You would have the Senior
20  Leadership Workshop.  You would have Behavioral
21  Interviewing.
22     Q   Sir?
23     A   Behavioral Interviewing.  Performance

---

**Page 69**

1  Management Workshop.  Executive Coaching Workshop.
2      Q   Executive what?
3      A   Coaching.
4      Q   Coaching.
5      A   Internal Consulting Workshop.  Teller
6  Training.
7      Q   Sir?
8      A   Teller Training.  Teller, as in bank
9  tellers.
10     Q   Tellers.
11     A   Yes.  There are multiple courses within
12  the teller training curricula.
13     Q   Okay.  I don't need to hear those.  Just
14  whenever you can do it generically such as telling
15  me Teller Training, that's fine.
16     A   FSR training, Financial Services
17  Representative training, Branch Manager training,
18  Sales Management training for retail, Commercial
19  Loan Officer training, Commercial Admin training.
20     There's a Trust Administrator curricula.
21  Mortgage Loan Originator curricula.  Those are the
22  ones that come to mind.  And there are, you know,
23  three or four or five hundred online courses.

---

Page 70

```
 1      Q   Yeah.  I don't need to hear about them.
 2   I think if you could just describe them in general
 3   categories for me as you did with teller training,
 4   that would be helpful.  And let's try to cover all
 5   of the general categories.
 6      A   Yeah.  Financial -- Finance and
 7   Accounting would be one.  Communication Skills.
 8   Supervision.  Human Resources.  Team Building.
 9   Sales.  Customer Service.  Those are the ones that
10   come to mind.
11      Q   Is advancement in the bank tied in any
12   way to the successful completion of these courses?
13      A   There's -- there's a strong attempt to
14   manage that for entry level positions.  And so you
15   have to complete certain criteria, certain
16   curricula before you're eligible for promotion,
17   and, you know, strongly encouraged and supported
18      There's a lot of recognition given to folks
19   who do complete courses.  And so, you know, I
20   wouldn't say we're mandatory in a lot of cases as
21   much as I would that it's looked on very
22   positively.
23      Q   Is it taken into consideration in salary
```

Page 71

```
 1   advances and promotions?
 2      A   Some of it is, yes, sir.
 3      Q   And are completion of these courses and
 4   dedication to this training program something that
 5   is promoted as a tool that an employee should
 6   utilize in order to advance within the
 7   organization?
 8      A   That's the type of culture we've tried
 9   to create.
10      Q   That's the purpose of it, isn't it?
11      A   That's the purpose, yes, sir.
12      Q   Okay.  I'm looking at what we've
13   previously marked as Exhibit Four.  And you've
14   identified that earlier as your file that you
15   reviewed in preparation for your deposition
16   today.  I don't have a lot of questions about it.
17   I'm going to skip around.
18      If you feel like you need to read something
19   in detail before you answer it, do that.  I'm not
20   trying to sneak up on you.  And I don't think my
21   questions are that tough.
22      I find under Strategic HR Initiatives this
23   phrase "to interact with business partners and
```

Page 72

```
 1   college learning officers".  And my question
 2   simply is, what is this document referring to when
 3   it refers to "Business Partners" and what it is
 4   referring to, in your understanding, when it
 5   refers to "College Learning Officers?"
 6      A   The Business Partner would be a position
 7   held by a senior HR manager.
 8      Q   Within the bank?
 9      A   Within the bank, yes, sir.
10      Q   Okay.
11      A   The College Officer would be the person
12   who managed that particular line of business
13   training within the University.
14      Q   Also within the bank?
15      A   Within the bank, yes, sir.
16      Q   Okay.  When you look at Exhibit Four --
17   this isn't Bates stamp numbered.  But the first
18   page isn't numbered and the next are.  So it would
19   be effectively numbered one through eight.  Do you
20   see that collection?  Pages one through eight.
21      A   Yes, sir.
22      Q   Is that current?  Is this a current
23   doctrine or policy or is this an older one?
```

