IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **REGIONS ASSET COMPANY,** )<br>)<br>    Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:06cv882-MHT |
| ) | |
| **REGIONS UNIVERSITY, INC.,** )<br>) | |
|     Defendant. ) | |

### ORDER

It is ORDERED that the pretrial order (Doc. No. 141) is amended as set forth in the joint stipulated amendment (Doc. No. 143).

DONE, this the 26th day of October, 2007.

　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**