IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
_____
REGIONS ASSET COMPANY, et al.,)
                              )
     Plaintiffs,              )
                              )
                              ) Civil Action No. 2:06-cv-882-MHT
                              )
REGIONS UNIVERSITY, INC.      )
                              )
     Defendant.               )
_____)
```

**DEFENDANT'S DESIGNATION OF**
**REBUTTAL DEPOSITION TESTIMONY**

COMES NOW the defendant, Regions University, Inc., and files the following designation of rebuttal deposition testimony:

1. Deposition of Neal Berte

   | Page No. | Lines |
   |---|---|
   | 26 | 12-23 |
   | 27 | 1-21 |
   | 28 | 3-7 |

2. Deposition of Janet Armitage

   | Page No. | Lines |
   |---|---|
   | 29 | 21-23 |
   | 30 | 1-4 |
   | 32 | 15-23 |
   | 33 | 1-23 |
   | 34 | 1-23 |
   | 35 | 1-18 |
   | 36 | 9-21 |

        39                    23
        40                    1-6

3. <u>Video Taped Deposition of George Jackson Alan</u>

| Page | Lines |
|---|---|
| 33 | 3-11 |
| 45 | 3-6 |
| 46 | 10-25 |
| 47 | 1-7 |
| 48 | 15-25 |
| 49 | 1-21 |
| 51 | 14-25 |
| 52 | 1-15 |
| 55 | 19-25 |
| 56 | 1-5, 20-25 |
| 57 | 1-25 |
| 58 | 1-25 |
| 59 | 1-25 |
| 60 | 1-4 |
| 62 | 16-25 |
| 63 | 1-13 |
| 74 | 2-25 |
| 75 | 1-4 |
| 86 | 25 |
| 87 | 1-25 |
| 88 | 1-25 |
| 89 | 1-3, 13-25 |
| 90 | 1-12 |
| 91 | 17-25 |
| 92 | 1-11 |
| 95 | 24-25 |
| 96 | 1-25 |

4. <u>Deposition of Emmett M. Pollard</u>

| Page | Lines |
|---|---|
| 34 | 13-22 |
| 35 | 11-23 |
| 36 | 1-15 |
| 39 | 20-23 |
| 40 | 1-13 |
| 41 | 8-25 |
| 42 | 1-3 |
| 58 | 22-23 |
| 59 | 1-23 |
| 60 | 1-23 |

|     |       |
|-----|-------|
| 61  | 1-23  |
| 62  | 1-23  |
| 63  | 1-23  |
| 64  | 1-6   |
| 68  | 10-23 |
| 69  | 1-23  |
| 70  | 1-10  |
| 78  | 20-23 |
| 79  | 1-23  |
| 80  | 1-23  |
| 95  | 23    |
| 96  | 1-13  |

Respectfully submitted,


/s/ WILLIAM W. WATTS
WILLIAM W. WATTS, III
[WATTW5095]
bill@alabamatrial.com
[HUDSV1684]
tom@alabamatrial.com
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601


JAMES E. SHLESINGER
Shlesinger, Arkwright &
    Garvey LLP
1420 King Street, Suite 600
Alexandria, Virginia 22314

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

William G. Pecau, Esq.
Rachel M. Marmer, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Charles B. Paterson, Esq.  
Paul A. Clark, Esq.  
BALCH & BINGHAM, LLP  
105 Tallapoosa Street, Suite 200  
Montgomery, Alabama  36104


                                          /s/ WILLIAM W. WATTS