IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
REGIONS ASSET COMPANY, et al.,)
                              )
         Plaintiffs,          )
                              )
                              ) Civil Action No. 2:06-cv-882-MHT
                              )
REGIONS UNIVERSITY, INC.      )
                              )
         Defendant.           )
                              )
```

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS

COMES NOW the defendant Regions University, Inc. and, pursuant to this Court's Uniform Scheduling Order, files the following objections to the plaintiff's designation of exhibits:

| Exhibit No. | Objection | Rule |
|---|---|---|
| 1 | hearsay | Rule 802, F.R.C.P. |
| 104 | hearsay | Rule 802, F.R.C.P. |
|  | irrelevant | Rule 402, F.R.C.P. |
| 131 | hearsay | Rule 802, F.R.C.P. |
|  | irrelevant | Rule 402, F.R.C.P. |
| 133 | hearsay | Rule 802, F.R.C.P.; |
|  | inadmissible expert testimony | Rule 702, F.R.C.P. |
| 135 | hearsay | Rule 802, F.R.C.P. |
|  | inadmissible expert testimony | Rule 702, F.R.C.P. |

| | | |
|---|---|---|
| 216 | hearsay<br>inadmissible expert testimony | Rule 802, F.R.C.P.<br>Rule 702, F.R.C.P. |
| 217 | hearsay<br>inadmissible expert testimony | Rule 802, F.R.C.P.<br>Rule 702, F.R.C.P. |
| 218 | hearsay<br>inadmissible expert testimony | Rule 802, F.R.C.P.<br>Rule 702, F.R.C.P. |
| 219 | hearsay<br>inadmissible expert testimony+ | Rule 802, F.R.C.P.<br>Rule 702, F.R.C.P. |
| 220 | hearsay<br>inadmissible expert testimony | Rule 802, F.R.C.P.<br>Rule 702, F.R.C.P. |
| 225 | hearsay<br>irrelevant | Rule 802, F.R.C.P.<br>Rule 402, F.R.C.P. |
| 267 | hearsay<br>inadmissible expert testimony | Rule 802, F.R.C.P.<br>Rule 702, F.R.C.P. |
| 365 | hearsay<br>irrelevant | Rule 802, F.R.C.P.<br>Rule 402, F.R.C.P. |
| 425 | hearsay<br>irrelevant | Rule 802, F.R.C.P.<br>Rule 402, F.R.C.P. |
| 426 | hearsay<br>irrelevant | Rule 802, F.R.C.P.<br>Rule 402, F.R.C.P. |
| 447 | hearsay<br>inadmissible expert testimony | Rule 802, F.R.C.P.<br>Rule 702, F.R.C.P. |
| 487 | hearsay | Rule 802, F.R.C.P. |
| 488 | hearsay | Rule 802, F.R.C.P. |
| 489 | hearsay | Rule 802, F.R.C.P. |

| | | |
|---|---|---|
| 491 | hearsay non-compliance with uniform scheduling order failure to produce documents in response to discovery | Rule 802, F.R.E. |
| 492 | hearsay non-compliance with uniform scheduling order failure to produce documents in response to discovery | Rule 802, F.R.E. |
| 493 | hearsay non-compliance with uniform scheduling order failure to produce documents in response to discovery | Rule 802, F.R.E. |
| 494 | hearsay non-compliance with uniform scheduling order failure to produce documents in response to discovery | Rule 802, F.R.E. |
| 499 | hearsay inadmissible expert testimony undisclosed expert failure to provide expert witness report pursuant to Rule 26, F.R.C.P. | Rule 802, F.R.C.P. Rule 702, F.R.C.P. Rule 26, F.R.C.P. |

                Respectfully submitted,

/s/ WILLIAM W. WATTS
WILLIAM W. WATTS, III
[WATTW5095]
bill@alabamatrial.com
[HUDSV1684]
tom@alabamatrial.com
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601


JAMES E. SHLESINGER
Shlesinger, Arkwright &
  Garvey LLP
1420 King Street, Suite 600
Alexandria, Virginia 22314

ATTORNEYS FOR DEFENDANT


## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

    William G. Pecau, Esq.
    Rachel M. Marmer, Esq.
    STEPTOE & JOHNSON LLP
    1330 Connecticut Avenue, NW
    Washington, DC 20036

    Charles B. Paterson, Esq.
    Paul A. Clark, Esq.
    BALCH & BINGHAM, LLP
    105 Tallapoosa Street, Suite 200
    Montgomery, Alabama  36104


                /s/ WILLIAM W. WATTS