IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, REGIONS FINANCIAL CORPORATION and REGIONS BANK<br><br>Plaintiffs,<br><br>v.<br><br>REGIONS UNIVERSITY, INC.<br><br>Defendant. | Civil Action No. 2:06-cv-882-MHT |

## PLAINTIFFS' OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS

Plaintiffs, Regions Asset Company, Regions Financial Corporation and Regions Bank ("Regions"), respectfully submit these objections defendant's trial exhibits.

| Exhibit No. | Objection | Rule |
|---|---|---|
| 589 | Irrelevant | FRE 402, 403 |
| 591 | Irrelevant<br><br>Inadmissible expert testimony | FRE 402, 403<br>FRE 702<br>FRCP 26 |
| 594 | Hearsay | FRE 802 |
| 595 | Hearsay | FRE 802 |
| 596 | Hearsay | FRE 802 |
| 598 | Irrelevant | FRE 402, 403 |
| 610 | Hearsay | FRE 802 |
| 611 | Hearsay | FRE 802 |
| 612 | Hearsay | FRE 802 |

| | | |
|---|---|---|
| 613 | Hearsay | FRE 802 |
| 614 | Hearsay | FRE 802 |
| 615 | Hearsay | FRE 802 |
| 616 | Hearsay | FRE 802 |
| 617 | Hearsay | FRE 802 |
| 618 | Hearsay | FRE 802 |
| 619 | Hearsay | FRE 802 |
| 620 | Hearsay | FRE 802 |
| 621 | Hearsay | FRE 802 |
| 622 | Hearsay | FRE 802 |
| 623 | Hearsay | FRE 802 |
| 624 | Hearsay | FRE 802 |
| 625 | Hearsay | FRE 802 |
| 626 | Hearsay | FRE 802 |
| 627 | Hearsay | FRE 802 |
| 628 | Hearsay | FRE 802 |
| 629 | Hearsay | FRE 802 |
| 630 | Hearsay | FRE 802 |
| 631 | Hearsay | FRE 802 |
| 632 | Hearsay | FRE 802 |
| 633 | Hearsay | FRE 802 |
| 634 | Hearsay | FRE 802 |
| 635 | Hearsay | FRE 802 |

| | | |
|---|---|---|
| 636 | Hearsay | FRE 802 |
| 637 | Hearsay | FRE 802 |
| 638 | Hearsay | FRE 802 |
| 640 | Hearsay | FRE 802 |
| 641 | Hearsay | FRE 802 |
| 642 | Hearsay | FRE 802 |
| 643 | Hearsay | FRE 802 |
| 644 | Hearsay | FRE 802 |
| 645 | Hearsay | FRE 802 |
| 646 | Hearsay | FRE 802 |
| 647 | Hearsay | FRE 802 |
| 701 | Hearsay | FRE 802 |
| 702 | Irrelevant<br><br>Noncompliance with scheduling order; Failure to produce in discovery | FRE 402, 403 |
| 703 | Irrelevant<br><br>Noncompliance with scheduling order; Failure to produce in discovery | FRE 402, 403 |
| 706 | Noncompliance with scheduling order; Failure to produce in discovery | FRE 402 |
| 707 | Noncompliance with scheduling order; Failure to produce in discovery | FRE 402 |
| 708 | Noncompliance with scheduling order; Failure to produce in discovery | FRE 402 |

3

Respectfully submitted this the 31st day of December, 2007.

/s/ William G. Pecau
One of the Attorneys for Plaintiffs Regions Asset
Company, Regions Financial Corporation and
Regions Bank

**OF COUNSEL:**

Charles B. Paterson (PAT018)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
pclark@balch.com

William G. Pecau
Michael J. Allan
Rachel M. Hofstatter
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202)429-6244
Facsimile: (202)429-3902
wpecau@steptoe.com
mallan@steptoe.com
rhofstatter@steptoe.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court and service will be perfected electronically upon the following this 31st day of December 2007:

Victor T. Hudson
William W. Watts, III
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601-0989

James E. Shlesinger
Shlesinger, Arkwright & Garvey LLP
1420 King Street
Suite 600
Alexandria, Virginia 22314

*Rachel M. Hofstatter*