IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, REGIONS FINANCIAL CORPORATION and REGIONS BANK<br><br>Plaintiffs,<br><br>v.<br><br>REGIONS UNIVERSITY, INC.<br><br>Defendant. | Civil Action No. 2:06-cv-882-MHT |

## PLAINTIFFS' UNCONTESTED MOTION TO AMEND THEIR TRIAL WITNESS LIST

Plaintiffs, Regions Asset Company, Regions Financial Corporation and Regions Bank ("Regions"), respectfully move this Court for an Order permitting Regions to add four newly discovered witnesses to their trial witness list. A copy of the proposed amended witness list is attached as Exhibit A.

Plaintiffs seek to add Connie M. Wehner, Robert Jeffrey Boles, Justin Kribbs and Paula Sanders to this list of witnesses they may call at trial. Regions was not aware of these witnesses when Plaintiffs' trial witness list was due on October 17, 2007. If called, it is expected that these witnesses will testify as to confusion of source, sponsorship or affiliation between Regions and Regions University signs recently erected near defendant's Montgomery, Alabama, campus and/or other Regions University advertising.

This motion is not contested by defendant and will not cause prejudice or undue delay.

Respectfully submitted this the 3d day of January, 2007.

/s/ William G. Pecau
One of the Attorneys for Plaintiffs Regions Asset
Company, Regions Financial Corporation and
Regions Bank

**OF COUNSEL:**

Charles B. Paterson (PAT018)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
pclark@balch.com

William G. Pecau
Michael J. Allan
Rachel M. Hofstatter
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202)429-6244
Facsimile: (202)429-3902
wpecau@steptoe.com
mallan@steptoe.com
rhofstatter@steptoe.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court and service will be perfected electronically upon the following this 3rd day of January 2007:

Victor T. Hudson
William W. Watts, III
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601-0989

James E. Shlesinger
Shlesinger, Arkwright & Garvey LLP
1420 King Street
Suite 600
Alexandria, Virginia 22314

*/s/ Rachel M. Hofstatter*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, REGIONS FINANCIAL CORPORATION and REGIONS BANK<br><br>Plaintiffs,<br><br>v.<br><br>REGIONS UNIVERSITY, INC.<br><br>Defendant. | Civil Action No. 2:06-cv-882-MHT |

## PLAINTIFFS' AMENDED WITNESS LIST

**Plaintiffs expect to call the following witnesses at trial:**

Russell Dunman
William Askew
Avery Abernethy
Jim Jager
Anita Crosby
Laina Costanza
Rex Turner

**Plaintiffs may call the following witnesses at trial:**

Scott M. Peters
Hope Mehlman
Janet Armitage
Rachel Hofstatter
Boyd Wilson
Keturah Burton
Brian Warwick
Jack Galassini
Terry Boyd
David Green
Wanda Norris
Kiel Odom
Mattie Sanders

- 2 -

Karan Rudolph
Robbin Thompson
Denise Murphy
Craig Smith
Sheila Noblitt
Jay Croft
Connie M. Wehner
Robert Jeffrey Boles
Justin Kribbs
Paula Sanders