IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, REGIONS FINANCIAL CORPORATION and REGIONS BANK <br><br> Plaintiffs, <br><br> v. <br><br> REGIONS UNIVERSITY, INC. <br><br> Defendant. | Civil Action No. 2:06-cv-882-MHT |

**PLAINTIFFS' UNCONTESTED MOTION TO AMEND
THEIR OBJECTIONS TO DEFENDANT'S EXHIBITS**

Plaintiffs, Regions Asset Company, Regions Financial Corporation and Regions Bank ("Regions"), respectfully move to amend their objections to defendant's trial exhibits. Plaintiffs' proposed amended objections to defendant's exhibits, attached as Exhibit A, reflect a withdrawal of the objections to Defense Exhibit Nos. 589, 594-96, 598, and 701. This motion is uncontested.

Respectfully submitted this the 3rd day of January, 2007.

/s/ William G. Pecau
One of the Attorneys for Plaintiffs Regions Asset
Company, Regions Financial Corporation and
Regions Bank

**OF COUNSEL:**

Charles B. Paterson (PAT018)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
pclark@balch.com

William G. Pecau
Michael J. Allan
Rachel M. Hofstatter
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202)429-6244
Facsimile: (202)429-3902
wpecau@steptoe.com
mallan@steptoe.com
rhofstatter@steptoe.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court and service will be perfected electronically upon the following this 3rd day of January 2007:

Victor T. Hudson
William W. Watts, III
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601-0989

James E. Shlesinger
Shlesinger, Arkwright & Garvey LLP
1420 King Street
Suite 600
Alexandria, Virginia 22314

*Rachel M. Hofstatter*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, REGIONS FINANCIAL CORPORATION and REGIONS BANK<br><br>Plaintiffs,<br><br>v.<br><br>REGIONS UNIVERSITY, INC.<br><br>Defendant. | Civil Action No. 2:06-cv-882-MHT |

## PLAINTIFFS' AMENDED OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS

Plaintiffs, Regions Asset Company, Regions Financial Corporation and Regions Bank ("Regions"), respectfully submit these objections defendant's trial exhibits.

| Exhibit No. | Objection | Rule |
|---|---|---|
| 591 | Inadmissible expert testimony | FRE 702<br>FRCP 26 |
| 610 | Hearsay | FRE 802 |
| 611 | Hearsay | FRE 802 |
| 612 | Hearsay | FRE 802 |
| 613 | Hearsay | FRE 802 |
| 614 | Hearsay | FRE 802 |
| 615 | Hearsay | FRE 802 |
| 616 | Hearsay | FRE 802 |
| 617 | Hearsay | FRE 802 |
| 618 | Hearsay | FRE 802 |

| | | |
|---|---|---|
| 619 | Hearsay | FRE 802 |
| 620 | Hearsay | FRE 802 |
| 621 | Hearsay | FRE 802 |
| 622 | Hearsay | FRE 802 |
| 623 | Hearsay | FRE 802 |
| 624 | Hearsay | FRE 802 |
| 625 | Hearsay | FRE 802 |
| 626 | Hearsay | FRE 802 |
| 627 | Hearsay | FRE 802 |
| 628 | Hearsay | FRE 802 |
| 629 | Hearsay | FRE 802 |
| 630 | Hearsay | FRE 802 |
| 631 | Hearsay | FRE 802 |
| 632 | Hearsay | FRE 802 |
| 633 | Hearsay | FRE 802 |
| 634 | Hearsay | FRE 802 |
| 635 | Hearsay | FRE 802 |
| 636 | Hearsay | FRE 802 |
| 637 | Hearsay | FRE 802 |
| 638 | Hearsay | FRE 802 |
| 640 | Hearsay | FRE 802 |
| 641 | Hearsay | FRE 802 |
| 642 | Hearsay | FRE 802 |

Case 2:06-cv-00882-MHT-TFM    Document 151-2    Filed 01/03/2008    Page 4 of 4

| 643 | Hearsay | FRE 802 |
| 644 | Hearsay | FRE 802 |
| 645 | Hearsay | FRE 802 |
| 646 | Hearsay | FRE 802 |
| 647 | Hearsay | FRE 802 |
| 702 | Irrelevant<br><br>Noncompliance with scheduling order; Failure to produce in discovery | FRE 402, 403 |
| 703 | Irrelevant<br><br>Noncompliance with scheduling order; Failure to produce in discovery | FRE 402, 403 |
| 706 | Noncompliance with scheduling order; Failure to produce in discovery | FRE 402 |
| 707 | Noncompliance with scheduling order; Failure to produce in discovery | FRE 402 |
| 708 | Noncompliance with scheduling order; Failure to produce in discovery | FRE 402 |