IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| REGIONS ASSET COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:06cv882-MHT |
| REGIONS UNIVERSITY, | ) ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the parties' objections (Doc. Nos. 148 & 149), it is ORDERED that counsel for the parties are to do the following:

(1) Meet, in person, by no later than January 7, 2008, to attempt to resolve the objections; and

(2) File a jointly prepared report by January 9, 2008, as to (a) which objections are resolved and which ones remain unresolved and (b), for each and every

unresolved objection, setting forth in detail the position of each side.

DONE, this the 3rd day of January, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE