## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

|  |  |  |
|---|---|---|
| REGIONS ASSET COMPANY, REGIONS FINANCIAL CORPORATION and REGIONS BANK | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:06-cv-882-MHT |
| REGIONS UNIVERSITY, INC. | ) ) | |
| Defendant. | ) ) ) | |

## PLAINTIFFS' UNCONTESTED MOTION TO
## AMEND THEIR EXHIBIT LIST

Plaintiffs, Regions Asset Company, Regions Financial Corporation and Regions Bank ("Regions"), respectfully move this Court for an Order permitting Regions to add two documents to its trial exhibit list. A copy of the proposed amended exhibit list is attached as Exhibit A.

Plaintiffs seek to add a response it received today to a cease and desist letter concerning the domain name regionscarloans.com. The cease and desist letter is on the plaintiffs' exhibit list. The registrant of the domain name has removed its website and parked it at its registrar GoDaddy.com pending GoDaddy's deletion of the domain. Regions seeks to add a printout of the website as parked at GoDaddy as viewed today following receipt of the response.

This motion is not contested by defendant and will not cause prejudice or undue delay.

Respectfully submitted this the 3d day of January, 2007.

/s/ William G. Pecau
One of the Attorneys for Plaintiffs Regions Asset
Company, Regions Financial Corporation and
Regions Bank

**OF COUNSEL:**

Charles B. Paterson (PAT018)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
pclark@balch.com

William G. Pecau
Michael J. Allan
Rachel M. Hofstatter
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone:  (202)429-6244
Facsimile:  (202)429-3902
wpecau@steptoe.com
mallan@steptoe.com
rhofstatter@steptoe.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court and service will be perfected electronically upon the following this 3rd day of January 2007:

Victor T. Hudson
William W. Watts, III
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601-0989

James E. Shlesinger
Shlesinger, Arkwright & Garvey LLP
1420 King Street
Suite 600
Alexandria, Virginia 22314

_Rachel M. Hofstatter_

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, ) | |
| REGIONS FINANCIAL CORPORATION, ) | |
| and REGIONS BANK ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-cv-882-MHT |
| ) | |
| REGIONS UNIVERSITY, INC. ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST

COMES NOW plaintiffs, Regions Asset Company, Regions Financial Corporation and

Regions Bank, and, pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's

Uniform Scheduling Order, designates the following exhibits that may be used at the trial of this

matter. Plaintiffs reserve the right to use at trial any and all exhibits identified by defendant.

| PX | Date | Description | Bates/ Deposition Exhibit (Ex.) #/ Decl. Ex. # | Offered | Admit/ Obj. |
|---|---|---|---|---|---|
| 1. | 4/25/07 | Internal Regions email messages about inquiries as to connection or affiliation between Regions and Regions University | Ex. 1 | | |
| 2. | | Regions Bank advertisement showing chevron logo design | RAC00010061 | | |
| 4. | 5/8/07 | Regions Organizational Development and Learning mission and initiatives; 2006 *Training* Top 100 Application; 2006 CLO Award Application | Ex. 4 | | |
| 9. | | Regions brochure "Building a Career Filled with Opportunity" | RAC00012337-42 | | |
| 10. | | Regions Career Management brochure | RAC000011103-04 | | |
| 11. | 12/6/07 | Regions.com "Let's Get Started" webpage about an associate's first day at Regions | RAC00000125-26 | | |

1

| 12. |  | "Regions University" logos | RAC00001403-07 |  |  |
| 13. |  | Regions University Retail College logos and folder designs | RAC00001300-18 |  |  |
| 14. |  | Regions University budget reports | RAC00030347-58 |  |  |
| 15. | 8/17/06 | Regions University website home page | Ex. 15 |  |  |
| 16. | 8/17/06 | Regions University Retail College web page | Ex. 16 |  |  |
| 17. | 2/17/07 | Regions University Student Count by State for Fall 2006 and Spring 2007 | RU 1908 |  |  |
| 18. | 2006-07 | SCU Undergraduate Expense | RU 1374-1375 |  |  |
| 19. | 02/2007 | Regions University advertisement | RU 0216 |  |  |
| 20. | 10/26/05 | SCU Board of Regents Meeting Minutes | RU 0109-0111 |  |  |
| 22. | 12/16/05 | SCU Board Meeting Minutes | RU 0117-0119 |  |  |
| 23. | 3/17/06 | SCU Board Meeting Minutes | RU 0133-0135 |  |  |
| 24. | 3/17/06 | SCU Resolution | RU 0137-39 |  |  |
| 25. | 7/6/06 | SCU Minutes of Team Meeting | RU 0146-0148 |  |  |
| 26. | 6/22/06 | PTO Office Action re mark MASTERS UNIVERSITY | RU 0140-0145 |  |  |
| 27. | 7/27/06 | SCU Minutes of Team Meeting | RU 0149-0151 |  |  |
| 28. | 7/27/06 | Email from Shlesinger to Turner | RU 0178-0179 |  |  |
| 29. | 05/2007 | BellSouth White Pages Listing | Ex. 29 |  |  |
| 30. | 7/26/06 | Email from Johnson to Turner re: Mark University | RU 0180-0181 |  |  |
| 31. | 7/28/06 | SCU Resolution | RU 0025-0027 |  |  |
| 32. | 7/31/06 | SCU Minutes of Team Meeting | RU 0152 |  |  |
| 33. | 8/8/06 | Email from Turner to school community re name change to RU | RU 0046 |  |  |
| 34. | 8/16/06 | Name Change Letter | RU 0058-0059 |  |  |
| 35. | 8/9/06; 8/31/06 | Emails about name change | RU 1909-1911 |  |  |

