IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **REGIONS ASSET COMPANY,** | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:06cv882-MHT |
| | ) | |
| **REGIONS UNIVERSITY, INC.,** | ) | |
| | ) | |
|     Defendant. | ) | |

ORDER

It is ORDERED that the joint motion to supplement exhibit list (Doc. No. 147) is granted.

DONE, this the 4th day of January, 2008.

          /s/ Myron H. Thompson
     **UNITED STATES DISTRICT JUDGE**