IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| REGIONS ASSET COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv882-MHT |
| | ) | |
| REGIONS UNIVERSITY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motions to amend (Doc. Nos. 150 & 151) are granted.

DONE, this the 7th day of January, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE