IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
REGIONS ASSET COMPANY,       )
                             )
    Plaintiff,                )
                             )
                             )    CIVIL ACTION NO.
    v.                       )     2:06cv882-MHT
                             )
REGIONS UNIVERSITY, INC.,    )
                             )
    Defendant.               )
```

ORDER

It is ORDERED that the motion to amend (Doc. No. 153) is granted.

DONE, this the 7th day of January, 2008.

                      /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**