IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, REGIONS FINANCIAL CORPORATION and REGIONS BANK ) ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 2:06-cv-882-MHT |
| v. ) ) | |
| REGIONS UNIVERSITY, INC. ) ) | |
| Defendant. ) ) | |

## PLAINTIFFS' AMENDED WITNESS LIST

**Plaintiffs expect to call the following witnesses at trial:**

Russell Dunman
William Askew
Avery Abernethy
Jim Jager
Anita Crosby
Laina Costanza
Rex Turner

**Plaintiffs may call the following witnesses at trial:**

Scott M. Peters
Hope Mehlman
Janet Armitage
Rachel Hofstatter
Boyd Wilson
Keturah Burton
Brian Warwick
Jack Galassini
Terry Boyd
David Green
Wanda Norris
Kiel Odom
Mattie Sanders

- 2 -

Karan Rudolph
Robbin Thompson
Denise Murphy
Craig Smith
Sheila Noblitt
Jay Croft
Connie M. Wehner
Robert Jeffrey Boles
Justin Kribbs
Paula Sanders

- 2 -