IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) Civil Action No. 2:06-cv-882-MHT | |
| ) | |
| REGIONS UNIVERSITY, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

### OBJECTION TO PLAINTIFF'S AMENDED WITNESS LIST

Comes now defendant and shows unto this Honorable Court that at 5:52 PM on Friday evening prior to the commencement of trial on Monday morning, plaintiffs field an Amended Witness List adding additional witnesses. It was first seen by defense counsel on Saturday morning. Defendant objects that the Amended Witness List comes too late and states as grounds the following:

1. Defendants' attorneys had scheduled Saturday and Sunday prior to the trial to organize and transport voluminous trial exhibits and trial materials to Montgomery and to meet with defense witnesses in preparation for trial.

2. Defendants will be prejudiced if plaintiffs are allowed to call at trial the additional witnesses listed on the Amended Witness List because defendants have not had reasonable notice of plaintiffs' intentions and have not had a reasonable opportunity to prepare for the examination of these witnesses.

WHEREFORE, defendant moves the Court to strike Plaintiffs' Amended Witness List.

Respectfully submitted,

/s/VICTOR T. HUDSON
VICTOR T. HUDSON
[HUDSV1684]
tom@alabamatrial.com
WILLIAM W. WATTS, III
[WATTW5095]
bill@alabamatrial.com
HUDSON & WATTS, LLP
Post Office Box 989
Mobile, Alabama 36601

JAMES E. SHLESINGER
Shlesinger, Arkwright &
Garvey LLP
1420 King Street, Suite 600
Alexandria, Virginia 22314

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

William G. Pecau, Esq.
Rachel M. Marmer, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Charles B. Paterson, Esq.
Paul A. Clark, Esq.
BALCH & BINGHAM, LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36104

/s/VICTOR T. HUDSON