IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, et al., | ) |
| Plaintiffs, | ) ) ) ) |
| | ) Civil Action No. 2:06-cv-882-MHT |
| REGIONS UNIVERSITY, INC. | ) ) ) |
| Defendant. | ) ) |

### DEFENDANT'S DESIGNATION OF TRIAL WITNESSES

COMES NOW the defendant Regions University, Inc. and, pursuant to Rule 26(a)(3), <u>F.R.C.P.</u> and the Court's Uniform Scheduling Order, identifies the following witnesses that it expects to present at trial.

1. Dr. Rex Turner
   Regions University
   Montgomery, Alabama
   334-387-3877

2. Dr. John White
   Regions University
   Montgomery, Alabama
   334-387-3877

3. Ms. Anita Crosby
   Regions University
   Montgomery, Alabama
   334-387-3877

4. Ms. Laina Costanza
   161 Watson Circle
   Montgomery, Alabama
   334-244-4141

5. Ms. Hope Mehlman
   Regions Bank
   Birmingham, Alabama

Defendant identifies the following persons whom defendant may call if the need arises:

1. Ms. Andrea Bender
   3650 Hayfield Place
   Mobile, Alabama 36608
   251-343-0878

2. Mr. Stephen J. Stricklin
   3560 Arlington Oaks Drive
   Mobile, Alabama 36695
   251-639-8196

3. Ms. Pauline Holder
   Hudson & Watts, LLP
   One St. Louis Centre
   Mobile, Alabama 36602
   251-432-7200

4. Ms. Lily Matini
   Shlesinger, Arkwright & Garvey LLP
   1420 King Street, Suite 600
   Alexandria, Virginia 22314
   703-684-5600

5. Ms. Doris Dimino
   10553 Tarton Fields Circle
   Raleigh, North Carolina 27617
   919-624-7428

6. Ms. Jean Paterson
   3102 South High Street
   Arlington, Virginia 22202

7. Mr. Wilson Luquire
   University of Alabama Huntsville
   Huntsville, Alabama
   256-824-1000

8. Mr. David Moore
   University of Alabama Huntsville
   Huntsville, Alabama

      256-824-1000

9. Mr. Russell Dunman
   Regions Bank
   Montgomery, Alabama

10. Mr. Mike Pollard
    Regions Bank
    Birmingham, Alabama

11. Mr. Scott Peters
    Regions Bank
    Birmingham, Alabama

12. Mr. William Askew
    Regions Bank
    Birmingham, Alabama

13. Mr. Neal Berte
    4808 Mill Springs Circle
    Birmingham, Alabama 35223

14. Mr. Samuel Upchurch, Jr.
    3828 Forest Glen Drive
    Mountain Brook, Alabama 35213

15. Ms. Patsy Fulghum
    62 Wateree Key Drive
    Greensboro, South Carolina 29180

16. Ms. Carolyn Hughes
    72 Military Road
    Marion, Arkansas 72364

17. Defendant may call representatives of any of the businesses or organizations identified by defendant in these proceedings and employing the word "Region" or "Regions" in their trade or business name.

18. Defendant reserves the right to call any and all witnesses identified by plaintiffs on their witness list.

Respectfully submitted,


/s/ WILLIAM W. WATTS
WILLIAM W. WATTS, III
[WATTW5095]
bill@alabamatrial.com
[HUDSV1684]
tom@alabamatrial.com
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601


JAMES E. SHLESINGER
Shlesinger, Arkwright &
    Garvey LLP
1420 King Street, Suite 600
Alexandria, Virginia 22314

ATTORNEYS FOR DEFENDANT


CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

William G. Pecau, Esq.
Rachel M. Marmer, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Charles B. Paterson, Esq.
Paul A. Clark, Esq.
BALCH & BINGHAM, LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama  36104


/s/ WILLIAM W. WATTS

4