**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 14, 2008

# NOTICE OF CORRECTION

**From:**             **Clerk's Office**

**Case Style:**       **Regions Asset Company, et al. v. Regions University, Inc.**

**Case Number:**      **#2:06-cv-00882-MHT**

**Referenced Document:** **Document #164**
**Amended Trial Exhibit List**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain the correct date on the certificate of service. The corrected pdf is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Civil Action No. 2:06-cv-882-MHT |
| ) | |
| REGIONS UNIVERSITY, INC. ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S AMENDED TRIAL EXHIBIT LIST

COMES NOW the defendant Regions University, Inc. and, pursuant to Rule 26(a)(3), F.R.C.P. and the Court's Uniform Scheduling Order, designates the following exhibits which may be used at the trial of this matter. Defendant also reserves the right to use at trial any and all exhibits identified by plaintiffs.

| Exhibit No. | Description | Admitted | Refused |
|---|---|---|---|
| 2 | Regions Bank logo on sign | | |
| 3 | Regions Bank logo standards | | |
| 8 | 30(b)(5) and 30(b)6 deposition notice re: Regions University | | |
| 17 | Regions University Enrolled Students from Regular Fall 2006 through Regular Spring 2007 (RU-1908) | | |
| 18 | Southern Christian University Undergraduate Expense form (RU-1374) | | |
| 19 | Regions University Advertisement (RU-216) | | |
| 20 | Board of Regions Meeting Minutes FY 7/1/05-6-/30/06 (RU-109-111) | | |

| 21 | Team Meeting Minutes 9/29/05 (RU-113-114) | | |
|---|---|---|---|
| 22 | Board Meeting minutes 12/16/05 (RU-117-119) | | |
| 23 | Board Meeting minutes 3/17/06 (RU-133-136) | | |
| 24 | Resolution dated 3/17/06 (RU-137-139) | | |
| 25 | Team Meeting Minutes 7/6/06 (RU-146-148) | | |
| 26 | U.S. Patent and Trademark Office correspondence re: Masters University (RU-140-145) | | |
| 27 | Team Meeting Minutes 7/27/06 (RU-149-151) | | |
| 28 | 7/27/06 email to Rex Turner from Jim Shlesinger (RU-178-179) | | |
| 31 | Resolution dated 7/28/06 (RU-25-27) | | |
| 32 | Team Meeting Minutes 7/31/06 (RU-152) | | |
| 33 | Letter to Students, Faculty and Staff from Rex Turner (RU-46) | | |
| 34 | Name Change Letter (RU-58-59) | | |
| 36 | Regions University History, Mission and Organization of Regions University (RU-80-108) | | |
| 38 | December 2006 letter to Dear Friend from Rex Turner (RU-1281-1282) | | |
| 44 | Photoboard (RU-208-212) | | |
| 47 | Billboards (RU-1617-1619) | | |
| 69 | Billboard (RU-1628) | | |
| 70 | Ad that appeared in Christianity Today – March '07 (RU-218) | | |
| 71 | Ad appearing in Military Times in Mar, Aug, Nov '07 (RU-215) | | |
| 72 | Email string between Dan Margolin and Anita Crosby re: Thomson Peterson's Annual Tuition Update with attached Peterson's update (RU-1380-1385) | | |
| 75 | Logo sheet (RU-185) | | |
| 81 | Amended 30(b)(5) and 30(b)(6) Notice of Deposition | | |
| 82 | Regions Bank's designation of 30(b)(6) Witnesses | | |
| 91 | Regions Financial Corp. brand brief re: merger with Union Planters | | |
| 92 | Regions Financial Corp. brand brief re: merger with Union Planters | | |

