**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 14, 2008

# NOTICE OF CORRECTION

**From:**             **Clerk's Office**

**Case Style:**       **Regions Asset Company, et al. v. Regions University, Inc.**

**Case Number:**      **#2:06-cv-00882-MHT**

**Referenced Document:** **Document #165**
**Designation of Trial Witnesses**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain the correct date on the certificate of service. The corrected pdf is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, et al., ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 2:06-cv-882-MHT |
| REGIONS UNIVERSITY, INC. ) | |
| Defendant. ) | |

**DEFENDANT'S DESIGNATION OF TRIAL WITNESSES**

COMES NOW the defendant Regions University, Inc. and, pursuant to Rule 26(a)(3), <u>F.R.C.P.</u> and the Court's Uniform Scheduling Order, identifies the following witnesses that it expects to present at trial.

1. Dr. Rex Turner
   Regions University
   Montgomery, Alabama
   334-387-3877

2. Dr. John White
   Regions University
   Montgomery, Alabama
   334-387-3877

3. Ms. Anita Crosby
   Regions University
   Montgomery, Alabama
   334-387-3877

4. Ms. Laina Costanza
   161 Watson Circle
   Montgomery, Alabama
   334-244-4141

    5.    Ms. Hope Mehlman
         Regions Bank
         Birmingham, Alabama

Defendant identifies the following persons whom defendant may call if the need arises:

1.    Ms. Andrea Bender
     3650 Hayfield Place
     Mobile, Alabama  36608
     251-343-0878

2.    Mr. Stephen J. Stricklin
     3560 Arlington Oaks Drive
     Mobile, Alabama  36695
     251-639-8196

3.    Ms. Pauline Holder
     Hudson & Watts, LLP
     One St. Louis Centre
     Mobile, Alabama  36602
     251-432-7200

4.    Ms. Lily Matini
     Shlesinger, Arkwright & Garvey LLP
     1420 King Street, Suite 600
     Alexandria, Virginia 22314
     703-684-5600

5.    Ms. Doris Dimino
     10553 Tarton Fields Circle
     Raleigh, North Carolina  27617
     919-624-7428

6.    Ms. Jean Paterson
     3102 South High Street
     Arlington, Virginia 22202

7.    Mr. Wilson Luquire
     University of Alabama Huntsville
     Huntsville, Alabama
     256-824-1000

8.    Mr. David Moore
     University of Alabama Huntsville
     Huntsville, Alabama

>   256-824-1000

9. Mr. Russell Dunman
   Regions Bank
   Montgomery, Alabama

10. Mr. Mike Pollard
    Regions Bank
    Birmingham, Alabama

11. Mr. Scott Peters
    Regions Bank
    Birmingham, Alabama

12. Mr. William Askew
    Regions Bank
    Birmingham, Alabama

13. Mr. Neal Berte
    4808 Mill Springs Circle
    Birmingham, Alabama 35223

14. Mr. Samuel Upchurch, Jr.
    3828 Forest Glen Drive
    Mountain Brook, Alabama 35213

15. Ms. Patsy Fulghum
    62 Wateree Key Drive
    Greensboro, South Carolina 29180

16. Ms. Carolyn Hughes
    72 Military Road
    Marion, Arkansas 72364

17. Defendant may call representatives of any of the businesses or organizations identified by defendant in these proceedings and employing the word "Region" or "Regions" in their trade or business name.

18. Defendant reserves the right to call any and all witnesses identified by plaintiffs on their witness list.

3

                    Respectfully submitted,

/s/ WILLIAM W. WATTS
WILLIAM W. WATTS, III
[WATTW5095]
bill@alabamatrial.com
[HUDSV1684]
tom@alabamatrial.com
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601


JAMES E. SHLESINGER
Shlesinger, Arkwright &
    Garvey LLP
1420 King Street, Suite 600
Alexandria, Virginia 22314

ATTORNEYS FOR DEFENDANT


CERTIFICATE OF SERVICE

    I hereby certify that on January 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

    William G. Pecau, Esq.
    Rachel M. Marmer, Esq.
    STEPTOE & JOHNSON LLP
    1330 Connecticut Avenue, NW
    Washington, DC 20036

    Charles B. Paterson, Esq.
    Paul A. Clark, Esq.
    BALCH & BINGHAM, LLP
    105 Tallapoosa Street, Suite 200
    Montgomery, Alabama  36104

                    /s/ WILLIAM W. WATTS