## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| REGIONS ASSET COMPANY, ) | |
| REGIONS FINANCIAL CORPORATION, ) | |
| and REGIONS BANK ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civil Action No. 2:06-cv-882-MHT |
| ) | |
| REGIONS UNIVERSITY, INC. ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST

COMES NOW plaintiffs, Regions Asset Company, Regions Financial Corporation and

Regions Bank, and, pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's

Uniform Scheduling Order, designates the following exhibits that may be used at the trial of this

matter.  Plaintiffs reserve the right to use at trial any and all exhibits identified by defendant.

| PX | Date | Description | Bates/ Deposition Exhibit (Ex.) #/ Decl. Ex. # | Offered |
|---|---|---|---|---|
| 1. | 4/25/07 | Internal Regions email messages about inquiries as to connection or affiliation between Regions and Regions University | Ex. 1 | Offered Without Objection |
| 2. | | Regions Bank advertisement showing chevron logo design | RAC00010061 | Offered Without Objection |
| 4. | 5/8/07 | Regions Organizational Development and Learning mission and initiatives; 2006 *Training* Top 100 Application; 2006 CLO Award Application | Ex. 4 | Offered Without Objection |
| 9. | | Regions brochure "Building a Career Filled with Opportunity" | RAC00012337-42 | Offered Without Objection |
| 10. | | Regions Career Management brochure | RAC000011103-04 | Offered Without Objection |
| 11. | 12/6/07 | Regions.com "Let's Get Started" webpage about an associate's first day at Regions | RAC00000125-26 | Offered Without Objection |

| 12. | | "Regions University" logos | RAC00001403-07 | Offered Without Objection |
|-----|------|----|----|----|
| 13. | | Regions University Retail College logos and folder designs | RAC00001300-18 | Offered Without Objection |
| 14. | | Regions University budget reports | RAC00030347-58 | Offered Without Objection |
| 15. | 8/17/06 | Regions University website home page | Ex. 15 | Offered Without Objection |
| 16. | 8/17/06 | Regions University Retail College web page | Ex. 16 | Offered Without Objection |
| 17. | 2/17/07 | Regions University Student Count by State for Fall 2006 and Spring 2007 | RU 1908 | Offered Without Objection |
| 18. | 2006-07 | SCU Undergraduate Expense | RU 1374-1375 | Offered Without Objection |
| 19. | 02/2007 | Regions University advertisement | RU 0216 | Offered Without Objection |
| 20. | 9/26/05 | SCU Board of Regents Meeting Minutes | RU 0109-0111 | Offered Without Objection |
| 22. | 12/16/05 | SCU Board Meeting Minutes | RU 0117-0119 | Offered Without Objection |
| 23. | 3/17/06 | SCU Board Meeting Minutes | RU 0133-0135 | Offered Without Objection |
| 24. | 3/17/06 | SCU Resolution | RU 0137-39 | Offered Without Objection |
| 25. | 7/6/06 | SCU Minutes of Team Meeting | RU 0146-0148 | Offered Without Objection |
| 26. | 6/22/06 | PTO Office Action re mark MASTERS UNIVERSITY | RU 0140-0145 | Offered Without Objection |
| 27. | 7/27/06 | SCU Minutes of Team Meeting | RU 0149-0151 | Offered Without Objection |
| 28. | 7/27/06 | Email from Shlesinger to Turner | RU 0178-0179 | Offered Without Objection |
| 29. | 05/2007 | BellSouth White Pages Listing | Ex. 29 | Offered Without Objection |
| 30. | 7/26/06 | Email from Johnson to Turner re: Mark University | RU 0180-0181 | Offered Without Objection |
| 31. | 7/28/06 | SCU Resolution | RU 0025-0027 | Offered Without Objection |
| 32. | 7/31/06 | SCU Minutes of Team Meeting | RU 0152 | Offered Without Objection |
| 33. | 8/8/06 | Email from Turner to school community re name change to RU | RU 0046 | Offered Without Objection |
| 34. | 8/16/06 | Name Change Letter | RU 0058-0059 | Offered Without Objection |

| 35. | 8/9/06; 8/31/06 | Emails about name change | RU 1909-1911 | Offered Without Objection |
|---|---|---|---|---|
| 36. | | Regions University advertisement "History, Mission & Organization of Regions University" | RU 0080-0108 | Offered Without Objection |
| 37. | 8/18/06 | Letter from Pecau to Turner | RU 0063-0065 | Offered Without Objection |
| 38. | 12/2006 | Name Change Letter | RU 1281-1282 | Offered Without Objection |
| 39. | 9/15/06 | Regions University "Message from the President" | RAC00030553-54 | Offered Without Objection |
| 40. | 5/11/07 | 2 Corinthians-King James Bible | Ex. 40 | Offered Without Objection |
| 41. | 5/11/07 | 2 Corinthians-American Standard Bible | Ex. 41 | Offered Without Objection |
| 42. | 8/15/06 | Regions University Logo | RU 0191 | Offered Without Objection |
| 43. | 8/19/06 | Regions University Logo | RU 0193 | Offered Without Objection |
| 44. | | Regions University advertising: World Wide Commercial | RU 0208-0212 | Offered Without Objection |
| 45. | | Regions University advertising: Radio Anywhere (45 seconds) | RU 0213 | Offered Without Objection |
| 46. | | Regions University advertising: Radio Anywhere (15 seconds) | RU 0214 | Offered Without Objection |
| 47. | | Regions University advertisements | RU 1617-1619 | Offered Without Objection |
| 48. | 02/2007 | Regions University Media Placement | RU 1603-1606 | Offered Without Objection |
| 49. | | Regions University website screen captures | RU 1498, 1502, 1506 | Offered Without Objection |
| 49 A. | | Regions University website screen captures | RU 1432-1602 | Offered Without Objection |
| 50. | 2005-06 | Regions University Summary of Loans Disbursed | RU 1670, 1713-1715 | Offered Without Objection |
| 50 A | 2005-06 | Regions University Summary of Loans Disbursed | RU 1670-1907 | Offered Without Objection |
| 51. | 2006-07 | Regions University Summary of Loans Disbursed | RU 1800, 1899-1902 | Offered Without Objection |
| 53 | 2006-07 | Regions University Academic Catalog | RU 0436-0439, 0648-0659, 0999-1012 | Offered Without Objection |

| 53 A | 2006-07 | Regions University Academic Catalog | RU 0436-1210 | Offered Without Objection |
|---|---|---|---|---|
| 54. | | Regions University Quick Facts | RU 0245 | Offered Without Objection |
| 55. | 8/10/06 | Emails between Vucovich and Crosby | RU 0048 | Offered Without Objection |
| 59. | 8/4/06 | Email from Turner to Costanza and Crosby re New DNS ITC Deltacom (domain name registration) | RU 1234 | Offered Without Objection |
| 60. | 8/21/06 | Regions University – Tech Team agenda | RU 0047 | Offered Without Objection |
| 64. | 8/16/06 | List of recipients of an email: All Users | RU 1278-79 | Offered Without Objection |
| 65. | 9/14/06 | Regions University website printout | RAC00030552 | Offered Without Objection |
| 66. | | Photographs of SCU signs | RAC00030559-64 | Offered Without Objection |
| 69. | | Regions University promotional materials | RU 0237; RU 1628-1630 | Offered Without Objection |
| 71. | | Regions University promotional materials – Military Times in March, August and November '07 | RU 0215 | Offered Without Objection |
| 72. | 8/17/06 | Emails and materials re RU Promotion on Peterson website | RU 1380-1385 | Offered Without Objection |
| 73. | 2006-07 | 2006-2007 Cti Family of Magazines Advertising Contract/Proposal | RU 0217 | Offered Without Objection |
| 75. | | Regions University – "Current 2007 Logos" | RU 185, 190, 203, 234-236 | Offered Without Objection |
| 76. | 2/9/07 | Invoices re Regions University commercial | RU 1609-1612 | Offered Without Objection |
| 77. | 2/1/07 | Invoices re Regions University radio commercial | RU 1607-1608 | Offered Without Objection |
| 78. | 2/13/07 | Invoices re Regions University promotions | RU 1637-1639, 1641, 1644-1647, 1633-1636, 1642-1643, 1648-1652, 1640, 1653, 1657, 1656, 1654-1655 | Offered Without Objection |

