**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 15, 2008

# NOTICE OF NON-COMPLIANCE

To:                ALL COUNSEL OF RECORD

Case Style:        **Regions Asset Company, et al. v. Regions University, Inc.**

Case Number:       **#2:06-cv-00882-MHT**

Referenced Pleading:   **Amended Witness List**

Docket Entry Number:   **161**

**The referenced pleading was electronically filed on 1/11/2008 in this case and is not in compliance with the local rules and/or administrative procedures of this court.**

**A duplicate of the referenced pleading, Document #169, was electronically filed on 1/14/2008 correcting the deficiency on Document #161.**

**Therefore, Document #161 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**