### UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 15, 2008

## NOTICE OF NON-COMPLIANCE

| | |
|---|---|
| **To:** | **ALL COUNSEL OF RECORD** |
| **Case Style:** | **Regions Asset Company, et al. v. Regions University, Inc.** |
| **Case Number:** | **#2:06-cv-00882-MHT** |
| **Referenced Pleading:** | **Amended Exhibit List** |
| **Docket Entry Number:** | **162** |

**The referenced pleading was electronically filed on 1/11/2008 in this case and is not in compliance with the local rules and/or administrative procedures of this court.**

**A duplicate of the referenced pleading, Document #168, was electronically filed on 1/14/2008 correcting the deficiency on Document #162.**

**Therefore, Document #162 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**