**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| REGIONS ASSET COMPANY,          )<br>REGIONS FINANCIAL CORPORATION, )<br>and REGIONS BANK                )<br>                                 )<br>        Plaintiffs,             )<br>                                 )<br>    v.                           )<br>                                 )<br>REGIONS UNIVERSITY, INC.         )<br>                                 )<br>        Defendant.               ) | Civil Action No. 2:06-cv-882-MHT<br><br>JULY 14, 2008 |

**MOTION TO SEND WITHDRAWAL LETTER TO
THE U.S. PATENT AND TRADEMARK OFFICE**

Defendant, Regions University, Inc., hereby moves for the Clerk of this Court to send a letter via facsimile to Thomas Shaw of the Solicitor's Office of the U.S. Patent and Trademark Office via facsimile at 571-273-9261, which letter requests that the U.S. Patent and Trademark Office completely remove from its records and systems all "Notice of Suit" entries that were entered pursuant to the attached listing of trademarks (the "Report"). The trademarks identified in the Report have no connection to the above-captioned case. They were merely presented to this Court as "evidence" in the above-

captioned lawsuit.  Therefore, the Report should not have been sent to the U.S. Patent and Trademark Office.

    Regions University, Inc. respectfully requests that its Motion to Send Withdrawal Letter to the U.S. Patent and Trademark Office be granted.

                                        DEFENDANT,
                                        REGIONS UNIVERSITY, INC.

Dated: July 14, 2008                          */s/William W. Watts, III*
                                        William Wadsworth Watts, III
                                        Hudson & Watts, LLP
                                        P.O. Box 989
                                        Mobile, AL 36601
                                        Tel::    251-432-7200
                                        Fax:    251-432-0073
                                        E-mail:   bill@alabamatrial.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Motion with the Clerk of the Court and service will be perfected electronically upon the following this the 14th day of July, 2008.

Charles Burton Paterson, Esq.
**Balch & Bingham**
PO Box 78
2 Dexter Avenue
Montgomery, AL 36101-0078

Michael Allan, Esq.
**Steptoe & Johnson LLP**
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Paul Anthony Clark, Esq.
**Balch & Bingham**
PO Box 78
Montgomery, AL 36101-0078

Rachel M. Hofstatter, Esq.
**Steptoe & Johnson, LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036

William G. Pecau, Esq.
**Steptoe & Johnson, LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036


*/s/William W. Watts, III*
William Wadsworth Watts, III

199248

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

SOLICITOR
SEP - 5 2007
U.S. PATENT & TRADEMARK OFFICE

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Middle District of Alabama__ on the following ☐ Patents or ☑ Trademarks:

| DOCKET NO.<br>2:06cv00882-MHT | DATE FILED<br>9/29/2006 | U.S. DISTRICT COURT<br>Middle District of Alabama |
|---|---|---|
| PLAINTIFF<br>Regions Asset Company; et al | | DEFENDANT<br>Regions University, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | see attached listing | | |
| 2 | 94 TMs | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>7/17/2007 | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☑ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | see attached listing | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Debra P. Hackett | (BY) DEPUTY CLERK<br>William C. R. | DATE<br>8/30/07 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

**List of trademarks added on 7-17-2007:**

| Name of Mark | Registration Number | Date of Registration |
| --- | --- | --- |
| Regions Beyond International | 3,103,534 | 6-13-2006 |
| RegionsAir | 3,047,007 | 1-17-2006 |
| CARE IN REGIONS | 2,960,732 | 6-7-2005 |
| THE REGION'S HOME PAGE | 2,821,459 | 3-9-2004 |
| REGIONS | 2,175,755 | 7-21-1998 |
| REGIONS HOSPITAL | 2,164,789 | 6-9-1998 |
| Regions Café A World Of Dining | 1,502,627 | 8-30-1988 |
| REGIONSERV | 3,001,159 | 9-27-2005 |
| REGION | 2,583,861 | 6-18-2002 |
| BLUE REGION | 3,120,186 | 7-25-2006 |
| REGIONWISE | 3,076,478 | 4-4-2006 |

Trademark Applications:

| Name of Mark | Date of Application | Application Number | Date of Publication |
| --- | --- | --- | --- |
| Regions Foundry | 12/18/06 | 77/066,517 | 07/10/07 |
| Regions Specialty Coffee | 06/25/07 | 76/678,650 | |
| Regions University | 8-4-2006 | 78/944,966 | |
| Regions University | 2-5-2007 | 77/089,922 | |

**List of trademarks added on 8-24-2007:**

| Application No. | Date | Holder of Trademark |
|---|---|---|
| 76/242,955 | 04/17/01 | Wineryexchange.com |