Page 73

```
 1      A   This is a document that was put together
 2   in the summer of 2004 to represent the area of
 3   responsibility that I had to the Management
 4   Consulting Group within the company.  And it is
 5   what we've operated under until the merger with
 6   AmSouth.
 7      Q   If I say this wrong, you tell me.  At
 8   that time, the organization development part was
 9   severed from the learning part and you took the
10   learning part.
11      A   I took the organization development
12   part.
13      Q   I'm sorry.  Okay.  But notwithstanding
14   that, you are sufficiently familiar with the
15   learning part to still testify here today in a
16   knowledgeable way?
17      A   I understand its basics, yes, sir.
18      Q   Sir?
19      A   I understand the basics of it, yes, sir.
20      Q   When you say "basics", I'm not asking
21   questions about the fine points of some course.
22   Have you been comfortable in your testimony so
23   far?
```

Emmett M. Pollard                                              Victor Hudson

20 (Pages 74 to 77)

Page 74

1    A   Yes, sir.
2    Q   Okay.  Now, if you would, please, sir,
3  move forward in this collection of documents until
4  you get to the page once again unnumbered that
5  says "Top 100".
6    A   Yes, sir.
7    Q   Now, if you would, would you please go
8  forward, thumb forward and tell me when you get to
9  the end of the group of documents that go with
10  that cover page?
11    A   Yes, sir.
12    Q   Would you be so kind as to put in the
13  lower right-hand corner of that group and start
14  with the one that says "Top 100," put a "1" and
15  then just number the rest all the way through
16  that?
17    A   On the inside too?
18    Q   No.  Just on the front so that later we
19  can figure out what we're talking about.
20    A   Okay.
21       MR. HUDSON:
22          Thank you.  Let's take a break just
23          a moment.

Page 75

1  WHEREUPON, A RECESS WAS TAKEN.
2  BY MR. HUDSON:
3    Q   What is Training Top 100?
4    A   It's an annual competition you can enter
5  in to have your learning organization judged to
6  see how it stacks up with other companies'
7  training functions across -- most of this is U.S.
8    Q   When you say "stacks up" against other
9  training, is that other corporate training
10  programs?
11    A   Yes, sir.
12    Q   And you may not be aware of this.  But
13  if there's an allegation in this lawsuit that
14  Regions University has been recognized by Top 100
15  training, has that been recognized among corporate
16  training programs?
17    A   Yes, sir.
18    Q   Does Top 100 training recognize anything
19  except, in your knowledge, corporate training
20  programs?
21    A   Would that include non-profit in your
22  definition of "corporate"?
23    Q   Yes, sir.

Page 76

1    A   I think that would be the case.
2    Q   Is the name of the magazine Training
3  Magazine?
4    A   Yes, sir.
5    Q   And is Training Magazine, in your
6  understanding, devoted to profit and non-profit
7  corporate training programs?
8    A   I have no knowledge of that.
9    Q   Do you have any understanding of that at
10  all?
11    A   No, sir.  You're saying, would it apply
12  for folks in educational settings?
13    Q   No.  Actually, I'm not asking for you to
14  testify about what Training Magazine is.  I'm
15  simply asking you for your understanding of what
16  Training Magazine is.  And you might not have any
17  at all?
18    A   My understanding, it would be for folks
19  that have an interest in education and training of
20  the workforce.
21    Q   For the workforce.
22    A   Yes, sir.
23    Q   And you don't know whether that's just

Page 77

1  corporate training programs or not?
2    A   No.
3    Q   You just don't know?
4    A   Don't know.
5    Q   Did you participate in the initiative to
6  apply for this award?
7    A   Yes, sir.
8    Q   Were you the one who, in fact, took the
9  initiative?
10    A   I requested that we do it, yes, sir.
11    Q   And was it necessary to pay a fee in
12  order to do that?
13    A   I believe there was an application fee.
14    Q   An application fee that was paid to
15  Training Magazine?
16    A   I didn't handle it so I don't know the
17  details.  But I would assume it would have been
18  paid to Training Magazine.
19    Q   Who would have handled that?
20    A   The individual's name is Todd Massey.
21    Q   And what is his job?
22    A   He is an Organizational Development
23  Consultant.