| 36. | | Regions University advertisement "History, Mission & Organization of Regions University" | RU 0080-0108 | | |
|---|---|---|---|---|---|
| 37. | 8/18/06 | Letter from Pecau to Turner | RU 0063-0065 | | |
| 38. | 12/2006 | Name Change Letter | RU 1281-1282 | | |
| 39. | 9/15/06 | Regions University "Message from the President" | RAC00030553-54 | | |
| 40. | 5/11/07 | 2 Corinthians-King James Bible | Ex. 40 | | |
| 41. | 5/11/07 | 2 Corinthians-American Standard Bible | Ex. 41 | | |
| 42. | 8/15/06 | Regions University Logo | RU 0191 | | |
| 43. | 8/19/06 | Regions University Logo | RU 0193 | | |
| 44. | | Regions University advertising: World Wide Commercial | RU 0208-0212 | | |
| 45. | | Regions University advertising: Radio Anywhere (45 seconds) | RU 0213 | | |
| 46. | | Regions University advertising: Radio Anywhere (15 seconds) | RU 0214 | | |
| 47. | | Regions University advertisements | RU 1617-1619 | | |
| 48. | 02/2007 | Regions University Media Placement | RU 1603-1606 | | |
| 49. | | Regions University website screen captures | RU 1498, 1502, 1506 | | |
| 49 A. | | Regions University website screen captures | RU 1432-1602 | | |
| 50. | 2005-06 | Regions University Summary of Loans Disbursed | RU 1670, 1713-1715 | | |
| 50 A | 2005-06 | Regions University Summary of Loans Disbursed | RU 1670-1907 | | |
| 51. | 2006-07 | Regions University Summary of Loans Disbursed | RU 1800, 1899-1902 | | |
| 53 | 2006-07 | Regions University Academic Catalog | RU 0436-0439, 0648-0659, 0999-1012 | | |
| 53 A | 2006-07 | Regions University Academic Catalog | RU 0436-1210 | | |

| 54. | | Regions University Quick Facts | RU 0245 | | |
|---|---|---|---|---|---|
| 55. | 8/10/06 | Emails between Vucovich and Crosby | RU 0048 | | |
| 59. | 8/4/06 | Email from Turner to Costanza and Crosby re New DNS ITC Deltacom (domain name registration) | RU 1234 | | |
| 60. | 8/21/06 | Regions University – Tech Team agenda | RU 0047 | | |
| 64. | 8/16/06 | List of recipients of an email: All Users | RU 1278-79 | | |
| 65. | 9/14/06 | Regions University website printout | RAC00030552 | | |
| 66. | | Photographs of SCU signs | RAC00030559-64 | | |
| 69. | | Regions University promotional materials | RU 0237; RU 1628-1630 | | |
| 71. | | Regions University promotional materials – Military Times in March, August and November '07 | RU 0215 | | |
| 72. | 8/17/06 | Emails and materials re RU Promotion on Peterson website | RU 1380-1385 | | |
| 73. | 2006-07 | 2006-2007 Cti Family of Magazines Advertising Contract/Proposal | RU 0217 | | |
| 75. | | Regions University – "Current 2007 Logos" | RU 185, 190, 203, 234-236 | | |
| 76. | 2/9/07 | Invoices re Regions University commercial | RU 1609-1612 | | |
| 77. | 2/1/07 | Invoices re Regions University radio commercial | RU 1607-1608 | | |
| 78. | 2/13/07 | Invoices re Regions University promotions | RU 1637-1639, 1641, 1644-1647, 1633-1636, 1642-1643, 1648-1652, 1640, 1653, 1657, 1656, 1654-1655 | | |
| 79. | 1/1/07 | Invoices re Regions University promotions | RU 1615-1616, 1626-1627, 1631-1632, 1620-1625 | | |

| 83. | 12/31/06 | Regions Metric Comparisons – Bankwide | RAC00032374-79 | | |
|-----|----------|----------------------------------------|----------------|--|--|
| 85. | 6/21/07 | Memo re: Regions Collegiate Sponsorship Renewal Recommendations for 2007 | RAC00032321-24 | | |
| 86. | 6/21/07 | Memo re: Regions Collegiate Sponsorship Renewal Recommendations for 2007 | RAC00032325-26 | | |
| 87. | 2007 | Regions Suite/Ticket/Venue Inventory | RAC00032342-53 | | |
| 88. | 4/30/06 | Regions Internet Banking Household Profile Report | RAC00032339-41 | | |
| 92. | | Regions internal marketing document | RAC00031144 | | |
| 93. | | Regions internal marketing document | RAC00031150 | | |
| 94. | | Regions internal marketing document | RAC00031153 | | |
| 95. | | Regions internal marketing document | RAC00031155 | | |
| 96. | | Regions internal marketing document | RAC00031161 | | |
| 99. | | Regions internal marketing document | RAC00031179 | | |
| 101. | | Regions internal marketing document | RAC00031198 | | |
| 102. | 6/22/07 | Regions.com – FAQ page | RAC00032217-21 | | |
| 104. | 2005 | Regions Branch Quality Satisfaction Index, 2nd Quarter 2005 | RAC00022261-98 | | |
| 106. | 2007 | Regions Corporate Communications Merger Proposed Budget | RAC00032354-55 | | |
| 112. | 2004-05 | Southern Christian University Academic Catalog | RU 2880-3521 | | |
| 113. | 2006-07 | Academic Catalog | RU 1943-2719 | | |
| 115. | 8/2/06 | Email from White to Turnham | RU 0028-0029 | | |
| 116. | 8/2/06 | Email from White to Crosby, Turner, Turner and Patterson | RU 0030-0031, RU 2772-2879, RU 2728-2735 | | |
| 119. | | Regions University promotional materials | RU 0421-0434 | | |
| 123. | 1/1/04–6/29/07 | Regions University advertising expenditures | RU 2720-2727 | | |

5

| 124. | 7/11/07 | Regions University Admissions Application | Ex. 124 | | |
|---|---|---|---|---|---|
| 130. | 6/2006 | Regions – Advertising Research June 2006 | RAC00022360-70 | | |
| 131. | 2005 | Regions – Branch Quality Satisfaction Index, 2nd Quarter 2005 | RAC00022261-98 | | |
| 133. | 6/15/07 | Regions Disclosure of Expert Testimony | Ex. 133 | | |
| 134. | 8/9/07 | Abernethy CV updated | Ex. 134 | | |
| 135. | 7/2007 | Regions/AmSouth Awareness & Perception Survey (July 2007) | RAC00040993-1031 | | |
| 137. | 12/2/97 | Non-Exclusive License Agreement | Ex. 137 | | |
| 157. | | Regions promotional materials | RAC00000007-08 | | |
| 158. | | Regions promotional materials | RAC00000047 | | |
| 159. | | Regions promotional materials | RAC00000048 | | |
| 160. | 2005 | Regions – 2005 Annual Report | RAC00000549-690 | | |
| 161. | 2005 | Regions – 2005 Annual Report Organizational Development and Learning (for Regions University) | RAC00000691-744 | | |
| 162. | | Regions promotional materials | RAC00001035 | | |
| 163. | | Regions promotional materials | RAC00001082 | | |
| 164. | | Regions promotional materials | RAC00001473 | | |
| 165. | | Regions promotional materials | RAC00001474 | | |
| 166. | | Regions promotional materials | RAC00001478 | | |
| 167. | | Regions promotional materials | RAC00001480 | | |
| 168. | | Regions promotional materials | RAC00002150 | | |
| 169. | | Regions promotional materials | RAC00002151 | | |
| 170. | | Regions promotional materials | RAC00002232 | | |
| 171. | | Regions promotional materials | RAC00002756 | | |
| 172. | | Regions promotional materials | RAC00002804 | | |