| | | | |
|---|---|---|---|
| 93 | Regions Bank brand brief re: MORLinked Letter Program | | |
| 94 | Regions Bank brand brief re: DDA Customer Mortgage Offer | | |
| 95 | Regions Bank brand brief re: Celebrate New Checking Customers | | |
| 96 | Regions Bank brand brief re: installment loans | | |
| 97 | Regions Bank brand brief re: Home Equity Line of Credit | | |
| 98 | Regions Bank brand brief re: commercial banking | | |
| 99 | Regions Bank brand brief re: online banking | | |
| 100 | Regions Bank brand brief re: small business campaign | | |
| 101 | Regions Bank brand brief re: SEC | | |
| 103 | New Regions logo (RAC 32205) | | |
| 108 | Thomson & Thomson Watching Service Reports 3/04-6/07) | | |
| 109 | Letter to Regions Propane from Sam Upchurch dated 3-2-99 | | |
| 110 | Unexecuted licensing agreements between Regions Bank and Regions 2020, letters and royalty check | | |
| 113 | RU Academic Catalog (RU-1943-2719) | | |
| 118 | RU brochures | | |
| 119 | RU PowerPoint presentation | | |
| 121 | Degrees listed by term from RU (RU-3522-3570) | | |
| 122 | Degrees listed by date conferred from RU (RU-3571-3586) | | |
| 123 | Ledger balance re: advertising expenditures from 1-1-04 through 6-30-07 (RU-2720-2727) | | |
| 124 | Application for admission to RU (from RU website) | | |
| 125 | RU Student Application Needs List (RU-3587-3632) | | |
| 129 | Abbreviated Guide to the New Graphic Standards (RAC 00011307-11321) | | |
| 137 | 12-2-1997 Region 2020 Non-Exclusive license agreement | | |
| 139 | Certified copy of trademark application 78/944,966 for the mark Regions University filed by Regions | | |

|     |                                                                                                                          |     |     |
| --- | ------------------------------------------------------------------------------------------------------------------------ | --- | --- |
|     | University                                                                                                               |     |     |
| 140 | Certified copy of trademark application 77/098,922 for the mark "Regions University" filed by Regions Asset Company      |     |     |
| 141 | Regions University website screen shots (RU-1432-1474)                                                                   |     |     |
| 142 | 2006 Higher Education Directory (RU-1913-1937                                                                            |     |     |
| 143 | Corrected history of University (RU-1938-1942)                                                                           |     |     |
| 144 | Minutes of 7/28/06 Board Meeting (RU-3633-34)                                                                            |     |     |
| 145 | Master University plan of SCU dated 7/05 (RU-3685-89)                                                                    |     |     |
| 146 | Master University plan of SCU dated 7/06 (RU-3690-94)                                                                    |     |     |
| 147 | Master University plan of Regions University dated 7/07 (RU-3695-99)                                                     |     |     |
| 148 | Letter re: acceptance into distance education demonstration project (RU-3906-07)                                         |     |     |
| 149 | DOE news bulletin re: distance ed demo project (RU-3908-3911)                                                            |     |     |
| 150 | SACS accreditation materials on Regions University accreditation (RU-4139-4160)                                          |     |     |
| 151 | SACS criteria (Allen depo., Ex. 1)                                                                                       |     |     |
| 152 | SACS criteria/2007 (Allen depo., Ex. 2)                                                                                  |     |     |
| 153 | SACS commission members (Allen depo., Ex. 3)                                                                             |     |     |
| 500 | Trademark application for Regions University in Canada                                                                   |     |     |
| 501 | Trademark application for Regions University in China                                                                    |     |     |
| 502 | Trademark application for Regions University in European community                                                       |     |     |
| 503 | Trademark application for Regions University in India                                                                    |     |     |
| 504 | Certified copy of U.S. trademark registration 3,103,534 for the mark Regions Beyond International (Doc. 52)              |     |     |
| 505 | Certified copy of U.S. trademark registration 3,047,007 for the mark RegionsAir (Doc. 52)                                |     |     |