| 79. | 1/1/07 | Invoices re Regions University promotions | RU 1615-1616, 1626-1627, 1631-1632, 1620-1625 | Offered Without Objection |
|---|---|---|---|---|
| 83. | 12/31/06 | Regions Metric Comparisons – Bankwide | RAC00032374-79 | Offered Without Objection |
| 85. | 6/21/07 | Memo re: Regions Collegiate Sponsorship Renewal Recommendations for 2007 | RAC00032321-24 | Offered Without Objection |
| 86. | 6/21/07 | Memo re: Regions Collegiate Sponsorship Renewal Recommendations for 2007 | RAC00032325-26 | Offered Without Objection |
| 87. | 2007 | Regions Suite/Ticket/Venue Inventory | RAC00032342-53 | Offered Without Objection |
| 88. | 4/30/06 | Regions Internet Banking Household Profile Report | RAC00032339-41 | Offered Without Objection |
| 92. | | Regions internal marketing document | RAC00031144 | Offered Without Objection |
| 93. | | Regions internal marketing document | RAC00031150 | Offered Without Objection |
| 94. | | Regions internal marketing document | RAC00031153 | Offered Without Objection |
| 95. | | Regions internal marketing document | RAC00031155 | Offered Without Objection |
| 96. | | Regions internal marketing document | RAC00031161 | Offered Without Objection |
| 99. | | Regions internal marketing document | RAC00031179 | Offered Without Objection |
| 101. | | Regions internal marketing document | RAC00031198 | Offered Without Objection |
| 102. | 6/22/07 | Regions.com – FAQ page | RAC00032217-21 | Offered Without Objection |
| 104. | 2005 | Regions Branch Quality Satisfaction Index, 2nd Quarter 2005 | RAC00022261-98 | |
| 106. | 2007 | Regions Corporate Communications Merger Proposed Budget | RAC00032354-55 | Offered Without Objection |
| 112. | 2004-05 | Southern Christian University Academic Catalog | RU 2880-3521 | Offered Without Objection |
| 113. | 2006-07 | Academic Catalog | RU 1943-2719 | Offered Without Objection |
| 115. | 8/2/06 | Email from White to Turnham | RU 0028-0029 | Offered Without Objection |
| 116. | 8/2/06 | Email from White to Crosby, Turner, Turner and Patterson | RU 0030-0031, RU 2772-2879, | Offered Without Objection |

| | | | RU 2728-2735 | |
|------|-------------|------------------------------------------------------------------------------------|-------------------|----------------------------|
| 119. | | Regions University promotional materials | RU 0421-0434 | Offered Without Objection |
| 123. | 1/1/04–6/29/07 | Regions University advertising expenditures | RU 2720-2727 | Offered Without Objection |
| 124. | 7/11/07 | Regions University Admissions Application | Ex. 124 | Offered Without Objection |
| 130. | 6/2006 | Regions – Advertising Research June 2006 | RAC00022360-70 | Offered Without Objection |
| 131. | 2005 | Regions – Branch Quality Satisfaction Index, 2nd Quarter 2005 | RAC00022261-98 | Withdrawn |
| 133. | 6/15/07 | Regions Disclosure of Expert Testimony | Ex. 133 | Withdrawn |
| 134. | 8/9/07 | Abernethy CV updated | Ex. 134 | Offered Without Objection |
| 135. | 7/2007 | Regions/AmSouth Awareness & Perception Survey (July 2007) | RAC00040993-1031 | |
| 137. | 12/2/97 | Non-Exclusive License Agreement | Ex. 137 | Offered Without Objection |
| 157. | | Regions promotional materials | RAC00000007-08 | Offered Without Objection |
| 158. | | Regions promotional materials | RAC00000047 | Offered Without Objection |
| 159. | | Regions promotional materials | RAC00000048 | Offered Without Objection |
| 160. | 2005 | Regions – 2005 Annual Report | RAC00000549-690 | Offered Without Objection |
| 161. | 2005 | Regions – 2005 Annual Report Organizational Development and Learning (for Regions University) | RAC00000691-744 | Offered Without Objection |
| 162. | | Regions promotional materials | RAC00001035 | Offered Without Objection |
| 163. | | Regions promotional materials | RAC00001082 | Offered Without Objection |
| 164. | | Regions promotional materials | RAC00001473 | Offered Without Objection |
| 165. | | Regions promotional materials | RAC00001474 | Offered Without Objection |
| 166. | | Regions promotional materials | RAC00001478 | Offered Without Objection |
| 167. | | Regions promotional materials | RAC00001480 | Offered Without Objection |
| 168. | | Regions promotional materials | RAC00002150 | Offered Without Objection |

| | | | | |
|---|---|---|---|---|
| 169. | | Regions promotional materials | RAC00002151 | Offered Without Objection |
| 170. | | Regions promotional materials | RAC00002232 | Offered Without Objection |
| 171. | | Regions promotional materials | RAC00002756 | Offered Without Objection |
| 172. | | Regions promotional materials | RAC00002804 | Offered Without Objection |
| 173. | | Regions building photograph | RAC00003376 | Offered Without Objection |
| 174. | | Regions – "highway board" advertisement | RAC00003378 | Offered Without Objection |
| 175. | | Regions promotional materials | RAC00004216-23 | Offered Without Objection |
| 176. | | Regions promotional materials: Banking with Confidence | RAC00004620-24 | Offered Without Objection |
| 177. | | Regions promotional materials: Equity AssetLine /simplify bills | RAC00004722 | Offered Without Objection |
| 178. | | Regions promotional materials: Collegiate Private Loan Program | RAC00007124-27 | Offered Without Objection |
| 179. | | Regions promotional materials | RAC00007926 | Offered Without Objection |
| 180. | | Regions promotional materials | RAC00007929 | Offered Without Objection |
| 181. | | Regions promotional materials | RAC00007944 | Offered Without Objection |
| 182. | | Regions promotional materials: Collegiate Checking Account | RAC00008991 | Offered Without Objection |
| 183. | | Regions promotional materials: Community Commitment | RAC00009420-21 | Offered Without Objection |
| 184. | | Regions promotional materials | RAC00010058-59 | Offered Without Objection |
| 185. | 1997-98 | Regions promotional materials | RAC00010064-65 | Offered Without Objection |
| 186. | 10/1996 | Regions promotional materials: Newspaper Ad | RAC00010072 | Offered Without Objection |
| 187. | | Regions promotional materials | RAC00010073-75 | Offered Without Objection |
| 188. | 6/26/96 | Regions promotional materials | RAC00010132-40 | Offered Without Objection |
| 189. | | Regions promotional materials | RAC00010095-96 | Offered Without Objection |
| 190. | 1995 | Regions promotional materials | RAC00010180 | Offered Without Objection |
| 191. | | Regions promotional materials | RAC00010184 | Offered Without Objection |