| Reg. No. | Date | Owner |
|---|---|---|
| 3,026,914 | 12-13-2005 | Dickinson Financial Corp. |
| 1,763,243 | 4-6-1993 | Allied Irish Banks, PLC |
| 2,512,950 | 11-27-2001 | American International Group, Inc. |
| 3,021,041 | 11-29-2005 | American International Group, Inc. |
| 2,384,207 | 9-5-2000 | Alaska Pacific Bancshares, Inc. |
| 1,890,153 | 4-18-1995 | Wesbanco, Inc. |
| 1,524,830 | 2-14-1989 | Bankamerica Corp. |
| 1,533,587 | 4-4-1989 | Atlantic Bank |
| 3,004,013 | 10-4-2005 | Austin Bancorp, Inc. |
| 2,450,573 | 5-15-2001 | Bay State Savings Bank |
| 3,261,794 | 7-10-2007 | Bay State Savings Bank |
| 2,706,827 | 4-15-2003 | Beal Bank, SSB |
| 2,200,183 | 10-27-1998 | Bank of Boston Corporation |
| 2,713,368 | 5-6-2003 | Bradford Federal Savings Bank |
| 2,810,700 | 2-3-2004 | Butler Bank |
| 2,740,887 | 7-29-2003 | Century Bancorp, Inc. |
| 1,158,344 | 6-23-1981 | Charter One Financial, Inc. |
| 2,301,218 | 12-21-1999 | Chesapeake Bank of Maryland |
| 2,774,985 | 10-21-2003 | Mercantile Bank |
| 2,437,316 | 3-20-2001 | Copper Mountain Financial Group, Inc. |
| 1,556,097 | 9-12-1989 | Covenant Bank For Savings |
| 3,176,609 | 11-28-2006 | Dean Cooperative Bank |
| 2,272,297 | 8-24-1999 | Eastern Bank |
| 2,025,824 | 12-24-1996 | East-West Federal Bank, FSB |
| 2,895,625 | 10-19-2004 | El Camino Transferencias, Inc. |
| 2,549,722 | 3-19-2002 | California Bank & Trust |
| 2,058,540 | 5-6-1997 | Gulf Coast Bank |

| Number | Date | Entity |
|---|---|---|
| 2,582,541 | 6-18-2002 | Hartford Fire Insurance Company |
| 2,928,375 | 2-22-2005 | HTC-IP Holding Corp. |
| 2,972,433 | 7-19-2005 | Howard Bank |
| 1,031,009 | 1-20-1976 | Huntington Bancshares Incorporated |
| 2,413,751 | 12-19-2000 | Huntington Bancshares Incorporated |
| 3,215,345 | 3-6-2007 | North Shore Bank, FSB |
| 1,380,724 | 1-28-1986 | Jefferson Bank |
| 2,844,389 | 5-25-2004 | Johnson Financial Group, Inc. |
| 2,768,853 | 9-30-2003 | Johnson Financial Group, Inc. |
| 2,975,119 | 7-26-2005 | Johnson Financial Group, Inc. |
| 2,839,923 | 5-11-04 | Johnson Financial Group, Inc. |
| 2,389,780 | 9-26-2000 | Kendall Corporation |
| 2,259,433 | 7-6-1999 | King Investment Advisors, Inc. |
| 3,148,491 | 9-26-2006 | Liberty Bank |
| 2,779,172 | 11-4-2003 | William L. Lyon Associates |
| 2,769,231 | 9-30-2003 | Manchester Companies, Inc. |
| 2,445,635 | 4-24-2001 | Marquette Bancshares, Inc. |
| 2,445,634 | 4-24-2001 | Marquette Bancshares, Inc. |
| 2,954,012 | 5-24-2005 | FNB Corporation |
| 2,671,035 | 1-7-2003 | First-Citizens Bank |
| 2,346,349 | 5-2-2000 | Bancorpsouth Bank |
| 2,860,611 | 7-6-2004 | Montgomery First National Bank |
| 1,747,400 | 1-19-1993 | Wesbanco, Inc. |
| 2,874,612 | 8-17-2004 | Mountain West Bank, NA |
| 3,091,918 | 5-16-2006 | Southern New Hampshire Bank & Trust Company |
| 841,428 | 12-26-1967 | Bank of New York, The |
| 1,560,124 | 10-10-1989 | Bank of New York, The |
| 3,261,007 | 7-10-2007 | Northeast Community Bank |
| 1,843,171 | 7-5-1994 | PNC Bank Corp. |
| 3,214,996 | 3-6-2007 | Northwest Bank |
| 2,658,740 | 12-10-2002 | Bank of Oakland |
| 1,952,564 | 1-30-1996 | Ohio Valley Banc Corp. |
| 2,653,858 | 11-26-2002 | Oklahoma State Bank |
| 1,465,834 | 11-17-1987 | Prairie State Bank, The |
| 3,195,701 | 1-9-2007 | The Prescott Group, Inc. |

| | | |
|---|---|---|
| 3,198,109 | 1-16-2007 | Bancorp Rhode Island, Inc. |
| 2,541,968 | 2-19-2002 | Bloomfield Hills Bancorp, Inc. |
| 2,412,605 | 12-12-2000 | US Bancorp. |
| 2,932,762 | 3-15-2005 | Commonwealth Savingshares Corp. |
| 2,412,606 | 12-12-2000 | US Bancorp. |
| 2,519,114 | 12-18-2001 | Mississippi Valley Bancshares, Inc. |
| 2,174,122 | 7-21-1998 | Southwest Bank |
| 2,680,632 | 1-28-2003 | St. Francis Capital Corporation |
| 1,530,060 | 3-14-1989 | Sterling Bank and Trust, FSB |
| 3,205,422 | 2-6-2007 | Bank of St. Petersburg |
| 3,170,304 | 11-7-2006 | Bank of St. Petersburg |
| 3,071,958 | 3-21-2006 | Susquehanna Bancshares, Inc. |
| 2,980,295 | 7-26-2005 | Texasbank |
| 2,187,730 | 9-8-1998 | Bank of Oklahoma, National Association |
| 2,370,046 | 7-25-2000 | Vectra Bank Colorado, NA |
| 3,071,147 | 3-21-2006 | Delaware Capital Formation, Inc. |
| 2,514,180 | 12-4-2001 | Union Atlantic LC |
| 2,782,280 | 11-11-2003 | Oneunited Bank |
| 3,012,979 | 11-8-2005 | Webster Financial Corporation |
| 2,801,838 | 1-6-2004 | Webster Financial Corporation |
| 1,530,058 | 3-14-1989 | One Valley Bankcorp of West Virginia |