Emmett M. Pollard

Victor Hudson

21 (Pages 78 to 81)

Page 78

1    Q   I'm just curious.  Why would he have
2  handled the fee payment part of it and you would
3  have handled other parts?  Is there any reason for
4  that division of responsibility?
5    A   He handled the development of the whole
6  application.  I requested it.  I provided input
7  into it.  But I didn't prepare it.
8    Q   I understand.  And he would work under
9  your supervision?
10    A   Yes, sir.
11    Q   And your direction.
12    A   Yes, sir.
13    Q   And whatever mechanical things were
14  required such as getting a check to pay the fee,
15  that would have been delegated to him.
16    A   Yes, sir.
17    Q   But it would have required your
18  approval, would it not?
19    A   Yes, sir.
20    Q   I'm not going to fly speck this.  If you
21  want to read it all, that's fine.  But my question
22  is, would this document which is captioned
23  "Training Top 100" and runs through the twenty

Page 79

1  numbered pages fairly describe the corporate
2  training program as it existed on October 3, 2005,
3  the date of this document?
4    A   Yes, sir.
5    Q   Do you see this page?  Tell me which
6  number it is.  It says "Return On Investment" at
7  the top of it.
8    A   Page nine.
9    Q   All right, sir.  Looking at page nine of
10  this exhibit captioned "Return On Investment",
11  what was meant, in your understanding, of "Return
12  On Investment"?
13    A   The extent to which the company is able
14  to see some type of monetary or non-monetary
15  effect based on the resources that were allocated
16  to training.
17    Q   A measurable benefit to the company,
18  either monetary or non-monetary.  Would that be
19  correct?
20    A   Yes, sir.
21    Q   And did the Regions corporate training
22  program referring to it as Regions University
23  result by October 3, 2005 in generating a

Page 80

1  corporate benefit to Regions Bank?
2    A   Yes, sir, in many ways.
3    Q   All right.  And did it do so in a
4  monetary way?
5    A   We've always tried to, you know, see if
6  we can't document the impact of the training that
7  we've offered.  And in some cases, we've been able
8  to.
9    Q   And did you attempt to reflect those
10  cases in this document at page nine?
11    A   Yes, sir.  I think one of the projects
12  we were working on.
13    Q   And what was the monetary benefit that
14  you were able to document with respect to a
15  portion of this Regions University corporate
16  training program?
17    A   There's a statement in this document in
18  paragraph four, page nine that says "applying a
19  conservative five percent value estimate, the
20  increase in profitability would exceed one point
21  nine million".
22    Q   One point nine million dollars?
23    A   Yes, sir.

Page 81

1    Q   Okay.  And at the top, referring just to
2  Executive Coaching, as I read it, you said that
3  you've invested thirty thousand dollars in your
4  corporate executive coaching program and that's
5  resulted in a documented two hundred and fifty
6  thousand dollars in additional revenue for the
7  bank.
8    Is that correct?  Have I read that correctly
9  or do I understand that correctly?
10    A   No, sir.
11    Q   Would you straighten me out?
12    A   I believe the top of the page where it
13  says "describe your best return on investment
14  outcome.  For example --"
15    Q   Oh.  I see.  That's their example?
16    A   That's their example.
17    Q   I'm sorry.  Do you see this page, sir?
18    A   Did that come before or after?
19    Q   It comes after this one.  There it is.
20    A   It's page twelve.
21    Q   All right, sir.  If we can look at page
22  twelve, please, sir, of Exhibit Four, a portion of
23  Exhibit Four, it says at the top "Top 100

Emmett M. Pollard                                                    Victor Hudson

22 (Pages 82 to 85)

Page 82

1  Training", what do those blocks in that diagram at
2  Number Eleven signify?
3      A   They would signify the change in the
4  composition of training that you would -- that we
5  had offered from 2004 to 2005.
6      Q   When I look at that block that starts at
7  the top "Percentage of learning content (provided)
8  devoted to the following areas", and then it lists
9  areas A through M, would that be descriptive of
10 the areas of training that were offered by Regions
11 University during that time period, the bank's
12 corporate training program?
13     A   Yes, sir.  That, I believe, was our best
14 attempt to try to document the training that we
15 offered and to fit it into the categories that the
16 application asked us to fit it into.
17     Q   And that would have been all of the
18 categories using their format?
19     A   Yes, sir.
20     Q   Do you see this page?
21     A   Yes, sir.  It's page thirteen.
22     Q   Sixteen?
23     A   Thirteen.