| 173. | | Regions building photograph | RAC00003376 | | |
|------|---|----|----|---|---|
| 174. | | Regions – "highway board" advertisement | RAC00003378 | | |
| 175. | | Regions promotional materials | RAC00004216-23 | | |
| 176. | | Regions promotional materials: Banking with Confidence | RAC00004620-24 | | |
| 177. | | Regions promotional materials: Equity AssetLine /simplify bills | RAC00004722 | | |
| 178. | | Regions promotional materials: Collegiate Private Loan Program | RAC00007124-27 | | |
| 179. | | Regions promotional materials | RAC00007926 | | |
| 180. | | Regions promotional materials | RAC00007929 | | |
| 181. | | Regions promotional materials | RAC00007944 | | |
| 182. | | Regions promotional materials: Collegiate Checking Account | RAC00008991 | | |
| 183. | | Regions promotional materials: Community Commitment | RAC00009420-21 | | |
| 184. | | Regions promotional materials | RAC00010058-59 | | |
| 185. | 1997-98 | Regions promotional materials | RAC00010064-65 | | |
| 186. | 10/1996 | Regions promotional materials: Newspaper Ad | RAC00010072 | | |
| 187. | | Regions promotional materials | RAC00010073-75 | | |
| 188. | 6/26/96 | Regions promotional materials | RAC00010132-40 | | |
| 189. | | Regions promotional materials | RAC00010095-96 | | |
| 190. | 1995 | Regions promotional materials | RAC00010180 | | |
| 191. | | Regions promotional materials | RAC00010184 | | |
| 192. | | Regions promotional materials | RAC00010186 | | |
| 193. | | Regions promotional materials | RAC00010238 | | |
| 194. | | Regions promotional materials: Parent Loans for Undergraduate Students | RAC00011209-10 | | |
| 195. | | Regions promotional materials: Student Loan Center | RAC00011226-27 | | |

| | | | | | |
|---|---|---|---|---|---|
| 196. | | Regions promotional materials: Regions Excel Account | RAC00012134-37 | | |
| 197. | 7/1/94 | Application to register REGIONS with the USPTO | RAC00012273-79 | | |
| 198. | | Regions logo documentation | RAC00013304 | | |
| 199. | 3/30/06 | Regions SEC Radio Transcript | RAC00012495 | | |
| 200. | 5/25/06 | Press Release: Regions and AmSouth merged | RAC00012627-31 | | |
| 201. | 1/27/06 | Regions University Course Catalog | RAC00014782-93 | | |
| 202. | 2/21/07 | Regions Retail College webpage | RAC00014794 | | |
| 203. | 2/21/07 | Regions University webpage | RAC00014795 | | |
| 204. | | Regions promotional materials | RAC00015158 | | |
| 205. | | Regions promotional materials | RAC00015159 | | |
| 206. | | Regions promotional materials | RAC00015160 | | |
| 207. | | Regions promotional materials | RAC00015149 | | |
| 208. | | Regions promotional materials | RAC00015183 | | |
| 209. | | Regions promotional materials | RAC00015165 | | |
| 210. | 1/12/05-10/27/05 | Regions advertising expenses chart | RAC00022299-328 | | |
| 211. | 2005 | Regions Advertising expenses chart | RAC00022329-333 | | |
| 212. | 2005 | Regions Market Research and Analytics, Direct Marketing – expenses charts for 2005 | RAC00022334-340 | | |
| 213. | 2006 | Regions Marketing Plan 2006 Budget Planning (Bank view) | RAC00022341-45 | | |
| 214. | 2006 | Regions Marketing Plan 2006 Budget Planning (revised) | RAC00022346-50 | | |
| 215. | 2006 | Regions Marketing Plan 2006 Budget Planning (revised) and Competitive data charts | RAC00022351-58 | | |
| 216. | | Regions Pre/Post Wave recognition statistics comparison | RAC00022359 | | |

| 217. | 2000 | Regions Ad Awareness & Tracking Report for the Year 2000 (by New South Research) | RAC00022371-84 | | |
|------|------|------|------|---|---|
| 218. | 2001 | Regions Ad Awareness & Tracking Report for the Year 2001 (by New South Research) | RAC00022585-785 | | |
| 219. | 2002 | Regions Ad Awareness & Tracking Report for the Year 2002 (by New South Research) | RAC00022786-858 | | |
| 220. | 2003 | Regions Ad Awareness & Tracking Report for the Year 2003 (by New South Research) | RAC00022859-938 | | |
| 221. | 2006 | Regions Advertising Plan 2006 | RAC00022939-44 | | |
| 222. | 2005 | Regions 2005 Results Overview (budget planning) | RAC00022945-46 | | |
| 223. | 2006 | Regions Advertising Plan | RAC00022951-91 | | |
| 224. | | Regions promotional materials | RAC00022992-94 | | |
| 225. | | Blog comments | RAC00022995-96 | | |
| 226. | | Regions promotional materials | RAC00025568 | | |
| 227. | | Regions promotional materials | RAC00028202 | | |
| 228. | | Regions promotional materials | RAC00028232-33 | | |
| 229. | | Regions promotional materials | RAC00028284 | | |
| 230. | 2006 | Regions 2006 Annual Report | RAC00030579-673 | | |
| 231. | 2006 | 2006 Training Top 100 Application | RAC00031056-100 | | |
| 232. | 9/20/04 | Creative Brief: Regions Fin. Corp. 2005 Name change | RAC00031134-36 | | |
| 233. | 2/28/05 | Creative Brief: Regions Fin. Corp. | RAC00031143-48 | | |
| 234. | 8/11/05 | Creative Brief: Regions Bank 'MORLinked Letter Program, Central Region Pilot' | RAC00031149-51 | | |
| 235. | 8/11/05 | Creative Brief: Regions Bank 'DDA Customer Mortgage Offer' | RAC00031152-53 | | |
| 236. | 8/11/05 | Creative Brief: Regions Bank 'Celebrate New Checking Customers' | RAC00031154-56 | | |