| | | | |
|---|---|---|---|
| 506 | Certified copy of U.S. trademark registration 2,960,732 for the mark CARE IN REGIONS (Doc. 52) | | |
| 507 | Certified copy of U.S. trademark registration 2,821,459 for the mark THE REGIONS HOMEPAGE (Doc. 52) | | |
| 508 | Certified copy of U.S. trademark registration 2,175,755 for the mark REGIONS (for Medical Services) (Doc. 52) | | |
| 509 | Certified copy of U.S. trademark registration 2,164,789 for the mark REGIONS HOSPITAL (Doc. 52) | | |
| 510 | Certified copy of U.S. trademark registration 1,502,627 for the mark Regions Café, a World of Dining (Doc. 52) | | |
| 511 | Certified copy of U.S. trademark registration 3,001,159 for the mark REGIONSERV (Doc. 52) | | |
| 512 | Certified copy of U.S. trademark registration 2,583,861 for the mark REGION (and Design) (Doc. 52) | | |
| 513 | Certified copy of U.S. trademark registration 3,120,186 for the mark BLUE REGION (Doc. 52) | | |
| 514 | Certified copy of U.S. trademark registration 3,106,478 for the mark REGIONWISE (Doc. 52) | | |
| 515 | Certified copy of U.S. trademark application 76/242,955 for the mark REGIONS (for Wine) (Doc. no. 107) | | |
| 516 | Certified copy of U.S. trademark application 77/066,517 for the mark REGIONS FOUNDRY (Doc. no. 107) | | |
| 517 | Notice of Allowance issued for the mark "Regions Foundry" | | |
| 518 | Certified copy of U.S. trademark application 76/678,050 for the mark Regions Specialty Coffee (Doc. no. 107) | | |
| 519 | Certified copy of Tennessee trademark registration for Region First Realty | | |
| 520 | U.S. trademark registration number 1,521,765 for "Chase" for banking services (Doc. 103, Ex. B) | | |
| | U.S. trademark registration number | | |

5

| | | | |
|---|---|---|---|
| | 2,368,015 for the mark "Chase" for computer software in banking and financial services (Doc. 103, Ex. B) | | |
| 521 | U.S. trademark registration number 2,096,499 for mark "Chase" for various merchandise (Doc. 103, Ex. B) | | |
| 522 | U.S. trademark registration number 2,584,872 for the mark "Chase School of Medical Transcription" (Doc. 103, Ex. B) | | |
| 523 | U.S. trademark registration number 3,252,829 for the mark "Chase" for restaurant and bar services (Doc. 103, Ex. B) | | |
| 524 | U.S. trademark registration number 2,063,396 for the mark "Chase" for health services (Doc. 103, Ex. B) | | |
| 525 | U.S. trademark registration number 2,032,161 for the mark "Chase" for printing services (Doc. 103, Ex. B) | | |
| 526 | U.S. trademark registration number 3,145,348 for the mark "Chase" for court reporting (Doc. 103, Ex. B) | | |
| 527 | U.S. trademark registration number 3,064,939 for the mark "Chase" for wine (Doc. 103, Ex. B) | | |
| 528 | U.S. trademark registration number 2,284,982 for the mark "Chase" for yachts (Doc. 103, Ex. B) | | |
| 529 | U.S. trademark registration number 2,730,529 for the mark "Chase" for child care seats (Doc. 103, Ex. B) | | |
| 530 | U.S. trademark registration number 2,944,441 for the mark "Chase" for rodent repellants (Doc. 103, Ex. B) | | |
| 531 | U.S. trademark registration number 2,590,811 for the mark "Chase" for aluminum and galvanized steel tubes and pipes (Doc. 103, Ex. B) | | |
| 532 | U.S. trademark registration number 2,166,783 for the mark "Chase" for radiowave monitoring instrumentation (Doc. 103, Ex. B) | | |
| 533 | Certified copy of U.S. trademark registration 3,217,280 for the mark "Chase Field" for entertainment services (Doc. 103, Ex. B) | | |

| | | | |
|---|---|---|---|
| 534 | U.S. trademark registration number 2,545,610 for the mark "Colonial Bank" for financial services (Doc. 103, Ex. C) | | |
| 535 | U.S. trademark registration number 3,195,055 for the mark "Colonial" (and Design) for life, accident and health insurance (Doc. 103, Ex. C) | | |
| 536 | U.S. trademark registration number 2,486,440 for the mark "Colonial" (and Design) for real estate appraisal (Doc. 103, Ex. C) | | |
| 537 | U.S. trademark registration number 3,217,983 for the mark "Colonial" for computer software (Doc. 103, Ex. C) | | |
| 538 | U.S. trademark registration number 2,631,635 for the mark "Colonial" for parking lot services (Doc. 103, Ex. C) | | |
| 539 | U.S. trademark registration number 3,189,278 for the mark "Colonial" for commercial metal safes (Doc. 103, Ex. C) | | |
| 540 | U.S. trademark registration number 3,186,003 for the mark "Colonial" for paint brushes (Doc. 103, Ex. C) | | |
| 541 | U.S. trademark registration number 2,997,832 for the mark "Colonial" for folding camping trailers (Doc. 103, Ex. C) | | |
| 542 | U.S. trademark registration number 2,806,581 for the mark "Colonial" for meat (Doc. 103, Ex. C) | | |
| 543 | U.S. trademark registration number 2,880,782 for the mark "Colonial Stone" for hardscaping materials (Doc. 103, Ex. C) | | |
| 544 | U.S. trademark registration number 2,762,018 for the mark "Colonial" for clock parts (Doc. 103, Ex. C) | | |
| 545 | U.S. trademark registration number 1,868,509 for the mark "Colonial" for flowers (Doc. 103, Ex. C) | | |
| 546 | U.S. trademark registration number 1,422,072 for the mark "Colonial" for golf clubs (Doc. 103, Ex. C) | | |
| 546A | Regions Bank webpage entitled "Regions History" (regions.com/about_regions/ | | |