| 192. |  | Regions promotional materials | RAC00010186 | Offered Without Objection |
|------|--|-------------------------------|-------------|---------------------------|
| 193. |  | Regions promotional materials | RAC00010238 | Offered Without Objection |
| 194. |  | Regions promotional materials: Parent Loans for Undergraduate Students | RAC00011209-10 | Offered Without Objection |
| 195. |  | Regions promotional materials: Student Loan Center | RAC00011226-27 | Offered Without Objection |
| 196. |  | Regions promotional materials: Regions Excel Account | RAC00012134-37 | Offered Without Objection |
| 197. | 7/1/94 | Application to register REGIONS with the USPTO | RAC00012273-79 | Offered Without Objection |
| 198. |  | Regions logo documentation | RAC00013304 | Offered Without Objection |
| 199. | 3/30/06 | Regions SEC Radio Transcript | RAC00012495 | Offered Without Objection |
| 200. | 5/25/06 | Press Release: Regions and AmSouth merged | RAC00012627-31 | Offered Without Objection |
| 201. | 1/27/06 | Regions University Course Catalog | RAC00014782-93 | Offered Without Objection |
| 202. | 2/21/07 | Regions Retail College webpage | RAC00014794 | Offered Without Objection |
| 203. | 2/21/07 | Regions University webpage | RAC00014795 | Offered Without Objection |
| 204. |  | Regions promotional materials | RAC00015158 | Offered Without Objection |
| 205. |  | Regions promotional materials | RAC00015159 | Offered Without Objection |
| 206. |  | Regions promotional materials | RAC00015160 | Offered Without Objection |
| 207. |  | Regions promotional materials | RAC00015149 | Offered Without Objection |
| 208. |  | Regions promotional materials | RAC00015183 | Offered Without Objection |
| 209. |  | Regions promotional materials | RAC00015165 | Offered Without Objection |
| 210. | 1/12/05-10/27/05 | Regions advertising expenses chart | RAC00022299-328 | Offered Without Objection |
| 211. | 2005 | Regions Advertising expenses chart | RAC00022329-333 | Offered Without Objection |
| 212. | 2005 | Regions Market Research and Analytics, Direct Marketing – expenses charts for 2005 | RAC00022334-340 | Offered Without Objection |

| 213. | 2006 | Regions Marketing Plan 2006 Budget Planning (Bank view) | RAC00022341-45 | Offered Without Objection |
|---|---|---|---|---|
| 214. | 2006 | Regions Marketing Plan 2006 Budget Planning (revised) | RAC00022346-50 | Offered Without Objection |
| 215. | 2006 | Regions Marketing Plan 2006 Budget Planning (revised) and Competitive data charts | RAC00022351-58 | Offered Without Objection |
| 216. | | Regions Pre/Post Wave recognition statistics comparison | RAC00022359 | |
| 217. | 2000 | Regions Ad Awareness & Tracking Report for the Year 2000 (by New South Research) | RAC00022371-84 | |
| 218. | 2001 | Regions Ad Awareness & Tracking Report for the Year 2001 (by New South Research) | RAC00022585-785 | |
| 219. | 2002 | Regions Ad Awareness & Tracking Report for the Year 2002 (by New South Research) | RAC00022786-858 | |
| 220. | 2003 | Regions Ad Awareness & Tracking Report for the Year 2003 (by New South Research) | RAC00022859-938 | |
| 221. | 2006 | Regions Advertising Plan 2006 | RAC00022939-44 | Offered Without Objection |
| 222. | 2005 | Regions 2005 Results Overview (budget planning) | RAC00022945-46 | Offered Without Objection |
| 223. | 2006 | Regions Advertising Plan | RAC00022951-91 | Offered Without Objection |
| 224. | | Regions promotional materials | RAC00022992-94 | Offered Without Objection |
| 225. | | Blog comments | RAC00022995-96 | Offered Without Objection |
| 226. | | Regions promotional materials | RAC00025568 | Offered Without Objection |
| 227. | | Regions promotional materials | RAC00028202 | Offered Without Objection |
| 228. | | Regions promotional materials | RAC00028232-33 | Offered Without Objection |
| 229. | | Regions promotional materials | RAC00028284 | Offered Without Objection |
| 230. | 2006 | Regions 2006 Annual Report | RAC00030579-673 | Offered Without Objection |
| 231. | 2006 | 2006 Training Top 100 Application | RAC00031056-100 | Offered Without Objection |
| 232. | 9/20/04 | Creative Brief: Regions Fin. Corp. 2005 Name change | RAC00031134-36 | Offered Without Objection |

| 233. | 2/28/05 | Creative Brief: Regions Fin. Corp. | RAC00031143-48 | Offered Without Objection |
|---|---|---|---|---|
| 234. | 8/11/05 | Creative Brief: Regions Bank 'MORLinked Letter Program, Central Region Pilot' | RAC00031149-51 | Offered Without Objection |
| 235. | 8/11/05 | Creative Brief: Regions Bank 'DDA Customer Mortgage Offer' | RAC00031152-53 | Offered Without Objection |
| 236. | 8/11/05 | Creative Brief: Regions Bank 'Celebrate New Checking Customers' | RAC00031154-56 | Offered Without Objection |
| 237. | 7/17/06 | Creative Brief 'Insurisk Newsletter/Masthead' | RAC00031157-62 | Offered Without Objection |
| 238. | 11/8/04 | Creative Brief: Regions/Union Planters 2005 EAL/Legacy HELOC Campaigns | RAC00031163-65 | Offered Without Objection |
| 239. | 7/17/06 | Creative Brief 'Insurisk Newsletter/Masthead' | RAC00031166-68 | Offered Without Objection |
| 240. | 6/20/06 | Creative Brief: Regions Bank/Big Picture Installment Loans | RAC00031169-71 | Offered Without Objection |
| 241. | 11/8/04 | Creative Brief: Regions/Union Planters 2005 EAL/Legacy HELOC Campaigns | RAC00031172-74 | Offered Without Objection |
| 242. | 10/14/05 | Creative Brief: Regions 2006 Online Banking | RAC00031178-82 | Offered Without Objection |
| 243. | 10/10/05 | Creative: Regions 2006 Small Business Campaign Creative Brief | RAC00031183-87 | Offered Without Objection |
| 244. | 11/8/05 | Creative Brief: Regions/2006 Branding Campaign | RAC00031188-92 | Offered Without Objection |
| 245. | 6/9/05 | Creative Brief: Regions Small Business Salute TV 2005 REG-SPT-T51746 | RAC00031197-200 | Offered Without Objection |
| 246. | | Regions promotional materials | RAC00031243 | Offered Without Objection |
| 247. | | Regions promotional materials – SEC Football | RAC00031247 | Offered Without Objection |
| 248. | | Regions promotional materials – Strength of a Winner | RAC00031253 | Offered Without Objection |
| 249. | 6/22/07 | Regions Online Banking Material | RAC00032204-311 | Offered Without Objection |
| 250. | 5/22/07 | Spending by media | RAC00032312-17 | Offered Without Objection |
| 251. | 8/8/03 | Tuition Scholarship Agreement between Regions Financial Corp and Univ. of Alabama | RAC00040378-80 | Offered Without Objection |
| 252. | 5/19/03 | Agreement Establishing Regions Academic Achievement Scholarship in College of Business, Auburn Univ. | RAC00040381-82 | Offered Without Objection |