Page 83

1      Q   Thirteen.  Please look at the document
2  marked at its top "Top 100 Learning", page
3  thirteen, and look at the back side of thirteen,
4  Section 2.1.6.  It says "To better describe your
5  Corporate University -- ", and it goes forward.
6          In your understanding, are there other
7  corporations that refer to their internal training
8  programs as universities?
9      A   Yes, sir.
10     Q   Is that frequently done in your
11 understanding?
12     A   It's common.
13     Q   Okay.  Would you tell me those of which
14 you are aware?
15     A   Motorola University; McDonalds Hamburger
16 U, University; Delta University, Delta Airlines.
17     Q   Delta University?
18     A   Yes, sir.  I believe Delta Airlines
19 University.  SunTrust University.  Those are the
20 ones that come off the top.
21     Q   I notice that you told me that there
22 was, for instance, Delta Airlines University,
23 McDonald's Hamburger University.  Is there any

Page 84

1  reason that your corporate training program isn't
2  referred to as Regions Bank University?
3          MR. PECAU:
4          I object to the form of the
5          question.
6          THE WITNESS:
7          I don't know how to answer that.
8  BY MR. HUDSON:
9      Q   Was the name Regions Bank University
10 considered by you, by the bank or by anybody?
11     A   No, sir, not to my knowledge.
12     Q   Would you please look, sir, at Exhibit
13 Four, the pages that follow the one that you had
14 marked with a twenty?  And they start at the top
15 "2006 CLO Award".
16     A   Yes, sir.
17     Q   Do the next four pages go together?
18     A   Yes, sir.
19     Q   Would you please label them at the
20 bottom A, B, C and D?  Thank you.  What is the CLO
21 Award?
22     A   It's the Corporate Learning Officer
23 Award that is managed by CLO Magazine, similar to

Page 85

1  Training Magazine, that recognizes that function
2  within companies.
3      Q   This is an individual award?
4      A   Yes, sir.  But in many cases, the
5  individual award is substantiated based on the
6  work that's done in the function.
7      Q   Have you been the recipient of this
8  individual award?
9      A   Yes, sir.
10     Q   And were you the recipient of that award
11 in 2006?
12     A   2005, I believe, sir.
13     Q   Is that something you also make
14 application for?
15     A   Yes, sir.
16     Q   And with whom do you make application?
17     A   The -- I don't remember the name of the
18 firm.  But it's the magazine that sponsors the
19 award.  It's something Media.  I don't remember
20 the name.
21     Q   And I think you said that that would
22 have been in part because of the work that you've
23 done with the corporate training program for the

Emmett M. Pollard

Victor Hudson

23 (Pages 86 to 89)

Page 86

1  bank.
2    A   Yes, sir.
3    Q   Was there any other basis other than the
4  work you've done with the bank's corporate training
5  program?
6    A   No.
7    Q   Okay. If you look, please, sir, at page
8  B, under item number 3, "Describe the impact of
9  the initiative on the company and its
10  stakeholders", do you see that?
11    A   Yes, sir.
12    Q   Is that an accurate statement of the
13  impact of the corporate training program at
14  Regions Bank referred to by the bank as Regions
15  University that was administrated by you during
16  this relevant time period?
17    A   Yes, sir.
18    Q   And did you help in the preparation of
19  that statement?
20    A   I reviewed it.
21    Q   And approved it?
22    A   Yes, sir.
23    Q   The statement -- I asked you about the

Page 87

1  statement on B, page B. But, in fact, it carries
2  over to page C. So you might look at C also to be
3  sure that we're still in accord on your answer.
4      MR. PECAU:
5      Do you want the question read back
6      to you?
7      THE WITNESS:
8      Please.
9      MR. HUDSON:
10      Let me ask another one.
11  BY MR. HUDSON:
12    Q   I was unfair to you and it wasn't on
13  purpose. When I asked you a series of questions
14  about whether or not item number 3 on page B is
15  accurate and reflects the program and its impact
16  on the company at the time this statement was
17  written, I asked you just to look at page B. But,
18  in fact, it carries over to page C too.
19      So my question is, does the statement on
20  pages B and C accurately reflect the impact of the
21  corporate training program known as Regions
22  University administrated by you as to its impact
23  on Regions Bank during the time period reflected

Page 88

1  in this document?
2    A   The thing that we were the proudest of
3  in looking at this, the approach was a very
4  efficient use of training. And so that when it
5  comes down to it, we reduced the number of
6  training hours required to fulfill the strategy
7  and that resulted in a return on investment of
8  over seven hundred percent. That was right on
9  target.
10    Q   Well, if there's any trick in this
11  question, I don't know what it is. Under your
12  supervision and direction, was this document which
13  is captioned at its top "2006 CLO Award"
14  prepared? Was this prepared under your
15  supervision and direction?
16    A   Yes, sir.
17    Q   And the assessment of the impact of the
18  initiative on the company and its stakeholders as
19  what was being referred to as the initiative in
20  that sentence, was that the corporate training
21  program?
22    A   Yes, sir.
23    Q   And so was the impact of the corporate