| 237. | 7/17/06 | Creative Brief 'Insurisk Newsletter/Masthead' | RAC00031157-62 | | |
|---|---|---|---|---|---|
| 238. | 11/8/04 | Creative Brief: Regions/Union Planters 2005 EAL/Legacy HELOC Campaigns | RAC00031163-65 | | |
| 239. | 7/17/06 | Creative Brief 'Insurisk Newsletter/Masthead' | RAC00031166-68 | | |
| 240. | 6/20/06 | Creative Brief: Regions Bank/Big Picture Installment Loans | RAC00031169-71 | | |
| 241. | 11/8/04 | Creative Brief: Regions/Union Planters 2005 EAL/Legacy HELOC Campaigns | RAC00031172-74 | | |
| 242. | 10/14/05 | Creative Brief: Regions 2006 Online Banking | RAC00031178-82 | | |
| 243. | 10/10/05 | Creative: Regions 2006 Small Business Campaign Creative Brief | RAC00031183-87 | | |
| 244. | 11/8/05 | Creative Brief: Regions/2006 Branding Campaign | RAC00031188-92 | | |
| 245. | 6/9/05 | Creative Brief: Regions Small Business Salute TV 2005 REG-SPT-T51746 | RAC00031197-200 | | |
| 246. | | Regions promotional materials | RAC00031243 | | |
| 247. | | Regions promotional materials – SEC Football | RAC00031247 | | |
| 248. | | Regions promotional materials – Strength of a Winner | RAC00031253 | | |
| 249. | 6/22/07 | Regions Online Banking Material | RAC00032204-311 | | |
| 250. | 5/22/07 | Spending by media | RAC00032312-17 | | |
| 251. | 8/8/03 | Tuition Scholarship Agreement between Regions Financial Corp and Univ. of Alabama | RAC00040378-80 | | |
| 252. | 5/19/03 | Agreement Establishing Regions Academic Achievement Scholarship in College of Business, Auburn Univ. | RAC00040381-82 | | |
| 253. | 9/17/03 | Book Scholarship Agreement between Regions Financial Corp. and Alabama State Univ. | RAC00040383-84 | | |
| 254. | 8/14/03 | Book Scholarship Agreement between Regions Financial Corp. and Alabama A&M Univ. | RAC00040385-86 | | |
| 255. | 8/8/06 | Regions Academic Achievement Scholarship Agreement between Regions Bank and Florida State Univ. | RAC00040387-89 | | |
| 256. | 5/6/06 | Book Scholarship Agreement between Regions Financial Corp. and Clark | RAC00040390-92 | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Atlanta Univ. | | | |
| 257. | 7/8/03 | Letter re undergraduate annual scholarship established by Regions Bank to SMU Cox Business School | RAC00040395 | | |
| 258. | 5/6/06 | Book Scholarship Agreement between Regions Financial Corp. and Texas Southern Univ. | RAC00040396-98 | | |
| 259. | | Regions Community Service Report | RAC00040414-65 | | |
| 260. | 7/30/07 | Regions Website: Community, Social Responsibility | RAC00040466-68 | | |
| 261. | 7/31/07 | Broadcast/Radio live reads re Regions | RAC00041092 | | |
| 262. | 8/9/07 | Secsports.com website documents | RAC00041102-04 | | |
| 263. | 7/24/07 | Regions promotion materials | RAC00041105 | | |
| 264. | 8/7/07 | CNNMoney.com article re Regions | RAC00041117-22 | | |
| 265. | 6/3/07 | Montgomery Advertiser article re RU | RAC00041123 | | |
| 266. | 8/17/07 | Survey Questionnaire | | | |
| 267. | 7/07 | Regions/AmSouth Awareness & Perception Survey | RAC00041198-1385 | | |
| 268. | 9/14/06 | Letter from W. Pecau to J. Shlesinger | RU 0069-0074 | | |
| 269. | 9/25/06 | Letter from J. Shlesinger to W. Pecau | RU 0075-0077 | | |
| 270. | 8/31/06 | Letter from J. Shlesinger to W. Pecau | RU 0078-0079 | | |
| 271. | 8/14/07 | Certified US trademark registration number 1881600 for REGIONS | RAC00041456-58 | | |
| 272. | 9/21/07 | Certified US trademark registration number 1914267 for REGIONS and chevron design | RAC00041459-60 | | |
| 273. | 9/21/07 | Certified US trademark registration number 1957997 for REGIONS MANAGEMENT ACCOUNT | RAC00041461-62 | | |
| 274. | 9/21/07 | Certified US trademark registration number 2007680 for REGIONS COLLEGIATE CHECKING | RAC00041463-64 | | |
| 275. | 8/14/07 | Certified US trademark registration number 2191540 for REGIONS | RAC00041465-66 | | |

| | | REWARDS | | | |
|---|---|---|---|---|---|
| 276. | 8/14/07 | Certified US trademark registration number 2250389 for REGIONSNET | RAC00041467-68 | | |
| 277. | 9/21/07 | Certified US trademark registration number 2584509 for REGIONS NET and design | RAC00041469-70 | | |
| 278. | 9/24/07 | Certified US trademark registration number 2737615 for REGIONS E-TRACKER | RAC00041471-72 | | |
| 279. | 8/14/07 | Certified US trademark registration number 2599308 for REGIONS BASIC BANKING | RAC00041473-74 | | |
| 280. | 2004 | Regions promotional material – Right Thing Everyday | RAC00001203 | | |
| 281. | 2005 | Regions promotional material – Our Name Has Changed | RAC00001247 | | |
| 282. | | Regions promotional material – Nuestro Nombre La cembiado | RAC00001253 | | |
| 283. | | Regions promotional material – Regions Photoboard | RAC00001402 | | |
| 284. | | Regions promotional material – Regions Radio | RAC00001434 | | |
| 285. | | Regions promotional material – Regions Committed to Helping Rebuild 2004 | RAC00001467 | | |
| 286. | 2004 | Regions promotional material – The New Regions Financial Corporation | RAC00001498 | | |
| 287. | 2004 | Regions promotional material – SEC Football | RAC00001554 | | |
| 288. | 2005 | Regions promotional material – Union Planters is now Regions | RAC00001638 | | |
| 289. | 2004 | Regions promotional material – Community Involvement for 2004 | RAC00001850 | | |
| 290. | | Regions promotional material – The Regions Difference | RAC00002020 | | |
| 291. | | Regions promotional material – Regions Equity Asset Line | RAC00002021 | | |
| 292. | | Regions promotional material – Regions Checkcard and Einstein Exhibit | RAC00002064 | | |
| 293. | 2005 | Regions promotional material – "Borrow with Confidence" | RAC00002072 | | |
| 294. | 2007 | Regions promotional material – Regions Free Checking | RAC00002084 | | |