7

|     |     |     |     |
| --- | --- | --- | --- |
|     | regions_history.rf) |     |     |
| 547 | "Regions Fact Sheet" (RAC2229) |     |     |
| 548 | Webpage for American Faucet and Coatings Corp., AFCC House Brands (www.afccorp.net/brands.htm) |     |     |
| 549 | Webpage for Regions Air, Inc. as of 9/25/07 (regionsair.com) |     |     |
| 550 | Webpage for Regions Air as of 1/29/07 (regionsair.com) (Doc. no. 103, Ex. A) |     |     |
| 551 | Webpage for Regions Van Lines (regionsvanlines.com) (Doc. no. 50, Att. 43, Ex. B) |     |     |
| 552 | Webpage for Regions Beyond International (regionsbeyond.org, regionsbeyond.net, regionsbeyondoutreach.org) (Doc. no. 50, Att. 43, Ex. B) |     |     |
| 553 | Webpage for Regions Beyond Publications (regbeyond.com) (Doc. no. 50, Att. 43, Ex. B) |     |     |
| 554 | Webpage for Regions Contractors, Inc. (regionscontractors.com) (Doc. no. 50, Att. 43, Ex. B) |     |     |
| 555 | Letter dated July 12, 2007 from John C. McManus to Stephen Stricklin re: Regions Contractors, Inc. (Doc. no. 50, Att. 44, Ex. A) |     |     |
| 557 | Webpage for Incom Properties promoting Regions Center (incomproperties.com/properties_rc.html) (Doc. no. 67, Ex. 2) |     |     |
| 558 | Webpage for Regions Christian Center (regionschristiancenter.org) (Doc. no. 67, Ex. 7) |     |     |
| 559 | Webpage for Regions Hospital (regionshospital.com, regionsen.org) (Doc. no. 50, Att. 43, Ex. B) |     |     |
| 560 | Webpage for Regions Car Loans (regionscarloans.com) (Doc. no. 50, Att. 43, Ex. B) |     |     |
| 561 | Webpage for Regions Facility Services, Inc. (regionsfacilityservices.com) (Doc. no. 50, Att. 43, Ex. B) |     |     |
| 562 | Webpage for Regions Consulting Group, Inc. (regionsgroup.com) (Doc. no. 50, Att. 43, Ex. B) |     |     |
| 563 | Webpage for Regions Oil and Gas |     |     |

|     |                                                                                                              |     |     |
| --- | ------------------------------------------------------------------------------------------------------------ | --- | --- |
|     | (regionsoil.com) (Doc. no. 50, Att. 43, Ex. B)                                                               |     |     |
| 564 | Webpage for Regions Real Estate (regionsre.com) (Doc. no. 50, Att. 43, Ex. B)                                |     |     |
| 565 | Webpage for Regions Realty (regionsrealty.com) (Doc. no. 50, Att. 43, Ex. B)                                 |     |     |
| 566 | Webpage for Regions Title (regionstitle.com) (Doc. no. 50, Att. 43, Ex. B)                                   |     |     |
| 567 | Webpage for Region Appraisal and Consulting Solutions, Inc. (regionappraisals.com) (Doc. no. 50, Att. 43, Ex. B) |     |     |
| 568 | Webpage for Region Atlantic Realty (regionatlanticrealty.com)                                                |     |     |
| 569 | Webpage for Region Communications, Inc. (region-communications.com) (Doc. no. 50, Att. 43, Ex. B)            |     |     |
| 570 | Webpage for Region Welding (regionwelding.com) (Doc. no. 50, Att. 43, Ex. B)                                 |     |     |
| 571 | Webpage for Region Land Survey, Inc. (regionsurvey.com) (Doc. no. 50, Att. 43, Ex. B)                        |     |     |
| 572 | Webpage for Region 2020 (region2020.org)                                                                     |     |     |
| 573 | Webpage for Region Sports Network (regionsports.com, regionsportnetwork.com) (Doc. no. 50, Att. 43, Ex. B)   |     |     |
| 574 | Webpage for Region Datacom, LLC (regiondatacom.com) (Doc. no. 50, Att. 43, Ex. B)                            |     |     |
| 575 | Webpage for Region Design Group, Inc. (regiondesign.com) (Doc. no. 50, Att. 43, Ex. B)                       |     |     |
| 576 | Webpage for Region Fence Sales (regionfence.com) (Doc. no. 50, Att. 43, Ex. B)                               |     |     |
| 577 | Webpage for Region Idol (regionidol.com) (Doc. no. 50, Att. 43, Ex. B)                                       |     |     |
| 578 | Webpage for Region Magazine (regionmagazine.com) (Doc. no. 50, Att. 43, Ex. B)                               |     |     |