| 253. | 9/17/03 | Book Scholarship Agreement between Regions Financial Corp. and Alabama State Univ. | RAC00040383-84 | Offered Without Objection |
|------|---------|-----------------------------------------------------------------------------------|----------------|---------------------------|
| 254. | 8/14/03 | Book Scholarship Agreement between Regions Financial Corp. and Alabama A&M Univ. | RAC00040385-86 | Offered Without Objection |
| 255. | 8/8/06 | Regions Academic Achievement Scholarship Agreement between Regions Bank and Florida State Univ. | RAC00040387-89 | Offered Without Objection |
| 256. | 5/6/06 | Book Scholarship Agreement between Regions Financial Corp. and Clark Atlanta Univ. | RAC00040390-92 | Offered Without Objection |
| 257. | 7/8/03 | Letter re undergraduate annual scholarship established by Regions Bank to SMU Cox Business School | RAC00040395 | Offered Without Objection |
| 258. | 5/6/06 | Book Scholarship Agreement between Regions Financial Corp. and Texas Southern Univ. | RAC00040396-98 | Offered Without Objection |
| 259. | | Regions Community Service Report | RAC00040414-65 | Offered Without Objection |
| 260. | 7/30/07 | Regions Website: Community, Social Responsibility | RAC00040466-68 | Offered Without Objection |
| 261. | 7/31/07 | Broadcast/Radio live reads re Regions | RAC00041092 | Offered Without Objection |
| 262. | 8/9/07 | Secsports.com website documents | RAC00041102-04 | Offered Without Objection |
| 263. | 7/24/07 | Regions promotion materials | RAC00041105 | Offered Without Objection |
| 264. | 8/7/07 | CNNMoney.com article re Regions | RAC00041117-22 | Offered Without Objection |
| 265. | 6/3/07 | Montgomery Advertiser article re RU | RAC00041123 | Offered Without Objection |
| 266. | 8/17/07 | Survey Questionnaire | | Offered Without Objection |
| 267. | 7/07 | Regions/AmSouth Awareness & Perception Survey | RAC00041198-1385 | |
| 268. | 9/14/06 | Letter from W. Pecau to J. Shlesinger | RU 0069-0074 | Offered Without Objection |
| 269. | 9/25/06 | Letter from J. Shlesinger to W. Pecau | RU 0075-0077 | Offered Without Objection |
| 270. | 8/31/06 | Letter from J. Shlesinger to W. Pecau | RU 0078-0079 | Offered Without Objection |
| 271. | 8/14/07 | Certified US trademark registration number 1881600 for REGIONS | RAC00041456-58 | Offered Without Objection |

| 272. | 9/21/07 | Certified US trademark registration number 1914267 for REGIONS and chevron design | RAC00041459-60 | Offered Without Objection |
|------|---------|-----------------------------------------------------------------------------------|-----------------|--------------------------|
| 273. | 9/21/07 | Certified US trademark registration number 1957997 for REGIONS MANAGEMENT ACCOUNT | RAC00041461-62 | Offered Without Objection |
| 274. | 9/21/07 | Certified US trademark registration number 2007680 for REGIONS COLLEGIATE CHECKING | RAC00041463-64 | Offered Without Objection |
| 275. | 8/14/07 | Certified US trademark registration number 2191540 for REGIONS REWARDS | RAC00041465-66 | Offered Without Objection |
| 276. | 8/14/07 | Certified US trademark registration number 2250389 for REGIONSNET | RAC00041467-68 | Offered Without Objection |
| 277. | 9/21/07 | Certified US trademark registration number 2584509 for REGIONS NET and design | RAC00041469-70 | Offered Without Objection |
| 278. | 9/24/07 | Certified US trademark registration number 2737615 for REGIONS E-TRACKER | RAC00041471-72 | Offered Without Objection |
| 279. | 8/14/07 | Certified US trademark registration number 2599308 for REGIONS BASIC BANKING | RAC00041473-74 | Offered Without Objection |
| 280. | 2004 | Regions promotional material – Right Thing Everyday | RAC00001203 | Offered Without Objection |
| 281. | 2005 | Regions promotional material – Our Name Has Changed | RAC00001247 | Offered Without Objection |
| 282. | | Regions promotional material – Nuestro Nombre La cembiado | RAC00001253 | Offered Without Objection |
| 283. | | Regions promotional material – Regions Photoboard | RAC00001402 | Offered Without Objection |
| 284. | | Regions promotional material – Regions Radio | RAC00001434 | Offered Without Objection |
| 285. | | Regions promotional material – Regions Committed to Helping Rebuild 2004 | RAC00001467 | Offered Without Objection |
| 286. | 2004 | Regions promotional material – The New Regions Financial Corporation | RAC00001498 | Offered Without Objection |
| 287. | 2004 | Regions promotional material – SEC Football | RAC00001554 | Offered Without Objection |
| 288. | 2005 | Regions promotional material – Union Planters is now Regions | RAC00001638 | Offered Without Objection |
| 289. | 2004 | Regions promotional material – Community Involvement for 2004 | RAC00001850 | Offered Without Objection |

| 290. |      | Regions promotional material – The Regions Difference | RAC00002020 | Offered Without Objection |
|------|------|-------------------------------------------------------|-------------|---------------------------|
| 291. |      | Regions promotional material – Regions Equity Asset Line | RAC00002021 | Offered Without Objection |
| 292. |      | Regions promotional material – Regions Checkcard and Einstein Exhibit | RAC00002064 | Offered Without Objection |
| 293. | 2005 | Regions promotional material – "Borrow with Confidence" | RAC00002072 | Offered Without Objection |
| 294. | 2007 | Regions promotional material – Regions Free Checking | RAC00002084 | Offered Without Objection |
| 295. | 2005 | Regions promotional material – Looking for a Student Loan Lender | RAC00002136-37 | Offered Without Objection |
| 296. | 2005 | Regions promotional material – Student Loan | RAC00002142 | Offered Without Objection |
| 297. | 2005 | Regions promotional material – Farmer | RAC00002167 | Offered Without Objection |
| 298. | 2007 | Regions promotional material – Regions Net | RAC00002193-94 | Offered Without Objection |
| 299. | 2007 | Regions promotional material – Regions Mortgage | RAC00002195 | Offered Without Objection |
| 300. | 2006 | Regions promotional material – Regions Fact Sheet | RAC00002228-29 | Offered Without Objection |
| 301. | 2005 | Regions promotional material – Regions is Committed | RAC00002230 | Offered Without Objection |
| 302. | 2005 | Regions promotional material – Regions Check Card | RAC00002740 | Offered Without Objection |
| 303. | 2005 | Regions promotional material – Regions Student Free Checking | RAC00002765-67 | Offered Without Objection |
| 304. |      | Regions promotional material – Regions Sun Belt and SEC | RAC00002785 | Offered Without Objection |
| 305. |      | Regions promotional material – Welcome Back Students | RAC00002801 | Offered Without Objection |
| 306. | 2006 | Regions promotional material – Regions Radio Spelling Test | RAC00003410 | Offered Without Objection |
| 307. | 2005 | Regions promotional material – Regions Bank Community Leader | RAC00003685 | Offered Without Objection |
| 308. | 2005 | Regions promotional material – Community Development Brochure for 2006 | RAC00004090 | Offered Without Objection |
| 309. | 2006 | Regions promotional material – Neighborhood Party (SEC 2006) | RAC00006432 | Offered Without Objection |