Page 89

1  training program referred to as Regions University
2  on Regions Bank and its stakeholders at the time
3  this document was prepared reflected in the answer
4  set forth under Exhibit Three?
5    A   Yes, sir.
6    Q   Okay. I'm not going to mark this yet.
7  Do you see that budget or whatever that is, that
8  spreadsheet? Do you recognize that and know what
9  it is? It's with other documents.
10    A   It looks like a budget document, Regions
11  corporate training, October of 2006.
12    Q   Well, let me make it simpler. It could
13  be a lot of things. One thing it could be is a
14  budget for Regions University. If it's not that,
15  I'm not interested in asking you about it.
16    A   Okay. I believe this is maybe the last
17  report that we had prior to the AmSouth merger.
18  So that would probably be a valid snapshot of the
19  corporate University.
20    Q   Okay. I'll mark that as Exhibit
21  Fourteen, what we referred to just a moment ago.
22  And in my understanding, that would be a valid
23  snapshot of the expenditures for corporate

Emmett M. Pollard                                    Victor Hudson

24 (Pages 90 to 93)

---

Page 90

1  training by the corporate training arm of Regions
2  Bank just prior to the AmSouth merger. Is that
3  correct?
4    A   Yes, sir.
5    Q   Now, look, please, sir, at page 30356.
6    A   30356?
7    Q   Yes, sir. Do you see up at the top
8  where it says in bold, "NewRegions-Corporate
9  Training" with the words "new" and "Regions"
10  merged into one word?
11    A   Yes, sir.
12    Q   What is that referring to?
13    A   I don't know.
14    Q   Are you familiar with the term
15  "NewRegions" in any context?
16    A   Yes, sir. It would be, I believe, a
17  recognition of the company after the Regions/
18  AmSouth merger.
19    Q   Has that term been used with any degree
20  of frequency after the merger?
21    A   Yes, sir.
22    Q   And how and where has it been used, to
23  your knowledge?

---

Page 91

1    A   Just as a way to signify the operations
2  of the new company, the combined efforts between
3  AmSouth and Regions.
4    Q   Has it been used publicly?
5    A   I don't know.
6    Q   Please look at Bates stamp number 30353.
7    A   Yes, sir.
8    Q   What sort of legal and professional fees
9  would the corporate training department have?
10  That line item is about four down.
11    A   Legal and Professional would be a
12  general ledger account line that would be used to
13  house expenses that the function would have for
14  external consultants that are used to deliver
15  programs for the company.
16    Q   So if you hire somebody to come in and
17  put on a special training program, that would be
18  the line item to show what you paid?
19    A   Yes, sir.
20    Q   Okay. Now, there's also a line item for
21  Outside Services. How is that different?
22    A   I don't know all that goes into Outside
23  Services. But some of that that goes into there

---

Page 92

1  could be catering. It could be purchase of
2  materials. It just depends on how something gets
3  classified in accounting.
4    Q   Okay. Travel & Business Development.
5  Do you see that?
6    A   Yes, sir.
7    Q   What would that be?
8    A   That would be mainly for instructor
9  travel. So where we have folks that are going
10  out, you know, into the footprint delivering
11  courses.
12    Q   The corporate training program known as
13  Regions University wouldn't have any business
14  development, per se, would it?
15    A   No, sir.
16    Q   Okay. Now, Miscellaneous Expense, do
17  you see that?
18    A   Yes, sir.
19    Q   It's a huge item. I'm just wondering
20  how does a banker get away with lumping a million
21  dollars into miscellaneous expense. You don't
22  have to answer that.
23    A   Buy a lot of miscellaneouses.