| 295. | 2005 | Regions promotional material – Looking for a Student Loan Lender | RAC00002136-37 | | |
|------|------|------|------|------|------|
| 296. | 2005 | Regions promotional material – Student Loan | RAC00002142 | | |
| 297. | 2005 | Regions promotional material – Farmer | RAC00002167 | | |
| 298. | 2007 | Regions promotional material – Regions Net | RAC00002193-94 | | |
| 299. | 2007 | Regions promotional material – Regions Mortgage | RAC00002195 | | |
| 300. | 2006 | Regions promotional material – Regions Fact Sheet | RAC00002228-29 | | |
| 301. | 2005 | Regions promotional material – Regions is Committed | RAC00002230 | | |
| 302. | 2005 | Regions promotional material – Regions Check Card | RAC00002740 | | |
| 303. | 2005 | Regions promotional material – Regions Student Free Checking | RAC00002765-67 | | |
| 304. | | Regions promotional material – Regions Sun Belt and SEC | RAC00002785 | | |
| 305. | | Regions promotional material – Welcome Back Students | RAC00002801 | | |
| 306. | 2006 | Regions promotional material – Regions Radio Spelling Test | RAC00003410 | | |
| 307. | 2005 | Regions promotional material – Regions Bank Community Leader | RAC00003685 | | |
| 308. | 2005 | Regions promotional material – Community Development Brochure for 2006 | RAC00004090 | | |
| 309. | 2006 | Regions promotional material – Neighborhood Party (SEC 2006) | RAC00006432 | | |
| 310. | 2006 | Regions promotional material – Welcome to REGIONS | RAC00006467 | | |
| 311. | 2006 | Regions promotional material – College Loan | RAC00006978 | | |
| 312. | 2006 | Regions promotional material – Community Development | RAC00007148 | | |
| 313. | 2006 | Indiana Black Expo | RAC00008006 | | |
| 314. | 2005 | Hoosier Basketball IU | RAC00008029 | | |

| 315. | 2005 | Community Ad – (Kentucky 2005) | RAC00008047 | | |
| 316. | 2005 | A Good Book Gives You Confidence Ad | RAC00008332 | | |
| 317. | 2005 | Support this Community – (University of Louisiana Monroe) | RAC00008340 | | |
| 318. | 2005 | Student Partnership Program Package | RAC00008411 | | |
| 319. | 2006 | Support this Community | RAC00008720 | | |
| 320. | 2006 | Support this Community Alabama | RAC00008732 | | |
| 321. | 2006 | We're Already Your Neighbor Alabama | RAC00008736 | | |
| 322. | 2006 | Confidence Comes in Many Sizes Alabama | RAC00008737 | | |
| 323. | 2006 | Student Loans 2006 | RAC00008796 | | |
| 324. | 2007 | 100 Billion to Community Development | RAC00008870 | | |
| 325. | 2006 | 105 Years in Mobile | RAC00008961 | | |
| 326. | 2006 | Directions to Regions Turn Anywhere | RAC00008975 | | |
| 327. | 8/2/06 | Letter to Commission on Accrediting of the Association of Theological Schools from Rex Turner, Jr. | RU 0024 | | |
| 328. | 8/2/06 | Letter from Rex Turner to Wheelan | RU 0031 | | |
| 329. | 8/4/06 | Email from Rex Turner to Costanza | RU 0042 | | |
| 330. | 8/10/06 | Email from Vucovich to Crosby | RU 0048 | | |
| 331. | 9/21/06 | REGIONS Search | RAC00015277-709 | | |
| 332. | 2006 | Regions is the Proud Sponsor | RAC00009646 | | |
| 333. | | Regions Arts Montgomery | RAC00010036 | | |
| 334. | 2/2006 | Sponsorship Ad in Montgomery Alabama Dance Theatre | RAC00010279 | | |

| 335. | 2004 | Regions SEC | RAC00023064 | | |
|---|---|---|---|---|---|
| 336. | 2004 | Regions SEC Football | RAC00023067 | | |
| 337. | 2007 | Regions University/Alabama Gymnastics | RAC00023336 | | |
| 338. | 2006 | Regions Crimson Tide | RAC00023337 | | |
| 339. | 2005 | Razorbacks 2006 | RAC00023338 | | |
| 340. | 2005 | Hoosiers 2006 | RAC00023340 | | |
| 341. | 2005 | Auburn Tigers | RAC00023339 | | |
| 342. | 2005 | Boilermakers | RAC00023341 | | |
| 343. | 2005 | Gamecocks | RAC00023342 | | |
| 344. | 2004 | Regions Graduation Ad | RAC000250003 | | |
| 345. | 2005 | Your Bank for Life | RAC00025052 | | |
| 346. | | Regions Bank Supports the YMCA | RAC00025097 | | |
| 347. | 2004 | Meals on Wheels | RAC00025103 | | |
| 348. | | Regions Bank Supporting SIU School of Medicine | RAC00025119 | | |
| 349. | 2005 | Regions & You | RAC00025515 | | |
| 350. | | Cease and desist letters, responses and agreements | RAC00010465-10959; 11480-12471; 17254-17277; 17515-17521; 30696-31005; 31102-31117; 40847-40872; 41032-41044; 41386-41441-43; 41698-99 | | |

| 351. | 2006 | Civic Ad | RAC00008001 | | |
|------|------|----------|-------------|--|--|
| 352. | 8/16/06 | RU Materials re Peterson.com and financial aid | RU 1372-1377 | | |
| 353. | 2005 | Why Regions? | RAC00025796 | | |
| 354. | 2005 | Regions Support of Organizations | RAC00025871 | | |
| 355. | 2005 | Make a Touchdown SEC | RAC00026245 | | |
| 356. | 2007 | We Support This Community | RAC00027928 | | |
| 357. | | Regions – Gamecocks & SEC | RAC00028071 | | |
| 358. | | In Alabama & Throughout the South | RAC00028109 | | |
| 359. | | Great Things Happen | RAC00028277 | | |
| 360. | | The Class of 2003 | RAC00028542 | | |
| 361. | | #1 Small Business and Sun Belt Conference | RAC00028611 | | |
| 362. | | Regions University Course Requirements | RU 3845-3850 | | |
| 363. | | Regions University Promotional Materials | RU 3892-3905 | | |
| 364. | 8/6/05 | Regions University Advertising Expenditures | RU 2720-2727 | | |
| 365. | 8/17/07 | Declaration of Carol Zazzaro | | | |
| 366. | 8/17/07 | Declaration of Rachel Marmer | | | |
| 367. | 10/26/07 | Certified copy of MASTERS UNIVERSITY Trademark Application File | RAC00041501-64 | | |
| 368. | 3/28/98 | License agreement between Regions Asset Company and Regions Licensing Co. | RAC00030390-401 | | |
| 369. | 3/28/98 | Sublicense agreement between Regions Licensing Co. and Regions Bank | RAC00030402-13 | | |