| 579 | Webpage for Region Round Ball Foundation (regionroundball foundation.org) (Doc. no. 50, Att. 43, Ex. B) | | |
|---|---|---|---|
| 580 | Webpage for Region Signs, Inc. (regionsigns.com) (Doc. no. 50, Att. 43, Ex. B) | | |
| 581 | Webpage for RegionWise (regionwise.com) (Doc. no. 50, Att. 43, Ex. B) | | |
| 582 | Webpage for Region Homes (regionhomes.com) (Doc. no. 67, Ex. 6) | | |
| 583 | Webpage for Thrivent Financial identifying chapter care programs including Care in Regions (thrivent.com/fraternal/chapter programs/index/html) | | |
| 584 | Webpage for Holiday Inn Chicago Mart Plaza identifying Regions Café (martplaza.com/dining.cfm) | | |
| 585 | Webpage for BellSouth identifying RegionServ service (bellsouth.com/areacode/731) | | |
| 586 | Webpage for Region Clothing (regionusa.com) (Doc. no. 50, Att. 43, Ex. B) | | |
| 587 | Affidavit of Pauline Holder re: domain names (Doc. 50, Att. 43) | | |
| 588 | Certified copies of records of Secretary of State of State of Alabama reflecting status of corporations or limited liability companies containing "Region" or "Regions" (Doc. no. 51) | | |
| 589 | Affidavit of Pauline Holder re: corporate/LLC registrations (Doc. 50, Att. 42) | | |
| 590 | Plaintiff's responses to defendant's request for admissions dated June 25, 2007 | | |
| 591 | Affidavit of Jean E. Paterson dated July 16, 2007 (Doc. no. 50, Att. 41) | | |
| 592 | Product literature for "Regions" Carpeting manufactured by Mannington Commercial (Doc. no. 50, Att. 44, Ex. B) | | |
| 593 | Results of search of live U.S. registered trademarks incorporating | | |

| | | | |
|---|---|---|---|
| | term "Region" or "Regions" (Doc. no. 49, Ex. A) | | |
| 594 | Affidavit of Stephen J. Stricklin (Doc. no. 50, Att. 44) | | |
| 595 | Supplemental Affidavit of Stephen J. Stricklin (Doc. no. 68) | | |
| 596 | Affidavit of Andrea R. Bender (Doc. no. 67) | | |
| 597 | Listing of financial institutions from Infinata, Inc.'s high net worth database with corresponding listing of institutions of higher education (Ex. A, Affidavit of Doris Dimino – Doc. no. 104, Att. 7) | | |
| 598 | Affidavit of Doris Dimino (Doc. no. 104, Att. 7) | | |
| 599 | Declaration of Lilly Monir Matini (Doc. no. 106) | | |
| 600 | Registration certificates for various marks registered at the U.S. PTO (Ex. A – Matini Declaration) (Doc. no. 106) | | |
| 601 | 2006 Higher Education Directory (Ex. B – Matini Declaration) (Doc. no. 106) | | |
| 602 | Letter dated March 15, 2000 from Lange Simpson Robinson to Regions Propane (RAC12388) | | |
| 603 | Affidavit of Pauline Holder re: Business Listings dated August 8, 2007 (Doc. no.75) | | |
| 604 | Copies of white pages from ATT telephone directories (Doc. no. 75 – Ex. A) | | |
| 605 | Copies of listings of businesses identified as "Region" or "Regions" as listed in www.yellowpages.com (Doc. no. 75 – Ex. B) | | |
| 606 | Copies of listings of businesses using "Region" or "Regions" as listed in www.superpages.com (Doc. no. 75 – Ex. C) | | |
| 607 | Listing of Regions Satellite & Company (Dallas, Texas) as listed on local.yahoo.com (Doc. no. 75 – Ex. D) | | |
| 608 | Listing of businesses using the word "Region" or "Regions" as listed on yp.com (Doc. no. 75 – Ex. E) | | |
| 609 | Listing of Regions Christian Center | | |