| 310. | 2006 | Regions promotional material – Welcome to REGIONS | RAC00006467 | Offered Without Objection |
|------|------|--------------------------------------------------|-------------|---------------------------|
| 311. | 2006 | Regions promotional material – College Loan | RAC00006978 | Offered Without Objection |
| 312. | 2006 | Regions promotional material – Community Development | RAC00007148 | Offered Without Objection |
| 313. | 2006 | Indiana Black Expo | RAC00008006 | Offered Without Objection |
| 314. | 2005 | Hoosier Basketball IU | RAC00008029 | Offered Without Objection |
| 315. | 2005 | Community Ad – (Kentucky 2005) | RAC00008047 | Offered Without Objection |
| 316. | 2005 | A Good Book Gives You Confidence Ad | RAC00008332 | Offered Without Objection |
| 317. | 2005 | Support this Community – (University of Louisiana Monroe) | RAC00008340 | Offered Without Objection |
| 318. | 2005 | Student Partnership Program Package | RAC00008411 | Offered Without Objection |
| 319. | 2006 | Support this Community | RAC00008720 | Offered Without Objection |
| 320. | 2006 | Support this Community Alabama | RAC00008732 | Offered Without Objection |
| 321. | 2006 | We're Already Your Neighbor Alabama | RAC00008736 | Offered Without Objection |
| 322. | 2006 | Confidence Comes in Many Sizes Alabama | RAC00008737 | Offered Without Objection |
| 323. | 2006 | Student Loans 2006 | RAC00008796 | Offered Without Objection |
| 324. | 2007 | 100 Billion to Community Development | RAC00008870 | Offered Without Objection |
| 325. | 2006 | 105 Years in Mobile | RAC00008961 | Offered Without Objection |
| 326. | 2006 | Directions to Regions Turn Anywhere | RAC00008975 | Offered Without Objection |
| 327. | 8/2/06 | Letter to Commission on Accrediting of the Association of Theological Schools from Rex Turner, Jr. | RU 0024 | Offered Without Objection |
| 328. | 8/2/06 | Letter from Rex Turner to Wheelan | RU 0031 | Offered Without Objection |
| 329. | 8/4/06 | Email from Rex Turner to Costanza | RU 0042 | Offered Without Objection |

| | | | | |
|---|---|---|---|---|
| 330. | 8/10/06 | Email from Vucovich to Crosby | RU 0048 | Offered Without Objection |
| 331. | 9/21/06 | REGIONS Search | RAC00015277-709 | Offered Without Objection |
| 332. | 2006 | Regions is the Proud Sponsor | RAC00009646 | Offered Without Objection |
| 333. | | Regions Arts Montgomery | RAC00010036 | Offered Without Objection |
| 334. | 2/2006 | Sponsorship Ad in Montgomery Alabama Dance Theatre | RAC00010279 | Offered Without Objection |
| 335. | 2004 | Regions SEC | RAC00023064 | Offered Without Objection |
| 336. | 2004 | Regions SEC Football | RAC00023067 | Offered Without Objection |
| 337. | 2007 | Regions University/Alabama Gymnastics | RAC00023336 | Offered Without Objection |
| 338. | 2006 | Regions Crimson Tide | RAC00023337 | Offered Without Objection |
| 339. | 2005 | Razorbacks 2006 | RAC00023338 | Offered Without Objection |
| 340. | 2005 | Hoosiers 2006 | RAC00023340 | Offered Without Objection |
| 341. | 2005 | Auburn Tigers | RAC00023339 | Offered Without Objection |
| 342. | 2005 | Boilermakers | RAC00023341 | Offered Without Objection |
| 343. | 2005 | Gamecocks | RAC00023342 | Offered Without Objection |
| 344. | 2004 | Regions Graduation Ad | RAC000250003 | Offered Without Objection |
| 345. | 2005 | Your Bank for Life | RAC00025052 | Offered Without Objection |
| 346. | | Regions Bank Supports the YMCA | RAC00025097 | Offered Without Objection |
| 347. | 2004 | Meals on Wheels | RAC00025103 | Offered Without Objection |
| 348. | | Regions Bank Supporting SIU School of Medicine | RAC00025119 | Offered Without Objection |
| 349. | 2005 | Regions & You | RAC00025515 | Offered Without Objection |

| | | | | |
|---|---|---|---|---|
| 350. | | Cease and desist letters, responses and agreements | RAC00010465-10959; 11480-12471; 17254-17277; 17515-17521; 30696-31005; 31102-31117; 40847-40872; 41032-41044; 41386-41441-43; 41698-99 | Offered Without Objection |
| 351. | 2006 | Civic Ad | RAC00008001 | Offered Without Objection |
| 352. | 8/16/06 | RU Materials re Peterson.com and financial aid | RU 1372-1377 | Offered Without Objection |
| 353. | 2005 | Why Regions? | RAC00025796 | Offered Without Objection |
| 354. | 2005 | Regions Support of Organizations | RAC00025871 | Offered Without Objection |
| 355. | 2005 | Make a Touchdown SEC | RAC00026245 | Offered Without Objection |
| 356. | 2007 | We Support This Community | RAC00027928 | Offered Without Objection |
| 357. | | Regions – Gamecocks & SEC | RAC00028071 | Offered Without Objection |
| 358. | | In Alabama & Throughout the South | RAC00028109 | Offered Without Objection |
| 359. | | Great Things Happen | RAC00028277 | Offered Without Objection |
| 360. | | The Class of 2003 | RAC00028542 | Offered Without Objection |
| 361. | | #1 Small Business and Sun Belt Conference | RAC00028611 | Offered Without Objection |
| 362. | | Regions University Course Requirements | RU 3845-3850 | Offered Without Objection |
| 363. | | Regions University Promotional Materials | RU 3892-3905 | Offered Without Objection |
| 364. | 8/6/05 | Regions University Advertising Expenditures | RU 2720-2727 | Offered Without Objection |
| 365. | 8/17/07 | Declaration of Carol Zazzaro | | Withdrawn |