---

Page 93

1    Q   Yeah, a lot of them.
2       MR. HUDSON:
3       Let us spend a few minutes.
4  WHEREUPON, A RECESS WAS TAKEN.
5  BY MR. HUDSON:
6    Q   Does the corporate training program,
7  Regions University, utilize any outside media to
8  promote itself to the public?
9    A   Nothing other than the logo that you've
10  seen in trying to go over the artwork. No, sir.
11    Q   Now, when I say "outside media," I mean
12  television, radio, that sort of thing.
13    A   No, sir.
14    Q   Do you charge tuition?
15    A   Some of the courses require managers and
16  departments to pay for their folks to attend.
17    Q   To personally pay?
18    A   No. The company pays. Our cost center
19  will budget for folks to go through training.
20    Q   But except for accounting and cost
21  centers, there's no tuition charge?
22    A   No, sir.
23    Q   Do you give grades?

---

Emmett M. Pollard

Victor Hudson

25 (Pages 94 to 97)

---

Page 94

1      A   No, sir.

2      Q   Do you have a pass/fail system?

3      A   In some courses.

4      Q   So is there any testing associated with

5   many of the courses?

6      A   Courses where you have to prove

7   proficiency, for example, compliance, there's a

8   pass/fail cutoff score that's established.  But

9   those are few, compared to all that are offered.

10     Q   And would you please tell me which those

11  are?

12     A   There's a series of, you know,

13  regulation law courses.  I can't tell you

14  specifically all of them.

15     Q   But they're all required as part of the

16  bank's compliance with regulatory requirements?

17     A   Yes, sir.

18     Q   Do you teach in Spanish?

19     A   We have converted some of our course-

20  ware to Spanish to recognize some of the markets

21  that we're in.

22     Q   Do you offer any courses in English to

23  Hispanic speakers?

---

Page 95

1      A   No, sir.

2      Q   And the English language I'm speaking

3   of.

4         MR. PECAU:

5         I object to the form.

6   BY MR. HUDSON:

7      Q   Do you teach Spanish-speaking people how

8   to speak English?

9      A   No, sir.

10     Q   And vice versa.  Do you teach English-

11  speaking people how to speak Spanish?

12     A   We have had some self-study courses in

13  the past on languages, Spanish being one of them,

14  on a volunteer basis.

15     Q   And have you done that under the

16  auspices of Regions University?

17     A   The materials were delivered by Regions

18  University, yes, sir.

19     Q   And from whom did you obtain the

20  materials?  You don't need to tell me the name of

21  the company.  Was it an outside vendor?

22     A   Outside vendor, yes.

23     Q   I'm going to show you Exhibits Fifteen

---

Page 96

1   and Sixteen that I've marked for identification.

2   And I want to ask you about something in

3   particular about them.  Each of them has at the

4   bottom "https".  Do you see that?

5      A   Yes, sir.

6      Q   In the web address or whatever you call

7   that.  Is that the "S" that you referred to as a

8   secure site?

9      A   Yes, sir.

10     Q   And so both Fifteen and Sixteen would be

11  available only to bank employees who had a

12  password in order to access it?

13     A   Yes, sir.

14        MR. HUDSON:

15        Thank you, sir.

16        MR. PECAU:

17        I have no questions.

18

19  FURTHER, DEPONENT SAITH NAUGHT.

20        * * * * * * * * *

21

22

23

---

Page 97

1         CERTIFICATE

2

3   STATE OF ALABAMA:

4   COUNTY OF MOBILE:

5      I, David Michael Camp, a Notary Public in

6   and for the State of Alabama at Large, hereby

7   certify that the within-named witness, EMMETT, M.

8   POLLARD, who was made known to me, was, by me,

9   first duly sworn to speak the truth, the whole

10  truth, and nothing but the truth in the case

11  aforesaid; that the testimony then given by said

12  witness was, by me, reduced to shorthand in the

13  presence of said witness, afterwards transcribed;

14  and that the foregoing is a true and correct

15  transcription of the testimony so given by the

16  witness as aforesaid.

17     I further certify that this deposition was

18  taken at the time and place as specified in the

19  foregoing caption and was completed without

20  adjournment.

21     I further certify that I am not a relative,

22  counsel or attorney for either party, or otherwise

23  interested in the outcome of this action.

---

Emmett M. Pollard                                                    Victor Hudson

26 (Page 98)

```
                                                    Page 98
1        IN WITNESS WHEREOF, I have hereunto set my
2   hand and affixed my seal at Mobile, Alabama on
3   this, the 12th day of May, 2007.
4
5           _____
            David Michael Camp
6           Notary Public in and
            for Alabama at Large.
7
              8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```