16

| 370. | 6/1/99 | Sublicense agreement between Regions Licensing Co. and Regions Interstate Billing Service, Inc. | RAC00030414-24 | | |
| 371. | 3/28/98 | Sublicense agreement between Regions Licensing Co. and Regions Financial Corporation | RAC00030425-35 | | |
| 372. | 1993 | Regions Annual Report 1993 | RAC00015710-92 | | |
| 373. | 1994 | Regions Annual Report 1994 | RAC00015793-881 | | |
| 374. | 1995 | Regions Annual Report 1995 | RAC00015882-973 | | |
| 375. | 1996 | Regions Annual Report 1996 | RAC00015974-6059 | | |
| 376. | 1997 | Regions Annual Report 1997 | RAC00016110-201 | | |
| 377. | 1998 | Regions Annual Report 1998 | RAC00016202-319 | | |
| 378. | 1999 | Regions Annual Report 1999 | RAC00016320-433 | | |
| 379. | 2000 | Regions Annual Report 2000 | RAC00016434-543 | | |
| 380. | 2001 | Regions Annual Report 2001 | RAC00016544-665 | | |
| 381. | 2002 | Regions Annual Report 2002 | RAC00016666-791 | | |
| 382. | 2003 | Regions Annual Report 2003 | RAC00016792-939 | | |
| 383. | 2004 | Regions Annual Report 2004 | RAC00016940-7103 | | |
| 384. | 8/8/07 | Affidavit of Boyd Wilson | | | |
| 385. | 8/7/07 | Affidavit of Keturah Burton | | | |
| 386. | 8/17/07 | Affidavit of Brian Warwick | | | |
| 387. | 7/29/07 | Affidavit of Jack Galassini | | | |
| 388. | 8/31/07 | Supplemental Declaration of Rachel Marmer | | | |

| 389. | 7/10/07 | Affidavit of Terry Boyd | | | |
|------|---------|--------------------------|---|---|---|
| 390. | 7/10/07 | Affidavit of David Green | | | |
| 391. | 7/10/07 | Affidavit of Wanda Norris | | | |
| 392. | 7/9/07 | Affidavit of Kiel Odom | | | |
| 393. | 7/9/07 | Affidavit of Mattie Sanders | | | |
| 394. | 7/9/07 | Affidavit of Karan Rudolph | | | |
| 395. | 7/10/07 | Affidavit of Robbin Thompson | | | |
| 396. | 7/10/07 | Affidavit of Denise Murphy | | | |
| 397. | 7/10/07 | Affidavit of Craig Smith | | | |
| 398. | 8/15/07 | Certified US trademark registration number 1918496 for REGIONSBANK | RAC00041475-76 | | |
| 399. | 8/14/07 | Certified US trademark registration number 2599309 for REGIONS CLASSIC BANKING | RAC00041477-78 | | |
| 400. | 8/14/07 | Certified US trademark registration number 2605827 for REGIONS PREFERRED BANKING | RAC00041479-80 | | |
| 401. | 8/14/07 | Certified US trademark registration number 2599310 for REGIONS E-SSENTIAL BANKING | RAC00041481-82 | | |
| 402. | 8/14/07 | Certified US trademark registration number 2599341 for REGIONS PREFERRED PLUS BANKING | RAC00041483-84 | | |
| 403. | 9/20/07 | Certified US trademark registration number 3267593 for REGIONS QUICK DEPOSIT | RAC00041485-86 | | |
| 404. | 9/20/07 | Certified US trademark registration number 3282163 for REGIONS CHARITY CLASSIC | RAC00041487-88 | | |
| 405. | 9/21/07 | Certified US trademark registration number 3282179 for REGIONS BANK | RAC00041489-90 | | |
| 406. | 8/15/07 | Certified US trademark registration number 3112740 for REGIONS MOR LINKED CHECKING | RAC00041491-92 | | |

18

| 407. | 8/15/07 | Certified US trademark registration number 3103400 for REGIONS FINANCIAL CORP. and design | RAC00041493-94 | | |
| 408. | 8/15/07 | Certified US trademark registration number 3119462 for REGIONS and design | RAC00041495-96 | | |
| 409. | 9/20/07 | Certified US trademark registration number 3150549 for REGIONS BANK and design | RAC00041497-98 | | |
| 410. | 9/21/07 | Certified US trademark registration number 3224650 for REGIONS MORTGAGE | RAC00041499-500 | | |
| 411. | | Regions Coming Television Commercial in Chattanooga | RAC00030501 | | |
| 412. | | Regions Coming Television Commercial in Jackson | RAC00030502 | | |
| 413. | | Regions Free Checking – Everyday Confidence Television Commercial | RAC00030508 | | |
| 414. | | Regions. Not just a bank, a Regions bank television commercial | RAC00030509 | | |
| 415. | | Regions Hurricane Katrina television commercial | RAC00030511 | | |
| 416. | | Regions SEC television commercial, University of Alabama | RAC00030513 | | |
| 417. | | Regions SEC television commercial, Louisiana State University | RAC00030521 | | |
| 418. | | Regions SEC television commercial, Auburn University | RAC00030514 | | |
| 419. | | Regions SEC television commercial, University of Tennessee | RAC00030515 | | |
| 420. | | Regions Big Picture (family) television commercial | RAC00030534 | | |
| 421. | | Regions Big Picture (community development) television | RAC00030536 | | |
| 422. | | Regions SEC television commercial, University of Kentucky | RAC00030553M | | |
| 423. | | Regions SEC television commercial, University of Alabama | RAC00030557M | | |
| 424. | | Regions SEC television commercial, Auburn University | RAC00030559M | | |
| 425. | 8/16/07 | SAEGIS Search Report for corporate universities | Zazzaro Decl. Ex. A | | |