11

|     |     |     |     |
| --- | --- | --- | --- |
|     | (Texarkana, Texas) as listed on www.yellowbook.com (Doc. no. 75 - Ex. F) |     |     |
| 610 | Dun & Bradstreet reports on various "Region" and "Regions" businesses (Doc. 75 - Ex. G) |     |     |
| 611 | D&B company profile for Regions Construction and Maintenance in Columbia, South Carolina |     |     |
| 612 | D&B company profile for Regions Air in Smyrna, Tennessee |     |     |
| 613 | D&B company profile for Region Properties, LLC in Lake Village, Indiana |     |     |
| 614 | D&B company profile for Region Realty Group, LLC in Jacksborough, Tennessee |     |     |
| 615 | D&B company profile for Region Fence Sales, Inc. in University Park, Illinois |     |     |
| 616 | D&B company profile for River Regions Realty in Prattville, Alabama |     |     |
| 617 | D&B company profile for River Region Veterinary Services in Prattville, Alabama |     |     |
| 618 | D&B company profile for Ricky Regions in Madison, Mississippi |     |     |
| 619 | D&B company profile for Regions Wholesale Battery, LLC in Baton Rouge, Louisiana |     |     |
| 620 | D&B company profile for Regions Security Insurance in Denim Springs, Louisiana |     |     |
| 621 | D&B company profile for Regions Real Estate Services in Charlotte, North Carolina |     |     |
| 622 | D&B company profile for Regions Land and Investments, Inc. in Colbert, Georgia |     |     |
| 623 | D&B company profile for Regions Facility Services, Inc. in Springhill, Florida |     |     |
| 624 | D&B company profile for Regions Development, Inc. |     |     |
| 625 | D&B company profile for Regions Contractors, Inc. in Crawfordville, Florida |     |     |

| | |
|---|---|
| 626 | D&B company profile for Regions Community Behavorial Health Center, Inc. in Baton Rouge, Louisiana |
| 627 | D&B company profile for Regions Christian Center in Texarkana, Texas |
| 628 | D&B company profile for Regions Beyon Ministries, Inc. in Columbus, Georgia |
| 629 | D&B company profile for Regions Beyond International, Inc. in Tallahassee, Florida |
| 630 | D&B company profile for Region Realty Group, LLC in Jacksborough, Tennessee |
| 631 | D&B company profile for Region Properties, LLC in Lake Village, Indiana |
| 632 | D&B company profile for Region Pools in Hammond, Indiana |
| 633 | D&B company profile for Region Land Survey, Inc. in Independence, Missouri |
| 634 | D&B company profile for Region First Realty in Clinton, Tennessee |
| 635 | D&B company profile for Region Fence Sales, Inc. in Harvey, Illinois |
| 636 | D&B company profile for Region Fence Sales, Inc. in University Park, Illinois |
| 637 | D&B company profile for Region Chem Dry in Hammond, Indiana |
| 638 | D&B company profile for All Regions Forestry, Inc. in Bossier City, Louisiana |
| 639 | Omitted |
| 640 | D&B company profile for Regions Pest Control in Trafford, Alabama |
| 641 | D&B company profile for Region Group, LLC in Tampa, Florida |
| 642 | D&B company profile for Regions Development, Inc. in Woodstock, Georgia |
| 643 | D&B company profile for Regions Development, Inc. in Canton, Georgia |
| 644 | D&B company report for Region Healthcare in Mcallen, Texas |
| 645 | D&B company profile for Region Welding of Missouri, Inc. in Union, Missouri |
| 646 | D&B company profile for Region Van |