| 366. | 8/17/07 | Declaration of Rachel Marmer | | Offered Without Objection |
| 367. | 10/26/07 | Certified copy of MASTERS UNIVERSITY Trademark Application File | RAC00041501-64 | Offered Without Objection |
| 368. | 3/28/98 | License agreement between Regions Asset Company and Regions Licensing Co. | RAC00030390-401 | Offered Without Objection |
| 369. | 3/28/98 | Sublicense agreement between Regions Licensing Co. and Regions Bank | RAC00030402-13 | Offered Without Objection |
| 370. | 6/1/99 | Sublicense agreement between Regions Licensing Co. and Regions Interstate Billing Service, Inc. | RAC00030414-24 | Offered Without Objection |
| 371. | 3/28/98 | Sublicense agreement between Regions Licensing Co. and Regions Financial Corporation | RAC00030425-35 | Offered Without Objection |
| 372. | 1993 | Regions Annual Report 1993 | RAC00015710-92 | Offered Without Objection |
| 373. | 1994 | Regions Annual Report 1994 | RAC00015793-881 | Offered Without Objection |
| 374. | 1995 | Regions Annual Report 1995 | RAC00015882-973 | Offered Without Objection |
| 375. | 1996 | Regions Annual Report 1996 | RAC00015974-6059 | Offered Without Objection |
| 376. | 1997 | Regions Annual Report 1997 | RAC00016110-201 | Offered Without Objection |
| 377. | 1998 | Regions Annual Report 1998 | RAC00016202-319 | Offered Without Objection |
| 378. | 1999 | Regions Annual Report 1999 | RAC00016320-433 | Offered Without Objection |
| 379. | 2000 | Regions Annual Report 2000 | RAC00016434-543 | Offered Without Objection |
| 380. | 2001 | Regions Annual Report 2001 | RAC00016544-665 | Offered Without Objection |
| 381. | 2002 | Regions Annual Report 2002 | RAC00016666-791 | Offered Without Objection |
| 382. | 2003 | Regions Annual Report 2003 | RAC00016792-939 | Offered Without Objection |
| 383. | 2004 | Regions Annual Report 2004 | RAC00016940-7103 | Offered Without Objection |
| 384. | 8/8/07 | Affidavit of Boyd Wilson | | Offered Without Objection |

| 385. | 8/7/07 | Affidavit of Keturah Burton | | Offered Without Objection |
|---|---|---|---|---|
| 386. | 8/17/07 | Affidavit of Brian Warwick | | Offered Without Objection |
| 387. | 7/29/07 | Affidavit of Jack Galassini | | Offered Without Objection |
| 388. | 8/31/07 | Supplemental Declaration of Rachel Marmer | | Offered Without Objection |
| 389. | 7/10/07 | Affidavit of Terry Boyd | | Offered Without Objection |
| 390. | 7/10/07 | Affidavit of David Green | | Offered Without Objection |
| 391. | 7/10/07 | Affidavit of Wanda Norris | | Offered Without Objection |
| 392. | 7/9/07 | Affidavit of Kiel Odom | | Offered Without Objection |
| 393. | 7/9/07 | Affidavit of Mattie Sanders | | Offered Without Objection |
| 394. | 7/9/07 | Affidavit of Karan Rudolph | | Offered Without Objection |
| 395. | 7/10/07 | Affidavit of Robbin Thompson | | Offered Without Objection |
| 396. | 7/10/07 | Affidavit of Denise Murphy | | Offered Without Objection |
| 397. | 7/10/07 | Affidavit of Craig Smith | | Offered Without Objection |
| 398. | 8/15/07 | Certified US trademark registration number 1918496 for REGIONSBANK | RAC00041475-76 | Offered Without Objection |
| 399. | 8/14/07 | Certified US trademark registration number 2599309 for REGIONS CLASSIC BANKING | RAC00041477-78 | Offered Without Objection |
| 400. | 8/14/07 | Certified US trademark registration number 2605827 for REGIONS PREFERRED BANKING | RAC00041479-80 | Offered Without Objection |
| 401. | 8/14/07 | Certified US trademark registration number 2599310 for REGIONS E-SSENTIAL BANKING | RAC00041481-82 | Offered Without Objection |
| 402. | 8/14/07 | Certified US trademark registration number 2599341 for REGIONS PREFERRED PLUS BANKING | RAC00041483-84 | Offered Without Objection |
| 403. | 9/20/07 | Certified US trademark registration number 3267593 for REGIONS QUICK | RAC00041485-86 | Offered Without Objection |

| | | DEPOSIT | | |
|---|---|---|---|---|
| 404. | 9/20/07 | Certified US trademark registration number 3282163 for REGIONS CHARITY CLASSIC | RAC00041487-88 | Offered Without Objection |
| 405. | 9/21/07 | Certified US trademark registration number 3282179 for REGIONS BANK | RAC00041489-90 | Offered Without Objection |
| 406. | 8/15/07 | Certified US trademark registration number 3112740 for REGIONS MOR LINKED CHECKING | RAC00041491-92 | Offered Without Objection |
| 407. | 8/15/07 | Certified US trademark registration number 3103400 for REGIONS FINANCIAL CORP. and design | RAC00041493-94 | Offered Without Objection |
| 408. | 8/15/07 | Certified US trademark registration number 3119462 for REGIONS and design | RAC00041495-96 | Offered Without Objection |
| 409. | 9/20/07 | Certified US trademark registration number 3150549 for REGIONS BANK and design | RAC00041497-98 | Offered Without Objection |
| 410. | 9/21/07 | Certified US trademark registration number 3224650 for REGIONS MORTGAGE | RAC00041499-500 | Offered Without Objection |
| 411. | | Regions Coming Television Commercial in Chattanooga | RAC00030501 | Offered Without Objection |
| 412. | | Regions Coming Television Commercial in Jackson | RAC00030502 | Offered Without Objection |
| 413. | | Regions Free Checking -- Everyday Confidence Television Commercial | RAC00030508 | Offered Without Objection |
| 414. | | Regions. Not just a bank, a Regions bank television commercial | RAC00030509 | Offered Without Objection |
| 415. | | Regions Hurricane Katrina television commercial | RAC00030511 | Offered Without Objection |
| 416. | | Regions SEC television commercial, University of Alabama | RAC00030513 | Offered Without Objection |
| 417. | | Regions SEC television commercial, Louisiana State University | RAC00030521 | Offered Without Objection |
| 418. | | Regions SEC television commercial, Auburn University | RAC00030514 | Offered Without Objection |
| 419. | | Regions SEC television commercial, University of Tennessee | RAC00030515 | Offered Without Objection |
| 420. | | Regions Big Picture (family) television commercial | RAC00030534 | Offered Without Objection |

| 421. | | Regions Big Picture (community development) television | RAC00030536 | Offered Without Objection |
|---|---|---|---|---|
| 422. | | Regions SEC television commercial, University of Kentucky | RAC00030553M | Offered Without Objection |
| 423. | | Regions SEC television commercial, University of Alabama | RAC00030557M | Offered Without Objection |
| 424. | | Regions SEC television commercial, Auburn University | RAC00030559M | Offered Without Objection |
| 425. | 8/16/07 | SAEGIS Search Report for corporate universities | Zazzaro Decl. Ex. A | Withdrawn |
| 426. | 10/24/00 | MARRIOTT UNIVERSITY trademark registration printout from USPTO website | Zazzaro Decl. Ex. A | Withdrawn |
| 427. | 2006 | *Training* Top 100 excerpts | RAC00000212; RAC00000214-16; RAC00000241-42; RAC00000255 | Offered Without Objection |
| 428. | 6/22/07 | Regions.com website printouts about community participation | Peters Decl. Ex. D | Offered Without Objection |
| 429. | 2007 | Phone Book – Birmingham, AL | RAC00031201 | Offered Without Objection |
| 430. | 3/2007 | Phone Book – Raleigh, NC | RAC00031202-03 | Offered Without Objection |
| 431. | 6/2007 | Phone Book – Jackson, MS | RAC00031206-07 | Offered Without Objection |
| 432. | 6/2007 | Phone Book – Mobile, AL | RAC00031208-09 | Offered Without Objection |
| 433. | 5/2006 | Phone Book – Monroe and West Monroe, LA | RAC00031213-15 | Offered Without Objection |
| 434. | 12/2006 | Phone Book – Memphis, TN | RAC00031216-18 | Offered Without Objection |
| 435. | 3/2007 | Phone Book – Houston, TX | RAC00031219-22 | Offered Without Objection |
| 436. | 9/2007 | Phone Book – Charlotte, NC | RAC00031223-26 | Offered Without Objection |
| 437. | 7/2007 | Phone Book – Nashville, TN | RAC00031227-30; RAC00031239-40 | Offered Without Objection |