| 426. | 10/24/00 | MARRIOTT UNIVERSITY trademark registration printout from USPTO website | Zazzaro Decl. Ex. A | | |
|------|----------|------------------------------------------------------------------------|---------------------|--|--|
| 427. | 2006 | *Training* Top 100 excerpts | RAC00000212; RAC00000214-16; RAC00000241-42; RAC00000255 | | |
| 428. | 6/22/07 | Regions.com website printouts about community participation | Peters Decl. Ex. D | | |
| 429. | 2007 | Phone Book – Birmingham, AL | RAC00031201 | | |
| 430. | 3/2007 | Phone Book – Raleigh, NC | RAC00031202-03 | | |
| 431. | 6/2007 | Phone Book – Jackson, MS | RAC00031206-07 | | |
| 432. | 6/2007 | Phone Book – Mobile, AL | RAC00031208-09 | | |
| 433. | 5/2006 | Phone Book – Monroe and West Monroe, LA | RAC00031213-15 | | |
| 434. | 12/2006 | Phone Book – Memphis, TN | RAC00031216-18 | | |
| 435. | 3/2007 | Phone Book – Houston, TX | RAC00031219-22 | | |
| 436. | 9/2007 | Phone Book – Charlotte, NC | RAC00031223-26 | | |
| 437. | 7/2007 | Phone Book – Nashville, TN | RAC00031227-30; RAC00031239-40 | | |
| 438. | 9/2007 | Phone Book – Alexandria, LA | RAC00031210-12 | | |
| 439. | 1/2007 | Phone Book – Richmond, VA | RAC00031231-34 | | |
| 440. | 2006 | Phone Book – Tallahassee, FL | RAC00031204-05 | | |
| 441. | 2/2007 | Phone Book – Little Rock, AR | RAC00031237-38 | | |
| 442. | 8/31/07 | Wikipedia article on corporate universities | Marmer Supp. Decl. Ex. D | | |

20

| 443. | 5/10/02 | Education in the Workplace: An Examination of Corporate University Models | Marmer Supp. Decl. Ex. D | | |
|---|---|---|---|---|---|
| 444. | 8/31/07 | Dallas Business Journal article: Corporate university approach taking hold | Marmer Supp. Decl. Ex. D | | |
| 445. | 2006 | Regions promotional material | RAC00024491-92 | | |
| 446. | 8/28/07 | Articles of Amendment to Article of Incorporation | RU 0022-0023 | | |
| 447. | 10/8/07 | Supplemental Report of Avery Abernethy | | | |
| 448. | 10/16/07 | Website printout from www.regionsair.com | RAC00041444-46 | | |
| 449. | 10/15/07 | Website printout from www.mannington.com/commercial/floorfinder/results.asp | RAC00041447-48 | | |
| 450. | 10/15/07 | Website printout from www.virginiabeavers.com (redirected from www.regionsrealty.com) | RAC00041449 | | |
| 451. | 10/16/07 | Website printouts – results of regionscontractors.com or www.regionscontractors.com | RAC00041450-55 | | |
| 452. | 10/23/07 | Certified US trademark registration number 3115621 for COMMERCE UNIVERSITY | RAC00041565-66 | | |
| 453. | 10/23/07 | Certified US trademark registration number 2996378 for COMMERCE U C UNIVERSITY | RAC00041567-68 | | |
| 454. | 10/24/07 | Certified US trademark application serial number 77242456 for UFIRST UNIVERSITY | RAC00041569-80 | | |
| 455. | 10/24/07 | Certified US trademark application serial number 7717503 for SUPERVALU UNIVERSITY | RAC00041581-94 | | |
| 456. | 10/24/07 | Certified US trademark application serial number 78872515 for ALLSTATE AGENCY UNIVERSITY | RAC00041595-602 | | |
| 457. | 10/23/07 | Certified US trademark registration number 3131884 for BLACK & DECKER UNIVERSITY | RAC00041603-04 | | |
| 458. | 10/25/07 | Certified US trademark registration number 2983657 for AFLAC UNIVERSITY | RAC00041605-06 | | |

| 459. | 10/24/07 | Certified US trademark registration number 2870679 for MACGREGOR UNIVERSITY | RAC00041607-08 | | |
|---|---|---|---|---|---|
| 460. | 10/23/07 | Certified US trademark registration number 2862215 for EL DORADO UNIVERSITY | RAC00041609-10 | | |
| 461. | 10/23/07 | Certified US trademark registration number 2805641 for THRIFTY UNIVERSITY | RAC00041611-12 | | |
| 462. | 10/24/07 | Certified US trademark registration number 2792356 for STANDARD UNIVERSITY THE STANDARD PARKING TRAINING CENTER | RAC00041613-14 | | |
| 463. | 10/22/07 | Certified US trademark registration number 2844218 for U LAND ROVER UNIVERSITY and design | RAC00041615-16 | | |
| 464. | 10/22/07 | Certified US trademark registration number 2620504 for QUALCOMM CDMA UNIVERSITY | RAC00041617-18 | | |
| 465. | 11/05/07 | Certified US trademark registration number 2494412 for CARLIN UNIVERSITY | RAC00041619-20 | | |
| 466. | 11/05/07 | Certified US trademark registration number 2517518 for VANGUARD UNIVERSITY | RAC00041621-22 | | |
| 467. | 11/05/07 | Certified US trademark registration number 2433644 for SUNGARD UNIVERSITY | RAC00041623-24 | | |
| 468. | 11/05/07 | Certified US trademark registration number 2275439 for VISX UNIVERSITY | RAC00041625-26 | | |
| 469. | 11/05/07 | Certified US trademark registration number 2119297 for MERVYN'S UNIVERSITY | RAC00041628-27 | | |
| 470. | 11/05/07 | Certified US trademark registration number 2881078 for EPIX UNIVERSITY | RAC00041629-30 | | |
| 471. | 11/05/07 | Certified US trademark registration number 2398701 for MARRIOTT UNIVERSITY | RAC00041631-32 | | |
| 472. | 11/2/07 | Certified US trademark application serial number 76679343 for CASTLE UNIVERSITY | RAC00041633-40 | | |
| 473. | 12/01/07 | Photographs of Regions Bank buildings | RAC00041642-49 | | |