| | | | |
|---|---|---|---|
| | Lines, Inc. in Miami Gardens, Florida | | |
| 647 | D&B company profile for Region Realty, LLC in Collinsville, Georgia | | |
| 648 | AT&T yellow pages, business directory, Chicagoland and Northwest Indiana, March 2007, listing Region Signs, Inc. and Region Freight Lines, Inc. | | |
| 649 | AT&T yellow pages for Greater Kansas City, January 2007, listing Region Land Survey, Inc. and Region Survey | | |
| 650 | AT&T yellow pages for Rio Grande Valley, March 2007, listing Region Healthcare McAllen, Texas | | |
| 651 | AT&T yellow pages for Greater Birmingham Area, October 2007, listing Regions Pest Control | | |
| 652 | AT&T yellow pages for Central Florida, November 2007, listing Region South Enterprises, Inc. | | |
| 653 | AT&T yellow pages for Hernando County, Florida, December 2007, listing Regions Facilities Services, Inc. | | |
| 654 | AT&T yellow pages for Tallahassee, Florida, July 2008, listing Region's Contractor and Regions Contractors, Inc. | | |
| 655 | AT&T yellow pages for Greater Pensacola Area, November 2007, listing Regions Contractors | | |
| 656 | AT&T yellow pages for Greater Marietta, Georgia, June 2008, listing Regions Development, Inc. | | |
| 657 | AT&T yellow pages for Greater Atlanta Area, December 2007, listing Regions Realty (Colbert, Georgia) | | |
| 658 | AT&T yellow pages for Athens, Georgia, December 2007, listing Regions Realty | | |
| 659 | AT&T yellow pages for Baton Rouge, September 2008, listing Regions Community Behavioral Health Center, Inc. | | |
| 660 | AT&T yellow pages for Denham Springs-Walker, Louisiana, listing Regions Security Insurance | | |
| 661 | AT&T yellow pages for St. Tammany Parish, April 2008, listing Region Realty | | |

| | | | |
|---|---|---|---|
| 662 | AT&T yellow pages for Charlotte, North Carolina, September 2008, listing Regions Real Estate Services | | |
| 663 | AT&T yellow pages for Ashville, North Carolina, July 2008, listing Region Cleaning Masters | | |
| 664 | AT&T yellow pages for Greater Marietta, Tennessee, June 2008, listing Regions Air (Smyrna, Tennessee) | | |
| 665 | AT&T yellow pages for Anderson County, Tennessee, April 2008, listing Region First Realty | | |
| 666 | AT&T yellow pages for Great Nashville, Tennessee, July 2008, listing Regions Realty Group, LLC | | |
| 667 | Listing in yellowpages.com for Region Healthcare, Mcallen, Texas | | |
| 668 | Listing of active corporations or LLCs registered with Alabama Secretary of State using the word "Regional" (Doc. no. 115 – App. A) | | |
| 669 | Cease and desist letter dated June 2, 1999 to Region Financial Services of Lafayette, Inc. (RAC12400) | | |
| 670 | Cease and desist letter dated March 29, 1999 to Regional Mortgage Corporation of Florida, Inc. (RAC12403) | | |
| 671 | Cease and desist letter dated March 17, 1999 to Regional Mortgage Services, LLC (RAC12409 | | |
| 672 | Cease and desist letter dated February 18, 1999 to Regional Holding Company, Inc. (RAC12437) | | |
| 673 | Cease and desist letter dated December 9, 1998 to Regional Mortgage, Inc. (RAC12467) | | |
| 674 | Notice of opposition of Regions Financial Corporation in the matter of trademark application number 76/413,412 filed by Regional Acceptance Corporation (RAC30359-30364) | | |
| 675 | Cease and desist letter dated June 18, 2004 to Regions Construction Company, LLC (RAC12201) | | |