| 438. | 9/2007 | Phone Book – Alexandria, LA | RAC00031210-12 | Offered Without Objection |
|---|---|---|---|---|
| 439. | 1/2007 | Phone Book – Richmond, VA | RAC00031231-34 | Offered Without Objection |
| 440. | 2006 | Phone Book – Tallahassee, FL | RAC00031204-05 | Offered Without Objection |
| 441. | 2/2007 | Phone Book – Little Rock, AR | RAC00031237-38 | Offered Without Objection |
| 442. | 8/31/07 | Wikipedia article on corporate universities | Marmer Supp. Decl. Ex. D | Offered Without Objection |
| 443. | 5/10/02 | Education in the Workplace: An Examination of Corporate University Models | Marmer Supp. Decl. Ex. D | Offered Without Objection |
| 444. | 8/31/07 | Dallas Business Journal article: Corporate university approach taking hold | Marmer Supp. Decl. Ex. D | Offered Without Objection |
| 445. | 2006 | Regions promotional material | RAC00024491-92 | Offered Without Objection |
| 446. | 8/28/07 | Articles of Amendment to Article of Incorporation | RU 0022-0023 | Offered Without Objection |
| 447. | 10/8/07 | Supplemental Report of Avery Abernethy | | Withdrawn |
| 448. | 10/16/07 | Website printout from www.regionsair.com | RAC00041444-46 | Offered Without Objection |
| 449. | 10/15/07 | Website printout from www.mannington.com/commercial/floorfinder/results.asp | RAC00041447-48 | Offered Without Objection |
| 450. | 10/15/07 | Website printout from www.virginiabeavers.com (redirected from www.regionsrealty.com) | RAC00041449 | Offered Without Objection |
| 451. | 10/16/07 | Website printouts – results of regionscontractors.com or www.regionscontractors.com | RAC00041450-55 | Offered Without Objection |
| 452. | 10/23/07 | Certified US trademark registration number 3115621 for COMMERCE UNIVERSITY | RAC00041565-66 | Offered Without Objection |
| 453. | 10/23/07 | Certified US trademark registration number 2996378 for COMMERCE U C UNIVERSITY | RAC00041567-68 | Offered Without Objection |
| 454. | 10/24/07 | Certified US trademark application serial number 77242456 for UFIRST UNIVERSITY | RAC00041569-80 | Offered Without Objection |
| 455. | 10/24/07 | Certified US trademark application serial number 7717503 for SUPERVALU | RAC00041581-94 | Offered Without Objection |

| | | UNIVERSITY | | |
|---|---|---|---|---|
| 456. | 10/24/07 | Certified US trademark application serial number 78872515 for ALLSTATE AGENCY UNIVERSITY | RAC00041595-602 | Offered Without Objection |
| 457. | 10/23/07 | Certified US trademark registration number 3131884 for BLACK & DECKER UNIVERSITY | RAC00041603-04 | Offered Without Objection |
| 458. | 10/25/07 | Certified US trademark registration number 2983657 for AFLAC UNIVERSITY | RAC00041605-06 | Offered Without Objection |
| 459. | 10/24/07 | Certified US trademark registration number 2870679 for MACGREGOR UNIVERSITY | RAC00041607-08 | Offered Without Objection |
| 460. | 10/23/07 | Certified US trademark registration number 2862215 for EL DORADO UNIVERSITY | RAC00041609-10 | Offered Without Objection |
| 461. | 10/23/07 | Certified US trademark registration number 2805641 for THRIFTY UNIVERSITY | RAC00041611-12 | Offered Without Objection |
| 462. | 10/24/07 | Certified US trademark registration number 2792356 for STANDARD UNIVERSITY THE STANDARD PARKING TRAINING CENTER | RAC00041613-14 | Offered Without Objection |
| 463. | 10/22/07 | Certified US trademark registration number 2844218 for U LAND ROVER UNIVERSITY and design | RAC00041615-16 | Offered Without Objection |
| 464. | 10/22/07 | Certified US trademark registration number 2620504 for QUALCOMM CDMA UNIVERSITY | RAC00041617-18 | Offered Without Objection |
| 465. | 11/05/07 | Certified US trademark registration number 2494412 for CARLIN UNIVERSITY | RAC00041619-20 | Offered Without Objection |
| 466. | 11/05/07 | Certified US trademark registration number 2517518 for VANGUARD UNIVERSITY | RAC00041621-22 | Offered Without Objection |
| 467. | 11/05/07 | Certified US trademark registration number 2433644 for SUNGARD UNIVERSITY | RAC00041623-24 | Offered Without Objection |
| 468. | 11/05/07 | Certified US trademark registration number 2275439 for VISX UNIVERSITY | RAC00041625-26 | Offered Without Objection |
| 469. | 11/05/07 | Certified US trademark registration number 2119297 for MERVYN'S UNIVERSITY | RAC00041628-27 | Offered Without Objection |

| 470. | 11/05/07 | Certified US trademark registration number 2881078 for EPIX UNIVERSITY | RAC00041629-30 | Offered Without Objection |
|---|---|---|---|---|
| 471. | 11/05/07 | Certified US trademark registration number 2398701 for MARRIOTT UNIVERSITY | RAC00041631-32 | Offered Without Objection |
| 472. | 11/2/07 | Certified US trademark application serial number 76679343 for CASTLE UNIVERSITY | RAC00041633-40 | Offered Without Objection |
| 473. | 12/01/07 | Photographs of Regions Bank buildings | RAC00041642-49 | Offered Without Objection |
| 474. | 12/01/07 | Photographs of Regions University sign | RAC00041650-54 | Offered Without Objection |
| 475. | 2007-08 | Phone Book – Greater Birmingham, AL | RAC00041674-79 | Offered Without Objection |
| 476. | 2007-08 | Phone Book – Mobile, AL | RAC00041680-85 | Offered Without Objection |
| 477. | 2007-08 | Phone Book – Montgomery, AL | RAC00041686-90 | Offered Without Objection |
| 478. | 2007-08 | Phone Book – Huntsville, AL | RAC00041696-98 | Offered Without Objection |
| 479. | | Regions University radio commercial: "Radio 60sec Christ Registrationversion" | | Offered Without Objection |
| 480. | | Regions University radio commercial: "Radio 60sec Trad Not Registration.wav" | | Offered Without Objection |
| 481. | | Regions University radio commercial: "Radio 10sec spot.wav" | | Offered Without Objection |
| 482. | | Regions University TV commercial: "RU Traditional 30sec.m4v" | | Offered Without Objection |
| 483. | | Regions University TV commercial: "RU Christian 30sec.m4v" | | Offered Without Objection |
| 484. | | Bible references for region(s) | RU 3812-3822 | Offered Without Objection |
| 485. | | Emails to Russ Dunman | RAC00041655-41660; RAC00041699-41701 | Offered Without Objection |
| 486. | 12/20/07 | Regions University new website | RAC00041661-62 | Offered Without Objection |
| 487. | 12/17/07 | Affidavit of Connie M. Wehner | | Offered Without Objection |