| | | | | | |
|---|---|---|---|---|---|
| 474. | 12/01/07 | Photographs of Regions University sign | RAC00041650-54 | | |
| 475. | 2007-08 | Phone Book – Greater Birmingham, AL | RAC00041674-79 | | |
| 476. | 2007-08 | Phone Book – Mobile, AL | RAC00041680-85 | | |
| 477. | 2007-08 | Phone Book – Montgomery, AL | RAC00041686-90 | | |
| 478. | 2007-08 | Phone Book – Huntsville, AL | RAC00041696-98 | | |
| 479. | | Regions University radio commercial: "Radio 60sec Christ Registrationversion" | | | |
| 480. | | Regions University radio commercial: "Radio 60sec Trad Not Registration.wav" | | | |
| 481. | | Regions University radio commercial: "Radio 10sec spot.wav" | | | |
| 482. | | Regions University TV commercial: "RU Traditional 30sec.m4v" | | | |
| 483. | | Regions University TV commercial: "RU Christian 30sec.m4v" | | | |
| 484. | | Bible references for region(s) | RU 3812-3822 | | |
| 485. | | Emails to Russ Dunman | RAC00041655-41660; RAC00041699-41701 | | |
| 486. | 12/20/07 | Regions University new website | RAC00041661-62 | | |
| 487. | 12/17/07 | Affidavit of Connie M. Wehner | | | |
| 488. | 12/19/07 | Affidavit of Robert Jeffrey Boles | | | |
| 489. | 12/19/07 | Affidavit of Justin Kribbs | | | |
| 490. | 8/17/07 | Declaration of William Askew | | | |
| 491. | 12/27/07 | Declaration of Tiffany Miller | | | |
| 492. | 12/27/07 | List of colleges, universities, and schools named after persons, natural and juristic | Ex. A to Decl. of T. Miller | | |

| 493. | 12/27/07 | Wikipedia webpage List of colleges and universities named after people | Ex. B to Decl. of T. Miller | | |
|---|---|---|---|---|---|
| 494. | 12/27/07 | Webpages of colleges and universities | Ex. C to Decl. of T. Miller | | |
| 495. | 8/1/07 | Regions University Instructors by Name | RU 3700-3705 | | |
| 496. | | Actions re RFI | RU 3885-3889 | | |
| 497. | 8/2/07 | Dantes Online Catalog | RU 3944-3946 | | |
| 498. | Fall 2006 | Regions University Students/Hours by degree | RU 4023-4087 | | |
| 499. | 8/17/07 | Declaration of Jim Jager | | | |
| 1000. | | Certified REGIONS registrations at the U.S. Patent and Trademark Office | Ex. A to Decl. of R. Marmer | | |
| 1001. | 2007 | CNN Fortune 500 2007 annual ranking of America's largest corporations website in Alabama | Ex. B to Decl. of R. Marmer | | |
| 1002. | 12/14/06 | Website Alabama Kitchen Sink | Ex. C to Decl. of R. Marmer | | |
| 1003. | 2006 | *Training Magazine* Top 100 in 2006 | Ex. D to Decl. of R. Marmer | | |
| 1004. | 12/2006 | Press release entitled Regions Financial Corporation Establishes Endowed Scholarship at UA | Ex. E to Decl. of R. Marmer | | |
| 1005. | 06/03/07 | Article "Regions grads come from near and far", Montgomery Advertiser, Sunday, June 3, 2007, at 4A | Ex. F to Decl. of R. Marmer | | |
| 1006. | 02/06/03 | Notice of Opposition filed at the Trademark Trial and Appeal Board by plaintiffs against registration of defendant's REGIONS UNIVERSITY mark | Ex. G to Decl. of R. Marmer | | |
| 1007. | | Documents produced by defendant | Ex. H to Decl. of R. Marmer | | |
| 1008. | 8/17/07 | Declaration of Douglas J. Jackson | | | |
| 1009. | | Social Responsibility Annual Report | Ex. A to Decl. of D. J. Jackson | | |
| 1010. | 8/17/07 | Declaration of Scott Peters | | | |

| 1011. | | Representative advertisements of Regions Financial Corporation | Ex. A to Decl. of S. Peters | | |
|---|---|---|---|---|---|
| 1012. | | Documents that show Regions Financial Corporation's budget | Ex. B to Decl. of S. Peters | | |
| 1013. | 2005-2006 | 2005-2006 SEC Corporate Sponsorship Overview | Ex. E to Decl. of S. Peters | | |
| 1014. | 8/17/07 | Declaration of Craig Tankersley | | | |
| 1015. | 2006-2007 | Regions Research Budget for 2006 and 2007 | Ex.A to Decl. of C. Tankersley | | |
| 1016. | 8/31/07 | Advertisement of Regions | Ex. B to Suppl. Decl. of Rachel Marmer | | |
| 1017. | 8/31/07 | Webpages of www.secsports.com and www.sunbeltsports.org | Ex. C to Suppl. Decl. of Rachel Marmer | | |
| 1018. | 9/5/07 | Declaration of William Pecau | | | |
| 1019. | 4/16/07 | Cover letter for Plaintiffs' production of April 16, 2007 and pertinent excerpts | Ex. A to Decl. of W. Pecau | | |
| 1020. | 9/5/07 | Cover letter for Plaintiff's production of August 8, 2007 | Ex. B to Decl. of W. Pecau | | |
| 1021 | | Trademark registration printout from USPTO for trademark YALE for "locks and keys" | RAC00041663-64 | | |
| 1022 | | Information on Linus Yale, Sr. | RAC00041665 | | |
| 1023 | | Information on Linus Yale, Jr. | RAC00041666-67 | | |
| 1024 | | The history of Yale locks | RAC00041668-69 | | |
| 1025 | 10/24/07 | Notice of Publication of MASTERS UNIVERSITY trademark application | RAC00041670-71 | | |
| 1026. | 2007 | 2007 updated marketing documents | RAC00041672-73 | | |
| 1027. | | Abandoned trademark application for mark REGIONS by Winery Exchange | RAC00041691-95 | | |
| 1028. | 7/28/07 | SCU Board Meeting Minutes | RU 3633-3634 | | |
| 1029 | 12/31/07 | Declaration of Michael Allan | | | |

| 1030 | 6/18/04 | Protest Letter to Regions Construction Company, LLC | Ex. A to Decl. of Michael Allan | | |
|------|---------|------------------------------------------------------|---------------------------------|---|---|
| 1031 | 9/6/07 | Protest Letter to Regions Construction Company | Ex. B to Decl. of Michael Allan | | |
| 1032 | 10/1/07 | Protest Letter to Regions Construction Company | Ex. C to Decl. of Michael Allan | | |
| 1033 | 12/31/07 | Whitepages.com Printout | Ex. D to Decl. of Michael Allan | | |
| 1034 | | Regions Promotional Material | RAC00041702 | | |
| 1035. | 1/3/08 | Response to protest letter re regionscarloans.com | RAC00041703-04 | | |
| 1036 | 1/3/08 | Printout of regionscarloans.com showing domain is parked at GoDaddy | RAC00041705-06 | | |

26