| | |  |  |
|---|---|---|---|
| 676 | Cease and desist letter dated June 18, 2004 to Regions Homes, Inc. (RAC12109) | | |
| 677 | Cease and desist letter dated April 6, 1995 to Region Realty, Inc. (RAC12380) | | |
| 678 | Cease and desist letter dated July 20, 2004 to Regions Community Behavioral Center (RAC11555) | | |
| 679 | Letter dated December 2000 from Rex A. Turner, Jr. to friends | | |
| 680 | Trademark Research Report dated 3/8/02 for the mark "Regions Insurance Services" (RAC18875-19057) | | |
| 681 | Trademark Research Report dated 12/13/94 for the mark "Regions Premier" (RAC18001-18075) | | |
| 682 | Trademark Research Report dated 12/21/94 for the mark "Regions Lifespan Accounts" (RAC21812-21928) | | |
| 683 | Trademark Research Report dated 1/3/95 for the mark "Regions Gold" (RAC22190-22233) | | |
| 684 | Trademark Research Report dated 3/20/96 for the mark "Regions Interactive" (RAC19610-19725) | | |
| 685 | Trademark Research Report dated 9/22/97 for the mark "Regions Millennium CD" (RAC18244-18347) | | |
| 686 | Trademark Research Report dated 3/21/00 for the mark "Regions Essential Banking" (RAC17522-17673) | | |
| 687 | Trademark Research Report dated 9/13/02 for the mark "Regions Investment Account" (RAC19988-20131) | | |
| 688 | Affidavit of Wilson Luquire (Doc. 104, Att. 10) | | |
| 689 | Affidavit of David P. Moore (Doc. 104, Att. 11) | | |
| 690 | Article from Birmingham News entitled "Mobile Native Exposes Sources of Fictitious Wikipedia Entries" (Doc. 115, Appx. D) | | |
| 691 | Licenses to operate issued by State of Arizona Board for Private Post-Secondary Education to Regions University (RU4162-4163) | | |
| 692 | Letter dated September 25, 2007 from Roger Barber, Deputy Commissioner for | | |

16

|     |     |     |     |
| --- | --- | --- | --- |
|     | Academic and Student Affairs, Office of Commissioner of Higher Education, State of Montana, to Rex A. Turner, Jr. approving Regions University's educational plans in Montana (RU4164) |     |     |
| 693 | Omitted |     |     |
| 694 | Mock-up of signage for Regions University (RU4161) |     |     |
| 695 | Final figures for fiscal year July 1, 2006 through June 30, 2007 for advertising expenditures (RU4167-4168) |     |     |
| 696 | General ledger print-out of fiscal year to-date advertising expenditures for the period from July 1, 2007 through October 16, 2007 (RU4169-4170) |     |     |
| 697 | Licenses issued by State of Arizona Board for Private Post-Secondary Education to Regions University (RU4162-4163) |     |     |
| 698 | Letter dated September 25, 2007 from Office of Commissioner of Higher Education, Montana University System to Dr. Rex A. Turner, Jr. approving University's plans to offer course work and programs in Montana via distance learning (RU4164) |     |     |
| 699 | Letter dated June 20, 2007 from State of Utah Department of Commerce, Utah Division of Consumer Protection, to Regions University confirming exemption of University from registration as a proprietary school (RU4165) |     |     |
| 700 | Letter dated June 27, 2007 from Idaho State Board of Education to Rex A. Turner granting approval of the University's application to offer programs in Idaho (RU4166) |     |     |
| 701 | Supplemental Affidavit of Andrea Bender dated October 17, 2007 |     |     |
| 702 | Affidavit of Lily Matini and attached list of commercial enterprises within twenty miles of college or university with similar name and supporting documentation |     |     |
| 703 | List of Fortune 500 businesses or other businesses of national renown |     |     |

17

| | | | |
|---|---|---|---|
| | sharing common name with colleges or universities | | |
| 704 | Photographs of Regions University signs on campus | | |
| 705 | Video of electronic Regions University sign on campus | | |
| 706 | AT&T yellow pages for Greater Birmingham area for "Protective" listings | | |
| 707 | AT&T yellow pages for Montgomery for "Colonial" listings | | |
| 708 | AT&T yellow pages for Greater Birmingham area for "Compass" listings | | |

Respectfully submitted,

/s/ WILLIAM W. WATTS
WILLIAM W. WATTS, III
[WATTW5095]
bill@alabamatrial.com
[HUDSV1684]
tom@alabamatrial.com
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601

JAMES E. SHLESINGER
Shlesinger, Arkwright &
    Garvey LLP
1420 King Street, Suite 600
Alexandria, Virginia 22314

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

William G. Pecau, Esq.
Rachel M. Marmer, Esq.

STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Charles B. Paterson, Esq.
Paul A. Clark, Esq.
BALCH & BINGHAM, LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama  36104

/s/ WILLIAM W. WATTS