| 488. | 12/19/07 | Affidavit of Robert Jeffrey Boles | | Offered Without Objection |
|---|---|---|---|---|
| 489. | 12/19/07 | Affidavit of Justin Kribbs | | Offered Without Objection |
| 490. | 8/17/07 | Declaration of William Askew | | Offered Without Objection |
| 491. | 12/27/07 | Declaration of Tiffany Miller | | Offered Without Objection |
| 492. | 12/27/07 | List of colleges, universities, and schools named after persons, natural and juristic | Ex. A to Decl. of T. Miller | Offered Without Objection |
| 493. | 12/27/07 | Wikipedia webpage List of colleges and universities named after people | Ex. B to Decl. of T. Miller | Offered Without Objection |
| 494. | 12/27/07 | Webpages of colleges and universities | Ex. C to Decl. of T. Miller | Offered Without Objection |
| 495. | 8/1/07 | Regions University Instructors by Name | RU 3700-3705 | Offered Without Objection |
| 496. | | Actions re RFI | RU 3885-3889 | Offered Without Objection |
| 497. | 8/2/07 | Dantes Online Catalog | RU 3944-3946 | Offered Without Objection |
| 498. | Fall 2006 | Regions University Students/Hours by degree | RU 4023-4087 | Offered Without Objection |
| 499. | 8/17/07 | Declaration of Jim Jager | | |
| 1000. | | Certified REGIONS registrations at the U.S. Patent and Trademark Office | Ex. A to Decl. of R. Marmer | Offered Without Objection |
| 1001. | 2007 | CNN Fortune 500 2007 annual ranking of America's largest corporations website in Alabama | Ex. B to Decl. of R. Marmer | Offered Without Objection |
| 1002. | 12/14/06 | Website Alabama Kitchen Sink | Ex. C to Decl. of R. Marmer | Offered Without Objection |
| 1003. | 2006 | *Training Magazine* Top 100 in 2006 | Ex. D to Decl. of R. Marmer | Offered Without Objection |
| 1004. | 12/2006 | Press release entitled Regions Financial Corporation Establishes Endowed Scholarship at UA | Ex. E to Decl. of R. Marmer | Offered Without Objection |
| 1005. | 06/03/07 | Article "Regions grads come from near and far", Montgomery Advertiser, Sunday, June 3, 2007, at 4A | Ex. F to Decl. of R. Marmer | Offered Without Objection |
| 1006. | 02/06/03 | Notice of Opposition filed at the Trademark Trial and Appeal Board by plaintiffs against registration of | Ex. G to Decl. of R. Marmer | Offered Without Objection |

| | | defendant's REGIONS UNIVERSITY mark | | |
|---|---|---|---|---|
| 1007. | | Documents produced by defendant | Ex. H to Decl. of R. Marmer | Offered Without Objection |
| 1008. | 8/17/07 | Declaration of Douglas J. Jackson | | Offered Without Objection |
| 1009. | | Social Responsibility Annual Report | Ex. A to Decl. of D. J. Jackson | Offered Without Objection |
| 1010. | 8/17/07 | Declaration of Scott Peters | | Offered Without Objection |
| 1011. | | Representative advertisements of Regions Financial Corporation | Ex. A to Decl. of S. Peters | Offered Without Objection |
| 1012. | | Documents that show Regions Financial Corporation's budget | Ex. B to Decl. of S. Peters | Offered Without Objection |
| 1013. | 2005-2006 | 2005-2006 SEC Corporate Sponsorship Overview | Ex. E to Decl. of S. Peters | Offered Without Objection |
| 1014. | 8/17/07 | Declaration of Craig Tankersley | | Offered Without Objection |
| 1015. | 2006-2007 | Regions Research Budget for 2006 and 2007 | Ex.A to Decl. of C. Tankersley | Offered Without Objection |
| 1016. | 8/31/07 | Advertisement of Regions | Ex. B to Suppl. Decl. of Rachel Marmer | Offered Without Objection |
| 1017. | 8/31/07 | Webpages of www.secsports.com and www.sunbeltsports.org | Ex. C to Suppl. Decl. of Rachel Marmer | Offered Without Objection |
| 1018. | 9/5/07 | Declaration of William Pecau | | Offered Without Objection |
| 1019. | 4/16/07 | Cover letter for Plaintiffs' production of April 16, 2007 and pertinent excerpts | Ex. A to Decl. of W. Pecau | Offered Without Objection |
| 1020. | 9/5/07 | Cover letter for Plaintiff's production of August 8, 2007 | Ex. B to Decl. of W. Pecau | Offered Without Objection |
| 1021 | | Trademark registration printout from USPTO for trademark YALE for "locks and keys" | RAC00041663-64 | Offered Without Objection |
| 1022 | | Information on Linus Yale, Sr. | RAC00041665 | Offered Without Objection |
| 1023 | | Information on Linus Yale, Jr. | RAC00041666-67 | Offered Without Objection |
| 1024 | | The history of Yale locks | RAC00041668-69 | Offered Without Objection |

| 1025 | 10/24/07 | Notice of Publication of MASTERS UNIVERSITY trademark application | RAC00041670-71 | Offered Without Objection |
| 1026. | 2007 | 2007 updated marketing documents | RAC00041672-73 | Offered Without Objection |
| 1027. | | Abandoned trademark application for mark REGIONS by Winery Exchange | RAC00041691-95 | Offered Without Objection |
| 1028. | 7/28/07 | SCU Board Meeting Minutes | RU 3633-3634 | Offered Without Objection |
| 1029 | 12/31/07 | Declaration of Michael Allan | | Offered Without Objection |
| 1030 | 6/18/04 | Protest Letter to Regions Construction Company, LLC | Ex. A to Decl. of Michael Allan | Offered Without Objection |
| 1031 | 9/6/07 | Protest Letter to Regions Construction Company | Ex. B to Decl. of Michael Allan | Offered Without Objection |
| 1032 | 10/1/07 | Protest Letter to Regions Construction Company | Ex. C to Decl. of Michael Allan | Offered Without Objection |
| 1033 | 12/31/07 | Whitepages.com Printout | Ex. D to Decl. of Michael Allan | Offered Without Objection |
| 1034 | | Regions Promotional Material | RAC00041702 | Offered Without Objection |
| 1035. | 1/3/08 | Response to protest letter re regionscarloans.com | RAC00041703-04 | Offered Without Objection |
| 1036 | 1/3/08 | Printout of regionscarloans.com showing domain is parked at GoDaddy | RAC00041705-06 | Offered Without Objection |

/s/ William G. Pecau
One of the Attorneys for Plaintiffs Regions Asset Company, Regions Financial Corporation and Regions Bank

**OF COUNSEL:**

Charles B. Paterson (PAT018)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
pclark@balch.com

William G. Pecau
Michael J. Allan
Rachel M. Hofstatter
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone:  (202)429-6244
Facsimile:  (202)429-3902
wpecau@steptoe.com
mallan@steptoe.com
rhofstatter@steptoe.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court and service will be perfected electronically upon the following this 9th day of January 2008:

Victor T. Hudson
William W. Watts, III
Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601-0989

James E. Shlesinger
Shlesinger, Arkwright & Garvey LLP
1420 King Street
Suite 600
Alexandria, Virginia 22314

/s/ William G. Pecau
One of the Attorneys for Plaintiffs Regions Asset
Company, Regions Financial Corporation and
Regions Bank